## Mercy Hospital, Iowa City, Iowa - 23-00623 (TJC)

**EXHIBIT TO SCHEDULE AB55 - ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| case_number | Description & Location of Property | Legal Description | Nature and Extent of Debtor's Interest | Value |
|---|---|---|---|---|
| 23-00623 | MERCY IOWA CITY INTERNAL MEDICINE, MERCY FAMILY MEDICINE IOWA CITY, 269 N. 1ST AVE IOWA CITY, IA 52245 (Parcel 1011184001) | Lot 2, First & Rochester Commercial Subdivision, Part One, Iowa City, Iowa, according to the plat thereof recorded in Book 33, Page 92, Plat Records of Johnson County, Iowa. | LEASED (Owners: Iowa City Medical LLC as to an undivided 68.2593%; Guaranty ICM LLC, as to an undivided 8.1%; Parkside Properties, LLC, as to an undivided 23.6407%) | Undetermined |
| 23-00623 | CORRIDOR RADIOLOGY, CORAL WEST HEALTH CENTER, 2769 HEARTLAND DR STE. 105 CORALVILLE, IA 52241 (Parcel 0625394001) | Unit 1 in Horizontal Property Regime Known as Coral West Medical Center, a Condominium, Johnson County, Iowa, together with an undivided percentage interest in and to the common areas and facilities thereto, all as appears of record and on land described in the Declaration recorded in the office of the County Recorder, Johnson County, Iowa, on December 21, 2001, in Volume 4700, Beginnin at Page 110, as may be amended. | JOINT VENTURE (Owner: Coralville MOB Partners LLC) | Undetermined |
| 23-00623 | CENTRAL IOWA REHAB HOSPITAL, 2801 HEARTLAND DR, CORALVILLE, IA 52241 (LAND: Parcel No. 0636209014 and IMPROVEMENTS ON LEASED LAND: Parcel No. 0636209015) | Lot 1, Cedar's Fourth Addition, Coralville, Iowa, according to the plat thereof recorded in Book 57, Page 269, plat records of Johnson County, Iowa, excepting the public right of way conveyed by Quit Claim Deed recorded in Book 5290 Page 498 of the records of the Johnson County, Iowa Recorder as described on that certain Acquisition Plat recorded in Plat Book 57 at Page 333 records of Johnson County, Iowa. | JOINT VENTURE (Ground Owner: Central Iowa Rehabilitation Hospital, LLC; subject to Ground Lease to Improvement Owner: Coralville MP RK6, LLC) | Undetermined |
| 23-00623 | IOWA CITY AMBULATORY SURGERY CENTER, 2963 NORTHGATE DR, IOWA CITY, IA 52245 (Parcel 0736455005) | Lot 12, Highlander Development Third Addition, Iowa City, Iowa, according to the plat thereof recorded in Book 44, Page 215, Plat Records of Johnson County, Iowa. | JOINT VENTURE (Owner: Iowa City Ambulatory Surgical Center, L.L.C.) | Undetermined |
| 23-00623 | MERCY OCCUPATIONAL HEALTH, MERCY FAMILY MEDICINE IOWA CITY, 269 N. 1ST AVE IOWA CITY, IA 52245 (Parcel 1011184001) | Lot 2, First & Rochester Commercial Subdivision, Part One, Iowa City, Iowa, according to the plat thereof recorded in Book 33, Page 92, Plat Records of Johnson County, Iowa. | LEASED (Owners: Iowa City Medical LLC as to an undivided 68.2593%; Guaranty ICM LLC, as to an undivided 8.1%; Parkside Properties, LLC, as to an undivided 23.6407%) | Undetermined |
| 23-00623 | MERCY FAMILY MEDICINE MUSCATINE, 2104 CEDARWOOD, STE. 200 MUSCATINE, IA 52761 (Parcel 0834126016) | Lohman 1st Addition, a subdivision in the City of Muscatine, Muscatine County, Iowa, more particularly described as follows: A part of Parcel K located in the Northwest Quarter of Section 34, Township 77 North, Range 2 West of the 5th P.M., commencing at the Northeast corner of the Northwest Quarter of Section 34; thence South 89° 56' 30" West assumed bearing along the North line of the Northwest Quarter 519.76 feet; thence South 01 " 11' 17" East 30 feet to the point of beginning; thence continuing South 01 " 11' 17" East 652.94 feet; thence North 76° 00' 00" West 346.86 feet; thence North 57° 00' 00" West 480 feet; thence North 00° 57' 26" West 299 feet to the Southerly right-of-way of Cedar Street; thence North 89° 1 O' 54" East 231 feet along the right-of-way; thence North 89° 23' 51" East 499.52 feet along the right-of-way to the point of beginning, containing 8.618 acres, and<br>Lots 13, 14, 15, and 16 in Breese & Co. Subdivision of part of the Northwest Quarter of Section 34, Township 77 North, Range 2 West of the 5th P.M., in the City of Muscatine, Muscatine County, Iowa, EXCEPT the following tracts: 1. Part of Lot 13 in Breese & Co. Subdivision commencing at the Northwest corner of Lot 12; thence South along the West line of Lot 12, 873.8 feet, more or less, to the Southwest corner of Lot 12; thence East along the South line of Lots 12 and 13,300 feet; thence North parallel to the West line of Lot 12 and to the North line of Lot 13; thence West along the North line of Lots 13 and 12, 300 feet to the point of beginning, and<br>2. Parcel H per plat of survey recorded in Book 10 of Plats, page 130, in the Muscatine County Recorder's office, and 3. Lohman 1st Addition recorded as Document 1998-03993 in the Muscatine County Recorder's office. | LEASED (Owner: Muscatine Medical Associates LLC) | Undetermined |
| 23-00623 | MERCY FAMILY MEDICINE WILLIAMSBURG, 819 S. HIGHLAND ST, WILLIAMSBURG, IA 52361 (Parcel 907900030) | Commencing 311 feet south of the southwest corner of Lot Eight (8), Block Four (4) of W. E. Evans' Second Addition to the Town of Williamsburg, Iowa; thence South 89 " 36' East 310 feet; thence due South 170 feet; thence North 89° 36' West 310 feet; thence due North 170 feet to the place of beginning, subject to easements and restrictions of record. | OWNED | Undetermined |
| 23-00623 | MERCY FAMILY MEDICINE KALONA, 503 3RD ST,  KALONA, IA 52247 (Parcel 03-07-303-004) | Commencing at a point 83.3 feet North of the Southeast corner of the Northwest Quarter (NW¼) of the Southwest Quarter (SW¼) of Section Seven (7), in Township Seventy-seven (77) North, of Range Seven (7) West if the Fifth (5th) Principal Meridian, in Washington County, Iowa, within the City Limits of Kalona, Iowa, thence West 3.0 feet to the point of beginning; thence North 267.90 feet, thence West 147 feet, thence South 259.97 feet to the North line of State Highway No. 22 right of way, thence in a southeasterly direction along the North line of said State Highway No. 22 right of way 147.21 feet to the place of beginning, EXCEPT the North 95.00 feet of the above described parcel. AND<br>Commencing at the Southeast corner of the Northwest Quarter (NW¼) of the Southwest Quarter (SW¼) of Section Seven (7), in Township Seventy-seven (77) North, of Range Seven (7) West of the Fifth (5th) Principal Meridian; thence North 83.30 feet to the North right-of-way line of State Highway Number 22, thence N86°-54'W along the North right-of-way line of Highway 22 150.21 feet to the point of beginning, thence N86°-54'W along the highway right-of-way line 95.08 feet, thence North 159.72 feet, thence East 95.00 feet, thence South 164.97 feet to the point of beginning and containing 0.35 acre, within the City of Kalona; in Washington County, Iowa. | OWNED | Undetermined |
| 23-00623 | MERCY FAMILY MEDICINE WEST LIBERTY, 1401 CREES ST,  WEST LIBERTY, IA 52776 (Parcel 01-12-127-003**)** | Lots 1, 2 and 3, of Morrison-James Addition/Part One, West Liberty, Iowa, in Muscatine County, Iowa. | OWNED | Undetermined |
| 23-00623 | EMPTY LOT (NEXT TO WEST LIBERTY CLINIC), (PARCEL # 0112126004), E. RAINBOW DR  WEST LIBERTY, IA 52776 | A tract of land in the Northwest Quarter of Section 12, Township 78 North, Range 4 West of the 5tr. Principal Meridian, in Muscatine County, Iowa, described as Lot 2 on the Plat recorded in Book 8 of Plats, at Page 253, in the office of the Recorder of Muscatine County, Iowa. | OWNED | Undetermined |
| 23-00623 | HOSPITAL LOT, 127 N. DODGE,  IOWA CITY, IA 52245 (Parcel 10-10-404-002) | The South 50 feet of the North 100 feet of the East 50 feet of Lot 1, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL PARKING, 230 N. GILBERT,  IOWA CITY, IA 52245 (Parcel 10-10-165-006) | The following described portion of Lot 4: Commencing at the Southwest corner of Lot 4, thence East along the South line 70 feet, thence North at right angles 40 feet, thence West at right angles 70 feet to the West line of said Lot 4, thence South along the West line 40 feet to the place of beginning; all in Block 47, Iowa City, Iowa, according to the recorded plat thereof;<br>and<br>Commencing at the Northeast corner of Lot 4, in Block 47, in Iowa City, Iowa, according to the recorded plat thereof, thence running South to the Southeast corner of said Lot 4; thence West 10 feet along the South line of said Lot 4 to a point 70 feet from the Southwest corner of said Lot 4, thence North at right angles 40 feet, thence West at right angles 70 feet to the West line of said Lot 4, thence North 110 feet along the West line of said Lot 4 to the North line of said Lot 4, thence East 80 feet along the North line of said Lot 4 to the place of beginning.<br>and<br>The West half of Lot 3, Block 47, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL PARKING, 209 N. DODGE,  IOWA CITY, IA 52245 (Parcel 10-10-426-002**)** | Lots 5, 6, 7 and 8, Block 27, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | MERCY INFUSION CENTER, 500 E. MARKET STREET,  IOWA CITY, IA 52245 (Parcel 10-10-165-001) | All of Lots 1, 2, 7, 8, the east half of Lot 3, and the east 160 feet of the vacated alley, all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and that part of vacated Van Buren Street from the North line of Market Street to the South line of Bloomington Street in Iowa City, Iowa.<br>and<br>All of Block 38, Iowa City, Iowa, according to the recorded plat thereof, including the vacated alley in said Block 38. | OWNED | Undetermined |
| 23-00623 | MERCY WOUND AND VEIN CENTER, 500 E. MARKET STREET,  IOWA CITY, IA 52245 (Parcel 10-10-165-001) | All of Lots 1, 2, 7, 8, the east half of Lot 3, and the east 160 feet of the vacated alley, all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and that part of vacated Van Buren Street from the North line of Market Street to the South line of Bloomington Street in Iowa City, Iowa.<br>and<br>All of Block 38, Iowa City, Iowa, according to the recorded plat thereof, including the vacated alley in said Block 38. | OWNED | Undetermined |
| 23-00623 | NEURODIAGNOSTIC SLEEP CENTER, 500 E. MARKET STREET,  IOWA CITY, IA 52245 (Parcel 10-10-165-001) | All of Lots 1, 2, 7, 8, the east half of Lot 3, and the east 160 feet of the vacated alley, all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and that part of vacated Van Buren Street from the North line of Market Street to the South line of Bloomington Street in Iowa City, Iowa.<br>and<br>All of Block 38, Iowa City, Iowa, according to the recorded plat thereof, including the vacated alley in said Block 38. | OWNED | Undetermined |
| 23-00623 | MERCY CARDIOLOGY CLINIC, MERCY MEDICAL PLAZA, 540 E. JEFFERSON ST STE. 400 IOWA CITY, IA 52245 (Parcel 10-10-431-001) | The area designated as "Centre Market" on the original plat of Iowa City, Iowa, being more particularly described as follows:  Beginning at the intersection of the South Right-of-Way line of Market Street with the East Right-of-Way line of Van Buren Street; thence East along the South Right-of-Way line of Market Street to its intersection with the West Right-of-Way line of Johnson Street; thence South along the West Right-of-Way of Johnson Street to the North Right-of-Way line of Jefferson Street; thence West along the North Right-of-Way line of Jefferson Street to its intersection with the East Right-of-Way line of Van Buren Street; thence North along the East Right-of-Way line of Van Buren Street to the point of beginning. | OWNED | Undetermined |
| 23-00623 | MERCY GENERAL AND BARIATRIC SURGERY, MERCY MEDICAL PLAZA, 540 E. JEFFERSON ST STE. 205 IOWA CITY, IA 52245 (Parcel 10-10-431-001) | The area designated as "Centre Market" on the original plat of Iowa City, Iowa, being more particularly described as follows:  Beginning at the intersection of the South Right-of-Way line of Market Street with the East Right-of-Way line of Van Buren Street; thence East along the South Right-of-Way line of Market Street to its intersection with the West Right-of-Way line of Johnson Street; thence South along the West Right-of-Way of Johnson Street to the North Right-of-Way line of Jefferson Street; thence West along the North Right-of-Way line of Jefferson Street to its intersection with the East Right-of-Way line of Van Buren Street; thence North along the East Right-of-Way line of Van Buren Street to the point of beginning. | OWNED | Undetermined |

Mercy Hospital, Iowa City, Iowa - 23-00623 (TJC)

EXHIBIT TO SCHEDULE AB55 - ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| case_number | Description & Location of Property | Legal Description | Nature and Extent of Debtor's Interest | Value |
|---|---|---|---|---|
| 23-00623 | MERCY HOME HEALTH CARE, MERCY MEDICAL PLAZA, 540 E. JEFFERSON ST STE. 305 IOWA CITY, IA 52245(Parcel 10-10-431-001) | The area designated as "Centre Market" on the original plat of Iowa City, Iowa, being more particularly described as follows:  Beginning at the intersection of the South Right-of-Way line of Market Street with the East Right-of-Way line of Van Buren Street; thence East along the South Right-of-Way line of Market Street to its intersection with the West Right-of-Way line of Johnson Street; thence South along the West Right-of-Way of Johnson Street to the North Right-of-Way line of Jefferson Street; thence West along the North Right-of-Way line of Jefferson Street to its intersection with the East Right-of-Way line of Van Buren Street; thence North along the East Right-of-Way line of Van Buren Street to the point of beginning. | OWNED | Undetermined |
| 23-00623 | MERCY MEDICAL ONCOLOGY, MERCY MEDICAL PLAZA, 540 E. JEFFERSON ST STE. 105 IOWA CITY, IA 52245 (Parcel 10-10-431-001) | The area designated as "Centre Market" on the original plat of Iowa City, Iowa, being more particularly described as follows:  Beginning at the intersection of the South Right-of-Way line of Market Street with the East Right-of-Way line of Van Buren Street; thence East along the South Right-of-Way line of Market Street to its intersection with the West Right-of-Way line of Johnson Street; thence South along the West Right-of-Way of Johnson Street to the North Right-of-Way line of Jefferson Street; thence West along the North Right-of-Way line of Jefferson Street to its intersection with the East Right-of-Way line of Van Buren Street; thence North along the East Right-of-Way line of Van Buren Street to the point of beginning. | OWNED | Undetermined |
| 23-00623 | MERCY NEUROLOGY / GASTROENTEROLOGY, MERCY MEDICAL PLAZA, 540 E. JEFFERSON ST STE. 201 IOWA CITY, IA 52245 (Parcel 10-10-431-001) | The area designated as "Centre Market" on the original plat of Iowa City, Iowa, being more particularly described as follows:  Beginning at the intersection of the South Right-of-Way line of Market Street with the East Right-of-Way line of Van Buren Street; thence East along the South Right-of-Way line of Market Street to its intersection with the West Right-of-Way line of Johnson Street; thence South along the West Right-of-Way of Johnson Street to the North Right-of-Way line of Jefferson Street; thence West along the North Right-of-Way line of Jefferson Street to its intersection with the East Right-of-Way line of Van Buren Street; thence North along the East Right-of-Way line of Van Buren Street to the point of beginning. | OWNED | Undetermined |
| 23-00623 | MERCY PULMONARY & SLEEP MEDICINE, MERCY MEDICAL PLAZA, 540 E. JEFFERSON ST STE. 301 IOWA CITY, IA 52245 (Parcel 10-10-431-001) | The area designated as "Centre Market" on the original plat of Iowa City, Iowa, being more particularly described as follows:  Beginning at the intersection of the South Right-of-Way line of Market Street with the East Right-of-Way line of Van Buren Street; thence East along the South Right-of-Way line of Market Street to its intersection with the West Right-of-Way line of Johnson Street; thence South along the West Right-of-Way of Johnson Street to the North Right-of-Way line of Jefferson Street; thence West along the North Right-of-Way line of Jefferson Street to its intersection with the East Right-of-Way line of Van Buren Street; thence North along the East Right-of-Way line of Van Buren Street to the point of beginning. | OWNED | Undetermined |
| 23-00623 | [EMPTY BUILDING], 601/613 BLOOMINGTON ST.,   IOWA CITY, IA 52245 (Parcel 10-10-166-010) | Lots 3 and 4, Block 27, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL LOT, 603 E. MARKET ST,   IOWA CITY, IA 52245 (Parcel 10-10-432-004) | The North 65 feet of Lot 4, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL PARKING, 611 E. MARKET ST,   IOWA CITY, IA 52245 (Parcel 10-10-432-003) | Lot 3, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL PARKING, 619 E. MARKET ST,   IOWA CITY, IA 52245 (Parcel 10-10-432-002) | The West 65.5 feet of Lot 2, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL LOT, 625 E. MARKET ST,   IOWA CITY, IA 52245 (Parcel 10-10-432-001) | The West 30 feet of Lot 1 and the East 14.25 feet of Lot 2, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL LOT, 629 E. MARKET ST, IOWA CITY, IA 52245 (Parcel #10-10-404-001) | The North 50 feet of the East 50 feet of Lot 1, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL LOT, (PARCEL # 1010404003), N. DODGE  IOWA CITY, IA 52245 | The South 50 feet of the East 50 feet of the North 150 feet of Lot 1, Block 26, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL PARKING, (PARCEL # 1010166009), N. DODGE  IOWA CITY, IA 52245 | The East-West Vacated Alley in Block 27, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | HOSPITAL PARKING, (PARCEL # 1010166008), E. BLOOMINGTON ST.  IOWA CITY, IA 52245 | Lots 1 and 2, Block 27, in Iowa City, Iowa, according to the recorded plat thereof. | OWNED | Undetermined |
| 23-00623 | PARKING LOT ADJACENT TO MARENGO MEMORIAL HOSPITAL, LAKEVIEW STREET, NORTH ENGLISH, IOWA (Parcel 792304013) | That part of Outlot #2 of the replat of Outlots 2,3 & 4 of Roller's Second Addition as recorded in Town Lot Deed Record Book 21, at page 155, excepting therefrom the West 50 feet and row acquired for former Highway #149, more particularly described as follows: Commencing at the NE corner of Lot 2 Block 4 of said rep lat; thence N 89° 56' 03" E, along the North line of said Outlot 2, 50.00 feet to the point of beginning; thence 89°56'03" E, 141.07 feet to a found iron rail; thence S 62°54'32"W, along the North row line of former Highway #149, 157.95 feet; thence N 00° 21' 44"W, 71.11 feet to the point of beginning, containing 5016 square feet, more or less, and is subject to any easements or restrictions of record. | OWNED | Undetermined |