BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Appearance and Request for Notice**

COMES NOW the undersigned attorney who files this appearance and request for notice in this matter for the party indicated in the signature below.

Date:  October 24, 2023      .

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
            Frontenac, MO 63131
Physical: 222 Third Ave. SE
            Suite 501, Office 6
            Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Creditor EverBank, N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC*

**Certificate of Service**

I certify that I caused the foregoing to be filed with CM/ECF on Tuesday, October 24, 2023, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*