**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

This matter comes before the Court on Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative ("Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives") *Motion by the Master Trustee and the Bondholder Representative for Entry of an Order (I) Continuing the Hearing on the Master Trustee and the Bondholder Representative's Motion to Compel Compliance with Auction Results and (II) Granting Related Relief* ("**Motion**"). The Motion to Compel Compliance is currently set for hearing on October 30, 2023. The Court finds that good cause exists to continue the hearing.

**IT IS, THEREFORE, ORDERED** that the hearing on the Motion to Compel Compliance is continued to November 8, 2023, at 10:30 a.m. Central Time at the Cedar Rapids Courthouse at 111 7th Ave. SE, Cedar Rapids, IA 52401.

**IT IS FURTHER ORDERED** that the deadline to file all objections to the Motion to Compel Compliance is November 7, 2023.

Exhibit A