# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

This matter comes before the Court on Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative ("Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives") *Motion by the Master Trustee and the Bondholder Representative for Entry of an Order (I) Continuing the Hearing on the Master Trustee and the Bondholder Representative's Motion to Compel Compliance with Auction Results and (II) Granting Related Relief* ("**Motion**"). The Motion to Compel Compliance is currently set for hearing on October 30, 2023. The Court finds that good cause exists to continue the hearing.

**IT IS, THEREFORE, ORDERED** that the hearing on the Motion to Compel Compliance is continued to **November 8, 2023, at 10:30 a.m.** Central Time at the Cedar Rapids Courthouse at 111 7th Ave. SE, Cedar Rapids, IA 52401.

Parties wishing to listen-in only may use the following dial in instructions:

1. Call the toll-free number:  1-888-684-8852.
2. Enter Participant Access Code:  7148063
3. Enter the Participant Security Code:  0623
4. After the security code is entered, you will be connected to the conference.

**IT IS FURTHER ORDERED** that the deadline to file all objections to the Motion to Compel Compliance is November 7, 2023.

Ordered:
October 27, 2023

Thad J. Collins
Chief Bankruptcy Judge