# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | Case No. 23-00623 |
| Debtors. | Jointly Administered |

## NOTICE PURSUANT TO FED. R. BANKR. P. 2015.1
## OF PATIENT CARE OMBUDSMAN REPORT

Pursuant to Fed. R. Bankr. P. 2015.1, Susan N. Goodman, the Patient Care Ombudsman ("PCO") in the above-captioned jointly administered cases, provides this notice that she will file her Patient Care Ombudsman Report no later than November 12, 2023, as required by 11 U.S.C. § 333 and the court's August 10, 2023, *Order Approving Appointment of Susan N. Goodman as Patient Care Ombudsman* (the "**Appointment Order**") [Docket No. 59].

Requests for report copies may be directed to the PCO at the address below after the filing date.

DATED: October 27, 2023.

By: */s/ Susan N. Goodman,* RN JD
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, AZ 85737
Ph: 520.744.7061 (message)
sgoodman@pivothealthaz.com
*Patient Care Ombudsman*