IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR
OF SALE OF ASSETS ON NOVEMBER 6, 2023**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on September 14, 2023, the Court entered an *Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Break-Up Fee, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief* [Docket No. 222] (the "Bidding Procedures Order").

**WHEREAS**, the Bidding Procedures Order approved, among other things, the implementation of the Bidding Procedures[1] in connection with the disposition of substantially all of the Debtors' assets or some portion thereof (the "Assets").

**WHEREAS**, on October 27, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed their *Amended Notice of Auction Results* [Docket No. 420] (the "Amended Auction Notice").

**WHEREAS**, the Amended Auction Notice stated that the State of Iowa University of Iowa (the "University") has been declared the Winning Bidder for certain of the Assets.

**WHEREAS**, there is a hearing already set on November 6, 2023 at 10:30 A.M. (prevailing Central Time) (the "November 6th Hearing") on the Debtors' Cash Collateral Motion, Cash Management Motion, Stay Enforcement Motion, and 9019 Motion (each as defined in Debtors' *Notice of Hearing on Final Cash Collateral Order, Rule 9019 Motion, Final Cash Management Order, and Motion to Enforce the Automatic Stay* [Docket No. 382]).

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Bidding Procedures Order.

**NOTICE IS HEREBY GIVEN THAT** the Debtors will seek entry of an order approving the Sale of the Assets to the University at the November 6th Hearing at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to <u>listen in only</u> may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 27th day of October, 2023.

        Respectfully Submitted,

        **NYEMASTER GOODE, P.C.**
        Roy Leaf, AT0014486
        625 First Street SE, Suite 400
        Cedar Rapids, IA 52401-2030
        Telephone:     (319) 286-7002
        Facsimile:     (319) 286-7050
        Email:          rleaf@nyemaster.com

        - and –

        Kristina M. Stanger, AT0000255
        Matthew A. McGuire, AT0011932
        Dana Hempy, AT0014934
        700 Walnut, Suite 1600
        Des Moines, IA 50309
        Telephone: 515-645-5510
        Fax: 515-283-8045
        Email: mmcguire@nyemaster.com
             kmstanger@nyemaster.com
             dhempy@nyemaster.com

        - and -

        **MCDERMOTT WILL & EMERY LLP**
        Felicia Gerber Perlman (admitted *pro hac vice*)
        Daniel M. Simon (admitted *pro hac vice*)
        Emily C. Keil (admitted *pro hac vice*)
        444 West Lake Street, Suite 4000
        Chicago, Illinois 60606

        Telephone:   (312) 372-2000
        Facsimile:   (312) 984-7700
        Email:   fperlman@mwe.com
        dsimon@mwe.com
        ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this October 27, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*