## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | AGREED MOTION TO EXTEND TIME |
| | ) | TO OBJECT TO FIRST MONTHLY FEE |
| | ) | APPLICATION OF MCDERMOTT WILL |
| | ) | & EMERY LLP |

The Acting U.S. Trustee moves the Court for an order extending the deadline to file an objection to the First Monthly Fee Application of McDermott Will & Emery LLP.

1. The First Monthly Fee Application of McDermott Will & Emery LLP was filed on October 9, 2023 (doc. 348) ("Application").

2. Objections to the Application are due on October 23, 2023.

3. An order extending the deadline to October 30, 2023 was entered on October 23, 2023 (doc 406).

4. The U.S. Trustee requests a 1-week extension, to November 6, 2023 to file objections to the Application.

5. Debtors' counsel has agreed to the extension.

WHEREFORE, the Acting United States Trustee moves for an order extending the deadline to object to the fee Application of McDermott Will & Emery LLP to November 6, 2023 for the U.S. Trustee.

Dated: October 30, 2023

**Mary R. Jensen**
Acting United States Trustee
Region 12

By:/s/ Janet G. Reasoner
**Janet G. Reasoner**
111 7th Ave SE, Box 17
Cedar Rapids, Iowa 52404
Ph: (319) 364-2211
Janet.G.Reasoner@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated October 30, 2023

          By: /s/ Jennifer L. Cline
          **Jennifer L. Cline**
          Paralegal Specialist
          United States Trustee's Office