**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No.  23-00623C (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

ORDER GRANTING AGREED MOTION TO EXTEND
DEADLINE TO OBJECT TO FIRST MONTHLY FEE APPLICATON
OF McDERMOTT WILL & EMERY LLP FOR THE U.S. TRUSTEE

_____

The matter before the court is the Acting U.S. Trustee's agreed motion to extend deadline to file an objection to the First Monthly Fee Application of McDermott Will & Emery LLP.

The First Monthly Fee Application of McDermott Will & Emery LLP was filed on October 9, 2023.  The current deadline is October 30, 2023.  The U.S. Trustee requests an extension, to and including November 6, 2023.  The motion states Debtors' counsel has agreed to the extension.

THEREFORE, IT IS ORDERED that the deadline to object to the First Monthly Fee Application of McDermott Will & Emery LLP is extended to November 6, 2023 for the U.S. Trustee.

Dated and entered:
 October 31, 2023

By:   _____
United States Bankruptcy Judge

Prepared by:
Office of U.S. Trustee