UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623 (TJC)<br><br>Jointly Administered |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: October 27, 2023
Hearing on: Motion to Establish Official Committee of Pensioners (Doc. 385)

APPEARANCES:

Attorneys Kristina Stanger, Roy Ryan Leaf, Daniel M. Simon, and Felicia Gerber Perlman for Debtors
Attorneys Claire Davison and Janet G. Reasoner for the United States Trustee
Attorney Andrew H. Sherman for the Official Committee of Unsecured Creditors
Attorney Paula Roby for the Ad Hoc Committee of Pensioners
Attorneys Samuel Marks and Mark Melickian for J. Nicholas Russo, Nancy Russo, Brent Strabala, and Margaret Halverson
Attorneys Peter Chalik and Nathan Coco for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Terry Gibson for Steindler Orthopedic Clinic P.L.C.
Attorney David Gordon for the State University of Iowa

OUTCOME OF PROCEEDING:

This matter is taken under advisement without briefs due.

Ordered:
October 31, 2023

Thad J. Collins
Chief Bankruptcy Judge