UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: **MERCY HOSPITAL, IOWA CITY, IOWA ,** Debtor-In-Possession. | Case No. 23-00623 Chapter 11 **NOTICE OF APPEARANCE** |

To:     Clerk of this Court, and all parties of record:

COMES NOW Terry L. Gibson of the firm Wandro & Associates, P.C., and hereby enters his Appearance of record on behalf of Siemens Financial Services, creditor and interested parties in the above-captioned matter.

Dated: November 1, 2023

                                       */s/ Terry L. Gibson*
Terry L. Gibson                    AT0002903
WANDRO & ASSOCIATES, P.C.
2015 Grand Avenue, Suite 102
Des Moines, Iowa 50312
Telephone:     515/717-7455
Facsimile:      515/608-4645
tgibson@wandrolaw.com

**COUNSEL TO SIEMENS FINANCIAL SERVICES**

## Certificate of Service

      The document was served electronically on parties who receive electronic notice through the CM/ECF as listed on CM/ECF's notice of electronic filing.

Dated this 1st day of November, 2023.

                                                  */s/ Terry L. Gibson*
                                                  Terry L. Gibson