**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. BK 23-00623 |
| Mercy Hospital, Iowa City, *et al.*, | **MOTION FOR ADMISSION PRO HAC VICE OF LATONIA C. WILLIAMS** |
| Debtor. | |

_____

Latonia C. Williams, hereby moves to appear *pro hac vice* in the above-captioned case on behalf of UnitedHealthcare Insurance Company, UnitedHealthcare of the Midlands, Inc., and UnitedHealth Ministry & Veterans Services, LLC, on behalf of themselves, their affiliates, parents, and subsidiaries (collectively, "United"). In support of this motion, Ms. Williams states as follows:

1.      I am a lawyer who is not a member of the bar of this District. I have been retained by United for representation in the above-captioned matter.

2.      I am a member of good standing of the bar of the State of Connecticut since November 6, 2009. I have also been admitted to practice in:

      a.  the United States District Court for the District of Connecticut since March 8, 2010;

      b.  the United States District Court for the Southern District of New York since February 14, 2011;

1

  c. the United States District Court for the Northern District of New York since July 9, 2012;

  d. the United States District Court for the Eastern District of New York since September 15, 2015; and

  e. the United States District Court for the Northern District of Illinois since July 16, 2014.

3. My licenses are in good standing, and I am not currently suspended or barred in any court.

4. I have not concurrently or within the past year made any *pro hac vice* application to this Court.

5. I hereby acknowledge that if this *pro hac vice* application is granted, I understand I am subject to the jurisdiction of the Court with respect to my conduct to the same extent as a member of this Court's bar is subject to the Iowa Rules of Professional Conduct.

6. I intend to associate with Jessica A. Board of Heidman Law Firm, PLLC as local counsel. She is an active member in good standing of the bar of the Bankruptcy Court for the Northern District of Iowa.

7. A certificate of good standing has been requested and will be submitted upon receipt within the next 21 days as required by Local Rule 2090-1(b)(3).

Respectfully submitted this 1st day of November, 2023.

2

SHIPMAN & GOODWIN LLP

By:      /s/ Latonia Williams
         LATONIA C. WILLIAMS
         One Constitution Plaza
         Hartford, CT 06103
         Telephone:  (860) 251-5000
         Facsimile:  (860) 251-5099
         LWilliams@goodwin.com


HEIDMAN LAW FIRM, PLLC


By:      /s/ Jessica Board
         JESSICA A. BOARD, AT0012404
         1128 Historic Fourth Street
         P.O. Box 3086
         Sioux City, IA  51102
         Telephone:  (712) 255-8838
         Facsimile:  (712) 258-6714
         Jessica.Board@heidmanlaw.com

ATTORNEYS FOR UNITEDHEALTHCARE
INSURANCE COMPANY, UNITEDHEALTHCARE OF
THE MIDLANDS, INC., AND UNITEDHEALTH
MILITARY & VETERANS SERVICES, LLC


CERTIFICATE OF SERVICE

On this 1st day of November, 2023, I electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

                              /s/ Jessica Board

3