# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, *et al.*,<br><br>Debtor. | Chapter 11<br>Case No. BK 23-00623<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF BRIAN G. REMONDINO** |

___

Brian G. Remondino, hereby moves to appear *pro hac vice* in the above-captioned case on behalf of UnitedHealthcare Insurance Company, UnitedHealthcare of the Midlands, Inc., and UnitedHealth Ministry & Veterans Services, LLC, on behalf of themselves, their affiliates, parents, and subsidiaries (collectively, "United"). In support of this motion, Mr. Remondino states as follows:

1. I am a lawyer who is not a member of the bar of this District. I have been retained by United for representation in the above-captioned matter.

2. I am a member of good standing of the bar of the State of Connecticut since May 31, 2023. I have also been admitted to practice in:

   a. the Commonwealth of Pennsylvania since November 2, 2018;

   b. the United States District Court for the Southern District of New York since July 25, 2017;

   c. the United States District Court for the Eastern District of New York since July 25, 2017; and

1

      d.  the State of New York since May 22, 2017.

3.     My licenses are in good standing, and I am not currently suspended or barred in any court.

4.     I have not concurrently or within the past year made any *pro hac vice* application to this Court.

5.     I hereby acknowledge that if this *pro hac vice* application is granted, I understand I am subject to the jurisdiction of the Court with respect to my conduct to the same extent as a member of this Court's bar is subject to the Iowa Rules of Professional Conduct.

6.     I intend to associate with Jessica A. Board of Heidman Law Firm, PLLC as local counsel. She is an active member in good standing of the bar of the Bankruptcy Court for the Northern District of Iowa.

7.     A certificate of good standing has been requested and will be submitted upon receipt within the next 21 days as required by Local Rule 2090-1(b)(3).

Respectfully submitted this 1st day of November, 2023.

                              SHIPMAN & GOODWIN LLP

                     By:    */s/ Brian G. Remondino*
                              BRIAN G. REMONDINO
                              300 Atlantic Street, 3rd Floor
                              Stamford, CT 06901
                              Telephone:  (203) 324-8100
                              Facsimile:  (203) 324-8199
                              BRemondino@goodwin.com

HEIDMAN LAW FIRM, PLLC

By:    */s/ Jessica Board*
       JESSICA A. BOARD, AT0012404
       1128 Historic Fourth Street
       P.O. Box 3086
       Sioux City, IA 51102
       Telephone: (712) 255-8838
       Facsimile: (712) 258-6714
       Jessica.Board@heidmanlaw.com

ATTORNEYS FOR UNITEDHEALTHCARE
INSURANCE COMPANY, UNITEDHEALTHCARE OF
THE MIDLANDS, INC., AND UNITEDHEALTH
MILITARY & VETERANS SERVICES, LLC

CERTIFICATE OF SERVICE

On this 1st day of November, 2023, I electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

                                                     /s/ Jessica Board