| | |
|---|---|
| United States Bankruptcy Court for the Northern District of Iowa | |
| **Name of Debtor:** MERCY HOSPITAL, IOWA CITY, IOWA <br> **Case Number:** 23-00623 | **For Court Use Only** <br> Claim Number:  0000010084 <br> File Date:  09/20/2023 15:58:20 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/22**

## Part 1:   Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): UnitedHealthcare Insurance Company

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**   ☑ No   ☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: UnitedHealthcare Insurance Company <br> Address: ATTN: CDM/Bankruptcy <br> 185 Asylum Street - 03B <br> City: Hartford <br> State: CT   ZIP Code: 06103 <br> Country (if International): <br> Phone: <br> Email: | Name: <br> Address: <br> <br> <br> City: <br> State:   ZIP Code: <br> Country (if International): <br> Phone: <br> Email: |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
  Claim number on court claims register (if known) _____
  Filed on _____
    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
  Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
0391 ___ ___ ___ ___

**7. How much is the claim?**

$ 173,971.52

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Other Basis
_____

Claims overpayment

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:**
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:           $_____
Amount of the claim that is secured:    $_____
Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:
_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No
☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**: $_____

Page 2 of 3

| Part 3: | Sign Below |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Priya Muthu*           09/20/2023 15:58:20<br>Signature                                           Date<br><br>**Provide the name and contact information of the person completing and signing this claim:**<br><br>Name: Priya Muthu<br>Address: 185 Asylum Street - 03B<br>City: Hartford<br>State: CT       Zip: 06103<br>Country (in international):<br>Phone:<br>Email: |



**September 20, 2023**

**Mercy Hospital, Iowa City, Iowa**

**Chpt. 11 Bankruptcy**
**Filed: 9/7/23 | Case No. 23-00623**

*Reservation of Rights:*
UnitedHealthcare Insurance Company ("United") reserves its right to amend this claim to further liquidate the amount of overpayment owed by the Debtor to United based on the results of United's ongoing audit of claims submitted by the Debtor.

| Provider Tin | Provider Name | State | Date of Service | Amount of Claim Paid by UHC | Claim Audit Amount | Balance Due | Collection Description |
|---|---|---|---|---|---|---|---|
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $1,106.17 | $539.55 | $539.55 | Claim should have allowed $566.62 for all services. Patient DOB ▮▮▮ Patient Medicaid ID# ▮▮▮. |
| 420680391 | MERCY HOSPITAL | IA | 2019 | $298.37 | $298.37 | $298.37 | Corrected claim received and processed under number 19G016359002 on 12/12/2019 with check 2019121212900418. |
| 420680391 | MERCY HOSPITAL | IA | 2021 | $10,143.09 | $10,143.09 | $10,143.09 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 420680391 | MERCY IOWA CITY | IA | 2022 | $457.53 | $440.66 | $440.66 | Paid as primary in error. According to EOB submitted primary paid $151.83 leaving $16.87 as correct responsibility. |
| 420680391 | MERCY IOWA CITY | IA | 2022 | $1,791.45 | $1,708.71 | $1,708.71 | Paid as primary in error. According to EOB submitted primary paid $744.70 leaving $82.74 as correct responsibility. |
| 420680391 | MERCY IOWA CITY | IA | 2022 | $514.07 | $495.13 | $495.13 | The claim was processed using your contracted rate. The member is only responsible for any applicable copay, coinsurance or deductible. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2021 | $3,537.27 | $56.52 | $56.52 | Please refund -Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $1,913.72 | $1,913.72 | $1,913.72 | Please refund -Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $22,113.63 | $7,703.72 | $7,703.72 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2018 | $4,022.72 | $4,022.72 | $4,022.72 | Claim paid as primary instead of paying as secondary as per edit set. EOB is missing |
| 420680391 | MERCY HOSPITAL/PROF FEES | IA | 2018 | $149.09 | $149.09 | $149.09 | others prime |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2021 | $482.39 | $482.39 | $482.39 | Corrected bill received on A# 061415776 causing an overpayment. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $60.65 | $60.65 | $60.65 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $12,267.95 | $8,723.81 | $8,723.81 | Overpayment due to DRG review CCDLT A CC code was deleted |
| 420680391 | NAOMI S WHALEN M.D. | IA | 2018 | $166.93 | $166.93 | $166.93 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2019 | $5.63 | $5.63 | $5.63 | Claim paid to incorrect provider number |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 420680391 | NIELSEN, M.D., BYRON | IA | 2022 | $132.50 | $132.50 | $132.50 | Claim paid to incorrect provider number |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $3,151.15 | $3,151.15 | $3,151.15 | Corrected claim received and processed under number 040754401 paid via EFT on 05/26/2023. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $108.44 | $108.44 | $108.44 | Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $24.94 | $24.94 | $24.94 | Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $75.71 | $75.71 | $75.71 | Claim paid for services not rendered |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $0.01 | $0.01 | $0.01 | Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $8,737.29 | $5.65 | $5.65 | Corrected claim received and processed under claim number 069747804 paid via EFT on 07/12/23. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $16.90 | $16.90 | $16.90 | Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $147.98 | $147.98 | $147.98 | Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $20,725.61 | $6.02 | $6.02 | Corrected claim received and processed under claim number 041930443 paid via EFT on 07/21/23. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $14,314.09 | $13.94 | $13.94 | Corrected claim received and processed under claim number 012863575 paid via EFT on 07/26/23. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $9,742.18 | $0.42 | $0.42 | Corrected claim received and processed under claim number 041869340 paid via EFT on 08/04/23. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $7,022.07 | $3,060.55 | $3,060.55 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $7,057.87 | $1,605.10 | $1,605.10 | A DRG review was performed which resulted in a change in DRG from 872 to 392. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $6,335.99 | $1,479.70 | $1,479.70 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $13,234.59 | $3,434.87 | $3,434.87 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $10,618.60 | $6,100.37 | $6,100.37 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $4,752.59 | $1,285.75 | $1,285.75 | Overpayment due to DRG review CCDLT A CC code was deleted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $5,219.16 | $1,550.59 | $1,550.59 | A DRG review was performed which resulted in a change in DRG from 872 to 690. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $12,754.36 | $4,293.99 | $4,293.99 | A DRG review was performed which resulted in a change in DRG from 854 to 660. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $32,830.67 | $15,470.87 | $15,470.87 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $6,411.60 | $2,379.08 | $2,379.08 | Overpayment due to DRG review DXREV The principal diagnosis was revised |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $37.63 | $37.63 | $37.63 | Per CMS Medicare Claims Processing Manual 100-04 Ch. 6 the services on this claim should not be separately reimbursed as they are covered under the SNF Consolidated Billing inpatient stay at CRESTVIEW SPECIALTY CARE |
| 420680391 | DANIEL J LEARY M.D. | IA | 2022 | $202.25 | $102.42 | $102.42 | Services do not meet coverage requirements. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $6,897.37 | $1,263.23 | $1,263.23 | A DRG review was performed which resulted in a change in DRG from 291 to 194. Please refer the letter for more details. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2021 | $4,879.03 | $1,784.60 | $1,784.19 | A DRG review was performed which resulted in a change in DRG from 291 to 292. Please refer the letter for more details. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $11,961.41 | $1,770.83 | $1,770.83 | A DRG review was performed which resulted in a change in DRG from 871 to 371. Please refer the letter for more details. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $14,173.07 | $4,289.59 | $4,289.59 | A DRG review was performed which resulted in a change in DRG from 854 to 660. Please refer the letter for more details. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $6,852.89 | $2,281.92 | $2,281.92 | A DRG review was performed which resulted in a change in DRG from 189 to 191. Please refer the letter for more details. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2021 | $29,830.32 | $4,052.46 | $4,052.46 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $11,739.72 | $9,231.34 | $9,231.34 | NA |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $36,323.13 | $24,716.88 | $24,716.88 | A DRG review was performed which resulted in a change in DRG from 871 to 603. |
| 420680391 | MERCY IOWA CITY | IA | 2022 | $2,748.42 | $2,748.42 | $2,748.42 | These services were paid originally with claim DK63906153 paid on 7/28/2022. Corrected claim DV44508354 received. The amount shown has been applied to the member's deductible. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $64,114.18 | $27,711.87 | $3,490.85 | Please refund -Corrected bill submitted |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $23,561.80 | $523.03 | $523.03 | Denied CPT HCPCS Codes 96365 96361 J0696 of D Method of PaymentCPT Code 96365 DeniedAllow 000 Patient Responsibility 000 New Paid 000Org Paid 26741 New Paid 000 Overpaid 26741CPT Code 96361 DeniedAllow 000 Patient Responsibility 000 New Paid 000Or |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $634.94 | $634.94 | $634.94 | Please refund -Provider billed in error |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2018 | $41.55 | $41.55 | $41.55 | This was a duplicate/overpayment between the health insurance carrier and other insurance. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2018 | $4,695.63 | $4,695.63 | $4,695.63 | This was a duplicate/overpayment between the health insurance carrier and other insurance. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2019 | $2,572.00 | $2,572.00 | $2,572.00 | This was a duplicate/overpayment between the health insurance carrier and other insurance. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $25.00 | $25.00 | $25.00 | This claim was reconsidered by UnitedHealthcare medical benefits. We are seeking the Healthcare Reimbursement payment of $25.00, issued on 08/01/22 on check number SG 11508401. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2022 | $29,867.21 | $4,266.74 | $4,266.74 | According to the transfer language in section 3.8.1 of your contract a reduction in the DRG 488 case rate should have been applied to this claim. Payment should have been the 1st day at 2 times the Imputed Per Diem rate of $8533.49 + 1 additional day at the Imputed Per Diem for a total of $25600.47. Imputed Per Diem= Base rate $13162.00 x RW 2.2692 divided by GMLOS 3.5. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2023 | $32,317.97 | $9,826.74 | $9,826.74 | A DRG review was performed which resulted in a change in DRG from 330 to 331. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2020 | $126.03 | $39.06 | $39.06 | Please refund -Corrected bill submitted |
| 420680391 | KATHERINE YAMBAO IGNACIO | IA | 2021 | $1,047.00 | $1,001.23 | $922.94 | This is a Non Duplication of Benefits Plan. Benefits are not available when the payment by the primary carrier is the same as or more than the normal United Healthcare payment. Medicare allowable is $228.88 and the normal United Healthcare benefit is $228.88 and Medicare paid $183.11. The correct United Healthcare benefit is $45.77. |
| 420680391 | MERCY HOSPITAL IOWA CITY IOWA | IA | 2021 | $23,517.59 | $13,398.91 | $13,398.91 | Sufficient supporting documentation was not found within the submitted medical record to validate this diagnosis. |

| | | |
|---|---|---|
| | **Total Balance Due** | **$173,971.52** |

| United States Bankruptcy Court for the Northern District of Iowa | |
|---|---|
| **Name of Debtor:** MERCY SERVICES IOWA CITY, INC. | **For Court Use Only** |
| **Case Number:** 23-00624 | Claim Number: 0000010086 |
| | File Date: 09/20/2023 16:14:44 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/22**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): UnitedHealthcare Insurance Company
Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: UnitedHealthcare Insurance Company | Name: |
| Address: ATTN: CDM/Bankruptcy | Address: |
| 185 Asylum Street - 03B | |
| City: Hartford | City: |
| State: CT   ZIP Code: 06103 | State:   ZIP Code: |
| Country (if International): | Country (if International): |
| Phone: | Phone: |
| Email: | Email: |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
Claim number on court claims register (if known) _____
Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

1044
___ ___ ___ ___

**7. How much is the claim?**

$ 4,722.29

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Other Basis
_____
Claims overpayment

---

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle
☐ Other. Describe:
_____

**Basis for perfection:**
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:
_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No
☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**: $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it.  FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Priya Muthu*                                                                                                  09/20/2023 16:14:44
_____                    _____
Signature                                                                                                            Date

**Provide the name and contact information of the person completing and signing this claim:**

Name:    Priya Muthu

Address: 185 Asylum Street - 03B

City:    Hartford

State:   CT                                                    Zip: 06103

Country (in international): _____

Phone:   763-292-6876

Email:   priya_muthu@uhc.com

Page 3 of 3



**September 20, 2023**

**Mercy Services Iowa City, Inc.**

**Chpt. 11 Bankruptcy**
**Filed: 8/7/23 | Case No. 23-00624**

*Reservation of Rights:*
*UnitedHealthcare Insurance Company ("United") reserves its right to amend this claim to further liquidate the amount of overpayment owed by the Debtor to United based on the results of United's ongoing audit of claims submitted by the Debtor.*

| Provider Tin | Provider Name | State | Date of Service | Amount of Claim Paid by UHC | Claim Audit Amount | Balance Due | Collection Description |
|---|---|---|---|---|---|---|---|
| 421241044 | MARGARET T EKROTH MD | IA | 2022 | $5,403.81 | $4,539.20 | $2,821.54 | Please refund -Corrected bill submitted |
| 421241044 | DUSTAFF R PERSAUD P.A. | IA | 2022 | $88.51 | $88.51 | $88.51 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 421241044 | DUSTAFF R PERSAUD P.A. | IA | 2022 | $89.41 | $89.41 | $89.41 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 421241044 | DUSTAFF R PERSAUD P.A. | IA | 2022 | $90.72 | $90.72 | $90.72 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 421241044 | DUSTAFF R PERSAUD P.A. | IA | 2022 | $125.42 | $125.42 | $125.42 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 421241044 | DUSTAFF R PERSAUD P.A. | IA | 2022 | $244.52 | $244.52 | $244.52 | Member had primary coverage through other carrier for this date of service. Please submit claim to primary carrier for reimbursement. |
| 421241044 | DAVID R SHEFF MD | IA | 2023 | $105.97 | $25.00 | $25.00 | Please refund -Unbundled service - disallowed service considered inclusive of another billed service on same date of service by same provider |
| 421241044 | BRUNKHORST, D.O., LUKE W. | IA | 2022 | $63.05 | $63.05 | $63.05 | Corrected bill submitted |
| 421241044 | BRUNKHORST, D.O., LUKE W. | IA | 2022 | $237.91 | $237.91 | $237.91 | Corrected bill submitted |
| 421241044 | SULIEMAN, M.D., BUSHRA MOHAMMED I. | IA | 2022 | $15.68 | $3.58 | $3.58 | Corrected claim received and processed under claim number 88835087 01 paid via EFT on 07/31/23. |
| 421241044 | UDELHOFEN, D.O., STEVEN M. | IA | 2023 | $190.89 | $190.89 | $190.89 | Contract interpretation |
| 421241044 | UDELHOFEN, D.O., STEVEN M. | IA | 2023 | $11.88 | $11.88 | $11.88 | Contract interpretation |
| 421241044 | UDELHOFEN, D.O., STEVEN M. | IA | 2023 | $65.80 | $65.80 | $65.80 | Contract interpretation |
| 421241044 | JARRARD, N.P., KELCEE K. | IA | 2018 | $47.24 | $47.24 | $47.24 | Other Prime |
| 421241044 | CHRISTOPHER SCHUSTER MD | IA | 2021 | $105.31 | $89.37 | $89.37 | Please refund -Corrected bill submitted |
| 421241044 | JOE MOONJELY | IA | 2023 | $131.67 | $131.67 | $131.67 | Services provided after members termination date 05/07/2023 |
| 421241044 | CHRISTOPHER C SCHUSTER MD | IA | 2018 | $66.80 | $66.80 | $66.80 | 99214 on 18M128359700 is included in the payment of Proc 99215 on 18N117406700 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 421241044 | CHRISTOPHER C SCHUSTER MD | IA | 2019 | $43.23 | $43.23 | $43.23 | 99213 on 19F062346200 is included in the payment of Proc 96372 on 19I038039200 |
| 421241044 | THOMAS E NOVAK | IA | 2021 | $173.00 | $61.00 | $61.00 | According to the NCCI National Correct Coding Initiative HCPCS G0127 is considered included in allowable for CPT 11721 and should not be separately reimbursed. |
| 421241044 | MARGARET T EKROTH MD | IA | 2022 | $224.75 | $224.75 | $224.75 | Please refund -Duplicate payment |

| | |
|---|---|
| **Total Balance Due** | **$4,722.29** |