# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

## MASTER TRUSTEE AND BONDHOLDER REPRESENTATIVE'S WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 6, 2023

Party Name:     Computershare Trust Company, N.A., as Master Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative

Party's Attorneys:     Peter J. Chalik, Nathan F. Coco, William W. Kannel, Megan Preusker, Kaitlin R. Walsh

Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative ("Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives"), submit the following Witness and Exhibit List in anticipation of the hearing set for November 6, 2023.

## WITNESS LIST

    A.     Any witness called by another party.

    B.     Any witnesses necessary for rebuttal testimony or impeachment.

    C.     Any witness necessary to lay foundation for the admission of an exhibit.

**EXHIBIT LIST**

| Exhibit | Description | Mark | Offer | Object | Admit | Date | Disposition |
|---|---|---|---|---|---|---|---|
| A | 2011 Indenture | | | | | | |
| B | 2018 Indenture | | | | | | |
| C | 2011 Loan Agreement | | | | | | |
| D | 2018 Loan Agreement | | | | | | |
| E | Master Trust Indenture | | | | | | |
| F | Mortgage | | | | | | |
| G | Supplemental Trust Indenture | | | | | | |
| H | Proof of Claim # 0000010132: Computershare Trust Company, N.A | | | | | | |

1. Any exhibit necessary for rebuttal testimony or impeachment;

2. Any pleading, proof of claim, or docket entry filed in this case;

3. Any exhibit offered by any other party in interest.

Dated: November 2, 2023

**WHITFIELD & EDDY, P.L.C.**

*/s/ Peter J. Chalik*
Peter J. Chalik (Iowa Bar No. AT0013036)
699 Walnut St., Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Email: Chalik@whitfieldlaw.com

-and-

**MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO, P.C.**

William W. Kannel (admitted *pro hac vice*)

2

        One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: WKannel@mintz.com

Nathan F. Coco (admitted *pro hac vice*)
Kaitlin R. Walsh (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: NFCoco@mintz.com
       KRWalsh@mintz.com
       MPreusker@mintz.com

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document and accompanying exhibits was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated November 2, 2023.

                                                            */s/ Peter J. Chalik*