UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA,<br><br>     Debtor(s). | CHAPTER 11<br>CASE NO. 23-00623<br><br>**APPEARANCE AND REQUEST FOR NOTICE** |

  The undersigned hereby enters his appearance on behalf of Altera Digital Health Inc., successor to Allscripts Healthcare, LLC, a creditor and party in interest.

  The undersigned requests the entities receiving a copy hereof take notice that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, and Local Bankruptcy Rule 2002-1(b) that all filings made or required to be served in this case, be given to and served upon:

    LOEB & LOEB LLP
    Schuyler G. Carroll
    345 Park Avenue
    New York, NY 10154
    Tel: (212) 407-4000
    scarroll@loeb.com

  Please take notice that this request includes all notices and papers, including , without limitation, reports, Rule 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, by any means transmitted, and all notices thereof.

  This Appearance and Request for Notice does not constitute a consent to jurisdiction of the Court over non-core proceedings under 28 U.S.C. §157.

/s/ Schuyler G. Carroll
LOEB & LOEB LLP
Schuyler G. Carroll
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
scarroll@loeb.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 2, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF system. The undersigned further certifies that the foregoing document was sent to persons or representatives not served via CM/ECF, if any, via electronic mail or U.S. Mail, postage prepaid, as set forth below.

/s/ Larry S. Eide
Larry S. Eide (AT0002317)