IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**FIRST AMENDED**
**WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 6, 2023**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its counsel, provides the following First Amended Witness & Exhibit List for Hearing on November 6, 2023.

### WITNESSES

1. Narendra Ganti, FTI Consulting
2. The Committee reserves the right to call the following witnesses:
    a. Any witness necessary to lay foundation for the admission of an exhibit.
    b. Any witness listed or called by another party.
    c. Any witness necessary to refute or respond to unanticipated evidence offered by another party.
    d. Any witness necessary for impeachment purposes.

### EXHIBITS

The Committee reserves to right to enter any of the following into evidence as exhibits:

a. Any exhibit necessary to refute or respond to unanticipated evidence offered by another party.
b. Any exhibit listed by another party.
c. Any exhibits necessary for impeachment purposes.

    d. Any exhibit or document referenced in prior exhibit lists.

    e. Any exhibit or document informally and/or formally produced by the other respective party's attorney of record.

    f. Any record or document informally and/or formally produced to the other respective party's attorney of record.

Dated: November 2, 2023                                                  Respectfully submitted,

/s/ Andrew H. Sherman
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
E-mail: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

-and-

/s/ Robert C. Gainer
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    515-223-6600
Facsimile:    515-223-6787
E-mail: rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated November 2, 2023
.

                                      */s/ Stephanie Newton*