# EXHIBIT A

## Revised OCP List

| PROFESSIONAL | ADDRESS/CONTACT | SERVICES PROVIDED TO DEBTOR |
|---|---|---|
| Deloitte & Touche LLP | Judi Dockendorf<br>50 South Sixth Street, Suite 2800<br>Minneapolis, MN 55422 | Audit Services |
| Deloitte Tax LLP | Shawna Jansons<br>111 Monument Circle, Suite 4200<br>Indianapolis, IN 46204 | Tax Return Preparation Services |
| Deloitte Consulting LLP | Judy Stromback<br>50 South Sixth Street, Suite 2800<br>Minneapolis, MN 55422 | Employee Benefits Actuarial Consulting Services |
| Dentons Davis Brown PC | Susan Freed<br>4201 Westown Pkwy, Suite 300<br>West Des Moines, IA 50266 | Corporate, Workers Compensation, and Provider Contracts Counsel |
| Hall Render Killian Heath and Lyman PC | Michael Greer<br>500 N. Meridian Street, Suite 400<br>Indianapolis, IN 46204 | Antitrust and Strategic Partner Advisor |
| Phelan Tucker Law LLP | Carolyn Russell Wallace<br>321 E. Market Street<br>P.O. Box 2150<br>Iowa City, IA 52244 | General and Malpractice Counsel |
| Wixted Inc. | Eileen Wixted<br>4401 Westown Pkwy, Suite 116<br>West Des Moines, IA 50266 | Public Relations Services |
| Karl Broderius, CPA | Karl Broderius<br>1207 Birchwood Dr.<br>Proctor, MN 55810 | Cost Report Consulting Services |
| Dinsmore and Shohl LLP | Todd Gibson<br>1001 Lakeside Ave., Suite 990<br>Cleveland, OH 44114 | Bond Counsel |

| BDO | Angela Pirozzi<br>100 Park Avenue<br>New York, NY 10017 | Tax Refund Services |
|---|---|---|