## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 58 and 222** |
| | ) | |

### NOTICE OF FILING OF PROPOSED ORDER APPROVING SALE OF
### SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that on August 9, 2023, Mercy Hospital, Iowa City, Iowa and

certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for*

*Entry of Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the*

*Debtors' Assets, (B) Authorizing the Debtors to Provide Stalking Horse Bid Protections, (C)*

*Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving the*

*Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the*

*Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and*

*Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and*

*Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief*

[Docket No. 58] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** on September 14, 2023, the Court entered an

*Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Break-*

*Up Fee, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets,*

*(D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and*

*Assignment Procedures and (F) Granting Related Relief* [Docket No. 222] (the "Bidding Procedures Order").[1]

**PLEASE TAKE FURTHER NOTICE** that on October 27, 2023, pursuant to the Bidding Procedures Order, the Debtors filed their *Amended Notice of Auction Results* [Docket No. 420] declaring the State of Iowa University of Iowa (the "University") as the Winning Bidder in connection with the disposition of substantially all of the Debtors' Assets.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Sale Order") granting the Sale Motion and approving the Sale to the University.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Sale Order is subject to continuing negotiations and remains subject to change. The Agreement (as defined in the Proposed Sale Order) is forthcoming and will be filed upon completion.

*[Remainder of Page Intentionally Left Blank]*

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Bidding Procedures Order.

Dated: Cedar Rapids, Iowa
November 1, 2023

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-645-5510
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
        kmstanger@nyemaster.com
        dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        fperlman@mwe.com
              dsimon@mwe.com
              ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:        jhaake@mwe.com

*Counsel for Debtors and*
*Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this November 2, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*