UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br>Case No. 23-00623 (TJC)<br>Jointly Administered |
|---|---|

**CLAIMANT MCKESSON CORPORATION'S EXHIBIT AND WITNESS LIST**

**FOR NOVEMBER 6, 2023 HEARING**

**Party's Name**: Secured Creditor McKesson Corporation, and its affiliates, ("McKesson")

**Party's Attorneys**: Nicholas Miller, Jeffrey Garfinkle, and Joseph Sakay

This exhibit list is being served pursuant to applicable Local Rules, concerning exhibit exchange and identification. Failure to timely object will result in the attached exhibits being admitted into evidence:

| Ex. # | Description | Mark | Offer | Object | Admit | Date | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | McKesson Corporation Proof of Claim (Official Form 410) | | | | | 2023.10.16 | |
| 2 | Executed McKesson Customer Application Form | | | | | 2016.11.22 | |
| 3 | Executed McKesson Customer Set Up / Change Request Form | | | | | 2016.11.23 | |
| 4 | Executed McKesson Terms and Conditions Form | | | | | 2016.11.23 | |
| 5 | Filed UCC Financing Statement | | | | | 2016.06.27 | |
| 6 | Filed UCC Continuation Statement | | | | | | |
| 7 | McKesson Account Statement | | | | | 2023.10.16 | |
| 8 | Delivery Date or Original Ship Date Log | | | | | Range 2021.03.05- | |

1

|   |                       |   |   |   |   | 2023.08.05 |   |
|---|-----------------------|---|---|---|---|------------|---|
| 9 | Original Ship Date Log |   |   |   |   | Range 2023.07.18-2023.08.05 |   |

McKesson reserves the right to supplement, amend, or withdraw this disposition. Marked exhibits will be provided to the Court Recorder prior to the November 6, 2023 hearing in compliance with N.D. of Iowa Local Bankruptcy Rules.

## WITNESSES

McKesson reserves the right to designate any and all witnesses on a list submitted by any other parties in this matter.

Mckesson also reserves the right to supplement, amend, withdraw, or otherwise modify this submission.

Dated: November 2, 2023

BRICK GENTRY P.C.

/s/*Nicholas F. Miller*
Nicholas F. Miller, Iowa AT0015361
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone (515) 446-3441
Nick.miller@brickgentry.com

*And Co-Counsel*

BUCHALTER, A Professional Corporation

/s/*Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle, Esq., admitted *pro hac vice*
CA Bar No. 153496
Joseph A.G. Sakay, admitted *pro hac vice*
WSBA #24667
18400 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone:  (949) 224-6254
Email:  jgarfinkle@buchalter.com
Email:  jsakay@buchalter.com

ATTORNEYS FOR MCKESSON CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF.

By: */s/ Nicholas F. Miller*