# McKESSON
*Empowering Healthcare*

McKesson Corporation and its affiliated companies (collectively referred to as "McKesson")

## CUSTOMER APPLICATION
(Please print in block letters)

FAX TO: _____

CD01-S  V.09-13

**Type of Business:** ☐ Acute  ☐ Primary Care  ☒ Specialty  ☐ Home Health  ☐ Extended  ☐ Long Term  ☐ Pharmacy  ☐ Closed Door  ☐ Mail Order  ☐ Supplier  ☐ Other _____

| Field | Value |
|---|---|
| Legal Company Name | Mercy Services, Iowa City, Inc dba Mercy Specialty Clinic, Medical Oncology |
| Website Address | (blank) |
| Federal Tax ID / EIN | 42-1241044 |
| Legal Address (Main Office) | 613 E Bloomington Street, Suite 100 |
| City | Iowa City |
| State | IA |
| Zip | 52245 |
| Contact Name | Maureen Brookhart |
| Title | Office Manager |
| Phone | 319-339-3917 |
| Billing / Statement Address | 500 E Market Street |
| City | Iowa City |
| State | IA |
| Zip | 52245 |
| Accounts Payable Contact | Cindy Gingerich |
| Accounts Payable Telephone | 319-339-3575 |
| Accounts Payable Fax | 319-339-3906 |
| Accounts Payable Email | cindy.gingerich@mercyic.org |

**Shipping Information:**

| Field | Value |
|---|---|
| DBA or Business Trade Name | Mercy Services, Iowa City, Inc dba Mercy Specialty Clinic, Medical Oncology |
| Estimated Monthly Purchases | $500,000 |
| Initial Order | $ unknown |
| Number of Employees | 13 |
| Ship to Address | 613 E Bloomington Street, Suite 100 |
| City | Iowa City |
| State | IA |
| Zip | 52245 |
| Shipping Contact Person | Sally Conley |
| Shipping Contact Telephone | 319-339-3916 |
| Shipping Contact Fax | 319-358-2794 |
| Shipping Contact Email | sally.conley@mercyic.org |

YEAR established: _____   YEAR Current Ownership: 2016   State Org: _____

Has applicant, applicant's parent or affiliates ever filed for bankruptcy? ☒ No  ☐ Yes

**Ownership Type:** ☐ Proprietorship  ☐ Partnership  ☐ Limited Partnership  ☐ Limited Liability Company  ☒ Private Corp  ☐ Public Corp  ☐ Professional Corp  ☐ Non-Profit Corp  ☐ Government

Principal Owner(s) or Stockholder(s): **Mercy Services Iowa City Inc** — % Ownership(s): **100%** — TIN# (see above)

NAME OF CONTROLLING ENTITY: Same as above
Applicant's relationship to controlling entity: _____   Phone: _____
Address of Controlling Entity: Same as above

**REFERENCES:**

| Primary Bank | Account Number | Contact Name | Phone |
|---|---|---|---|
| Hills Bank | 153999 | Bethany Welsh | 319-358-2226 |

Primary Supply Provider: multiple vendors (see contracts already supplied to McKesson)

| Primary Technology Provider | Account Number | Contact Name | Phone |
|---|---|---|---|
| App Medical | NA | Joshua Heck | 319-594-3631 |

**Additional Information Required:**
- ☐ Copy of Resale/Tax Exemption Certificate
- ☐ Copy of DEA Registration, State Pharmacy License, or Medical License — Dr James Feeley DEA# BF2815592, HIN# unknown, Medical License MD24956 IA; Dr Scott Miller DEA: BM6719390, MD36769 IA
- ☐ Copies of 3 most recent and consecutive primary supplier statements
- ☐ Annual Financial Statements for the past 2 years

[Extensive terms-and-conditions paragraphs regarding McKesson Specialty Distribution LLC account terms, returns policy, credit, Chargebacks, Equal Credit Opportunity Act, financial statement authorization, etc.]

Authorized Signature: *Kelly Duvian*
Print Name: Kelly Duvian
Title: Vice President of Mercy Services
Date: 11/22/16

14