# MCKESSON
*Empowering Healthcare*

McKesson Corporation or an affiliated company ("McKesson")

**CUSTOMER SET UP (Multiple Ship-To) / CHANGE REQUEST FORM**
(Please print in block letters)

CD02-S  V.08-31-05

Request Type: ☐ Additional Account  ☒ Change of Account Name  ☐ Change of Ownership  ☐ Change of Address

Type of Business: ☐ Acute ☐ Primary Care ☒ Specialty ☐ Home Health ☐ Extended ☐ Long Term ☐ Pharmacy ☐ Closed Door ☐ Internet ☐ Mail Order ☐ Supplier ☐ Government ☐ Other____

| | | |
|---|---|---|
| Mercy Services Iowa City, Inc dba Mercy Specialty Clinics, Medical Oncology | 42-1241044 | |
| **Legal Company Name** | **Federal Tax ID** | **McKesson Account#** |
| 613 E Bloomington Street, Suite 100 | Iowa City | IA  52245 |
| **Legal Address (Main Office)** | **City** | **State  Zip** |
| Maureen Brookhart | Office Manager | 319-339-3917 |
| **Contact Name we may call for questions regarding this application** | **Title** | **Phone** |
| 500 E Market St | Iowa City | IA  52245 |
| **Billing / Statement Address (if different than Main Office)** | **City** | **State  Zip** |
| Cindy Gingerich | 319-339-3575 | 319-339-3906 |
| **Accounts Payable Contact Person** | **Accounts Payable Telephone** | **Accounts Payable Fax** |

**Shipping Information:** *McKesson Specialty* Invoices will be sent to Billing Address unless indicated ☐ Ship-to

Mercy Services, Iowa City, Inc Mercy Specialty Clinics Medical Oncology
**DBA or Business Trade Name of Account**

| | | |
|---|---|---|
| 613 E Bloomington Street, Suite 100 | Iowa City | IA  52245 |
| **Ship to Address** | **City** | **State  Zip** |
| Sally Conley | 319-339-3916 | $ 415,000 |
| **Ship to Contact Person** | **Ship to Telephone** | **Estimated Monthly Purchases** |

**Shipping Information:** *McKesson Specialty* Invoices will be sent to Billing Address unless indicated ☐ Ship-to

**DBA or Business Trade Name of Account**

| | | |
|---|---|---|
| | | |
| **Ship to Address** | **City** | **State  Zip** |
| | | $ |
| **Ship to Contact Person** | **Ship to Telephone** | **Estimated Monthly Purchases** |

**Shipping Information:** *McKesson Specialty* Invoices will be sent to Billing Address unless indicated ☐ Ship-to

**DBA or Business Trade Name of Account**

| | | |
|---|---|---|
| | | |
| **Ship to Address** | **City** | **State  Zip** |
| | | $ |
| **Ship to Contact Person** | **Ship to Telephone** | **Estimated Monthly Purchases** |

**Additional Information Required** (if applicable, please attach these documents to this form):
☐ Copy of Resale Certificate, DEA Registration and State Pharmacy License
☐ Annual Financial Statements for the past 2 years (including balance sheets, income statements, and cash flow statements)

*This section applies to all MCKESSON SPECIALTY DISTRIBUTION, LLC and NCKESSON SPECIALTY DISTRIBUTION SERVICES accounts only.*

All orders received by 6 P.M. CST (with the exception of ground/drop ship items and products ordered on Fridays) will be processed the same day. Acceptance of any purchase order is subject to final credit approval. All pricing is subject to change without notice due to manufacturer price increases. Prices billed are the current prices in effect at the time of order placement. Buyer shall examine all shipments immediately upon arrival. If broken or damaged product is discovered, call 1-888-625-7732 between the hours of 7:00 A.M and 6:00 P.M. CST within 48 hours of receipt of goods and your Customer Care Representative will assist you with the returns process. Customer acknowledges having received and reviewed the Returns Policy.

Invoices are due 30 days from the date of Invoice unless otherwise stated. Actual payment terms extended may differ depending on credit approval and are due as printed on the invoice. Please refer to the most recent invoice and statement for actual payment terms. Any payment made after the due date shall result in a two percent (2%) increase in the purchase price of the merchandise. A 1.5% per month service charge (or the maximum amount permissible under applicable law, if lower) will be imposed on all balances delinquent more than fifteen (15) days. McKesson may offer introductory or promotional payment terms on specific manufacturers or product. Introductory or promotional payment terms are subject to credit approval and are only in effect during introductory or promotional periods as printed on invoice at time of purchase. Standard payment terms apply once introductory or promotional period expire, and are subject to credit approval and may be modified at McKesson's discretion.

*This section applies to all accounts with MCKESSON CORPORATION or an affiliated company*

Customer represents to McKesson that it is entitled to discounted prices from certain manufacturers of which it has notified McKesson ("Contract Prices"). To the extent that McKesson grants Customer the right to purchase products at prices based on such Contract Prices and in consideration of McKesson's granting such right, (i) Customer acknowledges that McKesson will expect to receive from the appropriate manufacturer the difference between McKesson's cost and the Contract Price (a "Chargeback") and (ii) Customer agrees that in the event any manufacturer denies a Chargeback because Customer was not eligible for such Contract Price, Customer shall be invoiced for and will become liable to McKesson in the amount of such Chargeback. In addition, in the event a manufacturer (i) makes an assignment for the benefit of creditors, files a petition in bankruptcy, is adjudicated insolvent or bankrupt, or if a receiver or trustee is appointed with respect to a substantial part of the vendor's property or a proceeding is commenced against it which will substantially impair its ability to pay on chargebacks or (ii) otherwise fails to pay Chargebacks to McKesson for any reason other than McKesson's gross negligence or willful misconduct, Customer shall be invoiced and become liable to for any unpaid chargebacks allocable to its purchases from such manufacturer.

The Customer agrees to abide by the Standard Terms of Sale as shown on McKesson's Invoices or by any agreement with McKesson governing Customer's account, or any other terms of sale upon which McKesson and the Customer should agree in writing. The Customer agrees to pay for all purchases, fees and other charges incurred by Customer or an authorized user on any account of customer with McKesson, including service charges on past due amounts at the highest rate permitted by law.

McKesson reserves the right, in its sole discretion, to change a payment term (including imposing the requirement of cash payment upon delivery) or limit total credit, if (i) McKesson concludes there has been a material change in the Customer's financial condition or any unsatisfactory payment performance; or (ii) Customer ceases to meet McKesson's credit requirements or McKesson determines that the Customer is likely to cease meeting such requirements. Upon the occurrence of any of the above-specified events, McKesson shall be entitled to suspend or discontinue the shipment of additional orders to Customer.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit Customers on the basis of race, color, religion, national origin, sex, marital status, age; (provided the Customer has the capacity to enter into a binding contract); because all or part of the Customer's income derives from any public assistance program; or because the Customer has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

The Customer represents and warrants to McKesson that Customer has read and understands this form. Customer further represents and warrants that Customer has reviewed the information provided herein in its entirety, including any responses completed on Customer's behalf by a McKesson representative, and that all such information is complete and correct. Customer will advise McKesson of any material changes in the statements and information provided to McKesson.

Customer agrees to provide McKesson with financial statements at McKesson's request. This form is subject to approval by the McKesson Credit Department. Customer acknowledges that McKesson will be relying on this information if it determines to create an account for and/or extend credit to Customer. Customer authorizes McKesson, its employees, representatives, and agents to investigate any information contained herein. Customer also authorizes McKesson to investigate Customer's credit and financial records, including banking records. Customer understands that, as part of this investigation, McKesson or its agent may request Customer's credit bureau report in considering this application and, if credit is extended, for the purpose of an update, renewal, extension of credit, review or collection of the Account. Furthermore, Customer authorizes McKesson to share with its affiliates experiential and transactional information regarding Customer and Customer's Account. McKesson is authorized to retain any information obtained as part of the application process whether or not the requested account and/or credit is granted. Customer agrees to pay all reasonable attorney fees and expenses or cost incurred by McKesson in enforcing its rights to collect any amounts due from Customer.

By signing below, the undersigned authorized McKesson to order a consumer report related to the business principal(s) to determine credit eligibility.

| | | |
|---|---|---|
| *Kelly Durian* (signature) | Kelly Durian | VP of Mercy Services  |  11/23/16 |
| **(Authorized Signature)** | **(Print Name)** | **(Title)**  **(Date)** |

(This form must be signed by a Corporate Officer, Partner, Owner or Authorized Agent)

1.B