## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

X21005128-6

**FILED
IOWA SECRETARY OF STATE**

2021-01-15   16:32

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company
800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FilingDepartment@cscglobal.com

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

INITIAL FINANCING STATEMENT FILE NUMBER
X16018663-9

☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

☐ **ASSIGNMENT** (full or partial): Provide name and address of Assignee and name of Assignor in sections below.

☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Give current record name, new name (if name change), and/or new address (if address change) in sections below.
☐ ADD name: Complete Name, and also Address section below.
☐ DELETE name: Give record name to be deleted in section below.

COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

OR

ORGANIZATION'S NAME
McKesson Corporation and its affiliates

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

OPTIONAL FILER REFERENCE DATA
Debtor:Mercy Services Iowa City, Inc.-:pch [204849068]

Use this space for additional information