**McKESSON**
McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086
(800) 482-6700
mscs.mckesson.com

# Account Statement

Page 1 of 2

| Statement Date | Customer No. |
|---|---|
| 10/16/2023 | 100239205 |

**Statement Summary**

| | |
|---|---:|
| Total Past Due | 161,150.07 |
| Total Current Items | 2,334.59 |
| Total Future Items | 0.00 |
| **If Paid After Due Date** | **163,484.66** |

**Bill-to:**
MERCY UROLOGY
MERCY SERVICES IOWA CITY INC
2943 NORTHGATE DR
IOWA CITY, IA 52245-9571

| Billing Date | Billing No. | P.O. No. | Description | Due Date | Net Amount If Paid By Due Date | Prompt Pay Discount | Amount If Paid After Due Date |
|---|---|---|---|---|---:|---|---:|
| *Payer 100239205* | | | | | | | |
| 07/21/2021 | 114333288 | 109661155 | **Payment - On Account** | 07/20/2021 | - 130.91 | | - 130.91 |
| 07/21/2021 | 114333288 | 109661155 | **Payment - On Account** | 07/20/2021 | - 26.61 | | - 26.61 |
| 07/21/2021 | 114333288 | 109661155 | **Payment - On Account** | 07/20/2021 | - 35.36 | | - 35.36 |
| 05/19/2022 | 116429512 | 0328019542 | **Invoice - Past Due** | 05/05/2022 | 14,693.88 | | 14,693.88 |
| 10/03/2022 | 330032379 | 9222022 | **Credit - Past Due** | 10/03/2022 | - 671.80 | | - 671.80 |
| 10/01/2022 | 3700402789 | 0700338007 | **Finance Charge - Past Due** | 10/16/2022 | 273.56 | | 273.56 |
| 10/04/2022 | 330071690 | 0330071690 | **Invoice - Past Due** | 11/03/2022 | 1,293.88 | | 1,293.88 |
| 08/30/2023 | 119899829 | 330162704 | **Invoice - Past Due** | 11/10/2022 | 31.94 | | 31.94 |
| 12/01/2022 | 330746192 | 0330746192 | **Invoice - Past Due** | 12/31/2022 | 646.94 | | 646.94 |
| 12/12/2022 | 330858663 | 0330858663 | **Invoice - Past Due** | 01/11/2023 | 14,693.88 | | 14,693.88 |
| 01/01/2023 | 3700414490 | 0700347570 | **Finance Charge - Past Due** | 01/16/2023 | 231.23 | | 231.23 |
| 01/23/2023 | 118344984 | AG-364152 | **Payment - On Account** | 01/23/2023 | - 231.23 | | - 231.23 |
| 01/24/2023 | 331256433 | RC155875481 | **Credit - Past Due** | 01/24/2023 | - 705.87 | | - 705.87 |
| 01/11/2023 | 331143015 | 0331143015 | **Invoice - Past Due** | 02/10/2023 | 3,912.53 | | 3,912.53 |
| 03/16/2023 | 331740085 | 0331740085 | **Invoice - Past Due** | 04/15/2023 | 1,293.88 | | 1,293.88 |
| 03/18/2023 | 331756663 | 0331756663 | **Invoice - Past Due** | 04/17/2023 | 3,881.63 | | 3,881.63 |
| 03/29/2023 | 331864654 | 0331864654 | **Invoice - Past Due** | 04/28/2023 | 646.94 | | 646.94 |
| 05/16/2023 | 119285979 | 0331964919 | **Invoice - Past Due** | 05/10/2023 | 0.24 | | 0.24 |
| 05/01/2023 | 3700430049 | 0700360529 | **Finance Charge - Past Due** | 05/16/2023 | 536.66 | | 536.66 |
| 04/20/2023 | 332063790 | 0332063790 | **Invoice - Past Due** | 05/20/2023 | 1,293.88 | | 1,293.88 |
| 05/10/2023 | 332267242 | 0332267242 | **Invoice - Past Due** | 06/09/2023 | 646.94 | | 646.94 |
| 06/01/2023 | 3700433702 | 0700363482 | **Finance Charge - Past Due** | 06/16/2023 | 593.79 | | 593.79 |
| 05/19/2023 | 332337762 | 0332337762 | **Invoice - Past Due** | 06/18/2023 | 1,940.82 | | 1,940.82 |
| 05/25/2023 | 332389078 | 0332389078 | **Invoice - Past Due** | 06/24/2023 | 646.94 | | 646.94 |
| 07/17/2023 | 119641201 | 0332512712 | **Invoice - Past Due** | 07/08/2023 | 0.24 | | 0.24 |
| 06/12/2023 | 332537887 | 0332537887 | **Invoice - Past Due** | 07/12/2023 | 5,382.20 | | 5,382.20 |
| 07/17/2023 | 119641201 | 0332565505 | **Invoice - Past Due** | 07/14/2023 | 646.94 | | 646.94 |

**McKESSON**
McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086
(800) 482-6700
mscs.mckesson.com

## Account Statement

| Statement Date | Customer No. |
|---|---|
| 10/16/2023 | 100239205 |

| Billing Date | Billing No. | P.O. No. | Description | Due Date | Net Amount If Paid By Due Date | Prompt Pay Discount | Amount If Paid After Due Date |
|---|---|---|---|---|---|---|---|
| 07/01/2023 | 3700437661 | 0700366671 | **Finance Charge - Past Due** | 07/16/2023 | 627.23 | | 627.23 |
| 07/31/2023 | 119724054 | 0332598705 | **Invoice - Past Due** | 07/19/2023 | 63.85 | | 63.85 |
| 06/21/2023 | 332626727 | 0332626727 | **Invoice - Past Due** | 07/21/2023 | 1,293.88 | | 1,293.88 |
| 06/23/2023 | 332645948 | 0332645948 | **Invoice - Past Due** | 07/23/2023 | 18,367.35 | | 18,367.35 |
| 06/26/2023 | 332659273 | 0332659273 | **Invoice - Past Due** | 07/26/2023 | 8,574.94 | | 8,574.94 |
| 06/28/2023 | 332687576 | 0332687576 | **Invoice - Past Due** | 07/28/2023 | 1,293.88 | | 1,293.88 |
| 06/30/2023 | 332710786 | 0332710786 | **Invoice - Past Due** | 07/30/2023 | 18,367.35 | | 18,367.35 |
| 07/03/2023 | 332728313 | 0332728313 | **Invoice - Past Due** | 08/02/2023 | 976.35 | | 976.35 |
| 07/05/2023 | 332755646 | 0332755646 | **Invoice - Past Due** | 08/04/2023 | 3,881.63 | | 3,881.63 |
| 07/05/2023 | 332744832 | 0332744832 | **Invoice - Past Due** | 08/04/2023 | 5,656.80 | | 5,656.80 |
| 07/11/2023 | 332794102 | 0332794102 | **Invoice - Past Due** | 08/10/2023 | 2,828.40 | | 2,828.40 |
| 07/17/2023 | 332845776 | 0332845776 | **Invoice - Past Due** | 08/16/2023 | 3,804.74 | | 3,804.74 |
| 08/01/2023 | 3700441720 | 0700370078 | **Finance Charge - Past Due** | 08/16/2023 | 777.65 | | 777.65 |
| 07/18/2023 | 332861806 | 0332861806 | **Invoice - Past Due** | 08/17/2023 | 1,293.88 | | 1,293.88 |
| 07/19/2023 | 332872619 | 0332872619 | **Invoice - Past Due** | 08/18/2023 | 5,653.52 | | 5,653.52 |
| 07/20/2023 | 332883267 | 0332883267 | **Invoice - Past Due** | 08/19/2023 | 11,020.41 | | 11,020.41 |
| 07/31/2023 | 332965799 | 0332965799 | **Invoice - Past Due** | 08/30/2023 | 6,633.14 | | 6,633.14 |
| 08/01/2023 | 332989676 | 0332989676 | **Invoice - Past Due** | 08/31/2023 | 11,020.41 | | 11,020.41 |
| 08/02/2023 | 333006231 | 0333006231 | **Invoice - Past Due** | 09/01/2023 | 1,952.69 | | 1,952.69 |
| 08/03/2023 | 333018665 | 0333018665 | **Invoice - Past Due** | 09/02/2023 | 976.35 | | 976.35 |
| 08/04/2023 | 333028102 | 0333028102 | **Invoice - Past Due** | 09/03/2023 | 2,828.40 | | 2,828.40 |
| 09/01/2023 | 3700445998 | 0700373569 | **Finance Charge - Past Due** | 09/16/2023 | 1,770.06 | | 1,770.06 |
| 10/01/2023 | 3700450094 | 0700376932 | Invoice - Finance Charge | 10/16/2023 | 2,334.59 | | 2,334.59 |
| | | | | Total All Items | 163,484.66 | 0.00 | 163,484.66 |