| Doc Co | Parent Number | Customer Number | Customer Desc | Document Type | Invoice Number | Invoice Date | Open Amount | Delivery Date or Original Ship Date For Returned Product |
|---|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 21878169 | 3/4/2021 | $ 486.53 | 3/5/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 22214569 | 3/12/2021 | $ 211.79 | 3/13/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 27780631 | 7/30/2021 | $ 94.15 | 7/31/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 29900458 | 9/13/2021 | $ 93.65 | 9/14/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 29982710 | 9/14/2021 | $ 995.99 | 9/15/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 30220788 | 9/20/2021 | $ 1,156.65 | 9/21/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 30682600 | 9/29/2021 | $ 1,295.88 | 9/30/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 31136176 | 10/8/2021 | $ 24.94 | 10/9/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 31137722 | 10/8/2021 | $ 50.85 | 10/9/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 31136555 | 10/8/2021 | $ 202.30 | 10/9/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 31552136 | 10/19/2021 | $ 24.05 | 10/20/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 31623178 | 10/20/2021 | $ 838.44 | 10/21/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 32015828 | 10/28/2021 | $ 331.04 | 10/29/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 34754781 | 11/8/2021 | $ 24.72 | 11/9/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 35442673 | 11/22/2021 | $ 441.98 | 11/23/2021 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 38578312 | 2/8/2022 | $ 41.70 | 2/9/2022 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 38654627 | 2/9/2022 | $ 38.02 | 2/10/2022 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 42351608 | 5/12/2022 | $ 2.55 | 5/13/2022 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 45645646 | 8/10/2022 | $ 3.03 | 8/11/2022 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 47031164 | 9/15/2022 | $ (1,477.16) | 9/16/2022 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 47200547 | 9/20/2022 | $ (4,431.48) | 9/21/2022 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 51805601 | 1/26/2023 | $ 2.23 | 1/27/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55490420 | 5/16/2023 | $ 151.83 | 5/17/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55491077 | 5/16/2023 | $ 216.36 | 5/17/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58275799 | 8/14/2023 | $ (7.67) | 5/17/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55556444 | 5/17/2023 | $ 773.48 | 5/18/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55581692 | 5/18/2023 | $ 431.34 | 5/19/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55623081 | 5/19/2023 | $ 288.83 | 5/20/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55623085 | 5/19/2023 | $ 218.44 | 5/20/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55668915 | 5/22/2023 | $ 125.03 | 5/23/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55706537 | 5/23/2023 | $ 105.47 | 5/24/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55804242 | 5/25/2023 | $ 24.98 | 5/26/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55841189 | 5/26/2023 | $ 153.03 | 5/27/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55895027 | 5/30/2023 | $ 786.90 | 5/31/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55898699 | 5/30/2023 | $ 734.83 | 5/31/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55941808 | 5/31/2023 | $ 17.01 | 6/1/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55942429 | 5/31/2023 | $ 90.22 | 6/1/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 55989419 | 6/1/2023 | $ 656.67 | 6/2/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56051106 | 6/3/2023 | $ 1,493.99 | 6/4/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56084749 | 6/5/2023 | $ 285.86 | 6/6/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56181278 | 6/7/2023 | $ 261.05 | 6/8/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56178470 | 6/7/2023 | $ 161.41 | 6/8/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56246512 | 6/8/2023 | $ 47.94 | 6/9/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56243346 | 6/8/2023 | $ 53.00 | 6/9/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56233506 | 6/8/2023 | $ 365.20 | 6/9/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56271797 | 6/9/2023 | $ 206.33 | 6/10/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56309342 | 6/12/2023 | $ 498.16 | 6/13/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56310165 | 6/12/2023 | $ 42.76 | 6/13/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56309614 | 6/12/2023 | $ 1,606.46 | 6/13/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56349900 | 6/13/2023 | $ 122.07 | 6/14/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56349693 | 6/13/2023 | $ 367.10 | 6/14/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56350296 | 6/13/2023 | $ 59.73 | 6/14/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56396233 | 6/14/2023 | $ 303.63 | 6/15/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56400465 | 6/14/2023 | $ 37.16 | 6/15/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56403033 | 6/14/2023 | $ 71.90 | 6/15/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56488076 | 6/16/2023 | $ 141.23 | 6/17/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56503720 | 6/18/2023 | $ 39.16 | 6/19/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56529703 | 6/19/2023 | $ 116.68 | 6/20/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56542515 | 6/19/2023 | $ 116.68 | 6/20/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56529576 | 6/19/2023 | $ 162.31 | 6/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56567705 | 6/20/2023 | $ 188.56 | 6/21/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56572348 | 6/20/2023 | $ 171.97 | 6/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58223317 | 8/11/2023 | $ (7.67) | 6/21/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56624210 | 6/21/2023 | $ 54.37 | 6/22/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56644753 | 6/22/2023 | $ 30.28 | 6/23/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56666904 | 6/22/2023 | $ 935.54 | 6/23/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56668330 | 6/22/2023 | $ 337.92 | 6/23/2023 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56698228 | 6/23/2023 | $ | 86.97 | 6/24/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56713091 | 6/24/2023 | $ | 48.24 | 6/25/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56742050 | 6/26/2023 | $ | 1,280.36 | 6/27/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56780500 | 6/27/2023 | $ | 592.19 | 6/28/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56791371 | 6/27/2023 | $ | 1,597.53 | 6/28/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871090 | 6/29/2023 | $ | 5.46 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871460 | 6/29/2023 | $ | 60.49 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871464 | 6/29/2023 | $ | 2,538.93 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56874538 | 6/29/2023 | $ | 3,970.23 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871459 | 6/29/2023 | $ | 52.63 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871965 | 6/29/2023 | $ | 10.43 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56874193 | 6/29/2023 | $ | 7.26 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871465 | 6/29/2023 | $ | 70.56 | 6/30/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56877422 | 6/29/2023 | $ | 66.03 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871663 | 6/29/2023 | $ | 490.77 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56874542 | 6/29/2023 | $ | 2,648.65 | 6/30/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56877261 | 6/29/2023 | $ | 141.36 | 6/30/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56899157 | 6/30/2023 | $ | 42.00 | 7/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56906742 | 6/30/2023 | $ | 231.09 | 7/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56911995 | 6/30/2023 | $ | 45.35 | 7/1/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56919956 | 6/30/2023 | $ | 48.67 | 7/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56928734 | 6/30/2023 | $ | 12.62 | 7/1/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Credit Memo | 56931870 | 6/30/2023 | $ | (684.00) | 7/1/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56971334 | 7/3/2023 | $ | 282.72 | 7/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56959134 | 7/3/2023 | $ | 686.18 | 7/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56957053 | 7/3/2023 | $ | 1,176.57 | 7/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56957052 | 7/3/2023 | $ | 201.38 | 7/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56957051 | 7/3/2023 | $ | 53.97 | 7/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56939248 | 7/3/2023 | $ | 126.23 | 7/4/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56938237 | 7/3/2023 | $ | 708.00 | 7/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57013585 | 7/5/2023 | $ | 42.00 | 7/6/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57001712 | 7/5/2023 | $ | 191.01 | 7/6/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56981448 | 7/5/2023 | $ | 1,336.98 | 7/6/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56985392 | 7/5/2023 | $ | 3,249.08 | 7/6/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56985391 | 7/5/2023 | $ | 1,626.05 | 7/6/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58584266 | 8/23/2023 | $ | (3,249.08) | 7/6/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57050567 | 7/6/2023 | $ | 581.96 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57038538 | 7/6/2023 | $ | 64.23 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57038502 | 7/6/2023 | $ | 62.00 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57038486 | 7/6/2023 | $ | 124.00 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57038472 | 7/6/2023 | $ | 5.52 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57038795 | 7/6/2023 | $ | 1,995.84 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57028660 | 7/6/2023 | $ | 43.83 | 7/7/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57102220 | 7/7/2023 | $ | 151.58 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088271 | 7/7/2023 | $ | 1,010.11 | 7/8/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57087344 | 7/7/2023 | $ | 1,570.21 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57091650 | 7/7/2023 | $ | 13.20 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088266 | 7/7/2023 | $ | 236.39 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088265 | 7/7/2023 | $ | 90.02 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088269 | 7/7/2023 | $ | 147.63 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088270 | 7/7/2023 | $ | 261.42 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088268 | 7/7/2023 | $ | 29.36 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57088267 | 7/7/2023 | $ | 256.21 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57080685 | 7/7/2023 | $ | 21.39 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57079463 | 7/7/2023 | $ | 186.00 | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58223392 | 8/11/2023 | $ | (182.05) | 7/8/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57105466 | 7/8/2023 | $ | 693.01 | 7/9/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57115917 | 7/10/2023 | $ | 355.43 | 7/11/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57121781 | 7/10/2023 | $ | 2,784.46 | 7/11/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57115930 | 7/10/2023 | $ | 71.20 | 7/11/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57139408 | 7/10/2023 | $ | 4,178.20 | 7/11/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57135438 | 7/10/2023 | $ | 678.37 | 7/11/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57140424 | 7/10/2023 | $ | 106.32 | 7/11/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57146041 | 7/10/2023 | $ | 168.96 | 7/11/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57151322 | 7/10/2023 | $ | 168.96 | 7/11/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57181093 | 7/11/2023 | $ | 1,924.84 | 7/12/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57182928 | 7/11/2023 | $ | 4,178.20 | 7/12/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57182929 | 7/11/2023 | $ | 4,176.69 | 7/12/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57185849 | 7/11/2023 | $ | 23.30 | 7/12/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57184114 | 7/11/2023 | $ | 46.37 | 7/12/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57180971 | 7/11/2023 | $ | 846.63 | 7/12/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57168656 | 7/11/2023 | $ | 293.03 | 7/12/2023 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227804 | 7/12/2023 | $ 345.18 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57229981 | 7/12/2023 | $ 41.03 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227896 | 7/12/2023 | $ 88.03 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227898 | 7/12/2023 | $ 108.61 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227792 | 7/12/2023 | $ 68.12 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57230271 | 7/12/2023 | $ 2.78 | 7/13/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57230496 | 7/12/2023 | $ 28.63 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227801 | 7/12/2023 | $ 589.68 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227809 | 7/12/2023 | $ 19.05 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57228414 | 7/12/2023 | $ 125.81 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57228416 | 7/12/2023 | $ 125.81 | 7/13/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57231636 | 7/12/2023 | $ 42.76 | 7/13/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57230110 | 7/12/2023 | $ 212.31 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57221608 | 7/12/2023 | $ 982.81 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227816 | 7/12/2023 | $ 132.41 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227813 | 7/12/2023 | $ 1,575.01 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57229824 | 7/12/2023 | $ 28.42 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57229827 | 7/12/2023 | $ 6.88 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57250097 | 7/12/2023 | $ 93.90 | 7/13/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57271301 | 7/13/2023 | $ 439.75 | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57271303 | 7/13/2023 | $ 266.47 | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57265924 | 7/13/2023 | $ 5.52 | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57265884 | 7/13/2023 | $ 5.52 | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57265892 | 7/13/2023 | $ 5.52 | 7/14/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57276967 | 7/13/2023 | $ 58.66 | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57271302 | 7/13/2023 | $ 77.75 | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Credit Memo | 57778738 | 7/28/2023 | $ (221.59) | 7/14/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57313879 | 7/14/2023 | $ 36.93 | 7/15/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57313250 | 7/14/2023 | $ 304.69 | 7/15/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57318818 | 7/14/2023 | $ 78.98 | 7/15/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57313249 | 7/14/2023 | $ 19.07 | 7/15/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56871461 | 6/29/2023 | $ 539.20 | 7/18/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57360910 | 7/17/2023 | $ 1,392.23 | 7/18/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57361813 | 7/17/2023 | $ 6.74 | 7/18/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57354082 | 7/17/2023 | $ 503.67 | 7/18/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57357980 | 7/17/2023 | $ 625.76 | 7/18/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57357976 | 7/17/2023 | $ 176.59 | 7/18/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56957050 | 7/3/2023 | $ 94.60 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56981859 | 7/5/2023 | $ 45.90 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57402648 | 7/18/2023 | $ 407.36 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57404645 | 7/18/2023 | $ 8,353.38 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57404646 | 7/18/2023 | $ 1,393.74 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57397897 | 7/18/2023 | $ 205.06 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57402384 | 7/18/2023 | $ 37.54 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57403549 | 7/18/2023 | $ 115.71 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57404364 | 7/18/2023 | $ 18.59 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57402466 | 7/18/2023 | $ 56.19 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57402468 | 7/18/2023 | $ 504.07 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57405195 | 7/18/2023 | $ 23.42 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57398777 | 7/18/2023 | $ 88.89 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57402469 | 7/18/2023 | $ 2,843.87 | 7/19/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57402470 | 7/18/2023 | $ 208.93 | 7/19/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 56959461 | 7/3/2023 | $ 258.73 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57228454 | 7/12/2023 | $ 937.39 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227800 | 7/12/2023 | $ 170.63 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57229717 | 7/12/2023 | $ 28.42 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57228419 | 7/12/2023 | $ 1,972.54 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57271304 | 7/13/2023 | $ 86.57 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57313252 | 7/14/2023 | $ 1,139.79 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57450738 | 7/19/2023 | $ 610.39 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57432255 | 7/19/2023 | $ 89.96 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57452718 | 7/19/2023 | $ 4,176.69 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57452730 | 7/19/2023 | $ 2,784.46 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57450742 | 7/19/2023 | $ 398.89 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57445734 | 7/19/2023 | $ 35.12 | 7/20/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57450478 | 7/19/2023 | $ 223.33 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57453070 | 7/19/2023 | $ 395.85 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57450498 | 7/19/2023 | $ 112.14 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57471690 | 7/19/2023 | $ 128.91 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57472361 | 7/19/2023 | $ 58.19 | 7/20/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57445770 | 7/19/2023 | $ 381.60 | 7/20/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57497953 | 7/20/2023 | $ 920.18 | 7/21/2023 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57497954 | 7/20/2023 | $ | 177.12 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57519405 | 7/20/2023 | $ | 98.84 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57520103 | 7/20/2023 | $ | 87.43 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58058656 | 8/7/2023 | $ | (86.69) | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58101651 | 8/8/2023 | $ | (75.85) | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58223389 | 8/11/2023 | $ | (182.05) | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57545434 | 7/21/2023 | $ | 363.35 | 7/22/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57559085 | 7/22/2023 | $ | 768.01 | 7/24/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57559084 | 7/22/2023 | $ | 133.82 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568974 | 7/24/2023 | $ | 4,176.69 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568672 | 7/24/2023 | $ | 402.60 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57569840 | 7/24/2023 | $ | 44.56 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568674 | 7/24/2023 | $ | 344.52 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568679 | 7/24/2023 | $ | 637.02 | 7/25/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57581100 | 7/24/2023 | $ | 367.52 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57313251 | 7/14/2023 | $ | 1,679.31 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57633757 | 7/25/2023 | $ | 8,353.38 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57633762 | 7/25/2023 | $ | 5,570.43 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632160 | 7/25/2023 | $ | 268.91 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57633756 | 7/25/2023 | $ | 1,392.23 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632159 | 7/25/2023 | $ | 408.87 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632053 | 7/25/2023 | $ | 89.04 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632048 | 7/25/2023 | $ | 973.51 | 7/26/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57632052 | 7/25/2023 | $ | 171.63 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632046 | 7/25/2023 | $ | 118.56 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57627155 | 7/25/2023 | $ | 80.49 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 58250876 | 8/14/2023 | $ | 33.76 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57106657 | 7/9/2023 | $ | 602.65 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57227794 | 7/12/2023 | $ | 83.64 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57267497 | 7/13/2023 | $ | 221.59 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57671649 | 7/26/2023 | $ | 643.42 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57671683 | 7/26/2023 | $ | 662.29 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57677160 | 7/26/2023 | $ | 616.61 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57671654 | 7/26/2023 | $ | 321.71 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57677161 | 7/26/2023 | $ | 208.17 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57677162 | 7/26/2023 | $ | 92.93 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57676788 | 7/26/2023 | $ | 34.88 | 7/27/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57678008 | 7/26/2023 | $ | 36.36 | 7/27/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57673340 | 7/26/2023 | $ | 952.24 | 7/27/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57720459 | 7/27/2023 | $ | 600.43 | 7/28/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57721114 | 7/27/2023 | $ | 206.39 | 7/28/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57761259 | 7/28/2023 | $ | 872.16 | 7/29/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57767533 | 7/28/2023 | $ | 16.85 | 7/29/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57765515 | 7/28/2023 | $ | 101.26 | 7/29/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57765514 | 7/28/2023 | $ | 251.91 | 7/29/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57768283 | 7/28/2023 | $ | 193.81 | 7/29/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57769026 | 7/28/2023 | $ | 135.96 | 7/29/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57780937 | 7/28/2023 | $ | 175.11 | 7/29/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57761348 | 7/28/2023 | $ | 176.70 | 7/29/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57806749 | 7/31/2023 | $ | 2,831.44 | 8/1/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57823690 | 7/31/2023 | $ | 198.77 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57814935 | 7/31/2023 | $ | 235.87 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57814933 | 7/31/2023 | $ | 61.65 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57814932 | 7/31/2023 | $ | 120.98 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57816434 | 7/31/2023 | $ | 1,680.10 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57816431 | 7/31/2023 | $ | 104.74 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57796809 | 7/31/2023 | $ | 2,091.23 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57796806 | 7/31/2023 | $ | 1,393.74 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57798274 | 7/31/2023 | $ | 60.71 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57816450 | 7/31/2023 | $ | 311.91 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 59266121 | 9/14/2023 | $ | 16.74 | 8/1/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56911984 | 6/30/2023 | $ | 45.35 | 8/2/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57180972 | 7/11/2023 | $ | 65.99 | 8/2/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57835486 | 7/31/2023 | $ | 252.33 | 8/2/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57856152 | 8/1/2023 | $ | 585.23 | 8/2/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57869496 | 8/1/2023 | $ | 992.61 | 8/2/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57853465 | 8/1/2023 | $ | 67.52 | 8/2/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57856212 | 8/1/2023 | $ | 320.02 | 8/2/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 58425951 | 8/18/2023 | $ | 89.60 | 8/2/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57911822 | 8/2/2023 | $ | 785.06 | 8/3/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57925128 | 8/2/2023 | $ | 308.43 | 8/3/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57926529 | 8/2/2023 | $ | 369.09 | 8/3/2023 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945869 | 8/3/2023 | $ | 218.07 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945031 | 8/3/2023 | $ | 57.97 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945028 | 8/3/2023 | $ | 689.00 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945026 | 8/3/2023 | $ | 106.52 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57950077 | 8/3/2023 | $ | 67.52 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945023 | 8/3/2023 | $ | 350.66 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945027 | 8/3/2023 | $ | 212.75 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945024 | 8/3/2023 | $ | 150.72 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945191 | 8/3/2023 | $ | 229.78 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999393 | 8/4/2023 | $ | 1,140.54 | 8/5/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57998456 | 8/4/2023 | $ | 305.25 | 8/5/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57999676 | 8/4/2023 | $ | 345.57 | 8/5/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999389 | 8/4/2023 | $ | 256.21 | 8/5/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999391 | 8/4/2023 | $ | 230.84 | 8/5/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999388 | 8/4/2023 | $ | 10.24 | 8/5/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11529508 | 2/28/2021 | $ | 45.60 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11580344 | 3/31/2021 | $ | 66.52 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11631956 | 4/30/2021 | $ | 71.73 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11684880 | 5/31/2021 | $ | 105.19 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11817282 | 8/31/2021 | $ | 25.68 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11876742 | 9/30/2021 | $ | 12.27 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11911399 | 10/31/2021 | $ | 18.08 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 11957486 | 11/30/2021 | $ | 70.49 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12004930 | 12/31/2021 | $ | 92.26 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12045493 | 1/31/2022 | $ | 111.66 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12084250 | 2/28/2022 | $ | 148.15 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12118756 | 3/31/2022 | $ | 154.37 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12149493 | 4/30/2022 | $ | 161.49 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12181589 | 5/31/2022 | $ | 137.37 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12222407 | 7/31/2022 | $ | 94.03 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12260089 | 8/31/2022 | $ | 94.03 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12295175 | 9/30/2022 | $ | 99.15 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12337350 | 10/31/2022 | $ | 97.44 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12379860 | 11/30/2022 | $ | 93.92 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12421973 | 12/31/2022 | $ | 136.11 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12464712 | 1/31/2023 | $ | 135.29 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12506565 | 2/28/2023 | $ | 141.55 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12563499 | 3/31/2023 | $ | 219.63 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12619789 | 4/30/2023 | $ | 237.96 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12664162 | 5/31/2023 | $ | 292.78 | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12706648 | 6/30/2023 | $ | 237.23 | N/A |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Chargeback | 4049721 | 7/20/2023 | $ | (3,394.90) | N/A |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Chargeback | 4064546 | 7/25/2023 | $ | (65.50) | N/A |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Chargeback | 4064547 | 7/25/2023 | $ | (411.33) | N/A |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Chargeback | 4064548 | 7/25/2023 | $ | (110.82) | N/A |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Finance Charge | 12752697 | 7/31/2023 | $ | 261.94 | N/A |
| 1 | | | | | | | | |
| | | | | | | $ | 149,237.03 | |