503(b)(9) Claim

| Doc Co | Parent Number | Customer Number | Customer Desc | Document Type | Invoice Number | Invoice Date | Open Amount | Delivery Date or Original Ship Date For Returned |
|---|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56871461 | 6/29/2023 | $ 539.20 | 7/18/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57360910 | 7/17/2023 | $ 1,392.23 | 7/18/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57361813 | 7/17/2023 | $ 6.74 | 7/18/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57354082 | 7/17/2023 | $ 503.67 | 7/18/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57357980 | 7/17/2023 | $ 625.76 | 7/18/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57357976 | 7/17/2023 | $ 176.59 | 7/18/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56957050 | 7/3/2023 | $ 94.60 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 56981859 | 7/5/2023 | $ 45.90 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57402648 | 7/18/2023 | $ 407.36 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57404645 | 7/18/2023 | $ 8,353.38 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57404646 | 7/18/2023 | $ 1,393.74 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57397897 | 7/18/2023 | $ 205.06 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57402384 | 7/18/2023 | $ 37.54 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57403549 | 7/18/2023 | $ 115.71 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57404364 | 7/18/2023 | $ 18.59 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57402466 | 7/18/2023 | $ 56.19 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57402468 | 7/18/2023 | $ 504.07 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57405195 | 7/18/2023 | $ 23.42 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57398777 | 7/18/2023 | $ 88.89 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57402469 | 7/18/2023 | $ 2,843.87 | 7/19/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57402470 | 7/18/2023 | $ 208.93 | 7/19/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 56959461 | 7/3/2023 | $ 258.73 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57228454 | 7/12/2023 | $ 937.39 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57227800 | 7/12/2023 | $ 170.63 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57229717 | 7/12/2023 | $ 28.42 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57228419 | 7/12/2023 | $ 1,972.54 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57271304 | 7/13/2023 | $ 86.57 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57313252 | 7/14/2023 | $ 1,139.79 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57450738 | 7/19/2023 | $ 610.39 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57432255 | 7/19/2023 | $ 89.96 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57452718 | 7/19/2023 | $ 4,176.69 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57452730 | 7/19/2023 | $ 2,784.46 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57450742 | 7/19/2023 | $ 398.89 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57445734 | 7/19/2023 | $ 35.12 | 7/20/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57450478 | 7/19/2023 | $ 223.33 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57453070 | 7/19/2023 | $ 395.85 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57450498 | 7/19/2023 | $ 112.14 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57471690 | 7/19/2023 | $ 128.91 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57472361 | 7/19/2023 | $ 58.19 | 7/20/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57445770 | 7/19/2023 | $ 381.60 | 7/20/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57497953 | 7/20/2023 | $ 920.18 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57497954 | 7/20/2023 | $ 177.12 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57519405 | 7/20/2023 | $ 98.84 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57520103 | 7/20/2023 | $ 87.43 | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58058656 | 8/7/2023 | $ (86.69) | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58101651 | 8/8/2023 | $ (75.85) | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Credit Memo | 58223389 | 8/11/2023 | $ (182.05) | 7/21/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57545434 | 7/21/2023 | $ 363.35 | 7/22/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57559085 | 7/22/2023 | $ 768.01 | 7/24/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57559084 | 7/22/2023 | $ 133.82 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568974 | 7/24/2023 | $ 4,176.69 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568672 | 7/24/2023 | $ 402.60 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57569840 | 7/24/2023 | $ 44.56 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568674 | 7/24/2023 | $ 344.52 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57568679 | 7/24/2023 | $ 637.02 | 7/25/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57581100 | 7/24/2023 | $ 367.52 | 7/25/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57313251 | 7/14/2023 | $ 1,679.31 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57633757 | 7/25/2023 | $ 8,353.38 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57633762 | 7/25/2023 | $ 5,570.43 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632160 | 7/25/2023 | $ 268.91 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57633756 | 7/25/2023 | $ 1,392.23 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632159 | 7/25/2023 | $ 408.87 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632053 | 7/25/2023 | $ 89.04 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632048 | 7/25/2023 | $ 973.51 | 7/26/2023 |
| 1 | 4364378 | 4364378 | MERCY HOSPITAL IOWA CITY | Invoice | 57632052 | 7/25/2023 | $ 171.63 | 7/26/2023 |
| 1 | 4364378 | 3845949 | MERCY SERVICES IOWA CITY, INC. | Invoice | 57632046 | 7/25/2023 | $ 118.56 | 7/26/2023 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57627155 | 7/25/2023 | $ 80.49 | 7/26/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 58250876 | 8/14/2023 | $ 33.76 | 7/26/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57106657 | 7/9/2023 | $ 602.65 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57227794 | 7/12/2023 | $ 83.64 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57267497 | 7/13/2023 | $ 221.59 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57671649 | 7/26/2023 | $ 643.42 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57671683 | 7/26/2023 | $ 662.29 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57677160 | 7/26/2023 | $ 616.61 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57671654 | 7/26/2023 | $ 321.71 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57677161 | 7/26/2023 | $ 208.17 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57677162 | 7/26/2023 | $ 92.93 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57676788 | 7/26/2023 | $ 34.88 | 7/27/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57678008 | 7/26/2023 | $ 36.36 | 7/27/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57673340 | 7/26/2023 | $ 952.24 | 7/27/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57720459 | 7/27/2023 | $ 600.43 | 7/28/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57721114 | 7/27/2023 | $ 206.39 | 7/28/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57761259 | 7/28/2023 | $ 872.16 | 7/29/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57767533 | 7/28/2023 | $ 16.85 | 7/29/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57765515 | 7/28/2023 | $ 101.26 | 7/29/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57765514 | 7/28/2023 | $ 251.91 | 7/29/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57768283 | 7/28/2023 | $ 193.81 | 7/29/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57769026 | 7/28/2023 | $ 135.96 | 7/29/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57780937 | 7/28/2023 | $ 175.11 | 7/29/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57761348 | 7/28/2023 | $ 176.70 | 7/29/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57806749 | 7/31/2023 | $ 2,831.44 | 8/1/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57823690 | 7/31/2023 | $ 198.77 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57814935 | 7/31/2023 | $ 235.87 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57814933 | 7/31/2023 | $ 61.65 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57814932 | 7/31/2023 | $ 120.98 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57816434 | 7/31/2023 | $ 1,680.10 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57816431 | 7/31/2023 | $ 104.74 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57796809 | 7/31/2023 | $ 2,091.23 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57796806 | 7/31/2023 | $ 1,393.74 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57798274 | 7/31/2023 | $ 60.71 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57816450 | 7/31/2023 | $ 311.91 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 59266121 | 9/14/2023 | $ 16.74 | 8/1/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 56911984 | 6/30/2023 | $ 45.35 | 8/2/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57180972 | 7/11/2023 | $ 65.99 | 8/2/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57835486 | 7/31/2023 | $ 252.33 | 8/2/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57856152 | 8/1/2023 | $ 585.23 | 8/2/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57869496 | 8/1/2023 | $ 992.61 | 8/2/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57853465 | 8/1/2023 | $ 67.52 | 8/2/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57856212 | 8/1/2023 | $ 320.02 | 8/2/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 58425951 | 8/18/2023 | $ 89.60 | 8/2/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57911822 | 8/2/2023 | $ 785.06 | 8/3/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57925128 | 8/2/2023 | $ 308.43 | 8/3/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57926529 | 8/2/2023 | $ 369.09 | 8/3/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945869 | 8/3/2023 | $ 218.07 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945031 | 8/3/2023 | $ 57.97 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945028 | 8/3/2023 | $ 689.00 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945026 | 8/3/2023 | $ 106.52 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57950077 | 8/3/2023 | $ 67.52 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945023 | 8/3/2023 | $ 350.66 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945027 | 8/3/2023 | $ 212.75 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945024 | 8/3/2023 | $ 150.72 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57945191 | 8/3/2023 | $ 229.78 | 8/4/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999393 | 8/4/2023 | $ 1,140.54 | 8/5/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57998456 | 8/4/2023 | $ 305.25 | 8/5/2023 |
| 1 | 4364378 | 4364378 MERCY HOSPITAL IOWA CITY | Invoice | 57999676 | 8/4/2023 | $ 345.57 | 8/5/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999389 | 8/4/2023 | $ 256.21 | 8/5/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999391 | 8/4/2023 | $ 230.84 | 8/5/2023 |
| 1 | 4364378 | 3845949 MERCY SERVICES IOWA CITY, INC. | Invoice | 57999388 | 8/4/2023 | $ 10.24 | 8/5/2023 |