# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, *et al.*,<br><br>Debtor. | Chapter 11<br>Case No. BK 23-00623<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF LATONIA C. WILLIAMS** |

The matter before the Court is the motion for Admission *Pro Hac Vice* (Doc. 431) of Latonia C. Williams as attorney for UnitedHealthcare Insurance Company, UnitedHealthcare of the Midlands, Inc., and UnitedHealth Military and Veterans Services, LLC. Having reviewed the motion, the Court finds that the application substantially conforms to the requirements of L.R. 2090-1(b)(3).

**IT IS ORDERED** that the application to admit Latonia C. Williams to practice before this court for the purpose of this case is GRANTED.

**IT IS FURTHER ORDERED** that within 21 days of this order, attorney Latonia C. Williams must file with the court and serve upon the United States trustee a letter from the attorney's bar association confirming his present good standing within the association.

**IT IS FURTHER ORDERED** that the attorney is subject to the jurisdiction of this court and is bound by the Iowa Rules of Professional Conduct and the court's Local Rules of Practice and Procedure. This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Northern District of Iowa.

Ordered: November ___3___, 2023.

_____
Thad J. Collins
Chief Bankruptcy Judge

1