## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA et al.,<br><br>Debtors.[1] | Case No. 23-00623 (TJC)<br><br>Jointly Administered<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** |

   PLEASE TAKE NOTICE THAT Bradley R. Kruse of the law firm Dickinson, Mackaman, Tyler & Hagen, P.C., hereby enters his appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 2090-1 on behalf of Kronos Incorporated and UKG Inc. and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102 and 342 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. as amended, that all notices given or required to be given, and all papers, pleadings or documents filed, served, or required to be served in this case, be given and served upon Kronos Incorporated and UKG Inc. electronically through CM/ECF or otherwise at the following address:

> Kronos Incorporated
> UKG Inc.
> c/o Bradley R. Kruse
> Dickinson, Mackaman, Tyler & Hagen, P.C.
> 699 Walnut Street, Suite 1600
> Des Moines, Iowa 50309
> bkruse@dickinsonlaw.com

   PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to above, but also, without limitation, orders and notices of any application, motion,

---

[1] The Debtors in these Chapter 11 cases include: Mercy Hospital, Iowa City, Iowa; Mercy Services Iowa City, Iowa: and Mercy Iowa City ACO, LLC.

petition, pleading, request, complaint, or demand, that (1) affects or seeks to affect in any way rights or interests of any creditor or party in interest in this case with respect to (a) the debtor, (b) property of the debtors' estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of other(s) that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payments, or other conduct by Kronos Incorporated and UKG Inc.

Respectfully submitted this 3rd day of November, 2023

/s/ *Bradley R. Kruse*
Bradley R. Kruse    AT0004483
DICKINSON, MACKAMAN,
TYLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3986
Telephone: (515) 244-2600
bkruse@dickinsonlaw.com

ATTORNEYS FOR KRONOS INCORPORATED and UKG INC.

### CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated this 3rd day of November, 2023.

*/s/ Linda Enghausen*
Linda Enghausen