# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.,<br><br>Debtors. | Case No. 23-00623<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |

Pursuant to F.R.B.P. 9010(b), please take notice that Michael T. Gustafson is appearing as counsel to Iowa City Ambulatory Surgical Center, LLC in the above-captioned chapter 11 case.

Debtor Mercy Hospital, Iowa City, Iowa is a co-member in the joint venture entity Iowa City Ambulatory Surgical Center, LLC and such entity is therefore a party in interest in this case. Pursuant to 11 U.S.C. §1109(b) and F.R.B.P. 2002, 3017, and 9007, the undersigned counsel, on behalf of Iowa City Ambulatory Surgical Center, LLC, hereby requests that all notices given or required to be given in this case and all papers served or required to be served, including Notices of Abandonment, in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

This Notice of Appearance and Request for Notices shall not be deemed to be and is not a waiver of the rights of Iowa City Ambulatory Surgical Center, LLC, and is not to be construed as a waiver of any right (i) to have final orders in non-core matters entered only after de novo review

by the district court; (ii) to have trial by jury in any proceeding; (iii) to have the district court withdraw the reference; or (iv) any other right, claim, action, setoff, or recoupment to which Iowa City Ambulatory Surgical Center, LLC, all of which right, claim, action, setoff, or recoupment are reserved.

Dated: November 3, 2023

                                      Respectfully submitted,

                                      */s/ Michael T. Gustafson*
                                      Michael T. Gustafson (*Admitted pro hac vice*)
                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                      320 S. Canal Street, Suite 3300
                                      Chicago, IL 60606
                                      Phone: (312) 569-1000
                                      Fax: (312) 569-3000
                                      Email: mike.gustafson@faegredrinker.com

                                      *Counsel to* Iowa City Ambulatory Surgical
                                      *Center, LLC*

## Certificate of Service

     The undersigned certifies, under penalty of perjury, that on this 3rd day of November, 2023, the foregoing document was electronically filed with the Clerk of Bankruptcy Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                      */s/ Michael T. Gustafson*