## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No.  23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | AGREED MOTION TO EXTEND TIME |
| | ) | TO OBJECT TO APPLICATION FOR |
| | ) | COMPENSATION OF H2C SECURITIES, |
| | | INC. |

The Acting U.S. Trustee moves the Court for an order extending the deadline to file an objection to the Application for Compensation on behalf of H2C Securities, Inc.

1.  The Application for Compensation was filed on October 20, 2023, and an Amended Application was filed the same day (doc. 389, 391) ("Application").

2.  Objections to the Application are due on November 3, 2023.

3.  The U.S. Trustee requests a 1-week extension, to November 10, 2023 to file objections to the Application.

4.  Debtors' counsel has agreed to the extension.

WHEREFORE, the Acting United States Trustee moves for an order extending the deadline to object to the Fee Application of H2C to November 10, 2023 for the U.S. Trustee.

Dated: November 3, 2023

**Mary R. Jensen**
Acting United States Trustee
Region 12

By:/s/ Claire R. Davison
**Claire R. Davison**
AT #0014945
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (202) 320-3943
Claire.r.davison@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated November 3, 2023

By:/s/ Jennifer L. Cline
**Jennifer L. Cline**
Paralegal Specialist
United States Trustee's Office