# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| | ) Jointly Administered |
| Debtors. | ) |

**DEBTORS' STATUS REPORT REGARDING MOTION TO ENFORCE THE AUTOMATIC STAY AGAINST CERTAIN STAFFING AGENCIES**
(DOCKET NOS. 275, 335, 342)

Mercy Hospital, Iowa City, Iowa ("Mercy" or the "Hospital") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), provides the following status report regarding the Motion to Enforce Automatic Stay Against Certain Staffing Agencies (Docket No. 275) the ("Motion to Enforce Stay"):

1. Debtors filed the Motion on September 26, 2023 against five Staffing Agencies[1]: Aureus Medical Group, Innovate Healthcare Staffing, StaffDNA, Travel Nurse Across America, and LiquidAgents Healthcare.

2. The Court held an expedited hearing on the Motion to Enforce Stay on October 3, 2023.

3. At the hearing, Debtors informed the Court that Debtors had heard from four of the five Staffing Agencies and, in order to provide time to reach a resolution with those parties, Debtor requested the Court continue to the hearing as to Aureus Medical Group, StaffDNA, Travel Nurse Across America ("TNAA"), and LiquidAgents Healthcare.

---

[1] All terms used and not defined herein shall have the meaning provided in the Motion.

4.  Innovate Healthcare did not appear at the hearing and did not otherwise contact Debtors to reach a resolution of the matter.

5.  The Court entered an Order on October 5, 2023 setting a final hearing on Innovate Healthcare's "alleged violation of the automatic stay" and stated that "[i]f Innovative [*sic*] Healthcare fails to appear and defend the motion, then relief, including damages and attorney fees may be entered against it." Docket No. 335. The Court continued the hearing as to the remaining four staffing agencies and set October 6, 2023 as a deadline for objections by TNAA. *Id.*

6.  TNAA filed an objection to the Motion on October 6, 2023. Docket. No. 342.

7.  The final hearing on the Motion to Enforce Stay is set for Monday, November 6 at 10:30 a.m. Docket No. 382.

8.  Debtors advise the Court that they have reached a final resolution of the issues presented in the Motion to Enforce Stay with all five of the staffing agencies. As such, Debtors do not intend seek any further relief from the Court with regards to Aureus Medical Group, StaffDNA, TNAA, LiquidAgents Healthcare and Innovate Healthcare Staffing at the November 6 hearing.

Dated: November 3, 2023

**NYEMASTER GOODE, P.C.**

Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:	(319) 286-7002
Facsimile:	(319) 286-7050
Email:	rleaf@nyemaster.com

- and -

*/s/ Kristina M. Stanger*
Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600

Des Moines, IA 50309
Telephone:  515-645-5510
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
kmstanger@nyemaster.com

-and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:            fperlman@mwe.com
                     dsimon@mwe.com
                     ekeil@mwe.com


Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:            jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*


### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this November 3, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case


/s/ *Kristina M. Stanger*