| Reference Name | Facility Description | Titleholder | Parcel No. | Local Address | LEGAL DESCRIPTION | Liens as of Commitment Certification Date (excluding pending matters and bankruptcy proceedings) |
|---|---|---|---|---|---|---|
| Johnson 1 | Mercy Infusion Center, Mercy Wound and Vein Center, Neurodiagnostic Sleep Center | Mercy Hospital, Iowa City, Iowa | Parcel 10-10-165-001 | 500 E. Market St., Iowa City, IA 52245 | All of Lots 1, 2, 7, 8, the east half of Lot 3, and the east 160 feet of the vacated alley, all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and that part of vacated Van Buren Street from the North line of Market Street to the South line of Bloomington Street in Iowa City, Iowa. and All of Block 38, Iowa City, Iowa, according to the recorded plat thereof, including the vacated alley in said Block 38. | **MECHANIC'S LIENS**: - Mechanic's Lien 041545-0 in favor of AAA Mechanical Contractors, Inc. posted 8.28.2023 - Mechanic's Lien 041966-0 in favor of Gerard Electric, Inc. posted 09.19.2023 |
| Johnson 2 | | Mercy Hospital, Iowa City, Iowa | Parcel 10-10-165-006 | 230 N. Gilbert St., Iowa City, IA 52245 | The following described portion of Lot 4: Commencing at the Southwest corner of Lot 4, thence East along the South line 70 feet, thence North at right angles 40 feet, thence West at right angles 70 feet to the West line of said Lot 4, thence South along the West line 40 feet to the place of beginning; all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and Commencing at the Northeast corner of Lot 4, in Block 47, in Iowa City, Iowa, according to the recorded plat thereof, thence running South to the Southeast corner of said Lot 4; thence West 10 feet along the South line of said Lot 4 to a point 70 feet from the Southwest corner of said Lot 4, thence North at right angles 40 feet, thence West at right angles 70 feet to the West line of said Lot 4, thence North 110 feet along the West line of said Lot 4 to the North line of said Lot 4, thence East 80 feet along the North line of said Lot 4 to the place of beginning. and The West half of Lot 3, Block 47, in Iowa City, Iowa, according to the recorded plat thereof. | **MECHANIC'S LIENS**: - Mechanic's Lien 041545-0 in favor of AAA Mechanical Contractors, Inc. posted 8.28.2023 - Mechanic's Lien 041966-0 in favor of Gerard Electric, Inc. posted 09.19.2023 |
| Johnson 15 | Nonexclusive appurtenant easements created in Skywalk Easement | Fee Simple: The City of Iowa City, Iowa Subject to easemetn in Mercy Hospital, Iowa City, Iowa | Skywalk Eaement over Public ROW | Skywalk Eaement over public ROW, Market St, Iowa City, IA | The 100 foot wide right-of-way of that portion of Market Street lying between the easterly right-of-way line of Van Buren Street and the westerly right-of-way line of Johnson Street, in Iowa City, Iowa, according to the recorded plat thereof. TITLE COMMITMENT LEGAL.: Non-exclusive appurtenant easements for skyway purposes for the benefit of the Land described as PARCEL 1 herein, as created in the Skyway Easement evidenced of record by Resolution No. 90-5 recorded in Book 1104, Page 483 in the records of the County Recorder, Johnson County, Iowa. | **MECHANIC'S LIENS** (posted after date of commitment): - Mechanic's Lien 041545-0 in favor of AAA Mechanical Contractors, Inc. posted 8.28.2023 - Mechanic's Lien 041966-0 in favor of Gerard Electric, Inc. posted 09.19.2023 |