| Recipient | Amount Paid * |
|---|---|
| J & K Professional Medical Services | $ 90,000.00 |
| Perigen | $ 28,347.75 |
| Steindler Orthopedic Clinic | $ 66,666.66 |

*Paid total only includes payments made over $25,000 in the 90 days prior to filing*