| Recipient | Amount Paid * |
|---|---:|
| Allscripts Healthcare LLC | 5,009,060.11 |
| Computershare Trust Company | 2,076,328.93 |
| J & K Professional Medical Services | 649,896.31 |
| MercyOne | 4,020,062.06 |
| Perigen | 138,952.00 |
| The Chartis Group LLC | 3,446,500.00 |
| Vaya Workforce Solutions LLC | 2,764,106.26 |

*\* Paid total only includes payments made over $100K in the 2 years prior to the filing*