```
                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF IOWA

IN RE:                                    )    CHAPTER 11
                                          )    CASE NO. 23-623C
Mercy Hospital Iowa City, Iowa, et al.,   )
                                          )
                                          )
                                          )    NOTICE OF
                                          )    APPOINTMENT OF
         Debtors.                         )    OF PENSIONERS'
                                          )    COMMITTEE
```

The Acting United States Trustee reports that the following creditors have been appointed to serve on an Pensioners' committee in this case:

1. Mary McMurray, 47 Lakeview Plance NE, Iowa City IA 52240  Phone:(310)331-5540; email: mary_mcmurray50@hotmail.com

2. Mary McCarthy, 1200 23rd Ave Unit 2, Coralville IA 52241. Phone: (319) 321-1120; email: m2coolit@gmail.com

3. Carol Ebinger, 39 Chandler Place, Iowa City IA 52245. Phone: (319) 331-5892; email: cmebinger@gmail.com

4. Joni Werle, 2225 Sugar Bottom Rd NE, Solon IA 52333. Phone: (319) 631-2265; email: joni.werle@gmail.com

5. Jodine Gunn, 2218 E Grantview Drive, Coralville, IA 52241; Phone: (319) 400-7720; email: jodykgunn@gmail.com

6. Jean Berge, 1107 Wylde Green Rd, Iowa City IA 52246. Phone: (319) 541-7538; email: berge.jean@gmail.com

7. Jeanne Hein, 1386 Pleasantview Drive, Tipton IA 52772. Phone: (319) 930-1343; email: hein.jeanne@gmail.com

8. To ensure adequate representation of the scheduled unsecured creditors, the United States Trustee reserves the right to add or remove committee members.

Dated this 4th day of November, 2023.

**Mary R.Jensen**
Acting United States trustee
Region 12

By:/s/ Janet G. Reasoner
**Janet G. Reasoner**
Janet.G.Reasoner@usdoj.gov
111 7th Ave SE,Box 17
Cedar Rapids IA  52401
Ph:(319)364-2211/Fax: 364-7370

CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on November 4, 2023:

Committee members
Parties requesting notice pursuant to Bankruptcy Rule 2002
Parties receiving electronic service via CM/ECF

                                                */s/ Jennifer L. Cline*
                                                Jennifer L. Cline
                                                Paralegal Specialist

3