# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Hartford**

Do hereby certify, that, in the Superior Court at on the **31st** day of **May, 2023**

**Brian Gerard Remondino**

of
**Wilton, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **October 31, 2023**

*Carl D. Cicchetti*
Chief Clerk