FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

NOV 06 2023

Clerk of Court
By: _____
Deputy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, ) *et al.*, ) | Case No. 23-00623 (TJC) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## DEBTORS' AMENDED EXHIBIT AND WITNESS LIST FOR NOVEMBER 6, 2023 HEARING

Party's Name: Mercy Hospital, Iowa City, Iowa and its debtor affiliates (the "Debtors")

Party's Attorneys: Roy Leaf, Kristina Stanger, Felicia Gerber Perlman, Daniel Simon

This set Amended Exhibit List is being served pursuant to applicable Local Rules, concerning exhibit exchange and identification. Failure to timely object will result in the attached Exhibits being admitted into evidence. This Amended Exhibit List has been amended to include exhibits and witnesses in connection with the hearing on the sale of substantially all of the Debtors' assets.

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | Declaration of Kim Volk [Docket No. 275, Ex. A] | | | | | | |
| 2 | Declaration of Roy Leaf [Docket No. 275, Ex. B] | | | | | | |
| 3 | Master Agreement for Staffing Services [Docket No. 275, Ex. C] | | | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | Letters to Staffing Agencies [Docket No. 275, Ex. D] | | | | | | |
| 5 | 9019 Settlement Term Sheet [Docket No. 346, Ex. 1 to Ex. A] | | | | | | |
| 6 | Last Will and Testament of Edwin B. Green [Docket No. 346, Ex. B] | | | | | | |
| 7 | Debtors' Bank Accounts [Docket No. 14, Ex. 1 to Ex. A] | | | | | | |
| 8 | Cash Management System Diagram [Docket No. 14, Ex. C] | | | | | | |
| 9 | Final Cash Collateral Budget [Forthcoming] | | | | | | |
| 10 | Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings (including all exhibits thereto) [Docket No. 27] | | | | | | |
| 11 | Amended Asset Purchase Agreement [Docket No. 459, Ex. A] | | | | | | |
| 12 | Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Break-Up Fee, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures, and (F) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Granting Related Relief [Docket No. 222] | | | | | | |
| 13 | Transcripts from Auction and Reopened Auction | | | | | | |
| 14 | Declaration of Mark E. Toney in Support of Debtors' Proposed Sale to the University of Iowa [Forthcoming] | Yes | Yes | No | Yes | 11/6/23 | Admitted |
| 15 | Mark Toney Proffer Foundation Motion | Yes | Yes | No | Yes | 11/6/23 | Admitted |

NOTE: Per N.D. of Iowa Local Bankruptcy Rules, marked exhibits will be hand-delivered to the Court Recorder prior to the Trial or Hearing.

The Debtors also reserve the right to supplement, amend, withdraw, or otherwise modify this submission. The Debtors also designate any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of a witness.

## WITNESSES

The Debtors may call, if necessary, Mark Toney and Jim Porter as witnesses to provide testimony in Court. The Debtors also designate any and all witnesses on a list submitted by any other parties in this matter. The Debtors also reserve the right to supplement, amend, withdraw, or otherwise modify this submission.

Respectfully Submitted,

/s/ Roy Leaf
NYEMASTER GOODE, P.C.
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com