# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

## WITHDRAWAL OF SECURED BONDHOLDER REPRESENTATIVES' MOTION TO COMPEL COMPLIANCE WITH AUCTION RESULTS

Computershare Trust Company, N.A., as Master Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative, withdraw their Motion to Compel Compliance with Auction Results. ECF No. 387.

Dated: November 6, 2023

**WHITFIELD & EDDY, P.L.C.**

*/s/ Peter J. Chalik*
Peter J. Chalik (Iowa Bar No. AT0013036)
699 Walnut St., Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Email: Chalik@whitfieldlaw.com

-and-

**MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO, P.C.**

William W. Kannel (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: WKannel@mintz.com

Nathan F. Coco (admitted *pro hac vice*)
Kaitlin R. Walsh (admitted *pro hac vice*)

1

> Megan Preusker (admitted *pro hac vice*)
> 919 Third Avenue
> New York, New York 10022
> Telephone: (212) 935-3000
> Email: NFCoco@mintz.com
> KRWalsh@mintz.com
> MPreusker@mintz.com

2

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document and accompanying exhibits was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated November 6, 2023.

<em>/s/ Peter J. Chalik</em>