# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 58, 459** |

### NOTICE OF FILING SCHEDULES TO AMENDED ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on August 9, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Provide Stalking Horse Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving the Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 58] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that on October 27, 2023 the Debtors filed their *Amended Notice of Auction Results* [Docket No. 420] declaring the State of Iowa University of Iowa (the "University") as the Winning Bidder in connection with the disposition of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2023, the Debtors filed a notice attaching the form of an *Asset Purchase Agreement* [Docket No. 459] (the "Amended APA") setting forth the terms of the sale of the Debtors' assets to the University.

**PLEASE TAKE FURTHER NOTICE** that on November 6, 2023, this Court held a hearing to consider entry of the Sale Motion and approve the sale of the Debtors' assets to the University. At this hearing, the Court ordered the Debtors to file the current version of the schedules to the Amended APA.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the current version of the schedules to the Amended APA (the "APA Schedules").

**PLEASE TAKE FURTHER NOTICE** that the APA Schedules are subject to revision in all respects in accordance with the terms of the Amended APA and any order approving the Sale Motion and sale of the Debtors' assets to the University. All rights are accordingly reserved.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>November 7, 2023 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:   (319) 286-7002<br>Facsimile:    (319) 286-7050<br>Email:          rleaf@nyemaster.com<br><br>- and -<br><br>Kristina M. Stanger, AT0000255<br>Matthew A. McGuire, AT0011932<br>Dana Hempy, AT0014934<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-645-5510<br>Fax:  515-283-8045<br>Email: mmcguire@nyemaster.com<br>          kmstanger@nyemaster.com<br>          dhempy@nyemaster.com<br><br>- and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:    (312) 372-2000<br>Facsimile:     (312) 984-7700<br>Email:           fperlman@mwe.com<br>                     dsimon@mwe.com<br>                     ekeil@mwe.com<br><br>- and -<br><br>Jack G. Haake (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone:    (214) 295-8000<br>Facsimile:     (972) 232-3098<br>Email:           jhaake@mwe.com |

*Counsel for Debtors and*
*Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this November 7, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Roy Leaf*