UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

ORDER GRANTING AGREED MOTION TO EXTEND
DEADLINE TO OBJECT TO FIRST MONTHLY FEE APPLICATON
OF H2C SECURITIES, INC.

The matter before the court is the Acting U.S. Trustee's agreed motion to extend deadline to file an objection to the First Monthly Fee Application of H2C Securities, Inc.

The First Monthly Fee Application of H2C Securities, Inc. was filed on October 20, 2023. The current deadline to file objections is November 3, 2023. The U.S. Trustee requests an extension, to and including November 10, 2023. The motion states Debtors' counsel has agreed to the extension.

THEREFORE, IT IS ORDERED that the deadline to object to the First Monthly Fee Application of H2C Securities is extended to November 10, 2023, for the U.S. Trustee.

Dated and entered:
November 7, 2023

By: _____
United States Bankruptcy Judge

Prepared by:
Office of U.S. Trustee