## Schedule 1

Potential Parties-in-Interest List

| |
|---|
| Mercy Hospital, Iowa City, Iowa |
| Mercy Iowa City Aco, LLC |
| Mercy Services Iowa City, Iowa |
| Sisters Of Mercy Of The Americas, West Midwest Community, Inc. |
| Mercy Hospital Foundation |
| Mercy Health Network |
| Melrose Retirement Community, Llc |
| Progressive Rehabilitation Associates, Llc |
| Eastern Iowa Rehabilitation Hospital, Llc |
| Iowa City Ambulatory Surgical Center, Llc |
| Corridor Radiology, LLC |
| 2 Am Trucking |
| 2300 Building 1 Lc |
| 3m Company |
| 3m Health Information Systems |
| A Tech Freeman Alarm |
| A1 Propane |
| Aa Temperature Controlled LLC |
| Aaa Mechanical Inc. |
| Aacvpr |
| Aaf International |
| Aaron Williamson |
| Aarp |
| Abbott Lab Diagnostic Lab |
| Abbott Laboratories Inc |
| Abbott Nutrition |
| Abbott Rapid Dx North America LLC |
| Abbvie Us LLC |
| Abc Disposal Systems Inc |
| Abc Spirometry Training LLC |
| Abf Freight |
| Ability Network Inc |
| Abiomed  Inc. |
| Acdis |
| Ace American |
| Acera Surgical Inc |
| Acist Medical Systems Inc |
| Action Products Inc |
| Active Thermal Concepts Inc |

| |
|---|
| Adept Med International |
| Adminsitrative Concepts Inc |
| Advance Services, Inc |
| Advanced Business Solutions |
| Advanced Electrical Services |
| Advanced Instruments Inc |
| Advanced Sterilization Products Services |
| Aero Rental Inc |
| Aesculap Inc. |
| Aetna Inc. |
| Aetna Senior Supplemental Insurance |
| Affiliated Steam Equipment Company |
| Agiliti Health Inc |
| Agiliti Surgical Equipment Repair |
| Airgas North Central |
| Aiv Inc |
| Aladdin Temp-Rite Llc |
| Albaugh Phc Inc |
| Alco Sales And Service |
| Alcon Vision Llc |
| Alexander Lumber Company Corporate Offic |
| Alimed Inc. |
| Alk-Abello Inc. |
| All American Concrete |
| All American Pest Control |
| All Savers |
| All Window Cleaning Services Inc |
| Allegiance |
| Allergan |
| Alliance Medical Staffing |
| Alliant Energy |
| Alliant Insurance Services Inc |
| Allianz Global Assistance |
| Allied Benefit Systems Llc |
| Allscripts Healthcare Llc |
| Almost Famous Body Piercing |
| Aloha Care |
| Alpla Inc Ebm Division |
| Altera Digital Health Inc |
| Altorfer Inc |
| Altrua Healthshare |
| Ambetter |

| |
|---|
| Ambu Inc. |
| Ameriadvantage |
| Ameriben |
| American Academy Of Sleep Medicine |
| American Casualty (Can) |
| American College Of Cardiology Foundatio |
| American College Of Physicians |
| American College Of Radiolgoy |
| American College Of Surgeons |
| American Health Partners |
| American Health Plan |
| American Healthcare Alliance |
| American Heart Association |
| American Medical Association |
| American Messaging |
| American Payroll Association |
| American Proficiency Institute |
| American Republic Insurance |
| American Technology Soluitons Corp |
| Americgroup Dual Coordination |
| Ameriflex Cobra |
| Amerigroup |
| Amerihealth |
| Amerisourcebergen |
| Amerivantage |
| Amga Consulting Llc |
| Amish Denomination |
| Amplify Surgical, Inc |
| Anaman Concierge Services, Llc |
| Anderson Erickson Dairy |
| Anderson Lock |
| Angiodynamics Inc. |
| Antmed Corporation |
| Aorn |
| Applicant Insight Inc. |
| Applied Medical |
| Applied Medical Technology Inc |
| Apwu Cigna |
| Aramark Uniform Services |
| Arbor Court Healthcare, Llc |
| Arena Auto Body |
| Argon Medical Devices |

| |
|---|
| Arizona Dept Of Revenue |
| Arjohuntleigh |
| Arthrex Inc. |
| Arthur L Davis Publishing Agency Inc |
| Artoss Inc |
| Asahi Intecc Usa Inc |
| Ascom Us Inc |
| Asd Specialty Healthcare |
| Aspen Medical Products Inc. |
| Aspen Surgical Products |
| Assay Technology |
| Associates In Medical Physics Llc |
| Association For The Healthcare Environme |
| Assured Benefits Administrators |
| Automated Benefit Services, Inc |
| Automated Systems Of Iowa |
| Automatic Door Group Inc |
| Auto-Owners Health Insurance |
| Auxiant |
| Avanos Medical |
| Avantik |
| Avasure Llc |
| Avaya Inc. |
| Avesis Inc. |
| Avesis Third Party Administrators Inc |
| Awardco Inc |
| Axonics Inc |
| B And B Medical Technologies |
| Baker Company The |
| Bald Mountain B-Reading Llc |
| Bankers Advertising Co |
| Bankers Life And Casualty |
| Barnhart Crane And Rigging Co |
| Barton Associates Inc |
| Basta |
| Bates Family Farms |
| Bausch And Lomb Surgical |
| Baxter Healthcare Corp |
| Bayer AG |
| Bayer Healthcare |
| Beckman Coulter Inc. |
| Becton Dickinson |

| |
|---|
| Beekley Corporation |
| Bees Transport |
| Beisser Lumber Company |
| Belmont Medical Technologies |
| Benan Systems |
| Bentec Medical Opco Llc |
| Besler |
| Best Practice Professionals Inc |
| Bethany Basic |
| Bethany Essential |
| Big 10 Taxi |
| Big Rig Solutions |
| Big Ten University Towing |
| Bilfinger Industrial Services Inc |
| Bimbo Bakeries Usa |
| Bind Benefit Inc |
| Bio Life Plasma Services |
| Bio Rad Laboratories |
| Biocomposites Inc |
| Biomerieux  Inc. |
| Biomet Microfixation |
| Bitco Incurance Companies |
| Blue Cross Blue Shield |
| Blue Cross Blue Shield Association |
| Blue Link |
| Bluesky |
| Bob Ritz |
| Bockenstedt Excavating |
| Boehringer Laboratories Inc |
| Boomerang Corporation |
| Boston Scientific Corporation |
| Bottomline Technologies Inc. |
| Bowker Pinnacle Mechanical |
| Boys Town |
| Bpex Secure Car Transport |
| Bracco Diagnostics Inc. |
| Bradley & Riley Pc |
| Brand New Day Medicare Replacement |
| Brecke Mechanical Contractors |
| Brevard Famil Walk In Clinic |
| Bridgewater Bank |
| Bright Healthcare |

| |
|---|
| Browns Medical Imaging |
| Browns West Branch |
| Brundage Medical Group Llc |
| Brunkhorst Luke |
| Bryan Medical Inc |
| Bud Maas Concrete Inc |
| Bullseye Telecom Inc |
| Burlington Medical Llc |
| Burns Sister Helen Marie |
| Caddy Corporation Of America |
| Cadient Llc |
| Cadient Talent |
| Cambrex Charles City |
| Canfield Inc. |
| Canteen Refreshment Srvices |
| Captis Health Llc |
| Captrust |
| Cardinal Drug |
| Cardinal Health |
| Cardiovascular Systems Inc |
| Care Ambulance Service |
| Care For Yourself |
| Care Notes |
| Care Oregon |
| Carefirst Administraters |
| Carefusion 2200 Inc |
| Careonsite |
| Carepro Home Medical - Coralville |
| Caresfield Llc |
| Caretech Solutions Inc |
| Carl Zeiss Meditec Inc |
| Carolon |
| Carstens Inc |
| Case Medical |
| Casechek |
| Caseys General Store |
| Cassling Diagnostic Imaging Inc |
| Catered By Charlotte |
| Catholic Health Assoc Of Us |
| Cbord Group |
| Cbre Inc |
| Cdw Government Inc |

| |
|---|
| Cec |
| Cedar County Fair Association |
| Cedar County Treasurer |
| Cedar Manor Skilled Care |
| Cega Innovations Inc |
| Cell Marque Corporation |
| Center for Democracy and Technology (CDT) |
| Central Iowa Juvenile Detention Center |
| Central Petroleum Equipment Company |
| Central Retail Solutions |
| Centro Inc |
| Centurylink |
| Cepheid |
| Certified Languages International |
| Champion Metal Supply |
| Change Healthcare |
| Chemsearch Fe |
| Childserve Center |
| Choice Solutions Llc |
| Christian Health Ministries |
| Christian Healthcare Ministries |
| Christopher Karambelas |
| Chubb Corporation |
| Cigna |
| Citrix Systems Inc |
| City Of Cedar Rapids |
| City Of Coralville |
| City Of Coralville Utilities |
| City Of Crv (City Of Coralville) |
| City Of Hills, Iowa |
| City Of Iowa City |
| City Of Iowa City Landfill |
| City Of Iowa City Misc Accts Receivable |
| City Of Iowa City Utilities |
| City Of Kalona |
| City Of Solon |
| City Of Solon |
| City Of Tipton |
| City Of Tipton Utilities |
| City Of Tipton-Recreation |
| City Of West Branch |
| City Of West Liberty |

| |
|---|
| City Of Williamsburg |
| City Of Williamsburg Utilities |
| City Tractor |
| Civco Medical Solutions |
| Cj Cooper And Associates |
| Clarity Imaging |
| Clia Laboratory Program |
| Clinical And Laboratory Standards Inst |
| Clinical Reference Laboratory |
| Coalition Inc. |
| Cochlear Americas |
| Collection Services Center |
| College Of American Pathologists |
| Colonial Penn Life Insurance Company |
| Coloplast Corp |
| Colorado Occupational Med Partners |
| Commercial County Care Health Plan |
| Commercial Flooring Co Dbq |
| Commercial Phcs |
| Commercial Quartz |
| Common Ground |
| Community And Family Resources |
| Community Care Hno Select Plus Individua |
| Community Living Options Healthlink |
| Community Neurorehab |
| Companion Life |
| Compassus Ne Iowa Hospice |
| Comphealth |
| Computershare Corporate Trust |
| Computershare Trust Company |
| Computershare Trust Company, N.A. |
| Concentric Health Staffing |
| Concorde Inc |
| Concrete Central |
| Conduent Care Management Inc |
| Conmed Corporation |
| Connect America |
| Conserv Mennonite Brotherhood |
| Construction Data Services Mo |
| Consumers Cooperative |
| Containment Technologies Group Inc |
| Continental Care Administrative Concepts |

| |
|---|
| Convergeone Inc |
| Cook Medical Incorporated |
| Cooper Surgical |
| Cooperative Telephone Co |
| Cooperative Telephone Co Technology |
| Copeland Jan |
| Copy Systems Inc |
| Coralville Mob Partners Llc |
| Coralville Mob Partners, Llc |
| Cordis Us Corp |
| Corner Stone Building Brands |
| Cornerstone Preferred Resources |
| Corporate Health Resources |
| Corporate Medical Services |
| Corridor Media Group |
| Cotiviti |
| County Care Health Plan |
| County Materials Corporation |
| Countycare Health Plan |
| Covenant Clinic Occupational Medicine |
| Coventry Health Care Ppo |
| Coverys Specialty Insurance Co. |
| Covidien Sales Llc |
| Cox Health Plans |
| Cox Sanitation And Recycling Inc |
| Cps Transport |
| Cr Bard Inc |
| Craig Huston |
| Cramer And Associates Inc |
| Craneware Inc |
| Crc & B Concrete |
| Crescent Electric |
| Crescent Parts & Equip |
| Crest Healthcare Supply |
| Crisis Prevention Institute Inc. |
| Cross Medical Laboratories |
| Crowe Llp |
| Crs Medcial Benefits Inc |
| Crystal Clear Water |
| Crystal Clear Water Co |
| Culligan Of Davenport |
| Culligan Water Conditioning |

| |
|---|
| Culligan Water Technologies |
| Curbell Medical Products Inc. |
| Custom Impressions |
| Cvs Caremark |
| Cygnus Medical |
| Cynergy Wellness Inc. |
| Cytosupplies |
| Daikin Applied |
| Daily Iowan |
| Dakota Red Corporation |
| Data Innovations Inc |
| Data Power Technology Corporation |
| Datasite Llc |
| Datex-Ohmeda |
| Dave Vellinga |
| Dawna Miller |
| Daymark Food Safety Systems |
| Db Acoustics Incorporated |
| De Lage Landen Financial Services Inc |
| Deacon Sports And Entertainment |
| Dean Health Plan |
| Deery Brothers |
| Delta Dental Plan Of Iowa |
| Dentons Davis Brown Pc |
| Depuy Synthes Joint Recon Inc |
| Des Moines Laboratory |
| Design Engineers  P.C. |
| Devicor Medical Products Inc |
| Dfi |
| Diagnostica Stago Inc |
| Dickenson Occupational Health |
| Digitrax Corporation |
| Diligent Corporation |
| Dill Trucking Inc |
| Dilon Technologies Inc |
| Dinsmore And Shohl LLP |
| Directional Ad-Vantage Holdings LLC |
| DISA Global Solutions - Tustin |
| Disability Determination Services |
| Discount Tire |
| Diversatek Healthcare Inc |
| Dodge Street Tire And Auto Inc |

| |
|---|
| Doll Distributing |
| Dr. Chris Scott |
| Dr. Steve Schenckel |
| Drager Medical Inc. |
| Drug & Alcohol Testing Network |
| Dsi Medical |
| Dth Inc |
| E Screen |
| E&S Freight Systems Llc |
| Eastern Iowa Excavating & Concrete |
| Eastern Iowa Rehabilitation Hospital |
| Easton Rittgers |
| Ebi Inc |
| Ec Source |
| Ecolab Inc. |
| Edwards Lifesciences Llc |
| Egroup Enabling Technologies Llc |
| Eichelberger Farms |
| Electa, Inc |
| Electric Motors Of Ia City |
| Electrical Engineering And Equipement Company |
| Electromed Inc |
| Elevate Colorado Option Gold |
| Elmed Incorporated |
| Elsevier Science Usa |
| Emc Insurance |
| EMC Insurance Companies |
| Emedny |
| Emergency Medical Products |
| Emergency Medical Services Learning Resources Center (Emslrc U Of I Hospitals And Clinics) |
| Emerson Point (Monthly Reimbursement) |
| Employee Benefit System |
| Encompass Group Llc |
| Energy Employees Occup Illness |
| Engineered Building Design |
| English Valley Schools |
| Eoi Service Company |
| Epiq Corporate Restructuring, Llc |
| Equashield Llc |
| Equitable Health And Life |
| Erbe Surgical Systems |

| |
|---|
| Escreen Inc |
| Essence Of Life Hospice |
| Estate Of Steven Schwartz |
| Everence Insurance |
| Evident Scientific Inc |
| Excell Marketing |
| Experian Health Inc |
| Express Employment Prof |
| Eye Physicians (Human Resourses) |
| Eye Physicians And Surgeons |
| Ez Way Inc. |
| Ezpers |
| Family Support Payment Center |
| Farmers Creamery |
| Farmers Trust & Savings Bank |
| Farr Transport |
| Fda-Mqsa Program |
| Federal Express Corporation |
| Federal Insurance (Chubb) |
| Federal Life |
| Fenwal Inc |
| Fff Enterprises  Inc. |
| Fiberutilities Group Llc |
| Fidelis Care |
| Fidelity Bank & Trust |
| First Advantage |
| First Class Staffing |
| First Health |
| Fisher And Paykel Healthcare Inc |
| Fisher Healthcare |
| Florals By Elizabeth |
| Foley Accounts Payable |
| Follett Corporation |
| Forbes Trucking Llc |
| Foresight Imaging |
| Forever Green Garden |
| Forward Health |
| Four Oaks |
| Freedom Life Insurance |
| Friday Health Plans |
| Fringe Benefit Group |
| Frito Lay, Inc. |

| |
|---|
| Fs Solutions First Lab |
| Fuze, Inc. |
| Galen Healthcare Solutions Inc |
| Gallagher Bassett |
| Gallagher Benefit Services Inc |
| Galls Inc |
| Garratt Callahan Company |
| Gaskill Signs Inc |
| Gazette Communications Inc. |
| Ge Medical Systems Information Technolog |
| Ge Preciciosn Healthcare Llc |
| Geisinger Health |
| General Water Technolgies Inc |
| Genomic Health |
| George Hora Trucking Llc |
| George Tiemann And Company |
| Gerard Electric Inc. |
| Gerber Life Limited Medical |
| Getinge Usa |
| Gf Health Products Inc |
| Gingerich Tiling |
| Gingerich Well And Pump |
| Glaxosmithkline Pharmaceuticals |
| Global Equipment Company |
| Gmmi Inc. |
| Golden Rule Insurance Company |
| Good Samaritan Society - Hospice |
| Goodwill Of The Heartland |
| Goodwin Tucker Group |
| Goss Service Associates Llc |
| Government Employees Health Association (Geha) |
| Gpa Ppo 5000 Plan |
| Graham Construction |
| Grainger |
| Grand Living At Bridgewater |
| Grape Tree Medical Staffing |
| Grasshopper Lawn Care And Landscaping |
| Gravie Administrative Service |
| Graybar Electric Company Inc. |
| Great Southern Life Insurance Company |
| Great West Casualty Company |
| Greater Muscatine Chamber Of Commerce An |

| |
|---|
| Green Ru Llc |
| Greenfield Global Overnight |
| Greenway |
| Greg Brock Consulting Inc |
| Greg's Lawn And Landscaping |
| Gribble Boles Stewart & Witosky Llc |
| Grifols Usa Llc |
| Grimm Trucking |
| Grinnell Mutual |
| Group And Pension Administrators |
| Group Health Cooperative |
| Grp And Associates |
| Grysson Oil Company Inc |
| Guardian (The Guardian Life Insurance Company of America) |
| Gyrus Ent |
| H & H Auto Group |
| H And R Accounts Inc. |
| H2c |
| H2c Securities, Inc. |
| Hall Render Killian Heath And Lyman Pc |
| Halo |
| Hanchett Paper Company |
| Hands Up Communictions Inc |
| Hanger Prosthetics |
| Hansen Mcclintock Riley |
| Hap Senior Plus |
| Hargers Acoustics Inc. |
| Harlan-Ralls Lacey |
| Hartford Insurance |
| Harvard Pilgrim Health Plan |
| Hawkeye Carpet And Vinyl Inc |
| Hawkeye Fire And Safety Co |
| Hawkeye Moving Services Inc |
| Hayes Locums |
| Hca Exchange Inc |
| Hcpro |
| Hd Classic Point |
| Healogics Wound Centers Inc |
| Health Alliance |
| Health Care Logistics Inc. |
| Health Choice Illinois |
| Health Choices |

| |
|---|
| Health Choices Hmo |
| Health Equity |
| Health Ez |
| Health First Colorado |
| Health Link |
| Health Net |
| Health Partners |
| Health Payment Systems |
| Health Physics Associates |
| Health Plans, Inc |
| Healthcare Financial Services |
| Healthdepot |
| Healtheos+ |
| Healthequity Wageworks |
| Healthez |
| Healthlink |
| Healthmark Industries Co Inc |
| Healthpartners Mn Minneapoli |
| Healthpartners Unity Point Health |
| Healthscope Benefits |
| Healthsmart |
| Healthspring Life & Health Insurance Company |
| Healthstream Inc. |
| Healthtronics Mobile Solutions |
| Healthy Blue |
| Heartland |
| Heartland Express |
| Heartland Fiduciary Services |
| Helmer Inc |
| Helmsman Management Services |
| Henry County Health Center |
| Heritage Environ Services |
| Heritage Food Service Equipment Inc. |
| Highland Ridge Care Center |
| Hillcrest Academy |
| Hillcrest Family Services |
| Hill-Rom Co Inc |
| Hills Bank |
| Hills Bank And Trust |
| Hogan Transportation |
| Holmes Livestock Logistics |
| Hologic Inc |

| |
|---|
| Hopkins Medical Products |
| Hospers And Brother Printers |
| Hot Shots Nuclear Medicine |
| Hubbard Feeds Inc |
| Humana Inc. |
| Humrichouse Chris |
| Huntington Technology Finance |
| Hupp Toyotalift |
| Hyland Software Inc |
| Hy-Vee (Store Charges - Des Moines) |
| Hy-Vee Inc. (Hy-Vee Coralville #2) |
| I3screen Llc |
| Iac |
| Icp Medical |
| Icu Medical Inc |
| Icw Group |
| Ideacom |
| Iheart Media |
| Illinois Central School Bus |
| Illinois Department Of Revenue |
| Illinois Dept Of Healthcare And Family Services |
| Imagefirst |
| Imagine360 |
| Imethods Llc |
| Immergrun |
| Immucor Inc. |
| Impact |
| Impact Health Sharing |
| Impact Life |
| Impactlife |
| Imt Insurance |
| Imwca |
| Inari Medical Inc |
| Indecs, A Homestead Company |
| Indeed Inc |
| Infab Llc |
| Infectious Disease Physicians Of Iowa City |
| Infor Us Inc |
| Ingrid Cobb-Ellick (On Behalf Of Minor Child) |
| Injoy Health Education |
| Innomed |
| Innovo Advisors Llc |

| |
|---|
| Inova Health |
| Insight Health Partners Llc |
| Inspirata Canada Inc |
| Integra Lifesciences Sales Llc |
| Integrated Biomedical Technology Inc |
| Integrity Insurance Pa |
| Integrity Testing |
| Interlace Health Fka Form Fast |
| Internal Revenue Service |
| International Biomedical Inc |
| International Life Sciences Llc |
| Interstate All Battery Center |
| Intouch Technologies Inc |
| Intoximeters Inc |
| Intuitive Surgical Inc |
| Iowa City Ambulatory Surgical Center |
| Iowa City Area Business Partnership |
| Iowa City Area Development Group |
| Iowa City Area Sports Commission |
| Iowa City Comm Schools |
| Iowa City Hospice |
| Iowa City Medical Llc |
| Iowa City Medical Llc |
| Iowa City Police Department |
| Iowa City Post Office |
| Iowa City Ready Mix |
| Iowa City Rehab And Health |
| Iowa City, Iowa |
| Iowa County Treasurer |
| Iowa County Treasurers Office |
| Iowa Department Of Inspections And Appeals |
| Iowa Department Of Public Health |
| Iowa Department Of Revenue |
| Iowa Division Of Criminal Investigation |
| Iowa Division Of Labor Elevator Safety |
| Iowa Donor Network |
| Iowa Dot |
| Iowa Health Advantage |
| Iowa Health Care Association |
| Iowa Heart Center |
| Iowa Hospital Association |
| Iowa Illinois Taylor Insulation |

| |
|---|
| Iowa Insurance Division |
| Iowa Interstate Railroad |
| Iowa Medicaid Enterprise |
| Iowa Mennonite Benevolent Assoc |
| Iowa Mutual Insurance |
| Iowa Poison Control Center |
| Iowa Public Radio |
| Iowa Renewable Energy |
| Iowa Roof Coating |
| Iowa Rural Health Telecommunications Program |
| Iowa Soccer Club |
| Iowa Total Care |
| Iowa Workforce Development |
| Ivy Biomedical Systems Inc |
| J And K Professional Medical Services |
| J Michel Photography |
| J.J. Keller And Associates Inc. |
| J2 Cloud Services Llc (Sfax) |
| Jack Dusenbery |
| Jack Galyean |
| Jackson Physician Search |
| Jam Media Llc |
| James R. Porter |
| Jamie West Trucking |
| Java House Coffee Roasters |
| Jb Schott Family Farms Inc |
| Jc Toland Painting, Llc |
| Jefferson County Health Center |
| Jeffrey Rooney |
| Jennifer Clasen |
| John Dale Gingerich |
| Johnson And Johnson Health Care Systems |
| Johnson Controls Fire Protection Lp |
| Johnson County Ambulance |
| Johnson County Conservation |
| Johnson County Emergency Medicine |
| Johnson County Public Health |
| Johnson County Seats |
| Johnson County Secondary Roads |
| Johnson County Treasurer |
| Johnstone Supply |
| Joint Commission Resources |

| |
|---|
| Judy Andronowitz |
| K&K Insurance Group Inc. (K&K Insurance/Specialty Benefits) |
| Kaiser Permanente |
| Kalona Chocolates |
| Kalona Cooperative Technology Company |
| Kalonial Lawn Care |
| Kalonial Transport |
| Kansas City Calibration Laboratories Inc |
| Karin Franklin |
| Karl Storz Endoscopy-America Inc. |
| Karyl Bonnett |
| Kaufman Hall |
| Kaufman, Hall & Associates, Llc |
| Kci Usa |
| Kcrg-Tv9 |
| Kctc (Kalona Cooperative Technology Company) |
| Kego Corporation Usa |
| Kelly Banks |
| Kelly Services Inc. |
| Kelmar Safety Inc |
| Kempton Group Administrator Inc |
| Kenwood Records Management Inc |
| Kerecis Llc |
| Kerstetter Collin |
| Key Benefit Administrators |
| Key Surgical Inc |
| Kia Motors Finance |
| Kim Rossiter |
| Kim Volk |
| Kinamed Incorporated |
| Kingland Systems Corporation |
| Kinze Manufacturing |
| Kitchen Ashley |
| Kls Martin L.P. |
| Km Trucking |
| Knutson Construction |
| Koch Bros |
| Konica Minolta Medical Imaging Usa Inc |
| Kronos Inc |
| Ks Energy Services |
| Kuenster Heating And Air Llc |
| Kzia Radio |

| |
|---|
| Label Arts Llc |
| Laborie Medical Technologies |
| Laforce |
| Lakes Medical Innovations |
| Landauer Inc. |
| Lane And Waterman Llp |
| Lantern Park Nursing And Rehab Center |
| Lantern Park Specialty Care |
| Lantheus Medical Imaging Inc |
| Latisha Yeoman |
| Lazer Spot Inc |
| Leaders Of Iowas Healthcare Volunteers |
| Legal Sifter Inc |
| Leica Inc. |
| Lenoch-Cilek Hardware |
| Less Hultman |
| Levi Ray And Shoup Inc |
| Lewer Mark Student Insurance (Aetna) |
| Lgc Clinical Diagnostics Inc |
| Libe Trucking Llc |
| Liberty Communications |
| Liberty Health |
| Liberty Mutual |
| Lifenet Health |
| Lifepoint Informatics |
| Lifewise |
| Lincare |
| Linda Bechen |
| Linder Tire |
| Linn Co Rec (Linn County Rural Electric Cooperative) |
| Linn County Rural Electric Cooperative |
| Linn County Sheriff |
| Lion Heart Early Learning |
| Liquid Agents Healthcare |
| Lisa Griswold Consulting |
| Lisa Steigleder |
| Lisbon-Mt Vernon Ambulance Service |
| Little Hawks Baseball Club |
| Little Village |
| Liturgical Press |
| Llewellyn Livestock |
| Lloyd's Of London |

| |
|---|
| Locals Love Us Iowa City |
| Locum Tenens.Com |
| Loparex |
| Lpi |
| Lucent Health |
| Lukon Company |
| Lumedx Corporation |
| Lumen Technologies, Inc. (formerly CenturyLink) |
| Lvm Systems |
| Lynch Bros Painting-Carpentry |
| Lyon Software |
| M.M. Hayes Company Inc |
| Madeline Windauer |
| Magellan Behavioral Health |
| Magellan Medicaid (Nevada) |
| Magellan Pipeline |
| Magnet Medical |
| Maher Brothers Transfer & Storage |
| Mail Handlers Benefit Plan |
| Mailing Services Inc |
| Maine Molecular Quality Controls Inc |
| Mainecare |
| Mandy Hale |
| Marcos Grilled Cheese |
| Mark E. Toney |
| Market Lab |
| Marquette Associates Inc. |
| Marsh Usa Inc |
| Martinville Dunn Llc |
| Mary Westbrook |
| Maxwell Construction |
| Mayo Collaborative Services Inc. |
| Mayor's Youth Empowerment Program |
| Mc Analytxs Inc |
| Mccomas Lacina Construction |
| Mcdermott Will & Emery Llp |
| Mckesson Medical Surgical |
| Mckesson Specialty Care Distribution |
| Meardon Consulting Llc |
| Mecbridge |
| Med Alliance Group Inc |
| Medben |

| |
|---|
| Medefis Consolidated |
| Medenvision Usa Llc |
| Medforms Inc |
| Mediacom |
| Mediacom Communications Corporation |
| Medibadge Inc. |
| Medica |
| Medicaid |
| Medicaid Alabama |
| Medicaid California |
| Medicaid Illinois |
| Medicaid Michigan |
| Medicaid Missouri |
| Medicaid Nevada |
| Medicaid Ohio |
| Medicaid Oklahoma |
| Medicaid Virginia |
| Medicaid Wisconsin |
| Medi-Cal (Molina) |
| Medical Associates Health Plan Inc |
| Medical Associates Health Plans |
| Medical Mutual |
| Medical Record Associates Llc |
| Medical Reimbursements Of America Inc |
| Medical Technology Associates Inc |
| Medicare |
| Medico Corporation |
| Medico-Mart Inc |
| Medimpact Healthscope |
| Medirevv |
| Medi-Share |
| Medline Industries Inc |
| Med-Pat Inc. |
| Medtronic Spine LLC |
| Medtronic Usa |
| Mentor Aesthetics |
| Mercedes Medical |
| Merck Sharp And Dohme Corporation |
| Mercury Medical |
| Mercy Care |
| Mercy Cedar Rapids |
| Mercy Corporate Health |

| |
|---|
| Mercy Guest Lodging |
| Mercy Health Choices |
| Mercy Hospital Gift Shop |
| Mercy Hospital Guild |
| Mercy Hospital Iowa City |
| Mercy Liability |
| Mercy Occupational Health |
| Mercy Occupational Health Missouri |
| Mercy Of Iowa City Regional Pho |
| Mercy One |
| Mercy Rehabilitation |
| Merge Healthcare |
| Meridian |
| Meridian Health |
| Merit Medical Systems Inc. |
| Meritech |
| Merry X-Ray Sourceone Heathcare Inc. |
| Mesirow Insurance Services, Inc. |
| Metro Pavers Inc |
| Mgsi Ltd |
| Michael Clark |
| Michael Trachta |
| Microbiologics Inc. |
| Microline Surgical Inc |
| Microport Orthopedics Inc |
| Microsoft Corporation |
| Microtek Medical Inc |
| Midamerican Energy Company |
| Midamerican Energy Services, Llc |
| Midamerican Energy Urbandale |
| Midiowa Des Moines |
| Mid-Iowa Occupational Testing |
| Mid-Iowa Solid Waste Equipment Co, Inc |
| Midlands Choice |
| Midlands Choice-Cigna |
| Midwest Healthcare Linen Service Llc |
| Midwest Janitorial Service |
| Midwest Medical Transport Company Llc |
| Midwest One Bank |
| Miksch Farms  Llc |
| Millennium Technology Of Iowa Corporation |
| Millers Milk Moovers |

| |
|---|
| Mintz, Levin, Cohn, Ferris, Glovsky And Popeo. P.C. |
| Mississippi Valley Regional Blood Center |
| Mixed Media Group Inc |
| Mmic |
| Mmic Health It |
| Mmm Elite (Hmo 2022) |
| Mmm Healthcare Medicare Advantage |
| Modern Compressed Air Llc |
| Molecular Otolaryngology And Renal |
| Molina Healthcare |
| Monsanto Williamsburg |
| Moodys Investors Service |
| Mooney And Company |
| Mortuary Lift Company |
| Mothers Milk Bank Of Iowa |
| Mra Liability |
| Mriequip.Com |
| Msds Online |
| Mtm Recognition Corporation |
| Muscatine County Treasurer |
| Muscatine Medical Associates |
| Muscatine Medical Associates Llc |
| Muscatine Power & Water |
| Muscatine Power And Water |
| Mut Of Omaha |
| Mvp Health Services Corporation |
| Mychealth |
| Nalc Health Benefit Plan |
| Nanonation Inc |
| Nanosonics Inc |
| Nathan Stucky |
| National General Accident And Health |
| National Hospital Packaging |
| National Recall Alert Center |
| Natus Medical Inc |
| Navitus Health Solutions |
| Nbs Calibrations |
| Neogenomics Laboratories Inc |
| Neotech Products Llc |
| Nephron 503b Outsourcing Facility |
| Netsmart Technologies Inc |
| Network Services Company |

| |
|---|
| Network Value Inc |
| Neumiller Electric |
| Nevs Ink |
| Newark |
| Newcomer Supply Inc. |
| Newton Correctional Facility |
| Nichols Controls And Supply |
| Nlcbs |
| Nmdp Be The Match |
| Noble Diagnostics |
| Non-Emergency Medical Transport Inc |
| Nordex Usa  (Fka Acciona Windpower) |
| North River Insurance |
| Northrop Grumman (Ngc Mission Systems Dt) |
| Northwest Mechanical Inc |
| Nova |
| Nova Biomedical |
| Nox Medical, Llc |
| Nta Benefits |
| Nuance Communications Inc |
| Nucara Management Group Inc |
| Nuvasive Inc |
| Nyship |
| Oasis Answers Inc |
| Oasis Car Wash |
| Oasis Falafel |
| Ob-Gyn Associates Of Iowa City |
| Occupational Health Centers Of The Southwest, P.A., P.C. |
| Oec Medical Systems Inc |
| Ohio Medical Llc |
| Old Capitol Screen Printers |
| Oltman Consulting Llc |
| Olympus America Inc. |
| Omnicell Inc |
| One Neck It Solutions Llc |
| Onmedia |
| Open Gates Business Development |
| Open Text Inc |
| Optimae Home Health |
| Optum |
| Oral B Preemployment |
| Orchard Green Restaurant |

| |
|---|
| Organogenesis Inc |
| Orgins Inc. |
| Ortho Clinical Diagnostics Inc |
| Oscar Health |
| Otis Elevator Company |
| Our Town Publications Llc |
| Outfitters Satellite Inc |
| Owens And Minor Inc |
| Oz Systems Usa, Llc |
| Pacific Source Health |
| Pai |
| Pall Corporation |
| Par Excellence Systems |
| Paradigm |
| Paramount Cvo |
| Parks Medical Electronics Inc |
| Partners In Recognition Inc |
| Patterson Dental Supply Inc. |
| Peak Development Resources Llc |
| Peck Trucking |
| Peddicord Wharton Llp |
| Peg Brubaker |
| Peiffer Trucking |
| Penumbra Inc |
| Pepsiamericas Inc. |
| Perfection Clean |
| Performance Health Supply Inc |
| Performance Medical Inc |
| Perfusion Solution Inc |
| Perigen |
| Perimed Inc |
| Perkinelmer Health Sciences Inc |
| Pfannebecker Trucking, Inc |
| Pfg Benefits Center |
| Pfizer Inc |
| Phelan Tucker Mullen Walker Tucker And Gelman |
| Phelps Custom Image Wear |
| Philips Healthcare |
| Philips Lifeline |
| Phoenix Data Systems Inc |
| Phreesia Inc |
| Physicians Mutual |

| |
|---|
| Physmed Iowa Llc |
| Pipeline Testing Consortium |
| Pleasantview Home |
| Pleasantview Home Benefit Sale |
| Plumb Supply Company |
| Polk County Sheriff |
| Polsinelli Pc |
| Polymedco Inc |
| Population Health Services Organization |
| Postmaster |
| Power Protection Products Inc |
| Practicelink Ltd |
| Practicemax |
| Precision Dynamics Corporation (Pdc) |
| Preferred Benefit Administrators |
| Preferred Medical Products |
| Preferred One |
| Premier |
| Premier Access |
| Premier Medical Repair Inc |
| Premier Staffing Solution, Llc |
| Prenatal Frames |
| Press Citizen Media |
| Press Ganey Associates Inc. |
| Prestige Insurance |
| Preston Hollow Community Capital, Inc. |
| Prevea360 Health Plan |
| Prime Global Solutions |
| Prime Inc |
| Principal |
| Principal Financial Services, Inc. |
| Principle Financial Group |
| Priority Health |
| Pritchett And Hull Assoc |
| Private Healthcare Systems Inc. (Phcs) |
| Procircular Inc |
| Procter And Gamble Hair Care |
| Progressive Foam Technologies |
| Progressive Preferred Insurance Co |
| Progressive Rehab |
| Progressive Rehabilitation Associates Ll |
| Psc Distribution Inc |

| |
|---|
| Psyche Systems Corporation |
| Qgenda Llc |
| Qiagen Inc |
| Qu Va Pharma Inc |
| Quad City Commnunity Healthcare |
| Quadient Inc |
| Qualigen Inc |
| Quantimetrix Corporation |
| Quantum Health Plans Inc |
| Quartz |
| Quest Diagnostics |
| R & R Realty Group |
| R.P Lumber |
| Racom Corporation |
| Radiologic Med. Serv. P.C. |
| Radiologic Medical Services Pc |
| Radon Solutions Of Iowa |
| Randolphs Inc |
| Randys Carpet And Interiors |
| Raymond |
| Rdg Planning And Design |
| Reach For Your Potential |
| Recovery Services |
| Redirect Health |
| Reference Audio Video |
| Regional Care Inc. |
| Reliable Pest Solutions |
| Reliance Pro |
| Reliance Standard |
| Reliance Standard Insurance |
| Remedi8 Llc |
| Remedium Systems |
| Remedy Intelligent Staffing |
| Remel Inc. |
| Renovo Solutions Llc |
| Residential Alternatives Of Illinois |
| Resmed |
| Revenue Cycle Coding Strategies Inc. |
| Revology |
| Richard Allan Scientific Company |
| Richards Medical Equipment Inc |
| Rist And Associates Inc |

| |
|---|
| Riverside Casino & Golf Resort |
| R-Med Inc |
| Rmhp Dualcare Plus |
| Rmp Inc |
| Rms Solutions Inc |
| Rna Medical 002 |
| Robert Brooke And Associates Inc. |
| Robert Half Recruiters And Employment Agency |
| Robert Half Technology |
| Roche Diagnostics Corporation |
| Rochester Armored Car |
| Rodney Neuzil |
| Rotary Club Of Tipton |
| Royal Arms Medical |
| Royal Publishing Company |
| Rp Lumber |
| Rpharmy |
| Rqi Partners Llc |
| Rr Donnelley |
| Rural Carrier Benefit Plan |
| Rush & Nicholson |
| Rvh Trucking Llc |
| Ryan Nicolas |
| S & G Materials |
| Safety First |
| Safety National |
| Safety-Kleen Corporation |
| Sage Software (12644 Collectins) |
| Sana Ppo Plus |
| Sand Companies |
| Sanford Health Plan |
| Sanofi Pasteur |
| Sarstedt Inc |
| Sart-Sane Program |
| Scanstat Technologies |
| Schimberg Company |
| Scott Alderman |
| Scott Kromphart |
| Screensafe |
| Scribe America |
| Scribe X Llc |
| Scribeamerica |

| |
|---|
| Seacoast Laboratory Data Systems Inc |
| Secura Insurance Companies (Ky) |
| Security Administrative Services Llc |
| Sedgwick |
| Sedgwick Claims Management |
| Sedgwick Claims Management Services, Inc. |
| Seedorf Masonry Inc |
| Selecthealth |
| Sentrixx Security |
| Sentry Insurance |
| Servpro Of Iowa City Coralville |
| Seven Corners First Health International |
| Sfm Insurance |
| Sgic |
| Shared Medical Services Inc |
| Sharn Inc |
| Shasta |
| Shaw Electric Inc |
| Shelton Dehaan Company |
| Sheri Feuerbach |
| Sheriff Of Johnson County |
| Sherwin Williams |
| Shl Claims |
| Shred-It Usa Llc |
| Siemens Financial Services |
| Siemens Healthcare Diagnostics |
| Sientra Inc. |
| Sierra Health And Life |
| Sierra Pacific Industries |
| Sigma-Aldrich Inc. |
| Silac Insurance Company |
| Sinclair Tractor (Sp M) |
| Sisco |
| Sister Helen Marie Burns |
| Sister Rita Specth |
| Slabach Construction |
| Slabaugh Trucking |
| Slager Appliance Inc. |
| Smart Facility Software |
| Smith And Nephew Inc. |
| Smiths Medical Asd Inc |
| Snow Md Max |

| |
|---|
| Solarwinds |
| Solidarity Healthshare |
| Solon Heating And Air |
| Solon Nursing Care Center |
| Solon Senior Advocates |
| Solon State Bank |
| Solutio Inc |
| South Ottumwa Savings Bank |
| South Slope Cooperative |
| South Slope Cooperative Communications |
| Southeast Id Llc |
| Specialty Care Iom Services Llc |
| Spectranetics Corp |
| Spinal Graft Technologies Llc |
| Spok Inc |
| Spokane Computer Inc |
| Ssm Health Agnesian Workwell |
| St Croix Hopsice |
| St Peters Health |
| Standard Textile |
| Staples Advantage |
| Staples Business Advantage |
| State Disbursement Unit |
| State Hygienic Laboratory |
| Statlab Medical Products |
| Staywell Company Llc |
| Steindler Orthopedic Clinic |
| Stericycle Inc |
| Steris Corporation |
| Sterling National |
| Steve Anderson |
| Storage Squad |
| Strategic Comp |
| Strategic Healthcare Programs Llc |
| Strategic Print Solutions |
| Strategic Sublime Multiplan Provider |
| Streb Construction Co Inc |
| Streck |
| Strelcheck Healthcare Search |
| Stryker Endoscopy |
| Stryker Instruments |
| Stryker Medical |

| |
|---|
| Stryker Orthopaedics |
| Stryker Sustainability Solutions |
| Stuart Elkin |
| Stutsman Transportation Inc |
| Sueppels Flowers |
| Sugar Bottom Bakery Llc |
| Summer Of The Arts |
| Summit Companies |
| Summit Medical |
| Surest United Healthcare |
| Sure-Tech Diagnostic Assoc |
| Surgical Services Pc |
| Susan Martin |
| Swanson Trucking Inc |
| Swift Transportation |
| Symetra |
| Symmetry Surgical |
| Symplr Care Management Llc |
| Synchrony Group |
| Syngenta Seeds Lone Tree |
| Syntellis Performance Solutions Llc |
| Sysco Food Services |
| Sysco Food Services Of Iowa |
| Sysmex America Inc |
| System One |
| Systems Management And Balancing Inc. |
| Systems Unlimited |
| Tadts |
| Tamarack Materials Inc |
| Tbg Benefit Group |
| Team |
| Team Care Central States Health Plan |
| Team Professional Services New |
| Tecan Us Inc |
| Technical Safety Services Llc |
| Tegeler Body And Frame |
| Teksystems Inc |
| Telcom Construction |
| Telcor |
| Teleflex Llc |
| Tenneco Inc |
| Tera Recon Inc |

| |
|---|
| Terra Products |
| Terry Fisher |
| Terumo Medical Corporation |
| Texas Medical Industries Inc |
| The Alliance |
| The Dental Box |
| The Eat Shop Llc |
| The Hartford |
| The Joint Commission |
| The Kempton Group Administrators |
| The Loomis Company |
| The Lutheran Home (Lutheran Homes Society Skilled Nursing) |
| The News |
| The Pink Umbrella Bakery |
| The Rhino Group Inc |
| The Waldinger Corporation |
| The Webster |
| Theisens Supply Inc |
| Theracom Inc. |
| Thrivent Financial For Lutherans |
| Thryv Berry Network |
| Thycotic Software Llc |
| Tipton Chamber Of Commerce |
| Tipton Conservative and Advertiser Conservative Publishing Co. |
| Tipton Structual Fabrication, Inc |
| Titan Medical |
| Tom Clancy |
| Tom Mclaughlin |
| Toneykorf Partners Llc |
| Toneykorf Partners, Llc |
| Tosoh Bioscience Inc |
| Total Liberty Care Ent Llc |
| Town Square Family Foot Care |
| Townsquare Interactive |
| Townsquare Media |
| Trail Of Johnson County |
| Trane |
| Travelers Insurance |
| Treasurer State Of Iowa |
| Tree Guys |
| Tremco Weatherproofing Technologies Inc |
| Tri State Towing |

| |
|---|
| Tri-Anim Health Services Inc. |
| Tricare |
| Tricon General Construction |
| Trimont Realestate |
| Tri-State Towing |
| Tru Art Color Graphics |
| Trustmark Health Benefits |
| Tsi Incorporated |
| Tufts Health Plan |
| Typenex Medical Llc |
| Tz Medical Inc |
| U.S. Bank |
| U.S. Cellular |
| U.S. Centers for Medicare and Medicaid Services |
| U.S. Department Of Labor (Owcp/ Deeoic) |
| U.S. Postal Service |
| Ucare |
| Ucs First Health |
| Uhc |
| Uhc Group Recovery Services |
| Ui Department Of Public Safety |
| Ui Diagnostic Laboratories |
| Uline |
| Umr United Healthcare |
| Unified Life |
| Unite Health Share Ministries (Uhsm) |
| Unite Private Networks Llc |
| United American Tx Mckinney |
| United Health River Valley |
| United Healthcare |
| United Natural Foods |
| United Shockwave Services Ltd |
| United States Treasury |
| United World Life Insurance Company |
| UnitedHealthcare Shared Services (Ushealth 39026) |
| Unitedlife |
| Univ Of Iowa Health Network Rehab Hosp |
| Universal Background |
| Universal Climate Control Inc. |
| Universal Medical Inc. |
| University Heights Police Department |
| University Of Colorado (Anschutz Medical Campus) |

| |
|---|
| University Of Iowa |
| University Of Iowa (Dept Of Internal Medicine) |
| Up To Date |
| Ups Examinations |
| Uresil Llc |
| Us Army Corps Of Engineers (Rock Island) |
| Us Foods |
| Us Health Group |
| Us Health Group/Phcs |
| Usa Senior Care |
| Usaa Life Insurance Company San Antonio Texas |
| Va (The United States Department of Veterans Affairs) |
| Valued Relationships Inc |
| Van Meter |
| Van Meter Industrial Inc |
| Vanguard Fiduciary Trust Company |
| Vapotherm Inc |
| Varsity Group |
| Vault Health |
| Vaupell Molding And Tooling Inc |
| Vaya Workforce Solutions Llc |
| Vector Surgical |
| Vectracor |
| Verathon Inc |
| Verizon |
| Vermeer Corporation |
| Vermillion Inc |
| Vertical Screen |
| Vhi Swift Care |
| Visa |
| Vizient |
| Vocera Communications Inc |
| Vvs Inc |
| Vyaire Medical Inc |
| W.L. Gore And Associates Inc. |
| Wageworks, Inc |
| Walmart Coalville |
| Walsh Door And Security |
| Walsh Door And Security (Iowa City) |
| Washington County Ambulance Service |
| Washington County Hospital And Clinic |
| Washington County Treasurer |

| |
|---|
| Water Shop Inc |
| Wausau Supply |
| Waystar Inc |
| Wb Mccloud & Co Inc |
| Wea Trust |
| Weatherby Locums Inc |
| Web Care Health Inc |
| Webtpa |
| Welch Allyn |
| Well First Health |
| Well Protector 3 |
| Wellcare Health Plan |
| Wellman Produce |
| Wellmark Bcbs Of Iowa |
| Wellmark Blue Cross Blue Shield |
| Wellnet Heathcare |
| Wells Fargo Bank, National Association |
| Wells Fargo Bank, National Association, As Trustee |
| Wells Johnson Company |
| Wellsource |
| Werfen Usa Llc |
| West Branch Community School District |
| West Branch Times |
| West Liberty Foods |
| West Liberty Index |
| West Physics Consulting Llc |
| Westwinds Logistics |
| Whitfield & Eddy Law |
| Wi Sctf |
| Williamsburg Area Chamber Of Commerce |
| Williamsburg Dental Health Clinic |
| Williamsburg High School |
| Win It Services Llc |
| Windmill Manor Skilled Care |
| Windstream |
| Windstream Intellectual Property Services, LLC |
| Wisconsin State Laboratory Of Hygiene |
| Wixted Inc |
| Wmpf Group Llc |
| Wolters Kluwer Health Inc. |
| Wood Duck Tree Farms |
| Woodruff Construction |

| |
|---|
| Woodward Community Media |
| Workforce Qa |
| Workman's Comp P & G |
| Worldwide Innovations And Technologies Inc. |
| Wpci |
| Wps Gha |
| Wps Tricare For Life |
| Wright Medical Technology Inc. |
| Xerox Corporation |
| Xerox Financial Services |
| Xerxes Corporation |
| Xpo Logistics Corporate |
| Yale Health |
| Yellow Cab Of Iowa City Inc. |
| Youthcare Illinois |
| Z And Z Medical Inc. |
| Zeptometrix Llc |
| Zimmer Biomet Spine Inc |
| Zimmer Us Inc |
| Zoll Medical Corporation |
| Zurich Insurance Group AG |
| Zurich North America |