## Schedule 2

Potential Parties-in-Interest or their affiliates for whom Deloitte Tax LLP or its affiliates has provided or is currently providing services in matters unrelated to these chapter 11 cases, except as set forth above, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| Mercy Hospital, Iowa City, Iowa |
| Mercy Iowa City Aco, LLC |
| Mercy Services Iowa City, Iowa |
| Sisters Of Mercy Of The Americas, West Midwest Community, Inc. |
| Mercy Hospital Foundation |
| Mercy Health Network |
| Melrose Retirement Community, LLC |
| Progressive Rehabilitation Associates, LLC |
| Eastern Iowa Rehabilitation Hospital, LLC |
| Iowa City Ambulatory Surgical Center, LLC |
| Corridor Radiology, LLC |
| 3m Company |
| 3m Health Information Systems |
| Aaf International |
| Aarp |
| Abbott Laboratories Inc |
| Abbott Nutrition |
| Abbott Rapid Dx North America LLC |
| Abbvie Us LLC |
| Ability Network Inc |
| Abiomed  Inc |
| Acdis |
| Ace American |
| Acist Medical Systems Inc |
| Advanced Instruments Inc |
| Advanced Sterilization Products Services |
| Aesculap Inc. |
| Aetna Inc. |
| Aetna Senior Supplemental Insurance |
| Agiliti Health Inc |
| Agiliti Surgical Equipment Repair |
| Airgas North Central |
| Aladdin Temp-Rite LLC |
| Alcon Vision LLC |
| Alk-Abello Inc. |
| All Savers |

| |
|---|
| Allegiance |
| Allergan |
| Alliant Energy |
| Alliant Insurance Services Inc |
| Allianz Global Assistance |
| Allied Benefit Systems Llc |
| Allscripts Healthcare Llc |
| Alpla Inc Ebm Division |
| Ambu Inc. |
| American Casualty (Can) |
| American College Of Cardiology Foundatio |
| American College Of Physicians |
| American College Of Radiolgoy |
| American College Of Surgeons |
| American Heart Association |
| American Medical Association |
| American Messaging |
| American Payroll Association |
| American Republic Insurance |
| Ameriflex Cobra |
| Amerigroup |
| Amerihealth |
| Amerisourcebergen |
| Anderson Erickson Dairy |
| Angiodynamics Inc. |
| Applied Medical |
| Applied Medical Technology Inc |
| Aramark Uniform Services |
| Arena Auto Body |
| Argon Medical Devices |
| Arizona Dept Of Revenue |
| Arjohuntleigh |
| Arthrex Inc. |
| Arthur L Davis Publishing Agency Inc |
| Artoss Inc |
| Asahi Intecc Usa Inc |
| Ascom Us Inc |
| Asd Specialty Healthcare |
| Aspen Medical Products Inc. |
| Avaya Inc. |
| Awardco Inc |
| Axonics Inc |

| |
|---|
| Baker Company The |
| Bankers Life And Casualty |
| Barton Associates Inc |
| Bausch And Lomb Surgical |
| Baxter Healthcare Corp |
| Bayer AG |
| Bayer Healthcare |
| Beckman Coulter Inc. |
| Becton Dickinson |
| Bimbo Bakeries Usa |
| Bio Rad Laboratories |
| Biocomposites Inc |
| Biomerieux  Inc. |
| Biomet Microfixation |
| Blue Cross Blue Shield |
| Blue Cross Blue Shield Association |
| Blue Link |
| Boston Scientific Corporation |
| Bottomline Technologies Inc. |
| Boys Town |
| Bracco Diagnostics Inc. |
| Brand New Day Medicare Replacement |
| Bridgewater Bank |
| Bright Healthcare |
| Bullseye Telecom Inc |
| Burlington Medical Llc |
| Cadient Talent |
| Canfield Inc. |
| Captis Health Llc |
| Captrust |
| Cardinal Health |
| Cardiovascular Systems Inc |
| Care Oregon |
| Carefirst Administraters |
| Carefusion 2200 Inc |
| Carl Zeiss Meditec Inc |
| Caseys General Store |
| Catholic Health Assoc Of Us |
| Cbre Inc |
| Cdw Government Inc |
| Cell Marque Corporation |
| Centro Inc |

| |
|---|
| Centurylink |
| Change Healthcare |
| Childserve Center |
| Chubb Corporation |
| Cigna |
| Citrix Systems Inc |
| Clinical Reference Laboratory |
| Coalition Inc. |
| Cochlear Americas |
| College Of American Pathologists |
| Colonial Penn Life Insurance Company |
| Coloplast Corp |
| Community Care Hno Select Plus Individua |
| Community Living Options Healthlink |
| Companion Life |
| Compassus Ne Iowa Hospice |
| Computershare Corporate Trust |
| Computershare Trust Company |
| Computershare Trust Company, N.A. |
| Conmed Corporation |
| Connect America |
| Convergeone Inc |
| Cook Medical Incorporated |
| Cooper Surgical |
| Cordis Us Corp |
| Corner Stone Building Brands |
| Cotiviti |
| Coventry Health Care Ppo |
| Coverys Specialty Insurance Co. |
| Covidien Sales Llc |
| Cox Health Plans |
| Cr Bard Inc |
| Craneware Inc |
| Crescent Electric |
| Crescent Parts & Equip |
| Crisis Prevention Institute Inc. |
| Crowe Llp |
| Culligan Of Davenport |
| Cvs Caremark |
| Daikin Applied |
| Data Innovations Inc |
| Data Power Technology Corporation |

| |
|---|
| Datasite Llc |
| Datex-Ohmeda |
| De Lage Landen Financial Services Inc |
| Dean Health Plan |
| Delta Dental Plan Of Iowa |
| Depuy Synthes Joint Recon Inc |
| Devicor Medical Products Inc |
| Digitrax Corporation |
| Diligent Corporation |
| Dilon Technologies Inc |
| Dinsmore And Shohl Llp |
| DISA Global Solutions - Tustin |
| Discount Tire |
| Drager Medical Inc. |
| Dth Inc |
| Ebi Inc |
| Ecolab Inc. |
| Edwards Lifesciences Llc |
| Electa, Inc |
| Electromed Inc |
| Emc Insurance |
| EMC Insurance Companies |
| Emergency Medical Products |
| Encompass Group Llc |
| Equashield Llc |
| Evident Scientific Inc |
| Express Employment Prof |
| Farmers Trust & Savings Bank |
| Federal Express Corporation |
| Federal Insurance (Chubb) |
| Fenwal Inc |
| Fidelis Care |
| Fidelity Bank & Trust |
| First Advantage |
| First Health |
| Fisher And Paykel Healthcare Inc |
| Follett Corporation |
| Forward Health |
| Four Oaks |
| Freedom Life Insurance |
| Friday Health Plans |
| Frito Lay, Inc. |

| |
|---|
| Fuze, Inc. |
| Gallagher Benefit Services Inc |
| Galls Inc |
| Gazette Communications Inc. |
| Ge Medical Systems Information Technolog |
| Ge Preciciosn Healthcare Llc |
| Geisinger Health |
| Genomic Health |
| Gerber Life Limited Medical |
| Getinge Usa |
| Glaxosmithkline Pharmaceuticals |
| Global Equipment Company |
| Gmmi Inc. |
| Golden Rule Insurance Company |
| Good Samaritan Society - Hospice |
| Government Employees Health Association (Geha) |
| Graham Construction |
| Grainger |
| Graybar Electric Company Inc. |
| Greenway |
| Grifols Usa Llc |
| Grinnell Mutual |
| Guardian (The Guardian Life Insurance Company of America) |
| H2c |
| H2c Securities, Inc. |
| Hall Render Killian Heath And Lyman Pc |
| Halo |
| Hartford Insurance |
| Harvard Pilgrim Health Plan |
| Hayes Locums |
| Hca Exchange Inc |
| Hcpro |
| Healogics Wound Centers Inc |
| Health Alliance |
| Health Care Logistics Inc. |
| Health Choice Illinois |
| Health Choices |
| Health Choices Hmo |
| Health Equity |
| Health Ez |
| Health First Colorado |
| Health Link |

| |
|---|
| Health Net |
| Health Partners |
| Health Payment Systems |
| Health Plans, Inc |
| Healthcare Financial Services |
| Healtheos+ |
| Healthmark Industries Co Inc |
| Healthpartners Mn Minneapoli |
| Healthscope Benefits |
| Healthsmart |
| Healthspring Life & Health Insurance Company |
| Healthstream Inc. |
| Heartland |
| Heartland Express |
| Helmsman Management Services |
| Henry County Health Center |
| Heritage Environ Services |
| Heritage Food Service Equipment Inc. |
| Hill-Rom Co Inc |
| Hologic Inc |
| Hot Shots Nuclear Medicine |
| Humana Inc. |
| Huntington Technology Finance |
| Hyland Software Inc |
| Hy-Vee (Store Charges - Des Moines) |
| Hy-Vee Inc. (Hy-Vee Coralville #2) |
| Iac |
| Icp Medical |
| Icu Medical Inc |
| Icw Group |
| Iheart Media |
| Illinois Central School Bus |
| Illinois Department Of Revenue |
| Illinois Dept Of Healthcare And Family Services |
| Imagefirst |
| Immucor Inc. |
| Impact |
| Inari Medical Inc |
| Indecs, A Homestead Company |
| Indeed Inc |
| Infor Us Inc |
| Innomed |

| |
|---|
| Inova Health |
| Integra Lifesciences Sales Llc |
| Integrated Biomedical Technology Inc |
| Integrity Insurance Pa |
| Internal Revenue Service |
| International Biomedical Inc |
| Interstate All Battery Center |
| Intouch Technologies Inc |
| Intuitive Surgical Inc |
| Iowa City Ambulatory Surgical Center |
| Iowa Department Of Inspections And Appeals |
| Iowa Department Of Public Health |
| Iowa Department Of Revenue |
| Iowa Division Of Criminal Investigation |
| Iowa Division Of Labor Elevator Safety |
| Iowa Dot |
| Iowa Insurance Division |
| Iowa Interstate Railroad |
| J.J. Keller And Associates Inc. |
| J2 Cloud Services Llc (Sfax) |
| Jackson Physician Search |
| Jefferson County Health Center |
| Johnson And Johnson Health Care Systems |
| Johnson Controls Fire Protection Lp |
| Johnson County Public Health |
| Joint Commission Resources |
| K&K Insurance Group Inc. (K&K Insurance/Specialty Benefits) |
| Kaiser Permanente |
| Kansas City Calibration Laboratories Inc |
| Karl Storz Endoscopy-America Inc. |
| Kaufman Hall |
| Kaufman, Hall & Associates, Llc |
| Kci Usa |
| Kelly Banks |
| Kelly Services Inc. |
| Kerecis Llc |
| Key Surgical Inc |
| Kia Motors Finance |
| Kingland Systems Corporation |
| Kls Martin L.P. |
| Kronos Inc |
| Ks Energy Services |

| |
|---|
| Laborie Medical Technologies |
| Landauer Inc. |
| Lane And Waterman Llp |
| Lantheus Medical Imaging Inc |
| Lazer Spot Inc |
| Leica Inc. |
| Levi Ray And Shoup Inc |
| Lgc Clinical Diagnostics Inc |
| Liberty Communications |
| Liberty Health |
| Liberty Mutual |
| Lifenet Health |
| Lincare |
| Little Village |
| Lloyd's Of London |
| Loparex |
| Lucent Health |
| Lumedx Corporation |
| Lumen Technologies, Inc. (formerly CenturyLink) |
| Magellan Medicaid (Nevada) |
| Marquette Associates Inc. |
| Marsh Usa Inc |
| Mayo Collaborative Services Inc. |
| Mcdermott Will & Emery Llp |
| Mckesson Medical Surgical |
| Mckesson Specialty Care Distribution |
| Mediacom |
| Mediacom Communications Corporation |
| Medica |
| Medicaid |
| Medicaid Alabama |
| Medicaid California |
| Medicaid Illinois |
| Medicaid Michigan |
| Medicaid Missouri |
| Medicaid Nevada |
| Medicaid Ohio |
| Medicaid Oklahoma |
| Medicaid Virginia |
| Medicaid Wisconsin |
| Medi-Cal (Molina) |
| Medical Mutual |

| |
|---|
| Medical Reimbursements Of America Inc |
| Medimpact Healthscope |
| Medline Industries Inc |
| Medtronic Spine LLC |
| Medtronic Usa |
| Merck Sharp And Dohme Corporation |
| Mercury Medical |
| Mercy Care |
| Mercy Health Choices |
| Mercy Hospital Iowa City |
| Mercy One |
| Mercy Rehabilitation |
| Merge Healthcare |
| Meridian |
| Meridian Health |
| Merit Medical Systems Inc. |
| Meritech |
| Mesirow Insurance Services, Inc. |
| Mgsi Ltd |
| Michael Clark |
| Microbiologics Inc. |
| Microline Surgical Inc |
| Microport Orthopedics Inc |
| Microsoft Corporation |
| Microtek Medical Inc |
| Midamerican Energy Company |
| Midamerican Energy Services, Llc |
| Midiowa Des Moines |
| Midlands Choice |
| Midlands Choice-Cigna |
| Midwest One Bank |
| Mintz, Levin, Cohn, Ferris, Glovsky And Popeo. P.C. |
| Mississippi Valley Regional Blood Center |
| Mmm Healthcare Medicare Advantage |
| Monsanto Williamsburg |
| Moodys Investors Service |
| Mooney And Company |
| Msds Online |
| Mtm Recognition Corporation |
| Mut Of Omaha |
| Natus Medical Inc |
| Navitus Health Solutions |

| |
|---|
| Neogenomics Laboratories Inc |
| Neotech Products Llc |
| Nephron 503b Outsourcing Facility |
| Netsmart Technologies Inc |
| Network Services Company |
| Newark |
| Nmdp Be The Match |
| Nordex Usa  (Fka Acciona Windpower) |
| North River Insurance |
| Northrop Grumman (Ngc Mission Systems Dt) |
| Northwest Mechanical Inc |
| Nova |
| Nova Biomedical |
| Nox Medical, Llc |
| Nuance Communications Inc |
| Nuvasive Inc |
| Oec Medical Systems Inc |
| Ohio Medical Llc |
| Olympus America Inc. |
| Omnicell Inc |
| One Neck It Solutions Llc |
| Open Text Inc |
| Optum |
| Oral B Preemployment |
| Organogenesis Inc |
| Ortho Clinical Diagnostics Inc |
| Oscar Health |
| Otis Elevator Company |
| Owens And Minor Inc |
| Oz Systems Usa, Llc |
| Pai |
| Pall Corporation |
| Paradigm |
| Penumbra Inc |
| Pepsiamericas Inc. |
| Performance Health Supply Inc |
| Pfizer Inc |
| Philips Healthcare |
| Philips Lifeline |
| Phreesia Inc |
| Physicians Mutual |
| Polsinelli Pc |

| |
|---|
| Postmaster |
| Precision Dynamics Corporation (Pdc) |
| Preferred One |
| Premier |
| Premier Access |
| Press Ganey Associates Inc. |
| Prestige Insurance |
| Preston Hollow Community Capital, Inc. |
| Principal Financial Services, Inc. |
| Principle Financial Group |
| Priority Health |
| Private Healthcare Systems Inc. (Phcs) |
| Procter And Gamble Hair Care |
| Progressive Preferred Insurance Co |
| Qgenda Llc |
| Qiagen Inc |
| Qu Va Pharma Inc |
| Quadient Inc |
| Qualigen Inc |
| Quantum Health Plans Inc |
| Quest Diagnostics |
| R.P Lumber |
| Racom Corporation |
| Raymond |
| Recovery Services |
| Regional Care Inc. |
| Reliance Standard |
| Reliance Standard Insurance |
| Remedy Intelligent Staffing |
| Remel Inc. |
| Resmed |
| Richard Allan Scientific Company |
| R-Med Inc |
| Rmp Inc |
| Robert Half Recruiters And Employment Agency |
| Roche Diagnostics Corporation |
| Rqi Partners Llc |
| Rr Donnelley |
| Safety First |
| Safety National |
| Safety-Kleen Corporation |
| Sage Software (12644 Collectins) |

| |
|---|
| Sanford Health Plan |
| Sanofi Pasteur |
| Secura Insurance Companies (Ky) |
| Security Administrative Services Llc |
| Sedgwick |
| Sedgwick Claims Management |
| Sedgwick Claims Management Services, Inc. |
| Selecthealth |
| Sentry Insurance |
| Servpro Of Iowa City Coralville |
| Sfm Insurance |
| Shasta |
| Sherwin Williams |
| Shl Claims |
| Shred-It Usa Llc |
| Siemens Financial Services |
| Siemens Healthcare Diagnostics |
| Sientra Inc. |
| Sigma-Aldrich Inc. |
| Silac Insurance Company |
| Smith And Nephew Inc. |
| Smiths Medical Asd Inc |
| Solarwinds |
| Specialty Care Iom Services Llc |
| Spectranetics Corp |
| Spinal Graft Technologies Llc |
| Spok Inc |
| Ssm Health Agnesian Workwell |
| St Croix Hopsice |
| St Peters Health |
| Standard Textile |
| Staples Advantage |
| Staples Business Advantage |
| Staywell Company Llc |
| Stericycle Inc |
| Steris Corporation |
| Sterling National |
| Storage Squad |
| Strategic Healthcare Programs Llc |
| Streck |
| Stryker Medical |
| Stryker Orthopaedics |

| |
|---|
| Stryker Sustainability Solutions |
| Summit Companies |
| Sure-Tech Diagnostic Assoc |
| Susan Martin |
| Symetra |
| Symmetry Surgical |
| Symplr Care Management Llc |
| Synchrony Group |
| Syngenta Seeds Lone Tree |
| Syntellis Performance Solutions Llc |
| Sysco Food Services |
| Sysco Food Services Of Iowa |
| Sysmex America Inc |
| System One |
| Tbg Benefit Group |
| Team |
| Tecan Us Inc |
| Teksystems Inc |
| Teleflex Llc |
| Tenneco Inc |
| Tera Recon Inc |
| Terra Products |
| Terumo Medical Corporation |
| The Alliance |
| The Hartford |
| The Joint Commission |
| The Loomis Company |
| The News |
| The Webster |
| Theracom Inc. |
| Thrivent Financial For Lutherans |
| Thycotic Software Llc |
| Townsquare Media |
| Trane |
| Travelers Insurance |
| Tri-Anim Health Services Inc. |
| Trimont Realestate |
| Tsi Incorporated |
| Tufts Health Plan |
| U.S. Bank |
| U.S. Cellular |
| U.S. Centers for Medicare and Medicaid Services |

| |
|---|
| U.S. Department Of Labor (Owcp/ Deeoic) |
| U.S. Postal Service |
| Ucare |
| Uhc |
| Ui Department Of Public Safety |
| Uline |
| Unite Private Networks Llc |
| United Health River Valley |
| United Healthcare |
| United Natural Foods |
| United States Treasury |
| United World Life Insurance Company |
| UnitedHealthcare Shared Services (Ushealth 39026) |
| Unitedlife |
| Universal Background |
| University Of Colorado (Anschutz Medical Campus) |
| Up To Date |
| Us Army Corps Of Engineers (Rock Island) |
| Us Foods |
| Us Health Group |
| Us Health Group/Phcs |
| Va (The United States Department of Veterans Affairs) |
| Van Meter |
| Van Meter Industrial Inc |
| Vanguard Fiduciary Trust Company |
| Vapotherm Inc |
| Vault Health |
| Vaupell Molding And Tooling Inc |
| Vaya Workforce Solutions Llc |
| Verathon Inc |
| Verizon |
| Vermeer Corporation |
| Visa |
| Vizient |
| Vocera Communications Inc |
| Vyaire Medical Inc |
| W.L. Gore And Associates Inc. |
| Wageworks, Inc |
| Walmart Coalville |
| Washington County Ambulance Service |
| Washington County Hospital And Clinic |
| Waystar Inc |

| |
|---|
| Welch Allyn |
| Wellcare Health Plan |
| Wells Fargo Bank, National Association |
| Wells Fargo Bank, National Association, As Trustee |
| Wellsource |
| Werfen Usa Llc |
| West Liberty Foods |
| Windstream |
| Wisconsin State Laboratory Of Hygiene |
| Wolters Kluwer Health Inc. |
| Workman's Comp P & G |
| Wright Medical Technology Inc. |
| Xerox Corporation |
| Xerox Financial Services |
| Xpo Logistics Corporate |
| Yellow Cab Of Iowa City Inc. |
| Youthcare Illinois |
| Zeptometrix Llc |
| Zimmer Biomet Spine Inc |
| Zimmer Us Inc |
| Zoll Medical Corporation |
| Zurich Insurance Group AG |
| Zurich North America |