**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: November 27, 2023 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**FIRST MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM AUGUST 18, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | August 18, 2023 – August 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $53,838.00 (80% of $67,297.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $635.37 |

This is a monthly application.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $995 | 23.8 | $23,681.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 22.3 | $19,512.50 |
| Jason Teele | Member, Bankruptcy First Bar Admission: 2001 | $850 | 4.5 | $3,825.00 |
| Matthew Holden | Member, Corporate First Bar Admission: 2006 | $695 | 8.0 | $5,560.00 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $795 | 19.6 | $15,582.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $725 | 21.5 | $15,587.50 |
| **Total Fees at Standard Rates** | | | **99.7** | $83,748.00 |
| **Total Fees at $675 Blended Hourly Rate[1]** | | | **99.7** | **$67,297.50** |

---

[1] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 1.5 | $1,312.50 |
| Asset Disposition (102) | 8.5 | $6,896.50 |
| Case Administration (104) | 35.5 | $32,599.00 |
| Claims Administration and Objections (105) | 0.1 | $72.50 |
| Fee/Employment Applications (107) | 1.8 | $1,491.00 |
| Fee/Employment Objections (108) | 4.0 | $2,900.00 |
| Financing (109) | 34.8 | $28,101.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 13.5 | $10,375.50 |
| **Total Fees at Standard Rate** | **99.7** | **$83,748.00** |
| **Total Fees at $625 Blended Rate[1]** | **99.7** | **$67,297.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Pacer/Online Research | $6.50 |
| Lexis-Nexis | $628.87 |
| **TOTAL** | **$635.37** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675.  See Retention Application ¶ 16.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objections Due: November 27, 2023 at 4:00 p.m.** |
|  | ) | **Hearing Date:** *Only if objections are filed* |

## FIRST APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM AUGUST 18, 2023 THROUGH AUGUST 31, 2023</u>

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *First Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 18, 2023 Through August 31, 2023* (the "<u>Application</u>"), seeking allowance $53,838.00 (80% of $67,297.50) in fees, *plus* $635.37 for reimbursement of actual and necessary expenses, for a total of $54,473.37.

### <u>Background</u>

1.    On August 7, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.    On August 15, 2023, the U.S. Trustee formed the Committee [Docket No. 107].

3.    The Committee retained Sills as co-counsel pursuant to this Court's *Order*

*Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the*

*Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

### Compensation Paid and Its Source

4.       All services for which compensation is requested were performed for or on behalf

of the Committee.  During the compensation period, Sills received no payment and no promises

for payment from any source other than the Debtors for services to be rendered in any capacity in

connection with the matters covered by this Application.  There is no agreement or

understanding between Sills and any other person, other than with the members, of counsel and

associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.       The fee statement for this period is attached as **Exhibit A**.  To the best of Sills'

knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331,

the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and*

*Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases Effective November 1, 2013*, and the Compensation Order.

### Summary of Services by Project

A.       Asset Analysis and Recovery

Fees: $1,312.50;       Total Hours: 1.5

This category includes time spent: (a) analyzing potential funding of the Debtors'

operating expenses; and (b) conducting analysis regarding valuation of Debtors' assets.

B.       Asset Disposition

Fees: $6,896.50;       Total Hours: 8.5

This category includes time spent: (a) analyzing and revising the proposed bidding

procedures and sale motion and addressing related matters; (b) drafting a motion extending the

deadline to object to the sale and bidding procedures motion; and (c) reviewing and analyzing related objections and pleadings filed by the U.S. Trustee and master trustee.

C.    Case Administration

Fees: $32,599.00;      Total Hours: 35.5

This category includes time spent: (a) attending Committee meetings and preparing updates for the Committee members; (b) preparing for and attending hearings; (c) analyzing pleadings, motions, exhibit and witness lists, and other court filings and addressing matters related to the administrative of the Debtors' chapter 11 cases; (d) preparing the Committee's by-laws; (e) interviewing potential financial advisors for the Committee and addressing related matters; (f) analyzing a motion to appoint an examiner and drafting a related adjournment motion; and (g) communicating with the Debtors' advisors, Preston Hollow's counsel, the Committee members and the Committee's other advisors, the U.S. Trustee and others regarding the foregoing and related matters.

D.    Claims Administration and Objections

Fees: $72.50;      Total Hours: 0.1

This category includes time spent addressing bar date matters.

E.    Fee/Employment Applications

Fees: $1,491.00;      Total Hours: 1.8

This category includes time spent: (a) addressing matters related to the Committee's retention of a financial advisor; (b) preparing Sills' retention application; and (c) communicating with the U.S. Trustee regarding related matters.

F.    Fee/Employment Objections

Fees: $2,900.00;      Total Hours: 4.0

3

This category includes time spent: (a) reviewing and analyzing the Debtors' professionals' retention applications and conducting related research; and (b) communicating with the U.S. Trustee regarding related matters.

G.    <u>Financing</u>

Fees: $28,101.00;      Total Hours: 34.8

This category includes time spent: (a) reviewing the Debtors' cash collateral motion and conducting related research and analysis, including reviewing loan documents and notices of default; (b) reviewing and analyzing cash collateral objections filed by third parties; (c) drafting a cash collateral objection and conducting related research and analysis; (d) addressing matters related to the potential use of the Mercy Foundation's funds and conducting related research and analysis and drafting a related memorandum; (e) reviewing proposed cash collateral budgets and orders; and (f) communicating with the Committee's other advisors and counsel to Preston Hollow and the Foundation regarding the foregoing and related matters.

H.    <u>Litigation (Other than Avoidance Action Litigation)</u>

Fees: $10,375.50;      Total Hours: 13.5

This category includes time spent: (a) reviewing and analyzing the bondholder trustee's motion to appoint an examiner; (b) drafting an objection to the examiner motion and conducting related research and analysis; (c) addressing discovery matters and conducting related analysis; and (d) communicating with the Debtors' and Preston Hollow's counsel regarding the foregoing and related matters.

## **<u>Conclusion</u>**

6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums $53,838.00

(80% of $67,297.50) as compensation, *plus* $635.37 for reimbursement of actual and necessary

expenses, for a total of $54,473.37, and that such amount be authorized for payment.

Dated: November 9, 2023                  Respectfully submitted,

                                        */s/ Andrew H. Sherman*
                                        Andrew H. Sherman, NJS Bar No. 042731991
                                        (admitted *pro hac vice*)
                                        Boris I. Mankovetskiy, NJS Bar No. 012862001
                                        (admitted *pro hac vice*)
                                        SILLS CUMMIS & GROSS, P.C.
                                        One Riverfront Plaza
                                        Newark, New Jersey 07102
                                        Telephone:  973-643-7000
                                        Facsimile:  973-643-6500
                                        E-mail:  asherman@sillscummis.com
                                                   bmankovetskiy@sillscummis.com

                                        -and-

                                        */s/ Robert C. Gainer*
                                        Robert C. Gainer IS9998471
                                        CUTLER LAW FIRM, P.C.
                                        1307 50th Street
                                        West Des Moines, Iowa 50266
                                        Telephone:     515-223-6600
                                        Facsimile:     515-223-6787
                                        E-mail:  rgainer@cutlerfirm.com

                                        *Attorneys for The Official Committee of Unsecured*
                                        *Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on November 9, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

                                        */s/ Stephanie Newton*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | October 4, 2023 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2048443 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through August 31, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 08/21/23 | BM | 101 | Analysis regarding potential funding of Debtors' operating expenses by the Foundation. | 0.70 | |
| 08/21/23 | BM | 101 | Analysis regarding valuation of Debtors' assets. | 0.80 | |
| | | **TASK TOTAL 101** | | **1.50** | **$1,312.50** |
| **102 – ASSET DISPOSITION** | | | | | |
| 08/21/23 | BM | 102 | Analysis and revisions of proposed bidding procedures. | 1.70 | |
| 08/21/23 | BM | 102 | Analysis regarding sale motion, proposed stalking horse APA, and proposed bidding procedures. | 2.80 | |
| 08/23/23 | BM | 102 | Call with UI's counsel regarding proposed sale timeline. | 0.30 | |
| 08/23/23 | GAK | 102 | Update bidding procedures motion to address comment of committee representative. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/23/23 | GAK | 102 | Review bidding procedures/sale motion. | 0.90 | |
| 08/23/23 | GAK | 102 | Draft motion and proposed order extending deadline to object to sale/bidding procedures motion. | 1.20 | |
| 08/25/23 | GAK | 102 | Review UST's bidding procedures objection. | 0.10 | |
| 08/25/23 | GAK | 102 | Review master trustee's motion to continue hearing on bidding procedures. | 0.20 | |
| 08/28/23 | GAK | 102 | Analysis of proposed bidding procedures. | 0.90 | |
| 08/29/23 | GAK | 102 | Review order continuing hearing on Bidding Procedures Motion and objection deadline and emails to A. Sherman regarding same. | 0.10 | |
| 08/31/23 | MS | 102 | Review APA re: treatment of receivables shown in budget for post-sale period. | 0.20 | |
| | | **TASK TOTAL 102** | | **8.50** | **$6,896.50** |

### 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 08/18/23 | BM | 104 | Attend initial Committee call. | 0.40 | |
| 08/18/23 | BM | 104 | Analysis regarding case background and initial workflows. | 1.30 | |
| 08/18/23 | AHS | 104 | Initial call with Committee chair re: background issues and next steps. | 0.40 | |
| 08/18/23 | AHS | 104 | Review of pleadings re: background and next steps based on Committee issues. | 0.90 | |
| 08/19/23 | BM | 104 | Initial call with Preston Hollow's counsel. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/19/23 | BM | 104 | Initial call with Debtors' counsel. | 0.60 | |
| 08/19/23 | BM | 104 | Prepare Committee By-Laws. | 1.10 | |
| 08/19/23 | BM | 104 | Attend Committee meeting. | 0.60 | |
| 08/19/23 | AHS | 104 | Emails and initial call with Debtors' counsel re: case background and initial deadlines - sale motion and examiner motion. | 0.60 | |
| 08/19/23 | AHS | 104 | Calls and emails re: hiring of Iowa counsel. | 0.40 | |
| 08/19/23 | AHS | 104 | Call with counsel for Preston Hollow re: case background, examiner motion and bid procedures issues. | 0.50 | |
| 08/19/23 | AHS | 104 | Initial review of draft by-laws and attend initial committee meeting re: initial strategy and next steps. | 0.80 | |
| 08/20/23 | AHS | 104 | Email to Committee re: by-laws, financial advisor interviews. | 0.40 | |
| 08/21/23 | BM | 104 | Analysis regarding first day motions and interim orders. | 2.90 | |
| 08/21/23 | BM | 104 | Call with US Trustee's office regarding case status. | 0.30 | |
| 08/21/23 | BM | 104 | Attend Committee meeting. | 1.60 | |
| 08/21/23 | BM | 104 | Analysis regarding Debtors' initial exhibit and witness list for 8/31 hearing. | 0.40 | |
| 08/21/23 | AHS | 104 | Interview financial advisors and follow up with FTI re: work stream and action items. | 2.20 | |
| 08/21/23 | AHS | 104 | Email and call with UST re: case background. | 0.30 | |
| 08/21/23 | AHS | 104 | Emails with counsel for Debtors re: financial advisors, next call, bid procedures. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/21/23 | AHS | 104 | Further review of initial case pleadings and motions re: background issues in light of current calls. | 1.30 | |
| 08/22/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 08/22/23 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 08/22/23 | BM | 104 | Analysis regarding motion to appoint an examiner. | 1.30 | |
| 08/22/23 | BM | 104 | Draft and edit motion to continue hearing on examiner motion. | 0.90 | |
| 08/23/23 | BM | 104 | Call with FTI regarding workflows. | 0.40 | |
| 08/23/23 | AHS | 104 | Emails with counsel for Debtors re: continuance issues. | 0.30 | |
| 08/23/23 | AHS | 104 | Call with FTI re: diligence requests, work flow and required analysis. | 0.50 | |
| 08/23/23 | AHS | 104 | Emails with Committee members re: case status and next steps. | 0.80 | |
| 08/23/23 | AHS | 104 | Review of draft motions to continue hearing for bid procedures and examiner. | 0.40 | |
| 08/23/23 | GAK | 104 | Review comments of S. Carrol to examiner extension motion and update motion and proposed order accordingly. | 0.30 | |
| 08/23/23 | GAK | 104 | Emails from A. Sherman and local counsel regarding motion to adjourn examiner motion, pending case matters, and the local rules. | 0.10 | |
| 08/23/23 | GAK | 104 | Update examiner adjournment motion and order to incorporate comments of local counsel. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/23/23 | GAK | 104 | Communications with A. Sherman/MWE regarding liquidity and upcoming call. | 0.10 | |
| 08/23/23 | GAK | 104 | Review email to Committee regarding updates on pertinent case matters. | 0.10 | |
| 08/24/23 | AHS | 104 | Call with counsel for Debtors re: retention issues, sale process and discovery issues. | 0.50 | |
| 08/24/23 | AHS | 104 | Call with counsel for Preston Hollow re: examiner motion, sale procedures, discovery issues. | 0.40 | |
| 08/24/23 | AHS | 104 | Call with FTI and committee member re: work flow, case background and next steps, including preparing for call with Debtors' professional team. | 0.80 | |
| 08/24/23 | AHS | 104 | Call from counsel to creditor re: case status. | 0.20 | |
| 08/24/23 | AHS | 104 | Call with Debtors' professional team re: case background, foundation, sale process issues. | 0.90 | |
| 08/24/23 | AHS | 104 | Follow up with FTI after call with Debtors' professional team re: next steps. | 0.30 | |
| 08/25/23 | AHS | 104 | Prepare for and attend hearing re: motion to continue and follow up re: same. | 0.80 | |
| 08/25/23 | AHS | 104 | Call with Preston Hollow and counsel re: case background. | 1.00 | |
| 08/25/23 | JT | 104 | Appear in Court. | 0.50 | |
| 08/25/23 | GAK | 104 | Review first day declaration. | 0.40 | |
| 08/25/23 | MS | 104 | Review first day declaration re: case background and use of cash collateral. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/25/23 | MS | 104 | Review e-mails with Committee re: bidding procedures motion and foundation funds. | 0.20 | |
| 08/28/23 | GAK | 104 | Calls with A. Sherman regarding examiner response, bidding procedures response and other pending matters. | 0.20 | |
| 08/29/23 | AHS | 104 | Call with Debtors' counsel re: retention issues and discussion re: cash collateral. | 0.60 | |
| 08/29/23 | GAK | 104 | Draft emails to A. Sherman regarding key upcoming deadlines. | 0.10 | |
| 08/29/23 | GAK | 104 | Review order continuing hearing on examiner motion and related deadlines and emails to A. Sherman regarding same. | 0.10 | |
| 08/29/23 | GAK | 104 | Email from local counsel regarding next steps/deadlines. | 0.10 | |
| 08/29/23 | GAK | 104 | Call with MWE and A. Sherman regarding pending matters, negotiations and next steps. | 0.60 | |
| 08/29/23 | MS | 104 | Confer with A. Sherman, J. Teele and G. Kopacz re: objections to cash collateral, bid procedures, and examiner motions. | 0.30 | |
| 08/30/23 | AHS | 104 | Call with committee member re: current status. | 0.30 | |
| 08/31/23 | AHS | 104 | Call with counsel for Preston Hollow re: foundation, financing, sale and retention issues. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/31/23 | AHS | 104 | Call with Debtors' counsel re: retention, sale, foundation and scheduling issues. | 0.50 | |
| 08/31/23 | AHS | 104 | Email to Committee re: status updates. | 0.50 | |
| 08/31/23 | GAK | 104 | Work on proposed update to Committee. | 0.50 | |
| | | **TASK TOTAL 104** | | **35.50** | **$32,599.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 08/29/23 | GAK | 105 | Review notification to establish bar dates and emails to A. Sherman and Sills team regarding same. | 0.10 | |
| | | **TASK TOTAL 105** | | **0.10** | **$72.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 08/21/23 | BM | 107 | Analysis of issues regarding Committee's retention of financial advisor. | 0.70 | |
| 08/24/23 | GAK | 107 | Work on retention application. | 0.40 | |
| 08/25/23 | GAK | 107 | Review results of additional conflict search for retention application. | 0.20 | |
| 08/28/23 | GAK | 107 | Analysis of conflict results. | 0.20 | |
| 08/29/23 | AHS | 107 | Call and emails with UST re: retention issues. | 0.30 | |
| | | **TASK TOTAL 107** | | **1.80** | **$1,491.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 8

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **108 – FEE/EMPLOYMENT OBJECTIONS** | | | | | |
| 08/25/23 | GAK | 108 | Review Debtors' professionals' proposed retention orders and proposed interim compensation procedures order. | 0.40 | |
| 08/29/23 | GAK | 108 | Analysis of H2C retention. | 0.70 | |
| 08/29/23 | GAK | 108 | Call with UST regarding Debtor retention matters. | 0.20 | |
| 08/29/23 | GAK | 108 | Research regarding MWE retention. | 1.50 | |
| 08/30/23 | GAK | 108 | Draft email to A. Sherman regarding success fees/compensation for proposed Debtor professionals. | 0.40 | |
| 08/30/23 | GAK | 108 | Analysis of ToneyKorf Retention application. | 0.80 | |
| | | **TASK TOTAL 108** | | **4.00** | **$2,900.00** |
| **109 – FINANCING** | | | | | |
| 08/21/23 | BM | 109 | Analysis of correspondence between Debtors and bondholder representatives regarding notices of default. | 0.70 | |
| 08/23/23 | AHS | 109 | Review of Preston Hollow objection to use of cash collateral. | 0.40 | |
| 08/23/23 | AHS | 109 | Call with counsel for Preston re: objection to use of cash collateral. | 0.40 | |
| 08/23/23 | AHS | 109 | Analysis re: documents regarding use of cash collateral and foundation documents. | 1.10 | |
| 08/24/23 | MH | 109 | Review Foundation By-laws and Articles of Incorporation. | 2.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/24/23 | MH | 109 | Draft memorandum re: whether express restrictions exist prohibiting Foundation from funding the operations of the Hospital. | 5.50 | |
| 08/24/23 | AHS | 109 | Review and analysis of foundation documents and cash collateral issues. | 0.60 | |
| 08/24/23 | JT | 109 | Review Foundation's Form 990 and associated documents. | 0.80 | |
| 08/24/23 | GAK | 109 | Review memo analyzing funding for operations and related matters. | 0.20 | |
| 08/25/23 | MS | 109 | Call with A. Sherman re: financing issues and foundation funds. | 0.20 | |
| 08/25/23 | MS | 109 | Review Committee's motion to adjourn the hearing on the examiner motion. | 0.20 | |
| 08/25/23 | MS | 109 | Call with A. Sherman re: research re: use of foundation funds. | 0.10 | |
| 08/25/23 | MS | 109 | E-mails with A. Sherman re: research re: use of foundation funds. | 0.10 | |
| 08/25/23 | MS | 109 | Research re: use of foundation funds. | 1.60 | |
| 08/25/23 | MS | 109 | Review internal memorandum re: foundation funding restrictions. | 0.70 | |
| 08/28/23 | MS | 109 | Draft e-mail to G. Kopacz re: cash collateral issues and other actions items. | 0.10 | |
| 08/28/23 | MS | 109 | Call with A. Sherman re: cash collateral issues. | 0.20 | |
| 08/29/23 | AHS | 109 | Analysis re: cash collateral issues and foundation issues. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/29/23 | MS | 109 | Review motion to approve use of cash collateral, Master Trustee's objection to use of cash collateral, and interim order authorizing use of cash collateral as compared with original proposed order. | 1.80 | |
| 08/29/23 | MS | 109 | Review interim cash collateral budget and revised interim cash collateral budget approved by court. | 0.30 | |
| 08/30/23 | AHS | 109 | Research re: foundation issues, review of case law re: same. | 0.80 | |
| 08/30/23 | AHS | 109 | Call with counsel for Preston Hollow re: financing, sale issues and examiner issues. | 0.50 | |
| 08/30/23 | MS | 109 | Conduct legal research re: objection to final cash collateral order. | 2.20 | |
| 08/30/23 | MS | 109 | Draft objection to final cash collateral order and cross-motion. | 3.10 | |
| 08/30/23 | MS | 109 | Review memo re: Foundation organization documents and review Foundation organization documents re: potential funding. | 0.50 | |
| 08/31/23 | AHS | 109 | Call with counsel for Preston Hollow and Foundation re: discovery and funding issues. | 0.40 | |
| 08/31/23 | AHS | 109 | Review of documents and research re: foundation issues. | 0.70 | |
| 08/31/23 | JT | 109 | Review cash collateral motion. | 0.80 | |
| 08/31/23 | GAK | 109 | Review email from M. Savetsky regarding Foundation/Cash Collateral. | 0.10 | |
| 08/31/23 | GAK | 109 | Emails with FTI, M. Savetsky, A. Sherman and J. Teele regarding Foundation/cash position. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 11

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/31/23 | GAK | 109 | Review draft cash collateral objection and communications with M. Savetsky and J. Teele regarding same. | 0.30 | |
| 08/31/23 | MS | 109 | Review research memo from R. Gainer re: objection to final cash collateral order. | 0.20 | |
| 08/31/23 | MS | 109 | Conduct additional research re: objection to final cash collateral order. | 0.80 | |
| 08/31/23 | MS | 109 | Review Mercy Hospital's SOFA and Foundation Form 990 filings and 2022 report to donors re: objection to final cash collateral order. | 0.80 | |
| 08/31/23 | MS | 109 | Draft objection to final cash collateral order and cross-motion for an order to show cause. | 4.80 | |
| 08/31/23 | MS | 109 | E-mails with A. Sherman and J. Teele re: objection to final cash collateral order. | 0.20 | |
| 08/31/23 | MS | 109 | E-mails with A. Sherman and J. Teele re: research on objection to final cash collateral order. | 0.20 | |
| | | **TASK TOTAL 109** | | **34.80** | **$28,101.00** |

### 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| 08/22/23 | BM | 110 | Analysis regarding bondholder representatives' discovery to the Debtors and Committee's participation in same. | 1.20 | |
|---|---|---|---|---|---|
| 08/25/23 | JT | 110 | Begin reviewing document production. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/25/23 | GAK | 110 | Communications with A. Sherman and M. Savetsky regarding examiner motion and research on same. | 0.20 | |
| 08/25/23 | GAK | 110 | Review and analyze motion to appoint examiner. | 0.60 | |
| 08/29/23 | GAK | 110 | Begin drafting objection to examiner motion. | 0.70 | |
| 08/29/23 | GAK | 110 | Meet with A. Sherman, J. Teele and M. Savetsky regarding litigation strategy and next steps. | 0.30 | |
| 08/30/23 | GAK | 110 | Begin drafting objection to examiner motion. | 2.80 | |
| 08/30/23 | GAK | 110 | Research and analysis for objection to examiner motion. | 1.90 | |
| 08/31/23 | AHS | 110 | Email to Debtors' counsel and Preston Hollow re: scheduling and discovery issues. | 0.40 | |
| 08/31/23 | JT | 110 | Continue review of discovery materials. | 1.60 | |
| 08/31/23 | GAK | 110 | Drafting objection to examiner motion. | 2.80 | |
| 08/31/23 | GAK | 110 | Communications with J. Teele regarding examiner objection. | 0.20 | |
| | | **TASK TOTAL 110** | | **13.50** | **$10,375.50** |
| | | **TOTAL FEES at Standard Rates** | | **99.70** | **$83,748.00** |
| | | **Attorney Fees at Blended Rate of $675** | | **99.70** | **$67,297.50** |
| | | **Paralegal Fees at Standard Rate** | | **0.00** | **0.00** |
| | | **TOTAL FEES at Blended Rate** | | **99.70** | **$67,297.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 13

---

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 1.50 | $1,312.50 |
| 102 | Asset Disposition | 8.50 | $6,896.50 |
| 104 | Case Administration | 35.50 | $32,599.00 |
| 105 | Claims Administration and Objections | 0.10 | $72.50 |
| 107 | Fee/Employment Applications | 1.80 | $1,491.00 |
| 108 | Fee/Employment Objections | 4.00 | $2,900.00 |
| 109 | Financing | 34.80 | $28,101.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | 13.50 | $10,375.50 |
| | TOTAL FEES at Standard Rates | 99.70 | $83,748.00 |
| | Attorney Fees at Blended Rate of $675 | 99.70 | $67,297.50 |
| | Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | 99.70 | $67,297.50 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 23.80 | x | $995.00 | = | $23,681.00 |
| Boris Mankovetskiy | 22.30 | x | $875.00 | = | $19,512.50 |
| Jason Teele | 4.50 | x | $850.00 | = | $3,825.00 |
| Matthew Holden | 8.00 | x | $695.00 | = | $5,560.00 |
| Michael Savetsky | 19.60 | x | $795.00 | = | $15,582.00 |
| Gregory A. Kopacz | 21.50 | x | $725.00 | = | $15,587.50 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 08/24/23 | 358 | Pacer | $1.40 |
| 08/24/23 | 358 | Pacer | $1.30 |
| 08/24/23 | 358 | Pacer | $0.50 |
| 08/24/23 | 358 | Pacer | $3.00 |
| 08/24/23 | 358 | Pacer | $0.30 |
| 08/29/23 | 379 | Lexis-Nexis | $611.18 |
| 08/29/23 | 379 | Lexis-Nexis | $17.69 |
| | | **TOTAL DISBURSEMENTS** | **$635.37** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 4, 2023
Client/Matter No. 08650147.000001
Invoice: 2048443
Page 14

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $67,297.50 |
| Total Disbursements | $635.37 |
| **TOTAL THIS INVOICE** | **$67,932.87\*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$83,748.00**) and fees at *Blended Rate* of $675 (**$67,297.50**)** apply.

**includes paralegal fees at standard rates, if applicable