**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: November 27, 2023 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

**SECOND MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | September 1, 2023 – September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $151,167.00 (80% of $188,958.75) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $3,613.37 |

This is a monthly application.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $995 | 45.45 | $45,222.75 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $875 | 101.6 | $88,900.00 |
| Jason Teele | Member, Bankruptcy First Bar Admission: 2001 | $850 | 65.7 | $55,845.00 |
| Matthew Holden | Member, Corporate First Bar Admission: 2006 | $695 | 10.5 | $7,297.50 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $795 | 39.6 | $31,482.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $725 | 15.4 | $11,165.00 |
| Oleh Matviyishyn | Associate, Bankruptcy First Bar Admission: 2022 | $475 | 1.4 | $665.00 |
| Anna L. Irvin | Library Director | $325 | 0.6 | $195.00 |
| **Total Fees at Standard Rates** | | | **280.25** | **$240,772.25** |
| **Total Fees at $675 Blended Hourly Rate[1]** | | | **280.25** | **$188,958.75** |

---

[1] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 1.8 | $1,575.00 |
| Asset Disposition (102) | 37.9 | $32,729.50 |
| Case Administration (104) | 44.2 | $39,841.50 |
| Claims Administration and Objections (105) | 23.4 | $18,630.00 |
| Fee/Employment Applications (107) | 13.2 | $9,840.00 |
| Fee/Employment Objections (108) | 15.0 | $12,892.50 |
| Financing (109) | 61.9 | $53,016.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 74.4 | $64,283.50 |
| Relief from Stay Proceedings (114) | 3.2 | $2,740.00 |
| Travel (billed at 50%) | 5.25 | $5,223.75 |
| **Total Fees at Standard Rate** | **280.25** | **$240,772.25** |
| **Total Fees at $625 Blended Rate[1]** | **280.25** | **$188,958.75** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Pacer/Online Research | $5.20 |
| Lexis-Nexis | $107.38 |
| Court Reporter Transcript Fees | $3,500.79 |
| **TOTAL** | **$3,613.37** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675. See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objections Due: November 27, 2023 at 4:00 p.m.** |
|  | ) | **Hearing Date:** *Only if objections are filed* |

**SECOND APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy

Procedure 2016 (the "<u>Bankruptcy Rules</u>"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the

"<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Second Application for*

*Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as*

*Counsel to the Official Committee of Unsecured Creditors for the Period From September 1,*

*2023 Through September 30, 2023* (the "<u>Application</u>"), seeking allowance of $151,167.00 (80%

of $188,958.75) in fees, *plus* $3,613.37 for reimbursement of actual and necessary expenses, for

a total of $154,780.37.

**<u>Background</u>**

1.      On August 7, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.

2.      On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3.      The Committee retained Sills as co-counsel pursuant to this Court's *Order Granting*

*Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee*

*of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

## Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, and the Compensation Order.

## Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $1,575.00;         Total Hours: 1.8

This category includes time spent analyzing a Mercy Foundation audit and balance sheet.

B.      Asset Disposition

Fees: $32,729.50;        Total Hours: 37.9

This category includes time spent: (a) reviewing, analyzing, revising and negotiating bidding procedure and sale documents; (b) drafting a bidding procedures objection; (c) analyzing bid documents and a proposed asset purchase agreement; (d) attending a deposition related to the sale process; and (e) communicating with Debtors' counsel, counsel to the stalking horse bidder,

the Committee's financial advisor, and the U.S. Trustee regarding the foregoing and related

matters.

    C.    <u>Case Administration</u>

    Fees: $39,841.50;    Total Hours: 44.2

This category includes time spent: (a) attending Committee meetings and preparing

updates for the Committee members; (b) attending the 341 creditor meeting; (c) preparing for

and attending hearings; (d) addressing matters related to the Debtors' "first day" motions and

related orders and other matters related to the administrative of the Debtors' chapter 11 cases; (e)

addressing Foundation matters and conducting related research and analysis; (f) responding to

creditor queries and addressing pending matters; and (g) communicating with the Committee

members, Debtors' counsel, bondholders' counsel, the Mercy Foundation and others regarding

the foregoing and related matters.

    D.    <u>Claims Administration and Objections</u>

    Fees: $18,630.00;    Total Hours: 23.4

This category includes time spent: (a) analyzing pensioner claims, reviewing pension

documents, conducting related research, and drafting a related memorandum; (b) reviewing and

analyzing the bar date order; (c) analyzing alleged liens and security interests asserted against the

Debtors' assets; and (d) communicating with the Committee regarding the foregoing and related

matters.

    E.    <u>Fee/Employment Applications</u>

    Fees: $9,840.00;    Total Hours: 13.2

This category includes time spent: (a) preparing Sills' retention application and

conducting related research and analysis; and (b) assisting in the preparation of the Committee's

financial advisor's retention application.

F. <u>Fee/Employment Objections</u>

Fees: $12,892.50;          Total Hours: 15.0

This category includes time spent: (a) drafting an objection to Toneykorf's retention

application and conducting related research, analysis and negotiations; (b) addressing matters

related to the proposed retention of MWE, including analyzing MWE's supplemental declaration

and drafting a statement regarding MWE's proposed retention; (c) reviewing and analyzing

H2C's retention application; (d) reviewing and analyzing objections filed by third parties to the

Debtors' professionals' retentions applications, reviewing and analyzing the Debtors' omnibus

reply in support of such retention applications, and addressing matters related to potential

resolutions of such objections; and (e) communicating with the Committee members and counsel

to ToneyKorf regarding the foregoing and related matters.

G. <u>Financing</u>

Fees: $53,016.50;          Total Hours: 61.9

This category includes time spent: (a) drafting a cash collateral objection and cross-

motion for an order to show cause and conducting related research, analysis and negotiations; (b)

addressing matters related to the potential use of the Mercy Foundation's funds and conducting

related research and analysis; (c) addressing related discovery and confidentiality matters,

including drafting a joint status conference request, and attending a related deposition; (d)

drafting and negotiating settlement term sheets and a motion to approve such settlement and

conducting related research and analysis; and (e) communicating with Debtors' counsel, the

Committee members, the Committee's other advisors, the Master Trustee and Preston Hollow

regarding the foregoing and related matters.

H. <u>Litigation (Other than Avoidance Action Litigation)</u>

Fees: $64,283.50;          Total Hours: 74.4

This category includes time spent: (a) drafting an objection to a motion to appoint an examiner and conducting related analysis; (b) reviewing and analyzing the Debtors' and the Foundation's discovery productions and addressing related matters; (c) addressing confidentiality and scheduling matters; (d) drafting, analyzing, revising and negotiating proposed settlement term sheets regarding Mercy Foundation disputes; (e) preparing for and attending a related deposition; and (f) communicating with Debtors' counsel, Preston Hollow and others regarding the foregoing and related matters.

I.      <u>Relief from Stay Proceedings</u>

Fees: $2,740.00;      Total Hours: 3.2

This category includes time spent: (a) conducting research and analysis regarding potential violations of the automatic stay; and (b) communicating with the Committee and Debtors' counsel regarding related matters.

J.      <u>Travel (billed at 50%)</u>

Fees: $5,223.75;      Total Hours: 5.25

This category includes time spent traveling to and from Cedar Rapids.

## **Conclusion**

6.      Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums $151,167.00 (80% of $188,958.75) as compensation, *plus* $3,613.37 for reimbursement of actual and necessary expenses, for a total of $154,780.37, and that such amount be authorized for payment.

Dated: November 9, 2023          Respectfully submitted,

                                */s/ Andrew H. Sherman*

Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
E-mail:  asherman@sillscummis.com
            bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    515-223-6600
Facsimile:    515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured
Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on November 9, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Stephanie Newton*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | October 31, 2023 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2048444 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through September 30, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 09/28/23 | BM | 101 | Analysis of issues regarding Foundation audit. | 0.60 | |
| 09/28/23 | BM | 101 | Analysis regarding Debtors' JV interests. | 0.80 | |
| 09/29/23 | BM | 101 | Analysis regarding Foundation's balance sheet. | 0.40 | |
| | | **TASK TOTAL 101** | | **1.80** | **$1,575.00** |
| **102 – ASSET DISPOSITION** | | | | | |
| 09/01/23 | BM | 102 | Analysis regarding response to bidding procedures and sale motion. | 1.10 | |
| 09/01/23 | JT | 102 | Review sale documents. | 0.70 | |
| 09/01/23 | GAK | 102 | Analysis of prior offer to purchase hospital. | 0.20 | |
| 09/04/23 | BM | 102 | Analysis regarding revisions of proposed bidding procedures. | 0.90 | |
| 09/04/23 | JT | 102 | E-mail from N. Ganti regarding bid procedures. | 0.30 | |
| 09/04/23 | JT | 102 | Review and revise markup of bid procedures. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/06/23 | BM | 102 | Analysis regarding proposed bidding procedures. | 1.10 | |
| 09/06/23 | BM | 102 | Analysis regarding stalking horse APA. | 1.20 | |
| 09/06/23 | BM | 102 | Analysis regarding limited objection to proposed bidding procedures and UI APA. | 1.30 | |
| 09/06/23 | BM | 102 | Comment on Debtors' proposed revised bidding procedures. | 0.70 | |
| 09/06/23 | JT | 102 | Review and revise comments to stalking horse APA. | 0.70 | |
| 09/06/23 | JT | 102 | Review updated bid procedures. | 0.50 | |
| 09/06/23 | MS | 102 | Confer with J. Teele re: bid procedures objection. | 0.20 | |
| 09/06/23 | MS | 102 | Confer with B. Mankovetskiy re: bid procedures objection. | 0.10 | |
| 09/06/23 | MS | 102 | Call with B. Mankovetskiy re: bid procedures objection. | 0.10 | |
| 09/06/23 | MS | 102 | Review bidding procedures motion. | 1.20 | |
| 09/06/23 | MS | 102 | Review Committee comments to proposed bidding procedures and Debtors' revised proposed bidding procedures. | 0.50 | |
| 09/06/23 | MS | 102 | Draft further revisions to proposed bidding procedures. | 0.30 | |
| 09/06/23 | MS | 102 | Draft limited objection to bidding procedures motion. | 2.10 | |
| 09/07/23 | BM | 102 | Analysis regarding potential resolution of bidding procedures objections. | 0.80 | |
| 09/07/23 | BM | 102 | Correspondence with Debtors' counsel regarding sale issues. | 0.40 | |
| 09/07/23 | BM | 102 | Analysis regarding objection to bidding procedures and stalking horse APA. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/07/23 | BM | 102 | Analysis and revisions of proposed bidding procedures. | 1.20 | |
| 09/07/23 | BM | 102 | Call with UI's counsel regarding bidding procedures and stalking horse APA. | 0.40 | |
| 09/07/23 | BM | 102 | Call with Debtors' counsel regarding bidding procedures. | 0.30 | |
| 09/07/23 | AHS | 102 | Negotiate bid protection issues with counsel for purchaser and counsel for debtors. | 0.40 | |
| 09/07/23 | AHS | 102 | Attend deposition of C.R. Bayman, H2C representative. | 3.80 | |
| 09/07/23 | JT | 102 | Attend R. Bayman deposition. | 4.20 | |
| 09/07/23 | JT | 102 | Review further revised bid procedures. | 0.50 | |
| 09/07/23 | JT | 102 | E-mail from J. Knapp regarding bid procedures. | 0.30 | |
| 09/07/23 | MS | 102 | Review and further revise draft bidding procedures order re: settlement discussions, draft further revisions to same. | 0.60 | |
| 09/07/23 | MS | 102 | Conduct legal research re: limited objection to bidding procedures motion. | 0.80 | |
| 09/07/23 | MS | 102 | Draft limited objection to bidding procedures motion. | 2.10 | |
| 09/07/23 | MS | 102 | Revise markup of proposed revised bidding procedures. | 0.40 | |
| 09/07/23 | MS | 102 | Call with B. Mankovetskiy re: markup of proposed revised bidding procedures. | 0.20 | |
| 09/08/23 | BM | 102 | Analysis regarding revised bidding procedures. | 0.90 | |
| 09/08/23 | BM | 102 | Analysis and revisions of proposed form of order approving bid procedures and stalking horse APA. | 0.70 | |
| 09/08/23 | BM | 102 | Analysis regarding sale process. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/08/23 | AHS | 102 | Call with UST re: bidding procedures, sale issues and objections to retention applications. | 0.30 | |
| 09/08/23 | JT | 102 | E-mail from N. Ganti regarding sale process. | 0.30 | |
| 09/08/23 | JT | 102 | E-mail from A. Sherman regarding bid procedures. | 0.20 | |
| 09/11/23 | MS | 102 | Review proposed bidding procedures order and bidding procedures as filed with the Court. | 0.40 | |
| 09/13/23 | MS | 102 | Review revised proposed bidding procedures order. | 0.20 | |
| 09/15/23 | BM | 102 | Analysis of issues regarding sale process. | 0.80 | |
| 09/20/23 | GAK | 102 | Analysis of Bidding Procedures and related matters. | 0.40 | |
| 09/21/23 | JT | 102 | E-mail from N. Ganti regarding sale process. | 0.30 | |
| 09/21/23 | MS | 102 | Review sale process updates from N. Ganti. | 0.20 | |
| 09/28/23 | BM | 102 | Analysis regarding sale process issues. | 0.90 | |
| 09/29/23 | AHS | 102 | Call re: potential credit bid by Preston Hollow and diligence regarding enforceability of security interests. | 0.70 | |
| | | **TASK TOTAL 102** | | **37.90** | **$32,729.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 09/01/23 | JT | 104 | E-mail to Debtor's counsel regarding schedule of hearings and objection deadlines. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/01/23 | MS | 104 | Call with D. Simon, F. Perlman, N. Coco, K. Walsh, A. Sherman and J. Teele re: negotiations on bid procedures, retention issues, cash collateral, and scheduling of various pending motions. | 0.60 | |
| 09/04/23 | AHS | 104 | Review of updated notice of appointment and emails re: same. | 0.20 | |
| 09/04/23 | JT | 104 | Telephone conference with Lender's counsel regarding pending motions. | 0.60 | |
| 09/05/23 | BM | 104 | Attend to issues regarding continuance of the pending hearings. | 0.40 | |
| 09/05/23 | JT | 104 | Review Foundation 990. | 0.40 | |
| 09/05/23 | JT | 104 | Research regarding Mercy Foundation. | 0.90 | |
| 09/05/23 | MS | 104 | Draft e-mail to Committee re: limited objection to ToneyKorf retention application and objection to final cash collateral order. | 0.10 | |
| 09/06/23 | BM | 104 | Call with Preston Hollow's counsel regarding pending matters. | 0.80 | |
| 09/06/23 | BM | 104 | Attend Committee meeting. | 0.70 | |
| 09/06/23 | AHS | 104 | Attend creditor's committee meeting. | 1.00 | |
| 09/06/23 | AHS | 104 | Listen to certain portions of 341 meeting and follow up with questions to be asked. | 0.60 | |
| 09/06/23 | JT | 104 | Attend 341 Meeting. | 1.20 | |
| 09/06/23 | JT | 104 | Attend telephonic committee meeting. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/06/23 | GAK | 104 | Review notification adjourning hearing on examiner motion and emails to team regarding same | 0.20 | |
| 09/07/23 | BM | 104 | Prepare an update for Committee. | 0.50 | |
| 09/07/23 | AHS | 104 | Email to Committee re: bidding, foundation, cash collateral. | 0.30 | |
| 09/07/23 | MS | 104 | Draft e-mail to Committee re: update on negotiations on bidding procedures motion and statement in response to McDermott retention application. | 0.40 | |
| 09/08/23 | BM | 104 | Call with bondholders' counsel regarding pending matters. | 0.50 | |
| 09/08/23 | AHS | 104 | Revise and finalize objections to ToneyKorf retention and cash collateral/objection cross motion, emails with Iowa counsel, review of comments and have pleadings filed. | 0.60 | |
| 09/08/23 | AHS | 104 | Emails with counsel for Foundation re: discovery issues, call with counsel for Preston Hollow re: discovery and foundation issues, follow up emails re: discovery and foundation issues. | 0.60 | |
| 09/11/23 | BM | 104 | Analysis regarding proposed orders regarding employee wages and benefits, utilities, and compensation procedures. | 0.80 | |
| 09/11/23 | JT | 104 | Review docket for Thursday's hearing. | 0.30 | |
| 09/11/23 | GAK | 104 | Preparations for September 13 hearing. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/11/23 | MS | 104 | Review revised proposed utilities, wages and interim compensation orders and order continuing hearing on cash collateral. | 0.30 | |
| 09/12/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 09/12/23 | BM | 104 | Call with bondholders representative regarding pending matters. | 0.40 | |
| 09/12/23 | AHS | 104 | Review of pleadings in advance of hearing and prepare for hearing. | 0.60 | |
| 09/13/23 | BM | 104 | Analysis regarding potential settlement of funding issues with Foundation, Debtors and Preston Hollow. | 0.90 | |
| 09/13/23 | BM | 104 | Analysis regarding post-hearing proposed forms of final orders on first day motions and resolved professional employment applications. | 0.70 | |
| 09/13/23 | BM | 104 | Analysis of ombudsman's report. | 0.30 | |
| 09/13/23 | BM | 104 | Call with Preston Hollow's counsel regarding pending matters. | 0.40 | |
| 09/13/23 | AHS | 104 | Attend meetings with Debtors' counsel, counsel for bondholders and counsel for foundation re: funding issues, examiner, cash collateral. | 3.50 | |
| 09/13/23 | AHS | 104 | Calls with counsel for bondholders re: potential settlement of foundation issues. | 0.30 | |
| 09/13/23 | AHS | 104 | Follow up with parties (including creditors) after hearing. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 8

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/13/23 | AHS | 104 | Prepare for and attend hearing re: retention issues, bidding procedures and status. | 1.80 | |
| 09/14/23 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 09/15/23 | BM | 104 | Call with Debtors' and Foundation's counsel regarding pending matters. | 0.70 | |
| 09/15/23 | BM | 104 | Call with counsel to Preston Hollow, Foundation and Debtors regarding potential global settlement. | 0.40 | |
| 09/15/23 | BM | 104 | Prepare an update for Committee. | 0.70 | |
| 09/15/23 | AHS | 104 | Telephonic court appearance re: cash collateral and scheduling issues. | 0.60 | |
| 09/15/23 | JT | 104 | E-mail from N. Coco regarding term sheet. | 0.20 | |
| 09/18/23 | BM | 104 | Call with bondholder representative's counsel regarding pending matters. | 0.40 | |
| 09/18/23 | JT | 104 | Telephone conference with Lender's counsel regarding foundation issues. | 0.50 | |
| 09/19/23 | JT | 104 | Research regarding foundation issues. | 1.20 | |
| 09/19/23 | GAK | 104 | Call and emails with O. Matviyishyn regarding work flow, next steps, upcoming hearings/deadlines. | 0.20 | |
| 09/19/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 1.20 | |
| 09/20/23 | BM | 104 | Prepare an update for Committee. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/20/23 | AHS | 104 | Prepare for and attend telephonic hearing re: ToneyKorf retention and scheduling issues. | 1.10 | |
| 09/20/23 | AHS | 104 | Prepare for and attend hearing ToneyKorf retention issues and review of form of order. | 0.70 | |
| 09/21/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 09/21/23 | BM | 104 | Prepare update for Committee. | 0.60 | |
| 09/22/23 | MH | 104 | Email to A. Sherman re: revised By-Laws Article I Section 3(b) and Article IV. | 0.50 | |
| 09/22/23 | AHS | 104 | Review and revise letter to counsel for Debtors re: foundation's attempt to amend by-laws. | 0.80 | |
| 09/22/23 | AHS | 104 | Various calls with counsel for Preston Hollow and counsel for Debtors re: foundation's attempt to amend by-laws. | 1.10 | |
| 09/22/23 | AHS | 104 | Review of foundation amended by-laws, original by-laws and research into whether amendment is effective. | 1.20 | |
| 09/22/23 | JT | 104 | Review Foundation by-laws and amended by-laws. | 0.80 | |
| 09/22/23 | JT | 104 | Telephone conference with A. Sherman and B. Mankovetskiy regarding Foundation by-laws. | 0.30 | |
| 09/23/23 | AHS | 104 | Call with Debtors' counsel re: foundation issues and review of letter from M. Toney to Foundation. | 0.70 | |
| 09/24/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | |
| 09/25/23 | AHS | 104 | Email to Committee re: foundation issues and case status. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/26/23 | BM | 104 | Call with bondholders' counsel regarding pending matters. | 0.70 | |
| 09/27/23 | BM | 104 | Call with Debtors' and bondholders' counsel regarding pending matters. | 0.70 | |
| 09/28/23 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 09/28/23 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.40 | |
| 09/28/23 | AHS | 104 | Emails to committee re: sale process, foundation issues and term sheet. | 0.70 | |
| 09/28/23 | AHS | 104 | Review and revise term sheet re: foundation issues. | 0.80 | |
| 09/28/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.20 | |
| 09/29/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | |
| 09/29/23 | AHS | 104 | Review of drafts of term sheet. | 0.40 | |
| | **TASK TOTAL 104** | | | 44.20 | $39,841.50 |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/04/23 | JT | 105 | E-mail from A. Sherman regarding Pension issues. | 0.20 | |
| 09/12/23 | BM | 105 | Analysis regarding pensioners' claims and pension plan status. | 0.90 | |
| 09/21/23 | MS | 105 | Confer with B. Mankovetskiy re: email to Committee re: bar date. | 0.10 | |
| 09/21/23 | MS | 105 | Review docket re: bar date order and review Epiq website instructions and proof of claim form for Committee update. | 0.30 | |
| 09/21/23 | MS | 105 | Draft e-mail to Committee re: bar date for proofs of claim and instructions re: same. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/25/23 | BM | 105 | Analysis of pension plan documents and potential claims. | 1.60 | |
| 09/26/23 | MH | 105 | Call from J. Teele, Esq. re: pension and liabilities. | 0.30 | |
| 09/26/23 | MH | 105 | Review Pension Plan documents. | 2.00 | |
| 09/26/23 | MH | 105 | Begin drafting email memo to regarding Pension Plan documents. | 1.90 | |
| 09/26/23 | BM | 105 | Analysis regarding pension plan issues. | 1.20 | |
| 09/26/23 | AHS | 105 | Review of pension plan documents and initial research into whether there are claims arising from pension plan. | 1.20 | |
| 09/26/23 | JT | 105 | Research regarding Pension claim issues. | 0.90 | |
| 09/26/23 | JT | 105 | Telephone conference with M. Holden regarding Pension. | 0.30 | |
| 09/26/23 | JT | 105 | Review Pension documents. | 2.10 | |
| 09/27/23 | MH | 105 | Continue drafting email memo regarding Pension Plan documents. | 5.80 | |
| 09/27/23 | BM | 105 | Analysis regarding pension plan issues and attendant liabilities. | 0.80 | |
| 09/27/23 | JT | 105 | Review internal memo regarding Pension claims. | 0.60 | |
| 09/27/23 | JT | 105 | Additional research regarding Pension issues. | 0.90 | |
| 09/29/23 | BM | 105 | Analysis regarding investigation of Bond Trustee's liens and security interests. | 1.90 | |
| | **TASK TOTAL 105** | | | **23.40** | **$18,630.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 12

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 09/07/23 | GAK | 107 | Draft Committee Chair declaration in support of retention. | 0.70 | |
| 09/07/23 | GAK | 107 | Review local rules in connection with retention application. | 0.20 | |
| 09/07/23 | GAK | 107 | Draft proposed order for retention application. | 0.60 | |
| 09/07/23 | GAK | 107 | Begin drafting Sherman declaration in support of retention. | 1.30 | |
| 09/07/23 | GAK | 107 | Begin drafting Sills' retention application. | 1.80 | |
| 09/08/23 | GAK | 107 | Analysis of conflict search results and update Sherman Declaration accordingly. | 3.30 | |
| 09/08/23 | GAK | 107 | Draft retention memorandum. | 0.70 | |
| 09/09/23 | GAK | 107 | Finalize retention application materials for review by A. Sherman. | 1.40 | |
| 09/10/23 | AHS | 107 | Review and revise retention application. | 0.60 | |
| 09/11/23 | AHS | 107 | Further review of retention pleadings and firm memo responses. | 0.40 | |
| 09/11/23 | GAK | 107 | Update retention application to address comments of A. Sherman/B. Hempstead. | 0.10 | |
| 09/11/23 | GAK | 107 | Draft email to A. Sherman regarding retention memorandum. | 0.10 | |
| 09/11/23 | GAK | 107 | Draft email to R. Epstein regarding retention memorandum and next steps. | 0.20 | |
| 09/11/23 | GAK | 107 | Draft email to B. Mankovetskiy regarding retention application. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/11/23 | GAK | 107 | Prepare firm wide email to be circulated regarding retention application and parties in interest. | 0.20 | |
| 09/11/23 | GAK | 107 | Update retention application to incorporate comments of B. Mankovetskiy. | 0.10 | |
| 09/11/23 | GAK | 107 | Analysis of conflict results. | 0.30 | |
| 09/11/23 | GAK | 107 | Review and analyze FTI's retention application. | 0.90 | |
| 09/11/23 | GAK | 107 | Draft email to FTI regarding comments to retention application. | 0.10 | |
| | | **TASK TOTAL 107** | | **13.20** | **$9,840.00** |

## 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 09/05/23 | BM | 108 | Analysis regarding objection to ToneyKorf retention application. | 0.70 | |
| 09/05/23 | AHS | 108 | Review and revise ToneyKorf objection and circulate same for review. | 0.30 | |
| 09/05/23 | JT | 108 | E-mail from A. Sherman regarding Debtors' retention applications. | 0.30 | |
| 09/05/23 | JT | 108 | Review and revise objection to Toneykorf retention. | 0.40 | |
| 09/05/23 | GAK | 108 | Review draft retention objection and communications with J. Teele and M. Savetsky regarding same. | 0.10 | |
| 09/05/23 | MS | 108 | Review ToneyKorf retention application and engagement letter. | 0.70 | |
| 09/05/23 | MS | 108 | Draft and revise limited objection to ToneyKorf retention application. | 1.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/06/23 | BM | 108 | Analysis regarding MWE retention issues and supplemental declaration. | 0.80 | |
| 09/06/23 | BM | 108 | Analysis regarding H2C's employment application. | 0.70 | |
| 09/06/23 | MS | 108 | E-mails with A. Sherman re: statement in response to McDermott retention application. | 0.10 | |
| 09/06/23 | MS | 108 | Review draft supplemental McDermott retention declaration. | 0.10 | |
| 09/06/23 | MS | 108 | E-mails with B. Mankovetskiy re: statement in response to McDermott retention application. | 0.10 | |
| 09/06/23 | MS | 108 | Draft statement in response to McDermott retention application. | 0.60 | |
| 09/06/23 | MS | 108 | Call with B. Mankovetskiy re: statement in response to McDermott retention application. | 0.10 | |
| 09/06/23 | MS | 108 | Review U.S. Trustee's objections to the Debtors' applications to retain McDermott, ToneyKorf and H2C Securities. | 0.40 | |
| 09/07/23 | BM | 108 | Analysis regarding objection to ToneyKorf retention application. | 0.80 | |
| 09/07/23 | BM | 108 | Analysis regarding resolution of concerns regarding MWE retention application and additional disclosures. | 0.70 | |
| 09/07/23 | MS | 108 | Revise statement in response to McDermott retention application. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/07/23 | MS | 108 | E-mails with A. Sherman re: statement in response to McDermott retention application. | 0.10 | |
| 09/08/23 | BM | 108 | Analysis and revisions of limited objection to ToneyKorf retention and statement regarding MWE retention. | 0.70 | |
| 09/08/23 | AHS | 108 | Emails with committee member re: retention issues and respond to same. | 0.40 | |
| 09/08/23 | GAK | 108 | Analysis of UST objection to MWE retention. | 0.20 | |
| 09/08/23 | GAK | 108 | Review bondholder representative's objection to MWE Retention. | 0.20 | |
| 09/11/23 | BM | 108 | Analysis regarding potential resolution of objection to ToneyKorf retention. | 0.60 | |
| 09/12/23 | BM | 108 | Analysis regarding potential resolution of objection to ToneyKorf retention application. | 0.40 | |
| 09/13/23 | BM | 108 | Analysis regarding potential resolution of objection to ToneyKorf retention and supplemental disclosures. | 0.80 | |
| 09/13/23 | BM | 108 | Analysis regarding Debtors' omnibus reply in support of applications to retain professionals. | 0.60 | |
| 09/15/23 | BM | 108 | Analysis regarding proposed form of order approving H2C retention. | 0.20 | |
| 09/18/23 | BM | 108 | Analysis regarding proposed revised order approving ToneyKorf retention. | 0.60 | |
| 09/18/23 | AHS | 108 | Review of revised ToneyKorf order and analysis re: same. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/19/23 | BM | 108 | Analysis and revisions of proposed form of order regarding ToneyKorf retention. | 0.60 | |
| 09/19/23 | BM | 108 | Correspondence with ToneyKorf's counsel regarding resolution of Committee's objections to retention of ToneyKorf . | 0.60 | |
| 09/20/23 | AHS | 108 | Call with counsel to ToneyKorf re: retention issues and email follow up re: same. | 0.30 | |
| | | **TASK TOTAL 108** | | **15.00** | **$12,892.50** |

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 09/01/23 | BM | 109 | Analysis regarding response to cash collateral motion. | 1.20 | |
| 09/01/23 | JT | 109 | Telephone conference with Debtor's counsel regarding cash collateral issues. | 0.50 | |
| 09/01/23 | JT | 109 | Revise and review cash collateral objection. | 0.90 | |
| 09/01/23 | JT | 109 | Review cash collateral motion and order. | 0.60 | |
| 09/01/23 | GAK | 109 | Review revised cash collateral objection. | 0.30 | |
| 09/01/23 | GAK | 109 | Communications with Sills Team and FTI regarding cash collateral objection and cash burn. | 0.10 | |
| 09/01/23 | MS | 109 | Review and revise objection to final cash collateral order and cross-motion for an order to show cause. | 4.20 | |
| 09/01/23 | MS | 109 | Call with A. Sherman re: revisions to objection to final cash collateral order. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 17

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/05/23 | BM | 109 | Analysis regarding objection to cash collateral order and cross-motion for order to show cause. | 1.20 | |
| 09/05/23 | AHS | 109 | Review and revise cash collateral objection/cross motion and circulate to the Committee for review and comment. | 0.80 | |
| 09/05/23 | JT | 109 | Conference with A. Sherman and M. Savetsky regarding cash collateral and discovery. | 0.50 | |
| 09/05/23 | JT | 109 | E-mail to M. Savetsky regarding cash collateral objection. | 0.30 | |
| 09/05/23 | MS | 109 | Review revisions to objection to final cash collateral order. | 0.20 | |
| 09/05/23 | MS | 109 | Review Mercy Hospital Form 990 for 2021. | 0.30 | |
| 09/05/23 | MS | 109 | Review and revise objection to final cash collateral order. | 1.10 | |
| 09/05/23 | MS | 109 | Confer with S. Teele re: cash collateral objection and foundation issues. | 0.30 | |
| 09/06/23 | BM | 109 | Analysis and revisions of Committee's objection to final cash collateral order. | 0.80 | |
| 09/06/23 | JT | 109 | Telephone conference with Debtor's counsel regarding cash collateral and other pending motions. | 0.40 | |
| 09/06/23 | JT | 109 | Telephone conference with Lender's counsel regarding discovery and cash collateral. | 0.50 | |
| 09/06/23 | MS | 109 | Further revise objection to final cash collateral order. | 0.10 | |
| 09/06/23 | MS | 109 | E-mails with A. Sherman and B. Mankovetskiy re: revisions to cash collateral objection. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 18

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/06/23 | MS | 109 | Further review of Form 990s filed by the Foundation for cash collateral objection. | 0.60 | |
| 09/06/23 | MS | 109 | E-mails with A. Irvin re: Form 990s filed by the Foundation for cash collateral objection. | 0.10 | |
| 09/06/23 | MS | 109 | Confer with B. Mankovetskiy re: revisions to cash collateral objection. | 0.10 | |
| 09/06/23 | ALI | 109 | Obtain returns of certain tax-exempt organizations. | 0.60 | |
| 09/07/23 | MS | 109 | Further revise objection to final cash collateral order re: confidentiality. | 0.20 | |
| 09/08/23 | MS | 109 | Review stipulated protective order re: information in objection to final cash collateral order. | 0.40 | |
| 09/08/23 | MS | 109 | Review e-mails from A. Sherman re: confidentiality dispute re: information in objection to final cash collateral order. | 0.10 | |
| 09/08/23 | MS | 109 | Call with A. Sherman, B. Mankovetskiy, K. Walsh, and N. Coco re: discovery issues in connection with foundation issues. | 0.40 | |
| 09/08/23 | MS | 109 | Draft joint status conference request re: document production from the Foundation. | 1.80 | |
| 09/11/23 | JT | 109 | Conference with A. Sherman regarding cash collateral and discovery. | 0.40 | |
| 09/13/23 | GAK | 109 | Emails with M. Savetsky regarding cash collateral hearing and email to A. Sherman regarding same. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 19

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/13/23 | MS | 109 | Draft term sheet for settlement with Mercy Hospital Foundation to resolve cash collateral objection and cross-motion. | 1.80 | |
| 09/13/23 | MS | 109 | Confer with B. Mankovetskiy re: term sheet for settlement with Mercy Hospital Foundation to resolve cash collateral objection and cross-motion. | 0.30 | |
| 09/14/23 | BM | 109 | Analysis regarding potential settlement of objections to final cash collateral order. | 1.10 | |
| 09/14/23 | BM | 109 | Attend deposition of Foundation witness. | 2.90 | |
| 09/14/23 | AHS | 109 | Emails with Committee re: foundation term sheet and call with committee chair re: same. | 0.60 | |
| 09/14/23 | AHS | 109 | Emails with counsel for foundation re: term sheet issues. | 0.40 | |
| 09/14/23 | AHS | 109 | Calls with counsel for Debtors' and bond trustee re: term sheet issues. | 0.40 | |
| 09/14/23 | AHS | 109 | Review and revise term sheet re: foundation and circulate to parties for review and comments. | 0.80 | |
| 09/14/23 | JT | 109 | Attend L. Steigleder deposition. | 6.80 | |
| 09/14/23 | MS | 109 | Draft motion to approve settlement with Mercy Hospital Foundation, the Debtors, Master Trustee and Preston Hollow. | 5.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 20

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/14/23 | MS | 109 | Conduct legal research re: motion to approve settlement with Mercy Hospital Foundation, the Debtors, Master Trustee and Preston Hollow. | 1.30 | |
| 09/15/23 | AHS | 109 | Review of term sheet as circulated by Debtors and calls re: same. | 0.40 | |
| 09/15/23 | AHS | 109 | Emails with committee and committee members re: foundation funding and term sheet issues. | 0.40 | |
| 09/15/23 | AHS | 109 | Review and revise term sheet re: foundation funding and circulate to parties for review and consideration. | 0.80 | |
| 09/15/23 | AHS | 109 | Calls with counsel for Debtors re: foundation funding, term sheet and negotiation of term sheet.  Calls with counsel for Preston Hollow re: foundation funding, term sheet and negotiation of term sheet. | 1.30 | |
| 09/15/23 | JT | 109 | Review cash collateral term sheet. | 0.50 | |
| 09/18/23 | AHS | 109 | Attend call with counsel for Debtors and Preston Hollow re: term sheet and foundation issues. | 0.50 | |
| 09/18/23 | AHS | 109 | Review and analysis of term sheet as modified by PH. | 0.60 | |
| 09/18/23 | AHS | 109 | Call with counsel for Preston Hollow re: foundation and term sheet issues. | 0.50 | |
| 09/18/23 | MS | 109 | Continue drafting motion to approve settlement with Mercy Hospital Foundation, the Debtors, Master Trustee and Preston Hollow. | 2.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 21

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/18/23 | MS | 109 | Review and revise motion to approve settlement with Mercy Hospital Foundation, the Debtors, Master Trustee and Preston Hollow. | 1.10 | |
| 09/19/23 | BM | 109 | Call with Debtors' and Preston Hollow's counsel regarding potential settlement of cash collateral objections. | 0.40 | |
| 09/19/23 | AHS | 109 | Call with counsel for Debtors re: foundation and term sheet issues. | 0.30 | |
| 09/19/23 | JT | 109 | Review cash collateral term sheet. | 0.30 | |
| 09/19/23 | JT | 109 | Conference with A. Sherman regarding cash collateral. | 0.40 | |
| 09/20/23 | AHS | 109 | Review of foundation adversary proceeding and call to counsel for Debtors re: same. | 0.40 | |
| 09/20/23 | JT | 109 | Analyze cash collateral term sheet. | 0.30 | |
| 09/21/23 | BM | 109 | Analysis regarding supplemental objection to final cash collateral order. | 0.70 | |
| 09/21/23 | JT | 109 | Conference with B. Mankovetskiy regarding cash collateral. | 0.30 | |
| 09/22/23 | JT | 109 | Telephone conference with counsel for Debtors' and Lender regarding cash collateral. | 0.50 | |
| 09/24/23 | BM | 109 | Analysis regarding proposed revised final cash collateral order. | 0.80 | |
| 09/26/23 | BM | 109 | Analysis regarding final cash collateral order. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 22

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/26/23 | AHS | 109 | Emails with committee members re: foundation issues and call to FTI to respond to same. | 0.40 | |
| 09/26/23 | AHS | 109 | Call with counsel for bondholders re: cash collateral, foundation and sale issues. | 0.50 | |
| 09/26/23 | JT | 109 | Telephone conference with Lender's counsel regarding cash collateral. | 0.60 | |
| 09/27/23 | AHS | 109 | Calls with counsel for Debtors and Preston Hollow re: foundation issues and funding issues. | 0.70 | |
| 09/27/23 | AHS | 109 | Email to committee re: foundation update and initial review of term sheet. | 0.40 | |
| 09/27/23 | AHS | 109 | Calls re: foundation audit/reconciliation issues. | 0.60 | |
| 09/28/23 | BM | 109 | Analysis regarding final cash collateral order. | 1.10 | |
| 09/28/23 | AHS | 109 | Calls with Debtors' counsel and counsel for Preston Hollow re: foundation audit/reconciliation, foundation term sheet. | 0.70 | |
| 09/29/23 | AHS | 109 | Calls with counsel for Debtors and counsel for Preston Hollow re: foundation term sheet and proposed changes. | 0.80 | |
| | | **TASK TOTAL 109** | | **61.90** | **$53,016.50** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

| | | | | | |
|---|---|---|---|---|---|
| 09/01/23 | BM | 110 | Analysis of Debtors' productions in connection with Preston Hollow's discovery. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 23

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/01/23 | BM | 110 | Analysis regarding response to motion to appoint examiner. | 0.90 | |
| 09/01/23 | JT | 110 | Revise and review Objection to Examiner Motion. | 0.40 | |
| 09/04/23 | BM | 110 | Analysis regarding Debtors' productions in connection with cash collateral, examiner and sale motions. | 1.70 | |
| 09/04/23 | AHS | 110 | Emails re: upcoming discovery and deposition scheduling. | 0.20 | |
| 09/04/23 | JT | 110 | E-mail from Lender's counsel regarding depositions. | 0.20 | |
| 09/05/23 | BM | 110 | Analysis regarding Debtors' discovery productions. | 0.90 | |
| 09/05/23 | JT | 110 | Review documents produced by Debtors. | 3.40 | |
| 09/05/23 | MS | 110 | Review Preston Hollow's motion to appoint an examiner. | 0.60 | |
| 09/06/23 | BM | 110 | Analysis of Debtors' document productions. | 0.80 | |
| 09/07/23 | BM | 110 | Analysis regarding objections to confidential designations of productions by Debtors and Foundation. | 0.60 | |
| 09/07/23 | BM | 110 | Analysis regarding Debtors' document productions. | 1.20 | |
| 09/07/23 | AHS | 110 | Address foundation discovery issues, protective order and meet and confer re: confidential document designation. | 0.40 | |
| 09/07/23 | JT | 110 | Continue reviewing Debtors' document production. | 3.40 | |
| 09/07/23 | JT | 110 | E-mail to D. Simon regarding depositions. | 0.30 | |
| 09/07/23 | JT | 110 | E-mail from A. Sherman regarding confidentiality. | 0.20 | |
| 09/07/23 | JT | 110 | Begin reviewing Foundation's document production. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 24

| Date | | | | HOURS | AMOUNT |
|------|------|------|------|-------|--------|
| 09/08/23 | BM | 110 | Analysis regarding depositions in connection with motions to approve continued use of cash collateral and to appoint examiner. | 0.70 | |
| 09/08/23 | BM | 110 | Analysis regarding Debtor's document productions. | 0.80 | |
| 09/08/23 | BM | 110 | Analysis regarding Foundation's document productions. | 0.70 | |
| 09/08/23 | JT | 110 | Continue review of documents produced in discovery. | 3.10 | |
| 09/08/23 | MS | 110 | Review document production from the Foundation. | 0.30 | |
| 09/11/23 | JT | 110 | Continue reviewing discovery materials. | 2.30 | |
| 09/12/23 | BM | 110 | Analysis of Foundation's governance documents and board minutes. | 1.30 | |
| 09/12/23 | BM | 110 | Analysis and revisions of objection to motion to appoint examiner. | 1.30 | |
| 09/12/23 | JT | 110 | Telephone conference with B. Mankovetskiy regarding discovery. | 0.30 | |
| 09/12/23 | GAK | 110 | Call with B. Mankovetskiy regarding examiner motion. | 0.20 | |
| 09/12/23 | GAK | 110 | Update examiner objection. | 0.70 | |
| 09/13/23 | BM | 110 | Analysis of document productions and issues in connection with Foundation's deposition. | 1.20 | |
| 09/14/23 | BM | 110 | Analysis and revisions of draft settlement term sheet resolving Foundation issues. | 1.40 | |
| 09/14/23 | BM | 110 | Analysis regarding deposition of Foundation's 30(b)(6) witness. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 25

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/14/23 | BM | 110 | Analysis regarding objection to motion to appoint examiner. | 0.90 | |
| 09/14/23 | AHS | 110 | Emails re: examiner motion and continuance; review of latest draft of response. | 0.30 | |
| 09/14/23 | JT | 110 | Review updated objection to Examiner Motion. | 0.40 | |
| 09/14/23 | JT | 110 | E-mail to A. Sherman and B. Mankovetskiy regarding depositions. | 0.30 | |
| 09/14/23 | GAK | 110 | Email to Sills team regarding examiner objection. | 0.10 | |
| 09/15/23 | BM | 110 | Analysis regarding proposed settlement term sheet regarding Foundation issues. | 1.10 | |
| 09/15/23 | BM | 110 | Analysis regarding Debtors' discovery productions. | 0.80 | |
| 09/15/23 | BM | 110 | Correspondence with counsel to the Debtors and bondholders regarding proposed revisions of proposed settlement term sheet. | 0.70 | |
| 09/15/23 | BM | 110 | Analysis of Toney deposition transcript. | 0.80 | |
| 09/15/23 | JT | 110 | Attend M. Toney deposition. | 5.50 | |
| 09/15/23 | JT | 110 | E-mail to A. Sherman and B. Mankovetskiy regarding discovery. | 0.30 | |
| 09/17/23 | BM | 110 | Analysis regarding bondholders' revisions of proposed settlement term sheet. | 0.60 | |
| 09/18/23 | BM | 110 | Analysis regarding Debtors' document productions. | 0.80 | |
| 09/18/23 | BM | 110 | Correspondence with counsel to Debtors and Preston Hollow regarding proposed settlement of Foundation issues. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 26

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/18/23 | BM | 110 | Analysis and revisions of proposed settlement term sheet regarding Foundation issues. | 1.70 | |
| 09/18/23 | JT | 110 | Review additional production from Debtors'. | 2.70 | |
| 09/19/23 | BM | 110 | Analysis regarding Debtors' document productions. | 0.90 | |
| 09/19/23 | BM | 110 | Analysis regarding proposed settlement with respect to Foundation funds. | 1.60 | |
| 09/20/23 | BM | 110 | Analysis of issues regarding potential settlement with Debtors and Foundation. | 1.40 | |
| 09/20/23 | BM | 110 | Revisions of proposed settlement term sheet regarding Foundation issues. | 0.70 | |
| 09/20/23 | BM | 110 | Analysis regarding Foundations declaratory judgment action. | 0.70 | |
| 09/20/23 | JT | 110 | Review foundation discovery. | 1.30 | |
| 09/20/23 | JT | 110 | Review deposition transcripts. | 0.80 | |
| 09/21/23 | BM | 110 | Call with Debtors' and Foundation's counsel regarding potential settlement. | 0.40 | |
| 09/21/23 | BM | 110 | Analysis of issues regarding potential settlement with Foundation. | 1.30 | |
| 09/21/23 | BM | 110 | Analysis regarding Debtors' document productions. | 0.70 | |
| 09/21/23 | BM | 110 | Analysis regarding Debtors' and Foundations' discovery productions. | 1.60 | |
| 09/21/23 | JT | 110 | Review Foundation's supplemental document production. | 1.40 | |
| 09/22/23 | BM | 110 | Call with Debtors' and PH's counsel regarding Foundation issues. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 27

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/22/23 | BM | 110 | Call with Debtors' counsel regarding Foundation issues. | 0.30 | |
| 09/22/23 | BM | 110 | Analysis regarding potential settlement with Debtors, Foundation and Preston Hollow. | 1.30 | |
| 09/22/23 | BM | 110 | Analysis regarding Foundation's attempted amendment of by-laws and potential responses thereto. | 1.80 | |
| 09/22/23 | BM | 110 | Analysis regarding Foundation's discovery productions. | 1.10 | |
| 09/22/23 | BM | 110 | Analysis and revisions of letter to Debtors regarding Foundation's conduct. | 0.60 | |
| 09/22/23 | JT | 110 | Review L. Steigleder deposition transcript. | 0.60 | |
| 09/24/23 | BM | 110 | Analysis regarding Debtors' letter to Foundation. | 0.40 | |
| 09/27/23 | BM | 110 | Analysis regarding potential settlement with Debtors, Foundation and Bondholders. | 1.60 | |
| 09/27/23 | BM | 110 | Analysis regarding review of Foundations restricted and unrestricted funds. | 0.70 | |
| 09/28/23 | BM | 110 | Analysis and revisions of proposed settlement term sheet regarding Foundation issues. | 0.90 | |
| 09/28/23 | BM | 110 | Analysis regarding Bondholder Representative's revisions to proposed settlement term sheet and comments thereto. | 0.70 | |
| 09/29/23 | BM | 110 | Analysis and revisions of proposed settlement term sheet. | 0.80 | |
| | | **TASK TOTAL 110** | | **74.40** | **$64,283.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 28

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

**114 – RELIEF FROM STAY PROCEEDINGS**

| 09/22/23 | JT | 114 | E-mail committee regarding Foundation stay violation and related issues. | 0.40 | |
| 09/22/23 | JT | 114 | Draft correspondence to Debtors' counsel regarding Foundation stay violation. | 0.80 | |
| 09/22/23 | JT | 114 | Research regarding stay relief issues. | 1.20 | |
| 09/26/23 | BM | 114 | Analysis of issues regarding staffing agencies and motion to enforce automatic stay. | 0.80 | |
| | | **TASK TOTAL 114** | | **3.20** | **$2,740.00** |

**116 – TRAVEL (billed at 50%)**

| 09/12/23 | AHS | 116 | Travel from Newark to Cedar Rapids for hearing. (5.50) | 2.75 | |
| 09/13/23 | AHS | 116 | Travel from Cedar Rapids to Newark. (5.00) | 2.50 | |
| | | **TASK TOTAL 116** | | **5.25** | **$5,223.75** |

| | | **TOTAL FEES at Standard Rates** | | **280.25** | **$240,772.25** |
| | | **Attorney Fees at Blended Rate of $675** | | **279.65** | **$188,763.75** |
| | | **Paralegal Fees at Standard Rate** | | **0.60** | **195.00** |
| | | **TOTAL FEES at Blended Rate** | | **280.25** | **$188,958.75** |

**TASK CODE SUMMARY**

| 101 | Asset Analysis and Recovery | 1.80 | $1,575.00 |
| 102 | Asset Disposition | 37.90 | $32,729.50 |
| 104 | Case Administration | 44.20 | $39,841.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 29

| | | | | |
|---|---|---|---|---|
| 105 | Claims Administration and Objections | | 23.40 | $18,630.00 |
| 107 | Fee/Employment Applications | | 13.20 | $9,840.00 |
| 108 | Fee/Employment Objections | | 15.00 | $12,892.50 |
| 109 | Financing | | 61.90 | $53,016.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 74.40 | $64,283.50 |
| 114 | Relief from Stay Proceedings | | 3.20 | $2,740.00 |
| 116 | Travel (billed at 50%) | | 5.25 | $5,223.75 |
| | TOTAL FEES at Standard Rates | | 280.25 | $240,772.25 |
| | Attorney Fees at Blended Rate of $675 | | 279.65 | $188,763.75 |
| | Paralegal Fees at Standard Rate | | 0.60 | 195.00 |
| | TOTAL FEES at Blended Rate | | 280.25 | $188,958.75 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 45.45 | x | $995.00 | = | $45,222.75 |
| Boris Mankovetskiy | 101.60 | x | $875.00 | = | $88,900.00 |
| Jason Teele | 65.70 | x | $850.00 | = | $55,845.00 |
| Matthew Holden | 10.50 | x | $695.00 | = | $7,297.50 |
| Michael Savetsky | 39.60 | x | $795.00 | = | $31,482.00 |
| Gregory A. Kopacz | 15.40 | x | $725.00 | = | $11,165.00 |
| Oleh Matviyishyn | 1.40 | x | $475.00 | = | $665.00 |
| Anna L. Irvin | 0.60 | x | $325.00 | = | $195.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 09/07/23 | 222 | Court Reporter Transcript Fees (Everest Court Reporting LLC – Certified copy of 9/7/23 Deposition of Charles Richard Bayman of H2C) | $1,605.10 |
| 09/15/23 | 222 | Court Reporter Transcript Fees (Everest Court Reporting LLC – Certified copy of 9/15/23 Deposition of Mark E. Toney) | $1,895.69 |
| 09/11/23 | 358 | Pacer | $0.20 |
| 09/11/23 | 358 | Pacer | $0.20 |
| 09/11/23 | 358 | Pacer | $3.00 |
| 09/11/23 | 358 | Pacer | $1.80 |
| 09/19/23 | 379 | Lexis-Nexis | $107.38 |

**TOTAL DISBURSEMENTS**                                                  **$3,613.37**

Sills Cummis & Gross P.C.

Creditors' Committee

October 31, 2023
Client/Matter No. 08650147.000001
Invoice: 2048444
Page 30

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $188,958.75 |
| Total Disbursements | $3,613.37 |
| **TOTAL THIS INVOICE** | **$192,572.12\*** |

\*Total includes fees at **_Blended Rate_**.  Per Retention Application, lesser of fees at _Standard Rates_ (**$240,772.25**) and fees at _Blended Rate_ of $675 (**$188,958.75**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable