**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objections Due: November 27, 2023 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**SUMMARY OF FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING,
INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 21, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of applicant: | **FTI Consulting, Inc.** |
| Authorized to provide professional services to: | **Official Committee of Unsecured Creditors** |
| Date of retention: | **August 21, 2023** |
| Date of order authorizing retention: | **October 12, 2023, Docket No. 356** |
| Period for which compensation and reimbursement is sought: | **August 21, 2023 through September 30, 2023** |
| Amount of compensation sought as actual, reasonable and necessary: | **$139,720.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| This is a: | **First Monthly Application** |

## SUMMARY OF FTI APPLICATIONS FOR COMPENSATION

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees & Expenses |
|---|---|---|---|---|---|
| First Month | N/A | 08/21/23 - 09/30/23 | $111,776.00 (80% of total) | $0.00 (100% of total) | N/A |

**SUMMARY OF BILLING BY PROFESSIONALS**
**AUGUST 21, 2023 THROUGH SEPTEMBER 30, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,325 | 34.1 | $45,182.50 |
| William Flaharty | Managing Director | 1,055 | 11.9 | 12,554.50 |
| Narendra Ganti | Managing Director | 985 | 47.3 | 46,590.50 |
| Michael Donegan | Senior Director | 955 | 5.2 | 4,966.00 |
| Jacob Park | Senior Consultant | 565 | 101.1 | 57,121.50 |
| **SUBTOTAL** | | | **199.6** | **$166,415.00** |
| Less: Voluntary Reduction | | | | (26,695.00) |
| **GRAND TOTAL** | | | **199.6** | **$139,720.00** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 21, 2023 THROUGH SEPTEMBER 30, 2023

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 30.7 | $32,195.50 |
| 2 | Cash & Liquidity Analysis | 55.9 | 42,325.50 |
| 4 | Trade Vendor Issues | 0.5 | 492.50 |
| 6 | Asset Sales | 52.6 | 38,775.00 |
| 9 | Analysis of Employee Compensation Programs | 2.0 | 2,242.00 |
| 11 | Prepare for and Attendance at Court Hearings | 2.8 | 2,758.00 |
| 12 | Analysis of SOFAs & SOALs | 7.9 | 5,261.50 |
| 13 | Analysis of Other Miscellaneous Motions | 2.9 | 3,128.50 |
| 19 | Case Management | 1.1 | 1,083.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 6.3 | 3,895.50 |
| 21 | General Meetings with Committee & Committee Counsel | 9.6 | 8,610.00 |
| 22 | Meetings with Other Parties | 2.9 | 2,742.50 |
| 23 | Firm Retention | 4.5 | 3,046.50 |
| 27 | Insurance Issues | 19.9 | 19,858.50 |
| | **SUBTOTAL** | **199.6** | **$166,415.00** |
| | Less: Voluntary Discount | | (26,695.00) |
| | **GRAND TOTAL** | **199.6** | **$139,720.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Objections Due: November 27, 2023 at 4:00 p.m.** |
|  | ) | **Hearing Date:** *Only if objections are filed* |

**FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR**
**THE PERIOD FROM AUGUST 21, 2023 THROUGH SEPTEMBER 30, 2023**

FTI Consulting, Inc. (the "Applicant" or "FTI"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Docket No. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from August 21, 2023 through September 30, 2023 (the "Application Period"), and respectfully represents as follows:

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

**A. The Chapter 11 Case**

4.      On August 7, 2023 (the "Petition Date"), Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (the "Debtors") commenced the Chapter 11 Case by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage its properties as debtors and debtors-in-possession pursuant to Bankruptcy Code section 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 case.

5.      On August 15, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102(a) [Docket No. 107]. The Committee members are:

   a)      Altera Digital Health, Inc.;

   b)      J&K PMS, Inc.;

   c)      Medifis;

   d)      Steindler Orthopedic Clinic;

   e)      Cardinal Health

6.      On September 1, 2023, the U.S. Trustee filed the Amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 180] appointing two additional Committee members:

   a)      MediRevv, Inc.;

   b)      Owens & Minor

7.      Additional information regarding the Debtor and the Chapter 11 Case, including the Debtor's business operations, capital structure, financial condition, and the reasons for and

objectives of the Chapter 11 Case, is set forth in the *Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 27] (the "Toney Declaration").

### B. The Retention of FTI

8.      On September 14, 2023, the Committee applied to the Court [Docket No. 229] (the "FTI Application") for an order authorizing the Committee to retain and employ FTI as their financial advisor, effective as of August 21, 2023. On October 12, 2023, the Court entered an order authorizing such retention [Docket No. 356].

### C. The Interim Compensation Order

9.      On September 14, 2023, the Court entered the Interim Compensation Order[1], which sets the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Case. Specifically, the Interim Compensation Order provides that a Retained Professional may file and serve a Monthly Fee Application on or after the fifteenth (15th) day of each month following the month for which compensation is sought. Fourteen (14) days after the service of a Monthly Fee Application, the Debtor is authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the Monthly Fee Application that are not subject to an Objection.

### RELIEF REQUESTED

10.      Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, FTI is seeking compensation in the amount of $111,776.00, which is equal to eighty percent (80%) of the $139,720.00 in fees for professional services rendered by FTI during the Application Period. This amount is derived solely from the applicable hourly billing rates of FTI personnel who rendered services to the Committee.

---

[1] Capitalized terms used but not defined shall have the meanings provided in the Interim Compensation Order.

7

11.      There is no agreement or understanding between FTI and any other person, other than members of FTI for sharing of any compensation to be received for services rendered in these chapter 11 cases.

**A. Compensation Requested**

12.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E**, respectively.

13.      FTI provided a wide array of legal services to the Committee. The services rendered by FTI are summarized below, and are more fully described in the detailed time entries attached to this Application as **Exhibit C**.

## VALUATION OF SERVICES

14.      Professionals and paraprofessionals of FTI have expended a total of 199.6 hours in connection with this matter during the Application Period.

15.      The amount of time spent by each of the professionals providing services to the Committee for the Application Period is set forth in **Exhibit A**. As discussed in the Application, the rates reflected therein are FTI's normal hourly rates of compensation for work of this character.

16.      FTI believes that the time entries and expenses included in **Exhibit A** are  in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

## DISCUSSION

17.      Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall

consider the nature, the extent, and the value of such services, taking into
account all relevant factors, including – (A) the time spent on such services;
(B) the rates charged for such services; (C) whether the services were
necessary to the administration of, or beneficial at the time at which the
service was rendered toward the completion of, a case under [the
Bankruptcy Code]; (D) whether the services were performed within a
reasonable amount of time commensurate with the complexity, importance,
and nature of the problem, issue, or task addressed; and (E) whether the
compensation is reasonable, based on the customary compensation charged
by comparably skilled practitioners in cases other than cases under this title

18.     The Eighth Circuit Court of Appeals has stated:

"[Reasonable] [c]ompensation . . . presumably reflects (1) the
novelty and complexity of the issues, (2) the special skill and
experience of counsel, (3) the quality of representation, and (4) the
results obtained."

*P.A. Novelly v. Palans (In re Apex Oil Co.)*, 960 F.2d 728, 731–32 (8th Cir.
1992).

19.     In reviewing this Application, the Court should be guided by the Eighth Circuit's

instruction to ascertain whether such services were rendered and billed in accordance with the

established market for legal services in similar matters:

Section 330 "is meant to encourage high standards of professional
legal practice in the bankruptcy courts. . . . Bankruptcy courts must
consider whether the fee awards are commensurate with fees for
professional services in non-bankruptcy cases, thus providing
sufficient economic incentive to practice in bankruptcy courts."

*Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984); *see also In re Continental*

*Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992) ("[I]t is not the function of judges

in fee litigation to determine the equivalent of the medieval just price. It is so to determine what

the lawyer would receive if he was selling his services in the market rather than being paid by

court order.").

20.     This Application complies with the fee application requirements set forth in *In re*

*Pothoven*, 84 B.R. 579 (Bankr. S.D. Iowa 1988).  The exhibits to this Application list and describe

each activity, the date it was performed, the professionals or professional who performed the work, the time spent on the work, and the individual's hourly rate. *Id.* at 584. Furthermore, time and each task are broken down into tenths of an hour and individually recorded.  *See* **Exhibit A.**

21.     FTI's hourly rate of compensation for professionals and para-professionals during the Application Period range from $565.00 to $1,325.00. These rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction.  FTI consistently and consciously made reasonable efforts to represent the Committee in the most economical, efficiently, and practical manner possible.

22.     In accordance with the factors enumerated in Bankruptcy Code section 330, FTI submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

23.     The fees charged by FTI in this case are billed in accordance with its existing billing rates and procedures set forth in the FTI Application, in effect during the Application Period.

24.     FTI's rates for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates that FTI charges for services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

25.     FTI reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

## <u>NO PRIOR REQUEST</u>

26.     No prior request for the relief sought in the Application has been made to this or any other court.

**WHEREFORE**, FTI respectfully requests that the Court enter an order:  (i) awarding FTI allowance of eighty percent (80%) of the fees for the Application Period in the amount of $111,776.00; (ii) authorizing and directing the Debtors to pay FTI $111,776.00, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

*[Remainder of page intentionally left blank]*

Dated: November 9, 2023

**FTI CONSULTING, INC.**

*/s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone:      (212) 841-9355
Email:           cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee
of Unsecured Creditors*

Respectfully submitted,

*/s/ Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza,
Newark, New Jersey 07102
Telephone:      (973) 643-7000
Facsimile:      (973) 643-6500
Email:           asherman@sillscummis.com
                 bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:      (515) 223-6600
Facsimile:      (515) 223-6787
Email:           rgainer@cutlerfirm.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on November 9, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Stephanie Newton*

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,325 | 34.1 | $45,182.50 |
| William Flaharty | Managing Director | 1,055 | 11.9 | 12,554.50 |
| Narendra Ganti | Managing Director | 985 | 47.3 | 46,590.50 |
| Michael Donegan | Senior Director | 955 | 5.2 | 4,966.00 |
| Jacob Park | Senior Consultant | 565 | 101.1 | 57,121.50 |
| **SUBTOTAL** | | | **199.6** | **$166,415.00** |
| Less: Voluntary Reduction | | | | (26,695.00) |
| **GRAND TOTAL** | | | **199.6** | **$139,720.00** |

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 30.7 | $32,195.50 |
| 2 | Cash & Liquidity Analysis | 55.9 | 42,325.50 |
| 4 | Trade Vendor Issues | 0.5 | 492.50 |
| 6 | Asset Sales | 52.6 | 38,775.00 |
| 9 | Analysis of Employee Compensation Programs | 2.0 | 2,242.00 |
| 11 | Prepare for and Attendance at Court Hearings | 2.8 | 2,758.00 |
| 12 | Analysis of SOFAs & SOALs | 7.9 | 5,261.50 |
| 13 | Analysis of Other Miscellaneous Motions | 2.9 | 3,128.50 |
| 19 | Case Management | 1.1 | 1,083.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 6.3 | 3,895.50 |
| 21 | General Meetings with Committee & Committee Counsel | 9.6 | 8,610.00 |
| 22 | Meetings with Other Parties | 2.9 | 2,742.50 |
| 23 | Firm Retention | 4.5 | 3,046.50 |
| 27 | Insurance Issues | 19.9 | 19,858.50 |
| | **SUBTOTAL** | **199.6** | **$166,415.00** |
| | Less: Voluntary Discount | | (26,695.00) |
| | **GRAND TOTAL** | **199.6** | **$139,720.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/23/2023 | Clifford Zucker | 0.8 | Review and analysis of 6/30/22 audited financial statement. |
| 1 | 8/23/2023 | Clifford Zucker | 0.7 | Review and analysis of 6/30/21 audited financial statement. |
| 1 | 8/23/2023 | Clifford Zucker | 0.9 | Review and analysis of foundation form 991. |
| 1 | 8/23/2023 | Narendra Ganti | 1.0 | Review Mercy Foundation 2022 990 tax return, bylaws, and march 2023 balance sheet. |
| 1 | 8/23/2023 | Jacob Park | 0.2 | Download and send all documents related to the foundation to Counsel and FTI. |
| 1 | 8/24/2023 | Clifford Zucker | 0.8 | Call with Counsel and chair on case issues. |
| 1 | 8/24/2023 | Clifford Zucker | 0.5 | Review and analysis of budget/actual results. |
| 1 | 8/24/2023 | Clifford Zucker | 0.2 | Call with Counsel on foundation assets. |
| 1 | 8/29/2023 | Narendra Ganti | 0.7 | Review historical financial performance. |
| 1 | 8/30/2023 | Clifford Zucker | 0.3 | Review and analysis of weekly budget/actual results. |
| 1 | 8/30/2023 | Jacob Park | 0.7 | Pull down documents from data room and EMMA to assess financial condition of system. |
| 1 | 8/30/2023 | Jacob Park | 0.3 | Call with FTI team to discuss analysis over financial condition of Debtors. |
| 1 | 8/30/2023 | Jacob Park | 3.8 | Create analysis over financial condition of Debtors. |
| 1 | 8/31/2023 | Clifford Zucker | 0.7 | Call with bondholder advisor on status of diligence efforts. |
| 1 | 9/1/2023 | Clifford Zucker | 0.6 | Call with Debtor case issues and operations. |
| 1 | 9/6/2023 | Clifford Zucker | 0.6 | Review and analysis of financial report to UCC. |
| 1 | 9/8/2023 | Clifford Zucker | 0.6 | Call with Debtors on operations and budgets. |
| 1 | 9/8/2023 | Clifford Zucker | 0.5 | Call with bond holders advisors on operations and sale process. |
| 1 | 9/13/2023 | Clifford Zucker | 0.4 | Review and analysis of weekly budget to actual results. |
| 1 | 9/14/2023 | Clifford Zucker | 0.6 | Call with Debtor on operations, foundation. |
| 1 | 9/14/2023 | Clifford Zucker | 0.4 | Review and analysis of draft foundation settlement term sheet. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/14/2023 | Clifford Zucker | 0.6 | Review and analysis of 7/23 balance sheet for foundation. |
| 1 | 9/14/2023 | Clifford Zucker | 0.3 | Call with Counsel on hearings and foundation discussions. |
| 1 | 9/14/2023 | Narendra Ganti | 0.5 | Review July financials. |
| 1 | 9/15/2023 | Clifford Zucker | 0.6 | Review and analysis of 4th Q 23 foundation financial package. |
| 1 | 9/15/2023 | Clifford Zucker | 0.3 | Review and analysis of red line term sheet. |
| 1 | 9/15/2023 | Narendra Ganti | 0.5 | Review financials for Mercy Foundation. |
| 1 | 9/19/2023 | Narendra Ganti | 0.9 | Review updated financials for joint ventures. |
| 1 | 9/20/2023 | Clifford Zucker | 0.4 | Review and analysis of weekly budget/actual results. |
| 1 | 9/21/2023 | Clifford Zucker | 0.5 | Review and analysis of foundation pleadings on funding. |
| 1 | 9/22/2023 | Clifford Zucker | 0.4 | Review and analysis of UCC response letter on Debtor on Foundation actions. |
| 1 | 9/22/2023 | Clifford Zucker | 0.5 | Review and analysis of Foundation demand and correspondence. |
| 1 | 9/25/2023 | Narendra Ganti | 0.5 | Review August 2023 MOR. |
| 1 | 9/25/2023 | Jacob Park | 2.6 | Analyze recently filed MOR for August. |
| 1 | 9/26/2023 | Clifford Zucker | 0.8 | Review and analysis of monthly operating report. |
| 1 | 9/26/2023 | Clifford Zucker | 0.4 | Review and analysis of foundation correspondence. |
| 1 | 9/27/2023 | Clifford Zucker | 0.6 | Review comments to Foundation term sheet. |
| 1 | 9/27/2023 | Clifford Zucker | 0.4 | Review and analysis of budget/actual variance analysis. |
| 1 | 9/27/2023 | Clifford Zucker | 0.5 | Review comments to Foundation deck for UCC discussion. |
| 1 | 9/27/2023 | Narendra Ganti | 0.6 | Review analysis and update on Foundation. |
| 1 | 9/28/2023 | Clifford Zucker | 0.4 | Review comments to red line Foundation settlement term sheet. |
| 1 | 9/28/2023 | Clifford Zucker | 0.3 | Call with Debtor operations update. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/28/2023 | Clifford Zucker | 0.5 | Call with H2C on bidder status and auction. |
| 1 | 9/28/2023 | Clifford Zucker | 0.4 | Call with team on foundation assets and diligence. |
| 1 | 9/28/2023 | Narendra Ganti | 0.5 | Review final version of foundation summary. |
| 1 | 9/28/2023 | Narendra Ganti | 0.3 | Call with Trusted health to discuss staffing issues. |
| 1 | 9/28/2023 | Jacob Park | 1.1 | Review supporting schedules and documents for MOR filed. |
| 2 | 8/21/2023 | Narendra Ganti | 0.3 | Call with Committee Counsel to discuss liquidity. |
| 2 | 8/23/2023 | Clifford Zucker | 0.4 | Call with Counsel on foundation, budget. |
| 2 | 8/23/2023 | Clifford Zucker | 1.0 | Call with Debtor on budget review, case issues. |
| 2 | 8/23/2023 | Narendra Ganti | 1.0 | Call with ToneyKorf to discuss cash flow and other issues for Mercy Hospital. |
| 2 | 8/24/2023 | Clifford Zucker | 0.7 | Review and analysis of budget and support. |
| 2 | 8/24/2023 | Clifford Zucker | 0.9 | Review and analysis of cash flow sensitivity analysis. |
| 2 | 8/24/2023 | Narendra Ganti | 0.3 | Call with Committee Counsel to discuss liquidity. |
| 2 | 8/24/2023 | Narendra Ganti | 0.9 | Review cash flow budget. |
| 2 | 8/25/2023 | Clifford Zucker | 0.2 | Call with Counsel on budget review, timeline. |
| 2 | 8/25/2023 | Jacob Park | 1.3 | Review Debtors cash flow forecast. |
| 2 | 8/25/2023 | Jacob Park | 0.5 | Call with FTI team on cash flow forecast. |
| 2 | 8/25/2023 | Jacob Park | 2.1 | Create diligence list for cash flow forecast. |
| 2 | 8/26/2023 | Jacob Park | 0.4 | Update diligence list for cash flow forecast. |
| 2 | 8/27/2023 | Jacob Park | 3.2 | Review cash flow forecast model and support from Debtor to update diligence list. |
| 2 | 8/28/2023 | Clifford Zucker | 0.8 | Review and analysis of budget sensitivity. |
| 2 | 8/28/2023 | Clifford Zucker | 0.4 | Review comments to open items on cash flow forecast. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 8/28/2023 | Jacob Park | 0.4 | Call with FTI team on diligence list. |
| 2 | 8/28/2023 | Jacob Park | 0.4 | Update cash flow forecast diligence questions. |
| 2 | 8/30/2023 | Narendra Ganti | 0.5 | Call with Arent Fox to discuss budget. |
| 2 | 8/31/2023 | Narendra Ganti | 1.0 | Call with ToneyKorf Partners to discuss liquidity. |
| 2 | 8/31/2023 | Narendra Ganti | 0.4 | Prepare preliminary analysis on sources and uses of cash in a potential reorg scenario. |
| 2 | 8/31/2023 | Narendra Ganti | 1.0 | Call with BRG and Kaufman Hall to discuss Mercy liquidity. |
| 2 | 8/31/2023 | Narendra Ganti | 0.5 | Review analysis of cash burn. |
| 2 | 8/31/2023 | Jacob Park | 0.5 | Call with H2C to discuss updates to the sales and marketing process. |
| 2 | 8/31/2023 | Jacob Park | 0.7 | Prepare cash flow summary in update deck to UCC. |
| 2 | 8/31/2023 | Jacob Park | 0.6 | Prepare template and model for sources and uses analysis. |
| 2 | 8/31/2023 | Jacob Park | 1.2 | Call with ToneyKorf Partners to discuss diligence questions for 13-week cash flow. |
| 2 | 8/31/2023 | Jacob Park | 0.4 | Call with the FTI team on sources and uses analysis. |
| 2 | 8/31/2023 | Jacob Park | 0.8 | Create PowerPoint slide on Debtors' average weekly cash flow until sale. |
| 2 | 9/1/2023 | Narendra Ganti | 0.8 | Call with ToneyKorf to discuss liquidity, operations, and sale process. |
| 2 | 9/5/2023 | Clifford Zucker | 0.4 | Review comments to cash collateral objection draft. |
| 2 | 9/5/2023 | Narendra Ganti | 0.6 | Review objection to cash collateral. |
| 2 | 9/5/2023 | Jacob Park | 2.7 | Create analysis over cash flow forecast. |
| 2 | 9/5/2023 | Jacob Park | 2.2 | Create analysis over cash flow budget to actual for three weeks. |
| 2 | 9/5/2023 | Jacob Park | 0.4 | Update sources and uses with claims and footnotes. |
| 2 | 9/6/2023 | Narendra Ganti | 0.5 | Review and revise update to Committee on liquidity and sale process. |
| 2 | 9/7/2023 | Narendra Ganti | 0.5 | Review budget to actual for cash flow. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 9/7/2023 | Narendra Ganti | 0.5 | Review reconciliation of cash collateral order and details of budget. |
| 2 | 9/7/2023 | Jacob Park | 1.1 | Analyze financial statements for equity method accounting and JV distributions. |
| 2 | 9/7/2023 | Jacob Park | 0.4 | Call with FTI team on distributions for JV interests. |
| 2 | 9/8/2023 | Narendra Ganti | 0.5 | Call with BRG to discuss Mercy budget. |
| 2 | 9/8/2023 | Narendra Ganti | 0.5 | Call with ToneyKorf to discuss budget. |
| 2 | 9/8/2023 | Jacob Park | 0.3 | Review budget to actual for week ended 9.1.23. |
| 2 | 9/11/2023 | Jacob Park | 2.1 | Update deck for UCC meeting on budget vs. actual. |
| 2 | 9/13/2023 | Jacob Park | 1.3 | Update deck to reflect latest budget received. |
| 2 | 9/13/2023 | Jacob Park | 0.3 | Review and analyze latest budget from Debtors. |
| 2 | 9/14/2023 | Narendra Ganti | 0.5 | Review Mercy budget to actuals. |
| 2 | 9/15/2023 | Narendra Ganti | 0.5 | Call with ToneyKorf on liquidity. |
| 2 | 9/18/2023 | Clifford Zucker | 0.5 | Call with bondholders advisor on cash needs, foundation. |
| 2 | 9/18/2023 | Clifford Zucker | 0.6 | Review and analysis of revised cash flow budget. |
| 2 | 9/18/2023 | Narendra Ganti | 0.3 | Call with BRG to discuss liquidity and Foundation. |
| 2 | 9/18/2023 | Narendra Ganti | 0.5 | Review updated cash collateral budget. |
| 2 | 9/19/2023 | Narendra Ganti | 0.5 | Call with FTI team to discuss cash flow budget. |
| 2 | 9/19/2023 | Jacob Park | 2.2 | Analyze extended cash flow from Debtors. |
| 2 | 9/19/2023 | Jacob Park | 0.5 | Call with FTI team discussing extended cash flow from Debtors. |
| 2 | 9/20/2023 | Narendra Ganti | 0.6 | Review budget to actual. |
| 2 | 9/20/2023 | Jacob Park | 2.2 | Prepare slides on Mercy Hospital Foundation financial statements received. |
| 2 | 9/21/2023 | Narendra Ganti | 0.5 | Call with ToneyKorf to discuss liquidity and budget. |
| 2 | 9/22/2023 | Narendra Ganti | 0.5 | Review draft  and final response related to Mercy Foundation. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 9/22/2023 | Jacob Park | 3.6 | Update deck for extended cash flow and budget to actuals. |
| 2 | 9/26/2023 | Jacob Park | 0.3 | Call with FTI team regarding Mercy Foundation financials. |
| 2 | 9/26/2023 | Jacob Park | 0.4 | Research questions regarding financial status for Mercy Foundation. |
| 2 | 9/27/2023 | Narendra Ganti | 0.3 | Call with ToneyKorf, CRO, to discuss Foundation liquidity. |
| 2 | 9/27/2023 | Jacob Park | 1.8 | Update slides on Mercy Foundation based on comments. |
| 2 | 9/28/2023 | Narendra Ganti | 0.5 | Call to discuss review of foundation audit. |
| 2 | 9/28/2023 | Narendra Ganti | 0.4 | Call with ToneyKorf to discuss liquidity. |
| 2 | 9/28/2023 | Jacob Park | 0.5 | Call with FTI team regarding foundation assets. |
| 2 | 9/28/2023 | Jacob Park | 0.3 | Address internal comments on deck for Mercy Foundation summary. |
| 4 | 8/31/2023 | Narendra Ganti | 0.5 | Call with BRG to discuss vendor payments. |
| 6 | 8/22/2023 | Clifford Zucker | 0.6 | Review and analysis of confidential information memorandum. |
| 6 | 8/22/2023 | Clifford Zucker | 0.5 | Review and analysis of sale party contract listing. |
| 6 | 8/22/2023 | Clifford Zucker | 0.6 | Review and analysis of sale motion and bid procedures. |
| 6 | 8/22/2023 | Clifford Zucker | 0.8 | Call with H2C on sale process status. |
| 6 | 8/22/2023 | Clifford Zucker | 0.7 | Review and analysis of letter of intent and term sheets. |
| 6 | 8/22/2023 | Narendra Ganti | 0.3 | Call with B. Mankotoviskey, Sills Cummis, to discuss sale process for Mercy Hospital. |
| 6 | 8/22/2023 | Narendra Ganti | 0.5 | Call with FTI team to discuss analysis of bid protections in bankruptcy for Mercy Hospital. |
| 6 | 8/22/2023 | Narendra Ganti | 0.3 | Review Spring 2023 outreach list for potential acquirers for Mercy. |
| 6 | 8/22/2023 | Narendra Ganti | 0.8 | Review Confidential Information Memorandum for Mercy Hospital. |
| 6 | 8/22/2023 | Narendra Ganti | 0.8 | Call with H2C to discuss sale process on Mercy Hospital. |
| 6 | 8/22/2023 | Jacob Park | 0.4 | Create template for break-up fee and expense reimbursement fee study. |
| 6 | 8/22/2023 | Jacob Park | 1.8 | Pull and narrow down comparable for break-up fee and expense reimbursement fee study. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 8/22/2023 | Jacob Park | 1.3 | Review H2C data room and pull relevant documents into internal database. |
| 6 | 8/22/2023 | Jacob Park | 0.6 | Read through sales procedure and summarize key dates and findings. |
| 6 | 8/23/2023 | Narendra Ganti | 0.5 | Call with FTI team to discuss bid protection analysis. |
| 6 | 8/23/2023 | Jacob Park | 3.4 | Research each comparable Debtors for stalking horse bid protections. |
| 6 | 8/23/2023 | Jacob Park | 0.8 | Research comparables for break-up fee study. |
| 6 | 8/24/2023 | Clifford Zucker | 0.8 | Call with Debtor on bid procedures. |
| 6 | 8/24/2023 | Narendra Ganti | 0.5 | Review August 2023 buyer list and supplement names. |
| 6 | 8/24/2023 | Narendra Ganti | 0.9 | Review bid protections comps and analysis and compare to bid protections for Debtors. |
| 6 | 8/24/2023 | Jacob Park | 1.6 | Add comparable break-up fee for Iowa bankruptcy. |
| 6 | 8/24/2023 | Jacob Park | 3.7 | Create tie out support for all comparables including break-up fees and expense reimbursement. |
| 6 | 8/30/2023 | Clifford Zucker | 0.5 | Review and analysis of bid procedures blackline. |
| 6 | 8/31/2023 | Clifford Zucker | 0.7 | Call with H2C on sale process update. |
| 6 | 8/31/2023 | Narendra Ganti | 0.6 | Call with H2C to discuss sale process. |
| 6 | 9/5/2023 | Narendra Ganti | 0.6 | Review UI proposal and summary of parties contacted. |
| 6 | 9/5/2023 | Jacob Park | 1.2 | Create overview slide on sales process including status of parties. |
| 6 | 9/5/2023 | Jacob Park | 0.3 | Create slide for parties contacted for sale. |
| 6 | 9/6/2023 | Narendra Ganti | 0.2 | Call with A. Sherman, Sills Cummis, to discuss sale process. |
| 6 | 9/6/2023 | Narendra Ganti | 0.5 | Call with FTI team to discuss break up fees and expense reimbursement study. |
| 6 | 9/6/2023 | Jacob Park | 0.5 | Call with FTI team to review break-up fee and expense reimbursement study. |
| 6 | 9/6/2023 | Jacob Park | 1.7 | Perform quality check over bid protection study by tying out numbers to motion and order. |
| 6 | 9/7/2023 | Clifford Zucker | 0.5 | Review comments to break up fee and expense reimbursement analysis. |
| 6 | 9/7/2023 | Narendra Ganti | 0.6 | Review final version of break up fee and expense reimbursement analysis. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 9/7/2023 | Jacob Park | 0.4 | Prepare deck for expense reimbursement and break-up fee study. |
| 6 | 9/8/2023 | Clifford Zucker | 0.4 | Call with H2C on sale process status. |
| 6 | 9/8/2023 | Narendra Ganti | 0.6 | Call with H2C to discuss sale process. |
| 6 | 9/8/2023 | Jacob Park | 1.0 | Call with H2C and ToneyKorf on update of sales process and case. |
| 6 | 9/8/2023 | Jacob Park | 0.6 | Summarize and send meeting notes for H2C update call to N. Ganti (FTI). |
| 6 | 9/11/2023 | Jacob Park | 1.1 | Update deck for UCC meeting on sales process. |
| 6 | 9/14/2023 | Clifford Zucker | 0.4 | Call with H2C on sale process update. |
| 6 | 9/14/2023 | Narendra Ganti | 0.6 | Call with H2C to discuss sale process. |
| 6 | 9/14/2023 | Jacob Park | 0.7 | Update deck for sales process updates from meeting. |
| 6 | 9/14/2023 | Jacob Park | 0.3 | Summarize meeting notes and distribute to Counsel and internal team. |
| 6 | 9/15/2023 | Jacob Park | 0.7 | Update deck to include summary of JV interests. |
| 6 | 9/18/2023 | Jacob Park | 0.7 | Update deck for joint venture summary. |
| 6 | 9/21/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process. |
| 6 | 9/21/2023 | Jacob Park | 0.3 | Summarize meeting notes for sales process update and distribute. |
| 6 | 9/22/2023 | Jacob Park | 0.4 | Update deck for sales process update from meeting. |
| 6 | 9/28/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process. |
| 6 | 9/29/2023 | Narendra Ganti | 0.5 | Review summary of joint ventures. |
| 6 | 9/29/2023 | Jacob Park | 3.7 | Research transferability, distributions, bankruptcy triggering events for each joint venture from operating agreement. |
| 6 | 9/29/2023 | Jacob Park | 0.4 | Call with FTI team regarding joint venture interest. |
| 6 | 9/29/2023 | Jacob Park | 3.8 | Research and create slides for joint venture summary. |
| 6 | 9/29/2023 | Jacob Park | 1.3 | Research Board of Directors allowance and rights for each member on each joint venture. |
| 6 | 9/30/2023 | Jacob Park | 3.6 | Create summarized financial statements for each joint venture interest. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 9/25/2023 | Narendra Ganti | 0.5 | Call with pension expert to discuss pension issues. |
| 9 | 9/25/2023 | Narendra Ganti | 0.7 | Review pension documents. |
| 9 | 9/26/2023 | Clifford Zucker | 0.8 | Review and analysis of pension plan and amendments. |
| 11 | 8/25/2023 | Narendra Ganti | 0.6 | Attend court hearing on examiner motion. |
| 11 | 9/13/2023 | Narendra Ganti | 1.7 | Prepare for and attend court hearing. |
| 11 | 9/15/2023 | Narendra Ganti | 0.5 | Attend court hearing on cash collateral. |
| 12 | 8/22/2023 | Narendra Ganti | 0.6 | Perform high level review of SOFA and SOAL filed for Mercy Hospital. |
| 12 | 8/28/2023 | Narendra Ganti | 0.5 | Call with FTI team to discuss statements and schedules and analysis. |
| 12 | 8/28/2023 | Jacob Park | 0.8 | Create SOFA/SOAL summary slide for presentation deck. |
| 12 | 8/28/2023 | Jacob Park | 0.2 | Call with FTI team on SOFA/SOAL analysis. |
| 12 | 8/29/2023 | Jacob Park | 3.8 | Create analysis over SOFA and SOAL of Debtors. |
| 12 | 8/30/2023 | Narendra Ganti | 0.8 | Review summary of SOFA and SOALs. |
| 12 | 8/30/2023 | Jacob Park | 1.2 | Update SOFA and SOAL analysis deck to split out hospital and services. |
| 13 | 8/21/2023 | Clifford Zucker | 0.8 | Review and analysis of first day declaration. |
| 13 | 8/25/2023 | Narendra Ganti | 0.7 | Review examiner motion. |
| 13 | 9/11/2023 | Narendra Ganti | 0.5 | Review correspondence regarding  objections to retention of professionals. |
| 13 | 9/13/2023 | Narendra Ganti | 0.3 | Review PCO report. |
| 13 | 9/14/2023 | Narendra Ganti | 0.3 | Review settlement with Mercy Foundation. |
| 13 | 9/15/2023 | Narendra Ganti | 0.3 | Review updated term sheet with Mercy Foundation. |
| 19 | 8/22/2023 | Narendra Ganti | 0.6 | Review data room for document structure and files included  for Mercy Hospital. |
| 19 | 9/13/2023 | Narendra Ganti | 0.5 | Review objection to retention of Debtors professionals. |
| 20 | 8/22/2023 | Jacob Park | 0.8 | Call with H2C regarding history and background of sale process. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 8/23/2023 | Jacob Park | 1.0 | Call with CRO regarding background of case and status of Debtors. |
| 20 | 8/24/2023 | Narendra Ganti | 0.8 | Call with Debtors CRO, Banker, and Counsel to discuss sale process. |
| 20 | 8/24/2023 | Jacob Park | 0.8 | Meeting with all advisors regarding bid procedures. |
| 20 | 9/14/2023 | Jacob Park | 0.6 | Call with H2C and ToneyKorf regarding sales process update. |
| 20 | 9/15/2023 | Jacob Park | 0.5 | Call with ToneyKorf on latest budget extension and budget to actuals. |
| 20 | 9/21/2023 | Jacob Park | 1.0 | Call with H2C and ToneyKorf regarding sales process update and cash flow update. |
| 20 | 9/28/2023 | Jacob Park | 0.6 | Call with H2C regarding sales process update and cash flow budget update. |
| 20 | 9/28/2023 | Jacob Park | 0.2 | Summarize sales meeting notes and distribute internally. |
| 21 | 8/21/2023 | Clifford Zucker | 0.3 | Call with Counsel on case issues and work plan. |
| 21 | 8/23/2023 | Jacob Park | 0.5 | Call with UCC Counsel to discuss foundation. |
| 21 | 8/24/2023 | Narendra Ganti | 0.5 | Call with P. Mallaganes, Committee Chair, to discuss case issues. |
| 21 | 8/25/2023 | Clifford Zucker | 0.3 | Review and analysis of Counsel/UCC correspondence. |
| 21 | 8/28/2023 | Clifford Zucker | 0.5 | Committee call on financial and legal update. |
| 21 | 8/28/2023 | Narendra Ganti | 0.5 | Call with Committee to discuss sale process, examiner motion, and liquidity. |
| 21 | 9/5/2023 | Narendra Ganti | 0.8 | Review update to Committee. |
| 21 | 9/5/2023 | Jacob Park | 1.2 | Address comments from the FTI team on UCC update deck. |
| 21 | 9/5/2023 | Jacob Park | 0.7 | Call with FTI team to discuss UCC update deck and next steps. |
| 21 | 9/6/2023 | Clifford Zucker | 0.9 | Committee call on financial and legal update. |
| 21 | 9/6/2023 | Narendra Ganti | 0.9 | Call with Committee to discuss sale process, liquidity, and cash collateral. |
| 21 | 9/6/2023 | Jacob Park | 1.0 | Call with UCC Committee and Counsel regarding update on case including sales process and potential issues. |
| 21 | 9/6/2023 | Jacob Park | 0.8 | Address comments from the FTI team on UCC update deck. |
| 21 | 9/20/2023 | Clifford Zucker | 0.3 | Review and analysis of Counsel/UCC correspondence. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 9/28/2023 | Clifford Zucker | 0.4 | Review and analysis of Counsel and UCC correspondence. |
| 22 | 8/25/2023 | Clifford Zucker | 0.9 | Call with bondholder Counsel on case issues and status. |
| 22 | 8/25/2023 | Narendra Ganti | 1.0 | Call with Mintz, Sills Cummis, and Preston Hollow to discuss background of case, budget, and sale process. |
| 22 | 8/31/2023 | Jacob Park | 1.0 | Call with BRG and Kaufman Hall to discuss status of hospital. |
| 23 | 9/7/2023 | Jacob Park | 0.2 | Call with FTI team to discuss retention application. |
| 23 | 9/8/2023 | Jacob Park | 3.1 | Prepare retention application for FTI. |
| 23 | 9/8/2023 | Narendra Ganti | 0.7 | Review retention documents for FTI. |
| 23 | 9/11/2023 | Narendra Ganti | 0.5 | Review final version of retention documents. |
| 27 | 9/11/2023 | Narendra Ganti | 0.7 | Review insurance policies. |
| 27 | 9/11/2023 | William Flaharty | 1.0 | Review of outstanding insurance coverages.   D&O policy review and renewal. |
| 27 | 9/11/2023 | Michael Donegan | 1.4 | Review of Mercy Hospital Insurance Policies. |
| 27 | 9/12/2023 | William Flaharty | 1.0 | Further review of D&O policies. and workers' compensation collateral issues. |
| 27 | 9/13/2023 | Michael Donegan | 1.2 | Review of Mercy Hospital Insurance Policies, conference call with FTI Insurance team. |
| 27 | 9/14/2023 | William Flaharty | 2.0 | Policy search and analysis regarding D&O change in control provisions. Draft insurance memorandums for Debtor |
| 27 | 9/15/2023 | William Flaharty | 1.2 | Develop insurance questions for broker. |
| 27 | 9/18/2023 | William Flaharty | 1.2 | Finalize insurance questions for call with management team and broker. |
| 27 | 9/19/2023 | Michael Donegan | 1.2 | Review of insurance materials, conference with team. |
| 27 | 9/20/2023 | William Flaharty | 0.7 | Prepare call questions for management and brokers. |
| 27 | 9/21/2023 | Narendra Ganti | 0.5 | Call with Alliant and ToneyKorf to discuss insurance policies and reviews. |
| 27 | 9/21/2023 | William Flaharty | 2.0 | Prep, Call with client and follow up regarding outstanding insurance issues. |
| 27 | 9/21/2023 | Michael Donegan | 1.4 | Review of insurance policies, conference call with client. |
| 27 | 9/21/2023 | Jacob Park | 1.0 | Call with FTI insurance team and Alliant regarding Debtors' insurance policy and renewals. |

**EXHIBIT C**

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD AUGUST 21, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 9/27/2023 | William Flaharty | 1.6 | Review of coverage issues.  Call with M. Donegan on Workers' Comp issues. |
| 27 | 9/29/2023 | Narendra Ganti | 0.6 | Call with FTI team to discuss pension issues. |
| 27 | 9/29/2023 | William Flaharty | 1.2 | Call with FTI team regarding Church Pension issues. |