# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objections Due: November 27, 2023 at 4:00 p.m.**<br>**Hearing Date:** *Only if objections are filed* |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 21, 2023 THROUGH SEPTEMBER 30, 2023**

**PLEASE TAKE NOTICE** that on the 9th day of November 2023, FTI Consulting, Inc. (the "Applicant" or "FTI") filed its *First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 21, 2023 through September 30, 2023* (the "Application") with the United States Bankruptcy Court for the Northern District of Iowa (the "Court").

**PLEASE TAKE NOTICE** that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] and must be filed with the Court and served so as to be received by the following parties no later than **November 27, 2023 at 4:00 p.m.**:

1. Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, Iowa 52245, Attn: Mark E. Toney (noticing@mercyic.org);

2. Counsel to the Debtors: (A) McDermott Will & Emery LLP, 444 W. Lake Street, Suite 4000, Chicago, Illinois 60606, Attn: Felicia Gerber Perlman, (fperlman@mwe.com), Daniel M. Simon (dsimon@mwe.com), and Emily C. Keil (ekeil@mwe.com) and 2501 North Harwood Street, Suite 1900, Dallas, TX 75201, Jack G. Haake (jhaake@mwe.com), and (B) Nyemaster Goode, P.C., 625 First Street SE, Suite 400, Cedar Rapids, IA 52401-2030, Attn: Roy R. Leaf (rleaf@nyemaster.com);

3. Counsel to the Committee: (A) Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266, Attn: Robert C. Gainer (rgainer@cutlerfirm.com), and (B) Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew H. Sherman (asherman@sillscummis.com) and Boris Mankovetskiy (bmankovetskiy@sillscummis.com);

4. Office of the United States Trustee for the Northern District of Iowa, 111 Seventh Avenue SE, Suite 2800, Cedar Rapids, IA, 52401, Attn: Janet G.L. Reasoner (Janet.G.Reasoner@usdoj.gov); and

5. Counsel to the Bondholder Representatives: (A) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: William Kannel (wkannel@mintz.com), Nathan F. Coco (nfcoco@mintz.com), and Megan Preusker (mpreusker@mintz.com), and (B) Whitfield & Eddy, P.C., 699 Walnut Street, Suite 2000, Des Moines, IA 5030, Attn: Peter J. Chalik (chalik@whitfieldlaw.com).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "Hearing") on the Application will be held at a time and date to be determined before the Honorable Thad J. Collins, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th Ave. SE, Cedar Rapids, IA 52401. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

*[Remainder of page intentionally left blank]*

Dated: November 9, 2023

**FTI CONSULTING, INC.**

*/s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone:     (212) 841-9355
Email:     cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

Respectfully submitted,

*/s/ Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza,
Newark, New Jersey 07102
Telephone:     (973) 643-7000
Facsimile:     (973) 643-6500
Email:     asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:     (515) 223-6600
Facsimile:     (515) 223-6787
Email:     rgainer@cutlerfirm.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

## Certificate of Service

      The undersigned certifies, under penalty of perjury, that on November 9, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Stephanie Newton*