**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

COMES NOW, the undersigned, and certifies that on November 9, 2023 the documents listed in Exhibit A were filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case, including the United States Trustee; and were served via electronic mail to the noticing parties required under the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professions, as well as Counsel for the Pensioners Committee, as follows:

i. Debtors: noticing@mercyic.org

ii. Debtors' Counsel: Felicia Gerber Perlman, (fperlman@mwe.com), Daniel M. Simon (dsimon@mwe.com), Emily C. Keil (ekeil@mwe.com), Jack G. Haake (jhaake@mwe.com), and Roy R. Leaf (rleaf@nyemaster.com)

iii. U.S. Trustee: Janet G.L. Reasoner (Janet.G.Reasoner@usdoj.gov)

iv. Bond Trustee's Counsel: William Kannel (wkannel@mintz.com), Nathan F. Coco (nfcoco@mintz.com), Megan Preusker (mpreusker@mintz.com), and Peter J. Chalik (chalik@whitfieldlaw.com)

v. Pensioner's Counsel: Paula Roby (paula@drpjlaw.com)

-2-

Respectfully Submitted,

*/s/ Robert C. Gainer*
Robert C. Gainer          IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:     515-223-6600
Facsimile:      515-223-6787
E-mail:  rgainer@cutlerfirm.com
CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding, including the United States Trustee.

*/s/ Stephanie Newton*

**Exhibit A – Documents Served**

- First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditor for the Time Period from August 18, 2023 through August 31, 2023. Docket No. 486.

- Notice of Bar Date regarding First Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditor for the Time Period from August 18, 2023 through August 31, 2023. Docket No. 487.

- Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditor for the Time Period from September 1, 2023 through September 20, 2023. Docket No. 488.

- Notice of Bar Date regarding Second Monthly Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditor for the Time Period from September 1, 2023 through September 20, 2023. Docket No. 489.

- First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 21, 2023 through September 30, 2023. Docket No.490.

- Notice of Bar Date regarding First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 21, 2023 through September 30, 2023. Docket No.491.

- First Interim Application of Cutler Law Firm, P.C. for Allowance of Compensation of Attorneys Fees and Cost for Associate Counsel to the Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, for the Period August 22, 2023 through and including October 31, 2023. Docket No. 492.

- Notice of Bar Date regarding First Interim Application of Cutler Law Firm, P.C. for Allowance of Compensation of Attorneys Fees and Cost for Associate Counsel to the Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, for the Period August 22, 2023 through and including October 31, 2023. Docket No. 493.