United States Bankruptcy Court

Northern District of Iowa

In re:      Case No. 23-00623-TJC

Mercy Hospital, Iowa City, Iowa      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Nov 07, 2023 | Form ID: canclhrg | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, IA 52245-2689 |
| aty | + | Beth M. Brownstein, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Brian G. Remondino, 300 Atlantic Street, 3rd Floor, Stamford, CT 06901-3522 |
| aty | + | Brian J. Fagan, Simmons Perrine Moyer Bergman PLC, 115 Third Street SE, Suite 1200, Cedar Rapids, IA 52401-1222 |
| aty | + | Emily C. Keil, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Latonia C. Williams, One Constitution Plaza, Hartford, CT 06103-1803 |
| aty | + | Leanne McKnight Prendergast, 12620 Beach Blvd., Suite 3, #126, Jacksonville, FL 32246-7130 |
| aty | + | Matthew F. Prewitt, ArentFox Schiff LLP, 233 South Wacker Drive, Suite 7100, Chicago, IL 60606-6446 |
| aty | + | Nathan M. Bull, McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-4336 |
| aty | + | Nicholas A. Marten, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| cr | + | Allied Resources Medical Staffing, c/o Eric R. Perkins, Esq., Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500 Livingston, NJ 07039-1022 |
| intp | | Carol Ebinger, et al., 30 Chandler Pl, Iowa City, IA 52245 |
| cr | + | Communications Engineering Company, 405 Boyson Road, Hiawatha, IA 52233, UNITED STATES 52233-1211 |
| cr | + | Dawna Miller, 235 Federal St, Athens, GA 30607-7132 |
| cr | + | Hayes Locums, LLC, 5900 North Andrews Avenue, Suite 900, Fort Lauderdale, FL 33309-2397 |
| cr | + | Health Carousel Travel Network, LLC (HCTN), 455 Delta Avenue Suite 108, Cincinnati, OH 45226-1170 |
| cr | + | Judy Andronowitz, 2524 N Broken Circle Rd, Flagstaff, AZ 86004-7596 |
| cr | + | Kronos Incorporated aka UKG Inc., 420 South Orange Avenue, Suite 1200, Orlando, FL 32801-4904 |
| cr | + | LiquidAgents Healthcare, LLC, 5810 Tennyson Pkwy, Suite 300, Plano, TX 75024-3521 |
| cr | + | MediRevv, LLC (formerly known as MediRevv, Inc.), ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, MY 10019-6040 |
| cr | + | Medico-Mart, Inc., 2323 Corporate Dr., Waukesha, WI 53189-5000 |
| intp | | Mercy Pensioners Ad Hoc Committee, 30 Chandler Pl, Iowa City, IA 52245 |
| cr | + | Mike Garrels, 2150 N Marion Ave, Washington, IA 52353-9204 |
| cr | + | Nancy Russo, 103 E College Street, Suite 314, Iowa City, IA 52240-4008 |
| cr | + | Patterson Dental Supply, Inc., 1031 Mendota Heights Road, St. Pau, MN 55120-1401 |
| cr | + | Progressive Rehabilitation Associates, L.L.C., 1130 Scott Bvld, Ste. 1, Iowa City, IA 52240-2909 |
| cr | + | Revology, Inc., 201 East Washington Street, Unit 1302, Iowa City, IA 52240-3998 |
| cr | + | StaffDNA, LLC, 6860 Dallas Pkwy #400, Plano, TX 75024-4272 |
| intp | + | State University of Iowa, Iowa Attorney General's Office, 1305 E. Walnut St, Des Moines, IA 50319, UNITED STATES 50319-0109 |
| cr | + | Steven D. Schwartz, c/o Athony Bribriesco, 2407 18th St. #200, Bettendorf, IA 52722-3279 |
| cr | + | Travel Nurse Across America, 5020 Northshore Drive, Suite 2, North Little Rock, AR 72118-5330 |
| cr | + | UnitedHealth Group, 9900 Bred Rd. E. MN008-T502, Minnetonka, MN 55343-4402 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: scarroll@loeb.com | Nov 07 2023 21:13:00 | Schuyler G. Carroll, LOEB & LOEB LLP, 345 Park Avenue, New York, NY 10154-1895 |
| cr | | Email/Text: EFBankruptcyNotices@huntington.com | Nov 07 2023 21:13:00 | Huntington National Bank, 11100 Wayzata Blvd, |

District/off: 0862-1                          User: admin                          Page 2 of 5
Date Rcvd: Nov 07, 2023                       Form ID: canclhrg                     Total Noticed: 36

                                                                Suite 700, Minnetonka, MN 55305-5523

cr                + Email/Text: rasketl@wellmark.com
                                        Nov 07 2023 21:13:00    Wellmark Blue Cross Blue Shield, Attn: M.
                                                                Michelle Lickteig, Esq., 1331 Grand Avenue,
                                                                Station 5W580, Des Moines, IA 50309-2901

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | J. Nicholas Russo, 103 E College Street, Suite 314, Iowa City, IA 52240-4008 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed
below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Benjamin Gregory Nielson | on behalf of Interested Party Washington County Hospital and Clinics bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums  LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv  LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Brittany B Falabella | on behalf of Creditor Owens & Minor  Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Christopher K Loftus | on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com |

District/off: 0862-1       User: admin       Page 3 of 5

Date Rcvd: Nov 07, 2023       Form ID: canclhrg       Total Noticed: 36

Dana Waterman Hempy
     on behalf of Debtor Mercy Hospital  Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
     on behalf of Debtor Mercy Hospital  Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David E. Gordon
     on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Elizabeth Lally
     on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston
     on behalf of Creditor EverBank  N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to
     GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
     on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com
     tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam
     on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com
     tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Harold J Dane, III
     on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
     on behalf of Debtor Mercy Hospital  Iowa City, Iowa jhaake@mwe.com

Janet G. Reasoner
     on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
     on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com

Jeffrey D. Goetz
     on behalf of Creditor Wellmark Blue Cross Blue Shield goetz.jeffrey@bradshawlaw.com
     Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jennifer Erin Lindberg
     on behalf of Interested Party Radiologic Medical Services  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
     on behalf of Interested Party RMS Holdings  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
     on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC jesse.linebaugh@faegredrinker.com,
     lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
     on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com  lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
     on behalf of Interested Party Johnson County Surgeon Investors  LLC. jesse.linebaugh@faegredrinker.com,
     lynda.dennis@faegredrinker.com

Jessica A Board
     on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com
     Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman
     on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov

Joseph Sakay
     on behalf of Creditor McKesson Corporation jsakay@buchalter.com  pmcvay@buchalter.com

Kaitlin R. Walsh
     on behalf of Creditor Computershare Trust Company  N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh
     on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative krwalsh@mintz.com

Kristina M. Stanger
     on behalf of Debtor Mercy Hospital  Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide
     on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Laura Michelle Hyer
     on behalf of Creditor Revology  Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning

on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov  josie.bollman@ag.iowa.gov

Mark Melickian
on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian
on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Mark Melickian
on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian
on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Matthew Cronin
on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health
Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire
on behalf of Debtor Mercy Hospital  Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker
on behalf of Creditor Computershare Trust Company  N.A., as Trustee mpreusker@mintz.com

Megan M. Preusker
on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative mpreusker@mintz.com

Michael A Brandess
on behalf of Creditor Medico-Mart  Inc. michael.brandess@huschblackwell.com

Michael A Brandess
on behalf of Creditor LiquidAgents Healthcare  LLC michael.brandess@huschblackwell.com

Michael A Brandess
on behalf of Creditor StaffDNA  LLC michael.brandess@huschblackwell.com

Michael J Whaley
on behalf of Interested Party CrossMed Healthcare Staffing Solutions  Inc. MWhaley@clinewilliams.com,
tcampbell@clinewilliams.com

Michael S. Dove
on behalf of Creditor Huntington National Bank mdove@gislason.com  jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson
on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC mike.gustafson@faegrebd.com

Michael T. Gustafson
on behalf of Interested Party Johnson County Surgeon Investors  LLC. mike.gustafson@faegrebd.com

Miranda L. Hughes
on behalf of Interested Party Radiologic Medical Services  P.C. hughes@brownwinick.com,
tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes
on behalf of Interested Party RMS Holdings  P.C. hughes@brownwinick.com,
tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Nathan F. Coco
on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative nfcoco@mintz.com

Nathan F. Coco
on behalf of Creditor Computershare Trust Company  N.A., as Trustee nfcoco@mintz.com

Nicholas Miller
on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com

Nicholas Miller
on behalf of Creditor Owens & Minor  Inc. nick.miller@brickgentrylaw.com

Patrick B. Dillon
on behalf of Creditor Health Carousel Travel Network  LLC (HCTN) patdillon@dillonlawpc.com,
6917@notices.nextchapterbk.com

Paula L. Roby
on behalf of Interested Party Carol Ebinger  et al. paula@drpjlaw.com, susan@drpjlaw.com,ashley@drpjlaw.com

Paula L. Roby
on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com
susan@drpjlaw.com,ashley@drpjlaw.com

Peter Chalik
on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative chalik@whitfieldlaw.com,
mills-moon@whitfieldlaw.com

Peter Chalik
on behalf of Creditor Computershare Trust Company  N.A., as Trustee chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com

Robert Cardell Gainer
on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com
9643802420@filings.docketbird.com

Robert Schaefer Westermann
on behalf of Creditor Owens & Minor  Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Roy Ryan Leaf
on behalf of Debtor Mercy Services Iowa City  Inc. rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Roy Ryan Leaf
on behalf of Debtor Mercy Iowa City ACO  LLC rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Roy Ryan Leaf
on behalf of Debtor Mercy Hospital  Iowa City, Iowa rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Samantha Norris
on behalf of Interested Party RMS Holdings  P.C. samantha.norris@brownwinick.com

Samantha Norris
on behalf of Interested Party Radiologic Medical Services  P.C. samantha.norris@brownwinick.com

Samuel Zachary Marks
on behalf of Creditor Brent Strabala Office@markslawdm.com

Samuel Zachary Marks
on behalf of Creditor J. Nicholas Russo Office@markslawdm.com

Samuel Zachary Marks
on behalf of Creditor Nancy Russo Office@markslawdm.com

Samuel Zachary Marks
on behalf of Creditor Mike Garrels Office@markslawdm.com

Steven G. Klesner
on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner
on behalf of Creditor Judy Andronowitz steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner
on behalf of Creditor Dawna Miller steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Susan Nielsen Goodman
on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com

Tara Holterhaus
on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC tholterhaus@spencerfane.com

Terry Gibson
on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com  filings@2501grand.com

Terry Gibson
on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com  filings@2501grand.com

Terry Gibson
on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com  filings@2501grand.com

Tom Flynn
on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga
on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

William W. Kannel
on behalf of Creditor Computershare Trust Company  N.A., as Trustee bkannel@mintz.com

William W. Kannel
on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative bkannel@mintz.com

TOTAL: 86

canclhrg 7/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Debtor

Chapter 11

Bankruptcy No. 23–00623

## NOTICE CANCELING HEARING
## ON SECURED BONDHOLDER REPRESENTATIVES' MOTION TO COMPEL
## COMPLIANCE WITH AUCTION RESULTS (DOC. 387)

To:

Roy Ryan Leaf, Attorney for Debtor

United States Trustee

Mercy Hospital, Iowa City, Iowa, Debtor

Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel Simon and Kristina M. Stanger, Attorneys for Debtor

Peter Chalik, Nathan F. Coco, William W. Kannel, Megan M. Preusker, Kaitlin R. Walsh, Attorneys for Computershare Trust Company, N.A., as Trustee and Preston Hollow Community Capital, Inc. as Bondholder Representative

Robert Cardell Gainer, Boris I. Mankovestskiy, Andrew H. Sherman, Attorney for Official Committee of Unsecured Creditors

Terry Gibson, Attorney for Steindler Orthopedic Clinic P.L.C.

Eric J. Langston, Attorney for EverBank, N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC

**NOTICE IS HEREBY GIVEN** that the above matter(s) scheduled for November 8, 2023 at 10:30 AM is hereby **CANCELED**.

Date: November 7, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk