**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered<br><br>**ORDER GRANTING APPLICATION TO EMPLOY DAY RETTIG MARTIN, P.C. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF PENSIONERS, EFFECTIVE AS OF NOVEMBER 4, 2023** |

On November 8, 2023, the Official Committee of Pensioners, by and through their attorney filed **(Doc. 479)** Application to Employ Day Rettig Martin, P.C. as Counsel for the Official Committee of Pensioners, Effective as of November 4, 2023 ("Application").

The Court, having reviewed the Application, finds good and sufficient cause to grant the same pursuant to 11 U.S.C. § 1103(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

**THEREFORE, IT IS ORDERED** that the Application is granted, effective as of November 4, 2023. The Official Committee of Pensioners shall be entitled to employ as its counsel the law firm of Day Rettig Martin, P.C. ("DRM"), on the terms set forth in the Application, DRM shall apply for compensation in accordance with U.S.C. §§ 330 and 331, and the Trustee is authorized to pay DRM post-petition fees and expenses as subsequently approved by the Court.

Dated and Entered:
November 13, 2023

_____
United States Bankruptcy Judge
For the Northern District of Iowa

Order prepared by:
Paula L. Roby   AT0006749
Day Rettig Martin, P.C.
PROPOSED ATTORNEY FOR
OFFICIAL COMMITTEE OF PENSIONERS