**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-00623 |
| MERCY HOSPITAL, IOWA CITY and certain of its ) | |
| subsidiaries d/b/a Mercy Iowa City ) | |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF MONTHLY FEE FOR H2C SECURITIES, INC.**
**FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

H2C Securities, Inc., Financial Advisor and Investment Banker to Mercy Hospital, Iowa City and certain of its subsidiaries d/b/a Mercy Iowa City ("**Debtor**"), files its *Notice of Monthly Fee for H2C Securities, Inc. for the Period of October 1, 2023 through October 31, 2023* ("**Notice**").  This Notice is filed pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rule 2014(a) and the *Application to Employ H2C Securities, Inc. as Investment Banker by the Debtors Filed by Mercy Hospital, Iowa City, Iowa* (the "**Agreed Entry**") [DN 150] approved by this Court on September 18, 2023 [DN 247].  This Notice will be served on the parties designated to receive this Notice pursuant to the Order.  A copy of the Monthly Statement (as defined in the Order and redacted as necessary) is being filed with this Notice and is available through the Court's electronic filing system.

As set forth in the Order, at the expiration of the fourteen (14) day objection period, the Debtors shall promptly pay 80% of the fees and 100% of the out-of-pocket expenses identified below, except such specific fees and expenses as to which a Notice of Objection is filed, and subject to the limitations set forth in the applicable cash collateral order(s).

| | |
|---:|:---|
| Name of Applicant: | H2C Securities, Inc. |
| Court-Approved Role: | Financial Advisor and Investment Banker to the Debtor |
| Date of Retention Order: | September 18, 2023 *nunc pro tunc* August 7, 2023 |
| Period Covered: | October 1, 2023 to October 31, 2023 |
| Monthly Fee Incurred: | $25,000.00 |
| 80% of Fees to be Paid: | $20,000.00 |
| 20% of Fees to be Held Back: | $5,000.00 |
| Total Expenses to be Paid (100%): | $101.81 |
| Total Proposed Payment from Debtor: | **$20,101.81** |

H2C Securities Inc. | h2c.com                                                          + The Elements of Capital and Strategy

Securities and services offered through H2C Securities Inc., member FINRA/SIPC, a registered broker-dealer and an indirect subsidiary of Fifth Third Bank, National Association. All rights reserved. Securities and services offered through H2C Securities Inc.: **Are Not FDIC Insured | Offer No Bank Guarantee | May Lose Value | Are Not Insured by any Federal Government Agency | Are Not a Deposit.**

Classification: Internal Use

Respectfully submitted this 15th day of November, 2023,

C. Richard Bayman
H2C SECURITIES, INC
3344 Peachtree Road Suite 900
Atlanta, GA 30326
Telephone: 404-937-1340
Email: rbayman@h2c.com
*Financial Advisor and Investment Banker to the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Monthly Fee* was filed electronically this 15th day of November, 2023. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

C. Richard Bayman

## Exhibit A – Summary of Work

The H2C Securities, Inc. ("**H2C**") team working with the Debtor consists of Richard Bayman (Managing Director), Drew Orman (Vice President), Hunter Sessions (Analyst), and Josh Blue (Analyst). In the month of October, H2C dedicated approximately 71 hours to the Mercy Iowa City project in several capacities.

Throughout the month of October, Richard Bayman and Drew Orman dedicated a minimum of 15 hours to buyer communication in anticipation of the three bankruptcy auction hearings (October 4, 2023, October 10, 2023 and October 27, 2023). Related activities included scheduling and executing follow-up phone calls and tending to the questions from relevant parties.

Richard Bayman and Drew Orman spent approximately 34 hours in total participating in bankruptcy auction hearings during the month of October. This is inclusive 8 hours related to travel and 16 hours related to attendance of the first in-person auction hearing on October 4, 2023, in Chicago. The second auction hearing was held virtually on October 10, 2023, with Drew Orman and Rich Bayman dedicating 6 hours total to the hearing including meetings both before and after. The third auction was held virtually on October 27, 2023, with Drew Orman and Rich Bayman dedicating 4 hours total to the hearing.

H2C spent approximately 8 hours building and updating a Valuation Scorecard which was to be used as a dynamic tool to compare the values of the bids during the bankruptcy auction, notably the stalking horse bid by the University of Iowa Hospitals & Clinics ("**UIHC**") and the credit bid submitted by Preston Hollow in conjunction with American Healthcare Systems ("**AHS**"). This tool needed to be revised in order to properly reevaluate the proposed offers given Preston Hollow's dispute of the use of the Mercy Foundation cash to fund operating losses post closure.

Drew Orman, Hunter Sessions, and Josh Blue dedicated a minimum of 2 hours to the management of the Firmex Data Room. This is the platform on which all documentation related to Mercy Iowa City is stored for interested parties to access and conduct diligence. Related activities include engaging in correspondence with Mercy Iowa City management to gather up-to-date Debtor information upon the request of relevant parties, assisting relevant parties in the navigation of the Data Room, and rescinding the correct entitlements from the appropriate parties after the auction.

Richard Bayman and Drew Orman spent approximately 10 hours organizing and hosting calls between the joint venture partners and speaking with potential buyers of the MIC minority interest.

H2C conducted 30-minute weekly calls with FTI, the representative for the unsecured creditors committee, which accounted for 2 hours in the month of October. On these calls, H2C updated FTI on the status of relevant interested parties, changes or additions to the data room, and any new information pertaining to the bidding process. In addition, H2C spent a total of 10 hours in weekly communication with the Mercy Iowa City operations team and council. These calls covered, but were not limited to, Debtor data collection, updates on the sale process, valuation of the joint venture relationships and owned property, and bidding procedures.

## Exhibit B – Expense Breakdown

| Description | Detail | Expense ($) |
|---|---|---:|
| Working & Travel Meal | Meal expenses incurred while working (Bayman, Orman, Sessions) | $   49.81 |
| Taxi/Uber - Auction | Airport and local transportation (Bayman and Orman) | $   52.00 |
| **Total H2C Expenses** | | $101.81 |
| Legal Expenses | | $      - |
| **Total Expenses** | | **$101.81** |



| | | |
|---|---|---|
| **SUBJECT** | Billing Invoice | |
| **INVOICE NO.** | Project Redwood – **5847** | |
| **DATE** | November 15, 2023 | |
| **TO** | Tom Clancy<br>Chief Executive Officer<br>Mercy Hospital Iowa City<br>500 East Market St<br>Iowa City, IA 52245 | |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| | *Related to the Second Amendment dated July 28, 2023 to the Engagement Agreement Dated June 17, 2021 and First Amendment dated November 15, 2022:* | |
| | A. Time Based Retainer / Work Fee | $25,000.00 |
| | B. Expenses | 101.81 |
| | i.  H2C T&E - $101.81 | |
| | ii. H2C Legal - $0 | |
| | *Thank you for this opportunity to be of service.* | |
| | **TOTAL** | **$25,101.81** |

| **Please use the following wiring instructions:** | OR | **Please use the following mailing instructions:** | If you have any questions, comments or concerns regarding this invoice, please do not hesitate to contact us at **accounting@h2c.com**. |
|---|---|---|---|
| **Fifth Third Securities**<br>ABA #042000314<br>FBO: H2C Securities Inc.<br>Acct #7029051708<br>Reference:<br>**Project Redwood** | | **Fifth Third Bank**<br>ATTN: Katie Colgan<br>38 Fountain Square Plaza<br>Mail Drop: 1090GB<br>Cincinnati, OH 45263 | You are a highly valued client of our firm and we appreciate the opportunity to be of service. |

H2C Securities Inc. | h2c.com      + The Elements of Capital and Strategy

Securities and services offered through H2C Securities Inc., member FINRA/SIPC, a registered broker-dealer and an indirect subsidiary of Fifth Third Bank, National Association. All rights reserved. Securities and services offered through H2C Securities Inc.: Are Not FDIC Insured | Offer No Bank Guarantee | May Lose Value | Are Not Insured by any Federal Government Agency | Are Not a Deposit.

Classification: Internal Use