**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**

| Senior Management | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Mark Toney | Chief Restructuring Officer | $950 | 382.3 | $ 363,137.50 |
| Jim Porter | Chief Financial Officer | 725 | 367.0 | 266,075.00 |
| Chris Karambelas | Chief Information Officer / Chief Operating Officer | 650 | 294.6 | 191,490.00 |
| **Subtotal** | | | **1,043.9** | **$ 820,702.50** |

| Other Professionals | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peg Brubaker | Vice President of Human Resources | $610 | 345.3 | $ 210,602.50 |
| Jamy Houck | Manager of Administration and Communications | 590 | 39.9 | 23,541.00 |
| Dennis Rodriguez | Finance Manager | 575 | 55.0 | 31,625.00 |
| Kara Borodkin | Treasury and Finance Manager | 300 | 230.0 | 69,000.00 |
| **Subtotal** | | | **670.2** | **$ 334,768.50** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **1,714.0** | **$ 1,155,471.00** |
| **Discounts:** | | | | |
| Travel Discount at 50%[1] | | | | (31,595.00) |
| Senior Management Contractual Discount[2] | | | | (174,810.00) |
| **Total Discounts** | | | | **$ (206,405.00)** |
| **Net Fees** | | | | **$ 949,066.00** |
| **Expenses**[3] | | | | 60,815.10 |
| **Total Billed** | | | | **$ 1,009,881.10** |

*Notes:*
*(1) Travel time is discounted at 50% for all professionals.*
*(2) The monthly contractual discount has been applied to the post-petition August invoice, including fees incurred during the August pre-petition period. For clarification, while there may have been ambiguity as to whether the discount would apply to the pre-petition period, ToneyKorf Partners has given the benefit to the Debtors.*
*(3) Expenses represent amounts recorded to date and do not represent full amounts incurred. Further expenses may be reported after this reporting period.*