**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**SUMMARY BY CATEGORY**

| Category | Hours | Amount |
|---|---|---|
| 01 Business Operations | 956.7 | $ 641,650.50 |
| 02 Cash Management & Financing | 98.2 | 39,030.00 |
| 04 Asset Sale | 227.3 | 168,131.00 |
| 09 Bankruptcy Reporting | 103.8 | 58,308.50 |
| 13 Litigation | 64.8 | 57,017.00 |
| 14 Other BK Matters | 22.9 | 18,790.00 |
| 16 Bankruptcy Meetings and Communications | 80.6 | 58,381.50 |
| 17 Court Hearings | 55.5 | 38,290.00 |
| 18 Case Administration | 11.8 | 9,728.00 |
| 19 Compensation and Staffing Reports | 4.6 | 2,954.50 |
| 20 Travel Time | 88.1 | 63,190.00 |
| **Total Hours / Fees** | **1,714.0** | **$ 1,155,471.00** |