**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours |  | Amount |
|---|---:|---|---:|
| **01 Business Operations** | | | |
| Mark Toney | 158.2 | $ | 150,242.50 |
| Jim Porter | 218.6 | | 158,485.00 |
| Chris Karambelas | 134.9 | | 87,685.00 |
| Peg Brubaker | 339.8 | | 207,247.50 |
| Jamy Houck | 19.7 | | 11,623.00 |
| Dennis Rodriguez | 2.5 | | 1,437.50 |
| Kara Borodkin | 83.1 | | 24,930.00 |
| **01 Business Operations Total** | **956.7** | **$** | **641,650.50** |
| | | | |
| **02 Cash Management & Financing** | | | |
| Mark Toney | 2.3 | $ | 2,185.00 |
| Jim Porter | 19.0 | | 13,775.00 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 76.9 | | 23,070.00 |
| **02 Cash Management & Financing Total** | **98.2** | **$** | **39,030.00** |
| | | | |
| **04 Asset Sale** | | | |
| Mark Toney | 73.2 | $ | 69,540.00 |
| Jim Porter | 52.7 | | 38,207.50 |
| Chris Karambelas | 73.8 | | 47,970.00 |
| Peg Brubaker | 5.5 | | 3,355.00 |
| Jamy Houck | 7.9 | | 4,661.00 |
| Dennis Rodriguez | 0.5 | | 287.50 |
| Kara Borodkin | 13.7 | | 4,110.00 |
| **04 Asset Sale Total** | **227.3** | **$** | **168,131.00** |
| | | | |
| **09 Bankruptcy Reporting** | | | |
| Mark Toney | 0.8 | $ | 712.50 |
| Jim Porter | 6.0 | | 4,350.00 |
| Chris Karambelas | 37.6 | | 24,440.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | 0.9 | | 531.00 |
| Dennis Rodriguez | 39.0 | | 22,425.00 |
| Kara Borodkin | 19.5 | | 5,850.00 |
| **09 Bankruptcy Reporting Total** | **103.8** | **$** | **58,308.50** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | Amount |
|---|---:|---:|
| **13 Litigation** | | |
| Mark Toney | 48.8 | $ 46,312.50 |
| Jim Porter | 5.5 | 3,987.50 |
| Chris Karambelas | 8.7 | 5,655.00 |
| Peg Brubaker | - | - |
| Jamy Houck | 1.8 | 1,062.00 |
| Dennis Rodriguez | - | - |
| Kara Borodkin | - | - |
| **13 Litigation Total** | **64.8** | **$ 57,017.00** |
| | | |
| **14 Other BK Matters** | | |
| Mark Toney | 12.3 | $ 11,637.50 |
| Jim Porter | 3.5 | 2,537.50 |
| Chris Karambelas | 7.1 | 4,615.00 |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Dennis Rodriguez | - | - |
| Kara Borodkin | - | - |
| **14 Other BK Matters Total** | **22.9** | **$ 18,790.00** |
| | | |
| **16 Bankruptcy Meetings and Communications** | | |
| Mark Toney | 30.4 | $ 28,832.50 |
| Jim Porter | 31.2 | 22,620.00 |
| Chris Karambelas | 2.6 | 1,690.00 |
| Peg Brubaker | - | - |
| Jamy Houck | 1.1 | 649.00 |
| Dennis Rodriguez | - | - |
| Kara Borodkin | 15.3 | 4,590.00 |
| **16 Bankruptcy Meetings and Communications Total** | **80.6** | **$ 58,381.50** |
| | | |
| **17 Court Hearings** | | |
| Mark Toney | 21.7 | $ 20,567.50 |
| Jim Porter | 6.5 | 4,712.50 |
| Chris Karambelas | 9.8 | 6,370.00 |
| Peg Brubaker | - | - |
| Jamy Houck | 1.0 | 590.00 |
| Dennis Rodriguez | 4.0 | 2,300.00 |
| Kara Borodkin | 12.5 | 3,750.00 |
| **17 Court Hearings Total** | **55.5** | **$ 38,290.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | | Amount |
|---|---:|---|---:|
| **18 Case Administration** | | | |
| Mark Toney | 7.6 | $ | 7,220.00 |
| Jim Porter | - | | - |
| Chris Karambelas | 0.5 | | 325.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | 3.7 | | 2,183.00 |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | - | | - |
| **18 Case Administration Total** | **11.8** | **$** | **9,728.00** |
| | | | |
| **19 Compensation and Staffing Reports** | | | |
| Mark Toney | 0.8 | $ | 712.50 |
| Jim Porter | - | | - |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | 3.8 | | 2,242.00 |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | - | | - |
| **19 Compensation and Staffing Reports Total** | **4.6** | **$** | **2,954.50** |
| | | | |
| **20 Travel Time** | | | |
| Mark Toney | 26.5 | $ | 25,175.00 |
| Jim Porter | 24.0 | | 17,400.00 |
| Chris Karambelas | 19.6 | | 12,740.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 9.0 | | 5,175.00 |
| Kara Borodkin | 9.0 | | 2,700.00 |
| **20 Travel Time Total** | **88.1** | **$** | **63,190.00** |
| | | | |
| **Total** | **1,714.0** | **$** | **1,155,471.00** |