**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**CATEGORY DESCRIPTIONS**

### 01   Business Operations

Issues related to debtor-in-possession operations in chapter 11, including duties of the CRO, CFO, COO/CIO, and Vice President of Human Resources. Management of the operations of the Debtors, including:

a) CRO oversaw and managed all day-to-day restructuring, operations, and assets of the Debtors; kept the organization operating under distress and high-pressure tensions between various stakeholders, responsible for overall case strategy, managed bankruptcy professionals assisting the Debtors with various tasks, communicated to Restructuring Committee and Board of Directors, managed communication plans and deliverables for key stakeholders, including employees, patients, vendors, and the press. Held town halls with the employees and medical staff subsequent to the Debtors filing chapter 11;

b) CFO managed the Debtors' financial and treasury functions, focused on cash generation and preservation, worked with Debtors' internal finance team to manage relationships with vendors, managed the preparation of schedules and other periodic reports required by the Bankruptcy Court or which are customarily issued by the Company's CFO. Prepared presentations related to the Company's financial affairs and bankruptcy progress for the Board of Directors and Restructuring Committee;

c) CIO/COO oversaw and managed the day-to-day operations of the non-clinical areas including information technology, facilities, engineering, environmental services, security, dietary, and biomedical engineering to ensure continued and efficient support of patient care delivery. Partnered with other leaders with regards to regulatory compliance requirements, along with addressing various operational challenges faced throughout the organization;

d) VP of Human Resources oversaw management of the Debtors Human Resource department, including overseeing employee investigations/relations, resolving employee compensation issues, providing coaching and support as needed, addressing defined benefit pension inquiries, resolving benefit enrollment/coverage/interface issues, responding to benefit questions/issues from employees and working with appropriate insurance companies/broker to resolve; and

e) Temporary Staff supports senior management as noted above, including preparing various weekly, monthly, and ad hoc financial and operational reports.

### 02   Cash Management & Financing

Supported cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses. Monitored compliance with cash collateral requirements. Met with advisors for the secured lenders/bondholders and Unsecured Creditors Committee regarding cash management on a regular basis. Reviewed and approved vendor payments. Managed bank accounts.

### 04   Asset Sale

Collaborated, coordinated, and supported the asset sale process in conjunction with the Debtors' professionals, including the investment bankers. Participated in the sale process, including assisting with due diligence requests, tours of the facilities and meetings with the stalking horse and potential bidders, and discussions with key parties, including FTC, regarding antitrust matters. Began development of transition plans for potential new owners/operators. Prepared various weekly, monthly, and ad hoc financial and operational reports and deliverables to assist with due diligence requests and APA schedules.

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**CATEGORY DESCRIPTIONS**

### 09    Bankruptcy Reporting

Oversaw and addressed administrative and/or reporting matters related to bankruptcy filing and reporting. Supported efforts to prepare bankruptcy-related matters, including creditor matrix, the Debtors' Statement of Financial Affairs (SOFA), Schedules of Assets and Liabilities (SOAL), Monthly Operating Reports (MORs), and other bankruptcy reporting requirements. Coordinated with the Debtors' claims agent.

### 13    Litigation

Coordinated e-discovery and litigation hold requests from the bondholder. Reviewed the Foundation's Adversarial Complaint and negotiated and managed with Mercy Hospital Foundation and related parties. Prepared for potential testimony on multiple occasions. Prepared for and participated in CRO's deposition.

### 14    Other BK Matters

Addressed other bankruptcy matters, including docket and motion review, diligence on case structure, public documents, and information requests, and other matters. Addressed Mercy Foundation issues. Addressed vendor issues related to the bankruptcy filing.

### 16    Bankruptcy Meetings and Communications

Participated in bankruptcy meetings and general correspondence with UCC, Creditors, Committee Professionals, US Trustee, Ombudsman, Other Debtors Advisors, Bondholder's Advisors, or Other Professionals relating to various case updates. Prepared and participated in the Initial Debtor Interview and the section 341 meeting. Participated in meeting with the Ombudsman.

### 17    Court Hearings

Prepared for and participated in various hearings, including the first day motions, professional retentions, and the sales process. Prepared for potential testimony on multiple occasions.

### 18    Case Administration

Oversaw case administration and retention-related matters, including preparing retention application and responding to objections.

### 19    Compensation and Staffing Reports

Prepared and reviewed monthly invoices and staffing reports.

### 20    Travel Time

Non-working time incurred traveling to and from business-related sites. For the purposes of this engagement, ToneyKorf Partners does not bill travel time over three hours, and applies a 50% reduction for travel billed.