**EXHIBIT E**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**SUMMARY BY EXPENSE TYPE**

| Expense Type | | Total |
|---|---|---|
| Airfare | $ | 19,142.43 |
| Ground Transportation | | 6,151.98 |
| Lodging | | 13,838.27 |
| Meals | | 2,612.59 |
| Miscellaneous / Other | | 19,069.83 |
| **Total** | **$** | **60,815.10** |