**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| **Airfare** | | | |
| Mark Toney | 08/10/2023 | Airfare - Round trip - CID to PWM | $ 365.20 |
| Jim Porter | 08/10/2023 | Airfare - One way - CID to CLT | 152.00 |
| Peg Brubaker | 08/11/2023 | Airfare - Round trip - CID to DCA | 814.75 |
| Dennis Rodriguez | 08/13/2023 | Airfare - One way - PBI to CID | 635.01 |
| Chris Karambelas | 08/13/2023 | Airfare - Round trip - LGA to CID | 778.40 |
| Peg Brubaker | 08/16/2023 | Airfare - Round trip - CID to DCA | 803.05 |
| Dennis Rodriguez | 08/17/2023 | Airfare - One way - CID to PBI | 517.20 |
| Mark Toney | 08/18/2023 | Airfare - Round trip - CID to PWM | 961.40 |
| Jim Porter | 08/20/2023 | Airfare - Round trip - CLT to CID | 691.31 |
| Chris Karambelas | 08/21/2023 | Airfare - Round trip - LGA to CID | 698.40 |
| Mark Toney | 08/25/2023 | Airfare - One way - CID to PWM | 373.50 |
| Peg Brubaker | 08/25/2023 | Airfare - Round trip - CID to DCA | 336.40 |
| Mark Toney | 08/28/2023 | Airfare - One way - PWM to CID | 654.20 |
| Jim Porter | 08/28/2023 | Airfare - Round trip - CLT to CID | 782.31 |
| Chris Karambelas | 08/28/2023 | Airfare - Round trip - LGA to CID | 717.14 |
| Mark Toney | 08/31/2023 | Airfare - One way - CID to PWM | 648.65 |
| Jim Porter | 09/01/2023 | Airfare - One way - CID to CLT | 429.20 |
| Peg Brubaker | 09/01/2023 | Airfare - Round trip - CID to DCA | 720.70 |
| Jim Porter | 09/04/2023 | Airfare - One way - CLT to CID | 428.40 |
| Mark Toney | 09/04/2023 | Airfare - One way - PWM to CID | 530.00 |
| Peg Brubaker | 09/08/2023 | Airfare - Round trip - CID to DCA | 605.85 |
| Jim Porter | 09/10/2023 | Airfare - One way - CLT to CID | 428.40 |
| Peg Brubaker | 09/14/2023 | Airfare - Round trip - CID to DCA | 547.50 |
| Jim Porter | 09/15/2023 | Airfare - Round trip - CID to NYC | 975.40 |
| Mark Toney | 09/15/2023 | Airfare - Round trip DCA to CID for companion in lieu of flying home | 427.30 |
| Kara Borodkin | 09/19/2023 | Airfare - Round trip - LGA to CID | 738.40 |
| Jim Porter | 09/20/2023 | Airfare - One way - CID to CLT | 429.90 |
| Mark Toney | 09/22/2023 | Airfare - Round trip CID to PWM | 765.00 |
| Jim Porter | 09/24/2023 | Airfare - One way - CLT to CID | 491.40 |
| Jim Porter | 09/27/2023 | Airfare - One way - CID to NYC | 378.90 |
| Peg Brubaker | 09/28/2023 | Airfare - Round trip - CID to DCA | 1,197.20 |
| Mark Toney | 09/29/2023 | Airfare - One way from CID to BNA | 119.96 |
| **Airfare Total** | | | **$ 19,142.43** |
| **Ground Transportation** | | | |
| Jim Porter | 08/10/2023 | Parking at airport - 4 days | $ 96.00 |
| Jim Porter | 08/10/2023 | Car rental - fuel | 46.42 |
| Jim Porter | 08/10/2023 | Car rental - 4 days | 123.07 |
| Kara Borodkin | 08/10/2023 | Taxi - From airport to home | 46.93 |
| Chris Karambelas | 08/10/2023 | Taxi - From airport to home | 71.88 |
| Dennis Rodriguez | 08/10/2023 | Taxi - From airport to home | 51.74 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| Peg Brubaker | 08/11/2023 | Taxi - From airport to home | 109.95 |
| Peg Brubaker | 08/11/2023 | Taxi - From client to airport | 79.33 |
| Dennis Rodriguez | 08/13/2023 | Taxi - From home to airport | 25.12 |
| Dennis Rodriguez | 08/13/2023 | Taxi - From airport to home after flight was canceled | 60.08 |
| Peg Brubaker | 08/13/2023 | Taxi - From airport to hotel | 47.40 |
| Peg Brubaker | 08/13/2023 | Taxi - From home to airport | 72.88 |
| Chris Karambelas | 08/13/2023 | Taxi - From home to airport | 61.26 |
| Chris Karambelas | 08/13/2023 | Taxi - From airport to hotel | 37.97 |
| Dennis Rodriguez | 08/14/2023 | Taxi - From home to airport | 27.99 |
| Dennis Rodriguez | 08/14/2023 | Taxi - From airport to hotel | 37.91 |
| Dennis Rodriguez | 08/16/2023 | Taxi - From hotel to client | 11.92 |
| Peg Brubaker | 08/16/2023 | Taxi - From airport to home | 103.68 |
| Peg Brubaker | 08/16/2023 | Taxi - From client to airport | 80.16 |
| Dennis Rodriguez | 08/17/2023 | Taxi - From airport to home | 31.63 |
| Chris Karambelas | 08/17/2023 | Taxi - From airport to home | 65.16 |
| Chris Karambelas | 08/17/2023 | Taxi - From hotel to airport | 83.20 |
| Peg Brubaker | 08/20/2023 | Taxi - From airport to hotel | 74.00 |
| Peg Brubaker | 08/20/2023 | Taxi - From home to airport | 86.20 |
| Jim Porter | 08/20/2023 | Parking at airport - 4 days | 96.00 |
| Jim Porter | 08/20/2023 | Car rental - 5 days | 172.11 |
| Chris Karambelas | 08/21/2023 | Taxi - From home to airport | 65.09 |
| Chris Karambelas | 08/21/2023 | Taxi - From airport to client | 36.99 |
| Mark Toney | 08/21/2023 | Parking at airport - 11 days | 108.00 |
| Mark Toney | 08/21/2023 | Bus to airport | 27.00 |
| Jim Porter | 08/24/2023 | Car rental - fuel | 22.35 |
| Chris Karambelas | 08/25/2023 | Taxi - From hotel to airport | 54.99 |
| Peg Brubaker | 08/25/2023 | Taxi - From client to airport | 68.71 |
| Peg Brubaker | 08/25/2023 | Taxi - From airport to home | 139.00 |
| Chris Karambelas | 08/25/2023 | Taxi - From airport to home | 62.64 |
| Peg Brubaker | 08/27/2023 | Taxi - From airport to home after flight was canceled | 134.82 |
| Peg Brubaker | 08/27/2023 | Taxi - From home to airport | 86.13 |
| Peg Brubaker | 08/28/2023 | Taxi - From home to airport | 81.97 |
| Chris Karambelas | 08/28/2023 | Taxi - From home to airport | 50.74 |
| Chris Karambelas | 08/28/2023 | Taxi - From airport to client | 35.69 |
| Mark Toney | 08/28/2023 | Parking at airport - 3 days | 27.00 |
| Jim Porter | 08/28/2023 | Parking at airport - 4 days | 96.00 |
| Jim Porter | 08/28/2023 | Car rental - 5 days | 172.11 |
| Jim Porter | 08/31/2023 | Car rental - fuel | 19.19 |
| Mark Toney | 08/31/2023 | MIC Car - Gas | 55.14 |
| Chris Karambelas | 09/01/2023 | Taxi - From hotel to CID | 53.72 |
| Chris Karambelas | 09/01/2023 | Taxi - From LGA to home | 62.94 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Peg Brubaker | 09/01/2023 | Taxi - From client to CID | 79.71 |
| Peg Brubaker | 09/01/2023 | Taxi - From DCA to home | 116.15 |
| Mark Toney | 09/04/2023 | Parking at CID airport | 36.00 |
| Peg Brubaker | 09/04/2023 | Taxi - From home to DCA | 87.40 |
| Peg Brubaker | 09/04/2023 | Taxi - From CID to hotel | 102.00 |
| Jim Porter | 09/08/2023 | Car rental - fuel | 14.36 |
| Jim Porter | 09/08/2023 | Parking - CLT airport - 5 days | 96.00 |
| Jim Porter | 09/08/2023 | Car rental - 5 days | 172.11 |
| Peg Brubaker | 09/08/2023 | Taxi - From ORD to hotel (due to canceled connecting flight from ORD to DCA) | 20.00 |
| Mark Toney | 09/09/2023 | Hospital Car - Air for tires | 3.00 |
| Peg Brubaker | 09/09/2023 | Taxi - From DCA to home | 91.11 |
| Peg Brubaker | 09/10/2023 | Taxi - From CID to hotel | 76.54 |
| Peg Brubaker | 09/10/2023 | Taxi - From home to DCA | 87.42 |
| Peg Brubaker | 09/14/2023 | Taxi - From client to CID | 51.22 |
| Peg Brubaker | 09/14/2023 | Taxi - From DCA to home | 119.98 |
| Mark Toney | 09/15/2023 | Parking at the airport | 11.00 |
| Jim Porter | 09/17/2023 | Taxi - From airport to Iowa City | 100.00 |
| Peg Brubaker | 09/17/2023 | Taxi - From home to DCA | 92.72 |
| Peg Brubaker | 09/17/2023 | Taxi - From CID to hotel | 105.00 |
| Kara Borodkin | 09/19/2023 | Taxi - From home to LGA | 58.85 |
| Jim Porter | 09/20/2023 | Car rental - fuel | 44.70 |
| Jim Porter | 09/20/2023 | Parking at CLT - 9 days | 174.56 |
| Jim Porter | 09/20/2023 | Car rental - 11 days | 371.17 |
| Kara Borodkin | 09/20/2023 | Car rental - Fuel | 27.44 |
| Mark Toney | 09/21/2023 | Hospital Car - Fuel | 25.00 |
| Kara Borodkin | 09/22/2023 | Taxi - From LGA to home | 44.92 |
| Peg Brubaker | 09/22/2023 | Taxi - From DCA to home | 82.50 |
| Peg Brubaker | 09/24/2023 | Taxi - From CID to hotel | 75.45 |
| Peg Brubaker | 09/24/2023 | Taxi - From home to DCA | 76.15 |
| Mark Toney | 09/25/2023 | Parking at CID airport | 36.00 |
| Jim Porter | 09/26/2023 | Car rental - Fuel | 26.59 |
| Jim Porter | 09/27/2023 | Car rental - 3 days | 191.93 |
| Peg Brubaker | 09/28/2023 | Taxi - From client to CID | 58.66 |
| Peg Brubaker | 09/28/2023 | Taxi - From DCA to home | 136.13 |
| **Ground Transportation Total** | | | **$ 6,151.98** |
| **Lodging** | | | |
| Peg Brubaker | 08/07/2023 | Lodging - 4 nights (8/7 to 8/11) | $ 404.08 |
| Mark Toney | 08/07/2023 | Lodging - 3 nights (8/7 to 8/10) | 303.06 |
| Dennis Rodriguez | 08/07/2023 | Lodging - 3 nights (8/7 to 8/10) | 303.06 |
| Jim Porter | 08/07/2023 | Lodging - 3 nights (8/7 to 8/10) | 303.06 |
| Chris Karambelas | 08/07/2023 | Lodging - 3 nights (8/7 to 8/10) | 303.06 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Kara Borodkin | 08/07/2023 | Lodging - 3 nights (8/7 to 8/10) | 303.06 |
| Peg Brubaker | 08/13/2023 | Lodging - 3 nights (8/13 to 8/16) | 303.06 |
| Chris Karambelas | 08/13/2023 | Lodging - 4 nights (8/13 to 8/17) | 404.08 |
| Dennis Rodriguez | 08/14/2023 | Lodging - 3 nights (8/14 to 8/17) | 460.05 |
| Peg Brubaker | 08/20/2023 | Lodging - 5 nights (8/20 to 8/25) | 561.87 |
| Jim Porter | 08/20/2023 | Lodging - 4 nights (8/20 to 8/24) | 486.28 |
| Mark Toney | 08/21/2023 | Lodging - 4 nights (8/21 to 8/25) | 404.08 |
| Chris Karambelas | 08/21/2023 | Lodging - 4 nights (8/21 to 8/25) | 404.08 |
| Peg Brubaker | 08/28/2023 | Lodging - 4 nights (8/28 to 9/1) | 449.48 |
| Mark Toney | 08/28/2023 | Lodging - 3 nights (8/28 to 8/31) | 303.06 |
| Jim Porter | 08/28/2023 | Lodging - 4 nights (8/28 to 9/1) | 404.08 |
| Chris Karambelas | 08/28/2023 | Lodging - 4 nights (8/28 to 9/1) | 404.08 |
| Jim Porter | 09/04/2023 | Lodging - 5 nights (9/4 - 9/8) | 404.08 |
| Mark Toney | 09/04/2023 | Lodging - 10 nights (9/4 to 9/14) | 1,350.70 |
| Peg Brubaker | 09/04/2023 | Lodging - 4 nights (9/4 - 9/8) | 404.08 |
| Peg Brubaker | 09/08/2023 | Lodging - 1 night (9/8 - 9/9) (due to canceled flight from ORD to DCA) | 210.97 |
| Jim Porter | 09/10/2023 | Lodging - 5 nights (9/10 - 9/15) | 863.20 |
| Peg Brubaker | 09/10/2023 | Lodging - 4 nights (9/10 - 9/14) | 404.08 |
| Mark Toney | 09/14/2023 | Lodging - 4 nights (9/14 to 9/18) | 540.28 |
| Jim Porter | 09/17/2023 | Lodging - 3 nights (9/17 - 9/20) | 318.69 |
| Peg Brubaker | 09/17/2023 | Lodging - 5 nights (9/17 - 9/22) | 505.10 |
| Mark Toney | 09/18/2023 | Lodging - 10 nights (9/18 - 9/28) | 1,350.70 |
| Kara Borodkin | 09/19/2023 | Lodging - 3 nights (9/19 - 9/22) | 303.06 |
| Peg Brubaker | 09/24/2023 | Lodging - 4 nights (9/24 - 9/28) | 404.08 |
| Jim Porter | 09/25/2023 | Lodging - 1 night (9/25 - 9/26) | 130.76 |
| Jim Porter | 09/26/2023 | Lodging - 1 night (9/26 - 9/27) | 144.91 |
| **Lodging Total** | | | **$ 13,838.27** |
| **Meals** | | | |
| Jim Porter | 08/07/2023 | Meal - Breakfast | $ 10.89 |
| Dennis Rodriguez | 08/07/2023 | Meal - Working lunch - 3 people | 28.67 |
| Dennis Rodriguez | 08/07/2023 | Meal - Dinner - 5 people | 53.92 |
| Dennis Rodriguez | 08/08/2023 | Meal - Working lunch | 14.22 |
| Chris Karambelas | 08/08/2023 | Meal - Working lunch - 5 people | 64.65 |
| Mark Toney | 08/08/2023 | Meal - Dinner | 9.54 |
| Chris Karambelas | 08/08/2023 | Meal - Dinner | 28.85 |
| Dennis Rodriguez | 08/09/2023 | Meal - Working lunch | 22.26 |
| Mark Toney | 08/09/2023 | Meal - Dinner | 44.27 |
| Jim Porter | 08/09/2023 | Meal - Dinner | 49.80 |
| Chris Karambelas | 08/09/2023 | Meal - Dinner - 2 people | 118.35 |
| Kara Borodkin | 08/09/2023 | Meal - Breakfast - 3 people | 24.85 |
| Dennis Rodriguez | 08/10/2023 | Meal - Working lunch | 16.36 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Jim Porter | 08/10/2023 | Meal - Dinner | 44.58 |
| Dennis Rodriguez | 08/14/2023 | Meal - Working lunch | 21.23 |
| Chris Karambelas | 08/14/2023 | Meal - Dinner - 4 people | 133.83 |
| Dennis Rodriguez | 08/15/2023 | Meal - Working lunch | 14.16 |
| Chris Karambelas | 08/15/2023 | Meal - Dinner | 15.87 |
| Peg Brubaker | 08/16/2023 | Meal - Working staff lunch (retiree mailing) | 74.12 |
| Dennis Rodriguez | 08/16/2023 | Meal - Working lunch | 17.58 |
| Chris Karambelas | 08/16/2023 | Meal - Dinner | 44.10 |
| Dennis Rodriguez | 08/17/2023 | Meal - Dinner | 32.86 |
| Jim Porter | 08/21/2023 | Meal - Dinner | 48.42 |
| Chris Karambelas | 08/22/2023 | Meal - Dinner | 19.30 |
| Chris Karambelas | 08/23/2023 | Meal - Working lunch - 2 people | 30.85 |
| Mark Toney | 08/23/2023 | Meal - Breakfast | 6.99 |
| Jim Porter | 08/23/2023 | Meal - Breakfast | 4.86 |
| Chris Karambelas | 08/24/2023 | Meal - Dinner | 47.34 |
| Mark Toney | 08/28/2023 | Meal - Dinner | 20.50 |
| Chris Karambelas | 08/28/2023 | Meal - Dinner | 5.30 |
| Chris Karambelas | 08/29/2023 | Meal - Working lunch | 15.59 |
| Jim Porter | 08/29/2023 | Meal - Dinner | 29.43 |
| Chris Karambelas | 08/29/2023 | Meal - Dinner | 50.95 |
| Chris Karambelas | 08/30/2023 | Meal - Dinner - 4 people | 200.00 |
| Jim Porter | 08/31/2023 | Meal - Dinner | 18.91 |
| Jim Porter | 08/31/2023 | Meal - Breakfast | 11.30 |
| Jim Porter | 09/01/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/04/2023 | Meal - Dinner | 17.30 |
| Jim Porter | 09/05/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/05/2023 | Meal - Dinner | 35.08 |
| Jim Porter | 09/06/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/06/2023 | Meal - Working Lunch | 32.44 |
| Jim Porter | 09/06/2023 | Meal - Dinner | 43.94 |
| Jim Porter | 09/07/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/07/2023 | Meal - Dinner - 3 people | 150.00 |
| Jim Porter | 09/08/2023 | Meal - Breakfast | 8.35 |
| Mark Toney | 09/09/2023 | Meal - Dinner | 33.48 |
| Jim Porter | 09/10/2023 | Meal - Dinner | 7.42 |
| Mark Toney | 09/10/2023 | Meal - Breakfast | 22.58 |
| Jim Porter | 09/11/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/12/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/12/2023 | Meal - Dinner - 3 people | 150.00 |
| Jim Porter | 09/13/2023 | Meal - Breakfast | 8.35 |
| Peg Brubaker | 09/13/2023 | Meal - Farewell luncheon for G. Hoeksema | 122.57 |
| Jim Porter | 09/14/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/14/2023 | Meal - Dinner | 41.74 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD AUGUST 7, 2023 TO SEPTEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Mark Toney | 09/14/2023 | Meal - Working lunch and snacks for office | 48.52 |
| Jim Porter | 09/15/2023 | Meal - Breakfast | 8.35 |
| Mark Toney | 09/15/2023 | Meal - Breakfast | 24.27 |
| Mark Toney | 09/15/2023 | Meal - Dinner - 3 people | 110.00 |
| Mark Toney | 09/16/2023 | Meal - Dinner (stayed the weekend) | 50.00 |
| Mark Toney | 09/17/2023 | Meal - Dinner (stayed the weekend) | 18.94 |
| Mark Toney | 09/17/2023 | Meal - Lunch (stayed the weekend) | 33.00 |
| Jim Porter | 09/18/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/18/2023 | Meal - Dinner | 43.14 |
| Jim Porter | 09/19/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/19/2023 | Meal - Dinner | 37.46 |
| Jim Porter | 09/20/2023 | Meal - Breakfast | 8.35 |
| Kara Borodkin | 09/20/2023 | Meal - Breakfast | 7.95 |
| Kara Borodkin | 09/20/2023 | Meal - Dinner | 16.90 |
| Kara Borodkin | 09/21/2023 | Meal - Dinner | 19.80 |
| Peg Brubaker | 09/21/2023 | Meal - Donuts for team birthday celebration | 14.47 |
| Jim Porter | 09/25/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/26/2023 | Meal - Breakfast | 8.35 |
| Jim Porter | 09/27/2023 | Meal - Breakfast | 11.64 |
| **Meals Total** | | | **$ 2,612.59** |
| **Miscellaneous / Other** | | | |
| Kara Borodkin | 08/07/2023 | Other - Debtor-in-possession stamp | $ 25.43 |
| Jim Porter | 09/17/2023 | Other - Wi-Fi on airplane | 15.00 |
| Jamy Houck | 09/24/2023 | Other - Subscription to Gazette (discounted rate for first month) | 1.40 |
| Jamy Houck | 09/30/2023 | Other - Legal Fees regarding retention of TKP | 19,028.00 |
| **Miscellaneous / Other Total** | | | **$ 19,069.83** |
| **Grand Total** | | | **$ 60,815.10** |