United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 16, 2023 | Form ID: hrgntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Emily C. Keil, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + Nathan M. Bull, McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-4336 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Benjamin Gregory Nielson | on behalf of Interested Party Washington County Hospital and Clinics bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums  LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv  LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, |

Case 23-00623    Doc 521    Filed 11/18/23    Entered 11/18/23 23:33:42    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0862-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: hrgntc | Total Noticed: 3 |

| | |
|---|---|
| | awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Bradley R. Kruse | |
| | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Brittany B Falabella | |
| | on behalf of Creditor Owens & Minor  Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Christopher K Loftus | |
| | on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com |
| Claire Davison | |
| | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
| | on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Dana Waterman Hempy | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com |
| Daniel M. Simon | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com |
| David E. Gordon | |
| | on behalf of Interested Party State University of Iowa dgordon@polsinelli.com |
| Elizabeth Lally | |
| | on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC elally@spencerfane.com, bakerm@goosmannlaw.com |
| Eric J. Langston | |
| | on behalf of Creditor EverBank  N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | |
| | on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Harold J Dane, III | |
| | on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com |
| Jack Gabriel Haake | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa jhaake@mwe.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey Garfinkle | |
| | on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com |
| Jeffrey D. Goetz | |
| | on behalf of Creditor Wellmark Blue Cross Blue Shield goetz.jeffrey@bradshawlaw.com Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jennifer Erin Lindberg | |
| | on behalf of Interested Party RMS Holdings  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jennifer Erin Lindberg | |
| | on behalf of Interested Party Radiologic Medical Services  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jesse James Edward Linebaugh | |
| | on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jesse James Edward Linebaugh | |
| | on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com  lynda.dennis@faegredrinker.com |
| Jesse James Edward Linebaugh | |
| | on behalf of Interested Party Johnson County Surgeon Investors  LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jessica A Board | |
| | on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com |
| John Whiteman | |
| | on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov |

| District/off: 0862-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: hrgntc | Total Noticed: 3 |

Joseph Sakay
    on behalf of Creditor McKesson Corporation jsakay@buchalter.com pmcvay@buchalter.com

Kaitlin R. Walsh
    on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com

Kristina M. Stanger
    on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide
    on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer
    on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning
    on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov

Mark Melickian
    on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Matthew Cronin
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire
    on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com

Megan M. Preusker
    on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com

Michael A Brandess
    on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael J Whaley
    on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

Michael S. Dove
    on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson
    on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com

Michael T. Gustafson
    on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com

Miranda L. Hughes
    on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes
    on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Nathan F. Coco
    on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com

Nathan F. Coco
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com

Nicholas Miller

Case 23-00623    Doc 521    Filed 11/18/23    Entered 11/18/23 23:33:42    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0862-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: hrgntc | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com |
| Nicholas Miller | |
| | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Patrick B. Dillon | |
| | on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby | |
| | on behalf of Creditor Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com |
| Robert Cardell Gainer | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | |
| | on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Samantha Norris | |
| | on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com |
| Samantha Norris | |
| | on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Steven G. Klesner | |
| | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | |
| | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | |
| | on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | |
| | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com |
| Tara Holterhaus | |
| | on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC tholterhaus@spencerfane.com |
| Terry Gibson | |
| | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@2501grand.com |
| Terry Gibson | |
| | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@2501grand.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 16, 2023 | Form ID: hrgntc | Total Noticed: 3 |

Terry Gibson
　　　　on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@2501grand.com

Tom Flynn
　　　　on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com

United States Trustee
　　　　USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga
　　　　on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

William W. Kannel
　　　　on behalf of Creditor Computershare Trust Company  N.A., as Trustee bkannel@mintz.com

William W. Kannel
　　　　on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative bkannel@mintz.com


TOTAL: 87

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23−00623

Debtor

# NOTICE SETTING HEARING
# ON FIRST MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTORS AND DEBTORS−IN−POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (DOC. 348)

To:

Roy Ryan Leaf, Attorney for Debtor

United States Trustee

Mercy Hospital, Iowa City, Iowa, Debtor

Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, Kristina M. Stanger, Attorney for Debtor

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**November 28, 2023 at 10:30 AM**

**At: United States Courthouse, 111 7th Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401**

Date: November 16, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk