United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 17, 2023 | Form ID: hrgntc | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth M. Brownstein, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Brian G. Remondino, 300 Atlantic Street, 3rd Floor, Stamford, CT 06901-3522 |
| aty | + | Brian J. Fagan, Simmons Perrine Moyer Bergman PLC, 115 Third Street SE, Suite 1200, Cedar Rapids, IA 52401-1222 |
| aty | + | Emily C. Keil, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Latonia C. Williams, One Constitution Plaza, Hartford, CT 06103-1803 |
| aty | + | Leanne McKnight Prendergast, 12620 Beach Blvd., Suite 3, #126, Jacksonville, FL 32246-7130 |
| aty | + | Matthew F. Prewitt, ArentFox Schiff LLP, 233 South Wacker Drive, Suite 7100, Chicago, IL 60606-6446 |
| aty | + | Nathan M. Bull, McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-4336 |
| aty | + | Nicholas A. Marten, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: scarroll@loeb.com | Nov 17 2023 20:22:00 | Schuyler G. Carroll, LOEB & LOEB LLP, 345 Park Avenue, New York, NY 10154-1895 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 19, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Nov 17, 2023 | Form ID: hrgntc | Total Noticed: 11 |

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Benjamin Gregory Nielson | on behalf of Interested Party Washington County Hospital and Clinics bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums  LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv  LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Brittany B Falabella | on behalf of Creditor Owens & Minor  Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Christopher K Loftus | on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Dana Waterman Hempy | on behalf of Debtor Mercy Hospital  Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com |
| Daniel M. Simon | on behalf of Debtor Mercy Hospital  Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com |
| David E. Gordon | on behalf of Interested Party State University of Iowa dgordon@polsinelli.com |
| Elizabeth Lally | on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC elally@spencerfane.com, bakerm@goosmannlaw.com |
| Eric J. Langston | on behalf of Creditor EverBank  N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Harold J Dane, III | on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com |
| Jack Gabriel Haake | on behalf of Debtor Mercy Hospital  Iowa City, Iowa jhaake@mwe.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey Garfinkle | on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com |
| Jeffrey D. Goetz | on behalf of Creditor Wellmark Blue Cross Blue Shield goetz.jeffrey@bradshawlaw.com Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jennifer Erin Lindberg | on behalf of Interested Party RMS Holdings  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jennifer Erin Lindberg | on behalf of Interested Party Radiologic Medical Services  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jesse James Edward Linebaugh | on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC jesse.linebaugh@faegredrinker.com, |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Nov 17, 2023 | Form ID: hrgntc | Total Noticed: 11 |

lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jessica A Board
on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman
on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Joseph Sakay
on behalf of Creditor McKesson Corporation jsakay@buchalter.com pmcvay@buchalter.com

Kaitlin R. Walsh
on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh
on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com

Kristina M. Stanger
on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide
on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer
on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning
on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov

Mark Melickian
on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian
on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Mark Melickian
on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian
on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Matthew Cronin
on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire
on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker
on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com

Megan M. Preusker
on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com

Michael A Brandess
on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com

Michael A Brandess
on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com

Michael A Brandess
on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael J Whaley
on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

Michael S. Dove
on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson
on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com

Michael T. Gustafson
on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com

Case 23-00623    Doc 522    Filed 11/19/23    Entered 11/19/23 23:35:26    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0862-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: hrgntc | Total Noticed: 11 |

Miranda L. Hughes
    on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes
    on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Nathan F. Coco
    on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com

Nathan F. Coco
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com

Nicholas Miller
    on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com

Nicholas Miller
    on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com

Patrick B. Dillon
    on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Paula L. Roby
    on behalf of Creditor Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com

Paula L. Roby
    on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com

Paula L. Roby
    on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com

Peter Chalik
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com

Peter Chalik
    on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com

Robert Cardell Gainer
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com

Robert Schaefer Westermann
    on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Roy Ryan Leaf
    on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Roy Ryan Leaf
    on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Roy Ryan Leaf
    on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Samantha Norris
    on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com

Samantha Norris
    on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com

Samuel Zachary Marks
    on behalf of Creditor Brent Strabala Office@markslawdm.com

Samuel Zachary Marks
    on behalf of Creditor J. Nicholas Russo Office@markslawdm.com

Samuel Zachary Marks
    on behalf of Creditor Nancy Russo Office@markslawdm.com

Samuel Zachary Marks
    on behalf of Creditor Mike Garrels Office@markslawdm.com

Steven G. Klesner
    on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner
    on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

District/off: 0862-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 5 of 5
Date Rcvd: Nov 17, 2023　　　　　　　　　　　Form ID: hrgntc　　　　　　　　　　　　Total Noticed: 11

| | |
|---|---|
| Steven G. Klesner | on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com |
| Tara Holterhaus | on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC tholterhaus@spencerfane.com |
| Terry Gibson | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@2501grand.com |
| Terry Gibson | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@2501grand.com |
| Terry Gibson | on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@2501grand.com |
| Tom Flynn | on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| William W. Kannel | on behalf of Creditor Computershare Trust Company  N.A., as Trustee bkannel@mintz.com |
| William W. Kannel | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative bkannel@mintz.com |

TOTAL: 87

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa, et al.,

Debtor

Chapter 11

Bankruptcy No. 23−00623
Jointly Administered

## NOTICE SETTING HEARING
## ON MOTION TO RECONSIDER ORDER APPROVING SALE AND TO COMPEL
## PERFORMANCE (DOC. 519)

To:

Roy Ryan Leaf, Attorney for Debtor

United States Trustee

Mercy Hospital, Iowa City, Iowa, Debtor

Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel Simon, Kristina M. Stanger, Attorneys for Debtor

Eric Langston, Attorney for Ever Bank, N.A., f/k/a/ TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC

Lindsey L. Browning, David E. Gordon, and John Whiteman, Attorneys for State University of Iowa

Kaitlin R. Walsh, Peter Chalik, Nathan F. Coco, William W. Kannel and Megan M. Preusker, Attorneys for Computershare Trust Company, N.A., as Trustee and Preston Hollow Community Capital, Inc., as Bondholder Representative

Robert Cardell Gainer, Boris I. Mankovestskiy, and Andrew H. Sherman, Attorneys for Official Committee of Unsecured Creditors

Paula L. Roby, Attorney for Official Committee of Pensioners

Susan Nielson, Patient Care Ombudsman

Steven G. Klesner, Attorney for Travel Nurse Across America, Dawna Miller and Judy Andronowitz

Bradley R. Kruse, Attorney for Hayes Locums, LLC, MediRevv, LLC and Kronos Incorporated aka UKG Inc.

Nicholas A. Marten and Matthew F. Prewitt, and Beth M. Brownstein Attorneys for MediRevv, LLC

Samuel Zachary Marks, Attorney for Brent Strabala, J. Nicholas Russo, Nancy Russo, and Mike Garrels

Eric W. Lam, Brian J. Fagan, and Christopher K. Loftus, Attorneys for Mercy Hospital Foundation

Terry Gibson, Attorney for Steindler Orthopedic Clinic P.L.C., Communications Engineering Company and Siemens Financial Services

Michael S. Dove, Attorney for Huntington National Bank

Jeffrey D. Goetz, Attorney for Wellmark Blue Cross Blue Shield

Michael T. Gustafson and Jesse James Edward Linebaugh, Attorneys for Johnson County Surgeon Investors, LLC and Iowa City Ambulatory Surgical Center, LLC

Laura Michelle Hyer, Attorney for Revology, Inc.

Nicholas Miller, Attorney for McKesson Corporation and Owens & Minor, Inc.

Tom Flynn, Jeffrey Garfinkle, and Joseph Sakay, Attorneys for McKesson Corporation

Dan Childers, Wesley B. Huisinga, and Benjamin Nielson, Attorneys for Washington County Hospital and Clinics

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**November 28, 2023 at 10:30 AM**

**At: United States Courthouse, 111 7th Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401**

Date: November 17, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk