## EXHIBIT A

**ToneyKorf Partners, LLC**
**Staffing Report**
**October 1, 2023 – October 31, 2023**

| Professional | Title | Function |
|---|---|---|
| Mark Toney | Senior Managing Director | – Chief Restructuring Officer<br>– Leads and manages all day-to-day operations and stabilization of the Debtors<br>– Coordinates the restructuring, asset sales, liability assessments, and planning of the Debtors<br>– Participates in the sale process, including auction(s), due diligence, and discussions with key parties<br>– Develops transition plans for potential new owner(s)/operator(s)<br>– Negotiates and manages litigation and settlement plans with Mercy Hospital Foundation<br>– Assist counsel with objections and litigations by key stakeholders |
| James Porter | Managing Director | – Chief Financial Officer<br>– Manages the Debtors' financial and treasury functions<br>– Provides oversight of bankruptcy reporting<br>– Collaborates and supports the asset sale process in conjunction with the Debtors' professionals, including participating in the auction |
| Christopher Karambelas | Managing Director | – Chief Information Officer / Chief Operating Officer<br>– Oversees information technology systems and reporting<br>– Oversees facilities, environment of care, engineering, and security for the Debtors<br>– Addresses bankruptcy-related issues with vendors and contractual obligations, and prepares various court filings<br>– Collaborates and supports the asset sale process in conjunction with the Debtors' professionals |
| Peg Brubaker | Director | – Vice President of Human Resources<br>– Oversees human resources staff, including employee relations, HRIS, and recruitment<br>– Performs Benefit Specialist role<br>– Responds to defined benefit pension inquiries, provides and processes pension commencement requests |
| Jamy Houck | Director | – Manager of Administration and Communications<br>– Assists in the development of communication plans and deliverables for key stakeholders, including employees, patients, vendors, and the press<br>– Collaborates and supports the asset sale process in conjunction with the Debtors' professionals<br>– Oversees case administration, including retention matters for Getzler Henrich, and preparation of monthly invoices and staffing reports |

| Professional | Title | Function |
|---|---|---|
| Dennis Rodriguez | Director | – Finance Manager<br>– Supports bankruptcy-related matters, including preparation of Monthly Operating Reports, amendments to SOFAs and SOALs, and other financial and bankruptcy deliverables |
| Kara Borodkin | Paraprofessional | – Treasury and Finance Manager<br>– Supports cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses<br>– Assists the Debtors in monitoring compliance with cash collateral requirements<br>– Works with Debtors' internal finance team to manage relationships with vendors<br>– Prepares various weekly, monthly, and ad hoc financial and operational reports, including bankruptcy MOR filings, budgeting and cash flow reports, and assists with due diligence requests from other parties, including the UCC's financial advisors and various bidders' advisors |