# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No.  23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | AGREED MOTION TO EXTEND TIME |
| | ) | TO OBJECT TO FIRST MONTHLY FEE |
| | ) | APPLICATION OF MCDERMOTT WILL |
| | ) | & EMERY LLP |

The Acting U.S. Trustee files with the Court this Comment to *Debtor's Expedited Motion to Continue Matters Set for Hearing on November 28, 2023* to ensure clarity to the payment system in this case. *See* Doc. 526. In support thereof, the UST states:

1.   The First Monthly Fee Application of McDermott Will & Emery LLP ("Application") was filed on October 9, 2023. *See* Doc. 348.

2.   The UST filed its Objection to the First Monthly Fee App on November 6, 2023. *See* Doc. 467.

3.   The Debtor's counsel and UST have engaged in good faith discussions to come to a resolution on the UST's objection but have been unable to reach a resolution.

4.   A hearing on the Objection was set for November 28, 2023. The matter has been continued.

5.   In the Debtor's Motion to Continue the hearing filed at Docket 526, it states the UST and Debtors' counsel have agreed that the Debtors will be allowed to pay McDermott 70% of its fees and 100% of its expenses.

6. The UST does not dispute that it objected to McDermott's fees and requested a 30% reduction, but does understand the Interim Compensation Order (Doc. 224) to still require a request to the Court for the fees not at issue to be paid and for payment only after a court order. In particular, it is unclear what fees should be paid, what should be withheld by virtue of the 20% holdback required in the Interim Compensation Order, and what should be withheld due to the requested 30% reduction.

WHEREFORE, the Acting United States Trustee moves for a request by McDermott Will & Emery LLP for fees to be paid, through a Court Order, or other clarification on the Interim Compensation procedure that will govern this case.

Dated: November 22, 2023

**Mary R. Jensen**
Acting United States Trustee
Region 12

By:/s/ Janet G. Reasoner
**Janet G. Reasoner**
111 7th Ave SE, Box 17
Cedar Rapids, Iowa 52404
Ph: (319) 364-2211
Janet.G.Reasoner@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated November 22, 2023

By:/s/ Jennifer L. Cline
**Jennifer L. Cline**
Paralegal Specialist
United States Trustee's Office