**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1]<br><br>　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 23-00623 (TJC)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket No. 518** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2023, I caused to be served the "Compensation Report of ToneyKorf Partners, LLC for the Period From August 7, 2023 Through September 30, 2023," dated November 16, 2023 [Docket No. 518], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Betina Wheelon*
　　　　　　　　　　　　　　　　　　　　　　　　Betina Wheelon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

# EXHIBIT A

MERCY HOSPITAL, IOWA CITY, IOWA, et al, Case No. 23-00623 (TJC)
Electronic Mail Service List

| Name | Email |
|---|---|
| U.S. Trustee | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| Official Committee of Unsecured Creditors | kristin.steinkamp@alterahealth.com; pmagallanes@steindler.com; kmitchek@p-m-s.com; tyronza.walton@cardinalhealth.com; jacqueline.dombrowski@amnhealthcare.com; lauren.newman@acclara.com; jerry.hunt@owens-minor.com |
| Counsel for the Official Committee of Unsecured Creditors | asherman@sillscummis.com bmankovetskiy@sillsccummis.com rgainer@cutlerfirm.com |
| PensionorPensioner's Committee | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |