**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1]<br><br>                            Debtors. | ) Chapter 11<br>)<br>) Case No. 23-00623 (TJC)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket No. 524** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2023, I caused to be served the "Declaration of Ordinary Course Professional," dated November 10, 2023 [Docket No. 524], by causing true and correct copies to be delivered via electronic mail to: *rgainer@cutlerfirm.com, asherman@sillscummis.com, bmankovetskiy@sillscummis.com,* and *Janet.G.Reasoner@usdoj.gov.*

                                                                */s/ Wing Lai-Chan*
                                                                 Wing Lai-Chan

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.