**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] ) | Case No. 23-00623 (TJC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Ref. Docket Nos. 530 - 533** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 27, 2023, I caused to be served the:

   a. "Third Monthly Fee Application of Nyemaster Goode, P.C., Counsel to Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023," dated November 27, 2023 [Docket No. 530],

   b. "Notice of Third Monthly Fee Application of Nyemaster Goode, P.C., Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses," dated November 27, 2023 [Docket No. 531],

   c. "Third Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses," dated November 27, 2023 [Docket No. 532], and

   d. "Notice of Third Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses," dated November 27, 2023 [Docket No. 533],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                                */s/ Betina Wheelon*
                                                                Betina Wheelon

# EXHIBIT A

Case 23-00623    Doc 542    Filed 11/29/23    Entered 11/29/23 12:29:35    Desc Main
Document      Page 3 of 4

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)

Email List

| Name | Email |
|---|---|
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com;ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com;bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | Janet.G.Reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com ; mpreusker@mintz.com; chalik@whitfieldlaw.com |

Page 1 of 1