IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |

**REVISED NOTICE OF HEARING ON FINAL CASH COLLATERAL ORDER, FINAL CASH MANAGEMENT ORDER, AND RECONSIDERATION MOTION**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on August 7, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing on the Use of Cash Collateral, and (III) Granting Related Relief* [Docket No. 26] (the "Cash Collateral Motion").

**WHEREAS**, on August 7, 2023, the Debtors filed *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related to the Use Thereof, (C) Maintain Purchasing Card Program and Honor Prepetition Obligations Related Thereto, and (D) Continue to Perform Intercompany Transactions; (II) Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief* [Docket No. 14] (the "Cash Management Motion").

**WHEREAS**, on August 8, 2023 and November 7, 2023, the Court entered orders, on an interim basis, authorizing certain of the relief sought by the Debtors in the Cash Collateral Motion.

**WHEREAS**, on August 8, 2023, the Court granted the Cash Management Motion on an interim basis and, based on representations made on the record at various hearings, the Debtors have continued to operate under that interim order.

**WHEREAS**, on November 16, 2023, Everbank N.A. ("**Everbank**") filed its *Motion to Reconsider Order Approving Sale and to Compel Performance* [Docket No. 519] (the "**Reconsideration Motion**").

**NOTICE IS HEREBY GIVEN THAT** a hearing to consider entry of an order granting the Cash Collateral Motion and Cash Management Motion on a final basis and considering the Reconsideration Motion (if the Debtors and Everbank are unable to agree on terms of a stipulated

order) has been set for **December 19, 2023, at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to <u>listen in only</u> may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 30th day of November, 2023

    Respectfully Submitted,

    **NYEMASTER GOODE, P.C.**
    Roy Leaf, AT0014486
    625 First Street SE, Suite 400
    Cedar Rapids, IA 52401-2030
    Telephone:  (319) 286-7002
    Facsimile:  (319) 286-7050
    Email:  rleaf@nyemaster.com

    - and –

    Kristina M. Stanger, AT0000255
    Matthew A. McGuire, AT0011932
    Dana Hempy, AT0014934
    700 Walnut, Suite 1600
    Des Moines, IA 50309
    Telephone: 515-645-5510
    Fax: 515-283-8045
    Email: mmcguire@nyemaster.com
        kmstanger@nyemaster.com
        dhempy@nyemaster.com

    - and -

    **MCDERMOTT WILL & EMERY LLP**
    Felicia Gerber Perlman (admitted *pro hac vice*)
    Daniel M. Simon (admitted *pro hac vice*)
    Emily C. Keil (admitted *pro hac vice*)
    444 West Lake Street, Suite 4000
    Chicago, Illinois 60606
    Telephone:  (312) 372-2000

        Facsimile:    (312) 984-7700
        Email:        fperlman@mwe.com
                       dsimon@mwe.com
                       ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:   (214) 295-8000
Facsimile:    (972) 232-3098
Email:        jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this November 30, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

                                                    /s/ *Roy Leaf*