IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**MOTION TO WITHDRAW** |

COMES NOW Simmons Perrine Moyer Bergman PLC and Eric W. Lam and Christopher K. Loftus and Brian J. Fagan and hereby move to withdraw from representing Mercy Hospital Foundation, for the reason the client has directed the withdrawal and has consented to the withdrawal request. Movants anticipate Mercy Hospital Foundation will have another counsel appear in these proceedings. Pursuant to Iowa Court Rule 32:1.16(a)(3), Movants respectfully seek an Order granting this Motion.

       /s/ Eric W. Lam
Eric W. Lam, AT0004416
Christopher K. Loftus, AT0008901
Brian J. Fagan, AT0002376
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
cloftus@SPMBLAW.com
bfagan@SPMBLAW.com
ATTORNEYS FOR FOUNDATION

**Certificate of Service**

The undersigned certifies, under penalty of perjury that on this 1st day of December, 2023 the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

       /s/ Kelly Carmichael

Mercy Foundation/Pldgs/Drafts/Mtn to Withdraw.120123.1121.ewl