**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 547** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2023, I caused to be served the "Revised Notice of Hearing on Final Cash Collateral Order, Final Cash Management Order, and Reconsideration Motion," dated November 30, 2023 [Docket No. 547], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count 14**

| Claim Name | Address Information |
| --- | --- |
| BRIDGEWATER BANK | ATTN: SHAUNDRA LEX, VP BUSINESS SERVICE 4450 EXCELSIOR BLVD SUITE 100 ST. LOUIS PARK MN 56416 |
| CEDAR RAPIDS BANK AND TRUST COMPANY | ATTN: AMANDA OPFER, LORI TOMASEK 500 1ST AVE NE CEDAR RAPIDS IA 52401 |
| FARMERS TRUST & SAVINGS BANK | ATTN: KATHY FOLKMANN PO BOX 90 510 ELM STREET WILLIAMSBURG IA 52361 |
| FIDELITY BANK & TRUST | ATTN: JOHN HIERSEMAN 4250 ASBURY RD DUBUQUE IA 52002 |
| HILLS BANK | ATTN: BETHANY GORSCH 313 E MAIN ST. HILLS IA 52235 |
| HILLS BANK | ATTN: KATHY MARSHALL 590 WEST FORREVERGREEN RD NORTH LIBERTY IA 52317 |
| MIDWEST ONE BANK | ATTN: TRISH STEVENS 300 E 2ND STREET MUSCATINE IA 52761 |
| PRINCIPAL BANK | ATTN: JEFFREY J WOZINAK 510 N VALLEY MILLS DRIVE SUITE 400 WACO TX 76710-6075 |
| SOLON STATE BANK | ATTN: LINDA SOBERS, VP OF OPERATIONS 126 SOUTH MARKET STREET PO BOX 129 SOLON IA 52333 |
| SOUTH OTTUMWA SAVINGS BANK | ATTN: CARMELA LECHUGA, BRANCH MANAGER PO BOX 516 OTTUMWA IA 52501-0516 |
| US BANK | ATTN: TIM RAYMER, VICE PRESIDENT TMPC PO BOX 1800 SAINT PAUL MN 55101-0800 |
| WELLS FARGO BANK, NA | ATTN: THERESA M. JACOBSON 10 S WACKER DR, 13TH FL CHICAGO IL 60606 |
| WELLS FARGO BANK, NA | ATTN: THERESA M. JACOBSON 230 W MONROE ST, STE 2900 CHICAGO IL 60606 |

**Total Creditor count 13**

| Claim Name | Address Information |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | 1 W 1ST AVE STE 100 CONSHOHOCKEN PA 19428-1800 |
| ASD SPECIALTY HEALTHCARE LLC | 5025 PLANO PKWY CARROLLTON TX 75010 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087 |
| GE HFS LLC | 12854 KENAN DR, STE 201 JACKSONVILLE FL 32258 |
| HOMETRUST BANK EQUIPMENT FINANCE | PO BOX 2211 CORNELIUS NC 28031-2211 |
| HUNTINGTON TECHNOLOGY FINANCE INC | 2285 FRANKLIN RD, STE 100 ATTN: MARY HURT BLOOMFIELD HILLS MI 48302 |
| NORWEST BANK IOWA, NA | 566 WALNUT ST DES MOINES IA 50309 |
| OLYMPUS AMERICA INC | 3500 CORPORATE PKWY CENTER VALLEY PA 18034 |
| REPUBLIC BANK & TRUST COMPANY | ATTN: KARI THOM-VP 601 W MARKET DT LOUISVILLE KY 40202 |
| SIEMENS FINANCIAL SERVICES INC | 170 WOOD AVE S, FL 1 ISELIN NJ 08830-2726 |
| SIEMENS HEALTHCARE DIAG INC | BLDG 500, MS 530 PO BOX 6101 NEWARK DE 19714 |
| WELLS FARGO BANK IOWA, NA | 666 WALNUT ST DES MOINES IA 50309 |
| WELLS FARGO BANK, NA | 230 W MONROE ST, STE 2900 CHICAGO IL 60606 |
| WELLS FARGO BANK, NA | AS MASTER TRUSTEE 10 S WACKER DR, 13TH FL CHICAGO IL 60606 |
| XEROX FINANCIAL SERVICES | 201 MERRITT 7 NORWALK CT 06856 |

**Total Creditor count  15**

**EXHIBIT B**

Case 23-00623    Doc 550    Filed 12/01/23    Entered 12/01/23 14:11:07    Desc Main
Document      Page 6 of 8

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Core Email Service List

| Creditor Name | Email Address |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| ALTERA DIGITAL HEALTH, INC. | kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | nicholas.marten@afslaw.com; matthew.prewitt@afslaw.com; beth.brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BIOMERIEUX INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com; jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com; |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |
| HEIDMAN LAW FIRM PLLC | jessica.board@heidmanlaw.com |
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| J&K PMS INC | kmitchek@p-m-s.com |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com; eberez1@its.jnj.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Core Email Service List

| Creditor Name | Email Address |
| --- | --- |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| LOEB & LOEB LLP | scarroll@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; mpreusker@mintz.com; krwalsh@mintz.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com; bmankovetskiy@sillscummis.com; |
| SIMMONS PERRINE MOYER BERGMAN PLC | elam@simmonsperrine.com; cloftus@spmblaw.com; bfagan@spmblaw.com |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; bgn@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov |
| UNITED STATES TRUSTEE | claire.r.davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US INC | legal.americas@zimmerbiomet.com; |