IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is Simmons Perrine Moyer Bergman PLC's Motion to Withdraw. The Motion reports the Movants are seeking withdrawal pursuant to Iowa Court Rule 32:1.16(a)(3). Having examined the Motion, the Court FINDS AND ORDERS the relief requested in the Motion should be and is hereby GRANTED.

Entered this __1st__ day of __December__, 2023.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by:
Eric W. Lam, Attorney for Mercy Hospital Foundation

Mercy Foundation/Pldgs/Drafts/ORDER re Mtn to Withdraw.112723.1701.ewl