**EXHIBIT A**

**Proposed Order**

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

**ORDER EXTENDING EXCLUSIVE PERIODS TO FILE
A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (this "Order") extending by 90 days the Debtors' exclusive periods to (i) file a chapter 11 plan, through and including March 4, 2024 (the "Exclusive Filing Period"), and (ii) solicit votes thereon, through and including May 6, 2024 (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusive Periods"), without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted as set forth herein.

2. The Exclusive Filing Period is extended through and including March 5, 2024.

3. The Exclusive Solicitation Period is extended through and including May 5, 2024.

4. The entry of this Order is without prejudice to the Debtors' right to request further extensions of the Exclusive Periods.

5. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.