# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

### AGREED ORDER DEEMING TIMELY CERTAIN LATE-FILED PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULES 3002 AND 3003

Upon the motion (the "<u>Motion</u>") of the Debtors[1] for entry of an agreed order (the "<u>Order</u>") between the Debtors and Humana deeming timely certain late-filed proofs of claim attached hereto as Exhibit 1; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Public Administrative Order* referring bankruptcy cases entered by the United States District Court for the Northern District of Iowa; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Motion is granted as set forth herein.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

2. The Humana POCs received by Epic are hereby deemed timely filed pursuant to Bankruptcy Rule 3002(c)(6) and Bankruptcy Rule 3003(c)(3). To the extent necessary to effectuate this relief, the Bar Date is extended until November 24, 2023, solely with respect to Humana, so as to permit the Humana POCs to be timely filed.

3. For the avoidance of doubt, this Order does not affect the right of any party in interest to object to the substance of the Humana POCs.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Stipulation.

5. The Order shall be enforceable and immediately effective.

Dated and entered this __7th__ day of December 2023.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Consented to By:**

*/s/ Roy Leaf*
**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309

Telephone: (515) 645-5510
Fax: (515) 283-8045
Email: mmcguire@nyemaster.com
      kmstanger@nyemaster.com
      dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: fperlman@mwe.com
      dsimon@mwe.com
      ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

-and-

*/s/ Nicholas E. Ballen*
**FOX, SWIBEL, LEVIN & CARROLL LLP**
Nicholas E. Ballen
200 W. Madison Suite 3000
Chicago, IL 60606
Phone: (312) 224-1213
Fax: (312) 224-1201
Email: nballen@foxswibel.com

*Attorney for Humana*