# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF JANUARY 22, 2024 HEARING ON OBJECTIONS OF CONTRACT COUNTERPARTIES TO SALE ORDER AND EXCLUSIVITY MOTION

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on August 9, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Order (I)(A) Approving Bidding Procedures For the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Provide Stalking Horse Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving the Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 58] (the "Sale Motion").

**WHEREAS,** the Sale Motion requested approval of, among other things, disposition of substantially all of the Debtors' assets or some portion thereof (the "Assets").

**WHEREAS,** on November 7, 2023, the Court entered its *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief* [Docket No. 476] (the "Sale Order").

**WHEREAS**, the Sale Order approved the Sale Motion and the sale of the Assets to the State University of Iowa. Paragraph 21 of the Sale Order also provided that any Contract Counterparty[1] that had timely filed an Objection prior to entry of the Sale Order had until January 12, 2024 to file a formal Contract Objection (to the extent not resolved by agreement with the Debtors).

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Sale Order.

**WHEREAS**, on December 5, 2023, the Debtors filed *Debtors' Motion for Entry of Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 554] (the "Exclusivity Motion").

**WHEREAS**, on December 6, 2023, Preston Hollow Community Capital, Inc. and Computershare Trust Company, N.A. filed an objection to the Exclusivity Motion [Docket No. 559].

**NOTICE IS HEREBY GIVEN THAT** a hearing to consider any Contract Objections to the Sale Order and the Exclusivity Motion has been set for **January 22, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 7th day of December, 2023

    Respectfully Submitted,

    **NYEMASTER GOODE, P.C.**
    Roy Leaf, AT0014486
    625 First Street SE, Suite 400
    Cedar Rapids, IA 52401-2030
    Telephone:   (319) 286-7002
    Facsimile:    (319) 286-7050
    Email:       rleaf@nyemaster.com

    - and –

    Kristina M. Stanger, AT0000255
    Matthew A. McGuire, AT0011932
    Dana Hempy, AT0014934
    700 Walnut, Suite 1600
    Des Moines, IA 50309
    Telephone: 515-283-3100
    Fax: 515-283-8045
    Email: mmcguire@nyemaster.com
           kmstanger@nyemaster.com
           dhempy@nyemaster.com

    - and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:          fperlman@mwe.com
                    dsimon@mwe.com
                    ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:          jhaake@mwe.com

*Counsel for Debtors and*
*Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this December 7, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

3