IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJUSTMENT TO COMPENSATION SOUGHT BY NYEMASTER GOODE, P.C. FOR OCTOBER 2023**

   **WHEREAS,** on November 27, 2023, Nyemaster Goode, P.C. ("Nyemaster"), co-counsel for Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed its *Third Monthly Fee Application of Nyemaster Goode, P.C., Counsel to Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 through October 31, 2023* [Docket No. 530] (the "Nyemaster October Fee Statement").

   **WHEREAS**, following discussions with counsel for the Office of the United States' Trustee, Nyemaster has agreed to reduce the amount of compensation sought in the Nyemaster October Fee Statement by $1,294.25, which amount reflects reducing by one-half the fees sought for travel time attorney Roy Leaf spent traveling to Chicago, Illinois to attend the first auction and travel time attorney Dana Waterman Hempy spent traveling to Cedar Rapids, Iowa for the hearing in this case on October 3, 2023.

**DATED** this 12th day of December, 2023

                                         Respectfully Submitted,

                                         **NYEMASTER GOODE, P.C.**
                                         Roy Leaf, AT0014486
                                         625 First Street SE, Suite 400
                                         Cedar Rapids, IA 52401-2030
                                         Telephone:     (319) 286-7002
                                         Facsimile:     (319) 286-7050
                                         Email:         rleaf@nyemaster.com

                                         - and –

                                         Kristina M. Stanger, AT0000255

Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-645-5510
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this December 12, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*