**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: December 29, 2023 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**THIRD MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | October 1, 2023 – October 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $135,000.00 (80% of $168,750.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,274.88 |

This is a monthly application.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $1,075 | 39.9 | $42,892.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $925 | 105.0 | $97,125.00 |
| S. Jason Teele | Member, Bankruptcy<br>First Bar Admission: 2001 | $895 | 18.1 | $16,199.50 |
| Matthew Holden | Member, Corporate<br>First Bar Admission: 2006 | $695 | 4.9 | $3,405.50 |
| Jeffrey Kramer | Of Counsel, Bankruptcy<br>First Bar Admission: 1995 | $835 | 0.9 | $751.50 |
| Michael Savetsky | Of Counsel, Bankruptcy<br>First Bar Admission: 2005 | $835 | 23.4 | $19,539.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $775 | 15.8 | $12,245.00 |
| Jeffery Wendler | Of Counsel, Real Estate<br>First Bar Admission: 1989 | $595 | 10.0 | $5,950.00 |
| Oleh Matviyishyn | Associate, Bankruptcy<br>First Bar Admission: 2022 | $475 | 32.0 | $15,200.00 |
| **Total Fees at Standard Rates** | | | **250.0** | **$213,308.00** |
| **Total Fees at $675 Blended Hourly Rate[2]** | | | **250.0** | **$168,750.00** |

[1] Effective October 1, 2023 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew H. Sherman was increased from $995 to $1,075; the hourly rate of Boris Mankovetskiy was increased from $875 to $925; the hourly rate of Jason Teele was increased from $850 to $895; the hourly rate of Michael Savetsky was increased from $795 to $835; and the hourly rate of Gregory Kopacz was increased from $725 to $775. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $675 blended hourly rate cap.

[2] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 122.1 | $112,244.50 |
| Case Administration (104) | 32.3 | $26,928.50 |
| Claims Administration and Objections (105) | 18.7 | $12,548.50 |
| Fee/Employment Applications (107) | 8.2 | $4,975.00 |
| Financing (109) | 25.9 | $23,363.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 35.8 | $26,569.00 |
| Relief from Stay Proceedings (114) | 5.0 | $4,529.00 |
| Travel (billed at 50%) | 2.0 | $2,150.00 |
| **Total Fees at Standard Rate** | **250.0** | **$213,308.00** |
| **Total Fees at $675 Blended Rate[1]** | **250.0** | **$168,750.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfare | $784.90 |
| Car Rental/Service | 113.53 |
| Lodging | $248.54 |
| Meals | $48.51 |
| Pacer/Online Research | $3.00 |
| Parking | 76.40 |
| **TOTAL** | **$1,274.88** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675.  See Retention Application ¶ 16.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: December 29, 2023 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

### THIRD APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023</u>

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Third Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From October 1, 2023 Through October 31, 2023* (the "<u>Application</u>"), seeking allowance of $135,000.00 (80% of $168,750.00) in fees, *plus* $1,274.88 for reimbursement of actual and necessary expenses, for a total of $136,274.88.

### <u>Background</u>

1.      On August 7, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3.      The Committee retained Sills as co-counsel pursuant to this Court's *Order*

*Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the*

*Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

<u>**Compensation Paid and Its Source**</u>

4.      All services for which compensation is requested were performed for or on behalf

of the Committee.  During the compensation period, Sills received no payment and no promises

for payment from any source other than the Debtors for services to be rendered in any capacity in

connection with the matters covered by this Application.  There is no agreement or

understanding between Sills and any other person, other than with the members, of counsel and

associates of the firm, for the sharing of compensation to be received in these cases.

<u>**Fee Statements**</u>

5.      The fee statement for this period is attached as <u>**Exhibit A**</u>.  To the best of Sills'

knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331,

the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and*

*Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases Effective November 1, 2013*, and the Compensation Order.

<u>**Summary of Services by Project**</u>

A.      <u>Asset Disposition</u>

Fees: $112,244.50;      Total Hours: 122.1

This category includes time spent: (a) conducting a lien analysis in connection with a

proposed credit bid; (b) analyzing bids and addressing auction and sale-related matters; (c)

analyzing matters related to the assumption, assignment and rejection of executory contracts and

unexpired leases; (d) reviewing sale objections filed by third parties; (e) attending the auction

and the continued auction dates; (f) analyzing, revising and negotiating sale documents,

including the proposed sale order, a proposed interim management agreement and a proposed

agreement to advance; (g) addressing cash flow and sale closing matters, including regulatory

approval matters; (h) drafting a letter regarding a bid dispute; (i) reviewing a related motion to

compel filed by Preston Hollow; (j) drafting an objection thereto and conducting related research

and analysis; (k) addressing back-up bid and alternative sale matters; (l) addressing valuation

matters; and (m) communicating with Debtors' counsel, counsel to Preston Hollow, the

Committee members, the Committee's financial advisor and the Bondholder representative's

counsel regarding the foregoing and related matters.

B.      Case Administration

      Fees: $26,928.50;        Total Hours: 32.3

This category includes time spent: (a) attending Committee meetings and preparing

updates for the Committee members; (b) preparing the Committee's 1102 motion and addressing

matters related to the establishment of a Committee website; (c) reviewing motions, pleadings,

and other court filings; (d) responding to creditor queries and addressing pending matters; and (e)

communicating with the Committee members, Debtors' counsel and bondholders' counsel

regarding the foregoing and related matters.

C.      Claims Administration and Objections

      Fees: $12,548.50;        Total Hours: 18.7

This category includes time spent: (a) analyzing secured claims asserted against the

Debtors' estates; (b) analyzing alleged liens and security interests asserted against the Debtors'

assets; and (c) analyzing PTO matters.

D.      Fee/Employment Applications

      Fees: $4,975.00;        Total Hours: 8.2

This category includes time spent: (a) preparing Sills' August and September fee

statements; (b) analyzing matters related to H2C's request to modify its engagement terms; and (c) reviewing the Committee's financial advisor's fee statements.

E.      Financing

      Fees: $23,363.50;      Total Hours: 25.9

This category includes time spent: (a) analyzing the proposed final cash collateral order and addressing related matters, including preparing an objection thereto; (b) addressing matters related to the potential use of the Mercy Foundation's funds, including reviewing and analyzing proposed term sheets; and (c) communicating with Debtors' counsel, the Committee members and the Committee's other advisors regarding the foregoing and related matters.

F.      Litigation (Other than Avoidance Action Litigation)

      Fees: $26,569.00;      Total Hours: 35.8

This category includes time spent: (a) reviewing and analyzing a motion to appoint a pensioner committee; (b) drafting an objection thereto and conducting related research and analysis; (c) analyzing the reply brief filed in response thereto; (d) preparing for and attending a related hearing; (e) addressing matters related to the proposed settlement of Mercy Foundation disputes; (f) communicating with the Committee's other advisors regarding the foregoing and related matters.

G.      Relief from Stay Proceedings

      Fees: $4,529.00;      Total Hours: 5.0

This category includes time spent analyzing: (a) proposed resolutions of stay relief requests, (b) stay relief motions; and (c) related insurance matters.

H.      Travel (billed at 50%)

      Fees: $2,150.00;      Total Hours: 2.0

This category includes time spent traveling to and from Chicago for an auction.

## Conclusion

6.      Sills submits the amounts sought are fair and reasonable given (a) the complexity

of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value

of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums $135,000.00

(80% of $168,750.00) as compensation, *plus* $1,274.88 for reimbursement of actual and

necessary expenses, for a total of $136,274.88, and that such amount be authorized for payment.

Dated: December 15, 2023                    Respectfully submitted,

*/s/ Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
E-mail:  asherman@sillscummis.com
             bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:     515-223-6600
Facsimile:     515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured*
*Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this December 15, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.


/s/ *Stephanie Newton*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | December 1, 2023 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2050121 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through October 31, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 10/01/23 | BM | 102 | Analysis regarding bond trustee's asserted liens and security in interests in connection with credit bid. | 1.10 | |
| 10/02/23 | BM | 102 | Analysis regarding bondholders' liens in connection with credit bid. | 1.20 | |
| 10/02/23 | BM | 102 | Analysis regarding qualification of bids and auction issues. | 1.10 | |
| 10/02/23 | BM | 102 | Analysis regarding Preston Hollow's bid submission. | 2.20 | |
| 10/02/23 | AHS | 102 | Review of bid for assets and follow up calls with counsel re: same. | 1.10 | |
| 10/02/23 | JT | 102 | Review computershare credit bid materials. | 0.90 | |
| 10/02/23 | JT | 102 | Review updated bid tracker. | 0.40 | |
| 10/02/23 | JT | 102 | E-mail to O. Matviyishyn regarding bids. | 0.30 | |
| 10/02/23 | OM | 102 | Prepare Mercy stalking horse bid comparison chart. | 2.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/02/23 | OM | 102 | Edit stalking horse bid chart incorporating bid from ComputerShare Trust Company. | 1.10 | |
| 10/03/23 | BM | 102 | Analysis regarding bid comparisons and qualifications. | 2.40 | |
| 10/03/23 | BM | 102 | Analysis regarding scope of bond trustee's mortgages in connection with credit bid on real property. | 0.90 | |
| 10/03/23 | BM | 102 | Analysis regarding establishing Committee procedures for actions as consultation party in connection with auction process. | 0.40 | |
| 10/03/23 | BM | 102 | Analysis regarding procedures for assumption and assignment of contracts. | 0.70 | |
| 10/03/23 | AHS | 102 | Calls with Debtors' counsel and counsel for PH in advance of auction. | 0.80 | |
| 10/03/23 | JT | 102 | Review further updated bid chart. | 0.30 | |
| 10/03/23 | GAK | 102 | Review sale objections. | 0.40 | |
| 10/03/23 | OM | 102 | Research local Iowa law re: liens on fixtures. | 0.20 | |
| 10/03/23 | OM | 102 | Correspondence with B. Mankovetskiy and update bid comparison chart pursuant to comments. | 0.90 | |
| 10/03/23 | OM | 102 | Credit bid comparison analysis re: sale. | 1.10 | |
| 10/04/23 | BM | 102 | Analysis of bids and issues during auction. | 2.60 | |
| 10/04/23 | BM | 102 | Prepare updates for Committee in connection with auction. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/04/23 | AHS | 102 | Attend auction for the sale of the Debtors' assets. | 9.60 | |
| 10/04/23 | GAK | 102 | Review update regarding auction. | 0.10 | |
| 10/05/23 | BM | 102 | Analysis regarding auction status and next steps. | 1.40 | |
| 10/05/23 | BM | 102 | Analysis regarding bondholders' bid and operator issues. | 1.20 | |
| 10/05/23 | BM | 102 | Analysis regarding disposition of Debtors' clinics and joint venture interests. | 0.90 | |
| 10/06/23 | BM | 102 | Analysis regarding continuance of sale hearing. | 0.40 | |
| 10/06/23 | BM | 102 | Analysis regarding Debtors' cash flow projections and sale closing issue. | 0.90 | |
| 10/06/23 | BM | 102 | Analysis of issues regarding continued auction. | 1.20 | |
| 10/06/23 | AHS | 102 | Address issues regarding auction and emails to committee re: same. | 0.20 | |
| 10/06/23 | AHS | 102 | Calls and emails with counsel for Debtors re: adjourned auction and sale hearing issues. | 0.90 | |
| 10/09/23 | BM | 102 | Analysis of issues regarding resumption of auction. | 1.20 | |
| 10/09/23 | BM | 102 | Analysis regarding disposition of certain clinics and real estate assets of the Debtors. | 1.10 | |
| 10/09/23 | JT | 102 | Office conference with O. Matviyishyn regarding auction and sale issues. | 0.30 | |
| 10/10/23 | BM | 102 | Attend continued auction. | 3.20 | |
| 10/10/23 | BM | 102 | Analysis regarding sale closing timeline and regulatory approval conditions. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/10/23 | BM | 102 | Analysis regarding disposition of real estate and other assets excluded from proposed sale. | 1.10 | |
| 10/10/23 | AHS | 102 | Follow up with committee after auction. | 0.20 | |
| 10/10/23 | AHS | 102 | Attend auction. | 3.00 | |
| 10/10/23 | AHS | 102 | Calls with Debtors and PH in advance of auction. | 0.40 | |
| 10/11/23 | BM | 102 | Analysis regarding successful bid and documentation in connection with same. | 1.90 | |
| 10/11/23 | GAK | 102 | Review auction results. | 0.10 | |
| 10/13/23 | BM | 102 | Analysis regarding sale documents. | 0.80 | |
| 10/16/23 | MH | 102 | Call with A. Sherman and B. Mankovetskiy re: Interim Management Agreement and Agreement to Advance. | 0.30 | |
| 10/16/23 | BM | 102 | Call with Debtors and Preston Hollow regarding sale issues and related documents. | 0.90 | |
| 10/16/23 | BM | 102 | Analysis regarding draft interim management agreement. | 1.40 | |
| 10/16/23 | BM | 102 | Analysis regarding draft agreement to advance. | 1.20 | |
| 10/16/23 | BM | 102 | Analysis regarding draft proposed form of sale order. | 0.80 | |
| 10/16/23 | AHS | 102 | Call with counsel for PH and Debtors re: upcoming sale hearing and ancillary documents. | 0.90 | |
| 10/16/23 | AHS | 102 | Initial review and analysis of funding agreement and IMA in connection with sale. | 0.70 | |
| 10/16/23 | JT | 102 | Review and revise proposed sale Order. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/16/23 | JT | 102 | E-mail to B. Mankovetskiy and A. Sherman regarding sale Order. | 0.30 | |
| 10/16/23 | JK | 102 | Telephone conference with J. Teele re: sale order. | 0.10 | |
| 10/16/23 | JK | 102 | Review and analyze sale order. | 0.30 | |
| 10/16/23 | JK | 102 | Telephone conference with A. Sherman and B. Mankovetskiy re: sale order. | 0.20 | |
| 10/17/23 | MH | 102 | Review and comment on Agreement to Advance and Interim Management Agreement. | 3.80 | |
| 10/17/23 | MH | 102 | Draft redlines of IMA and AA and email same to A. Sherman and B. Mankovetskiy. | 0.10 | |
| 10/17/23 | MH | 102 | Review B. Mankovetskiy email with comments to IMA and AA. | 0.10 | |
| 10/17/23 | MH | 102 | Revise IMA and AA per B. Mankovetskiy comments, draft revised redlines and email same to B. Mankovetskiy and A. Sherman. | 0.60 | |
| 10/17/23 | BM | 102 | Correspondence with Debtors and PH's counsel regarding sale documents. | 0.60 | |
| 10/17/23 | BM | 102 | Analysis and revisions of proposed interim management agreement. | 1.20 | |
| 10/17/23 | BM | 102 | Analysis regarding Debtors' cash flow projections and sale closing issues. | 1.10 | |
| 10/17/23 | BM | 102 | Analysis and revisions of proposed funding agreement. | 0.90 | |
| 10/17/23 | BM | 102 | Analysis and revisions of proposed from of sale order. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/17/23 | JT | 102 | E-mail to B. Mankovetskiy regarding sale Order. | 0.30 | |
| 10/17/23 | JK | 102 | Review and analyze sale order and telephone conference with J. Teele re: same. | 0.30 | |
| 10/18/23 | BM | 102 | Draft and edit letter to Preston Hollow regarding dispute over its bid. | 1.20 | |
| 10/18/23 | BM | 102 | Analysis regarding dispute over terms of funding agreement with Preston Hollow. | 1.10 | |
| 10/18/23 | AHS | 102 | Call with counsel for Debtors re: auction issues and PH bid issues. | 0.40 | |
| 10/18/23 | AHS | 102 | Emails to committee re: auction issues and bid from PH. | 0.50 | |
| 10/18/23 | AHS | 102 | Review and revise letter to counsel to PH re: asset sale and auction issues. | 0.80 | |
| 10/19/23 | BM | 102 | Analysis of bidding procedures and order regarding enforcement of back up bid. | 0.70 | |
| 10/19/23 | BM | 102 | Analysis regarding dispute over Preston Hollow's bid and potential next steps. | 1.10 | |
| 10/19/23 | AHS | 102 | Review and analysis of motion filed by Preston Hall re: sale issues. | 0.60 | |
| 10/19/23 | AHS | 102 | Call with counsel for Debtors re: sale issues and next steps, email to Committee re: same and next steps. | 0.80 | |
| 10/19/23 | AHS | 102 | Calls and emails with committee members re: sale issues. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/20/23 | BM | 102 | Analysis regarding Preston Hollow's motion to compel enforcement of auction results. | 0.90 | |
| 10/20/23 | BM | 102 | Analysis regarding enforcement of back up bid. | 0.90 | |
| 10/20/23 | BM | 102 | Analysis regarding sale documentation and enforcement of successful bid. | 1.40 | |
| 10/20/23 | AHS | 102 | Emails and calls with committee members re: sales process and next steps. | 0.80 | |
| 10/20/23 | AHS | 102 | Calls and emails with counsel for Debtors re: sales process issues, filed motion and next steps. | 0.60 | |
| 10/20/23 | GAK | 102 | Review motion to compel compliance with auction results. | 0.40 | |
| 10/20/23 | GAK | 102 | Review motion to shorten for motion to compel compliance with auction. | 0.10 | |
| 10/23/23 | BM | 102 | Call with FTI regarding sale issues. | 0.40 | |
| 10/23/23 | BM | 102 | Analysis regarding valuation and disposition of JV interests. | 1.10 | |
| 10/23/23 | AHS | 102 | Call with counsel for Debtors re: sale issues and call to counsel for University re: same. | 0.60 | |
| 10/24/23 | BM | 102 | Analysis regarding potential pivot to sale to the University of Iowa. | 0.90 | |
| 10/24/23 | BM | 102 | Analysis regarding sale status and dispute over funding agreement. | 1.40 | |
| 10/24/23 | BM | 102 | Analysis regarding objection to Preston Hollow's motion to compel compliance with auction results. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/24/23 | MS | 102 | Draft objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 4.40 | |
| 10/24/23 | MS | 102 | Confer with B. Mankovetskiy re: objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 0.20 | |
| 10/25/23 | BM | 102 | Analysis regarding dispute over PH's bid and potential reopening of the auction. | 1.20 | |
| 10/25/23 | BM | 102 | Analysis regarding objection to Preston Hollow's motion to compel. | 1.30 | |
| 10/25/23 | BM | 102 | Analysis regarding Debtors' correspondence with the University regarding purported termination of APA. | 0.80 | |
| 10/25/23 | BM | 102 | Call with Debtors' and Bondholders' counsel regarding sale issues. | 0.40 | |
| 10/25/23 | AHS | 102 | Follow up calls with counsel for Debtors and to counsel for University and initial review of response to motion by Preston Hollow. | 0.70 | |
| 10/25/23 | AHS | 102 | Call with counsel for Debtors re: sale issues. | 0.50 | |
| 10/25/23 | MS | 102 | Draft objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 4.70 | |
| 10/25/23 | MS | 102 | Legal research re: objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/26/23 | BM | 102 | Analysis regarding dispute with Preston Hollow regarding successful bid. | 1.90 | |
| 10/26/23 | BM | 102 | Analysis regarding potential options with respect to University's designated back-up bid. | 1.40 | |
| 10/26/23 | BM | 102 | Analysis of issues regarding resumption of auction. | 1.30 | |
| 10/26/23 | BM | 102 | Analysis and revisions of objection to Preston Hollow's motion to compel. | 1.10 | |
| 10/26/23 | AHS | 102 | Emails with committee and members re: auction issues and auction strategy. | 0.80 | |
| 10/26/23 | AHS | 102 | Calls with counsel for Debtors re: auction issues, emails and call to counsel for PH and University re: auction issues. | 0.60 | |
| 10/26/23 | AHS | 102 | Committee meeting re: pension committee, sale and auction issues. | 0.60 | |
| 10/26/23 | MS | 102 | Review revisions to objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 0.40 | |
| 10/26/23 | MS | 102 | Legal research re: objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 0.40 | |
| 10/26/23 | MS | 102 | Review and further revise objection to Preston Hollow's motion to compel enforcement of alleged sale terms. | 0.60 | |
| 10/27/23 | BM | 102 | Call with Debtors' counsel regarding sale and cash collateral issues. | 0.40 | |
| 10/27/23 | BM | 102 | Attend continued auction. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/27/23 | BM | 102 | Analysis regarding assumption/rejection process in connection with sale. | 0.40 | |
| 10/27/23 | AHS | 102 | Calls with counsel for University of Iowa and Debtors re: sale issues, closing issues, next steps and potential cash collateral issues. | 0.80 | |
| 10/27/23 | AHS | 102 | Email to Committee re: auction issues. | 0.30 | |
| 10/27/23 | AHS | 102 | Attend auction and follow up with Debtors' counsel re: same. | 1.20 | |
| 10/27/23 | AHS | 102 | Calls with Debtors counsel and counsel for PH in advance of auction. | 0.40 | |
| 10/27/23 | GAK | 102 | Review auction results and motion to continue hearing on motion to compel compliance with auction results. | 0.20 | |
| 10/30/23 | BM | 102 | Analysis regarding potential regulatory issues in connection with sale to University. | 1.10 | |
| | | **TASK TOTAL 102** | | **122.10** | **$112,244.50** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 10/02/23 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 10/03/23 | BM | 104 | Analysis regarding 1102 motion. | 0.40 | |
| 10/03/23 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.40 | |
| 10/03/23 | AHS | 104 | Attend committee meeting re: sale, auction and foundation issues and follow up re: same. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/03/23 | GAK | 104 | Review order amended litigation schedule for Cash Collateral, Examiner Motion and cash management motion and communications with O. Matviyishyn regarding same. | 0.10 | |
| 10/03/23 | GAK | 104 | Work on 1102 motion. | 0.50 | |
| 10/03/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.40 | |
| 10/03/23 | OM | 104 | Prepare intial outline for 1102 motion. | 0.30 | |
| 10/03/23 | OM | 104 | Correspondence with G. Kopacz re: 1102 motion. | 0.20 | |
| 10/04/23 | GAK | 104 | Emails with Epiq regarding 1102 motion. | 0.20 | |
| 10/04/23 | GAK | 104 | Work on 1102 motion. | 0.50 | |
| 10/04/23 | GAK | 104 | Prepare for and attend call with Epic regarding Committee website and 1102 motion. | 0.30 | |
| 10/05/23 | BM | 104 | Prepare an update for Committee. | 0.40 | |
| 10/05/23 | JT | 104 | E-mail from G. Kopacz regarding examiner motion. | 0.30 | |
| 10/05/23 | GAK | 104 | Emails with team regarding examiner motion/objection. | 0.10 | |
| 10/06/23 | BM | 104 | Prepare a committee update. | 0.30 | |
| 10/06/23 | BM | 104 | Analysis regarding 1102 motion and proposed services agreement with Epiq. | 0.70 | |
| 10/06/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 10/06/23 | GAK | 104 | Review and analyze Epiq's proposed service agreement contract. | 1.40 | |
| 10/06/23 | GAK | 104 | Communications with B. Mankovetskiy regarding Epiq services agreement and suggested revisions. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 12

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/06/23 | GAK | 104 | Email Debtors' counsel regarding Committee website. | 0.20 | |
| 10/06/23 | GAK | 104 | Review order continuing hearing and deadlines for examiner motion. | 0.20 | |
| 10/09/23 | BM | 104 | Prepare an update for Committee. | 0.30 | |
| 10/09/23 | GAK | 104 | Email Debtor's counsel regarding 1102/website matters. | 0.30 | |
| 10/10/23 | BM | 104 | Prepare updates for Committee. | 0.70 | |
| 10/10/23 | GAK | 104 | Draft email to Epiq regarding revised service agreement. | 0.10 | |
| 10/10/23 | GAK | 104 | Revise Epiq's proposed service agreement based on discussions with Debtor's counsel and B. Mankovetskiy. | 1.40 | |
| 10/11/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.30 | |
| 10/12/23 | GAK | 104 | Meeting with O. Matviyishyn regarding 1102 motion. | 0.10 | |
| 10/12/23 | OM | 104 | Update 1102 motion pursuant to comments from G. Kopacz. | 0.40 | |
| 10/12/23 | OM | 104 | Draft 1102 motion. | 1.40 | |
| 10/13/23 | BM | 104 | Analysis regarding 1102 motion. | 0.60 | |
| 10/13/23 | GAK | 104 | Email Epiq regarding service agreement. | 0.20 | |
| 10/13/23 | GAK | 104 | Revise service agreement to address Epiq comments and email MWE regarding same. | 0.30 | |
| 10/16/23 | JT | 104 | Telephone conference with A. Sherman, B. Mankovetskiy and J. Kramer regarding work flows. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee                                          December 1, 2023
                                                    Client/Matter No. 08650147.000001
                                                              Invoice: 2050121
                                                                     Page 13

---

|          |     |     |                                                        | HOURS | AMOUNT |
|----------|-----|-----|--------------------------------------------------------|-------|--------|
| 10/17/23 | OM  | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.20 | |
| 10/18/23 | BM  | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | |
| 10/18/23 | BM  | 104 | Prepare an update for Committee. | 0.70 | |
| 10/19/23 | BM  | 104 | Prepare an update for Committee. | 0.60 | |
| 10/19/23 | BM  | 104 | Analysis regarding 1102 motion. | 0.40 | |
| 10/19/23 | BM  | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 10/19/23 | GAK | 104 | Update 1102 motion/order to address local rules. | 0.30 | |
| 10/19/23 | GAK | 104 | Draft email to A. Sherman regarding 1102 motion and update for Committee. | 0.40 | |
| 10/19/23 | GAK | 104 | Review local rules to finalize motion and proposed order. | 0.30 | |
| 10/19/23 | GAK | 104 | Draft email to MWE regarding 1102 requirements. | 0.60 | |
| 10/19/23 | GAK | 104 | Emails with MWE regarding revisions to Epiq agreement and next steps. | 0.20 | |
| 10/19/23 | GAK | 104 | Call with B. Mankovetskiy regarding 1102 motion and request to appoint pensioner committee. | 0.10 | |
| 10/19/23 | GAK | 104 | Draft email to MWE regarding 1102 motion and service agreement. | 0.10 | |
| 10/19/23 | GAK | 104 | Work on 1102 motion for review by A. Sherman and B. Mankovetskiy. | 2.90 | |
| 10/20/23 | BM  | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/20/23 | BM | 104 | Prepare an update for Committee. | 0.30 | |
| 10/23/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | |
| 10/23/23 | BM | 104 | Call with Committee chair regarding pending matters. | 0.50 | |
| 10/23/23 | AHS | 104 | Call with committee member re: status update. | 0.50 | |
| 10/23/23 | GAK | 104 | Finalize 1102 motion and email local counsel regarding same. | 0.20 | |
| 10/23/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.30 | |
| 10/24/23 | BM | 104 | Attend Committee meeting. | 0.50 | |
| 10/24/23 | AHS | 104 | Attend Committee meeting. | 0.50 | |
| 10/24/23 | GAK | 104 | Draft email to A. Sherman regarding Epiq agreement and next steps. | 0.10 | |
| 10/24/23 | GAK | 104 | Email MWE regarding epiq service agreement. | 0.10 | |
| 10/26/23 | BM | 104 | Prepare an update for Committee. | 0.70 | |
| 10/26/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.20 | |
| 10/27/23 | BM | 104 | Prepare an update for Committee. | 0.70 | |
| 10/27/23 | AHS | 104 | Review of pleadings and case law in advance of hearing re: 1102 and appointment by court. | 0.80 | |
| 10/29/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.70 | |
| 10/30/23 | BM | 104 | Call with Committee chair regarding pending matters. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/30/23 | AHS | 104 | Call with committee member re: sale and cash collateral issues. | 0.40 | |
| 10/30/23 | GAK | 104 | Email A. Sherman regarding Epiq services agreement. | 0.10 | |
| 10/31/23 | BM | 104 | Call with bondholders' counsel regarding pending matters. | 0.70 | |
| | | **TASK TOTAL 104** | | **32.30** | **$26,928.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/02/23 | JW | 105 | Telephone conference with B. Mankovetskiy regarding hospital real estate security interest review and analysis. | 0.30 | |
| 10/02/23 | JW | 105 | Analyze UCC Amendment, Original UCC, Mortgage, Categories of Mortgaged Collateral and Categories of UCC Collateral. | 2.50 | |
| 10/03/23 | JW | 105 | Compare legal descriptions. | 0.40 | |
| 10/03/23 | JW | 105 | Draft email memo regarding results of Johnson County analysis. | 0.50 | |
| 10/03/23 | JW | 105 | Review lease information pertaining to Muscatine property and Schedule 2.1(d) in bid proposal. | 0.30 | |
| 10/03/23 | JW | 105 | Draft short email regarding review of Muscatine lease and Schedule 2.1(d) results. | 0.20 | |
| 10/03/23 | JW | 105 | Analyze Johnson County tax assessor and recorder of deeds land records to verify whether documents listed in bid proposal are covered by Mortgage. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/03/23 | JW | 105 | Review title documents. | 0.30 | |
| 10/03/23 | JW | 105 | Review bid purchase agreement. | 0.30 | |
| 10/03/23 | JW | 105 | Compare properties contained in Mercy Hospital spreadsheet to title reports and bid proposal real property and lease schedules. | 1.00 | |
| 10/03/23 | JW | 105 | Review Bid Proposal. | 0.50 | |
| 10/03/23 | JW | 105 | Review responses re: UCC perfection of land security interests. | 0.20 | |
| 10/03/23 | JW | 105 | Draft email re: questions regarding mortgage perfection and UCC. | 0.50 | |
| 10/03/23 | JW | 105 | Review and analyze all title reports and the Trust Indenture. | 1.80 | |
| 10/05/23 | BM | 105 | Analysis regarding pension fund issues and potential claims. | 1.10 | |
| 10/05/23 | BM | 105 | Analysis regarding PTO issues. | 0.70 | |
| 10/13/23 | BM | 105 | Analysis regarding McKesson's asserted secured claim. | 0.80 | |
| 10/16/23 | BM | 105 | Analysis regarding McKesson claim. | 0.80 | |
| 10/16/23 | JT | 105 | E-mail from O. Matviyishyn regarding McKesson Lien. | 0.30 | |
| 10/16/23 | OM | 105 | Summarize McKesson lien analysis and circulate to B. Mankovetskiy and J. Teele. | 0.20 | |
| 10/16/23 | OM | 105 | Analyze McKesson lien. | 1.90 | |
| 10/16/23 | OM | 105 | Correspondence and instruction from B. Mankovetskiy re: McKesson agreement. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 17

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/16/23 | OM | 105 | Correspondence with B. Mankovetskiy and team re: financing. | 0.30 | |
| 10/16/23 | OM | 105 | Correspondence with B. Mankovetskiy and team re: financing and circulate summary to team. | 0.60 | |
| 10/18/23 | BM | 105 | Analysis regarding bond documents and scope of security interests. | 1.80 | |
| 10/31/23 | JW | 105 | Telephone conference in connection with analysis on additional parking lots as part of real estate collateral. | 0.20 | |
| 10/31/23 | JW | 105 | Brief review of owned real estate, review lien report summary and documents previously provided by B. Mankovetskiy. | 0.20 | |
| | | **TASK TOTAL 105** | | **18.70** | **$12,548.50** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 10/17/23 | GAK | 107 | Work on September fee statement. | 0.10 | |
| 10/20/23 | BM | 107 | Analysis regarding H2C's request to modify engagement terms. | 0.40 | |
| 10/23/23 | BM | 107 | Analysis regarding H2C request to modify terms of retention. | 0.40 | |
| 10/23/23 | GAK | 107 | Review FTI's first fee statement. | 0.20 | |
| 10/24/23 | GAK | 107 | Work on first fee application. | 0.10 | |
| 10/25/23 | GAK | 107 | Work on September fee application. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 18

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/25/23 | GAK | 107 | Work on August fee application. | 0.40 | |
| 10/30/23 | GAK | 107 | Work on September fee statement. | 0.30 | |
| 10/30/23 | GAK | 107 | Work on August fee application. | 0.20 | |
| 10/30/23 | GAK | 107 | Call with O. Matviyishyn regarding fee applications. | 0.20 | |
| 10/30/23 | GAK | 107 | Communications with FTI regarding fee applications. | 0.10 | |
| 10/30/23 | OM | 107 | Begin drafting August fee app. | 1.90 | |
| 10/30/23 | OM | 107 | Correspondence and instructions re: initial fee applications. | 0.20 | |
| 10/31/23 | GAK | 107 | Work on September fee application. | 0.20 | |
| 10/31/23 | OM | 107 | Continue draft of August fee app. | 1.80 | |
| 10/31/23 | OM | 107 | Begin draft of September fee app. | 1.10 | |
| | | **TASK TOTAL 107** | | **8.20** | **$4,975.00** |

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 10/02/23 | AHS | 109 | Further review of foundation term sheet; email to committee re: same and follow up call with Debtors' counsel. | 0.60 | |
| 10/07/23 | AHS | 109 | Email to Committee re: foundation term sheet update. | 0.20 | |
| 10/07/23 | AHS | 109 | Address issues in finalizing and executing foundation term sheet. | 0.30 | |
| 10/09/23 | BM | 109 | Analysis regarding proposed Foundation settlement and cash collateral order issues. | 1.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 19

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/11/23 | BM | 109 | Analysis regarding final cash collateral order. | 0.90 | |
| 10/12/23 | BM | 109 | Analysis regarding final cash collateral order. | 0.80 | |
| 10/16/23 | BM | 109 | Analysis regarding draft proposed final cash collateral order. | 1.30 | |
| 10/17/23 | BM | 109 | Analysis and revisions of proposed final cash collateral order. | 1.20 | |
| 10/17/23 | AHS | 109 | Review and revise draft cash collateral order. | 1.10 | |
| 10/27/23 | BM | 109 | Analysis regarding continued use of cash collateral. | 0.60 | |
| 10/27/23 | MS | 109 | Call with B. Mankovetskiy re: objection to final cash collateral order. | 0.20 | |
| 10/30/23 | BM | 109 | Analysis regarding proposed final cash collateral order and revisions thereof. | 1.60 | |
| 10/30/23 | BM | 109 | Analysis regarding Committee's objection to proposed final cash collateral order. | 1.30 | |
| 10/30/23 | BM | 109 | Call with FTI regarding cash collateral issues. | 0.50 | |
| 10/30/23 | MS | 109 | Draft objection to final cash collateral order. | 4.40 | |
| 10/30/23 | MS | 109 | Calls with B. Mankovetskiy re: objection to final cash collateral order. | 0.20 | |
| 10/31/23 | BM | 109 | Analysis regarding Committee's objection to proposed final cash collateral order. | 1.70 | |
| 10/31/23 | AHS | 109 | Call with FTI re: cash collateral issues and analysis re: cash collateral issues. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 20

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/31/23 | MS | 109 | Draft objection to final cash collateral order. | 6.80 | |
| | | **TASK TOTAL 109** | | **25.90** | **$23,363.50** |

## 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 10/02/23 | BM | 110 | Analysis regarding proposed Foundation settlement term sheet and related issues. | 1.30 | |
| 10/03/23 | OM | 110 | Review statement of financial affairs for pending litigations. | 0.40 | |
| 10/06/23 | BM | 110 | Analysis regarding Foundation settlement. | 0.80 | |
| 10/06/23 | BM | 110 | Analysis regarding 9019 motion to approve Foundation settlement. | 1.10 | |
| 10/07/23 | BM | 110 | Analysis regarding comments to draft 9019 motion and Foundation settlement term sheet. | 0.80 | |
| 10/09/23 | GAK | 110 | Review and analysis of settlement motion with Foundation and Bondholder | 0.30 | |
| 10/18/23 | BM | 110 | Analysis regarding pensioners motion to appoint official committee. | 0.80 | |
| 10/18/23 | JT | 110 | Review Motion to Appoint Pension Committee. | 0.70 | |
| 10/18/23 | JT | 110 | E-mail to B. Mankovetskiy regarding Pension Committee. | 0.30 | |
| 10/18/23 | JT | 110 | Review Debtor's schedules and claim register regarding pension claims. | 0.50 | |
| 10/18/23 | JT | 110 | Research regarding appointing official committee. | 1.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 21

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/19/23 | BM | 110 | Analysis regarding response to pensioners motion to appoint committee. | 0.70 | |
| 10/19/23 | JT | 110 | Review case law regarding appointing official committee. | 0.50 | |
| 10/19/23 | JT | 110 | Review and revise objection to Pension Committee Motion. | 0.70 | |
| 10/19/23 | GAK | 110 | Review motion to appoint pensioner committee. | 0.20 | |
| 10/19/23 | OM | 110 | Correspondence and instruction with J. Teele re: objection to pensioner committee motion. | 0.40 | |
| 10/19/23 | OM | 110 | Determine deadline to object to pensioners' motion. | 0.30 | |
| 10/19/23 | OM | 110 | Review and analyze pensioners committee motion. | 0.20 | |
| 10/20/23 | BM | 110 | Analysis regarding response to pensioners' motion and potential resolution. | 0.80 | |
| 10/20/23 | JT | 110 | Additional research regarding Pension Committee. | 1.20 | |
| 10/20/23 | JT | 110 | Office conference with O. Matviyishyn regarding Pension Committee. | 0.40 | |
| 10/20/23 | OM | 110 | Review and correspondence of pensioner committee motion and motion to compel. | 0.60 | |
| 10/20/23 | OM | 110 | Analyze recent pleadings and correspond with J. Teele re: strategy for objections. | 0.60 | |
| 10/20/23 | OM | 110 | Research re: objection to formation of an independent committee of pensioners and correspond with J. Teele regarding same. | 1.40 | |
| 10/20/23 | OM | 110 | Draft objection to motion for independent pensioners committee. | 1.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 22

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/23/23 | BM | 110 | Analysis regarding supplemental certification regarding pensioners' motion to appoint a committee. | 0.30 | |
| 10/23/23 | AHS | 110 | Review and analysis of motion for pension committee and draft response re: same. | 0.60 | |
| 10/23/23 | JT | 110 | Review supplemental certification regarding Pension Committee. | 0.40 | |
| 10/23/23 | JT | 110 | Review and revise Pension Committee objection. | 2.60 | |
| 10/23/23 | OM | 110 | Edit and update pensioner committee objection pursuant to supplemental statement filed the pensioner committee and send to J. Teele for review. | 1.80 | |
| 10/23/23 | OM | 110 | Review research pertaining to objection to pensioner committee and follow up research if courts have ever established such a committee. | 0.60 | |
| 10/23/23 | OM | 110 | Review comments and edits from J. Teele about objection to pensioner motion and update objection pursuant to same. | 0.70 | |
| 10/23/23 | OM | 110 | Finalize objection to pensioner motion and send to J. Teele for review. | 2.70 | |
| 10/24/23 | BM | 110 | Analysis regarding objection to pensioners' motion. | 0.80 | |
| 10/24/23 | JT | 110 | Further revise Pension Committee objection. | 0.60 | |
| 10/24/23 | OM | 110 | Review comments from A. Sherman and revise pensioner objection pursuant to comments. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 23

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/24/23 | OM | 110 | Review and revise pensioner objection pursuant to comments from J. Teele and send to A. Sherman and B. Mankovetskiy for review. | 0.50 | |
| 10/25/23 | BM | 110 | Analysis regarding objection to pensioners' motion. | 0.40 | |
| 10/25/23 | AHS | 110 | Review and revise response to motion to appoint pension committee. | 0.80 | |
| 10/25/23 | OM | 110 | Review and send reminder to local counsel about filing the pensioner objection. | 0.20 | |
| 10/25/23 | OM | 110 | Update pensioner objections pursuant to comments from local counsel and circulate same to local counsel. | 0.90 | |
| 10/25/23 | OM | 110 | Circulate final draft and comments to local counsel re: pensioner objection. | 0.20 | |
| 10/25/23 | OM | 110 | Finalize additions and revisions of pensioner objection and send to A. Sherman and B. Mankovetskiy. | 0.90 | |
| 10/27/23 | BM | 110 | Analysis regarding reply to Committee's objection to pensioners' motion. | 0.60 | |
| 10/27/23 | AHS | 110 | Prepare outline and attend hearing on motion to appoint pension committee. | 1.10 | |
| 10/27/23 | GAK | 110 | Review pensioner reply brief in support of request for appointment of official committee. | 0.20 | |
| | | **TASK TOTAL 110** | | **35.80** | **$26,569.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 24

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

**114 – RELIEF FROM STAY PROCEEDINGS**

| 10/03/23 | BM | 114 | Analysis regarding proposed order granting in part and continuing in part motion to enforce stay. | 0.30 | |
| 10/03/23 | BM | 114 | Analysis regarding proposed resolution of Schwarz stay relief motion. | 0.70 | |
| 10/03/23 | JT | 114 | E-mail to B. Mankovetskiy regarding Stay Relief Motion. | 0.40 | |
| 10/03/23 | JT | 114 | Review state court Complaint and insurance policies regarding Scott Stay Relief Motion. | 0.90 | |
| 10/03/23 | JT | 114 | Review Stay Relief Motion. | 0.40 | |
| 10/05/23 | BM | 114 | Analysis regarding Schwarz stay relief stipulation. | 0.80 | |
| 10/05/23 | JT | 114 | Further review insurance policies regarding Stay Relief Motion. | 0.70 | |
| 10/05/23 | JT | 114 | Draft e-mail summarizing issues regarding Stay Relief Motion. | 0.50 | |
| 10/05/23 | JT | 114 | Telephone conference with T. Novak regarding insurance coverage. | 0.30 | |
| | | **TASK TOTAL 114** | | **5.00** | **$4,529.00** |

**116 – TRAVEL**

| 10/03/23 | AHS | 116 | Travel from EWR to Chicago for auction. (2.00) | 1.00 | |
| 10/04/23 | AHS | 116 | Travel from Chicago to EWR after auction (2.00) | 1.00 | |
| | | **TASK TOTAL 116** | | **2.00** | **$2,150.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

December 1, 2023
Client/Matter No. 08650147.000001
Invoice: 2050121
Page 25

|  | HOURS | AMOUNT |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **250.00** | **$213,308.00** |
| **Attorney Fees at Blended Rate of $675** | **250.00** | **$168,750.00** |
| **Paralegal Fees at Standard Rate** | **0.00** | **0.00** |
| **TOTAL FEES at Blended Rate** | **250.00** | **$168,750.00** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 102 | Asset Disposition | | 122.10 | $112,244.50 |
| 104 | Case Administration | | 32.30 | $26,928.50 |
| 105 | Claims Administration and Objections | | 18.70 | $12,548.50 |
| 107 | Fee/Employment Applications | | 8.20 | $4,975.00 |
| 109 | Financing | | 25.90 | $23,363.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 35.80 | $26,569.00 |
| 114 | Relief from Stay Proceedings | | 5.00 | $4,529.00 |
| 116 | Travel | | 2.00 | $2,150.00 |
| | TOTAL FEES at Standard Rates | | 250.00 | $213,308.00 |
| | Attorney Fees at Blended Rate of $675 | | 250.00 | 168,750.00 |
| | Paralegal Fees at Standard Rate | | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | | 250.00 | $168,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 39.90 | x | $1,075.00 | = | $42,892.50 |
| Boris Mankovetskiy | 105.00 | x | $925.00 | = | $97,125.00 |
| Jason Teele | 18.10 | x | $895.00 | = | $16,199.50 |
| Matthew Holden | 4.90 | x | $695.00 | = | $3,405.50 |
| Michael Savetsky | 23.40 | x | $835.00 | = | $19,539.00 |
| Jeffrey Kramer | 0.90 | x | $835.00 | = | $751.50 |
| Gregory A. Kopacz | 15.80 | x | $775.00 | = | $12,245.00 |
| Jeffrey Wendler | 10.00 | x | $595.00 | = | $5,950.00 |
| Oleh Matviyishyn | 32.00 | x | $475.00 | = | $15,200.00 |

Sills Cummis & Gross P.C.

| Creditors' Committee | December 1, 2023 |
|---|---|
| | Client/Matter No. 08650147.000001 |
| | Invoice: 2050121 |
| | Page 26 |

---

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 09/08/23 | 291 | Airfare (AHS – to/from Chicago for hearing regarding status, retention issues and bidding procedure) | $784.90 |
| 09/12/23 | 382 | Meals (AHS – Chicago) | $18.03 |
| 09/13/23 | 382 | Meals (AHS – Chicago) | $30.48 |
| 09/13/23 | 293 | Lodging (AHS – Chicago) | $248.54 |
| 09/14/23 | 294 | Taxi/Car Rental/Car Service (AHS – Chicago) | $113.53 |
| 09/14/23 | 295 | Parking (AHS – Chicago) | $76.40 |
| 10/10/23 | 358 | Pacer | $3.00 |
| | | **TOTAL DISBURSEMENTS** | **$1,274.88** |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $168,750.00 |
| Total Disbursements | $1,274.88 |
| **TOTAL THIS INVOICE** | **$170,024.88*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$213,308.00**) and fees at *Blended Rate* of $675 (**$168,750.00**)** apply.

**includes paralegal fees at standard rates, if applicable