**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 12/29/23 at 4:00 p.m. (CT)** |
| | ) | |

**SUMMARY OF SECOND MONTHLY FEE APPLICATION OF FTI
CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of applicant: | **FTI Consulting, Inc.** |
| Authorized to provide professional services to: | **Official Committee of Unsecured Creditors** |
| Date of retention: | **August 21, 2023** |
| Date of order authorizing retention: | **October 12, 2023, Docket No. 356** |
| Period for which compensation and reimbursement is sought: | **October 1, 2023 through October 31, 2023** |
| Amount of compensation sought as actual, reasonable and necessary: | **$84,280.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$2,576.39** |
| This is a: | **Second Monthly Application** |

### SUMMARY OF FTI APPLICATIONS FOR COMPENSATION

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees & Expenses |
|---|---|---|---|---|---|
| First Month | 11/09/23 | 08/21/23 - 09/30/23 | $111,776.00 (80% of total) | $0.00 (100% of total) | N/A |
| Second Month | N/A | 10/01/23 – 10/31/23 | $67,424.00 (80% of total) | $2,576.39 (100% of total) | N/A |

**SUMMARY OF BILLING BY PROFESSIONALS**
**OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | 1,390 | 37.4 | $51,986.00 |
| Narendra Ganti | Managing Director | 1,035 | 44.6 | 46,161.00 |
| Jacob Park | Senior Consultant | 675 | 38.4 | 25,920.00 |
| **SUBTOTAL** | | | **120.4** | **$124,067.00** |
| Less: 50% discount for non-working travel time | | | | (7,275.00) |
| Less: Voluntary Reduction | | | | (32,512.00) |
| **GRAND TOTAL** | | | **120.4** | **$84,280.00** |

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 8.6 | $11,031.00 |
| 2 | Cash & Liquidity Analysis | 21.7 | 21,248.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 9.5 | 6,880.50 |
| 6 | Asset Sales | 57.9 | 61,702.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.8 | 828.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 4.2 | 2,835.00 |
| 21 | General Meetings with Committee & Committee Counsel | 3.6 | 3,574.00 |
| 24 | Preparation of Fee Application | 2.1 | 1,417.50 |
| 25 | Travel Time | 12.0 | 14,550.00 |
| | **SUBTOTAL** | **120.4** | **$124,067.00** |
| | Less: 50% discount for non-working travel time | | (7,275.00) |
| | Less: Voluntary Discount | | (32,512.00) |
| | **GRAND TOTAL** | **120.4** | **$84,280.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: 12/29/2023 at 4:00 p.m. (CT)** |

**SECOND MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR**
**THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

FTI Consulting, Inc. (the "Applicant" or "FTI"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Docket No. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from October 1, 2023 through October 31, 2023 (the "Application Period"), and respectfully represents as follows:

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.     The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

### A. The Chapter 11 Case

4.     On August 7, 2023 (the "Petition Date"), Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (the "Debtors") commenced the Chapter 11 Case by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage its properties as debtors and debtors-in-possession pursuant to Bankruptcy Code section 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 case.

5.     On August 15, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102(a) [Docket No. 107]. The Committee members are:

   a)     Altera Digital Health, Inc.;

   b)     J&K PMS, Inc.;

   c)     Medifis;

   d)     Steindler Orthopedic Clinic;

   e)     Cardinal Health

6.     On September 1, 2023, the U.S. Trustee filed the Amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 180] appointing two additional Committee members:

   a)     MediRevv, Inc.;

   b)     Owens & Minor

7.     Additional information regarding the Debtor and the Chapter 11 Case, including the Debtor's business operations, capital structure, financial condition, and the reasons for and

objectives of the Chapter 11 Case, is set forth in the *Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 27] (the "Toney Declaration").

### B. The Retention of FTI

8.     On September 14, 2023, the Committee applied to the Court [Docket No. 229] (the "FTI Application") for an order authorizing the Committee to retain and employ FTI as their financial advisor, effective as of August 21, 2023. On October 12, 2023, the Court entered an order authorizing such retention [Docket No. 356].

### C. The Interim Compensation Order

9.     On September 14, 2023, the Court entered the Interim Compensation Order[1], which sets the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Case. Specifically, the Interim Compensation Order provides that a Retained Professional may file and serve a Monthly Fee Application on or after the fifteenth (15th) day of each month following the month for which compensation is sought. Fourteen (14) days after the service of a Monthly Fee Application, the Debtor is authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the Monthly Fee Application that are not subject to an Objection.

## RELIEF REQUESTED

10.     Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, FTI is seeking compensation in the amount of $67,424.00, which is equal to eighty percent (80%) of the $84,280.00 in fees for professional services rendered by FTI during the Application Period. This amount is derived solely from the applicable hourly billing rates of FTI personnel who rendered services to the Committee.

---

[1] Capitalized terms used but not defined shall have the meanings provided in the Interim Compensation Order.

11.     There is no agreement or understanding between FTI and any other person, other than members of FTI for sharing of any compensation to be received for services rendered in these chapter 11 cases.

**A. Compensation Requested**

12.     Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E**, respectively.

13.     FTI provided a wide array of legal services to the Committee. The services rendered by FTI are summarized below, and are more fully described in the detailed time entries attached to this Application as **Exhibit C**.

## VALUATION OF SERVICES

14.     Professionals and paraprofessionals of FTI have expended a total of 120.4 hours in connection with this matter during the Application Period.

15.     The amount of time spent by each of the professionals providing services to the Committee for the Application Period is set forth in **Exhibit A**. As discussed in the Application, the rates reflected therein are FTI's normal hourly rates of compensation for work of this character.

16.     FTI believes that the time entries and expenses included in **Exhibit A** are  in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

## DISCUSSION

17.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall

consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title

18.     The Eighth Circuit Court of Appeals has stated:

"[Reasonable] [c]ompensation . . . presumably reflects (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained."

*P.A. Novelly v. Palans (In re Apex Oil Co.)*, 960 F.2d 728, 731–32 (8th Cir. 1992).

19.     In reviewing this Application, the Court should be guided by the Eighth Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

Section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts."

*Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984); *see also In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992) ("[I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is so to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.").

20.     This Application complies with the fee application requirements set forth in *In re Pothoven*, 84 B.R. 579 (Bankr. S.D. Iowa 1988).  The exhibits to this Application list and describe

each activity, the date it was performed, the professionals or professional who performed the work, the time spent on the work, and the individual's hourly rate. *Id.* at 584. Furthermore, time and each task are broken down into tenths of an hour and individually recorded.  *See* **Exhibit A.**

21.     FTI's hourly rate of compensation for professionals and para-professionals during the Application Period range from $675.00 to $1,390.00. These rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction.  FTI consistently and consciously made reasonable efforts to represent the Committee in the most economical, efficiently, and practical manner possible.

22.     In accordance with the factors enumerated in Bankruptcy Code section 330, FTI submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

23.     The fees charged by FTI in this case are billed in accordance with its existing billing rates and procedures set forth in the FTI Application, in effect during the Application Period.

24.     FTI's rates for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates that FTI charges for services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

25.     FTI reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

## NO PRIOR REQUEST

26.     No prior request for the relief sought in the Application has been made to this or any other court.

**WHEREFORE**, FTI respectfully requests that the Court enter an order:  (i) awarding FTI allowance of (a) eighty percent (80%) of the fees for the Application Period in the amount of $67,424.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses FTI incurred during the Application Period in the amount of $2,576.39; (ii) authorizing and directing the Debtors to pay FTI $70,000.39, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

*[Remainder of page intentionally left blank]*

Dated: December 15, 2023

**FTI CONSULTING, INC.**

*/s/ Cliff Zucker*

Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone:    (212) 841-9355
Email:        cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee
of Unsecured Creditors*

Respectfully submitted,

*/s/ Andrew H. Sherman*

Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza,
Newark, New Jersey 07102
Telephone:    (973) 643-7000
Facsimile:    (973) 643-6500
Email:        asherman@sillscummis.com
              bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*

Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    (515) 223-6600
Facsimile:    (515) 223-6787
Email:        rgainer@cutlerfirm.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this December 15, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Stephanie Newton*

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | 1,390 | 37.4 | $51,986.00 |
| Narendra Ganti | Managing Director | 1,035 | 44.6 | 46,161.00 |
| Jacob Park | Senior Consultant | 675 | 38.4 | 25,920.00 |
| **SUBTOTAL** | | | **120.4** | **$124,067.00** |
| Less: 50% discount for non-working travel time | | | | (7,275.00) |
| Less: Voluntary Reduction | | | | (32,512.00) |
| **GRAND TOTAL** | | | **120.4** | **$84,280.00** |

### EXHIBIT B
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 8.6 | $11,031.00 |
| 2 | Cash & Liquidity Analysis | 21.7 | 21,248.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 9.5 | 6,880.50 |
| 6 | Asset Sales | 57.9 | 61,702.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.8 | 828.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 4.2 | 2,835.00 |
| 21 | General Meetings with Committee & Committee Counsel | 3.6 | 3,574.00 |
| 24 | Preparation of Fee Application | 2.1 | 1,417.50 |
| 25 | Travel Time | 12.0 | 14,550.00 |
| | **SUBTOTAL** | **120.4** | **$124,067.00** |
| | Less: 50% discount for non-working travel time | | (7,275.00) |
| | Less: Voluntary Discount | | (32,512.00) |
| | **GRAND TOTAL** | **120.4** | **$84,280.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/2/2023 | Clifford Zucker | 0.5 | Review comments to draft Foundation settlement term sheet. |
| 1 | 10/3/2023 | Clifford Zucker | 0.6 | Call with Debtor on wind down budget, excluded assets. |
| 1 | 10/3/2023 | Clifford Zucker | 0.5 | Review comments to JV overview for UCC. |
| 1 | 10/9/2023 | Clifford Zucker | 0.7 | Review and analysis of Foundation term sheet and 9019 motion. |
| 1 | 10/12/2023 | Clifford Zucker | 0.8 | Call with Debtor operations, cash flow, sale transition. |
| 1 | 10/18/2023 | Clifford Zucker | 0.3 | Review and analysis of budget/actual reporting. |
| 1 | 10/18/2023 | Clifford Zucker | 0.4 | Call with Debtor and Counsel on operating losses and closing. |
| 1 | 10/18/2023 | Clifford Zucker | 0.7 | Review and analysis of 8/23 monthly financials. |
| 1 | 10/19/2023 | Clifford Zucker | 0.4 | Call with Debtor on cash needs and funding. |
| 1 | 10/20/2023 | Clifford Zucker | 0.5 | Call with Debtor cash activity, auction, budgets. |
| 1 | 10/20/2023 | Narendra Ganti | 0.5 | Review Committee protocol on information sharing. |
| 1 | 10/23/2023 | Narendra Ganti | 0.5 | Review September 2023 operating report. |
| 1 | 10/24/2023 | Clifford Zucker | 0.6 | Review and analysis of cash activity and budgets. |
| 1 | 10/25/2023 | Narendra Ganti | 0.9 | Review support details for MOR. |
| 1 | 10/25/2023 | Narendra Ganti | 0.7 | Review monthly operating report. |
| 2 | 10/2/2023 | Narendra Ganti | 0.6 | Review settlement with Foundation regarding funding. |
| 2 | 10/4/2023 | Jacob Park | 0.7 | Review recent budget vs actual. |
| 2 | 10/5/2023 | Clifford Zucker | 0.5 | Review and analysis of weekly cash flow reporting. |
| 2 | 10/6/2023 | Narendra Ganti | 0.5 | Review budget to actual. |
| 2 | 10/9/2023 | Jacob Park | 1.4 | Update variance analysis for budget to actual received. |
| 2 | 10/11/2023 | Jacob Park | 0.3 | Review recent cash flow budget. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/12/2023 | Jacob Park | 0.4 | Review recent cash flow and draft questions for ToneyKorf. |
| 2 | 10/12/2023 | Narendra Ganti | 0.6 | Review budget to actual. |
| 2 | 10/12/2023 | Narendra Ganti | 0.5 | Call with Toney Korf to discuss liquidity. |
| 2 | 10/17/2023 | Clifford Zucker | 0.7 | Review and analysis of accounts payable and admins. |
| 2 | 10/18/2023 | Clifford Zucker | 0.5 | Review and analysis of 9/23 A/R aging. |
| 2 | 10/18/2023 | Clifford Zucker | 0.6 | Review and analysis of revised cash flow projection. |
| 2 | 10/18/2023 | Jacob Park | 2.7 | Review updated cash flow for pre and post-sale. |
| 2 | 10/18/2023 | Narendra Ganti | 0.5 | Review correspondence regarding cash and liquidity. |
| 2 | 10/19/2023 | Jacob Park | 1.2 | Review budget vs actual for cash flows. |
| 2 | 10/19/2023 | Narendra Ganti | 0.5 | Review budget to actual. |
| 2 | 10/20/2023 | Narendra Ganti | 1.0 | Call with Toney Korf to discuss budget. |
| 2 | 10/20/2023 | Narendra Ganti | 0.7 | Review extended budget to closing and post closing. |
| 2 | 10/23/2023 | Jacob Park | 0.7 | Review extended cash flow in preparation for call. |
| 2 | 10/23/2023 | Jacob Park | 0.5 | Call with FTI to discuss extended cash flow. |
| 2 | 10/23/2023 | Narendra Ganti | 0.5 | Call with the FTI team to discuss extended budget. |
| 2 | 10/25/2023 | Narendra Ganti | 0.9 | Call with Toney Korf to discuss cash budget. |
| 2 | 10/25/2023 | Narendra Ganti | 0.5 | Review budget to actual for cash flow. |
| 2 | 10/30/2023 | Clifford Zucker | 0.5 | Call with Counsel on cash needs and budgets. |
| 2 | 10/30/2023 | Narendra Ganti | 0.7 | Review cash collateral orders for liens on collateral for bondholders. |
| 2 | 10/30/2023 | Narendra Ganti | 0.5 | Call with counsel to discuss cash collateral order. |
| 2 | 10/31/2023 | Clifford Zucker | 0.5 | Review and analysis of adequate protection analysis. |

EXHIBIT C

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/31/2023 | Clifford Zucker | 0.6 | Review and analysis of collateral at filing date. |
| 2 | 10/31/2023 | Clifford Zucker | 0.2 | Call with Counsel on collateral assets. |
| 2 | 10/31/2023 | Clifford Zucker | 0.5 | Call with Debtor on A/R activity and balances. |
| 2 | 10/31/2023 | Narendra Ganti | 0.5 | Call with ToneyKorf to discuss budget and accounts receivable. |
| 2 | 10/31/2023 | Narendra Ganti | 0.7 | Review draft analysis of accounts receivable. |
| 3 | 10/30/2023 | Jacob Park | 2.2 | Create template for cash collateral analysis over liens. |
| 3 | 10/30/2023 | Jacob Park | 0.4 | Review cash collateral motion to analyze secured lender liens. |
| 3 | 10/30/2023 | Jacob Park | 0.7 | Review 2011 bonds official statements for analysis of collateral. |
| 3 | 10/30/2023 | Jacob Park | 0.3 | Call with FTI to discuss analysis over liens. |
| 3 | 10/31/2023 | Narendra Ganti | 0.5 | Call with the FTI team to discuss analysis of cash collateral and adequate protection. |
| 3 | 10/31/2023 | Narendra Ganti | 0.8 | Review cash collateral order on collateral for liens and adequate protection. |
| 3 | 10/31/2023 | Jacob Park | 0.4 | Call with FTI to discuss value of collateral. |
| 3 | 10/31/2023 | Jacob Park | 1.8 | Analyze diminution of value of collateral. |
| 3 | 10/31/2023 | Jacob Park | 1.3 | Analyze change in accounts receivable balance for collateral. |
| 3 | 10/31/2023 | Jacob Park | 1.1 | Create document request list for analysis of cash collateral. |
| 6 | 10/2/2023 | Clifford Zucker | 1.3 | Review and analysis of Master Trustee credit bid submission. |
| 6 | 10/2/2023 | Narendra Ganti | 0.5 | Review final version of summary of join ventures. |
| 6 | 10/2/2023 | Narendra Ganti | 0.5 | Review data room for updated documents on sale process. |
| 6 | 10/2/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process. |
| 6 | 10/2/2023 | Narendra Ganti | 1.0 | Review APA from Bondholders. |
| 6 | 10/2/2023 | Narendra Ganti | 0.5 | Review objection to contract cures. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 10/3/2023 | Clifford Zucker | 0.5 | Review comments to bid comparison analysis. |
| 6 | 10/3/2023 | Clifford Zucker | 0.4 | Call with H2C on auction process and bids analysis. |
| 6 | 10/3/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process and bids. |
| 6 | 10/3/2023 | Narendra Ganti | 0.5 | Call with Committee to discuss sale process. |
| 6 | 10/4/2023 | Clifford Zucker | 2.8 | Meet with Debtor representatives on bid analysis. |
| 6 | 10/4/2023 | Clifford Zucker | 0.7 | Meet with UCC representatives on auction. |
| 6 | 10/4/2023 | Clifford Zucker | 2.5 | Attend auction. |
| 6 | 10/4/2023 | Clifford Zucker | 2.0 | Meet with bidders on bid comparison. |
| 6 | 10/4/2023 | Jacob Park | 0.4 | Review scorecard for bids of hospital. |
| 6 | 10/4/2023 | Narendra Ganti | 8.0 | Attend auction of Debtor. |
| 6 | 10/5/2023 | Jacob Park | 0.8 | Review scorecard for bids of hospital for assumptions used and valuation. |
| 6 | 10/6/2023 | Clifford Zucker | 0.8 | Review and analysis of clinic support. |
| 6 | 10/6/2023 | Clifford Zucker | 0.4 | Call with Debtor re: auction and clinic disposition. |
| 6 | 10/6/2023 | Narendra Ganti | 0.3 | Review motion to continue auction. |
| 6 | 10/6/2023 | Narendra Ganti | 0.5 | Review summary of real estate excluded from bondholder APA. |
| 6 | 10/10/2023 | Clifford Zucker | 3.3 | Attend auction on Zoom, meet with parties. |
| 6 | 10/10/2023 | Narendra Ganti | 3.5 | Attend continued auction. |
| 6 | 10/12/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process. |
| 6 | 10/17/2023 | Narendra Ganti | 0.3 | Call with H2C to discuss sale process. |
| 6 | 10/17/2023 | Narendra Ganti | 0.6 | Review joint venture analysis. |
| 6 | 10/18/2023 | Clifford Zucker | 0.3 | Review comments to UCC letter to bond holders. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 10/18/2023 | Narendra Ganti | 0.5 | Call with MWE to discuss bondholder issues. |
| 6 | 10/19/2023 | Narendra Ganti | 0.6 | Call with Debtors advisors to discuss sale issues. |
| 6 | 10/20/2023 | Clifford Zucker | 0.3 | Call with Creditor and Counsel on case issues and auction. |
| 6 | 10/20/2023 | Clifford Zucker | 0.4 | Call with H2C on auction bidders. |
| 6 | 10/20/2023 | Clifford Zucker | 0.8 | Review and analysis of bond holder motion to compel sale. |
| 6 | 10/20/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process. |
| 6 | 10/20/2023 | Narendra Ganti | 0.3 | Call with MediRevv Counsel to discuss case status. |
| 6 | 10/20/2023 | Narendra Ganti | 0.5 | Review motion to compel of sale to Preston Hollow. |
| 6 | 10/23/2023 | Clifford Zucker | 0.5 | Call with Counsel on JV interests, sale, marketing. |
| 6 | 10/23/2023 | Narendra Ganti | 0.5 | Call with Counsel to discuss sale of JV. |
| 6 | 10/24/2023 | Jacob Park | 0.8 | Create template for investment banking fee study. |
| 6 | 10/24/2023 | Jacob Park | 0.4 | Call with FTI to discuss investment banking fee study comparables. |
| 6 | 10/24/2023 | Narendra Ganti | 1.0 | Call with Committee to discuss sale process. |
| 6 | 10/25/2023 | Jacob Park | 1.4 | Create report and analyze comparables for investment banking study. |
| 6 | 10/25/2023 | Jacob Park | 0.3 | Call with FTI regarding investment banking fee study comparables. |
| 6 | 10/25/2023 | Narendra Ganti | 0.5 | Review data set for invest banking study. |
| 6 | 10/26/2023 | Jacob Park | 0.5 | Call with FTI to discuss latest list of comparables and initial analysis. |
| 6 | 10/26/2023 | Jacob Park | 0.7 | Research respective comparable dockets for investment bank retention application and orders. |
| 6 | 10/26/2023 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process and auction. |
| 6 | 10/26/2023 | Narendra Ganti | 0.5 | Call with the FTI team to discuss banking fees comparison. |
| 6 | 10/27/2023 | Clifford Zucker | 0.4 | Review and analysis of UCC response to bond holder motion to compel. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 10/27/2023 | Clifford Zucker | 1.8 | Attend revised auction to meet with parties. |
| 6 | 10/27/2023 | Jacob Park | 0.7 | Attend auction for sale of assets. |
| 6 | 10/27/2023 | Jacob Park | 1.7 | Analyze retention application and orders for investment banker fees. |
| 6 | 10/27/2023 | Jacob Park | 0.3 | Call with FTI to discuss banking fee study. |
| 6 | 10/27/2023 | Narendra Ganti | 1.6 | Attend auction for assets. |
| 6 | 10/30/2023 | Jacob Park | 3.8 | Create investment banking fee analysis by researching retention applications and motions for each investment banker comparable. |
| 6 | 10/30/2023 | Jacob Park | 1.1 | Create deck of investment banking fee study with methodology and conclusion. |
| 6 | 10/30/2023 | Jacob Park | 0.7 | Create drill down of support for investment banking fee study. |
| 6 | 10/30/2023 | Jacob Park | 0.4 | Call with FTI to discuss investment banking fee study. |
| 13 | 10/24/2023 | Narendra Ganti | 0.3 | Review Steindler's motion regarding pension Committee. |
| 13 | 10/24/2023 | Narendra Ganti | 0.5 | Review Committee's objection to pension Committee. |
| 20 | 10/12/2023 | Jacob Park | 0.2 | Summarize meeting notes and distribute. |
| 20 | 10/12/2023 | Jacob Park | 1.0 | Call with ToneyKorf and H2C for case update. |
| 20 | 10/20/2023 | Jacob Park | 1.0 | Call with ToneyKorf on case update for sale. |
| 20 | 10/20/2023 | Jacob Park | 0.5 | Call with H2C on JV sale update. |
| 20 | 10/25/2023 | Jacob Park | 1.0 | Call with ToneyKorf regarding extended budget, budget to actual, and case update. |
| 20 | 10/26/2023 | Jacob Park | 0.5 | Call with H2C to discuss auction updates. |
| 21 | 10/3/2023 | Clifford Zucker | 0.4 | Committee call on financial and legal update. |
| 21 | 10/3/2023 | Jacob Park | 0.5 | Call with Committee regarding update on sales process and bids. |
| 21 | 10/19/2023 | Clifford Zucker | 0.4 | Review comments to Counsel/UCC correspondence. |
| 21 | 10/20/2023 | Clifford Zucker | 0.3 | Review and analysis of UCC/Counsel correspondence, issues. |
| 21 | 10/24/2023 | Clifford Zucker | 0.5 | Committee call on financial and legal update. |

EXHIBIT C

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 10/24/2023 | Jacob Park | 0.5 | Committee call regarding retention, sale, and pensioners Committee. |
| 21 | 10/30/2023 | Jacob Park | 0.5 | Call with Counsel to discuss cash collateral motion issues. |
| 21 | 10/31/2023 | Jacob Park | 0.5 | Call with ToneyKorf to discuss cash collateral motion. |
| 24 | 10/13/2023 | Jacob Park | 0.7 | Prepare first monthly fee application. |
| 24 | 10/17/2023 | Jacob Park | 1.4 | Prepare fee application for September. |
| 25 | 10/3/2023 | Narendra Ganti | 3.0 | Travel time to Chicago for Mercy auction. |
| 25 | 10/4/2023 | Clifford Zucker | 3.0 | Travel to Chicago for auction and meetings. |
| 25 | 10/4/2023 | Clifford Zucker | 3.0 | Travel home from auction and meetings. |
| 25 | 10/5/2023 | Narendra Ganti | 3.0 | Travel time from Chicago to DC. |

**EXHIBIT D**

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Expense Type | Amount |
|---|---:|
| Airfare | $1,201.63 |
| Lodging | 936.86 |
| Transportation | 424.70 |
| Working Meals | 13.20 |
| **Total** | **$2,576.39** |

**EXHIBIT E**

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**

**EXPENSE DETAIL**

**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 10/05/23 | Narendra Ganti | Airfare | Airfare roundtrip coach DCA-ORD 10/03/23-10/05/23. Travel to attend Mercy Hospital meetings. | $633.84 |
| 10/05/23 | Clifford Zucker | Airfare | Airfare roundtrip coach EWR - ORD 10/04/23-10/04/23. Travel to attend Mercy Hospital meetings. | 567.79 |
| | | **Airfare Total** | | **1,201.63** |
| 10/05/23 | Narendra Ganti | Lodging | Hotel 10/3/23 - 10/5/23 while traveling to attend Mercy Hospital meetings. | 936.86 |
| | | **Lodging Total** | | **936.86** |
| 10/03/23 | Narendra Ganti | Transportation | Taxi - from airport to hotel while traveling to attend Mercy Hospital meetings. | 59.10 |
| 10/03/23 | Narendra Ganti | Transportation | Mileage from hotel to airport while traveling to attend Mercy  Hospital meetings. | 39.30 |
| 10/04/23 | Clifford Zucker | Transportation | Taxi from home to airport while traveling to attend Mercy Hospital meetings. | 60.00 |
| 10/04/23 | Clifford Zucker | Transportation | Taxi from airport to auction to attend Mercy Hospital meetings. | 61.50 |
| 10/05/23 | Narendra Ganti | Transportation | Taxi from hotel to airport while traveling to attend Mercy Hospital meetings | 76.80 |
| 10/05/23 | Narendra Ganti | Transportation | Parking at airport while traveling to attend Mercy Hospital meetings. | 58.00 |
| 10/05/23 | Clifford Zucker | Transportation | Taxi from airport to home while traveling to attend Merch Hospital meetings. | 70.00 |
| | | **Transportation Total** | | **424.70** |
| 10/04/23 | Narendra Ganti | Working Meals | Breakfast for self at the hotel while traveling to attend Mercy Hospital meetings. | 6.00 |
| 10/05/23 | Narendra Ganti | Working Meals | Breakfast for self at the airport while traveling to attend Mercy Hospital meetings. | 7.20 |
| | | **Working Meals Total** | | **13.20** |
| | | **Grand Total** | | **2,576.39** |