**EXHIBIT A**

**Time Detail**



Invoice: 3843279                                                          12/12/2023
Client: 104125

Mercy Hospital, Iowa City, Iowa
500 East Market Street
Iowa City, IA  52245

For Services Rendered in Connection with:

Matter: 0013          Chapter 11 Bankruptcy

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| B110 | 11/16/23 | E. Keil | 1.40 | Conference with TK team re schedules amendments (.6); review same (.8). |
| B110 | 11/20/23 | E. Keil | 0.30 | Correspondence with TK team re amended schedules (.3). |
| B110 | 11/27/23 | E. Keil | 0.10 | Correspondence with C. Karambelas re amended schedules (.1). |
| B110 | 11/28/23 | E. Keil | 0.20 | Correspondence with Epiq team, TK team re schedules amendment (.2). |
| B130 | 11/01/23 | D. Simon | 3.90 | Attend conference with Wixted team re communications (.7); attend conference with University re closing issues (.5); address antitrust sale issues in connection with same (.4); numerous conferences with D. Gordon, N. Coco and others re sale order and related issues (1.6); communications re sale declarations and supporting materials (.7). |
| B130 | 11/01/23 | E. Keil | 4.10 | Draft Toney declaration in support of sale (2.7); conferences and correspondence with J. Haake, D. Simon re same (.7); draft sale order language re cure objections (.3); conference with R. Leaf, D. Simon re same (.4). |
| B130 | 11/01/23 | J. Haake | 1.30 | Conference with D. Golinghorst re presentation to Sisters of Mercy and draft slides for presentation (.5); analysis re same (.8). |
| B130 | 11/01/23 | D. Golinghorst | 2.40 | Review Buyer's proposed amendments to APA (.4); draft correspondence re benefits matters to Buyer counsel (.3); draft correspondence re diligence matters to Buyer's counsel (.3); draft presentation deck for Sisters of Mercy approval presentation (1.4). |
| B130 | 11/01/23 | F. Perlman | 0.90 | Analyze open sale issues (.9). |
| B130 | 11/02/23 | D. Golinghorst | 1.50 | Draft revisions to transaction closing checklist (.4); |



**McDermott Will & Emery**

*Mercy Hospital, Iowa City, Iowa*

| | |
|---|---|
| Client: | 104125 |
| Invoice: | 3843279 |
| Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | confer with Buyer's counsel re transaction checklist and sale hearing requirements (.5); confer with J. Greathouse re ancillary transaction document preparation (.3); review APA proposed amendments (.2); draft correspondence to Buyer's counsel re real estate matters in same (.1). |
| B130 | 11/02/23 | E. Keil | 3.10 | Revise Toney declaration in support of sale (2.3); conferences with R. Leaf re sale hearing, next steps (.8). |
| B130 | 11/02/23 | F. Perlman | 1.30 | Analysis concerns re sale hearing and closing issues (.9); antitrust follow up re same (.4). |
| B130 | 11/02/23 | D. Simon | 3.30 | Revisions to sale order (1.2); negotiations re amended APA (.5); attend sisters of mercy board meeting (.7); attend sale conference with Polsinelli (.5); communications with client and Hall Render re antitrust issues (.4). |
| B130 | 11/02/23 | J. Greathouse | 3.40 | Analyze IU comments to APA (2.1); analyze Mercy closing checklists (1.3). |
| B130 | 11/03/23 | J. Greathouse | 6.70 | Review correspondence from J. Porter re APA Amendment (.6); revise APA (4.5); participate in all-hands conference with Buyer re APA amendments (.6); correspond with client and UI counsel re revisions to APA amendment (1.0). |
| B130 | 11/03/23 | E. Keil | 2.30 | Revise Toney declaration in support of sale (1.4); conferences and correspondence with D. Simon, R. Leaf re same (.7); conference with Epiq re service of proposed orders (.2). |
| B130 | 11/03/23 | D. Simon | 7.00 | Numerous conferences and negotiations with Polsinelli and sale team re APA and Sale Order issues (2.6); numerous revisions to same (1.2); conferences with TKP re budget (.6); revisions to Sale Declaration (2.0); address FTC inquiries (.6). |
| B130 | 11/03/23 | F. Perlman | 0.60 | Analyze open sale issues re APA and order (.6). |
| B130 | 11/03/23 | D. Golinghorst | 4.90 | Draft revisions to APA amendments (1.1); confer with J. Greathouse re same (.3); review, analyze, and summarize contractual arrangements related to North Liberty developments (3.5). |
| B130 | 11/04/23 | D. Simon | 0.40 | Conferences with Polsinelli re sale issues (.4). |
| B130 | 11/04/23 | J. Greathouse | 1.50 | Review draft amended and restated APA (.7); |

**444 West Lake Street Suite 4000 Chicago, IL 60606-0029 Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



## McDermott Will & Emery

Mercy Hospital, Iowa City, Iowa

| | | |
|---|---|---|
| Client: | 104125 |
| Invoice: | 3843279 |
| Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | correspond and teleconference with C. Hughes re same (.8). |
| B130 | 11/04/23 | F. Perlman | 0.90 | Review sale order (.4); review M. Toney's declaration (.5). |
| B130 | 11/05/23 | D. Golinghorst | 0.10 | Review and analyze correspondence re sale hearing (.1). |
| B130 | 11/06/23 | D. Golinghorst | 1.60 | Review and prepare APA schedules for filing (1.6). |
| B130 | 11/06/23 | J. Greathouse | 2.00 | Review correspondence regarding ancillary agreements and updates to disclosure schedules (.8); analyze compiled disclosure schedules (1.2). |
| B130 | 11/06/23 | F. Perlman | 1.20 | Follow up on open sale and APA issues (.8); work on FTC response and follow up (.4). |
| B130 | 11/07/23 | D. Golinghorst | 1.10 | Review cure schedule and objection matters (.3); draft and compile APA diligence schedules consistent with court order (.6); review and analyze correspondence re clean team agreement (.2). |
| B130 | 11/07/23 | J. Greathouse | 2.20 | Analysis re updated disclosures schedules and revised APA (2.2). |
| B130 | 11/07/23 | F. Perlman | 0.90 | Evaluate issue re APA requirements and potential defaults (.6); attention to FTC (.3). |
| B130 | 11/07/23 | D. Simon | 0.70 | Communications with Polsinelli and client re sale issues (.7). |
| B130 | 11/08/23 | D. Golinghorst | 0.90 | Draft updates to transaction closing checklist (.3); confer with D. Simon and J. Greathouse re documents to be prepared for closing (.4); review title documentation (.2). |
| B130 | 11/08/23 | D. Simon | 2.30 | Conferences with client re sale funding and related issues (1.2); assess same (.7); conferences with H2C re sale of remaining assets (.4). |
| B130 | 11/08/23 | F. Perlman | 0.80 | Review APA and auction transcript to analyze PH issue regarding operating losses (.8). |
| B130 | 11/09/23 | D. Golinghorst | 0.70 | Draft updates to transaction closing checklist (.3); participate in all-hands attorney conference with Buyer's counsel re transaction closing matters (.4). |
| B130 | 11/09/23 | D. Simon | 4.30 | Conference with Mintz re sale dispute (.7); conference with Committee re same (.4); conferences with Polsinelli re closing and sale issues (.6); multiple conferences and analysis with client re potential sale dispute (2.6). |



McDermott
Will & Emery

*Mercy Hospital, Iowa City, Iowa*

| | | Client: | 104125 |
| --- | --- | --- | --- |
| | | Invoice: | 3843279 |
| | | Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
| --- | --- | --- | --- | --- |
| B130 | 11/09/23 | F. Perlman | 1.70 | Telephone conference with N. Coco, M. Preusker, P. Chadwick and D. Simon regarding operating loss calculation (.5); telephone conference with cmte regarding same (.4); review and analysis operating loss calculation and supporting documents (.8). |
| B130 | 11/10/23 | F. Perlman | 0.80 | Continued analysis open issues regarding sale (.8). |
| B130 | 11/10/23 | D. Simon | 0.50 | Conferences with client re sale issues (.5). |
| B130 | 11/11/23 | D. Golinghorst | 0.10 | Review and analyze correspondence re contracting issue (.1). |
| B130 | 11/13/23 | D. Golinghorst | 1.80 | Draft revisions to closing tasklist (.2); participate in all-hands call with Buyer's call re same (.3); confer with B.Bourke re contract analysis (.6); review new contract list and reconcile to Schedule 2.5(a) (.7). |
| B130 | 11/13/23 | D. Simon | 0.40 | Attend sale conference with Polsinelli (.4). |
| B130 | 11/13/23 | J. Greathouse | 2.70 | Participate in weekly check-in call re APA closing (.5); revise APA re same (2.2). |
| B130 | 11/14/23 | D. Golinghorst | 0.20 | Draft correspondence re licensure matters (.1); review documentation re same (.1). |
| B130 | 11/15/23 | D. Golinghorst | 0.80 | Review contracts re assignment and assumption process (.2); draft revisions to Schedule 2.5(a) (.6). |
| B130 | 11/16/23 | D. Golinghorst | 2.50 | Draft updates to transaction closing checklist (.2); participate in all-hands closing progress call (.3); review diligence request re contract matter (.2); draft correspondence re artifact and excluded asset removal (.2); review and analyze correspondence re available contracts schedule (.3); draft revisions to available contracts schedule (1.3). |
| B130 | 11/16/23 | J. Greathouse | 1.60 | Revise APA (1.1); participate in weekly check-in call with Buyer (.5). |
| B130 | 11/16/23 | D. Simon | 2.30 | Conference with Polsinelli re closing checklist issues (.5); conferences with client re budget and related issues (1.2); review motion to reconsider and related communications (.6). |
| B130 | 11/17/23 | D. Golinghorst | 0.10 | Review and analyze correspondence re contracting matter (.1). |
| B130 | 11/19/23 | D. Golinghorst | 1.90 | Review and analyze contracts for Schedule 2.5(a) (1.7); attention to diligence requests from Buyer (.2). |
| B130 | 11/20/23 | D. Golinghorst | 3.20 | Review deposit requirements of APA (.2); draft updates to closing checklist (.2); participate in |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029   Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



*Mercy Hospital, Iowa City, Iowa*

| | |
|---|---|
| Client: | 104125 |
| Invoice: | 3843279 |
| Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | all-hands transaction closing call (.4);  review and draft revisions to Schedule 2.5(a) (2.4). |
| B130 | 11/20/23 | D. Simon | 1.00 | Attend checklist conference with Polsinelli (.4); conferences with M. Toney and F. Perlman re sale considerations (.6). |
| B130 | 11/21/23 | D. Golinghorst | 0.40 | Review and draft updates to Schedule 2.5(a) (.4). |
| B130 | 11/21/23 | D. Simon | 0.20 | Conference with R. Leaf re hearing on sale reconsideration (.2). |
| B130 | 11/27/23 | D. Golinghorst | 1.70 | Draft updates to transaction closing checklist (.3); review and analyze contracts service provider (.4); participate in all-hands call (.3); draft updates to APA disclosure schedules (.7). |
| B130 | 11/27/23 | D. Simon | 1.00 | Conference re closing issues (.3); conferences with client re operational transition (.7). |
| B130 | 11/28/23 | D. Simon | 1.30 | Conferences with University re various closing and operational issues (.6); update conference with R. Bayman re monetization of assets (.3); conferences with M. Toney re closing issues (.4). |
| B130 | 11/29/23 | D. Golinghorst | 0.80 | Draft updates to APA schedules (.8). |
| B130 | 11/29/23 | F. Perlman | 0.40 | Follow up regarding Altera issues (.4). |
| B130 | 11/29/23 | D. Simon | 2.30 | Review of Steindler agreements and related issues (1.2); review of Altera agreements and related issues (.7); conference with J. Porter re cash flow and sale updates (.4). |
| B130 | 11/30/23 | D. Simon | 2.50 | Conference with University re closing and related issues (.5); analysis re Altera issues (2.0). |
| B130 | 11/30/23 | J. Haake | 0.30 | Conference with J. Margolies re status of sale process (.3). |
| B130 | 11/30/23 | J. Haake | 0.50 | Prepare for and participate in strategy call with D. Simon analyzing closing issues (.5). |
| B130 | 11/30/23 | J. Greathouse | 0.40 | Participate in weekly check-in call with Buyer (.4). |
| B130 | 11/30/23 | D. Golinghorst | 1.70 | Draft updates to transaction closing checklist (.2); participate in all-hands transaction call re closing matters (.3); review and draft correspondence re contractual matters (.8); draft revisions to APA Schedules (.4). |
| B130 | 11/30/23 | F. Perlman | 0.60 | Attention to TSA issue regarding Altera (.6). |
| B150 | 11/06/23 | E. Keil | 0.20 | Correspondence with K. Borodkin re creditor payments (.1); correspondence with M. Udem re |


McDermott
Will & Emery

*Mercy Hospital, Iowa City, Iowa*

| | | Client: | 104125 |
|---|---|---|---|
| | | Invoice: | 3843279 |
| | | Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | same (.1). |
| B150 | 11/09/23 | E. Keil | 0.20 | Conference with Barton Associates' counsel re payments (.2). |
| B150 | 11/13/23 | E. Keil | 0.20 | Correspondence with K. Borodkin re payment of invoices (.2). |
| B150 | 11/21/23 | J. Haake | 0.40 | Correspondence with J. Sucher re proof of claim (.2); conference with J. Porter re administrative issues (.2). |
| B155 | 11/05/23 | D. Simon | 2.00 | Prepare for court hearing (2.0). |
| B155 | 11/06/23 | D. Simon | 3.40 | Prepare for and attend sale hearing (3.4). |
| B155 | 11/06/23 | E. Keil | 1.60 | Prepare for and attend sale hearing telephonically (1.6). |
| B160 | 11/01/23 | E. Keil | 0.20 | Correspondence with D. Simon, ToneyKorf team re OCPs (.2). |
| B160 | 11/02/23 | E. Keil | 1.90 | Draft amended notice of OCP (.4); correspondence with R. Leaf re same (.1); correspondence with D. Simon re same (.1); review time detail for privilege issues and compliance with Local Rules (1.3). |
| B160 | 11/06/23 | E. Keil | 1.10 | Review MWE time detail for privilege issues and compliance with local rules (1.1). |
| B160 | 11/09/23 | D. Simon | 1.30 | Revisions to fee apps (1.3). |
| B160 | 11/10/23 | E. Keil | 4.80 | Review and analyze September time detail for privilege issues and compliance with Local Rules (1.6); review and analyze October time detail for privilege issues and compliance with Local Rules (2.6); finalize September fee statement for MWE (.6). |
| B160 | 11/14/23 | E. Keil | 1.20 | Correspondence with UST re LEDES detail (.1); conference with R. Leaf re fee applications (.5); revise October fee statement (.2); review TK fee statement (.4). |
| B160 | 11/15/23 | E. Keil | 0.60 | Conference with TK re fee application (.4); revise same (.2). |
| B160 | 11/17/23 | E. Keil | 0.40 | Review and revise time detail for privilege issues and compliance with Local Rules (.4). |
| B160 | 11/21/23 | E. Keil | 0.60 | Revise October MWE fee statement (.6). |
| B160 | 11/24/23 | E. Keil | 0.50 | Revise October fee statement (.5). |
| B160 | 11/27/23 | E. Keil | 0.30 | Finalize October fee statement for filing (.3). |
| B160 | 11/27/23 | D. Simon | 0.30 | Review and finalize Oct. fee statement (.3). |
| B160 | 11/29/23 | E. Keil | 0.50 | Conference with R. Leaf re fee applications (.5). |
| B170 | 11/01/23 | E. Keil | 1.40 | Conferences with D. Simon re UST objection to fee |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



## McDermott Will & Emery

*Mercy Hospital, Iowa City, Iowa*

|  |  |
|---|---|
| Client: | 104125 |
| Invoice: | 3843279 |
| Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
|  |  |  |  | statement (.4); conference with U.S. Trustee re same (.6); review time detail for privilege issues and compliance with local rules (.4). |
| B170 | 11/01/23 | D. Simon | 0.50 | Communications with U.S. Trustee re fee application (.5). |
| B170 | 11/03/23 | E. Keil | 2.30 | Draft response to U.S. Trustee re fee inquiries (2.3). |
| B170 | 11/03/23 | D. Simon | 0.50 | Review case law re attorney fee issues (.5). |
| B170 | 11/06/23 | E. Keil | 2.10 | Review and summarize UST objection re MWE fees (1.3); conference with F. Perlman, D. Simon re same (.6); correspondence with K. Stanger re same (.2). |
| B170 | 11/06/23 | D. Simon | 0.50 | Review and analyze fee app issues (.5). |
| B170 | 11/07/23 | D. Simon | 0.50 | Analysis of UST fee objection (.5). |
| B170 | 11/15/23 | E. Keil | 2.40 | Address UST objections to August fee statement (2.4). |
| B170 | 11/15/23 | D. Simon | 0.60 | Conference with TKP re staffing report (.4); communications re UST objections (.2). |
| B170 | 11/22/23 | E. Keil | 0.60 | Review and analyze UST objection re September fees (.6). |
| B185 | 11/01/23 | E. Keil | 0.20 | Correspondence with contract counterparties re cure objections (.2). |
| B185 | 11/02/23 | E. Keil | 0.40 | Conference with J. Jaffe re cure objection (.3); correspondence with F. Perlman re same (.1). |
| B185 | 11/03/23 | E. Keil | 0.70 | Conference with D. Golinghorst re contract analysis (.7). |
| B185 | 11/06/23 | E. Keil | 1.20 | Summarize cure objections (1.2). |
| B185 | 11/07/23 | D. Simon | 0.50 | Review Steindler analysis (.5). |
| B185 | 11/08/23 | E. Keil | 0.50 | Review and revise cure objection summary (.5). |
| B185 | 11/16/23 | E. Keil | 0.10 | Correspondence with R. Leaf re 365(d)(4) motion (.1). |
| B190 | 11/21/23 | D. Simon | 1.40 | Conference with A. Sherman re Committee litigation and plan issues (.4); review ASC issues re same (.5); analyze Steindler issues (.5). |
| B190 | 11/22/23 | D. Simon | 1.60 | Conference with Committee re potential causes of action (1.0); review materials re same (.6). |
| B190 | 11/24/23 | D. Simon | 0.40 | Prepare summary documents for Committee for potential causes of action (.4). |
| B190 | 11/27/23 | D. Simon | 0.60 | Review document requests (.3); address document inquiries to Committee (.3). |
| B190 | 11/28/23 | D. Simon | 2.50 | Conference with Mintz and Committee re discovery |



McDermott
Will & Emery

*Mercy Hospital, Iowa City, Iowa*

| | | Client: | 104125 |
| --- | --- | --- | --- |
| | | Invoice: | 3843279 |
| | | Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
| --- | --- | --- | --- | --- |
| | | | | (.8); correspondence with K. Stanger re pensioner concerns (.2); review and analyze plan term sheet issues (1.5). |
| B190 | 11/29/23 | A. Ingolikar | 1.00 | Processed data, resolved errors, updated search index; Promoted processed documents for review, ocred docs, updated search index, updated STR. |
| B190 | 11/30/23 | A. Ingolikar | 1.30 | Processed data, resolved errors, updated search index; Promoted processed documents for review, ocred docs, updated search index, updated STR. |
| B195 | 11/05/23 | D. Simon | 1.30 | Nonworking travel to Iowa (2.5 billed at 50%). |
| B195 | 11/07/23 | D. Simon | 2.00 | Non-working travel from Iowa to Atlanta (4.0 billed at 50%). |
| B210 | 11/22/23 | D. Simon | 0.30 | Conference with M. Toney re operational updates (.3). |
| B210 | 11/24/23 | D. Simon | 0.20 | Conference with M. Toney re operational issues (.2). |
| B210 | 11/27/23 | E. Keil | 0.20 | Correspondence with M. Toney re creditor inquiry (.2). |
| B210 | 11/29/23 | D. Simon | 0.80 | Conference with Foundation counsel and follow-up communications re same (.8). |
| B210 | 11/30/23 | D. Simon | 0.80 | Conference with TKP/Committee/PH re cash flows and financial updates (.8). |
| B220 | 11/02/23 | J. Holdvogt | 0.50 | Correspondence with P. Brubaker re pension overpayment correction (.5). |
| B220 | 11/09/23 | J. Holdvogt | 0.80 | Conference with P. Brubaker re pension plan documents and issues for plan committee (.3); prepare summary of allocation requirements for forfeiture and revenue sharing accounts in connection with possible plan termination for P. Brubaker (.5). |
| B220 | 11/09/23 | D. Simon | 0.90 | Attend conference with P. Robey re pension issues (.4); analyze same (.4). |
| B220 | 11/10/23 | J. Holdvogt | 1.00 | Continue preparing, finalize and send summary of allocation requirements for forfeiture and revenue sharing accounts in connection with possible plan termination for P. Brubaker (1.0). |
| B220 | 11/13/23 | J. Holdvogt | 0.30 | Correspondence to and from P. Brubaker re pension QDRO (.3). |
| B220 | 11/15/23 | J. Holdvogt | 0.40 | Conference with P. Brubaker re 401(k) plan excess corrections and true up allocations (.4). |
| B220 | 11/16/23 | J. Holdvogt | 1.00 | Review 401(k) plan document and employee |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



## McDermott Will & Emery

*Mercy Hospital, Iowa City, Iowa*

| | | | | Client: | 104125 |
| | | | | Invoice: | 3843279 |
| | | | | Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | communications to confirm annual true-up match requirement and send analysis to P. Brubaker (.7); correspondence with J. Porter and P. Brubaker re 401(k) correction issues (.3). |
| B220 | 11/17/23 | J. Holdvogt | 0.50 | Correspondence with P.Brubaker re pension QDRO correction and payout to alternate payee's beneficiary (.5). |
| B220 | 11/20/23 | J. Holdvogt | 1.20 | Review pension QDRO death benefit provisions and correspondence to and from P. Brubaker re pension QDRO requirements (.8); review and revise pension QDRO letter to participant (.4). |
| B220 | 11/22/23 | J. Holdvogt | 0.80 | Conference with J. Porter and P. Brubaker re MIC requirements for 401(k) plan corrections and annual contributions under MIC 401(k) plan (.8). |
| B220 | 11/27/23 | J. Holdvogt | 1.00 | Review draft QDRO for pension benefits and send comments on draft court order to P. Brubaker (1.0). |
| B220 | 11/27/23 | D. Simon | 0.80 | Conferences with client re benefits and pension issues (.8). |
| B220 | 11/28/23 | J. Holdvogt | 0.20 | Review and revise MIC pension summary (.2). |
| B220 | 11/28/23 | F. Perlman | 0.60 | Analysis pension issues and potential strategies (.6). |
| B220 | 11/30/23 | J. Holdvogt | 0.50 | Prepare and send analysis of health and other insurance termination requirements (.5). |
| B230 | 11/01/23 | D. Simon | 3.90 | Numerous conferences with Committee, PH re cash collateral issues (1.4); negotiate and analyze cash collateral order issues (1.8); conferences with client re same (.4); negotiate cash collateral budget issues (.3). |
| B230 | 11/01/23 | F. Perlman | 0.80 | Work on resolution of cash collateral objections (.8). |
| B230 | 11/02/23 | E. Keil | 0.50 | Draft reservation of rights re cash collateral (.5). |
| B230 | 11/02/23 | F. Perlman | 2.40 | Review PH cash collateral pleading (.3); review draft response to PH cash collateral pleading (.4); conference with N. Coco re same (.3); work on resolution of cash collateral open issues (.9); follow up re Foundation settlement motion and hearing (.5). |
| B230 | 11/02/23 | D. Simon | 5.00 | Numerous conferences and communications with client re PH pleadings (1.8); revise statement and reservations of rights (1.0); analyze and negotiate cash collateral issues (2.2). |
| B230 | 11/03/23 | D. Simon | 2.20 | Numerous conferences and negotiations between |


# McDermott Will & Emery

*Mercy Hospital, Iowa City, Iowa*

| | |
|---|---|
| Client: | 104125 |
| Invoice: | 3843279 |
| Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|------|------|------|------:|-------------|
| B230 | 11/03/23 | F. Perlman | 2.20 | Committee/PH re cash collateral issues (1.5); numerous communications with client re same (.7). Conference with UCC and PH re cash collateral open issues (.5); review UCC objection (.6); work on resolving cash collateral issues (1.1). |
| B230 | 11/04/23 | F. Perlman | 2.70 | Work on resolving open issues re cash collateral (1.6); conference with A. Sherman re same (.4); conference with N. Coco re same (.3); work on finalizing order re Foundation motion (.4). |
| B230 | 11/04/23 | D. Simon | 1.60 | Analyze and negotiate cash collateral issues and related strategies (1.6). |
| B230 | 11/05/23 | F. Perlman | 1.60 | Resolve issues re cash collateral and finalize interim order (1.6). |
| B230 | 11/05/23 | D. Simon | 3.50 | Negotiations and strategies re cash collateral issues (1.3); revisions to order re same (.8); conferences with Mintz and Committee re same (1.4). |
| B230 | 11/06/23 | D. Simon | 0.70 | Negotiations re budget and finalization of cash collateral order (.7). |
| B230 | 11/06/23 | F. Perlman | 0.40 | Finalize cash collateral order (.4). |
| B230 | 11/08/23 | F. Perlman | 0.40 | Review open budget issues (.4). |
| B230 | 11/13/23 | D. Simon | 0.60 | Conference with Getzler re Foundation report (.6). |
| B230 | 11/16/23 | D. Simon | 0.50 | Conference with Getzler re Foundation report (.5). |
| B230 | 11/17/23 | D. Simon | 0.50 | Conferences and correspondence re Foundation issues and strategy (.5). |
| B230 | 11/27/23 | F. Perlman | 0.80 | Analysis of committee discovery request and cause of action analysis re cash collateral (.8). |
| B250 | 11/20/23 | J. Haake | 0.70 | Correspondence with J. Margolies and J. Porter re lease payments (.7). |
| B250 | 11/22/23 | J. Haake | 0.30 | Correspondence with J. Margolies re lease issues (.3). |
| B260 | 11/28/23 | F. Perlman | 0.50 | Participate in Board meeting (.5). |
| B310 | 11/09/23 | E. Keil | 1.10 | Conferences with TK team re schedules and statements amendment (.4); conference with R. Leaf re same (.7). |
| B320 | 11/01/23 | E. Keil | 0.40 | Research re plan, disclosure statement (.4). |
| B320 | 11/08/23 | F. Perlman | 0.70 | Begin analysis plan and classification issues (.7). |
| B320 | 11/08/23 | E. Keil | 3.20 | Conference with D. Simon, F. Perlman re plan (.7); draft plan term sheet (2.5). |
| B320 | 11/08/23 | D. Simon | 1.30 | Plan analysis and strategic planning (1.3). |
| B320 | 11/09/23 | J. Haake | 0.40 | Strategize with D. Simon re closing and plan issues |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Mercy Hospital, Iowa City, Iowa

Client: 104125
Invoice: 3843279
Invoice Date: 12/12/2023

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | (.4). |
| B320 | 11/10/23 | E. Keil | 2.10 | Draft plan/disclosure statement (2.1). |
| B320 | 11/10/23 | D. Simon | 1.50 | Analysis re plan issues (1.5). |
| B320 | 11/13/23 | C. Clear | 0.50 | Research re solicitation procedures (.5). |
| B320 | 11/13/23 | D. Simon | 2.30 | Conference with Nyemaster re litigation plan issues (.6); analyze and revise plan term sheet and related documents (1.3); conference with Mintz re plan process and timeline (.4). |
| B320 | 11/13/23 | E. Keil | 5.00 | Draft solicitation procedures motion (1.4); draft plan/disclosure statement (3.6). |
| B320 | 11/14/23 | E. Keil | 4.20 | Revise plan term sheet (2.9); draft plan/disclosure statement (.7); draft summary of assets for plan term sheet (.6). |
| B320 | 11/14/23 | D. Simon | 2.40 | Analyze and revise Plan term sheet (1.2); discussions with J. Porter re cash flow models (.8); revisions to asset analysis chart (.4). |
| B320 | 11/15/23 | F. Perlman | 0.90 | Conference with Committee and Bondholders re plan (.5); analysis re distribution issues re plan (.4). |
| B320 | 11/15/23 | C. Clear | 1.80 | Draft solicitation procedures motion (1.2); conference with E. Keil re same (.6). |
| B320 | 11/15/23 | E. Keil | 2.80 | Conferences with C. Clear re solicitation procedures motion (.6); revise plan / disclosure statement (1.4); conference with Mintz, UCC re same (.5); revise plan term sheet (.3). |
| B320 | 11/15/23 | D. Simon | 3.40 | Multiple conferences with Committee and PH re plan negotiations (1.7); draft and revise same (1.7). |
| B320 | 11/16/23 | C. Clear | 4.50 | Draft solicitation procedures motion and order (4.5). |
| B320 | 11/16/23 | D. Simon | 2.50 | Conferences with client re plan and related issues (1.2); negotiations re term sheet (1.3). |
| B320 | 11/17/23 | C. Clear | 2.70 | Revise solicitation procedures motion and order (2.7). |
| B320 | 11/17/23 | E. Keil | 2.10 | Conference with C. Clear re solicitation procedures motion (.3); continue to draft plan/disclosure statement (1.8). |
| B320 | 11/17/23 | D. Simon | 3.10 | Conference with TKP and H2C re asset list and associated strategy (.7); revisions to plan term sheet (2.4). |
| B320 | 11/19/23 | E. Keil | 2.60 | Continue to draft plan/disclosure statement (2.6). |
| B320 | 11/20/23 | E. Keil | 4.90 | Revise plan / disclosure statement (4.9). |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Mercy Hospital, Iowa City, Iowa

| | | | Client: | 104125 |
| | | | Invoice: | 3843279 |
| | | | Invoice Date: | 12/12/2023 |

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| B320 | 11/26/23 | E. Keil | 6.90 | Revise plan/disclosure statement (6.9). |
| B320 | 11/27/23 | E. Keil | 2.30 | Revise plan/disclosure statement (2.3). |
| B320 | 11/27/23 | D. Simon | 1.00 | Conference with N. Coco re plan term sheet (.4); communications with E. Keil re same (.6). |
| B320 | 11/28/23 | E. Keil | 3.50 | Revise plan/disclosure statement (2.3); revise solicitation procedures motion (1.2). |
| B320 | 11/28/23 | F. Perlman | 0.70 | Review revised plan term sheet (.7). |
| B320 | 11/29/23 | F. Perlman | 0.40 | Conference with committee counsel re plan term sheet (.4). |
| B320 | 11/29/23 | D. Simon | 0.80 | Conference with Committee re plan term sheet and related issues (.8). |
| B320 | 11/30/23 | E. Keil | 3.80 | Revise plan/disclosure statement (1.7); revise solicitation procedures motion (2.1) |
| B470 | 11/01/23 | N. Bull | 1.50 | Conferences and correspondence with M. Toney, D. Simon and S. Wu re strategy (1.5). |
| B470 | 11/03/23 | N. Bull | 0.40 | Attention to issues re FTI deposition (.4). |
| B470 | 11/04/23 | B. Paulsen | 4.00 | Prepare for and attend deposition of Narenda Ganti (4.0). |
| B470 | 11/07/23 | A. Ingolikar | 1.30 | Processed data, resolved errors, updated search index (.9); promoted processed documents for review, ocred docs, updated search index, updated STR (.4). |
| B470 | 11/07/23 | R. Dizon | 1.00 | Prepare client documents for case development review in document discovery platform. |
| B470 | 11/22/23 | N. Bull | 1.00 | Analysis re potential estates causes of action (1.0). |
| | | **Total Hours** | **284.40** | |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 2.00 | 2,210.00 |
| B130 | Asset Disposition | 104.00 | 133,599.50 |
| B150 | Mtgs/Communications w/Creditor | 1.00 | 1,139.00 |
| B155 | Court Hearings | 7.00 | 9,598.00 |
| B160 | Fee/Employment Applications | 13.70 | 15,690.50 |
| B170 | Fee/Employment Objections | 11.40 | 13,494.00 |
| B185 | Assumption/Rejection of Leases | 3.60 | 4,150.50 |
| B190 | Other Contested Matters | 8.80 | 10,046.00 |
| B195 | Non-Working Travel | 3.30 | 4,785.00 |



Mercy Hospital, Iowa City, Iowa

Client: 104125
Invoice: 3843279
Invoice Date: 12/12/2023

| Task Code | Description | Hours | Amount |
|:---:|:---|---:|---:|
| B210 | Business Operations | 2.30 | 3,266.00 |
| B220 | Employee Benefits/Pensions | 10.50 | 15,465.00 |
| B230 | Financing/Cash Collections | 30.30 | 48,282.50 |
| B250 | Real Estate | 1.00 | 1,190.00 |
| B260 | Board of Directors Matters | 0.50 | 925.00 |
| B310 | Claims Administration & Object | 1.10 | 1,215.50 |
| B320 | Plan and Disclosure Statement | 74.70 | 87,292.50 |
| B470 | Litigation | 9.20 | 9,225.00 |
| | | 284.40 | 361,574.00 |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



Mercy Hospital, Iowa City, Iowa                                                12/12/2023
Invoice: 3843279

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| N. Bull | 2.90 | 1,410.00 | 4,089.00 |
| C. Clear | 9.50 | 725.00 | 6,887.50 |
| R. Dizon | 1.00 | 545.00 | 545.00 |
| D. Golinghorst | 28.40 | 945.00 | 26,838.00 |
| J. Greathouse | 20.50 | 1,300.00 | 26,650.00 |
| J. Haake | 3.90 | 1,190.00 | 4,641.00 |
| J. Holdvogt | 8.20 | 1,450.00 | 11,890.00 |
| A. Ingolikar | 3.60 | 270.00 | 972.00 |
| E. Keil | 83.30 | 1,105.00 | 92,046.50 |
| B. Paulsen | 4.00 | 1,060.00 | 4,240.00 |
| F. Perlman | 25.20 | 1,850.00 | 46,620.00 |
| D. Simon | 93.90 | 1,450.00 | 136,155.00 |
| **Totals** | **284.40** | | **$361,574.00** |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*