**EXHIBIT B**

**Expense Detail**



Mercy Hospital, Iowa City, Iowa                                                                                                   12/12/2023
Invoice: 3843279

## Costs and Other Charges

| Timekeeper | Date | Description | Qty | Amount |
|---|---|---|---|---|
| B. Paulsen | 10/02/23 | Obtain Copy of Transcripts<br>VENDOR: Everest Court Reporting LLC<br>INVOICE#: 35668 DATE: 10/2/2023   - Copy of Transcript | 0.00 | 2,131.40 |
| D. Simon | 10/24/23 | Obtain Copy of Transcripts<br>VENDOR: Everest Court Reporting LLC<br>INVOICE#: 36276 DATE: 10/24/2023   - Court reporter fee for attendance and transcript of 10/4/23 auction. | 0.00 | 1,813.75 |
| D. Simon | 11/07/23 | Obtain Copy of Transcripts<br>VENDOR: Everest Court Reporting LLC<br>INVOICE#: 36442 DATE: 11/7/2023   - Certified copy of the October 10, 2023 Bankruptcy Auction transcript | 0.00 | 1,043.80 |

**Total Costs and Other Charges**     **$4,988.95**