**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 224** |

**NOTICE OF FIRST QUARTERLY STATEMENT OF AMOUNTS
PAID TO ORDINARY COURSE PROFESSIONALS FOR
THE QUARTER ENDING SEPTEMBER 30, 2023**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 224] (the "OCP Order"),[1] the above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this statement of amounts paid to ordinary course professionals (each, an "OCP") for professional services rendered to the Debtors during the quarterly period from August 7, 2023 to September 30, 2023 (the "Fee Period").

**PLEASE TAKE FURTHER NOTICE** that the chart attached hereto as **Exhibit A** provides the following information: (a) the name of each OCP; (b) a general description of the services rendered by each OCP during the Fee Period; and (c) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each OCP in connection with work performed for the Debtors during the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend or supplement the chart attached hereto as **Exhibit A** from time to time in their sole discretion.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

Dated:  Cedar Rapids, Iowa
          December 15, 2023

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:      (319) 286-7002
Facsimile:      (319) 286-7050
Email:          rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-645-5510
Facsimile:  515-283-8045
Email:          mmcguire@nyemaster.com
                kmstanger@nyemaster.com
                dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:      (312) 372-2000
Facsimile:      (312) 984-7700
Email:          fperlman@mwe.com
                dsimon@mwe.com
                ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:      (214) 295-8000
Facsimile:      (972) 232-3098
Email:          jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies, under penalty of perjury, that on this December 15, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

*/s/ Roy Leaf*

**EXHIBIT A**

**Payments to Ordinary Course Professionals
for Services Rendered to the Debtors for the Fee Period
August 7, 2023 to September 30, 2023**

| ORDINARY COURSE PROFESSIONAL | SERVICES PROVIDED TO DEBTORS | TOTAL COMPENSATION FOR FEE PERIOD |
|---|---|---|
| Hall Render Killian Heath and Lyman PC | Antitrust and Strategic Partner Advisor | $9,010.50 |