# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 259** |

## STAFFING REPORT OF TONEYKORF PARTNERS, LLC FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

In accordance with the *Order Authorizing Debtors to Retain ToneyKorf Partners, LLC as Interim Management of the Debtors, Effective as of the Petition Date Pursuant to Section 363 of the Bankruptcy Code, and Granting Related Relief* [Docket No. 259] (the "Retention Order") and pursuant to the terms of the engagement letter dated March 30, 2023 (the "Engagement Letter"), ToneyKorf Partners, LLC ("ToneyKorf Partners") hereby submits its staffing report (the "Staffing Report") for the period of November 1, 2023 through November 30, 2023 (the "Staffing Period"), and in support of such report respectfully represents:

1. The Debtors appointed Mark E. Toney to serve as the Chief Restructuring Officer, James R. Porter to serve as the Chief Financial Officer, and Christopher P. Karambelas to serve as the Chief Information Officer and Chief Operating Officer as set forth in the Engagement Letter. The Engagement Letter further states that ToneyKorf Partners will provide additional personnel to assist Mr. Toney, Mr. Porter, and Mr. Karambelas with the restructuring efforts and other business of the Debtors (the "Temporary Staff"), as set forth more fully in the Engagement Letter.

2. The Retention Order provides that ToneyKorf Partners shall file with this Court a report of staffing on the engagement for the previous month and provide notice to the U.S. Trustee

and any official committee. *See* Retention Order, ¶ 3(c). Such report shall include the names of and functions filled by the individuals assigned. *See id.*

3. Attached hereto as **Exhibit A** is a list which includes the names of the ToneyKorf Partners personnel serving the Debtors during this Staffing Period, along with their corresponding functions.

Dated: December 20, 2023                     */s/ Mark E. Toney*
                                             Mark E. Toney
                                             Senior Managing Director
                                             ToneyKorf Partners, LLC

# EXHIBIT A

**ToneyKorf Partners, LLC**
**Staffing Report**
**November 1, 2023 – November 30, 2023**

| Professional | Title | Function |
|---|---|---|
| Mark Toney | Senior Managing Director | – Chief Restructuring Officer<br>– Leads and manages all day-to-day operations of the Debtors<br>– Coordinates and assists with transition planning of operations to Buyer<br>– Supports governing bodies (Boards) of the Debtors and affiliates<br>– Leads the restructuring, asset sales, liability assessments, and planning of the Debtors<br>– Coordinates the sale process, including due diligence, discussions with key parties, and preparing for the sale hearing, and joint ventures<br>– Develops operating liabilities for review by Buyer<br>– Coordinates and participates in action items for closing the transaction<br>– Oversees communications with employees, physicians, and other key stakeholders<br>– Negotiates and manages litigation and settlement plans with Mercy Hospital Foundation<br>– Assists counsel with objections and litigations by key stakeholders |
| James Porter | Managing Director | – Chief Financial Officer<br>– Manages the Debtors' financial and treasury functions, including coordinating cash flow efforts, overseeing budget and actual cash flow, operating loss, funding requirements, and other needs as necessary<br>– Provides oversight of bankruptcy reporting<br>– Collaborates and supports the asset sale process in conjunction with the Debtors' professionals, including finalizing the asset purchase agreement, and valuation of the remaining additional assets (accounts receivable, joint ventures, Real Estate)<br>– Develops transition plans for Buyer, coordinates and directs data requests, and follows up on open items<br>– Oversees, plans, and assists with certain aspects of the Debtors' wind-down and post-sale operations<br>– Oversees and manages data requests and follow-up items for the project led by Getzler Henrich to assist in determining the appropriate characterization of donations/gifts to Mercy Hospital Foundation, and recording of such donations/gifts in the Foundation's books and records<br>– Reviews and assesses governmental programs, including directed payment plans, and coordination with the Iowa Hospital Association and University of Iowa Hospitals |
| Christopher Karambelas | Managing Director | – Chief Information Officer / Chief Operating Officer<br>– Oversees information technology systems and reporting<br>– Oversees facilities, environment of care, engineering, and security for the Debtors |

| Professional | Title | Function |
|---|---|---|
| | | – Addresses bankruptcy-related issues with vendors and contractual obligations, and prepares various court filings, including amendments to SOFAs and SOALs<br>– Develops transition plans for Buyer |
| Peg Brubaker | Director | – Vice President of Human Resources<br>– Oversees human resources staff, including employee relations, HRIS, and recruitment<br>– Performs Benefit Specialist role, including planning for open enrollment<br>– Responds to defined benefit pension inquiries, provides and processes pension commencement requests<br>– Oversees employee-related transition plans for Buyer |
| Jamy Houck | Director | – Manager of Administration and Communications<br>– Assists in the development of communication plans and deliverables for key stakeholders, including employees, patients, vendors, and the press<br>– Collaborates and supports the asset sale process in conjunction with the Debtors' professionals<br>– Oversees case administration, and preparation of monthly invoices, staffing reports, and compensation reports |
| Dennis Rodriguez | Director | – Finance Manager<br>– Supports bankruptcy-related matters, including preparation of Monthly Operating Reports, amendments to SOFAs and SOALs, claims analysis, and other financial and bankruptcy deliverables<br>– Reviews and reconciles monthly financials, and prepares various financial analyses and ad hoc projects as needed<br>– Participates in recruitment and interview process for long-term replacement staff in finance and accounting |
| Kara Borodkin | Paraprofessional | – Treasury and Finance Manager<br>– Supports cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses, and monitoring compliance with cash collateral requirements<br>– Works with Debtors' internal finance team to manage relationships with vendors<br>– Prepares various weekly, monthly, and ad hoc financial and operational reports, including bankruptcy MOR filings, budgeting and cash flow reports, and assists with due diligence requests from other parties, including the UCC's financial advisors, Bondholder's advisors, and Buyer's advisors<br>– Assists with transition plans for Buyer, including managing multi-party data requests, cash flow, and variance reporting, along with discussions on operating loss funding requirements and performance |