UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING MOTION OF ALTERA DIGITAL HEALTH INC.
TO SEAL EXHIBITS TO MOTION TO
COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT**

Before the Court is Altera Digital Health Inc.'s ("Altera") Motion to Seal (the "Motion to Seal") exhibits A, B, and C that are attached to Altera's Motion to Compel Assumption or Rejection of Executory Contract (the "Assumption/Rejection Motion"). For the reasons stated therein, the Court finds the Motion to Seal should be granted.

**IT IS THEREFORE ORDERED** that Altera's Motion to Seal is GRANTED.

**IT IS FURTHER ORDERED** that exhibits A, B, and C to Altera's Assumption/Rejection Motion shall be marked "Confidential" and the Clerk of Court and claims agent, as appropriate, shall maintain it as a sealed document with restricted access.

**IT IS FURTHER ORDERED** that counsel for Altera is to email Epiq Claims Operations Manager Danette Gerth at danette.gerth@epiqglobal.com with a copy of this Order and the Assumption/Rejection Motion Documents.

Dated:

December 20, 2023

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

**Prepared and Submitted By:**

PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
Larry S. Eide (AT0002317)
103 E. State Street, Suite 800
Mason City, IA 50401
Tel: (641) 423-4264
Fax: (641) 423-3145
eide@pappajohnlaw.com

-and-

LOEB & LOEB LLP
Schuyler G. Carroll (admitted *pro hac vice*)
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 202-5431
scarroll@loeb.com

*Counsel to Altera Digital Health Inc.*