Exhibit A

to Motion to Compel Assumption

or Rejection of Executory Contract

Sealed by Order entered

December 20, 2023 (Doc. No. 588)