UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING
MOTION OF ALTERA DIGITAL HEALTH INC. TO
COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT**

Upon the *Motion to Compel Assumption or Rejection of Executory Contract* (the "Motion")[1] of Altera Digital Health Inc. ("Altera"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and Altera having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice with respect to the approval of the Motion need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court; and the Court having considered the Motion, all pleadings and papers filed in connection with the Motion and the arguments of counsel and evidence proffered at the hearing on the Motion if any; and after due deliberation and good and sufficient cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

1. The Motion is GRANTED in accordance with the terms and conditions set forth in this Order.

2. No later than the date that is 10 days following entry of this Order, the Debtors shall make a written election to assume or reject the Agreement.

3. If the Debtors elect to reject the Agreement, the Debtors shall pay Altera its allowed administrative claim in the Amount of $3,932,754.64, plus all amounts which accrue through the date of rejection, within 21 days following entry of this Order.

4. The Court shall have exclusive jurisdiction to adjudicate any matter arising from this Motion.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

**Prepared and Submitted By:**

PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C
Larry S. Eide (AT0002317)
103 E. State Street, Suite 800
Mason City, IA 50401
Tel: (641) 423-4264
Fax: (641) 423-3145
eide@pappajohnlaw.com

-and-

LOEB & LOEB LLP
Schuyler G. Carroll (admitted *pro hac vice*)
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 202-5431
scarroll@loeb.com

*Counsel to Altera Digital Health Inc.*