UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 |
| | (Jointly Administered) |
| Debtors. | |

**MOTION TO LIMIT NOTICE OF
MOTION OF ALTERA DIGITAL HEALTH INC.
TO COMPEL ASSUMPTION OR
REJECTION OF EXECUTORY CONTRACT;
TO ESTABLISH A BAR DATE FOR FILING OF OBJECTIONS;
SETTING HEARING ON THE MOTION AND ANY OBJECTIONS**

Altera Digital Health Inc. ("Altera"), by and through its undersigned counsel, hereby files this motion to limit notice of the *Motion of Altera Digital Health Inc. to Compel Assumption or Rejection of Executory Contract* (the "Assumption/Rejection Motion"), to establish a bar date for filing of objections, and to set a hearing thereon, and in support thereof states:

1. Altera filed its Assumption/Rejection Motion on December 20, 2023.

2. Altera requests that notice of the Assumption/Rejection Motion be limited to the Master Service List maintained by Epiq Corporate Restructuring, LLC employed by the Debtors as the Claims and Noticing Agent. The list includes the 30 largest creditors, the Rule 2002 list, and other parties, and presently consists of 103 parties. A copy of the list is attached.

3. Altera requests that the Court establish a deadline for the filing of objections to the Assumption/Rejection Motion.

4. Altera requests that the Court set a hearing on the Assumption/Rejection Motion.

WHEREFORE, Altera respectfully requests the Court enter an order limiting notice of Assumption/Rejection Motion, establishing a bar date for filing objections, and setting a hearing thereon, and grant such other and further relief as is just and equitable.

Dated: December 22, 2023.

/s/ Larry S. Eide
Larry S. Eide (AT0002317)
PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
103 E. State Street, Suite 800
PO Box 1588
Mason City, IA 50402-1588
Tel: (641) 423-4264
Fax: (641) 423-3145
Email: eide@pappajohnlaw.com

-and-

LOEB & LOEB LLP
Schuyler G. Carroll (admitted *pro hac vice*)
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 202-5431
scarroll@loeb.com

*Counsel to Altera Digital Health Inc.*

| | |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC.<br>2755 STONER COURT<br>ATTN: JAY HALL<br>NORTH LIBERTY, IA 52317 | AEGIS LAW<br>(COUNSEL TO EVERBANK N.A F/K/A TIAA, FSB)<br>ATTN: ERIC J. LANGSTON<br>601 S. LINDBERGH BLVD<br>FRONTENAC, MO 63131 |
| ALLSCRIPTS HEALTHCARE LLC<br>305 CHURCH AT NORTH HILLS STREET<br>ATTN: DOUGLAS GENTILE<br>CHIEF MEDICAL OFFICER<br>RALEIGH, NC 27609 | ALTERA DIGITAL HEALTH INC<br>ATTN: KRISTIN STEINKAMP, CORPORATE COUNSEL<br>222 W MERCHANDISE MART<br>PLAZA 2024<br>CHICAGO, IL 60654 |
| ARENTFOX SCHIFF LLP<br>(COUNSEL TO MEDIREVV, LLC)<br>ATTN: NICHOLAS A MARTEN, BETH M. BROWNSTEIN ESQS<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | ARENTFOX SCHIFF LLP<br>(COUNSEL TO MEDIREVV, INC.)<br>ATTN: MATTHEW F. PREWITT<br>233 SOUTH WACKER DRIVE, SUITE 7100<br>CHICAGO, IL 60606 |
| ASSISTANT ATTORNEY GENERAL<br>(COUNSEL FOR STATE UNIVERSITY OF IOWA)<br>ATTN JOHN T.M. WHITEMAN<br>HOOVER STATE OFFICE BUILDING<br>SECOND FLOOR<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 | ATTORNEY GENERAL OF IOWA<br>(COUNSEL FOR STATE UNIVERSITY OF IOWA)<br>ATTN: LINDSEY L. BROWNING<br>ASSISTANT ATTORNEY GENERAL<br>HOOVER STATE OFFICE BUILDING<br>1305 E. WALNUT STREET, 2ND FLOOR<br>DES MOINES, IA 50319 |
| BARTON ASSOCIATES INC.<br>300 JUBILEE DRIVE<br>PEABODY, MA 01960 | BECKER LLC<br>(COUNSEL FOR ALLIED RESOURCES MEDICAL STAFFING)<br>ATTN: ERIC R PERKINS ESP<br>354 EISENHOWER PARKWAY<br>PLAZA II, SUITE 1500<br>LIVINGSTON, NJ 07039 |

| | |
|---|---|
| BIOMERIEUX INC.<br>ONE BOSTON PLACE<br>201 WASHINGTON ST, STE 4030<br>ATTN: CHECK MATE, BRIAN ARMSTRONG<br>BOSTON, MA 02108 | BLUESKY<br>5600 S QUEBEC ST<br>ATTN: TIM TEAGUE, CEO AND PRESIDENT<br>GREENWOOD VILLAGE, CO 80111 |
| BRADLEY & RILEY PC<br>(COUNSEL FOR REVOLOGY, INC.)<br>ATTN: LAURA M. HYER<br>PO BOX 2804<br>CEDAR RAPIDS, IA 52406-2804 | BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE P.C<br>(COUNSEL FOR WELLMARK BLUE CROSS AND BLUE SHIELD)<br>ATTN: JEFFREY D GOETZ ESQ<br>801 GRAND AVENUE, STE 3700<br>DES MOINES, IA 30309 |
| BRICK GENTRY, P.C.<br>ATTN: THOMAS L. FLYNN, NICHOLAS F. MILLER<br>6701 WESTOWN PARKWAY, SUITE 100<br>WEST DES MOINES, IA 50266 | BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE PLC<br>(COUNSEL FOR RMS HOLDINGS PC AND RADIOLOGICAL SERVICES PC)<br>ATTN MIRANDA L HUGHES, JENIFFER E LINDBERG<br>666 GRAND AVENUE, SUITE 2000<br>DES MOINES, IA 50309-2510 |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE PLC<br>(COUNSEL FOR RSM HOLDINGS P.C. AND RADIOLOGIC MEDICAL SERVICES P.C.)<br>ATTN SAMANTHA C NORRIS<br>1101 5TH STREET, STE 203<br>CORALVILLE, IA 52241 | BUCHALTER<br>(COUNSEL FOR MCKESSON CORPORATION)<br>ATTN: JEFFREY K GARFINKLE ESQ<br>18400 VON KARMAN AVE SUITE 800<br>IRVINE, CA 92612 |
| BUCHALTER<br>(COUNSEL FOR MCKESSON CORPORATION)<br>ATTN: JOSEPH A SAKAY ESQ<br>1420 5TH AVENUE SUITE 3100<br>SEATTLE, WA 98101-2649 | CARDINAL HEALTH<br>ATTN: TYRONZA WALTON, CREDIT MANAGER<br>7000 CARDINAL PL<br>DUBLIN, OH 43017 |

CENTERS FOR MEDICARE AND MEDICAID SERVICES
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244

CENTERS FOR MEDICARE AND MEDICAID SERVICES
RICHARD BOLLING FEDERAL BUILDING
601 EAST 12TH STREET, ROOM 355
KANSAS CITY, MO 64106-2808

CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER LLP
(COUNSEL FOR CROSSMED HEALTHCARE STAFFING SOLUTIONS INC)
12910 PIERCE ST, SUITE 200
OMAHA, NE 68124

CUTLER LAW FIRM, P.C.
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MERCY HOSPITAL IOWA CITY IOWA ET AL)
ATTN: ROBERT C. GAINER
1307 50TH STREET
WEST DES MOINES, IA 50266

DAY RETTIG MARTIN, P.C.
(ATTORNEY FOR EBINGER, ET AL. & MERCY PENSIONERS AD HOC COMMITTEE)
ATTN: PAULA L. ROBY
PO BOX 2877
CEDAR RAPIDS, IA 52406-2877

DEPUY SYNTHES JOINT RECON INC
1302 WRIGHTS LANE EAST
WEST CHESTER, PA 19380

DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.
(COUNSEL FOR HAYES LOCUMS, LLC AND MEDIREVV, LLC AND KRONOS INCORPORATED AND UKG INC)
ATTN: BRADLEY R. KRUSE
699 WALNUT STREET, SUITE 1600
DES MOINES, IA 50309

DILLON LAW PC
(COUNSEL TO HEALTH CAROUSEL LOCUM NETWORKING LLC AND HEALTH CROUSEL LLC)
ATTN: PATRICK B. DILLON
209 E 1ST STREET
SUMNER, IA 50674

FAEGRE DRINKER BIDDLE & REATH LLP
(COUNSEL TO JOHNSON COUNTY SURGEON INVESTORS LLC AND IOWA CITY AMBULATORY SURGICAL CENTER LLC)
ATTN: JESSE LINEBAUGH
801 GRAND AVENUE, 33RD FLOOR
DES MOINES, IA 50309-8003

FAEGRE DRINKER BIDDLE & REATH LLP
(COUNSEL TO JOHNSON COUNTY SURGEON INVESTORS LLC AND IOWA CITY AMBULATORY SURGICAL CENTER LLC)
ATTN: MICHAEL T GUSTAFSON
320 S CANAL ST, STE 3300
CHICAGO, IL 60606

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>600 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20580 | GALLAGHER BENEFIT SERVICES, INC.<br>2850 GOLF ROAD<br>ATTN: JACKIE MORROW<br>ROLLING MEADOWS, IL 60008 |
| GISLASON & HUNTER LLP<br>(COUNSEL TO THE HUNTINGTON NATIONAL BANK)<br>ATTN: MICHAEL S DOVE<br>2700 SOUTH BROADWAY<br>PO BOX 458<br>NEW ULM, MN 56073-0458 | HAYES LOCUMS<br>6700 NORTH ANDREWS AVE<br>SUITE 600<br>ATTN: JOHN HAYES<br>FORT LAUDERDALE, FL 33309 |
| HEALOGICS WOUND CARE<br>HYPERBARIC SERVICES, LLC<br>5220 BELFORT RD - 130<br>ATTN: FRANK WILLIAMS, JULIE ADAM<br>JACKSONVILLE, FL 32256 | HEIDMAN LAW FIRM, PLLC<br>(COUNSEL TO UNITEDHEALTH GROUP)<br>ATTN: JESSICA A BOARD<br>1128 HISTORIC FOURTH STREET<br>PO BOX 3086<br>SIOUX CITY, IA 51102 |
| HIRSCHLER FLEISCHER, P.C.<br>(COUNSEL FOR OWENS & MINOR INC.)<br>ATTN: ROBERT S WESTERMANN/BRITTANY B FALABELLA<br>THE EDGEWORTH BUILDING<br>2100 EAST CARY STREET<br>RICHMOND, VA 23223 | HUNTINGTON TECHNOLOGY FINANCE<br>2285 FRANKLIN RD.<br>ATTN: MARY HURT<br>BLOOMFIELD HILLS, MI 48302 |
| HUSCH BLACKWELL LLP<br>(COUNSEL TO MEDICO-MART, INC., LIQUIDAGENTS HEALTHCARE, LLC AND STAFFDNA, LLC)<br>ATTN: MICHAEL A BRANDESS<br>120 SOUTH RIVERSIDE PLAZA, SUITE 2200<br>CHICAGO, IL 60606 | IDEACOM<br>30 W WATER STREET<br>ATTN: JOHN ANDERSON-PRESIDENT<br>ST PAUL, MN 55107 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>3205 WILLIAMS BLVD. S.W.<br>CEDAR RAPIDS, IA 52404 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | INTUITIVE SURGICAL INC<br>950 KIFER ROAD<br>ATTN: GARY S. GUTHART, PH.D<br>SUNNYVALE, CA 94086 |
| IOWA DEPARTMENT OF REVENUE<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 | IOWA DEPT OF HEALTH AND HUMAN SERVICES<br>BUREAU OF COLLECTIONS<br>ATTN BANKRUPTCY<br>400 SW 8TH, STE H<br>DES MOINES, IA 50309-4633 |
| IOWA HEART CENTER<br>5880 UNIVERSITY AVENUE<br>ATTN: ROB GAVORA<br>DIVISION VP,CHIEF ADMIN OFFICER<br>WEST DES MOINES, IA 50266 | IOWA HOSPITAL ASSOCIATION<br>100 EAST GRAND<br>ATTN: CHRIS MITCHELL, RANDALL RUBIN<br>DES MOINES, IA 50309 |
| J&K PMS INC<br>6737 BRENTWOOD STAIR RD - STE 200<br>ATTN: WARREN KATZ, PRESIDENT<br>FORT WORTH, TX 76112 | J&K PMS INC<br>ATTN: KELLY MITCHEK, VICE PRESIDENT<br>6737 BRENTWOOD STAIR ROAD, STE 220<br>FORT WORTH, TX 76112 |

JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.
4500 RIVERSIDE DRIVE
ATTN: JOAQUIN DUATO, EVAN BEREZ
PALM BEACH GARDENS, FL 33410

JOHNSTON, STANNARD, KLESNER, BURBIDGE
& FITZGERALD, P.L.C.
(COUNSEL TO TRAVEL NURSE ACROSS AMERICA,
DAWNA MILLER AND JUDY ANDRONOWITZ
ATTN: STEVEN G. KLESNER
373 SCOTT COURT, SUITE B
PO BOX 3400
IOWA CITY, IA 52244

LOEB & LOEB LLP
(COUNSEL TO ALTER DIGITAL HEALTH INC.)
ATTN: SCHUYLER G. CARROLL
345 PARK AVENUE
NEW YORK, NY 10154

MARKS LAW FIRM P.C.
(ATTORNEY FOR PENSION PLAN MEMBER BRENT STRABALA,
J. NICHOLAS RUSSO, NANCY RUSSO AND MIKE GARRELS)
ATTN: SAMUEL Z. MARKS
4225 UNIVERSITY AVENUE
DES MOINES, IA 50311

MCDERMOTT WILL & EMERY LLP
ATTN: FELICIA GERBER PERLMAN, DANIEL M. SIMON
AND EMILY C. KEIL
444 WEST LAKE STREET SUITE 4000
CHICAGO, IL 60606

MCDERMOTT WILL & EMERY LLP
ATTN: JACK G. HAAKE
2501 NORTH HARWOOD STREET SUITE 1900
DALLAS, TX 75201

MCDERMOTT WILL & EMERY LLP
ATTN: DANIEL M. SIMON
1180 PEACHTREE STREET NE SUITE 3350
ATLANTA, GA 30309

MEDEFIS CONSOLIDATED
2121 N 117TH AVE - STE 200
ERIC CHRISTENSON
OMAHA, NE 68164

MEDICAL RECORD ASSOCIATES LLC
103 CENTRAL ST - STE A
ATTN: CHARLIE SAPONARO, CEO
WELLESLEY, MA 02482

MEDICO-MART INC
2323 CORPORATE DRIVE
ATTN: GERALD WALSH, TEDDY WALSH
WAUKESHA, WI 53189

| | |
|---|---|
| MEDIFIS<br>ATTN: JACKIE DUMBROWSKI, CORPORATE COUNSEL<br>2999 OLYMPUS BLVD<br>DALLAS, TX 75019 | MEDIREVV, INC.<br>ATTN: LAUREN NEWMAN<br>2651 CROSSPARK ROAD, LEVEL 2<br>CORALVILLE, IA 52241 |
| MEDIREVV, LLC<br>2600 UNIVERSITY PARKWAY<br>ATTN: LINCOLN POPP, CEO<br>CORALVILLE, IA 52241 | MEDTRONIC USA<br>8200 CORAL SEA STREET NE<br>KIMBERLY CALDERON, MICHAEL B. KEELEY<br>MOUNDS VIEW, MN 55112 |
| MIDAMERICAN ENERGY SERVICES, LLC<br>666 GRAND AVE<br>ATTN: GENERAL COUNSEL<br>DES MOINES, IA 50309 | MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO PC<br>(COUNSEL FOR COMPUTERSHARE TRUST COMPANY N.A AND PRESTON HOLLOW COMMUNITY CAPITAL INC.)<br>ATTN MEGAN PREUSKER<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.<br>(COUNSEL TO COMPUTERSHARE TRUST COMPANY N.A. AND PRESTON HOLLOW COMMUNITY CAPITAL INC)<br>ATTN: KAITLIN R WALSH, NATHAN F COCO<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>(COUNSEL TO COMPUTERSHARE TRUST COMPANY N.A. AND PRESTON HOLLOW COMMUNITY CAPITAL INC.)<br>ATTN: WILLIAM KANNEL, NATHAN F. COCO<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 |
| NYEMASTER GOODE P.C.<br>(COUNSEL TO MERCY HOSPITAL, IOWA CITY, IOWA)<br>ATTN: MATTHEW A. MCGUIRE, DANA W HEMPY<br>700 WALNUT ST, STE 1600<br>DES MOINES, IA 50309 | NYEMASTER GOODE, P.C.<br>ATTN: ROY LEAF<br>625 FIRST STREET SE SUITE 400<br>CEDAR RAPIDS, IA 52401-2030 |

| | |
|---|---|
| NYEMASTER GOODE, P.C.<br>(COUNSEL TO MERCY HOSPITAL, IOWA CITY, IOWA)<br>ATTN: KRISTINA M. STANGER<br>700 WALNUT, STE 1600<br>DES MOINES, IA 50309 | OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN: BRENNA BIRD<br>HOOVER BUILDING<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: CLAIRE R. DAVIDSON TRIAL ATTORNEY<br>210 WALNUT STREET, ROOM 793<br>DES MOINES, IA 50309 | OFFICE OF THE US TRUSTEE<br>NORTHERN DISTRICT OF IOWA<br>ATTN: JANET G.L. REASONER<br>111 SEVENTH AVENUE SE, SUITE 2800<br>CEDAR RAPIDS, IA 52401-2101 |
| OLYMPUS AMERICA INC.<br>3500 CORPORATE PARKWAY<br>PO BOX 610<br>ATTN: STEFAN KAUFMANN, JEREMY PITZ<br>CENTER VALLEY, PA 18034-0610 | OWENS & MINOR,<br>ATTN: JERRY HUNT- CREDIT MANAGER<br>9120 LOCKWOOD BLVD<br>MECHANICSVILLE, VA 23116-2015 |
| OWENS AND MINOR INC<br>9120 LOCKWOOD BLVD<br>ATTN: EDWARD A. PESICKA<br>MECHANICSVILLE, VA 23116 | PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.<br>(COUNSEL TO ALTERA DIGITAL HEALTH INC SUCCESSOR<br>TO ALLSCRIPTS HEALTHCARE, LLC)<br>ATTN: LARRY S. EIDE<br>103 EAST STATE STREET, SUITE 800<br>PO BOX 1588<br>MASON CITY, IA 50402-1588 |
| PATTERSON COMPANIES INC<br>(COUNSEL FOR PATTERSON DENTAL SUPPLY INC)<br>ATTN CHRISTOPHER CAMARDELLO<br>1031 MENDOTA HEIGHTS RD<br>ST PAUL, MN 55120 | PENSIONER COMMITTEE UST APPOINTED<br>ATTN: MARY MCMURRAY<br>47 LAKEVIEW PLANCE NE<br>IOWA CITY, IA 52240 |

| | |
|---|---|
| PENSIONER COMMITTEE UST APPOINTED<br>ATTN: MARY MCCARTHY<br>1200 23RD AVE, UNIT 2<br>CORALVILLE, IA 52241 | PENSIONER COMMITTEE UST APPOINTED<br>ATTN: CAROL EBINGER<br>39 CHANDLER PLACE<br>IOWA, IA 52245 |
| PENSIONER COMMITTEE UST APPOINTED<br>ATTN: JONI WERLE<br>2225 SUGAR BOTTOM RD NE<br>SOLON, IA 52333 | PENSIONER COMMITTEE UST APPOINTED<br>ATTN: JODINE GUNN<br>2218 E GRANTVIEW DRIVE<br>CORALVILLE, IA 52241 |
| PENSIONER COMMITTEE UST APPOINTED<br>ATTN: JEANE BERGE<br>1107 WYLDE GREEN RD<br>IOWA CITY, IA 52246 | PENSIONER COMMITTEE UST APPOINTED<br>ATTN: JEANNE HEIN<br>1386 PLEASANTVIEW DRIVE<br>TIPTON, IA 52772 |
| PIVOT HEALTH LAW, LLC<br>ATTN: SUSAN N GOODMAN PATIENT CARE OMBUDSMAN<br>P.O. BOX 69734<br>ORO VALLEY, AZ 85737 | PROGRESSIVE REHABILITATION<br>1130 SCOTT BLVD<br>SUITE 1<br>ATTN: GENERAL COUNSEL<br>IOWA CITY, IA 52240 |
| QUEST DIAGNOSTICS<br>500 PLAZA DRIVE<br>ATTN: JAMES E. DAVIS, CEO<br>SEACAUCUS, NJ 07094 | RAINES FELDMAN LITTRELL LLP<br>(COUNSEL TO NANCY RUSSO AND J. NICHOLAS RUSSO)<br>(COUNSEL TO BRENT STRABALA AND MARGARET HALVERSON)<br>ATTN: MARK S. MELICKIAN<br>30 N. LASALLE ST., STE 3100<br>CHICAGO, IL 60602 |

REVOLOGY
201 E WASHINGTON ST - UNIT 1302
ATTN: DAN KRZMARZICK
IOWA CITY, IA 52245

SHUTTLEWORTH & INGERSOLL, P.L.C.
(COUNSEL TO PROGRESSIVE REHABILITATION ASSOCIATES LLC)
ATTN: BENJAMIN G. NIELSON
115 3RD STREET SE, STE 500
PO BOX 2107
CEDAR RAPIDS, IA 52401-2107

SHUTTLEWORTH & INGERSOLL, PLC
(COUNSEL FOR WASHINGTON COUNTY HOSPITAL AND CLINICS)
ATTN: WESLEY B. HUISINGA, BENJAMIN G NIELSON AND DAN CHILDERS
PO BOX 2107
CEDAR RAPIDS, IA 52401-2107

SILLS CUMMIS & GROSS P.C
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)
ATTN: ANDREW H SHERMAN AND BORIS I MANKOVETSKIY
THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARL, NJ 07102

SMITH AND NEPHEW INC.
7135 GOODLETT FARMS PARKWAY
ATTN: ADRIANA DAVIES, VICE PRESIDENT
CORDOVA, TN 38016

SPENCER FANE LLP
(COUNSEL TO HEALOGICS WOUND CARE & HYPERBARIC SERVICES, LLC)
ATTN ELIZABETH M. LALLY, TARA E. HOLTERHAUS
13815 FNB PARKWAY, STE 200
OMAHA, NE 68154

STEINDLER ORTHOPEDIC CLINIC
ATTN: EDWARD PATRICK MAGALLANES, PRESIDENT AND CEO
2751 NORTHGATE DRIVE
IOWA CITY, IA 52245

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF IOWA
TIMOTHY T. DUAX
111 7TH AVE, SE
CEDAR RAPIDS, IA 52401

WANDRO & ASSOCIATES, P.C.
(COUNSEL FOR STEINDLER ORTHOPEDIC CLINIC, PLC AND STEINDLER NORTH LIBERTY AMBULATORY SURGERY CENTER, COIMMUNICATIONS ENGINEERING COMPANY)
ATTN: TERRY L. GIBSON
2015 GRAND AVENUE, SUTIE 102
DES MOINES, IA 50312

WHITFIELD & EDDY LAW
(COUNSEL FOR COMPUTERSHARE TRUST COMPANY, N.A AS TRUSTEE AND HOLLOW COMMUNITY CAPITAL, INC. AS BONDHOLDER REPRESENTATIVE)
ATTN: PETER J. CHALIK
699 WALNUT STREET, SUTIE 2000
DES MOINES, IA 50309

WISCONSIN PHYSICIANS SERVICE INSURANCE CORP
1717 W. BROADWAY
PO BOX 1787
MADISON, WI 53701-1787

WRIGHT MEDICAL TECHNOLOGY INC.
1023 CHERRY ROAD
ATTN: ROBERT PALMISANO
MEMPHIS, TN 38117

ZIMMER US INC
345 EAST MAIN STREET
ATTN: SEAN O'HARA
WARSAW, IN 46580