UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING
MOTION TO LIMIT NOTICE OF
MOTION OF ALTERA DIGITAL HEALTH INC.
TO COMPEL ASSUMPTION OR
REJECTION OF EXECUTORY CONTRACT;
ESTABLISHING A BAR DATE FOR FILING OF OBJECTIONS;
SETTING HEARING ON THE MOTION AND ANY OBJECTIONS**

NOW, the Motion of Altera Digital Health Inc. ("Altera") to limit notice of the *Motion of Altera Digital Health Inc. to Compel Assumption or Rejection of Executory Contract* (the "Assumption/Rejection Motion"), to establish a bar date for filing of objections, and to set a hearing on the Assumption/Rejection Motion comes before the Court.

The Court FINDS that the Motion should be granted.

The Court hereby limits notice of the Assumption/Rejection Motion to the Master Service List maintained by Epiq Corporate Restructuring, LLC which has been employed by the Debtors as the Claims and Noticing Agent (a copy of said list is attached to the Motion).

The Court hereby establishes January 12, 2024, as the bar date for the filing of objections to the Assumption/Rejection Motion.

The Court hereby sets the hearing on the Assumption/Rejection Motion and any timely filed objections for **January 22, 2024, at 10:30 a.m. (prevailing central time)** in the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

The Court further will allow any party that wishes to listen in only may use the following dial-in instructions:

Dialing Number: 888-684-8852
Access Code: 7148063
Security Code: 0623

AND, IT IS SO ORDERED.

DATE AND ENTERED
December 22, 2023

*[signature]*

Thad J. Collins, Bankruptcy Judge

Order prepared by
Larry S. Eide, *Counsel for Altera Digital Health Inc.*