UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtor(s). | CHAPTER 11<br>CASE NO. 23-00623<br><br>(Jointly Administered) |

_____

**NOTICE OF MOTION OF ALTERA DIGITAL HEALTH INC. TO
COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT;
NOTICE OF BAR DATE FOR OBJECTIONS;
NOTICE OF HEARING**

NOTICE IS GIVEN that Altera Digital Health Inc. has filed a Motion of Altera Digital Health Inc. to Compel Assumption or Rejection of Executory Contract.

NOTICE IS FURTHER GIVEN that a copy of the Motion with Exhibits (Exhibits A, B and C have been sealed by Court Order entered on December 20, 2023, Doc No. 588) is available from the undersigned or from the docket in this case through the Office of the Clerk of this Court.

NOTICE IS FURTHER GIVEN that objections to the Motion of Altera Digital Health Inc. to Compel Assumption or Rejection of Executory Contract **shall be filed not later than January 12, 2024**, with the Clerk of this Court, at either of the following addresses:

| | |
|---|---|
| United States Bankruptcy Court<br>Northern District of Iowa<br>Clerk's Office<br>111 7th Avenue SE, Box 15<br>Cedar Rapids, IA  52401-2101 | United States Bankruptcy Court<br>Northern District of Iowa<br>Clerk's Office, Federal Building<br>320 6th Street, Room 126<br>Sioux City, IA  51101 |

with a copy to the United States Trustee and the attorneys for the Debtors at the addresses shown below.

NOTICE IS FURTHER GIVEN that the Motion and any timely filed objections will come before the Court on **January 22, 2024, at 10:30 a.m. (prevailing central time)** in the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

NOTICE IS FURTHER GIVEN that any party that wishes to listen in only may use the following dial-in instructions:

Dialing Number: 888-684-8852
Access Code: 7148063
Security Code: 0623

NOTICE IS FURTHER GIVEN that if no objection is filed, the appropriate order will be entered.

Dated: December 22, 2023.

/s/ Larry S. Eide
Larry S. Eide (AT0002317)
PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
103 East State Street, Suite 800
PO Box 1588
Mason City, IA 50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com

LOEB & LOEB LLP
Schuyler G. Carroll (admitted pro hac vice)
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Facsimile: (212) 202-5431
Email: scarroll@loeb.com

Counsel to Altera Digital Health Inc.

**Attorneys for Debtors**:
Roy Leaf
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030

Kristina M. Stanger
Matthew A. McGuire
Dana Hempy
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309

Felicia Gerber Perlman
Daniel M. Simon
Emily C. Keil

**United States Trustee**:
Office of United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101

- 2 -

McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606

Jack G. Haake
McDermott Will & Emery LLP
2501 North Harwood Street, Suite 1900
Dallas, TX 75201


I hereby certify that a copy of this document and all enclosures, were mailed the date indicated below, to all creditors and parties in interest herein as required by the Bankruptcy Code and Rules, per attached list.

DATED: December 22, 2023.  /s/ Larry S. Eide
                                                  Larry S. Eide (AT0002317)

| | |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC.<br>2755 STONER COURT<br>ATTN: JAY HALL<br>NORTH LIBERTY, IA 52317 | AEGIS LAW<br>(COUNSEL TO EVERBANK N.A F/K/A TIAA, FSB)<br>ATTN: ERIC J. LANGSTON<br>601 S. LINDBERGH BLVD<br>FRONTENAC, MO 63131 |
| ALLSCRIPTS HEALTHCARE LLC<br>305 CHURCH AT NORTH HILLS STREET<br>ATTN: DOUGLAS GENTILE<br>CHIEF MEDICAL OFFICER<br>RALEIGH, NC 27609 | ALTERA DIGITAL HEALTH INC<br>ATTN: KRISTIN STEINKAMP, CORPORATE COUNSEL<br>222 W MERCHANDISE MART<br>PLAZA 2024<br>CHICAGO, IL 60654 |
| ARENTFOX SCHIFF LLP<br>(COUNSEL TO MEDIREVV, LLC)<br>ATTN: NICHOLAS A MARTEN, BETH M. BROWNSTEIN ESQS<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | ARENTFOX SCHIFF LLP<br>(COUNSEL TO MEDIREVV, INC.)<br>ATTN: MATTHEW F. PREWITT<br>233 SOUTH WACKER DRIVE, SUITE 7100<br>CHICAGO, IL 60606 |
| ASSISTANT ATTORNEY GENERAL<br>(COUNSEL FOR STATE UNIVERSITY OF IOWA)<br>ATTN JOHN T.M. WHITEMAN<br>HOOVER STATE OFFICE BUILDING<br>SECOND FLOOR<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 | ATTORNEY GENERAL OF IOWA<br>(COUNSEL FOR STATE UNIVERSITY OF IOWA)<br>ATTN: LINDSEY L. BROWNING<br>ASSISTANT ATTORNEY GENERAL<br>HOOVER STATE OFFICE BUILDING<br>1305 E. WALNUT STREET, 2ND FLOOR<br>DES MOINES, IA 50319 |
| BARTON ASSOCIATES INC.<br>300 JUBILEE DRIVE<br>PEABODY, MA 01960 | BECKER LLC<br>(COUNSEL FOR ALLIED RESOURCES MEDICAL STAFFING)<br>ATTN: ERIC R PERKINS ESP<br>354 EISENHOWER PARKWAY<br>PLAZA II, SUITE 1500<br>LIVINGSTON, NJ 07039 |

BIOMERIEUX INC.
ONE BOSTON PLACE
201 WASHINGTON ST, STE 4030
ATTN: CHECK MATE, BRIAN ARMSTRONG
BOSTON, MA 02108

BLUESKY
5600 S QUEBEC ST
ATTN: TIM TEAGUE, CEO AND PRESIDENT
GREENWOOD VILLAGE, CO 80111

BRADLEY & RILEY PC
(COUNSEL FOR REVOLOGY, INC.)
ATTN: LAURA M. HYER
PO BOX 2804
CEDAR RAPIDS, IA 52406-2804

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE P.C
(COUNSEL FOR WELLMARK BLUE CROSS AND BLUE SHIELD)
ATTN: JEFFREY D GOETZ ESQ
801 GRAND AVENUE, STE 3700
DES MOINES, IA 30309

BRICK GENTRY, P.C.
ATTN: THOMAS L. FLYNN, NICHOLAS F. MILLER
6701 WESTOWN PARKWAY, SUITE 100
WEST DES MOINES, IA 50266

BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE PLC
(COUNSEL FOR RMS HOLDINGS PC AND RADIOLOGICAL SERVICES PC)
ATTN MIRANDA L HUGHES, JENIFFER E LINDBERG
666 GRAND AVENUE, SUITE 2000
DES MOINES, IA 50309-2510

BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE PLC
(COUNSEL FOR RSM HOLDINGS P.C. AND RADIOLOGIC MEDICAL SERVICES P.C.)
ATTN SAMANTHA C NORRIS
1101 5TH STREET, STE 203
CORALVILLE, IA 52241

BUCHALTER
(COUNSEL FOR MCKESSON CORPORATION)
ATTN: JEFFREY K GARFINKLE ESQ
18400 VON KARMAN AVE SUITE 800
IRVINE, CA 92612

BUCHALTER
(COUNSEL FOR MCKESSON CORPORATION)
ATTN: JOSEPH A SAKAY ESQ
1420 5TH AVENUE SUITE 3100
SEATTLE, WA 98101-2649

CARDINAL HEALTH
ATTN: TYRONZA WALTON, CREDIT MANAGER
7000 CARDINAL PL
DUBLIN, OH 43017

| | |
|---|---|
| CENTERS FOR MEDICARE AND MEDICAID SERVICES<br>7500 SECURITY BOULEVARD<br>BALTIMORE, MD 21244 | CENTERS FOR MEDICARE AND MEDICAID SERVICES<br>RICHARD BOLLING FEDERAL BUILDING<br>601 EAST 12TH STREET, ROOM 355<br>KANSAS CITY, MO 64106-2808 |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER LLP<br>(COUNSEL FOR CROSSMED HEALTHCARE STAFFING SOLUTIONS INC)<br>12910 PIERCE ST, SUITE 200<br>OMAHA, NE 68124 | CUTLER LAW FIRM, P.C.<br>(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MERCY HOSPITAL IOWA CITY IOWA ET AL)<br>ATTN: ROBERT C. GAINER<br>1307 50TH STREET<br>WEST DES MOINES, IA 50266 |
| DAY RETTIG MARTIN, P.C.<br>(ATTORNEY FOR EBINGER, ET AL. & MERCY PENSIONERS AD HOC COMMITTEE)<br>ATTN: PAULA L. ROBY<br>PO BOX 2877<br>CEDAR RAPIDS, IA 52406-2877 | DEPUY SYNTHES JOINT RECON INC<br>1302 WRIGHTS LANE EAST<br>WEST CHESTER, PA 19380 |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.<br>(COUNSEL FOR HAYES LOCUMS, LLC AND MEDIREVV, LLC AND KRONOS INCORPORATED AND UKG INC)<br>ATTN: BRADLEY R. KRUSE<br>699 WALNUT STREET, SUITE 1600<br>DES MOINES, IA 50309 | DILLON LAW PC<br>(COUNSEL TO HEALTH CAROUSEL LOCUM NETWORKING LLC AND HEALTH CROUSEL LLC)<br>ATTN: PATRICK B. DILLON<br>209 E 1ST STREET<br>SUMNER, IA 50674 |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO JOHNSON COUNTY SURGEON INVESTORS LLC AND IOWA CITY AMBULATORY SURGICAL CENTER LLC)<br>ATTN: JESSE LINEBAUGH<br>801 GRAND AVENUE, 33RD FLOOR<br>DES MOINES, IA 50309-8003 | FAEGRE DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO JOHNSON COUNTY SURGEON INVESTORS LLC AND IOWA CITY AMBULATORY SURGICAL CENTER LLC)<br>ATTN: MICHAEL T GUSTAFSON<br>320 S CANAL ST, STE 3300<br>CHICAGO, IL 60606 |

FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20580

GALLAGHER BENEFIT SERVICES, INC.
2850 GOLF ROAD
ATTN: JACKIE MORROW
ROLLING MEADOWS, IL 60008

GISLASON & HUNTER LLP
(COUNSEL TO THE HUNTINGTON NATIONAL BANK)
ATTN: MICHAEL S DOVE
2700 SOUTH BROADWAY
PO BOX 458
NEW ULM, MN 56073-0458

HAYES LOCUMS
6700 NORTH ANDREWS AVE
SUITE 600
ATTN: JOHN HAYES
FORT LAUDERDALE, FL 33309

HEALOGICS WOUND CARE
HYPERBARIC SERVICES, LLC
5220 BELFORT RD - 130
ATTN: FRANK WILLIAMS, JULIE ADAM
JACKSONVILLE, FL 32256

HEIDMAN LAW FIRM, PLLC
(COUNSEL TO UNITEDHEALTH GROUP)
ATTN: JESSICA A BOARD
1128 HISTORIC FOURTH STREET
PO BOX 3086
SIOUX CITY, IA 51102

HIRSCHLER FLEISCHER, P.C.
(COUNSEL FOR OWENS & MINOR INC.)
ATTN: ROBERT S WESTERMANN/BRITTANY B FALABELLA
THE EDGEWORTH BUILDING
2100 EAST CARY STREET
RICHMOND, VA 23223

HUNTINGTON TECHNOLOGY FINANCE
2285 FRANKLIN RD.
ATTN: MARY HURT
BLOOMFIELD HILLS, MI 48302

HUSCH BLACKWELL LLP
(COUNSEL TO MEDICO-MART, INC., LIQUIDAGENTS
HEALTHCARE, LLC AND STAFFDNA, LLC)
ATTN: MICHAEL A BRANDESS
120 SOUTH RIVERSIDE PLAZA, SUITE 2200
CHICAGO, IL 60606

IDEACOM
30 W WATER STREET
ATTN: JOHN ANDERSON-PRESIDENT
ST PAUL, MN 55107

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>3205 WILLIAMS BLVD. S.W.<br>CEDAR RAPIDS, IA 52404 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20220 | INTUITIVE SURGICAL INC<br>950 KIFER ROAD<br>ATTN: GARY S. GUTHART, PH.D<br>SUNNYVALE, CA 94086 |
| IOWA DEPARTMENT OF REVENUE<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 | IOWA DEPT OF HEALTH AND HUMAN SERVICES<br>BUREAU OF COLLECTIONS<br>ATTN BANKRUPTCY<br>400 SW 8TH, STE H<br>DES MOINES, IA 50309-4633 |
| IOWA HEART CENTER<br>5880 UNIVERSITY AVENUE<br>ATTN: ROB GAVORA<br>DIVISION VP,CHIEF ADMIN OFFICER<br>WEST DES MOINES, IA 50266 | IOWA HOSPITAL ASSOCIATION<br>100 EAST GRAND<br>ATTN: CHRIS MITCHELL, RANDALL RUBIN<br>DES MOINES, IA 50309 |
| J&K PMS INC<br>6737 BRENTWOOD STAIR RD - STE 200<br>ATTN: WARREN KATZ, PRESIDENT<br>FORT WORTH, TX 76112 | J&K PMS INC<br>ATTN: KELLY MITCHEK, VICE PRESIDENT<br>6737 BRENTWOOD STAIR ROAD, STE 220<br>FORT WORTH, TX 76112 |

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.<br>4500 RIVERSIDE DRIVE<br>ATTN: JOAQUIN DUATO, EVAN BEREZ<br>PALM BEACH GARDENS, FL 33410 | JOHNSTON, STANNARD, KLESNER, BURBIDGE<br>& FITZGERALD, P.L.C.<br>(COUNSEL TO TRAVEL NURSE ACROSS AMERICA,<br>DAWNA MILLER AND JUDY ANDRONOWITZ<br>ATTN: STEVEN G. KLESNER<br>373 SCOTT COURT, SUITE B<br>PO BOX 3400<br>IOWA CITY, IA 52244 |
| LOEB & LOEB LLP<br>(COUNSEL TO ALTER DIGITAL HEALTH INC.)<br>ATTN: SCHUYLER G. CARROLL<br>345 PARK AVENUE<br>NEW YORK, NY 10154 | MARKS LAW FIRM P.C.<br>(ATTORNEY FOR PENSION PLAN MEMBER BRENT STRABALA,<br>J. NICHOLAS RUSSO, NANCY RUSSO AND MIKE GARRELS)<br>ATTN: SAMUEL Z. MARKS<br>4225 UNIVERSITY AVENUE<br>DES MOINES, IA 50311 |
| MCDERMOTT WILL & EMERY LLP<br>ATTN: FELICIA GERBER PERLMAN, DANIEL M. SIMON<br>AND EMILY C. KEIL<br>444 WEST LAKE STREET SUITE 4000<br>CHICAGO, IL 60606 | MCDERMOTT WILL & EMERY LLP<br>ATTN: JACK G. HAAKE<br>2501 NORTH HARWOOD STREET SUITE 1900<br>DALLAS, TX 75201 |
| MCDERMOTT WILL & EMERY LLP<br>ATTN: DANIEL M. SIMON<br>1180 PEACHTREE STREET NE SUITE 3350<br>ATLANTA, GA 30309 | MEDEFIS CONSOLIDATED<br>2121 N 117TH AVE - STE 200<br>ERIC CHRISTENSON<br>OMAHA, NE 68164 |
| MEDICAL RECORD ASSOCIATES LLC<br>103 CENTRAL ST - STE A<br>ATTN: CHARLIE SAPONARO, CEO<br>WELLESLEY, MA 02482 | MEDICO-MART INC<br>2323 CORPORATE DRIVE<br>ATTN: GERALD WALSH, TEDDY WALSH<br>WAUKESHA, WI 53189 |

MEDIFIS
ATTN: JACKIE DUMBROWSKI, CORPORATE COUNSEL
2999 OLYMPUS BLVD
DALLAS, TX 75019

MEDIREVV, INC.
ATTN: LAUREN NEWMAN
2651 CROSSPARK ROAD, LEVEL 2
CORALVILLE, IA 52241

MEDIREVV, LLC
2600 UNIVERSITY PARKWAY
ATTN: LINCOLN POPP, CEO
CORALVILLE, IA 52241

MEDTRONIC USA
8200 CORAL SEA STREET NE
KIMBERLY CALDERON, MICHAEL B. KEELEY
MOUNDS VIEW, MN 55112

MIDAMERICAN ENERGY SERVICES, LLC
666 GRAND AVE
ATTN: GENERAL COUNSEL
DES MOINES, IA 50309

MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO PC
(COUNSEL FOR COMPUTERSHARE TRUST COMPANY N.A AND PRESTON HOLLOW COMMUNITY CAPITAL INC.)
ATTN MEGAN PREUSKER
919 THIRD AVENUE
NEW YORK, NY 10022

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
(COUNSEL TO COMPUTERSHARE TRUST COMPANY N.A. AND PRESTON HOLLOW COMMUNITY CAPITAL INC)
ATTN: KAITLIN R WALSH, NATHAN F COCO
919 THIRD AVENUE
NEW YORK, NY 10022

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
(COUNSEL TO COMPUTERSHARE TRUST COMPANY N.A. AND PRESTON HOLLOW COMMUNITY CAPITAL INC.)
ATTN: WILLIAM KANNEL, NATHAN F. COCO
ONE FINANCIAL CENTER
BOSTON, MA 02111

NYEMASTER GOODE P.C.
(COUNSEL TO MERCY HOSPITAL, IOWA CITY, IOWA)
ATTN: MATTHEW A. MCGUIRE, DANA W HEMPY
700 WALNUT ST, STE 1600
DES MOINES, IA 50309

NYEMASTER GOODE, P.C.
ATTN: ROY LEAF
625 FIRST STREET SE SUITE 400
CEDAR RAPIDS, IA 52401-2030

NYEMASTER GOODE, P.C.
(COUNSEL TO MERCY HOSPITAL, IOWA CITY, IOWA)
ATTN: KRISTINA M. STANGER
700 WALNUT, STE 1600
DES MOINES, IA 50309

OFFICE OF THE ATTORNEY GENERAL OF IOWA
ATTN: BRENNA BIRD
HOOVER BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: CLAIRE R. DAVIDSON TRIAL ATTORNEY
210 WALNUT STREET, ROOM 793
DES MOINES, IA 50309

OFFICE OF THE US TRUSTEE
NORTHERN DISTRICT OF IOWA
ATTN: JANET G.L. REASONER
111 SEVENTH AVENUE SE, SUITE 2800
CEDAR RAPIDS, IA 52401-2101

OLYMPUS AMERICA INC.
3500 CORPORATE PARKWAY
PO BOX 610
ATTN: STEFAN KAUFMANN, JEREMY PITZ
CENTER VALLEY, PA 18034-0610

OWENS & MINOR,
ATTN: JERRY HUNT- CREDIT MANAGER
9120 LOCKWOOD BLVD
MECHANICSVILLE, VA 23116-2015

OWENS AND MINOR INC
9120 LOCKWOOD BLVD
ATTN: EDWARD A. PESICKA
MECHANICSVILLE, VA 23116

PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
(COUNSEL TO ALTERA DIGITAL HEALTH INC SUCCESSOR
TO ALLSCRIPTS HEALTHCARE, LLC)
ATTN: LARRY S. EIDE
103 EAST STATE STREET, SUITE 800
PO BOX 1588
MASON CITY, IA 50402-1588

PATTERSON COMPANIES INC
(COUNSEL FOR PATTERSON DENTAL SUPPLY INC)
ATTN CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS RD
ST PAUL, MN 55120

PENSIONER COMMITTEE UST APPOINTED
ATTN: MARY MCMURRAY
47 LAKEVIEW PLANCE NE
IOWA CITY, IA 52240

PENSIONER COMMITTEE UST APPOINTED
ATTN: MARY MCCARTHY
1200 23RD AVE, UNIT 2
CORALVILLE, IA 52241

PENSIONER COMMITTEE UST APPOINTED
ATTN: CAROL EBINGER
39 CHANDLER PLACE
IOWA, IA 52245

PENSIONER COMMITTEE UST APPOINTED
ATTN: JONI WERLE
2225 SUGAR BOTTOM RD NE
SOLON, IA 52333

PENSIONER COMMITTEE UST APPOINTED
ATTN: JODINE GUNN
2218 E GRANTVIEW DRIVE
CORALVILLE, IA 52241

PENSIONER COMMITTEE UST APPOINTED
ATTN: JEANE BERGE
1107 WYLDE GREEN RD
IOWA CITY, IA 52246

PENSIONER COMMITTEE UST APPOINTED
ATTN: JEANNE HEIN
1386 PLEASANTVIEW DRIVE
TIPTON, IA 52772

PIVOT HEALTH LAW, LLC
ATTN: SUSAN N GOODMAN PATIENT CARE OMBUDSMAN
P.O. BOX 69734
ORO VALLEY, AZ 85737

PROGRESSIVE REHABILITATION
1130 SCOTT BLVD
SUITE 1
ATTN: GENERAL COUNSEL
IOWA CITY, IA 52240

QUEST DIAGNOSTICS
500 PLAZA DRIVE
ATTN: JAMES E. DAVIS, CEO
SEACAUCUS, NJ 07094

RAINES FELDMAN LITTRELL LLP
(COUNSEL TO NANCY RUSSO AND J. NICHOLAS RUSSO)
(COUNSEL TO BRENT STRABALA AND MARGARET HALVERSON)
ATTN: MARK S. MELICKIAN
30 N. LASALLE ST., STE 3100
CHICAGO, IL 60602

| | |
|---|---|
| REVOLOGY<br>201 E WASHINGTON ST - UNIT 1302<br>ATTN: DAN KRZMARZICK<br>IOWA CITY, IA 52245 | SHUTTLEWORTH & INGERSOLL, P.L.C.<br>(COUNSEL TO PROGRESSIVE REHABILITATION ASSOCIATES LLC)<br>ATTN: BENJAMIN G. NIELSON<br>115 3RD STREET SE, STE 500<br>PO BOX 2107<br>CEDAR RAPIDS, IA 52401-2107 |
| SHUTTLEWORTH & INGERSOLL, PLC<br>(COUNSEL FOR WASHINGTON COUNTY HOSPITAL AND CLINICS)<br>ATTN: WESLEY B. HUISINGA, BENJAMIN G NIELSON AND DAN CHILDERS<br>PO BOX 2107<br>CEDAR RAPIDS, IA 52401-2107 | SILLS CUMMIS & GROSS P.C<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: ANDREW H SHERMAN AND BORIS I MANKOVETSKIY<br>THE LEGAL CENTER<br>ONE RIVERFRONT PLAZA<br>NEWARL, NJ 07102 |
| SMITH AND NEPHEW INC.<br>7135 GOODLETT FARMS PARKWAY<br>ATTN: ADRIANA DAVIES, VICE PRESIDENT<br>CORDOVA, TN 38016 | SPENCER FANE LLP<br>(COUNSEL TO HEALOGICS WOUND CARE & HYPERBARIC SERVICES, LLC)<br>ATTN ELIZABETH M. LALLY, TARA E. HOLTERHAUS<br>13815 FNB PARKWAY, STE 200<br>OMAHA, NE 68154 |
| STEINDLER ORTHOPEDIC CLINIC<br>ATTN: EDWARD PATRICK MAGALLANES, PRESIDENT AND CEO<br>2751 NORTHGATE DRIVE<br>IOWA CITY, IA 52245 | UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF IOWA<br>TIMOTHY T. DUAX<br>111 7TH AVE, SE<br>CEDAR RAPIDS, IA 52401 |
| WANDRO & ASSOCIATES, P.C.<br>(COUNSEL FOR STEINDLER ORTHOPEDIC CLINIC, PLC AND STEINDLER NORTH LIBERTY AMBULATORY SURGERY CENTER, COIMMUNICATIONS ENGINEERING COMPANY)<br>ATTN: TERRY L. GIBSON<br>2015 GRAND AVENUE, SUTIE 102<br>DES MOINES, IA 50312 | WHITFIELD & EDDY LAW<br>(COUNSEL FOR COMPUTERSHARE TRUST COMPANY, N.A AS TRUSTEE AND HOLLOW COMMUNITY CAPITAL, INC. AS BONDHOLDER REPRESENTATIVE)<br>ATTN: PETER J. CHALIK<br>699 WALNUT STREET, SUTIE 2000<br>DES MOINES, IA 50309 |

WISCONSIN PHYSICIANS SERVICE INSURANCE CORP
1717 W. BROADWAY
PO BOX 1787
MADISON, WI 53701-1787

WRIGHT MEDICAL TECHNOLOGY INC.
1023 CHERRY ROAD
ATTN: ROBERT PALMISANO
MEMPHIS, TN 38117

ZIMMER US INC
345 EAST MAIN STREET
ATTN: SEAN O'HARA
WARSAW, IN 46580