IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Case No. 21-00266-jwb |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

## NOTICE OF APPEANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Stryker Corporation, in this bankruptcy matter, and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

Danielle Mason Anderson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
277 S. Rose Street, Suite 6000
Kalamazoo, Michigan 49007
Ph. 269.383.5880
Fax. 269.382.0244
andersond@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

41542062.1/087451.00324

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:    /s/ Danielle Mason Anderson
       Danielle Mason Anderson (Michigan P59529)
       277 S. Rose Street, Suite 6000
       Kalamazoo, Michigan 49007
       Ph. 269.383.5880
       Fax. 269.382.0244
       andersond@millercanfield.com

Attorneys for Stryker Corporation

Dated: December 29, 2023

## CERTIFICATE OF SERVICE

The document was served electronically on parties who receive electronic notice through the CM/ECF as listed on CM/ECF's notice of electronic filing.

Dated: December 29, 2023

By:    /s/ Danielle Mason Anderson
       Danielle Mason Anderson