# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |
|  | **Related to Docket Nos. 58, 265** |

## NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE COSTS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Iowa (the "Court") on August 7, 2023 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that, on August 9, 2023, the Debtors filed a motion [Docket No. 58] (the "Sale Motion")[1] with the Court seeking entry of orders, among other things, approving (a) procedures for the solicitation of bids in connection with the proposed sale of substantially all of the Debtors' assets (the "Sale"), subject to the submission of higher or otherwise better offers in an auction process (the "Auction"), (b) the form and manner of notice related to the Sale, and (c) procedures for the assumption and assignment of contracts and leases in connection with the Sale (the "Assumption and Assignment Procedures").

**PLEASE TAKE FURTHER NOTICE** that, on September 14, 2023, the Court entered an order [Docket No. 222] (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale, the Auction, and the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that on September 20, 2023, the Debtors filed a *Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs* [Docket No. 265] (the "Initial Potential Assumed Contract List"). Since filing the Initial Potential Assumed Contract List, the Debtors have identified additional executory contracts for assumption and assignment (the "Additional Potential Assumed Contracts").

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale, the Debtors may assume and assign to the Winning Bidder the Additional Potential Assumed Contracts (in addition to the Potential Assumed Contracts listed on the First Cure Notice). A schedule listing the Additional Potential Assumed Contracts and the corresponding proposed Cure Costs (if any)

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion or Bidding Procedures Order, as applicable.

necessary for the assumption and assignment of the Additional Potential Assumed Contracts (the "Additional Potential Assumed Contract List")[2] is attached hereto and may also be accessed free of charge on the Debtors' case information website, https://dm.epiq11.com/mercyhospital. *Each Cure Cost listed on the Additional Potential Assumed Contract List represents all liabilities of any nature that the Debtors believe they have arising under an Additional Potential Assumed Contract prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale. If you believe your Cure Costs are listed with an incorrect amount on the Additional Potential Assumed Contract List, you must object in accordance with the procedures described in this Notice.*

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A CONTRACT COUNTERPARTY TO AN ADDITIONAL POTENTIAL ASSUMED CONTRACT**.

**The assumption and assignment of the Additional Potential Assumed Contracts on the Potential Assumed Contract List is not guaranteed and is subject to approval by the Court and the Debtors' or the Winning Bidder's right to not designate an Additional Potential Assumed Contract on the Additional Potential Assumed Contract List as an assumed contract.**

### Obtaining Additional Information

Copies of the Sale Motion, the Bidding Procedures, the Bidding Procedures Order, and the Sale Order as well as all related exhibits, including all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://dm.epiq11.com/mercyhospital.

Upon request by a counterparty under any Additional Potential Assumed Contract, counsel to the Winning Bidder shall provide, by electronic mail, public Adequate Assurance Information (as defined in the Bidding Procedures).

### Filing Assumption and Assignment Objections

Pursuant to the Assumption and Assignment Procedures, an Assumption and Assignment Objection must (a) be in writing, (b) comply with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Costs that the contract counterparty believes is required to cure defaults under the relevant Potential Assumed Contract, (d) be filed by no later than the **January 12, 2024**, and (e) be served on the Notice Parties (as defined in the Sale Motion).

Adequate Assurance Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court by no later than the **January 12, 2024** (d) comply with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules and

---

[2] For the avoidance of doubt, unless modified by the Additional Potential Assumed Contract List, the Potential Assumed Contract List remains unchanged. The Debtors reserve the right to revise, modify, or supplement the Potential Assumed Contract List and the Additional Potential Assumed Contract List.

(e) be served on the Debtors' Advisors and the Notice Parties (both as defined in the Bidding Procedures Order and/or Bidding Procedures).

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any contract counterparty to an Additional Potential Assumed Contract who fails to timely make an objection to the proposed assumption and assignment of such contract or lease on or before January 12, 2024 in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order and this Notice shall be deemed to have consented to the assumption and assignment of such Additional Potential Assumed Contract and to the Cure Costs set forth in the Additional Potential Assumption and Assignment Notice with respect to such Additional Potential Assumed Contract, if any, and forever barred from asserting any objection or claims against the Debtors, the Winning Bidder(s), or the property of any such parties, relating to the assumption and assignment of such contract or lease, including asserting additional Cure Costs with respect to such contract or lease. Notwithstanding anything to the contrary in such contract or lease, or any other document, the Cure Claims set forth in the this Notice shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Additional Potential Assumed Contract under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise.*

*[Remainder of This Page Intentionally Left Blank]*

Dated: Cedar Rapids, Iowa  
December 29, 2023

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*  
Roy Leaf, AT0014486  
625 1st Street SE, Suite 400  
Cedar Rapids, IA 52401-2030  
Telephone:   (319) 286-7002  
Facsimile:   (319) 286-7050  
Email:       rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255  
Matthew A. McGuire, AT0011932  
Dana Hempy, AT0014934  
700 Walnut, Suite 1600  
Des Moines, IA 50309  
Telephone:  515-283-3100  
Fax:  515-283-8045  
Email: mmcguire@nyemaster.com  
       kmstanger@nyemaster.com  
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**  
Felicia Gerber Perlman (admitted *pro hac vice*)  
Daniel M. Simon (admitted *pro hac vice*)  
Emily C. Keil (admitted *pro hac vice*)  
444 West Lake Street, Suite 4000  
Chicago, Illinois 60606  
Telephone:   (312) 372-2000  
Facsimile:   (312) 984-7700  
Email:       fperlman@mwe.com  
             dsimon@mwe.com  
             ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)  
2501 North Harwood Street, Suite 1900  
Dallas, TX 75201  
Telephone:   (214) 295-8000  
Facsimile:   (972) 232-3098  
Email:       jhaake@mwe.com

4

*Counsel for Debtors and Debtors-in-Possession*

### Certificate of Service

  The undersigned certifies, under penalty of perjury, that on this December 29, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

<u>/s/ *Roy Leaf*</u>

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE | Cure |
|---|---|---|---|
| AAA Mechanical Contractors, Inc. | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. 2014634 | - |
| ACHERKAN, DMITRIY M, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| Advanced Sterilization Products Services, Inc. | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT QUOTATION NO. 00131856 | - |
| AFFILIATED STEAM & HOT WATER | THIRD PARTY SERVICE AGREEMENT | QUOTATION NO. 108027 | - |
| AGARWAL, NEERU, MD, MBA | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO RELIEF PHYSICIAN EMPLOYMENT AGREEMENT | - |
| Agiliti Surgical Equipment Repair, Inc. | THIRD PARTY SERVICE AGREEMENT | EQUIPMENT SERVICE QUOTE No. 475134 (Gamma Probe) | 16,273 |
| Agiliti Surgical Equipment Repair, Inc. | THIRD PARTY SERVICE AGREEMENT | EQUIPMENT SERVICE QUOTE No. 490353 (GreenLight) | - |
| Altera Digital Health, Inc. | THIRD PARTY SERVICE AGREEMENT | LEGACY SOLUTIONS EXTENSION AMENDMENT | - |
| Altorfer | THIRD PARTY SERVICE AGREEMENT | LETTER AGREEMENT RE SEPT. GENERATOR MAINTENANCE AND FUEL POLISHING | - |
| American Medical Association | THIRD PARTY SERVICE AGREEMENT | AMA INVOICE NO. 100762 09082023 | - |
| Aquity Solutions, LLC | THIRD PARTY SERVICE AGREEMENT | MASTER AGREEMENT NO. 00003889 | 17,331 |
| ARAMARK UNIFORM SERVICES | | SERVICE AGREEMENT | - |
| AvaSure | THIRD PARTY SERVICE AGREEMENT | REPAIR QUOTE NOS. 48433 & 49481 | - |
| BANH, LUONG, MD | EMPLOYMENT AGREEMENT | RELIEF PHYSICIAN EMPLOYMENT AGREEMENT | - |
| Biomerieux | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT QUOTATION | - |
| Biomerieux | THIRD PARTY SERVICE AGREEMENT | PREVENTIVE MAINTENANCE OF SYSTEM QUOTE | - |
| Brown's Medical Imaging | PURCHASE/SALES AGREEMENT | QUOTE (CANON DR REPLACEMENT BATTERIES) | - |
| BRUNKHORST, LUKE W, DO | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT DTD 11/11/2017 | - |
| Bud Maas Concrete, Inc. | THIRD PARTY SERVICE AGREEMENT | SNOW REMOVAL PROPOSAL | - |
| BUTLER, MARGARET M, ARNP, PMHNP-BC | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| CADIENT LLC | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 2023-15250 | - |
| Cadient, LLC | THIRD PARTY SERVICE AGREEMENT | INVOICE #2023-15136 | - |
| Cadient, LLC | THIRD PARTY SERVICE AGREEMENT | INVOICE #2023-15139 | - |
| Cadient, LLC | THIRD PARTY SERVICE AGREEMENT | INVOICE #2023-15170 | - |
| Cassling | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 087731 | - |
| Cassling Diagnostic Imaging, Inc. d/b/a Cassling | THIRD PARTY SERVICE AGREEMENT | PROPOSAL NO. QUO-22254-X0D4W0 | - |
| CDW GOVERNMENT | THIRD PARTY SERVICE AGREEMENT | QUOTE CONFIRMATION NO. NQHB947 | - |
| Central Petroleum Equipment Company | THIRD PARTY SERVICE AGREEMENT | QUOTE AND TERMS & CONDITIONS (TESTING) | - |
| Central Petroleum Equipment Company | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 49404 | - |
| CHAMPION, M CRAIG, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| CHAMPION, M CRAIG, MD | EMPLOYMENT AGREEMENT | FOURTH AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| CLOUD 9 MEDICAL SOLUTIONS | | ADDENDUM TO CLOUD 9 SERVICES AGREEMENT | - |
| COLLEGE OF AMERICAN PATHOLOGISTS | THIRD PARTY SERVICE AGREEMENT | 2024 PRO-FORMA INVOICE NO. 462569 | - |
| Communications Engineering Company | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 406439.2 | - |
| Communications Engineering Company | THIRD PARTY SERVICE AGREEMENT | STATEMENT OF WORK - SOFTWARE SUPPORT & LENEL LICENSE & UPGRADE/BIOCONNECT SUBSCRIPTION 2023 | - |
| Communications Engineering Company | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 409370 | - |
| CORALVILLE MOB PARTNERS, LLC | | ASSIGNMENT OF, AND AMENDMENT TO OFFICE LEASE | - |
| CORALVILLE MOB PARTNERS, LLC | | OFFICE LEASE | - |
| Daikin Applied | THIRD PARTY SERVICE AGREEMENT | SERVICE & REPAIR QUOTE NO. Q-15489(PLAZA SXHCC75 FOLLOW-UP OIL ANALYSIS) | - |
| Daikin Applied Americas, Inc. | THIRD PARTY SERVICE AGREEMENT | SERVICE & REPAIR QUOTE NO. Q-28518 (LEAK REPAIR) | - |
| Darron P. Cutler, D.O. | OTHER | REPAYMENT AGREEMENT | - |
| Data Power Technology Group | THIRD PARTY SERVICE AGREEMENT | PROPOSAL NO. 16951 (REFRIGERANT LEAK) | - |
| Data Power Technology Group | THIRD PARTY SERVICE AGREEMENT | PROPOSAL NO. 18476 (HUMIDIFIER BULBS) | - |
| DataPower Technology Group | THIRD PARTY SERVICE AGREEMENT | PROPOSAL NO. 20969 (HUMIDIFIER ASSEMBLY) | - |
| DEAN, THOMAS R, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| DRNS SOFTWARE SOLUTIONS | | MEDICAL RECORDS RELEASE SERVICE AGREEMENT: APS REQUESTS | - |
| DRNS Software Solutions, LLC | THIRD PARTY SERVICE AGREEMENT | INVOICE NOS. 50617 & 50886 | - |
| EKROTH, MARGARET T, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT DTD 11/9/2017 | - |
| ELECTRIC MOTORS OF IOWA CITY | THIRD PARTY SERVICE AGREEMENT | ESTIMATE (PUMP) | 339 |
| EMMONS, ETHAN, MD | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT | - |
| ENABLING TECHNOLOGIES CORP | THIRD PARTY SERVICE AGREEMENT | AZURE AD CONNECT DEPLOYMENT SOW DTD 9/30/2021 | - |
| ENGEL, COURTNEY L, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| EVANS, ASHLEY, ARNP | EMPLOYMENT AGREEMENT | EMERGENCY CARE UNIT NURSE PRACTITIONER EMPLOYMENT AGREEMENT | - |
| EVERBANK, N.A., F/K/A TIAA, FSB | LEASE: EQUIPMENT | LEASE AGREEMENT CONTRACT NO. 510014947-1 | 24,915 |
| FRANK, FREDERICK M, DO | EMPLOYMENT AGREEMENT | EMPLOYMENT RENEWAL LETTER DTD 11/13/2021 | - |
| FRAZIER, KAYLA L, ARNP | EMPLOYMENT AGREEMENT | OFFER LETTER DTD 2/8/2022 | - |
| GALEN HEALTHCARE SOLUTIONS, INC. | | DATA CONVERSION PROPOSAL | - |
| GALEN HEALTHCARE SOLUTIONS, INC. | | SERVICE AGREEMENT | - |
| GALLO, SAMUEL, DNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| GARRATT CALLAHAN | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. 1369591-0 | - |
| Gerard Electric, Inc. | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 1012023 | - |
| Gerard Electric, Inc. | THIRD PARTY SERVICE AGREEMENT | INVOICE NOS. 1052023 & 1062023 & 1072023 | - |
| Getinge USA Sales, LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. 00290175.2 | - |
| GILLESPIE, JOSEPH, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| GRASSHOPPER LAWN CARE | THIRD PARTY SERVICE AGREEMENT | SNOW REMOVAL SERVICE ORDER SHEET | - |
| GREENWAY HEALTH, LLC | | ASSIGNMENT OF MASTER AGREEMENT | - |
| GREENWAY HEALTH, LLC | | PRIME SUITE HOSTED ENVIRONMENT REVISION 3 | - |
| GREENWAY HEALTH, LLC | | PURCHASE SCHEDULE | - |
| HANAK, VIKTOR, MD | EMPLOYMENT AGREEMENT | ADULT HOSPITALIST PROGRAM PHYSICIAN EMPLOYMENT AGREEMENT | - |
| HANAK, VIKTOR, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| Harger's Acoustics, Inc. | THIRD PARTY SERVICE AGREEMENT | SALES ORDER P937 | 723 |
| Hawkeye Carpet and Vinyl, Inc. | THIRD PARTY SERVICE AGREEMENT | ESTIMATE #571 | - |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE | Cure |
|---|---|---|---|
| Health Physics Associates | THIRD PARTY SERVICE AGREEMENT | INVOICE 23-MHIC-1202 | - |
| HEALTHSTREAM, INC. | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 0330952 | - |
| HEDGE, SAVITA V, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| HEITHOFF, BRAD E, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| HICKMAN, MANGRICH, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| Hills Bank & Trust Company | THIRD PARTY SERVICE AGREEMENT | WORKER'S COMPENSATION TRUST FUND AGREEMENT | - |
| HOFFMAN, MICHAEL S, MD, PHD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| HTC GLOBAL SERVICES, INC. | THIRD PARTY SERVICE AGREEMENT | SOFTWARE MAINTENANCE AGREEMENT | - |
| IGNACIO, KATHERINE, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| IGNACIO, RAMON L, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| IGNACIO, RAMON L, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| INTUITIVE SURGICAL, INC. | THIRD PARTY SERVICE AGREEMENT | USE, LICENSE AND SERVICE AGREEMENT | - |
| INTUITIVE SURGICAL, INC. | THIRD PARTY SERVICE AGREEMENT | LEASE AGREEMENT | - |
| IZAKOVIC, MARTIN, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT | - |
| JACQUELYN M. RONNFELDT | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| Java House Coffee Roasters | THIRD PARTY SERVICE AGREEMENT | COFFEE SERVICE AGREEMENT | - |
| Jessica Frana, ARNP | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT | - |
| Johnson & Johnson Health Care Systems, Inc. | EQUIPMENT | AMENDMENT TO EQUIPMENT PLACEMENT AGREEMENT | - |
| Johnson & Johnson Health Care Systems, Inc. | EQUIPMENT | QUOTATION NO. 251056744 | - |
| JOHNSON COUNTY EMERGENCY MEDICINE, PLC | SERVICE AGREEMENT | EMERGENCY MEDICINE SERVICES AGREEMENT | - |
| KAMAL, GAGAN D, MD | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR ICU COVERAGE SERVICES DTD 10/16/2014 | - |
| LEAF CAPITAL FUNDING, LLC | | LEASE AGREEMENT | - |
| LEARY, DANIEL J, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| Levi, Ray & Shoup, Inc. | LICENSE AGREEMENT | SOFTWARE LICENSE SCHEDULE-TERM VERSION X1.1 IA0053 | - |
| LOVE, ROBERT W, MD | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| MACHUTA, JOHN J, DO | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT | - |
| MCCOY, JAMES G, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT 11/27/2017 | - |
| Medical Technology Associates | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. QT127536 | - |
| Medtronic USA, Inc. | THIRD PARTY SERVICE AGREEMENT | MEDTRONIC ADVANCED ENERGY - QUOTE | - |
| MEPS Real-Time, Inc. d/b/a Intelliguard | LICENSE AGREEMENT | MEPS REAL-TIME, INC. DBA INTELLIGUARD SUBSCRIPTION AGREEMENT | - |
| Mercy College of Health Sciences | LEASE (LANDLORD) | FIRST AMENDMENT TO COMMERCIAL LEASE AGREEMENT | - |
| Microsoft Corporation | THIRD PARTY SERVICE AGREEMENT | YEAR 3 TRUE UP | - |
| Microsoft Corporation | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 9882343512 | - |
| Mizuho OSI | EQUIPMENT | QUOTE NO. Q-113990-1 | - |
| MODERN COMPRESSED AIR LLC | THIRD PARTY SERVICE AGREEMENT | LETTER AGREEMENT | - |
| MOONJELY, JOE, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| Mount Mercy University | SERVICE AGREEMENT | CLINICAL AFFILIATION AGREEMENT (2023) | - |
| Ortho-Clinical Diagnostics, Inc. | SERVICE AGREEMENT | EXTENSION OF SERVICE AGREEEMENT #3000008626 | - |
| OTIS ELEVATOR COMPANY | THIRD PARTY SERVICE AGREEMENT | SERVICE AND REPAIR ORDER / TERMS AND CONDITIONS | - |
| OVROM, FRED H, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| PAUL, SHIRLEY, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT DTD 9/25/2014 | - |
| PERFECTION CLEAN | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 14026 | - |
| PERINO, ANN T, MD | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR ICU COVERAGE SERVICES DTD 10/17/2014 | - |
| PERSAUD, DUSTAFF R, EDD MBA PA C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| PETERSON, BARBARA, DNP | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT | - |
| PHAM, LINH, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT | - |
| Philips | THIRD PARTY SERVICE AGREEMENT | SERVICE QUOTE  NO. 1-01137198 | - |
| PHYSICIAN ANESTHESIA CARE OF IOWA CITY PC | SERVICE AGREEMENT | ANESTHESIOLOGY SERVICES AGREEMENT | - |
| PHYSICIAN ANESTHESIA CARE OF IOWA CITY, PC | THIRD PARTY SERVICE AGREEMENT | ANESTHESIA SERVICES AGREEMENT | - |
| PIERSON, PAUL, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| RADIANCE MEDICAL SPA, LLC | | SUBLEASE | - |
| RADIOLOGIC MEDICAL SERVICES PC | SERVICE AGREEMENT | RADIOLOGY DEPARTMENT - RADIOLOGY SERVICE AGREEMENT | - |
| Remedi8 | THIRD PARTY SERVICE AGREEMENT | FIRE DAMPER INSPECTION AGREEMENT | - |
| Remedi8 | THIRD PARTY SERVICE AGREEMENT | FIRE DOOR INSPECTION AGREEMENT | - |
| Renovo Solutions, LLC | THIRD PARTY SERVICE AGREEMENT | SERVICE EVENT NO. 4592437 | - |
| Robert Half | THIRD PARTY SERVICE AGREEMENT | GENERAL CONDITIONS OF ASSIGNMENT AND TERMS OF PAYMENT (JOB ORDER NO. 01520-0012763030) | 2,550 |
| ROSEN, JANE, MD | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| ROSEN, JANE, MD | EMPLOYMENT AGREEMENT | ADULT HOSPITALIST PROGRAM PHYSICIAN EMPLOYMENT AGREEMENT | - |
| ROSEN, JANE, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| ROSEN, PETER, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT PETER ROSEN ARNP | - |
| RQI Partners, LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. Q-24155 | - |
| SANDRO YOUNADAM, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT | - |
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT DTD 5/5/2013 | - |
| SENTRIXX SECURITY | THIRD PARTY SERVICE AGREEMENT | SCOPE OF WORK AND TERMS & CONDITIONS | - |
| SKOPEC, KATHRYN, M, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| Sleep ISR | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 52416-BA-2023 (SLEEP ISR ANNUAL SUBSCRIPTION) | - |
| Solarwinds | THIRD PARTY SERVICE AGREEMENT | QUOTE NO QN1650824 (ANNUAL SUBSCRIPTION RENEWAL) | - |
| Solarwinds | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. QN1742366 | - |
| SPAS KOTEV, MD | EMPLOYMENT AGREEMENT | MEDICAL DIRECTOR ADDENDUM TO EMPLOYMENT AGREEMENT | - |
| STEVENS, BENJAMIN T, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT DTD 11/19/2014 | - |
| Stryker Medical | THIRD PARTY SERVICE AGREEMENT | QNOTE NO. 10772530 ULTRACOMFORT MATTRESS-3 | - |
| SUBRAMANIAM, UMASHANKAR, MD | EMPLOYMENT AGREEMENT | RELIEF ADULT HOSPITALS PHYSICIAN EMPLOYMENT AGREEMENT | - |
| Synchrony Employee Assistance Program | THIRD PARTY SERVICE CAGREEMENT | EMPLOYEE ASSISTANCE PROGRAM (SYNCHRONY) EMPLOYER SERVICE CONTRACT) | - |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE | Cure |
|---|---|---|---|
| THOMAS, SARAH, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT SARAH THOMAS, MD | - |
| Timber Grove Coffee Co. | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 0006 | - |
| TORRES Y TORRES, HUGO, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| UNITED SHOCKWAVE SERVICES LTD | THIRD PARTY SERVICE AGREEMENT | LITHOTRIPSY SERVICES AGREEMENT | - |
| UpToDate, Inc. | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO AGREEMENT CONTRACT NO. 00056464 | - |
| VIKTOR HANAK, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT | - |
| Vocera Communications, Inc. | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. KLEI001-908969-004-AR | - |
| WALSH, ALLISON, PA-C | EMPLOYMENT AGREEMENT | PROFESSIONAL EMPLOYMENT AGREEMENT | - |
| Wellsource | THIRD PARTY SERVICE AGREEMENT | QUOTE NO. 8196 | - |
| Zimmer | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 218771-FA5089 | - |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | VENDOR AGREEMENTS | AMENDMENT | 19,479.23 |
| Affiliated Healthcare Management Group, Inc. | THIRD PARTY SERVICE AGREEMENT | REVENUE CYCLE MANAGEMENT OUTSOURCING SERVICES AGREEMENT | - |
| Affiliated Healthcare Management Group, Inc. | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL ADDENDUM NO. 3: HOSTING LEGACY AR (STAR) ON AHMG MEDLINK SYSTEM | - |
| Bowker Pinnacle Mechanical | THIRD PARTY SERVICE AGREEMENT | INVOICE # 10240 (LAB COOLING) | - |
| Bowker Pinnacle Mechanical | THIRD PARTY SERVICE AGREEMENT | LETTER PROPOSAL (BURNER COMBUSTION HEAD) | - |
| Chanda Gritters, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT | - |
| FiberTech Medical USA - FiberTech Service Center | THIRD PARTY SERVICE AGREEMENT | WORK ORDER NO. 23:FTM-123953 | - |
| FiberTech Medical, USA | THIRD PARTY SERVICE AGREEMENT | WORK ORDER NO. 23:FTM-124034 | - |
| MedKeeper | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. 3140 | - |
| Probo Medical | THIRD PARTY SERVICE AGREEMENT | QUOTE - RMA NO. A-109312 | - |
| Summit Fire Protection | THIRD PARTY SERVICE AGREEMENT | PROPOSAL: KITCHEN FIRE SPRINKLERS | - |
| Summit Fire Protection | THIRD PARTY SERVICE AGREEMENT | PROPOSAL: BACKFLOW REPAIR | - |
| DPT SERVICE, LLC | THIRD PARTY SERVICE AGREEMENT | TERMS AND CONDITIONS, JOB NO. MHICB3-01 | - |
| Bowker Pinnacle Mechanical | THIRD PARTY SERVICE AGREEMENT | BOIL OUT PROCEDURE LETTER PROPOSAL | - |
| AMERICAN ACADEMY OF SLEEP MEDICINE | THIRD PARTY SERVICE AGREEMENT | 2024 MEMBERSHIP RENEWAL INVOICE | - |
| LESLEY A. GREEN | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT | - |
| GREEN TOP LAWN CARE AND LANDSCAPING | THIRD PARTY SERVICE AGREEMENT | ESTIMATE NO. 595 (SNOW REMOVAL AND SALTING) | - |
| MERIT ELECTRIC, LTD. | THIRD PARTY SERVICE AGREEMENT | INVOICE NO. IN08971 | - |