# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 259** |

## COMPENSATION REPORT OF TONEYKORF PARTNERS, LLC
## FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH NOVEMBER 30, 2023

In accordance with the *Order Authorizing Debtors to Retain ToneyKorf Partners, LLC as Interim Management of the Debtors, Effective as of the Petition Date Pursuant to Section 363 of the Bankruptcy Code, and Granting Related Relief* [Docket No. 259] (the "Retention Order") and pursuant to the terms of the engagement letter dated March 30, 2023 (the "Engagement Letter"), ToneyKorf Partners, LLC ("ToneyKorf Partners") hereby submits its report of compensation earned and expenses incurred (the "Compensation Report") for the period of October 1, 2023 through November 30, 2023 (the "Report Period"), and in support of such report respectfully represents:

1. The Debtors appointed Mark E. Toney to serve as the Chief Restructuring Officer, James R. Porter to serve as the Chief Financial Officer, and Christopher P. Karambelas to serve as the Chief Information Officer and Chief Operating Officer as set forth in the Engagement Letter. The Engagement Letter further states that ToneyKorf Partners will provide additional personnel to assist Mr. Toney, Mr. Porter, and Mr. Karambelas with the restructuring efforts and other business of the Debtors (the "Temporary Staff"), as set forth more fully in the Engagement Letter.

2. The Retention Order provides that ToneyKorf Partners shall file with this Court, and provide notice to the Office of the United States Trustee for the Northern District of Iowa (the

"U.S. Trustee") and any official committees of, a report of staffing on the engagement for the previous month that includes the names and functions of each of the individuals assigned (each, a "Staffing Report"). *See* Retention Order, ¶ 3(c). The Staffing Report for the period October 1, 2023 to October 31, 2023 was filed on November 20, 2023 [Docket No. 523], and the Staffing Report for the period November 1, 2023 to November 30, 2023 was filed on December 20, 2023 [Docket No. 586].

3.  The Retention Order also provides that ToneyKorf Partners shall file reports of compensation earned and expenses incurred for a sixty-day period. *See* Retention Order, ¶ 3(e). Accordingly, ToneyKorf Partners has prepared a summary report of compensation earned and expenses incurred for the Report Period, attached hereto as **Exhibits A-F**. Attached hereto as **Exhibit A** is a summary chart that discloses the names, functions filled, hours worked, and compensation by the CRO, CFO, CIO/COO, and the Temporary Staff for the Report Period. Attached hereto as **Exhibit B** is a summary chart that discloses the hours worked and compensation by category for the Report Period. Attached hereto as **Exhibit C** is a summary of hours worked and compensation by category by each ToneyKorf Partners professional for the Report Period. Attached hereto as **Exhibit D** is a description of hours worked by category for the Report Period. Attached hereto as **Exhibit E** is a summary of expenses incurred by category for the Report Period. Attached hereto as **Exhibit F** is an itemized list of expenses incurred for the Report Period.

Dated: December 29, 2023        */s/ Mark. E. Toney*
                                Mark E. Toney
                                Senior Managing Director
                                ToneyKorf Partners, LLC

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**

| Senior Management | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Mark Toney | Chief Restructuring Officer | $950 | 378.2 | $ 359,242.50 |
| Jim Porter | Chief Financial Officer | 725 | 350.0 | 253,750.00 |
| Chris Karambelas | Chief Information Officer / Chief Operating Officer | 650 | 234.9 | 152,685.00 |
| **Subtotal** | | | **963.1** | **$ 765,677.50** |

| Other Professionals | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peg Brubaker | Vice President of Human Resources | $610 | 378.0 | $ 230,580.00 |
| Jamy Houck | Manager of Administration and Communications | 590 | 57.0 | 33,630.00 |
| Dennis Rodriguez | Finance Manager | 575 | 197.9 | 113,792.50 |
| Kara Borodkin | Treasury and Finance Manager | 300 | 247.3 | 74,190.00 |
| **Subtotal** | | | **880.2** | **$ 452,192.50** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **1,843.3** | **$ 1,217,870.00** |
| **Discounts:** | | | | |
| Travel Discount at 50%[1] | | | | (55,990.00) |
| Senior Management Contractual Discount | | | | (40,232.50) |
| **Total Discounts** | | | | **$ (96,222.50)** |
| **Net Fees** | | | | **$ 1,121,647.50** |
| **Expenses**[2] | | | | |
| Direct Out of Pocket Expenses | | | | 73,036.33 |
| Getzler Henrich Invoices (for Foundation review) for October 15 to November 18[3] | | | | 68,424.85 |
| **Total Expenses** | | | | **$ 141,461.18** |
| **Total Billed** | | | | **$ 1,263,108.68** |

*Notes:*
*(1) Travel time is discounted at 50% for all professionals.*
*(2) Expenses represent amounts recorded to date and do not represent full amounts incurred. Further expenses may be reported after this reporting period.*
*(3) Expenses are authorized to be paid pursuant to the Order Approving Settlement By and Among the Debtors, the Bondholder Representatives, the Committee, and Mercy Foundation [Docket No. 477].*

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**SUMMARY BY CATEGORY**

| Category | Hours | Amount |
|---|---|---|
| 01 Business Operations | 1,164.0 | $ 763,431.50 |
| 02 Cash Management & Financing | 81.4 | 43,217.50 |
| 04 Asset Sale | 119.8 | 99,659.50 |
| 09 Bankruptcy Reporting | 127.8 | 69,392.50 |
| 10 Claims Admin | 3.7 | 2,322.50 |
| 13 Litigation | 63.0 | 54,184.00 |
| 14 Other BK Matters | 44.5 | 32,590.00 |
| 16 Bankruptcy Meetings and Communications | 35.2 | 21,462.50 |
| 17 Court Hearings | 15.4 | 11,455.00 |
| 19 Compensation and Staffing Reports | 14.2 | 8,175.00 |
| 20 Travel Time | 174.4 | 111,980.00 |
| **Total Hours / Fees** | **1,843.3** | **$ 1,217,870.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | Amount |
|---|---:|---:|
| **01 Business Operations** | | |
| Mark Toney | 178.3 | $ 169,385.00 |
| Jim Porter | 215.7 | 156,382.50 |
| Chris Karambelas | 178.9 | 116,285.00 |
| Peg Brubaker | 378.0 | 230,580.00 |
| Jamy Houck | 38.6 | 22,774.00 |
| Dennis Rodriguez | 57.0 | 32,775.00 |
| Kara Borodkin | 117.5 | 35,250.00 |
| **01 Business Operations Total** | **1,164.0** | **$ 763,431.50** |
| | | |
| **02 Cash Management & Financing** | | |
| Mark Toney | 18.0 | $ 17,100.00 |
| Jim Porter | 16.7 | 12,107.50 |
| Chris Karambelas | - | - |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Dennis Rodriguez | - | - |
| Kara Borodkin | 46.7 | 14,010.00 |
| **02 Cash Management & Financing Total** | **81.4** | **$ 43,217.50** |
| | | |
| **04 Asset Sale** | | |
| Mark Toney | 75.1 | $ 71,297.50 |
| Jim Porter | 31.0 | 22,475.00 |
| Chris Karambelas | 4.0 | 2,600.00 |
| Peg Brubaker | - | - |
| Jamy Houck | 1.3 | 767.00 |
| Dennis Rodriguez | - | - |
| Kara Borodkin | 8.4 | 2,520.00 |
| **04 Asset Sale Total** | **119.8** | **$ 99,659.50** |
| | | |
| **09 Bankruptcy Reporting** | | |
| Mark Toney | - | $ - |
| Jim Porter | 5.5 | 3,987.50 |
| Chris Karambelas | 15.1 | 9,815.00 |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Dennis Rodriguez | 85.2 | 48,990.00 |
| Kara Borodkin | 22.0 | 6,600.00 |
| **09 Bankruptcy Reporting Total** | **127.8** | **$ 69,392.50** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours |  | Amount |
|---|---:|---|---:|
| **10 Claims Admin** | | | |
| Mark Toney | 0.4 | $ | 380.00 |
| Jim Porter | - | | - |
| Chris Karambelas | 0.6 | | 390.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 2.7 | | 1,552.50 |
| Kara Borodkin | - | | - |
| **10 Claims Admin Total** | **3.7** | **$** | **2,322.50** |
| | | | |
| **13 Litigation** | | | |
| Mark Toney | 41.1 | $ | 38,997.50 |
| Jim Porter | 18.5 | | 13,412.50 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | 2.6 | | 1,534.00 |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 0.8 | | 240.00 |
| **13 Litigation Total** | **63.0** | **$** | **54,184.00** |
| | | | |
| **14 Other BK Matters** | | | |
| Mark Toney | 15.7 | $ | 14,867.50 |
| Jim Porter | 4.5 | | 3,262.50 |
| Chris Karambelas | 6.3 | | 4,095.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | 1.0 | | 590.00 |
| Dennis Rodriguez | 17.0 | | 9,775.00 |
| Kara Borodkin | - | | - |
| **14 Other BK Matters Total** | **44.5** | **$** | **32,590.00** |
| | | | |
| **16 Bankruptcy Meetings and Communications** | | | |
| Mark Toney | 6.9 | $ | 6,555.00 |
| Jim Porter | 15.1 | | 10,947.50 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 13.2 | | 3,960.00 |
| **16 Bankruptcy Meetings and Communications Total** | **35.2** | **$** | **21,462.50** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours |  | Amount |
|---|---:|---|---:|
| **17 Court Hearings** | | | |
| Mark Toney | 7.9 | $ | 7,505.00 |
| Jim Porter | 4.0 | | 2,900.00 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 3.5 | | 1,050.00 |
| **17 Court Hearings Total** | **15.4** | **$** | **11,455.00** |
| | | | |
| **19 Compensation and Staffing Reports** | | | |
| Mark Toney | - | $ | - |
| Jim Porter | - | | - |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | 13.5 | | 7,965.00 |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 0.7 | | 210.00 |
| **19 Compensation and Staffing Reports Total** | **14.2** | **$** | **8,175.00** |
| | | | |
| **20 Travel Time** | | | |
| Mark Toney | 34.9 | $ | 33,155.00 |
| Jim Porter | 39.0 | | 28,275.00 |
| Chris Karambelas | 30.0 | | 19,500.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 36.0 | | 20,700.00 |
| Kara Borodkin | 34.5 | | 10,350.00 |
| **20 Travel Time Total** | **174.4** | **$** | **111,980.00** |
| | | | |
| **Total** | **1,843.3** | **$** | **1,217,870.00** |

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**CATEGORY DESCRIPTIONS**

**01    Business Operations**

Issues related to debtor-in-possession operations in chapter 11, including duties of the CRO, CFO, COO/CIO, and Vice President of Human Resources. Management of the operations of the Debtors, including:

a) CRO oversaw and managed all day-to-day restructuring, operations, and assets of the Debtors; oversaw operations and personnel matters; kept the organization operating under distress and high-pressure tensions between various stakeholders, responsible for overall case strategy, managed bankruptcy professionals assisting the Debtors with various tasks, communicated to Restructuring Committee and Board of Directors, managed communication plans and deliverables for key stakeholders, including employees, patients, vendors, and the press. Held town halls with the employees and medical staff subsequent to the sale hearing. Coordinated and assisted with transition planning of operations to Buyer. Led the transition planning team for Mercy and coordinated with UI senior leaders. Coordinated review of the Foundation and collaborated with Chair and Board on strategic options. Recruited permanent staff for select managerial positions;

b) CFO managed the Debtors' financial and treasury functions, focused on cash generation and preservation, worked with Debtors' internal finance team to manage relationships with vendors, managed the preparation of schedules and other periodic reports required by the Bankruptcy Court or which are customarily issued by the Company's CFO. Coordinated cash flow efforts, oversaw budget and actual cash flow, operating loss, funding requirements, and other needs as necessary. Prepared presentations related to the Company's financial affairs and bankruptcy progress for the Board of Directors and Restructuring Committee. Developed transition plans for Buyer, coordinated and directed data requests, and followed up on open items. Reviewed and assessed governmental programs, including directed payment plans, and coordination with the Iowa Hospital Association and University of Iowa Hospitals. Recruited permanent management staff for finance. Assisted CRO in strategy and data acquisition of review and transition;

c) CIO/COO oversaw and managed the day-to-day operations of the non-clinical and support staff areas including information technology, facilities, engineering, environmental services, security, dietary, and biomedical engineering to ensure continued and efficient support of patient care delivery. Partnered with other leaders with regards to regulatory compliance requirements, along with addressing various operational challenges faced throughout the organization. Developed transition plans for Buyer of the respective areas and maintained staff during uncertainty. Coordinated resources and information requests and flow to the Buyer and bankruptcy counsel;

d) VP of Human Resources oversaw management of the Debtors Human Resource department, including overseeing employee investigations/relations, resolving employee compensation issues, providing coaching and support as needed, addressing defined benefit pension inquiries, resolving benefit enrollment, coverage, and interface issues, planning for open enrollment, responding to benefit questions/issues from employees and working with appropriate insurance companies/broker to resolve. Oversaw employee transition planning with and for the Buyer; and

e) Temporary Staff supports senior management as noted above, including preparing various weekly, monthly, and ad hoc financial and operational reports, both for operations, external reporting to stakeholders, and bankruptcy court. Managed treasury function and prepare reporting for CRO and CFO. Assisted VP of HR in gathering data for pensions and the Buyer. Worked with various leaders and staff on physician agreements, vendor relations, supplies, and operating efficiency.

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**CATEGORY DESCRIPTIONS**

**02　Cash Management & Financing**

Supported cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses. Monitored compliance with cash collateral requirements. Met with advisors for the secured lenders/bondholders and Unsecured Creditors Committee regarding cash management on a regular basis. Reviewed and approved vendor payments. Managed bank accounts. Prepared net operating cash loss funding requirements of the Buyer. Developed forecast and planned for cash flow beyond the targeted transaction closing date.

**04　Asset Sale**

Collaborated, coordinated, and supported the asset sale process in conjunction with the Debtors' professionals, including the investment bankers. Participated in the sale process, including the auction and subsequent meetings with the potential Buyer, reviewing and assessing auction proposals, preparing declaration in support of the sale, finalizing the asset purchase agreement, assisting with due diligence requests, tours of the facilities and meetings with the stalking horse and potential bidders, discussions with key parties, including FTC, regarding antitrust matters, preparing for the sale hearing, and coordinating communications and strategy with joint ventures. Began development of transition plans for potential new owners/operators. Prepared various weekly, monthly, and ad hoc financial and operational reports and deliverables to assist with due diligence requests and APA schedules.

**09　Bankruptcy Reporting**

Oversaw and addressed administrative and/or reporting matters related to bankruptcy filing and reporting. Supported efforts to prepare bankruptcy-related matters, including potential amendments to the Debtors' Statement of Financial Affairs (SOFA), Schedules of Assets and Liabilities (SOAL), Monthly Operating Reports (MORs), and other bankruptcy reporting requirements. Coordinated with the Debtors' claims agent.

**10　Claims Admin**

Reviewed and analyzed preliminary claims database, claims register, and claims extract provided by the Debtors' Claims Agent, Epiq. Participated in communications with the UCC professionals regarding the claims register.

**13　Litigation**

Negotiated and managed litigation and settlement plans with Mercy Hospital Foundation. Oversaw and managed data requests and follow-up items for the project led by Getzler Henrich to assist in determining the appropriate characterization of donations/gifts to Mercy Hospital Foundation, and recording of such donations/gifts in the Foundation's books and records. Assisted counsel with objections and litigations by key stakeholders, including the Motion to Compel Compliance with Auction Results by the Bondholder. Reviewed transcript of testimony from various deposed parties regarding AR valuation and assisted stakeholders' financial advisors with bridging of differences in data. Reviewed court filings by Bondholders and UCC professionals and identified errors and inconsistencies in data and assertions. Prepared for potential testimony regarding cash collateral and sale hearing.

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**CATEGORY DESCRIPTIONS**

| | |
|---|---|
| **14** | **Other BK Matters** |

Addressed other bankruptcy matters, including docket and motion review, diligence on case structure, public documents, and information requests, and other matters. Addressed vendor issues related to the bankruptcy filing. Reviewed calculations of sick days, and other liabilities, and developed strategy for key liabilities of the estate, including pension, medmal, and employee sick days. Reviewed potential avoidance actions. Drafted memo to attorneys regarding potential rejection of select contracts.

| | |
|---|---|
| **16** | **Bankruptcy Meetings and Communications** |

Participated in bankruptcy meetings and general correspondence with UCC, Creditors, Committee Professionals, US Trustee, Ombudsperson, Other Debtors Advisors, Bondholder's Advisors, or Other Professionals relating to various case updates. Coordinated information with Ombudsperson as considered appropriate.

| | |
|---|---|
| **17** | **Court Hearings** |

Prepared for and participated in various hearings, including the pension committee motion and the sales process. Prepared for potential testimony on various occasions.

| | |
|---|---|
| **19** | **Compensation and Staffing Reports** |

Prepared and reviewed monthly invoices, staffing reports, and compensation reports.

| | |
|---|---|
| **20** | **Travel Time** |

Non-working time incurred traveling to and from business-related sites. For the purposes of this engagement, ToneyKorf Partners does not bill travel time over three hours, and applies a 50% reduction for travel billed.

**EXHIBIT E**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**SUMMARY BY EXPENSE TYPE**

| Expense Type | | Total |
|---|---|---:|
| Airfare | $ | 35,842.76 |
| Ground Transportation | | 9,994.14 |
| Lodging | | 23,516.51 |
| Meals | | 3,656.94 |
| Miscellaneous / Other[1] | | 68,450.83 |
| **Total** | **$** | **141,461.18** |

*Note:*
*(1) Includes Getzler Henrich Invoices (for Foundation review) for October 15 to November 18. Expenses are authorized to be paid pursuant to the Order Approving Settlement By and Among the Debtors, the Bondholder Representatives, the Committee, and Mercy Foundation [Docket No. 477].*

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| **Airfare** | | | |
| Kara Borodkin | 10/01/2023 | Airfare - Round trip - LGA to CID | $ 1,307.00 |
| Mark Toney | 10/02/2023 | Airfare - One way - BNA to CID | $ 129.96 |
| Jim Porter | 10/03/2023 | Airfare - One way - NYC to ORD (for the auction) | $ 203.90 |
| Kara Borodkin | 10/03/2023 | Airfare - One way - CID to ORD (for auction) | $ 238.90 |
| Mark Toney | 10/03/2023 | Airfare - One way - CID to ORD (for auction) | $ 238.90 |
| Peg Brubaker | 10/05/2023 | Airfare - Round trip - CID to DCA | $ 916.25 |
| Jim Porter | 10/06/2023 | Airfare - One way - CID to CLT | $ 492.90 |
| Jim Porter | 10/08/2023 | Airfare - Round trip - CLT to CID | $ 634.00 |
| Mark Toney | 10/11/2023 | Airfare - One way - CID to PWM | $ 514.10 |
| Peg Brubaker | 10/13/2023 | Airfare - Round trip - CID to DCA | $ 583.80 |
| Dennis Rodriguez | 10/15/2023 | Airfare - Round trip - PBI to CID | $ 912.40 |
| Kara Borodkin | 10/16/2023 | Airfare - Round trip - LGA to CID | $ 718.40 |
| Mark Toney | 10/16/2023 | Airfare - One way - PWM to CID | $ 779.20 |
| Jim Porter | 10/17/2023 | Airfare - One way - CLT to CID | $ 438.40 |
| Peg Brubaker | 10/19/2023 | Airfare - Round trip - CID to EWR | $ 844.99 |
| Jim Porter | 10/20/2023 | Airfare - One way - CID to NYC | $ 467.20 |
| Jim Porter | 10/22/2023 | Airfare - One way - NYC to CID | $ 475.69 |
| Chris Karambelas | 10/23/2023 | Airfare - Round trip - CID from LGA | $ 976.40 |
| Dennis Rodriguez | 10/23/2023 | Airfare - Round trip - PBI to CID | $ 1,002.40 |
| Kara Borodkin | 10/23/2023 | Airfare - Round trip - LGA to CID | $ 758.40 |
| Jim Porter | 10/25/2023 | Airfare - One way - CID to NYC | $ 573.20 |
| Peg Brubaker | 10/26/2023 | Airfare - Round trip - CID to DCA | $ 935.90 |
| Mark Toney | 10/28/2023 | Airfare - One way - CID to PWM | $ 477.00 |
| Chris Karambelas | 10/30/2023 | Airfare - Round trip - CID from LGA | $ 976.40 |
| Dennis Rodriguez | 10/30/2023 | Airfare - Round trip - PBI to CID | $ 932.40 |
| Mark Toney | 10/31/2023 | Airfare - One way - LGA to CID | $ 482.00 |
| Jim Porter | 11/01/2023 | Airfare - One way - CLT to CID | $ 438.40 |
| Peg Brubaker | 11/02/2023 | Airfare - Round trip - CID to DCA | $ 842.41 |
| Jim Porter | 11/03/2023 | Airfare - One way - CID to CLT | $ 380.15 |
| Dennis Rodriguez | 11/05/2023 | Airfare - Round trip - PBI to Iowa | $ 1,516.40 |
| Jim Porter | 11/05/2023 | Airfare - One way - CLT to CID | $ 448.40 |
| Kara Borodkin | 11/05/2023 | Airfare - Round trip - LGA to CID | $ 946.40 |
| Chris Karambelas | 11/07/2023 | Airfare - Round trip - CID from LGA | $ 1,439.00 |
| Jim Porter | 11/08/2023 | Airfare - One way - CID to CLT | $ 449.20 |
| Mark Toney | 11/08/2023 | Airfare - One way - CID to BOS | $ 554.00 |
| Peg Brubaker | 11/09/2023 | Airfare - Round trip - CID to DCA | $ 1,016.52 |
| Mark Toney | 11/12/2023 | Airfare - One way - DCA to CID | $ 417.00 |
| Chris Karambelas | 11/13/2023 | Airfare - Round trip - CID from LGA | $ 1,181.40 |
| Dennis Rodriguez | 11/13/2023 | Airfare - Round trip - PBI to Iowa | $ 1,497.40 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Jim Porter | 11/13/2023 | Airfare - Round trip - CLT to CID | $ 818.30 |
| Kara Borodkin | 11/13/2023 | Airfare - Round trip - LGA to CID | $ 1,232.40 |
| Mark Toney | 11/17/2023 | Airfare - One way - CID to DCA | $ 374.00 |
| Peg Brubaker | 11/17/2023 | Airfare - Round trip - CID to DCA | $ 742.80 |
| Jim Porter | 11/19/2023 | Airfare - One way - CLT to CID | $ 448.40 |
| Jim Porter | 11/21/2023 | Airfare - One way - CID to CLT | $ 439.90 |
| Chris Karambelas | 11/26/2023 | Airfare - Round trip - CID from LGA | $ 876.40 |
| Dennis Rodriguez | 11/26/2023 | Airfare - Round trip - PBI to Iowa | $ 1,116.40 |
| Jim Porter | 11/26/2023 | Airfare - Round trip - CLT to CID | $ 1,022.30 |
| Mark Toney | 11/26/2023 | Airfare - One way - BNA to CID | $ 197.09 |
| Mark Toney | 11/29/2023 | Airfare - One way - CID to BOS | $ 438.00 |

**Airfare Total** $ 35,842.76

**Ground Transportation**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Kara Borodkin | 10/01/2023 | Taxi - From home to LGA | $ 23.25 |
| Peg Brubaker | 10/01/2023 | Taxi - From home to airport | $ 84.90 |
| Peg Brubaker | 10/01/2023 | Taxi - From airport to hotel | $ 106.25 |
| Kara Borodkin | 10/02/2023 | Taxi - From airport to hotel | $ 41.39 |
| Mark Toney | 10/02/2023 | Parking - Airport - 3 days | $ 27.00 |
| Jim Porter | 10/03/2023 | Taxi - From airport to hotel for auction | $ 38.91 |
| Kara Borodkin | 10/03/2023 | Taxi - From airport to dinner | $ 69.23 |
| Kara Borodkin | 10/03/2023 | Taxi - From dinner to hotel | $ 14.17 |
| Jim Porter | 10/04/2023 | Taxi - From hotel to auction | $ 18.90 |
| Kara Borodkin | 10/04/2023 | Taxi - From hotel to MWE office | $ 28.30 |
| Kara Borodkin | 10/04/2023 | Taxi - From dinner to hotel | $ 15.95 |
| Mark Toney | 10/04/2023 | Taxi - From MWE Office to hotel | $ 25.35 |
| Mark Toney | 10/04/2023 | Taxi - From hotel to MWE office for auction | $ 37.85 |
| Jim Porter | 10/05/2023 | Car rental - Fuel | $ 20.93 |
| Kara Borodkin | 10/05/2023 | Taxi - From hotel to airport | $ 64.05 |
| Mark Toney | 10/05/2023 | MIC car - Fuel | $ 62.56 |
| Mark Toney | 10/05/2023 | Parking - Airport - 2 days | $ 18.00 |
| Peg Brubaker | 10/05/2023 | Taxi - From client to airport | $ 85.86 |
| Peg Brubaker | 10/05/2023 | Taxi - From airport to home | $ 117.47 |
| Kara Borodkin | 10/06/2023 | Taxi - From airport to home | $ 44.94 |
| Kara Borodkin | 10/06/2023 | Car rental - 1 day | $ 361.91 |
| Peg Brubaker | 10/08/2023 | Taxi - From home to DCA | $ 83.67 |
| Peg Brubaker | 10/08/2023 | Taxi - From airport to hotel | $ 102.26 |
| Jim Porter | 10/11/2023 | Car rental - Fuel | $ 12.71 |
| Jim Porter | 10/11/2023 | Parking - CLT - 4 days | $ 72.00 |
| Jim Porter | 10/11/2023 | Car rental - 4 days | $ 129.08 |
| Peg Brubaker | 10/12/2023 | Taxi  - From airport to hotel (due to canceled flight) | $ 102.29 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Peg Brubaker | 10/12/2023 | Taxi - From client to airport | $ 78.57 |
| Peg Brubaker | 10/13/2023 | Taxi - From hotel to CID (after canceled flight on previous day) | $ 150.40 |
| Peg Brubaker | 10/13/2023 | Taxi - From airport to home | $ 86.17 |
| Dennis Rodriguez | 10/15/2023 | Taxi - From airport to hotel | $ 83.60 |
| Dennis Rodriguez | 10/15/2023 | Taxi - From home to airport | $ 45.15 |
| Peg Brubaker | 10/15/2023 | Taxi - From home to airport | $ 72.45 |
| Dennis Rodriguez | 10/16/2023 | Taxi - From hotel to client site | $ 6.18 |
| Dennis Rodriguez | 10/16/2023 | Taxi - From client site to hotel | $ 10.92 |
| Kara Borodkin | 10/16/2023 | Taxi - From office to airport | $ 69.91 |
| Kara Borodkin | 10/16/2023 | Taxi - From airport to hotel | $ 92.00 |
| Mark Toney | 10/16/2023 | Parking - Airport - 5 days | $ 45.00 |
| Dennis Rodriguez | 10/17/2023 | Taxi - From hotel to client site | $ 10.92 |
| Jim Porter | 10/17/2023 | Parking - CLT - 4 days | $ 80.00 |
| Peg Brubaker | 10/19/2023 | Car rental - 5 days | $ 418.33 |
| Peg Brubaker | 10/19/2023 | Car rental - Fuel | $ 7.18 |
| Dennis Rodriguez | 10/20/2023 | Taxi - From airport to home | $ 50.49 |
| Jim Porter | 10/20/2023 | Car rental - 4 days | $ 129.08 |
| Kara Borodkin | 10/20/2023 | Taxi - From airport to home | $ 53.92 |
| Kara Borodkin | 10/20/2023 | Taxi - From hotel to airport | $ 45.00 |
| Jim Porter | 10/22/2023 | Parking - CLT - 5 days | $ 96.00 |
| Peg Brubaker | 10/22/2023 | Taxi - From airport to hotel | $ 106.25 |
| Chris Karambelas | 10/23/2023 | Taxi - From home to airport | $ 63.11 |
| Dennis Rodriguez | 10/23/2023 | Taxi - From home to airport | $ 46.48 |
| Kara Borodkin | 10/23/2023 | Taxi - From airport to hotel | $ 37.16 |
| Kara Borodkin | 10/23/2023 | Taxi - From home to airport | $ 53.92 |
| Jim Porter | 10/25/2023 | Car rental - Fuel | $ 14.07 |
| Peg Brubaker | 10/26/2023 | Taxi - From client to airport | $ 78.72 |
| Peg Brubaker | 10/26/2023 | Taxi - From airport to home | $ 127.47 |
| Chris Karambelas | 10/27/2023 | Car rental - Fuel | $ 17.54 |
| Chris Karambelas | 10/27/2023 | Taxi - From airport to home | $ 64.32 |
| Dennis Rodriguez | 10/27/2023 | Taxi - From airport to home | $ 53.49 |
| Jim Porter | 10/27/2023 | Car rental - 6 days | $ 227.44 |
| Kara Borodkin | 10/27/2023 | Taxi - From airport to home | $ 54.92 |
| Peg Brubaker | 10/29/2023 | Taxi - From home to airport | $ 84.97 |
| Peg Brubaker | 10/29/2023 | Taxi - From ORD to hotel (due to canceled connecting flight from ORD to CID) | $ 157.86 |
| Chris Karambelas | 10/30/2023 | Taxi - From home to airport | $ 61.18 |
| Chris Karambelas | 10/30/2023 | Taxi - From airport to client site | $ 98.06 |
| Dennis Rodriguez | 10/30/2023 | Taxi - From home to airport | $ 45.98 |
| Mark Toney | 10/31/2023 | Parking - Airport - 4 days | $ 36.00 |
| Peg Brubaker | 11/02/2023 | Car rental - 5 days | $ 258.68 |
| Peg Brubaker | 11/02/2023 | Taxi - From airport to home | $ 144.88 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Chris Karambelas | 11/03/2023 | Taxi - From airport to home | $ 62.14 |
| Dennis Rodriguez | 11/03/2023 | Taxi - From hotel to airport | $ 55.00 |
| Dennis Rodriguez | 11/03/2023 | Taxi - From airport to home | $ 37.84 |
| Jim Porter | 11/03/2023 | Car rental - 3 days | $ 86.05 |
| Jim Porter | 11/03/2023 | Car rental - Fuel | $ 8.03 |
| Jim Porter | 11/03/2023 | Parking - CLT - 2 days | $ 48.00 |
| Mark Toney | 11/04/2023 | MIC car - Fuel | $ 44.38 |
| Dennis Rodriguez | 11/05/2023 | Taxi - From home to airport | $ 45.20 |
| Kara Borodkin | 11/05/2023 | Taxi - From airport to hotel | $ 60.26 |
| Kara Borodkin | 11/05/2023 | Taxi - From home to airport | $ 51.79 |
| Peg Brubaker | 11/05/2023 | Taxi - From home to airport | $ 83.65 |
| Chris Karambelas | 11/07/2023 | Taxi - From airport to hotel | $ 36.68 |
| Chris Karambelas | 11/07/2023 | Taxi - From home to airport | $ 57.91 |
| Kara Borodkin | 11/07/2023 | Taxi - For S. Draheim (MIC) home after Town Halls | $ 71.88 |
| Dennis Rodriguez | 11/08/2023 | Taxi - from hotel to airport | $ 55.00 |
| Dennis Rodriguez | 11/08/2023 | Taxi - From airport to home | $ 38.31 |
| Jim Porter | 11/08/2023 | Car rental - 4 days | $ 129.08 |
| Jim Porter | 11/08/2023 | Car rental - Fuel | $ 11.97 |
| Jim Porter | 11/08/2023 | Parking - CLT - 4 days | $ 72.00 |
| Kara Borodkin | 11/09/2023 | Taxi - From airport to home | $ 52.95 |
| Kara Borodkin | 11/09/2023 | Car rental - Fuel | $ 13.05 |
| Peg Brubaker | 11/09/2023 | Taxi - From client to airport | $ 49.96 |
| Peg Brubaker | 11/09/2023 | Taxi - From airport to home | $ 169.20 |
| Chris Karambelas | 11/10/2023 | Taxi - From airport to home | $ 68.52 |
| Chris Karambelas | 11/10/2023 | Taxi - From hotel to CID airport | $ 50.99 |
| Mark Toney | 11/12/2023 | Parking at CID airport - 5 days | $ 45.00 |
| Peg Brubaker | 11/12/2023 | Taxi - From home to airport | $ 81.21 |
| Chris Karambelas | 11/13/2023 | Taxi - From home to airport | $ 56.97 |
| Dennis Rodriguez | 11/13/2023 | Taxi - From airport to hotel | $ 38.52 |
| Dennis Rodriguez | 11/13/2023 | Taxi - From home to airport | $ 49.09 |
| Kara Borodkin | 11/13/2023 | Taxi - From airport to hotel | $ 57.96 |
| Kara Borodkin | 11/13/2023 | Taxi - From office to airport | $ 74.97 |
| Mark Toney | 11/16/2023 | MIC car - Fuel | $ 45.62 |
| Chris Karambelas | 11/17/2023 | Car rental - Fuel | $ 4.45 |
| Chris Karambelas | 11/17/2023 | Taxi - From airport to home | $ 69.36 |
| Dennis Rodriguez | 11/17/2023 | Taxi - From airport to home | $ 59.05 |
| Dennis Rodriguez | 11/17/2023 | Taxi - From hotel to airport | $ 55.00 |
| Jim Porter | 11/17/2023 | Car rental - 5 days | $ 172.11 |
| Jim Porter | 11/17/2023 | Car rental - Fuel | $ 8.93 |
| Jim Porter | 11/17/2023 | Parking - CLT - 5 days | $ 128.00 |
| Kara Borodkin | 11/17/2023 | Taxi - From airport to home | $ 49.94 |
| Peg Brubaker | 11/17/2023 | Taxi - From airport to home | $ 91.21 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Peg Brubaker | 11/17/2023 | Car Rental - 6 days | $ 413.19 |
| Jim Porter | 11/20/2023 | Parking - CID Airport - 2 days | $ 27.00 |
| Jim Porter | 11/21/2023 | Car rental - Fuel | $ 6.44 |
| Jim Porter | 11/21/2023 | Parking- CLT 3 days | $ 64.00 |
| Chris Karambelas | 11/26/2023 | Taxi - From airport to hotel | $ 34.98 |
| Chris Karambelas | 11/26/2023 | Taxi - From home to airport | $ 47.50 |
| Dennis Rodriguez | 11/26/2023 | Taxi - From airport to hotel | $ 35.94 |
| Dennis Rodriguez | 11/26/2023 | Taxi - From home to airport | $ 25.97 |
| Peg Brubaker | 11/26/2023 | Car Rental - 2 weeks | $ 626.70 |
| Peg Brubaker | 11/26/2023 | Taxi - From home to airport | $ 139.34 |
| Chris Karambelas | 11/29/2023 | Taxi - From airport to home | $ 62.99 |
| Chris Karambelas | 11/29/2023 | Taxi - From hotel to airport | $ 53.83 |
| Jim Porter | 11/29/2023 | Car rental - Fuel | $ 21.35 |
| Mark Toney | 11/29/2023 | Car rental - 4 days | $ 219.25 |
| Dennis Rodriguez | 11/30/2023 | Taxi - From airport to home | $ 40.37 |
| Dennis Rodriguez | 11/30/2023 | Taxi - From hotel to airport | $ 55.00 |
| Jim Porter | 11/30/2023 | Parking - CLT 5 days | $ 128.00 |
| Jim Porter | 11/30/2023 | Car rental - 5 days | $ 172.11 |
| **Ground Transportation Total** | | | **$ 9,994.14** |
| **Lodging** | | | |
| Mark Toney | 09/28/2023 | Lodging - 4 nights (9/28 - 10/2) | $ 540.28 |
| Kara Borodkin | 10/01/2023 | Lodging - 2 nights (10/1 - 10/3) | $ 224.74 |
| Peg Brubaker | 10/01/2023 | Lodging - 4 nights (10/1 - 10/5) | $ 585.68 |
| Mark Toney | 10/02/2023 | Lodging - 15 nights (10/2 - 10/17) | $ 2,026.05 |
| Jim Porter | 10/03/2023 | Lodging - 2 nights (10/3 - 10/5) - in Chicago for Auction | $ 997.92 |
| Kara Borodkin | 10/03/2023 | Lodging - 2 nights (10/3 - 10/5) - in Chicago for Auction | $ 997.92 |
| Mark Toney | 10/03/2023 | Lodging - 2 nights (10/3 - 10/5) - in Chicago for Auction | $ 997.92 |
| Jim Porter | 10/05/2023 | Lodging - 1 night (10/5 - 10/6) | $ 157.77 |
| Kara Borodkin | 10/05/2023 | Lodging - 1 night (10/5 - 10/6) | $ 112.37 |
| Jim Porter | 10/08/2023 | Lodging - 3 nights (10/8 - 10/11) | $ 487.29 |
| Peg Brubaker | 10/08/2023 | Lodging - 4 nights (10/8 - 10/12) | $ 813.16 |
| Peg Brubaker | 10/12/2023 | Lodging - 1 night (10/12 to 10/13) (flight canceled, returned to hotel) | $ 101.02 |
| Dennis Rodriguez | 10/15/2023 | Lodging - 5 nights (10/15 - 10/20) | $ 505.10 |
| Peg Brubaker | 10/15/2023 | Lodging - 4 nights (10/15 - 10/19) | $ 404.08 |
| Kara Borodkin | 10/16/2023 | Lodging - 4 nights (10/16 - 10/20) | $ 449.48 |
| Jim Porter | 10/17/2023 | Lodging - 3 nights (10/17 - 10/20) | $ 303.06 |
| Mark Toney | 10/17/2023 | Lodging - 5 nights (10/17 - 10/22) | $ 675.35 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Jim Porter | 10/22/2023 | Lodging - 3 nights (10/22 - 10/25) | $ 303.06 |
| Mark Toney | 10/22/2023 | Lodging - 8 nights (10/22 - 10/30) | $ 1,080.56 |
| Peg Brubaker | 10/22/2023 | Lodging - 4 nights (10/22 - 10/26) | $ 404.08 |
| Chris Karambelas | 10/23/2023 | Lodging - 4 nights (10/23 - 10/27) | $ 404.08 |
| Dennis Rodriguez | 10/23/2023 | Lodging - 4 nights (10/23 - 10/27) | $ 404.08 |
| Kara Borodkin | 10/23/2023 | Lodging - 4 nights (10/23 - 10/27) | $ 449.48 |
| Chris Karambelas | 10/30/2023 | Lodging - 4 nights (10/30 to 11/3) | $ 404.08 |
| Dennis Rodriguez | 10/30/2023 | Lodging - 4 nights (10/30 - 11/3) | $ 404.08 |
| Mark Toney | 10/30/2023 | Lodging - 7 nights (10/30 to 11/6) | $ 945.49 |
| Peg Brubaker | 10/30/2023 | Lodging - 3 nights (10/30 to 11/2) | $ 303.06 |
| Jim Porter | 11/01/2023 | Lodging - 2 night (11/1 to 11/3) | $ 315.54 |
| Dennis Rodriguez | 11/05/2023 | Lodging - 3 nights (11/5 to 11/8) | $ 303.06 |
| Jim Porter | 11/05/2023 | Lodging - 3 nights (11/5 to 11/8) | $ 303.06 |
| Kara Borodkin | 11/05/2023 | Lodging - 4 nights (11/5 to 11/9) | $ 449.48 |
| Peg Brubaker | 11/05/2023 | Lodging - 4 nights (11/5 to 11/9) | $ 404.08 |
| Mark Toney | 11/06/2023 | Lodging - 7 nights (11/6 to 11/13) | $ 945.49 |
| Chris Karambelas | 11/07/2023 | Lodging - 3 nights (11/7 to 11/10) | $ 303.06 |
| Peg Brubaker | 11/12/2023 | Lodging - 5 nights (11/12 to 11/17) | $ 505.10 |
| Chris Karambelas | 11/13/2023 | Lodging - 4 nights (11/13 to 11/17) | $ 449.48 |
| Dennis Rodriguez | 11/13/2023 | Lodging - 4 nights (11/13 to 11/17) | $ 404.08 |
| Jim Porter | 11/13/2023 | Lodging - 4 nights (11/13 to 11/17) | $ 585.68 |
| Kara Borodkin | 11/13/2023 | Lodging - 4 nights (11/13 to 11/17) | $ 449.48 |
| Mark Toney | 11/13/2023 | Lodging - 2 nights (11/13 to 11/15) | $ 270.14 |
| Jim Porter | 11/19/2023 | Lodging - 2 nights (11/19 to 11/21) | $ 292.84 |
| Chris Karambelas | 11/26/2023 | Lodging - 3 nights (11/26 - 11/29) | $ 303.31 |
| Dennis Rodriguez | 11/26/2023 | Lodging - 4 nights (11/26 to 11/30) | $ 404.08 |
| Jim Porter | 11/26/2023 | Lodging- 4 nights (11/26 to 11/30) | $ 404.08 |
| Peg Brubaker | 11/26/2023 | Lodging - 6 nights (11/26 to 12/2) | $ 606.12 |
| Mark Toney | 11/29/2023 | Lodging - 3 nights (11/26 to 11/29) | $ 337.11 |
| **Lodging Total** | | | **$ 23,516.51** |
| **Meals** | | | |
| Kara Borodkin | 10/02/2023 | Meal - Dinner | $ 31.57 |
| Jim Porter | 10/05/2023 | Meal - Dinner | $ 44.14 |
| Jim Porter | 10/05/2023 | Meal - Breakfast | $ 5.57 |
| Kara Borodkin | 10/05/2023 | Meal - Dinner | $ 34.10 |
| Jim Porter | 10/06/2023 | Meal - Breakfast | $ 9.47 |
| Jim Porter | 10/09/2023 | Meal - Dinner | $ 41.74 |
| Jim Porter | 10/09/2023 | Meal - Breakfast | $ 8.35 |
| Jim Porter | 10/10/2023 | Meal - Dinner | $ 32.31 |
| Jim Porter | 10/10/2023 | Meal - Breakfast | $ 8.35 |
| Jim Porter | 10/11/2023 | Meal - Breakfast | $ 8.35 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Dennis Rodriguez | 10/15/2023 | Meal - Dinner | $ 34.99 |
| Dennis Rodriguez | 10/16/2023 | Meal - Dinner | $ 22.26 |
| Jim Porter | 10/17/2023 | Meal - Breakfast | $ 8.35 |
| Kara Borodkin | 10/17/2023 | Meal - Dinner - 3 people | $ 148.00 |
| Jim Porter | 10/18/2023 | Meal - Breakfast | $ 8.35 |
| Mark Toney | 10/18/2023 | Meal - Dinner - 5 people | $ 250.00 |
| Jim Porter | 10/19/2023 | Meal - Dinner | $ 32.84 |
| Jim Porter | 10/19/2023 | Meal - Breakfast | $ 8.35 |
| Kara Borodkin | 10/19/2023 | Meal - Dinner | $ 34.52 |
| Jim Porter | 10/20/2023 | Meal - Dinner | $ 40.30 |
| Dennis Rodriguez | 10/23/2023 | Meal - Dinner | $ 22.57 |
| Jim Porter | 10/23/2023 | Meal - Dinner | $ 36.01 |
| Jim Porter | 10/23/2023 | Meal - Breakfast | $ 8.35 |
| Jim Porter | 10/24/2023 | Meal - Dinner - 5 people | $ 250.00 |
| Jim Porter | 10/24/2023 | Meal - Breakfast | $ 8.35 |
| Chris Karambelas | 10/25/2023 | Meal - Dinner - 4 people | $ 200.00 |
| Chris Karambelas | 10/26/2023 | Meal - Dinner - 2 people | $ 43.78 |
| Chris Karambelas | 10/26/2023 | Meal - Dinner - 2 people | $ 100.00 |
| Dennis Rodriguez | 10/26/2023 | Meal - Dinner | $ 27.84 |
| Kara Borodkin | 10/26/2023 | Meal - Breakfast - 3 people | $ 24.87 |
| Dennis Rodriguez | 10/30/2023 | Meal - Dinner | $ 18.08 |
| Chris Karambelas | 10/31/2023 | Meal - Dinner - 3 people | $ 150.00 |
| Chris Karambelas | 11/01/2023 | Meal - Dinner | $ 19.70 |
| Dennis Rodriguez | 11/01/2023 | Meal - Breakfast | $ 13.87 |
| Dennis Rodriguez | 11/01/2023 | Meal - Dinner | $ 35.15 |
| Dennis Rodriguez | 11/02/2023 | Meal - Breakfast | $ 13.87 |
| Dennis Rodriguez | 11/02/2023 | Meal - Dinner | $ 17.23 |
| Jim Porter | 11/02/2023 | Meal - Dinner | $ 41.74 |
| Jim Porter | 11/02/2023 | Meal - Breakfast | $ 5.36 |
| Dennis Rodriguez | 11/03/2023 | Meal - Breakfast | $ 19.67 |
| Jim Porter | 11/03/2023 | Meal - Breakfast | $ 5.36 |
| Dennis Rodriguez | 11/05/2023 | Meal - Dinner | $ 16.57 |
| Jim Porter | 11/06/2023 | Meal - Dinner - 6 people | $ 300.00 |
| Jim Porter | 11/06/2023 | Meal - Breakfast | $ 5.36 |
| Kara Borodkin | 11/06/2023 | Meal - Breakfast - 3 people | $ 24.70 |
| Dennis Rodriguez | 11/07/2023 | Meal - Dinner | $ 32.73 |
| Jim Porter | 11/07/2023 | Meal - Dinner | $ 31.60 |
| Jim Porter | 11/07/2023 | Meal - Breakfast | $ 5.36 |
| Kara Borodkin | 11/07/2023 | Meal - Dinner - 2 people | $ 52.00 |
| Kara Borodkin | 11/07/2023 | Meal - Working lunch - 3 people | $ 43.60 |
| Chris Karambelas | 11/08/2023 | Meal - Working dinner - 3 people | $ 150.00 |
| Dennis Rodriguez | 11/08/2023 | Meal - Breakfast | $ 36.34 |
| Jim Porter | 11/08/2023 | Meal - Breakfast | $ 12.86 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Kara Borodkin | 11/08/2023 | Meal - Breakfast - 2 people | $ 15.50 |
| Chris Karambelas | 11/09/2023 | Meal - Dinner | $ 33.30 |
| Dennis Rodriguez | 11/13/2023 | Meal - Dinner | $ 19.26 |
| Mark Toney | 11/13/2023 | Meal - Dinner | $ 49.40 |
| Dennis Rodriguez | 11/14/2023 | Meal - Breakfast | $ 12.57 |
| Jim Porter | 11/14/2023 | Meal - Dinner- 5 people | $ 250.00 |
| Jim Porter | 11/14/2023 | Meal - Breakfast | $ 5.36 |
| Chris Karambelas | 11/15/2023 | Meal - Dinner - 2 people | $ 100.00 |
| Dennis Rodriguez | 11/15/2023 | Meal - Breakfast | $ 19.55 |
| Dennis Rodriguez | 11/15/2023 | Meal - Dinner | $ 28.60 |
| Jim Porter | 11/15/2023 | Meal - Dinner | $ 44.70 |
| Jim Porter | 11/15/2023 | Meal - Breakfast | $ 5.36 |
| Kara Borodkin | 11/15/2023 | Meal - Breakfast | $ 11.34 |
| Dennis Rodriguez | 11/16/2023 | Meal - Dinner | $ 35.39 |
| Jim Porter | 11/16/2023 | Meal - Dinner | $ 23.52 |
| Jim Porter | 11/16/2023 | Meal - Breakfast | $ 5.36 |
| Kara Borodkin | 11/16/2023 | Meal - Breakfast - 2 people | $ 18.82 |
| Kara Borodkin | 11/16/2023 | Meal - Dinner | $ 36.47 |
| Dennis Rodriguez | 11/17/2023 | Meal - Breakfast | $ 21.88 |
| Jim Porter | 11/17/2023 | Meal - Breakfast | $ 5.36 |
| Jim Porter | 11/20/2023 | Meal - Dinner | $ 50.00 |
| Jim Porter | 11/20/2023 | Meal - Breakfast | $ 5.36 |
| Jim Porter | 11/21/2023 | Meal - Breakfast | $ 5.36 |
| Dennis Rodriguez | 11/26/2023 | Meal - Dinner | $ 21.22 |
| Dennis Rodriguez | 11/27/2023 | Meal - Breakfast | $ 13.50 |
| Dennis Rodriguez | 11/27/2023 | Meal - Dinner | $ 40.71 |
| Jim Porter | 11/27/2023 | Meal - Dinner | $ 35.29 |
| Jim Porter | 11/27/2023 | Meal - Breakfast | $ 5.36 |
| Dennis Rodriguez | 11/28/2023 | Meal - Breakfast | $ 12.57 |
| Dennis Rodriguez | 11/28/2023 | Meal - Dinner - 2 people | $ 60.53 |
| Jim Porter | 11/28/2023 | Meal - Breakfast | $ 5.36 |
| Dennis Rodriguez | 11/29/2023 | Meal - Dinner | $ 12.74 |
| Jim Porter | 11/29/2023 | Meal - Dinner | $ 37.81 |
| Jim Porter | 11/29/2023 | Meal - Breakfast | $ 5.36 |
| Dennis Rodriguez | 11/30/2023 | Meal - Dinner | $ 19.20 |
| **Meals Total** | | | **$ 3,656.94** |

**Miscellaneous / Other**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| Jamy Houck | 10/23/2023 | Other - Monthly Gazette Subscription | $ 12.99 |
| ToneyKorf Partners | 10/31/2023 | Getzler Henrich's invoice for services and expenses for 10/15/23 to 10/21/2023 | $ 25,579.73 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD OCTOBER 1, 2023 TO NOVEMBER 30, 2023**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| ToneyKorf Partners | 10/31/2023 | Getzler Henrich's invoice for services and expenses for 10/22/23 to 10/28/2023 | $ 26,149.12 |
| Jamy Houck | 11/24/2023 | Other - Monthly Gazette Subscription | $ 12.99 |
| ToneyKorf Partners | 11/30/2023 | Getzler Henrich's invoice for services and expenses for 10/29/23 to 11/4/2023 | $ 14,486.50 |
| ToneyKorf Partners | 11/30/2023 | Getzler Henrich's invoice for services and expenses for 11/5/23 to 11/11/2023 | $ 1,083.00 |
| ToneyKorf Partners | 11/30/2023 | Getzler Henrich's invoice for services and expenses for 11/12/23 to 11/18/2023 | $ 1,126.50 |
| **Miscellaneous / Other Total** | | | **$ 68,450.83** |
| **Grand Total** | | | **$ 141,461.18** |