# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | Case No. 23-00623 |
| Debtors. | Jointly Administered |

## NOTICE PURSUANT TO FED. R. BANKR. P. 2015.1
## OF PATIENT CARE OMBUDSMAN REPORT

Pursuant to Fed. R. Bankr. P. 2015.1, Susan N. Goodman, the Patient Care Ombudsman ("PCO") in the above-captioned jointly administered cases, provides this notice that she will file her Patient Care Ombudsman Report no later than January 12, 2024, as required by 11 U.S.C. § 333 and the court's August 10, 2023, *Order Approving Appointment of Susan N. Goodman as Patient Care Ombudsman* (the "**Appointment Order**") [Docket No. 59].

Requests for report copies may be directed to the PCO at the address below after the filing date.

DATED:  December 29, 2023.        By:  */s/ Susan N. Goodman*, RN JD
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, AZ 85737
Ph:  520.744.7061 (message)
sgoodman@pivothealthaz.com
*Patient Care Ombudsman*

### Certificate of Service

The undersigned certifies that, under penalty of perjury, on this 29th day of December 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

By:  */s/ Susan N. Goodman*