# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 223** |

## NOTICE OF SECOND QUARTERLY STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FOR THE QUARTER ENDING DECEMBER 31, 2023

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 223] (the "OCP Order"),[1] the above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this statement of amounts paid to ordinary course professionals (each, an "OCP") for professional services rendered to the Debtors during the quarterly period from October 1, 2023 to December 31, 2023 (the "Fee Period").

**PLEASE TAKE FURTHER NOTICE** that the chart attached hereto as **Exhibit A** provides the following information: (a) the name of each OCP; (b) a general description of the services rendered by each OCP during the Fee Period; and (c) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each OCP in connection with work performed for the Debtors during the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend or supplement the chart attached hereto as **Exhibit A** from time to time in their sole discretion.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

Dated: Cedar Rapids, Iowa  
       January 4, 2024

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*  
Roy Leaf, AT0014486  
625 First Street SE, Suite 400  
Cedar Rapids, IA 52401-2030  
Telephone: (319) 286-7002  
Facsimile: (319) 286-7050  
Email: rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255  
Matthew A. McGuire, AT0011932  
Dana Hempy, AT0014934  
700 Walnut, Suite 1600  
Des Moines, IA 50309  
Telephone: 515-283-3100  
Facsimile: 515-283-8045  
Email: mmcguire@nyemaster.com  
       kmstanger@nyemaster.com  
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**  
Felicia Gerber Perlman (admitted *pro hac vice*)  
Daniel M. Simon (admitted *pro hac vice*)  
Emily C. Keil (admitted *pro hac vice*)  
444 West Lake Street, Suite 4000  
Chicago, IL 60606  
Telephone: (312) 372-2000  
Facsimile: (312) 984-7700  
Email: fperlman@mwe.com  
       dsimon@mwe.com  
       ekeil@mwe.com

Jack G. Haake (admitted *pro hac vice*)  
2501 North Harwood Street, Suite 1900  
Dallas, TX 75201  
Telephone: (214) 295-8000  
Facsimile: (972) 232-3098  
Email: jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

    The undersigned certifies, under penalty of perjury, that on this January 4, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

                                  */s/ Roy Leaf*

3