# **EXHIBIT A**

**Payments to Ordinary Course Professionals**
**for Services Rendered to the Debtors for the Fee Period**
**October 1, 2023 to December 31, 2023**

| ORDINARY COURSE PROFESSIONAL | SERVICES PROVIDED TO DEBTORS | TOTAL COMPENSATION FOR FEE PERIOD |
|---|---|---|
| Dentons Davis Brown PC | Corporate and Provider Contracts Counsel | $11,263.66 |
| Hall Render Killian Heath and Lyman PC | Antitrust and Strategic Partner Advisor | $11,555.30 |
| Phelan Tucker Law LLP | General and Malpractice Counsel | $15,235.50 |
| Wixted Inc. | Public Relations Services | $17,720.85 |
| Karl Broderius, CPA | Cost Report Consulting Services | $6,750.00 |
| BDO USA, P.C. | Employee Retention Credit and Tax Consulting Services | $20,000.00 |