# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 113** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2024, I caused to be served the "Notice of Chapter 11 Bankruptcy Case," filed on August 16, 2023 [Docket No. 113], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN COLLEGE OF CARDIOLOGY | FOUNDATION ATTN GENERAL COUNSEL 2400 N ST, NW WASHINGTON DC 20037 |
| APPLIED MEDICAL DISTRIBUTION CORP | PO BOX 3511 CAROL STREAM IL 60132-3511 |
| AQUITY SOLUTIONS, LLC | ATTN: CEO 125 EDINBURGH S. DRIVE STE 310 CARY NC 27511 |
| AQUITY SOLUTIONS, LLC | ATTN: GENERAL COUNSEL 125 EDINBURGH S. DRIVE STE 310 CARY NC 27511 |
| ARAMARK UNIFORM SERVICES | ATTN: VIRGINIA AUS CHICAGO LOCKBOX 25259 NETWORK PLACE CHICAGO IL 60673-1252 |
| ASPEN AMERICAN INSURANCE COMPANY | (SURETY) 175 CAPITAL BLVD ROCKY HILL CT 06067 |
| AVASURE | 5801 SAFETY DRIVE NE BELMONT MI 49306 |
| AVESIS | 3724 N 3RD ST, STE 300 PHOENIX AZ 85012 |
| AVESIS INC | 10324 S DOLFIELD RD OWINGS MILLS MD 21117 |
| AVESIS INC | 3724 N 3RD ST, STE 300 PHOENIX AZ 85012 |
| BANH, LUONG, MD | ADDRESS ON FILE |
| BIOMERIEUX | 1201 S 4800 W SALT LAKE CITY UT 84104 |
| BRUNDAGE MEDICAL GROUP LLC | ATTN PATRICIA BRUNDAGE, CHIEF ADMIN OFFICER 6160 CENTRAL AVE, STE 300 SAINT PETERSBURG FL 33707 |
| BUTLER, MARGARET M, ARNP, PMHNP-BC | ADDRESS ON FILE |
| CADIENT LLC | ATTN CFO 1010 SYNC ST, STE 150 MORRISVILLE NC 27560 |
| CASSLING DIAGNOSTIC IMAGING, INC. D/B/A | CASSLING 13810 FNB PKWY STE 200 OMAHA NE 68154 |
| CBORD GROUP INC, THE | 950 DANBY RD, STE 100C ITHACA NY 14850 |
| CEGA INNOVATIONS LLC | 320 S PHILLIPS AVE, STE 201 SIOUX FALLS SD 57104 |
| CHAMPION, M CRAIG, MD | ADDRESS ON FILE |
| CLOUD 9 MEDICAL SOLUTIONS | 02497 PINE BLVD BOYNE CITY MI 49712 |
| CLOUD 9 MEDICAL SOLUTIONS | ATTN: VIRGINIA AUS CHICAGO LOCKBOX 25259 NETWORK PLACE CHICAGO IL 60673-1252 |
| CORALVILLE MOB PARTNERS LLC | C/O DAVIS REAL ESTATE SVCS GRP LLC ATTN MARK A DAVIS 222 S 9TH ST, STE 3255 MINNEAPOLIS MN 55402 |
| CORALVILLE MOB PARTNERS, LLC | ATTN: MARK A. DAVIS C/O DAVIS REAL ESTATE SERVICES GROUP LLC 222 SOUTH 9TH ST, STE 3255 MINNEAPOLIS MN 55402 |
| CROSKEY, OLIVIA, ARNP | ADDRESS ON FILE |
| DAIKIN APPLIED AMERICAS, INC. | 24827 NETWORK PLACE CHICAGO IL 60673 |
| DATA POWER TECHNOLOGY GROUP | 3041 JUSTIN DR DES MOINES IA 50322 |
| DEAN, THOMAS R, PA-C | ADDRESS ON FILE |
| DRNS SOFTWARE SOLUTIONS, LLC | D/B/A PROVIDERFLOW 951 YAMATO RD, STE 290 BOCA RATON FL 33431 |
| EMMONS, ETHAN, MD | ADDRESS ON FILE |
| ENCOMPASS IOWA LLC | 1229 1ST AVE SE CEDAR RAPIDS IA 52402 |
| ENGEL, COURTNEY L, PA C | ADDRESS ON FILE |
| EVERBANK N.A. (GE HFS, LLC) | F/K/A TIAA FSB, C/O J. ELLSWORTH SUMMERS, JR., ESQ; BURR & FORMAN LLP 50 N. LAURA STREET, SUITE 3000 JACKSONVILLE FL 32202 |
| EYE PHYSICIANS AND SURGEONS LLP | 2629 NORTHGATE DR IOWA CITY IA 52245 |
| GALEN HEALTHCARE SOLUTIONS INC | PO BOX 95757 CHICAGO IL 60694-5757 |
| GALEN HEALTHCARE SOLUTIONS, INC. | PO BOX 36715 GROSSE POINTE PARK MI 48236 |
| GILLESPIE, JOSEPH, MD | ADDRESS ON FILE |
| GREENWAY HEALTH, LLC | 4301 WEST BOY SCOUT BLVD STE 800 TAMPA FL 33607 |
| HANAK, VIKTOR, MD | ADDRESS ON FILE |
| HEALTHCARE LOGISTICS | ATTN: ARHEALTHCARE.COM PO BOX 400 CIRCLEVILLE OH 43113-0400 |
| HICKMAN, MANGRICH, MD | ADDRESS ON FILE |
| HILLS BANK & TRUST COMPANY | 131 MAIN ST HILLS IA 52235-7777 |
| HUSTON, CRAIG, MD | ADDRESS ON FILE |
| IGNACIO, RAMON L, MD | ADDRESS ON FILE |
| IGNACIO, RAMON L, MD | ADDRESS ON FILE |
| INFECTIOUS DISEASE PHYSICIANS OF IOWA | CITY |
| INTUITIVE SURGICAL INC | CUSTOMER SERVICE CENTER 1020 KIFER ROAD SUNNYVALE CA 94086 |

| Claim Name | Address Information |
|---|---|
| JACQUELYN M. RONNFELDT, ARNP | ADDRESS ON FILE |
| JAVA HOUSE COFFEE ROASTERS | 350 HERKY ST NORTH LIBERY IA 52317 |
| LANTERN PARK NURSING & REHAB CENTER | 2200 OAKDALE RD CORALVILLE IA 52241 |
| LEAF CAPITAL FUNDING, LLC | 1 COMMERCE SQUARE 2005 MARKET ST PHILADELPHIA PA 19103 |
| LEGAL SIFTER INC | D/B/A LEGALSIFTER INC 1918 SMALLMAN ST PITTSBURGH PA 15222 |
| LEGAL SIFTER INC | D/B/A LEGALSIFTER INC ATTN CEO 1251 WATERFRONT PL, STE 200 PITTSBURGH PA 15222 |
| MACHUTA, JOHN J, DO | ADDRESS ON FILE |
| MC ANALYTXS INC | 12615 ASHFORD HILLS HOUSTON TX 77077 |
| MCCOY, JAMES G, MD | ADDRESS ON FILE |
| MEDICAL RECORD ASSOCIATES LLC | ATTN CHRISTY MATHESON 103 CENTRAL ST, STE A WELLESLEY MA 02482 |
| MEDICAL REIMBURSEMENTS OF AMERICA INC | ATTN MARK TALLEY, CEO 6840 CAROTHERS PKWY, STE 150 FRANKLIN TN 37067 |
| MEPS REAL-TIME, INC. D/B/A INTELLIGUARD | ATTN: THOMAS KONING 6451 EL CAMINO REAL CARLSBAD CA 92009 |
| MERCY HOSPITAL, CEDAR RAPIDS, IOWA | (D/B/A MERCY MEDICAL CENTER CEDAR RAPIDS IOWA); ATTN PRESIDENT AND CEO 701 10TH ST SE CEDAR RAPIDS IA 52403 |
| MERCY HOSPITAL, IOWA CITY, IOWA | EMPLOYEE'S PENSION PLAN |
| MERIDIAN BIOSCIENCE CORPORATION | ATTN VP OF GLOBAL SALES 3471 RIVER HILLS DR CINCINNATI OH 45244 |
| MIDWEST JANITORIAL SERVICE, INC. | 1395 NORTH CENTER POINT RD HIAWATHA IA 52233 |
| MOONJELY, JOE, MD | ADDRESS ON FILE |
| NEOGENOMICS LABORATORIES INC | ATTN GENERAL COUNSEL 12701 COMMONWEALTH DR, STE 9 FORT MYERS FL 33913 |
| OBGYN ASSOCIATES OF IOWA CITY & | CORALVILLE, P.C. 2769 HEARTLAND DR STE 201 CORALVILLE IA 52241 |
| PERSAUD, DUSTAFF R, EDD MBA PA C | ADDRESS ON FILE |
| PHYSICIAN ANESTHESIA CARE OF IOWA CITY | PC ATTN ANGELA THOMPSON, MD, PRESIDENT 540 E JEFFERSON ST IOWA CITY IA 52245 |
| PLEASANTVIEW HOME | ATTN ADMINISTRATOR 811 THIRD ST PO BOX 309 KALONA IA 52247 |
| PROGRESSIVE REHABILITATION ASSOCIATES | LLC ATTN ADAM CALONDER 540 E JEFFERSON ST IOWA CITY IA 52246 |
| RADIANCE MEDICAL SPA, LLC | 2769 HEARTLAND DR SUITE 201 CORALVILLE IA 52241 |
| RADIOLOGIC MEDICAL SERVICES PC | ATTN PRESIDENT 2769 HEARTLAND DR, STE 307 CORALVILLE IA 52241 |
| REVOLOGY INC | ATTN CHIEF FINANCIAL OFFICER 201 E WASHINGTON ST, UNIT 1302 IOWA CITY IA 52240 |
| RQI PARTNERS, LLC | 7272 GREENVILLE AVE DALLAS TX 75231 |
| SCANSTAT TECHNOLOGIES LP | 1750 FOUNDERS PKWY ALPHARETTA GA 30009 |
| SCHONER, SARAH, MSN, ARNP | ADDRESS ON FILE |
| SHARED MEDICAL SERVICES INC | ATTN PRESIDENT 209 LIMESTONE PASS COTTAGE GROVE WI 53527 |
| SKOPEC, KATHRYN, M, MD | ADDRESS ON FILE |
| SPECTRANETICS CORPORATION, THE | DEPT CH 19038 PALATINE IL 60055-9038 |
| STATE OF IOWA DEPARTMENT OF HUMAN | SERVICES, THE ACFS DIVISION ATTN BRENDA HALL 1305 E WALNUT ST DES MOINES IA 50319-0114 |
| STEINDLER ORTHOPEDIC CLINIC PLC | 2751 NORTHGATE DR IOWA CITY IA 52245 |
| STERICYCLE INC | 4010 COMMERCIAL AVE NORTHBROOK IL 60062 |
| STEVENS, BENJAMIN T, MD | ADDRESS ON FILE |
| STRYKER MEDICAL | PO BOX 93308 CHICAGO IL 60673-3308 |
| SUBRAMANIAM, UMASHANKAR, MD | ADDRESS ON FILE |
| SYNCHRONY EMPLOYEE ASSISTANCE PROGRAM | 438 SOUTHGATE AVE IOWA CITY IA 52240 |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | 320 N SANGAMON ST, STE 700 CHICAGO IL 60607 |
| SYNTELLIS PREFORMANCE SOLUTIONS LLC | PO BOX 771272 CHICAGO IL 60677 1272 |
| SYSMEX AMERICA INC | 577 APTAKISIC RD LINCOLNSHIRE IL 60069 |
| TEKSYSTEMS INC | ATTN SENIOR MANAGER OF OPERATIONS 7437 RACE RD HANOVER MD 21076 |
| THOMAS, SARAH, MD | ADDRESS ON FILE |
| TORRES Y TORRES, HUGO, PA-C | ADDRESS ON FILE |
| UP TO DATE INC | PO BOX 412094 BOSTON MA 02241-2094 |
| UP TO DATE INC | 230 3RD AVE WALTHAM MA 02451 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| US CELLULAR SERVICES LLC | ATTN MARK VAN HANDEL 4201 RIVER CENTER CT NE CEDAR RAPIDS IA 52404 |
| US CELLULAR SERVICES LLC | C/O SIFLEY AUSTIN LLP ATTN STEPHEN P FITZELL, ESQ ONE S DEARBORN ST CHICAGO IL 60603 |
| US CELLULAR SERVICES LLC | ATTN LEGAL AND REGULATORY AFFAIRS 8410 WEST BRYN MAWR CHICAGO IL 60631 |
| VALUED RELATIONSHIPS INC | D/B/A VRI ATTN CONTRACTS DEPT 1400 COMMERCE CENTER DR FRANKLIN OH 45005 |
| VIKTOR HANAK, MD | ADDRESS ON FILE |
| WALSH, ALLISON, PA-C | ADDRESS ON FILE |
| WIXTED & CO | 4401 WESTOWN PKWY SUITE 116 WEST DES MOINES IA 50266 |

**Total Creditor count  100**