# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

## DEBTORS' EXHIBIT AND WITNESS LIST FOR
## JANUARY 22, 2024 HEARING

Party's Name: Mercy Hospital, Iowa City, Iowa and its debtor affiliates (the "Debtors")

Party's Attorneys: Roy Leaf, Kristina Stanger, Dan Simon, Felicia Gerber Perlman

This Exhibit List is being served pursuant to applicable Local Rules, concerning exhibit exchange and identification. Failure to timely object will result in the aforementioned exhibits being admitted into evidence.

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | Debtors' Bank Accounts [Docket No. 14, Ex. 1 to Ex. A] | | | | | | |
| 2 | Cash Management System Diagram [Docket No. 14, Ex. C] | | | | | | |
| 3 | Final Cash Collateral Budget [Forthcoming] | | | | | | |
| 4 | Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings (including all exhibits thereto) [Docket No. 27] | | | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | Allscripts Master Client Agreement [Docket No. 589, Ex. A and B] | | | | | | |
| 6 | Altera Digital Health, Inc. Letter Agreement Dated August 1, 2023 [Docket No. 589, Ex. C] | | | | | | |
| 7 | Letter Dated December 8, 2023 to counsel for Altera [Docket No. 589, Ex. D] | | | | | | |
| 8 | Notice of Assumption and Assignment of Additional Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 265] | | | | | | |
| 9 | Second Notice of Assumption and Assignment of Additional Executory Contracts or Unexpired Leases and Cure Costs [Docket No. 610] | | | | | | |
| 10 | Supplemental Declaration of C. Richard Bayman in Support of Expanded Scope of Retention of H2C Securities, Inc. [Docket No. 613, Ex. B] | | | | | | |
| 11 | Third Amendment to H2C Securities, Inc. Engagement Letter [Docket No. 613, Ex. I to Exhibit B] | | | | | | |
| 12 | Settlement Agreement and Release [Docket No. 614, Exhibit B] | | | | | | |

NOTE: Per N.D. of Iowa Local Bankruptcy Rules, marked exhibits will be hand-delivered to the Court Recorder prior to the Trial or Hearing.

The Debtors also reserve the right to supplement, amend, withdraw, or otherwise modify this submission. The Debtors also designate any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of a witness.

## **WITNESSES**

The Debtors may call, if necessary, Mark Toney, Jim Porter, and C. Richard Bayman as witnesses to provide testimony in Court. The Debtors also designate any and all witnesses on a list submitted by any other parties in this matter. The Debtors also reserve the right to supplement, amend, withdraw, or otherwise modify this submission.

Respectfully Submitted,

*/s/ Roy Leaf*
**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:         rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
       kmstanger@nyemaster.com
       dhempy@nyemaster.com

- and-

3

**McDermott Will & Emery LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  fperlman@mwe.com
  dsimon@mwe.com
  ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:  jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this January 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

4