## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

## MASTER TRUSTEE AND BONDHOLDER REPRESENTATIVE'S WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 22, 2024

Party Name:            Computershare Trust Company, N.A., as Master Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative

Party's Attorneys:     Peter J. Chalik, Nathan F. Coco, William W. Kannel, Megan Preusker, Kaitlin R. Walsh

Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative ("Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives"), submit the following Witness and Exhibit List in anticipation of the hearing set for January 22, 2024. This Witness and Exhibit List is being served pursuant to applicable Local Rules concerning exhibit exchange and identification. Failure to timely object will result in the following exhibits being admitted into evidence.

## WITNESS LIST

A.     Peter Chadwick
       Berkley Research Group

B.     Mark Toney
       ToneyKorf Partners, LLC

C.     Jim Porter
       Mercy Hospital, Iowa City, Iowa

D.      Any witness called by another party.

E.      Any witnesses necessary for rebuttal testimony or impeachment.

F.      Any witness necessary to lay foundation for the admission of an exhibit.

### EXHIBIT LIST

| Exhibit | Description | Mark | Offer | Object | Admit | Date | Disposition |
|---------|-------------|------|-------|--------|-------|------|-------------|
| A | 2011 Indenture | | | | | | |
| B | 2018 Indenture | | | | | | |
| C | 2011 Loan Agreement | | | | | | |
| D | 2018 Loan Agreement | | | | | | |
| E | Master Trust Indenture | | | | | | |
| F | Mortgage | | | | | | |
| G | Supplemental Trust Indenture | | | | | | |
| H | Proof of Claim No. 0000010132: Computershare Trust Company, N.A | | | | | | |
| I | Declaration of Peter Chadwick | | | | | | |
| J | Deposition of Narendra Ganti | | | | | | |
| K | Debtor's Schedules [Docket No. 135] | | | | | | |
| L | Monthly Operating Report for Month Ended August 31, 2023 [Docket No. 266] | | | | | | |
| M | Monthly Operating Report for Month Ended September 30, 2023 [Docket No. 396] | | | | | | |
| N | Monthly Operating Report for Month Ended October 31, 2023 [Docket No. 525] | | | | | | |
| O | Order Approving Settlement Among the Debtors, Bondholder Representatives, | | | | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Committee, and Mercy Foundation [Docket No. 477] |  |  |  |  |  |  |
| P | Mercy Iowa City Consolidated Financial Statements and Related Information for Period Ended July 31, 2023 [MERCY_00112743] |  |  |  |  |  |  |
| Q | Mercy Iowa City 13-Week Cash Flow Forecast – as of 9/8/23 [MERCY_00112742] |  |  |  |  |  |  |
| R | November 1, 2023 E-mail from Jim Porter to Peter Chadwick et al. and the documents attached thereto listed below as Exhibit S and T |  |  |  |  |  |  |
| S | Mercy Iowa City Cash Flow Extended Forecast – as of 10/27/23 |  |  |  |  |  |  |
| T | Estimate of Pre and Post AR Over Time – as of 11/1/23 |  |  |  |  |  |  |

1. Any exhibit necessary for rebuttal testimony or impeachment;

2. Any pleading, proof of claim, or docket entry filed in this case;

3. Any exhibit offered by any other party in interest.

The Secured Bondholder Representatives also reserve the right to supplement, amend, withdraw, or otherwise modify this submission. The Secured Bondholder Representatives also designate any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of a witness.

Dated: January 8, 2024

**WHITFIELD & EDDY, P.L.C.**

*/s/ Peter J. Chalik*
Peter J. Chalik (Iowa Bar No. AT0013036)
699 Walnut St., Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Email: Chalik@whitfieldlaw.com

-and-

**MINTZ, LEVIN, COHN, FERRIS
GLOVSKY AND POPEO, P.C.**

William W. Kannel (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: WKannel@mintz.com

Nathan F. Coco (admitted *pro hac vice*)
Kaitlin R. Walsh (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: NFCoco@mintz.com
        KRWalsh@mintz.com
        MPreusker@mintz.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document and accompanying exhibits was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated January 8, 2024.

*/s/ Peter J. Chalik*