IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-00623 (TJC)<br>)<br>) (Jointly Administered)<br>)<br>) |

### APPLICATION FOR ADMISSION PRO HAC VICE

I, Kristin Krueger, hereby apply for admission *pro hac vice* to this Court for the duration of the above-captioned case and in support of said Application, state as follows:

1. On August 7, 2023, the above-captioned Debtors filed the above Chapter 11 bankruptcy case.

2. Koley Jessen P.C., L.L.O. has been engaged to represent creditor Cassling Diagnostic Imaging, Inc. in the above-referenced matter.

3. I am an attorney residing in Nebraska and am a shareholder in the Firm. My office address, telephone number, fax number, and email are provided below.

4. I am admitted to practice law in the state court of Nebraska. I was admitted to the State Bar of Nebraska in 2008. My Nebraska Attorney ID number is 23919. I am also admitted to practice before the United States District Court for the District of Nebraska and the U.S. Court of Appeals for the Eighth Circuit.

5. I am in good standing and am eligible to practice in all courts to which I have been admitted. Attached hereto as Exhibit A is a Certificate of Good Standing from the Nebraska Supreme Court. I am not currently, nor have I ever been, suspended or disbarred in any court.

6. I have previously been admitted *pro hac vice* in this Court to represent a Chapter 11 debtor *(In re Kuker*, Case No. 17-01453). That admission was over one year ago.

7. I acknowledge that if this Application is granted, I will be subject to the jurisdiction of this Court with respect to my conduct to the same extent as a member of the general bar of this Court and will be subject to the Iowa Code of Professional Responsibility for Lawyers.

8. As required by Local Rule 2090-1(b)(4), I am associating with Brian J. Koenig, an attorney of the Firm who has been admitted to the bar of this district.

WHEREFORE, the undersigned applicant respectfully requests entry of an order granting this Application and permitting her to appear *pro hac vice* in the above Chapter 11 case and for such other relief as may be just and proper.

DATED this 12th day of January, 2024.

    Cassling Diagnostic Imaging, Inc.,

By: */s/ Kristin Krueger*
Brian J. Koenig, # AT0009367
Kristin Krueger *(pro hac vice admission pending)*
KOLEY JESSEN P.C., LLO
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 (fax)
Brian.Koenig@koleyjessen.com
Kristin.Krueger@koleyjessen.com

*Attorneys for Cassling Diagnostic Imaging, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all CM/ECF users.

/s/ Kristin Krueger
Kristin Krueger