# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING ON SECURED BONDHOLDER REPRESENTATIVES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND DIRECTING THE DISTRIBUTION OF PROCEEDS FROM THE SALE OF THE DEBTORS' ASSETS AND FOR RELIEF FROM STAY

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**NOTICE IS HEREBY GIVEN THAT** on January 11, 2024, Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative (collectively, the "Secured Bondholder Representatives"), filed a *Motion for Entry of an Order Authorizing and Directing the Distribution of Proceeds from the Sale of the Debtors' Assets and for Relief from Stay* ("Distribution Motion").

**NOTICE IS FURTHER GIVEN THAT** objections to the Distribution Motion must be filed on the docket by no later than February 1, 2024.

**NOTICE IF FURTHER GIVEN THAT** a hearing on the Distribution Motion has been set for February 7, 2024, at 10:30 A.M. at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa. Any party that wishes to listen in only may use the following dial-in instructions:

Dialing Number: 888-684-8852
Access Code: 7148063
Security Code: 0623

Date: January 12, 2024            **WHITFIELD & EDDY, P.L.C.**

                                             */s/ Peter J. Chalik*
                                             Peter J. Chalik (Iowa Bar No. AT0013036)
                                             699 Walnut St., Suite 2000
                                             Des Moines, Iowa 50309
                                             Telephone: (515) 288-6041
                                             Email: *Chalik@whitfieldlaw.com*

                                             -and-

**MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO, P.C.**

William W. Kannel (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: WKannel@mintz.com

Nathan F. Coco (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
Kaitlin R. Walsh (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: NFCoco@mintz.com
MPreusker@mintz.com
KRWalsh@mintz.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated January 12, 2024.

*/s/ Peter J. Chalik*