UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

**WITHDRAWAL OF MCKESSON CORPORATION'S**

**RESPONSES TO SALE MOTION**

  Secured creditor McKesson Corporation and its affiliates (collectively, "McKesson"), withdraws its Response to Debtors' Motion for Entry of Order (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Provide Stalking Horse Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving the Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and

/ / /

/ / /

Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief, ECF No. 323 and Supplemental Response to Sale Motion, ECF No. 443.

Dated:  January 16, 2024

/s/*Nicholas F. Miller*
Nicholas F. Miller, Iowa AT0015361
BRICK GENTRY P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone (515) 446-3441
Email:  Nick.miller@brickgentry.com

*And Co-Counsel*

/s/ *Joseph A.G. Sakay*
Jeffrey K. Garfinkle, Esq., admitted *pro hac vice*
CA Bar No. 153496
Joseph A.G. Sakay, admitted *pro hac vice*
WSBA #24667
BUCHALTER, A Professional Corporation
18400 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone:  (949) 224-6254
Email:  jgarfinkle@buchalter.com
Email:  jsakay@buchalter.com

ATTORNEYS FOR MCKESSON CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF. Parties of record not registered with the CM/ECF filing system will be provided notification of this filing by U. S. Mail.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed:  January 16, 2024

By: */s/ Patricia D. Jolley*
Patricia D. Jolley, Paralegal