**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 625** |

**CERTIFICATE OF SERVICE**

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2024, I caused to be served the "Notice of Revised Cure Costs with Respect to Certain Potential Assumed Contracts," dated January 11, 2024 [Docket No. 625], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count: 14**

| Claim Name | Address Information |
| --- | --- |
| AIRGAS USA LLC | 3011-B EAST CAPITOL DR APPLETON WI 54911 |
| HAYES LOCUMS LLC | 5900 N ANDREWS AVE, #900 FORT LAUDERDALE 33309 |
| HAYES LOCUMS LLC | 5900 N ANDREWS AVE, #900 FORT LAUDERDALE FL 33309 |
| HOLOGIC | ATTN VP CUSTOMER EXPERIENCE & FIELD SERVICE 10210 GENETIC CENTER DR SAN DIEGO CA 92121 |
| HOLOGIC (MA) LLC | ATTN VP FIELD SERVICE AMERICAS 10210 GENETIC CENTER DR SAN DIEGO CA 92121 |
| HOLOGIC (MA) LLC | F/K/A HOLOGIV LIMITED PARTNERSHIP |
| HOLOGIC LP | 250 CAMPUS DR MARLBOROUGH MA 01752 |
| HOLOGIC MA LLC | 250 CAMPUS DR MELBOROUGH MA 01752 |
| HUNTINGTON TECHNOLOGY FINANCE | L-3708 COLUMBUS OH 43260-3708 |
| HUNTINGTON TECHNOLOGY FINANCE INC | 2285 FRANKLIN RD, STE 100 BLOOMFIELD HILLS MI 48302 |
| INTUITIVE SURGICAL INC | 1266 KIFER RD SUNNYVALE CA 94086 |
| INTUITIVE SURGICAL INC | 950 KIFER ROAD ATTN: GARY S. GUTHART, PH.D SUNNYVALE CA 94086 |
| INTUITIVE SURGICAL INC | ATTN CONTRACT ADMIN 1266 KIFER RD SUNNYVALE CA 94086 |
| KRONOS INC | 900 CHELMSFORD ST LOWELL MA 01851 |
| MEDICAL RECORD ASSOCIATES LLC | ATTN CHARLIE SAPONARO 103 CENTRAL ST, STE A WELLESLEY MA 02482 |
| MEDICAL RECORD ASSOCIATES LLC | C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN THOMAS J LOEB 52 E GAY ST COLUMBUS OH 43215 |
| MEDIREVV INC | 2600 UNIVERSITY PKWY CORALVILLE IA 52241 |
| MEDIREVV INC | C/O DOWNS RACHLIN MARTIN PLLC 199 MAIN ST BURLINGTON VT 05402 |
| MEDIREVV LLC | ATTN CEO 2600 UNIVERSITY PKWY CORALVILLE IA 52241 |
| MEDIREVV LLC | C/O ACCLARA ATTN LAUREN NEWMAN, CFO 10713 W SAM HOUSTON PKWY N, STE 500 HOUSTON TX 77064 |
| MEDIREVV LLC | C/O ARENTFOX SCHIFF LLP ATTN NICHOLAS A MARTEN & BETH BROWNSTEIN 1301 AVENUE OF THE AMERICAS, 42ND FL NEW YORK NY 10019 |
| OMNICELL INC | 500 CRANBERRY WOODS DR CRANBERRY TWP PA 16066 |
| OMNICELL INC | 500 CRANBERRY WOODS DR STE 100 CRANBERRY TWP PA 16066-5224 |
| OWENS & MINOR DISTRIBUTION INC | 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| OWENS & MINOR DISTRIBUTION INC | ATTN GENERAL COUNSEL 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| PROGRESSIVE REHABILITATION | ASSOCIATES LLC 2401 TOWNCREST DR IOWA CITY IA 52240 |
| PROGRESSIVE REHABILITATION ASSOCIATES | LLC ATTN ADAM CALONDER 540 E JEFFERSON ST IOWA CITY IA 52246 |
| REVOLOGY INC | ATTN CHIEF FINANCIAL OFFICER 201 E WASHINGTON ST, UNIT 1302 IOWA CITY IA 52240 |
| REVOLOGY INC | ATTN PRIVACY OFFICER 201 E WASHINGTON ST, UNIT 1302 IOWA CITY IA 52240 |
| REVOLOGY INC | C/O BRADLEY & RILEY PC ATTN LAURA M HYER 2007 FIRST AVE SE; PO BOX 2804 CEDAR RAPIDS IA 52245 |
| ZIMMER US INC | 6001 E ROYALTON RD, STE 100 BROADVIEW HEIGHTS OH 44147 |
| ZIMMER US INC | ATTN GENERAL COUNSEL 345 E MAIN ST WARSAW IL 46580 |
| ZIMMER US INC | ATTN REID AMSTUTZ 345 MAIN ST WARSAW IN 46580 |
| ZIMMER US INC | C/O TAFT LAW ATTN KAYLA D BRITTON ONE INDIANA SQ, STE 3500 INDIANAPOLIS IN 46204 |
| ZIMMER US INC | D/B/A ZIMMER BIOMET |

**Total Creditor count: 35**

**EXHIBIT B**

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| ALTERA DIGITAL HEALTH, INC. | Kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | Nicholas.Marten@afslaw.com; Matthew.Prewitt@afslaw.com; Beth.Brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | Lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BIOMERIEUX INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com; jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com; |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| HEIDMAN LAW FIRM PLLC | Jessica.Board@heidmanlaw.com |
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| J&K PMS INC | kmitchek@p-m-s.com |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com; eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| LOEB & LOEB LLP | scarroll@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | Jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; MPreusker@mintz.com; KRWalsh@mintz.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |

Case 23-00623　Doc 654　Filed 01/16/24　Entered 01/16/24 16:53:21　Desc Main
Document　Page 8 of 8

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; bgn@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov |
| UNITED STATES TRUSTEE | Claire.R.Davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US INC | legal.americas@zimmerbiomet.com |