UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Noah Weingarten, of the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York New York 10154, an attorney who is not a member of the bar of this district, hereby moves to appear *pro hac vice* in the above-referenced case on behalf of Altera Digital Health Inc. ("Altera") In support of this Motion, Mr. Weingarten states as follows:

1. My contact information is as follows:

    Noah Weingarten
    Loeb & Loeb LLP
    345 Park Avenue
    New York, New York 10154
    Tel.: 212-407-4000
    Email: nweingarten@loeb.com

2. I am a member in good standing of the Bar of the State of New York and was admitted on March 18, 2019. A letter or certificate of good standing will be filed within 21 days of this Motion, as required by Local Rule 2090-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Iowa.

3. I have been admitted to practice, am in good standing, and eligible to practice in the following courts and admitted on the following dates:

    a. U.S. Court of Appeals for the Second Circuit (October 12, 2021).

    b. U.S. District Court for the Southern District of New York (April 5, 2019).

    c. U.S. District Court for the Eastern District of New York (March 22, 2019).

    d.      U.S. District Court for the Northern District of New York (October 17, 2023).

    e.      U.S. District Court for the Northern District of Illinois (October 12, 2021).

4.      I am currently not suspended or disbarred in any court. To my knowledge, no disciplinary proceedings have ever been filed or are pending against me.

5.      I have not concurrently or within the year preceding this application, made any *pro hac vice* application to this Court.

6.      I hereby acknowledge that if this Motion is granted, I am subject to the jurisdiction of the Court with respect to the attorney's conduct to the same extent as a member of this Court's bar is subject to the Iowa Rules of Professional Conduct. I further acknowledge that if this Motion is granted I am required to request filing privileges with the Northern District of Iowa Bankruptcy Court via PACER and that I shall file a Notice of Appearance and Request for Notice under my own PACER login to ensure electronic noticing will occur.

7.      I will comply with the associate counsel requirements of Local Rule 2090-1 by associating with Larry S. Eide, an attorney who has been admitted to the bar of this Court and District and who has entered an appearance in this case on behalf of Altera.

I further declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York  
        January 16, 2024

Respectfully submitted,

/s/ Noah Weingarten  
LOEB & LOEB LLP  
Noah Weingarten  
345 Park Avenue  
New York, NY 10154  
Tel: (212) 407-4000  
Fax: (212) 202-5431  
nweingarten@loeb.com

 /s/ Larry S. Eide  
Larry S. Eide  
Pappajohn, Shriver, Eide & Nielsen P.C.  
PO Box 1588

238220314

2

Mason City, IA50402-1588
Tel: 641-423-4264
eide@pappajohnlaw.com

*Counsel to Altera Digital Health Inc.*