UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Chapter 11 |
| MERCY HOSPITALS, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 <br> (Jointly Administered) |
| Debtors. | WITHDRAWAL OF DOCUMENT |

Comes now Larry S. Eide, attorney for Altera Digital Health, Inc. and withdraws the application to appear pro hac vice of Noah Weingarten appearing at Dkt. 656 for the reason that it was previously filed at Dkt. 651.

Respectfully submitted,

/s/ Larry S. Eide
Larry S. Eide (AT0002317)
Pappajohn, Shriver, Eide & Nielsen P.C.
PO Box 1588
Mason City, IA 50402-1588
Phone: (641) 423-4264
Fax: (641) 423-3145
Email: eide@pappajohnlaw.cm

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this January 17, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Larry S. Eide

- 2 -