IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, | ) | Case No. 23-00623 (TJC) |
| *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER OF ADMISSION
### *PRO HAC VICE* FOR KRISTIN KRUEGER

It appearing to the Court that Applicant Kristin Krueger has met the *pro hac vice* admission requirements of the rules of this Court, Applicant's request to appear *pro hac vice* in this Court as co-counsel for creditor Cassling Diagnostic Imaging, Inc. in the above-captioned case is hereby granted.

IT IS THEREFORE ORDERED that Kristin Krueger is admitted to practice before this Court *pro hac vice* for the limited purpose of participating as co-counsel for creditor Cassling Diagnostic Imaging, Inc. in the above-captioned case.

IT IS FURTHER ORDERED that Kristin Krueger shall file her Notice of Appearance and Request for Notice in this case.

DATED this 17th day January, 2024.

BY THE COURT:

_____
U.S. Bankruptcy Judge

4873-7642-6140.1