IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *ET AL.*,<br><br>  DEBTORS. | CHAPTER 11<br><br>CASE NO. 23-00623<br><br>**REVOLOGY, INC.'S WITHDRAWAL OF ITS OBJECTION TO PROPOSED CURE AMOUNT (DOC NO. 318)** |

Revology, Inc. ("Revology"), a creditor of Mercy Hospital, Iowa City, Iowa and Mercy Services, Iowa City, Inc. ("Debtor"), and, following Debtor's Revised Cure Costs with Respect to Certain Potential Assumed Contract, withdraws its Objection to Proposed Cure Amount (Doc. No. 318).

/s/ *Laura M. Hyer*
LAURA M. HYER (#AT0011886)
   of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone:          (319) 363-0101
Direct Dial:    (319) 861-8742
Fax:            (319) 363-9824
Email:          lhyer@bradleyriley.com
*Attorney for Revology, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2024, a true and correct copy of the foregoing document was served electronically on all persons who receive electronic notice through the Court's CM/ECF system as well as the non-registered parties by regular U.S. Mail.

   /s/ *Carrie B. Hahn*