IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Kristin Krueger of Koley Jessen P.C., L.L.O hereby gives notice pursuant to Bankruptcy Rule 9010(b) and Iowa R. Bankr. P. 9010-1 that she is appearing in the above-captioned matter on behalf of Cassling Diagnostic Imaging, Inc., a creditor, and requests that all notices required under Bankruptcy Rule 2002 filed in this case be sent to the following address:

   Kristin Krueger
   KOLEY JESSEN P.C., LLO
   1125 South 103rd Street, Suite 800
   Omaha, Nebraska  68124
   Kristin.Krueger@koleyjessen.com

DATED this 17th day of January, 2024.

   Cassling Diagnostic Imaging, Inc.,

   By: */s/ Kristin Krueger*
      Brian J. Koenig, # AT0009367
      Kristin Krueger *(admitted pro hac vice)*
      KOLEY JESSEN P.C., LLO
      1125 South 103rd Street, Suite 800
      Omaha, NE 68124
      (402) 390-9500
      (402) 390-9005 (fax)
      Brian.Koenig@koleyjessen.com
      Kristin.Krueger@koleyjessen.com

   *Attorneys for Cassling Diagnostic Imaging, Inc.*

**CERTIFICATE OF SERVICE**

      On this 17th day of January, 2024, I electronically filed the foregoing Notice of Appearance and Request for Notice with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

                                          /s/ *Kristin Krueger*
                                          Kristin Krueger

4888-9224-2334.1