UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: January 16, 2024
Hearing on: Motion to Shorten Time to Bar Date for Objections to January 19, 2024 and Setting Hearing for January 22, 2024 (Doc. 637) filed by Debtors

APPEARANCES:

Attorneys Roy R. Leaf and Daniel M. Simon for Debtors
Attorneys Noah Weingarten and Schuyler G. Carroll for Altera Digital Health Inc.
Attorneys Robert C. Gainer and Andrew H. Sherman for Official Committee of Unsecured Creditors
Attorneys Peter Chalik and Nathan F. Coco for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Janet Reasoner for the United States Trustee Attorney
Paula L. Roby for the Official Committee of Pensioners

**IT IS ORDERED THAT**:

The Motion to Shorten Time (Doc. 637) is granted in part.
The Motion to Compel (Doc. 635) is hereby set for hearing on:

**January 22, 2024 at 10:30 AM**
At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

All parties wishing to <u>listen-in only</u> may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please mute yourself after you join the conference.

This hearing will be digitally recorded.

Ordered:
January 18, 2024

Thad J. Collins
Chief Bankruptcy Judge