United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: hrgntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Emily C. Keil, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Nathan M. Bull, McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-4336 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: scarroll@loeb.com | Jan 16 2024 23:13:00 | Schuyler G. Carroll, LOEB & LOEB LLP, 345 Park Avenue, New York, NY 10154-1895 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Benjamin Gregory Nielson | on behalf of Interested Party Washington County Hospital and Clinics bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |

Case 23-00623    Doc 666    Filed 01/18/24    Entered 01/18/24 23:42:20    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0862-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: hrgntc | Total Noticed: 4 |

Bradley R. Kruse
    on behalf of Creditor Hayes Locums LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com

Bradley R. Kruse
    on behalf of Creditor MediRevv LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com

Bradley R. Kruse
    on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com

Brian Koenig
    on behalf of Creditor Cassling Diagnostic Imaging Inc. , angela.annan@koleyjessen.com

Brittany B Falabella
    on behalf of Creditor Owens & Minor Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Christopher K Loftus
    on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com

Claire Davison
    on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
    on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com patti@shuttleworthlaw.com

Dana Waterman Hempy
    on behalf of Debtor Mercy Hospital Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
    on behalf of Debtor Mercy Hospital Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David E. Gordon
    on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Elizabeth Lally
    on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston
    on behalf of Creditor EverBank N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Harold J Dane, III
    on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
    on behalf of Debtor Mercy Hospital Iowa City, Iowa jhaake@mwe.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com

Jeffrey D. Goetz
    on behalf of Creditor Wellmark Blue Cross Blue Shield goetz.jeffrey@bradshawlaw.com Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jennifer Erin Lindberg
    on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
    on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
    on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
    on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
    on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com,

Case 23-00623    Doc 666    Filed 01/18/24    Entered 01/18/24 23:42:20    Desc Imaged
Certificate of Notice    Page 3 of 7

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: hrgntc | Total Noticed: 4 |

lynda.dennis@faegredrinker.com

Jessica A Board

on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman

on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Joseph Sakay

on behalf of Creditor McKesson Corporation jsakay@buchalter.com pmcvay@buchalter.com

Kaitlin R. Walsh

on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh

on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com

Kristina M. Stanger

on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide

on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer

on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning

on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov

Mark Melickian

on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian

on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Mark Melickian

on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian

on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Matthew Cronin

on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire

on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker

on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com

Megan M. Preusker

on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com

Michael A Brandess

on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com

Michael A Brandess

on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com

Michael A Brandess

on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael J Whaley

on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

Michael S. Dove

on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson

on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com

Michael T. Gustafson

on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com

Miranda L. Hughes

on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes

on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com,

Case 23-00623    Doc 666    Filed 01/18/24    Entered 01/18/24 23:42:20    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0862-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: hrgntc | Total Noticed: 4 |

| | |
|---|---|
| | tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Nathan F. Coco | on behalf of Creditor Computershare Trust Company  N.A., as Trustee nfcoco@mintz.com |
| Nathan F. Coco | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative nfcoco@mintz.com |
| Nicholas Miller | on behalf of Creditor Owens & Minor  Inc. nick.miller@brickgentrylaw.com |
| Nicholas Miller | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Patrick B. Dillon | on behalf of Creditor Health Carousel Travel Network  LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby | on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com  julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | on behalf of Interested Party Carol Ebinger  et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com |
| Peter Chalik | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com |
| Peter Chalik | on behalf of Creditor Computershare Trust Company  N.A., as Trustee chalik@whitfieldlaw.com, mills-moon@whitfieldlaw.com |
| Robert Cardell Gainer | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | on behalf of Creditor Owens & Minor  Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Hospital  Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Services Iowa City  Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Iowa City ACO  LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Samantha Norris | on behalf of Interested Party RMS Holdings  P.C. samantha.norris@brownwinick.com |
| Samantha Norris | on behalf of Interested Party Radiologic Medical Services  P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Steven G. Klesner | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Dawna Miller steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com |

District/off: 0862-1 | User: admin | Page 5 of 5
Date Rcvd: Jan 16, 2024 | Form ID: hrgntc | Total Noticed: 4

Tara Holterhaus
    on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC tholterhaus@spencerfane.com

Terry Gibson
    on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com  filings@wandrolaw.com

Tom Flynn
    on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga
    on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

William J Sueppel
    on behalf of Creditor Gerard Electric  Inc. billjs@meardonlaw.com

William W. Kannel
    on behalf of Creditor Computershare Trust Company  N.A., as Trustee bkannel@mintz.com

William W. Kannel
    on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative bkannel@mintz.com


TOTAL: 89

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa, et al

Chapter 11

Bankruptcy No. 23−00623
Jointly Administered

Debtor

## NOTICE SETTING TELEPHONIC HEARING
## ON DEBTOR'S EXPEDITED MOTION FOR ENTRY OF ORDER (I) SETTING ALTERA MOTION FOR HEARING ON JANUARY 22, 2024 AND (II) REDUCING THE BAR DATE FOR OBJECTIONS THERETO (DOC. 637)

To:

Roy Ryan Leaf, Attorney for Debtor

Larry S. Eide and Schuyler G. Carroll, Attorneys for Altera Digital Health Inc.

United States Trustee

Robert Cardell Gainer, Boris Mankovestskiy, and Andrew H. Sherman, Attorneys for Official Committee of Unsecured Creditors

Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel Simon, and Kristina Stanger, Attorneys for Debtor

Paula L. Roby, Attorney for Official Committee of Pensioners, Pensioners Committee

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**January 16, 2024 at 03:45 PM**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1−888−684−8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

Date: January 16, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk