## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | Re: Dkt. Nos. 589, 633 |

### SECURED BONDHOLDER REPRESENTATIVES' JOINDER TO DEBTORS' OBJECTION TO MOTION OF ALTERA DIGITAL HEALTH INC. TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT

COME NOW Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative (collectively, the "Secured Bondholder Representatives"), and with respect to *Debtors' Objection to Motion of Altera Digital Health Inc. to Compel Assumption or Rejection of Executory Contract* [Dkt. No. 633] (the "Objection"), respectfully state as follows:

1. The Secured Bondholder Representatives support and join in the above-captioned debtors and debtors-in-possession's (collectively, the "Debtors") Objection to the *Motion of Altera Digital Health Inc. to Compel Assumption or Rejection of Executory Contract* [Dkt. No. 589] (the "Motion to Compel") and incorporate the Debtors' Objection as if fully set forth herein.

2. The Secured Bondholder Representatives reserve the right to be heard regarding the Motion to Compel at the hearing on January 22, 2024 and on any later date on which a hearing on the Motion to Compel may be held.

3. Nothing contained herein shall constitute a waiver of any rights or remedies of the Secured Bondholder Representatives, including, without limitation, the right to (i) amend, modify, or supplement this Joinder, or (ii) raise any other additional arguments at a later date.

WHEREFORE, the Secured Bondholder Representatives request that the Court deny the Motion to Compel and grant such other and further relief as the Court finds just and proper.

*[Remainder of page intentionally left blank.]*

Date: January 19, 2024                      **WHITFIELD & EDDY, P.L.C.**

                                              */s/ Peter J. Chalik*
Peter J. Chalik (Iowa Bar No. AT0013036)
699 Walnut St., Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Email: *Chalik@whitfieldlaw.com*

-and-

**MINTZ, LEVIN, COHN, FERRIS GLOVSKY AND POPEO, P.C.**

William W. Kannel (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: WKannel@mintz.com

Nathan F. Coco (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
Kaitlin R. Walsh (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: NFCoco@mintz.com
           MPreusker@mintz.com
           KRWalsh@mintz.com

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated January 19, 2024.

                                                        */s/ Peter J. Chalik*