UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>MERCY HOSPITALS, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 23-00623<br>(Jointly Administered)<br>ORDER GRANING MOTION TO APPEAR PRO HAC VICE |

The matter before the Court is a Motion for Admission Pro Hac Vice filed on January 16, 2024 (Dkt No. 651). The relief requested in the Motion is granted, and Attorney Noah Weingarten of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154 is admitted pro hac vice on behalf of Altera Digital Health Inc. in the above case. Noah Weingarten shall file his Notice of Appearance and Request for Notice in this case.

AND IT IS SO ORDERED.

DATED AND ENTERED:
January 19, 2024

Thad J. Collins, Judge U.S. Bankruptcy
Court, Northern District of Iowa

*ORDER PREPARED BY:*
Larry S. Eide, AT0002317
Attorney for Altera Digital Health Inc.