IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et.al., | Case No. 23-00623 (Jointly Administered) |
| Debtors. | |

**WITHDRAWAL OF RMS HOLDINGS, P.C. AND
RADIOLOGIC MEDICAL SERVICES, P.C.'s OBJECTIONS TO THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

RMS Holdings, P.C. and Radiologic Medical Services, P.C. (together, "RMS"), through their undersigned counsel, hereby withdraws its *Limited Objection of RMS Holdings, P.C. and Radiologic Medical Services, P.C. to Motion for Entry of Order, Inter Alia, Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances* (Docket No. 195); *its Objection re: Notice of Proposed Use, Sale or Lease of Property Outside of the Normal Course of Business Filed by RMS Holdings, P.C., Radiologic Medical Services, P.C.* (Docket No. 317); and its *Formal Limited Objection (the "Formal Limited Objection") to the sale of substantially all of the assets of Mercy Iowa City ACO, LLC, Mercy Hospital, Iowa City, Iowa, and Mercy Services Iowa City, Inc*. (Docket No. 632).

Date: January 19, 2024    */s/ Miranda L. Hughes*

        Miranda L. Hughes
        Samantha C. Norris
        Jennifer E. Lindberg
        BROWN, WINICK, GRAVES, GROSS
        AND BASKERVILLE, P.L.C
        666 Grand Avenue, Suite 2000
        Des Moines, IA 50309-2510
        Telephone: 515-242-2477
        Facsimile: 515-323-8577
        Email: mandy.hughes@brownwinick.com
        ATTORNEYS FOR RMS HOLDINGS, P.C. AND
        RADIOLOGIC MEDICAL SERVICES, P.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 19nd day of January, 2024.

        */s/ Jennifer E. Lindberg*

4874-4506-5628, v. 2