UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION OF ALTERA DIGITAL HEALTH INC. TO SEAL EXHIBITS TO REPLY AND OBJECTION TO DEBTORS' MOTION TO COMPEL CONTRACTUAL PERFORMANCE

Before the Court is Altera Digital Health Inc.'s ("Altera") Motion to Seal (the "Motion to Seal") four (4) exhibits that are to be attached to Altera's Reply and Objection to Debtors' Motion to Compel Contractual Performance. For the reasons stated therein, the Court finds the Motion to Seal should be granted.

**IT IS THEREFORE ORDERED** that Altera's Motion to Seal is GRANTED.

**IT IS FURTHER ORDERED** that the four exhibits identified in Altera's Motion to Seal shall be marked "Confidential" and the Clerk of Court and claims agent, as appropriate, shall maintain it as a sealed document with restricted access.

AND IT IS SO ORDERED

DATED AND ENTERED: January 19, 2024

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

**Prepared and Submitted By:**

PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
Larry S. Eide (AT0002317)
103 E. State Street, Suite 800

Mason City, IA 50401
Tel: (641) 423-4264
Fax: (641) 423-3145
eide@pappajohnlaw.com

-and-

LOEB & LOEB LLP
Schuyler G. Carroll (admitted *pro hac vice*)
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 202-5431
scarroll@loeb.com

*Counsel to Altera Digital Health Inc.*