UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA,<br><br>            Debtor(s). | CHAPTER 11<br>CASE NO. 23-00623<br><br>**APPEARANCE AND REQUEST FOR NOTICE** |

_____

The undersigned hereby enters his appearance on behalf of Altera Digital Health Inc., successor to Allscripts Healthcare, LLC, a creditor and party in interest.

The undersigned requests the entities receiving a copy hereof take notice that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, and Local Bankruptcy Rule 2002-1(b) that all filings made or required to be served in this case, be given to and served upon:

> NOAH WEINGARTEN
> Loeb & Loeb LLP
> 345 Park Avenue
> New York, NY 10154
> Telephone: (212) 407-4076
> Facsimile: (646) 304-3448
> Email: nweingarten@loeb.com

Please take notice that this request includes all notices and papers, including, without limitation, reports, Rule 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, by any means transmitted, and all notices thereof.

This Appearance and Request for Notice does not constitute a consent to jurisdiction of the Court over non-core proceedings under 28 U.S.C. §157.

    /s/ Noah Weingarten
Noah Weingarten
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4076
Facsimile: (646) 304-3448
Email: nweingarten@loeb.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF system.

    /s/ Noah Weingarten
Noah Weingarten