# EXHIBIT  D

| United States Bankruptcy Court for the Northern District of Iowa | For Court Use Only | |
|---|---|---|
| **Name of Debtor:** MERCY HOSPITAL, IOWA CITY, IOWA | Claim Number: | 0000010273 |
| **Case Number:** 23-00623 | File Date: | 10/16/2023 11:13:45 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.  With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy (Form 309) that you received.**

**04/22**

---

| Part 1: | Identify the Claim |
|---|---|

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _Altera Digital Health Inc._

Other names the creditor used with the debtor: _Altera_

**2.   Has this claim been acquired from someone else?**   ☑ No   ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | | Where should payments to the creditor be sent? (if different) | |
|---|---|---|---|
| Name | Altera Digital Health Inc. | Name | Altera Digital Health Inc. |
| Address | ATTN: Schuyler G. Carroll | Address | PO Box 735183 |
| | 345 Park Ave | | |
| | | | |
| City | New York | City | Chicago |
| State | NY  ZIP Code 10154 | State | IL  ZIP Code 60673-5183 |
| Country (if International): | | Country (if International): | |
| Phone: | 212-407-4000 | Phone: | |
| Email: | scarroll@loeb.com | Email: | |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

_____  _____  _____  _____

**7. How much is the claim?**

$ 9,625,739.15

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Contract/Executory Contract

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%
                        ☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes.  **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes.  Identify the property:

Setoff and recoupment rights preserved.

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.
* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____**

**Part 3:** Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.  FRBP 9011(b).** | *Check the appropriate box:* |

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Schuyler G. Carroll*                                                          10/16/2023 11:13:45

Signature                                                                              Date

Provide the name and contact information of the person completing and signing this claim:

Name        Schuyler G. Carroll

Address     345 Park Ave

City          New York

State         NY                                                        Zip     10154

Country (in international)

Phone       212-407-4000

Email        scarroll@loeb.com

**Fill in this information to identify the case:**

Debtor 1      Mercy Hospital, Iowa City, Iowa, et al.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Iowa

Case number    23-00623

<u>Official Form 410</u>

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Altera Digital Health Inc. <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor   Altera |
| 2. **Has this claim been acquired from someone else?** | ☒ No <br> ☐ Yes. From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Schuyler G. Carroll <br> Name | Altera Digital Health Inc. <br> Name |
| 345 Park Ave <br> Number      Street | PO Box 735183 <br> Number      Street |
| New York        NY        10154 <br> City            State        ZIP Code | Chicago        IL        60673-5183 <br> City            State        ZIP Code |
| Contact phone   212-407-4000 | Contact phone _____ |
| Contact email   scarroll@loeb.com | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____ <br> MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                           **Proof of Claim**                           page 1

American LegalNet, Inc. <br> www.FormsWorkFlow.com

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

6.  **Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7.  **How much is the claim?**  $ _9,625,739.15_____ . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8.  **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed _____

9.  **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

10.  **Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11.  **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: All setoff and recoupment rights are preserved.

American LegalNet, Inc.
www.FormsWorkFlow.com

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_____) that applies.    $ _____

*  Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/16/2023
                   MM / DD / YYYY


/s/ Schuyler G. Carroll
Signature

Print the name of the person who is completing and signing this claim:

Name       Schuyler              G.              Carroll
           First name            Middle name     Last name

Title      _____

Company    Loeb & Loeb LLP
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    345        Park Ave
           Number     Street

           New York                          NY          10154
           City                              State       ZIP Code

Contact phone   212-407-4000                 Email       scarroll@loeb.com

---

American LegalNet, Inc.
www.FormsWorkFlow.com

## RIDER TO ALTERA DIGITAL HEALTH INC.'S PROOF OF CLAIM

The claims of creditor Altera Digital Health Inc.("**Altera**") as successor to Allscripts Healthcare, LLC arise from, among other things, the Master Client Agreement by and between Mercy Hospital d/b/a Mercy Iowa City ("the "Debtor") and Altera, as successor to Allscripts Healthcare, LLC, dated March 9, 2021, and the Initial Client Order dated March 9, 2021, and all subsequent client orders and amendments.

Altera asserts its claim upon all theories available under both law and equity including, but not limited to, contract, unjust enrichment, quantum meruit, mistake of fact, restitution and all rights of setoff and recoupment. This claim is a secured claim to the extent of all rights of offset or recoupment available to Altera, which rights may include, without limitation: (a) all amounts which may be determined to be due from Altera to the Debtor, to the extent not subject to recoupment by Altera; (b) all amounts which may be determined to remain due based on asserted withholds or offsets, to the extent not subject to recoupment by Altera; and (c) all amounts which may otherwise be determined to have remained subject to offset as of the date of filing of the petition by the Debtor.

Altera reserves the right to amend this claim in any and all respects. Altera reserves the right to assert that the foregoing amounts is subject to administrative priority.  Altera reserves the right to amend this proof of claim when the full extent of its damages is ascertained.  Altera further reserves the right to amend this claim to reflect additional information.

Although Altera believes that more than sufficient documentation of this claim has previously been made available to, and is in the possession of the Debtor, attached to this Rider is a spreadsheet that lists the pre-petition outstanding amounts due.  Altera reserves the right to submit additional documentation in support of this claim as may be required by the Court or otherwise appropriate.

Altera reserves the right to have its claim limited to a reduction of its liability, if any, to the Debtor, and Altera reserves the right to seek no affirmative recovery from the Debtor.

Altera does not consent to the adjudication of this claim or of any ancillary or related issues in the Bankruptcy Court.  Among other things, Altera reserves the right to assert that any disputes are subject to arbitration or litigation in a non-bankruptcy court or forum, and that all issues should be tried before a jury.  Altera also reserves the right to withdraw this claim and to have the withdrawal treated as if no claim was filed.

Nothing in the proof of claim, any rider or any attachment shall constitute a waiver of any of Altera's right to payment of all amounts due to Altera which arose after the Debtor's filing of a chapter 11 petition, all of which amounts due are fully reserved in all respects.

Nothing in the proof of claim, any rider or any attachment shall constitute an admission or waiver of any of Altera's rights in any manner whatsoever.

237707572.2
233598-10011

| Acct# | Customer Name | Invoice | Invoice Date | Due Date | Age Days | Pre-Petition Amount due | Contract Number |
|---|---|---|---|---|---|---|---|
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003897465 | 14-Feb-2022 | 16-Mar-2022 | 573 | 516,641.07 | US1215311 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003897466 | 14-Feb-2022 | 16-Mar-2022 | 573 | 59,159.25 | NSB1215208 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003928704 | 23-Mar-2022 | 22-Apr-2022 | 536 | 390.67 | NSB1225114 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003928703 | 23-Mar-2022 | 22-Apr-2022 | 536 | 632.75 | US1225113 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003932301 | 30-Mar-2022 | 29-Apr-2022 | 529 | 564,689.00 | US1215206 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003973242 | 10-May-2022 | 09-Jun-2022 | 488 | 390.67 | NSB1225114 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003970879 | 10-May-2022 | 09-Jun-2022 | 488 | 1,082,397.50 | US1215206 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003973241 | 10-May-2022 | 09-Jun-2022 | 488 | 632.75 | US1225113 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003972156 | 10-May-2022 | 09-Jun-2022 | 488 | 59,159.25 | NSB1215208 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003971045 | 10-May-2022 | 09-Jun-2022 | 488 | 905.01 | US1222252 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003973360 | 11-May-2022 | 10-Jun-2022 | 487 | 312.50 | NSB1220486 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4003973527 | 11-May-2022 | 10-Jun-2022 | 487 | 506.25 | US1220485 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 8000053803 | 28-Jun-2022 | 28-Jul-2022 | 439 | 235.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000172516 | 22-Jul-2022 | 21-Aug-2022 | 415 | 224,787.98 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000172526 | 22-Jul-2022 | 21-Aug-2022 | 415 | 224,787.98 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000172895 | 09-Aug-2022 | 08-Sep-2022 | 397 | 224,787.98 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004067856 | 10-Aug-2022 | 09-Sep-2022 | 396 | 390.67 | NSB1225114 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004067582 | 10-Aug-2022 | 09-Sep-2022 | 396 | 312.50 | NSB1220486 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004068069 | 10-Aug-2022 | 09-Sep-2022 | 396 | 59,159.25 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004067855 | 10-Aug-2022 | 09-Sep-2022 | 396 | 632.75 | US1225113 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004067657 | 10-Aug-2022 | 09-Sep-2022 | 396 | 1,082,397.50 | US1215206 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004067668 | 10-Aug-2022 | 09-Sep-2022 | 396 | 506.25 | US1220485 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004069602 | 10-Aug-2022 | 09-Sep-2022 | 396 | 905.01 | US1222252 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000174297 | 14-Sep-2022 | 14-Oct-2022 | 361 | 51,930.19 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000174968 | 07-Oct-2022 | 06-Nov-2022 | 338 | 23,760.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000175231 | 14-Oct-2022 | 13-Nov-2022 | 331 | 25,465.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004183509 | 09-Nov-2022 | 09-Dec-2022 | 305 | 312.50 | NSB1220486 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182916 | 09-Nov-2022 | 09-Dec-2022 | 305 | 390.67 | NSB1225114 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182913 | 09-Nov-2022 | 09-Dec-2022 | 305 | 102.00 | NSB1225089 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182918 | 09-Nov-2022 | 09-Dec-2022 | 305 | 921.28 | NSB1225210 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000175990 | 09-Nov-2022 | 09-Dec-2022 | 305 | 224,787.98 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004183508 | 09-Nov-2022 | 09-Dec-2022 | 305 | 506.25 | US1220485 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182915 | 09-Nov-2022 | 09-Dec-2022 | 305 | 632.75 | US1225113 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182912 | 09-Nov-2022 | 09-Dec-2022 | 305 | 183.60 | US1225088 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182917 | 09-Nov-2022 | 09-Dec-2022 | 305 | 1,658.31 | US1225209 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004181601 | 09-Nov-2022 | 09-Dec-2022 | 305 | 59,159.25 | NSB1215208 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004182666 | 09-Nov-2022 | 09-Dec-2022 | 305 | 905.01 | US1222252 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004190720 | 10-Nov-2022 | 10-Dec-2022 | 304 | 1,082,397.50 | US1215206 |

| Acct# | Customer Name | Invoice | Invoice Date | Due Date | Age Days | Pre-Petition Amount due | Contract Number |
|-------|---------------|---------|--------------|----------|----------|-------------------------|-----------------|
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 3600000562 | 05-Dec-2022 | 04-Jan-2023 | 279 | 14,903.08 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004243305 | 10-Jan-2023 | 09-Feb-2023 | 243 | 28,062.65 | US1218845 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000178353 | 12-Jan-2023 | 11-Feb-2023 | 241 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000178797 | 25-Jan-2023 | 24-Feb-2023 | 228 | 2,430.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000178282 | 26-Jan-2023 | 25-Feb-2023 | 227 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004246941 | 29-Jan-2023 | 28-Feb-2023 | 224 | 18,564.10 | US1226360 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001119 | 02-Feb-2023 | 04-Mar-2023 | 220 | 7,671.79 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004256990 | 08-Feb-2023 | 10-Mar-2023 | 214 | 1,131,105.42 | US1215206 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000179209 | 09-Feb-2023 | 11-Mar-2023 | 213 | 224,787.98 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004264664 | 10-Feb-2023 | 12-Mar-2023 | 212 | 106.69 | NSB1225089 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004264793 | 10-Feb-2023 | 12-Mar-2023 | 212 | 59,159.25 | NSB1215208 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004264663 | 10-Feb-2023 | 12-Mar-2023 | 212 | 191.86 | US1225088 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004264375 | 10-Feb-2023 | 12-Mar-2023 | 212 | 25,128.70 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001532 | 21-Feb-2023 | 23-Mar-2023 | 201 | 312.50 | NSB1001484 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001569 | 21-Feb-2023 | 23-Mar-2023 | 201 | 390.67 | NSB1001481 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001526 | 21-Feb-2023 | 23-Mar-2023 | 201 | 28,062.65 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001479 | 21-Feb-2023 | 23-Mar-2023 | 201 | 529.03 | AD1000658 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001502 | 21-Feb-2023 | 23-Mar-2023 | 201 | 661.22 | AD1000534 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001277 | 21-Feb-2023 | 23-Mar-2023 | 201 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001272 | 26-Feb-2023 | 28-Mar-2023 | 196 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001648 | 28-Feb-2023 | 30-Mar-2023 | 194 | 1,732.93 | AD1000722 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001510 | 01-Mar-2023 | 31-Mar-2023 | 193 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001871 | 08-Mar-2023 | 07-Apr-2023 | 186 | 28,062.65 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001747 | 09-Mar-2023 | 08-Apr-2023 | 185 | 947.50 | AD1000980 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004279813 | 09-Mar-2023 | 08-Apr-2023 | 185 | 25,128.70 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600001979 | 14-Mar-2023 | 13-Apr-2023 | 180 | 962.74 | NSB1001483 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001532 | 26-Mar-2023 | 25-Apr-2023 | 168 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 8000058261 | 30-Mar-2023 | 29-Apr-2023 | 164 | 937.50 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 8000058262 | 30-Mar-2023 | 29-Apr-2023 | 164 | 937.50 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 8000058277 | 30-Mar-2023 | 29-Apr-2023 | 164 | 2,000.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001597 | 30-Mar-2023 | 29-Apr-2023 | 164 | 19,895.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001650 | 05-Apr-2023 | 05-May-2023 | 158 | 13,300.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004303052 | 09-Apr-2023 | 09-May-2023 | 154 | 25,128.70 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002397 | 10-Apr-2023 | 10-May-2023 | 153 | 28,062.65 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 3600001721 | 11-Apr-2023 | 11-May-2023 | 152 | 686.71 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001680 | 11-Apr-2023 | 11-May-2023 | 152 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001694 | 26-Apr-2023 | 26-May-2023 | 137 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 8000058639 | 28-Apr-2023 | 28-May-2023 | 135 | 1,375.00 | |

| Acct# | Customer Name | Invoice | Invoice Date | Due Date | Age Days | Pre-Petition Amount due | Contract Number |
|---|---|---|---|---|---|---|---|
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002542 | 29-Apr-2023 | 29-May-2023 | 134 | 14,887.09 | AD1001349 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001867 | 05-May-2023 | 04-Jun-2023 | 128 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002911 | 08-May-2023 | 07-Jun-2023 | 125 | 28,062.65 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000182001 | 09-May-2023 | 08-Jun-2023 | 124 | 147,361.14 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002844 | 10-May-2023 | 09-Jun-2023 | 123 | 256.13 | NSB1001481 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002846 | 10-May-2023 | 09-Jun-2023 | 123 | 631.04 | NSB1001483 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002898 | 10-May-2023 | 09-Jun-2023 | 123 | 433.37 | AD1000534 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002910 | 10-May-2023 | 09-Jun-2023 | 123 | 1,136.18 | AD1000722 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600002822 | 10-May-2023 | 09-Jun-2023 | 123 | 346.75 | AD1000658 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004326400 | 10-May-2023 | 09-Jun-2023 | 123 | 69.80 | NSB1225089 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004326351 | 10-May-2023 | 09-Jun-2023 | 123 | 38,782.02 | NSB1215208 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004326398 | 10-May-2023 | 09-Jun-2023 | 123 | 125.83 | US1225088 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004326093 | 10-May-2023 | 09-Jun-2023 | 123 | 741,502.38 | US1215206 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004335400 | 10-May-2023 | 09-Jun-2023 | 123 | 25,128.70 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600003021 | 12-May-2023 | 11-Jun-2023 | 121 | 204.93 | NSB1001484 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160001929 | 26-May-2023 | 25-Jun-2023 | 107 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002076 | 05-Jun-2023 | 05-Jul-2023 | 97 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600003632 | 08-Jun-2023 | 08-Jul-2023 | 94 | 28,062.65 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600003456 | 09-Jun-2023 | 09-Jul-2023 | 93 | 620.52 | AD1000980 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004344778 | 09-Jun-2023 | 09-Jul-2023 | 93 | 25,128.70 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002170 | 14-Jun-2023 | 14-Jul-2023 | 88 | 10,530.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002214 | 26-Jun-2023 | 26-Jul-2023 | 76 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W08022310155966 | | 02-Aug-2023 | 69 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002343 | 07-Jul-2023 | 06-Aug-2023 | 65 | 168,653.03 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004380026 | 10-Jul-2023 | 09-Aug-2023 | 62 | 24,291.08 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004342 | 11-Jul-2023 | 10-Aug-2023 | 61 | 28,062.65 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W08112310155966 | | 11-Aug-2023 | 60 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W08142310155966 | | 14-Aug-2023 | 57 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002435 | 19-Jul-2023 | 18-Aug-2023 | 53 | 4,050.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W08222310155966 | | 22-Aug-2023 | 49 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002386 | 26-Jul-2023 | 25-Aug-2023 | 46 | 1,766.67 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W08282310155966 | | 28-Aug-2023 | 43 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004563 | 30-Jul-2023 | 29-Aug-2023 | 42 | 0.00 | AD1001349 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 8600000637 | 01-Aug-2023 | 31-Aug-2023 | 40 | 3,850.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002559 | 03-Aug-2023 | 02-Sep-2023 | 38 | 33,730.61 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | FX09052310155966 | | 05-Sep-2023 | 35 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004966 | 08-Aug-2023 | 07-Sep-2023 | 33 | 5,612.53 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 1000184576 | 09-Aug-2023 | 08-Sep-2023 | 32 | 0.00 | |

| Acct# | Customer Name | Invoice | Invoice Date | Due Date | Age Days | Pre-Petition Amount due | Contract Number |
|---|---|---|---|---|---|---|---|
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004393844 | 09-Aug-2023 | 08-Sep-2023 | 32 | 0.00 | US1189166 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004922 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | NSB1001483 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004927 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | NSB1001484 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004920 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | NSB1001481 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600005057 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | AD1000658 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004944 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | AD1000534 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600004965 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | AD1000722 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004392639 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | NSB1225089 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004394110 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | NSB1215208 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004392624 | 10-Aug-2023 | 09-Sep-2023 | 31 | 0.00 | US1225088 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | A09112310155966 | | 11-Sep-2023 | 29 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4004404151 | 16-Aug-2023 | 15-Sep-2023 | 25 | 0.00 | US1215206 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002716 | 18-Aug-2023 | 17-Sep-2023 | 23 | 270.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002671 | 18-Aug-2023 | 17-Sep-2023 | 23 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W09182310155966 | | 18-Sep-2023 | 22 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002616 | 26-Aug-2023 | 25-Sep-2023 | 15 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W09252310155966 | | 25-Sep-2023 | 15 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | W10022310155966 | | 02-Oct-2023 | 8 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002907 | 07-Sep-2023 | 07-Oct-2023 | 3 | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600005568 | 08-Sep-2023 | 08-Oct-2023 | 2 | 0.00 | AD1000742 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002963 | 13-Sep-2023 | 13-Oct-2023 | (3) | 607.50 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600005742 | 18-Sep-2023 | 18-Oct-2023 | (8) | 0.00 | AD1000980 |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160002886 | 26-Sep-2023 | 26-Oct-2023 | (16) | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 160003209 | 04-Oct-2023 | 03-Nov-2023 | (24) | 0.00 | |
| 10155966 | Mercy Hospital d/b/a Mercy Iowa City | 4600006028 | 09-Oct-2023 | 08-Nov-2023 | (29) | 0.00 | AD1000742 |
| | | | | | | **9,625,739.15** | |