**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |
| | ) **Related to Docket No. 259** |

**STAFFING REPORT OF TONEYKORF PARTNERS, LLC FOR
THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

In accordance with the *Order Authorizing Debtors to Retain ToneyKorf Partners, LLC as Interim Management of the Debtors, Effective as of the Petition Date Pursuant to Section 363 of the Bankruptcy Code, and Granting Related Relief* [Docket No. 259] (the "Retention Order") and pursuant to the terms of the engagement letter dated March 30, 2023 (the "Engagement Letter"), ToneyKorf Partners, LLC ("ToneyKorf Partners") hereby submits its staffing report (the "Staffing Report") for the period of December 1, 2023 through December 31, 2023 (the "Staffing Period"), and in support of such report respectfully represents:

1. The Debtors appointed Mark E. Toney to serve as the Chief Restructuring Officer, James R. Porter to serve as the Chief Financial Officer, and Christopher P. Karambelas to serve as the Chief Information Officer and Chief Operating Officer as set forth in the Engagement Letter. The Engagement Letter further states that ToneyKorf Partners will provide additional personnel to assist Mr. Toney, Mr. Porter, and Mr. Karambelas with the restructuring efforts and other business of the Debtors (the "Temporary Staff"), as set forth more fully in the Engagement Letter.

2. The Retention Order provides that ToneyKorf Partners shall file with this Court a report of staffing on the engagement for the previous month and provide notice to the U.S. Trustee

and any official committee.  *See* Retention Order, ¶ 3(c).  Such report shall include the names of and functions filled by the individuals assigned.  *See id.*

3. Attached hereto as **Exhibit A** is a list which includes the names of the ToneyKorf Partners personnel serving the Debtors during this Staffing Period, along with their corresponding functions.

Dated: January 22, 2024                                    */s/ Mark E. Toney*
                                                          Mark E. Toney
                                                          Senior Managing Director
                                                          ToneyKorf Partners, LLC

## EXHIBIT A

**ToneyKorf Partners, LLC**
**Staffing Report**
**December 1, 2023 – December 31, 2023**

| Professional | Title | Function |
|---|---|---|
| Mark Toney | Senior Managing Director | – Chief Restructuring Officer<br>– Leads and manages all day-to-day operations of the Debtors<br>– Coordinates and assists with transition planning of operations to Buyer<br>– Supports governing bodies (Boards) of the Debtors and affiliates<br>– Leads the restructuring, asset sales, liability assessments, and planning of the Debtors<br>– Coordinates the sale process, including due diligence, discussions with key parties, and coordinating review of the joint ventures<br>– Develop operating liabilities for review by Buyer<br>– Coordinates and participates in action items for closing the transaction<br>– Oversees communications with employees, physicians, and other key stakeholders<br>– Negotiates and manages litigation and settlement plans with key vendors for the sale process<br>– Review of employee benefits and management of key plans<br>– Review and direct asset recovery and administrative claims analysis<br>– Assists counsel with objections and litigations by key stakeholders |
| James Porter | Managing Director | – Chief Financial Officer<br>– Manages the Debtors' financial and treasury functions, including coordinating cash flow efforts, overseeing budget and actual cash flow, operating loss, funding requirements, and other needs as necessary<br>– Provides oversight of bankruptcy reporting<br>– Collaborates and supports the asset sale process in conjunction with the Debtors' professionals, including meeting the closing requirements in the asset purchase agreement, and valuation of the remaining additional assets (accounts receivable, joint ventures, Real Estate)<br>– Develops transition plans for Buyer, coordinates and directs data requests, and follows up on open items<br>– Oversees, plans, and assists with certain aspects of the Debtors' wind-down and post-sale operations<br>– Utilizes results and findings in the Getzler Henrich report to prepare communications and strategy for the Foundation Board<br>– Reviews and assesses governmental programs, including directed payment plans, and coordination with the Iowa Hospital Association and University of Iowa Hospitals<br>– Analyzes plan of liquidation distribution |

| Professional | Title | Function |
|---|---|---|
| Christopher Karambelas | Managing Director | – Chief Information Officer / Chief Operating Officer<br>– Oversees information technology systems, reporting, and addresses various IT security matters<br>– Oversees facilities, environment of care, engineering, and security for the Debtors, and addresses immediate facilities issues related to infrastructure repairs<br>– Addresses bankruptcy-related issues with vendors and contractual obligations, and prepares various court filings, including amendments to SOFAs and SOALs, and filing of various cure schedules<br>– Develops transition plans for Buyer<br>– Addresses litigation matters regarding the EMR implementation |
| Peg Brubaker | Director | – Vice President of Human Resources<br>– Oversees human resources staff, including employee relations, HRIS, and recruitment<br>– Performs Benefit Specialist role, including planning for and rolling out open enrollment<br>– Responds to defined benefit pension inquiries, provides and processes pension commencement requests<br>– Oversees employee-related transition plans for Buyer<br>– Participates in integration meetings with Buyer and Debtors' leadership<br>– Co-presents with the Buyer at the various benefit sessions and coordinates with the Buyer on offer letter packages, communications and employee issues<br>– Participates in meetings with professionals from the Defined Benefit Pension Committee<br>– Assumed oversight of Community Relations and Marketing |
| Jamy Houck | Director | – Manager of Administration and Communications<br>– Assists in the development of communication plans and deliverables for key stakeholders, including employees, patients, and the press<br>– Oversees case administration, and preparation of monthly invoices for October and November, the staffing report for November, and the compensation report for October and November |
| Dennis Rodriguez | Director | – Finance Manager<br>– Supports bankruptcy-related matters, including preparation of amendments to SOFAs and SOALs, claims analysis, and other financial and bankruptcy deliverables<br>– Reviews and reconciles monthly financials, and prepares various financial analyses and ad hoc projects as needed<br>– Participates in recruitment and interview process for long-term replacement staff in finance and accounting |

| Professional | Title | Function |
|---|---|---|
| Kara Borodkin | Paraprofessional | – Treasury and Finance Manager<br>– Supports cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses, and monitoring compliance with cash collateral requirements<br>– Works with Debtors' internal finance team to manage relationships with vendors<br>– Prepares various weekly, monthly, and ad hoc financial and operational reports, including bankruptcy MOR filings, budgeting, and cash flow reports, and assists with due diligence requests from other parties, including the UCC's financial advisors, Bondholder's advisors, and Buyer's advisors<br>– Assists with transition plans for Buyer, including managing multi-party data requests, cash flow, and variance reporting, along with discussions on operating loss funding requirements and performance<br>– Works on bankruptcy administration items, including §503(b)(9) claim review, contract review for assumption/rejection, provides support for vendor cure objections and works with counsel on same |