## **EXHIBIT B**

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT TITLE | DATE | DESCRIPTION |
|---|---|---|---|
| Physician's Building Group, LLC; Crown Medrealty Partners, LLC; Steindler Orthopedic Clinic, PLC | Purchase Agreement | April 13, 2022 | Purchase agreement related to North Liberty development |
| Physician's Building Group, LLC; Crown Medrealty Partners, LLC; Steindler Orthopedic Clinic, PLC | Terms of New Lease attached as Exhibit B to Letter of Intent | February 22, 2022 | Lease agreement for use of MOB facility |
| Physician's Building Group, LLC; Steindler Orthopedic Clinic, PLC; Steindler North Liberty Ambulatory Surgery Center, LLC | Memorandum of Understanding Regarding Medical Office Building | February 1, 2022 | Memorandum of Understanding regarding MOB facility |
| Physician's Building Group, LLC; Steindler Orthopedic Clinic, PLC; Steindler North Liberty Ambulatory Surgery Center, LLC | First Amendment to Memorandum of Understanding Regarding Medical Office Building | March 7, 2022 | Memorandum of Understanding regarding MOB facility |
| Steindler North Liberty Ambulatory Surgery Center, LLC; Taylor Dennison, M.D. | Membership Unit Option Agreement | February 1, 2022 | Mercy Unit purchase option |
| Steindler Orthopedic Clinic, PLC; Steindler North Liberty Ambulatory Surgery Center, LLC | Letter of Commitment | December 8, 2021 | Agreement related to North Liberty development |
| Steindler Orthopedic Clinic, PLC; Steindler North Liberty Ambulatory Surgery Center, LLC | Territorial Agreement Regarding Additional Ambulatory Surgery Centers | February 1, 2022 | Territorial agreement related to North Liberty Development |
| Steindler Orthopedic Clinic, PLC | Management Services Agreement | February 1, 2022 | Agreement related to management of inpatient and outpatient orthopedic care and surgical services |
| Physician's Building Group, LLC; Crown Medrealty Partners, LLC; Steindler Orthopedic Clinic, PLC | Lease Agreement | April 28, 2022 | Lease agreement |
| Steindler Orthopedic Clinic, PLC; Steindler North Liberty Ambulatory Surgery Center, LLC | Outpatient Surgery Department Development Agreement | February 1, 2022 | Agreement related to outpatient surgery |