## **EXHIBIT C**

**Rejection Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF DEBTORS' FIRST OMBNIBUS MOTION FOR ENTRY OF ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS RELATED TO STEINDLER ORTHOPEDIC CLINIC, PLC, (II) SETTING BAR DATE FOR REJECTION DAMAGES CLAIMS, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on January 22, 2023 Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed *Debtors' First Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts in Connection with Sale of Assets, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief* (the "Rejection Motion").

**PLEASE TAKE FURTHER NOTICE** that the Rejection Motion seeks to reject certain of the Debtors' executory contracts.

**PLEASE TAKE FURTHER NOTICE** that objections to the Rejection Motion must be filed with the Clerk and served on the United States Trustee, Debtors, and Debtors' attorneys by no later than **Monday, February 12, 2024**. Timely filed objections to the Rejection Motion, if any, will be set for hearing before the Court on February 22, 2024.

*[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]*

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>January 22, 2024 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:   (319) 286-7002<br>Facsimile:   (319) 286-7050<br>Email:   rleaf@nyemaster.com<br><br>- and -<br><br>Kristina M. Stanger, AT0000255<br>Matthew A. McGuire, AT0011932<br>Dana Hempy, AT0014934<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-283-3100<br>Fax:  515-283-8045<br>Email: mmcguire@nyemaster.com<br>         kmstanger@nyemaster.com<br>         dhempy@nyemaster.com<br><br>- and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:   (312) 372-2000<br>Facsimile:   (312) 984-7700<br>Email:   fperlman@mwe.com<br>         dsimon@mwe.com<br>         ekeil@mwe.com<br><br>- and -<br><br>Jack G. Haake (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone:   (214) 295-8000<br>Facsimile:   (972) 232-3098<br>Email:   jhaake@mwe.com |

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that on this January 22, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

/s/ *Roy Leaf*