UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 23-00623 (TJC)<br><br>Jointly Administered |

**PROCEEDING MEMO AND ORDER**

Date of In-Court Hearing: January 22, 2024
Hearing on: Motions as outlined below.

APPEARANCES:
Attorney Roy Ryan Leaf for Debtors
Attorney Daniel M. Simon for Debtors
Attorney Janet G. Reasoner for the United States Trustee
Attorney David E. Gordon for State University of Iowa
Attorney Peter Chalik for Computershare Trust Company, N.A., as Trustee and
    Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Nathan F. Coco for Computershare Trust Company, N.A., as Trustee and
    Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Bradley Kruse for Hayes Locums, LLC and MediRevv, LLC
Attorney Nicholas A. Marten for MediRevv, LLC, via telephone
Attorney Schuyler G. Carroll for Altera Digital Health Inc.
Attorney Larry Eide for Altera Digital Health Inc.
Attorney Eric Langston for EverBank, N.A., f/k/a TIAA, FSB, assignee of TIAA
    Commercial Finance, Inc., as successor in interest to GE HFS, LLC
Attorney Robert Schaefer Westermann for Owens & Minor, Inc., via telephone
Attorney Nicholas Miller for Owens & Minor, Inc.
Attorney Paula Roby for the Official Committee of Pensioners
Attorney Boris I. Mankovestskiy for the Official Committee of Unsecured
    Creditors
Attorney Andrew H. Sherman for the Official Committee of Unsecured Creditors
Attorney Robert Gainer for the Official Committee of Unsecured Creditors

Attorney Susan Nielsen Goodman, for herself as Patient Care Ombudsman, via telephone

**IT IS ORDERED THAT**:

1. The parties advise the Court Altera Digital Health's Motion to Compel Assumption or Rejection of Executory Contract (Doc. 589) and Debtor's Motion for Entry of Order Compelling Contractual Performance under Altera Agreement and Enforcing the Automatic Stay (Doc. 635) have been settled. The parties are ordered to provide a proposed order for the Court's review.

2. Debtor's Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Doc. 554) is continued by separate order.

3. The Amended Application to Expand the Scope of Employment and Retention of H2C Securities, Inc as Investment Banker to the Debtors (Doc. 613) is granted by separate order.

4. The Motion for Entry of an Order Approving and Authorizing Settlement Related to Certain Employees' Repayment of Sign-On Bonuses is granted by separate order.

5. The Debtors are negotiating with the United States Trustee's Office on a final order on Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtors to Continue to Operate Existing Cash Management System, Maintain Existing Bank Accounts, Maintain Purchasing Card Program and Honor Pre Petition Obligations, Continue to Perform Intercompany Transactions and Extend Time to Comply with Deposit and Investment Requirements (Doc. 14). Debtors shall submit a proposed order to the Court for review.

6. The Objection re: Notice Setting Bar Date re Assignment and Assumption Objection re Cure Amount (Doc. 639) filed by Creditor EverBank, N.A. is ruled on by separate order.

7. Debtor's Notice Setting Bar Date for Objections Re: Sell/Sale of Property, Notice of Proposed Use, Sale or Lease of Property Outside of the Normal Course of Business - Notice of Assumption and Assignment of Additional Executory Contracts or Unexpired Leases and Cure Costs (Doc. 610) and the

Objection re: Notice Setting Bar Date (Doc. 644) filed by Creditor Gerard Electric, Inc. is hereby set for telephonic hearing on:

**February 9, 2024 at 11:30 AM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063.
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

Ordered:
January 23, 2024

Thad J. Collins
Chief Bankruptcy Judge