**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, | ) | Case No. 23-00623 (TJC) |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING AND AUTHROZING SETTLEMENT RELATED TO
CERTAIN EMPLOYEES' REPAYMENT OF SIGN-ON BONUSES**

Upon the motion (the "Motion") of the Debtors[1] for entry of an order (the "Order") under

Bankruptcy Rule 9019 approving the terms of the compromise and settlement set forth in the

Settlement Agreement attached to the Motion as **Exhibit B** and authorizing the Debtors to settle

the class of controversies between the Debtors and their employees related to the return of sign-on

bonuses; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

and the *Public Administrative Order* referring bankruptcy cases entered by the United States

District Court for the Northern District of Iowa; and the matter being a core proceeding within the

meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District

being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final

order consistent with Article III of the United States Constitution; and due and sufficient notice of

the Motion having been given under the particular circumstances; and it appearing that no other or

further notice is necessary; and it appearing that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due

deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is granted as set forth herein.

2.      The terms of the settlement, reflected in the Settlement Agreement between Mercy and Jessica L. Frana attached to the Motion as **Exhibit B**, are fair, reasonable, and in the best interests of the Debtors, their estates, and their creditors, and are hereby approved.

3.      Each of the parties to the Settlement Agreement have been duly authorized with full power and corporate authority to execute, deliver and perform their obligations contained in the Settlement Agreement and under this Order.

4.      The Debtors are hereby further authorized pursuant to Bankruptcy Rule 9019(b) to compromise and settle the class of controversies with its employees related to return of sign-on bonuses without further notice, hearing, or Court approval.

5.      The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

6.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated and entered this 23rd day of January, 2024.

_____

Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: mmcguire@nyemaster.com
      kmstanger@nyemaster.com
      dhempy@nyemaster.com

- and -

**McDermott Will & Emery LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email:  fperlman@mwe.com
      dsimon@mwe.com
      ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com


*Counsel for Debtors and
Debtors-in-Possession*