canclhrg 7/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Debtor

Chapter 11

Bankruptcy No. 23–00623

## NOTICE CANCELING HEARING
## ON NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE COSTS (DOC. 610) AND OBJECTION THERETO FILED BY GERARD ELECTRIC, INC. (DOC. 644)

To:

Roy Ryan Leaf, Nathan M. Bull, Jack Gabriel Haake, Dana Westerman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger, Attorneys for Debtor
William J. Sueppel, Attorney for Gerard Electric, Inc.
United States Trustee

The Court was notified by email on January 24, 2024 that the objection filed by Gerard Electric, Inc. (Doc. 644) has been resolved.

**ACCORDINGLY, NOTICE IS HEREBY GIVEN** that the above matter(s) scheduled for February 9, 2024 at 11:30 AM is hereby **CANCELED**.

Date: January 26, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk