IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF HEARING ON ADMINISTRATIVE BAR DATE MOTION AND BAR DATE FOR OBJECTIONS THERETO**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on January 30, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Motion of Debtors for Entry of Order (I) Establishing Administrative Claims Bar Date, (II) Approving Form, Manner, and Sufficiency of Notice Thereof, and (III) Approving Proof of Administrative Claim Form* [Docket No. 694] (the "Administrative Bar Date Motion").

**WHEREAS**, on January 30, 2024, the Debtors filed *Debtors' Expedited Motion for Entry of Order (I) Setting Administrative Bar Date Motion for Hearing on February 12, 2024 and (II) Reducing the Bar Date for Objections Thereto* [Docket No. 695] (the "Motion to Shorten and Set for Hearing").

**WHEREAS**, on January 31, 2024, the Court entered an order granting the Motion to Shorten and Set for Hearing [Docket No. 696] (the "Order").

**NOTICE IS HEREBY GIVEN THAT** pursuant to the Order, the deadline to file objections to the Administrative Bar Date Motion is **Friday, February 9, 2024**. All objections must be in writing and filed with the Clerk.

**NOTICE IS HEREBY GIVEN THAT**, a hearing to consider the Administrative Bar Date Motion has been set for **February 12, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 31st day of January, 2024

    Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:     (319) 286-7002
Facsimile:      (319) 286-7050
Email:            rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
       kmstanger@nyemaster.com
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:            fperlman@mwe.com
                   dsimon@mwe.com
                   ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201

2

Case 23-00623    Doc 697    Filed 01/31/24    Entered 01/31/24 14:55:08    Desc Main
                        Document      Page 3 of 3

        Telephone:  (214) 295-8000
        Facsimile:  (972) 232-3098
        Email:  jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this January 31, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*