# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket Nos. 222, 352, 420, 476** |

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that on September 14, 2023, the United States Bankruptcy Court for the Northern District of Iowa (the "Court") entered an *Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Break-Up Fee, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief* [Docket No. 222] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order approved, among other things, the implementation of the Bidding Procedures[1] in connection with the disposition of the substantially all of the Debtors' assets or some portion thereof (the "Assets").

**PLEASE TAKE FURTHER NOTICE** that the Debtors commenced the Auction for the Assets on October 4, 2023, which such Auction was continued until October 10, 2023 and, subsequently reopened on October 27, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on October 27, 2023, the Debtors filed the *Amended Notice of Auction Results* [Docket No. 420], apprising parties-in-interest of the Debtors' designation of the State of Iowa's University of Iowa (the "University") as the Winning Bidder.

**PLEASE TAKE FURTHER NOTICE** that, on November 7, 2023, the Court entered the *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief* [Docket No. 476] (the "Sale Order"), approving, among other things, the Debtors' proposed sale to the University (the "Sale") pursuant to that certain *Asset Purchase Agreement* between the Debtors and the University (as further amended, modified or supplemented from time to time, the "APA").

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on January 31, 2024, following the Debtors' satisfaction of all conditions precedent under the APA, the Debtors and the University officially closed the Sale and transferred substantially all of the Debtor's assets to the University.

*[Remainder of the Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>February 1, 2024 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:    (319) 286-7002<br>Facsimile:    (319) 286-7050<br>Email:    rleaf@nyemaster.com<br><br>Kristina M. Stanger, AT0000255<br>Matthew A. McGuire, AT0011932<br>Dana Hempy, AT0014934<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-283-3100<br>Fax:           515-283-8045<br>Email:    mmcguire@nyemaster.com<br>            kmstanger@nyemaster.com<br>            dhempy@nyemaster.com<br><br>-and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:    (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:    fperlman@mwe.com<br>            dsimon@mwe.com<br>            ekeil@mwe.com<br><br>Jack G. Haake (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone:    (214) 295-8000<br>Facsimile:    (972) 232-3098<br>Email:    jhaake@mwe.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this February 1, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ *Roy Leaf*