**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FEBRUARY 22, 2024 HEARING ON CASH COLLATERAL MOTION**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on August 7, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing on the Use of Cash Collateral, and (III) Granting Related Relief* [Docket No. 26] (the "Cash Collateral Motion").

**WHEREAS**, on August 8, 2023 and November 7, 2023, the Court entered orders, on an interim basis, authorizing certain of the relief sought by the Debtors in the Cash Collateral Motion.

**WHEREAS**, the Debtors, Official Committee of Unsecured Creditors, and Computershare Trust Company, N.A. and Preston Hollow Community Capital, Inc. (collectively, the "Parties") agreed pursuant to multiple stipulations to, among other things, continue hearings on entry of the Cash Collateral Motion on a final basis. [Docket Nos. 578, 649].

**WHEREAS**, pursuant to the latest stipulation among the Parties, the Parties have agreed to have the entry of the Cash Collateral Motion on a final basis heard at a hearing on or around February 22, 2024.

**NOTICE IS HEREBY GIVEN THAT** a hearing to consider entry of the Cash Collateral Motion on a final basis has been set for **February 22, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852
Access Code: 7148063
Security Code: 0623**

**NOTICE IS FURTHER PROVIDED THAT** the Debtors may set additional matters for consideration at the February 22, 2024 hearing subsequent to this notice.

**DATED** this 1st day of February, 2024

        Respectfully Submitted,

        **NYEMASTER GOODE, P.C.**
        Roy Leaf, AT0014486
        625 First Street SE, Suite 400
        Cedar Rapids, IA 52401-2030
        Telephone: (319) 286-7002
        Facsimile: (319) 286-7050
        Email: rleaf@nyemaster.com

        - and –

        Kristina M. Stanger, AT0000255
        Matthew A. McGuire, AT0011932
        Dana Hempy, AT0014934
        700 Walnut, Suite 1600
        Des Moines, IA 50309
        Telephone: 515-283-3100
        Fax: 515-283-8045
        Email: mmcguire@nyemaster.com
               kmstanger@nyemaster.com
               dhempy@nyemaster.com

        - and -

        **MCDERMOTT WILL & EMERY LLP**
        Felicia Gerber Perlman (admitted *pro hac vice*)
        Daniel M. Simon (admitted *pro hac vice*)
        Emily C. Keil (admitted *pro hac vice*)
        444 West Lake Street, Suite 4000
        Chicago, Illinois 60606
        Telephone: (312) 372-2000
        Facsimile: (312) 984-7700
        Email: fperlman@mwe.com
                 dsimon@mwe.com
                 ekeil@mwe.com

        - and -

        Jack G. Haake (admitted *pro hac vice*)
        2501 North Harwood Street, Suite 1900
        Dallas, TX 75201

|  |  |
|---|---|
| Telephone: | (214) 295-8000 |
| Facsimile: | (972) 232-3098 |
| Email: | jhaake@mwe.com |

*Counsel for Debtors and
Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this February 1, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

<u>/s/ *Roy Leaf*</u>