**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| In re: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-00623 (TJC) <br><br> (Jointly Administered) |

**[PROPOSED] ORDER GRANTING MCKESSON CORPORATION'S MOTION FOR ORDER AUTHORIZING AND DIRECTING THE DISTRIBUTION OF PROCEEDS FROM THE SALE OF THE DEBTORS' ASSETS AND RELIEF FROM STAY**

Upon the Motion (the "Motion")[1] of McKesson Corporation and its affiliates ("McKesson"), for entry of an order: (1) authorizing and directing the distribution of proceeds from the Sale to McKesson upon closing, and (2) for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) in order to effectuate the distribution; all as more fully set forth in the Motion; and it appearing the relief requested in the Motion is reasonable and in the best interests of the Debtors' estates, their creditors, and other parties in interest; and good cause appearing, therefor,

**IT HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. McKesson is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (2) to effectuate the distribution contemplated in the Motion.

3. The Debtors are authorized and directed to distribute the Sale Proceeds to McKesson in an amount that fully satisfies the McKesson Claim.

4. Notwithstanding the possible applicability of Federal Rules of Bankruptcy Procedure 6004(h), 9014, or otherwise, the terms and conditions of this order are immediately effective and enforceable.

5. The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation and interpretation of this order.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

Page 1

Dated and entered _____

                                                     Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

BRICK GENTRY P.C.

/s/*Nicholas F. Miller*
Nicholas F. Miller, Iowa AT0015361
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone (515) 446-3441
Email:  nick.miller@brickgentry.com

*And Co-Counsel*

BUCHALTER, A Professional Corporation

/s/*Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle, Esq., admitted *pro hac vice*
CA Bar No. 153496
Joseph A.G. Sakay, admitted *pro hac vice*
WSBA No. 24667
18400 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone:  (949) 224-6254
Email: jgarfinkle@buchalter.com
        jsakay@buchalter.com

ATTORNEYS FOR MCKESSON CORPORATION