**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| In re: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-00623 (TJC) <br><br> (Jointly Administered) |

**NOTICE OF FEBRUARY 22, 2024 HEARING ON**
**MCKESSON CORPORATION'S MOTION FOR ORDER AUTHORIZING**
**AND DIRECTING THE DISTRIBUTION OF PROCEEDS FROM**
**THE SALE OF THE DEBTORS' ASSETS AND RELIEF FROM STAY**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN THAT** on February 1, 2024, Secured creditor McKesson Corporation and its affiliates ("McKesson") filed its Motion for Order Authorizing and Directing the Distribution of Proceeds from the Sale of Debtors' Assets ("McKesson's Distribution Motion").

**NOTICE IS FURTHER GIVEN THAT** objections to McKesson's Distribution Motion must be filed on the docket by no later than February 15, 2024.

**NOTICE IS FURTHER GIVEN THAT** a hearing on McKesson's Distribution Motion has been set for February 22, 2024 at 10:30 a.m. (prevailing Central Time) at the Cedar Rapids Court Room,

/ / /

/ / /

/ / /

1

111 Seventh Avenue SE, Cedar Rapids, Iowa. Any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

Dated: February 1, 2024

           BRICK GENTRY P.C.

           /s/*Nicholas F. Miller*
           Nicholas F. Miller, Iowa AT0015361
           6701 Westown Parkway, Suite 100
           West Des Moines, IA 50266
           Telephone (515) 446-3441
           Nick.miller@brickgentry.com

           *And Co-Counsel*

           BUCHALTER, A Professional Corporation

           /s/*Jeffrey K. Garfinkle*
           Jeffrey K. Garfinkle, Esq., admitted *pro hac vice*
           CA Bar No. 153496
           Joseph A.G. Sakay, admitted *pro hac vice*
           WSBA #24667
           18400 Von Karman Ave., Suite 800
           Irvine, CA 92612
           Telephone: (949) 224-6254
           jgarfinkle@buchalter.com
           jsakay@buchalter.com

           ATTORNEYS FOR MCKESSON CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed: February 1, 2024

                                            By:  */s/Patricia D. Jolley*
                                                    Patricia D. Jolley, Paralegal