IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | Case No. 23-00623 |
| Debtors. | Jointly Administered |

**ORDER APPROVING THIRD MONTHLY APPLICATION FOR COMPENSATION
AND EXPENSE REIMBURSEMENT FOR PATIENT CARE OMBUDSMAN
PERIOD November 1, 2023 – November 30, 2023**

The court having considered the *Third Monthly Application for Compensation and Expense Reimbursement for Patient Care Ombudsman – Period November 1, 2023 – November 30, 2023* [Docket No. 641] (the "**Application**"), filed by Susan N. Goodman (the "**PCO**" or "**Applicant**") on January 12, 2024; and it appearing to the court that (a) the requested fees and expenses are reasonable and necessary, (b) that notice of the Application was sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this District, and this court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 244] (the "**Interim Compensation Order**") (c) no objections or responsive pleadings were filed; and, (d) that good cause exists to grant the Application;

IT IS HEREBY ORDERED THAT:

1. The Application is hereby GRANTED and APPROVED, on an interim basis, in the total amount of $12,880.81, consisting of fees in the amount of $10,507.00 and expense reimbursement in the amount of $2,373.81 for services rendered during the period stated in the Application.

2. The Debtors are authorized to pay PCO the total amount of **$10,779.41** (80% of fees in amount of $8,405.60 and 100% of expenses) allowable through the Interim Compensation Order through Pivot Health Law, LLC.

3. The court shall retain jurisdiction to implement, enforce, and interpret this Order.

4. This Order shall take effect immediately upon entry.

Dated and entered this __2nd__ day of _____February__, 2024.

_____
Honorable Thad J. Collins, Chief Judge