**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 610, 611, & 613 - 615** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2023, I caused to be served the:

    a. "Notice of Assumption and Assignment of Additional Executory Contracts or Unexpired Leases and Cure Costs," dated December 29, 2023 [Docket No. 610], (the "Assumption Notice"),

    b. "Compensation Report of ToneyKorf Partners, LLC for the Period from October 1, 2023 Through November 30, 2023," dated December 29, 2023 [Docket No 611], (the "ToneyKorf Report"),

    c. "Debtors' Application for Entry of Order (I) Expanding the Scope of Employment and Retention of H2C Securities, Inc. as Investment Banker to the Debtors and Debtors-in-Possession, (II) Approving the Terms of the Amendment to the H2C Engagement Letter, and (III) Granting Related Relief," dated December 29, 2023 [Docket No. 613], (the "Amended Application"),

    d. "Debtors' Motion for Entry of an Order Approving and Authorizing Settlement Related to Certain Employees' Repayment of Sign-on Bonuses," dated December 29, 2023 [Docket No. 614], (the "Settlement Motion"), and

    e. "Notice of Bar Date and Hearing on Debtors' Amended Application and 9019(b) Motion," dated December 29, 2023 [Docket No. 615], (the "Bar Date Notice"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

by causing true and correct copies of the:

i. Assumption Notice, Amended Application, Settlement Motion, and Bar Date Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Assumption Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B and to 79 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List[2] and therefore not reflected,

iii. Settlement Motion to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to one party listed on the Client Matrix whose name and address is confidential or otherwise include a person listed on the Confidentiality List[2] and therefore not reflected,

iv. Assumption Notice, Amended Application, Settlement Motion, and Bar Date Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

v. ToneyKorf Report to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[2] Order (I)(A) Establishing Certain Notice and Case Management Procedures and (B) Limiting Certain Notice Requirements in the Chapter 11 Cases; (II) Implementing Patient Confidentiality Procedures; (III) Approving the Form and Manner of Notice of the Commencement of the Chapter 11 Cases; and (IV) Granting Related Relief (Docket 49).

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count 14**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AAA MECHANICAL CONTRACTORS INC | 2755 STONER CT NORTH LIBERTY IA 52317 |
| AAA MECHANICAL CONTRACTORS INC | ATTN PRESIDENT 2755 STONER CT NORTH LIBERTY IA 52317 |
| AAA MECHANICAL CONTRACTORS, INC. | 2755 STONER COURT ATTN: JAY HALL NORTH LIBERTY IA 52317 |
| AAA MECHANICAL INC. | 2755 STONER CT NORTH LIBERTY IA 52317 |
| ADVANCED STERILIZATION PRODUCTS SERVICES | PO BOX 74007359 CHICAGO IL 60674-7359 |
| ADVANCED STERILIZATION PRODUCTS SERVICES | INC PO BOX 74007359 CHICAGO IL 60674-7359 |
| AFFILIATED STEAM AND HOT WATER | 758 SCHMIDT RD DAVENPORT IA 52802 |
| AGILITI SURGICAL EQUIPMENT REPAIR | ATTN: MELISSA 11095 VIKING DR STE 300 EDEN PRAIRIE MN 55344-7219 |
| AGILITI SURGICAL EQUIPMENT REPAIR | ATTN: MELISSA X113 PO BOX 856526 MINNEAPOLIS MN 55485-6526 |
| ALTERA DIGITAL HEALTH INC | ATTN: JOHN SAGE, EXECUTIVE VICE PRESIDENT |
| ALTERA DIGITAL HEALTH INC | ATTN SCHUYLER G CARROLL 345 PARK AVE NEW YORK NY 10154 |
| ALTERA DIGITAL HEALTH INC | 2429 MILITARY RD, STE 300 NIAGRA FALLS NY 14304 |
| ALTERA DIGITAL HEALTH INC | 305 CHURCH AT NORTH HILLS ST RALEIGH NC 27609 |
| ALTERA DIGITAL HEALTH INC | PO BOX 735183 CHICAGO IL 60673-5183 |
| ALTORFER INC | 2550 6TH ST, SW CEDAR RAPIDS IA 52404 |
| ALTORFER INC | ATTN TRACI DOLASH 2600 6TH ST SW CEDAR RAPIDS IA 52404 |
| ALTORFER INC | ATTN TRACI DOLASH 2500 6TH ST SW CEDAR RAPIDS IA 52404 |
| ALTORFER INC | PO BOX 1347 CEDAR RAPIDS IA 52406 |
| ALTORFER INC | PO BOX 1347 CEDAR RAPIDS IA 52406-1347 |
| ALTORFER INC | ATTN: DARCIE - X2287 PO BOX 1347 CEDAR RAPIDS IA 52406-1347 |
| ALTORFER INC | ATTN: DARCIE - X2287 PO 809629 ALTORFER INC CHICAGO IL 60680-8802 |
| AMERICAN ACADEMY OF SLEEP MEDICINE | PO BOX 7200 CAROL STREAM IL 60197-7200 |
| AMERICAN MEDICAL ASSOCIATION | PO BOX 930876 ATLANTA GA 31193-0876 |
| AMERICAN MEDICAL ASSOCIATION | SUBSCRIBER SERVICES PO BOX 4198 CAROL STREAM IL 60197-9788 |
| AMERICAN MEDICAL ASSOCIATION | AMA PLAZA 330 N WABASH AVE SUITE 39300 CHICAGO IL 60611-5885 |
| AMERICAN MEDICAL ASSOCIATION | PO BOX 74008935 CHICAGO IL 60674-8935 |
| AMERICAN MEDICAL ASSOCIATION | P.O. BOX 92247 CHICAGO IL 60675 |
| AQUITY SOLUTIONS LLC | 4208 SIX FORKS RD STE 1000 RALEIGH NC 27609-5738 |
| ARAMARK UNIFORM SERVICES | ATTN: VIRGINIA AUS CHICAGO LOCKBOX 25259 NETWORK PLACE CHICAGO IL 60673-1252 |
| AVASURE LLC | PO BOX 30516 DEPARTMENT 30516 LANSING MI 48909-8016 |
| AVASURE LLC | 5801 SAFETY DR NE BELMONT MI 49306 |
| AVASURE LLC | ATTN LEGAL CONTRACTS TEAM 5801 SAFETY DR NE BELMONT MI 49306 |
| NAME AND ADDRESS ON FILE | |
| BIOMERIEUX | ONE BOSTON PLACE 201 WASHINGTON ST, STE 4030 ATTN: CHECK MATE, BRIAN ARMSTRONG BOSTON MA 02108 |
| BIOMERIEUX | PO BOX 500308 ST LOUIS MO 63150-0308 |
| BIOMERIEUX | 1201 S 4800 W SALT LAKE CITY UT 84104 |
| BIOMERIEUX INC. | ONE BOSTON PLACE 201 WASHINGTON ST, STE 4030 ATTN: CHECK MATE, BRIAN ARMSTRONG BOSTON MA 02108 |
| BIOMERIEUX INC. | PO BOX 500308 ST LOUIS MO 63150-0308 |
| BIOMERIEUX INC. | 1201 S 4800 W SALT LAKE CITY UT 84104 |
| BMI BROWNS MEDICIAL IMAGING | 14315 C CIRCLE OMAHA NE 68144 3392 |
| BROWN'S MEDICAL IMAGING LLC | 14315 C CIRCLE OMAHA NE 68144 |
| BROWN'S MEDICAL IMAGING LLC | ATTN GENERAL MGR 14315 C CIRCLE OMAHA NE 68144 |
| BROWN'S MEDICAL IMAGING LLC | 14315 C CIRCLE OMAHA NE 68144-3392 |
| BUD MASS CONCRETE INC | 4186 ALYSSA CT SW #1 IOWA CITY IA 52240 |
| NAME AND ADDRESS ON FILE | |
| CADIENT LLC | PO BOX 746940 ATLANTA GA 30374-6940 |

| Claim Name | Address Information |
|---|---|
| CASSLING DIAGNOSTIC IMAGING INC | ATTN MARK LAPUZZA 10250 REGENCY CIR, STE 300 OMAHA NE 68114 |
| CASSLING DIAGNOSTIC IMAGING INC | 13810 FNB PKWY, STE 200 OMAHA NE 68154 |
| CASSLING DIAGNOSTIC IMAGING INC | 13810 FNB PKWY STE 200 OMAHA NE 68154-5217 |
| CDW GOVERNMENT | 75 REMITTANCE DR, STE 1515 CHICAGO IL 60675 |
| CDW GOVERNMENT | 75 REMITTANCE DR, STE 1515 CHICAGO IL 60675-1515 |
| CDW GOVERNMENT INC | ATTN: COREY MATTHIESSON 75 REMITTANCE DRIVE SUITE 1515 CHICAGO IL 60675-1515 |
| CLOUD 9 MEDICAL SOLUTIONS | PO BOX 639347 CINCINNATI OH 45263-9347 |
| CLOUD9 MEDICAL SOLUTIONS | ATTN: VIRGINIA AUS CHICAGO LOCKBOX 25259 NETWORK PLACE CHICAGO IL 60673-1252 |
| COLLEGE OF AMERICAN PATHOLOGISTS | 325 WAUKEGAN RD NORTHFIELD IL 60093 |
| COLLEGE OF AMERICAN PATHOLOGISTS | 325 WAUKEGAN ROAD NORTHFIELD IL 60093-2750 |
| COLLEGE OF AMERICAN PATHOLOGISTS | P.O. BOX 71698 CHICAGO IL 60694 |
| COMMUNICATIONS ENGINEERING COMPANY | ATTN TERRY L GIBSON 2015 GRAND AVE, STE 102 DES MOINES IA 50312 |
| COMMUNICATIONS ENGINEERING COMPANY | 405 BOYSON RD HIAWATHA IA 52233 |
| CORALVILLE MOB PARTNERS (DAVIS GROUP) | ATTN: MARK DAVIS C/O DAVIS REAL ESTATE SERVICE GROUP, LLC 7201 METRO BLVD STE 850 MINNEAPOLIS MN 55439-1323 |
| CORALVILLE MOB PARTNERS LLC | C/O DAVIS REAL ESTATE SERVICES DEPT 5173 PO BOX 160 HOPKINS MN 55343 |
| CORALVILLE MOB PARTNERS LLC | C/O DAVIS REAL ESTATE SVCS GRP LLC ATTN MARK A DAVIS 222 S 9TH ST, STE 3255 MINNEAPOLIS MN 55402 |
| CORALVILLE MOB PARTNERS LLC | C/O DAVIS REAL ESTATE SERVICES GROUP LLC ATTN MARK A DAVIS 33 S 6TH ST, STE 4650 MINNEAPOLIS MN 55402 |
| CORALVILLE MOB PARTNERS LLC | PO BOX 75221 CHICAGO IL 60675-5221 |
| CUTLER, DARRON P, DO | ADDRESS ON FILE |
| DAIKIN APPLIED | ATTN ANGIE BLANCHETTE 13600 INDUSTRIAL PARK BLVD PLYMOUTH MN 55441 |
| DAIKIN APPLIED | 24827 NETWORK PLACE CHICAGO IL 60673 |
| DAIKIN APPLIED AMERICAS INC | ATTN DISTRICT MANAGER 13600 INDUSTRIAL PARK BLVD MINNEAPOLIS MN 55441 |
| DAIKIN APPLIED AMERICAS INC | 13600 INDUSTRIAL PARK BLVD MINNEAPOLIS MN 55441 |
| DAIKIN APPLIED AMERICAS INC | ATTN JEFFREY GRAVITT 301 NW 27TH ST LINCOLN NE 68528 |
| NAME AND ADDRESS ON FILE | |
| DRNS SOFTWARE SOLUTIONS LLC | D/B/A PROVIDERFLOW 951 YAMATO RD, STE 290 BOCA RATON FL 33431 |
| ELECTRIC MOTORS | 50 COMMERCIAL CT IOWA CITY IA 52246 |
| ENABLING TECHNOLOGIES CORP | 10429 PUCCINI LN ELLICOTT CITY MD 21042-2831 |
| NAME AND ADDRESS ON FILE | |
| EVANS, ASHLEY N | ADDRESS ON FILE |
| GALEN HEALTHCARE SOLUTIONS INC | PO BOX 95757 CHICAGO IL 60694-5757 |
| GARRATT CALLAHAN CO | ADDRESS ON FILE |
| GERARD ELECTRIC INC | PO BOX 1301 IOWA CITY IA 52244 |
| GETINGE USA | PO BOX 775436 CHICAGO IL 60677-5436 |
| GETINGE USA SALES LLC | 1 GEOFFREY WY WAYNE NJ 07470 |
| GRASSHOPPER LAWN CARE & ALL STAR TURF | ATTN DAN KESSLER, OWNER PO BOX 22 TIPTON IA 52772 |
| GRASSHOPPER LAWN CARE AND LANDSCAPING | DAN KESSLER PO BOX 22 TIPTON IA 52772 |
| GREENWAY HEALTH | 100 GREENWAY BLVD CARROLTON GA 30117 |
| GREENWAY HEALTH LLC | 100 GREENWAY BLVD CARROLLTON GA 30117 |
| GREENWAY HEALTH LLC | 4301 W BOY SCOUT BLVD, STE 800 TAMPA FL 33607 |
| GREENWAY HEALTH LLC | ATTN LEGAL DEPT 4301 W BOY SCOUT BLVD, STE 800 TAMPA FL 33607 |
| GREENWAY HEALTH LLC | ATTN GENERAL COUNSEL 4301 W BOY SCOUT BLVD, STE 800 TAMPA FL 33607 |
| HARGERS ACOUST | 2245 STATE ST ELY IA 52227 |
| HAWKEYE CARPET & VINYL INC | 1841 S GILBERT ST IOWA CITY IA 52240 |
| HAWKEYE CARPET AND VINYL INC | 1841 S GILBERT ST IOWA CITY IA 52240-4364 |
| HEALTH PHYSICS ASSOCIATES | P.O. BOX 3351 IOWA CITY IA 52244 |
| HEALTH PHYSICS ASSOCIATION | 950 HERNDON PARKWAY SUITE 450 HERNDON VA 20170 |

| Claim Name | Address Information |
|---|---|
| HEALTHSTREAM INC | 209 10TH AVE S, STE 450 NASHVILLE TN 37203 |
| HEALTHSTREAM INC. | PO BOX 102817 ATLANTA GA 30368-2817 |
| HTC GLOBAL SERVICES | 3270 W BIG BEAVER RD TROY MI 48084 |
| HUNTINGTON TECHNOLOGY FINANCE | L-3708 COLUMBUS OH 43260-3708 |
| HUNTINGTON TECHNOLOGY FINANCE INC | 2285 FRANKLIN RD, STE 100 BLOOMFIELD HILLS MI 48302 |
| HUNTINGTON TECHNOLOGY FINANCE INC | 2285 FRANKLIN RD, STE 100 ATTN: MARY HURT BLOOMFIELD HILLS MI 48302 |
| INTUITIVE SURGICAL INC | ATTN W TIMOTHY MILLER 425 WALNUT ST, STE 1800 CINCINNATI OH 45202 |
| INTUITIVE SURGICAL INC | ATTN CHRISTOPHER NEAL HALFORD 5655 SPALDING DR PEACHTREE CORNERS GA 30092 |
| INTUITIVE SURGICAL INC | ATTN: JOHN SWIFT PO BOX 883629 LOS ANGELES CA 90088-3629 |
| INTUITIVE SURGICAL INC | 950 KIFER ROAD ATTN: GARY S. GUTHART, PH.D SUNNYVALE CA 94086 |
| INTUITIVE SURGICAL INC | 1266 KIFER RD SUNNYVALE CA 94086 |
| INTUITIVE SURGICAL INC | ATTN CONTRACT ADMIN 1266 KIFER RD SUNNYVALE CA 94086 |
| INTUITIVE SURGICAL INC | ATTN: JOHN SWIFT 1020 KIFER ROAD SUNNYVALE CA 94086 |
| IZAKOVIC, MARTIN | ADDRESS ON FILE |
| IZAKOVIC, MARTIN, MD | ADDRESS ON FILE |
| JAVA HOUSE, THE | 350 HERKY ST NORTH LIBERTY IA 52317 |
| JOHNSON & JOHNSON HEALTH CARE | SYSTEMS INC. 4500 RIVERSIDE DRIVE ATTN: JOAQUIN DUATO, EVAN BEREZ PALM BEACH GARDENS FL 33410 |
| JOHNSON & JOHNSON HEALTH CARE SYS INC | C/O DEPUTY SYNTHES POWER TOOLS ATTN CORPORATE ACTIONS 4500 RIVERSIDE DR PALM BEACH GARDENS FL 33410 |
| JOHNSON & JOHNSON HEALTH CARE SYS INC | C/O DEPUTY SYNTHES POWER TOOLS ATTN CORPORATE ACCOUNTS 4500 RIVERSIDE DR PALM BEACH GARDENS FL 33410 |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS | INC ATTN ENTERPRISE CONTRACT MGR 425 HOES LANE PISCATAWAY NJ 08855 |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS | 920 US HIGHWAY 202 RARITAN NJ 08869-1420 |
| JOHNSON & JOHNSON HEALTH CARE SYSTMES | INC ATTN CONTRACT ADMIN 700 ORTHOPAEDIC DR WARSAW IN 46582 |
| JOHNSON COUNTY EMERGENCY MEDICINE | 425 SECOND ST SE, STE 700 CEDAR RAPIDS IA 52401 |
| JOHNSON COUNTY EMERGENCY MEDICINE PLC | PO BOX 23799 JACKSONVILLE FL 32241 |
| JOHNSON COUNTY EMERGENCY MEDICINE PLC | ATTN: RAELENE BROWN ATTN: LUANNE BECKMANN 4151 OAK VALLEY DR CEDAR RAPIDS IA 52411 |
| NAME AND ADDRESS ON FILE | |
| KRONOS INC | 900 CHELMSFORD ST LOWELL MA 01851 |
| KRONOS INC | 3655 BROOKSIDE PKWY #175 ALPHARETTA GA 30022 |
| KRONOS INC | ATTN: BRENDA PO BOX 743208 ATLANTA GA 30374-3208 |
| KRONOS INCORPORATED | ATTN KEVIN BENJAMIN 900 CHELMSFORD ST LOWELL MA 01851 |
| KRONOS INCORPORATED | C/O CATHERINE R CHOE, ESQ 420 S ORANGE AVE, STE 1200 ORLANDO FL 32801 |
| LEAF CAPITAL FUNDING LLC | 1720A CRETE ST MOBERLY MO 65270 |
| LEVI RAY & SHOUP INC | ATTN SR VP-EOM 2401 W MONROE ST SPRINGFIELD IL 62704 |
| LEVI RAY AND SHOUP INC | 2401 W MONROE STREET ATTN ACCOUNTS RECEIVABLE SPRINGFIELD IL 62704 |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| MEDICAL RECORD ASSOCIATES LLC | ATTN CHARLIE SAPONARO 103 CENTRAL ST, STE A WELLESLEY MA 02482 |
| MEDICAL RECORD ASSOCIATES LLC | 103 CENTRAL ST STE A WELLESLEY MA 02482 |
| MEDICAL RECORD ASSOCIATES LLC | 103 CENTRAL ST – STE A ATTN: CHARLIE SAPONARO, CEO WELLESLEY MA 02482 |
| MEDICAL RECORD ASSOCIATES LLC | C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN THOMAS J LOEB 52 E GAY ST COLUMBUS OH 43215 |
| MEDICAL TECHNOLOGY ASSOCIATES INC | 6651 102ND AVE N PINELLAS PARK FL 33782 |
| MEDIREVV | 2651 CROSSPARK RD LEVEL 2 CORALVILLE IA 52241 |
| MEDIREVV INC | C/O DOWNS RACHLIN MARTIN PLLC 199 MAIN ST BURLINGTON VT 05402 |
| MEDIREVV INC | ATTN CEO 2600 UNIVERSITY PKWY CORALVILLE IA 52241 |

| Claim Name | Address Information |
|---|---|
| MEDIREVV INC | 2600 UNIVERSITY PKWY CORALVILLE IA 52241 |
| MEDIREVV LLC | C/O ARENTFOX SCHIFF LLP ATTN NICHOLAS A MARTEN & BETH BROWNSTEIN 1301 AVENUE OF THE AMERICAS, 42ND FL NEW YORK NY 10019 |
| MEDIREVV LLC | ATTN CEO 2600 UNIVERSITY PKWY CORALVILLE IA 52241 |
| MEDIREVV LLC | 2600 UNIVERSITY PKWY CORALVILLE IA 52241 |
| MEDIREVV LLC | C/O ACCLARA ATTN LAUREN NEWMAN, CFO 10713 W SAM HOUSTON PKWY N, STE 500 HOUSTON TX 77064 |
| MEDIREVV, LLC | 2600 UNIVERSITY PARKWAY ATTN: LINCOLN POPP, CEO CORALVILLE IA 52241 |
| MEDTRONIC USA | 8200 CORAL SEA STREET NE KIMBERLY CALDERON, MICHAEL B. KEELEY MOUNDS VIEW MN 55112 |
| MEDTRONIC USA | 4642 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| MEDTRONIC USA INC | 8200 CORAL SEA ST NE MOUNDS VIEW MN 55112 |
| MERCY COLLEGE OF HEALTH SCIENCES | 928 6TH AVE DES MOINES IA 50309 |
| MICROSOFT CORPORATION | 1950 N STEMMONS FWY STE 5010 LB842467 DALLAS TX 75207 |
| MICROSOFT CORPORATION | ATTN PATRICK GOGERTY ONE MICROSOFT WAY REDMOND WA 98052 |
| MICROSOFT CORPORATION | ONE MICROSOFT WAY REDMOND WA 98052-6399 |
| MICROSOFT CORPORATION | C/O FOX ROTHSCHILD LLP ATTN DAVID P PAPIEZ 1001 4TH AVE, STE 4400 SEATTLE WA 98154 |
| MIZUHO OSI | ADDRESS ON FILE |
| MODERN COMPRESSED AIR | 500 WALFORD RD SW CEDAR RAPIDS IA 52404 |
| MODERN COMPRESSED AIR LLC | 500 WALFORD RD SW CEDAR RAPIDS IA 52404 |
| MOUNT MERCY UNIVERSITY | ATTN CONTRACT ADMINISTRATOR 1330 ELMHURST DR NE CEDAR RAPIDS IA 52402 |
| OMNICELL INC | 500 CRANBERRY WOODS DR CRANBERRY TWP PA 16066 |
| OMNICELL INC | ATTN COREY J MANLEY 500 CRANBERRY WOODS DR CRANBERRY TOWNSHIP PA 16066 |
| OMNICELL INC | 500 CRANBERRY WOODS DR STE 100 CRANBERRY TWP PA 16066-5224 |
| OMNICELL INC | C/O DENTONS COHEN & GRIGSBY PC ATTN HELEN SARA WARD, ESQ 625 LIBERTY AVE, 5TH FL PITTSBURGH PA 15222 |
| OMNICELL INC | PO BOX 204650 DALLAS TX 75320-4650 |
| ORTHO CLINICAL DIAGNOSTICS INC | PO BOX 3655 CAROL STREAM IL 60132-3655 |
| ORTHO-CLINICAL DIAGNOSTICS INC | 1001 US ROUTE 202 RARITAN NJ 08869 |
| OTIS ELEVATOR COMPANY | PO BOX 73579 CHICAGO IL 60673-7579 |
| NAME AND ADDRESS ON FILE | |
| OWENS & MINOR | 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| OWENS & MINOR DISTRIBUTION INC | ATTN GENERAL COUNSEL 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| OWENS & MINOR DISTRIBUTION INC | 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| OWENS AND MINOR INC | 9120 LOCKWOOD BLVD ATTN: EDWARD A. PESICKA MECHANICSVILLE VA 23116 |
| OWENS AND MINOR INC | ATTN: TERIN BANK OF AMERICA 12199 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| PERFECTION CLEAN | 1144 33RD ST NE CEDAR RAPIDS IA 52402 |
| PHILIPS HEALTHCARE | PO BOX 100355 ATLANTA GA 30384-0355 |
| PHILIPS HEALTHCARE | C/O PHILIPS GLOBAL BUSINESS SERVICE ATTN DANA SANDERS 414 UNION ST, STE 200 NASHVILLE TN 37219 |
| PHILIPS HEALTHCARE | C/O FOX ROTHSCHILD LLP ATTN DAVID P PAPIEZ 1001 4TH AVE, STE 4400 SEATTLE WA 98154 |
| PHILIPS LIFELINE | 200 DONALD LYNCH BLVD STE 300 MARLBOROUGH MA 01752-4816 |
| PHYSICIAN ANESTHESIA CARE OF IOWA CITY | PC ATTN ANGELA THOMPSON, MD, PRESIDENT 540 E JEFFERSON ST IOWA CITY IA 52245 |
| NAME AND ADDRESS ON FILE | |
| PROGRESSIVE REHAB ASSOCIATES | ATTN REHABILITATION SERVICES DIRECTOR 1130 SCOTT BLVD, STE 1 IOWA CITY IA 52240 |
| PROGRESSIVE REHABILITATION | ASSOCIATES LLC 2401 TOWNCREST DR IOWA CITY IA 52240 |
| PROGRESSIVE REHABILITATION ASC | 1130 SCOTT BLVD SUITE 1 ATTN: GENERAL COUNSEL IOWA CITY IA 52240 |

| Claim Name | Address Information |
|---|---|
| PROGRESSIVE REHABILITATION ASC | 1130 SCOTT BLVD SUITE 1 OFFICE ADMINISTRATOR IOWA CITY IA 52240 |
| PROGRESSIVE REHABILITATION ASSOC | PO BOX 860143 MINNEAPOLIS MN 55486-0143 |
| PROGRESSIVE REHABILITATION ASSOCIATES | LLC ATTN ADAM CALONDER 540 E JEFFERSON ST IOWA CITY IA 52246 |
| PROGRESSIVE REHABILITATION ASSOCIATES | PO BOX 1053 BURLINGTON IA 52601 |
| PROGRESSIVE REHABILITATION ASSOCIATES LL | ATTN: OFFICE MANAGER 1130 SCOTT BLVD SUITE 1 IOWA CITY IA 52240 |
| RADIANCE MEDICAL SPA LLC | ATTN DR JILL GOODMAN 2769 HEARTLAND DR CORAVILLE IA 52241 |
| RADIOLOGIC MEDICAL SERVICES PC | C/O BROWNWINICK LAW FIRM ATTN MIRANDA L HUGHES 666 GRAND AVE, STE 2000 DES MOINES IA 50309 |
| RADIOLOGIC MEDICAL SERVICES PC | HR PO BOX 340 ATTN VICKY COLEMAN HILLS IA 52235-0340 |
| RADIOLOGIC MEDICAL SERVICES PC | ATTN CARRIE COLE 2769 HEARTLAND DR, #105 CORALVILLE IA 52241 |
| RADIOLOGIC MEDICAL SERVICES PC | 2771 OAKDALE BLVD SUITE 3 ATTN: SHELLY CORALVILLE IA 52241 |
| RADIOLOGIC MEDICAL SERVICES PC | 2771 OAKDALE BLVD SUITE 3 CORALVILLE IA 52241 |
| RADIOLOGIC MEDICAL SERVICES PC | 2769 HEARTLAND DR SUITE 307 ATTN: SHELLY CORALVILLE IA 52241-2732 |
| RADIOLOGIC MEDICAL SERVICES PC | 2771 OAKDALE BLVD SUITE 3 CORALVILLE IA 52241-2732 |
| RADIOLOGIC MEDICAL SERVICES PC - HR | HR PO BOX 340 ATTN VICKY COLEMAN HILLS IA 52235-0340 |
| REMEDI8 LLC | 8245 NIEMAN RD LENEXA KS 66214 |
| RENOVO SOLUTIONS LLC | 4 EXECUTIVE CIRCLE SUITE 185 IRVINE CA 92614 |
| RENOVO SOLUTIONS LLC | ATTN CEO 4 EXECUTIVE CIR, STE #185 IRVINE CA 92614 |
| REVOLOGY | 201 E WASHINGTON ST - UNIT 1302 ATTN: DAN KRZMARZICK IOWA CITY IA 52245 |
| ROBERT HALF INC | ATTN RECOVERY DEPT PO BOX 5024 SAN RAMON CA 94583 |
| ROBERT HALF INC | C/O ROBERT HALF INTERNATIONAL INC ATTN AMBER BAPTISTE, RECOVERY MANAGER 2613 CAMINO RAMON SAN RAMON CA 94583 |
| ROBERT HALF TECHNOLOGY | 1080 JORDAN CREEK APRKWAY 100N DES MOINES IA 50266 |
| NAME AND ADDRESS ON FILE | |
| NAME AND ADDRESS ON FILE | |
| RQI PARTNERS LLC | 7272 GREENVILLE AVE STE P2020 DALLAS TX 75231 |
| RQI PARTNERS LLC | PO BOX 841213 DALLAS TX 75284-1213 |
| SENTRIXX SECURITY | 4526 SOUTH 143RD STREET OMAHA NE 68137 |
| SENTRIXX SECURITY | 4526 S 143RD ST STE 101 OMAHA NE 68137-4523 |
| NAME AND ADDRESS ON FILE | |
| SOLARWINDS | PO BOX 730720 DALLAS TX 75373 |
| SOLARWINDS | PO BOX 730720 DALLAS TX 75373-0720 |
| STEINDLER ORTHOPEDIC CLINIC PLC | ATTN TERRY L GIBSON 2015 GRAND AVE, STE 102 DES MOINES IA 50312 |
| STEINDLER ORTHOPEDIC CLINIC PLC | 2751 NORTHGATE DR IOWA CITY IA 52245 |
| STRYKER MEDICAL | C/O STRYKER SALES CORP. PO BOX 93308 CHICAGO IL 60673-3308 |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | PO BOX 771272 CHICAGO IL 60677-1272 |
| THE JAVA HOUSE | 211 E WASHINGTON ST IOWA CITY IA 52240 |
| TORRES, Y TORRES HUGO | ADDRESS ON FILE |
| UNITED SHOCKWAVE | 10600 WEST HIGGINS ROAD ROSEMONT IL |
| UNITED SHOCKWAVE SERVICES LTD | ATTN MARC A RUBENSTEIN 1111 E TOUHY AVE, STE 240 DES PLAINES IL 60018 |
| UP TO DATE | WOLTERS KLUWER HEALTH PO BOX 412094 BOSTON MA 02241-2094 |
| VOCERA COMMUNICATIONS INC | PO BOX 809087 CHICAGO IL 60680-9087 |
| NAME AND ADDRESS ON FILE | |
| WELLSOURCE | 7110 SW FIR LOOP STE 123 PORTLAND OR 97223-8094 |
| ZIMMER US INC | D/B/A ZIMMER BIOMET |
| ZIMMER US INC | 6001 E ROYALTON RD, STE 100 BROADVIEW HEIGHTS OH 44147 |
| ZIMMER US INC | C/O TAFT LAW ATTN KAYLA D BRITTON ONE INDIANA SQ, STE 3500 INDIANAPOLIS IN 46204 |
| ZIMMER US INC | ATTN GENERAL COUNSEL 345 E MAIN ST WARSAW IL 46580 |

| Claim Name | Address Information |
|---|---|
| ZIMMER US INC | ATTN REID AMSTUTZ 345 MAIN ST WARSAW IN 46580 |
| ZIMMER US INC | 345 EAST MAIN STREET ATTN: SEAN O'HARA WARSAW IN 46580 |
| ZIMMER US INC | 14235 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |

**Total Creditor count  229**

| Claim Name | Address Information |
|---|---|
| AFFILIATED HEALTHCARE MANAGEMENT GROUP, INC. | 2 BROAD STREET, SUITE MEZZ BLOOMFIELD NJ 07003 |
| BOWKER PINNACLE MECHANICAL | 1000 32ND AVE SW CEDAR RAPID IA 52404 |
| BOWKER PINNACLE MECHANICAL | 1000 32ND AVE SW CEDAR RAPIDS IA 52404 |
| CENTRAL PETROLEUM EQUIPMENT COMPANY | 109 TERRACE DRIVE BLUE GRASS IA 52726 |
| CHANDA GRITTERS, PA-C | 360 RIDGELAND AVENUE IOWA CITY, IA 52246 |
| DATA POWER TECHNOLOGY GROUP | 3041 JUSTIN DR. DES MOINES, IA 50322 |
| DPT SERVICE, LLC | 3041 JUSTIN DR URBANDALE IA 50322 |
| EVERBANK, N.A., F/K/A TIAA, FSB | C/O J. ELLSWORTH SUMMERS, JR., ESQ BURR & FORMAN LLP 50 N. LAURA STREET, SUITE 3000 JACKSONVILLE, FL 32202 |
| FIBERTECH MEDICAL USA - FIBERTECH SERVICE CENTER | 3161 FAIRLANE FARMS ROAD, SUITE 4 WELLINGTON FL 33414 |
| FIBERTECH MEDICAL, USA | 3161 FAIRLANE FARMS ROAD, SUITE 4 WELLINGTON FL 33414 |
| LESLEY A. GREEN | 465 MCKINLEY AVENUE OTTUMWA, IA 52501 |
| MEDKEEPER | 165 S. UNION BLVD, STE 950 LAKEWOOD CO 80228 |
| MEPS REAL-TIME, INC. D/B/A INTELLIGUARD | 6451 EL CAMINO REA CARLSBAD, CA 92009 |
| MERIT ELECTRIC, LTD. | P.O. BOX 1428 IOWA CITY IA 52240 |
| PROBO MEDICAL | 9715 KINCAID DRIVE SUITE #1000 FISHERS IN 46037 |
| SLEEP ISR | P.O. BOX 7289 CAROL STREAM, IL 60197 |
| SUMMIT FIRE PROTECTION | 75 MINNEHAHA AVE W. ST. PAUL MN 55103 |
| SYNCHRONY EMPLOYEE ASSISTANCE PROGRAM | 438 SOUTHGATE AVE IOWA CITY IA 52240 |
| TIMBER GROVE COFFEE CO. | 4625 HAZELWOOD AVE. SW IOWA CITY IA 52240 |

**Total Creditor count 19**

**EXHIBIT C**

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| ALTERA DIGITAL HEALTH, INC. | Kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | Nicholas.Marten@afslaw.com; Matthew.Prewitt@afslaw.com; Beth.Brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | Lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BIOMERIEUX INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com; jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com; |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| HEIDMAN LAW FIRM PLLC | Jessica.Board@heidmanlaw.com |
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| J&K PMS INC | kmitchek@p-m-s.com |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com; eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| LOEB & LOEB LLP | scarroll@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | Jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; MPreusker@mintz.com; KRWalsh@mintz.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; bgn@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov |
| UNITED STATES TRUSTEE | Claire.R.Davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US INC | legal.americas@zimmerbiomet.com |

**EXHIBIT D**

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| U.S. Trustee | USTP.REGION12@USDOJ.GOV; JANET.G.REASONER@USDOJ.GOV |
| Official Committee of Unsecured Creditors | Kristin.steinkamp@alterahealth.com; pmagallanes@steindler.com; kmitchek@p-m-s.com; tyronza.walton@cardinalhealth.com; Jacqueline.dombrowski@amnhealthcare.com; lauren.newman@acclara.com; jerry.hunt@owens-minor.com |
| Counsel for the Official Committee of Unsecured Creditors | asherman@sillscummis.com bmankovetskiy@sillsccummis.com rgainer@cutlerfirm.com |
| Pensioner's Committee | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |