IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF HEARING ON CBRE APPLICATION AND BAR DATE FOR <u>OBJECTIONS THERETO</u>

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on February 5, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "<u>Debtors</u>") filed *Debtors' Application for Entry of Order (I) Authorizing the Employment and Retention of CBRE, Inc. as Real Estate Broker to the Debtors and Debtors-In-Possession effective as of January 15, 2024, and (II) Approving the Terms of the Exclusive Sales Listing Agreement* (the "<u>CBRE Application</u>").

**WHEREAS**, the CBRE Application seeks an order from the Court authoring the Debtors to retain CBRE, Inc. as broker to list and market certain real estate described in the CBRE Application.

**NOTICE IS HEREBY GIVEN THAT** the deadline to file objections to the CBRE Application is **<u>Monday, February 19, 2024</u>**. All objections must be in writing and filed with the Clerk.

**NOTICE IS HEREBY GIVEN THAT**, a hearing to consider the CBRE Application has been set for **February 22, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to <u>listen in only</u> may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

*[Remainder of Page Intentionally Left Blank]*

**DATED** this 5th day of February, 2024

        Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:   (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
       kmstanger@nyemaster.com
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:    (312) 984-7700
Email:        fperlman@mwe.com
              dsimon@mwe.com
              ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:   (214) 295-8000
Facsimile:    (972) 232-3098

Email: jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this February 5, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*