# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
|  | **Related to Docket Nos. 145, 225** |

### SUPPLEMENTAL DECLARATION OF ROY LEAF IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF NYEMASTER GOODE, P.C. AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION

I, Roy Leaf, being duly sworn, state the following under penalty of perjury and that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a shareholder in the law firm of Nyemaster Goode, P.C. ("Nyemaster" or the "Firm"), which has offices at, among other locations, 625 First Street SE, Suite 400, Cedar Rapids, Iowa.  I am a member in good standing of the Bar of the State of Illinois and the Bar of the State of Iowa. I have been admitted to practice in the United States District Court for the Northern District of Iowa, the United States District Court for the Southern District of Iowa, the United States District Court for the Central District of Illinois, the United States Bankruptcy Court for the Northern District of Iowa, and the United States Bankruptcy Court for the Southern District of Iowa.  There are no disciplinary proceedings pending against me.

2.      On August 23, 2023, I submitted a declaration [Docket No. 145-2] (the "Leaf Declaration") in support of the *Application of Debtors for Entry of Order Authorizing the Retention*

*and Employment of Nyemaster Goode, P.C. as Counsel for the Debtors and Debtors-in-Possession*
*Effective as of the Petition Date* (the "Application").[1]

3.      I hereby submit this supplemental declaration (this "Supplemental Declaration") in support of the Application and to make additional disclosures related thereto. Unless otherwise stated, the facts set forth in this Supplemental Declaration are based upon my personal knowledge, discussions with other Nyemaster attorneys and personnel, and the Firm's client/matter and accounting records that were reviewed by me or other Nyemaster attorneys acting under my supervision and direction.

I.      **Supplemental Disclosures**

4.      Following the filing of the Application, Nyemaster has continued to review its records and connections with parties related to these Chapter 11 Cases, including additional parties reflected on the revised Potential Parties in Interest List attached hereto as **Schedule A** (the "Revised Potential Parties in Interest List"). A redline reflecting the added parties is attached as **Schedule B**. The Revised Potential Parties in Interest List reflects additional parties that filed notices of appearance in the Chapter 11 Cases.

5.      I have reviewed the Revised Potential Parties in Interest List and conflict search results from Nyemaster's records run from the additional parties added to the list. I do not believe that any of the parties on the Revised Potential Parties in Interest List pose conflicts for Nyemaster in these Chapter 11 Cases. Accordingly, based upon the information available to me and as set forth in the Leaf Declaration, I continue to understand that Nyemaster is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and neither represents nor holds

---

[1]      Capitalized terms used but not defined herein shall have the meanings given to such terms in the Application.

an interest materially adverse to the interests of the Debtors or their estates with respect to the matters on which Nyemaster is employed. To the extent Nyemaster discovers any connection with any party or enters into any new relationship with any party that otherwise would have been required to be disclosed, Nyemaster will promptly supplement its disclosures to the Court.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 7, 2024

<div style="margin-left:50%">

*/s/ Roy Leaf*

Roy Leaf
Shareholder
Nyemaster Goode, P.C.

</div>

## Schedule A

**Revised Potential Parties in Interest List**

**Debtors**
Mercy Hospital, Iowa City, Iowa (d/b/a Mercy Iowa City)
Mercy Iowa City ACO, LLC
Mercy Services Iowa City, Iowa

**Debtor Affiliates or Related Parties**
Sisters of Mercy of the Americas, West Midwest Community, Inc.
Mercy Hospital Foundation
Mercy Health Network (d/b/a Mercy One)
Melrose Retirement Community, LLC
Progressive Rehabilitation Associates, LLC
Eastern Iowa Rehabilitation Hospital, LLC (d/b/a Mercy Iowa City Rehabilitation Hospital)
Iowa City Ambulatory Surgical Center, LLC
Corridor Radiology, LLC

**Lenders, Bondholders and Related Parties**
Wells Fargo Bank, National Association, as trustee
Computershare Corporate Trust
Computershare Trust Company, N.A.
Preston Hollow Community Capital, Inc.
Kaufman, Hall & Associates, LLC
Whitfield & Eddy Law
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo. P.C.

**Bond Issuer**
City of Hills, Iowa

**Landlords**
Muscatine Medical Associates
Coralville MOB Partners, LLC
2300 Building 1 LC
Iowa City Medical LLC
Jefferson County Health Center
Washington County Hospital and Clinic
Henry County Health Center
**Current and Former Directors & Officers**
Michael Trachta
Tom McLaughlin
Scott Alderman
Steve Anderson
Judy Andronowitz
Linda Bechen
Sister Helen Marie Burns
Tom Clancy
Jack Dusenbery

2

Karin Franklin
Dawna Miller
Bob Ritz
Kim Rossiter
Dr. Chris Scott
Sister Rita Specth
Lisa Steigleder
Nathan Stucky
Dave Vellinga
Kim Volk
Mary Westbrook
Stuart Elkin
Jeffrey Rooney
Dr. Steve Schenckel
Madeline Windauer
Mark E. Toney
James R. Porter
Christopher Karambelas
Peg Brubaker
Craig Huston

**Chapter 11 Professionals**
McDermott Will & Emery LLP
H2C Securities, Inc.
ToneyKorf Partners, LLC
Epiq Corporate Restructuring, LLC

**Pension Committee Members and Certain Pension Plan Members**
Brent Strabala
J. Nicholas Russo
Margaret Halverson
Mike Garrels
Nancy Russo
Mary McMurray
Mary McCarthy
Carol Ebinger
Joni Werle
Jodine Gunn
Jeane Berge
Jeanne Hein

**Bankruptcy Court Judges for the Northern District of Iowa**
Thad J. Collins
Angela Pruitt

3

**District Court Judges for the Northern District of Iowa**
Leonard T. Strand
C.J. Williams
Linda R. Reade
Kelly K.E. Mahoney
Mark A. Roberts

**Attorney General for the Northern District of Iowa**
Timothy T. Duax

**Clerk of Court for the Northern District of Iowa**
Sharon K. Mullin

**U.S. Trustee Office for the Northern District of Iowa**
Janet G. L. Reasoner
Becky Smiley
Janet G. L. Reasoner
Jennifer L. Cline

**Banks**
Wells Fargo Bank, National Association
U.S. Bank
Hills Bank
Bridgewater
Principal
Farmers Trust & Savings Bank
Solon State Bank
Fidelity Bank & Trust
South Ottumwa Savings Bank
Midwest One Bank

**Utility Providers**
City of Coralville
City of CRV
City of Iowa City
City of Kalona
City of Williamsburg
City of Solon
City of Tipton
MidAmerican Energy Company
MidAmerican Energy Services, LLC
Alliant Energy
CenturyLink/Lumen
Windstream

Muscatine Power and Water
Mediacom
Cooperative Telephone Co Technology
SouthSlope
Liberty Communications
City of West Branch
KCTC
Linn Co REC

**Employee Benefit Providers**
Avesis
Wellmark Blue Cross Blue Shield
HealthEquity WageWorks
Synchrony Group
Reliance Standard
Sedgwick Claims Management Services, Inc.
Vanguard Fiduciary Trust Company
Eye Physicians and Surgeons
EOI Service Company

**Insurance Carriers**
Alliant Insurance Services
Coverys Specialty Insurance Co.
Safety National
Federal Insurance (Chubb)
American Casualty (CAN)
Hartford Insurance
Lloyd's of London
Ace American
Zurich
Coalition
Mesirow Insurance Services, Inc.

**Taxing Authorities**
Iowa City, Iowa
Johnson County Treasurer
Cedar County Treasurer
Muscatine County Treasurer
Washington County Treasurer
Iowa County Treasurer
Internal Revenue Service

**Litigation Parties**
Michael Clark
Terry Fisher

Karyl Bonnett
Scott Kromphart
Susan Martin
Easton Rittgers
Less Hultman
Sheri Feuerbach
Jennifer Clasen
Ingrid Cobb-Ellick on behalf of minor child
Mandy Hale
Ryan Nicolas
Latisha Yeoman
Kelly Banks
Estate of Steven Schwartz
Rodney Neuzil
Jack Galyean
Aaron Williamson

**Governmental Agencies**
Medicare
Medicaid
Centers for Medicare and Medicaid Services
Federal Trade Commission
Iowa Department of Health and Human Services
Office of the Attorney General of Iowa

**Third Party Payors**
2 Am Trucking
3M Corporation
A1 Propane
AA Temperature Controlled LLC
AARP
ABF Freight
Adminsirative Concepts Inc
Advance Services, Inc
Advanced Electrical Services
Aetna
Alexander Lumber Company Corporate Offic
All American Concrete
All Savers
Allegiance
Alliance Medical Staffing
Allianz Global Assistance
Allied Benefit Systems LLC
Almost Famous Body Piercing
ALOHA CARE

6

Alpla Inc EBM Division
Altrua Healthshare
Ambetter
Ameriadvantage
AMERIBEN
American Health Partners
AMERICAN HEALTH PLAN
AMERICAN HEALTHCARE ALLIANCE
AMERICAN REPUBLIC INSURANCE
AMERICGROUP DUAL COORDINATION
AMERIFLEX COBRA
AMERIGROUP
AmeriHealth
Amerivantage
AMISH DENOMINATION
Anaman Concierge Services, LLC
Applicant Insight
APWU CIGNA
ARBOR COURT HEALTHCARE, LLC
Assured Benefits Administrators
Automated Benefit Services, Inc
Auto-Owners Health Insurance
Auxiant
Bates Family Farms
Bayer
Bees Transport
Beisser Lumber Company
BETHANY BASIC
Bethany Essential
Big Rig Solutions
Big Ten University Towing
Bilfinger Industrial Services Inc
Bind Benefit INC
Bio Life Plasma Services
Bitco Incurance Companies
Blue Cross
BLUE LINK
Bockenstedt Excavating
Boomerang Corporation
Boys Town
Brand New Day Medicare Replacement
Bright Health Care
Bright HealthCare
Browns West Branch
Cambrex Charles City

7

CARE FOR YOURSELF
Care Oregon
CareFirst Administraters
CareOnSite
Caseys General Store
CDT
Cedar Manor Skilled Care
Centro Inc
Champion Metal Supply
Childserve Center
Christian Health Ministries
Christian Healthcare Ministries
Chubb
Cigna
City of Cedar Rapids
City of Iowa City
Civco Medical Solutions
CJ Cooper And Associates
Colorado Occupational Med Partners
COMMERCIAL COUNTY CARE HEALTH PLAN
COMMERCIAL PHCS
COMMERCIAL Quartz
Common Ground
Community And Family Resources
Community Care HNO Select Plus Individua
Community Living Options HealthLink
Community NeuroRehab
Companion Life
COMPASSUS NE IOWA HOSPICE
Concentric Health Staffing
Concorde Inc
Concrete Central
CONSERV MENNONITE BROTHERHOOD
Construction Data Services MO
Consumers Cooperative
Continental Care Administrative Concepts
Corner Stone Building Brands
Cornerstone Preferred Resources
Corporate Health Resources
Corporate Medical Services
COUNTY CARE HEALTH PLAN
County Materials Corp
CountyCare Health Plan
Covenant Clinic Occupational Medicine
COVENTRY HEALTH CARE PPO

8

Cox Health Plans
Cramer And Associates Inc
CRC & B Concrete
Crystal Clear Water
Culligan Water Conditioning
CVS Caremark
Cynergy Wellness Inc.
Dakota Red Corp
Dean Health Plan
Deery Brothers
Dickenson Occupational Health
Dill Trucking Inc
DISA - Tustin
DISABILITY DETERMINATION
Discount Tire
Doll Distributing
Drug & Alcohol Testing Network
DSI Medical
DTH Inc
E Screen
E&S Freight Systems LLC
Eastern Iowa Excavating & Concrete
Eastern Iowa Rehabilitation Hospital
EBI Inc
EC Source
Eichelberger Farms
Elevate Colorado Option Gold
EMC Insurance
eMedNY
EMPLOYEE BENEFIT SYSTEM
Energy Employees OCCUP Illness
Engineered Building Design
English Valley Schools
EScreen Inc
Essence of Life Hospice
EVERENCE INSURANCE
Excell Marketing
Express Employment Prof
Farmers Creamery
Farr Transport
Federal Life
Fidelis Care
First Advantage
First Class Staffing
First Health

Foley Accounts Payable
Forbes Trucking LLC
Forward Health
Four Oaks
Freedom Life Insurance
Friday Health Plans
Fringe Benefit Group
Frito Lay
FS Solutions First Lab
Gallagher Bassett
GEHA
Geisinger
George Hora Trucking LLC
GERBER LIFE LIMITED MEDICAL
Gingerich Tiling
Gingerich Well And Pump
GMMI
GOLDEN RULE
Golden Rule Insurance Co
GOOD SAMARITAN SOCIETY - HOSPICE
Goodwill of the Heartland
GPA PPO 5000 PLAN
Graham Construction
Grand Living at Bridgewater
Grape Tree Medical Staffing
Gravie Administrative Service
Great Southern Life Insurance Company
Great West Casualty Company
Greg's Lawn and Landscaping
Grimm Trucking
Grinnell Mutual
Group and Pension Administrators
Group Health Cooperative
Grysson Oil Company Inc
guardian
H & H Auto Group
Hanchett Paper Company
Hansen McClintock Riley
HAP SENIOR PLUS
HARVARD PILGRIM HEALTH PLAN
Hawkeye Moving Services Inc
HD CLASSIC POINT
HEALTH ALLIANCE
Health Choice Illinois
HEALTH CHOICES HMO

10

HEALTH EZ
Health First Colorado
HEALTH LINK
HEALTH NET
HEALTH PARTNERS
Health Payment Systems
Health Plans, Inc
HEALTHDEPOT
HealthEOS+
HealthEZ
HEALTHLINK
HEALTHPARTNERS MN MINNEAPOLI
Healthpartners Unity Point Health
HEALTHSCOPE BENEFITS
HealthSmart
HEALTHSPRING LIFE & HEALTH INSURANCE COM
Healthy Blue
Heartland
Heartland Express
Helmsman Management Services
Heritage Environ Services
Highland Ridge Care Center
Hillcrest Academy
Hillcrest Family Services
Hogan Transportation
Holmes Livestock Logistics
Hubbard Feeds Inc
Humana
Hy-Vee Coralville #2
I3Screen LLC
ICW Group
Illinois Central School Bus
Illinois Dept of Healthcare and Family S
Imagine360
Immergrun
Impact
Impact Health Sharing
Impact Life
IMT Insurance
IMWCA
INDECS, A Homestead Company
Inova Health
Integrity Insurance PA
Integrity Testing
Iowa City Ambulatory Surgical Center

11

Iowa City Comm Schools
IOWA CITY HOSPICE
Iowa City Police Department
Iowa City Ready Mix
Iowa City Rehab And Health
Iowa Donor Network
Iowa Dot
Iowa Health Advantage
Iowa Interstate Railroad
Iowa Mennonite Benevolent ASSOC
Iowa Mutual Insurance
Iowa Renewable Energy
Iowa Roof Coating
IOWA TOTAL CARE
Jamie West Trucking
JB Schott Family Farms Inc
JC Toland Painting, LLC
John Dale Gingerich
Johnson County Ambulance
Johnson County Conservation
Johnson County Seats
Johnson County Secondary Roads
K&K Insurance/Specialty Benefits
Kaiser Permanente
Kalonial Transport
Kelmar Safety Inc
Kempton Group Administrator INC
KEY BENEFIT ADMINISTRATORS
Kingland Systems Corporation
Kinze Manufacturing
KM Trucking
Knutson Construction
KS Energy Services
Laforce
Lantern Park Specialty Care
Lazer Spot Inc
Lewer Mark Student Insurance Aetna
Libe Trucking LLC
Liberty Health
Liberty Mutual
Lifewise
Lifewise
Lincare
Linder Tire
Lion Heart Early Learning

Liquid Agents Healthcare
Llewellyn Livestock
Loparex
Lucent Health
Lutheran Homes Society Skilled Nursing
Magellan Behavioral Health
Magellan Medicaid - Nevada
Magellan Pipeline
Magnet Medical
Maher Brothers Transfer & Storage
MAIL HANDLERS BENEFIT PLAN
MaineCare
Maxwell Construction
Mayor's Youth Empowerment Program
McComas Lacina Construction
Mecbridge
MedBen
MEDICA
MEDICAID
Medicaid - Alabama
Medicaid - California
Medicaid - Illinois
Medicaid - Michigan
Medicaid - Missouri
Medicaid - Nevada
Medicaid - Ohio
Medicaid - Oklahoma
Medicaid - Virginia
Medicaid - Wisconsin
Medi-Cal (Molina)
Medical Associates Health Plan Inc
MEDICAL MUTUAL
MEDICARE
MEDICO CORP
Medimpact HealthSCOPE
MEDI-SHARE
MERCY CARE
Mercy Corporate Health
MERCY HEALTH CHOICES
Mercy Hospital Iowa City
Mercy Liability
Mercy Occupational Health
Mercy Occupational Health Missouri
Mercy One
Mercy Rehabilitation

Meridian Health
Metro Pavers Inc
MidAmerican Energy Urbandale
MidIowa Des Moines
Mid-Iowa Occupational Testing
Mid-Iowa Solid Waste Equipment Co, Inc
Midlands Choice
Miksch Farms LLC
Millers Milk Moovers
Mississippi Valley Regional Blood Center
MMM ELITE HMO 2022
MMM Healthcare Medicare Advantage
MOLINA HEALTHCARE
Monsanto Williamsburg
MRA LIABILITY
Muscatine Power & Water
MUT OF OMAHA
MVP HEALTH SERVICES CORP
MyCHealth
NALC Health Benefit Plan
NATIONAL GENERAL ACCIDENT AND HEALTH
Navitus Health Solutions
Neumiller Electric
Newton Correctional Facility
NGC Mission Systems DT
NMDP Be the Match
Noble Diagnostics
Nordex USA fka Acciona Windpower
North River Insurance
Nova
NTA BENEFITS
NuCara Management Group Inc
NYSHIP
Optimae Home Health
Oral B PreEmployment
Orgins Inc.
Oscar Health
Pacific Source Health
PAI
Paradigm
Peck Trucking
peddicord Wharton LLP
Peiffer Trucking
Pfannebecker Trucking, Inc
PFG Benefits Center

14

PHCS
PHYSICIANS MUTUAL
Physmed Iowa LLC
Pipeline Testing Consortium
Pleasantview Home
PracticeMax
Preferred Benefit Administrators
PREFERRED ONE
PREMIER ACCESS
Prestige Insurance
Prevea360 Health Plan
Prime Global Solutions
Prime Inc
Principle Financial Group
PRIORITY HEALTH
Procter And Gamble Hair Care
Progressive Foam Technologies
Progressive Rehab
QUAD CITY COMMNUNITY HEALTHCARE
Quantum Health Plans Inc
Quartz
Quest Diagnostics
R & R Realty Group
R.P Lumber
Randolphs Inc
Raymond
Reach For Your Potential
Redirect Health
Reference Audio Video
Regional Care Inc.
Reliance Pro
Remedy Intelligent Staffing
Residential Alternatives of Illinois
Riverside Casino & Golf Resort
RMHP DualCare Plus
Rochester Armored Car
RP Lumber
RURAL CARRIER BENEFIT PLAN
Rush & Nicholson
RVH Trucking LLC
S & G Materials
Safety First
SANA PPO PLUS
Sand Companies
SANFORD HEALTH PLAN

Screensafe
Scribe America
Secura Insurance Companies KY
Security Administrative Services LLC
Sedgwick
Seedorf Masonry Inc
SelectHealth
Sentry Insurance
Servpro of Iowa City Coralville
SEVEN CORNERS FIRST HEALTH INTERNATIONAL
SFM Insurance
SGIC
shasta
Shaw Electric Inc
SHL Claims
Sierra Health and Life
Sierra Pacific Industries
SILAC INSURANCE COMPANY
Sinclair Tractor SP M
Sisco
Slabach Construction
Slabaugh Trucking
SOLIDARITY HEALTHSHARE
Solon Nursing Care Center
SSM Health Agnesian Workwell
ST CROIX HOPSICE
St Peters Health
Sterling National
Storage Squad
Strategic Comp
Strategic sublime Multiplan Provider
Streb Construction Co Inc
Stutsman Transportation Inc
Summit Companies
Surest United Healthcare
Swanson Trucking Inc
Swift Transportation
Symetra
Syngenta Seeds Lone Tree
Sysco Food Services
Systems Unlimited
TADTS
TBG Benefit Group
TEAM
Team Care Central states health plan

TEAM Professional Services New
Tegeler Body and Frame
Telcom Construction
Tenneco Inc
Terra Products
The Alliance
The Kempton Group Administrators
THE LOOMIS COMPANY
The Waldinger Corporation
Theisens Supply Inc
THRIVENT FINANCIAL FOR LUTHERANS
Tipton Structual Fabrication, Inc
Titan Medical
Travelers Insurance
Tri State Towing
Tricare
Tricon General Construction
Trimont Realestate
Tri-State Towing
Trustmark Health Benefits
Tufts Health Plan
U.S. Department of Labor OWCP/ DEEOIC
UCare
UCS First Health
UHSM
UI Department of Public Safety
Unified Life
UNITED AMERICAN TX MCKINNEY
UNITED HEALTH RIVER VALLEY
United Healthcare
United Natural Foods
UNITED WORLD LIFE INSURANCE COMPANY
Unitedlife
UNIV OF IOWA HEALTH NETWORK REHAB HOSP
Universal Background
University Heights Police Department
University of Colorado-Denver Anschutz M
University of Iowa
UPS Examinations
US Army Corps of Engineers - Rock Island
US Health Group
US Health Group/PHCS
USA Senior Care
USAA LIFE INS TX SAN ANTONIO
USHealth 39026

17

VA
Van Meter
Vault Health
Vermeer Corp
Vertical Screen
VHI Swift Care
VVS Inc
Walmart Coalville
Walsh Door And Security  Iowa City
Wausau Supply
WEA Trust
WebTPA
WELL FIRST HEALTH
Well Protector 3
Wellcare Health Plan
Wellman Produce
Wellnet Heathcare
Wellprotector 3
West Branch Community School District
Westwinds Logistics
Williamsburg Dental Health Clinic
Windmill Manor Skilled Care
Wood Duck Tree Farms
Woodruff Construction
Workforce QA
Workman's Comp P & G
WPCI
Xerxes Corp
XPO Logistics Corporate
Yale Health
YOUTHCARE ILLINOIS
Zurich North America

**<u>Vendors</u>**
3M
3M HEALTH INFORMATION SYSTEMS
A TECH FREEMAN ALARM
AAA MECHANICAL INC.
AACVPR
AAF INTERNATIONAL
ABBOTT LAB DIAGNOSTIC LAB
ABBOTT LABORATORIES INC
ABBOTT NUTRITION
ABBOTT RAPID DX NORTH AMERICA LLC
ABBVIE US LLC

18

ABC DISPOSAL SYSTEMS INC
ABC SPIROMETRY TRAINING LLC
ABILITY NETWORK INC
ABIOMED  INC
ACDIS
ACERA SURGICAL INC
ACIST MEDICAL SYSTEMS INC
ACTION PRODUCTS INC
ACTIVE THERMAL CONCEPTS INC
ADEPT MED INTERNATIONAL
ADVANCED BUSINESS SOLUTIONS
ADVANCED INSTRUMENTS INC
ADVANCED STERILIZATION PRODUCTS SERVICES
AERO RENTAL INC
AESCULAP INC.
AETNA
AETNA SENIOR SUPPLEMENTAL INSURANCE
AFFILIATED STEAM EQUIPMENT COMPANY
AGILITI HEALTH INC
AGILITI SURGICAL EQUIPMENT REPAIR
AIRGAS NORTH CENTRAL
AIV INC
ALADDIN TEMP-RITE LLC
ALBAUGH PHC INC
ALCO SALES AND SERVICE
ALCON VISION LLC
ALIMED INC.
ALK-ABELLO INC.
ALL AMERICAN PEST CONTROL
ALL WINDOW CLEANING SERVICES INC
ALLERGAN
ALLIANT ENERGY
ALLIANT INSURANCE SERVICES INC
ALLSCRIPTS HEALTHCARE LLC
ALTERA DIGITAL HEALTH INC
ALTORFER INC
AMBU INC.
AMERICAN ACADEMY OF SLEEP MEDICINE
AMERICAN COLLEGE OF CARDIOLOGY FOUNDATIO
AMERICAN COLLEGE OF PHYSICIANS
AMERICAN COLLEGE OF RADIOLGOY
AMERICAN COLLEGE OF SURGEONS
AMERICAN HEART ASSOCIATION
AMERICAN MEDICAL ASSOCIATION
AMERICAN MESSAGING

19

AMERICAN PAYROLL ASSOCIATION
AMERICAN PROFICIENCY INSTITUTE
AMERICAN TECHNOLOGY SOLUITONS CORP
AMERIGROUP
AMERISOURCEBERGEN
AMGA CONSULTING LLC
AMPLIFY SURGICAL, INC
ANDERSON ERICKSON DAIRY
ANDERSON LOCK
ANGIODYNAMICS INC.
ANTMED CORPORATION
AORN
APPLIED MEDICAL
APPLIED MEDICAL TECHNOLOGY INC
ARAMARK UNIFORM SERVICES
ARENA AUTO BODY
ARGON MEDICAL DEVICES
ARIZONA DEPT OF REVENUE
ARJOHUNTLEIGH
ARTHREX INC.
ARTHUR L DAVIS PUBLISHING AGENCY INC
ARTOSS INC
ASAHI INTECC USA INC
ASCOM US INC
ASD SPECIALTY HEALTHCARE
ASPEN MEDICAL PRODUCTS INC.
ASPEN SURGICAL PRODUCTS
ASSAY TECHNOLOGY
ASSOCIATES IN MEDICAL PHYSICS LLC
ASSOCIATION FOR THE HEALTHCARE ENVIRONME
AUTOMATED SYSTEMS OF IOWA
AUTOMATIC DOOR GROUP INC
AUXIANT
AVANOS MEDICAL
AVANTIK
AVASURE LLC
AVAYA INC.
AVESIS THIRD PARTY ADMINISTRATORS INC
AWARDCO INC
AXONICS INC
B AND B MEDICAL TECHNOLOGIES
BAKER COMPANY THE
BALD MOUNTAIN B-READING LLC
BANKERS ADVERTISING CO
BANKERS LIFE AND CASUALTY

BARNHART CRANE AND RIGGING CO
BARTON ASSOCIATES INC
BASTA
BAUSCH AND LOMB SURGICAL
BAXTER HEALTHCARE CORP
BAYER HEALTHCARE
BECKMAN COULTER INC.
BECTON DICKINSON
BEEKLEY CORPORATION
BELMONT MEDICAL TECHNOLOGIES
BENAN SYSTEMS
BENTEC MEDICAL OPCO LLC
BESLER
BEST PRACTICE PROFESSIONALS INC
BIG 10 TAXI
BIMBO BAKERIES USA
BIO RAD LABORATORIES
BIOCOMPOSITES INC
BIOMERIEUX  INC.
BIOMET MICROFIXATION
BLUE CROSS BLUE SHIELD
BLUESKY
BOEHRINGER LABORATORIES INC
BOSTON SCIENTIFIC CORPORATION
BOTTOMLINE TECHNOLOGIES INC.
BOWKER PINNACLE MECHANICAL
BPEX SECURE CAR TRANSPORT
BRACCO DIAGNOSTICS INC.
BRADLEY & RILEY PC
BRECKE MECHANICAL CONTRACTORS
BREVARD FAMIL WALK IN CLINIC
BROWNS MEDICAL IMAGING
BRUNDAGE MEDICAL GROUP LLC
BRUNKHORST LUKE
BRYAN MEDICAL INC
BUD MAAS CONCRETE INC
BULLSEYE TELECOM INC
BURLINGTON MEDICAL LLC
BURNS SISTER HELEN MARIE
CADDY CORPORATION OF AMERICA
CADIENT LLC
CADIENT TALENT
CANFIELD INC.
CANTEEN REFRESHMENT SRVICES
CAPTIS HEALTH LLC

CAPTRUST
CARDINAL DRUG
CARDINAL HEALTH
CARDIOVASCULAR SYSTEMS INC
CARE AMBULANCE SERVICE
CARE NOTES
CAREFUSION 2200 INC
CAREPRO HOME MEDICAL - CORALVILLE
CARESFIELD LLC
CARETECH SOLUTIONS INC
CARL ZEISS MEDITEC INC
CAROLON
CARSTENS INC
CASE MEDICAL
CASECHEK
CASSLING DIAGNOSTIC IMAGING INC
CATERED BY CHARLOTTE
CATHOLIC HEALTH ASSOC OF US
CBORD GROUP
CBRE INC
CDW GOVERNMENT INC
CEC
CEDAR COUNTY FAIR ASSOCIATION
CEDAR COUNTY TREASURER
CEGA INNOVATIONS INC
CELL MARQUE CORPORATION
CENTRAL IOWA JUVENILE DETENTION CENTER
CENTRAL PETROLEUM EQUIPMENT COMPANY
CENTRAL RETAIL SOLUTIONS
CENTURYLINK
CEPHEID
CERTIFIED LANGUAGES INTERNATIONAL
CHANGE HEALTHCARE
CHEMSEARCH FE
CHOICE SOLUTIONS LLC
CITRIX SYSTEMS INC
CITY OF CORALVILLE UTILITIES
CITY OF IOWA CITY LANDFILL
CITY OF IOWA CITY MISC ACCTS RECEIVABLE
CITY OF IOWA CITY UTILITIES
CITY OF KALONA
CITY OF SOLON
CITY OF TIPTON UTILITIES
CITY OF TIPTON-RECREATION
CITY OF WEST BRANCH

CITY OF WEST LIBERTY
CITY OF WILLIAMSBURG UTILITIES
CITY TRACTOR
CIVCO MEDICAL SOLUTIONS
CLARITY IMAGING
CLIA LABORATORY PROGRAM
CLINICAL AND LABORATORY STANDARDS INST
CLINICAL REFERENCE LABORATORY
COCHLEAR AMERICAS
COLLECTION SERVICES CENTER
COLLEGE OF AMERICAN PATHOLOGISTS
COLONIAL PENN LIFE INSURANCE COMPANY
COLOPLAST CORP
COMMERCIAL FLOORING CO DBQ
COMPHEALTH
COMPUTERSHARE TRUST COMPANY
CONDUENT CARE MANAGEMENT INC
CONMED CORPORATION
CONNECT AMERICA
CONTAINMENT TECHNOLOGIES GROUP INC
CONVERGEONE INC
COOK MEDICAL INCORPORATED
COOPER SURGICAL
COOPERATIVE TELEPHONE CO
COPELAND JAN
COPY SYSTEMS INC
CORALVILLE MOB PARTNERS LLC
CORDIS US CORP
CORRIDOR MEDIA GROUP
COTIVITI
COVIDIEN SALES LLC
COX SANITATION AND RECYCLING INC
CPS TRANSPORT
CR BARD INC
CRANEWARE INC
CRESCENT ELECTRIC
CRESCENT PARTS & EQUIP
CREST HEALTHCARE SUPPLY
CRISIS PREVENTION INSTITUTE INC.
CROSS MEDICAL LABORATORIES
CROWE LLP
CRS MEDCIAL BENEFITS INC
CRYSTAL CLEAR WATER CO
CULLIGAN OF DAVENPORT
CULLIGAN WATER TECHNOLOGIES

23

CURBELL MEDICAL PRODUCTS INC.
CUSTOM IMPRESSIONS
CYGNUS MEDICAL
CYTOSUPPLIES
DAIKIN APPLIED
DAILY IOWAN
DATA INNOVATIONS INC
DATA POWER TECHNOLOGY CORPORATION
DATASITE LLC
DATEX-OHMEDA
DAYMARK FOOD SAFETY SYSTEMS
DB ACOUSTICS INCORPORATED
DE LAGE LANDEN FINANCIAL SERVICES INC
DEACON SPORTS AND ENTERTAINMENT
DELOITTE AND TOUCHE LLP
DELTA DENTAL PLAN OF IOWA
DENTONS DAVIS BROWN PC
DEPUY SYNTHES JOINT RECON INC
DES MOINES LABORATORY
DESIGN ENGINEERS  P.C.
DEVICOR MEDICAL PRODUCTS INC
DFI
DIAGNOSTICA STAGO INC
DIGITRAX CORPORATION
DILIGENT CORPORATION
DILON TECHNOLOGIES INC
DINSMORE AND SHOHL LLP
DIRECTIONAL AD-VANTAGE HOLDINGS LLC
DIVERSATEK HEALTHCARE INC
DODGE STREET TIRE AND AUTO INC
DRAGER MEDICAL INC.
ECOLAB INC.
EDWARDS LIFESCIENCES LLC
EGROUP ENABLING TECHNOLOGIES LLC
ELECTA, INC
ELECTRIC MOTORS OF IA CITY
ELECTRICAL ENGINEERING AND EQUIPEMENT CO
ELECTROMED INC
ELMED INCORPORATED
ELSEVIER SCIENCE USA
EMC INS CO
EMERGENCY MEDICAL PRODUCTS
EMERSON POINT - MONTHLY REIMBURSEMENT
EMSLRC
EMSLRC U OF I HOSPITALS AND CLINICS

24

ENCOMPASS GROUP LLC
EQUASHIELD LLC
EQUITABLE HEALTH AND LIFE
ERBE SURGICAL SYSTEMS
EVIDENT SCIENTIFIC INC
EXPERIAN HEALTH INC
EYE PHYSICIANS -HUMAN RESOURSES
EZ WAY INC.
EZPERS
FAMILY SUPPORT PAYMENT CENTER
FDA-MQSA PROGRAM
FEDERAL EXPRESS CORP
FENWAL INC
FFF ENTERPRISES  INC.
FIBERUTILITIES GROUP LLC
FISHER AND PAYKEL HEALTHCARE INC
FISHER HEALTHCARE
FLORALS BY ELIZABETH
FOLLETT CORPORATION
FORESIGHT IMAGING
FOREVER GREEN GARDEN
FUZE, INC.
GALEN HEALTHCARE SOLUTIONS INC
GALLAGHER BENEFIT SERVICES INC
GALLS INC
GARRATT CALLAHAN CO
GASKILL SIGNS INC
GAZETTE COMMUNICATIONS INC.
GE MEDICAL SYSTEMS INFORMATION TECHNOLOG
GE PRECICIOSN HEALTHCARE LLC
GENERAL WATER TECHNOLGIES INC
GENOMIC HEALTH
GEORGE TIEMANN AND CO
GERARD ELECTRIC INC.
GETINGE USA
GF HEALTH PRODUCTS INC
GLAXOSMITHKLINE PHARMACEUTICALS
GLOBAL EQUIPMENT COMPANY
GOODWIN TUCKER GROUP
GOSS SERVICE ASSOCIATES LLC
GRAINGER
GRASSHOPPER LAWN CARE AND LANDSCAPING
GRAYBAR ELECTRIC COMPANY INC.
GREATER MUSCATINE CHAMBER OF COMMERCE AN
GREEN RU LLC

GREENFIELD GLOBAL OVERNIGHT
GREENWAY
GREG BROCK CONSULTING INC
GRIBBLE BOLES STEWART & WITOSKY LLC
GRIFOLS USA LLC
GRP AND ASSOCIATES
GYRUS ENT
H AND R ACCOUNTS INC.
H2C
HALL RENDER KILLIAN HEATH AND LYMAN PC
HALO
HANDS UP COMMUNICTIONS INC
HANGER PROSTHETICS
HARGERS ACOUSTICS INC.
HARLAN-RALLS LACEY
HAWKEYE CARPET AND VINYL INC
HAWKEYE FIRE AND SAFETY CO
HAYES LOCUMS
HCA EXCHANGE INC
HCPRO
HEALOGICS WOUND CENTERS INC
HEALTH CARE LOGISTICS INC.
HEALTH CHOICES
HEALTH EQUITY
HEALTH PHYSICS ASSOCIATES
HEALTHCARE FINANCIAL SERVICES
HEALTHMARK INDUSTRIES CO INC
HEALTHSTREAM INC.
HEALTHTRONICS MOBILE SOLUTIONS
HEARTLAND FIDUCIARY SERVICES
HELMER INC
HENRY COUNTY HEALTH CENTER
HERITAGE FOOD SERVICE EQUIPMENT INC.
HILL-ROM CO INC
HILLS BANK AND TRUST
HOLOGIC INC
HOPKINS MEDICAL PRODUCTS
HOSPERS AND BROTHER PRINTERS
HOT SHOTS NUCLEAR MEDICINE
HUMRICHOUSE CHRIS
HUNTINGTON TECHNOLOGY FINANCE
HUPP TOYOTALIFT
HYLAND SOFTWARE INC
HY-VEE - STORE CHARGES - DES MOINES
IAC

ICP MEDICAL
ICU MEDICAL INC
IDEACOM
IHEART MEDIA
ILLINOIS DEPARTMENT OF REVENUE
IMAGEFIRST
IMETHODS LLC
IMMUCOR INC.
IMPACTLIFE
INARI MEDICAL INC
INDEED INC
INFAB LLC
INFECTIOUS DISEASE PHYSICIANS OF IOWA CI
INFOR US INC
INJOY HEALTH EDUCATION
INNOMED
INNOVO ADVISORS LLC
INSIGHT HEALTH PARTNERS LLC
INSPIRATA CANADA INC
INTEGRA LIFESCIENCES SALES LLC
INTEGRATED BIOMEDICAL TECHNOLOGY INC
INTERLACE HEALTH FKA FORM FAST
INTERNATIONAL BIOMEDICAL INC
INTERNATIONAL LIFE SCIENCES LLC
INTERSTATE ALL BATTERY CENTER
INTOUCH TECHNOLOGIES INC
INTOXIMETERS INC
INTUITIVE SURGICAL INC
IOWA CITY AREA BUSINESS PARTNERSHIP
IOWA CITY AREA DEVELOPMENT GROUP
IOWA CITY AREA SPORTS COMMISSION
IOWA CITY MEDICAL LLC
IOWA CITY POST OFFICE
IOWA COUNTY TREASURERS OFFICE
IOWA DEPARTMENT OF INSPECTIONS AND APPEA
IOWA DEPARTMENT OF PUBLIC HEALTH
IOWA DEPARTMENT OF REVENUE
IOWA DIVISION OF CRIMINAL INVESTIGATION
IOWA DIVISION OF LABOR ELEVATOR SAFETY
IOWA HEALTH CARE ASSOCIATION
IOWA HEART CENTER
IOWA HOSPITAL ASSOCIATION
IOWA ILLINOIS TAYLOR INSULATION
IOWA INSURANCE DIVISION
IOWA MEDICAID ENTERPRISE

IOWA POISON CONTROL CENTER
IOWA PUBLIC RADIO
IOWA RURAL HEALTH TELECOMMUNICATIONS PROGRAM
IOWA SOCCER CLUB
IOWA TOTAL CARE
IOWA WORKFORCE DEVELOPMENT
IVY BIOMEDICAL SYSTEMS INC
J AND K PROFESSIONAL MEDICAL SERVICES
J MICHEL PHOTOGRAPHY
J.J. KELLER AND ASSOCIATES INC.
J2 CLOUD SERVICES LLC - SFAX
JACKSON PHYSICIAN SEARCH
JAM MEDIA LLC
JAVA HOUSE COFFEE ROASTERS
JEFFERSON COUNTY HEALTH CENTER
JOHNSON AND JOHNSON HEALTH CARE SYSTEMS
JOHNSON CONTROLS FIRE PROTECTION LP
JOHNSON COUNTY EMERGENCY MEDICINE
JOHNSON COUNTY PUBLIC HEALTH
JOHNSTONE SUPPLY
JOINT COMMISSION RESOURCES
KALONA CHOCOLATES
KALONA COOPERATIVE TECHNOLOGY COMPANY
KALONIAL LAWN CARE
KANSAS CITY CALIBRATION LABORATORIES INC
KARL STORZ ENDOSCOPY-AMERICA INC.
KAUFMAN HALL
KCI USA
KCRG-TV9
KEGO CORPORATION USA
KELLY SERVICES INC.
KENWOOD RECORDS MANAGEMENT INC
KERECIS LLC
KERSTETTER COLLIN
KEY SURGICAL INC
KIA MOTORS FINANCE
KINAMED INCORPORATED
KITCHEN ASHLEY
KLS MARTIN L.P.
KOCH BROS
KONICA MINOLTA MEDICAL IMAGING USA INC
KRONOS INC
KUENSTER HEATING AND AIR LLC
KZIA RADIO
LABEL ARTS LLC

LABORIE MEDICAL TECHNOLOGIES
LAKES MEDICAL INNOVATIONS
LANDAUER INC.
LANE AND WATERMAN LLP
LANTERN PARK NURSING AND REHAB CENTER
LANTHEUS MEDICAL IMAGING INC
LEADERS OF IOWAS HEALTHCARE VOLUNTEERS
LEGAL SIFTER INC
LEICA INC.
LENOCH-CILEK HARDWARE
LEVI RAY AND SHOUP INC
LGC CLINICAL DIAGNOSTICS INC
LIBERTY COMMUNICATIONS
LIFENET HEALTH
LIFEPOINT INFORMATICS
LINN COUNTY RURAL ELECTRIC COOPERATIVE
LINN COUNTY SHERIFF
LISA GRISWOLD CONSULTING
LISBON-MT VERNON AMBULANCE SERVICE
LITTLE HAWKS BASEBALL CLUB
LITTLE VILLAGE
LITURGICAL PRESS
LOCALS LOVE US - IOWA CITY
LOCUM TENENS.COM
LPI
LUKON COMPANY
LUMEDX CORPORATION
LVM SYSTEMS
LYNCH BROS PAINTING-CARPENTRY
LYON SOFTWARE
M.M. HAYES COMPANY INC
MAILING SERVICES INC
MAINE MOLECULAR QUALITY CONTROLS INC
MARCOS GRILLED CHEESE
MARKET LAB
MARQUETTE ASSOCIATES INC.
MARSH USA INC
MARTINVILLE DUNN LLC
MAYO COLLABORATIVE SERVICES INC.
MC ANALYTXS INC
MCCOMAS-LACINA CONSTRUCTION
MCDERMOTT WILL AND EMERY LLP
MCKESSON MEDICAL SURGICAL
MCKESSON SPECIALTY CARE DISTRIBUTION
MEARDON CONSULTING LLC

29

MED ALLIANCE GROUP INC
MEDEFIS CONSOLIDATED
MEDENVISION USA LLC
MEDFORMS INC
MEDIACOM
MEDIBADGE INC.
MEDICAID
MEDICAL ASSOCIATES HEALTH PLANS
MEDICAL RECORD ASSOCIATES LLC
MEDICAL REIMBURSEMENTS OF AMERICA INC
MEDICAL TECHNOLOGY ASSOCIATES INC
MEDICARE
MEDICO-MART INC
MEDIREVV
MEDLINE INDUSTRIES INC
MED-PAT INC.
MEDTRONIC - SPINE
MEDTRONIC USA
MENTOR AESTHETICS
MERCEDES MEDICAL
MERCK SHARP AND DOHME CORP
MERCURY MEDICAL
MERCY CEDAR RAPIDS
MERCY GUEST LODGING
MERCY HOSPITAL GIFT SHOP
MERCY HOSPITAL GUILD
MERCY OF IOWA CITY REGIONAL PHO
MERGE HEALTHCARE
MERIDIAN
MERIT MEDICAL SYSTEMS INC.
MERITECH
MERRY X-RAY SOURCEONE HEATHCARE INC.
MGSI LTD
MICROBIOLOGICS INC.
MICROLINE SURGICAL INC
MICROPORT ORTHOPEDICS INC
MICROSOFT CORPORATION
MICROTEK MEDICAL INC
MIDAMERICAN ENERGY COMPANY
MIDAMERICAN ENERGY SERVICES, LLC
MIDLANDS CHOICE-CIGNA
MIDWEST HEALTHCARE LINEN SERVICE LLC
MIDWEST JANITORIAL SERVICE
MIDWEST MEDICAL TRANSPORT COMPANY LLC
MILLENNIUM TECHNOLOGY OF IOWA CORP

MIXED MEDIA GROUP INC
MMIC
MMIC HEALTH IT
MODERN COMPRESSED AIR LLC
MOLECULAR OTOLARYNGOLOGY AND RENAL
MOODYS INVESTORS SERVICE
MOONEY AND CO
MORTUARY LIFT COMPANY
MOTHERS MILK BANK OF IOWA
MRIEQUIP.COM
MSDS ONLINE
MTM RECOGNITION CORPORATION
MUSCATINE COUNTY TREASURER
MUSCATINE MEDICAL ASSOCIATES LLC
MUSCATINE POWER AND WATER
NANONATION INC
NANOSONICS INC
NATIONAL HOSPITAL PACKAGING
NATIONAL RECALL ALERT CENTER
NATUS MEDICAL INC
NBS CALIBRATIONS
NEOGENOMICS LABORATORIES INC
NEOTECH PRODUCTS LLC
NEPHRON 503B OUTSOURCING FACILITY
NETSMART TECHNOLOGIES INC
NETWORK SERVICES COMPANY
NETWORK VALUE INC
NEVS INK
NEWARK
NEWCOMER SUPPLY INC.
NICHOLS CONTROLS AND SUPPLY
NLCBS
NON-EMERGENCY MEDICAL TRANSPORT INC
NORTHWEST MECHANICAL INC
NOVA BIOMEDICAL
NOX MEDICAL, LLC
NUANCE COMMUNICATIONS INC
NUVASIVE INC
OASIS ANSWERS INC
OASIS CAR WASH
OASIS FALAFEL
OB-GYN ASSOCIATES OF IOWA CITY
OCCUPATIONAL HEALTH CENTERS OF THE SW PA
OEC MEDICAL SYSTEMS INC
OHIO MEDICAL LLC

OLD CAPITOL SCREEN PRINTERS
OLTMAN CONSULTING LLC
OLYMPUS AMERICA INC.
OMNICELL INC
ONE NECK IT SOLUTIONS LLC
ONMEDIA
OPEN GATES BUSINESS DEVELOPMENT
OPEN TEXT INC
OPTUM
ORCHARD GREEN RESTAURANT
ORGANOGENESIS INC
ORTHO CLINICAL DIAGNOSTICS INC
OTIS ELEVATOR COMPANY
OUR TOWN PUBLICATIONS LLC
OUTFITTERS SATELLITE INC
OWENS AND MINOR INC
OZ SYSTEMS USA, LLC
PALL CORPORATION
PAR EXCELLENCE SYSTEMS
PARAMOUNT CVO
PARKS MEDICAL ELECTRONICS INC
PARTNERS IN RECOGNITION INC
PATTERSON DENTAL SUPPLY INC.
PEAK DEVELOPMENT RESOURCES LLC
PENUMBRA INC
PEPSIAMERICAS INC.
PERFECTION CLEAN
PERFORMANCE HEALTH SUPPLY INC
PERFORMANCE MEDICAL INC
PERFUSION SOLUTION INC
PERIGEN
PERIMED INC
PERKINELMER HEALTH SCIENCES INC
PFIZER INC
PHELAN TUCKER MULLEN WALKER TUCKER AND
PHELPS CUSTOM IMAGE WEAR
PHILIPS HEALTHCARE
PHILIPS LIFELINE
PHOENIX DATA SYSTEMS INC
PHREESIA INC
PLEASANTVIEW HOME BENEFIT SALE
PLUMB SUPPLY COMPANY
POLK COUNTY SHERIFF
POLSINELLI PC
POLYMEDCO INC

POPULATION HEALTH SERVICES ORGANIZATION
POSTMASTER
POWER PROTECTION PRODUCTS INC
PRACTICELINK LTD
PRECISION DYNAMICS CORPORATION-PDC
PREFERRED MEDICAL PRODUCTS
PREMIER
PREMIER MEDICAL REPAIR INC
PREMIER STAFFING SOLUTION, LLC
PRENATAL FRAMES
PRESS CITIZEN MEDIA
PRESS GANEY ASSOCIATES INC.
PRINCIPAL
PRITCHETT AND HULL ASSOC
PROCIRCULAR INC
PROGRESSIVE PREFERRED INSURANCE CO
PROGRESSIVE REHABILITATION ASSOCIATES LL
PSC DISTRIBUTION INC
PSYCHE SYSTEMS CORPORATION
QGENDA LLC
QIAGEN INC
QU VA PHARMA INC
QUADIENT INC
QUALIGEN INC
QUANTIMETRIX CORPORATION
QUEST DIAGNOSTICS
RACOM CORPORATION
RADIOLOGIC MED. SERV. P.C.
RADIOLOGIC MEDICAL SERVICES PC
RADON SOLUTIONS OF IOWA
RANDYS CARPET AND INTERIORS
RDG PLANNING AND DESIGN
RECOVERY SERVICES
RELIABLE PEST SOLUTIONS
RELIANCE STANDARD INS
REMEDI8 LLC
REMEDIUM SYSTEMS
REMEL INC.
RENOVO SOLUTIONS LLC
RESMED
REVENUE CYCLE CODING STRATEGIES INC.
REVOLOGY
RICHARD ALLAN SCIENTIFIC CO
RICHARDS MEDICAL EQUIPMENT INC
RIST AND ASSOCIATES INC

R-MED INC
RMP INC
RMS SOLUTIONS INC
RNA MEDICAL 002
ROBERT BROOKE AND ASSOCIATES INC.
ROBERT HALF RECRUITERS AND EMPLOYMENT AGENCY
ROBERT HALF TECHNOLOGY
ROCHE DIAGNOSTICS CORP
ROTARY CLUB OF TIPTON
ROYAL ARMS MEDICAL
ROYAL PUBLISHING CO.
RPHARMY
RQI PARTNERS LLC
RR DONNELLEY
SAFETY-KLEEN CORP.
SAGE SOFTWARE - 12644 COLLECTINS
SANOFI PASTEUR
SARSTEDT INC
SART-SANE PROGRAM
SCANSTAT TECHNOLOGIES
SCHIMBERG COMPANY
SCRIBE X LLC
SCRIBEAMERICA
SEACOAST LABORATORY DATA SYSTEMS INC
SEDGWICK CLAIMS MANAGEMENT
SENTRIXX SECURITY
SHARED MEDICAL SERVICES INC
SHARN INC
SHELTON DEHAAN COMPANY
SHERIFF OF JOHNSON COUNTY
SHERWIN WILLIAMS
SHRED-IT USA LLC
SIEMENS FINANCIAL SERVICES
SIEMENS HEALTHCARE DIAGNOSTICS
SIENTRA INC.
SIGMA-ALDRICH INC.
SLAGER APPLIANCE INC.
SMART FACILITY SOFTWARE
SMITH AND NEPHEW INC.
SMITHS MEDICAL ASD INC
SNOW MD MAX
SOLARWINDS
SOLON HEATING AND AIR
SOLON SENIOR ADVOCATES
SOLUTIO INC

SOUTH SLOPE COOPERATIVE
SOUTHEAST ID LLC
SPECIALTY CARE IOM SERVICES LLC
SPECTRANETICS CORP
SPINAL GRAFT TECHNOLOGIES LLC
SPOK INC
SPOKANE COMPUTER INC
STANDARD TEXTILE
STAPLES ADVANTAGE
STAPLES BUSINESS ADVANTAGE
STATE DISBURSEMENT UNIT
STATE HYGIENIC LABORATORY
STATLAB MEDICAL PRODUCTS
STAYWELL COMPANY LLC
STEINDLER ORTHOPEDIC CLINIC
STERICYCLE INC
STERIS CORPORATION
STRATEGIC HEALTHCARE PROGRAMS LLC
STRATEGIC PRINT SOLUTIONS
STRECK
STRELCHECK HEALTHCARE SEARCH
STRYKER ENDOSCOPY
STRYKER INSTRUMENTS
STRYKER MEDICAL
STRYKER ORTHOPAEDICS
STRYKER SUSTAINABILITY SOLUTIONS
SUEPPELS FLOWERS
SUGAR BOTTOM BAKERY LLC
SUMMER OF THE ARTS
SUMMIT COMPANIES
SUMMIT MEDICAL
SURE-TECH DIAGNOSTIC ASSOC
SURGICAL SERVICES PC
SYMMETRY SURGICAL
SYMPLR CARE MANAGEMENT LLC
SYNTELLIS PERFORMANCE SOLUTIONS LLC
SYSCO FOOD SERVICES OF IOWA
SYSMEX AMERICA INC
SYSTEM ONE
SYSTEMS MANAGEMENT AND BALANCING INC.
TAMARACK MATERIALS INC
TECAN US INC
TECHNICAL SAFETY SERVICES LLC
TEKSYSTEMS INC
TELCOR

TELEFLEX LLC
TERA RECON INC
TERUMO MEDICAL CORPORATION
TEXAS MEDICAL INDUSTRIES INC
THE DENTAL BOX
THE EAT SHOP LLC
THE HARTFORD
THE JOINT COMMISSION
THE NEWS
THE PINK UMBRELLA BAKERY
THE RHINO GROUP INC
THE WEBSTER
THERACOM INC.
THRYV BERRY NETWORK
THYCOTIC SOFTWARE LLC
TIPTON CHAMBER OF COMMERCE
TIPTON CONSERVATIVE-ADVERTISER
TONEYKORF PARTNERS LLC
TOSOH BIOSCIENCE INC
TOTAL LIBERTY CARE ENT LLC
TOWN SQUARE FAMILY FOOT CARE
TOWNSQUARE INTERACTIVE
TOWNSQUARE MEDIA
TRAIL OF JOHNSON COUNTY
TRANE
TREASURER STATE OF IOWA
TREE GUYS
TREMCO WEATHERPROOFING TECHNOLOGIES INC
TRI-ANIM HEALTH SERVICES INC.
TRU ART COLOR GRAPHICS
TSI INCORPORATED
TYPENEX MEDICAL LLC
TZ MEDICAL INC
U.S. CELLULAR
U.S. POSTAL SERVICE
UHC
UHC GROUP RECOVERY SERVICES
UI DIAGNOSTIC LABORATORIES
ULINE
UMR UNITED HEALTHCARE
UNITE PRIVATE NETWORKS LLC
UNITED HEALTHCARE
UNITED SHOCKWAVE SERVICES LTD
UNITED STATES TREASURY
UNIVERSAL CLIMATE CONTROL INC.

36

UNIVERSAL MEDICAL INC.
UNIVERSITY OF IOWA DEPT OF INTERNAL MEDI
UP TO DATE
URESIL LLC
US FOODS
VALUED RELATIONSHIPS INC
VAN METER INDUSTRIAL INC
VAPOTHERM INC
VARSITY GROUP
VAUPELL MOLDING AND TOOLING INC
VAYA WORKFORCE SOLUTIONS LLC
VECTOR SURGICAL
VECTRACOR
VERATHON INC
VERIZON
VERMILLION INC
VISA
VIZIENT
VOCERA COMMUNICATIONS INC
VYAIRE MEDICAL INC
W.L. GORE AND ASSOCIATES INC.
WAGEWORKS, INC
WALSH DOOR AND SECURITY
WASHINGTON COUNTY AMBULANCE SERVICE

WASHINGTON COUNTY HOSPITAL AND CLINIC
WASHINGTON COUNTY TREASURER
WATER SHOP INC
WAYSTAR INC
WB MCCLOUD & CO INC
WEATHERBY LOCUMS INC
WEB CARE HEALTH INC
WELCH ALLYN
WELLMARK BCBS OF IOWA
WELLS JOHNSON COMPANY
WELLSOURCE
WERFEN USA LLC
WEST BRANCH TIMES
WEST LIBERTY FOODS
WEST LIBERTY INDEX
WEST PHYSICS CONSULTING LLC
WI SCTF
WILLIAMSBURG AREA CHAMBER OF COMMERCE
WILLIAMSBURG HIGH SCHOOL
WIN IT SERVICES LLC

WINDSTREAM
WISCONSIN STATE LABORATORY OF HYGIENE
WIXTED INC
WMPF GROUP LLC
WOLTERS KLUWER HEALTH INC.
WOODWARD COMMUNITY MEDIA
WORLDWIDE INNOVATIONS AND TECHNOLOGIES I
WPS GHA
WPS TRICARE FOR LIFE
WRIGHT MEDICAL TECHNOLOGY INC.
XEROX CORPORATION
XEROX FINANCIAL SERVICES
YELLOW CAB OF IOWA CITY INC.
Z AND Z MEDICAL INC.
ZEPTOMETRIX LLC
ZIMMER BIOMET SPINE INC
ZIMMER US INC
ALLIED RESOURCES MEDICAL STAFFING
CROSSMED HEALTHCARE STAFFING SOLUTIONS INC.
EVERBANK, N.A.
HEALTH CAROUSEL LOCUM NETWORKING
HEALTH CAROUSEL LLC
HUNTINGTON NATIONAL BANK
HYPERBARIC SERVICES, LLC
JOHNSON COUNTY SURGEON INVESTORS
RMS HOLDINGS P.C.
TRAVEL NURSE ACROSS AMERICA
UKG, INC.
WISCONSIN PHYSICIANS SERVICE INSURANCE CORP.

## Schedule B

**Redline of Revised Potential Parties in Interest List**