**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | Case No. 23-00623 |
| Debtors. | Jointly Administered |
| | Objection Deadline: 2/28/2024 at 4:00 pm *prevailing* CST |

**SUMMARY OF FINAL FEE APPLICATION FOR COMPENSATION AND EXPENSE
REIMBURSEMENT FOR PATIENT CARE OMBUDSMAN
PERIOD August 10, 2023 – January 31, 2024**

| | |
|---|---|
| Name of Applicant: | Susan N. Goodman |
| Authorized to provide professional services: | as *Patient Care Ombudsman* |
| Date of Retention: | August 10, 2023 |
| Period of Application: | 8/10/2023 through 1/31/2024 |
| Amount of Compensation Sought: | $50,955.00 |
| Amount of Expense Reimbursement: | $5,942.63 |
| Application Type: | Final |
| Amounts Previously Received: | $24,837.60 fees; $2,928.18 expense reimbursement |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA, *et al.,*** | Case No. 23-00623 |
| Debtors. | Jointly Administered |

## FINAL FEE APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PATIENT CARE OMBUDSMAN PERIOD August 10, 2023 – January 31, 2024

Susan N. Goodman, as the duly appointed Patient Care Ombudsman ("**PCO**" or "**Applicant**") comes now and submits this *Final Application for Compensation and Expense Reimbursement for Patient Care Ombudsman* (the "**Application**") for the period from appointment on August 10, 2023, through January 31, 2024 (the "**Application Period**"). This Application is supported by the following:

### JURISDICTION AND VENUE

1.       This court has jurisdiction of this Chapter 11 proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.       Venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The statutory predicates for the relief requested in this Application are Bankruptcy Rule 2016, United States Bankruptcy Code (the "**Bankruptcy Code**") §§ 330-331, and the court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 244] (the "**Interim Compensation Order**").

### BACKGROUND

4.       On August 7, 2023 (the "**Petition Date**") the Debtors filed the petitions for relief under Chapter 11 of the Bankruptcy Code. Debtors continue to operate its business and manage its properties as debtors and debtors-in-possession pursuant to the Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed.

5.     On August 10, 2023, this court issued its *Order Approving Appointment of Susan N. Goodman as Patient Care Ombudsman* (the "**Appointment Order**"), filed at Docket No. 59 in the lead, jointly administered case docket.

6.     Across the Application Period, PCO engaged in three site visits and filed three reports.[1]  Between site visits, PCO remained regularly engaged with Debtor team members.

7.     In addition to continued remote engagement with Debtor team members, PCO monitored and reviewed docket pleadings at a level consistent with her role and selectively attended hearings with an eye toward balancing the importance of understanding and tracking important case dynamics/milestones with the importance of fiscal stewardship.

## THE INTERIM COMPENSATION ORDER

8.     On September 14, 2023, the court entered the Interim Compensation Order which established the procedures for case professionals to seek interim compensation and reimbursement of expenses.  Consistent with the Interim Compensation Order, PCO filed a total of four monthly fee applications, with the last monthly application filed in advance of the instant Application.

## COMPENSATION REQUESTED

9.     By this Application, PCO seeks final allowance of professional fees in the amount of $50,955.00 and expense reimbursement in the amount of $5,942.63, collectively totaling $56,897.63 for the Application Period.  A copy of the Applicant's billing summary and detailed time records are attached herein to support the Award request.

10.     PCO spent 160.8 hours, billing for 129 hours.  Roughly eighty percent (80%) or a total of 129.7 hours of time was spent in activities that classify as general case administration.  All 24.5 hours of billable, half-rate non-working travel were written off given the already heightened sensitivity of operational team members toward consultant and executive fees.  A total of 6.6 hours were spent on fee associated activities.  The time spent in preparation of this Application and the

---

[1]     *Patient Care Ombudsman's First Interim Report* was filed September 12, 2023 (the "**First Report**"), at Docket No. 211; *Patient Care Ombudsman's Second Interim Report* was filed November 12, 2023 (the "**Second Report**"), at Docket No. 504; and, *Patient Care Ombudsman's Third Interim Report* filed January 12, 2024, at Docket No. 640 (the "**Third Report**").

Fourth Monthly fee application were not billed.  Applicant's expenses are properly categorized as follows:

| Expense Category | Amount |
|---|---|
| Airfare | $2,020.52 |
| Hotel | $1,868.54 |
| Car Rental | $1,324.30 |
| Meals | $440.07 |
| Parking Fees/Tolls | $289.20 |
| **TOTAL** | **$5,942.63** |

## BASIS FOR RELIEF

11.     United States Bankruptcy Code § 330(a)(3)-(4)(A) provides an analytical framework to evaluate the reasonableness of professional fees and expenses.  The court considers the nature, extent, and value of the services rendered relative to: (1) the time spent, (2) the rates charged, (3) whether the services were necessary or provided a benefit to the estate, (4) the time spent relative to the complexity and nature of the task addressed, (5) whether the professional demonstrated skill and expertise, (6) whether the professional fee is comparatively reasonable, and (7) whether the fee avoids unnecessary duplication and/or waste.

12.     If the professional fee requested fails this analysis, the court may reduce the amount of compensation awarded.

13.     The Eighth Circuit has utilized the "lodestar" approach to determine if compensation is reasonable, a calculation arrived through multiplying "the reasonable hourly rate by the reasonable number of hours required." *In re Next Generation Media, Inc.*, 524 B.R. 824, 827, 60 Bankr. Ct. Dec. 153 (Bankr. D. Minn. 2015) *citing Bachman v. Laughlin (In re McKeeman)*, 236 B.R. 667, 671 (B.A.P. 8th Cir. 1999).  *See also, In re Pothoven*, 84 B.R. 579 (Bankr. S. D. Iowa 1988).

14.     PCO's hourly rate of $395.00 per hour compares favorably to other professionals in this field, particularly so when considering that PCO functions independently because she is a registered nurse, has health care operations experience, and is a health law attorney –providing significant economy to the Estate as a single professional who can evaluate the Debtors' patient care

operation and draft/file pleadings without engagement of local counsel.  The PCO provided a vital and necessary service to the Debtors with effective and ongoing oversight of the standard of patient care provided by the Debtors at minimal cost to the Estates.  Accordingly, PCO requests this court enter an order allowing and authorizing, on a final basis, the Award of $56,897.63.

15.     PCO has not shared or agreed to share compensation or reimbursement awarded in this case with any other person or entity.

16.     No agreement or understanding exists between PCO and any other person for division of compensation.

17.     PCO has not entered into any agreement prohibited by U.S.C. Title 18 §155.

18.     PCO's compensation and expense reimbursement requested are billed at rates, in accordance with practices no less favorable than those customarily employed by PCO and generally accepted by PCO's clients.

## CONCLUSION

WHEREFORE, Applicant respectfully requests that this court enter an order:

a.       awarding PCO, on a final basis, fees for the Application Period, in the amount of $50,955.00 and awarding expense reimbursement in the amount of $5,942.63 for a total award of $56,897.63 for services rendered during the Application Period;

b.       authorizing and directing Debtors to pay PCO through Pivot Health Law, LLC, remaining, unpaid fees and expense reimbursement for PCO services rendered and expenses incurred during the Application Period; and,

c.       granting such other relief as is just and proper.

DATED:  February 7, 2024.            By:   _/s/Susan N. Goodman, RN JD_____
                                         Pivot Health Law, LLC
                                         Az Bar No. 019483; Tx Bar No. 24117585
                                         P.O. Box 69734
                                         Oro Valley, AZ 85737
                                         Msg:  520.744.7061 | Fax:  520.575.4075
                                         sgoodman@pivothealthaz.com
                                         *Patient Care Ombudsman*

**CERTICATE OF SERVICE**

  I, Susan N. Goodman, hereby certify that on February 7, 2024, a true and correct copy of the *Final Application for Compensation and Reimbursement of Expenses for Patient Care Ombudsman – Period August 10, 2023, through January 31, 2024,* was filed with the Clerk of Court using Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to parties of this case.  PCO will coordinate full service of the Application with the Debtor's noticing agent to minimize service expenses.

DATED:  February 7, 2024.    By:  */s/ Susan N. Goodman, RN JD*
               Pivot Health Law, LLC
               Az Bar No. 019483; Tx Bar No. 24117585
               P.O. Box 69734
               Oro Valley, AZ 85737
               Msg:  520.744.7061 | Fax:  520.575.4075
               sgoodman@pivothealthaz.com
               *Patient Care Ombudsman*

**EXHIBIT A**

**Declaration by Patient Care Ombudsman**

I, Susan N. Goodman, declare as follows:

1.      The matters stated in this Declaration are true and correct and within my own personal knowledge and belief.  If called as a witness, I could and would competently testify hereto.

2.      I am an attorney licensed to practice law in Arizona and Texas and am before the court in these jointly administered cases as the patient care ombudsman.

3.      I have prepared this Application and have personal knowledge of the facts set forth in it.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.      My firm has no agreement, directly or indirectly, and that no understanding exists in any form or guise with any person for a division of the fee or compensation requested herein.

I declare under penalty of perjury under the laws of the United States, and the laws of the State of Iowa, that the forgoing is true and correct and is executed this 7th day of February 2024 in Pima County, Arizona.


DATED:  February 7, 2024.                    By:   _/s/ Susan N. Goodman, RN JD_____
                                                                           Susan N. Goodman



## EXHIBIT B
### *Fee Statement Summary*

**Case Name: Mercy Hospital, Iowa City, IA**
**Case No:  ND IA 23-00623-JA**
**08/10/2023 - 11/30/2023**

| Cumulative Totals to Date | | | | | |
|---|---|---|---|---|---|
| **FEES BILLED** | **COSTS BILLED** | **HOLDBACK** | **FEES PAID** | **COSTS PAID** | |
| $41,554.00 | $5,301.99 | $8,310.80 | $17,380.00 | $1,932.80 | |

| Date: | 7-Feb-24 | Objection Deadline: | 28-Feb-24 |
|---|---|---|---|

| MO/YR | PROFESSIONAL | RATE/HR | HOURS BILLED | TOTAL | HOLDBACK | AMT DUE |
|---|---|---|---|---|---|---|
| Aug-23 | SUSAN N. GOODMAN | $395.00 | 31.7 | $12,521.50 | $2,504.30 | $10,017.20 |
| Sep-23 | SUSAN N. GOODMAN | $395.00 | 23.3 | $9,203.50 | $1,840.70 | $7,362.80 |
| Oct-23 | SUSAN N. GOODMAN | $395.00 | 23.6 | $9,322.00 | $1,864.40 | $7,457.60 |
| Nov-23 | SUSAN N. GOODMAN | $395.00 | 26.6 | $10,507.00 | $2,101.40 | $8,405.60 |
| | TOTAL FEES | | | $41,554.00 | $8,310.80 | $33,243.20 |
| | | | | | | |
| | | | | | | |
| | TOTAL COSTS | | | $5,301.99 | N/A | $5,301.99 |
| | | | | | | |
| | | | | | | |
| | AMOUNT DUE | | | $46,855.99 | | $38,545.19 |
| | | | | | | |



# EXHIBIT B
## *Fee Statement Summary*

**Case Name: Mercy Hospital, Iowa City, IA**
**Case No:  ND IA 23-00623-JA**
**12/01/2023 - 1/31/2024**

| Cumulative Totals to Date | | | | |
|---|---|---|---|---|
| **FEES BILLED** | **COSTS BILLED** | **HOLDBACK** | **FEES PAID** | **COSTS PAID** |
| $50,955.00 | $5,942.63 | $10,191.00 | $24,837.60 | $2,928.18 |

| Date: | **7-Feb-24** | Objection Deadline: | **28-Feb-24** |
|---|---|---|---|

| MO/YR | PROFESSIONAL | RATE/HR | HOURS BILLED | TOTAL | HOLDBACK | AMT DUE |
|---|---|---|---|---|---|---|
| Dec-23 | **SUSAN N. GOODMAN** | $395.00 | 3.9 | $1,540.50 | $308.10 | $1,232.40 |
| Jan-24 | **SUSAN N. GOODMAN** | $395.00 | 19.9 | $7,860.50 | $1,572.10 | $6,288.40 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | **TOTAL FEES** |  |  | $9,401.00 | $1,880.20 | $7,520.80 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | **TOTAL COSTS** |  |  | $640.64 | N/A | $640.64 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | **AMOUNT DUE** |  |  | **$10,041.64** |  | **$8,161.44** |
|  |  |  |  |  |  |  |



**Pivot Health Law, LLC**

P.O. Box 69734
Oro Valley, AZ 85737

Exhibit C

# Invoice

**Invoice #:** 1286
**Invoice Date:** 9/9/2023

Period: August 10 - 31, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 8/6/2023 | Initial call with AUST re possible appt in Mercy Hospital case - review experience and approach | 1.1 | 0.00 | 0.00 |
| 8/8/2023 | Pre appt effort:  prepare verified stmt disinterest (.5); review locations and build location listing (1.0); check in with DIA for names of acute team with director (.2) | 1.7 | 0.00 | 0.00 |
| 8/9/2023 | Intro call IA Debtor counsel (.5); revise VS (.2) | 0.7 | 395.00 | 276.50 |
| 8/11/2023 | Prepare NOA and engage with clerk staff re ECF access (.2); Intro EML requesting leadership intro (.1) | 0.3 | 395.00 | 118.50 |
| 8/11/2023 | Docket monitoring and pleading review consistent with role DE 69 and 70 (NC); EML exchanges with counsel and leadership re intro meeting (.2) | 0.2 | 395.00 | 79.00 |
| 8/14/2023 | Docket monitoring and pleading review w EML reviews of stipulated Epiq order; bid procedures; 1st day hearings and follow up orders (.4); DE 96 motion for examiner (.3) | 0.7 | 395.00 | 276.50 |
| 8/15/2023 | Introductory call Debtor team (.7); docket monitoring and pleading review consistent with role w/ updates to documents for interested party notices (.2); | 0.9 | 395.00 | 355.50 |
| 8/21/2023 | Docket monitoring and pleading review/analysis with document updates for appearances DE 114, 117, 122, 123, 124, 128 (.3); | 0.3 | 395.00 | 118.50 |
| 8/23/2023 | docket review of interim comp procedures motion with notice list (.2); docket monitoring other pleadings with appearance and calendar updates (DEs 138 - 151) (.2) | 0.4 | 395.00 | 158.00 |

| | **Total** |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1286
**Invoice Date:** 9/9/2023

| Period: August 10 - 31, 2023 |

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 8/24/2023 | EML from DIA requesting update (.1); call with DIA contact (.3); docket monitoring and pleading review relative to role (DEs 154, 158, 155, 157) (.3); follow up DIA with changes to hearing dates expected (.1) | 0.8 | 395.00 | 316.00 |
| 8/28/2023 | 1/2 rate NW travel TUS-PHX (2.0); PHX-CID (3.0); CID-IA City (.6) = 5.6/2= 2.7 | 2.7 | 395.00 | 1,066.50 |
| 8/28/2023 | Docket monitoring and pleading review/document updates relative to role (DE 165-166) pro hac | 0.1 | 395.00 | 39.50 |
| 8/29/2023 | Draft patient posting in lieu of personal service (.2); SV day 1:  initial mtg CRO/CEO/VP Nsg/Dir Qual (1.8); security (.2); 5th Fl; Pastoral Care (1.2); 4th Flr (.6); Dir Nsg (.4); Dietary/EVS Ops (.5); Initial Mtg CMO (.1); | 5 | 395.00 | 1,975.00 |
| 8/29/2023 | SV Day 1, cont'd:  Central Sterile (.6); Cath Lab (.7); purchasing (.8); wound center (.3); ED (1.3); hospitalist (.7); tele pt interviews/staff interaction (2.7) | 7.1 | 395.00 | 2,804.50 |
| 8/30/2023 | Initial SV day 2:  AM stand up (.4); radiology (1.5); CMO (.9); CRO (1.0); OR/PACU (1.0); OB (.9); 3W and hospitalist RN (.7); ICU and debrief with quality (1.1); | 7.5 | 395.00 | 2,962.50 |
| 8/30/2023 | No charge additional time with quality (.5) and ICU (3.6) | 4.1 | 0.00 | 0.00 |
| 8/31/2023 | SV Day 3:  director radiology/cv (1.1); pharmacy (.6); CRO follow up an IT intro (1.5); clinical lab (1.8); facilities (.6); Plaza GI/Neuro (.8); Plaza Bari (.7); Plaza Pulm (.5); 1/2 rate travel to Coraville (.4/2 = .2) | 7.8 | 395.00 | 3,081.00 |
| 8/31/2023 | docket monitoring and pleading review at level consistent with role with updates to notice documents - DE 173 NOA (.1); various W&E pleadings (NC) | 0.1 | 395.00 | 39.50 |

**Total**

**Payments/Credits**

**Balance Due**

**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1286
**Invoice Date:** 9/9/2023

Period:  August 10 - 31, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| | Write off 1/2 NW Travel - 2.9 hrs | | -1,145.50 | -1,145.50 |
| | Professional Fee Subtotal | | | 12,521.50 |
| 8/15/2023 | MERCY SV1 AIRFARE | | 267.90 | 267.90 |
| 8/15/2023 | MERCY SV1 AIRFARE | | 360.90 | 360.90 |
| 8/15/2023 | MERCY SV1 AIRFARE (add on to make tickets refundable - Allianz) | | 19.85 | 19.85 |
| 8/28/2023 | MERCY SV1 MEALS (PHX Starbucks) | | 12.71 | 12.71 |
| 8/28/2023 | MERCY SV1 MEALS (Micky's) | | 19.90 | 19.90 |
| 8/29/2023 | MERCY SV1 HOTEL (Chauncey 2 nights) | | 327.96 | 327.96 |
| 8/29/2023 | MERCY SV1 PARKING FEES/TOLLS | | 30.00 | 30.00 |
| 8/29/2023 | MERCY SV1 MEALS (hospital cafeteria) | | 4.77 | 4.77 |
| 8/29/2023 | MERCY SV1 MEALS (Micky's) | | 19.43 | 19.43 |
| 8/30/2023 | MERCY SV1 MEALS (Bluebird Diner) | | 42.94 | 42.94 |
| 8/31/2023 | MERCY SV1 HOTEL (IA City Hilton Garden) | | 176.98 | 176.98 |
| 8/31/2023 | MERCY SV1 MEALS (501 1st Ave) | | 36.64 | 36.64 |
| 8/31/2023 | MERCY SV1 MEALS (Hilton Garden IA City) | | 10.48 | 10.48 |
| | Total Reimbursable Expenses | | | 1,330.46 |

| | |
|---|---|
| **Total** | $13,851.96 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,851.96 |



**Pivot Health Law, LLC**

P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1288
**Invoice Date:** 10/5/2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

Period: September 1 - 30, 2023

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 9/1/2023 | site visit day 4: 1/2 rate NW travel clinic visits: to williamsburg (.5); to Coraville (.3); to Coraville FP and back (.2); to 1st Ave (.3)/2 = (.6) | 0.6 | 395.00 | 237.00 |
| 9/1/2023 | Site visit day 4:  Williamsburg (.6); Lab outreach Coraville and IM (1.2); FM Coraville (1.0); Coraville OB (.5); Peds (.7); IRF (.5); 1st Ave IM; walk-in; occ med (2.0) | 6.5 | 395.00 | 2,567.50 |
| 9/1/2023 | call with debtor counsel re site visit (.4); 1/2 rate NW travel - to airport (.3); CID to PHX (3.5); PHX to HO (2.0)= 5.8/2 = 2.9 | 3.3 | 395.00 | 1,303.50 |
| 9/3/2023 | docket monitoring and pleading review at a level consistent with role - DEs 179 - 180 with notice party updates | 0.1 | 395.00 | 39.50 |
| 9/4/2023 | Prepare and file 2015.1 pleading (DE 185) | 0.2 | 395.00 | 79.00 |
| 9/7/2023 | docket monitoring and pleading review relative to role with follow up re noticed parties (DE 193-94); Obj review high level for case dynamics (DE 189-195); support doc DE 196 - | 0.4 | 395.00 | 158.00 |
| 9/8/2023 | EML exchanges re lab specimen issue with mayo reference lab - loop in debtor counsel | 0.1 | 395.00 | 39.50 |
| 9/8/2023 | update UST re site visits (.6); docket monitoring and pleading review at level consistent with role DEs 197-98; DE 200-203 (.3) | 0.9 | 395.00 | 355.50 |
| 9/9/2023 | Mercy Exhib B preparation (.3) | 0.3 | 395.00 | 118.50 |
| 9/11/2023 | EML fr lab director re cancel ref lab account and specimen (.1); EML exchgs follow up with debtor counsel and lab re resolution (.2); DE 204 revised bid proced high level review(.1); continue drafting initial report (.9)+(.2); TXT (.1) and EML follow up with clinical leaders for report and larger EML to leadership re site visit and thoughts (.2); DE 206 re cash collat hrg continue and sched follow up (.1) | 1.9 | 395.00 | 750.50 |

**Total**

**Payments/Credits**

**Balance Due**



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1288
**Invoice Date:** 10/5/2023

Period:  September 1 - 30, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 9/12/2023 | finish initial report rough draft (1.8); EML rough draft CRO for review (.1); EML fr CRO with report edits/accuracy review (.1); Call CRO re same (.6); follow up clinic nurse leaders re est PCP lives (.3); revise /finalize rough initial report draft (.7) EML exec team and file (.2) | 3.8 | 395.00 | 1,501.00 |
| 9/13/2023 | EML filed PCO report to clinical mgr team (.2); attend hearing via phone (1.9); DE 212 NOA and document updates (.1); clarify court law clerk safety comment and process to request appearance (.2); follow up CRO post hearing (.2); follow up EML clinic exec re PCP lives #s (.1); | 2.7 | 395.00 | 1,066.50 |
| 9/14/2023 | Call fr TK HR Dir to reschedule intro (.1); EML fr DIA requesting debrief meeting (.1); Docket monitoring and calendar updates [DEs 218 - 235] (move cash collateral hrg) (.2) | 0.4 | 395.00 | 158.00 |
| 9/15/2023 | update call DIA Director (.9); debrief visit call VP Nsg (1.1); Mercy DE 238 - 240 and document updates (.1); TXT Debtor counsel and CRO request call re staffing co lag time (.1); Debtor counsel call follow up re foundation $, OB doc feedback, staffing (.5); follow up call Kim/Keri with intro via TXT to include debtor counsel (.3) | 3 | 395.00 | 1,185.00 |
| 9/17/2023 | EML Roy Leaf re Medifis (.1); follow up call staffing discussion (.2) | 0.3 | 395.00 | 118.50 |
| 9/18/2023 | Docket monitoring and pleading review at high level relative to role to track case happenings and potential patient care impacts ([DE 247-48] (.1) | 0.1 | 395.00 | 39.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Pivot Health Law, LLC**

P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1288
**Invoice Date:** 10/5/2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Period: September 1 - 30, 2023 |
| --- |

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 9/20/2023 | Docket monitoring, pleading review, calendar and notice document follow-up consistent with case role DE 260 NOA; DE 258 NOA; DE 256 NOA (.3); review DE 261, 264, 265 (.3) | 0.6 | 395.00 | 237.00 |
| 9/21/2023 | TXT follow up unit manager team and nurse executive re continued efforts to stabilize agency staffing (.2) | 0.2 | 395.00 | 79.00 |
| 9/22/2023 | docket monitoring and document updating for DE 267 pro hac motion (McKesson) | 0.1 | 395.00 | 39.50 |
| 9/25/2023 | EML to interim HR director re call and to health system advocate re same | 0.1 | 395.00 | 39.50 |
| 9/26/2023 | Review DE 275 re enforcement stay to staffing agencies | 0.2 | 395.00 | 79.00 |
| 9/28/2023 | EML exchg with interim CEO to arrange status call (.1) | 0.1 | 395.00 | 39.50 |
| 9/29/2023 | Call with hospital advocate to introduce role and track complaints relative to BK (.5); docket monitoring, pleading review, and document updates relative to role - DEs 282 - 285 (.1); McKesson Obj DE 295 (.1); call with unit mgr re staff update (.2) | 0.9 | 395.00 | 355.50 |
| | Professional Fees Subtotal | | | 10,586.00 |
| | Write off 1/2 NW Travel - 3.5 hrs | | -1,382.50 | -1,382.50 |
| | Professional Fees Subtotal after Discount | | | 9,203.50 |
| 9/1/2023 | MERCY SV1 HOTEL | | 157.28 | 157.28 |
| 9/1/2023 | MERCY SV1 CAR RENTAL (Fuel) | | 21.89 | 21.89 |
| 9/1/2023 | MERCY SV1 CAR RENTAL | | 324.93 | 324.93 |
| 9/1/2023 | MERCY SV1 (Phx Sky Harbor Parking) | | 70.00 | 70.00 |
| 9/1/2023 | MERCY SV1 PARKING FEES/TOLLS | | 5.00 | 5.00 |
| 9/1/2023 | MERCY SV1 (Java House CID) | | 23.24 | 23.24 |
| | Total Reimbursable Expenses | | | 602.34 |

| **Total** | **$9,805.84** |
| --- | --- |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$9,805.84** |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1290
**Invoice Date:** 11/1/2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

Period: October 1 - 31, 2023

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 10/2/2023 | Update call with interim CEO (.5); docket monitoring, pleading review, document updates at level consistent with role DE 306, 311, 312, 314, 315, 320 (.2) | 0.7 | 395.00 | 276.50 |
| 10/3/2023 | add additional clients DE 321-322 (.1); Mercy hearing (.3); hearing proposed order review and DE 324 NOA (.1); DE 326, 328 and notice document updates (.1) | 0.6 | 395.00 | 237.00 |
| 10/4/2023 | Docket monitoring, pleading review, update documents/calendar at level consistent with role - DE 330 name chg; DE 332 NOA; DE 333 auction delay (.2) | 0.2 | 395.00 | 79.00 |
| 10/5/2023 | Update w Debtor counsel re case timing relative to report deadlines | 0.2 | 395.00 | 79.00 |
| 10/5/2023 | Prepare Exhib B Sept | 0.3 | 395.00 | 118.50 |
| 10/6/2023 | docket monitoring, pleading review, and document updates as needed relative to notice/calendaring DEs 336, 338, and 339 | 0.2 | 395.00 | 79.00 |
| 10/9/2023 | docket monitoring and pleading review/action relative to role DEs 342 and 346 (.2); | 0.2 | 395.00 | 79.00 |
| 10/10/2023 | Call with Mercy Unit Mgr Team (.6); EML exchg Dir Rad/CV re staffing (.1); Review DE 352 auction results (.1); | 0.8 | 395.00 | 316.00 |
| 10/11/2023 | TXT CRO re auction annoucement to staff and follow up review EML and press release (.2); TXT exchg with VP Clinical re same (.1); pre-scheduled update call with Dir Rad/CV Svc re staffing and now auction impact (.5); review Steidler affidav (.1); | 0.9 | 395.00 | 355.50 |
| 10/12/2023 | follow up debtors counsel re auction results and transition timing (.5); EML exchg re staff departure and concerns (.2); follow up EML DIA team with auction update (.1) and call w/ Dir (.2); | 1 | 395.00 | 395.00 |

| | |
|--|--|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |



**Pivot Health Law, LLC**

P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1290
**Invoice Date:** 11/1/2023

Period: October 1 - 31, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 10/13/2023 | docket monitoring with document updates to notice (DEs 374-75) | 0.1 | 395.00 | 39.50 |
| 10/15/2023 | Manage travel plan regarding clinic coverage (.3); EML exchg Susan/Jane (.1) | 0.4 | 395.00 | 158.00 |
| 10/16/2023 | Begin drafting first monthly fee application; cover sheet; associated  documents | 1.6 | 395.00 | 632.00 |
| 10/17/2023 | docket monitoring and pleading review at level consistent with role - DE 382 re cash collateral (.1); continued pleading drafting/finalization 1st Mo Fee (.3) | 0.3 | 395.00 | 118.50 |
| 10/18/2023 | Call fr court clerk re 1st mo fee app and NOBD (.2 NC); prepare and file NOBD (.2); prepare proposed form of order 1st Mo Fee (.2) | 0.4 | 395.00 | 158.00 |
| 10/20/2023 | docket monitoring and pleading review/follow-up relative to role - DEs 386, 387, and 390 | 0.3 | 395.00 | 118.50 |
| 10/23/2023 | Docket monitoring and pleading review to track case dynamics and potential patient impacts - DEs 404, 405, and 408 | 0.2 | 395.00 | 79.00 |
| 10/25/2023 | NOA at DE 410 and updates (.1); Review and analyze assertions in DE 411 (.3); follow up CMO and VP clinical ops (.1); NOA DE 413 and follow up (.1); TXT follow up CRO (.1); follow up debtor counsel re case pacing and potential patient concerns (.2); EML to ortho counsel re assertions in DE 411; fwd to debtor leadership (.3) | 1.2 | 395.00 | 474.00 |
| 10/26/2023 | Call with PACU/OR team re DE 411 assertions and current state (.6); Call with CRO re same (.4); EML response ortho legal with news article - review and analyze same (.4); call with CMO re current state and clinician departures (.4); Brief check in with UST (.1); Call with DON (.4) | 2.3 | 395.00 | 908.50 |

| | | | | |
|---|---|---|---|---|
| | | **Total** | | |
| | | **Payments/Credits** | | |
| | | **Balance Due** | | |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1290
**Invoice Date:** 11/1/2023

Period: October 1 - 31, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 10/27/2023 | NOA and document updates - DE 421 (.1); review DE 420 change auction result (.1); EML fr OR leadership re ortho cancellation reasons - analytics based on dates relative to auction - respond (.3); prepare and file 2d 2015.1 (.3); Hearing notices and calendar updates DE 423,424 (.1) | 0.9 | 395.00 | 355.50 |
| 10/29/2023 | 1/2 rate NW Travel (Direct Transit):  TUS-PHX (2.0); PHX-CID (3.6); CID-HOTEL (.4) = 6/2 (3.0) | 3 | 395.00 | 1,185.00 |
| 10/30/2023 | SV2:  1/2 NW travel for day - Hotel- Solon (.6) + Solon - Tipton (.8) + Tipton - Muskatine (.6) + Muskatine- West Lib (.6) + West Lib - West Branch (.5) + West B - Hotel (.5) = 3.6/2 = 1.8 | 1.8 | 395.00 | 711.00 |
| 10/30/2023 | SV2:  Solon clinic (.7); Tipton clinic (1.2); Muskatine clinic (.8); West Liberty clinic (1.2); West Branch clinic (1.3); Calls with Clinic Ops Dir x2 (.4) | 5.6 | 395.00 | 2,212.00 |
| 10/31/2023 | SV2 1/2 travel Hotel-Kolona clinic (.5); Kolona -Plaza (.7); Plaza to Uro (.6); Uro clinic to hotel (.6)= 1.8/2 (1.2) | 1.2 | 395.00 | 474.00 |
| 10/31/2023 | SV2:  Kolona clinic (1.0); Clinic leadership team mtg (.9); Cardiology team clinic and clinic leadership/quality mtg (including patient interviews (2.1); Urology clinic (1.2) | 5.2 | 395.00 | 2,054.00 |
|  | Discount 1/2 NW Travel |  | -2,370.00 | -2,370.00 |
|  | Professional Fee Subtotal |  |  | 9,322.00 |
| 10/10/2023 | MERCY SV2 - PHX-CID |  | 426.89 | 426.89 |
| 10/12/2023 | MECY SV 2 AIRFARE (CID to PHX) |  | 222.90 | 222.90 |
| 10/29/2023 | MERCY SV2 Hampton Inn Coralville |  | 131.05 | 131.05 |
| 10/29/2023 | MERCY SV 2 MEALS - Starbucks PHX |  | 12.33 | 12.33 |
| 10/29/2023 | MERCY SV2 MEALS McDonalds Coralville |  | 5.29 | 5.29 |
| 10/30/2023 | MERCY SV2 HOTEL - Hampton Inn University |  | 153.04 | 153.04 |

**Total**

**Payments/Credits**

**Balance Due**



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1290
**Invoice Date:** 11/1/2023

Period: October 1 - 31, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 10/30/2023 | MERCY SV2 MEALS - Jimmi Jack's | | 27.14 | 27.14 |
| 10/30/2023 | MERCY SV2 MEALS - Starbucks | | 9.43 | 9.43 |
| 10/31/2023 | MERCY SV2 MEALS - Press | | 7.31 | 7.31 |
| | Total Reimbursable Expenses | | | 995.38 |

| | |
|---|---|
| **Total** | $10,317.38 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,317.38 |



**Pivot Health Law, LLC**

# Invoice

P.O. Box 69734
Oro Valley, AZ 85737

**Invoice #:** 1297
**Invoice Date:** 12/4/2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Period:  November 1 - 30, 2023 |
|---|

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/1/2023 | SV2:  Infus Ctr (.1); Risk Manager (.9); patient and spouse interview (.4); coffee with volunteer re what hearing from patients (.8); Interview St. Mary's knitting group (.4); Interview H&W (.4); Pt Advocate (.7); PACU/OR/Endo team (1.3); CMO (.6); VP Clin Svcs & Clinics (1.1); ED check in (.9) | 7.7 | 395.00 | 3,041.50 |
| 11/1/2023 | docket monitoring, pleading review, document/calendar updates as needed:  DEs 434 (3); DE 430-433 (.2); | 0.5 | 395.00 | 197.50 |
| 11/2/2023 | SV2:  ICU Clin Coord (.5); Dir CV/Rad; HR check in; try dietary (.7); 3W (.6); 4C and laundry and Peg HR (.6); ER leadership (.8); Infusion patients interview (.2); Radiology (.5); ICU Mgr (.7); ED Mgr (.5); check in TK leadership (.4); docket monitoring and pleading review DEs 438- 442 (.3); | 5.8 | 395.00 | 2,291.00 |
| 11/3/2023 | Mtg with Debtor counsel re patient feedback from SV2 and case status (1.3); manage travel re changes to attend 11/6 hrg (.9); follow up VP Clin Svc (.2); follow up call CEO (.2); follow up attempt tele mgr; reach 3W/4C (.2); 1/2 travel IA City-MDW (car return low cost) (3.5); MDW to AZO (2.5)(elim wkend hotel) (2.5)= 6/2= (3.0) | 5.8 | 395.00 | 2,291.00 |
| 11/4/2023 | docket monitoring, pleading review, doc updates DE 445 (.1), 448, 449 (.1), 451, 452, 454 (.1); 455, 456 (.1); DE 457 (.1); DE 459-460 (.4) | 0.8 | 395.00 | 316.00 |
| 11/5/2023 | 1/2 NW Travel: Manage travel re connecting delay/constructive cancellation and required changes (.5); AZO-GRR (Auto) (1.0); GRR-MDW (flight) (1.0); MDW to CID (Auto) (4.0)= 6.5/2 = 3.3 | 3.3 | 395.00 | 1,303.50 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1297
**Invoice Date:** 12/4/2023

Period:  November 1 - 30, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 11/6/2023 | Attending hearing (1.8); docket monitoring and pleading review consistent with role - DE 463/464 (.2); | 2 | 395.00 | 790.00 |
| 11/8/2023 | Phone fr Rachel and follow up CFO (.2); Bari chair notice and follow up (.3) | 0.5 | 395.00 | 197.50 |
| 11/9/2023 | Call with clerk and upload proposed order for 1st mo fee (.1); finish 2d report draft and EML leadership for accuracy review (.8) | 0.9 | 395.00 | 355.50 |
| 11/10/2023 | EML fr VP Clin Svcs re report accuracy (.1) | 0.1 | 395.00 | 39.50 |
| 11/12/2023 | Prepare Exhib B Oct | 0.4 | 395.00 | 158.00 |
| 11/12/2023 | Final review and edits to PCO second report, file | 0.5 | 395.00 | 197.50 |
| 11/17/2023 | Review DE 520 for potential timing impact on sale process | 0.1 | 395.00 | 39.50 |
| 11/21/2023 | Txt follow up with clinical managers x2 (.1); follow up call clinical manager (.6); additional follow up DON (.4); follow up call sched with CRO (.1) | 1.2 | 395.00 | 474.00 |
| 11/22/2023 | Update CRO on staff feedback | 0.4 | 395.00 | 158.00 |
| 11/27/2023 | update call with DON (.1); manage travel for 3d site visit (.3) | 0.4 | 395.00 | 158.00 |
| 11/28/2023 | Prepare 2d Mo Fee Application - cover, main app, attachments, NOBD (1.7) | 1.7 | 395.00 | 671.50 |
| 11/29/2023 | docket monitoring, notice review, with calendar updates - DE 543 hearing notice | 0.1 | 395.00 | 39.50 |
| 12/1/2023 | check in follow-up clinic leadership (.1); OR/PACU (.1); Rad/outpt CV with follow-up call (.4); CRO and DE 549 atty withdrawal document mgmt (.1) | 0.7 | 395.00 | 276.50 |
| | Write down non-working travel (6.3 hours) | | -2,488.50 | -2,488.50 |
| | Professional Fee Subtotal | | | 10,507.00 |
| 11/1/2023 | MERCY  SV2 MEALS - Pullman Diner | | 27.07 | 27.07 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1297
**Invoice Date:** 12/4/2023

| Period: November 1 - 30, 2023 |

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 11/1/2023 | MERCY SV2 MEALS (Hilton Garden Iowa City Cash) | | 10.00 | 10.00 |
| 11/2/2023 | MERCY SV2 HOTEL - Hilton Garden University (3 nights) | | 460.99 | 460.99 |
| 11/2/2023 | MERCY SV2 MEALS - Hilton Garden University | | 5.00 | 5.00 |
| 11/2/2023 | MERCY SV2 MEALS - The Encounter Cafe | | 13.10 | 13.10 |
| 11/2/2023 | MERCY SV2 MEALS - Bluebird Cafe | | 30.82 | 30.82 |
| 11/3/2023 | MERCY SV2 AIRFARE (flight changes to attend Nov 6 Hrg) | | 179.32 | 179.32 |
| 11/3/2023 | MERCY SV2 CAR RENTAL (drop fee MDW) | | 86.85 | 86.85 |
| 11/3/2023 | MERCY SV2 CAR RENTAL - Fuel Shell IN | | 29.51 | 29.51 |
| 11/3/2023 | MERCY SV2 CAR RENTAL - Fuel Shell IL | | 15.86 | 15.86 |
| 11/3/2023 | MERCY SV2 CAR RENTAL - Fuel (MDW to AZO) EXXON | | 53.61 | 53.61 |
| 11/3/2023 | MERCY SV2 -PARKING FEES/TOLLS - Skyway Concessions IL Toll | | 6.60 | 6.60 |
| 11/3/2023 | MERCY SV2 MEALS - The Encounter Cafe | | 30.76 | 30.76 |
| 11/5/2023 | MERCY HEARING AIRFARE - (ORD-CID delayed; unuseable) | | -356.90 | -356.90 |
| 11/5/2023 | MERCY HEARING AIRFARE (GRR-MDW Alt for XCL AA) | | 381.98 | 381.98 |
| 11/5/2023 | MERCY HOTEL - HEARING (Doubletree CID) | | 193.90 | 193.90 |
| 11/5/2023 | MERCY SV2 CAR RENTAL (Oct 29 - Nov 3) | | 467.51 | 467.51 |
| 11/5/2023 | MERCY SV2 NATIONAL - (reversed drop fee MDW - Cust Service) | | -86.85 | -86.85 |
| 11/5/2023 | MERCY - PARKING FEES/TOLLS (Doubletree CID hourly parking rate) | | 6.75 | 6.75 |
| 11/5/2023 | MERCY HEARING - MEALS (GRR Hudson) | | 12.78 | 12.78 |
| 11/6/2023 | MERCY CAR RENTAL - Fuel (EZ Mart Bondurant IA) | | 40.95 | 40.95 |
| 11/6/2023 | MERCY HEARING - CAR RENTAL | | 201.94 | 201.94 |
| 11/6/2023 | MERCY HEARING- MEALS (EZ Mart Bondurant IA) | | 4.93 | 4.93 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1297
**Invoice Date:** 12/4/2023

Period:  November 1 - 30, 2023

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 11/8/2023 | MERCY - SV2/HEARING PARKING FEES/TOLLS (PHX Split) | | 112.00 | 112.00 |
| 11/12/2023 | MERCY SV2 AIRFARE - Refund Seat Charges Cancel Flight | | -45.32 | -45.32 |
| 11/26/2023 | MERCY SV2 PARKING FEES/TOLLS - Toll charges | | 16.85 | 16.85 |
| 11/27/2023 | MERCY SV3 AIRFARE (PHX-CID IORQKL) | | 211.90 | 211.90 |
| 11/27/2023 | MERCY SV3 AIRFARE (CID-PHX KQPRQT) | | 261.90 | 261.90 |
| | Total Reimbursable Expenses | | | 2,373.81 |

| | |
|---|---|
| **Total** | $12,880.81 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,880.81 |

**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1300
**Invoice Date:** 1/13/2024

| Period: December 1 - 31, 2023 |
|---|

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 12/3/2023 | Exhib B preparation Nov 2023 | 0.3 | 395.00 | 118.50 |
| 12/5/2023 | TXT update DON w/ follow up call (.3); docket monitoring and review DE 553-554 (.1) | 0.4 | 395.00 | 158.00 |
| 12/6/2023 | docket monitoring and pleading review relative to role - DE 559 obj bondholder re exclusivity extension (.1); | 0.1 | 395.00 | 39.50 |
| 12/7/2023 | call debtor counsel re EHR down time (.3); TXT ED Leadership; chief clinical; follow up debtor counsel txt (.1) | 0.4 | 395.00 | 158.00 |
| 12/8/2023 | follow up chief clinical re EHR down time | 0.2 | 395.00 | 79.00 |
| 12/18/2023 | Update call with CRO (.5); docket monitoring, update re hearing change (.1); | 0.6 | 395.00 | 237.00 |
| 12/18/2023 | Update request to DON (.1) | 0.1 | 395.00 | 39.50 |
| 12/19/2023 | Call fr nurse mgr re staffing concerns (.2); f/u call CRO (.1); f/u call with DON and loop back CRO (.3) | 0.6 | 395.00 | 237.00 |
| 12/28/2023 | Call fr clinical manager re update staffing and other transition concerns (.5); update call with CRO re same (.3); | 0.8 | 395.00 | 316.00 |
| 12/29/2023 | docket monitoring, pleading review, and document updates re notice - DE 609 NOA Stryker (.1); prepare and file 2015.1 pleading (.3) | 0.4 | 395.00 | 158.00 |

| | |
|---|---|
| **Total** | $1,540.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,540.50 |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1305
**Invoice Date:** 2/6/2024

Period:  January 1 - 31, 2024

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 1/3/2024 | 1/2 rate NW travel for SV #3:  TUS - PHX (2.0); PHX-CID (3.0); CID to IA City .6 = 5.6/2 = 2.7 | 2.7 | 0.00 | 0.00 |
| 1/3/2024 | check in calls in advance site visit:  CRO (.2); VP Nsg (.2); 4C unit mgr (.1) | 0.5 | 395.00 | 197.50 |
| 1/3/2024 | update call with Debtor counsel | 0.2 | 395.00 | 79.00 |
| 1/4/2024 | SV #3/Day 1:  HomeHealth (1.0); Surg/Pulm clinic mgr (.5); Clinic Dir (1.5); ED Dir (.4); HR transition for U (.5); CEO (.2); CRO (.5); VP Clin (.2); Materials (.3); Pharmacy (.4); Quality (.5); OR (.5); 3W (.4); Tele (.6); CT (.2) | 7.7 | 395.00 | 3,041.50 |
| 1/5/2024 | SV #3/Day 2:  staffing 4C and 3W staff  check in (.5); HIM (.3); ICU (.7); HR (.3); Dietary (.3); Women's Ctr (.3); Volunteers (.4); Clinic Ldship CA Ctr (.5); Day Surg (.5); OR/PACU (.3) | 4.1 | 395.00 | 1,619.50 |
| 1/5/2024 | follow up call CMO | 0.4 | 395.00 | 158.00 |
| 1/5/2024 | 1/2 NW Travel:  IA City - CID (.6); CID - PHX (3.0); PHX-TUS (2.0); TUS - HO (.6) = 6.2/2 = 3.1 | 3.1 | 0.00 | 0.00 |
| 1/8/2024 | Begin drafting 3d report draft | 1.7 | 395.00 | 671.50 |
| 1/9/2024 | Finish drafting 3d report (.8); EML to leadership team for review (.1) | 0.9 | 395.00 | 355.50 |
| 1/11/2024 | Update call CRO re current dynamics and record challenges; report; upcoming hearing | 0.2 | 395.00 | 79.00 |
| 1/12/2024 | Prepare 3d Mo Fee (Nov fees) with associated documents (1.3); call with Debtor counsel re report, hearing, record topic (.2); research follow up and record resources to Debtor counsel (.3); final edits to 3d report and file (.2) | 2 | 395.00 | 790.00 |
| 1/12/2024 | docket monitoring, pleading review relative to role, document/notice list updates as needed - DE 627 (.1); DE 630, 633, 635 (.2); | 0.3 | 395.00 | 118.50 |
| 1/13/2024 | Prepare Dec Exhib B | 0.3 | 395.00 | 118.50 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1305
**Invoice Date:** 2/6/2024

| Period: January 1 - 31, 2024 |
| --- |

**Bill To:**

Mercy Hospital, Iowa City, Iowa
ND IA Case No. 23-00623 (JA)
File #15224

| Date | Description | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| 1/16/2024 | fee analysis and projection through end of case as requested by TK team (.2); pro hac review and document/EML updates re DE 651 (.1); follow up Court re NOBD re DE 641 and correction (.3 NC) | 0.3 | 395.00 | 118.50 |
| 1/17/2024 | docket monitoring, pleading review, calendar and document updates consistent with role - DE 659 | 0.1 | 395.00 | 39.50 |
| 1/18/2024 | Call with Debtor counsel re EHR status and hearing (.2); EML to DIA team re hearing and possible need to attend and DE review 667-669 (.2) | 0.4 | 395.00 | 158.00 |
| 1/22/2024 | Attend hearing re various topics - my concern the EHR (1.1 total  - discount) | 0.6 | 395.00 | 237.00 |
| 1/22/2024 | TXT follow up TK and debtor counsel re hrg (.1); | 0.1 | 395.00 | 39.50 |
| 1/31/2024 | Confirm sale closure with TK finance leadership | 0.1 | 395.00 | 39.50 |
| | Professional Fee Subtotal | | | 7,860.50 |
| 1/3/2024 | MERCY SV3 AIRFARE (Alt return flight) | | 351.10 | 351.10 |
| 1/3/2024 | MERCY SV3 HOTEL (Hampton Inn) | | 136.23 | 136.23 |
| 1/3/2024 | MERCY SV3 MEALS (McDs) | | 7.19 | 7.19 |
| 1/3/2024 | MERCY SV3 MEALS (Maggies Farm) | | 30.86 | 30.86 |
| 1/4/2024 | MERCY SV3 HOTEL (Hilton Garden Inn) | | 131.11 | 131.11 |
| 1/4/2024 | MERCY SV3 MEALS (Blue Bird) | | 21.25 | 21.25 |
| 1/5/2024 | MERCY SV3 AIRFARE (Refund non-used flight) | | -261.90 | -261.90 |
| 1/5/2024 | MERCY SV3 CAR RENTAL | | 160.16 | 160.16 |
| 1/5/2024 | MERCY SV3 CAR RENTAL (Fuel) | | 7.94 | 7.94 |
| 1/5/2024 | MERCY SV3 PARKING FEES/TOLLS (PHX Airport) | | 42.00 | 42.00 |
| 1/5/2024 | MERCY SV3 MEALS (Java House CID) | | 14.70 | 14.70 |
| | Total Reimbursable Expenses | | | 640.64 |

| | |
| --- | --- |
| **Total** | $8,501.14 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,501.14 |