IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,** | Case No. 23-00623 |
| Debtors. | Jointly Administered |
| | Objection Deadline:  2/28/2024 at 4:00 pm *prevailing* CST |

**NOTICE OF FILING AND OBJECTION DEADLINE
FINAL APPLICATION FOR COMPENSATION AND
EXPENSE REIMBURSEMENT FOR PATIENT CARE OMBUDSMAN
PERIOD August 10, 2023 – January 31, 2024**

**PLEASE TAKE NOTICE** that, on February 7, 2024, the *Final Application for Compensation and Expense Reimbursement for Patient Care Ombudsman – Period August 10, 2023 – January 31, 2024* (the "**Application**") was filed with the United States Bankruptcy Court for the Northern District of Iowa (the "**Court**") at Docket No. 720.

**PLEASE TAKE FURTHER NOTICE** that a party who has not already received the Application indicated above may obtain a copy of the filed Application through the Claims and Noticing Agent website at:  https://dm.epiq11.com/case/mercyhospital/dockets or request a copy from the filer.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application or the relief requested therein must be filed with the Clerk, U.S. Bankruptcy Court at **111 7th Ave. SE, Cedar Rapids, IA 52401** no later than **February 28, 2024, at 4:00 p.m. (Central Time).** Objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "**Hearing**") on the Application will be held at a time and date to be determined before the Honorable Thad J. Collins, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th Ave. SE, Cedar Rapids, IA 52401.  Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, AN APPROPRIATE ORDER WILL BE ENTERED WITHOUT FURTHER NOTICE AND HEARING.**

###

DATED:  February 7, 2024.        By:   */s/Susan N. Goodman, RN JD*
                                                              Pivot Health Law, LLC
                                                              Az Bar No. 019483; Tx Bar No. 24117585
                                                              P.O. Box 69734
                                                              Oro Valley, AZ 85737
                                                              Msg:  520.744.7061 | Fax:  520.575.4075
                                                              sgoodman@pivothealthaz.com
                                                              *Patient Care Ombudsman*

## CERTICATE OF SERVICE

     I, Susan N. Goodman, hereby certify that on February 7, 2024, a true and correct copy of the Application was filed with the Clerk of Court using Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to parties of this case, with a filed copy provided to the Claims Noticing Agent for additional service with permission of counsel.

DATED:  February 7, 2024.        By:   */s/Susan N. Goodman, RN JD*
                                                              Pivot Health Law, LLC
                                                              Az Bar No. 019483; Tx Bar No. 24117585
                                                              P.O. Box 69734
                                                              Oro Valley, AZ 85737
                                                              Msg:  520.744.7061 | Fax:  520.575.4075
                                                              sgoodman@pivothealthaz.com
                                                              *Patient Care Ombudsman*