## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

### MASTER TRUSTEE AND BONDHOLDER REPRESENTATIVE'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON FEBRUARY 22, 2024

Party Name:   Computershare Trust Company, N.A., as Master Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative

Party's Attorneys:   Peter J. Chalik, Nathan F. Coco, William W. Kannel, Megan Preusker, and Kaitlin R. Walsh

Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative (the "Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives"), submit the following Witness and Exhibit List in anticipation of the hearing set for February 22, 2024. This Witness and Exhibit List is being served pursuant to applicable Local Rules concerning exhibit exchange and identification.

### WITNESS LIST

The Secured Bondholder Representatives reserve the right to call the following witnesses:

A.   Any witness necessary to lay foundation for the admission of an exhibit;

B.   Any witness listed or called by another party;

C.   Any witness necessary to refute or respond to unanticipated evidence offered by another party; and

D.   Any witness necessary for impeachment purposes.

1

**EXHIBIT LIST**

The Secured Bondholder Representatives reserve the right to enter any of the following into evidence as exhibits:

1. Any exhibit created or relied upon by a witness forming the foundation of any factual, lay, or expert testimony;

2. Any exhibit necessary to refute or respond to unanticipated evidence offered by another party;

3. Any exhibit submitted or listed by another party;

4. Any exhibit necessary for impeachment purposes;

5. Any exhibit or document referenced in prior exhibit lists;

6. And pleading, proof of claim, or docket entry filed in these cases;

7. Any exhibit or document informally and/or formally produced by the other respective party's attorney of record; and

8. Any exhibit or document informally and/or formally produced to the other respective party's attorney of record.

The Secured Bondholder Representatives reserve the right to supplement, amend, withdraw, or otherwise modify this submission.

Dated: February 8, 2024

                                  **WHITFIELD & EDDY, P.L.C.**

                                  */s/ Peter J. Chalik*
                                  Peter J. Chalik (Iowa Bar No. AT0013036)
                                  699 Walnut St., Suite 2000
                                  Des Moines, Iowa 50309
                                  Telephone: (515) 288-6041
                                  Email: Chalik@whitfieldlaw.com

                                  -and-

                                  **MINTZ, LEVIN, COHN, FERRIS**
                                  **GLOVSKY AND POPEO, P.C.**

                                  William W. Kannel (admitted *pro hac vice*)
                                  One Financial Center
                                  Boston, Massachusetts 02111
                                  Telephone: (617) 542-6000
                                  Email: WKannel@mintz.com

                                  Nathan F. Coco (admitted *pro hac vice*)
                                  Kaitlin R. Walsh (admitted *pro hac vice*)
                                  Megan Preusker (admitted *pro hac vice*)
                                  919 Third Avenue
                                  New York, New York 10022
                                  Telephone: (212) 935-3000
                                  Email: NFCoco@mintz.com
                                          KRWalsh@mintz.com
                                          MPreusker@mintz.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated February 8, 2024.

                                        */s/ Peter J. Chalik*