**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objections Due: February 22, 2024 at 4:00 p.m.** |
|  |  | **Hearing Date:** *Only if objections are filed* |

**FOURTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | November 1, 2023 – November 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $158,652.00 (80% of $198,315.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $562.05 |

This is a monthly application.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $1,075 | 28.1 | $30,207.50 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $925 | 97.2 | $89,910.00 |
| S. Jason Teele | Member, Bankruptcy First Bar Admission: 2001 | $895 | 32.1 | $28,729.50 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $835 | 68.2 | $56,947.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $775 | 10.1 | $7,827.50 |
| Jeffery Wendler | Of Counsel, Real Estate First Bar Admission: 1989 | $595 | 3.1 | $1,844.50 |
| Oleh Matviyishyn | Associate, Bankruptcy First Bar Admission: 2022 | $425 | 55.0 | $23,375.00 |
| **Total Fees at Standard Rates** | | | **293.8** | **$238,841.00** |
| **Total Fees at $675 Blended Hourly Rate[2]** | | | **293.8** | **$198,315.00** |

[1] Effective October 1, 2023 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew H. Sherman was increased from $995 to $1,075; the hourly rate of Boris Mankovetskiy was increased from $875 to $925; the hourly rate of Jason Teele was increased from $850 to $895; the hourly rate of Michael Savetsky was increased from $795 to $835; and the hourly rate of Gregory Kopacz was increased from $725 to $775. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $675 blended hourly rate cap.

[2] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 173.2 | $128,787.00 |
| Asset Disposition (102) | 16.2 | $15,135.00 |
| Business Operations (103) | 0.4 | $370.00 |
| Case Administration (104) | 10.7 | $9,197.50 |
| Claims Administration and Objections (105) | 4.3 | $3,977.50 |
| Fee/Employment Applications (107) | 9.8 | $6,740.00 |
| Fee/Employment Objections (108) | 0.3 | $232.50 |
| Financing (109) | 63.3 | $58,726.50 |
| Plan and Disclosure Statement (113) | 11.6 | $11,375.00 |
| Travel (billed at 50%) (116) | 4.0 | $4,300.00 |
| **Total Fees at Standard Rate** | **293.8** | **$238,841.00** |
| **Total Fees at $675 Blended Rate**[1] | **293.8** | **$198,315.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Court Reporter Transcript Fees | $562.05 |
| **TOTAL** | **$562.05** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: February 22, 2024 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

**FOURTH APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Fourth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 1, 2023 Through November 30, 2023* (the "Application"), seeking allowance of $158,652.00 (80% of $198,315.00) in fees, *plus* $562.05 for reimbursement of actual and necessary expenses, for a total of $159,214.05.

### Background

1.      On August 7, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3.      The Committee retained Sills as co-counsel pursuant to this Court's *Order*

*Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the*
*Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf
of the Committee.  During the compensation period, Sills received no payment and no promises
for payment from any source other than the Debtors for services to be rendered in any capacity in
connection with the matters covered by this Application.  There is no agreement or
understanding between Sills and any other person, other than with the members, of counsel and
associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills'
knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331,
the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and*
*Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*
*Cases Effective November 1, 2013*, and the Compensation Order.

### Summary of Services by Project

A.      Asset Analysis and Recovery

        Fees: $128,787.00;     Total Hours: 173.2

This category includes time spent: (a) analyzing alleged liens asserted against the
Debtors' assets and properties and conducting related research; (b) reviewing and analyzing loan
and other documents, including indentures, operating agreements, collateral documents and other
documents; (c) conducting research and analysis in connection with potential claims and causes
of action against alleged secured parties; (d) analyzing matters related to sections 506(c) and
552(b) of the Bankruptcy Code and conducting related research; (e) addressing valuating matters

and conducting related analysis; (f) preparing document requests; reviewing documents produced

and researching matters related to potential claims and causes of actions; (g) preparing a lien

challenge complaint and addressing related matters; and (h) communicating with the

Committee's other advisors, the Debtors' counsel and the bondholder representatives' counsel

regarding the foregoing and related matters.

> B.      Asset Disposition
>
>         Fees: $15,135.00;      Total Hours: 16.2

This category includes time spent: (a) addressing auction, marketing and sale hearing

matters; (b) analyzing sale documents, including the proposed sale order, asset purchase

agreements and related documents; (c) analyzing pleadings related to the proposed sale; (d)

attending the sale hearing; and (e) analyzing and addressing sale closing matters.

> C.      Business Operations
>
>         Fees: $370.00;         Total Hours: 0.4

This category includes time spent communicating with the Committee's financial advisor

regarding cash flow projections and related matters.

> D.      Case Administration
>
>         Fees: $9,197.50;       Total Hours: 10.7

This category includes time spent: (a) attending Committee meetings; (b) preparing

updates for the Committee members; (c) addressing matters related to the establishment of a

Committee website and communicating with Epiq regarding same; (d) reviewing motions,

pleadings, and other court filings; (e) responding to creditor queries and addressing pending

matters; and (f) communicating with the Committee members, the Committee's other advisors,

Debtors' counsel and the bondholder representatives' counsel regarding the foregoing and related matters.

     E.    <u>Claims Administration and Objections</u>

     Fees: $ 3,977.50;       Total Hours: 4.3

This category includes time spent: (a) analyzing pension claims; (b) communicating with the bondholder representatives' counsel regarding discovery matters and a potential global settlement; and (c) analyzing settlement and other matters.

     F.    <u>Fee/Employment Applications</u>

     Fees: $6,740.00;       Total Hours: 9.8

This category includes time spent: (a) preparing Sills' August, September and October fee statements; (b) reviewing the Committee's financial advisor's fee applications; and (c) communicating with the Committee's other advisors regarding the foregoing and related matters.

     G.    <u>Fee/Employment Objections</u>

     Fees: $232.50;      Total Hours: 0.3

This category includes time spent: (a) reviewing a fee objection filed by the U.S. Trustee; and (b) analyzing the Debtor's investment banker's fee application.

     H.    <u>Financing</u>

     Fees: $58,726.50;     Total Hours: 63.3

This category includes time spent: (a) analyzing and negotiating revisions to proposed cash collateral orders; (b) drafting a cash collateral objection, a supporting declaration and discovery requests, and conducting related research and analysis; (c) reviewing and analyzing the bondholder representatives' various filings relating to the proposed use of cash collateral; (d) preparing for a related hearing; (e) preparing for and attending a related deposition; (f) reviewing

4

a motion to limine to exclude testimony; (g) analyzing issues related to the potential settlement of Committee's cash collateral objection; and (h) communicating with the Committee members, the Committee's other advisors, the Debtors' counsel, the bondholder representatives' counsel and others regarding the foregoing and related matters.

      I.     <u>Plan and Disclosure Statement</u>

      Fees: $11,375.00;     Total Hours: 11.6

This category includes time spent: (a) analyzing matters related to a potential consensual plan of liquidation, including analyzing a related term sheet and addressing plan structure and recovery matters; and (b) communicating with the Committee members, the Committee's other advisors, the Debtors' counsel, and others regarding the foregoing and related matters.

      J.     <u>Travel (billed at 50%)</u>

      Fees: $4,300.00;     Total Hours: 4.0

This category includes time spent traveling to and from Cedar Rapids for a hearing.

<strong><u>Conclusion</u></strong>

      6.     Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

      **WHEREFORE**, Sills requests an allowance be made to Sills for the sums $158,652.00 (80% of $198,315.00) as compensation, *plus* $562.05 for reimbursement of actual and necessary expenses, for a total of $159,214.05, and that such amount be authorized for payment.

Dated: February 8, 2024            Respectfully submitted,

                                      */s/ Andrew H. Sherman*
                                      Andrew H. Sherman, NJS Bar No. 042731991
                                      (admitted *pro hac vice*)
                                      Boris I. Mankovetskiy, NJS Bar No. 012862001
                                      (admitted *pro hac vice*)

SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
E-mail:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

-and-

/s/ Robert C. Gainer
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:      515-223-6600
Facsimile:      515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured
Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this February 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ Stephanie Newton

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Unsecured Creditors Committee of Mercy Hospital
c/o Steindler Orthopedic Clinic, Committee Chair
Attn: Edward Patrick Magallanes, President and CEO
222 W. Merchandise Mart Plaza #2024
2751 Northgate Drive
Iowa City, IA  52245

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through November 30, 2023

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 11/01/23 | BM | 101 | Analysis of bondholders' asserted liens on Debtors' real property. | 0.90 | |
| 11/01/23 | JW | 101 | Review Iowa City Tax Assessor records. | 0.80 | |
| 11/01/23 | JW | 101 | Review Muscatine County Tax Assessor records. | 0.60 | |
| 11/01/23 | JW | 101 | Draft analysis as to the ownership of 9 parcels listed as owned by Mercy Hospital and whether subject to mortgage. | 1.70 | |
| 11/02/23 | BM | 101 | Analysis regarding scope of Preston Hollow's liens and potential diminution analysis. | 1.30 | |
| 11/02/23 | JT | 101 | Review documents for lien review. | 1.80 | |
| 11/06/23 | BM | 101 | Analysis regarding investigation of liens and potential causes of action against bondholder representatives. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/06/23 | BM | 101 | Analysis regarding revised 9019 foundation settlement order. | 0.40 | |
| 11/06/23 | JT | 101 | Review pleadings for potential causes of action against Master Trustee. | 0.90 | |
| 11/06/23 | JT | 101 | Review Master Trust Indenture and collateral documents. | 1.60 | |
| 11/06/23 | JT | 101 | Research regarding claims against Master Trustee. | 1.70 | |
| 11/06/23 | JT | 101 | Review UCC regarding lien challenge. | 0.80 | |
| 11/06/23 | MS | 101 | Review Master Trustee's reservation of rights and separate response to Committee objection to final cash collateral order re: scope of security interests. | 0.30 | |
| 11/06/23 | MS | 101 | Review first day declaration re: potential estate claims. | 1.10 | |
| 11/06/23 | OM | 101 | Begin review of perfection of security interests by master trustee under UCC Article 9. | 0.80 | |
| 11/06/23 | OM | 101 | Follow up correspondence re: perfection of liens and security interests by master trustee. | 0.20 | |
| 11/06/23 | OM | 101 | Correspondence and strategy re: drafting of adversary complaint regarding perfected security interests with B. Mankovetskiy, M. Savetsky and J. Teele. | 0.60 | |
| 11/06/23 | OM | 101 | Review critical documents for adversary complaint. | 0.20 | |
| 11/07/23 | BM | 101 | Analysis regarding potential global settlement with Preston Hollow and plan structure. | 1.20 | |
| 11/07/23 | BM | 101 | Analysis regarding valuation of remaining assets and 506(c) surcharge issues. | 1.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/07/23 | JT | 101 | Review Trust documents regarding claims against Master Trustee. | 2.80 | |
| 11/07/23 | OM | 101 | Continue analysis of perfection of liens. | 0.90 | |
| 11/08/23 | BM | 101 | Analysis regarding excluded real estate assets. | 0.80 | |
| 11/08/23 | OM | 101 | Analysis of perfection of liens by master trustee pursuant to new strategy and instruction from B. Mankovetskiy. | 2.10 | |
| 11/08/23 | OM | 101 | Correspondence and update of lien analysis to B. Mankovetskiy. | 0.60 | |
| 11/08/23 | OM | 101 | Analysis of perfection of liens by master trustee pursuant to UCC Article 9. | 2.40 | |
| 11/09/23 | BM | 101 | Analysis regarding investigation of potential lien challenges and causes of action against bondholder representatives. | 1.10 | |
| 11/09/23 | MS | 101 | Confer with O. Matviyishyn re: lien review research. | 0.50 | |
| 11/09/23 | OM | 101 | Analysis of perfection of liens by master trustee pursuant to new strategy. | 4.30 | |
| 11/09/23 | OM | 101 | Correspondence and inquiry from M. Savetsky re: lien analysis. | 0.60 | |
| 11/10/23 | BM | 101 | Analysis regarding investigation of potential lien challenges against bondholder representatives. | 1.10 | |
| 11/10/23 | BM | 101 | Analysis regarding potential 506(c) surcharges of bondholders' collateral. | 0.70 | |
| 11/10/23 | JT | 101 | Research regarding claims against secured Lender. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/10/23 | JT | 101 | Review documents regarding lien challenge. | 0.90 | |
| 11/10/23 | JT | 101 | Telephone conference with J. Kramer regarding surcharge. | 0.30 | |
| 11/10/23 | JT | 101 | Review case law regarding 506(c), surcharge and subordination. | 1.40 | |
| 11/12/23 | BM | 101 | Analysis regarding remaining Foundation assets. | 0.70 | |
| 11/14/23 | BM | 101 | Analysis regarding remaining estate assets and indicative values. | 0.70 | |
| 11/14/23 | BM | 101 | Analysis regarding investigation of bondholders' liens and claims. | 2.20 | |
| 11/14/23 | OM | 101 | Continue and update Article 9 lien analysis pursuant to new strategy and instruction from B. Mankovetskiy. | 2.30 | |
| 11/14/23 | OM | 101 | Correspondence and strategy with B. Mankovetskiy re: lien analysis and tentative results. | 0.50 | |
| 11/14/23 | OM | 101 | Continue UCC Article 9 lien analysis. | 2.80 | |
| 11/15/23 | BM | 101 | Analysis regarding Debtors' interests in joint ventures. | 1.60 | |
| 11/15/23 | MS | 101 | Confer with O. Matviyishyn re: lien review research and loan documents. | 1.20 | |
| 11/15/23 | OM | 101 | Continue Article 9 lien analysis. | 2.20 | |
| 11/15/23 | OM | 101 | Correspondence re: results from lien analysis with M. Savetsky and discuss new strategy. | 1.40 | |
| 11/15/23 | OM | 101 | Research lien tracing under the Iowa UCC pursuant to instructions from M. Savetsky. | 2.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/16/23 | BM | 101 | Analysis regarding investigation of potential causes of action against bondholder representatives. | 1.40 | |
| 11/16/23 | JT | 101 | Review additional documents regarding lien challenge and lender claims. | 1.30 | |
| 11/16/23 | JT | 101 | E-mail to M. Savetsky regarding lien challenge. | 0.30 | |
| 11/16/23 | JT | 101 | Office conference with A. Sherman regarding Lender claims. | 0.40 | |
| 11/16/23 | MS | 101 | Confer with O. Matviyishyn re: lien review research. | 1.70 | |
| 11/16/23 | MS | 101 | Conduct legal research and review legal research of O. Matviyishyn re: tracing issues. | 2.10 | |
| 11/16/23 | MS | 101 | Review Master Trust Indenture, UCC filings, and 2011 and 2018 trust indenture and loan documents re: scope of collateral. | 2.80 | |
| 11/16/23 | MS | 101 | Review Master Trustee's pleadings and first day declaration re: scope of collateral. | 0.90 | |
| 11/16/23 | OM | 101 | UCC Article 9 analysis. | 2.60 | |
| 11/16/23 | OM | 101 | Correspondence with M. Savetsky re: lien analysis and discuss strategy. | 1.60 | |
| 11/16/23 | OM | 101 | Research tracing of funds pursuant to Iowa UCC. | 2.10 | |
| 11/17/23 | BM | 101 | Analysis regarding valuation of remaining assets and potential waterfall scenarios. | 1.10 | |
| 11/17/23 | BM | 101 | Analysis regarding Foundation assets report. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 6

---

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/17/23 | BM | 101 | Analysis regarding investigation of potential challenges to bondholders' liens and claims. | 1.30 |  |
| 11/17/23 | MS | 101 | Conduct legal research re: perfection of security interest in LLC and JV interests. | 2.60 |  |
| 11/17/23 | OM | 101 | Research and apply Iowa lien tracing case law and statutes to liens of master trustee. | 4.20 |  |
| 11/20/23 | BM | 101 | Analysis regarding potential 506(c) surcharges of secured creditors' collateral. | 0.90 |  |
| 11/20/23 | BM | 101 | Analysis regarding potential priority employee claims. | 0.60 |  |
| 11/20/23 | BM | 101 | Analysis regarding potential treatment of restricted assets of the Foundation. | 0.70 |  |
| 11/20/23 | BM | 101 | Analysis regarding investigation of potential causes of action against bondholder representatives. | 1.30 |  |
| 11/20/23 | BM | 101 | Call with FTI regarding valuation issues and potential waterfall scenarios. | 1.20 |  |
| 11/20/23 | JT | 101 | Research regarding direct claims against Lender. | 1.70 |  |
| 11/20/23 | JT | 101 | Review state court documents. | 1.40 |  |
| 11/20/23 | MS | 101 | Confer with B. Mankovetskiy and O. Matviyishyn re: lien challenge complaint. | 0.40 |  |
| 11/20/23 | MS | 101 | Conduct legal research re: lien challenge and collateral proceeds issues. | 5.50 |  |
| 11/20/23 | OM | 101 | Correspondence and instruction from B. Mankovetskiy and M. Savetsky re: lien analysis and draft of adversary complaint. | 0.60 |  |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/20/23 | OM | 101 | Strategy with M. Savetsky re: lien analysis and corresponding adversary complaint. | 0.40 | |
| 11/20/23 | OM | 101 | Research lien tracing through the intermediate balancing test. | 1.40 | |
| 11/20/23 | OM | 101 | Research treatment of LLCs as general intangibles under the UCC. | 1.10 | |
| 11/20/23 | OM | 101 | Analyze LLC operating documents for opt-in security provisions. | 1.90 | |
| 11/20/23 | OM | 101 | Research treatment of contract causes of action under the UCC. | 0.70 | |
| 11/21/23 | BM | 101 | Analysis regarding investigation of potential challenges against bondholder representatives. | 1.70 | |
| 11/21/23 | BM | 101 | Analysis regarding JV interests and controlling operating agreements. | 1.40 | |
| 11/21/23 | JT | 101 | Review cases regarding claims against Lender. | 0.70 | |
| 11/21/23 | MS | 101 | Conduct legal research re: lien challenge and collateral proceeds issues. | 0.60 | |
| 11/21/23 | MS | 101 | Review LLC operating agreements. | 2.40 | |
| 11/21/23 | MS | 101 | Confer with O. Matviyishyn re: review of LLC operating agreements. | 0.20 | |
| 11/21/23 | MS | 101 | Draft email to B. Mankovetskiy re: review of LLC operating agreements and additional diligence. | 0.30 | |
| 11/21/23 | OM | 101 | Finalize UCC Article 9 lien analysis. | 2.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/21/23 | OM | 101 | Correspondence with M. Savetsky re: lien analysis and follow up research. | 0.60 | |
| 11/21/23 | OM | 101 | Follow up research re: treatment in interest of LLCs under Article 9. | 0.30 | |
| 11/21/23 | OM | 101 | Follow up correspondence with M. Savetsky re: LLC treatment under the UCC. | 0.20 | |
| 11/22/23 | BM | 101 | Call with Debtors' counsel regarding current matters. | 0.90 | |
| 11/22/23 | BM | 101 | Analysis regarding investigation of potential affirmative claims against bondholder representatives. | 1.20 | |
| 11/22/23 | BM | 101 | Analysis regarding informal discovery requests to bondholder representatives. | 0.80 | |
| 11/22/23 | AHS | 101 | Attend call with Debtors' professional about potential claims and causes of action. | 1.10 | |
| 11/22/23 | JT | 101 | Review documents produced by Debtors'. | 1.70 | |
| 11/22/23 | JT | 101 | E-mail to A. Sherman and M. Savetsky regarding document request. | 0.30 | |
| 11/22/23 | JT | 101 | Review and revise document request. | 0.90 | |
| 11/22/23 | JT | 101 | E-mail from M. Savetsky regarding subordination. | 0.30 | |
| 11/22/23 | JT | 101 | Review case law regarding subordination. | 1.80 | |
| 11/22/23 | JT | 101 | Research claims for Breach of NDA. | 1.30 | |
| 11/22/23 | JT | 101 | Review and analyze Lender NDA. | 0.80 | |
| 11/22/23 | JT | 101 | Telephone conference with Debtor's counsel regarding Lender claims. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 9

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/22/23 | MS | 101 | E-mails with B. Mankovetskiy re: legal research re: potential affirmative causes of action against Preston Hollow. | 0.10 | |
| 11/22/23 | MS | 101 | E-mails with J. Teele re: revisions to informal document requests to Master Trustee and Preston Hollow. | 0.20 | |
| 11/22/23 | MS | 101 | Calls with A. Sherman and J. Teele re: informal document requests to Master Trustee and Preston Hollow. | 0.20 | |
| 11/22/23 | MS | 101 | Draft and revise informal document requests to Master Trustee and Preston Hollow. | 1.90 | |
| 11/22/23 | MS | 101 | Conduct legal research re: potential affirmative causes of action against Preston Hollow. | 0.80 | |
| 11/22/23 | MS | 101 | Call with B. Mankovetskiy, J. Teele, and A. Sherman re: Committee investigation of potential litigation claims. | 0.40 | |
| 11/22/23 | MS | 101 | Call with B. Mankovetskiy, J. Teele, A. Sherman, D. Simon, K. Stanger, M. McGuire and N. Bull re: Committee investigation of potential litigation claims. | 0.90 | |
| 11/23/23 | MS | 101 | Review and revise informal document requests to Master Trustee and Preston Hollow. | 0.20 | |
| 11/23/23 | MS | 101 | E-mails with A. Sherman and J. Teele re: revisions to informal document requests to Master Trustee and Preston Hollow. | 0.10 | |
| 11/23/23 | MS | 101 | E-mails with B. Mankovetskiy re: legal research re: potential affirmative causes of action against Preston Hollow. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 10

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/27/23 | BM | 101 | Call with Debtors' and Bondholders' professionals regarding Getzler analysis of Foundation funds. | 0.50 |  |
| 11/27/23 | BM | 101 | Analysis regarding draft challenge complaint against bondholder representatives. | 1.20 |  |
| 11/27/23 | BM | 101 | Analysis regarding informal discovery requests to bondholder representatives. | 0.70 |  |
| 11/27/23 | BM | 101 | Analysis of Debtors' materials produced in response to Committee's informal requests for production of documents in connection with investigation of potential claims against bondholder representatives. | 1.60 |  |
| 11/27/23 | JT | 101 | Review and revise updated document request. | 0.50 |  |
| 11/27/23 | JT | 101 | Continue review of documents produced by Debtors' regarding Lender claims. | 1.40 |  |
| 11/27/23 | MS | 101 | Draft lien challenge complaint. | 4.70 |  |
| 11/28/23 | BM | 101 | Analysis regarding FTI's preliminary analysis of Debtors' remaining assets and indicative valuations. | 0.70 |  |
| 11/28/23 | BM | 101 | Analysis regarding potential 506(c) and 552(b) claims against bondholder representatives. | 1.10 |  |
| 11/28/23 | JT | 101 | Telephone conference with Lender's counsel regarding document request. | 0.50 |  |
| 11/28/23 | JT | 101 | Review revised document request. | 0.40 |  |
| 11/28/23 | MS | 101 | Draft challenge complaint. | 3.80 |  |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/28/23 | MS | 101 | Call with M. Preusker and K. Walsh re: informal document requests to Master Trustee and Preston Hollow. | 0.60 | |
| 11/28/23 | MS | 101 | Confer with J. Teele and B. Mankovetskiy re: investigation of potential claims against Master Trustee and Preston Hollow. | 0.40 | |
| 11/28/23 | MS | 101 | Review and revise informal document requests to Master Trustee and Preston Hollow. | 0.50 | |
| 11/28/23 | MS | 101 | Confer with B. Mankovetskiy re: revised informal document requests to Master Trustee and Preston Hollow. | 0.10 | |
| 11/28/23 | MS | 101 | Confer with B. Mankovetskiy re: potential claims against Master Trustee and Preston Hollow. | 0.10 | |
| 11/28/23 | MS | 101 | Review documents provided by McDermott re: investigation of potential claims against Master Trustee and Preston Hollow. | 1.10 | |
| 11/29/23 | BM | 101 | Analysis regarding 506(c) surcharges of bondholders' collateral. | 0.70 | |
| 11/29/23 | BM | 101 | Analysis regarding lien challenge complaint against bondholder representatives. | 0.90 | |
| 11/29/23 | BM | 101 | Analysis regarding investigation of potential affirmative claims against bondholder representatives. | 1.40 | |
| 11/29/23 | MS | 101 | Review and revise challenge complaint. | 0.60 | |
| 11/29/23 | MS | 101 | E-mails with B. Mankovetskiy re: challenge complaint. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 12

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/29/23 | MS | 101 | Review and analysis of prepetition correspondence, NDA with Preston Hollow, pleadings in receivership action, notice of default and notice of acceleration, indentures, other documents, and news articles re: investigation of potential claims against Master Trustee and Preston Hollow. | 6.30 | |
| 11/29/23 | OM | 101 | Research 544(a) strong arm provisions as they relate to control of deposit accounts. | 0.90 | |
| 11/29/23 | OM | 101 | Research standing to assert 552(b) claim and circulate summary to B. Mankovetskiy. | 1.70 | |
| 11/30/23 | BM | 101 | Analysis regarding investigation of potential affirmative claims against bondholder representatives. | 1.20 | |
| 11/30/23 | JT | 101 | Review case law regarding damages for breach of NDA and subordination. | 1.20 | |
| 11/30/23 | JT | 101 | Office conference with M. Savetsky regarding NDA and claims against Lender. | 0.50 | |
| 11/30/23 | MS | 101 | Further review master trust indenture and NDA. | 0.30 | |
| 11/30/23 | MS | 101 | E-mails with B. Mankovetskiy re: terms of master trust indenture and NDA. | 0.20 | |
| 11/30/23 | OM | 101 | Research re: 506(c) surcharge and its application to oversecured creditors and circulate summary to B. Mankovetskiy. | 1.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/30/23 | OM | 101 | Correspondence and instruction from B. Mankovetskiy re: oversecured collateral and 506(c) surcharge. | 0.20 | |
| 11/30/23 | OM | 101 | Research re: 544(a) strong arm powers as they relate to control of deposit accounts. | 1.80 | |
| | | **TASK TOTAL 101** | | **173.20** | **$128,787.00** |

**102 – ASSET DISPOSITION**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/23 | BM | 102 | Analysis regarding transfers of funds from Foundation to Debtors. | 0.60 | |
| 11/01/23 | BM | 102 | Analysis regarding resumption of auction. | 0.80 | |
| 11/02/23 | BM | 102 | Analysis regarding proposed sale of Debtors' assets to the University. | 1.30 | |
| 11/02/23 | BM | 102 | Analysis regarding proposed form of sale order and related documents. | 2.10 | |
| 11/03/23 | BM | 102 | Analysis regarding proposed revised form of sale order. | 0.90 | |
| 11/03/23 | GAK | 102 | Review notifications regarding Monday's sale hearing. | 0.10 | |
| 11/03/23 | GAK | 102 | Review Bondholder Representatives sale response. | 0.10 | |
| 11/03/23 | GAK | 102 | Review Kronos sale/assignment objection. | 0.10 | |
| 11/06/23 | BM | 102 | Analysis regarding proposed revised sale order and ancillary documents. | 2.20 | |
| 11/06/23 | AHS | 102 | Prepare for and attend hearing regarding sale motion, foundation settlement and interim cash collateral order. | 1.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/08/23 | BM | 102 | Analysis regarding sale closing issues. | 1.10 | |
| 11/08/23 | BM | 102 | Analysis regarding amended University APA. | 0.90 | |
| 11/09/23 | BM | 102 | Analysis regarding amended University APA and accounts receivable treatment. | 0.80 | |
| 11/10/23 | BM | 102 | Analysis regarding sale closing issues. | 0.70 | |
| 11/10/23 | BM | 102 | Analysis regarding PH's position with respect to University's funding obligations during pre-closing period and response to same. | 0.90 | |
| 11/10/23 | GAK | 102 | Review Sale Order. | 0.30 | |
| 11/17/23 | BM | 102 | Analysis regarding marketing and sale of remaining assets. | 0.70 | |
| 11/17/23 | GAK | 102 | Review motion to reconsider sale order and compel performance | 0.10 | |
| 11/20/23 | BM | 102 | Analysis regarding sale closing issues. | 0.80 | |
| | | **TASK TOTAL 102** | | **16.20** | **$15,135.00** |

**103 – BUSINESS OPERATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 11/11/23 | BM | 103 | Call with FTI regarding cash flow projections and A/R issues. | 0.40 | |
| | | **TASK TOTAL 103** | | **0.40** | **$370.00** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/23 | BM | 104 | Prepare an update for Committee. | 0.40 | |
| 11/01/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/02/23 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 11/03/23 | BM | 104 | Attend Committee meeting. | 0.50 | |
| 11/03/23 | GAK | 104 | Review order appointing pensioner committee. | 0.10 | |
| 11/07/23 | AHS | 104 | Email to Committee with status update. | 0.30 | |
| 11/07/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.40 | |
| 11/08/23 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.60 | |
| 11/09/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 11/13/23 | BM | 104 | Call with Preston Hollow's counsel regarding pending matters. | 0.50 | |
| 11/15/23 | BM | 104 | Calls with Debtors and Bond Trustee's counsel. | 0.60 | |
| 11/17/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.10 | |
| 11/20/23 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 11/20/23 | GAK | 104 | Draft email to Epiq regarding Committee website. | 0.10 | |
| 11/20/23 | OM | 104 | Review and analyze docket and second interim cash collateral order for critical dates and provisions and circulate critical dates and provisions re: same. | 0.40 | |
| 11/21/23 | GAK | 104 | Communications with Epiq regarding establishment of Committee website. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/22/23 | GAK | 104 | Review mock up of proposed Committee website and FAQ and analysis of proposed information to be included. | 0.90 | |
| 11/22/23 | GAK | 104 | Draft email to Epiq regarding Committee website issues. | 0.20 | |
| 11/27/23 | GAK | 104 | Emails with Epiq regarding Committee website and review proposed revisions. | 0.30 | |
| 11/28/23 | BM | 104 | Attend Committee meeting. | 1.00 | |
| 11/28/23 | AHS | 104 | Attend Committee meeting. | 1.00 | |
| 11/28/23 | AHS | 104 | Review of FTI presentation and prepare for meeting. | 0.40 | |
| 11/29/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.80 | |
| 11/29/23 | OM | 104 | Review docket, update critical dates calendar and circulate same to team with reminders. | 0.20 | |
| | | **TASK TOTAL 104** | | **10.70** | **$9,197.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/13/23 | BM | 105 | Analysis regarding potential treatment of pension claims. | 0.90 | |
| 11/28/23 | BM | 105 | Call with bondholder representatives' counsel regarding Committee's informal discovery. | 0.80 | |
| 11/29/23 | BM | 105 | Call with bondholder representatives' counsel regarding discovery issues. | 0.50 | |
| 11/30/23 | BM | 105 | Analysis regarding potential global settlement with bondholders. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 17

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/30/23 | BM | 105 | Analysis regarding draft complaint asserting challenges of bondholders' claims. | 1.30 | |
| | | **TASK TOTAL 105** | | **4.30** | **$3,977.50** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 11/01/23 | GAK | 107 | Review local rules and UST guidelines in connection with fee applications. | 0.30 | |
| 11/01/23 | OM | 107 | Finalize September fee application and circulate to G. Kopacz for review. | 1.60 | |
| 11/01/23 | OM | 107 | Finalize August fee application and send to G. Kopacz for review. | 1.10 | |
| 11/02/23 | GAK | 107 | Review, revise and finalize September fee application for review by A. Sherman. | 2.70 | |
| 11/02/23 | GAK | 107 | Review, revise and finalize August fee application for review by A. Sherman. | 1.60 | |
| 11/07/23 | AHS | 107 | Review of August/September fee statements for Committee review and consideration. | 0.30 | |
| 11/07/23 | GAK | 107 | Email to A. Sherman regarding fee applications. | 0.20 | |
| 11/07/23 | GAK | 107 | Review FTI fee application and related email. | 0.10 | |
| 11/08/23 | GAK | 107 | Email local counsel regarding fee applications. | 0.20 | |
| 11/09/23 | GAK | 107 | Emails with local counsel/FTI regarding FTI fee application. | 0.20 | |
| 11/27/23 | GAK | 107 | Review FTI's October fee statement. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 18

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/29/23 | GAK | 107 | Work on October fee statement. | 1.30 | |
| | | **TASK TOTAL 107** | | **9.80** | **$6,740.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 11/10/23 | GAK | 108 | Review UST objection to MWE fee application. | 0.20 | |
| 11/17/23 | GAK | 108 | Review and evaluate H2C fee application. | 0.10 | |
| | | **TASK TOTAL 108** | | **0.30** | **$232.50** |

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/23 | BM | 109 | Call with Preston Hollow's counsel regarding cash collateral issues. | 1.10 | |
| 11/01/23 | BM | 109 | Analysis regarding adequate protection of bondholders' collateral. | 1.20 | |
| 11/01/23 | BM | 109 | Analysis regarding draft proposed cash collateral order. | 1.10 | |
| 11/01/23 | BM | 109 | Analysis regarding objection to proposed final cash collateral order. | 1.40 | |
| 11/01/23 | AHS | 109 | Call and email to Committee re: cash collateral issues. | 0.30 | |
| 11/01/23 | AHS | 109 | Calls with Debtors and FTI re: cash collateral issues. | 0.40 | |
| 11/01/23 | AHS | 109 | Call with counsel for PH re: cash collateral issues and proposed form of CC order. | 1.00 | |
| 11/01/23 | AHS | 109 | Review and revise cash collateral objection. | 1.60 | |
| 11/01/23 | MS | 109 | E-mails with B. Mankovetskiy and A. Sherman re: objection to final cash collateral order. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 19

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/01/23 | MS | 109 | Calls with B. Mankovetskiy re: objection to final cash collateral order. | 0.20 | |
| 11/01/23 | MS | 109 | Conduct legal research re: 8th Circuit law for objection to final cash collateral order. | 1.90 | |
| 11/01/23 | MS | 109 | Review and revise objection to final cash collateral order. | 6.80 | |
| 11/02/23 | BM | 109 | Analysis and revisions of declaration in support of Committee's objection to final cash collateral order. | 0.70 | |
| 11/02/23 | BM | 109 | Analysis regarding witness and exhibit list for cash collateral hearing. | 0.30 | |
| 11/02/23 | BM | 109 | Analysis and revisions of draft objection to proposed final cash collateral order. | 1.90 | |
| 11/02/23 | BM | 109 | Analysis and revisions of proposed final cash collateral order. | 0.90 | |
| 11/02/23 | BM | 109 | Analysis regarding proposed budget and cash flow projections. | 0.70 | |
| 11/02/23 | AHS | 109 | Have declaration drafted to rebut assertions in reservation of rights. | 0.80 | |
| 11/02/23 | AHS | 109 | Calls with FTI team re: PH reservation of rights. | 0.40 | |
| 11/02/23 | AHS | 109 | Further review and revisions to response to the use of cash collateral and address issues raised by other parties. | 2.20 | |
| 11/02/23 | MS | 109 | Review and revise draft final cash collateral order for exhibit to objection. | 1.70 | |
| 11/02/23 | MS | 109 | E-mails with N. Ganti re: declaration in support of Committee objection to final cash collateral order. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 20

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/02/23 | MS | 109 | Draft declaration in support of Committee objection to final cash collateral order. | 1.50 |  |
| 11/02/23 | MS | 109 | Review accounts receivable reporting. | 0.10 |  |
| 11/02/23 | MS | 109 | Call with A. Sherman re: Master Trustee's reservation or rights re: final cash collateral order. | 0.10 |  |
| 11/02/23 | MS | 109 | Review Master Trustee's reservation or rights re: final cash collateral order. | 0.20 |  |
| 11/02/23 | MS | 109 | E-mails with B. Mankovetskiy and A. Sherman re: revisions to objection to final cash collateral order. | 0.20 |  |
| 11/02/23 | MS | 109 | Confer with B. Mankovetskiy and A. Sherman re: revisions to objection to final cash collateral order. | 0.40 |  |
| 11/02/23 | MS | 109 | Review and revise objection to final cash collateral order. | 4.20 |  |
| 11/03/23 | BM | 109 | Call with the Debtors and Liquidation Trustee's counsel regarding cash collateral. | 0.90 |  |
| 11/03/23 | BM | 109 | Analysis and preparation for Ganti deposition. | 1.20 |  |
| 11/03/23 | BM | 109 | Analysis regarding revised cash flow projections. | 0.70 |  |
| 11/03/23 | BM | 109 | Analysis and revisions of proposed final cash collateral order. | 1.10 |  |
| 11/03/23 | BM | 109 | Analysis and revisions of objection to proposed final cash collateral order and supporting declaration. | 1.90 |  |
| 11/03/23 | AHS | 109 | Calls with counsel for PH and Debtors re: cash collateral issues and discovery requested. | 0.80 |  |

Sills Cummis & Gross P.C.

| Creditors' Committee | | | | | January 1, 2024 |
|---|---|---|---|---|---|

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/03/23 | AHS | 109 | Calls with FTI re: requested deposition of N. Ganti. | 0.40 | |
| 11/03/23 | AHS | 109 | Call with committee re: sale and cash collateral issues. | 0.50 | |
| 11/03/23 | AHS | 109 | Final review of cash collateral objection, declaration and have filed. | 0.40 | |
| 11/03/23 | GAK | 109 | Review Bondholder representative's cash collateral response. | 0.10 | |
| 11/03/23 | MS | 109 | Emails with N. Ganti and C. Zucker re: declaration in support of objection to final cash collateral order. | 0.20 | |
| 11/03/23 | MS | 109 | Emails with B. Gainer re: objection to final cash collateral order. | 0.20 | |
| 11/03/23 | MS | 109 | Calls with B. Mankovetskiy re: revisions to final cash collateral order and N. Ganti declaration. | 0.50 | |
| 11/03/23 | MS | 109 | Review and finalize committee proposed final cash collateral order. | 0.30 | |
| 11/03/23 | MS | 109 | Review and revise N. Ganti declaration in support of objection to final cash collateral order. | 0.50 | |
| 11/03/23 | MS | 109 | Further revise and finalize objection to final cash collateral order for filing. | 0.90 | |
| 11/04/23 | BM | 109 | Analysis regarding potential settlement of Committee's objections to final cash collateral order. | 0.90 | |
| 11/04/23 | BM | 109 | Attend Ganti deposition. | 1.30 | |
| 11/04/23 | AHS | 109 | Calls with FTI in advance of and after deposition. | 0.60 | |
| 11/04/23 | AHS | 109 | Attend deposition of N. Ganti. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 22

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/05/23 | BM | 109 | Analysis and revisions of proposed second interim cash collateral order. | 1.20 | |
| 11/05/23 | BM | 109 | Analysis regarding potential settlement of Committee's objection to final cash collateral order. | 1.10 | |
| 11/05/23 | BM | 109 | Call with Debtors' professionals regarding cash collateral issues. | 0.70 | |
| 11/05/23 | BM | 109 | Analysis regarding proposed revised cash collateral budget. | 0.60 | |
| 11/05/23 | BM | 109 | Analysis regarding Preston Hollow's motion in limine. | 0.60 | |
| 11/05/23 | BM | 109 | Analysis regarding Preston Hollow's reply to Committee's objection to cash collateral order. | 0.80 | |
| 11/05/23 | BM | 109 | Analysis regarding revised second interim cash collateral order. | 0.70 | |
| 11/05/23 | AHS | 109 | Negotiation of interim cash collateral order with parties and review of drafts of proposed interim cash collateral order. | 1.40 | |
| 11/05/23 | MS | 109 | Review draft second interim cash collateral order. | 0.30 | |
| 11/05/23 | MS | 109 | E-mails with B. Mankovetskiy re: draft second interim cash collateral order. | 0.10 | |
| 11/05/23 | MS | 109 | Review Master Trustee's response to Committee objection to final cash collateral order and supporting declaration. | 0.70 | |
| 11/05/23 | MS | 109 | Review Master Trustee's motion in limine to exclude N. Ganti's declaration/testimony. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 23

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/06/23 | BM | 109 | Analysis regarding proposed revised second interim cash collateral order. | 0.80 | |
| 11/06/23 | BM | 109 | Analysis regarding proposed resolution of Committee's objection to cash collateral order. | 1.30 | |
| 11/06/23 | GAK | 109 | Review Bondholder motion in limine to exclude committee testimony regarding cash collateral. | 0.20 | |
| 11/06/23 | GAK | 109 | Review Bondholder response regarding cash collateral. | 0.30 | |
| 11/08/23 | JT | 109 | Review collateral documents and operating reports. | 0.80 | |
| 11/22/23 | AHS | 109 | Review and revise draft document demands for PH. | 0.40 | |
| 11/27/23 | AHS | 109 | Diligence regarding potential claims against PH. | 1.30 | |
| 11/27/23 | AHS | 109 | Review and revise document requests to PH and send out to parties. | 0.40 | |
| 11/28/23 | AHS | 109 | Diligence regarding potential claims and causes of action. | 0.70 | |
| 11/28/23 | AHS | 109 | Meet and confer call with counsel for PH re: document request. | 0.60 | |

|  | TASK TOTAL 109 | | | 63.30 | $58,726.50 |

## 113 – PLAN AND DISCLOSURE STATEMENT

| 11/10/23 | BM | 113 | Analysis regarding plan of liquidation. | 0.80 | |
|---|---|---|---|---|---|
| 11/14/23 | BM | 113 | Correspondence with Debtors' counsel regarding plan issues. | 0.40 | |
| 11/14/23 | BM | 113 | Analysis regarding plan structure and recovery analysis. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 24

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/17/23 | BM | 113 | Analysis regarding proposed plan term sheet. | 1.10 | |
| 11/17/23 | AHS | 113 | Emails with Committee chair re: current status and initial review of term sheet as circulated. | 0.40 | |
| 11/20/23 | BM | 113 | Analysis regarding potential plan framework and global settlement with Preston Hollow. | 1.20 | |
| 11/20/23 | AHS | 113 | Initial review of plan term sheet and email to Committee re: term sheet, plan issues and next steps. | 0.70 | |
| 11/20/23 | AHS | 113 | Calls with Committee members re: plan and term sheet issues. | 0.60 | |
| 11/29/23 | BM | 113 | Call with FTI regarding plan term sheet. | 0.40 | |
| 11/29/23 | BM | 113 | Call with Preston Hollow's counsel regarding proposed plan term sheet. | 0.60 | |
| 11/29/23 | BM | 113 | Analysis regarding proposed revised draft plan term sheet. | 1.20 | |
| 11/29/23 | AHS | 113 | Call with R. Gainer re: plan and plan term sheet issues. | 0.40 | |
| 11/29/23 | AHS | 113 | Call with counsel for Debtors' re: plan and plan term sheet issues. | 0.90 | |
| 11/29/23 | AHS | 113 | Call with FTI re: plan and plan term sheet issues. | 0.60 | |
| 11/29/23 | AHS | 113 | Call with counsel for PH re: plan and plan term sheet issues. | 0.70 | |
| 11/30/23 | BM | 113 | Analysis regarding revisions of proposed plan term sheet. | 0.70 | |

**TASK TOTAL 113**    **11.60**    **$11,375.00**

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 25

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **116 – TRAVEL** (billed at 50%) |  |  |  |  |  |
| 11/05/23 | AHS | 116 | Travel from EWR to Cedar Rapids for hearing. (4.00) | 2.00 |  |
| 11/06/23 | AHS | 116 | Travel from Cedar Rapids to EWR after hearing. (4.00) | 2.00 |  |
|  |  | **TASK TOTAL 116** |  | **4.00** | **$4,300.00** |
|  |  | **TOTAL FEES at Standard Rates** |  | 293.80 | $238,841.00 |
|  |  | **Attorney Fees at Blended Rate of $675** |  | 293.80 | $198,315.00 |
|  |  | **Paralegal Fees at Standard Rate** |  | 0.00 | 0.00 |
|  |  | **TOTAL FEES at Blended Rate** |  | 293.80 | $198,315.00 |

## TASK CODE SUMMARY

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 173.20 | $128,787.00 |
| 102 | Asset Disposition | 16.20 | $15,135.00 |
| 103 | Business Operations | 0.40 | $370.00 |
| 104 | Case Administration | 10.70 | $9,197.50 |
| 105 | Claims Administration and Objections | 4.30 | $3,977.50 |
| 107 | Fee/Employment Applications | 9.80 | $6,740.00 |
| 108 | Fee/Employment Objections | 0.30 | $232.50 |
| 109 | Financing | 63.30 | $58,726.50 |
| 113 | Plan and Disclosure Statement | 11.60 | $11,375.00 |
| 116 | Travel | 4.00 | $4,300.00 |
| | TOTAL FEES at Standard Rates | 293.80 | $238,841.00 |
| | Attorney Fees at Blended Rate of $675 | 293.80 | $198,315.00 |
| | Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | 293.80 | $198,315.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2051051
Page 26

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 28.10 | x | $1,075.00 | = | $30,207.50 |
| Boris Mankovetskiy | 97.20 | x | $925.00 | = | $89,910.00 |
| Jason Teele | 32.10 | x | $895.00 | = | $28,729.50 |
| Michael Savetsky | 68.20 | x | $835.00 | = | $56,947.00 |
| Gregory A. Kopacz | 10.10 | x | $775.00 | = | $7,827.50 |
| Jeffrey Wendler | 3.10 | x | $595.00 | = | $1,844.50 |
| Oleh Matviyishyn | 55.00 | x | $425.00 | = | $23,375.00 |

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 11/20/23 | 222 | Court Reporter Transcript Fees – Everest Court Reporting, LLC, Inv. #37300 (Deposition Transcript of Narendra Ganti 11/4/23) | $562.05 |

**TOTAL DISBURSEMENTS**     **$562.05**

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $198,315.00 |
| Total Disbursements | $562.05 |
| **TOTAL THIS INVOICE** | **$198,877.05** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$238,841.00**) and fees at *Blended Rate* of $675 (**$198,315.00**)** apply.

**includes paralegal fees at standard rates, if applicable