**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: February 22, 2024 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

**FIFTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | December 1, 2023 – December 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $78,678.00 (80% of $98,347.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $4,054.78 |

This is a monthly application.

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $1,075 | 8.8 | $9,460.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $925 | 41.0 | $37,925.00 |
| S. Jason Teele | Member, Bankruptcy First Bar Admission: 2001 | $895 | 25.7 | $23,001.50 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $835 | 21.7 | $18,119.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $775 | 11.3 | $8,757.50 |
| Oleh Matviyishyn | Associate, Bankruptcy First Bar Admission: 2022 | $425 | 37.2 | $15,810.00 |
| **Total Fees at Standard Rates** | | | **145.7** | **$113,073.50** |
| **Total Fees at $675 Blended Hourly Rate[2]** | | | **145.7** | **$98,347.50** |

---

[1] Effective October 1, 2023 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew H. Sherman was increased from $995 to $1,075; the hourly rate of Boris Mankovetskiy was increased from $875 to $925; the hourly rate of Jason Teele was increased from $850 to $895; the hourly rate of Michael Savetsky was increased from $795 to $835; and the hourly rate of Gregory Kopacz was increased from $725 to $775. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $675 blended hourly rate cap.

[2] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 72.9 | $55,685.50 |
| Asset Disposition (102) | 6.2 | $5,765.00 |
| Case Administration (104) | 10.7 | $9,151.50 |
| Claims Administration and Objections (105) | 2.9 | $2,682.50 |
| Fee/Employment Applications (107) | 27.0 | $14,905.00 |
| Fee/Employment Objections (108) | 0.6 | $465.00 |
| Financing (109) | 3.9 | $4,063.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 0.7 | $626.50 |
| Plan and Disclosure Statement (113) | 20.8 | $19,729.00 |
| **Total Fees at Standard Rate** | **145.7** | **$113,073.50** |
| **Total Fees at $675 Blended Rate[1]** | **145.7** | **$98,347.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfare | $1,718.46 |
| Gas for Rental Car | $3.44 |
| Lodging | $746.34 |
| Meals | $57.57 |
| Parking | $166.63 |
| Online Research (Lexis-Nexis) | $1,185.67 |
| Taxi/Car Rental/Car Service | $160.67 |
| WiFi (During Flight) | $16.00 |
| **TOTAL** | **$4,054.78** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: February 22, 2024 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**FIFTH APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Fifth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From December 1, 2023 Through December 31, 2023* (the "Application"), seeking allowance of $78,678.00 (80% of $98,347.50) in fees, *plus* $4,054.78 for reimbursement of actual and necessary expenses, for a total of $82,732.78.

**Background**

1.    On August 7, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.    On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3.    The Committee retained Sills as co-counsel pursuant to this Court's *Order*

*Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the*

*Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

### **Compensation Paid and Its Source**

4.      All services for which compensation is requested were performed for or on behalf

of the Committee.  During the compensation period, Sills received no payment and no promises

for payment from any source other than the Debtors for services to be rendered in any capacity in

connection with the matters covered by this Application.  There is no agreement or

understanding between Sills and any other person, other than with the members, of counsel and

associates of the firm, for the sharing of compensation to be received in these cases.

### **Fee Statements**

5.      The fee statement for this period is attached as **<u>Exhibit A</u>**.  To the best of Sills'

knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331,

the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and*

*Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases Effective November 1, 2013*, and the Compensation Order.

### **Summary of Services by Project**

A.      <u>Asset Analysis and Recovery</u>

Fees: $55,685.50;      Total Hours: 72.9

This category includes time spent: (a) analyzing alleged liens asserted against the

Debtors' assets and properties and conducting related research and analysis, including reviewing

operating agreements and other documents; (b) conducting research and analysis related to

potential claims and causes of action against third parties, including pursuant to section 544(a) of

the Bankruptcy Code; (c) reviewing and analyzing documents produced in response to discovery

requests and preparing additional document requests; (d) preparing a lien challenge complaint

and addressing related matters; and (e) communicating with opposing counsel and others

regarding the foregoing and related matters.

    B.    <u>Asset Disposition</u>

    Fees: $5,765.00;    Total Hours: 6.2

This category includes time spent: (a) conducting analysis related to the disposition of the

Debtors' interests in various affiliates and other remaining assets and proposed banker fees

related thereto; (b) reviewing a motion to reconsider the court's prior sale order and a proposed

order resolving same; (c) analyzing and addressing sale closing matters; and (d) communicating

with the Debtors' advisors and Preston Hollow's counsel regarding the foregoing and other

matters.

    C.    <u>Case Administration</u>

    Fees: $9,151.50;    Total Hours: 10.7

This category includes time spent: (a) attending Committee meetings; (b) preparing

updates for the Committee members; (c) reviewing documents produced in response to discovery

requests; (d) reviewing motions, pleadings, and other court filings; and (e) communicating with

the Committee members and Debtors' counsel regarding the foregoing and related matters.

    D.    <u>Claims Administration and Objections</u>

    Fees: $2,682.50;    Total Hours: 2.9

This category includes time spent analyzing claims, counterclaims, claim recovery

scenarios, claim stipulations and a motion seeking authorization to settle employee bonus claims.

    E.    <u>Fee/Employment Applications</u>

    Fees: $14,905.00;    Total Hours: 27.0

This category includes time spent: (a) preparing Sills' October, November and first

interim fee applications; (b) reviewing the Committee's financial advisor's fee applications; and

(c) communicating with the Committee's other advisors regarding the foregoing and related

matters.

      F.      <u>Fee/Employment Objections</u>

      Fees: $465.00;      Total Hours: 0.6

This category includes time spent: (a) reviewing the Debtors' professionals' fee

applications; and (b) reviewing fee objections filed by the U.S. Trustee.

      G.      <u>Financing</u>

      Fees: $4,063.50;      Total Hours: 3.9

This category includes time spent: (a) addressing "challenge"-related matters; (b)

preparing for a cash collateral hearing; (c) analyzing a cash collateral stipulation; and (d)

communicating with the Committee members, the Committee's other advisors, and Preston

Hollow's counsel regarding the foregoing and related matters.

      H.      <u>Litigation (Other than Avoidance Action Litigation)</u>

      Fees: $626.50;      Total Hours: 0.7

This category includes time spent reviewing and revising an amended complaint.

      I.      <u>Plan and Disclosure Statement</u>

      Fees: $19,729.00;      Total Hours: 20.8

This category includes time spent: (a) analyzing matters related to a potential consensual

chapter 11 plan of liquidation, including analyzing a related term sheet, projected creditor

recoveries, and a potential global settlement with key case constituencies; (b) analyzing the

Debtors' motion to extend their plan exclusivity periods; and (c) communicating with the

Committee members, the Committee's other advisors, the Debtors' counsel, Preston Hollow's

counsel and others regarding the foregoing and related matters.

## <u>Conclusion</u>

6.      Sills submits the amounts sought are fair and reasonable given (a) the complexity

of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value

of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums $78,678.00

(80% of $98,347.50) as compensation, *plus* $4,054.78 for reimbursement of actual and necessary

expenses, for a total of $82,732.78, and that such amount be authorized for payment.

Dated: February 8, 2024                              Respectfully submitted,

                                                     */s/ Andrew H. Sherman*
                                                     Andrew H. Sherman, NJS Bar No. 042731991
                                                     (admitted *pro hac vice*)
                                                     Boris I. Mankovetskiy, NJS Bar No. 012862001
                                                     (admitted *pro hac vice*)
                                                     SILLS CUMMIS & GROSS, P.C.
                                                     One Riverfront Plaza
                                                     Newark, New Jersey 07102
                                                     Telephone:  973-643-7000
                                                     Facsimile:  973-643-6500
                                                     E-mail:  asherman@sillscummis.com
                                                                  bmankovetskiy@sillscummis.com

                                                     -and-

                                                     */s/ Robert C. Gainer*
                                                     Robert C. Gainer IS9998471
                                                     CUTLER LAW FIRM, P.C.
                                                     1307 50th Street
                                                     West Des Moines, Iowa 50266
                                                     Telephone:    515-223-6600
                                                     Facsimile:    515-223-6787
                                                     E-mail:  rgainer@cutlerfirm.com

                                                     *Attorneys for The Official Committee of Unsecured*
                                                     *Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | January 31, 2024 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2053062 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through December 31, 2023

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 12/01/23 | BM | 101 | Analysis regarding lien investigation. | 1.30 | |
| 12/01/23 | BM | 101 | Analysis regarding investigation of potential claims against bondholder representatives. | 1.70 | |
| 12/01/23 | JT | 101 | E-mail to M. Savetsky regarding Lender Complaint. | 0.30 | |
| 12/04/23 | BM | 101 | Analysis regarding draft complaint against bondholder representatives. | 1.10 | |
| 12/04/23 | JT | 101 | E-mail to K. Walsh regarding Preston Hollow Discovery. | 0.20 | |
| 12/04/23 | MS | 101 | Draft challenge complaint against Master Trustee and Preston Hollow. | 4.10 | |
| 12/05/23 | BM | 101 | Analysis and revisions of draft complaint against bondholder representatives. | 2.40 | |
| 12/05/23 | JT | 101 | Review/revise draft complaint vs lenders. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/05/23 | MS | 101 | E-mails with J. Teele and A. Sherman re: challenge complaint against Master Trustee and Preston Hollow. | 0.10 | |
| 12/05/23 | MS | 101 | Draft challenge complaint against Master Trustee and Preston Hollow. | 3.80 | |
| 12/06/23 | BM | 101 | Analysis regarding informal discovery to bondholder representatives. | 0.80 | |
| 12/06/23 | BM | 101 | Analysis regarding investigation of potential affirmative claims against bondholder representatives. | 1.10 | |
| 12/06/23 | JT | 101 | Review bondholder production. | 0.80 | |
| 12/06/23 | MS | 101 | Revise draft challenge complaint against Master Trustee and Preston Hollow. | 0.10 | |
| 12/06/23 | MS | 101 | Review documents produced by Preston Hollow re: Committee's informal document requests. | 0.80 | |
| 12/07/23 | BM | 101 | Analysis regarding investigation of causes of action against Preston Hollow. | 1.80 | |
| 12/07/23 | MS | 101 | Review documents produced by Preston Hollow re: Committee's informal document requests. | 4.10 | |
| 12/07/23 | OM | 101 | Review documents produced by Preston Hollow for violations of NDA. | 3.70 | |
| 12/08/23 | BM | 101 | Analysis regarding Preston Hollow's productions in response to Committee's informal discovery. | 0.90 | |
| 12/08/23 | BM | 101 | Analysis regarding complaint against bondholder representatives. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/08/23 | JT | 101 | Continue review of debtors' document production. | 4.80 | |
| 12/08/23 | OM | 101 | Draft document review summary and circulate to J. Teele. | 0.20 | |
| 12/08/23 | OM | 101 | Finalize reviewing documents provided by Preston Hollow re: violation of NDA. | 4.10 | |
| 12/10/23 | MS | 101 | Review documents produced by Preston Hollow re: Committee's informal document requests. | 0.70 | |
| 12/11/23 | BM | 101 | Analysis regarding potential global settlement with bondholders and plan term sheet. | 1.20 | |
| 12/11/23 | BM | 101 | Analysis regarding discovery standstill with Preston Hollow and extension of challenge deadlines. | 0.70 | |
| 12/11/23 | JT | 101 | Continued review of bondholder document production. | 3.60 | |
| 12/11/23 | JT | 101 | Analyze potential claims against bondholders. | 1.30 | |
| 12/11/23 | MS | 101 | Review documents produced by Preston Hollow re: Committee's informal document requests. | 3.50 | |
| 12/11/23 | MS | 101 | E-mails with J. Teele re: documents produced by Preston Hollow re: Committee's informal document requests. | 0.20 | |
| 12/11/23 | MS | 101 | Review e-mails from A. Sherman and K. Walsh re: standstill on discovery and agreement re: challenge deadline and cash collateral hearing. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/11/23 | OM | 101 | Correspondence with B. Mankovetskiy re: disposition of membership interest in debtor's joint-ventures. | 0.10 | |
| 12/11/23 | OM | 101 | Analysis of debtor's joint-ventures' operating documents for disposition of membership interests and circulate results to B. Mankovetskiy. | 2.30 | |
| 12/12/23 | BM | 101 | Analysis regarding Debtors' IASC membership interests. | 1.40 | |
| 12/12/23 | JT | 101 | Continued review of Preston Hollow document production. | 3.10 | |
| 12/12/23 | MS | 101 | E-mails with O. Matviyishyn re: agreement re: challenge deadline and cash collateral hearing. | 0.10 | |
| 12/12/23 | MS | 101 | Confer with O. Matviyishyn re: research on proceeds of collateral in deposit account. | 0.20 | |
| 12/12/23 | MS | 101 | Review legal research re: proceeds of collateral in deposit account. | 0.20 | |
| 12/12/23 | OM | 101 | Correspondence and update from M. Savetsky re: 544(a) strong arm power research in relation to liens on deposit accounts. | 0.30 | |
| 12/13/23 | JT | 101 | Continue review of document and production. | 2.20 | |
| 12/13/23 | JT | 101 | Review and revise document request. | 0.80 | |
| 12/13/23 | MS | 101 | Draft list of deficiencies in document production by Preston Hollow re: Committee's informal document requests. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/14/23 | OM | 101 | Review and make additions to follow up document production request from Preston Hollow and correspondence re: same. | 0.70 | |
| 12/14/23 | OM | 101 | Research 544(a) strong arm power and its interplay with control of deposit accounts. | 1.10 | |
| 12/15/23 | OM | 101 | Continue research on 544(a) strong arm power and trumping liens on proceeds of collateral. | 0.80 | |
| 12/18/23 | BM | 101 | Analysis regarding deficiencies in Preston Hollow's discovery productions. | 0.70 | |
| 12/18/23 | MS | 101 | Revise list of deficiencies in document production by Preston Hollow re: Committee's informal document requests. | 0.10 | |
| 12/18/23 | OM | 101 | Continue 544(a) strong arm power and its effect on proceeds of collateral. | 0.40 | |
| 12/21/23 | JT | 101 | Review internal memo regarding discovery. | 0.40 | |
| 12/29/23 | OM | 101 | Continue research on 544(a) strong arm power as it relates to proceeds of collateral. | 2.20 | |
| 12/30/23 | OM | 101 | Finalize research on 544(a) strong arm power and how it relates to proceeds of collateral. | 3.10 | |
| | | **TASK TOTAL 101** | | **72.90** | **$55,685.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 6

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 12/12/23 | BM | 102 | Analysis regarding investment banker fees for disposition of remaining assets. | 0.60 | |
| 12/12/23 | BM | 102 | Analysis regarding disposition of Debtors' interests in various affiliates. | 1.70 | |
| 12/13/23 | BM | 102 | Call with Debtors' professionals regarding disposition of remaining assets. | 0.40 | |
| 12/13/23 | BM | 102 | Call with Preston Hollow's and Debtors' counsel regarding investment banker fees for remaining assets. | 0.30 | |
| 12/13/23 | AHS | 102 | Address issues re: H2C requested compensation and call with Debtors' counsel and counsel for PH re: H2C and sale of assets. | 0.60 | |
| 12/15/23 | BM | 102 | Analysis regarding sale closing issues. | 1.10 | |
| 12/15/23 | BM | 102 | Analysis regarding correspondence between the Debtors and Altera regarding contract and transition issues. | 0.90 | |
| 12/18/23 | MS | 102 | Review EverBank's motion to reconsideration of sale order. | 0.20 | |
| 12/18/23 | MS | 102 | Review proposed order resolving EverBank's motion to reconsideration of sale order. | 0.20 | |
| 12/18/23 | MS | 102 | E-mails with A. Sherman re: proposed order resolving EverBank's motion to reconsideration of sale order. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/22/23 | GAK | 102 | Review motion to compel assumption/rejection. | 0.10 | |
| | | **TASK TOTAL 102** | | **6.20** | **$5,765.00** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 12/04/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | |
| 12/04/23 | GAK | 104 | Review notification regarding upcoming hearing. | 0.10 | |
| 12/05/23 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.10 | |
| 12/06/23 | BM | 104 | Call with Committee chair regarding pending matters. | 0.60 | |
| 12/06/23 | BM | 104 | Prepare Committee update. | 0.50 | |
| 12/07/23 | JT | 104 | Review Preston Hollow document production. | 6.20 | |
| 12/08/23 | BM | 104 | Attend Committee meeting. | 0.80 | |
| 12/08/23 | GAK | 104 | Review notification regarding hearing on sale and exclusivity motion. | 0.10 | |
| 12/11/23 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.40 | |
| 12/11/23 | BM | 104 | Prepare an update for Committee. | 0.40 | |
| 12/11/23 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 12/12/23 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.10 | |
| 12/18/23 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 8

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/19/23 | GAK | 104 | Review notification regarding Friday hearing on cash collateral, plan exclusivity, cash management and sale objections. | 0.10 | |
| 12/28/23 | GAK | 104 | Review Debtor's amended schedules. | 0.10 | |
| 12/28/23 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| | | **TASK TOTAL 104** | | **10.70** | **$9,151.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 12/06/23 | BM | 105 | Analysis regarding Humana stipulation. | 0.30 | |
| 12/08/23 | BM | 105 | Analysis regarding potential recovery scenarios. | 1.10 | |
| 12/22/23 | BM | 105 | Analysis of Debtors' correspondence with Altera regarding claims and counterclaims. | 1.10 | |
| 12/29/23 | BM | 105 | Analysis regarding motion for authority to settle employee bonus repayment issues. | 0.40 | |
| | | **TASK TOTAL 105** | | **2.90** | **$2,682.50** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 12/11/23 | GAK | 107 | Call with FTI regarding October fee statement. | 0.10 | |
| 12/11/23 | GAK | 107 | Prepare October fee statement. | 3.20 | |
| 12/11/23 | GAK | 107 | Emails with A. Sherman regarding October fee statement. | 0.20 | |
| 12/11/23 | GAK | 107 | Communications with local counsel and FTI regarding fee statement. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/14/23 | GAK | 107 | Emails with FTI regarding fee statements. | 0.10 | |
| 12/14/23 | GAK | 107 | Work on November fee statement. | 0.60 | |
| 12/14/23 | OM | 107 | Begin drafting November fee statement. | 0.80 | |
| 12/14/23 | OM | 107 | Correspondence with G. Kopacz re: preparation of November fee statement and review preliminary bill. | 0.40 | |
| 12/15/23 | GAK | 107 | Email from O. Matviyishn regarding fee application. | 0.20 | |
| 12/15/23 | OM | 107 | Finalize draft of November fee statement and circulate to G. Kopacz for review. | 5.80 | |
| 12/18/23 | GAK | 107 | Work on November fee statement. | 0.40 | |
| 12/18/23 | OM | 107 | Correspondence with G. Kopacz re: monthly fee statements. | 0.20 | |
| 12/20/23 | GAK | 107 | Research for first interim fee application and comunications with B. Mankovetskiy and O. Matviyishyn regarding same. | 0.30 | |
| 12/20/23 | GAK | 107 | Review, revise and update draft November fee statement. | 2.80 | |
| 12/21/23 | GAK | 107 | Review and comment on FTI November fee statement and email FTI regarding same. | 0.40 | |
| 12/21/23 | GAK | 107 | Finalize November fee statement for review by A. Sherman. | 0.50 | |
| 12/27/23 | OM | 107 | Correspondence with G. Kopacz re: drafting first interim fee application. | 0.10 | |
| 12/27/23 | OM | 107 | Begin draft of first interim fee application. | 5.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 10

---

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/28/23 | GAK | 107 | Work on interim fee application and communications with O. Matviyishyn regarding same. | 0.50 | |
| 12/28/23 | OM | 107 | Continue drafting first interim fee application. | 3.60 | |
| 12/28/23 | OM | 107 | Finalize first interim fee application and circulate to G. Kopacz for review. | 0.90 | |
| 12/29/23 | GAK | 107 | Work on interim fee application. | 0.30 | |
| | | **TASK TOTAL 107** | | **27.00** | **$14,905.00** |

### 108 – FEE/EMPLOYMENT OBJECTIONS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 12/04/23 | GAK | 108 | Review Debtors' professionals' October fee statements. | 0.10 | |
| 12/15/23 | GAK | 108 | Review UST Fee objection. | 0.10 | |
| 12/19/23 | GAK | 108 | Review Debtors' professionals' fee applications. | 0.20 | |
| 12/28/23 | GAK | 108 | Review UST objections to MWE and FTI fee applications. | 0.20 | |
| | | **TASK TOTAL 108** | | **0.60** | **$465.00** |

### 109 – FINANCING

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 12/02/23 | AHS | 109 | Follow up on counsel for PH call with next steps to address challenge deadline. | 0.40 | |
| 12/02/23 | AHS | 109 | Calls and emails with counsel for PH re: challenge deadline and term sheet. | 0.40 | |
| 12/05/23 | BM | 109 | Analysis regarding witness and exhibit list for continued cash collateral hearing. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 11

| Date | | | | HOURS | AMOUNT |
|------|------|------|------|-------|--------|
| 12/05/23 | AHS | 109 | Review and revise exhibit and witness list in advance of upcoming hearing and email to R. Gainer re: same. | 0.40 | |
| 12/06/23 | AHS | 109 | Initial review of PH document production. | 0.30 | |
| 12/08/23 | AHS | 109 | Address and review discovery re: potential claims against PH. | 0.60 | |
| 12/10/23 | AHS | 109 | Call with counsel for PH re: challenge issues and upcoming hearing. | 0.30 | |
| 12/11/23 | AHS | 109 | Emails with Committee and members re: challenge deadline and continuance of hearing regarding cash collateral. | 0.30 | |
| 12/11/23 | AHS | 109 | Emails and calls with counsel for PH re: challenge deadline and continuance of hearing. | 0.40 | |
| 12/12/23 | BM | 109 | Analysis regarding cash collateral extension stipulation. | 0.30 | |
| 12/18/23 | MS | 109 | Review proposed order adjourning cash collateral hearing. | 0.10 | |
| | | **TASK TOTAL 109** | | **3.90** | **$4,063.50** |

## 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| 12/12/23 | JT | 110 | Review and revise amended complaint re: Preston Hollow. | 0.70 | |
|------|------|------|------|-------|--------|
| | | **TASK TOTAL 110** | | **0.70** | **$626.50** |

## 113 – PLAN AND DISCLOSURE STATEMENT

| 12/04/23 | BM | 113 | Analysis regarding potential consensual plan of liquidation and global settlement with bondholder representatives. | 1.60 | |
|------|------|------|------|-------|--------|

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/04/23 | BM | 113 | Call with FTI regarding plan term sheet. | 0.50 | |
| 12/04/23 | AHS | 113 | Call with counsel for Mercy re: plan term sheet and cash collateral issues. | 0.40 | |
| 12/05/23 | BM | 113 | Analysis regarding Debtors' motion to extend exclusivity. | 0.40 | |
| 12/05/23 | BM | 113 | Analysis regarding plan term sheet. | 1.10 | |
| 12/05/23 | BM | 113 | Analysis regarding potential global settlement with Preston Hollow. | 0.80 | |
| 12/06/23 | BM | 113 | Call with FTI regarding draft plan term sheet. | 0.60 | |
| 12/06/23 | BM | 113 | Analysis and revisions of proposed plan term sheet. | 1.60 | |
| 12/06/23 | AHS | 113 | Call with FTI re: plan term sheet. | 0.60 | |
| 12/06/23 | AHS | 113 | Revise and formulate plan term sheet in response to document received from PH. | 1.20 | |
| 12/06/23 | AHS | 113 | Call with committee member re: plan term sheet and follow up re: same. | 0.40 | |
| 12/06/23 | AHS | 113 | Email to Committee re: status update. | 0.40 | |
| 12/06/23 | MS | 113 | Review Debtors' motion to extend exclusivity, proposed order and revised proposed order. | 0.30 | |
| 12/06/23 | MS | 113 | Draft email to Committee re: Debtors' motion to extend exclusivity. | 0.40 | |
| 12/06/23 | MS | 113 | Call with B. Mankovetskiy re: Debtors' motion to extend exclusivity. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/06/23 | MS | 113 | Draft email to Committee re: update on exclusivity extension motion, draft challenge complaint against Master Trustee and Preston Hollow, and plan term sheet negotiations. | 1.10 | |
| 12/06/23 | MS | 113 | Review proposed draft plan term sheet and revisions thereto. | 0.50 | |
| 12/07/23 | BM | 113 | Analysis regarding bondholders' projected waterfall analysis. | 0.70 | |
| 12/08/23 | BM | 113 | Analysis and revisions regarding proposed plan term sheet. | 1.20 | |
| 12/08/23 | GAK | 113 | Review Debtors' exclusivity extension motion. | 0.20 | |
| 12/08/23 | GAK | 113 | Review Bondholder Representative's objection to exclusivity extension motion. | 0.20 | |
| 12/13/23 | BM | 113 | Analysis regarding draft plan term sheet and projected waterfall scenarios. | 1.70 | |
| 12/15/23 | BM | 113 | Analysis regarding potential global settlement with bondholders. | 0.90 | |
| 12/19/23 | BM | 113 | Analysis regarding potential global settlement with Debtors and Bondholder Representatives. | 1.10 | |
| 12/22/23 | BM | 113 | Analysis regarding proposed revised plan term sheet. | 0.70 | |
| 12/22/23 | AHS | 113 | Call with counsel for Debtors and PH re: term sheet and plan negotiations. | 0.80 | |
| 12/22/23 | AHS | 113 | Review and analysis of plan term sheet as circulated by counsel for PH. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee                                           January 31, 2024
                                            Client/Matter No. 08650147.000001
                                                            Invoice: 2053062
                                                                    Page 14

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/24/23 | AHS | 113 | Email to committee re: plan term sheet. | 0.40 | |
| 12/24/23 | AHS | 113 | Call with R. Gainer re: term sheet issues. | 0.20 | |
| | | | **TASK TOTAL 113** | **20.80** | **$19,729.00** |
| | | | **TOTAL FEES at Standard Rates** | **145.70** | **$113,073.50** |
| | | | **Attorney Fees at Blended Rate of $675** | **145.70** | **$98,347.50** |
| | | | **Paralegal Fees at Standard Rate** | **0.00** | **0.00** |
| | | | **TOTAL FEES at Blended Rate** | **145.70** | **$98,347.50** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 72.90 | $55,685.50 |
| 102 | Asset Disposition | | 6.20 | $5,765.00 |
| 104 | Case Administration | | 10.70 | $9,151.50 |
| 105 | Claims Administration and Objections | | 2.90 | $2,682.50 |
| 107 | Fee/Employment Applications | | 27.00 | $14,905.00 |
| 108 | Fee/Employment Objections | | 0.60 | $465.00 |
| 109 | Financing | | 3.90 | $4,063.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 0.70 | $626.50 |
| 113 | Plan and Disclosure Statement | | 20.80 | $19,729.00 |
| | TOTAL FEES at Standard Rates | | 145.70 | $113,073.50 |
| | Attorney Fees at Blended Rate of $675 | | 145.70 | $98,347.50 |
| | Paralegal Fees at Standard Rate | | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | | 145.70 | $98,347.50 |

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Andrew H. Sherman | 8.80 | x | $1,075.00 | = | $9,460.00 |
| Boris Mankovetskiy | 41.00 | x | $925.00 | = | $37,925.00 |
| Jason Teele | 25.70 | x | $895.00 | = | $23,001.50 |
| Michael Savetsky | 21.70 | x | $835.00 | = | $18,119.50 |
| Gregory A. Kopacz | 11.30 | x | $775.00 | = | $8,757.50 |
| Oleh Matviyishyn | 37.20 | x | $425.00 | = | $15,810.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 15

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 09/28/23 | 291 | Airfare – AHS (attend auction in Chicago) | $544.35 |
| 10/03/23 | 382 | Meals – AHS (attend auction in Chicago) | $15.56 |
| 10/04/23 | 293 | Lodging – AHS (attend auction in Chicago) | $603.08 |
| 10/04/23 | 294 | Taxi/Car Rental/Car Service – AHS (attend auction in Chicago) | $17.92 |
| 10/04/23 | 294 | Taxi/Car Rental/Car Service – AHS (attend auction in Chicago) | $83.35 |
| 10/05/23 | 295 | Parking – AHS (attend auction in Chicago) | $84.25 |
| 10/13/23 | 291 | Airfare – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $1,174.11 |
| 10/13/23 | 287 | Miscellaneous Expenses (flight WiFi) – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $16.00 |
| 11/05/23 | 382 | Meals – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $23.47 |
| 11/05/23 | 297 | Miscellaneous Travel (gas for rental car) – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $3.44 |
| 11/06/23 | 382 | Meals – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $18.54 |
| 11/06/23 | 293 | Lodging – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $143.26 |
| 11/06/23 | 294 | Taxi/Car Rental/Car Service – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $59.40 |
| 11/06/23 | 295 | Parking – AHS (attend omnibus hearing re: cash collateral, etc. in Cedar Rapids) | $82.38 |
| 12/15/23 | 379 | Lexis-Nexis | $1,185.67 |

**TOTAL DISBURSEMENTS** | | | **$4,054.78**

Sills Cummis & Gross P.C.

Creditors' Committee

January 31, 2024
Client/Matter No. 08650147.000001
Invoice: 2053062
Page 16

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $98,347.50 |
| Total Disbursements | $4,054.78 |
| **TOTAL THIS INVOICE** | **$102,402.28*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$113,073.50**) and fees at *Blended Rate* of $675 (**$98,347.50**)** apply.

**includes paralegal fees at standard rates, if applicable