IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FEBRUARY 22, 2024 HEARING ON EXCLUSIVITY MOTION**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on August 7, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 554] (the "Exclusivity Motion").

**WHEREAS,** on December 6, 2023, Preston Hollow Community Capital, Inc. and Computershare Trust Company, N.A. (collectively, the "Bondholders") filed an objection to the Exclusivity Motion [Docket No. 559] (the "Bondholders' Objection").

**WHEREAS,** the Court was scheduled to hearing the Exclusivity Motion and the Bondholders' Objection on February 12, 2024 (the "February 12th Hearing").

**WHEREAS,** at the February 12th Hearing, the Debtors and the Bondholders announced that they had reached an agreement to continue consideration of the Exclusivity Motion and the Bondholders' Objection to the hearing already scheduled for February 22, 2024 in this case in order to allow the parties to continue working through issues related to a chapter 11 plan of liquidation.

**NOTICE IS HEREBY GIVEN THAT** a hearing to consider entry of the Exclusivity Motion and the Bondholders' Objection thereto has been set for **February 22, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**NOTICE IS FURTHER PROVIDED THAT** the Debtors deadline to file a reply to the Bondholders' Objection is February 21, 2024.

**DATED** this 12th day of February, 2024

                        Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:    rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
      kmstanger@nyemaster.com
      dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:    fperlman@mwe.com
        dsimon@mwe.com
        ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201

Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this February 12, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

3