UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

**PROCEEDING MEMO AND ORDER**

Date of In-Court Hearing: February 12, 2024
Hearing on: Debtor's Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Doc. 554) & Debtor's Motion for Entry of Order Establishing Administrative Claims Bar Date, Approving Form Manner, and Sufficiency of Notice Thereof, and Approving Proof of Administrative Claim Form (Doc. 694)

APPEARANCES:

Attorney Roy Ryan Leaf for Debtors
Attorney Kristina Stanger for Debtors, via telephone
Attorney Janet G. Reasoner for the United States Trustee
Attorney Peter Chalik for Computershare Trust Company, N.A., as Trustee, and
 Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Megan M. Preusker for Computershare Trust Company, N.A., as Trustee,
 and Preston Hollow Community Capital, Inc., as Bondholder
 Representative, via telephone
Attorney Andrew H. Sherman for the Official Committee of Unsecured Creditors,
 via telephone
Attorney Bradley R. Kruse for Hayes Locums, LLC; MediRevv, LLC; and Kronos
 Incorporated aka UKG Inc., via telephone
Attorney Robert Westermann for Owens & Minor, Inc., via telephone

**IT IS ORDERED THAT**:

Debtor's Motion for Entry of Order Establishing Administrative Claims Bar Date,

Approving Form Manner, and Sufficiency of Notice Thereof, and Approving Proof of Administrative Claim Form is GRANTED by separate order.

Debtors' Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement is hereby continued and reset for

> **February 22, 2024 at 10:30 AM**
> At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

All parties wishing to *listen-in only* may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please **mute** yourself after you join the conference.

Ordered:
February 12, 2024

Thad J. Collins
Chief Bankruptcy Judge