# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS

On August 7, 2023 (the "Petition Date") Mercy Hospital Iowa City, Iowa and certain of its affiliates and subsidiaries, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Iowa (the "Bankruptcy Court").

On February 12, 2024, the Bankruptcy Court entered an order [Docket No. 740] (the "Administrative Claims Bar Date Order") establishing **March 15, 2024 at 5:00 p.m. (prevailing Central Time)** (the "Administrative Claims Bar Date") as the deadline to file claims arising under Bankruptcy Code section 503(b)(1) through (9) and 507(a)(2) ("Proofs of Administrative Claims") that (a) may have arisen, accrued, or otherwise become due and payable at any time between the Petition Date and February 1, 2024 (including those beginning and ending dates) or (b) solely with respect to claims arising under Bankruptcy Code section 503(b)(9) is for the value of any goods received by the Debtors within 20 days before the Petition Date that were sold to the Debtors in the ordinary course of the Debtors' business.

The Administrative Claims Bar Date and the procedures set forth below for the filing of Proofs of Administrative Claims against the Debtors apply to all administrative claims against the Debtors that (a) arose (or are deemed to have arisen) between the Petition Date and February 1, 2024 (including those beginning and ending dates) or (b) solely with respect to claims arising under Bankruptcy Code section 503(b)(9) are for the value of any goods received by the Debtors within 20 days before the Petition Date, that were sold to the Debtors in the ordinary course of the Debtors' business, except for the types of claims listed in Section 2 below.

You may obtain a copy of the Administrative Claims Bar Date Order and other case pleadings, including the Schedules (as defined below), at the Debtors' case website (https://dm.epiq11.com/case/mercyhospital) or the Bankruptcy Court's website (https://www.ianb.uscourts.gov/) (for a fee). Copies of case pleadings also may be examined between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Bankruptcy Court (the "Clerk"), 111 7th Ave. SE, Cedar Rapids, IA 52401. Finally, copies of case pleadings also may be obtained by written request to Epiq Corporate Restructuring, LLC ("Epiq"), the Debtors' court-appointed claims and noticing agent, at MercyInfo@epiqglobal.com.

1. **WHO MUST FILE A PROOF OF ADMINISTRATIVE CLAIM FORM**

You must file a Proof of Administrative Claim (a "Proof of Administrative Claim Form") to share in distributions from the Debtors' bankruptcy estates if you hold an administrative claim arising under Bankruptcy Code sections 503(b)(1) through (9) and 507(a)(2) that (a) arose (or is deemed to have arisen) between the Petition Date and February 1, 2024 (including those beginning and ending dates) or (b) solely with respect to claims arising under Bankruptcy Code section 503(b)(9) are for the value of any goods received by the Debtors within 20 days before the Petition Date that were sold to the Debtors in the ordinary course of the Debtors' business, and it is not one of the kinds of claims set forth in Section 2.

2. **EXCLUDED CLAIMS**

You do not need to file a Proof of Administrative Claim Form if:

(a) you hold an Administrative Claim on account of which a request for payment of Administrative Claim already has been properly filed with Epiq, if such request clearly sets forth that such party is asserting an Administrative Claim and includes supporting documentation;

(b) you hold an Administrative Claim that was previously allowed or paid pursuant to an order of the Court;

(c) you hold an Administrative Claim that was asserted by professionals retained by the Debtors, the Committee, or the Pension Committee, to the extent that such claims are for services performed and reimbursement of expenses incurred in the Chapter 11 Cases;

(d) you hold an Administrative Claim that was asserted by the U.S. Trustee for statutory fees required to be paid by the Debtors;

(e) you are a current employee of the Debtors asserting an Administrative Claim for wages or salaries earned between August 7, 2023 and February 1, 2024; or

(f) you hold an Administrative Claim specifically exempted from the Administrative Claims Bar Date pursuant to a separate order of the Court in full force and effect.

**You should not file a Proof of Administrative Claim Form if you do not have a claim against the Debtors. The fact that you received this notice does not mean that you have a claim against the Debtors.**

**Additional copies of Proof of Administrative Claim Forms can be obtained at the Debtors' case website, https://dm.epiq11.com/case/mercyhospital or by emailing your request to MercyInfo@epiqglobal.com.**

3. **WHAT FORMS AND DOCUMENTS TO FILE**

Any Proof of Administrative Claim Form previously and properly filed with either Epiq or the Clerk prior to the mailing of this Notice shall be deemed to be, and shall be treated as, a timely-filed claim subject to the rights of the Debtors or any party-in-interest to object to the allowance thereof. No additional Proof of Administrative Claim Form is required to be asserted with respect to such a previously-filed claim.

If you have not filed your proof of administrative claim yet, a Proof of Administrative Claim Form should be submitted on the Proof of Administrative Claim Form enclosed with this notice. Additional copies of the Proof of Administrative Claim Form and general information related to these cases can be obtained at: https://dm.epiq11.com/case/mercyhospital or by emailing your request to MercyInfo@epiqglobal.com.

4.      **WHERE TO SEND PROOF OF ADMINISTRATIVE CLAIM FORM**

Persons or entities filing Proof of Administrative Claim Forms must be sent to the following addresses:

> If by regular mail:
>
> Mercy Hospital, Iowa City, Iowa
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420
>
> If by overnight mail, courier service, or hand delivery:
>
> Mercy Hospital, Iowa City, Iowa
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> 10300 SW Allen Blvd.
> Beaverton, OR 97005

Alternatively, claimants may submit a Proof of Administrative Claim Form electronically by completing the Proof of Administrative Claim Form that can be accessed at Epiq's website, https://dm.epiq11.com/case/mercyhospital.

Proof of Administrative Claim Forms will be deemed timely and properly filed only if such forms are **actually received** by Epiq on or before the Administrative Claims Bar Date. Do **not** file your Proof of Administrative Claim Form with the Clerk.

**Proof of Administrative Claim Forms shall NOT be submitted by facsimile, telecopy, e-mail, or other electronic means (except for those submitted on Epiq's website), and Proof of Administrative Claim Forms submitted by such means shall not be deemed timely filed.**

Time-stamped copies of Proof of Administrative Claim Forms will not be returned unless you provide Epiq with a copy of your Proof of Administrative Claim Form and a self-addressed, postage pre-paid, envelope.

5. **CONSEQUENCES OF FAILURE TO TIMELY FILE PROOF OF ADMINISTRATIVE CLAIMS FORMS**

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF ADMINISTRATIVE CLAIM FORM IN THE FORM AND MANNER SPECIFIED IN THE ADMINISTRATIVE CLAIMS BAR DATE ORDER AND THAT FAILS TO DO SO ON OR BEFORE THE ADMINISTRATIVE CLAIMS BAR DATE: (I) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, THEIR ESTATES, OR THE PROPERTY OF ANY OF THEM, OR THEREAFTER FILING A PROOF OF ADMINISTRATIVE CLAIM FORM WITH RESPECT THERETO IN THE CHAPTER 11 CASES; AND (II) SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM THE DEBTORS OR THEIR SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM.**

**A HOLDER OF A POSSIBLE ADMINISTRATIVE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE AND ANY RELATED MATTERS, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF ADMINISTRATIVE CLAIM FORM.**

This notice is only a summary of the Administrative Claims Bar Date Order.  All creditors and other parties-in-interest are referred to the text of the Administrative Claims Bar Date Order itself and to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for additional information regarding the filing and treatment of proofs of claim.

**If you have any questions relating to this Notice, contact Epiq at <u>MercyInfo@epiqglobal.com</u>.**

**NEITHER THE ATTORNEYS FOR THE DEBTORS NOR EPIQ ARE AUTHORIZED TO PROVIDE YOU WITH LEGAL ADVICE.**

| | |
|---|---|
| **DATED FEBRUARY 13, 2024** | **NYEMASTER GOODE, P.C.**<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:  (319) 286-7002<br>Facsimile:  (319) 286-7050<br>Email:  rleaf@nyemaster.com<br><br>- and –<br><br>Kristina M. Stanger, AT0000255<br>Matthew A. McGuire, AT0011932<br>Dana Hempy, AT0014934<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-283-3100<br>Fax:  515-283-8045<br>Email:  mmcguire@nyemaster.com<br>kmstanger@nyemaster.com<br>dhempy@nyemaster.com<br><br>- and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>Telephone:  (312) 372-2000<br>Facsimile:  (312) 984-7700<br>Email:  fperlman@mwe.com<br>dsimon@mwe.com<br>ekeil@mwe.com<br><br>- and -<br><br>Jack G. Haake (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone:  (214) 295-8000<br>Facsimile:  (972) 232-3098<br>Email:  jhaake@mwe.com<br>*Counsel for Debtors and Debtors-in-Possession* |