# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEBTORS' WORKERS' COMPENSATION PROGRAM EXPENSES MOTION AND BAR DATE FOR OBJECTIONS THERETO

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on February 19 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Administer, Settle, and Wind Dow Worker's Compensation Program, and (b) Pay Administration Expenses for Workers' Compensation Program, and (III) Granting Related Relief* [Docket No. ●] (the "Motion").

**WHEREAS,** the Motion seeks an order from the Court authorizing the Debtors, Hills Bank & Trust and other relevant parties to proceed to wind down the Workers' Compensation Program and pay expenses for the administration from the Workers' Compensation SIR Trust.

**NOTICE IS HEREBY GIVEN THAT** pursuant to Rule 2002, the deadline to file objections to the Motion is **Monday, March 11, 2024**. All objections must be in writing and filed with the Clerk.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "Hearing") on the Motion will be held at a time and date to be determined before the Honorable Thad J. Collins, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th Ave. SE, Cedar Rapids, IA 52401. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED, THE COURT MAY ENTER RELIEF WITHOUT HEARING.**

*[Remainder of Page Intentionally Left Blank]*

Dated: February 19, 2024	**NYEMASTER GOODE, P.C.**

Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:	(319) 286-7002
Facsimile:	(319) 286-7050
Email:	rleaf@nyemaster.com

- and -

*/s/ Kristina M. Stanger*
Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:	mmcguire@nyemaster.com
	kmstanger@nyemaster.com
	dhempy@nyemaster.com

-and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:	(312) 372-2000
Facsimile:	(312) 984-7700
Email:	fperlman@mwe.com
	dsimon@mwe.com
	ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:	(214) 295-8000
Facsimile:	(972) 232-3098
Email:	jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this February 19, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Kristina M. Stanger*