**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>(Jointly Administered) |

**AGREED ORDER GRANTING MCKESSON CORPORATION'S MOTION FOR ORDER AUTHORIZING AND DIRECTING THE DISTRIBUTION OF PROCEEDS FROM THE SALE OF THE DEBTORS' ASSETS AND <u>RELIEF FROM STAY</u>**

Upon the Motion (the "<u>Motion</u>")[1] of McKesson Corporation and its affiliates ("<u>McKesson</u>"), for entry of an order: (1) authorizing and directing the distribution of proceeds from the Sale to McKesson upon closing, and (2) for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) in order to effectuate the distribution; all as more fully set forth in the Motion; and it appearing the relief requested in the Motion is reasonable and in the best interests of the Debtors' estates, their creditors, and other parties in interest; and good cause appearing, therefor,

**IT HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. McKesson is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (2) to effectuate the distribution contemplated in the Motion.

3. The Debtors are authorized and directed to distribute $343,329.78 to McKesson, which amount fully satisfies the McKesson Claim, the McKesson Fees and Expenses, and all prepetition claims, administrative claims, and claims arising under the Second Interim Cash Collateral Order held by McKesson.

4. Notwithstanding the possible applicability of Federal Rules of Bankruptcy Procedure 6004(h), 9014, or otherwise, the terms and conditions of this order are immediately effective and enforceable.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

5.  The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation and interpretation of this order.

6.  The hearing set in this case for February 22, 2024 is hereby canceled to the extent that it pertains to this matter.

Dated and entered  February 20, 2024

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Consented to By:**

/s/*Nicholas F. Miller*
**BRICK GENTRY P.C.**
Nicholas F. Miller, Iowa AT0015361
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone (515) 446-3441
Email:  nick.miller@brickgentry.com

- and -

**BUCHALTER**, A Professional Corporation

/s/*Joseph A. G. Sakay*
Jeffrey K. Garfinkle, Esq., admitted *pro hac vice*
CA Bar No. 153496
Joseph A.G. Sakay, admitted *pro hac vice*
WSBA No. 24667
18400 Von Karman Ave., Suite 800
Irvine, CA 92612
Telephone:  (949) 224-6254
Email: jgarfinkle@buchalter.com
         jsakay@buchalter.com

*Counsel for McKesson Corporation*

/s/ *Roy Leaf*
**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 645-5510
Fax: (515) 283-8045
Email: mmcguire@nyemaster.com
         kmstanger@nyemaster.com
         dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)

*In re Mercy Hospital, Iowa City, Iowa, et al.*
*Case No. 23-00623 (TJC)*

Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*