# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | Jointly Administered |
| Debtors. | |

## ORDER GRANTING IN PART FTI CONSULTING, INC., THIRD FEE APPLICATION

On December 15, 2023, FTI Consulting, Inc. filed their Second Monthly Fee Application (docketed as Third Application for Compensation) at Docket #570 (hereafter, Application). The Application sought payment for fees and expenses incurred from October 1 through October 31, 2023, in amounts of: $67,424.00 in fees (80% of $84,280.00) and $2,576.39 in expenses (100% of total) pursuant to the Interim Compensation Order of Docket #224.

On December 28, 2023, the United States Trustee objected to the Application on various grounds, arguing that the Court should reduce the Application by 30%, at Docket #607 (hereafter, Objection).

FTI Consulting, Inc., and the United States Trustee (collectively, hereafter, Parties), at this time reach compromise on the Application, and Objection, as follows:

a. FTI Consulting, Inc., is awarded 70% of the requested fees in the Application at this time;

b. The Parties reserve adjudication on the remaining 30% at the time of a final fee application for FTI Consulting, Inc.; and

c. The Parties reserve rights to make appropriate arguments at time of final fee application.

Such compromise being in the best interest of all parties in interest,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. FTI Consulting, Inc., Application is granted in part, in that FTI is awarded $58,996.00 in fees (which is 70% of its requested fees), and $2,576.39 in expenses (which is 100% of its requested expenses);

2. FTI Consulting, Inc., and the United States Trustee reserve adjudication on the remaining 30% of the Application's requested fees the time of a final fee application for FTI Consulting, Inc.; and

3. FTI Consulting, Inc., and the United States Trustee reserve rights to make appropriate arguments at time of final fee application.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated and entered this 20th day of February, 2024.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

ROBERT C. GAINER
CUTLER LAW FIRM
Rgainer@cutlerfirm.com
COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

- and -

Claire Davison
Claire.R.Davison@usdoj.gov
Trial Attorney, Office of the United States Trustee