**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-00623 (TJC) <br><br> Jointly Administered |

**ORDER (I) CONTINUING THE DISTRIBUTION MOTION HEARING SET FOR
FEBRUARY 22, 2024, AND (II) GRANTING RELATED RELIEF**

This matter comes before the Court on the motion (the "Motion") by Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative ("Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives") for entry of an order (i) continuing the hearing on the Distribution Motion currently set for hearing on February 22, 2024, and (ii) for related relief. The Court finds that good cause exists to continue the hearing.

**IT IS, THEREFORE, ORDERED** that the hearing on the the Distribution Motion, as defined in the Motion, is continued to March 27, 2024, at 10:30 a.m. Central Time.

**IT IS FURTHER ORDERED** that the deadline to object to the Distribution Motion shall be extended for the Committee only to March 20, 2024.

Dated and entered this ___ day of February, 2024

_____
Honorable Thad J. Collins, Chief Judge