# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-00623 (TJC) <br><br> Jointly Administered <br><br> **MOTION TO APPEAR TELEPHONICALLY** |

COMES NOW the Official Committee of Pensioners ("Pensioners Committee"), by and through their undersigned attorney, and requests permission from the Court to appear telephonically for the February 22, 2024, 10:30 AM hearing in the above listed case, as the Cash Collateral and Exclusivity Motions have been continued and the remaining matters do not directly affect the Official Committee of Pensioners. Counsel is in Des Moines through Friday. Counsel planned to drive to Cedar Rapids for the hearing on February 22 and return to Des Moines directly following such hearing. Because the matters remaining for hearing do not affect the Pensioners Committee, counsel requests the Court grant her the ability to monitor the hearing via phone.

WHEREFORE, the Official Committee of Pensioners respectfully requests permission to appear telephonically on February 21, 2024, and that this Court grant any other just, equitable and proper relief.

Dated this 21st day of February 2024.

    Respectfully submitted,
    DAY RETTIG MARTIN, P.C.

    /s/ Paula L. Roby
    Paula L. Roby AT0006749
    Telephone: (319) 365-0437
    FAX: (319) 365-5866
    E-mail: paula@drpjlaw.com
    ATTORNEY FOR OFFICIAL COMMITTEE OF PENSIONERS

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 21st day of February 2024, a copy of this document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

Signed: /s/ Julie G. Quist