# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtor. | Jointly Administered |

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

On February 21, 2024, the Official Committee of Pensioners ("Pensioners Committee"), by and through their attorney filed a MOTION TO APPEAR TELEPHONICALLY **(Doc. 757)** at the February 22, 2024, 10:30 AM hearing. The Court was advised that as the Cash Collateral and Exclusivity Motions have been continued, the remaining matters do not directly affect the Official Committee of Pensioners, and that Counsel is in Des Moines through Friday.

**THEREFORE, IT IS ORDERED as follows:**

1. The Pensioners Committee is authorized to appear telephonically at the February 22, 2024, 10:30 AM hearing.

    1. Call the toll-free number: 1-888-684-8852.
    2. Enter Participant Access Code: 7148063
    3. Enter the Participant Security Code: 0623
    4. After the security code is entered, you will be connected to the conference.
    5. Please identify yourself after you join the conference.

Dated and Entered:
February 22, 2024

_____
United States Bankruptcy Judge
For the Northern District of Iowa

Order prepared by:
Paula L. Roby   AT0006749
Day Rettig Martin, P.C.
ATTORNEY FOR OFFICIAL COMMITTEE OF PENSIONERS