# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF BAR DATE FOR OBJECTIONS TO DISCLOSURE STATEMENT

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on February 23, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 760] (the "Combined Plan and Disclosure Statement").

**NOTICE IS HEREBY GIVEN THAT** the deadline to object under Rule 3017(a) of the Federal Rules of Bankruptcy Procedure to the Combined Plan and Disclosure Statement solely as it relates to the adequacy of the disclosure statement portion of the Combined Plan and Disclosure Statement is **Monday, March 25, 2024**. All objections must be in writing and filed with the Court. Any such objections to the adequacy of the disclosure statement must be filed with the Court and served upon (i) counsel for the Debtors at the addresses noted below and (ii) the Office of the United States Trustee at 111 Seventh Avenue SE, Suite 280, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER GIVEN THAT** within one day of this notice, the Combined Plan and Disclosure Statement shall be distributed in accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN THAT** any creditor or party-in-interest may obtain a copy of the Combined Plan and Disclosure Statement without charge from the attorney for the proponent by contacting attorney Roy Leaf by U.S. first-class mail, fax transmission, telephone, or electronic mail. Mr. Leaf's contact information is contained in the signature block below. Additionally, a free copy of the Combined Plan and Disclosure Statement can be obtained by visiting the website maintained by the Debtors' claims and noticing agent at:

https://dm.epiq11.com/case/mercyhospital/dockets.

**NOTICE IS FURTHER GIVEN THAT** the Debtors intend to proceed with a hearing on **Wednesday, March 27, 2024** to consider approval of the disclosure statement portion of the Combined Plan and Disclosure Statement.[1]

**DATED** this 20th day of February, 2024

                                                    Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:    rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
       kmstanger@nyemaster.com
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:    fperlman@mwe.com
            dsimon@mwe.com

---

[1] Simultaneously with the filing of this notice, the Debtors have filed a motion with the Court seeking a reduction of the 14-day period between the deadline to object to the disclosure statement and the hearing to consider the disclosure statement for Wednesday, March 27, 2024. The Debtors will file a formal disclosure statement hearing notice after the Court rules on that motion.

      ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

## Certificate of Service

    The undersigned certifies, under penalty of perjury, that on this February 23, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

3