UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

### PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: February 22, 2024
Hearing on:
1. First Motion to Reject Lease or Executory Contract for Entry of Order Authorizing Rejection of Executory Contracts Related to Steindler Orthopedic Clinic, Setting Bar Date for Rejection Damages Claims and Granted Related Relief (Doc. 681)
2. Motion For Sale of Property Under Section 363 (b) - Joint Venture Interest (Doc. 703)
3. Application to Employ CBRE, Inc. as Real Estate Broker to the Debtors Effective January 15, 2024 and Approving the Terms of the Exclusive Sale Agreement (Doc. 713)

<u>APPEARANCES</u>:

Attorney Roy Ryan Leaf for Debtors
Attorney Janet Reasoner for the United States Trustee
Attorney Daniel M. Simon for Debtors, via telephone
Attorneys Peter Chalik and Megan M. Preusker for Computershare Trust Company, N.A., as Trustee, *and* Preston Hollow Community Capital, Inc., as Bondholder Representative, via telephone
Attorney Paula Roby for the Official Committee of Pensioners, via telephone
Attorney Bradley Kruse for Hayes Locums, LLC *and* MediRevv, LLC (formerly known as MediRevv, Inc.) *and* Kronos Incorporated a/k/a UKG Inc., via telephone
Attorney Robert Schaefer Westermann for Ownes & Minor, Inc., via telephone
Attorney Terry Gibson for Steindler Orthopedic Clinic P.L.C., via telephone

**IT IS ORDERED THAT**:

Debtor's First Motion to Reject Lease or Executory Contract for Entry of Order Authorizing Rejection of Executory Contracts Related to Steindler Orthopedic Clinic, Setting Bar Date for Rejection Damages Claims and Granted Related Relief (Doc. 681) is GRANTED by separate order.

Debtor's Motion For Sale of Property Under Section 363 (b) - Joint Venture Interest (Doc. 703) is GRANTED by separate order.

Debtor's Application to Employ CBRE, Inc. as Real Estate Broker to the Debtors Effective January 15, 2024 and Approving the Terms of the Exclusive Sale Agreement (Doc. 713) is GRANTED by separate order.

Ordered:
February 27, 2024

Thad J. Collins
Chief Bankruptcy Judge