**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No.  23-00623C |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AGREED ORDER ON THE FOURTH APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SILLS CUMMIS & GROSS P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PROCEDURAL BACKGROUND**

1.  On August 7, 2023, Mercy Iowa City ACO, LLC, Mercy Hospital, Iowa City, Iowa, and Mercy Services Iowa City, Inc., (hereinafter "Mercy" or "Debtors") filed three individual chapter 11 bankruptcy petitions that are being Jointly Administered under case number 23-00623.

2.  On August 15, 2023 the U.S. Trustee formed the Unsecured Creditors' Committee (doc. 107).

3.  The Unsecured Creditors' Committee retained Sills Cummis & Gross P.C. as Co-Counsel ("Sills"). On October 12, 2023, the Court entered an Order allowing retention of Sills effective August 18, 2023 (doc 355).

4.  An Order Establishing Procedures for Interim Compensation and Expenses of Professionals was entered on September 14, 2023 (doc 224).

5.  On February 8, 2024 Sills filed its Fourth Application for Compensation and Expenses for the period of November 1, 2023 through November 30, 2023 seeking allowance of $158,652 (80% of $198,315) in fees, plus $562.05 for expenses.  The bar date for objections is February 22, 2024 (doc. 728).

6. The UST has raised certain objections to the fees requested. The UST requested a 10% reduction in the award due to time spent on legal research. The UST further requested a reduction of $1,600 for time billed for travel.

7. The parties have engaged in good-faith discussions to resolve the issues raised by the UST, and have agreed to this Order in lieu of filing Objections and setting the matter for hearing.

**IT IS ORDERED THAT:**

8. The Fourth Application for Compensation and Expenses for Sills for the period of November 1, 2023 through November 30, 2023 is approved in the amount $137,220.50 in fees and $562.05 in expenses. The consideration of an award of $19,831.50 for time spent on legal research shall be deferred to a final fee application.

Ordered: February 27, 2024

_____
United States Bankruptcy Judge