**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER THE ADEQUACY AND APPROVAL OF**
<u>**DISCLOSURE STATEMENT**</u>

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on February 23, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "<u>Debtors</u>") filed *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 760] (the "<u>Combined Plan and Disclosure Statement</u>").

**WHEREAS**, on February 23, 2024, the Debtors also filed their *Notice of Bar Date for Objections to Disclosure Statement* [Docket No. 761] (the "<u>Disclosure Statement Objection Notice</u>"). Pursuant to the Disclosure Statement Objection Notice, any objections to the adequacy of the disclosure statement portion of the Combined Plan and Disclosure Statement are required to be filed by Monday, March 25, 2024 (the "<u>Disclosure Statement Objection Deadline</u>").

**WHEREAS**, on February 23, 2024, the Debtors also filed *Debtors' Expedited Motion for Entry of Order Reducing Period of Time Between Objection Deadline and Disclosure Statement Hearing Pursuant to Local Rule 3017-1* (the "<u>Motion to Shorten</u>"). The Motion to Shorten sought an order in accordance with Local Rule 3017-1 reducing the amount of time between the Disclosure Statement Objection Deadline and the hearing to consider the adequacy and approval of the disclosure statement portion of the Combined Plan and Disclosure Statement.

**WHEREAS**, on February 28, 2024, the Court entered an order granting the Motion to Shorten [Docket No. 776] (the "<u>Order to Shorten</u>"). Pursuant to the Order to Shorten, the Court, among other things, authorized the Debtors to proceed with a hearing to consider the adequacy and approval of the disclosure statement portion of the Combined Plan and Disclosure Statement on Wednesday, March 27, 2024.

**NOTICE IS HEREBY GIVEN THAT** the Debtors will proceed with a hearing to consider the adequacy and approval of the disclosure statement portion of the Combined Plan and Disclosure Statement on **Wednesday, March 27, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to <u>listen in only</u> may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 28th day of February, 2024

    Respectfully Submitted,

    **NYEMASTER GOODE, P.C.**
    Roy Leaf, AT0014486
    625 First Street SE, Suite 400
    Cedar Rapids, IA 52401-2030
    Telephone:   (319) 286-7002
    Facsimile:    (319) 286-7050
    Email:         rleaf@nyemaster.com

    - and –

    Kristina M. Stanger, AT0000255
    Matthew A. McGuire, AT0011932
    Dana Hempy, AT0014934
    700 Walnut, Suite 1600
    Des Moines, IA 50309
    Telephone:  515-283-3100
    Fax:  515-283-8045
    Email: mmcguire@nyemaster.com
          kmstanger@nyemaster.com
          dhempy@nyemaster.com

    - and -

    **MCDERMOTT WILL & EMERY LLP**
    Felicia Gerber Perlman (admitted *pro hac vice*)
    Daniel M. Simon (admitted *pro hac vice*)
    Emily C. Keil (admitted *pro hac vice*)
    444 West Lake Street, Suite 4000
    Chicago, Illinois 60606
    Telephone:   (312) 372-2000
    Facsimile:    (312) 984-7700
    Email:         fperlman@mwe.com

        dsimon@mwe.com
        ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:   jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this February 28, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

        /s/ *Roy Leaf*