## EXHIBIT B

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| ADAMS, KATHLEEN, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| AGARWAL, NEERU, MD | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| AGARWAL, NEERU, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| ALDERMAN, SCOTT | EMPLOYMENT AGREEMENT | OFFER LETTER DTD 9/25/2019 |
| ALDERMAN, SCOTT | EMPLOYMENT AGREEMENT | RELOCATION AGREEMENT |
| ALI, MOHAMMED O, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| ALI, MOHAMMED O, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| ALLEN, BRYAN, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| ALSAKER, NICOLE, AGNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| ALSAKER, NICOLE, AGNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| ANDERSON, CARRYN, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| ARNOLD, RYAN | EMPLOYMENT AGREEMENT | CONFIDENTIAL RETENTION AGREEMENT |
| STRAND, DEEPTA ATRE | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| BARTON, ANDREA | EMPLOYMENT AGREEMENT | SEVERANCE AGREEMENT |
| BEIREIS, LORI, DO | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| BROWNE, JERRY | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| BRUNKHORST, LUKE W, DO | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| BUATTI, JOHN, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| BURNHAM, SARA | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| CASTER, JOSEPH, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| CHAPA, TASHA S, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| CHRISTAKOS, ERIN, MMS, PA-C | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| CHRISTAKOS, ERIN, MMS, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| CONWAY, TODD | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| DECREMER, MANETTE | EMPLOYMENT AGREEMENT | RELOCATION AGREEMENT |
| EKROTH, MARGARET T, MD | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| EKROTH, MARGARET T, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| ELDER, SUSAN | EMPLOYMENT AGREEMENT | RELOCATION AGREEMENT |
| EWING, JOE, MD | EMPLOYMENT AGREEMENT | HONORARY STATUS LETTER DTD 5/22/2019 |
| FLORYANOVICH, ANNA | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| FRANA, JESSICA, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| FRANK, FREDERICK M, DO | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| FRANK, FREDERICK M, DO | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| FRANK, FREDERICK M, DO | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR SUPERVISION OF PHYSICIAN ASSISTANT |
| FRANK, FREDERICK M, DO | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| FRANK, FREDERICK M, DO | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| FRAZIER, KAYLA L, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| FRECH, GREGORY | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| FROMM, DANIEL | EMPLOYMENT AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| FULLER, LORI | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT |
| GALLO, SAMUEL, DNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| GARRETT, TYSON, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| GETACHEW, YONAS, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT DTD 7/10/2017 |
| GIESWEIN, KIRK | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| GOODMAN, JILL C | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| GROUT, JODIE, L DNP, RN, ANP-C, CCRN | EMPLOYMENT AGREEMENT | OFFER LETTER DTD 2/28/2022 |
| HAJDU, MICHAEL, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| HELMKAMP, KIMBERLY, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| HOFFMAN, MICHAEL S, MD | EMPLOYMENT AGREEMENT | MEDICAL DIRECTOR-ICU ADDENDUM |
| HOFFMAN, MICHAEL S, MD | EMPLOYMENT AGREEMENT | MEDICAL DIRECTOR-RESPIRATORY CARE ADDENDUM |
| HOFFMAN, MICHAEL S, MD, PHD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| HOLUBAR, ASHLEY, PA-S | EMPLOYMENT AGREEMENT | EMPLOYMENT OFFER LETTER DTD 1/17/2022 |
| HUSS, CHUCK | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| HUSTON, CRAIG, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| IGNACIO, KATHERINE, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| IGNACIO, KATHERINE, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| IGNACIO, RAMON L, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| IGNACIO, RAMON L, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| IGNACIO, RAMON, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| IGNACIO, RAMON, MD | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| ILIAKOVA, MARIA, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| IZAKOVIC, MARTIN, MD | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO RELIEF EMPLOYMENT AGREEMENT |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| IZAKOVIC, MARTIN, MD | EMPLOYMENT AGREEMENT | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT |
| JAGGERS, BENJAMIN J, ARNP | EMPLOYMENT AGREEMENT | PARTIAL RELEASE FROM NON-COMPETE DTD 12/23/2021 |
| JENSEN, VICKI C, NP-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| JOHANSON, PAUL | EMPLOYMENT AGREEMENT | CONFIDENTIAL RETENTION AGREEMENT |
| JORGENSEN, KYLE, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| KERSEVICH, SARAH | EMPLOYMENT AGREEMENT | OFFER LETTER DTD 12/16/2021 |
| KHAYAL, HOSAM, MD | EMPLOYMENT AGREEMENT | RELIEF PHYSICIAN EMPLOYMENT AGREEMENT |
| KLEIN, HANNAH, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| KOTEV, SPAS, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| KRUPP, DAVID, MD | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| LEARY, DANIEL, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| LINDAMAN, CAITLIN, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT OFFER LETTER DTD 12/17/2021 |
| LOVE, ROBERT W, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |