# EXHIBIT B

## Rejected Contracts List

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| MAGINOT, JONATHAN M, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| MEHEGAN, JOHN, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO RELIEF EMPLOYMENT AGREEMENT |
| MEHEGAN, JOHN, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| MELCHER, ED, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| MENTIAS, AMAGAD, MD | EMPLOYMENT AGREEMENT | RELIEF PHYSICIAN EMPLOYMENT AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | EMPLOYMENT AGREEMENT | EMPLOYER AGREEMENT |
| MILLER, SCOTT D, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| MORENO LOPEZ, JOSE ANDRES, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| MURPHY, BRIAN, ARNP | EMPLOYMENT AGREEMENT | 2ND AMENDMENT TO EMPLOYMENT AGREEMENT |
| NIELSON, JAMES, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| OSENI, ABDULLAHI O, MD | EMPLOYMENT AGREEMENT | RELIEF PHYSICIAN EMPLOYMENT AGREEMENT |
| PALMERSHEIM, ANDREA | EMPLOYMENT AGREEMENT | CONFIDENTIAL RETENTION AGREEMENT |
| PATEL, SAMIR V, MD | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| PATEL, SAMIR V, MD | EMPLOYMENT AGREEMENT | MEDICAL GROUP AND ADULT HOSPITALIST TEAM OFFER LETTER DTD 9/12/2022 |
| PATEL, SAMIR V, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| PERLOV, MIKHAIL, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| PERLOV, MIKHAIL, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| PETERSON, BARBARA, DNP | EMPLOYMENT AGREEMENT | 2ND AMENDMENT TO EMPLOYMENT AGREEMENT |
| PHAM, LINH, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| PHAM, LINH, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| PIERSON, PAUL C, DO | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| PIERSON, PAUL C, DO | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| PIERSON, PAUL C, DO | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| PULMONARY ASSOCIATES LLC & SLEEP DISORDERS CENTER | EMPLOYMENT AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| RAMADUGU, PARAMESH BABU, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| ROBB, LINDSEY, PA-C | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| ROSEN, JANE, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| ROSSITER, KIMBERLY | EMPLOYMENT AGREEMENT | CONFIDENTIAL RETENTION AGREEMENT |
| RUGGER-WALLS, BROOKE, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| SASA, IKAMI, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| SCHECKEL, STEPHEN | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| SHAW, COURTNEY A, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| SHAW, COURTNEY A, NP-S | EMPLOYMENT AGREEMENT | EMPLOYMENT OFFER LETTER DTD 3/16/2022 |
| SHEPARD, JAMI L | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| SHIVAPOUR, EZZATOLLAH TORAGE, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| SMITH, MARK, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| SNOW, MAX J, MD | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO RELIEF EMPLOYMENT AGREEMENT |
| SNOW, MAX J, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| STENBERG, ERIC, DO | EMPLOYMENT AGREEMENT | SECOND AMENDMENT TO PHYSICIAN EMPLOYMENT AGREEMENTERIC |
| SULIEMAN, BUSHRA MOHAMMED, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| SULIEMAN, BUSHRA MOHAMMED, MD | EMPLOYMENT AGREEMENT | SECOND AMENDMENT TO RELIEF EMPLOYMENT AGREEMENT |
| SUN, WENQING, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| SYATA, JAN | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT |
| TORRES, JOSE, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| UDELHOFEN, STEVEN M, DO | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| WAGNER, KELSEY LEE, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| WALKER, KRISTEN, DO | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| WALKER, KRISTEN, DO | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| WASHINGTON, TYEISHA M, MSN | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| WASHINGTON, TYEISHA, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| WASHINGTON, TYEISHA, ARNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| WATKINS, JOHN, MD | EMPLOYMENT AGREEMENT | RADIATION ONCOLOGY AFFLIATION AGREEMENT |
| WENZEL, LORI S, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| WHALEN, NAOMI | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| WHITE, JESSICA | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| WING, DAN | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT 12/21/2017 |
| YOUNADAM, SANDRO, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| YOUNADAM, SANDRO, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |