IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Upon receipt and review of the Request of the Official Committee of Unsecured Creditors for Telephonic Status Conference at Docket #778 (hereafter, Request), the Court finds that setting a telephonic status conference pursuant to the Request is in the best interests of the Debtors' estates, creditors, and other parties in interest; it is **HEREBY ORDERED THAT**:

1. A telephonic status conference will be held on **March 5, 2024, at 10:30 a.m. CST**;

2. All counsel of record wishing to participate may use the following dial in instructions:

    i. Dial-in Number: 1-888-684-8852
    ii. Enter the Participant Access Code: 7148063
    iii. Enter the Participant Security Code: 1234
    iv. After the security code is entered, you will be connected to the conference
    v. Please identify yourself after you join the conference.

Dated and entered this  29th  day of  February, 2024.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

Robert Gainer & Andrew Sherman
**Attorneys for The Official Committee of**
**Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, et al.**
rgainer@cutlerfirm.com
asherman@sillscummis.com