## **EXHIBIT B**

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| ACHERKAN, DMITRIY M, MD | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR SUPERVISION OF PHYSICIAN ASSISTANT |
| ACHERKAN, DMITRIY M, MD | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR SUPERVISION OF PHYSICIAN ASSISTANT |
| ANDREWS, KAHLIL, MD | EMPLOYMENT AGREEMENT | SETTLEMENT AND RELEASE AGREEMENT DTD 1/5/2018 |
| PHYSICIANS CLINIC OF IOWA PC | EMPLOYMENT AGREEMENT | SETTLEMENT AND RELEASE AGREEMENT DTD 1/5/2018 |
| ASHBY, ANDREW R, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| ATCHER, MARK P, MSN, ARNP, FNP-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT MARK P ATCHER, MSN, ARNP, FNP-C |
| BECKER, RACHEL, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| BRADY, IGNATIUS, MD, MPH | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| BUTLER, MARGARET M, ARNP, PMHNP-BC | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| COLLAPPAKKAM, PADMALATHA, MD | EMPLOYMENT AGREEMENT | SCRIBE ADDENDUM TO EMPLOYMENT AGREEMENT |
| CUTLER, DARRON P, DO | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| EBERLY, SCOTT M, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT FOR FORMER PARTNERS OF TOWNCREST INTERNAL MEDICINE LLP |
| ENGEL, COURTNEY L, PA C | EMPLOYMENT AGREEMENT | PROVIDER EMPLOYMENT AGREEMENT |
| ENGEL, COURTNEY L, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| FULLER, LORI | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT |
| GILMORE, JONATHAN D, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| GINGERICH, HOLLY, PA C | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| GREINER, ASHLEY N, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| GREINER, ASHLEY N, ARNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| HANNA, LAUREN, MD | EMPLOYMENT AGREEMENT | PROFESSIONAL EMPLOYMENT AGREEMENT LAUREN HANNA MD |
| HEGDE, SAVITA, MD | EMPLOYMENT AGREEMENT | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT SAVITA V HEDGE, MD |
| HEITHOFF, BRAD E, MD | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR SUPERVISION OF PHYSICIAN ASSISTANT |
| HOLUBAR, ASHLEY, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| HUSS, CHARLES D, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| RONNFELDT, JACQUELINE, ARNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| JAMES, ZHENBO LI, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| KELLEY, JOHN T, MD | EMPLOYMENT AGREEMENT | FOURTH AMENDMENT TO EMPLOYMENT AGREEMENT |
| KOENIG, CHARLOTTE, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| KUEHN, REBECCA, PA-C | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT REBECCA R KUEHN, PA-C |
| KUSSATZ, JOSEPH A, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| LINDAMAN, CAITLIN R, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| MACDONALD, CLARE, ARNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| MAGINOT, JONATHAN M, PA-C | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR RELIEF CLINICAL SERVICES |
| MAVES, MATTHEW, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| MCKENNA, HAO, DNP ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| MCKENNA, HAO, DNP ARNP | EMPLOYMENT AGREEMENT | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT |
| MICHAEL, STACY, ARNP | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| MICHAEL, STACY, ARNP | EMPLOYMENT AGREEMENT | FIFTH AMENDMENT TO EMPLOYMENT AGREEMENT |
| MOON, STEPHANIE, MHA, RN, CNL, ARNP, FNP-C | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR RELIEF CLINICAL SERVICES |
| MOON, STEPHANIE, MHA, RN, CNL, ARNP, FNP-C | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR RELIEF CLINICAL SERVICES |
| MOON, STEPHANIE, MHA, RN, CNL, ARNP, FNP-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| MOONJELY, JOE, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| MORGAN, JACKIE K, ARNP FNP BC | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| NOARD, TERA, MSN, ARNP, FNP-BC | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT |
| NYUNT, SOE, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT SOE NYUNT MD |
| NYUNT, SOE, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT SOE NYUNT, MD |
| OVROM, FRED H, MD | EMPLOYMENT AGREEMENT | EIGHTH AMENDMENT TO EMPLOYMENT AGREEMENT |
| OVROM, FRED H, MD | EMPLOYMENT AGREEMENT | NINTH AMENDMENT TO EMPLOYMENT AGREEMENT |
| OVROM, FRED H, MD | EMPLOYMENT AGREEMENT | SEVENTH AMENDMENT TO EMPLOYMENT AGREEMENT |
| PAUL, SHIRLEY, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |
| PERSAUD, DUSTAFF R, EDD MBA PA C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| PLANK, MALERIE, FNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| RICE, LYNETTE, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| RIES, CHRISTINE, DNP, ARNP, CPNP-PC | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| RIES, CHRISTINE, DNP, ARNP, CPNP-PC | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| RONNFELDT, JAQUELYN M, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| ROSEN, PETER, ARNP | EMPLOYMENT AGREEMENT | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT PETER ROSEN ARNP |
| SASSMAN, JENNIFER, DNP | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT |
| SCHONER, SARAH, MSN, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT SARAH SCHONER, MSN, ARNP |
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | ADDENDUM TO EMPLOYMENT AGREEMENT FOR SUPERVISION OF PHYSICIAN ASSISTANT |
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | AMENDMENT TO EMPLOYMENT AGREEMENT |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | MEDICAL DIRECTOR ADDENDUM TO EMPLOYMENT AGREEMENT |
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | MEDICAL DIRECTOR ADDENDUM TO EMPLOYMENT AGREEMENT |
| SCHUSTER, CHRISTOPHER C, MD | EMPLOYMENT AGREEMENT | PHYSICIAN CONTRACT INITIAITION, REVIEW, AND APPROVAL CHECKLIST |
| SKAGGS, HALEIGH, ARNP | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| STEFFEN, STEPHANIE K, ARNP-FNP, BSN | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| STEIN, NICOLE, MSN, ARNP, FNP-BC | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| SYATA, JAN | EMPLOYMENT AGREEMENT | PHYSICIAN ASSISTANT SUPERVISORY AGREEMENT |
| THOMAS, SARAH, MD | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| THOMAS, SARAH, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLYOMENT AGREEMENT SARAH THOMAS, MD |
| THOMAS, SARAH, MD | EMPLOYMENT AGREEMENT | RELIEF EMPLOYMENT AGREEMENT SARAH THOMAS, MD |
| TORRES Y TORRES, HUGO, PA-C | EMPLOYMENT AGREEMENT | EMPLOYMENT AGREEMENT |
| WU, JEANNETT, MD | EMPLOYMENT AGREEMENT | PHYSICIAN EMPLOYMENT AGREEMENT |