## **EXHIBIT B**

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| 3M COMPANY | THIRD PARTY SERVICE AGREEMENT | AMENDMENT 12 TO THE SOFTWARE LICENSE AND SERVICES AGREEMENT |
| 3M COMPANY | LICENSING AGREEMENT | AMENDMENT NO 1 TO SOFTWARE LICENSE AGREEMENT |
| 3M COMPANY | LICENSING AGREEMENT | AMENDMENT NO 2 TO SOFTWARE LICENSE AGREEMENT |
| AAA MECHANICAL CONTRACTORS INC | MAINTENANCE AGREEMENT | LAB SUPPLEMENTAL COOLING BUDGET DTD 3/25/2022 |
| AAA MECHANICAL CONTRACTORS INC | VENDOR AGREEMENTS | PROPOSAL FOR INSTALLATION DTD 10/8/2021 |
| AAA MECHANICAL CONTRACTORS INC | MAINTENANCE AGREEMENT | QUOTE #2014107 DTD 11/15/2022 |
| AAA MECHANICAL CONTRACTORS INC | MAINTENANCE AGREEMENT | PROPOSAL DTD 6/29/2022 |
| ABIOMED INC | THIRD PARTY SERVICE AGREEMENT | AIC SERVICE AGREEMENT DTD 8/1/2019 |
| ABIOMED INC | MAINTENANCE AGREEMENT | AIC SERVICE AGREEMENT DTD 10/18/2022 |
| ADP INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICES AGREEMENT |
| ADVANCED BUSINESS SOLUTIONS | LICENSING AGREEMENT | ASSESSMENT & PLANNING QUOTE #004960 V1 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES DECEMBER ENGAGEMENT PROPOSAL DTD 12/1/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | MANAGED SERVICES PROPOSAL #004905 V3 DTD 6/11/2020 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICING FOR CONTRACTSAFE INVOICE #180476 DTD 6/21/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181188 DTD 7/1/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181187 DTD 7/1/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181182 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181185 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICING FOR CONTRACTSAFE INVOICE #181125 DTD 6/29/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES JUNE 2022 BILLING INVOICE #196351 DTD 7/5/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES BILLING INVOICE #198858 DTD 9/16/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES BILLING INVOICE #199563 DTD 10/3/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES BILLING INVOICE #200732 DTD 11/3/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181184 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES JULY 2022 BILLING INVOICE #197518 DTD 8/2/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181183 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES NOVEMBER 2022 BILLING INVOICE #201713 DTD 12/6/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVICES SEPTEMBER 2022 BILLING INVOICE #196645 DTD 10/3/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181180 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #180108 DTD 6/28/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #180979 DTD 6/28/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #180980 DTD 6/28/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181179 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | DATA SERVIES MARCH 2022 BILLING INVOICE #192586 DTD 4/12/2022 |
| ADVANCED BUSINESS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | FINAL MONTHLY INVOICE #181181 DTD 6/30/2021 |
| ADVANCED BUSINESS SOLUTIONS | LICENSING AGREEMENT | WINDOWS 10 THICK & THIN CLIENT WITH VDI DEPLOYMENT QUOTE #005067 V6 |
| ALERUS FINANCIAL NA | FINANCE AGREEMENT | INDEMNITY AGREEMENT FOR MISSING INSTRUMENT (CHECK) |
| ALLSCRIPTS HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | ADD ON AMENDMENT FOR ADDITIONAL MIT SERVICES |
| ALLSCRIPTS HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT FOR MANAGED INFORMATION TECHNOLOGY SERVICES |
| ALLSCRIPTS HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO MIT SERVICES MODIFICATION AMENDMENT AND MIT AMENDMENT |
| ALLSCRIPTS HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | MASTER CLIENT AGREEMENT |
| ALLSCRIPTS HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | DI LICENSES FEE & PAYMENT CORRECTION AMENDMENT #447904.01 |
| ALTERA DIGITAL HEALTH INC | THIRD PARTY SERVICE AGREEMENT | LEGACY SOLUTIONS REINSTATEMENT AND EXTENSION AMENDMENT DTD 11/28/2022 |
| ALTERA DIGITAL HEALTH INC | THIRD PARTY SERVICE AGREEMENT | LETTER AGREEMENT DTD 8/1/2023 |
| GRAND LAKE HEALTH SYSTEMS | THIRD PARTY SERVICE AGREEMENT | CLIENT ORDER FOR SUNRISE FHIR R4 |
| AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION | THIRD PARTY SERVICE AGREEMENT | 2014 HOSPITAL MASTER AGREEMENT |
| APPLIED MEDICAL DISTRIBUTION CORP | VENDOR AGREEMENTS | PRICING AGREEMENT |
| ASSOCIATES IN MEDICAL PHYSICS LLC | THIRD PARTY SERVICE AGREEMENT | MEDICAL PHYSICS SERVICES CONTRACT |
| ATLAS LABS | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICE AGREEMENT DTD 10/12/2017 |
| ATTAINIA INC | LICENSING AGREEMENT | MASTER SERVICES AGREEMENT |
| ATTAINIA INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICES AGREEMENT |
| AUCUTT, MATTHEW, DO | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT |
| BESLER | THIRD PARTY SERVICE AGREEMENT | ENGAGEMENT AGREEEMENT DTD 1/11/2019 |
| BILLION AUTOMOTIVE | LEASE: AUTO | LEASE - PO NUMBER: 250654 DTD 4/25/2019 |
| BILLION KIA IN IOWA CITY | LEASE: AUTO | KIA LEASE |
| BILLION KIA IN IOWA CITY | LEASE: AUTO | KIA LEASE |
| BILLION KIA IN IOWA CITY | LEASE: AUTO | MOTOR VEHICLE PURCHASE AGREEMENT DTD 7/31/2019 |
| BILLION KIA OF IOWA CITY | LEASE: AUTO | MOTOR VEHICLE LEASE AGREEMENT DTD 2/4/2019 |
| BILLION KIA OF IOWA CITY | LEASE: AUTO | MOTOR VEHICLE LEASE AGREEMENT DTD 2/4/2019 |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| BILLION KIA OF IOWA CITY | LEASE: AUTO | MOTOR VEHICLE LEASE AGREEMENT DTD 3/1/2019 |
| BILLION KIA OF IOWA CITY | LEASE: AUTO | MOTOR VEHICLE PURCHASE AGREEMENT DTD 7/31/2019 |
| BLACKHAWK ROOF COMPANY INC | THIRD PARTY SERVICE AGREEMENT | ROPOSAL #EST20-192E DTD 2/22/2022 |
| CADIENT LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT #2 TO SERVICES AGREEMENT |
| CALLWARE TECHNOLOGIES | THIRD PARTY SERVICE AGREEMENT | INVOICE DTD 5/4/2021 |
| CAPFINANCIAL PARTNERS LLC | THIRD PARTY SERVICE AGREEMENT | AMENDED & RESTATED RETIREMENT PLAN ADVISORY SERVICES AGREEMENT |
| CARDINAL HEALTH 108 LLC | DISTRIBUTION AGREEMENT | LETTER OF COMMITMENT #00315895 |
| CARDINAL HEALTH 110 LLC | DISTRIBUTION AGREEMENT | 1ST AMENDMENT TO CAPTIS LETTER OF COMMITMNET |
| CARDINAL HEALTH 110 LLC | DISTRIBUTION AGREEMENT | LETTER OF COMMITMENT #00315894 |
| CARDINAL HEALTH 112 LLC | DISTRIBUTION AGREEMENT | 1ST AMENDMENT TO CAPTIS LETTER OF COMMITMNET |
| CARDINAL HEALTH 112 LLC | DISTRIBUTION AGREEMENT | LETTER OF COMMITMENT #00315894 |
| CARDINAL HEALTH 200 LLC | LICENSING AGREEMENT | LICENSE AGREEMENT WITH ROYALTY FREE OPTION |
| CARDINAL HEALTH 200 LLC | PURCHASE/SALES AGREEMENT | PRODUCT PURCHASE AGREEMENT #28246 DTD 6/11/2018 |
| CAREPORT HEALTH | THIRD PARTY SERVICE AGREEMENT | CARE MANAGEMENT DAILY DATA EXTRACT - SERVICES  QUOTE NO 431647 DTD 9/15/2021 |
| CAREPORT HEALTH | THIRD PARTY SERVICE AGREEMENT | CLIENT ORDER #434615-1 DTD 10/20/2021 |
| CARING ENTERPRISES INC | THIRD PARTY SERVICE AGREEMENT | CONSULTING AGREEMENT |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | SERVICE AGREEMENT | LOCUMS TENENS AGREEMENT |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | SERVICE AGREEMENT | IRB SERVICES AGREEMENT |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | SERVICE AGREEMENT | IRB SERVICES AGREEMENT |
| CDW GOVERNMENT | VENDOR AGREEMENTS | QUOTE #MWGX015 7/18/2022 |
| CDW LOGISTICS INC | LICENSING AGREEMENT | ENTERPRISE ENROLLMENT DIRECT #56604701 |
| CDW LOGISTICS INC | LICENSING AGREEMENT | MICROSOFT VOLUME LICENSING CUSTOMER PRICE SHEET DTD 6/11/2020 |
| CDW•G LLC | THIRD PARTY SERVICE AGREEMENT | ENTERPRISE AGREEMENT TRUE UP QUOTE #MVLS397 DTD 6/21/2022 |
| CDW•G LLC | THIRD PARTY SERVICE AGREEMENT | ORDER CONFIRMATION #MNFX532 DTD 12/22/2021 |
| CDW-G LLC | VENDOR AGREEMENTS | QUOTE #MXPN795 DTD 8/25/2022 |
| CDW•G LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE CONFIRMATION #MMLK351 DTD 11/30/2021 |
| CDW•G LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE CONFIRMATION #MNLR645 DTD 1/5/2022 |
| CDW•G LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE CONFIRMATION #MQBX922 DTD 2/16/2022 |
| CDW•G LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE CONFIRMATION #MRKT185 DTD 3/24/2022 |
| CENTURYLINK | THIRD PARTY SERVICE AGREEMENT | RESPONSE REQUESTED: CUSTOMER NOTICE OF AUTO-RENEWAL POLICY CHANGE DTD 3/23/2020 |
| CERNER CORPORATION | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES PROJECT AGREEMENT NO 1 |
| CERNER CORPORATION | SERVICE AGREEMENT | MILLENNIUM ENHANCMENT ARRANGMENT LETTER AGREEMENT #MHIC_IA_1-314788939_A DTD 3/3/2005 |
| CERNER TECHNOLOGIES | MAINTENANCE AGREEMENT | ATTACHMENT A - ESTIMATED MAINTENANCE RENEWAL SUMMARY |
| CERNER TECHNOLOGIES | MAINTENANCE AGREEMENT | ATTACHMENT B - ESTIMATED MAINTENANCE RENEWAL SUMMARY |
| CHARTIS GROUP LLC, THE | THIRD PARTY SERVICE AGREEMENT | ADDENDUM TO THE LETTER OF ENGAGEMENT DTD 8/19/2020 |
| CHC MANAGEMENT SERVICES LLC | SERVICE AGREEMENT | MANAGEMENT AND ADMINISTRATIVE SERVICES AGREEMENT DTD 7/27/2018 |
| CHC MANAGEMENT SERVICES LLC | SERVICE AGREEMENT | MANAGEMENT AND ADMINISTRATIVE SERVICES AGREEMENT DTD 7/27/2018 |
| CHESNOKOVA, IRYNA, MD | THIRD PARTY SERVICE AGREEMENT | JOINT PHYSICIAN RECRUITMENT AGREEMENT |
| CLANCY, RENEE | THIRD PARTY SERVICE AGREEMENT | SERVICES AGREEMENT |
| CLARO GROUP LLC, THE | THIRD PARTY SERVICE AGREEMENT | ENGAGEMENT LETTER DTD 9/30/2018 |
| COCHLEAR AMERICAS | LICENSING AGREEMENT | EQUIPMENT AND SOFTWARE LICENSE AGREEMENT |