## **EXHIBIT B**

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| COMMONSPIRIT HEALTH | THIRD PARTY SERVICE AGREEMENT | TRANSITION SERVICE AGREEMENT |
| COMMUNICATIONS ENGINEERING COMPANY | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO MSA DTD 7/1/2023 |
| COPY SYSTEMS INC | LEASE: EQUIPMENT | HASLER METER AGREEMENT |
| CORLEY, TONY | THIRD PARTY SERVICE AGREEMENT | SERVICES AGREEMENT 7/30/2023 |
| COVIDIEN | VENDOR AGREEMENTS | AMENDMENT TO CONSIGNMENT INVENTORY LIST |
| COVIDIEN SALES LLC | PURCHASE/SALES AGREEMENT | VENDOR ACCOUNT INFORMATION LETTER DTD 8/19/2016 |
| CROSSROADS OPERATING COMPANY LLC | PURCHASE/SALES AGREEMENT | PURCHASE AGREEMENT |
| CROWE LLP | THIRD PARTY SERVICE AGREEMENT | STATEMENT OF WORK #20220404 |
| CRYOLIFE INC | PURCHASE/SALES AGREEMENT | PRODUCT CONSIGNMENT AGREEMENT DTD 5/26/2020 |
| DATA INNOVATIONS INC | THIRD PARTY SERVICE AGREEMENT | TRANSFER OF LICENSE OF DATA INNOVATIONS SOFTWARE DTD 7/15/2009 |
| DATA POWER TECHNOLOGY GROUP | THIRD PARTY SERVICE AGREEMENT | PROPOSAL #18476 DTD 3/3/2023 |
| DATA POWER TECHNOLOGY GROUP | THIRD PARTY SERVICE AGREEMENT | PROPOSAL #16951 DTD 3/3/2023 |
| DEACON SPORTS & ENTERTAINMENT US INC | SERVICE AGREEMENT | MEDICAL SERVICES AGREEMENT DEACON SPORTS AND ENTERTAINMENT |
| DELL MARKETING LP | VENDOR AGREEMENTS | QUOTE #3000086690068.1 DTD 5/25/2021 |
| DELL MARKETING LP | THIRD PARTY SERVICE AGREEMENT | STATEMENT OF WORK SFDC #23089075 |
| DELL MARKETING LP | VENDOR AGREEMENTS | INVOICE #10637285004 DTD 12/9/2022 |
| DEPUY SYNTHES SALES INC | SERVICE AGREEMENT | AMENDMENT #2 TO SINGLE SITE AGREEMENT |
| DEPUY SYNTHES SALES INC | SERVICE AGREEMENT | AMENDMENT #3 TO SINGLE SITE AGREEMENT |
| DEPUY SYNTHES SALES INC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT #5 TO SINGLE SITE AGREEMENT |
| DEPUY SYNTHES SALES INC | VENDOR AGREEMENTS | SIMS CABINET CONSIGNMENT AGREEMENT |
| DESIGN ENGINEERS PC | VENDOR AGREEMENTS | CONSULTANT SERVICES PROPOSAL DTD 4/13/2022 |
| DFM TECHNOLOGIES INC | LICENSING AGREEMENT | DIETARY FOOD MANAGEMENT SYSTEM SOFTWARE LICENSE AGREEMENT DTD 5/30/2002 |
| DILIGENT CORPORATION | SERVICE AGREEMENT | ORDER FORM |
| DILIGENT CORPORATION | THIRD PARTY SERVICE AGREEMENT | INVOICE #INV373252 DTD 12/12/2022 |
| DINSMORE & SHOHL LLP | THIRD PARTY SERVICE AGREEMENT | ENGAGEMENT LETTER DTD 9/16/2022 |
| DODGE STREET TIRE & AUTO INC | THIRD PARTY SERVICE AGREEMENT | INVOICE #INV090210 DTD 9/23/2022 |
| DORSEY & WHITNEY LLP | SERVICE AGREEMENT | ENGAGEMENT LETTER DTD 11/17/2020 |
| EASTVOLD, JOSHUA S, MD | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| EDWARDS LIFESCIENCES LLC | THIRD PARTY SERVICE AGREEMENT | FIRST AMENDMENT TO AGREEMENT |
| EDWARDS LIFESCIENCES LLC | THIRD PARTY SERVICE AGREEMENT | NOTICE OF EDWARDS AMENDMENT DTD 1/1/2020 |
| ELSEVIER INC | LICENSING AGREEMENT | MASTER AGREEMENT |
| ELSEVIER | LICENSING AGREEMENT | FIRST AMENDMENT TO LICENSE AGREEMENT FOR ONLINE SERVICES ATTACHMEENT A |
| EMERSON POINT LIMITED PARTNERSHIP | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO AGREEMENT PERTAINING TO APARTMENTS |
| EMMONS, ETHAN, MD | THIRD PARTY SERVICE AGREEMENT | INDEPENDENT CONTRACTOR AGREEMENT |
| EMMONS, ETHAN, MD | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| ENABLING TECHNOLOGIES CORP | LICENSING AGREEMENT | PURCHASE AGREEMENT SOW #20-10371 DTD 6/12/2020 |
| ENABLING TECHNOLOGIES CORP | LICENSING AGREEMENT | PURCHASE AGREEMENT SOW 320-10370 DTD 6/12/2020 |
| ENCOMPASS IOWA LLC | THIRD PARTY SERVICE AGREEMENT | CLOUD & MANAGED SERVICES - VIRTUAL EXCHANGE |
| ENOVATE MEDICAL LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE #Q-05776 RADIOLOGY PROJECT DTD 11/18/2021 |
| ENOVATE MEDICAL LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE #Q-08003 ENCORE NP LP RADIOLOGY DEPT DTD 4/19/2022 |
| ENOVATE MEDICAL LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE #Q-08389 ENCORE NP LP ED-4 DTD 4/19/2022 |
| EV3 MICROVENA CORP | PURCHASE/SALES AGREEMENT | PURCHASE ORDER NUMBER #160620 DTD 8/14/2013 |
| E-VOLVE HEALTH ADVISORS | THIRD PARTY SERVICE AGREEMENT | REVISED PROPOSAL DTD 11/14/2018 |
| EXECUTIVE HEALTH RESOURCES INC | THIRD PARTY SERVICE AGREEMENT | NOTICE OF ANNUAL ADJUSTMENT DTD 2/22/2012 |
| EXECUTIVE HEALTH RESOURCES INC | THIRD PARTY SERVICE AGREEMENT | STANDARD SERVICES AGREEMENT |
| EYE PHYSICIANS AND SURGEONS LLP | INSURANCE POLICIES | VISION PROGRAM AGREEMENT |
| GASKILL SIGNS INC | THIRD PARTY SERVICE AGREEMENT | ADVERTISING CONTRACT DTD 8/1/2021 |
| GASKILL SIGNS INC | THIRD PARTY SERVICE AGREEMENT | ADVERTISING CONTRACT DTD 8/1/2022 |
| GAZETTE COMMUNICATIONS INC | THIRD PARTY SERVICE AGREEMENT | ADVERTISING CONTRACT |
| GE HEALTHCARE | THIRD PARTY SERVICE AGREEMENT | RE: ADJUSTMENT ON PRICE DTD 4/20/2020 |
| GE PRECISION HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | HEALTHCARE SERVICE AGREEMENT |
| GE PRECISION HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | HEALTHCARE SERVICE AGREEMENT |
| GENESIS HEALTH SYSTEM | PURCHASE/SALES AGREEMENT | BILL OF SALE |
| GETINGE USA SALES LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE #000225096.3 DTD 6/17/2022 |
| GRAINGER INDUSTRIAL SUPPLY | SERVICE AGREEMENT | EXHIBIT A-2 PARTICIPATING MEMBER DESIGNATION FORM DTD 2/3/2010 |
| HALOGEN SOFTWARE INC | LICENSING AGREEMENT | SUBSCRIPTION SOFTWARE LICENSE AND SERVICES AGREEMENT #07-2010-437 |
| HARMONY HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT HEALTH INFORMATION MANAGEMENT SERVICES DTD 8/26/2015 |
| HAWKEYE CARPET & VINYL INC | THIRD PARTY SERVICE AGREEMENT | ESTIMATE #565 DTD 9/12/2022 |
| HEALTH CARE FUTURES LLC | THIRD PARTY SERVICE AGREEMENT | CONSULTING SERVICES AGREEMENT |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| HEALTH CAROUSEL LOCUM NETWORK LLC | SERVICE AGREEMENT | MASTER SERVICE AGREEMENT |
| HEALTH CROUSEL LLC | THIRD PARTY SERVICE AGREEMENT | INTERNATIONAL STAFFING AGREEMENT |
| HEALTHCARE BUSINESS INSIGHTS | THIRD PARTY SERVICE AGREEMENT | INVOICE #CINV - 00039391 DTD 7/6/2020 |
| HEALTHCARE BUSINESS INSIGHTS | THIRD PARTY SERVICE AGREEMENT | ORDER FORM AGREEMENT DG-2018-00115049 070118 |
| HEALTHSMART | SERVICE AGREEMENT | HEALTHSMART LOA PARTICIPATION OPT-IN/OPT-OUT FORM |
| HOSPITAL ALLIANCE FOR PREPARDNESS IN EASTERN IOWA | SERVICE AGREEMENT | MEMORANDUM OF UNDERSTANDING |
| HYUNDAI LEASE TITLING TRUST | LEASE: AUTO | APPLICATION FOR CERTIFICATE OF TITLE AND/OR REGISTRATION FOR A LEASED VEHICLE |
| IMETHODS LLC | THIRD PARTY SERVICE AGREEMENT | SERVICES AGREEMENT DTD 7/28/2022 |
| INDEED | THIRD PARTY SERVICE AGREEMENT | PROPOSAL SUMMARY DTD 1/31/23 |
| INDEED INC | THIRD PARTY SERVICE AGREEMENT | LINE OF CREDIT DTD 5/17/2022 |
| INFOR (US) LLC | THIRD PARTY SERVICE AGREEMENT | SERVICES WORK ORDER #AGR.106537 |
| INNOVO ADVISORS LLC | THIRD PARTY SERVICE AGREEMENT | ENGAGEMENT LETTER DTD 5/29/2020 |
| INNOVO ADVISORS LLC | THIRD PARTY SERVICE AGREEMENT | UPDATED CONTRACT W/ KEY PERFORMANCE MEASURES ENGAGEMENT LETTER DTD 5/29/2020 |
| INSIGHT HEALTH PARTNERS LLC | THIRD PARTY SERVICE AGREEMENT | SERVICES OFFER LETTER DTD 7/14/2022 |
| INTERLACE HEALTH LLC | MAINTENANCE AGREEMENT | INVOICE #2022-15516 DTD 12/1/2022 |
| INTUITIVE SURGICAL INC | PURCHASE/SALES AGREEMENT | AMENDMENT 1 TO THE SALES LICENSE AND SERVICE AGREEMENT |
| INTUITIVE SURGICAL INC | PURCHASE/SALES AGREEMENT | AMENDMENT 1 TO THE SALES LICENSE AND SERVICE AGREEMENT |
| INTUITIVE SURGICAL INC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT #4015244 |
| INTUITIVE SURGICAL INC | PURCHASE/SALES AGREEMENT | SALES & SERVICE AGREEMENT |
| INTUITIVE SURGICAL INC | PURCHASE/SALES AGREEMENT | SALES & SERVICE AGREEMENT |
| INTUITIVE SURGICAL INC | THIRD PARTY SERVICE AGREEMENT | SERVICE QUOTE |
| IOWA CITY HOSPICE | SERVICE AGREEMENT | MEMO OF UNDERSTANDING DTD 3/10/2021 |
| IOWA CITY HOSPICE | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO HOSPICE AGREEMENT- INPATIENT/RESPITE SERVICES |
| IOWA DEPARTMENT OF PUBLIC HEALTH | GOVERNMENTAL | CONTRACT #5883B389 |
| IOWA DEPT OF HUMAN SVCS | GOVERNMENTAL | HOME & COMMUNITY BASED SERVICES WAIVER PROVIDER AGREEMENT |
| IOWA FOUNDATION FOR MEDICAL CARE | SERVICE AGREEMENT | MEMORANDUM OF AGREEMENT |
| IOWA HEALTH INFORMATION NETWORK IHIN | THIRD PARTY SERVICE AGREEMENT | STANDARD PARTICIPATION AGREEMENT |
| JC CHRISTENSEN & ASSOCIATES INC | THIRD PARTY SERVICE AGREEMENT | COLLECTION SERVICES AGREEMENT ADDENDUM |
| JC CHRISTENSEN & ASSOCIATES INC | THIRD PARTY SERVICE AGREEMENT | COLLECTION SERVICES AGREEMENT DTD 9/30/2013 |
| JOBOT HEALTH LLC | SERVICE AGREEMENT | AGREEMENT FOR PHYSICIAN LOCUM TENENS COVERAGE SERVICES |
| JOINT COMISSION RESOURCES INC | SERVICE AGREEMENT | CONSULTATION AGREEMENT |
| JOINT COMISSION RESOURCES INC | SERVICE AGREEMENT | CONSULTATION AGREEMENT |
| JOINT COMMISSION RESOURCES INC | THIRD PARTY SERVICE AGREEMENT | CONSULTATION AGREEMENT |
| JOINT COMMISSION RESOURCES INC | THIRD PARTY SERVICE AGREEMENT | CONSULTATION AGREEMENT |
| KEOKUK COUNTY HEALTH CENTER | SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| KONICA MINOLTA | THIRD PARTY SERVICE AGREEMENT | KONICA MINOLTA LIFECYCLE AND CUSTOMER SATISFACTION AGREEMENT |
| LIFE ASSIST USA | THIRD PARTY SERVICE AGREEMENT | HEALTH MONITORING SERVICES AGREEMENT DTD 10/18/2018 |
| LIFE ASSIST USA | THIRD PARTY SERVICE AGREEMENT | HEALTH MONITORING SERVICES AGREEMENT DTD 10/18/2018 |
| LIFELINE SYSTEMS COMPANY | THIRD PARTY SERVICE AGREEMENT | REMOTE MONITORING SERVICES AGREEMENT #38008 |
| LIGHTEDGE SOLUTIONS INC | THIRD PARTY SERVICE AGREEMENT | BUSINESS INTERNET SERVICE AGREEMENT DTD 2/20/2007 |
| LIGHTEDGE SOLUTIONS INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICE AGREEMENT DTD 1/29/2007 |