## EXHIBIT B

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| LIGHTEDGE SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICE AGREEMENT |
| LINN COUNTY PUBLIC HEALTH | SERVICE AGREEMENT | MEMORANDUM OF UNDERSTANDING |
| LISA GRISWOLD CONSULTING | THIRD PARTY SERVICE AGREEMENT | PROPOSAL FOR CONSULTING SERVICES |
| LOCUM LIFE LTD | SERVICE AGREEMENT | CLIENT AGREEMENT |
| LVM SYSTEMS INC | LICENSING AGREEMENT | ADDENDUM TO LVM SYSTEMS INC SOFTWARE LICENSE AGREEMENT |
| LVM  SYSTEMS INC | LICENSING AGREEMENT | LVM SYSTEMS INC SOFTWARE LICENSE AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | QUARTERLY CODING AUDIT SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL AGREEMENT INFUSION CODING AUDIT REMEDIATION AND MITIGATION |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | AMENDMENT 1 ADDITIONAL WORK ADD ON TO QUARTERLY CODING AUDIT SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | QUARTERLY CODING AUDIT SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL AGREEMENT REMOTE BILLING STAFF AUGMENTATION |
| MARTINVILLE DUNN LLC | THIRD PARTY SERVICE AGREEMENT | INTERIM SERVICES AGREEMENT DTD 7/14/2022 |
| MARTINVILLE DUNN LLC | THIRD PARTY SERVICE AGREEMENT | INTERIM SERVICES AGREEMENT DTD 7/14/2022 |
| MAXIM HEALTHCARE SERVICES INC | THIRD PARTY SERVICE AGREEMENT | DIRECT PLACEMENT AGREEMENT DTD 10/22/2020 |
| MC ANALYTXS INC | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR IMPLEMENTATION OF ANALYTXS ALLPAYOR SYSTEM |
| MCC TELEPHONY OF IOWA LLC | UTILITIES | DEDICATED INTERNET ACCESS & TRANSPARENT LAN SERVICE AGREEMENT |
| MCC TELEPHONY OF IOWA LLC | THIRD PARTY SERVICE AGREEMENT | TRANSPARENT LAN SERVICE TLS NETWORK AGREEMENT |
| MCCOMAS LACINA CONSTRUCTION INC | THIRD PARTY SERVICE AGREEMENT | STANDARD FORM OF AGREEMENT DTD 11/9/2021 |
| MCKESSON INFORMATION SOLUTIONS INC | THIRD PARTY SERVICE AGREEMENT | CONTRACT SUPPLEMENT - PROPRIETARY AND CONFIDENTIAL LETTER DTD 8/7/2002 |
| MCKESSON INFORMATION SOLUTIONS INC | THIRD PARTY SERVICE AGREEMENT | CONTRACT SUPPLEMENT - PROPRIETARY AND CONFIDENTIAL LETTER DTD 8/7/2002 |
| MCKESSON INFORMATION SOLUTIONS LLC | LICENSING AGREEMENT | CONTRACT SUPPLEMENT TO AGREEMENT |
| MCKESSON INFORMATION SOLUTIONS LLC | LICENSING AGREEMENT | CONTRACT SUPPLEMENT TO LICENSE AGREEMENT |
| MCKESSON TECHNOLOGIES INC | THIRD PARTY SERVICE AGREEMENT | MASTER AGREEMENT #MA0910467 |
| MD BUYLINE INC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT |
| MEDICAL INFORMATION TECHNOLOGY INC | LICENSING AGREEMENT | TERMS AND AGREEMENT LETTER DTD 1/13/2020 |
| MEDICAL PHYSICS LLC | THIRD PARTY SERVICE AGREEMENT | SUMMARY OF CHARGES |
| MEDIPINES CORPORATION | VENDOR AGREEMENTS | QUOTE DTD 9/30/2021 |
| MELLINIUM SOLUTIONS GROUP INTERNATIONAL INC | THIRD PARTY SERVICE AGREEMENT | CLIENT SERVICE AGREEMENT DTD 9/28/2021 |
| MELLINIUM SOLUTIONS GROUP INTERNATIONAL INC | THIRD PARTY SERVICE AGREEMENT | HOSPITAL CREDIT BALANCE SERVICE LEVEL AGREEMENT |
| MERCY COLLEGE OF HEALTH SCIENCES | LEASE: BUILDING & LAND | COMMERCIAL LEASE AGREEMENT DTD 8/1/2022 |
| MERCY HOSPITAL, CEDAR RAPIDS, IOWA (D/B/A MERCY MEDICAL CENTER CEDAR RAPIDS IOWA) | SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | CREDENTIAL VERIFICATION SYSTEM SHARING AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | CREDENTIALING SERVICES AGENCY AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | HOSPITAL PRINCIPLES OF PARTICIPATION AGREEMENT DTD 12/1/1994 |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | SERVICES AGREEMENT |
| MERCY SPECIALTY CLINICS-CARDIO SURGERY | SERVICE AGREEMENT | MEDICARE ADVANTAGE ATTACHMENT |
| MICROMEDEX INC | LICENSING AGREEMENT | CUSTOMER LICENSE AGREEMENT |
| MPLT HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | CLIENT CONFIRMATION LETTER DTD 11/3/2020 |
| MS PROJECT PROS | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES PROPOSAL DTD 7/5/2021 |
| NATIONAL DISASTER MEDICAL SYSTEM, THE | GOVERNMENTAL | MEMORANDUM OF AGREEMENT FOR DEFINITIVE MEDICAL CARE |
| NIELSEN, JAMES, MD | THIRD PARTY SERVICE AGREEMENT | DUES PAYMENT AGREEMENT - PHYSICIAN AFFILIATES |
| NMA MEDICAL PHYSICS CONSULTATION | THIRD PARTY SERVICE AGREEMENT | SERVICE ACKNOWLEDGMENT |
| NORTHWEST MECHANICAL INC | MAINTENANCE AGREEMENT | PROJECT AGREEMENT FOR BUILDING ENVIROMENTAL CONTROL SYSTEMS DTD 3/1/2022 |
| OLYMPUS FINANCIAL SERVICES | PURCHASE/SALES AGREEMENT | INVOICE DTD 7/22/2022 |
| OMNIUM WORLDWIDE INC | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR RECOVERY OF ACCOUNTS |
| ONENECK IT SOLUTIONS | LEASE: EQUIPMENT | QUOTE #123234-1 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | CISCO SMARTNET RENEWAL 2020 QUOTE #122549-2 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | CISCO SMARTNET RENEWAL 2021 QUOTE #134714-2 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | ONENECK INVOICE #INV000028015 DTD 12/29/2021 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | ONENECK INVOICE #PJI000050942 DTD 10/25/2021 |
| OUTCOME SCIENCES INC | SERVICE AGREEMENT | AMENDMENT TO THE STROKE PARTICIPATING HOSPITAL AGREEMENT |
| OUTCOME SCIENCES LLC | SERVICE AGREEMENT | AMENDMENT TO THE PARTICIPATING HOSPITAL AGREEMENT |
| OWENS & MINOR DISTRIBUTION INC | THIRD PARTY SERVICE AGREEMENT | MUTUAL CUSTOMER ORDER AND PURCHASE AUTORIZATION AGREEMENT |
| OWENS & MINOR DISTRIBUTION INC | THIRD PARTY SERVICE AGREEMENT | PRIME DISTRIBUTION PROGRAM AGREEMENT |
| OWENS & MINOR DISTRIBUTION INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICES AGREEMENT |
| PHILIPS IMAGE GUIDED THERAPY CORPORATION | MAINTENANCE AGREEMENT | PHILIPS SERVICE AGREEMENT - PERFORMANCE ASSURANCE DTD 10/13/2021 |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| PLOEGER RECRUITING SERVICES | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SEARCH AGREEMENT DTD 10/12/2021 |
| PREFERRED HEALTH CHOICES LLC | THIRD PARTY SERVICE AGREEMENT | THIRD PARTY ADMIN RUNOUT ADMINISTRATION AGREEMENT DTD 11/17/2022 |
| PREMIER PURCHASING PARTNERS LP | SERVICE AGREEMENT | EXHIBIT A-2 PARTICIPATING MEMBER DESIGNATION FORM DTD 2/3/2010 |
| PROCIRCULAR INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICES AGREEMENT |
| PROFESSIONAL MEDICAL SERVICES | THIRD PARTY SERVICE AGREEMENT | ADDENDUM TO SERVICE AGREEMENT DTD 2/4/2021 |
| PROFESSIONAL MEDICAL SERVICES | THIRD PARTY SERVICE AGREEMENT | BUSINESS AGREEMENT FOR ACCOUNTS RECEIVABLE MANAGEMENT PROGRAM DTD 7/14/2020 |
| PSYCHE SYSTEMS CORPORATION | SERVICE AGREEMENT | HIPAA AMENDMENTS |
| PSYCHE SYSTEMS CORPORATION | THIRD PARTY SERVICE AGREEMENT | PROPOSAL FOR SOFTWARE & SERVICES DATED 6/29/21 |
| PSYCHE SYSTEMS CORPORATION | THIRD PARTY SERVICE AGREEMENT | WINDOPATH ANATOMIC PATHOLOGY RENEWAL PROPOSAL DTD 11/29/2007 |
| QUEST STAFFING GROUP INC, THE | THIRD PARTY SERVICE AGREEMENT | CONSENT TO ASSIGNMENT OF MASTER AGREEMENT FOR STAFFING SERVICES |
| QUVA PHARME INC | PURCHASE/SALES AGREEMENT | EXHIBIT D LETTER OF COMMITMENT |
| QWEST | SERVICE AGREEMENT | ATTACHMENT 1 EQUIPMENT PURCHASE/SOFTWARE LICENSE/MOVES ADDS AND CHANGES PURCHASE ORDER #CAP5779 DTD 104/2000 |
| QWEST | PURCHASE/SALES AGREEMENT | ATTACHMENT 1 EQUIPMENT PURCHASE/SOFTWARE LICENSE/MOVES ADDS AND CHANGES PURCHASE ORDER #CAP5780 DTD 10/4/2000 |
| QWEST | PURCHASE/SALES AGREEMENT | ATTACHMENT 1 EQUIPMENT PURCHASE/SOFTWARE/LICENSE/MOVES ADDS AND CHANGES #CAP5780 DTD 10/4/2000 |
| QWEST | SERVICE AGREEMENT | ATTACHMENT 2 MAINTENANCE SERVICES |
| QWEST | MAINTENANCE AGREEMENT | ATTACHMENT 2 MAINTENANCE SERVICES QUOTE #CPE217984 DTD 10/4/2000 |
| RADIOLOGIC MEDICAL SERVICES PC | SERVICE AGREEMENT | RADIOLOGY DEPARTMENT-RADIOLOGY SERVICES AGREEMENT |
| RADIOLOGIC MEDICAL SERVICES PC | THIRD PARTY SERVICE AGREEMENT | TERMS OF SERVICE |
| RDG PLANNING & DESIGN | SERVICE AGREEMENT | PRELIMINARY STATEMENT OF PROBABLE COSTS DTD 8/27/2021 |
| RDG PLANNING & DESIGN | PURCHASE/SALES AGREEMENT | INVOICE DTD 2/28/2022 |
| REACH FOR YOUR POTENTIAL | SERVICE AGREEMENT | AGREEMENT DTD 7/15/1991 |
| REESE, MARGARET | THIRD PARTY SERVICE AGREEMENT | SERVICES AGREEMENT |
| REVENUE CYCLE CODING STRATEGIES | SERVICE AGREEMENT | INVOICE #2022-2477 DTD 9/7/2022 |
| RMS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | ACTUARIAL SERVICES PROPOSAL DTD 10/8/2022 |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | CENTRALIZED/MOLECULAR/POINT OF CARE DIAGNOSTICS PRODUCT SCHEDULE |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | PRICE ADJUSTMENT NOTIFICATION DTD 5/16/2019 |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION AMENDMENT |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION AMENDMENT |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION AMENDMENT |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION PRODUCT SCHEDULE |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION PRODUCT PRODUCT SCHEDULE |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | SERVICE AMENDMENT |
| ROHRBACH ASSOCIATES PC | THIRD PARTY SERVICE AGREEMENT | PROPOSL FOR SERVICES LETTER DTD 7/20/2020 |
| ROHRBACH ASSOCIATES PC | THIRD PARTY SERVICE AGREEMENT | STANDAR FORM OF AGREEMENT #B101-2007 DTD 6/1/2010 |
| RQI PARTNERS LLC | THIRD PARTY SERVICE AGREEMENT | QUOTE #1-24155 DTD 6/14/2023 |
| RUPLINGER, MIKE | CONFIDENTIALITY/NDAs/INDEMNIFICATION | CONFIDENTIAL RETENTION AGREEMENT |
| RURAL HEALTH AND SAFETY CLINIC OF JOHNSON COUNTY | SERVICE AGREEMENT | SERVICES AGREEMENT |
| SEXTON GROUP LLC, THE | THIRD PARTY SERVICE AGREEMENT | CONTINGENCY SERVICE AGREEMENT |
| SIEMENS FINANCIAL SERVICES INC | LEASE: EQUIPMENT | LEASE AGREEMENT #20007824 |
| SIPS CONSULTS | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO AGREEMENT |
| SPENDMEND LLC | THIRD PARTY SERVICE AGREEMENT | NEW ACCOUNT SPENDMEND LETTER DTD 7/23/2018 |
| SPENDMEND LLC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT DTD 10/31/2019 |
| STAFF RELIEF INC | THIRD PARTY SERVICE AGREEMENT | ADDENDUM TO AGREEMENT |