## **EXHIBIT B**

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| STERIS CORPORATION | THIRD PARTY SERVICE AGREEMENT | SECURE SERVICE QUICK QUOTE #10019212176 DTD 5/3/2023 |
| STRATEGIC HEALTHCARE PROGRAMS LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT 201008031052 TO THE CLIENT AGREEMENT |
| STRATEGIC HEALTHCARE PROGRAMS LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO THE CLIENT AGREEMENT |
| STRATEGIC HEALTHCARE PROGRAMS LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO THE CLIENT AGREEMENT |
| STRELCHECK HEALTHCARE SEARCH | THIRD PARTY SERVICE AGREEMENT | INVOICE #220916G DTD 9/16/2022 |
| STRYKER MEDICAL | THIRD PARTY SERVICE AGREEMENT | QUOTE #10443614 DTD 12/2/2021 |
| STRYKER SALES CORP | THIRD PARTY SERVICE AGREEMENT | SHORT FORM SERVICE AGREEMENT |
| STRYKER SALES LLC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO SERVICE AGREEMENT |
| SURGICAL SERVICES PC | THIRD PARTY SERVICE AGREEMENT | JOINT PHYSICIAN RECRUITMENT AGREEMENT |
| SYMMEDRX HEALTHCARE SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | INVOICE DTD 10/30/2015 |
| SYMMEDRX HEALTHCARE SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | INVOICE DTD 11/30/2015 |
| SYNCHRONY/EAP | THIRD PARTY SERVICE AGREEMENT | EMPLOYEE ASSINTANCE PROGRAM DTD 7/1/2023 |
| TOWERHUNTER INC | THIRD PARTY SERVICE AGREEMENT | SEARCH AGREEMENT DTD 2/13/2020 |
| TRAVELERS HAVEN | FINANCE AGREEMENT | CORPORATE RENTAL APPLICATION |
| TRIAGE CONSULTING GROUP | THIRD PARTY SERVICE AGREEMENT | LETTER OF AGREEMENT FOR PAYMENT REVIEW SERVICES |
| TRINITY HEALTH | THIRD PARTY SERVICE AGREEMENT | TRANSITION SERVICE AGREEMENT |
| TYCO HEALTHCARE GROUP LP | PURCHASE/SALES AGREEMENT | CONSIGNMENT AGREEMENT |
| UNIVERSITY OF IOWA CARVER COLLAGE OF MEDICINE, THE | SERVICE AGREEMENT | AFFILIATION AGREEMENT |
| UNIVERSITY OF IOWA COLLEGE OF NURSING | SERVICE AGREEMENT | CLINICAL AFFILIATION AGREEMENT |
| UNIVERSITY OF IOWA SCHOOOL OF SOCIAL WORK, THE | SERVICE AGREEMENT | AFFILIATION AGREEMENT DTD 12/5/2018 |
| UNIVERSITY OF IOWA, IOWA CITY, IOWA, THE | SERVICE AGREEMENT | AFFILIATION AGREEMENT |
| UNIVERSITY OF IOWA, THE | SERVICE AGREEMENT | AGREEMENT FOR PROFESSIONAL TEACHING SERVICES DTD 1/1/2021 |
| UPPER MIDWEST CONSOLIDATED SERVICES CENTER LLC | SERVICE AGREEMENT | FOURTH AMENDED & RESTATED LLC AGREEMENT DTD 11/16/2016 |
| UROLOGIC PROPERTIES LLC | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF LEASES DTD 7/1/2014 |
| US WEST COMMUNICATIONS INC | THIRD PARTY SERVICE AGREEMENT | NETWORK SERVICE AGREEMENT |
| US WEST COMMUNICATIONS INC | SERVICE AGREEMENT | SUPPLEMENT 1 TO THE NETWORK SERVICE AGREEMENT FOR INTRASTATE TRANSPARENT LOCAL ARE NETWORK FIXED PERIOD PRICING PLAN |
| US WEST INTERPRISE | PURCHASE/SALES AGREEMENT | PURCHASE ORDER #CAP5779 DTD 9/12/2000 |
| US WEST INTERPRISE | PURCHASE/SALES AGREEMENT | PURCHASE ORDER #CAP5780 DTD 9/12/2000 |
| VALUED RELATIONSHIPS INC | THIRD PARTY SERVICE AGREEMENT | HEALTH MONITORING SERVICES AGREEMENT |
| VELOCITYEHS | THIRD PARTY SERVICE AGREEMENT | INVOICE #281929 DTD 4/21/2023 |
| VIZIENT INC | THIRD PARTY SERVICE AGREEMENT | ECOMMERCE EXCHANGE SERVICES STATEMENT OF WORK |
| VIZIENT INC | THIRD PARTY SERVICE AGREEMENT | AUTOMATED DATA EXTRACT AGREEMENT |
| VIZIENT INC | THIRD PARTY SERVICE AGREEMENT | ECOMMERCE EXCHANGE SERVICES STATEMENT OF WORK |
| VIZIENT INC | THIRD PARTY SERVICE AGREEMENT | TRANSACTION MANAGEMENT SERVICES STATEMENT OF WORK |
| WAHLSCRIBE LLC | THIRD PARTY SERVICE AGREEMENT | TRANSCRIPTION SERVICES AGREEMENT DTD 11/1/2016 |
| WAHLSCRIBE LLC | THIRD PARTY SERVICE AGREEMENT | TRANSCRIPTION SERVICES AGREEMENT DTD 11/1/2019 |
| WAHLTEK INC | THIRD PARTY SERVICE AGREEMENT | WAHLTEK INC SPEECHMOTION-WINSCRIBE PLATFORM AGREEMENT DTD 11/1/2016 |
| WAHLTEK INC | THIRD PARTY SERVICE AGREEMENT | WAHLTEK, INC SPEECHMOTION-WINSCRIBE PLATFORM AGREEMENT DTD 11/1/2016 |
| WASHINGTON COUNTY HOSPITAL & CLINICS | SERVICE AGREEMENT | ACKNOWLEDGEMENT OF CONTRACTUAL OBLIGATIONS |
| WASHINGTON COUNTY HOSPITAL & CLINICS | LICENSING AGREEMENT | TIMESHARE LICENSE AGREEMENT DTD 8/1/2018 |
| WEATHERBY LOCUMS INC | THIRD PARTY SERVICE AGREEMENT | CERTIFICATE OF ASSIGNMENT LETTER DTD 12/16/2022 |
| WEATHERBY LOCUMS INC | THIRD PARTY SERVICE AGREEMENT | CERTIFICATE OF ASSIGNMENT LETTER DTD 2/03/2023 |
| WEATHERPROOFING TECHNOLOGIES INC | THIRD PARTY SERVICE AGREEMENT | PROPOSAL FOR FAÇADE REPAIRS & RESTORATION #5042084 DTD 4/13/2022 |
| WELLNESS NETWORK, THE | THIRD PARTY SERVICE AGREEMENT | INVOICE FOR ACCT #97-03748 DTD 10/13/2021 |
| WELLSOURCE | LICENSING AGREEMENT | QUOTE #8116 DTD 7/6/2022 |
| WHITEHILL, DAWN, PHARMD | THIRD PARTY SERVICE AGREEMENT | OFFER LETTER TO IRB |
| WHITEHILL, DAWN M | LEGAL | POWER OF ATTORNEY |
| WISNOUSKY, BRADFORD CHARLES, DO | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT |
| XEROX | VENDOR AGREEMENTS | CONTRACT INVOICE #IN3619774 DTD 5/27/2022 |
| XEROX | VENDOR AGREEMENTS | CONTRACT INVOICE #IN3911271 DTD 9/27/2022 |
| XEROX | VENDOR AGREEMENTS | CONTRACT INVOICE #IN3940680 DTD 10/6/2022 |
| XTEND HEALTH CARE LLC | THIRD PARTY SERVICE AGREEMENT | ADDENDUM #1 |
| XTEND HEALTH CARE LLC | THIRD PARTY SERVICE AGREEMENT | ADDENDUM #3 |
| XTEND HEALTH CARE LLC | THIRD PARTY SERVICE AGREEMENT | ADDENDUM #4 |
| XTEND HEALTH CARE LLC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICE AGREEMENT FOR REVENUE CYCLE SERVICES |
| ZIMMER US INC | PURCHASE/SALES AGREEMENT | ROSA PLACEMENT AGREEMENT |
| ZIMMER US INC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO AGREEMENT |
| ZIMMER US INC | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO AGREEMENT |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| ZIMMER US INC | THIRD PARTY SERVICE AGREEMENT | PRICING LETTER AGREEMENT DTD 11/20/2017 |