## EXHIBIT B

**Rejected Contracts List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| AMGA GROUP | THIRD PARTY SERVICE AGREEMENT | RENEWAL NOTICE INVOICE NO 0044891 DTD 10/1/2022 |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF AFFILIATION AGREEMENT |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF SHARED USED AGREEMENT |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | LEASE: BUILDING & LAND | ASSIGNMENT/ASSUMPTION OF SPECIALTY CLINIC/SERVICE LEASE SPACE AGREEMENT |
| COLLERAN, ERICA, MD | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF SUBLEASE AGREEMENT |
| COLLERAN, ERICA, MD | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF SUBLEASE AGREEMENT |
| DELL MARKETING LP | VENDOR AGREEMENTS | QUOTE #3000087042201.2 DTD 5/28/2021 |
| ELEKTA INC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT DTD 7/30/2018 |
| ELEKTA INC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT DTD 9/30/2021 |
| FOREFRONT MANAGEMENT LLC | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF SUBLEASE AGREEMENT |
| FOREFRONT MANAGEMENT LLC | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF SUBLEASE AGREEMENT |
| FORT MADISON COMMUNITY HOSPITAL | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF SHARED USED AGREEMENT |
| HAWKEYE CARPET & VINYL INC | THIRD PARTY SERVICE AGREEMENT | ESTIMATE #556 DTD 1/21/2022 |
| HENRY COUNTY HEALTH CENTER | LEASE: BUILDING & LAND | ASSIGNMENT AND ASSUMPTION OF AFFILIATION AGREEMENT |
| HENRY COUNTY HEALTH CENTER | THIRD PARTY SERVICE AGREEMENT | SHARED USE AGREEMENT |
| JEFFERSON COUNTY HEALTH CENTER | LEASE: BUILDING & LAND | ASSIGNMENT/ASSUMPTION OF SPECIALTY CLINIC/SERVICE LEASE SPACE AGREEMENT |
| LANTERN PARK NURSING & REHAB CENTER | SERVICE AGREEMENT | SERVICES AGREEMENT |
| LYNCG BROS PAINTING/CARPENTRY | THIRD PARTY SERVICE AGREEMENT | INVOICE DTD 7/14/2022 |
| MEARDON CONSULTING LLC | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| RADIOLOGIC MEDICAL SERVICES | SERVICE AGREEMENT | QUOTE FOR PROFESSIONAL SERVICES #Q-48554-1 DTD 1/30/2023 |
| MERGE HEALTHCARE | SERVICE AGREEMENT | QUOTE FOR PROFESSIONAL SERVICES #Q-48554-1 DTD 1/30/2023 |
| MHN ACO LLC | SERVICE AGREEMENT | PARTICIPANT AGREEMENT |
| MHN ACO LLC | SERVICE AGREEMENT | PARTICIPANT AGREEMENT |
| MHN ACO LLC | SERVICE AGREEMENT | PARTICIPANT AGREEMENT |
| MRO EXPRESS | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR SERVICES OF PHILIP A LOPEZ MD DTD 1/7/2019 |
| STRATEGIC PRINT SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | LETTER OF AGREEMENT DTD 8/1/2021 |
| VOLK, KIM | SERVICE AGREEMENT | AGREEMENT FOR PHYSICIAN LOCUM TENENS COVERAGE SERVICES |