**<u>EXHIBIT C</u>**

**Rejection Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF DEBTORS' NINTH OMNIBUS MOTION FOR ENTRY OF ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS RELATED TO MERCY SERVICES, IOWA CITY, INC., (II) SETTING BAR DATE FOR REJECTION DAMAGES CLAIMS, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on February 29, 2024 Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed *Debtors' Ninth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Services Iowa City, Inc., (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief* (the "Rejection Motion") [Docket No. ●].

**PLEASE TAKE FURTHER NOTICE** that the Rejection Motion seeks to reject certain of the Debtors' executory contracts of former employees.

**PLEASE TAKE FURTHER NOTICE** that objections to the Rejection Motion must be filed with the Clerk and served on the United States Trustee, Debtors, and Debtors' attorneys by no later than **Friday, March 22, 2024**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will proceed with a hearing to consider approval of the Rejection Motion on **Wednesday, March 27, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**PLEASE TAKE FURTHER NOTICE** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852
Access Code: 7148063
Security Code: 0623**

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>February 29, 2024 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:   (319) 286-7002<br>Facsimile:    (319) 286-7050<br>Email:          rleaf@nyemaster.com<br><br>- and -<br><br>Kristina M. Stanger, AT0000255<br>Matthew A. McGuire, AT0011932<br>Dana Hempy, AT0014934<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-283-3100<br>Fax:  515-283-8045<br>Email: mmcguire@nyemaster.com<br>         kmstanger@nyemaster.com<br>         dhempy@nyemaster.com<br><br>- and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:   (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:          fperlman@mwe.com<br>                    dsimon@mwe.com<br>                    ekeil@mwe.com<br><br>- and -<br><br>Jack G. Haake (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone:   (214) 295-8000<br>Facsimile:    (972) 232-3098<br>Email:          jhaake@mwe.com |

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that on this February 29, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

/s/ *Roy Leaf*