**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF BAR DATE FOR OBJECTIONS AND HEARING ON SOLICITATIONS PROCEDURES MOTION**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on February 23, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 760] (the "Combined Plan and Disclosure Statement")

**WHEREAS**, on March 1, 2024, the Debtors filed *Debtors Motion for Entry of Order (I) Approving Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Deadlines and Procedures for (A) Filing Objections to Confirmation of Plan, (B) Claim Objections, and (C) Temporary Allowance of Claims for Voting Purposes; (IV) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (V) Setting Record Date; (VI) Approving (A) Solicitation Packages and Procedures for Distribution, (B) Form of Notice of Hearing on Confirmation and Related Matters, and (C) Forms of Ballots; (VII) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (VIII) Granting Related Relief* [Docket No. 796] (the "Solicitations Procedures Motion").

**WHEREAS**, the Solicitation Procedures Motion, among other things, seeks an order from the Court approving the adequacy of the disclosure statement portion of the Combined Plan and Disclosure Statement, scheduling a hearing to consider confirmation of the plan portion of the Combined Plan and Disclosure Statement, and approving the form and substance of plan solicitation materials and solicitation procedures.

**NOTICE IS HEREBY GIVEN THAT** the deadline to object to the Solicitation Procedures Motion is **Monday, March 25, 2024**. All objections must be in writing and filed with the Court. Any such objections to the adequacy of the disclosure statement must be filed with the Court and served upon (i) counsel for the Debtors at the addresses noted below and (ii) the Office of the United States Trustee at 111 Seventh Avenue SE, Suite 280, Cedar Rapids, Iowa 52401.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will proceed with a hearing to consider approval of the Solicitation Procedures Motion on **Wednesday, March 27, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**PLEASE TAKE FURTHER NOTICE** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 1st day of March, 2024

> Respectfully Submitted,
>
> **NYEMASTER GOODE, P.C.**
> Roy Leaf, AT0014486
> 625 First Street SE, Suite 400
> Cedar Rapids, IA 52401-2030
> Telephone:    (319) 286-7002
> Facsimile:    (319) 286-7050
> Email:        rleaf@nyemaster.com
>
> - and –
>
> Kristina M. Stanger, AT0000255
> Matthew A. McGuire, AT0011932
> Dana Hempy, AT0014934
> 700 Walnut, Suite 1600
> Des Moines, IA 50309
> Telephone:  515-283-3100
> Fax:  515-283-8045
> Email: mmcguire@nyemaster.com
>        kmstanger@nyemaster.com
>        dhempy@nyemaster.com
>
> - and -
>
> **MCDERMOTT WILL & EMERY LLP**
> Felicia Gerber Perlman (admitted *pro hac vice*)
> Daniel M. Simon (admitted *pro hac vice*)
> Emily C. Keil (admitted *pro hac vice*)
> 444 West Lake Street, Suite 4000
> Chicago, Illinois 60606

2

Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this March 1, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

3