IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | Case No. 23-00623 |
| Debtors. | Jointly Administered |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PATIENT CARE OMBUDSMAN PERIOD August 10, 2023 – January 31, 2024**

The court having considered the *Final Application for Compensation and Expense Reimbursement for Patient Care Ombudsman – Period August 10, 2023 – January 31, 2024* [Docket No. 720] (the "**Application**"), filed by Susan N. Goodman (the "**PCO**" or "**Applicant**") on February 7, 2024; and it appearing to the court that (a) the requested fees and expenses are reasonable and necessary, (b) that notice of the Application was sufficient and appropriate and in accordance the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this District, (c) no objections or responsive pleadings were filed; and, (d) that good cause exists to grant the Application;

IT IS HEREBY ORDERED THAT:

1. The Application is hereby GRANTED and APPROVED, on a final basis, in the total amount of $56,897.63, consisting of fees in the amount of $50,955.00 and expense reimbursement in the amount of $5,942.63 for services rendered during the period stated in the Application.

2. The Debtors are authorized to pay PCO, through Pivot Health Law, LLC, any monies yet owing to the total approved and allowed amount of $56,897.63.

3. The court shall retain jurisdiction to implement, enforce, and interpret this Order.

4. This Order shall take effect immediately upon entry.

DATED AND ENTERED  March 4, 2024

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE