IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) BAR DATE FOR OBJECTIONS AND HEARING ON SECOND EXCLUSIVITY MOTION AND (II) HEARING ON FIRST EXCLUSIVITY MOTION AND CASH COLLATERAL MOTION**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on August 7, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing on the Use of Cash Collateral, and (III) Granting Related Relief* [Docket No. 26] (the "Cash Collateral Motion").

**WHEREAS**, on August 8, 2023 and November 7, 2023, the Court entered orders, on an interim basis, authorizing certain of the relief sought by the Debtors in the Cash Collateral Motion.

**WHEREAS**, the Debtors, Official Committee of Unsecured Creditors, and Computershare Trust Company, N.A. and Preston Hollow Community Capital, Inc. (collectively, the "Parties") agreed pursuant to multiple stipulations to, among other things, continue hearings on entry of the Cash Collateral Motion on a final basis. [Docket Nos. 578, 649, 751].

**WHEREAS**, pursuant to the latest stipulation among the Parties, the Parties have agreed to have the entry of the Cash Collateral Motion on a final basis heard at a hearing on or around March 27, 2024.

**WHEREAS,** on December 5, 2023, the Debtors filed *Debtors' Motion for Entry of Order Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 554] (the "First Exclusivity Motion").

**WHEREAS**, on December 6, 2023, Preston Hollow Community Capital, Inc. and Computershare Trust Company, N.A. (collectively, the "Secured Bondholder Representatives") filed an objection to the Exclusivity Motion [Docket No. 559] (the "Bondholders' Objection").

**WHEREAS**, the Court was scheduled to hearing the Exclusivity Motion and the Bondholders' Objection on February 12, 2024.

**WHEREAS**, the Debtors and Secured Bondholder Representatives agreed to multiple extensions of the hearing on the First Exclusivity Motion in order to continue discussions regarding the First Exclusivity Motion.

**WHEREAS**, on March 4, 2024, the Debtors filed *Debtors' Second Motion for Entry of Order Further Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof* (the "Second Exclusivity Motion").

**NOTICE IS HEREBY GIVEN THAT**, the deadline to object to the Second Exclusivity Motion is **March 18, 2024**. All objections must be in writing and filed with the Court. Any such objections to the Second Exclusivity Motion must be filed with the Court and served upon (i) counsel for the Debtors at the addresses noted below and (ii) the Office of the United States Trustee at 111 Seventh Avenue SE, Suite 280, Cedar Rapids, Iowa 52401.

**NOTICE IS HEREBY GIVEN THAT** a hearing to consider entry of the First Exclusivity Motion, Second Exclusivity Motion, and entry of an order approving the Cash Collateral Motion on a final basis has been set for **March 27, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**NOTICE IS FURTHER PROVIDED THAT** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 4th day of March, 2024

Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309

2

Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        fperlman@mwe.com
              dsimon@mwe.com
              ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:        jhaake@mwe.com

*Counsel for Debtors and*
*Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this March 4, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

3