UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

**PROCEEDING MEMO AND ORDER**

Date of Telephonic Hearing: March 5, 2024
Hearing on: Request for Telephonic Hearing re: Disclosure Statement, Plan (Doc. 778)

APPEARANCES:
Attorneys Roy Ryan Leaf and Daniel M. Simon for Debtors
Attorney Claire Davison for the United States Trustee
Attorneys Andrew H. Sherman and Robert Cardell Gainer for the Official Committee of Unsecured Creditors
Attorney Paula Roby for the Official Committee of Pensioners
Attorneys Nathan F. Coco, Kaitlin R. Walsh, and Peter Chalik for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Bradley R. Kruse for Hayes Locums, LLC, MediRevv, LLC (formerly known as MediRevv, Inc.), and Kronos Incorporated a/k/a UKG Inc.

**IT IS ORDERED THAT**:
A facilitated conference on Debtor's Disclosure Statement and Chapter 11 Plan of Liquidation (Doc. 760) is hereby set for:

**March 19, 2024 at 9:00 AM**

At: U.S. Courthouse, 111 Seventh Avenue SE, ***Courtroom 4 on the 4th Floor***, Cedar Rapids, IA 52401

Ordered:
March 5, 2024

Thad J. Collins
Chief Bankruptcy Judge