## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 03/20/2024 at 4:00 p.m. (CT)** |
| | ) | |

## SUMMARY OF FIFTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| | |
|---|---|
| Name of applicant: | **FTI Consulting, Inc.** |
| Authorized to provide professional services to: | **Official Committee of Unsecured Creditors** |
| Date of retention: | **August 21, 2023** |
| Date of order authorizing retention: | **October 12, 2023, Docket No. 356** |
| Period for which compensation and reimbursement is sought: | **January 1, 2024 through January 31, 2024** |
| Amount of compensation sought as actual, reasonable and necessary: | **$57,610.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| This is a: | **Fifth Monthly Application** |

## SUMMARY OF FTI APPLICATIONS FOR COMPENSATION

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees & Expenses |
|---|---|---|---|---|---|
| First Month | 11/09/23 | 08/21/23 - 09/30/23 | $111,776.00 (80% of total) | $0.00 (100% of total) | $111,776.00 |
| Second Month | 12/15/23 | 10/01/23 – 10/31/23 | $67,424.00 (80% of total) | $2,576.39 (100% of total) | $61,572.39 (70% of total) |
| Third Month | N/A | 11/01/23 – 11/30/23 | $78,792.00 (70% of total) | $0.00 (100% of total) | N/A |
| Fourth Month | N/A | 12/01/23 – 12/31/23 | $39,592.00 (70% of total) | $0.00 (100% of total) | N/A |
| Fifth Month | N/A | 01/01/24 – 01/31/24 | $40,327.00 (70% of total) | $0.00 (100% of total) | N/A |

### SUMMARY OF BILLING BY PROFESSIONALS
### JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,390 | 23.8 | $33,082.00 |
| Narendra Ganti | Managing Director | 1,035 | 28.9 | 29,911.50 |
| Jacob Park | Senior Consultant | 675 | 29.6 | 19,980.00 |
| **SUBTOTAL** | | | **82.3** | **$82,973.50** |
| Less: Voluntary Discount | | | | (25,363.50) |
| **GRAND TOTAL** | | | **82.3** | **$57,610.00** |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.7 | $4,859.00 |
| 2 | Cash & Liquidity Analysis | 14.6 | $17,554.00 |
| 4 | Trade Vendor Issues | 1.8 | $2,324.50 |
| 6 | Asset Sales | 10.4 | $10,963.50 |
| 11 | Prepare for and Attendance at Court Hearings | 1.3 | $1,345.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.3 | $310.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 44.4 | $40,697.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 0.7 | $724.50 |
| 21 | General Meetings with Committee & Committee Counsel | 2.4 | $2,372.50 |
| 24 | Preparation of Fee Application | 2.7 | $1,822.50 |
| | **SUBTOTAL** | **82.3** | **$82,973.50** |
| | Less: Voluntary Discount | | (25,363.50) |
| | **GRAND TOTAL** | **82.3** | **$57,610.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 03/20/2024 at 4:00 p.m. (CT)** |
| | ) | |

**FIFTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR
THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

FTI Consulting, Inc. (the "Applicant" or "FTI"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Docket No. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from January 1, 2024 through January 31, 2024 (the "Application Period"), and respectfully represents as follows:

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.     The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

### A. The Chapter 11 Case

4.     On August 7, 2023 (the "Petition Date"), Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (the "Debtors") commenced the Chapter 11 Case by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage its properties as debtors and debtors-in-possession pursuant to Bankruptcy Code section 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 case.

5.     On August 15, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102(a) [Docket No. 107]. The Committee members are:

a)     Altera Digital Health, Inc.;

b)     J&K PMS, Inc.;

c)     Medifis;

d)     Steindler Orthopedic Clinic;

e)     Cardinal Health

6.     On September 1, 2023, the U.S. Trustee filed the Amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 180] appointing two additional Committee members:

a)     MediRevv, Inc.;

b)     Owens & Minor

7.     Additional information regarding the Debtor and the Chapter 11 Case, including the Debtor's business operations, capital structure, financial condition, and the reasons for and

objectives of the Chapter 11 Case, is set forth in the *Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 27] (the "Toney Declaration").

### B. The Retention of FTI

8.      On September 14, 2023, the Committee applied to the Court [Docket No. 229] (the "FTI Application") for an order authorizing the Committee to retain and employ FTI as their financial advisor, effective as of August 21, 2023. On October 12, 2023, the Court entered an order authorizing such retention [Docket No. 356].

### C. The Interim Compensation Order

9.      On September 14, 2023, the Court entered the Interim Compensation Order[1], which sets the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Case. Specifically, the Interim Compensation Order provides that a Retained Professional may file and serve a Monthly Fee Application on or after the fifteenth (15th) day of each month following the month for which compensation is sought. Fourteen (14) days after the service of a Monthly Fee Application, the Debtor is authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the Monthly Fee Application that are not subject to an Objection.

10.      On December 28, 2023, The United States Trustee objected to the Second Monthly Fee Application (docketed as Third Application for Compensation) on various grounds, arguing that the Court should reduce the Second Monthly Fee Application by 30%, at [Docket No. 607] (the "Objection"). On February 20, 2024, FTI and the United States Trustee reached a compromise on the Objection, as follows:

(a)      FTI Consulting, Inc., is awarded 70% of the requested fees;

---

[1] Capitalized terms used but not defined shall have the meanings provided in the Interim Compensation Order.

(b)      FTI Consulting, Inc., and the United States Trustee reserve adjudication on the

remaining 30% at the time of a final fee application for FTI Consulting, Inc.

**RELIEF REQUESTED**

11.      Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, FTI

is seeking compensation in the amount of $40,327.00, which is equal to seventy percent (70%) of

the $57,610.00 in fees for professional services rendered by FTI during the Application Period.

This amount is derived solely from the applicable hourly billing rates of FTI personnel who

rendered services to the Committee.

12.      There is no agreement or understanding between FTI and any other person, other

than members of FTI for sharing of any compensation to be received for services rendered in these

chapter 11 cases.

**A. Compensation Requested**

13.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of

the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary

of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit

A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E**, respectively.

14.      FTI provided a wide array of legal services to the Committee. The services rendered

by FTI are summarized below, and are more fully described in the detailed time entries attached

to this Application as **Exhibit C**.

**VALUATION OF SERVICES**

15.      Professionals and paraprofessionals of FTI have expended a total of 80.8 hours in

connection with this matter during the Application Period.

8

16.     The amount of time spent by each of the professionals providing services to the Committee for the Application Period is set forth in **Exhibit A**. As discussed in the Application, the rates reflected therein are FTI's normal hourly rates of compensation for work of this character.

17.     FTI believes that the time entries and expenses included in **Exhibit A** are in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

## DISCUSSION

18.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title

19.     The Eighth Circuit Court of Appeals has stated:

> "[Reasonable] [c]ompensation . . . presumably reflects (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained."

> *P.A. Novelly v. Palans (In re Apex Oil Co.)*, 960 F.2d 728, 731–32 (8th Cir. 1992).

20.     In reviewing this Application, the Court should be guided by the Eighth Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> Section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must

consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts."

*Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984); *see also In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992) ("[I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is so to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.").

21.     This Application complies with the fee application requirements set forth in *In re Pothoven*, 84 B.R. 579 (Bankr. S.D. Iowa 1988). The exhibits to this Application list and describe each activity, the date it was performed, the professionals or professional who performed the work, the time spent on the work, and the individual's hourly rate. *Id.* at 584. Furthermore, time and each task are broken down into tenths of an hour and individually recorded. *See* **Exhibit A.**

22.     FTI's hourly rate of compensation for professionals and para-professionals during the Application Period range from $325.00 to $1,390.00. These rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction. FTI consistently and consciously made reasonable efforts to represent the Committee in the most economical, efficiently, and practical manner possible.

23.     In accordance with the factors enumerated in Bankruptcy Code section 330, FTI submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

24.     The fees charged by FTI in this case are billed in accordance with its existing billing rates and procedures set forth in the FTI Application, in effect during the Application Period.

10

25.     FTI's rates for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates that FTI charges for services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

26.     FTI reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

## **NO PRIOR REQUEST**

27.     No prior request for the relief sought in the Application has been made to this or any other court.

**WHEREFORE**, FTI respectfully requests that the Court enter an order:  (i) awarding FTI allowance of (a) seventy percent (70%) of the fees for the Application Period in the amount of $40,327.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses FTI incurred during the Application Period in the amount of $0.00; (ii) authorizing and directing the Debtors to pay FTI $40,327.00, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

*[Remainder of page intentionally left blank]*

Dated: March 6, 2024           **FTI CONSULTING, INC.**

*/s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone:    (212) 841-9355
Email:       cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee
of Unsecured Creditors*

Respectfully submitted,

*/s/ Andrew Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza,
Newark, New Jersey 07102
Telephone:    (973) 643-7000
Facsimile:    (973) 643-6500
Email:       asherman@sillscummis.com
                bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    (515) 223-6600
Facsimile:    (515) 223-6787
Email:       rgainer@cutlerfirm.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this March 6, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Stephanie Newton*

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,390 | 23.8 | $33,082.00 |
| Narendra Ganti | Managing Director | 1,035 | 28.9 | 29,911.50 |
| Jacob Park | Senior Consultant | 675 | 29.6 | 19,980.00 |
| **SUBTOTAL** | | | **82.3** | **$82,973.50** |
| Less: Voluntary Discount | | | | (25,363.50) |
| **GRAND TOTAL** | | | **82.3** | **$57,610.00** |

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.7 | $4,859.00 |
| 2 | Cash & Liquidity Analysis | 14.6 | $17,554.00 |
| 4 | Trade Vendor Issues | 1.8 | $2,324.50 |
| 6 | Asset Sales | 10.4 | $10,963.50 |
| 11 | Prepare for and Attendance at Court Hearings | 1.3 | $1,345.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.3 | $310.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 44.4 | $40,697.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 0.7 | $724.50 |
| 21 | General Meetings with Committee & Committee Counsel | 2.4 | $2,372.50 |
| 24 | Preparation of Fee Application | 2.7 | $1,822.50 |
| | **SUBTOTAL** | **82.3** | **$82,973.50** |
| | Less: Voluntary Discount | | (25,363.50) |
| | **GRAND TOTAL** | **82.3** | **$57,610.00** |

EXHIBIT C

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/3/2024 | Clifford Zucker | 0.4 | Call with Debtor on case issues and closing. |
| 1 | 1/3/2024 | Clifford Zucker | 0.5 | Review and analysis of cash activity and variances. |
| 1 | 1/4/2024 | Clifford Zucker | 0.7 | Call with Debtor on transfer issues and services agreement. |
| 1 | 1/4/2024 | Narendra Ganti | 0.8 | Call with ToneyKorf to discuss liquidity, integration, and admin claims. |
| 1 | 1/17/2024 | Clifford Zucker | 0.4 | Review and analysis of cash activity and statistics. |
| 1 | 1/25/2024 | Clifford Zucker | 0.3 | Review and analysis of FEMA update. |
| 1 | 1/31/2024 | Clifford Zucker | 0.6 | Review and analysis of assumed contract schedule. |
| **1 Total** | | | **3.7** | |
| 2 | 1/3/2024 | Narendra Ganti | 0.4 | Call with McDermott to discuss liquidity. |
| 2 | 1/3/2024 | Narendra Ganti | 0.5 | Review cash flow and budget to actual. |
| 2 | 1/3/2024 | Jacob Park | 0.3 | Review cash flow budget to actuals. |
| 2 | 1/10/2024 | Narendra Ganti | 0.5 | Review cash flow and budget to actual. |
| 2 | 1/10/2024 | Clifford Zucker | 0.5 | Call with Counsel on Bondholder discussions and waterfall. |
| 2 | 1/10/2024 | Clifford Zucker | 0.3 | Call with team on sensitivity analysis for waterfall analysis. |
| 2 | 1/10/2024 | Clifford Zucker | 0.4 | Review and analysis of cashflow activity. |
| 2 | 1/11/2024 | Jacob Park | 0.3 | Review latest cash flow budget to actual. |
| 2 | 1/12/2024 | Narendra Ganti | 0.2 | Review stipulation to extend cash collateral. |
| 2 | 1/12/2024 | Clifford Zucker | 0.6 | Review and analysis of admin and priority liabilities. |
| 2 | 1/12/2024 | Clifford Zucker | 0.5 | Review and analysis of potential sale proceeds. |
| 2 | 1/12/2024 | Clifford Zucker | 0.4 | Revised comments to draft cash collateral extension. |
| 2 | 1/14/2024 | Narendra Ganti | 0.6 | Review schedule of admin claims. |
| 2 | 1/14/2024 | Narendra Ganti | 1.5 | Call with TK to discuss admin expenses. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/14/2024 | Clifford Zucker | 1.5 | Call with Debtor on admin build up and waterfall. |
| 2 | 1/16/2024 | Clifford Zucker | 0.7 | Review and analysis of debtor projection of asset realizations and admin. |
| 2 | 1/16/2024 | Clifford Zucker | 0.5 | Review comments to cash collateral issues. |
| 2 | 1/17/2024 | Clifford Zucker | 0.8 | Review comments to distribution proposal waterfall. |
| 2 | 1/18/2024 | Clifford Zucker | 0.3 | Call with Debtor on operations. |
| 2 | 1/18/2024 | Narendra Ganti | 0.4 | Call with ToneyKorf to discuss liquidity. |
| 2 | 1/18/2024 | Clifford Zucker | 0.6 | Review and analysis of revised distribution proceeds waterfall. |
| 2 | 1/18/2024 | Jacob Park | 0.3 | Call with H2C and ToneyKorf on case update and sale update. |
| 2 | 1/22/2024 | Clifford Zucker | 0.7 | Review and analysis of settlement waterfall analysis. |
| 2 | 1/25/2024 | Narendra Ganti | 0.5 | Review budget to actual for cash flow. |
| 2 | 1/25/2024 | Narendra Ganti | 0.5 | Call with ToneyKorf to discuss liquidity. |
| 2 | 1/25/2024 | Clifford Zucker | 0.4 | Review and analysis of cash flow activity. |
| 2 | 1/26/2024 | Jacob Park | 0.4 | Review December MOR and compare to recovery analysis. |
| **2 Total** | | | **14.6** | |
| 4 | 1/15/2024 | Narendra Ganti | 0.5 | Review amended APA and list of contracts to be assumed and cure costs to determine status of Medifis contract assumption. |
| 4 | 1/22/2024 | Clifford Zucker | 0.6 | Review comments to Altera settlement and financial impact. |
| 4 | 1/23/2024 | Clifford Zucker | 0.7 | Call with Debtor on hearing, assumed contracts and reserves. |
| **4 Total** | | | **1.8** | |
| 6 | 1/4/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss sale of joint ventures. |
| 6 | 1/4/2024 | Clifford Zucker | 0.5 | Call with H2C on JV valuations and timeline. |
| 6 | 1/4/2024 | Jacob Park | 1.0 | Call with H2C and ToneyKorf for case update and sale update. |
| 6 | 1/11/2024 | Clifford Zucker | 0.7 | Call with Debtor on clinic activity. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/11/2024 | Narendra Ganti | 1.0 | Call with ToneyKorf to discuss liquidity, admin expenses. |
| 6 | 1/11/2024 | Clifford Zucker | 0.5 | Review and analysis of MOB real estate comps. |
| 6 | 1/11/2024 | Clifford Zucker | 0.6 | Review and analysis of clinic valuations. |
| 6 | 1/11/2024 | Jacob Park | 0.7 | Call with ToneyKorf and H2C for sale update and case update. |
| 6 | 1/15/2024 | Narendra Ganti | 0.6 | Call with ToneyKorf to interview real estate broker (CBRE) for sale of MOB. |
| 6 | 1/15/2024 | Narendra Ganti | 0.6 | Call with ToneyKorf to interview real estate broker ( Results Commercial) for sale of MOB. |
| 6 | 1/15/2024 | Narendra Ganti | 0.5 | Call with ToneyKorf to discuss broker presentations and make recommendations to CEO. |
| 6 | 1/16/2024 | Narendra Ganti | 0.4 | Review proposed APA for sale of PRA joint venture. |
| 6 | 1/25/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss sale of JV interests. |
| 6 | 1/25/2024 | Clifford Zucker | 0.6 | Call with H2C on joint venture and real estate valuation. |
| 6 | 1/25/2024 | Clifford Zucker | 0.4 | Call with Debtor on sale closing open items. |
| 6 | 1/25/2024 | Jacob Park | 1.0 | Call with H2C and ToneyKorf on case and sale update. |
| 6 | 1/30/2024 | Narendra Ganti | 0.3 | Call with J. Porter, ToneyKorf, to discuss closing. |
| **6 Total** | | | **10.4** | |
| 11 | 1/22/2024 | Narendra Ganti | 1.3 | Attend court hearing on Altera, exclusivity, cure objections, and cash collateral. |
| **11 Total** | | | **1.3** | |
| 13 | 1/22/2024 | Narendra Ganti | 0.3 | Review motion to reject Steindler agreement. |
| **13 Total** | | | **0.3** | |
| 16 | 1/2/2024 | Clifford Zucker | 0.5 | Call with Counsel on Bondholder valuation and settlement response. |
| 16 | 1/2/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss term sheet and counter to Bondholders. |
| 16 | 1/3/2024 | Jacob Park | 1.2 | Update recovery analysis for updated values. |
| 16 | 1/5/2024 | Clifford Zucker | 0.4 | Call with Bondholders advisor on open issues, transition, admin costs. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/5/2024 | Jacob Park | 0.4 | Call with BRG to discuss remaining assets. |
| 16 | 1/5/2024 | Narendra Ganti | 0.5 | Call with BRG to discuss recovery analysis. |
| 16 | 1/8/2024 | Clifford Zucker | 1.0 | Call with Debtor on Bondholder and Pension professionals on waterfall support. |
| 16 | 1/8/2024 | Jacob Park | 1.4 | Call with advisors to discuss valuation of remaining assets including admin expense. |
| 16 | 1/8/2024 | Narendra Ganti | 0.5 | Call with FTI team to discuss and provide feedback on recovery analysis. |
| 16 | 1/8/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss upcoming deadlines on litigation and recovery analysis. |
| 16 | 1/8/2024 | Narendra Ganti | 0.5 | Review updated recovery analysis prepared by FTI. |
| 16 | 1/8/2024 | Narendra Ganti | 1.5 | Call with ToneyKorf, H2C, BRG, and HMB to discuss recovery analysis. |
| 16 | 1/8/2024 | Jacob Park | 3.2 | Update recovery analysis for recent call and updated assumptions. |
| 16 | 1/8/2024 | Jacob Park | 0.5 | Call with Counsel to discuss next steps for recovery analysis. |
| 16 | 1/9/2024 | Narendra Ganti | 0.8 | Review updated recovery analysis. |
| 16 | 1/9/2024 | Jacob Park | 2.3 | Update recovery analysis for allocation of admin expenses. |
| 16 | 1/10/2024 | Narendra Ganti | 0.8 | Call with BRG, Sills, and Mintz to discuss term sheet and waterfall. |
| 16 | 1/10/2024 | Narendra Ganti | 0.7 | Review waterfall/recovery analysis. |
| 16 | 1/10/2024 | Jacob Park | 3.4 | Update recovery analysis for updated distribution terms. |
| 16 | 1/10/2024 | Jacob Park | 0.7 | Call with Counsel and Bondholder Counsel to discuss Plan of Reorganization. |
| 16 | 1/10/2024 | Jacob Park | 0.3 | Call with FTI team to discuss updated recovery analysis. |
| 16 | 1/10/2024 | Jacob Park | 0.4 | Call with Counsel to discuss Plan of Reorganization. |
| 16 | 1/11/2024 | Narendra Ganti | 0.7 | Review updated waterfall analysis. |
| 16 | 1/11/2024 | Jacob Park | 0.6 | Update liquidation analysis for updated values. |
| 16 | 1/12/2024 | Narendra Ganti | 0.6 | Call with BRG to discuss administrative expenses. |
| 16 | 1/12/2024 | Jacob Park | 0.5 | Call with BRG to discuss admin claims. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/12/2024 | Narendra Ganti | 0.5 | Review comparison between BRG recoveries and FIT recoveries. |
| 16 | 1/12/2024 | Clifford Zucker | 0.3 | Call with BRG on settlement and Plan structure. |
| 16 | 1/12/2024 | Jacob Park | 2.3 | Update recovery analysis to include comparison of numbers to BRG. |
| 16 | 1/16/2024 | Narendra Ganti | 1.1 | Call with ToneyKorf to discuss admin claims. |
| 16 | 1/16/2024 | Clifford Zucker | 0.6 | Call with Debtor on Bondholder FA and Pennoners FA on projected waterfall. |
| 16 | 1/16/2024 | Clifford Zucker | 0.6 | Call with Counsel on admin expenses, Altera and waterfall. |
| 16 | 1/16/2024 | Narendra Ganti | 0.5 | Prepare analysis of counter proposal to Bondholders. |
| 16 | 1/16/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss term sheet and counter to Bondholders. |
| 16 | 1/16/2024 | Jacob Park | 1.0 | Call with H2C and ToneyKorf on waterfall assumptions and assets remaining. |
| 16 | 1/18/2024 | Clifford Zucker | 0.8 | Call with team on proceeds analysis sensitivity. |
| 16 | 1/18/2024 | Narendra Ganti | 1.2 | Prepared updated analysis of distribution of proceeds based on input from Counsel. |
| 16 | 1/18/2024 | Narendra Ganti | 0.7 | Call with Sills to discuss analysis of counter proposal to Bondholders. |
| 16 | 1/18/2024 | Narendra Ganti | 0.8 | Prepare analysis and distribution of proceeds. |
| 16 | 1/18/2024 | Clifford Zucker | 0.7 | Call with Counsel on Bondholder response parameters. |
| 16 | 1/18/2024 | Jacob Park | 0.6 | Update recovery analysis to incorporate cumulative distributions. |
| 16 | 1/19/2024 | Narendra Ganti | 0.5 | Review counter proposal to Bondholders for settlement. |
| 16 | 1/19/2024 | Narendra Ganti | 0.5 | Review updated recovery analysis for settlement. |
| 16 | 1/19/2024 | Clifford Zucker | 0.6 | Review and analysis of draft Plan settlement proposal. |
| 16 | 1/19/2024 | Jacob Park | 2.1 | Create recovery analysis based on proposed counter from counsel. |
| 16 | 1/22/2024 | Clifford Zucker | 0.5 | Call with team on waterfall for Counsel proposal. |
| 16 | 1/22/2024 | Narendra Ganti | 0.5 | Review updated recovery analysis/waterfall based on counter proposal. |
| 16 | 1/22/2024 | Jacob Park | 1.0 | Call with FTI to discuss counter of terms for Plan of reorganization. |

EXHIBIT C

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 01, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 1/23/2024 | Narendra Ganti | 0.7 | Review updated recovery analysis. |
| 16 | 1/25/2024 | Clifford Zucker | 0.5 | Review and analysis of revised Plan settlement proposal by UCC. |
| 16 | 1/30/2024 | Clifford Zucker | 0.5 | Meet with Debtor Counsel on settlement discussions. |
| 16 | 1/31/2024 | Clifford Zucker | 0.4 | Meet with Bondholders on settlement discussions. |
| **16 Total** | | | **44.4** | |
| 18 | 1/19/2024 | Narendra Ganti | 0.2 | Review correspondence related to Altera. |
| 18 | 1/22/2024 | Narendra Ganti | 0.5 | Review Objection to motion to compel filed by Altera. |
| **18 Total** | | | **0.7** | |
| 21 | 1/25/2024 | Narendra Ganti | 0.7 | Call with Committee to discuss term sheet and counter to Bondholders. |
| 21 | 1/25/2024 | Clifford Zucker | 0.7 | Committee call on financial and legal update. |
| 21 | 1/25/2024 | Jacob Park | 1.0 | Call with Committee to discuss recovery analysis and term sheet. |
| **21 Total** | | | **2.4** | |
| 24 | 1/30/2024 | Jacob Park | 2.7 | Prepare fee application for December. |
| **24 Total** | | | **2.7** | |
| **Grand Total** | | | **82.3** | |