# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

COMES NOW, the undersigned, and certifies that on March 6, 2024 the documents listed in Exhibit A were filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case, including the United States Trustee; and were served via electronic mail to the noticing parties required under the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professions, as well as Counsel for the Pensioners Committee, as follows:

 i. Debtors: noticing@mercyic.org

 ii. Debtors' Counsel: Felicia Gerber Perlman, (fperlman@mwe.com), Daniel M. Simon (dsimon@mwe.com), Emily C. Keil (ekeil@mwe.com), Jack G. Haake (jhaake@mwe.com), and Roy R. Leaf (rleaf@nyemaster.com)

 iii. U.S. Trustee: Janet G.L. Reasoner (Janet.G.Reasoner@usdoj.gov)

 iv. Bond Trustee's Counsel: William Kannel (wkannel@mintz.com), Nathan F. Coco (nfcoco@mintz.com), Megan Preusker (mpreusker@mintz.com), and Peter J. Chalik (chalik@whitfieldlaw.com)

 v. Pensioner's Counsel: Paula Roby (paula@drpjlaw.com)

-2-

Respectfully Submitted,

*/s/ Robert C. Gainer*
Robert C. Gainer        IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    515-223-6600
Facsimile:     515-223-6787
E-mail:  rgainer@cutlerfirm.com
CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding, including the United States Trustee.

*/s/ Stephanie Newton*

## Exhibit A – Documents Served

- Third Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through November 30, 2023.
  Docket No. 805.

- Notice of Bar Date regarding Third Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through November 30, 2023.
  Docket No.806.

- Fourth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 through December 31, 2023.
  Docket No. 807.

- Notice of Bar Date regarding Fourth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 through December 30, 2023.
  Docket No.808.

- Fifth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through January 31, 2024.
  Docket No. 809.

- Notice of Bar Date regarding Fifth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Office Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through January 31, 2024.
  Docket No. 810.

- Second Interim Application of Cutler Law Firm, P.C. for Allowance of Compensation of Attorneys Fees and Cost for Associate Counsel to the Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, for the Period November 1, 2023 through and including March 4, 2024.
  Docket No. 811.

- Notice of Bar Date regarding Second Interim Application of Cutler Law Firm, P.C. for Allowance of Compensation of Attorneys Fees and Cost for Associate Counsel to the Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, for the Period November 1, 2023 through and including March 4, 2024.
  Docket No. 812.