IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related to Docket Nos. 698, 790, 791** |

### NOTICE OF REVISED REJECTED CONTRACTS LIST IN CONNECTION WITH DEBTORS' SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS RELATED TO MERCY HOSPITAL, IOWA CITY, IOWA, (II) SETTING BAR DATE FOR REJECTION DAMAGES CLAIMS, AND (III) GRANTING RELATED RELIEF

**WHEREAS**, on February 29, 2024 Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed *Debtors' Seventh Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief* (the "Rejection Motion") [Docket No. 790].

**WHEREAS**, the Rejection Motion seeks to reject certain of the Debtors' executory contracts that were not assumed and assigned to the State University of Iowa (the "University") as part of the sale of substantially all of the Debtors' assets.

**WHEREAS**, attached to the Rejection Motion as Exhibit B is the Rejected Contracts List.[1] The Rejected Contracts List sets forth the executory contracts that the Debtors are seeking to reject pursuant to the Rejection Motion.

**WHEREAS**, an *Equipment Lease Agreement #20007824* (the "Equipment Lease") between Mercy and Siemens Financial Services, Inc. ("Siemens") was listed on the Rejected Contracts List.

**WHEREAS**, following discussions with counsel for the Debtors, University, and Siemens, it was agreed that the Equipment Lease had been assumed by the Debtors and assigned to the University as part of the Sale.

**WHEREAS**, the Debtors and Siemens agree that the Equipment Lease was the only executory contract between the Debtors and Siemens and that no other executory contracts exist between any of the Debtors and Siemens.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Rejection Motion.

**WHEREAS**, attached hereto as **Exhibit 1** is a revised Rejected Contract List that excludes the Equipment Lease (the "Revised Rejected Contracts List"). The Revised Rejected Contracts List reflects the executory contracts that the Debtors will seek rejection of in connection with the Rejection Motion.

**WHEREAS**, the Debtors reserve their rights to further amend the Revised Rejected Contracts List in all respects.

*[Remainder of the Page Intentionally Left Blank]*

Dated: Cedar Rapids, Iowa
March 8, 2024

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:  (319) 286-7002
Facsimile:  (319) 286-7050
Email:  rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:  jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## **CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury, that on this March 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

/s/ *Roy Leaf*

## EXHIBIT 1

**Revised Rejected Contract List**

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| LIGHTEDGE SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICE AGREEMENT |
| LINN COUNTY PUBLIC HEALTH | SERVICE AGREEMENT | MEMORANDUM OF UNDERSTANDING |
| LISA GRISWOLD CONSULTING | THIRD PARTY SERVICE AGREEMENT | PROPOSAL FOR CONSULTING SERVICES |
| LOCUM LIFE LTD | SERVICE AGREEMENT | CLIENT AGREEMENT |
| LVM SYSTEMS INC | LICENSING AGREEMENT | ADDENDUM TO LVM SYSTEMS INC SOFTWARE LICENSE AGREEMENT |
| LVM SYSTEMS INC | LICENSING AGREEMENT | LVM SYSTEMS INC SOFTWARE LICENSE AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | QUARTERLY CODING AUDIT SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL AGREEMENT INFUSION CODING AUDIT REMEDIATION AND MITIGATION |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | AMENDMENT 1 ADDITIONAL WORK ADD ON TO QUARTERLY CODING AUDIT SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | QUARTERLY CODING AUDIT SERVICE LEVEL AGREEMENT |
| MANAGEMENT SOLUTIONS GROUP | THIRD PARTY SERVICE AGREEMENT | SERVICE LEVEL AGREEMENT REMOTE BILLING STAFF AUGMENTATION |
| MARTINVILLE DUNN LLC | THIRD PARTY SERVICE AGREEMENT | INTERIM SERVICES AGREEMENT DTD 7/14/2022 |
| MARTINVILLE DUNN LLC | THIRD PARTY SERVICE AGREEMENT | INTERIM SERVICES AGREEMENT DTD 7/14/2022 |
| MAXIM HEALTHCARE SERVICES INC | THIRD PARTY SERVICE AGREEMENT | DIRECT PLACEMENT AGREEMENT DTD 10/22/2020 |
| MC ANALYTXS INC | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR IMPLEMENTATION OF ANALYTXS ALLPAYOR SYSTEM |
| MCC TELEPHONY OF IOWA LLC | UTILITIES | DEDICATED INTERNET ACCESS & TRANSPARENT LAN SERVICE AGREEMENT |
| MCC TELEPHONY OF IOWA LLC | THIRD PARTY SERVICE AGREEMENT | TRANSPARENT LAN SERVICE TLS NETWORK AGREEMENT |
| MCCOMAS LACINA CONSTRUCTION INC | THIRD PARTY SERVICE AGREEMENT | STANDARD FORM OF AGREEMENT DTD 11/9/2021 |
| MCKESSON INFORMATION SOLUTIONS INC | THIRD PARTY SERVICE AGREEMENT | CONTRACT SUPPLEMENT - PROPRIETARY AND CONFIDENTIAL LETTER DTD 8/7/2002 |
| MCKESSON INFORMATION SOLUTIONS INC | THIRD PARTY SERVICE AGREEMENT | CONTRACT SUPPLEMENT - PROPRIETARY AND CONFIDENTIAL LETTER DTD 8/7/2002 |
| MCKESSON INFORMATION SOLUTIONS LLC | LICENSING AGREEMENT | CONTRACT SUPPLEMENT TO AGREEMENT |
| MCKESSON INFORMATION SOLUTIONS LLC | LICENSING AGREEMENT | CONTRACT SUPPLEMENT TO LICENSE AGREEMENT |
| MCKESSON TECHNOLOGIES INC | THIRD PARTY SERVICE AGREEMENT | MASTER AGREEMENT #MA0910467 |
| MD BUYLINE INC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT |
| MEDICAL INFORMATION TECHNOLOGY INC | LICENSING AGREEMENT | TERMS AND AGREEMENT LETTER DTD 1/13/2020 |
| MEDICAL PHYSICS LLC | THIRD PARTY SERVICE AGREEMENT | SUMMARY OF CHARGES |
| MEDIPINES CORPORATION | VENDOR AGREEMENTS | QUOTE DTD 9/30/2021 |
| MELLINIUM SOLUTIONS GROUP INTERNATIONAL INC | THIRD PARTY SERVICE AGREEMENT | CLIENT SERVICE AGREEMENT DTD 9/28/2021 |
| MELLINIUM SOLUTIONS GROUP INTERNATIONAL INC | THIRD PARTY SERVICE AGREEMENT | HOSPITAL CREDIT BALANCE SERVICE LEVEL AGREEMENT |
| MERCY COLLEGE OF HEALTH SCIENCES | LEASE: BUILDING & LAND | COMMERCIAL LEASE AGREEMENT DTD 8/1/2022 |
| MERCY HOSPITAL, CEDAR RAPIDS, IOWA (D/B/A MERCY MEDICAL CENTER CEDAR RAPIDS IOWA) | SERVICE AGREEMENT | PROFESSIONAL SERVICES AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | CREDENTIAL VERIFICATION SYSTEM SHARING AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | CREDENTIALING SERVICES AGENCY AGREEMENT |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | HOSPITAL PRINCIPLES OF PARTICIPATION AGREEMENT DTD 12/1/1994 |
| MERCY OF IOWA CITY REGIONAL PHO | SERVICE AGREEMENT | SERVICES AGREEMENT |
| MERCY SPECIALTY CLINICS-CARDIO SURGERY | SERVICE AGREEMENT | MEDICARE ADVANTAGE ATTACHMENT |
| MICROMEDEX INC | LICENSING AGREEMENT | CUSTOMER LICENSE AGREEMENT |
| MPLT HEALTHCARE LLC | THIRD PARTY SERVICE AGREEMENT | CLIENT CONFIRMATION LETTER DTD 11/3/2020 |
| MS PROJECT PROS | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SERVICES PROPOSAL DTD 7/5/2021 |
| NATIONAL DISASTER MEDICAL SYSTEM, THE | GOVERNMENTAL | MEMORANDUM OF AGREEMENT FOR DEFINITIVE MEDICAL CARE |
| NIELSEN, JAMES, MD | THIRD PARTY SERVICE AGREEMENT | DUES PAYMENT AGREEMENT - PHYSICIAN AFFILIATES |
| NMA MEDICAL PHYSICS CONSULTATION | THIRD PARTY SERVICE AGREEMENT | SERVICE ACKNOWLEDGMENT |
| NORTHWEST MECHANICAL INC | MAINTENANCE AGREEMENT | PROJECT AGREEMENT FOR BUILDING ENVIROMENTAL CONTROL SYSTEMS DTD 3/1/2022 |
| OLYMPUS FINANCIAL SERVICES | PURCHASE/SALES AGREEMENT | INVOICE DTD 7/22/2022 |
| OMNIUM WORLDWIDE INC | THIRD PARTY SERVICE AGREEMENT | AGREEMENT FOR RECOVERY OF ACCOUNTS |
| ONENECK IT SOLUTIONS | LEASE: EQUIPMENT | QUOTE #123234-1 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | CISCO SMARTNET RENEWAL 2020 QUOTE #122549-2 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | CISCO SMARTNET RENEWAL 2021 QUOTE #134714-2 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | ONENECK INVOICE #INV000028015 DTD 12/29/2021 |
| ONENECK IT SOLUTIONS LLC | THIRD PARTY SERVICE AGREEMENT | ONENECK INVOICE #PJI00050942 DTD 10/25/2021 |
| OUTCOME SCIENCES INC | SERVICE AGREEMENT | AMENDMENT TO THE STROKE PARTICIPATING HOSPITAL AGREEMENT |
| OUTCOME SCIENCES LLC | SERVICE AGREEMENT | AMENDMENT TO THE PARTICIPATING HOSPITAL AGREEMENT |
| OWENS & MINOR DISTRIBUTION INC | THIRD PARTY SERVICE AGREEMENT | MUTUAL CUSTOMER ORDER AND PURCHASE AUTORIZATION AGREEMENT |
| OWENS & MINOR DISTRIBUTION INC | THIRD PARTY SERVICE AGREEMENT | PRIME DISTRIBUTION PROGRAM AGREEMENT |
| OWENS & MINOR DISTRIBUTION INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICES AGREEMENT |
| PHILIPS IMAGE GUIDED THERAPY CORPORATION | MAINTENANCE AGREEMENT | PHILIPS SERVICE AGREEMENT - PERFORMANCE ASSURANCE DTD 10/13/2021 |

| COUNTER PARTY | CONTRACT CLASSIFICATION | CONTRACT TITLE |
|---|---|---|
| PLOEGER RECRUITING SERVICES | THIRD PARTY SERVICE AGREEMENT | PROFESSIONAL SEARCH AGREEMENT DTD 10/12/2021 |
| PREFERRED HEALTH CHOICES LLC | THIRD PARTY SERVICE AGREEMENT | THIRD PARTY ADMIN RUNOUT ADMINISTRATION AGREEMENT DTD 11/17/2022 |
| PREMIER PURCHASING PARTNERS LP | SERVICE AGREEMENT | EXHIBIT A-2 PARTICIPATING MEMBER DESIGNATION FORM DTD 2/3/2010 |
| PROCIRCULAR INC | THIRD PARTY SERVICE AGREEMENT | MASTER SERVICES AGREEMENT |
| PROFESSIONAL MEDICAL SERVICES | THIRD PARTY SERVICE AGREEMENT | ADDENDUM TO SERVICE AGREEMENT DTD 2/4/2021 |
| PROFESSIONAL MEDICAL SERVICES | THIRD PARTY SERVICE AGREEMENT | BUSINESS AGREEMENT FOR ACCOUNTS RECEIVABLE MANAGEMENT PROGRAM DTD 7/14/2020 |
| PSYCHE SYSTEMS CORPORATION | SERVICE AGREEMENT | HIPAA AMENDMENTS |
| PSYCHE SYSTEMS CORPORATION | THIRD PARTY SERVICE AGREEMENT | PROPOSAL FOR SOFTWARE & SERVICES DATED 6/29/21 |
| PSYCHE SYSTEMS CORPORATION | THIRD PARTY SERVICE AGREEMENT | WINDOPATH ANATOMIC PATHOLOGY RENEWAL PROPOSAL DTD 11/29/2007 |
| QUEST STAFFING GROUP INC, THE | THIRD PARTY SERVICE AGREEMENT | CONSENT TO ASSIGNMENT OF MASTER AGREEMENT FOR STAFFING SERVICES |
| QUVA PHARME INC | PURCHASE/SALES AGREEMENT | EXHIBIT D LETTER OF COMMITMENT |
| QWEST | SERVICE AGREEMENT | ATTACHMENT 1 EQUIPMENT PURCHASE/SOFTWARE LICENSE/MOVES ADDS AND CHANGES PURCHASE ORDER #CAP5779 DTD 104/2000 |
| QWEST | PURCHASE/SALES AGREEMENT | ATTACHMENT 1 EQUIPMENT PURCHASE/SOFTWARE LICENSE/MOVES ADDS AND CHANGES PURCHASE ORDER #CAP5780 DTD 10/4/2000 |
| QWEST | PURCHASE/SALES AGREEMENT | ATTACHMENT 1 EQUIPMENT PURCHASE/SOFTWARE/LICENSE/MOVES ADDS AND CHANGES #CAP5780 DTD 10/4/2000 |
| QWEST | SERVICE AGREEMENT | ATTACHMENT 2 MAINTENANCE SERVICES |
| QWEST | MAINTENANCE AGREEMENT | ATTACHMENT 2 MAINTENANCE SERVICES QUOTE #CPE217984 DTD 10/4/2000 |
| RADIOLOGIC MEDICAL SERVICES PC | SERVICE AGREEMENT | RADIOLOGY DEPARTMENT-RADIOLOGY SERVICES AGREEMENT |
| RADIOLOGIC MEDICAL SERVICES PC | THIRD PARTY SERVICE AGREEEMENT | TERMS OF SERVICE |
| RDG PLANNING & DESIGN | SERVICE AGREEMENT | PRELIMINARY STATEMENT OF PROBABLE COSTS DTD 8/27/2021 |
| RDG PLANNING & DESIGN | PURCHASE/SALES AGREEMENT | INVOICE DTD 2/28/2022 |
| REACH FOR YOUR POTENTIAL | SERVICE AGREEMENT | AGREEMENT DTD 7/15/1991 |
| REESE, MARGARET | THIRD PARTY SERVICE AGREEMENT | SERVICES AGREEMENT |
| REVENUE CYCLE CODING STRATEGIES | SERVICE AGREEMENT | INVOICE #2022-2477 DTD 9/7/2022 |
| RMS SOLUTIONS | THIRD PARTY SERVICE AGREEMENT | ACTUARIAL SERVICES PROPOSAL DTD 10/8/2022 |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | CENTRALIZED/MOLECULAR/POINT OF CARE DIAGNOSTICS PRODUCT SCHEDULE |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | PRICE ADJUSTMENT NOTIFICATION DTD 5/16/2019 |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION AMENDMENT |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION AMENDMENT |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION AMENDMENT |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION PRODUCT SCHEDULE |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION PRODUCT SCHEDULE |
| ROCHE DIAGNOSTICS CORPORATION | THIRD PARTY SERVICE AGREEMENT | ROCHE DIAGNOSTICS CORPORATION PRODUCT PRODUCT SCHEDULE |
| ROHRBACH ASSOCIATES PC | THIRD PARTY SERVICE AGREEMENT | SERVICE AMENDMENT |
| ROHRBACH ASSOCIATES PC | THIRD PARTY SERVICE AGREEMENT | PROPOSL FOR SERVICES LETTER DTD 7/20/2020 |
| RQI PARTNERS LLC | THIRD PARTY SERVICE AGREEMENT | STANDAR FORM OF AGREEMENT #B101-2007 DTD 6/1/2010 |
| RUPLINGER, MIKE | CONFIDENTIALITY/NDAs/INDEMNIFICATION | QUOTE #1-24155 DTD 6/14/2023 CONFIDENTIAL RETENTION AGREEMENT |
| RURAL HEALTH AND SAFETY CLINIC OF JOHNSON COUNTY | SERVICE AGREEMENT | SERVICES AGREEMENT |
| SEXTON GROUP LLC, THE | THIRD PARTY SERVICE AGREEMENT | CONTINGENCY SERVICE AGREEMENT |
| SIPS CONSULTS | THIRD PARTY SERVICE AGREEMENT | AMENDMENT TO AGREEMENT |
| SPENDMEND LLC | THIRD PARTY SERVICE AGREEMENT | NEW ACCOUNT SPENDMEND LETTER DTD 7/23/2018 |
| SPENDMEND LLC | THIRD PARTY SERVICE AGREEMENT | SERVICE AGREEMENT DTD 10/31/2019 |
| STAFF RELIEF INC | THIRD PARTY SERVICE AGREEMENT | ADDENDUM TO AGREEMENT |