# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

## DEBTORS' CERTIFICATE OF SERVICE BY PUBLICATION

Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby certify that notice of the administrative claims bar date as set forth in the Court's *Order (I) Establishing Administrative Claims Bar Date, (II) Approving Form, Manner, and Sufficiency of Notice Thereof, and (III) Approving Proof of Administrative Claim Form* [Docket No. 740] (the "Administrative Claims Bar Date Order") was served via publication on February 23, 2024, March 1, 2024, and March 8, 2024 as required by the Administrative Claims Bar Date Order. Such publication occurred for three (3) successive and consecutive weeks as outlined above in the *Cedar Rapids Gazette*. The Attestation of Public Legal Notice signed by a representative of the newspaper is attached hereto, marked as **Exhibit A**, and incorporated herein by reference.

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>March 13, 2024 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:   (319) 286-7002<br>Facsimile:    (319) 286-7050<br>Email:          rleaf@nyemaster.com<br><br>- and -<br><br>Matthew A. McGuire, AT0011932<br>Kristina M. Stanger, AT0000255<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-645-5510<br>Fax:  515-283-8045<br>Email: mmcguire@nyemaster.com<br>          kmstanger@nyemaster.com<br><br>-and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:    (312) 372-2000<br>Facsimile:     (312) 984-7700<br>Email:           fperlman@mwe.com<br>                     dsimon@mwe.com<br>                     ekeil@mwe.com<br><br>- and - |

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:             jhaake@mwe.com

*Proposed Counsel for Debtors and
Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this March 13, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*