# Exhibit A

Attestation of Public Legal Notice



## The Gazette
thegazette.com

**ATTESTATION OF PUBLIC LEGAL NOTICE**

On Behalf of:
Ad No 60245
NYEMASTER & GOODE PC (Legals)
625 1ST ST SE STE 400
CEDAR RAPIDS, IA 52401
UNITED STATES

STATE OF IOWA COUNTIES OF LINN AND JOHNSON:
Before the undersigned authority personally appeared said legal clerk, who on oath says that he or she is a Legal Advertising Representative of the THE GAZETTE, a daily newspaper published in Linn and Johnson County, Iowa that the digital copy of advertisement, being a Legal Ad in the matter of

**Legals - MERCY HOSPITAL, IOWA CITY, IOWA**

as published in **The Gazette** in the issue(s) of:

**2/23/2024, 3/1/2024, 3/8/2024**

Affiant further says that the said THE GAZETTE is a newspaper in said Linn and Johnson County, Iowa and that the said newspaper has heretofore been continuously published in said Linn and Johnson County, Iowa each day and has been entered as periodicals matter at the post office in **CEDAR RAPIDS** in said Linn County, Iowa, for a period of one year next preceding the first publication of the digital copy of advertisement; and affiant further says that he or she has never paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper. Sworn to and Subscribed before me by legal clerk who is personally known to me

Notary Public in and for the State of Iowa

NOTARIAL SEAL
IOWA

VICTORIA NEY
Commission Number 853202
My Commission Expires
January 11, 2027

Publication Cost: $543.87
Customer No: 106303

# LEGAL NOTICES

## February 27, 2024

The Benton County Board of Supervisors met in regular session with Supervisors Primmer, Bierschenk and Seeman present. Primmer called the meeting to order at 9:00 a.m. at the Benton County Service Center. Members of the public are invited to join in during open session or watch the livestream at https://www.youtube.com/bentoncountyiowa. Summarized Resolutions will be available in the Auditor's office and at: www.bentoncountyia.gov

**Seeman moved/Bierschenk seconded:** To approve the Agenda as listed. Voting aye were Primmer, Seeman and Bierschenk. Motion carried.

**Seeman moved/Primmer seconded:** To approve the minutes of Tuesday, February 20, 2024 and February 22, 2024 with a correction to a date changing from June to say July in the February 20th set. Voting aye were Primmer and Seeman. Motion carried.

**Bierschenk moved/Seeman seconded:** To approve Payroll checks numbered 143134 through 143152, ACH Deposits 56156 through 56303, claims numbered 249016 through 249110 and vendor checks numbered 249111 through 249117. Primmer, Seeman and Bierschenk voting aye thereon. Motion carried

Robert Spangler and Phil Borleski provided the update on the Annual Report for the Historical Preservation Commission and explained some adjustments that need made and missing information they will fill in.

**Seeman moved/Bierschenk seconded:** To approve the Annual Report for Benton County Historical Preservation Commission with some adjustments made and bring back a final copy. Primmer, Seeman and Bierschenk voting aye there. Motion carried.

Chairman Primmer led the discussion on salaries and pay increases. The compensation Board recommended 3% at their December meeting. The supervisors cannot go over this amount but can reduce it. Deputies to these elected officials have their salaries based on the elected official's base salary. Primmer also stated, "If we want to keep good employees, you have to pay them." Also pointed out how it has always been an issue of people at the top getting larger pay increases than those on the lower scale. He suggested giving everyone a flat dollar amount instead of a percentage and proceeded to ask for the other supervisors thoughts on the matter. Supervisor Seeman observed what Primmer wants to do, but he wasn't sure that was possible. He would like more time to do some pencil pushing. Kellie Van Ree, member of the public asked if there had ever been any employee surveys done. She suggested other avenues to look at regarding incentives vs the typical wage increases.

**Seeman moved/Bierschenk seconded:** To table action in regards to acting on Compensation Board's recommendation for FY 25 Elected Officials Salaries and pay increases for non-elected, non-union, non-commissioned and non-contracted employees until Tuesday, March 5, 2024. Voting ayw were: Primmer, Seeman and Bierschenk. Motion carried.

Supervisor Seeman reported on his recent EMS meeting he attended and Supervisor Primmer reported on his Central Iowa Juvenile Detention Meeting.

**Under Public Comments:**

Brad Havran, a Shellsburg resident had a question regarding school levies. Auditor Rippel explained how cities, schools and counties each have their own public hearings and levy authority per Iowa law. Some levies are voted on where others aren't required if they are within their allowed formulated amounts. Rippel also mentioned due to the House File 718, this year all taxpayers will receive a notice in regards to when the entities will hold their maximum property tax levy hearings so the public can attend to voice their opinions.

The time at 10:00 a.m. having arrived and that time was published and set to open bids for the Cedar Valley Ranch Farm Ground for rent. Bids received as follows:
Adam and Brian Happel–$205.00 an acre
Green Acres Ranch–$300.00 an acre
Douglas Schrader–$260.00 an acre

The board allowed those present to increase their bids if they chose to. Happel's increased theirs to $261.00 an acre.

**Seeman moved/Bierschenk seconded:** To accept the highest bid from Green Acres Ranch, owner April Harding for $300 per acre for a three year lease. Voting aye were Primmer, Seeman and Bierschenk. Motion carried.

Douglas Schrader did arrive at the meeting after the motion had been made, he went to the courthouse first.

**Seeman moved/Primmer seconded:** To Adjourn. Voting aye were Primmer, Bierschenk and Seeman. Motion carried.

Richard Primmer, Chairman
ATTEST: Hayley Rippel, Benton County Auditor
Vendor Publication Report
Payment Date Range: 02/14/2024 - 02/27/2024

| Vendor Name | Vendor Number | Payable Description | Total Payments |
|---|---|---|---|
| ACCESS SYSTEMS | 48815 | Cons Copier Mnts | 546.24 |
| ALLIANT ENERGY | 10530 | Service Center Utilities | 1,117.31 |
| ALTOFFER INC | 02600 | SR parts | 9,788.44 |
| AMAZON CAPITAL SERVICES INC | 49660 | Public Health Educational Supplies | 113.51 |
| AMERICAN FAMILY LIFE | 12940 | Aflac | 2,009.93 |
| AMERICAN TEST CENTER | 51296 | SR annual inspection | 475.00 |
| ANDERSON ERICKSON DAIRY | 40110 | Sheriff Jail Provisions | 422.55 |
| ANTON SALES | 02620 | SR parts | 257.94 |
| AUCA CHICAGO LOCKBOX | 40770 | SR cleaning of mats/mops/rags | 335.61 |
| AUTO ELECTRIC/JAMES D. BEVILL | 51067 | SR parts/labor | 175.70 |
| AUXIANT | 50850 | PSF Admin Fees | 1,123.50 |
| BENTON CO SHERIFF OFFICE | 01190 | Sheriff Investigation Expense | 1,000.00 |
| BENTON CO SOLID WASTE DISPOSAL COMMISSION | 48505 | Cons Garbage Service | 74.80 |
| BENTON CO TRANSPORTATION | 19760 | Transportation Petty Cash | 95.00 |
| BENTON COUNTY | 36740 | Flex–Medical | 3,799.40 |
| BENTON COUNTY CO–INS | 47410 | Health–ER Benefit–Non Union | 186,311.40 |
| CAMPBELL SUPPLY | 00015 | SR tools | 4.46 |
| CEDAR VALLEY HUMANE SOCIETY | 48813 | Animal Control Services | 205.00 |
| CENTRAL IA DISTRIBUTING | 42990 | Maint Custodial Supplies | 378.00 |
| CENTRAL IOWA DETENTION | 48083 | Juvenile Detention Services | 2,000.00 |
| CENTURYLINK | 02103 | E911 Phone | 123.60 |
| CENTURYLINK | 02104 | DHS Phone | 570.99 |
| CINTAS CORPORATIONS NO. 2 | 49038 | SR first aid supplies | 110.06 |
| CITY OF BELLE PLAINE | 02310 | SR utilities | 23.82 |
| CITY OF VINTON | 00390 | SR utilities | 4,181.99 |
| COMPASS MINERAL AMERICA | 14850 | SR salt | 29,196.58 |
| CONSOLIDATED ENERGY CO | 01662 | SR diesel | 1,681.27 |
| COUNTRY FOODS | 07610 | GBRS recycling | 50.00 |
| DEBORAH M SKELTON ATTY | 27950 | Guardianship Services | 521.00 |
| E CENTRAL IA RURAL. ELECT | 01620 | Cons Utilities | 3,247.05 |
| EAST CENTRAL IA COUNCIL OF GOVT | 13190 | Cons Tree Grant | 4,312.50 |
| EDWARDS PLBG & HTG | 11880 | Weed Bldg Mnts | 3,275.00 |
| EHLINGER'S VINTON EXPRESS | 06624 | Cons Feed | 15.96 |
| ERVIN MOTOR CO | 02270 | SR parts | 105.83 |
| EVERGREEN CEMETERY ASSN | 17460 | VA Care of Graves | 645.00 |
| FAREWAY STORES INC | 00690 | Cons Provisions | 28.83 |
| FARMERS SVGS BANK & TRUST | 07330 | SS | 73,668.16 |
| GATR OF CEDAR RAPIDS | 49497 | SR parts | 923.57 |
| GAZETTE COMMUNICATIONS, INC. | 00760 | Board Proceedings | 760.05 |
| GIGFIRE LLC | 51132 | Cons Phone | 190.00 |
| GRAINGER | 30400 | SR tools | 410.37 |
| HENDERSON PRODUCTS INC | 00163 | SR shop supplies/parts | 890.81 |
| HOPKINS & HUEBNER, P.C. | 51365 | Board Legal Fees | 5,927.50 |
| IA DEPT OF PUBLIC SAFETY | 12610 | Sheriff Employee Registrations | 450.00 |
| IA PUBLIC EMP RET SYSTEM | 07351 | Ipers–Regular (01) | 53,208.92 |
| ISAC GROUP HEALTH PROGRAM | 47420 | Employee Insurance Premiums | 167,116.76 |
| ISAC GROUP UNEMPLOY FUND | 29870 | SUTA | 891.57 |
| ISAC/ACCIDENT INS | 00470 | ACC INS | 47.38 |
| J-VINTON | 50730 | Courthouse Internet Services | 649.99 |
| JENNIFER MEHLERT | 51041 | Transportation Fuel | 25.01 |
| KIESLER POLICE SUPPLY INC | 50586 | Sheriff Safety Supplies | 3,736.50 |
| KROMANNA MOTORS | 29120 | SR tools | 120.46 |
| KURT'S ENTERPRISES | 31180 | GBRS recycling | 4,522.50 |
| L L PELLING CO | 35870 | SR premix | 932.40 |
| LA GRANGE PHARMACY INC | 02010 | Sheriff Inmate Acute Care | 604.29 |
| LARRY ANDREESEN | 25330 | Assessor Office Supplies | 264.68 |
| LARRY KOSTER | 48978 | Koster Mileage Reimb | 33.50 |
| LINN CO EMERGENCY MGMNT | 12960 | Haz Material Class–Arlington Fire | 447.00 |
| LINN CO–OP OIL CO | 37250 | SR LP | 734.11 |
| MADISON NATIONAL LIFE INSURANCE COMPANY INC | 50041 | Employee Life Insurance Prem | 977.98 |
| MARTIN EQUIPMENT | 32020 | SR parts | 250.00 |
| MATHESON TRI–GAS INC | 01324 | SR welding supplies | 309.40 |
| MCDOWELLS | 00910 | Courthouse Bldg Mnts | 90.98 |
| MCKESSON MEDICAL–SURGICAL MINNESOTA SUPPLY INC | 50065 | Sheriff Inmate Acute Care | 144.10 |
| MIDWAY OUTDOOR EQUIP INC | 44330 | SR tool repair | 135.00 |
| MIDWEST WHEEL COMPANIES | 04960 | SR parts | 64.86 |
| MIKE SILHANEK | 49164 | Silhanek Mileage Reimb | 34.84 |
| NEW CENTURY FS INC | 09870 | SR oil | 5,124.90 |
| NORTHWESTERN MUTUAL | 23360 | MH Life | 25.00 |
| NUTRIEN AG SOLUTIONS INC | 49778 | SR diesel | 1,556.19 |
| OFFICE EXPRESS/LASER TECH USA INC | 02234 | Sheriff Office Supplies | 350.49 |
| OVERHEAD DOOR COMPANY OF CR & IC | 13670 | SR bldg mnts | 388.00 |
| PIZZA RANCH | 00189 | EMA Training Provisions | 172.14 |
| PURCHASE POWER | 01011 | Treasurer Postage | 3,123.31 |
| RADIO COMMUNICATIONS CO | 37790 | Sheriff Vehicle Equip | 3,881.33 |
| REPUBLIC SERVICES OF IOWA | 48291 | GBRS recycling | 944.60 |
| ROAD MACHINERY & SUPPLY | 24960 | SR parts | 2,747.99 |
| ROBERT B FISCHER LAW FIRM | 27650 | MH Legal Representation | 252.00 |
| SECONDARY ROAD DEPT | 01290 | Cons Fuel | 515.74 |
| SHRED–IT USA LLC | 01132 | DHS Document Shredding | 95.00 |
| STANARD & ASSOCIATES INC | 23690 | Sheriff Dispatchers Registration | 98.00 |
| STATE HYGIENIC LABORATORY | 03480 | Cons Water Testing | 29.00 |
| STATE MEDICAL EXAMINER'S OFFICE | 01862 | ME Autopsy/Toxicology Fees | 2,273.00 |
| STOREY KENWORTHY/MATT PARROTT | 00060 | Election Supplies | 690.08 |
| THOMSON REUTERS–WEST PUBLISHING CORP | 01910 | Law Library Update | 557.82 |
| THYS MOTOR COMPANY | 02158 | Sheriff Vehicle Mnts | 716.39 |
| TJ'S MOONLIGHT AUTO REPAIR | 50922 | Transportation Vehicle Mnts | 60.49 |
| TONY GEARY | 48214 | SR tools | 168.97 |
| TREASURER ST OF IA | 07360 | SWT | 11,225.16 |
| TRUCK CENTER COMPANIES EAST LLC | 50838 | SR parts | 300.63 |
| UNITED STATES CELLULAR | 29020 | DHS Phone | 766.91 |
| US FOODS INC | 02066 | Sheriff Jail Provisions | 2,959.49 |
| VGM GROUP IN | 49378 | EMA Software | 147.00 |
| VICTOR OIL COMPANY | 49617 | SR diesel | 1,499.80 |
| VINTON FAMILY DENTAL | 51045 | Sheriff Inmate Acute Care | 263.00 |
| VINTON NEWSPAPERS | 01833 | Co A Atty Subscription | 109.00 |
| VINTON TIRE & AUTO REPAIR | 00685 | SR tires | 507.10 |
| VIRGINIA GAY HOSPITAL | 00700 | Sheriff Inmate Acute Care | 442.96 |
| VISA | 36430 | HR Registration | 4,716.83 |
| WENDLING QUARRIES INC | 42300 | SR sand/hauling sand | 30,769.17 |
| WEX BANK | 00983 | Sheriff/MH/RAH Fuel | 6,508.23 |
| ZERO9 SOLUTIONS LTD | 51091 | Johnson Uniform Allowance | 140.80 |
| **Grand Total:** | | | **661,272.18** |

---

# LEGAL NOTICES

## Board of Education Meeting
02/26/2024 - 05:30 PM
Educational Leadership & Support Center
Board Room

**MEETING MINUTES**

**Attendees**

**Voting Members**
David Tominsky, Board Vice President
Jennifer Borcherding, Board Director
Cindy Garlock, Board Director
Jennifer Neumann, Board Director
Marcy Roundtree, Board Director
Kaitlin Byers, Board Director

**Non-Voting Members**
Dr. Tawana Grover, Superintendent
Ryan Rydstrom, Chief of Staff/Board Secretary
Dr. Comfort Akwaii-Anderson, Chief of Schools Area 1
Karla Hogan, Chief Financial Officer
Linda Revsack, Chief of Schools Area 3
Karinne Tharaldson, Chief of Academics
Mark Timmerman, Chief of Schools Area 2

**I. Call to Order**

**II. Approval of Agenda**
It is recommended the Board of Education approve the agenda for Monday, February 26, 2024, Board of Education Regular Meeting and Work Session.
Motion made by: David Tominsky
Voting:
David Tominsky - Vote Not Recorded
Jennifer Borcherding - Vote Not Recorded
Cindy Garlock - Vote Not Recorded
Jennifer Neumann - Vote Not Recorded
Marcy Roundtree - Vote Not Recorded
Kaitlin Byers - Vote Not Recorded

**III. Public Hearing**

**i. Public Hearing - Jefferson Pavement Project**
There was no written or spoken correspondence.

**ii. Public Hearing – Kennedy High School - Roof Improvement Project**
There was no written or spoken correspondence.

**iii. Public Hearing - Hiawatha Tuckpointing Project**
There was no written or spoken correspondence.

**iv. 2023-2024 School Calendar Revisions**
There was no written or spoken correspondence.

**IV. Superintendent's Report/Board Reports**
Dr. Grover celebrated the various accomplishments of CRCSD students, provided an update about the School Improvement Advisory Committee, and shared the different Black History Month celebrations across the district.
Director Borcherding provided an update on the Compliance and Policy Core Operational Committee, stating its goals and purpose.
President Garlock and Director Borcherding shared the Board of Directors' recent professional learning at COSSBA.
Director Tominsky updated the Board of Education on the Financial and Facilities Core Operational Committee, stating the committee heard from the District's demographer, RSP.

**V. Addressing the Board, Communications, Delegations, Petitions**
Pardubsky, Kristin., 4911 Millbrook CT NE, Cedar Rapids, Iowa - Cedar Rapids Community Schools Foundation Update
Colby, Kaylee., 104 E 7th St., Coralville, Iowa - Student Safety

**VI. Consent Agenda**

**i. Minutes approval**
It is recommended the Board of Education approve the minutes for the January 22, 2024, Board of Education work session and regular meeting, January 25, 2024, Board of Education Special Meeting, and February 8, 2024, Board of Education Special Meeting.
Voting:
Unanimously Approved

**ii. Budget Summary Report - December 2023**

It is recommended that the Board of Education approve the Budget Summary Report for the month ended June 2023.
Voting:
Unanimously Approved

**iii. Budget Summary Report - January 2024**
It is recommended that the Board of Education approve the Budget Summary Report for the month ended January 2024.
Voting:
Unanimously Approved

**iv. Approval of Claims Report – January 2024**
It is recommended that the Board of Education approve the Claims Report and Ratify the List of Paid Bills and Payrolls for the period ending January 31, 2024.
Voting:
Unanimously Approved

**v. Statement of Receipts, Disbursements, and Cash Balances Report - January 2024**
It is recommended that the Board of Education approve the Statement of Receipts, Disbursements, and Cash Balances Report for the month of January 2024.
Voting:
Unanimously Approved

**vi. Investments Report – January 2024**
Information Item
It is recommended that the Board of Education approve the Personnel Report.
Voting:
Unanimously Approved

**vii. Personnel Report**
It is recommended that the Board of Education approve the Personnel Report.
Voting:
Unanimously Approved

**viii. 28E Agreement - Cedar Rapids Community School District and Cedar Rapids YMCA**
It is recommended that the Board of Education approve the 28E Agreement between Cedar Rapids Community School District and Cedar Rapids YMCA for the sharing of space for each entity's programming needs.
Voting:
Unanimously Approved

**ix. Agreement - Cedar Rapids Community School District and Relay - 2024 - 2025 School Year**
It is recommended that the Board of Education approve the Purchasing Tabulation - Agreement for School-Based Medicaid Billing Services with Relay for the 2024 - 2025 school year.
Voting:
Unanimously Approved

**x. Agreement - Cedar Rapids Community School District and Coe College - Student Teaching - 2024-2025 School Year**
It is recommended the Board of Education approve the agreement between Cedar Rapids Community School District and Coe College for student teacher placements.
Voting:
Unanimously Approved

**xi. Agreement - Cedar Rapids Community School District and William Penn University - Student Teaching - 2024 -2029 School Years**
It is recommended the Board of Education approve the agreement between Cedar Rapids Community School District and William Penn for student teacher placements.
Voting:
Unanimously Approved

**xii. Approval - 2023 -2024 District Calendar Revision**
It is recommended that the Board of Education approve the 2023 - 2024 District calendar revisions.
Voting:
Unanimously Approved

**xiii. Award of Contract - Viola Gibson - Garage Project**
It is recommended that the Board of Education award a contract to the low bidder, King-Knutson Construction, Inc., for the Viola Gibson Elementary School Garage Project.
Voting:
Unanimously Approved

**xiv. Award of Contract — Kingston Stadium— ADA Locker Room Upgrades Project**
It is recommended that the Board of Education award a contract to the low bidder, GarlingConstruction, Inc., for the Kingston Stadium ADA Locker Room Upgrades Project.
Voting:
Unanimously Approved

**xv. Award of Contract – Washington High School - Restroom Project**
It is recommended that the Board of Education award a contract to the low bidder, Garling Construction, Inc., for the Washington High School Restroom Project.
Voting:
Unanimously Approved

**xvi. Certificate of Substantial Completion – Franklin, McKinley, Roosevelt, and Washington Heat Pump Replacement Project**
It is recommended that the Board of Education approve the Certificate of Substantial Completion and payment of the retainage pay application for the Cedar Rapids Community School District – Franklin, McKinley, Roosevelt, and Washington Heat Pump Replacement Projects - 2023-2024 School Year.
Voting:
Unanimously Approved

**xvii. Preliminary Approval - Jefferson Pavement Project**
It is recommended that the Board of Education approve the Preliminary Documents and Schedule for the Jefferson High School — Pavement Replacement Project.
Voting:
Unanimously Approved

**xviii. Preliminary Approval - Hiawatha Tuckpointing Project**
It is recommended that the Board of Education approve the Preliminary Documents and Schedule for the Hiawatha Elementary School – Tuckpointing Project.
Voting:
Unanimously Approved

**xix. Preliminary Approval - Kennedy High School - Roof Improvement Project**
It is recommended that the Board of Education approve the Preliminary Documents and Schedule for the Kennedy High School – Roof Improvement Project.
Voting:
Unanimously Approved

**xx. Purchasing Register – Bakery Products and Services for Metro Area Schools**
It is recommended that the Board of Education approve the Purchasing Register for Bakery Products and Services for the 2024 – 2025 school year.
Voting:
Unanimously Approved

**xxi. Purchasing Register – Dairy Products and Services for Metro Area Schools**
It is recommended that the Board of Education approve the purchasing register - Dairy Products & Services for the 2024 - 2025 school year.
Voting:
Unanimously Approved

**xxii. Purchasing Register - RFP: Cedar Rapids Community School District Wrap Around Childcare Program**
It is recommended that the Board of Education approve the Purchasing Register - RFP: Cedar Rapids Community School District Wrap Around Childcare Program.
Voting:
Unanimously Approved

**xxiii. Purchasing Register – Trailside Furniture**
It is recommended that the Board of Education approve the Purchasing Register - Trailside Furniture.
Voting:
Unanimously Approved

**xxiv. Tabulation - District Mower - 2023 - 2024 School Year**
It is recommended that the Board of Education approve the Tabulation - District Mower for the 2023 – 2024 school year.
Voting:
Unanimously Approved

**VII. Administration**

**i. Publication and Scheduling of Public Hearings for Fiscal Year 2025 Proposed Tax Notice and Budget**
It is recommended that the Board of Education approve publication of the Proposed Fiscal Year 2024-25 Tax Notice and Certified Budget and schedule two public hearings on Monday, March 25, 2024 and April 8, 2024 to allow public comment regarding the Fiscal Year 2025 proposed levy rate of 13.90088 and District budget, respectively.
Motion made by: David Tominsky
Motion seconded by: Marcy Roundtree
Voting:
Unanimously Approved

**ii. Approval of School Budget Review Committee for the Use of Special Education Administrative Costs**
It is recommended that the Board of Education approve the Request to the School Budget Review Committee for the Use of Special Education Administrative Costs, as allowed under Iowa Department of Education guidelines, related to the administration of special education instructional services for students with behavioral disabilities and other developmental needs at five off-site facilities. Costs will be determined based on actual service provided in the subsequent fiscal year.
Motion made by: David Tominsky
Motion seconded by: Marcy Roundtree
Voting:
Unanimously Approved

**VIII. Work Session**
The Board of Education exited its regular meeting at 6:24 p.m. and entered its work session at 6:29 p.m.

**i. Office of Academics and CKLA**
Karinne Tharaldson, Chief Academics Officer, and her team, shared information with the board about the proposed new elementary language arts and reading curriculum, Amplify CKLA, and how it aligns with our district's new Strategic Plan.

**IX. Action Items**
The Board of Education exited its work session and returned to its regular meeting at 7:52 p.m.

**i. Agreement - Cedar Rapids Community School District and Amplify/Core Knowledge Language Arts (CKLA) - 2024 -2025 School Year**
It is recommended that the Board of Education approve the agreement between Cedar Rapids Community School District and Amplify CKLA, MCLASS, and Boost.
Motion made by: David Tominsky
Motion seconded by: Jennifer Borcherding
Voting:
Unanimously Approved

**ii. Agreement - Cedar Rapids Community School District and CKLA for Professional Development Services - 2023 - 2024 School year**
It is recommended that the Board of Education approve the agreement between Cedar Rapids Community School District and Amplify for professional development.
Motion made by: David Tominsky
Motion seconded by: Jennifer Borcherding
Voting:
Unanimously Approved

**X. School Board Calendar/Adjournment**
It is recommended that the Board of Education adjourn the meeting.
Motion made by: David Tominsky
Motion seconded by: Marcy Roundtree
Voting:
Unanimously Approved
The meeting adjourned at 7:52 p.m.

---

## Chapter 11
Case No. 23-00623 (TJC)
(Jointly Administered)
IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA

In re:
MERCY HOSPITAL, IOWA CITY, IOWA, et al.,
Debtors.

**NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS**

On August 7, 2023 (the "Petition Date") Mercy Hospital Iowa City, Iowa and certain of its affiliates and subsidiaries, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Iowa (the "Bankruptcy Court").

On February 12, 2024, the Bankruptcy Court entered an order (Docket No. 740] (the "Administrative Claims Bar Date Order") establishing **March 15, 2024 at 5:00 p.m. (prevailing Central Time)** (the "Administrative Claims Bar Date") as the deadline to file claims arising under Bankruptcy Code section 503(b)(1) through (9) and 507(a)(2) ("Proofs of Administrative Claims") that (a) may have arisen, accrued, or otherwise become due and payable at any time between the Petition Date and February 1, 2024 (including those beginning and ending dates) or (b) solely with respect to claims arising under Bankruptcy Code section 503(b)(9) is for the value of any goods received by the Debtors within 20 days before the Petition Date that were sold to the Debtors in the ordinary course of the Debtors' business.

The Administrative Claims Bar Date and the procedures set forth below for the filing of Proofs of Administrative Claims against the Debtors apply to all administrative claims against the Debtors that (a) arose (or are deemed to have arisen) between the Petition Date and February 1, 2024 (including those beginning and ending dates) or (b) solely with respect to claims arising under Bankruptcy Code section 503(b) (9) are for the value of any goods received by the Debtors within 20 days before the Petition Date, that were sold to the Debtors in the ordinary course of the Debtors' business, except for the types of claims listed in Section 2 below.

You may obtain a copy of the Administrative Claims Bar Date Order and other case pleadings, including the Schedules (as defined below), at the Debtors' case website (https://dm.epiq11.com/case/mercyhos or the Bankruptcy Court's website (https://www.ianb.uscourts.gov/) (for a fee). Copies of case pleadings also may be examined between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday, excluding federal holidays, at the Office of the Clerk of the Bankruptcy Court (the "Clerk"), 111 7th Ave. SE, Cedar Rapids, IA 52401. Finally, copies of case pleadings also may be obtained by written request to Epiq Corporate Restructuring, LLC ("Epiq"), the Debtors' court-appointed claims and noticing agent, at Mercyinfo@epiqglobal.com.

**1. WHO MUST FILE A PROOF OF ADMINISTRATIVE CLAIM FORM**
You must file a Proof of Administrative Claim (a "Proof of Administrative Claim Form") to share in distributions from the Debtors' bankruptcy estates if you hold an administrative claim arising under Bankruptcy Code sections 503(b) (1) through (9) and 507(a)(2) that (a) arose (or is deemed to have arisen) between the Petition Date and February 1, 2024 (including those beginning and ending dates) or (b) solely with respect to claims arising under Bankruptcy Code section 503(b)(9) are for the value of any goods received by the Debtors within 20 days before the Petition Date that were sold to the Debtors in the ordinary course of the Debtors' business, and it is not one of the kinds of claims set forth in Section 2.

**2. EXCLUDED CLAIMS**
You do not need to file a Proof of Administrative Claim Form if:
(a) you hold an Administrative Claim on account of which a request for payment of Administrative Claim already has been properly filed with Epiq, if such request clearly sets forth that such party is asserting an Administrative Claim and includes supporting documentation;
(b) you hold an Administrative Claim that was previously allowed or paid pursuant to an order of the Court;
(c) you hold an Administrative Claim that was asserted by professionals retained by the Debtors, the Committee, or the Pension Committee, to the extent that such claims are for services performed and reimbursement of expenses incurred in the Chapter 11 Cases;
(d) you hold an Administrative Claim that was asserted by the U.S. Trustee for statutory fees required to be paid by the Debtors;
(e) you are a current employee of the Debtors asserting an Administrative Claim for wages or salaries earned between August 7, 2023 and February 1, 2024; or
(f) you hold an Administrative Claim specifically exempted from the Administrative Claims Bar Date pursuant to a separate order of the Court in full force and effect.
**You should not file a Proof of Administrative Claim Form if you do not have a claim against the Debtors. The fact that you received this notice does not mean that you have a claim against the Debtors.**
**Additional copies of Proof of Administrative Claim Forms can be obtained at the Debtors' case website, https://dm.epiq11.com/case/mercyhos or by emailing your request to MercyInfo@epiqglobal.com.**

**3. WHAT FORMS AND DOCUMENTS TO FILE**
Any Proof of Administrative Claim Form previously and properly filed with either Epiq or the Clerk prior to the mailing of this Notice shall be deemed to be, and shall be treated as, a timely-filed claim subject to the rights of the Debtors or any party-in-interest to object to the allowance thereof. No additional Proof of Administrative Claim Form is required to be asserted with respect to such a previously-filed claim.
If you have not filed your Proof of Administrative claim yet, a Proof of Administrative Claim Form should be submitted on the Proof of Administrative Claim Form enclosed with this notice. Additional copies of the Proof of Administrative Claim Form and general information related to these cases can be obtained at: https://dm.epiq11.com/case/mercyhos or by emailing your request to MercyInfo@epiqglobal.com.

**4. WHERE TO SEND PROOF OF ADMINISTRATIVE CLAIM FORM**
Persons or entities filing Proof of Administrative Claim Forms must be sent to the following addresses:
If by regular mail:
Mercy Hospital, Iowa City, Iowa
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076–4420
If by overnight mail, courier service, or hand delivery:
Mercy Hospital, Iowa City, Iowa
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005
Alternatively, claimants may submit a Proof of Administrative Claim Form electronically by completing the Proof of Administrative Claim Form that can be accessed at Epiq's website, https://dm.epiq11.com/case/mercyhos
Proof of Administrative Claim Forms will be deemed timely and properly filed only if such forms are **actually** received by Epiq on or before the Administrative Claims Bar Date. Do **not** file your Proof of Administrative Claim Form with the Clerk.
**Proof of Administrative Claim Forms shall NOT be submitted by facsimile, telecopy, e-mail, or other electronic means (except for those submitted on Epiq's website), and Proof of Administrative Claim Forms submitted by such means shall not be deemed timely filed.**
Time-stamped copies of Proof of Administrative Claim Forms will not be returned unless you provide Epiq with a copy of your Proof of Administrative Claim Form and a self-addressed, postage pre-paid, envelope.

**5. CONSEQUENCES OF FAILURE TO TIMELY FILE PROOF OF ADMINISTRATIVE CLAIMS FORMS ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF ADMINISTRATIVE CLAIM FORM IN THE FORM AND MANNER SPECIFIED IN THE ADMINISTRATIVE CLAIMS BAR DATE ORDER AND THAT FAILS TO DO SO ON OR BEFORE THE ADMINISTRATIVE CLAIMS BAR DATE: (I) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, THEIR ESTATES, OR THE PROPERTY OF ANY OF THEM, OR THEREAFTER FILING A PROOF OF ADMINISTRATIVE CLAIM FORM WITH RESPECT THERETO IN THE CHAPTER 11 CASES; AND (II) SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM THE DEBTORS OR THEIR SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM.**
**A HOLDER OF A POSSIBLE ADMINISTRATIVE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE AND ANY RELATED MATTERS, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF ADMINISTRATIVE CLAIM FORM.**
This notice is only a summary of the Administrative Claims Bar Date Order. All creditors and other parties-in-interest are referred to the text of the Administrative Claims Bar Date Order itself and to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for additional information regarding the filing and treatment of proofs of claim.
**If you have any questions relating to this Notice, contact Epiq at MercyInfo@epiqglobal.com.**
**NEITHER THE ATTORNEYS FOR THE DEBTORS NOR EPIQ ARE AUTHORIZED TO PROVIDE YOU WITH LEGAL ADVICE.**
DATED FEBRUARY 13, 2024

NYEMASTER GOODE, P.C.
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401–2030
Telephone: (319) 286–7002
Facsimile: (319) 286–7050
Email: rleaf@nyemaster.com
– and –
Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com
– and –
MCDERMOTT WILL & EMERY LLP
Felicia Gerber Perlman
(admitted pro hac vice)
Daniel M. Simon
(admitted pro hac vice)
Emily C. Keil (admitted pro hac vice)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984–7700
Email: fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com
– and –
Jack G. Haake (admitted pro hac vice)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295–8000
Facsimile: (972) 232–3098
Email: jhaake@mwe.com
Counsel for Debtors and Debtors-in-Possession

---

## COMPUTERS FOR SALE BY SEALED BID
Coggon Public Library is taking sealed bids for a quantity of 3 Apple computers. Bids taken for each computer or all three. These were purchased by the library in 2015. They have been cleaned and reset to original settings. Mouse and keyboard included. Working well when removed from service. Selling as is.
21.5 inch; 2.7 GHz quad-core Intel Core i5. Turbo Boost up to 3.2 GHz, Intel Iris Pro Graphics 8GB 1600 MHz DDR3 SDRAM– 2x4GB, 1TB Serial ATA Drive @ 5400 rpm
Bids to be submitted by mail to:
Coggon Public Library
202 Main Street
Coggon, IA 52218
Or dropped off in library drop box. Bidding closes on **March 27, 2024 at 9:00 AM.**

---

IN THE DISTRICT COURT IN AND FOR LINN COUNTY JUVENILE DIVISION
JVJV 040845
NOTICE CHRISTOPHER WING AND DEIDRA WESSELS MOTHER AND FATHER OF RIVER WING, DOB: 11/22/2022

You are thereby notified that a Petition: Child in Need of Assistance has been filed with the Clerk of the Juvenile Court in the interest of River Wing, DOB: 11/22/2022, JVJV 040845. Said Petition alleges that said child is a Child in Need of Assistance as defined in Chapter 232 of the Code of Iowa. Said Petition prays that if the allegations of the Petition are proved and sustained, that the Court deal with said child and the parents as by law provided in Chapter 232 of the Code of Iowa.
For further particulars, you are referred to the Application on file.
You are further notified that a hearing is to be held on the **22nd day of March, 2024 at 8:30 a.m.** in the courtroom of the Juvenile Division at the Juvenile Justice Center, 211 8th Avenue SW, Cedar Rapids, Iowa.
You are notified to appear on or before that time and date, in person or by attorney or your default will be entered. At said hearing, the Court may make a disposition of this case as is provided for by the laws of the State of Iowa, and enter such orders as are in the best interest of the child. Said orders and disposition of this case may change the guardianship, custody, care, control and support of said child and may affect your rights and responsibilities regarding said child.
You are further notified that you have a right to be represented by an attorney in this action. If you desire an attorney to represent you but feel that you are unable to employ an attorney, you may apply to the Court for a court-appointed attorney, and an attorney may be appointed as provided by law.

**Invitation to Comment on a Proposed Communications Facility Upgrade**
US Cellular Corp. proposes to collocate upgraded antennas on the existing 168ft water tower located north of J Street in the Village of Middle Amana. Approximate coordinates for the subject structure: 41-47-56.77N, 91-54-31.58W. Interested persons are invited to identify historic sites already listed in, or that may be eligible for listing in the National Register of Historic Places in this vicinity and to identify potential effects the facility upgrades may cause to these sites. Questions or comments may be submitted to the following contact: Jake Rieb, Edge Consulting Engineers, 624 Water Street, Prairie du Sac, WI 53578; Phone: 608.644.1449; Email: jrieb@edgeconsult.com. This notice is provided in accordance with the regulations of the Federal Communications Commission, 47 C.F.R. Part 1, Appendices B and C. (#38416)

---

## LINN COUNTY BOARD OF SUPERVISORS
CEDAR RAPIDS, LINN COUNTY, IOWA
MONDAY, MARCH 4, 2024 10:00 A.M.
(These are the minutes in their entirety. Archived minutes can be found at www.linncountyiowa.gov.) The Board met in session at the Linn County Jean Oxley Public Service Center. Present: Chairperson Running-Marquardt (via phone) and Vice Chairperson Rogers. Absent: Supervisor Zumbach (personal business). Board members voting "AYE" unless otherwise noted.
Vice Chairperson Rogers called the meeting to order.
Motion by Rogers, seconded by Running-Marquardt to approve minutes of February 27 & 28, 2024 as written.
Motion by Rogers, seconded by Running-Marquardt to approve claims dated 3/1/24 for payroll deduction checks #71013823 - #71013827 in the amt. of $545.00; ACH in the amt. of $42,781.87; EFT Wire in the amt. of $2,085,314.40 for a total of $2,128,641.27.
Heather Meador, Public Health, presented a request to place a Naloxone vending machine at the Linn County Community Services Building (CSB).
Motion by Rogers, seconded by Running-Marquardt to approve the placement of a Naloxone vending machine at the Linn County Community Services Building (CSB).
Discussion: This machine will be placed in a highly visible area and additional county locations will be considered (Harris Bldg. and Mental Health Access Center). Vote: Rogers – Aye Running-Marquardt – Aye
Motion by Rogers, seconded by Running-Marquardt to remove the following from the agenda: Discuss a reimbursement resolution to allow Linn County Conservation to spend Land and Water Legacy bond proceeds prior to the next bond issuance.
Motion by Rogers, seconded by Running-Marquardt to approve a Special Class C Retail Alcohol License for the Airport National Golf Course, 3001 Wright Brothers Blvd., noting all conditions have been met.
Motion by Rogers, seconded by Running-Marquardt to approve Employment Change Roster (payroll authorizations) as follows:
TREASURER'S OFFICE
Deputy Treasurer Lacey Hastings Promotion/internal applicant 03/18/24 57E $29.27 - $84,559.02/annually
COUNTY ATTORNEY'S OFFICE
Juvenile Prosecutor I Matt Kishinami Termination/resignation 03/15/24
FACILITIES
Senior Custodian Tchable Kombate Promotion/internal applicant 03/02/24 10C $19.81 + $ .25 – 11C $20.40 + $ .25 Replaces P. Treio
SHERIFF'S OFFICE
Deputy Sheriff Valerie Mensen Transfer from Correctional Center to Patrol 03/30/24 D5 $38.85 – D5 $38.42
Communications Oper. Kelsey Springer Termination/resignation 03/14/24
Deputy Sheriff Valerie Mensen Step increase/contract 03/11/24 D4 $37.41 – D5 $38.85
Correctional Ctr Nurse Lisa Lafler New hire – FT 03/04/24 39A $36.79
Correctional Ctr Nurse Lisa Lafler Termination/declined offer 03/04/24
Duty Officer TerriAnne Akers New hire – FT 03/18/24 56A $21.96 + $ .25
COMMUNITY SERVICES
Intake Technician Cynthia Merritt Step increase/contract 03/15/24 55C $22.54 – 55D $23.77
Youth Support Staff Brenda Anderson End of probation 03/11/24 56A $21.96 – 56B $23.07
JUVENILE DETENTION
Youth Counselor Mikayla Biorklund Termination/resignation 02/22/24
Youth Counselor Kylei Schott Termination/resignation 02/29/24
Intervention Counselor Kody Mullen End of probation 03/13/24
Tracker Alycea Brown New hire – FT 03/18/24 56A $21.96 Replaces P. Richert
Tracker Maurisa Clark New hire – FT 03/18/24 56A $21.96 Replaces B. Benton
Public Comments: Mark Banowetz, 2188 Ivanhoe Rd., asked if the vending machines require money and who paid for them. Supervisor Rogers explained that the vending machines are free and contain not only Naloxone, but also wound care kits, condoms, hygiene kits, alcohol swabs, and tampons. There were 2 machines purchased from an Opioid Settlement negotiated by the Federal government.
Motion by Rogers, seconded by Running-Marquardt to appoint Stacey Colledge-Skelton to the Historic Preservation Commission to fill an unexpired term ending December 31, 2025.
Adjournment at 10:10 a.m.
Respectfully submitted,
JOEL D. MILLER, Linn County Auditor
By: Rebecca Shoop, Deputy Auditor
APPROVED BY:
KIRSTEN RUNNING-MARQUARDT, Chairperson
Board of Supervisors

---

## MIRON CONSTRUCTION CO., INC.
is the prime contractor for the Bid for the UI Health Sciences Academic Building BP#3 located in Iowa City, IA. The project is a new 263,000 SF academic building containing three academic programs located on the northeast corner of Melrose Ave and South Grand Ave. The project contains a seven and four story wing with a central core connecting the two wings.
There is an 18,000 SF partial lower level under the seven-story wing which houses program and mechanical spaces. Additionally, the seventh floor is 18,000 SF and is dedicated as the mechanical penthouse. Bids will be received until 3:00 PM on 3/12/2024.
To access the bidding documents, go to: https://app.isqft.com/#/project/lfb65740 or email andrea.krause@miron-construction.com.
Direct inquiries to Steve Heyne at 319-298-5215

---

## NOTICE OF APPOINTMENT OF ADMINISTRATOR, AND NOTICE TO CREDITORS
Probate No. ESPR004256
THE IOWA DISTRICT COURT JONES COUNTY
IN THE MATTER OF THE ESTATE OF Steven F. Laningham, Deceased.
To All Persons Interested in the Estate of Steven F. Laningham, Deceased, who died on or about January 28, 2024:
You are hereby notified that on March 5, 2024, the undersigned was appointed administrator of the estate.
Notice is hereby given that all persons indebted to the estate are requested to make immediate payment to the undersigned, and creditors having claims against the estate shall file them with the clerk of the above named district court, as provided by law, duly authenticated, for allowance, and unless so filed by the later to occur four months from the second publication of this notice or one month from the date of the mailing of this notice (unless otherwise allowed or paid) a claim is thereafter forever barred.
Dated: March 6, 2024
Douglas G. Laningham, Administrator of Estate
202 Tracey Lane, Williamsburg, IA 52361
Matthew J. Kriegel
Attorney for Administrator
Firm Name: EELLS &
TRONVOLD LAW OFFICES, PLC
Address: 1921 – 51st Street NE, Cedar Rapids, IA 52402
Date of second publication
15th day of March, 2024

---

## NOTICE OF APPOINTMENT OF ADMINISTRATOR, AND NOTICE TO CREDITORS
Probate No. ESPR046591
THE IOWA DISTRICT COURT LINN COUNTY
IN THE MATTER OF THE ESTATE OF Brian A. Swenson, Deceased.
To All Persons Interested in the Estate of Brian A. Swenson, Deceased, who died on or about January 1, 2024:
You are hereby notified that on February 27, 2024, the undersigned was appointed administrator of the estate.
Notice is hereby given that all persons indebted to the estate are requested to make immediate payment to the undersigned, and creditors having claims against the estate shall file them with the clerk of the above named district court, as provided by law, duly authenticated, for allowance, and unless so filed by the later to occur four months