IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

**MASTER TRUSTEE AND BONDHOLDER REPRESENTATIVE'S
WITNESS AND EXHIBIT LIST FOR HEARING ON MARCH 27, 2024**

Party Name:   Computershare Trust Company, N.A., as Master Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative

Party's Attorneys:   Peter J. Chalik, Nathan F. Coco, William W. Kannel, Megan Preusker, and Kaitlin R. Walsh

Computershare Trust Company, N.A., as Master Trustee (the "Master Trustee"), and Preston Hollow Community Capital, Inc., as Bondholder Representative (the "Bondholder Representative" and, collectively with the Master Trustee, the "Secured Bondholder Representatives"), submit the following Witness and Exhibit List in anticipation of the hearing set for March 27, 2024. This Witness and Exhibit List is being served pursuant to applicable Local Rules concerning exhibit exchange and identification.

**WITNESS LIST**

The Secured Bondholder Representatives reserve the right to call the following witnesses:

A.   Any witness necessary to lay foundation for the admission of an exhibit;

B.   Any witness listed or called by another party;

C.   Any witness necessary to refute or respond to unanticipated evidence offered by another party; and

D.   Any witness necessary for impeachment purposes.

1

## **EXHIBIT LIST**

The Secured Bondholder Representatives reserve the right to enter any of the following into evidence as exhibits:

1. Any exhibit created or relied upon by a witness forming the foundation of any factual, lay, or expert testimony;

2. Any exhibit necessary to refute or respond to unanticipated evidence offered by another party;

3. Any exhibit submitted or listed by another party;

4. Any exhibit necessary for impeachment purposes;

5. Any exhibit or document referenced in prior exhibit lists;

6. And pleading, proof of claim, or docket entry filed in these cases;

7. Any exhibit or document informally and/or formally produced by the other respective party's attorney of record; and

8. Any exhibit or document informally and/or formally produced to the other respective party's attorney of record.

The Secured Bondholder Representatives reserve the right to supplement, amend, withdraw, or otherwise modify this submission.

Dated: March 13, 2024

        **WHITFIELD & EDDY, P.L.C.**

        */s/ Peter J. Chalik*
        Peter J. Chalik (Iowa Bar No. AT0013036)
        699 Walnut St., Suite 2000
        Des Moines, Iowa 50309
        Telephone: (515) 288-6041
        Email: Chalik@whitfieldlaw.com

        -and-

        **MINTZ, LEVIN, COHN, FERRIS**
        **GLOVSKY AND POPEO, P.C.**

        William W. Kannel (admitted *pro hac vice*)
        One Financial Center
        Boston, Massachusetts 02111
        Telephone: (617) 542-6000
        Email: WKannel@mintz.com

        Nathan F. Coco (admitted *pro hac vice*)
        Kaitlin R. Walsh (admitted *pro hac vice*)
        Megan Preusker (admitted *pro hac vice*)
        919 Third Avenue
        New York, New York 10022
        Telephone: (212) 935-3000
        Email: NFCoco@mintz.com
                KRWalsh@mintz.com
                MPreusker@mintz.com

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated March 13, 2024.

*/s/ Peter J. Chalik*

4