IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Bk. No. 23-00623 |
| MERCY HOSPITAL, IOWA CITY, IOWA, ) | |
| ET AL., ) | |
| ) | |
| Debtor. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO:  Clerk, U.S. Bankruptcy Court, Northern District of Iowa
 Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Roy Ryan Leaf, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger, Attorneys for Debtor
 United States Trustee

All entities receiving a copy will please take notice the undersigned appears as counsel for the United States of America, United States Department of Health and Human Services, a creditor and party in interest, and further requests pursuant to Bankruptcy Rule 2002, all filings made or required to be served upon the United States in this case be given to and served upon:

 United States Attorney (HHS)
 111 7th Avenue SE, Box 1
 Cedar Rapids, IA  52401-2101

 Respectfully submitted,

 TIMOTHY T. DUAX
 United States Attorney

 By: */s/ Martin J. McLaughlin*

CERTIFICATE OF SERVICE

I certify that on 3/14/2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY:  */s/ D. Nash*

 MARTIN J. McLAUGHLIN
 Assistant United States Attorney
 111 7th Avenue SE, Box 1
 Cedar Rapids, IA 52401
 (319) 363-6333 Phone; (319) 363-1990 Fax
 Marty.Mclaughlin@usdoj.gov