# EXHIBIT A

## Invoices



Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | October 12, 2023 |
| Invoice Number: | 594034 |
| Billing Attorney: | R. Heath |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

*For professional services rendered and costs incurred*

| | |
|---|---|
| Fees | 32,270.00 |
| | |
| **Total Amount Due** | **$32,270.00** |

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650

Client: Mercy Hospital

Matter Number: 102496-000008

Invoice Number: 594034

---

### Time Detail

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/07/2023 | M. Swearingen | Review correspondence from M. Greer re need for Business Associate Agreement with NERA; discuss same with M. Greer | 0.30 |
| 09/07/2023 | M. Greer | Email correspondence with M. Swearingen re BAA for NERA | 0.30 |
| 09/08/2023 | M. Greer | Email correspondence with J. Porter re NERA data requests | 0.30 |
| 09/14/2023 | M. Greer | Email correspondence with NERA re Mercy data; email correspondence with M. Raup re call from FTC; review information on the auction process | 1.30 |
| 09/15/2023 | M. Greer | Attend telephone call with M. Raup to discuss FTC request; prepare and send summary email to larger Mercy team; email correspondence with MWE team re FTC request; attend call with FTC to discuss request for documents/information | 2.30 |
| 09/15/2023 | N. Chubb | Emails and conference with M. Greer re matter status (.4); email with H2C re same (.3); review data room materials and updated matter status (1.3) | 2.00 |
| 09/18/2023 | H. Clarke | Communicate with N. Chubb and M. Greer about the production of documentation to the FTC around the process used when looking for a potential buyer for Mercy at its various stages (.7); review power point presentations and other internally prepared materials related to the failing firm defense presented in the bankruptcy case for FTC production (1.6); review and summarize deposition of C. Richard Bayman and determine process used to find potential buyers of Mercy for purposes of evaluating the failing firm defense for production to the FTC (3.5) | 5.80 |
| 09/18/2023 | M. Greer | Review deposition transcript for R. Bayman for production to the FTC; multiple email correspondence with M. Rooney re FTC request; attend telephone call with N. Chubb to discuss FTC request and next steps; review H2C Firmex site to determine responsive documents to the FTC request | 4.60 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 594034

Page 3
October 12, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/18/2023 | N. Chubb | Analyze non-disclosure agreements for disclosure and notice provisions (.5); telephone conferences with M. Greer re FTC requests and required productions (.6); review clean room for potential production materials (2.8); emails with H2C and joint defense counsel re matter status, timing, and FTC production (.4); emails with M. Greer re NDAs and Firmex site for FTC engagement (.3) | 4.60 |
| 09/19/2023 | H. Clarke | Prepare timeline and notes for M. Greer and for the meeting based on materials prepared for FTC presentations, materials uploaded by H2C to drive and the deposition of C. Richard Bayman (2.6); review and summarize information uploaded by H2C to shared file detailing the shopping process for MIC from 2021 to present for FTC production (2.4); review and summarize deposition of C. Richard Bayman and determine process used to find potential buyers of Mercy for purposes of evaluating the failing firm defense (1.4); attend meeting with H2C to discuss materials requested by the FTC and develop a plan for gathering ordinary course documents and preparing for submission (.5) | 6.90 |
| 09/19/2023 | M. Greer | Email correspondence with MWE re sharing physician compensation information; attend call with M. Raup to discuss sharing physician compensation information; attend call with N. Chubb to discuss NDAs; attend telephone call with H2C to discuss documents to the FTC; attend telephone call with the large Mercy team to discuss sharing physician information | 3.10 |
| 09/19/2023 | N. Chubb | Prepare for conference with H2C (.4); telephone conference with H2C (.3); telephone conference with M. Greer re NDAs and clean room requests from joint defense counsel (.4); telephone conference with M. Greer and joint defense counsel re clean room request (.2); analyze NDAs for disclosure and notice provisions (1.3); email McDermott and M. Greer re third party notice for FTC productions (.5) | 3.10 |
| 09/20/2023 | M. Greer | Email correspondence with M. Raup re amending the Clean Team Agreement; work on the FTC data request | 2.10 |
| 09/20/2023 | H. Clarke | Perform follow up from meeting with H2C around what documents are included in the FirmEx files and what documents are still necessary to collect for production to FTC | 0.90 |
| 09/20/2023 | N. Chubb | Email with joint defense counsel re matter and notice provisions (.1); begin draft notice to third parties (.5) | 0.60 |

Client: Mercy Hospital

Matter Number: 102496-000008

Invoice Number: 594034

Page 4

October 12, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/22/2023 | H. Clarke | Organize and prepare documents from H2C data site laying out the Mercy shopping process production to the FTC (3.4); Plan our strategy for the production of currently available marketing process documents to the FTC (1.1); Review recently provided documents from post-petition shopping process and highlight any areas which may require more information prior to producing to the FTC (1.6) | 6.10 |
| 09/22/2023 | M. Greer | Email correspondence with M. Raup and MWE re clean team additions; review amended Clean Team Agreement sent from M. Raup; attend meeting with H. Clark re FTC production; review information from H. Clarke re FTC production; attend telephone call with M. Raup to discuss Clean Team Agreement revisions; email correspondence with M. Toney re Clean Team Agreement revisions | 2.40 |
| 09/22/2023 | N. Chubb | Review materials from H. Clarke re FTC production (.9); email re same (.2); review specific identified presentation by H. Clarke for FTC production to ensure consistency and support for advocacy (.6); review deposition transcript (.7); analyze clean team materials from University's counsel (.4); analyze updates from H. Clarke re tracker and materials provided by H2C (.6) | 3.40 |
| 09/24/2023 | H. Clarke | Compare MIC presentation to the FTC with H2C board updates and deposition to determine that financial information is consistent; create and organize shared file to present data to FTC | 2.40 |
| 09/25/2023 | H. Clarke | Finalize draft of information to be shared with the FTC related to the shopping process of MIC from 2021 to 2023 and share with M. Greer and N. Chubb | 1.70 |
| 09/25/2023 | M. Greer | Multiple email correspondence with M. Toney and MWE and Polsinelli and H2C re clean team member access | 0.60 |
| 09/25/2023 | N. Chubb | Finish review of deposition transcript (2.1); revise production documents (.6); emails with M. Greer and H. Clarke re same (.4); draft notices to companies based on prior NDA research (.9); email with H. Clarke re production (.1) | 4.10 |
| 09/26/2023 | M. Greer | Email correspondence with N. Chubb and H. Clarke re FTC production; email correspondence with M. Raup re clean team agreement amendment | 0.70 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 594034

Page 5
October 12, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/26/2023 | H. Clarke | Make adjustments to documents contained in the shared file to be presented to the FTC, create a table of contents for the included documents and prepare for production with Bates Stamping | 1.60 |
| 09/26/2023 | N. Chubb | Finalize proposed FTC submission for client review (.8); draft email to client re FTC submission (.3) | 1.10 |
| 09/27/2023 | M. Greer | Attend update call with Polsinelli and MWE teams; multiple email correspondence with MWE re open clean room items; multiple email correspondence with M. Raup re clean room items | 1.60 |
| 09/27/2023 | H. Clarke | Prepare additional documents for submission to the FTC in response to their informal request | 0.90 |
| 09/27/2023 | N. Chubb | Conference with M. Greer re matter status and bankruptcy auction process | 0.10 |
| 09/28/2023 | C. Mosley | Review and prepare emails for production as a voluntary submission to FTC | 1.30 |
| 09/28/2023 | M. Greer | Email correspondence with MWE re FTC production; attend call with M. Raup to discuss open items; email correspondence with M. Toney re amending the Clean Team Agreement; email correspondence with MWE litigation team re R. Bayman's deposition transcript | 1.40 |
| 09/28/2023 | H. Clarke | Communicate with N. Chubb regarding preparation of the production including format and presentation | 0.50 |
| 09/28/2023 | N. Chubb | Emails with M. Greer, C. Mosley, H. Clarke, joint defense counsel, H2C, and client regarding submission of materials to FTC (1.1); review proposed final submission (.4) | 1.50 |
| 09/29/2023 | H. Clarke | Prepare cover letter draft for voluntary submission of documents to FTC per their verbal request | 0.70 |

**Total**                                                                                                   **70.30**



Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | October 12, 2023 |
| Invoice Number: | 594034 |
| Billing Attorney: | R. Heath |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

**REMITTANCE COPY**

**Integration RFP Process**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Current Invoice** | | |
| 10/12/2023 | 594034 | $32,270.00 |
| **Balance Due** | | $32,270.00 |

**All invoices are due and payable upon receipt. Interest will accrue at a rate of 1% per month on balances not paid within 30 days of the invoice date.**

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650



Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| Invoice Date: | October 12, 2023 |
|---|---|
| Invoice Number: | 594033R |
| Billing Attorney: | R. Heath |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

*For professional services rendered and costs incurred*

| Fees | 31,389.50 |
|---|---|
| **Total Amount Due** | **$31,389.50** |

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 594033R

Page 2
October 12, 2023

---

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/08/2023 | N. Chubb | Review materials re FTC presentation | 1.10 |
| 08/08/2023 | M. Greer | Email correspondence re FTC meeting with M. Raup; email correspondence with MWE team re Toney Korf interview | 0.60 |
| 08/10/2023 | M. Greer | Prepare and send antitrust update to legal team; email correspondence with NERA and UIHC antitrust counsel; review latest FTC presentation sent from M. Raup | 1.80 |
| 08/11/2023 | N. Chubb | Email with M. Greer re FTC presentation and draft revisions | 0.20 |
| 08/11/2023 | N. Chubb | Analyze revised FTC draft | 0.50 |
| 08/11/2023 | M. Greer | Review latest FTC presentation sent from Polsinelli with proposed changes; prepare for call with Toney Korf to discuss failing firm defense, including prepare outline of questions; attend call with H2C and MWE teams to discuss failing firm defense; attend call with Polsinelli to discuss latest version of the FTC presentation; attend call with J. Porter, S. Wu, and D. Orman to discuss failing firm defense | 6.80 |
| 08/14/2023 | M. Greer | Review comments from MWE on the FTC presentation, including make changes and communicate with MWE re same; attend meeting with N. Chubb to discuss status and open items | 0.90 |
| 08/14/2023 | N. Chubb | Telephone conference with M. Greer re FTC presentation | 0.60 |
| 08/14/2023 | N. Chubb | Review FTC presentation | 0.50 |
| 08/14/2023 | N. Chubb | Review bankruptcy filings for updates to FTC presentation | 1.80 |
| 08/14/2023 | N. Chubb | Revise and edit University presentation re state action defense | 1.20 |
| 08/15/2023 | C. Mosley | Review bankruptcy pleadings to assist N. Chubb in analysis of client's cash collateral requests to the court | 1.50 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 594033R

Page 3
October 12, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/15/2023 | M. Greer | Update FTC presentation with H2C, MWE, and UIHC edits; attend telephone call with the antitrust legal team to prepare for FTC presentation; send email to H2C team re data requests; review Polsinelli's state action immunity presentation | 4.70 |
| 08/15/2023 | N. Chubb | Telephone conference with M. Greer re FTC presentation | 0.40 |
| 08/15/2023 | N. Chubb | Telephone conference with M. Greer re conference with Iowa AG | 0.30 |
| 08/15/2023 | N. Chubb | Conference with M. Greer, Iowa AG, and Polsinelli re FTC presentation | 0.60 |
| 08/15/2023 | N. Chubb | Emails with C. Mosley re bankruptcy filing research project | 0.20 |
| 08/15/2023 | N. Chubb | Incorporate findings from C. Mosley research into FTC presentation | 0.40 |
| 08/15/2023 | N. Chubb | Prepare for FTC presentation | 0.80 |
| 08/15/2023 | N. Chubb | Revise presentation re state action defense | 0.60 |
| 08/15/2023 | N. Chubb | Revise FTC failing firm presentation | 0.50 |
| 08/16/2023 | M. Greer | Prepare suggested edits to the FTC presentation; multiple email correspondence with H2C re data/tables for the FTC presentation; multiple email correspondence with MWE re bankruptcy process; attend telephone call with N. Chubb to prepare for the meeting with the FTC; multiple email correspondence with Polsinelli re multiple drafts of the FTC presentation; multiple email correspondence with S. Wu re open items | 6.30 |
| 08/16/2023 | N. Chubb | Prepare for FTC presentation | 1.70 |
| 08/16/2023 | N. Chubb | Telephone conference with M. Greer re preparations for FTC meeting | 1.00 |
| 08/16/2023 | N. Chubb | Review prior bankruptcy docket materials for FTC advocacy | 0.60 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 594033R

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/16/2023 | N. Chubb | Review and revise presentation based on feedback from M. Toney | 1.30 |
| 08/16/2023 | N. Chubb | Send revisions to M. Greer | 0.10 |
| 08/17/2023 | M. Greer | Prepare for FTC presentation; multiple email correspondence and telephone calls with S. Wu to discuss FTC presentation and open items; review and respond to email correspondence from M. Toney re the FTC presentation; multiple email correspondence and telephone calls with M. Raup to discuss FTC presentation and other open items; attend meeting with the FTC and present the failing firm defense; prepare and send a summary of the FTC meeting with the Mercy team | 8.90 |
| 08/17/2023 | N. Chubb | Telephone conference with M. Greer re FTC presentation | 0.60 |
| 08/17/2023 | N. Chubb | Emails with M. Greer re same | 0.40 |
| 08/18/2023 | N. Chubb | Draft request for information regarding potential FTC engagement | 1.30 |
| 08/21/2023 | H. Clarke | Meet with M. Greer to discuss Project Redwood progress and updates | 0.20 |
| 08/21/2023 | M. Greer | Email correspondence with M. Raup re email to the FTC re non-reportable nature of the transaction | 0.40 |
| 08/21/2023 | N. Chubb | Review joint defense counsel's email to FTC re HSR exemption | 0.50 |
| 08/21/2023 | N. Chubb | Research regarding HSR exemptions | 0.30 |
| 08/22/2023 | M. Greer | Multiple email correspondence with Polsinelli re clean team access | 0.90 |
| 08/22/2023 | N. Chubb | Review materials from M. Greer re liquidation value | 0.30 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 594033R

Page 5
October 12, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/22/2023 | N. Chubb | Email with M. Greer re liquidation values and impact on failing firm defense | 0.30 |
| 08/23/2023 | M. Greer | Multiple email correspondence re addition of clean team members | 0.30 |
| 08/29/2023 | N. Chubb | Email with M. Greer re FTC engagement and next steps | 0.20 |
| 08/29/2023 | N. Chubb | Review materials from joint defense counsel re Premerger Notification Office interpretation of reportability status of transaction | 0.50 |
| 08/30/2023 | M. Greer | Discuss status of FTC review with N. Chubb, including timing for Bid Process Motion; email correspondence with M. Rooney re NERA data request; email correspondence with J. Porter re NERA data request | 0.90 |
| 08/30/2023 | N. Chubb | Telephone conference with M. Greer re FTC engagement | 0.40 |
| **Total** | | | **53.40** |



**HALL RENDER**
KILLIAN HEATH & LYMAN

Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | October 12, 2023 |
| Invoice Number: | 594033R |
| Billing Attorney: | R. Heath |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

**REMITTANCE COPY**

**Integration RFP Process**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 10/12/2023 | 594033R | $31,389.50 |
| **Balance Due** | | $31,389.50 |

**All invoices are due and payable upon receipt. Interest will accrue at a rate of 1% per month on balances not paid within 30 days of the invoice date.**

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650



Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | November 07, 2023 |
| Invoice Number: | 596710 |
| Billing Attorney: | R. Heath |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

*For professional services rendered and costs incurred*

Fees                                                                 8,659.50

Total Amount Due                                              $8,659.50

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650

Client: Mercy Hospital

Matter Number: 102496-000008

Invoice Number: 596710

Page 2

November 07, 2023

---

### Time Detail

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/02/2023 | M. Greer | Email correspondence with N. Chubb re FTC production | 0.30 |
| 10/02/2023 | N. Chubb | Coordinate notice to third parties with H2C (.6); review materials for proposed production to FTC (.7) | 1.30 |
| 10/03/2023 | H. Clarke | Review .zip file prepared by C. Graczyk Mosley with bates stamped and prepared documents for submission to FTC | 0.70 |
| 10/03/2023 | C. Mosley | Review and bates-stamp documents for voluntary production to FTC | 2.00 |
| 10/03/2023 | M. Greer | Attend call with N. Chubb to discuss FTC production | 0.50 |
| 10/03/2023 | N. Chubb | Telephone conference with M. Greer re matter status an submissions to FTC (.7); emails with C. Mosley re production (.2); review proposed production (.4) | 1.30 |
| 10/04/2023 | H. Clarke | Communicate with M. Greer regarding status of document production to FTC | 0.20 |
| 10/04/2023 | N. Chubb | Review materials for production and prepare FTC submission letter | 2.20 |
| 10/06/2023 | N. Chubb | Emails with JDA counsel re auction process and continuation (.3); consideration of issues related to same (.5); review documents for FTC production (.6); conference with M. Greer re DOJ production (.3) | 1.70 |
| 10/09/2023 | M. Greer | Email correspondence with FTC staff re voluntary submission of documents | 0.30 |
| 10/09/2023 | N. Chubb | Review proposed production to FTC (.9); emails with M. Greer re same (.2) | 1.10 |
| 10/10/2023 | N. Chubb | Telephone conference with M. Greer re matter status | 0.40 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 596710

Page 3
November 07, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/11/2023 | M. Greer | Multiple email correspondence with bankruptcy counsel re auction process | 0.40 |
| 10/11/2023 | N. Chubb | Consideration of impact on FTC strategy of auction results (.8); emails re same with M. Greer and JDA counsel (.6); review filings from auction (.3) | 1.70 |
| 10/12/2023 | M. Greer | Email correspondence with R. Pai re the bankruptcy auction outcome | 0.30 |
| 10/12/2023 | N. Chubb | Review emails from M. Greer and FTC re matter status | 0.20 |
| 10/29/2023 | N. Chubb | Email with M. Greer and H. Clarke re matter status | 0.20 |
| 10/30/2023 | N. Chubb | Review developments, casefiles, and hearing transcript regarding reopening auction and winning bidder (1.8); consider FTC engagement and next steps in light of change to winning bidder (.5) | 2.30 |

**Total** **17.10**



Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | November 07, 2023 |
| Invoice Number: | 596710 |
| Billing Attorney: | R. Heath |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

**REMITTANCE COPY**

**Integration RFP Process**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Current Invoice** | | |
| 11/07/2023 | 596710 | $8,659.50 |
| **Balance Due** | | $8,659.50 |

**All invoices are due and payable upon receipt. Interest will accrue at a rate of 1% per month on balances not paid within 30 days of the invoice date.**

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650



# HALL RENDER
KILLIAN HEATH & LYMAN

Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | December 05, 2023 |
| Invoice Number: | 599963 |
| Billing Attorney: | M. Greer |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

*For professional services rendered and costs incurred*

| | |
|---|---|
| Fees | 11,538.00 |
| Costs | 17.30 |
| **Total Amount Due** | **$11,555.30** |

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650

Client: Mercy Hospital

Matter Number: 102496-000008

Invoice Number: 599963

---

**Time Detail**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/01/2023 | N. Chubb | Emails with M. Greer and FTC re matter; emails with client re same; review transcript of auction proceedings; conference with M. Greer re update on auction proceedings | 1.30 |
| 11/02/2023 | C. Mosley | Confer with N. Chubb re documents to be submitted to the FTC; upload previously created document production into ShareFile | 0.30 |
| 11/02/2023 | M. Greer | Email correspondence with R. Pai re renewed questions surrounding the failing firm defense; email correspondence with M. Toney and T. Clancy re renewed questions surrounding the failing firm defense; email correspondence with D. Simon re FTC request; prepare FTC submission | 3.20 |
| 11/02/2023 | N. Chubb | Emails with M. Greer client re matter status; review transcript of auction proceedings; analyze FTC submission in light of updated auction results; review materials and docket entries provided by M. Greer; conference with C. Mosley re production preparations | 3.20 |
| 11/03/2023 | C. Mosley | Review, bates-stamp and prepare additional document for production to the FTC | 1.20 |
| 11/03/2023 | M. Greer | Email correspondence with R. Pai re secure link for submitting documents; email correspondence with D. Simon re submission of documents to the FTC; email correspondence with M. Raup re status of submission to the FTC; review auction transcript; attend call with MWE team to discuss FTC responses; prepare submission to the FTC; prepare edits to narrative to the FTC | 3.60 |
| 11/03/2023 | N. Chubb | Telephone conference with Mercy, H2C, and outside counsel re FTC engagement and auction results ; conference with M. Greer re FTC production; finalize submission to FTC, including working with C. Mosley to prepare new submission materials; review emails with FTC re auction results; emails with client, M. Greer, and H2C re submission to FTC | 4.40 |
| 11/06/2023 | M. Greer | Review Declaration of M. Toney in support of Debtors' proposed sale to the University of Iowa; multiple email correspondence related to the Clean Team Agreement | 1.20 |
| 11/07/2023 | N. Chubb | Review materials and emails re clean room and FTC engagement | 0.70 |

Client: Mercy Hospital
Matter Number: 102496-000008
Invoice Number: 599963

Page 3
December 05, 2023

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/07/2023 | M. Greer | Multiple email correspondence with the Mercy team and, separately, with the UIHC team related to the Clean Team Agreement | 0.40 |
| 11/20/2023 | M. Greer | Email correspondence with the University and, separately, Mercy related to clean team additions | 0.20 |
| 11/27/2023 | M. Greer | Multiple email correspondence re additional clean team members | 0.30 |
| **Total** | | | **20.00** |

### Cost Detail

| Date | Description | Amount |
|------|-------------|--------|
| 11/07/2023 | Jennifer L. Smitherman - Court Fees  Filing Fees-Jennifer L. Smitherman-Pacer quarterly charges for monitoring and case documents-WWW.PACER.GOV 000000 SAN ANTONIO TX-11/07/2023 | 17.30 |
| **Total** | | **$17.30** |



Mercy Hospital
Attn: Michelle Marks
Email Invoices to: michelle.marks@mercyic.org

| | |
|---|---|
| Invoice Date: | December 05, 2023 |
| Invoice Number: | 599963 |
| Billing Attorney: | M. Greer |

Matter Number: 102496-000008
Matter Name: Integration RFP Process

**REMITTANCE COPY**

**Integration RFP Process**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Current Invoice** | | |
| 12/05/2023 | 599963 | $11,555.30 |
| **Balance Due** | | $11,555.30 |

**All invoices are due and payable upon receipt. Interest will accrue at a rate of 1% per month on balances not paid within 30 days of the invoice date.**

**CHECK REMITTANCE INSTRUCTIONS:**
Hall, Render, Killian, Heath & Lyman, P.C.
P.O. Box 714570
Cincinnati, OH 45271-4570

INQUIRIES:
billing@hallrender.com
(317) 429-3650