**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 779 – 795** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 29, 2024, I caused to be served the:

   a. "Debtors' Second Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Employment Agreements with Mercy Hospital, Iowa City, Iowa (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 779], (the "2nd Motion"),

   b. "Notice of Debtors' Second Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Employment Agreements with Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 780], (the "2nd Notice"),

   c. "Debtors' Third Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Employment Agreements with Mercy Hospital, Iowa City, Iowa (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 781], (the "3rd Motion"),

   d. "Notice of Debtors' Third Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Employment Agreements with Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 782], (the "3rd Notice"),

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

e.  "Order Setting Telephonic Status Conference," dated February 29, 2024 [Docket No. 783], (the "Status Order"),

f.  "Debtors' Fourth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Employment Agreements with Mercy Services Iowa City, Inc., (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 784], (the "4th Motion"),

g.  "Notice of Debtors' Fourth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Employment Agreements with Mercy Services Iowa City, Inc., (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 785], (the "4th Notice"),

h.  "Debtors' Fifth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 786], (the "5th Motion"),

i.  "Notice of Debtors' Fifth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 787], (the "5th Notice"),

j.  "Debtors' Sixth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 788], (the "6th Motion"),

k.  "Notice of Debtors' Sixth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 789], (the "6th Notice"),

l.  "Debtors' Seventh Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 790], (the "7th Motion"),

m.  "Notice of Debtors' Seventh Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 791], (the "7th Notice"),

n.  "Debtors' Eighth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 792], (the "8th Motion"),

o.  "Notice of Debtors' Eighth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 793], (the "8th Notice"),

p.  "Debtors' Ninth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Services, Iowa City, Inc., (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 794], (the "9th Motion"), and

q.  "Notice of Debtors' Ninth Omnibus Motion for Entry of Order (I) Authorizing Rejection of Executory Contracts Related to Mercy Services, Iowa City, Inc., (II) Setting Bar Date for Rejection Damages Claims, and (III) Granting Related Relief," dated February 29, 2024 [Docket No. 795], (the "9th Notice"),

by causing true and correct copies of the:

i.  2nd Motion, 2nd Notice, 3rd Motion, 3rd Notice, Status Order, 4th Motion, 4th Notice, 5th Motion, 5th Notice, 6th Motion, 6th Notice, 7th Motion, 7th Notice, 8th Motion, 8th Notice, 9th Motion, and 9th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.  2nd Motion and 2nd Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B and to 35 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List[2] and therefore not reflected,

iii.  3rd Motion and 3rd Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C and to 24 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

---

[2] Order (I)(A) Establishing Certain Notice and Case Management Procedures and (B) Limiting Certain Notice Requirements in the Chapter 11 Cases; (II) Implementing Patient Confidentiality Procedures; (III) Approving the Form and Manner of Notice of the Commencement of the Chapter 11 Cases; and (IV) Granting Related Relief (Docket 49).

iv.  4th Motion and 4th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u> and to 43 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

v.  5th Motion and 5th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

vi.  6th Motion and 6th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

vii.  7th Motion and 7th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

viii.  8th Motion and 8th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

ix.  9th Motion and 9th Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected, and

x.  2nd Motion, 2nd Notice, 3rd Motion, 3rd Notice, Status Order, 4th Motion, 4th Notice, 5th Motion, 5th Notice, 6th Motion, 6th Notice, 7th Motion, 7th Notice, 8th Motion, 8th Notice, 9th Motion, and 9th Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

    */s/ Betina Wheelon*
    Betina Wheelon

**EXHIBIT A**

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| J&K PMS INC | ATTN: KELLY MITCHEK, VICE PRESIDENT 6737 BRENTWOOD STAIR ROAD, STE 220 FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count  15**

**EXHIBIT B**

Mercy Iowa City

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDERMAN, SCOTT | ADDRESS ON FILE |
| ALLEN, BRYAN, MD | DEPT OF RAD ONC 200 HAWKINS DR IOWA CITY IA 52242 |
| ANDERSON, CARRYN, MD | UIHC - DEPT OF RAD ONC 200 HAWKINS DR IOWA CITY IA 52242 |
| ATRE STRAND, DEEPTA, S., MD. | ADDRESS ON FILE |
| BARTON, ANDREA | ADDRESS ON FILE |
| BROWNE, JERRY MD | ADDRESS ON FILE |
| BUATTI, JOHN, MD | ADDRESS ON FILE |
| BURNHAM-WING, SARA, DO | ADDRESS ON FILE |
| CASTER, JOSEPH, MD | ADDRESS ON FILE |
| CHRISTAKOS, ERIN, MMS, PA-C | ADDRESS ON FILE |
| CONWAY, TODD | ADDRESS ON FILE |
| FLORYANOVICH, ANNA A | ADDRESS ON FILE |
| FRANK, FREDERICK M, DO | ADDRESS ON FILE |
| FRECH, G CHRISTOPHER | ADDRESS ON FILE |
| FROMM, DANIEL | ADDRESS ON FILE |
| GIESWEIN, KIRK R, MD | ADDRESS ON FILE |
| HAJDU, MICHAEL, A., MD. | ADDRESS ON FILE |
| HELMKAMP, KIMBERLY, MD | ADDRESS ON FILE |
| IZAKOVIC, MARTIN, MD | ADDRESS ON FILE |
| KERSEVICH, SARAH | ADDRESS ON FILE |
| KHAYAL, HOSAM, MD | ADDRESS ON FILE |
| KLEIN, HANNAH, MD | ADDRESS ON FILE |
| LOVE, ROBERT W, MD | ADDRESS ON FILE |

**Total Creditor count  23**

**EXHIBIT C**

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MAGINOT, JONATHAN M, PA-C | ADDRESS ON FILE |
| MEHEGAN, JOHN, P., MD. | ADDRESS ON FILE |
| MENTIAS, AMAGAD, MD | ADDRESS ON FILE |
| MERCY OF IOWA CITY REGIONAL PHO | ATTN HODGE M CARTER 625 S GILBERT ST, STE 2 IOWA CITY IA 52240 |
| MORENO LOPEZ, JOSE ANDRES, MD | ADDRESS ON FILE |
| MURPHY, BRIAN, ARNP | ADDRESS ON FILE |
| OSENI, ABDULLAHI O, MD | ADDRESS ON FILE |
| PERLOV, MIKHAIL, MD | ADDRESS ON FILE |
| PULMONARY ASSOCIATES LLC & SLEEP | DISORDERS CENTER ATTN CEO 105 BRIARCLIFF RD, STE B WARNER ROBINS GA 31088 |
| SASA, IKAMI, ARNP | ADDRESS ON FILE |
| SHEPARD, JAMI, L., MD. | ADDRESS ON FILE |
| SHIVAPOUR, EZZATOLLAH TORAGE, MD | ADDRESS ON FILE |
| STENBERG, ERIC J, DO | ADDRESS ON FILE |
| SUN, WENQING, MD | ADDRESS ON FILE |
| SYATA, JAN, M., PAC. | ADDRESS ON FILE |
| WAGNER, KELSEY LEE, MD | ADDRESS ON FILE |
| WALKER, KRISTEN, DO | ADDRESS ON FILE |
| WATKINS, JOHN, MD | ADDRESS ON FILE |
| WHALEN, NAOMI S | ADDRESS ON FILE |
| WING, DANIEL | ADDRESS ON FILE |

**Total Creditor count  20**

**EXHIBIT D**

MERCY IOWA CITY

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANDREWS, KAHLIL, MD | ADDRESS ON FILE |
| BECKER, RACHEL, ARNP | ADDRESS ON FILE |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | D/B/A IOWA HEART 540 E JEFFERSON ST, #400 IOWA CITY IA 52245 |
| CUTLER, DARRON P, DO | ADDRESS ON FILE |
| JAMES, ZHENBO LI, PA-C | ADDRESS ON FILE |
| KOENIG, CHARLOTTE, MD | ADDRESS ON FILE |
| MACDONALD, CLARE, ARNP | ADDRESS ON FILE |
| MAGINOT, JONATHAN M, PA-C | ADDRESS ON FILE |
| MORGAN, JACKIE K, ARNP FNP BC | ADDRESS ON FILE |
| NYUNT, SOE, MD. | ADDRESS ON FILE |
| SYATA, JAN, M., PAC. | ADDRESS ON FILE |
| TORRES Y TORRES, HUGO, PA-C | ADDRESS ON FILE |

**Total Creditor count  12**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| 3M COMPANY | 575 W MURRAY BOULEVARD MURRAY UT 84123-4611 |
| AAA MECHANICAL CONTRACTORS INC | 2755 STONER CT NORTH LIBERTY IA 52317 |
| ABIOMED INC | 22 CHERRY HILL DRIVE DANVERS MA 01923 |
| ADP INC | ATTN LEGAL DEPT 5800 WINDWARD PKWY ALPHARETTA GA 30005 |
| ADVANCED BUSINESS SOLUTIONS INC | ATTN SHAWN PRICE 1745 PAYNE ST LOUISVILLE KY 40206 |
| ADVANCED BUSINESS SOLUTIONS, INC | 1745 PAYNE ST LOUISVILLE KY 40206 |
| ALERUS FINANCIAL NA | ATTN FEE PROCESSING PO BOX 64535 ST PAUL MN 55164-0535 |
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| ALTERA DIGITAL HEALTH INC | ATTN SCHUYLER G CARROLL 345 PARK AVE NEW YORK NY 10154 |
| AMERICAN COLLEGE OF CARDIOLOGY | FOUNDATION ATTN GENERAL COUNSEL 2400 N ST, NW WASHINGTON DC 20037 |
| APPLIED MEDICAL DISTRIBUTION CORP | 22872 AVENIDA EMPRESA RANCHO SANTA MARGARITA CA 92688 |
| ASSOCIATES IN MEDICAL PHYSICS LLC | 5288 TRANSPORTATION BLVD CLEVELAND OH 44125 |
| ATLAS LABS | 22 BATTERY ST 10TH FLOOR SAN FRANCISCO CA 94111 |
| ATTAINIA INC | 15333 N PIMA RD, #165 SCOTTSDALE AZ 85260 |
| AUCUTT, MATTHEW, DO | ADDRESS ON FILE |
| BESLER | 3 INDEPENDENCE WAY, STE 201 PRINCETON NJ 08540 |
| BILLION AUTOMOTIVE | 1600 HWY 1 WEST IOWA CITY IA 52246 |
| BILLION KIA IN IOWA CITY | 2845 MORMON TREK BLVD IOWA CITY IA 52246 |
| BLACKHAWK ROOF COMPANY INC | 619 E 19TH ST CEDAR FALLS IA 50613 |
| CADIENT LLC | PO BOX 746940 ATLANTA GA 30374-6940 |
| CALLWARE TECHNOLOGIES | ATTN RICH JEFFS 8871 S SANDY PKWY, STE 200 SANDY UT 84095 |
| CAPFINANCIAL PARTNERS LLC | D/B/A CAPTRUST FINANCIAL ADVISORS 4208 SIX FORKS RD, STE 1700 RALEIGH NC 27609 |
| CARDINAL HEALTH 108 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CARDINAL HEALTH 110 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CARDINAL HEALTH 112 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CARDINAL HEALTH 200 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CAREPORT HEALTH | 201 SOUTH ST, STE 501 BOSTON MA 02111 |
| CARING ENTERPRISES INC | 4505 WOODSONIA CT NW CEDAR RAPIDS IA 52405 |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | D/B/A IOWA HEART 540 E JEFFERSON ST, #400 IOWA CITY IA 52245 |
| CDW GOVERNMENT | 75 REMITTANCE DR, STE 1515 CHICAGO IL 60675 |
| CDW LOGISTICS INC | 200 N MILWAUKEE AVE VERNON HILLS IL 60061 |
| CDW-G LLC | 200 N MILWAUKEE AVE VERNON HILLS IL 60061 |
| CENTURYLINK | 1025 ELDORADO BLVD 42C MARGIN ASSURANCE MAILBOX BROOMFIELD CO 80021 |
| CERNER CORPORATION | 8779 HILLCREST RD KANSAS CITY MO 64138-2700 |
| CERNER TECHNOLOGIES | 51 VALLEY STREAM PKWY MALVERN PA 19355 |
| CHARTIS GROUP LLC, THE | 220 W KINZIE ST, 3RD FL CHICAGO IL 60654 |
| CHC MANAGEMENT SERVICES LLC | C/O KINDRED HEALTHCARE INC ATTN DOUGLAS CURNUTTE, SVP CORP DEV 680 S 4TH ST LOUISVILLE KY 40202 |
| CHESNOKOVA, IRYNA, MD | ADDRESS ON FILE |
| CLARO GROUP LLC, THE | 3250 OCEAN PARK BLVD, STE 380 SANTA MONICA CA 90405 |
| COCHLEAR AMERICAS | 10350 PARK MEADOWS DR STE 100 LONE TREE CO 80124-6898 |

**Total Creditor count  40**

MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*
Case No. 23-00623 (TJC)
First Class Mail Additional Service List

GRAND LAKE HEALTH SYSTEMS
200 ST. CLAIR STREET
ST. MARYS, OH 45885-2400

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| COMMONSPIRIT HEALTH | ATTN MAILE BOND 444 W LAKE ST, STE 2500 CHICAGO IL 60606 |
| COMMUNICATIONS ENGINEERING COMPANY | 405 BOYSON RD HIAWATHA IA 52233 |
| COPY SYSTEMS INC | 250 12TH AVE, STE 240 CORALVILLE IA 52241 |
| CORLEY, ANTHONY | ADDRESS ON FILE |
| COVIDIEN SALES LLC | D/B/A GIVEN IMAGING 3555 KOGER BLVD, STE 200 DULUTH GA 30096 |
| COVIDIEN SALES LLC | ATTN: ED BRATZ 4642 COLLECTION CENTER DR CHICAGO IL 60693-0046 |
| CROSSROADS OPERATING COMPANY LLC | 400 E LOOP 250 N, STE 104 MIDLAND TX 79705 |
| CROWE LLP | PO BOX 71570 CHICAGO IL 60694-1570 |
| CRYOLIFE INC | ATTN SR VP, GLOBAL SALES & MARKETING 1655 ROBERTS BLVD NW KENNESAW GA 30144 |
| DATA INNOVATIONS INC | 120 KIMBELL AVE, STE 100 SOUTH BURLINGTON VT 05403 |
| DATA POWER TECHNOLOGY GROUP | 3041 JUSTIN DR DES MOINES IA 50322 |
| DEACON SPORTS & ENTERTAINMENT US INC | D/B/A IOWA HEARTLANDERS 802 QUARRY RD CORALVILLE IA 52244 |
| DELL MARKETING LP | ONE DELL WAY MAIL STOP 8129 ROUND BEACH TX 78682 |
| DEPUY SYNTHES SALES INC | ATTN: JONELLE GAUGER 5972 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| DESIGN ENGINEERS PC | 8801 PRARIE VIEW LN SW, STE 200 CEDAR RAPIDS IA 52404 4850 |
| DFM TECHNOLOGIES INC | ATTN PRESIDENT 6000 DOUGLAS AVE DES MOINES IA 50322 |
| DILIGENT CORPORATION | 1111 19TH ST NW, 9TH FL WASHINGTON DC 20036 |
| DINSMORE & SHOHL LLP | 1001 LAKESIDE AVE, STE 990 NORTH POINT TOWER CLEVELAND OH 44114 |
| DODGE STREET TIRE & AUTO INC | 605 N DODGE ST IOWA CITY IA 52245 |
| DORSEY & WHITNEY LLP | 801 GRAN AVE, STE 4100 DES MOINES IA 50309-8002 |
| E-VOLVE HEALTH ADVISORS | 751 VIRGINIA CIRCLE ATLANTA GA 30306 |
| EASTVOLD, JOSHUA S, MD | ADDRESS ON FILE |
| EDWARDS LIFESCIENCES LLC | ATTN: KATHLEEN STAHL 23146 NETWORK PLACE CHICAGO IL 60673-1231 |
| ELSEVIER INC | ATTN CLIENT SOLUTIONS 1600 JOHN F KENNEDY BLVD, STE 1800 PHILADELPHIA PA 19103-2899 |
| EMERSON POINT LIMITED PARTNERSHIP | KAREN LOWMAN PO BOX 1226 IOWA CITY IA 52244-1226 |
| ENABLING TECHNOLOGIES CORP | 10429 PUCCINI LN ELLICOTT CITY MD 21042-2831 |
| ENCOMPASS IOWA LLC | 1229 1ST AVE SE CEDAR RAPIDS IA 52402 |
| ENOVATE MEDICAL LLC | PO BOX 638807 CINCINNATI OH 45263-8807 |
| EV3 MICROVENA CORP | 4600 NATHAN LN N PLYMOUTH MN 55442 |
| EXECUTIVE HEALTH RESOURCES INC | ATTN CHIEF ADMIN OFFICER 15 CAMPUS BLVD, STE 200 NEWTOWN SQUARE PA 19073 |
| EYE PHYSICIANS AND SURGEONS LLP | 2629 NORTHGATE DR IOWA CITY IA 52245 |
| GASKILL SIGNS INC | 11 ARBURY DRIVE IOWA CITY IA 52246 |
| GAZETTE COMMUNICATIONS INC. | 500 3RD AVENUE SE ATTN: SUBSCRIPTION SERVICES CEDAR RAPIDS IA 52401-1608 |
| GE HEALTHCARE | 500 W MONROE ST, STE 2100 CHICAGO IL 60661-3655 |
| GE PRECISION HEALTHCARE LLC | ATTN GENERAL COUNSEL 9900 INNOVATION DR WAUWATOSA WI 53226 |
| GENESIS HEALTH SYSTEM | 1227 E RUSHOLME ST DAVENPORT IA 52803-2459 |
| GETINGE USA SALES LLC | 1 GEOFFREY WY WAYNE NJ 07470 |
| GRAINGER INDUSTRIAL SUPPLY | 1657 SHERMER RD NORTHBROOK IL 60062 5362 |
| HALOGEN SOFTWARE INC | ATTN CHIEF FINANCIAL OFFICER 495 MARCH RD, STE 500 KANATA ON K2K 3G1 CANADA |
| HARMONY HEALTHCARE LLC | 442 W KENNEDY BLVD STE 280 TAMPA FL 33606-1464 |
| HAWKEYE CARPET & VINYL INC | 1841 S GILBERT ST IOWA CITY IA 52240 |
| HEALTH CARE FUTURES LLC | 4530 W 77TH ST, STE 305 EDINA MN 55435 |
| HEALTH CAROUSEL LOCUM NETWORK LLC | 4000 SMITH RD STE 410 CINCINNATI OH 45209-1967 |
| HEALTH CROUSEL LLC | 4000 SMITH RD STE 410 CINCINNATI OH 45209-1967 |
| HEALTHCARE BUSINESS INSIGHTS | C/O DECISION RESOURCES INC ATTN JON HEILMAN 800 DISTRICT AVE, STE 600 BURLINGTON MA 01803 |
| HEALTHSMART | 2400 CABOT DR SUITE 300 LISLE IL 60532 |
| HOSPITAL ALLIANCE FOR PREPARDNESS IN | EASTERN IOWA 1227 E RUSHOLME ST DAVENPORT IA 52803 |

| Claim Name | Address Information |
|---|---|
| HYUNDAI LEASE TITLING TRUST | 2975 BRECKINRIDGE BLVD DULUTH GA 30096 |
| IMETHODS LLC | 4230 SOUTHPOINT PKWY S JACKSONVILLE FL 32216-0967 |
| INDEED INC | PO BOX 660367 MAIL CODE 5160 DALLAS TX 75266-0367 |
| INFOR (US) LLC | 13560 MORRIS RD STE 4100 ALPHARETTA GA 30004-8995 |
| INNOVO ADVISORS LLC | 6605 PARKWOOD RD EDINA MN 55436 |
| INSIGHT HEALTH PARTNERS LLC | ATTN BRETT TURNER, PRINCIPAL 830 W ROUTE 22, STE 224 LAKE ZURICH IL 60047 |
| INTERLACE HEALTH LLC | 13421 MANCHESTER RD, STE 208 SAINT LOUIS MO 63131 |
| INTUITIVE SURGICAL INC | 950 KIFER ROAD ATTN: GARY S. GUTHART, PH.D SUNNYVALE CA 94086 |
| IOWA CITY HOSPICE | ATTN EXEC DIR 1025 WADE ST IOWA CITY IA 52240 |
| IOWA DEPARTMENT OF PUBLIC HEALTH | LUCAS STATE OFFICE BUILDING 321 E 12TH ST DES MOINES IA 50319 |
| IOWA DEPT OF HUMAN SVCS | DIVISION OF MEDICAL SVCS ATTN ROSE BOCCELLA HOOVER STATE OFFICE BLDG, 5TH FL DES MOINES IA 50319-0114 |
| IOWA FOUNDATION FOR MEDICAL CARE | ATTN REBECCA HEMANN, VP GOV QUALITY IMPREVEMENT PROGRAMS 6000 WESTOWN PKWY, STE 350E WEST DES MOINES IA 50266-7771 |
| IOWA HEALTH INFORMATION NETWORK IHIN | IOWA DEPARTMENT OF PUBLIC HEALTH 321 E 12TH ST DES MONIES IA 50319 |
| JC CHRISTENSEN & ASSOCIATES INC | ATTN CHARLES K ENGEBRETSON, EXEC VP & CFO 200 14TH AVE E SARTELL MN 56377 |
| JOBOT HEALTH LLC | 3101 W COAST HWY NEWPORT BEACH CA 92663 |
| JOINT COMISSION RESOURCES INC | ATTN GENERAL COUNSEL 1515 W 22ND ST, STE 1300W OAKBROOK IL 60523 |
| KEOKUK COUNTY HEALTH CENTER | 23019 IOWA 149 SIGOURNEY IA 52591-1194 |
| KONICA MINOLTA | 411 NEWARK POMPTON TPKE WAYNE NJ 07470 |
| LIFE ASSIST USA | 2210 PINEHURST DR MIDDLETON WI 53562 |
| LIFELINE SYSTEMS COMPANY | 200 DONALD LYNCH BLVD STE 300 MARLBOROUGH MA 01752-4816 |
| LIGHTEDGE SOLUTIONS INC | ATTN CONTRACT MANAGEMENT 666 WALNUT ST, STE 1900 DES MONIES IA 50309 |

**Total Creditor count  68**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| LIGHTEDGE SOLUTIONS INC | ATTN CONTRACT MANAGEMENT 666 WALNUT ST, STE 1900 DES MONIES IA 50309 |
| LINN COUNTY PUBLIC HEALTH | ATTN PRAMOD DWIVEDI, DIR 501 13TH ST NW CEDAR RAPIDS IA 52405 3700 |
| LISA GRISWOLD CONSULTING | 101 23RD ST FORT MADISON IA 52627 |
| LOCUM LIFE LTD | PO BOX 606 BURLINGTON IA 52601 |
| LVM SYSTEMS INC | 4262 E FLORIAN AVE MESA AZ 85206 |
| MANAGEMENT SOLUTIONS GROUP | ATTN PRESIDENT 701 BRICKELL AVE, STE 1550 MIAMI FL 33131 |
| MARTINVILLE DUNN LLC | ATTN JEFF ROONEY PO BOX 180192 CHICAGO IL 60618 |
| MAXIM HEALTHCARE SERVICES INC | D/B/A MAXIM HEALTH INFORMATION SERVICES 2 SUMMIT PARK DR, STE 410 INDEPENDENCE OH 44131 |
| MC ANALYTXS INC | 3535 BRIARPARK SUITE 109 HOUSTON TX 77042 |
| MCC TELEPHONY OF IOWA LLC | ATTN LEGAL DEPT & NANCY TOM 1 MEDIACOM WAY MEDIACOM PARK NY 10918 |
| MCCOMAS LACINA CONSTRUCTION INC | ATTN SCOTT WILEY, VP 1310 HIGHLAND CT IOWA CITY IA 52240 |
| MCKESSON INFORMATION SOLUTIONS INC | 700 LOCUST ST, STE 100 DUBUQUE IA 52001 |
| MCKESSON TECHNOLOGIES INC | ATTN GENERAL COUNSEL 5995 WINDWARD PKWY ALPHARETTA GA 30005 |
| MD BUYLINE INC | 2711 N HAKELL AVE, STE 1450 DALLAS TX 75204 |
| MEDICAL INFORMATION TECHNOLOGY INC | D/B/A MEDITECH ATTN HELEN WATERS, EXEC VP MEDITECH CIR WESTWOOD MA 02090 |
| MEDICAL PHYSICS LLC | 5284 TRANSPORTATION BLVD CLEVELAND OH 44125 |
| MEDIPINES CORPORATION | 22815 SAVI RANCH PKWY , STE E YORBA LINDA CA 92887 |
| MELLINIUM SOLUTIONS GROUP INTERNATIONAL | INC ATTN PRESIDENT 701 BRICKELL AVE, STE 1550 MIAMI FL 33131 |
| MERCY COLLEGE OF HEALTH SCIENCES | 928 6TH AVE DES MOINES IA 50309 |
| MERCY MEDICAL CENTER CEDAR RAPIDS IOWA | 701 10TH ST SE CEDAR RAPIDS IA 52403 |
| MERCY OF IOWA CITY REGIONAL PHO | ATTN HODGE M CARTER 625 S GILBERT ST, STE 2 IOWA CITY IA 52240 |
| MERCY SPECIALTY CLINICS-CARDIO SURGERY | ATTN JAMES NIELSEN, MD 540 E JEFFERSON ST, STE 401 IOWA CITY IA 52245-2477 |
| MICROMEDEX INC | ATTN CONTRACT ADMINISTRATOR 6200 S SYRACUSE WAY, STE 300 ENGLEWOOD CO 80111-4740 |
| MPLT HEALTHCARE LLC | 3701 FAU BLVD, STE 300 BOCA RATON FL 33431 |
| MS PROJECT PROS | 1400 PRESTON RD STE 400 PLANO TX 75093 |
| NATIONAL DISASTER MEDICAL SYSTEM, THE | 200 INDEPENDENCE AVE WASHINGTON DC 20201 |
| NIELSEN, JAMES, MD | ADDRESS ON FILE |
| NMA MEDICAL PHYSICS CONSULTATION | D/B/A MALLINCKRODT MEDICAL, INC 4100N ELSTON AVE CHICAGO IL 60618 |
| NORTHWEST MECHANICAL INC | 5885 TREMONT AVENUE PO BOX 2708 DAVENPORT IA 52809 |
| OLYMPUS FINANCIAL SERVICES | 3500 CORPORATE PKWY PO BOX 610 CENTER VALLEY PA 18034 |
| OMNIUM WORLDWIDE INC | D/B/A ADVANTAGE RECIEVABLE SOLUTIONS |
| ONENECK IT SOLUTIONS LLC | PO BOX 857950 MINNEAPOLIS MN 55485-7950 |
| OUTCOME SCIENCES INC | 25 THOMSON PL STE 5 BOSTON MA 02210-1241 |
| OUTCOME SCIENCES LLC | 25 THOMSON PL STE 5 BOSTON MA 02210-1241 |
| OWENS & MINOR DISTRIBUTION INC | ATTN GENERAL COUNSEL 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| PHILIPS IMAGE GUIDED THERAPY CORPORATION | 3727 VALLEY CENTRE DR, STE 500 SAN DIEGO CA 92130 |
| PLOEGER RECRUITING SERVICES | 420 IOWA ST BURLINGTON IA 52601 |
| PREFERRED HEALTH CHOICES LLC | 1605 ASSOCIATES DR, STE 101 DUBUQUE IA 52002 |
| PREMIER PURCHASING PARTNERS LP | 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| PROCIRCULAR INC | 2451 OAKDALE BLVD CORALVILLE IA 52241 |
| PROFESSIONAL MEDICAL SERVICES | 6737 BRENTWOOD STAIR RD, STE 200 FORT WORTH TX 76112 |
| PSYCHE SYSTEMS CORPORATION | ATTN PRESIDENT 321 FORTUNE BLVD MILFORD MA 01757 |
| QUEST STAFFING GROUP INC, THE | D/B/A QUEST STAFFING (QUEST) 9300 WADE BLVD, STE 320 FRISCO TX 75035 |
| QUVA PHARME INC | DEPT 0142 PO BOX 120142 DALLAS TX 75312-0142 |
| QWEST | PO BOX 91154 SEATTLE WA 98111-9254 |
| RADIOLOGIC MEDICAL SERVICES PC | C/O BROWNWINICK LAW FIRM ATTN MIRANDA L HUGHES 666 GRAND AVE, STE 2000 DES MOINES IA 50309 |

| Claim Name | Address Information |
|---|---|
| RADIOLOGIC MEDICAL SERVICES PC | ATTN CARRIE COLE 2769 HEARTLAND DR, #105 CORALVILLE IA 52241 |
| RDG PLANNING & DESIGN | 301 GRAND AVE DES MOINES IA 50309 |
| REACH FOR YOUR POTENTIAL | 1705 1ST AVENUE IOWA CITY IA 52240 |
| REVENUE CYCLE CODING STRATEGIES | PO BOX 676583 DALLAS TX 75267 |
| RMS SOLUTIONS | ATTN PRESIDENT & CONSULTING ACTUARY 736 NW AVE, #233 LAKE FOREST IL 60045 |
| ROCHE DIAGNOSTICS CORPORATION | 9115 HAGUE RD PO BOX 50457 INDIANAPOLIS IN 46250 |
| ROHRBACH ASSOCIATES PC | 325 E WASHINGTON ST, STE 400 PO BOX 2238 IOWA CITY IA 52244 |
| RQI PARTNERS, LLC | 7272 GREENVILLE AVE DALLAS TX 75231 |
| RURAL HEALTH AND SAFETY CLINIC OF | JOHNSON COUNTY D/B/A RURAL HEALTH AND SAFETY OF EASTERN IOWA |
| SEXTON GROUP LLC, THE | 1918 WAKE FOREST DR DEER PARK TX 77536 |
| SIEMENS FINANCIAL SERVICES INC | ATTN VICE PRESIDENT 170 WOOD AVE S ISELIN NJ 08830 |
| SIPS CONSULTS | 4011 SHILLING WAY DALLAS TX 75237 |
| SPENDMEND LLC | 946 52ND ST SE GRAND RAPIDS MI 49506 |
| STAFF RELIEF INC | 1411 DUTCH VALLEY PL, NE ATLANTA GA 30324 |

**Total Creditor count  60**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| STERIS CORPORATION | 5960 HEISLEY RD MENTOR OH 44060-1834 |
| STRATEGIC HEALTHCARE PROGRAMS LLC | PO BOX 101019 ATLANTA GA 30392-1019 |
| STRELCHECK HEALTHCARE SEARCH | W3625 WASHINGTON DR LAKE GENEVA WI 53147-2923 |
| STRYKER MEDICAL | C/O STRYKER SALES CORP. PO BOX 93308 CHICAGO IL 60673-3308 |
| STRYKER SALES CORP | 2451 OAKDALE BLVD CORALVILLE IA 52241 |
| STRYKER SALES LLC | 21343 NETWORK PLACE CHICAGO IL 60673-1213 |
| SURGICAL SERVICES PC | 510 E BLOOMINGTON ST IOWA CITY IA 52245 |
| SYMMEDRX HEALTHCARE SOLUTIONS | ATTN ACCOUNTS RECEIVABLE 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| SYNCHRONY EMPLOYEE ASSISTANCE PROGRAM | 438 SOUTHGATE AVE IOWA CITY IA 52240 |
| TOWERHUNTER INC | 7047 E GREENWAY PKWY 250 SCOTTSDALE AZ 85254 |
| TRAVELERS HAVEN | 950 S CHERRY ST, STE 1000 DENVER CO 80246 |
| TRIAGE CONSULTING GROUP | 1100 PEACHTREE ST NE STE 1900 ATLANTA GA 30309-4942 |
| TRINITY HEALTH CORPORATION | 20555 VICTOR PKWY LIVONIA MI 48152 |
| TYCO HEALTHCARE GROUP LP | D/B/A COVIDIEN |
| UNIVERSITY OF IOWA CARVER COLLEGE | OF MEDICINE, THE CARVER COLLEGE OF MEDICINE 100 MEDICINE ADM BLDG IOWA CITY IA 52242-1101 |
| UNIVERSITY OF IOWA COLLEGE OF NURSING | 50 NEWTON ROAD IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA SCHOOL | OF SOCIAL WORK, THE 308 NORTH HALL IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA, IOWA CITY, IOWA, THE | ATTN LOU ANN MONTGOMERY, NURSING ADMIN 200 HAWKINS DR, RM W431-H GH IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA, THE | ATTN DEAN DONALD LETENDRE 180 S GRAND AVE 310 COLLEGE OF PHARMACY BLDG IOWA CITY IA 52242 |
| UPPER MIDWEST CONSOLIDATED SERVICES | CENTER LLC ATTN VP GENERAL MGR 7601 FRANCE AVE SOUTH, STE 500 EDINA MN 55345 |
| UROLOGIC PROPERTIES LLC | ATTN BOB MICHAEL ATTY 1402 WILLOW CREET CT PO BOX 1757 IOWA CITY IA 52244-4237 |
| US WEST COMMUNICATIONS INC | 931 14TH ST, STE 1000B DENVER CO 80202-2994 |
| US WEST INTERPRISE | PO BOX 3400 OMAHA NE 68103 |
| VALUED RELATIONSHIPS INC | ATTN: BILLING FOR LIFE ASSIST 1400 COMMERCE CENTER DR FRANKLIN OH 45005 |
| VELOCITYEHS | 222 MERCHANDISE MART PLAZA, STE 1750 CHICAGO IL 60654 |
| VIZIENT INC | ATTN LEGAL DEPARTMENT 290 E JOHN CARPENTER FRWY, 7TH FLOOR IRVING TX 75062-2710 |
| WAHLSCRIBE LLC | ATTN BRENT SPURGIN, PRESIDENT 2711 GRAND AVE DES MOINES IA 50312 |
| WAHLTEK INC | ATTN BRENT SPURGIN, PRESIDENT 2711 GRAND AVENUE DES MOINES IA 50312 |
| WASHINGTON COUNTY HOSPITAL & CLINICS | ATTN CEO 400 E POLK ST WASHINGTON IA 52353 |
| WEATHERBY LOCUMS INC | 6451 N FEDERAL HWY, STE700 FORT LAUDERDALE FL 33308 |
| WEATHERPROOFING TECHNOLOGIES INC | 3735 GREEN RD BEACHWOOD OH 44122 |
| WELLNESS NETWORK, THE | 11350 MCCORMICK RD HUNT VALLEY MD 21031-1002 |
| WELLSOURCE | 7110 SW FIR LOOP STE 123 PORTLAND OR 97223-8094 |
| WISNOUSKY, BRADFORD CHARLES, DO | A8420 WRIGHT BROTHERS BLVD SW FAIRFAX IA 52228 |
| XEROX | PO BOX 936777 ATLANTA GA 31193-6777 |
| XTEND HEALTH CARE LLC | 90 VOLUNTEER DR, STE 150 HENDERSONVILLE TN 37075 |
| ZIMMER US INC | ATTN GENERAL COUNSEL 345 E MAIN ST WARSAW IL 46580 |

**Total Creditor count  37**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| AMGA GROUP | ONE PRINCE ST ALEXANDRIA VA 22314-3318 |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | D/B/A IOWA HEART 540 E JEFFERSON ST, #400 IOWA CITY IA 52245 |
| COLLERAN, ERICA, MD | C/O PHELAN TUCKER LAW LLP ATTN THOMAS H GELMAN 321 E MARKET ST, PO BOX 2150 IOWA CITY IA 52244 |
| DELL MARKETING LP | ONE DELL WAY MAIL STOP 8129 ROUND BEACH TX 78682 |
| ELEKTA INC | 100 MATHILDA PL SUNNYVALE CA 94086 |
| FOREFRONT MANAGEMENT LLC | ATTN JOEL DALINKA, GEN COUNSEL 801 YORK ST MANITOWOC WI 54220 |
| FORT MADISON COMMUNITY HOSPITAL | 335 BRENTWOOD DR NE CEDAR RAPIDS IA 52402 |
| HAWKEYE CARPET & VINYL INC | 1841 S GILBERT ST IOWA CITY IA 52240 |
| HENRY COUNTY HEALTH CENTER | 407 S WHITE ST MOUNT PLEASANT IA 52641 |
| JEFFERSON COUNTY HEALTH CENTER | ACCOUNTS RECEIVABLE-PEGGY 2000 S MAIN STREET PO BOX 588 FAIRFIELD IA 52556 |
| LANTERN PARK NURSING & REHAB CENTER | 2200 OAKDALE RD CORALVILLE IA 52241 |
| LYNCG BROS PAINTING/CARPENTRY | 5 ARBOR CIR IOWA CITY IA 52245 |
| MEARDON CONSULTING LLC | ATTN AIMEE MEARDON-ORRIS, MGR 4849 DRYDEN CT IOWA CITY IA 52242-9252 |
| MERGE HEALTHCARE | 900 WALNUT RIDGE DR HARTLAND WI 53209 |
| MHN ACO LLC | D/B/A MERCYONE ACO IV LLC 1449 NW 128TH ST, STE 110 BOX 7 CLIVE IA 50325 |
| MRO EXPRESS | 6538 WALNUT POINT WAY LIBERTY TWP OH 45011-8593 |
| RADIOLOGIC MEDICAL SERVICES PC | ATTN PRESIDENT 2769 HEARTLAND DR, STE 307 CORALVILLE IA 52241 |
| STRATEGIC PRINT SOLUTIONS – HIAWATHA | 1420 STAMY RD HIAWATHA IA 52233 |

**Total Creditor count  18**

**EXHIBIT J**

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| ALTERA DIGITAL HEALTH, INC. | Kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | Nicholas.Marten@afslaw.com; Matthew.Prewitt@afslaw.com; Beth.Brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | Lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BIOMERIEUX  INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com; jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |
| HEIDMAN LAW FIRM PLLC | Jessica.Board@heidmanlaw.com |
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com; eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| KOLEY JESSEN P.C., | Kristin.Krueger@koleyjessen.com |
| LOEB & LOEB LLP | scarroll@loeb.com; nweingarten@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | Jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; MPreusker@mintz.com; KRWalsh@mintz.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA  INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |

| Creditor Name | Email Address |
|---|---|
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; bgn@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov |
| UNITED STATES TRUSTEE | Claire.R.Davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US  INC | legal.americas@zimmerbiomet.com |