**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: April 1, 2024 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**SIXTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | January 1, 2024 – January 31, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $76,086.00 (80% of $95,107.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,078.46 |

This is a monthly application.

## **COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $1,075 | 22.0 | $23,650.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $925 | 74.9 | $69,282.50 |
| S. Jason Teele | Member, Bankruptcy First Bar Admission: 2001 | $895 | 0.5 | $447.50 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $835 | 24.5 | $20,457.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $775 | 3.3 | $2,557.50 |
| Oleh Matviyishyn | Associate, Bankruptcy First Bar Admission: 2022 | $425 | 15.7 | $6,672.50 |
| **Total Fees at Standard Rates** | | | **140.9** | **$123,067.50** |
| **Total Fees at $675 Blended Hourly Rate[2]** | | | **140.9** | **$95,107.50** |

[1] Effective October 1, 2023 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew H. Sherman was increased from $995 to $1,075; the hourly rate of Boris Mankovetskiy was increased from $875 to $925; the hourly rate of Jason Teele was increased from $850 to $895; the hourly rate of Michael Savetsky was increased from $795 to $835; and the hourly rate of Gregory Kopacz was increased from $725 to $775. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $675 blended hourly rate cap.

[2] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 3.7 | $2,827.50 |
| Asset Disposition (102) | 30.2 | $27,977.00 |
| Case Administration (104) | 15.5 | $13,298.50 |
| Claims Administration and Objections (105) | 43.0 | $36,380.00 |
| Employee Benefits/Pensions (106) | 7.6 | $6,346.00 |
| Fee/Employment Applications (107) | 7.6 | $5,117.00 |
| Fee/Employment Objections (108) | 0.1 | $77.50 |
| Financing (109) | 4.9 | $3,944.50 |
| Litigation (Other than Avoidance Action Litigation) (110) | 4.4 | $2,772.00 |
| Plan and Disclosure Statement (113) | 19.9 | $20,027.50 |
| Travel (116) (Billed at 50%) | 4.0 | $4,300.00 |
| **Total Fees at Standard Rate** | **140.9** | **$123,067.50** |
| **Total Fees at $675 Blended Rate[1]** | **140.9** | **$95,107.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Court Reporter Transcript Fees | $2,020.44 |
| Pacer | $4.30 |
| Taxi/Lyft Service | $53.72 |
| **TOTAL** | **$2,078.46** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: April 1, 2024 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**SIXTH APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024</u>**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "<u>Bankruptcy Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "<u>Compensation Order</u>"), Sills Cummis & Gross P.C. ("<u>Sills</u>") files this *Sixth Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2024 Through January 31, 2024* (the "<u>Application</u>"), seeking allowance of $76,086.00 (80% of $95,107.50) in fees, *plus* $2,078.46 for reimbursement of actual and necessary expenses, for a total of $78,164.46.

### <u>Background</u>

1.　　On August 7, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.　　On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3.　　The Committee retained Sills as co-counsel pursuant to this Court's *Order*

*Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

### Compensation Paid and Its Source

4.      All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

### Fee Statements

5.      The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, and the Compensation Order.

### Summary of Services by Project

A.      Asset Analysis and Recovery

Fees: $2,827.50;      Total Hours: 3.7

This category includes time spent: (a) conducting research and analysis related to a lien investigation and potential claims and causes of action against third parties; and (b) communicating with the Committee's financial advisor regarding the foregoing and other matters.

B.      Asset Disposition

Fees: $27,977.00;      Total Hours: 30.2

This category includes time spent: (a) addressing sale and asset disposition matters, including analyzing matters related to the disposition of the Debtors' joint venture interests; (b) analyzing a motion to direct the distribution of sale proceeds; (c) analyzing and addressing sale closing matters; (d) reviewing and analyzing Altera's motion to compel the assumption or rejection of a services agreement and addressing related matters, including engaging in related negotiations; (e) preparing for and attending a related hearing; and (f) communicating with the Committee members, the Debtors' advisors and Preston Hollow's counsel regarding the foregoing and other matters.

C.   Case Administration

Fees: $13,298.50;       Total Hours: 15.5

This category includes time spent: (a) attending Committee meetings; (b) preparing updates for the Committee members; (c) preparing for and attending hearings; (d) reviewing motions, pleadings, and other court filings, including the Debtors' motion to establish an administrative expense bar date; and (e) communicating with the Committee members, the Committee's other advisors, Debtors' counsel, Preston Hollow's counsel and others regarding the foregoing and related matters.

D.   Claims Administration and Objections

Fees: $36,380.00;              Total Hours: 43.0

This category includes time spent: (a) analyzing matters related to a potential global settlement with bondholders; (b) analyzing Altera's claims and potential objections thereto and counterclaims and conducting related research and reviewing related documents; (c) reviewing the Debtors' motion to compel Altera's performance and preparing for a related hearing; (d) analyzing claims asserted against the Debtors' estate and waterfall projections; and (e)

communicating with the Committee's other advisors, Debtors' counsel and the Bondholder

Representatives' counsel regarding the foregoing and related matters.

      E.    <u>Employee Benefits/Pensions</u>

      Fees: $6,346.00;        Total Hours: 7.6

This category includes time spent researching and analyzing pension claims.

      F.    <u>Fee/Employment Applications</u>

      Fees: $5,117.00;        Total Hours: 7.6

This category includes time spent: (a) preparing Sills' November and first interim fee

applications; (b) reviewing and analyzing the Debtors' application to expand the scope of the

retention of H2C; and (c) discussing related matters with the Committee members.

      G.    <u>Fee/Employment Objections</u>

      Fees: $77.50;      Total Hours: 0.1

This category includes time spent analyzing the Debtors' fee and retention applications.

      H.    <u>Financing</u>

      Fees: $3,944.50;      Total Hours: 4.9

This category includes time spent: (a) addressing matters related to the continued use of

cash collateral and the Committee's "challenge" deadline, including analyzing and revising a

related stipulation; (b) analyzing alleged security interests; and (c) communicating with the

Committee members and the Bondholder Representatives' counsel regarding related matters.

      I.    <u>Litigation (Other than Avoidance Action Litigation)</u>

      Fees: $2,772.00;    Total Hours: 4.4

This category includes time spent reviewing and revising a draft complaint and analyzing

a motion to compel and addressing related matters.

J.    Plan and Disclosure Statement

Fees: $20,027.50;    Total Hours: 19.9

This category includes time spent: (a) analyzing matters related to a potential consensual chapter 11 plan of liquidation, including analyzing a related term sheet, analyzing claim classification matters, and negotiating and addressing matters related to a potential global settlement with key case constituencies, including drafting settlement proposals; (b) analyzing the Debtors' motion to extend their plan exclusivity periods; and (c) communicating with the Committee members, the Committee's other advisors, Debtors' counsel, and Preston Hollow's counsel regarding the foregoing and related matters.

K.    Travel (Billed at 50%)

Fees: $4,300.00;    Total Hours: 4.0

This category includes time spent traveling to and from Cedar Rapids for a hearing.

## Conclusion

6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills for the sums $76,086.00 (80% of $95,107.50) as compensation, *plus* $2,078.46 for reimbursement of actual and necessary expenses, for a total of $78,164.46, and that such amount be authorized for payment.

Dated: March 18, 2024

Respectfully submitted,

*/s/ Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)

8

Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
E-mail:  asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:     515-223-6600
Facsimile:     515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this March 18, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Stephanie Newton*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | March 1, 2024 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2054722 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through January 31, 2024

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 01/02/24 | MS | 101 | Review research/cases on potential challenge to lien on proceeds of collateral in deposit account. | 0.40 | |
| 01/02/24 | MS | 101 | Emails with O. Matviyishyn re: research on potential challenge to lien on proceeds of collateral in deposit account. | 0.10 | |
| 01/02/24 | OM | 101 | Draft 544(a) strong-arm research summary and circulate to M. Savetsky. | 0.40 | |
| 01/02/24 | OM | 101 | Follow up 544(a) strong-arm power research pursuant to comments from M. Savetsky and correspondence re: same. | 0.50 | |
| 01/04/24 | OM | 101 | Correspondce with B. Mankovetskiy and A. Sherman re: Altera's motion to compel and limitations on damages. | 0.20 | |
| 01/16/24 | BM | 101 | Call with FTI regarding projected recovery analysis. | 0.50 | |
| 01/18/24 | BM | 101 | Call with FTI regarding waterfall projections. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/19/24 | BM | 101 | Analysis regarding potential affirmative causes of action against Altera. | 1.30 | |
| | | **TASK TOTAL 101** | | **3.70** | **$2,827.50** |

## 102 – ASSET DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| 01/02/24 | MS | 102 | Review and analysis of Altera's motion to compel assumption or rejection of services agreement, supporting declaration and proposed order. | 0.90 | |
| 01/02/24 | MS | 102 | Draft email to Committee re: Altera's motion to compel assumption or rejection of services agreement. | 1.00 | |
| 01/03/24 | BM | 102 | Analysis of issues regarding sale closing. | 1.10 | |
| 01/04/24 | BM | 102 | Analysis regarding transition services for EMR. | 0.90 | |
| 01/04/24 | BM | 102 | Analysis regarding satisfaction of sale closing conditions. | 1.10 | |
| 01/12/24 | BM | 102 | Analysis regarding sale closing issues. | 1.10 | |
| 01/12/24 | BM | 102 | Analysis regarding Preston Hollow's motion directing distribution of sale proceeds. | 0.70 | |
| 01/12/24 | GAK | 102 | Review Bondholder Representative's motion to authorize distribution of sale proceeds. | 0.20 | |
| 01/12/24 | MS | 102 | Review and analysis of Secured Bondholder Representatives' motion to direct distribution of sale proceeds. | 0.70 | |
| 01/12/24 | MS | 102 | Review draft lien challenge complaint and APA re: same. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/12/24 | MS | 102 | Call with B. Mankovetskiy re: update for Committee. | 0.20 | |
| 01/12/24 | MS | 102 | Draft email to Committee re: motion to direct distribution of sale proceeds. | 0.40 | |
| 01/15/24 | BM | 102 | Analysis regarding sale closing issues. | 1.10 | |
| 01/16/24 | BM | 102 | Analysis regarding proposed PRA membership interest sale. | 0.80 | |
| 01/16/24 | MS | 102 | Review emails from R. Leaf and B. Mankovetskiy re: proposed sale of joint venture interest in Progressive Rehabilitation Associates. | 0.10 | |
| 01/17/24 | BM | 102 | Analysis regarding sale closing issues. | 1.20 | |
| 01/17/24 | BM | 102 | Analysis regarding proposed sale of PRA interests. | 0.80 | |
| 01/17/24 | MS | 102 | Draft Committee update re: proposed sale of joint venture interest in Progressive Rehabilitation Associates. | 0.30 | |
| 01/17/24 | MS | 102 | Emails with B. Mankovetskiy re: Committee update re: proposed sale of joint venture interest in Progressive Rehabilitation Associates. | 0.10 | |
| 01/19/24 | BM | 102 | Call with Debtors' and PH's counsel regarding Altera and sale closing issues. | 0.90 | |
| 01/19/24 | BM | 102 | Analysis regarding disposition of Debtors' JV interests. | 1.10 | |
| 01/19/24 | BM | 102 | Analysis regarding compelling transition services from Altera and Altera's claims against the estates. | 1.70 | |
| 01/19/24 | AHS | 102 | Call with counsel for Debtors and counsel for PH re: Altera issues, sale issues and upcoming hearing. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/19/24 | AHS | 102 | Emails and communications with committee re: upcoming hearing and strategy issues. | 0.50 | |
| 01/19/24 | AHS | 102 | Review of documents and pleadings in connection with upcoming hearing. | 0.40 | |
| 01/19/24 | GAK | 102 | Review Owens Minor objection to 363 motion. | 0.10 | |
| 01/21/24 | AHS | 102 | Calls and emails with committee member re: potential resolution of Altera claims. | 0.30 | |
| 01/22/24 | BM | 102 | Analysis regarding sale closing issues. | 1.30 | |
| 01/22/24 | AHS | 102 | Attend hearing re: Altera issues, cure issues and meetings with counsel in advance of hearing. | 1.50 | |
| 01/22/24 | AHS | 102 | Calls and emails with committee and committee members re: potential resolution of Altera claims and email responses. | 0.60 | |
| 01/23/24 | BM | 102 | Analysis regarding disposition of JV interests. | 0.90 | |
| 01/23/24 | BM | 102 | Analysis regarding sale closing issues. | 0.70 | |
| 01/25/24 | BM | 102 | Analysis regarding sale closing issues. | 1.10 | |
| 01/26/24 | BM | 102 | Analysis regarding sale closing issues. | 0.70 | |
| 01/26/24 | BM | 102 | Analysis regarding disposition of JV interests and remaining real estate assets. | 1.20 | |
| 01/30/24 | BM | 102 | Analysis regarding sale closing issues. | 0.90 | |
| 01/30/24 | BM | 102 | Analysis regarding proposed sale of JV interests in Progressive. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/30/24 | MS | 102 | Emails with B. Mankovetskiy re: proposed sale of joint venture interest in Progressive Rehabilitation Associates and review draft sale agreement. | 0.10 | |
| 01/31/24 | MS | 102 | Review and comment on Debtors' motion to sell minority interests in PRA and proposed order. | 0.50 | |
| 01/31/24 | MS | 102 | Emails with B. Mankovetskiy re: Debtors' motion to sell minority interests in PRA. | 0.10 | |
| 01/31/24 | MS | 102 | Draft email to R. Leaf re: Debtors' motion to sell minority interests in PRA. | 0.20 | |
| | | **TASK TOTAL 102** | | **30.20** | **$27,977.00** |

## 104 – CASE ADMINISTRATION

|  |  |  |  |  |
|---|---|---|---|---|
| 01/02/24 | BM | 104 | Call with FTI regarding update of projected waterfall. | 0.50 |
| 01/02/24 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 |
| 01/02/24 | AHS | 104 | Call with Committee chair re: status update and emails to Committee re: plan and Alterra issues. | 0.60 |
| 01/02/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 |
| 01/09/24 | BM | 104 | Call with Debtors' and Preston Hollow's counsel regarding pending matters. | 0.80 |
| 01/12/24 | BM | 104 | Analysis regarding stipulation extending deadlines. | 0.30 |
| 01/12/24 | AHS | 104 | Email to Committee re: current status. | 0.30 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/12/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 01/16/24 | BM | 104 | Prepare an update for Committee. | 0.40 | |
| 01/16/24 | BM | 104 | Attend telephonic hearing on application to shorten notice of motion to compel Altera to provide transition services. | 0.50 | |
| 01/17/24 | BM | 104 | Prepare an update for Committee. | 0.40 | |
| 01/17/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 01/19/24 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 01/19/24 | OM | 104 | Review recent pleadings and update critical dates calendar, and circulate same to rest of team with reminders. | 0.20 | |
| 01/21/24 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 01/21/24 | AHS | 104 | Review of pleadings to prepare for hearing. | 0.40 | |
| 01/22/24 | BM | 104 | Attend omnibus hearing. | 0.90 | |
| 01/22/24 | BM | 104 | Calls with Debtors' and PH's counsel regarding pending matters. | 0.60 | |
| 01/23/24 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 01/23/24 | AHS | 104 | Call with R. Gainer re: statements by counsel to pension committee; emails and call re: same. | 0.30 | |
| 01/23/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.20 | |
| 01/25/24 | BM | 104 | Attend Committee meeting. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/26/24 | GAK | 104 | Review notification regarding Feb. 9 hearing. | 0.10 | |
| 01/26/24 | MS | 104 | Draft email to Committee re: motion to establish an administrative claims bar date. | 0.80 | |
| 01/26/24 | MS | 104 | Emails with B. Mankovetskiy re: administrative claims bar date motion and related issues. | 0.40 | |
| 01/26/24 | MS | 104 | Review Debtors' draft motion to establish an administrative claims bar date, proposed order, notice and claim form. | 1.30 | |
| 01/28/24 | MS | 104 | Emails with B. Mankovetskiy re: motion to establish an administrative claims bar date. | 0.10 | |
| 01/28/24 | MS | 104 | Draft email to R. Leaf re: motion to establish an administrative claims bar date. | 0.10 | |
| 01/28/24 | MS | 104 | Further review and revise Debtors' draft motion to establish an administrative claims bar date, proposed order, notice and claim form. | 1.00 | |
| 01/29/24 | MS | 104 | Email to B. Mankovetskiy re: Debtors' further revised motion to establish an administrative claims bar date, proposed order, notice and instructions. | 0.10 | |
| 01/29/24 | MS | 104 | Review Debtors' further revised motion to establish an administrative claims bar date, proposed order, notice and instructions. | 0.30 | |
| 01/29/24 | MS | 104 | Emails with R. Leaf re: revisions to motion to establish an administrative claims bar date. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/29/24 | MS | 104 | Review further revisions to motion to establish an administrative claims bar date. | 0.10 | |
| 01/29/24 | MS | 104 | Review Master Trustee's proposed revisions to motion to establish an administrative claims bar date. | 0.10 | |
| 01/29/24 | MS | 104 | Review emails from M. Preusker, R. Leaf and D. Simon re: comments on motion to establish an administrative claims bar date. | 0.10 | |
| 01/30/24 | MS | 104 | Review email from R. Leaf re: proposed administrative claims bar date order and review same. | 0.10 | |
| 01/30/24 | OM | 104 | Review Master Trustee's distribution motion and circulate critical dates to team. | 0.10 | |
| 01/31/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |

|  |  |  | **TASK TOTAL 104** | **15.50** | **$13,298.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 01/02/24 | BM | 105 | Analysis regarding potential global settlement with bondholders. | 1.40 | |
| 01/03/24 | BM | 105 | Analysis regarding Altera contract issues and potential resolution. | 1.40 | |
| 01/04/24 | BM | 105 | Analysis regarding Altera claims and potential objections. | 1.20 | |
| 01/04/24 | OM | 105 | Review and analyze Altera's motion to compel. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 9

| Date | | | | HOURS | AMOUNT |
|------|------|-----|-------------|------|--------|
| 01/04/24 | OM | 105 | Review and analyze Client Order, Master Client Agreement, and letters between Altera and Debtor's counsel. | 1.50 | |
| 01/05/24 | BM | 105 | Analysis regarding potential motion to compel transition services by Altera under operative contract. | 1.10 | |
| 01/05/24 | BM | 105 | Analysis regarding Altera claims and potential counterclaims by the estate. | 1.30 | |
| 01/05/24 | JT | 105 | Review internal memo regarding Altera Contract. | 0.50 | |
| 01/05/24 | GAK | 105 | Review Debtor's proposed settlement with employees. | 0.20 | |
| 01/05/24 | OM | 105 | Review case law re: waivers to the cap on liability. | 1.30 | |
| 01/05/24 | OM | 105 | Finalize and circulate, to B. Mankovetskiy, analysis of relevant provisions of Master Agreement with Altera and related documents for limitation clauses, clauses to extend service. | 3.10 | |
| 01/08/24 | BM | 105 | Call with FTI regarding settlement proposal to bondholders. | 0.60 | |
| 01/08/24 | BM | 105 | Analysis regarding projected claims and valuation of remaining assets. | 1.10 | |
| 01/09/24 | BM | 105 | Analysis regarding draft complaint asserting lien challenges and affirmative claims against bondholder representatives. | 0.80 | |
| 01/10/24 | BM | 105 | Call with bondholders' professionals regarding potential settlement structure. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/10/24 | BM | 105 | Analysis regarding Debtors' correspondence to Altera. | 0.70 | |
| 01/11/24 | BM | 105 | Analysis regarding Altera's correspondence to the Debtors regarding contract and claims issues. | 0.70 | |
| 01/11/24 | BM | 105 | Analysis regarding potential resolution of Altera disputes. | 0.70 | |
| 01/12/24 | BM | 105 | Analysis regarding projected administrative and priority claims. | 0.80 | |
| 01/12/24 | MS | 105 | Review Debtors' motion to seal portions of motion to compel Altera to perform under services agreement and for sanctions for violating automatic stay. | 0.10 | |
| 01/12/24 | MS | 105 | Review Debtors' motion to compel Altera to perform under services agreement and for sanctions for violating automatic stay. | 0.30 | |
| 01/12/24 | MS | 105 | Review Debtors' objection to motion to motion to compel assumption or rejection of services agreement. | 0.20 | |
| 01/12/24 | MS | 105 | Review Alterra's amendment to motion to compel assumption or rejection of services agreement. | 0.10 | |
| 01/15/24 | BM | 105 | Analysis regarding Altera's discovery requests. | 0.60 | |
| 01/15/24 | BM | 105 | Analysis regarding Debtors' contract termination notice to Altera and Altera's response. | 0.80 | |
| 01/16/24 | BM | 105 | Call with Debtors' counsel regarding Altera issues. | 0.50 | |
| 01/16/24 | BM | 105 | Analysis regarding Altera contract and claims issues. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/16/24 | BM | 105 | Analysis regarding administrative claims projections. | 0.60 | |
| 01/16/24 | BM | 105 | Analysis regarding limitation of liability provisions in Altera contracts. | 0.60 | |
| 01/16/24 | MS | 105 | Review Altera's objection to Debtors' motion to expedite hearing on Debtors' motion to compel contractual performance by Altera. | 0.20 | |
| 01/17/24 | BM | 105 | Analysis regarding assumed contracts and cure amounts' impact on potential waterfall projections. | 0.60 | |
| 01/17/24 | BM | 105 | Analysis regarding potential causes of action by the estates against Altera. | 1.30 | |
| 01/17/24 | MS | 105 | Call with B. Mankovetskiy re: Debtors' dispute with Altera re: transition services. | 0.10 | |
| 01/18/24 | BM | 105 | Analysis regarding Altera disputes and potential settlement structures. | 1.30 | |
| 01/19/24 | BM | 105 | Analysis regarding potential resolution of disputes with Altera. | 1.40 | |
| 01/21/24 | BM | 105 | Analysis regarding preparation for hearing on Debtors' motion to compel transition services from Altera. | 3.30 | |
| 01/21/24 | BM | 105 | Analysis regarding potential settlement of Altera disputes. | 3.40 | |
| 01/21/24 | AHS | 105 | Calls and emails with counsel for Altera and counsel for Debtors re: potential resolution of issues. | 0.80 | |
| 01/22/24 | BM | 105 | Analysis regarding settlement of disputes with Altera. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/23/24 | BM | 105 | Analysis regarding potential global settlement with Debtors and Bondholders. | 1.10 | |
| 01/25/24 | BM | 105 | Analysis regarding updated administrative claims projections and waterfall analysis. | 0.80 | |
| 01/25/24 | BM | 105 | Analysis regarding pension fund claims. | 1.10 | |
| 01/26/24 | BM | 105 | Analysis regarding revisions of proposed administrative claims bar date motion. | 0.60 | |
| 01/29/24 | BM | 105 | Analysis regarding revisions of proposed administrative claims bar date motion and order. | 0.40 | |
| 01/31/24 | GAK | 105 | Review administrative bar date order and notice. | 0.20 | |
| | | **TASK TOTAL 105** | | **43.00** | **$36,380.00** |

## 106 – EMPLOYEE BENEFITS/PENSIONS

| | | | | | |
|---|---|---|---|---|---|
| 01/30/24 | MS | 106 | Conduct legal research re: pension claims issues. | 1.70 | |
| 01/31/24 | MS | 106 | Review pension plan documents. | 1.10 | |
| 01/31/24 | MS | 106 | Conduct legal research re: pension claims issues. | 4.60 | |
| 01/31/24 | MS | 106 | Confer with B. Mankovetskiy re: legal research relating to pension claims issues. | 0.20 | |
| | | **TASK TOTAL 106** | | **7.60** | **$6,346.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 13

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **107 – FEE/EMPLOYMENT APPLICATIONS** | | | | | |
| 01/02/24 | MS | 107 | Review and analysis of Debtors' application to expand retention of H2C to cover sale of joint venture interests, supporting declaration and proposed order. | 0.80 | |
| 01/02/24 | MS | 107 | Draft email to Committee re: Debtors' application to expand retention of H2C to cover sale of joint venture interests. | 0.90 | |
| 01/03/24 | BM | 107 | Analysis regarding expansion of scope of H2C's retention. | 0.70 | |
| 01/11/24 | GAK | 107 | Work on interim fee application. | 1.60 | |
| 01/11/24 | GAK | 107 | Update November fee statement and communications with A. Sherman regarding same. | 0.30 | |
| 01/18/24 | OM | 107 | Update first interim fee application pursuant to comments from G. Kopacz. | 0.30 | |
| 01/24/24 | GAK | 107 | Review, revise and finalize November fee statement. | 0.40 | |
| 01/24/24 | GAK | 107 | Communications with A. Sherman and O. Matviyishyn regarding fee statement and next steps. | 0.10 | |
| 01/24/24 | OM | 107 | Update November fee statement pursuant to revised invoice. | 1.50 | |
| 01/24/24 | OM | 107 | Correspondence with G. Kopacz re: revisions to November fee statement. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/25/24 | OM | 107 | Update first interim fee application pursuant to updated invoices and correspondence with G. Kopacz re: same. | 0.90 | |
| | | **TASK TOTAL 107** | | **7.60** | **$5,117.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 01/19/24 | GAK | 108 | Review fee and retention applications filed by Debtor's professionals, FA to pensioner committee and PCO. | 0.10 | |
| | | **TASK TOTAL 108** | | **0.10** | **$77.50** |

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 01/08/24 | BM | 109 | Analysis regarding continued use of cash collateral and challenge deadline issues. | 0.80 | |
| 01/10/24 | AHS | 109 | Emails re: extension of challenge deadline and stipulation re: cash collateral hearing. | 0.30 | |
| 01/11/24 | BM | 109 | Analysis regarding extension of challenge deadline and cash collateral hearing. | 0.60 | |
| 01/12/24 | AHS | 109 | Review and revise stipulation regarding extensions and cash collateral issues. | 0.50 | |
| 01/12/24 | MS | 109 | Emails with B. Mankovetskiy re: stipulation extending lien challenge deadline. | 0.10 | |
| 01/12/24 | MS | 109 | Review and revise proposed stipulation extending lien challenge deadline to add distribution motion. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/12/24 | MS | 109 | Draft email to Committee re: proposed stipulation extending lien challenge deadline. | 0.30 | |
| 01/12/24 | MS | 109 | Review proposed stipulation extending lien challenge deadline. | 0.20 | |
| 01/15/24 | BM | 109 | Analysis regarding revisions of stipulation extending challenge deadline. | 0.30 | |
| 01/15/24 | MS | 109 | Review revised proposed stipulation extending lien challenge deadline and email from N. Coco re: same. | 0.10 | |
| 01/16/24 | MS | 109 | Emails with O. Matviyishyn re: stipulation with Master Trustee re: lien challenge deadline and related deadlines. | 0.10 | |
| 01/17/24 | OM | 109 | Correspondence with A. Sherman re: analysis of Preston Hollow's security interests. | 0.10 | |
| 01/17/24 | OM | 109 | Analyze Preston Hollow's security interest in Mercy Services Inc.'s joint venture and Progressive Rehabilitation Associates LLC. | 1.10 | |
| | | TASK TOTAL 109 | | 4.90 | $3,944.50 |

## 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 01/08/24 | MS | 110 | Review and revise draft challenge complaint against Master Trustee and Preston Hollow. | 2.10 | |
| 01/08/24 | MS | 110 | E-mail to and confer with A. Sherman re: draft challenge complaint against Master Trustee and Preston Hollow. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/18/24 | OM | 110 | Correspondence with B. Mankovetskiy re: Altera's motion to compel. | 0.20 | |
| 01/18/24 | OM | 110 | Prepare analysis and supporting documents for hearing on Altera's motion to compel. | 2.00 | |
| | | **TASK TOTAL 110** | | **4.40** | **$2,772.00** |

## 113 – PLAN AND DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 01/02/24 | AHS | 113 | Call with FTI re: plan and term sheet issues. | 0.50 | |
| 01/02/24 | AHS | 113 | Call with Debtors' counsel re: possible plan issues, term sheet and Alterra issues. | 0.40 | |
| 01/03/24 | AHS | 113 | Emails and calls with counsel for PH re: term sheet issues; address possible response. | 0.20 | |
| 01/04/24 | AHS | 113 | Call with counsel for PH re: plan and term sheet issues, follow up with FTI re: same and address possible counter. | 0.80 | |
| 01/05/24 | AHS | 113 | Email and calls to address possible counter on term sheet issues. | 0.30 | |
| 01/08/24 | AHS | 113 | Call with counsel for PH re: plan, term sheet and challenge deadline issues. | 0.50 | |
| 01/08/24 | AHS | 113 | Call with FTI re: term sheet issues. | 0.40 | |
| 01/09/24 | AHS | 113 | Attend call with counsel for Debtors and PH re: plan term sheet, sale issues and confirmation issues. | 0.90 | |
| 01/10/24 | AHS | 113 | Call with FTI re: plan term sheet issues and asset categories. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 17

| Date | | | | HOURS | AMOUNT |
|------|---|---|---|-------|--------|
| 01/10/24 | AHS | 113 | Attend call with counsel for PH and financial advisors re: plan and term sheet issues and follow up re: same. | 0.60 | |
| 01/11/24 | AHS | 113 | Call with FTI to follow up on term sheet issues and address extensions of challenge deadlines, initial review of stipulation as sent by counsel. | 0.60 | |
| 01/12/24 | AHS | 113 | Call with FTI and emails re: diligence for term sheet response. | 0.70 | |
| 01/17/24 | BM | 113 | Analysis regarding Debtors' requested exclusivity extension. | 0.50 | |
| 01/18/24 | BM | 113 | Analysis regarding potential global plan settlement with bondholders and debtors. | 1.40 | |
| 01/18/24 | AHS | 113 | Review of documents re: plan term sheet. | 0.40 | |
| 01/18/24 | AHS | 113 | Calls with FTI re: plan term sheet issues. | 0.90 | |
| 01/19/24 | BM | 113 | Draft an global plan settlement proposal. | 1.40 | |
| 01/19/24 | AHS | 113 | Address issues to provide for response to PH re: term sheet and plan issues. | 0.40 | |
| 01/22/24 | BM | 113 | Analysis regarding global plan settlement proposal. | 1.40 | |
| 01/22/24 | AHS | 113 | Calls with counsel for Debtors, FTI and counsel for PH re: plan term sheet issues | 0.70 | |
| 01/23/24 | BM | 113 | Analysis and revisions of plan term sheet. | 0.70 | |
| 01/23/24 | AHS | 113 | Email to committee re: plan and distribution issues. | 0.40 | |
| 01/25/24 | BM | 113 | Analysis regarding potential global settlement with PH and the Debtors. | 1.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 18

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/25/24 | AHS | 113 | Email to parties re: draft plan term sheet. | 0.40 | |
| 01/25/24 | AHS | 113 | Attend Committee meeting re: plan and term sheet issues. | 0.80 | |
| 01/26/24 | BM | 113 | Analysis regarding revised plan settlement proposal to bondholders and the Debtors. | 1.10 | |
| 01/29/24 | AHS | 113 | Call with Debtors' counsel re: plan term sheet issues. | 0.30 | |
| 01/30/24 | BM | 113 | Analysis regarding pension fund claims and plan classification issues. | 1.20 | |
| | | | **TASK TOTAL 113** | **19.90** | **$20,027.50** |

**116 – TRAVEL** (billed at 1/2)

| 01/21/24 | AHS | 116 | Travel from Newark to Cedar Rapids. (4.00) | 2.00 | |
|---|---|---|---|---|---|
| 01/22/24 | AHS | 116 | Travel from Cedar Rapids to Newark. (4.00) | 2.00 | |
| | | | **TASK TOTAL 116** | **4.00** | **$4,300.00** |

| | | | **TOTAL FEES at Standard Rates** | **140.90** | **$123,067.50** |
|---|---|---|---|---|---|
| | | | **Attorney Fees at Blended Rate of $675** | **140.90** | **$95,107.50** |
| | | | **Paralegal Fees at Standard Rate** | **0.00** | **0.00** |
| | | | **TOTAL FEES at Blended Rate** | **140.90** | **$95,107.50** |

## TASK CODE SUMMARY

| 101 | Asset Analysis and Recovery | 3.70 | $2,827.50 |
|---|---|---|---|
| 102 | Asset Disposition | 30.20 | $27,977.00 |
| 104 | Case Administration | 15.50 | $13,298.50 |
| 105 | Claims Administration and Objections | 43.00 | $36,380.00 |
| 106 | Employee Benefits/Pensions | 7.60 | $6,346.00 |
| 107 | Fee/Employment Applications | 7.60 | $5,117.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 19

| | | | | |
|---|---|---|---|---|
| 108 | Fee/Employment Objections | | 0.10 | $77.50 |
| 109 | Financing | | 4.90 | $3,944.50 |
| 110 | Litigation (Other than Avoidance Action Litigation | | 4.40 | $2,772.00 |
| 113 | Plan and Disclosure Statement | | 19.90 | $20,027.50 |
| 116 | Travel (billed at 1/2) | | 4.00 | $4,300.00 |
| | **TOTAL FEES at Standard Rates** | | 140.90 | $123,067.50 |
| | Attorney Fees at Blended Rate of $675 | | 140.90 | $95,107.50 |
| | Paralegal Fees at Standard Rate | | 0.00 | 0.00 |
| | **TOTAL FEES at Blended Rate** | | 140.90 | $95,107.50 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 22.00 | x | $1,075.00 | = | $23,650.00 |
| Boris Mankovetskiy | 74.90 | x | $925.00 | = | $69,282.50 |
| Jason Teele | 0.50 | x | $895.00 | = | $447.50 |
| Michael Savetsky | 24.50 | x | $835.00 | = | $20,457.50 |
| Gregory A. Kopacz | 3.30 | x | $775.00 | = | $2,557.50 |
| Oleh Matviyishyn | 15.70 | x | $425.00 | = | $6,672.50 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 09/14/23 | 222 | Court Reporter Transcript Fees (Everest Court Reporting, LLC – Certified transcript of 9/14/23 deposition of Lisa Steigleder) | $2,020.44 |
| 01/22/24 | 294 | Taxi/Car Rental/Car Service – Lyft to Omnibus Hearing (BM) | $53.72 |
| 01/05/24 | 358 | Pacer | $0.30 |
| 01/05/24 | 358 | Pacer | $2.80 |
| 01/05/24 | 358 | Pacer | $0.30 |
| 01/05/24 | 358 | Pacer | $0.30 |
| 01/05/24 | 358 | Pacer | $0.30 |
| 01/05/24 | 358 | Pacer | $0.30 |
| | | **TOTAL DISBURSEMENTS** | **$2,078.46** |

Sills Cummis & Gross P.C.

Creditors' Committee

March 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2054722
Page 20

| INVOICE SUMMARY | |
| --- | --- |
| Total Fees | $95,107.50 |
| Total Disbursements | $2,078.46 |
| **TOTAL THIS INVOICE** | **$97,185.96*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$123,067.50**) and fees at *Blended Rate* of $675 (**$95,107.50**)** apply.

**includes paralegal fees at standard rates, if applicable