**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EXTENSION OF COMMITTEE'S CHALLENGE DEADLINE AND DEADLINE TO OBJECT TO SECURED BONDHOLDER REPRESENTATIVE'S <u>DISTRIBUTION MOTION</u>**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on August 7, 2023, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "<u>Debtors</u>") filed *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing on the Use of Cash Collateral, and (III) Granting Related Relief* [Docket No. 26] (the "<u>Cash Collateral Motion</u>").

**WHEREAS**, on August 8, 2023, the Court entered an *Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing on the Use of Cash Collateral, and (III) Granting Related Relief* [Docket No. 38].

**WHEREAS**, on November 7, 2023, the Court entered a *Second Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, and (II) Granting Related Relief* [Docket No. 475] (the "<u>Second Interim Order</u>").

**WHEREAS**, on January 11, 2024, Computershare Trust Company, N.A., as Master Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative (collectively, the "<u>Secured Bondholder Representatives</u>") filed the *Secured Bondholder Representatives' Motion for Entry of an Order Authorizing and Directing the Distribution of Proceeds from the Sale of the Debtors' Assets and for Relief from Stay* [Docket No. 626[ (the "<u>Distribution Motion</u>").

**WHEREAS**, pursuant to a series of stipulations between the Debtors, Secured Bondholder Representatives, and the Official Committee of Unsecured Creditors in the Debtors' chapter 11 cases (the "<u>Committee</u>"), the parties agreed multiple times to, among other things, extend the

deadline for the Committee to file a Challenge[1] (the "Challenge Deadline") and extend the deadline for the Committee to object to the Distribution Motion. [Docket Nos. 578, 649, 751].

**NOTICE IS HEREBY GIVEN THAT** the Debtors, Secured Bondholder Representatives, and the Committee have agreed to further extend the Challenge Deadline and the Committee's deadline to object to the Distribution Motion to Monday, March 25, 2024.

**DATED** this 20th day of March, 2024

                    Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:   (319) 286-7002
Facsimile:   (319) 286-7050
Email:       rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
       kmstanger@nyemaster.com
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700

---

[1]    As defined in the Second Interim Order.

|  |  |
|---|---|
| Email: | fperlman@mwe.com |
|  | dsimon@mwe.com |
|  | ekeil@mwe.com |

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this March 20, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*

3