**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to Docket No. 259** |

**COMPENSATION REPORT OF TONEYKORF PARTNERS, LLC**
**FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH JANUARY 31, 2024**

In accordance with the *Order Authorizing Debtors to Retain ToneyKorf Partners, LLC as Interim Management of the Debtors, Effective as of the Petition Date Pursuant to Section 363 of the Bankruptcy Code, and Granting Related Relief* [Docket No. 259] (the "Retention Order") and pursuant to the terms of the engagement letter dated March 30, 2023 (the "Engagement Letter"), ToneyKorf Partners, LLC ("ToneyKorf Partners") hereby submits its report of compensation earned and expenses incurred (the "Compensation Report") for the period of December 1, 2023 through January 31, 2024 (the "Report Period"), and in support of such report respectfully represents:

1.      The Debtors appointed Mark E. Toney to serve as the Chief Restructuring Officer ("CRO"), James R. Porter to serve as the Chief Financial Officer ("CFO"), and Christopher P. Karambelas to serve as the Chief Information Officer and Chief Operating Officer ("CIO/COO") as set forth in the Engagement Letter.  The Engagement Letter further states that ToneyKorf Partners will provide additional personnel to assist Mr. Toney, Mr. Porter, and Mr. Karambelas with the restructuring efforts and other business of the Debtors (the "Temporary Staff"), as set forth more fully in the Engagement Letter.

2.      The Retention Order provides that ToneyKorf Partners shall file with this Court, and provide notice to the Office of the United States Trustee for the Northern District of Iowa (the "U.S. Trustee") and any official committees of, a report of staffing on the engagement for the previous month that includes the names and functions of each of the individuals assigned (each, a "Staffing Report"). *See* Retention Order, ¶ 3(c). The Staffing Report for the period December 1, 2023 to December 31, 2023 was filed on January 22, 2024 [Docket No. 680], and the Staffing Report for the period January 1, 2024 to January 31, 2024 was filed on February 20, 2024 [Docket No. 750].

3.      The Retention Order also provides that ToneyKorf Partners shall file reports of compensation earned and expenses incurred for a sixty-day period. *See* Retention Order, ¶ 3(e). Accordingly, ToneyKorf Partners has prepared a summary report of compensation earned and expenses incurred for the Report Period, attached hereto as **Exhibits A-F**. Attached hereto as **Exhibit A** is a summary chart that discloses the names, functions filled, hours worked, and compensation by the CRO, CFO, CIO/COO, and the Temporary Staff for the Report Period. Attached hereto as **Exhibit B** is a summary chart that discloses the hours worked and compensation by category for the Report Period. Attached hereto as **Exhibit C** is a summary of hours worked and compensation by category by each ToneyKorf Partners professional for the Report Period. Attached hereto as **Exhibit D** is a description of hours worked by category for the Report Period. Attached hereto as **Exhibit E** is a summary of expenses incurred by category for the Report Period. Attached hereto as **Exhibit F** is an itemized list of expenses incurred for the Report Period.

4.      Pursuant to its internal operating procedures, ToneyKorf Partners revisits and potentially adjusts the rates of its professionals annually. Accordingly, consistent with the Engagement Letter and Retention Order, effective as of January 1, 2024, ToneyKorf Partners

2

increased the hourly rates of ToneyKorf Partners professionals, including ToneyKorf Partners'

service as Interim Management of the Debtors in the above jointly administered matters.  The

hourly rates of ToneyKorf Partners professionals are reflected below:

| **Name** | **Description** | **2023 Rate** | **2024 Rate** |
|---|---|---|---|
| Mark Toney | CRO | $950/hour | $1,050/hour |
| James Porter | CFO | $725/hour, not to exceed $105,000 per month | $810/hour, not to exceed $105,000 per month |
| Christopher Karambelas | CIO/COO | $650/hour, not to exceed $90,000 per month | $725/hour, not to exceed $90,000 per month |
| Margaret Brubaker | Vice President of Human Resources | $610/hour | $685/hour |
| Jamy Houck | Manager of Administration and Communications | $590/hour | $660/hour |
| Dennis Rodriguez | Finance Manager | $575/hour | $645/hour |
| Kara Borodkin | Treasury and Finance Manager | $300/hour | $335/hour |

Dated: March 20, 2024

*/s/ Mark. E. Toney*
Mark E. Toney
Senior Managing Director
ToneyKorf Partners, LLC

3

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**

| Senior Management | Position | Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|
| Mark Toney | Chief Restructuring Officer | 2023 | $ 950 | 103.4 | $ 98,230.00 |
| Mark Toney | Chief Restructuring Officer | 2024 | 1,050 | 243.9 | 256,042.50 |
| Jim Porter | Chief Financial Officer | 2023 | 725 | 109.5 | 79,387.50 |
| Jim Porter | Chief Financial Officer | 2024 | 810 | 193.9 | 157,059.00 |
| Chris Karambelas | Chief Information Officer / Chief Operating Officer | 2023 | 650 | 144.3 | 93,795.00 |
| Chris Karambelas | Chief Information Officer / Chief Operating Officer | 2024 | 725 | 215.9 | 156,527.50 |
| **Subtotal** | | | | **1,010.9** | **$ 841,041.50** |

| Other Professionals | Position | Year | Rate[1] | Hours | Amount |
|---|---|---|---|---|---|
| Peg Brubaker | Vice President of Human Resources | 2023 | $ 610 | 196.3 | $ 119,712.50 |
| Peg Brubaker | Vice President of Human Resources | 2024 | 685 | 199.5 | 136,657.50 |
| Jamy Houck | Manager of Administration and Communications | 2023 | 590 | 18.2 | 10,738.00 |
| Jamy Houck | Manager of Administration and Communications | 2024 | 660 | 10.4 | 6,864.00 |
| Dennis Rodriguez | Finance Manager | 2023 | 575 | 77.7 | 44,677.50 |
| Dennis Rodriguez | Finance Manager | 2024 | 645 | 103.4 | 66,693.00 |
| Kara Borodkin | Treasury and Finance Manager | 2023 | 300 | 116.0 | 34,800.00 |
| Kara Borodkin | Treasury and Finance Manager | 2024 | 335 | 200.6 | 67,201.00 |
| **Subtotal** | | | | **922.1** | **$ 487,343.50** |

| **Total Hours and Fees** | | | | **1,932.9** | **$ 1,328,385.00** |
|---|---|---|---|---|---|

**Discounts:**

| | |
|---|---|
| Travel Discount at 50%[2] | (44,503.50) |
| Senior Management Contractual Discount | (103,279.00) |
| **Total Discounts** | **$ (147,782.50)** |

| **Net Fees** | **$ 1,180,602.50** |
|---|---|

**Expenses**[3]

| | |
|---|---|
| Direct Out of Pocket Expenses | 60,014.86 |
| Getzler Henrich Invoices (for Foundation review) for November 19 to December 2[4] | 1,056.00 |
| **Total Expenses** | **$ 61,070.86** |

| **Total Billed** | **$ 1,241,673.36** |
|---|---|

*Notes:*
*(1) Rates are adjusted annually per the policy of ToneyKorf Partners and consistent with the engagement letter and retention order approved by the court [Docket No. 259].*
*(2) Travel time is discounted at 50% for all professionals.*
*(3) Expenses represent amounts recorded to date and do not represent full amounts incurred. Further expenses may be reported after this reporting period.*
*(4) Expenses are authorized to be paid pursuant to the Order Approving Settlement By and Among the Debtors, the Bondholder Representatives, the Committee, and Mercy Foundation [Docket No. 477].*

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**SUMMARY BY CATEGORY**

| Category | Hours | Amount |
|---|---|---|
| 01 Business Operations | 1,128.7 | $ 791,714.00 |
| 02 Cash Management & Financing | 167.8 | 84,232.00 |
| 04 Asset Sale | 169.2 | 136,239.50 |
| 09 Bankruptcy Reporting | 108.5 | 61,644.50 |
| 10 Claims Admin | 19.3 | 11,187.00 |
| 11 DS & POL | 43.0 | 32,827.50 |
| 13 Litigation | 78.5 | 68,797.50 |
| 14 Other BK Matters | 19.4 | 18,705.00 |
| 16 Bankruptcy Meetings and Communications | 23.4 | 15,275.00 |
| 17 Court Hearings | 8.5 | 6,632.00 |
| 19 Compensation and Staffing Reports | 20.5 | 12,124.00 |
| 20 Travel Time | 146.2 | 89,007.00 |
| **Total Hours / Fees** | **1,932.9** | **$ 1,328,385.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

| | Hours | | Amount |
|---|---|---|---|
| **01 Business Operations** | | | |
| Mark Toney | 178.0 | $ | 179,897.50 |
| Jim Porter | 142.6 | | 112,191.00 |
| Chris Karambelas | 265.7 | | 184,390.00 |
| Peg Brubaker | 391.5 | | 253,740.00 |
| Jamy Houck | 9.4 | | 5,896.00 |
| Dennis Rodriguez | 31.5 | | 19,652.50 |
| Kara Borodkin | 110.0 | | 35,947.00 |
| **01 Business Operations Total** | **1,128.7** | **$** | **791,714.00** |
| | | | |
| **02 Cash Management & Financing** | | | |
| Mark Toney | 15.1 | $ | 15,655.00 |
| Jim Porter | 46.3 | | 34,910.50 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 106.4 | | 33,666.50 |
| **02 Cash Management & Financing Total** | **167.8** | **$** | **84,232.00** |
| | | | |
| **04 Asset Sale** | | | |
| Mark Toney | 61.7 | $ | 63,365.00 |
| Jim Porter | 49.5 | | 38,182.50 |
| Chris Karambelas | 12.7 | | 9,042.50 |
| Peg Brubaker | 1.0 | | 610.00 |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 32.9 | | 21,220.50 |
| Kara Borodkin | 11.4 | | 3,819.00 |
| **04 Asset Sale Total** | **169.2** | **$** | **136,239.50** |
| | | | |
| **09 Bankruptcy Reporting** | | | |
| Mark Toney | - | $ | - |
| Jim Porter | 4.8 | | 3,548.00 |
| Chris Karambelas | 7.0 | | 4,550.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 83.0 | | 49,286.00 |
| Kara Borodkin | 13.7 | | 4,260.50 |
| **09 Bankruptcy Reporting Total** | **108.5** | **$** | **61,644.50** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | | Amount |
|---|---|---|---|
| **10 Claims Admin** | | | |
| Mark Toney | - | $ | - |
| Jim Porter | 1.5 | | 1,087.50 |
| Chris Karambelas | 1.2 | | 832.50 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 12.7 | | 8,086.50 |
| Kara Borodkin | 3.9 | | 1,180.50 |
| **10 Claims Admin Total** | **19.3** | **$** | **11,187.00** |
| | | | |
| **11 DS & POL** | | | |
| Mark Toney | 16.0 | $ | 16,800.00 |
| Jim Porter | 14.7 | | 11,907.00 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 12.3 | | 4,120.50 |
| **11 DS & POL Total** | **43.0** | **$** | **32,827.50** |
| | | | |
| **13 Litigation** | | | |
| Mark Toney | 38.6 | $ | 39,990.00 |
| Jim Porter | 7.5 | | 5,820.00 |
| Chris Karambelas | 32.4 | | 22,987.50 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | - | | - |
| **13 Litigation Total** | **78.5** | **$** | **68,797.50** |
| | | | |
| **14 Other BK Matters** | | | |
| Mark Toney | 16.7 | $ | 17,215.00 |
| Jim Porter | 1.5 | | 1,130.00 |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 1.2 | | 360.00 |
| **14 Other BK Matters Total** | **19.4** | **$** | **18,705.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | | Amount |
|---|---|---|---|
| **16 Bankruptcy Meetings and Communications** | | | |
| Mark Toney | 4.1 | $ | 3,995.00 |
| Jim Porter | 9.0 | | 6,950.00 |
| Chris Karambelas | - | | - |
| Peg Brubaker | 3.3 | | 2,020.00 |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 7.0 | | 2,310.00 |
| **16 Bankruptcy Meetings and Communications Total** | **23.4** | **$** | **15,275.00** |
| | | | |
| **17 Court Hearings** | | | |
| Mark Toney | 2.1 | $ | 2,205.00 |
| Jim Porter | 3.0 | | 2,430.00 |
| Chris Karambelas | 2.2 | | 1,595.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 1.2 | | 402.00 |
| **17 Court Hearings Total** | **8.5** | **$** | **6,632.00** |
| | | | |
| **19 Compensation and Staffing Reports** | | | |
| Mark Toney | - | $ | - |
| Jim Porter | - | | - |
| Chris Karambelas | - | | - |
| Peg Brubaker | - | | - |
| Jamy Houck | 19.2 | | 11,706.00 |
| Dennis Rodriguez | - | | - |
| Kara Borodkin | 1.3 | | 418.00 |
| **19 Compensation and Staffing Reports Total** | **20.5** | **$** | **12,124.00** |
| | | | |
| **20 Travel Time** | | | |
| Mark Toney | 15.0 | $ | 15,150.00 |
| Jim Porter | 23.0 | | 18,290.00 |
| Chris Karambelas | 39.0 | | 26,925.00 |
| Peg Brubaker | - | | - |
| Jamy Houck | - | | - |
| Dennis Rodriguez | 21.0 | | 13,125.00 |
| Kara Borodkin | 48.2 | | 15,517.00 |
| **20 Travel Time Total** | **146.2** | **$** | **89,007.00** |
| | | | |
| **Total** | **1,932.9** | **$** | **1,328,385.00** |

**EXHIBIT D**

**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**CATEGORY DESCRIPTIONS**

---

**01   Business Operations**

Issues related to debtor-in-possession operations in chapter 11, including duties of the CRO, CFO, COO/CIO, and Vice President of Human Resources. Management of the operations of the Debtors, including:

 a) CRO oversaw and managed all day-to-day restructuring, operations, and assets of the Debtors. Oversaw operations and personnel matters. Kept the organization operating under distress and high-pressure tensions between various stakeholders. Planned overall case strategy, and managed bankruptcy professionals assisting the Debtors with various tasks. Communicated to Restructuring Committee and Board of Directors. Managed communication plans and deliverables for key stakeholders, including employees, patients, vendors, and the press. Led the transition planning and coordinated with UI senior leaders. Coordinated and participated in action items meetings for the successful closing of the transaction;

 b) CFO managed the Debtors' financial and treasury functions, focused on cash generation and preservation, worked with Debtors' internal finance team to manage relationships with vendors, managed the preparation of periodic reports required by the Bankruptcy Court or which are customarily issued by the Company's CFO. Coordinated cash flow efforts, oversaw budget and actual cash flow, operating loss, funding requirements, and other needs as necessary. Prepared presentations related to the Company's financial affairs and bankruptcy progress for the Board of Directors and Restructuring Committee. Developed transition plans for Buyer, coordinated and directed data requests, followed up on open items, and met closing requirements per the Asset Purchase Agreement. Reviewed and assessed governmental programs, including directed payment plans, and coordination with the Iowa Hospital Association and University of Iowa Hospitals. Recruited permanent management staff for finance. Planned certain aspects of the Debtors' winddown and post-sale operations;

 c) CIO/COO oversaw and managed the day-to-day operations of the non-clinical and support staff areas including information technology, facilities, engineering, environmental services, security, dietary, and biomedical engineering to ensure continued and efficient support of patient care delivery. Addressed urgent IT security matters and facilities issues related to inclement weather, along with addressing safety and security incidents. Partnered with other leaders with regards to regulatory compliance requirements, along with addressing various operational challenges faced throughout the organization. Finalized transition plans for Buyer of the respective areas and maintained staff during uncertainty. Coordinated resources and information requests and flow to the Buyer and bankruptcy counsel;

 d) VP of Human Resources oversaw management of the Debtors Human Resource department, including overseeing employee investigations/relations, resolving employee compensation issues, providing coaching and support as needed, addressing defined benefit pension inquiries, resolving benefit enrollment, coverage, and interface issues, planning for open enrollment, responding to benefit questions/issues from employees and working with appropriate insurance companies/broker to resolve. Led the transition of Debtors employees into the Buyer's operations – payroll, compensations, benefits, roles and titles, and all related communications; and

 e) Temporary Staff supports senior management as noted above, including preparing various weekly, monthly, and ad hoc financial and operational reports, both for operations, external reporting to stakeholders, and bankruptcy court. Managed treasury function and prepared reporting for CRO and CFO. Assisted VP of HR in gathering data for pensions and the Buyer. Worked with various leaders and staff on physician agreements, vendor relations, supplies, and operating efficiency.

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**CATEGORY DESCRIPTIONS**

---

**02   Cash Management & Financing**

Supported cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses. Monitored compliance with cash collateral requirements. Met with advisors for the secured lenders/bondholders, Unsecured Creditors Committee, and Pension Committee regarding cash management on a regular basis. Reviewed and approved vendor payments. Managed bank accounts. Prepared net operating cash loss funding requirements of the Buyer. Developed forecast and planned for cash flow beyond the transaction closing date.

---

**04   Asset Sale**

Negotiated with Buyer, in coordination with stakeholders, amendments to the Asset Purchase Agreement and funding agreements. Collaborated, coordinated, and supported the asset sale process in conjunction with the Debtors' professionals, including the investment bankers. Participated in the sale process, including meetings with the Buyer and its professionals, assisting with due diligence requests, discussions with key parties, including FTC, regarding antitrust matters, developed the Transition Services Agreement, and closed on the sale. Executed on the strategy for the sale of the non-transitioning assets, including the joint ventures and real estate.

---

**09   Bankruptcy Reporting**

Oversaw and addressed administrative and/or reporting matters related to bankruptcy filing and reporting. Analyzed contracts in connection with the cure analysis, and list of contracts to be assumed or rejected. Supported efforts to prepare bankruptcy-related matters, including amendments to the Debtors' Statement of Financial Affairs (SOFA), Schedules of Assets and Liabilities (SOAL), Monthly Operating Reports (MORs), and other bankruptcy reporting requirements. Coordinated with the Debtors' claims agent.

---

**10   Claims Admin**

Reviewed and analyzed claims database, claims register, and claims analysis provided by the Debtors' Claims Agent, Epiq.

---

**11   Disclosure Statement & Plan of Liquidation**

Developed, analyzed, and negotiated the Plan of Liquidation, including a liquidation analysis, in coordination with counsel. Reviewed and directed asset recovery and administrative claims in the waterfall analysis. Reviewed treatment of asset classes and distribution of post-closing funds in winddown.

---

**13   Litigation**

Assisted counsel with discovery for litigations by key stakeholders, including the Motion to Compel Assumption or Rejection of executory contract for Altera Digital Health, and led negotiations towards a settlement plan, including meetings between Buyer, stakeholders, Altera, and the Board of Directors.

---

**14   Other BK Matters**

Addressed other bankruptcy matters, including docket and motion review, diligence on case structure, public documents, and information requests, and other matters. Analyzed recovery analysis provided by the bondholder. Developed plans and executed on the wind down of the Foundation and the Guild (non-Debtor entities).

**<u>EXHIBIT D</u>**

**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**CATEGORY DESCRIPTIONS**

---

**16   Bankruptcy Meetings and Communications**

---

Participated in bankruptcy meetings and general correspondence with UCC, Creditors, Committee Professionals, US Trustee, Ombudsperson, Other Debtors Advisors, Bondholder's Advisors, or Other Professionals relating to various case updates. Coordinated information with Ombudsperson as considered appropriate.

---

**17   Court Hearings**

---

Prepared for and participated in hearing(s). Prepared for potential testimony.

---

**19   Compensation and Staffing Reports**

---

Prepared and reviewed monthly invoices, staffing reports, and compensation reports.

---

**20   Travel Time**

---

Non-working time incurred traveling to and from business-related sites. For the purposes of this engagement, ToneyKorf Partners does not bill travel time over three hours, and applies a 50% reduction for travel billed.

**EXHIBIT E**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**SUMMARY BY EXPENSE TYPE**

| Expense Type | Total |
|---|---|
| Airfare | $ 27,677.82 |
| Ground Transportation | 10,307.67 |
| Lodging | 17,907.90 |
| Meals | 4,079.18 |
| Miscellaneous / Other[1] | 1,098.29 |
| **Total** | **$ 61,070.86** |

*Note:*
*(1) Includes Getzler Henrich Invoices (for Foundation review) for November 19 to December 2.*
*Expenses are authorized to be paid pursuant to the Order Approving Settlement By and Among the*
*Debtors, the Bondholder Representatives, the Committee, and Mercy Foundation [Docket No. 477].*

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | | Amount |
|------|------|----------------|---|--------|
| **Airfare** | | | | |
| Dennis Rodriguez | 12/04/2023 | Airfare - Round trip - PBI to CID | $ | 912.40 |
| Kara Borodkin | 12/04/2023 | Airfare - Round trip - home to client site | $ | 921.40 |
| Chris Karambelas | 12/04/2023 | Airfare - Round trip - LGA to CID | $ | 1,265.40 |
| Jim Porter | 12/05/2023 | Airfare - One way - CLT to CID | $ | 438.40 |
| Jim Porter | 12/08/2023 | Airfare - One way - CID to NYC | $ | 473.20 |
| Peg Brubaker | 12/08/2023 | Airfare - Round trip CID to DCA | $ | 535.80 |
| Chris Karambelas | 12/13/2023 | Airfare - Round trip - LGA to DSM | $ | 1,097.80 |
| Jim Porter | 12/17/2023 | Airfare - One way - CLT to CID | $ | 438.40 |
| Mark Toney | 12/18/2023 | Airfare - One way - DCA to CID | $ | 407.00 |
| Chris Karambelas | 12/18/2023 | Airfare - Round trip - LGA to CID | $ | 889.40 |
| Kara Borodkin | 12/18/2023 | Airfare - Round trip - LGA to CID | $ | 1,136.40 |
| Jim Porter | 12/19/2023 | Airfare - One way - DSM to LGA | $ | 548.90 |
| Mark Toney | 12/21/2023 | Airfare - One way - CID to DCA | $ | 374.00 |
| Peg Brubaker | 12/21/2023 | Airfare - Round trip CID to DCA | $ | 703.80 |
| Kara Borodkin | 12/26/2023 | Airfare - Round trip - LGA to CID | $ | 1,042.40 |
| Peg Brubaker | 12/29/2023 | Airfare - Round trip CID to DCA | $ | 700.80 |
| Mark Toney | 01/01/2024 | Airfare - One way - DCA to CID | $ | 487.00 |
| Chris Karambelas | 01/02/2024 | Airfare - Round trip - LGA to CID | $ | 796.40 |
| Kara Borodkin | 01/02/2024 | Airfare - Round trip - LGA to CID | $ | 857.20 |
| Jim Porter | 01/03/2024 | Airfare - Multi city round trip - CLT to CID, MLI to CLT | $ | 681.70 |
| Mark Toney | 01/05/2024 | Airfare - One way - CID to DCA | $ | 487.00 |
| Jim Porter | 01/07/2024 | Airfare - One way - CLT to CID | $ | 447.60 |
| Dennis Rodriguez | 01/08/2024 | Airfare - One way - FLL to CID | $ | 251.51 |
| Chris Karambelas | 01/08/2024 | Airfare - One way - LGA to CID | $ | 389.61 |
| Kara Borodkin | 01/09/2024 | Airfare - One way - LGA to CID | $ | 547.61 |
| Jim Porter | 01/10/2024 | Airfare - One way - CID to CLT | $ | 449.10 |
| Kara Borodkin | 01/12/2024 | Airfare - One way - CID to LGA | $ | 230.19 |
| Dennis Rodriguez | 01/13/2024 | Airfare - One way - CID to PBI (flight canceled 3 times but rebooked) | $ | 1,129.66 |
| Kara Borodkin | 01/14/2024 | Airfare - Round trip - LGA to CID | $ | 858.20 |
| Jim Porter | 01/15/2024 | Airfare - Round trip - CLT to CID | $ | 820.71 |
| Mark Toney | 01/18/2024 | Airfare - One way - DCA to CID | $ | 467.00 |
| Chris Karambelas | 01/18/2024 | Airfare - One way - CID to LGA | $ | 473.60 |
| Mark Toney | 01/19/2024 | Airfare - One way - CID to FLL (Did not go home due to matters in Iowa and prep for closings and court hearings. Flight was non-refundable.) | $ | 213.75 |
| Chris Karambelas | 01/21/2024 | Airfare - Round trip - LGA to CID | $ | 779.20 |
| Kara Borodkin | 01/21/2024 | Airfare - Round trip - LGA to CID | $ | 804.80 |
| Jim Porter | 01/21/2024 | Airfare - Round trip - CLT to CID | $ | 850.70 |
| Dennis Rodriguez | 01/22/2024 | Airfare - One way - PBI to CID | $ | 475.60 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | | Amount |
|------|------|----------------|---|--------|
| Dennis Rodriguez | 01/26/2024 | Airfare - One way - CID to FLL | $ | 224.46 |
| Peg Brubaker | 01/26/2024 | Airfare - Round trip - CID to DCA | $ | 662.20 |
| Kara Borodkin | 01/28/2024 | Airfare - Round trip - LGA to CID | $ | 699.20 |
| Chris Karambelas | 01/28/2024 | Airfare - Round trip - LGA to CID | $ | 699.20 |
| Jim Porter | 01/28/2024 | Airfare - Round trip - CLT to CID | $ | 836.70 |
| Dennis Rodriguez | 01/29/2024 | Airfare - One way - FLL to CID | $ | 172.42 |
| | | | | |
| **Airfare Total** | | | **$** | **27,677.82** |
| | | | | |
| **Ground Transportation** | | | | |
| Kara Borodkin | 12/04/2023 | Taxi - From home to airport | $ | 40.88 |
| Dennis Rodriguez | 12/04/2023 | Taxi - From home to PBI Airport | $ | 46.59 |
| Chris Karambelas | 12/04/2023 | Taxi - From home to LGA | $ | 63.26 |
| Chris Karambelas | 12/04/2023 | Taxi - From CID to hotel with K. Borodkin and D. Rodriguez | $ | 87.30 |
| Jim Porter | 12/05/2023 | Parking - CLT - 4 days | $ | 96.00 |
| Dennis Rodriguez | 12/07/2023 | Taxi - From hotel to Cedar Rapids Airport | $ | 55.00 |
| Chris Karambelas | 12/08/2023 | Car rental - Fuel | $ | 11.47 |
| Jim Porter | 12/08/2023 | Car rental - Fuel | $ | 11.63 |
| Kara Borodkin | 12/08/2023 | Taxi - From office to airport | $ | 38.91 |
| Kara Borodkin | 12/08/2023 | Taxi - From airport to home | $ | 50.76 |
| Chris Karambelas | 12/08/2023 | Taxi - From LGA to home | $ | 63.96 |
| Peg Brubaker | 12/08/2023 | Taxi - From DCA to home | $ | 89.91 |
| Jim Porter | 12/08/2023 | Car rental - 4 days | $ | 129.08 |
| Peg Brubaker | 12/10/2023 | Taxi - From home to DCA | $ | 95.97 |
| Chris Karambelas | 12/13/2023 | Taxi - From home to LGA | $ | 57.93 |
| Chris Karambelas | 12/13/2023 | Car rental - 2 days | $ | 230.90 |
| Chris Karambelas | 12/15/2023 | Car rental - Fuel | $ | 26.44 |
| Chris Karambelas | 12/15/2023 | Taxi - From LGA to home | $ | 71.03 |
| Jim Porter | 12/18/2023 | Car rental - Fuel | $ | 28.40 |
| Kara Borodkin | 12/18/2023 | Taxi - From home to airport | $ | 58.91 |
| Chris Karambelas | 12/18/2023 | Taxi - From home to LGA | $ | 62.40 |
| Jim Porter | 12/19/2023 | Car rental - Fuel | $ | 20.48 |
| Jim Porter | 12/19/2023 | Parking - CLT - 3 days | $ | 64.00 |
| Jim Porter | 12/19/2023 | Car rental - 3 days | $ | 392.35 |
| Mark Toney | 12/21/2023 | Car rental - Fuel | $ | 10.90 |
| Peg Brubaker | 12/21/2023 | Taxi - From DCA to home | $ | 92.43 |
| Mark Toney | 12/21/2023 | Car rental - 4 days | $ | 222.97 |
| Chris Karambelas | 12/22/2023 | Car rental - Fuel | $ | 19.54 |
| Kara Borodkin | 12/22/2023 | Taxi - From airport to home | $ | 60.91 |
| Chris Karambelas | 12/22/2023 | Taxi - From LGA to home | $ | 76.44 |
| Peg Brubaker | 12/22/2023 | Car rental - 13 days (12/10 to 12/22) | $ | 1,232.37 |
| Kara Borodkin | 12/26/2023 | Taxi - From home to airport | $ | 49.95 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|------|------|----------------|-------:|
| Kara Borodkin | 12/26/2023 | Taxi - From airport to hotel | $ 58.62 |
| Peg Brubaker | 12/26/2023 | Taxi - From home to DCA | $ 104.33 |
| Kara Borodkin | 12/29/2023 | Car rental - Fuel | $ 5.93 |
| Peg Brubaker | 12/29/2023 | Taxi - From client to CID | $ 48.68 |
| Kara Borodkin | 12/29/2023 | Taxi - From airport to home | $ 61.94 |
| Peg Brubaker | 12/29/2023 | Taxi  - From DCA to home | $ 126.13 |
| Peg Brubaker | 12/29/2023 | Car rental - 4 days (12/26 to 12/29) | $ 254.54 |
| Peg Brubaker | 01/01/2024 | Taxi - From home to DCA | $ 91.87 |
| Peg Brubaker | 01/01/2024 | Car rental - 26 days | $ 1,242.43 |
| Chris Karambelas | 01/02/2024 | Taxi - From CID to Iowa City | $ 54.91 |
| Chris Karambelas | 01/02/2024 | Taxi - From home to LGA | $ 59.99 |
| Kara Borodkin | 01/02/2024 | Taxi - From office to airport | $ 79.85 |
| Jim Porter | 01/03/2024 | Parking - CLT - 4 days | $ 96.00 |
| Jim Porter | 01/03/2024 | Car Rental - 4 days | $ 209.59 |
| Jim Porter | 01/05/2024 | Car rental - Fuel | $ 12.02 |
| Mark Toney | 01/05/2024 | Car rental - Fuel | $ 18.70 |
| Kara Borodkin | 01/05/2024 | Taxi - From client site to airport | $ 39.31 |
| Kara Borodkin | 01/05/2024 | Taxi - From airport to home | $ 47.91 |
| Chris Karambelas | 01/05/2024 | Taxi - From LGA to home | $ 62.16 |
| Mark Toney | 01/05/2024 | Car rental - 4 days | $ 225.04 |
| Jim Porter | 01/07/2024 | Parking - CLT - 4 days | $ 96.00 |
| Jim Porter | 01/07/2024 | Car Rental - 4 days | $ 129.08 |
| Dennis Rodriguez | 01/08/2024 | Taxi - From hotel to MIC | $ 9.18 |
| Dennis Rodriguez | 01/08/2024 | Taxi - From CID to hotel | $ 35.94 |
| Chris Karambelas | 01/08/2024 | Taxi - From CID to Iowa City | $ 57.91 |
| Chris Karambelas | 01/08/2024 | Taxi - From home to LGA | $ 65.91 |
| Dennis Rodriguez | 01/08/2024 | Taxi - From home to FLL | $ 76.06 |
| Kara Borodkin | 01/09/2024 | Taxi - From airport to hotel | $ 51.13 |
| Kara Borodkin | 01/09/2024 | Taxi - From office to airport | $ 65.57 |
| Jim Porter | 01/10/2024 | Car rental - Fuel | $ 9.64 |
| Chris Karambelas | 01/11/2024 | Car rental - Fuel | $ 20.43 |
| Kara Borodkin | 01/12/2024 | Taxi - From airport to home | $ 65.95 |
| Dennis Rodriguez | 01/13/2024 | Taxi - From PBI to home | $ 59.96 |
| Kara Borodkin | 01/14/2024 | Taxi - From home to airport | $ 47.77 |
| Jim Porter | 01/15/2024 | Parking - CLT - 5 days | $ 160.00 |
| Jim Porter | 01/15/2024 | Car Rental - 4 days | $ 383.85 |
| Mark Toney | 01/18/2024 | Taxi - From home to airport | $ 27.01 |
| Chris Karambelas | 01/18/2024 | Taxi - From MIC to CID | $ 38.99 |
| Chris Karambelas | 01/18/2024 | Taxi - From LGA to home | $ 64.14 |
| Jim Porter | 01/19/2024 | Car rental - Fuel | $ 24.01 |
| Kara Borodkin | 01/19/2024 | Taxi - From airport to home | $ 50.03 |
| Chris Karambelas | 01/21/2024 | Car rental - Fuel - from MSP to Iowa City (due to canceled flight) | $ 31.40 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| Kara Borodkin | 01/21/2024 | Taxi - From home to airport | $ 56.38 |
| Chris Karambelas | 01/21/2024 | Taxi - From home to LGA | $ 59.99 |
| Jim Porter | 01/21/2024 | Parking - CLT - 6 days | $ 160.00 |
| Jim Porter | 01/21/2024 | Car Rental - 5 days | $ 227.44 |
| Kara Borodkin | 01/21/2024 | Car rental - One-way from MSP to Iowa City due to flight cancellation | $ 244.03 |
| Dennis Rodriguez | 01/22/2024 | Taxi - From home to PBI | $ 29.98 |
| Chris Karambelas | 01/22/2024 | Taxi - From CID to MIC after car rental return | $ 37.90 |
| Dennis Rodriguez | 01/22/2024 | Taxi - From CID to hotel | $ 39.76 |
| Jim Porter | 01/25/2024 | Car rental - Fuel | $ 14.90 |
| Peg Brubaker | 01/26/2024 | Car rental - Fuel | $ 25.81 |
| Kara Borodkin | 01/26/2024 | Taxi - From airport to home | $ 39.97 |
| Chris Karambelas | 01/26/2024 | Taxi - From hotel to CID | $ 52.68 |
| Dennis Rodriguez | 01/26/2024 | Taxi - From hotel to CID | $ 55.00 |
| Dennis Rodriguez | 01/26/2024 | Taxi - From FLL to home | $ 62.90 |
| Chris Karambelas | 01/26/2024 | Taxi - From LGA to home | $ 66.00 |
| Peg Brubaker | 01/26/2024 | Taxi - From DCA to home | $ 123.55 |
| Kara Borodkin | 01/28/2024 | Taxi - From home to airport | $ 38.78 |
| Chris Karambelas | 01/28/2024 | Taxi - From home to LGA | $ 59.96 |
| Peg Brubaker | 01/28/2024 | Taxi - From home to DCA | $ 81.22 |
| Jim Porter | 01/28/2024 | Parking - CLT - 5 days | $ 128.00 |
| Jim Porter | 01/28/2024 | Car Rental - 5 days | $ 172.11 |
| Peg Brubaker | 01/28/2024 | Car rental - 6 days | $ 279.19 |
| Dennis Rodriguez | 01/29/2024 | Taxi - From CID to MIC | $ 32.50 |
| Dennis Rodriguez | 01/29/2024 | Taxi - From home to FLL | $ 67.09 |
| Jim Porter | 01/31/2024 | Parking | $ 1.50 |
| Jim Porter | 01/31/2024 | Car rental - Fuel | $ 22.05 |

| **Ground Transportation Total** | | | **$ 10,307.67** |
|---|---|---|---|

**Lodging**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| Dennis Rodriguez | 12/04/2023 | Lodging - 3 nights (12/4 to 12/7) | $ 303.08 |
| Kara Borodkin | 12/04/2023 | Lodging - 4 nights (12/4 to 12/8) | $ 404.08 |
| Chris Karambelas | 12/04/2023 | Lodging - 4 nights (12/4 to 12/8) | $ 404.08 |
| Jim Porter | 12/05/2023 | Lodging - 3 nights (12/5 to 12/8) | $ 303.06 |
| Peg Brubaker | 12/08/2023 | Lodging - 7 nights (12/2 to 12/8) | $ 606.12 |
| Chris Karambelas | 12/13/2023 | Lodging - 2 nights (12/13 to 12/15) | $ 202.04 |
| Jim Porter | 12/17/2023 | Lodging - 1 night (12/17 to 12/18) | $ 101.02 |
| Jim Porter | 12/18/2023 | Lodging - 1 night (12/18 to 12/19) | $ 129.29 |
| Mark Toney | 12/18/2023 | Lodging - 3 nights (12/18 to 12/21) | $ 303.06 |
| Kara Borodkin | 12/18/2023 | Lodging - 4 nights (12/18 to 12/22) | $ 404.08 |
| Chris Karambelas | 12/18/2023 | Lodging - 4 nights (12/18 to 12/22) | $ 404.08 |
| Peg Brubaker | 12/21/2023 | Lodging - 11 nights (12/10 to 12/21) | $ 1,137.73 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| Kara Borodkin | 12/26/2023 | Lodging - 3 nights (12/26 to 12/29) | $ 303.06 |
| Peg Brubaker | 12/29/2023 | Lodging - 3 nights (12/26 to 12/29) | $ 303.06 |
| Mark Toney | 01/01/2024 | Lodging - 4 nights (1/1 to 1/5) | $ 412.56 |
| Chris Karambelas | 01/02/2024 | Lodging - 3 nights (1/2 to 1/5) | $ 303.06 |
| Kara Borodkin | 01/02/2024 | Lodging - 3 nights (1/2 to 1/5) | $ 303.06 |
| Jim Porter | 01/03/2024 | Lodging - 2 nights (1/3 to 1/5) | $ 202.04 |
| Jim Porter | 01/05/2024 | Lodging - 1 night (1/5 to 1/6) | $ 114.63 |
| Jim Porter | 01/07/2024 | Lodging - 3 nights (1/7 to 1/10) | $ 303.06 |
| Dennis Rodriguez | 01/08/2024 | Lodging - 3 nights (01/08 to 01/11) | $ 303.06 |
| Chris Karambelas | 01/08/2024 | Lodging - 3 nights (1/8 to 1/11) | $ 303.06 |
| Kara Borodkin | 01/09/2024 | Lodging - 2 nights (1/9 to 1/11) | $ 202.04 |
| Kara Borodkin | 01/11/2024 | Lodging - 1 night (1/11 to 1/12) | $ 126.00 |
| Chris Karambelas | 01/11/2024 | Lodging - 1 night (1/11 to 1/12) | $ 126.60 |
| Dennis Rodriguez | 01/11/2024 | Lodging - 2 nights (1/11 to 01/13) | $ 253.20 |
| Peg Brubaker | 01/11/2024 | Lodging - 2 nights (1/11 to 1/13) | $ 255.70 |
| Peg Brubaker | 01/11/2024 | Lodging - 10 nights (1/1 to 1/11) | $ 1,010.20 |
| Chris Karambelas | 01/12/2024 | Lodging - 1 night (1/12 to 1/13) | $ 126.60 |
| Chris Karambelas | 01/13/2024 | Lodging - 5 nights (1/13 to 1/18) | $ 505.10 |
| Jim Porter | 01/15/2024 | Lodging - 4 nights (1/15 to 1/19) | $ 404.08 |
| Kara Borodkin | 01/15/2024 | Lodging - 4 nights (1/15 to 1/19) | $ 404.08 |
| Peg Brubaker | 01/15/2024 | Lodging - 13 nights (1/13 to 1/26) | $ 1,313.26 |
| Mark Toney | 01/18/2024 | Lodging - 6 nights (1/18 to 1/24) | $ 606.12 |
| Chris Karambelas | 01/21/2024 | Lodging - 5 nights (1/21 to 1/26) | $ 505.10 |
| Jim Porter | 01/21/2024 | Lodging - 5 nights (1/21 to 1/26) | $ 505.10 |
| Kara Borodkin | 01/21/2024 | Lodging - 5 nights (1/21 to 1/26) | $ 505.10 |
| Dennis Rodriguez | 01/22/2024 | Lodging - 4 nights (1/22 to 1/26) | $ 404.08 |
| Mark Toney | 01/24/2024 | Lodging - 6 nights (1/24 to 1/30) | $ 606.12 |
| Jim Porter | 01/28/2024 | Lodging - 4 nights (1/28 to 2/1) | $ 445.40 |
| Chris Karambelas | 01/28/2024 | Lodging - 4 nights (1/28 to 2/1) | $ 449.48 |
| Kara Borodkin | 01/28/2024 | Lodging - 4 nights (1/28 to 2/1) | $ 449.48 |
| Peg Brubaker | 01/28/2024 | Lodging - 4 nights (1/28 to 2/2) | $ 505.10 |
| Dennis Rodriguez | 01/29/2024 | Lodging - 3 nights (1/29 to 2/1) | $ 337.11 |
| Mark Toney | 01/30/2024 | Lodging - 3 nights (1/30 to 2/2) | $ 310.48 |

| **Lodging Total** | | | **$ 17,907.90** |
|---|---|---|---|

**Meals**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| Dennis Rodriguez | 12/04/2023 | Meal - Dinner | $ 19.67 |
| Kara Borodkin | 12/05/2023 | Meal - Breakfast | $ 5.53 |
| Dennis Rodriguez | 12/05/2023 | Meal - Breakfast | $ 11.22 |
| Jim Porter | 12/05/2023 | Meal - Breakfast | $ 15.00 |
| Kara Borodkin | 12/05/2023 | Meal - Dinner - 2 people | $ 74.49 |
| Dennis Rodriguez | 12/06/2023 | Meal - Breakfast | $ 14.75 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---|
| Jim Porter | 12/06/2023 | Meal - Breakfast | $ 15.00 |
| Dennis Rodriguez | 12/06/2023 | Meal - Dinner | $ 23.22 |
| Kara Borodkin | 12/06/2023 | Meal - Dinner - 4 people | $ 40.00 |
| Jim Porter | 12/07/2023 | Meal - Breakfast | $ 15.00 |
| Dennis Rodriguez | 12/07/2023 | Meal - Breakfast at airport | $ 25.08 |
| Jim Porter | 12/07/2023 | Meal - Dinner - 3 people | $ 150.00 |
| Kara Borodkin | 12/08/2023 | Meal - Breakfast - Fiscal Team | $ 22.59 |
| Chris Karambelas | 12/14/2023 | Meal - Dinner | $ 28.67 |
| Jim Porter | 12/18/2023 | Meal - Dinner | $ 13.00 |
| Jim Porter | 12/18/2023 | Meal - Breakfast | $ 15.00 |
| Jim Porter | 12/19/2023 | Meal - Breakfast at airport | $ 20.00 |
| Mark Toney | 12/19/2023 | Meal - Dinner | $ 38.61 |
| Kara Borodkin | 12/19/2023 | Meal - Dinner - 2 people | $ 47.92 |
| Kara Borodkin | 12/20/2023 | Meal - Dinner | $ 39.19 |
| Mark Toney | 12/20/2023 | Holiday Reception for Admin staff - 10 people | $ 255.91 |
| Chris Karambelas | 12/21/2023 | Meal - Dinner - 2 people | $ 100.00 |
| Kara Borodkin | 12/27/2023 | Meal - Dinner | $ 29.07 |
| Kara Borodkin | 12/28/2023 | Meal - Dinner - 2 people | $ 86.06 |
| Mark Toney | 01/02/2024 | Meal - Dinner | $ 17.95 |
| Kara Borodkin | 01/03/2024 | Meal - Breakfast | $ 11.39 |
| Mark Toney | 01/03/2024 | Meal - Dinner | $ 30.94 |
| Chris Karambelas | 01/03/2024 | Meal - Dinner - 3 people | $ 118.05 |
| Jim Porter | 01/04/2024 | Meal - Breakfast | $ 11.67 |
| Mark Toney | 01/04/2024 | Meal - Dinner - 5 people | $ 250.00 |
| Jim Porter | 01/05/2024 | Meal - Breakfast | $ 11.67 |
| Jim Porter | 01/05/2024 | Meal - Dinner | $ 13.40 |
| Jim Porter | 01/06/2024 | Meal - Breakfast | $ 5.49 |
| Jim Porter | 01/08/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/08/2024 | Meal - Breakfast | $ 19.18 |
| Jim Porter | 01/08/2024 | Meal - Dinner - 2 people | $ 63.95 |
| Jim Porter | 01/09/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/09/2024 | Meal - Breakfast | $ 18.67 |
| Dennis Rodriguez | 01/09/2024 | Meal - Dinner | $ 23.22 |
| Jim Porter | 01/09/2024 | Meal - Dinner - 4 people | $ 93.41 |
| Jim Porter | 01/10/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/10/2024 | Meal - Breakfast | $ 12.74 |
| Dennis Rodriguez | 01/10/2024 | Meal - Dinner | $ 41.70 |
| Chris Karambelas | 01/10/2024 | Meal - Dinner - 3 people | $ 150.00 |
| Chris Karambelas | 01/11/2024 | Meal - Dinner - 3 people | $ 108.71 |
| Kara Borodkin | 01/12/2024 | Meal - Breakfast | $ 10.25 |
| Dennis Rodriguez | 01/12/2024 | Meal - Breakfast | $ 18.67 |
| Dennis Rodriguez | 01/12/2024 | Meal - Dinner | $ 22.26 |
| Dennis Rodriguez | 01/13/2024 | Meal - Breakfast | $ 23.99 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|------|------|----------------|-------:|
| Kara Borodkin | 01/14/2024 | Meal - Dinner | $ 23.35 |
| Chris Karambelas | 01/14/2024 | Meal - Dinner - 2 people | $ 100.00 |
| Kara Borodkin | 01/16/2024 | Meal - Breakfast - 2 people | $ 19.61 |
| Jim Porter | 01/16/2024 | Meal - Dinner - 4 people | $ 200.00 |
| Jim Porter | 01/17/2024 | Meal - Breakfast | $ 11.67 |
| Kara Borodkin | 01/17/2024 | Meal - Dinner - 4 people | $ 86.40 |
| Jim Porter | 01/18/2024 | Meal - Breakfast | $ 11.67 |
| Jim Porter | 01/18/2024 | Meal - Dinner - 2 people | $ 59.20 |
| Jim Porter | 01/19/2024 | Meal - Breakfast | $ 11.67 |
| Mark Toney | 01/21/2024 | Meal - Dinner | $ 50.00 |
| Kara Borodkin | 01/22/2024 | Meal - Breakfast | $ 11.13 |
| Jim Porter | 01/22/2024 | Meal - Breakfast | $ 13.27 |
| Dennis Rodriguez | 01/22/2024 | Meal - Dinner | $ 22.50 |
| Jim Porter | 01/22/2024 | Meal - Dinner - 2 people | $ 100.00 |
| Jim Porter | 01/23/2024 | Meal - Breakfast | $ 5.24 |
| Kara Borodkin | 01/23/2024 | Meal - Breakfast | $ 9.65 |
| Mark Toney | 01/23/2024 | Meal - Lunch meeting with IHA - 2 people | $ 33.25 |
| Jim Porter | 01/23/2024 | Meal - Dinner - 5 people | $ 250.00 |
| Kara Borodkin | 01/24/2024 | Meal - Breakfast | $ 10.28 |
| Jim Porter | 01/24/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/24/2024 | Meal - Dinner | $ 50.00 |
| Kara Borodkin | 01/25/2024 | Meal - Breakfast | $ 8.64 |
| Jim Porter | 01/25/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/25/2024 | Meal - Breakfast | $ 13.87 |
| Mark Toney | 01/25/2024 | Meal - Breakfast | $ 29.32 |
| Dennis Rodriguez | 01/25/2024 | Meal - Dinner | $ 50.00 |
| Mark Toney | 01/25/2024 | Meal - Business Dinner with Chief Integration Officer for UI - 5 people | $ 250.00 |
| Jim Porter | 01/26/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/26/2024 | Meal - Breakfast | $ 19.72 |
| Dennis Rodriguez | 01/26/2024 | Meal - Dinner | $ 22.57 |
| Mark Toney | 01/26/2024 | Meal - Dinner | $ 50.00 |
| Kara Borodkin | 01/29/2024 | Meal - Breakfast | $ 10.10 |
| Jim Porter | 01/29/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/29/2024 | Meal - Breakfast | $ 15.16 |
| Dennis Rodriguez | 01/29/2024 | Meal - Dinner | $ 22.12 |
| Chris Karambelas | 01/29/2024 | Meal - Dinner - 3 people | $ 150.00 |
| Dennis Rodriguez | 01/30/2024 | Meal - Breakfast | $ 8.85 |
| Kara Borodkin | 01/30/2024 | Meal - Breakfast | $ 10.28 |
| Jim Porter | 01/30/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/30/2024 | Meal - Dinner - 5 people | $ 38.42 |
| Jim Porter | 01/31/2024 | Meal - Breakfast | $ 11.67 |
| Dennis Rodriguez | 01/31/2024 | Meal - Breakfast | $ 13.92 |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD DECEMBER 1, 2023 TO JANUARY 31, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|------|------|----------------|-------:|
| **Meals Total** | | | **$ 4,079.18** |
| **Miscellaneous / Other** | | | |
| Jamy Houck | 12/24/2023 | Other - Monthly Gazette Subscription | $ 12.99 |
| ToneyKorf Partners | 12/31/2023 | Getzler Henrich's invoice for services and expenses for 11/19/2023 to 12/2/2023 | $ 1,056.00 |
| Mark Toney | 01/01/2024 | Other - WiFi to work on airplane | $ 8.00 |
| Jamy Houck | 01/24/2024 | Other - Monthly Gazette Subscription | $ 12.99 |
| Mark Toney | 01/28/2024 | Other - Shipping Boxes | $ 8.31 |
| **Miscellaneous / Other Total** | | | **$ 1,098.29** |
| **Grand Total** | | | **$ 61,070.86** |