**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related to Docket No. 259** |

**STAFFING REPORT OF TONEYKORF PARTNERS, LLC FOR
THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

In accordance with the *Order Authorizing Debtors to Retain ToneyKorf Partners, LLC as Interim Management of the Debtors, Effective as of the Petition Date Pursuant to Section 363 of the Bankruptcy Code, and Granting Related Relief* [Docket No. 259] (the "Retention Order") and pursuant to the terms of the engagement letter dated March 30, 2023 (the "Engagement Letter"), ToneyKorf Partners, LLC ("ToneyKorf Partners") hereby submits its staffing report (the "Staffing Report") for the period of February 1, 2024 through February 29, 2024 (the "Staffing Period"), and in support of such report respectfully represents:

1.      The Debtors appointed Mark E. Toney to serve as the Chief Restructuring Officer, James R. Porter to serve as the Chief Financial Officer, and Christopher P. Karambelas to serve as the Chief Information Officer and Chief Operating Officer as set forth in the Engagement Letter. The Engagement Letter further states that ToneyKorf Partners will provide additional personnel to assist Mr. Toney, Mr. Porter, and Mr. Karambelas with the restructuring efforts and other business of the Debtors (the "Temporary Staff"), as set forth more fully in the Engagement Letter.

2.      The Retention Order provides that ToneyKorf Partners shall file with this Court a report of staffing on the engagement for the previous month and provide notice to the U.S. Trustee

and any official committee.  *See* Retention Order, ¶ 3(c).  Such report shall include the names of and functions filled by the individuals assigned.  *See id.*

3.      Attached hereto as **<u>Exhibit A</u>** is a list which includes the names of the ToneyKorf Partners personnel serving the Debtors during this Staffing Period, along with their corresponding functions.


Dated: March 20, 2024                            */s/ Mark E. Toney*
                                                Mark E. Toney
                                                Senior Managing Director
                                                ToneyKorf Partners, LLC

**<u>EXHIBIT A</u>**

**ToneyKorf Partners, LLC**
**Staffing Report**
**February 1, 2024 – February 29, 2024**

| Professional | Title | Function |
|---|---|---|
| Mark Toney | Senior Managing Director | – Chief Restructuring Officer<br>– Oversees and leads aspects of the Debtors' winddown and post-sale operations<br>– Supports governing bodies (Boards) of the Debtors and affiliates<br>– Leads the restructuring, asset sales, liability assessments, and planning of the Debtors<br>– Participates in the development of the Plan of Liquidation and the Disclosure Statement, and related negotiations<br>– Reviews and directs asset recovery and administrative claims analysis<br>– Coordinates the sale process for the joint ventures, including due diligence, discussions with key parties, and coordinating review of the companies<br>– Oversees and reviews cash management for disbursements and uses of cash for allocation between items pre and post-transaction and the responsible party for the payments<br>– Assists counsel with objections and litigations by key stakeholders<br>– Oversees communications between the Debtors and certain key employees, physicians, and other stakeholders<br>– Review workers' compensation plans and coordinate strategy for winddown of the trust |
| James Porter | Managing Director | – Chief Financial Officer<br>– Manages the Debtors' financial and treasury functions, including coordinating cash flow efforts, overseeing budget and actual cash flow, and other needs as necessary<br>– Provides oversight of bankruptcy reporting<br>– Collaborates and supports the asset sale process of the remaining additional assets (accounts receivable, joint ventures, Real Estate)<br>– Oversees, plans, and assists with certain aspects of the Debtors' winddown and post-sale operations<br>– Oversees communication with Bondholders', Unsecured Creditors', and Pension Committee advisors<br>– Analyzes Plan of Liquidation distribution |

| Professional | Title | Function |
|---|---|---|
| Christopher Karambelas | Managing Director | – Chief Information Officer / Chief Operating Officer<br>– Oversees and leads the migration of emails to new Mercy estate tenant<br>– Addresses bankruptcy-related contractual obligation issues with vendors, conducts analysis of contract assumptions and rejections, conducts high-level review of filed claims<br>– Addresses litigation matters regarding the EMR implementation<br>– Oversees and leads the winddown of non-transitioning operational programs<br>– Prepares non-transitioning assets for liquidation/sale |
| Peg Brubaker | Director | – Vice President of Human Resources<br>– Oversees wind down of human resources functions<br>– Oversees wind down of benefit plans, including the defined benefit retirement plan, termination of the 401(k), 403(b) and 457(b) plans, health and dental insurance, disability insurance, and workers' compensation<br>– Responds to defined benefit pension inquiries, provides and processes pension commencement requests<br>– Provides demographic and financial data for defined benefit pension valuation<br>– Provides post-closing employee, benefit, and payroll-related transition services to Buyer |
| Jamy Houck | Director | – Manager of Administration and Communications<br>– Assists, reviews, and edits communications to the press on behalf of the Debtors<br>– Finalizes the monthly invoice for December, and the staffing report for January |
| Dennis Rodriguez | Director | – Finance Manager<br>– Supports bankruptcy-related matters, including claims analysis, contract rejection/assumption reviews, cure payment analysis, and other financial and bankruptcy deliverables |
| Kara Borodkin | Paraprofessional | – Treasury and Finance Manager<br>– Supports cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession cash flow forecasts and variance analyses, and monitoring compliance with cash collateral requirements<br>– Prepares various weekly, monthly, and ad hoc financial and operational reports, including bankruptcy MOR filings, budgeting, and cash flow reports, and assists with due diligence requests from other parties, including the UCC's financial advisors, Bondholder's advisors, and Buyer's advisors<br>– Works on bankruptcy administration items, including §503(b)(9) claim review, vendor administrative expense reconciliations, and works with counsel on same |