# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

## ORDER GRANTING IN PART FTI CONSULTING, INC.
## THIRD, FOURTH, AND FIFTH FEE APPLICATIONS

On March 6, 2024, FTI Consulting, Inc. filed their Third, Fourth, and Fifth Monthly Fee Application (Docs. 805, 807, 809) (collectively, hereafter, "Applications"). The Applications sought payment of 70% of the total amount of fees FTI Consulting, Inc. billed for the respective month as actual, reasonable, and necessary, reserving the remaining 30% for payment upon a final fee application. The requested fees (representing 70% of the actual amount sought) were as follows:

- November 1 through November 30, 2023 ($78,792.00 in fees);
- December 1 through December 31, 2023 ($39,592.00 in fees); and
- January 1 through January 31, 2024 ($40,327.00 in fees),

For a total of $158,711.00 in fees requested, all pursuant to the Interim Compensation Order of Docket 224.

Prior to the deadline to object, the United States Trustee communicated certain objections to each of the three applications filed on March 6, 2024. The United States Trustee sought reduction of each application by less than 30%.

FTI Consulting, Inc., and the United States Trustee (collectively, hereafter, Parties), at this time reach compromise on the Applications, as follows:

a. FTI Consulting, Inc., is awarded 70% of the requested fees in the Applications ($158,711.00) at this time;

b.  The Parties reserve adjudication on the remaining 30% at the time of a final fee application for FTI Consulting, Inc.; and

c.  The Parties reserve rights to make appropriate arguments at time of final fee application.

Such compromise being in the best interest of all parties in interest,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. FTI Consulting, Inc., Application is granted in that FTI is awarded $158,711.00 in fees (which is 70% of its total fees sought) and;

2. FTI Consulting, Inc., and the United States Trustee reserve adjudication on the remaining 30% of the Application's total amount of requested fees the time of a final fee application for FTI Consulting, Inc.; and

3. FTI Consulting, Inc., and the United States Trustee reserve rights to make appropriate arguments at time of final fee application.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated and entered this 22nd day of March, 2024.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

ROBERT C. GAINER
CUTLER LAW FIRM
RGAINER@CUTLERFIRM.COM
COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

- and -

Claire Davison
Claire.R.Davison@usdoj.gov
Trial Attorney, Office of the United States Trustee