# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 760** |

## NOTICE OF SUPPLEMENT TO DEBTORS' COMBINED DISCLOSURE STATEMENT AND PLAN

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on February 23, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 760] (the "Combined Disclosure Statement and Plan").

**WHEREAS**, the Combined Disclosure Statement and Plan noted that the Liquidation Analysis[1] to be attached as Exhibit A to the Combined Disclosure Statement and Plan would be forthcoming.

**NOTICE IS HEREBY GIVEN THAT** the Liquidation Analysis that is Exhibit A to the Combined Disclosure Statement and Plan is attached hereto as **Exhibit 1**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Combined Disclosure Statement and Plan.

| | |
|---|---|
| **DATED** this 22nd day of March, 2024 | Respectfully Submitted, |

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:    rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax:    515-283-8045
Email:    mmcguire@nyemaster.com
    kmstanger@nyemaster.com
    dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:    fperlman@mwe.com
    dsimon@mwe.com
    ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:    jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

Case 23-00623    Doc 862    Filed 03/22/24    Entered 03/22/24 16:06:18    Desc Main
Document      Page 3 of 3

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this March 22, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Roy Leaf*