## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) **Related to Docket Nos. 760, 776, 777** |

### MEDIREVV, LLC'S RESERVATION OF RIGHTS TO DEBTORS' COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION

MediRevv, LLC ("MediRevv"), by and through its undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights"), to the above-captioned debtors' (collectively, the "Debtors") request for the court to approve the adequacy of the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 760] (the "Combined Plan and Disclosure Statement").[2] In support of this Reservation of Rights, MediRevv respectfully states as follows:

### Reservation of Rights

1. Since the commencement of the Debtors' above captioned chapter 11 cases (the "Chapter 11 Cases") on August 7, 2023 (the "Petition Date"), MediRevv has worked cooperatively with the Debtors, fulfilled its obligations under its Management Agreement,[3] and helped maintain

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

[3] As more fully detailed in *MediRevv, LLC's Limited Objection and Reservation of Rights to (A) Debtors' Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs, and (B) Sale to Stalking Horse Bidder* [Docket No. 331], which is incorporated herein by reference, MediRevv and the Debtors Mercy Hospital, Iowa City, Iowa and Mercy Services Iowa City, Inc. (collectively, the "Obligor Debtors") are parties to that certain End-to-End Revenue Cycle Management Agreement dated April 1, 2019, as subsequently amended on three occasions on April 1, 2020, November 23, 2020, September 1, 2021, and March 15, 2022 (as amended, the

the Debtors' estates' postpetition liquidity by continuing to service the Debtors' accounts receivable. MediRevv continued and is continuing this performance, as it relates to the Debtors' retained Pre-Closing Receivables (as defined in the Asset Purchase Agreement annexed as Exhibit A to the Sale Order), since the closing date of the Sale through the Management Agreement's termination by its own terms on March 31, 2024. As such, MediRevv has accrued, and is continuing to accrue costs, fees, and expenses under the Management Agreement that are entitled to administrative expense priority under Sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code.

2. While MediRevv does not oppose approval of the adequacy of the Combined Plan and Disclosure Statement, it does have issues and concerns with respect to the timing and certainty proposed for the payment of Administrative Expense Claims under the Plan. MediRevv previewed these issues and concerns with the Debtors and has been engaged with the Debtors to address them. MediRevv appreciates the Debtors' assurances that payments will be made in the ordinary course of these Chapter 11 Cases so that no amounts will be due and owing as of the Effective Date of the Plan. To the extent any of MediRevv's open issues and concerns remain outstanding prior to confirmation, MediRevv intends to continue to work with the parties to achieve a consensual resolution.[4]

---

"Management Agreement"), pursuant to which MediRevv performs certain services related to the Debtors' revenue cycle, including the collection of certain of the Debtors' accounts receivable, for which the Obligor Debtors are invoiced accordingly.

[4] MediRevv files this Reservation of Rights in order to preserve and reserve its rights to address such issues and objection at any hearing to consider approval of the adequacy of the Combined Plan and Disclosure Statement or at any hearing to consider confirmation of the Combined Plan and Disclosure Statement or any subsequently proposed chapter 11 plan. MediRevv further reserves its rights to further address the Combined Plan and Disclosure Statement and related pleadings and other ancillary issues either by further submission to the Court at oral argument or testimony to be presented at the hearing to consider approval of the Combined Plan and Disclosure Statement and defers such issues, to the extent that they are not satisfactorily resolved prior to such hearing, to the Confirmation Hearing. Nothing herein shall constitute a waiver or limitation of MediRevv's rights and remedies under the Management Agreement.

3.  WHEREFORE, MediRevv respectfully submits the foregoing Reservation of Rights with respect to approval of the Combined Plan and Disclosure Statement and confirmation of the same, or any other subsequently proposed chapter 11 plan.

Dated: March 25, 2024
       Des Moines, IA

Respectfully submitted,

/s/ *Bradley R. Kruse*
Bradley R. Kruse, AT0004483
DICKINSON, BRADSHAW,
FOWLER & HAGEN, P.C.
801 Grand Ave., Suite 3700
Des Moines, IA 50309-3986
Tel.:    (515) 244-2600
Email:  bkruse@dickinsonbradshaw.com

- and -

/s/ *Nicholas A. Marten*
Beth M. Brownstein, *pro hac vice*
Nicholas A. Marten, *pro hac vice*
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel.:    (212) 484-3900
Email:  Beth.Brownstein@afslaw.com
        Nicholas.Marten@afslaw.com

ATTORNEYS FOR MEDIREVV, LLC

## CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated this 25th day of March, 2024.

        */s/ Heidi Dorrell*
        Heidi Dorrell