**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, | ) | Case No. 23-00623 (TJC) |
| IOWA, *et al.* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE**

Michael R. Reck, of the law firm of Belin McCormick, P.C., hereby enters his appearance

on behalf of Mercy Health Network, Inc. d/b/a MercyOne ("MercyOne") in the above-captioned

matter.

BELIN McCORMICK, P.C.

/s/ *Michael R. Reck*
Michael R. Reck         AT0006573
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0704
mrreck@belinmccormick.com

*Attorneys for Mercy Health Network, Inc.*
*d/b/a MercyOne*