# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE |

The matter before the Court is a Motion for Admission Pro Hac Vice filed on March 25, 2024 (Dkt No. 881). The relief requested in the Motion is granted, and Attorney David Barry Goroff of Foley & Lardner LLP, 321 N. Clark Street, Suite 3000, Chicago, IL 60654 is admitted pro hac vice on behalf of Mercy Health Network, Inc. d/b/a MercyOne in the above case. David Barry Goroff shall file his Notice of Appearance and Request for Notice in this case.

AND IT IS SO ORDERED.

DATED AND ENTERED:

March 26, 2024

_____
Thad J. Collins, Judge U.S. Bankruptcy Court, Northern District of Iowa

ORDER PREPARED BY:

Michael Reck, AT0006573
Attorney for *Mercy Health Network, Inc. d/b/a MercyOne*