## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | Docket Nos. 746, 827 |
| | Hearing Scheduled: 10:30 am March 27, 2024 |

**STIPULATION RESOLVING IOWA INSURANCE DIVISIONS OBJECTION TO DEBTORS' MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE DEBTORS TO (A) ADMINISTER, SETTLE, AND WIND DOWN WORKERS' COMPENSATION PROGRAM, AND (B) PAY ADMINISTRATION EXPENSES FOR WORKERS' COMPENSATION PROGRAM, AND (II) GRANTING RELATED RELIEF**

Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by agreement and stipulation with the Iowa Insurance Division for the State of Iowa ("IID", referred to collectively with the Debtors as the "Parties"), files this Stipulation resolving the Debtors' *Motion for Entry of Order (I) Authorizing the Debtors to (A) Administer, Settle, and Wind Down Workers' Compensation Program, and (B) Pay Administration Expenses for Workers' Compensation Program and (II) Granting Related Relief* at Docket No. 746 (the "Motion") and the IID *Objection* at Docket No. 827.

The Debtors engaged in discussions and correspondence with the IID and State of Iowa Worker's Compensation Commissioner representatives. Following those discussions and the submission of additional information about the Debtors' workers' compensation program, the SIR Trust, and outstanding claims, the Parties were able to reach a resolution of the issues presented. The resolution included the inclusion of reservation of rights language in the proposed Order on the Motion. Such language is included in the attached consent Order being presented to the Court.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Consent Order granting the Motion in the form attached hereto as Exhibit A, and granting any such other and further relief the Court deems just and proper.

Dated: Des Moines, Iowa
March 26, 2024

**NYEMASTER GOODE, P.C.**

Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:    rleaf@nyemaster.com

- and -

*/s/ Kristina M. Stanger*
Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:    fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that on this March 26, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

/s/ *Kristina M. Stanger*

3