**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** Jake William Gordon, hereby appears in this matter on behalf of Mercy Health Network, Inc. d/b/a MercyOne ("MercyOne") and request, in accordance with the notice requirements of 11 U.S.C. §§ 102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001 and 9007, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this chapter 11 case, and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on all counsel at the addresses below.

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interests of creditors or parties in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as a waiver of the rights of MercyOne (i) to have an Article III court adjudicate in the first instance any case, proceeding, matter or controversy as to which the bankruptcy court may

4889-2524-5106.1

not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) to have final orders in non-core matters entered only after de novo review by a United States District Court; (iii) to trial by jury in any proceedings so triable in these cases, controversy, or proceeding related to these cases; (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in this case or in any case, controversy or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rules 7004 or 9016 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, setoffs, or recoupments to which MercyOne may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE THAT** this notice of appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: March 27, 2024

Respectfully submitted,
/s/ Jake W. Gordon
FOLEY & LARDNER LLP
Jake W. Gordon (admitted *pro hac vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Tel: (313) 234-7100 / Fax: (313) 234-2800
jake.gordon@foley.com

/s/ Michael R. Reck
BELIN McCORMICK, P.C.
Michael R. Reck   AT0006573
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100 / Fax: (515) 558-0704
mrreck@belinmccormick.com
*Counsel to Mercy Health Network, Inc. d/b/a MercyOne*

4889-2524-5106.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, a copy of the foregoing *Notice of Appearance and Request for Notices and Service of Papers* was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ Jake W. Gordon

4889-2524-5106.1