UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

**PROCEEDING MEMO AND ORDER**

Date of In-Court Hearing: March 27, 2024
Hearing on:
- Second Motion for Entry of Orders Further Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof (Doc. 802)
- Motion for Approval of Solicitation Procedures (Doc. 796)
- Disclosure Statement of Debtors and Chapter 11 Plan of Liquidation (Doc. 760)
- Second Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (Doc. 779)
- Third Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC Employees) (Doc. 781)
- Fourth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Services Iowa City (MS Employees) (Doc. 784)
- Fifth Motion to Reject Lease or Executory Contract Related to Mercy Hospital (MIC) (Doc. 786)
- Sixth Motion to Reject Lease or Executory Contract Related to Mercy Hospital (MIC) (Doc. 788)
- Motion to Reject Lease or Executory Contract (Seventh Motion) Related to Mercy Hospital (MIC) (Doc. 790)
- Motion to Reject Lease or Executory Contract (Eighth Motion) Related to Mercy Hospital (MIC) (Doc. 792)
- Motion to Reject Lease or Executory Contract (Ninth Motion) Related to Mercy Hospital (MS) (Doc. 794)

APPEARANCES:

Attorneys Felicia Gerber Perlman and Roy Ryan Leaf for Debtors
Attorney Daniel M. Simon for Debtors, via telephone
Attorneys Robert Cardell Gainer, Andrew H. Sherman, and Boris I. Mankovestskiy for the Official Committee of Unsecured Creditors
Attorneys Peter Chalik, Kaitlin R. Walsh, and Nathan F. Coco for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorney Janet Reasoner for the United States Trustee
Attorney Paula L. Roby for the Official Committee of Pensioners
Attorney David Goroff for Mercy Health Network, Inc.
Attorneys Edward Joseph Green and Jake Gordon for Mercy Health Network, Inc., via telephone
Attorney Robert Schaefer Westermann for Owens & Minor, Inc., via telephone
Attorney Nicholas A. Marten for MediRevv, LLC (formerly known as MediRevv, Inc.), via telephone

**IT IS ORDERED THAT**:

1. Debtor's Second Motion for Entry of Orders Further Extending Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof (Doc. 802) is GRANTED by separate court order.

2. Debtor's Motion for Approval of Solicitation Procedures (Doc. 796) and Disclosure Statement of Debtors and Chapter 11 Plan of Liquidation (Doc. 760) is continued and reset for

> **April 1, 2024 at 10:30 AM**
> via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

- Call the toll-free number:  1-888-684-8852.
- Enter Participant Access Code:  7148063
- Enter the Participant Security Code:  1234
- After the security code is entered, you will be connected to the conference.
- If you are an attorney, please identify yourself after you join the conference. All other participants shall mute themselves.

    This hearing will be digitally recorded.

3. Debtor's Second Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (Doc. 779), Third Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC Employees) (Doc. 781), Fourth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Services Iowa City (MS Employees) (Doc. 784), Fifth Motion to Reject Lease or Executory Contract Related to Mercy Hospital (MIC) (Doc. 786), Sixth Motion to Reject Lease or Executory Contract Related to Mercy Hospital (MIC) (Doc. 788), Motion to Reject Lease or Executory Contract (Seventh Motion) Related to Mercy Hospital (MIC) (Doc. 790), Motion to Reject Lease or Executory Contract (Eighth Motion) Related to Mercy Hospital (MIC) (Doc. 792), and Motion to Reject Lease or Executory Contract (Ninth Motion) Related to Mercy Hospital (MS) (Doc. 794) are GRANTED by separate court orders.

Ordered:
March 28, 2024

Thad J. Collins
Chief Bankruptcy Judge