**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE

Christopher J. Jessen, of the law firm of Belin McCormick, P.C., hereby enters his appearance on behalf of Mercy Health Network, Inc. d/b/a MercyOne ("MercyOne") in the above-captioned matter.

Dated: March 28, 2024

BELIN McCORMICK, P.C.

*/s/ Christopher J. Jessen*
Christopher J. Jessen     AT0013075
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0675
cjessen@belinmccormick.com

*Attorneys for Mercy Health Network, Inc. d/b/a MercyOne*