**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE

Michael R. Reck, of the law firm of Belin McCormick, P.C., hereby enters his appearance on behalf of the following in the above-captioned matter:

Catholic Health Initiatives-Iowa Corp.

Mercy ACO, LLC

Mercy Clinics, Inc.

Mercy College of Health Sciences

MH NACO, LLC

Dated: March 28, 2024

BELIN McCORMICK, P.C.

/s/ *Michael R. Reck*
Michael R. Reck    AT0006573
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0704
mrreck@belinmccormick.com

*Attorneys for Mercy Health Network, Inc. d/b/a MercyOne, Catholic Health Initiatives-Iowa Corp., Mercy ACO, LLC, Mercy Clinics, Inc., Mercy College of Health Sciences, and MH NACO, LLC*