United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 26, 2024 | Form ID: trc | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2393762 | | Medical Record Associates, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Benjamin Gregory Nielson | on behalf of Interested Party Washington County Hospital and Clinics bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums  LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv  LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com  awatson@dickinsonlaw.com |
| Brian Koenig | on behalf of Creditor Cassling Diagnostic Imaging  Inc. , angela.annan@koleyjessen.com |
| Brittany B Falabella | |

Case 23-00623   Doc 913   Filed 03/28/24   Entered 03/28/24 23:36:33   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0862-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: trc | Total Noticed: 0 |

on behalf of Creditor Owens & Minor Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Christopher K Loftus

on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com
kcarmichael@spmblaw.com;tdomeyer@spmblaw.com

Claire Davison

on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers

on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com patti@shuttleworthlaw.com

Dana Waterman Hempy

on behalf of Debtor Mercy Hospital Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon

on behalf of Debtor Mercy Hospital Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David E. Gordon

on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Elizabeth Lally

on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston

on behalf of Creditor EverBank N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam

on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam

on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Harold J Dane, III

on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake

on behalf of Debtor Mercy Hospital Iowa City, Iowa jhaake@mwe.com

Janet G. Reasoner

on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle

on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com

Jeffrey C Peterzalek

on behalf of Interested Party Iowa Insurance Division jeffrey.peterzalek@ag.iowa.gov sara.olsen@ag.iowa.gov

Jeffrey Douglas Goetz

on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jennifer Erin Lindberg

on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg

on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh

on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh

on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com,
lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh

on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com,
lynda.dennis@faegredrinker.com

Jessica A Board

on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com
Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman

on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Joseph Sakay

on behalf of Creditor McKesson Corporation jsakay@buchalter.com pjolley@buchalter.com

Kaitlin R. Walsh

Case 23-00623    Doc 913    Filed 03/28/24    Entered 03/28/24 23:36:33    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0862-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: trc | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Computershare Trust Company  N.A., as Trustee krwalsh@mintz.com |
| Kaitlin R. Walsh | |
| | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative krwalsh@mintz.com |
| Kristin M.V. Krueger | |
| | on behalf of Creditor Cassling Diagnostic Imaging  Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com |
| Kristina M. Stanger | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Larry S. Eide | |
| | on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com |
| Laura Michelle Hyer | |
| | on behalf of Creditor Revology  Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com |
| Lindsey L. Browning | |
| | on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov  josie.bollman@ag.iowa.gov |
| Mark Melickian | |
| | on behalf of Creditor Nancy Russo mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Brent Strabala mmelickian@raineslaw.com |
| Martin McLaughlin | |
| | on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Matthew Cronin | |
| | on behalf of Creditor Mercy Health Network  Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew Cronin | |
| | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew Cronin | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew McGuire | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com |
| Megan M. Preusker | |
| | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative mpreusker@mintz.com |
| Megan M. Preusker | |
| | on behalf of Creditor Computershare Trust Company  N.A., as Trustee mpreusker@mintz.com |
| Michael Reck | |
| | on behalf of Creditor Mercy Health Network  Inc. mrreck@belinmccormick.com |
| Michael A Brandess | |
| | on behalf of Creditor StaffDNA  LLC michael.brandess@huschblackwell.com |
| Michael A Brandess | |
| | on behalf of Creditor Medico-Mart  Inc. michael.brandess@huschblackwell.com |
| Michael A Brandess | |
| | on behalf of Creditor LiquidAgents Healthcare  LLC michael.brandess@huschblackwell.com |
| Michael J Whaley | |
| | on behalf of Interested Party CrossMed Healthcare Staffing Solutions  Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com |
| Michael S. Dove | |
| | on behalf of Creditor Huntington National Bank mdove@gislason.com  jburgau@gislason.com;hbliesmer@gislason.com |
| Michael T. Gustafson | |
| | on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Michael T. Gustafson | |
| | on behalf of Interested Party Johnson County Surgeon Investors  LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Miranda L. Hughes | |

Case 23-00623    Doc 913    Filed 03/28/24    Entered 03/28/24 23:36:33    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0862-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: trc | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Interested Party Radiologic Medical Services  P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Miranda L. Hughes | |
| | on behalf of Interested Party RMS Holdings  P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Nathan F. Coco | |
| | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative nfcoco@mintz.com |
| Nathan F. Coco | |
| | on behalf of Creditor Computershare Trust Company  N.A., as Trustee nfcoco@mintz.com |
| Nicholas Miller | |
| | on behalf of Creditor Owens & Minor  Inc. nick.miller@brickgentrylaw.com |
| Nicholas Miller | |
| | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Patrick B. Dillon | |
| | on behalf of Creditor Health Carousel Travel Network  LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby | |
| | on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com  julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Interested Party Carol Ebinger  et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Computershare Trust Company  N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Robert Cardell Gainer | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Cardell Gainer | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com  9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | |
| | on behalf of Creditor Owens & Minor  Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Services Iowa City  Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Iowa City ACO  LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris | |
| | on behalf of Interested Party RMS Holdings  P.C. samantha.norris@brownwinick.com |
| Samantha Norris | |
| | on behalf of Interested Party Radiologic Medical Services  P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Brent Strabala Office@markslawdm.com |

District/off: 0862-1 | User: admin | Page 5 of 5
Date Rcvd: Mar 26, 2024 | Form ID: trc | Total Noticed: 0

| Name | Details |
|---|---|
| Steven G. Klesner | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Dawna Miller steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com |
| Tara Holterhaus | on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC tholterhaus@spencerfane.com |
| Terry Gibson | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com  filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com  filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com  filings@wandrolaw.com |
| Tom Flynn | on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| William J Sueppel | on behalf of Creditor Gerard Electric  Inc. billjs@meardonlaw.com |
| William W. Kannel | on behalf of Creditor Computershare Trust Company  N.A., as Trustee bkannel@mintz.com |
| William W. Kannel | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative bkannel@mintz.com |

TOTAL: 96

2100 B (12/15)

# United States Bankruptcy Court

Northern District of Iowa
Case No. 23-00623
Chapter 11

In re: Debtor(s) (including Name and Address)

Mercy Hospital, Iowa City, Iowa
500 E. Market Street
Iowa City IA 52245

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2024.

Name and Address of Alleged Transferor(s):

Claim No. : Medical Record Associates, LLC

Name and Address of Transferee:

Charlie Saponaro
c/o Thomas J. Loeb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43125

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/28/24

Sharon K. Mullin
**CLERK OF THE COURT**