**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 891** |

**CERTIFICATE OF SERVICE**

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 27, 2024, I caused to be served the "Order (I) Authorizing the Debtors to (A) Administer, Settle, and Wind Down Workers' Compensation Program, and (B) Pay Administration Expenses for Workers' Compensation Program, and (II) Granting Related Relief," dated March 27, 2024 [Docket No. 891], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| J&K PMS INC | ATTN: KELLY MITCHEK, VICE PRESIDENT 6737 BRENTWOOD STAIR ROAD, STE 220 FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count  15**

MERCY HOSPITAL, IOWA CITY, IOWA, *et al*.
Case No. 23-00623 (TJC)
First Class Mail Additional Service List

IOWA DIVISION OF WORKERS' COMPENSATION
ATTN: COMMISSIONER CORTESE
150 DES MOINES STREET
DES MOINES, IA 50309-1836

IOWA INSURANCE DIVISION
ATTN: COMMISSIONER OMMEN
1963 BELL AVE
DES MOINES, IA  500315

ASSISTANT ATTORNEY GENERAL
IOWA DEPARTMENT OF JUSTICE
ATTN: JEFFREY PETERZALEK
HOOVER STATE OFFICE BUILDING
1305 EAST WALNUT ST., SECOND FL.
DES MOINES, IOWA 50319

**EXHIBIT B**

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| ALTERA DIGITAL HEALTH, INC. | Kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | Nicholas.Marten@afslaw.com; Matthew.Prewitt@afslaw.com; Beth.Brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | Lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BELIN McCORMICK, P.C. | mrreck@belinmccormick.com |
| BIOMERIEUX INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com; jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |
| HEIDMAN LAW FIRM PLLC | Jessica.Board@heidmanlaw.com |
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com; eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| KOLEY JESSEN P.C., | Kristin.Krueger@koleyjessen.com |
| LOEB & LOEB LLP | scarroll@loeb.com; nweingarten@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | Jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; MPreusker@mintz.com; KRWalsh@mintz.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com; |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; bgn@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov; Marty.Mclaughlin@usdoj.gov |
| UNITED STATES TRUSTEE | Claire.R.Davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US  INC | legal.americas@zimmerbiomet.com |

Case 23-00623    Doc 918    Filed 03/29/24    Entered 03/29/24 16:08:44    Desc Main
Document    Page 9 of 9

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Additional Service List

| Name | Email Address |
|---|---|
| ATTORNEYS FOR IOWA INSURANCE DIVISION AND IOWA INSURANCE | tyler.eason@ag.iowa.gov |