UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

## P̲ROCEEDING M̲EMO AND O̲RDER

Date of Telephonic Hearing: March 29, 2024
Hearing on: Motion for Relief from Stay (Doc. 799) filed by Iowa City Ambulatory Surgical Center, LLC

<u>APPEARANCES</u>:

Attorney Daniel M. Simon for Debtor
Attorneys Peter Chalik and Megan M. Preusker for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative
Attorneys Michael T. Gustafson and Kaitlin Prior for Iowa City Ambulatory Surgical Center, LLC
Attorneys Andrew H. Sherman and Robert Cardell Gainer for the Official Committee of Unsecured Creditors

**IT IS ORDERED THAT**:

The matter is continued and reset for

**April 5, 2024 at 2:30 PM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.

2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please mute yourself after you join the conference.

This hearing will be digitally recorded.

Ordered:
April 1, 2024

Thad J. Collins
Chief Bankruptcy Judge