UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **IN RE**<br><br>**MERCY HOSPITAL, IOWA CITY, IOWA**<br>*et al*<br>**Debtors** | **Chapter 11**<br>**Case No. 23-00623**<br><br>**ENTRY OF APPEARANCE AND**<br>**REQUEST FOR NOTICE** |

COMES NOW Dan Childers and hereby enters his appearance in this case on behalf Progressive Rehabilitation Associates, LLC and pursuant to Bankruptcy Rule 2002(g) requests that all notices under Section 342 of the Bankruptcy Code, Bankruptcy Rule 2002, or otherwise, be mailed and e-mailed to him at the following address:

> Dan Childers
> P.O. Box 2107
> Cedar Rapids, IA  52406-2107
> drc@shuttleworthlaw.com

and further requests his name and the above address be entered upon the mailing matrix in this proceeding and that his name and e-mail be placed on the list to receive all notices pursuant to the Court's CM/ECF noticing system.

/s/  Dan Childers
Dan Childers                    AT0001422
SHUTTLEWORTH & INGERSOLL PLC
115 3rd Street SE, Suite 500
PO Box 2107
Cedar Rapids, IA  52406-2107
Phone: 319-365-9461
Fax: 319-365-8443
E-mail:  drc@shuttleworthlaw.com

---

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing or mailed USPS on April 1, 2024.

By: /s/  **Patti K. O'Keefe**