**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) ) | Jointly Administered |
| | ) | **Related to Docket No. 626** |

**STIPULATED ORDER AUTHORIZING AND DIRECTING DISTRIBUTION
OF SALE PROCEEDS TO MASTER TRUSTEE AND GRANTING SECURED
BONDHOLDER REPRESENTATIVES RELIEF FROM STAY**

Upon the motion (the "Motion")[1] of the Secured Bondholder Representatives for entry of an order (this "Order") (a) authorizing and directing the distribution of certain proceeds from the sale of the Purchased Assets to the University promptly upon the closing of the sale transaction between the University and the Debtors and (b) granting the Secured Bondholder Representatives relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code; and due and sufficient notice of the relief sought therein having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Official Committee of Unsecured Creditors (the "Committee") having withdrawn its objection; and no other party having filed an objection to the Motion; and the Debtors, the Committee, and the Secured Bondholder Representatives having consented to the entry of this Order; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, their creditors, and other parties-in-interest in these chapter 11 cases; and the Court having determined that the legal and factual bases set forth in the Motion establish

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

**FOUND, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Secured Bondholder Representatives are granted relief from the automatic stay under 11 U.S.C. § 362(d)(1) to effect a distribution of and receive the Sale Proceeds.

3. As soon as practicable following the entry of this Order, the Debtors shall remit Sale Proceeds in the amount of $26,200,000 to the Master Trustee for the benefit of the bondholders. Such amount shall represent the "Bondholder Claim Cash Amount" as such term is defined in *Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Dkt. No. 919].

4. Notwithstanding any Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated and entered this ___2nd___ day of __April__, 2024.

_____
Honorable Thad J. Collins, Chief Judge

**CONSENTED TO BY:**

**WHITFIELD & EDDY, P.L.C.**
*/s/ Peter J. Chalik*
Peter J. Chalik, AT0013036
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Email: chalik@whitfieldlaw.com

- and -

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.**
William K. Kannel (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: wkannel@mintz.com

- and –

Nathan F. Coco (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
Kaitlin R. Walsh (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: nfcoco@mintz.com
         mpreusker@mintz.com
         krwalsh@mintz.com

*Counsel for the Secured Bondholder Representatives*

- and -

**NYEMASTER GOODE, P.C.**
*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
Telephone: (319) 286-7002
Fax: (319) 286-7050
Email: rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT 0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT 0014934
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: kmstanger@nyemaster.com
    mmcguire@nyemaster.com
    dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hoc vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700
Email: fperlman@mwe.com
    dsimon@mwe.com
    ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-8000
Fax: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

- and -

**CUTLER LAW FIRM, P.C.**
*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
1307 50th Street
West Des Moines, Iowa 50266
Telephone: 515-223-6600
Facsimile: 515-223-6787
E-mail: rgainer@cutlerfirm.com

- and -

**SILLS CUMMIS & GROSS, P.C.**
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
E-mail: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel for the Official Committee*
*of Unsecured Creditors*