United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                    Case No. 23-00623-TJC

Mercy Hospital, Iowa City, Iowa                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: canclhrg | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, IA 52245-2689 |
| aty | + | Beth M. Brownstein, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Brian G. Remondino, 300 Atlantic Street, 3rd Floor, Stamford, CT 06901-3522 |
| aty | + | Brian J. Fagan, Simmons Perrine Moyer Bergman PLC, 115 Third Street SE, Suite 1200, Cedar Rapids, IA 52401-1222 |
| aty | + | Emily C. Keil, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Latonia C. Williams, One Constitution Plaza, Hartford, CT 06103-1803 |
| aty | + | Leanne McKnight Prendergast, 12620 Beach Blvd., Suite 3, #126, Jacksonville, FL 32246-7130 |
| aty | + | Matthew F. Prewitt, ArentFox Schiff LLP, 233 South Wacker Drive, Suite 7100, Chicago, IL 60606-6446 |
| aty | + | Nathan M. Bull, McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-4336 |
| aty | + | Nicholas A. Marten, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| cr | + | Allied Resources Medical Staffing, c/o Eric R. Perkins, Esq., Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500 Livingston, NJ 07039-1022 |
| intp | | Carol Ebinger, et al., 30 Chandler Pl, Iowa City, IA 52245 |
| cr | + | Charlie Saponaro, c/o Thomas J. Loeb, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| cr | + | Communications Engineering Company, 405 Boyson Road, Hiawatha, IA 52233, UNITED STATES 52233-1211 |
| cr | + | Dawna Miller, 235 Federal St, Athens, GA 30607-7132 |
| cr | | Gaskill Signs, Inc., Attn: Kim Gaskill, VP, Iowa City, IA 52246 |
| cr | + | Hayes Locums, LLC, 5900 North Andrews Avenue, Suite 900, Fort Lauderdale, FL 33309-2397 |
| cr | + | Health Carousel Travel Network, LLC (HCTN), 455 Delta Avenue Suite 108, Cincinnati, OH 45226-1170 |
| intp | + | Iowa Insurance Division, 1963 Bell Ave, Des Moines, IA 50315-1011 |
| cr | + | J. Nicholas Russo, 103 E College Street, Suite 314, Iowa City, IA 52240-4008 |
| cr | + | Judy Andronowitz, 2524 N Broken Circle Rd, Flagstaff, AZ 86004-7596 |
| cr | + | Kronos Incorporated aka UKG Inc., 420 South Orange Avenue, Suite 1200, Orlando, FL 32801-4904 |
| cr | + | LiquidAgents Healthcare, LLC, 5810 Tennyson Pkwy, Suite 300, Plano, TX 75024-3521 |
| cr | + | MediRevv, LLC (formerly known as MediRevv, Inc.), ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, MY 10019-6040 |
| cr | + | Medico-Mart, Inc., 2323 Corporate Dr., Waukesha, WI 53189-5000 |
| intp | | Mercy Pensioners Ad Hoc Committee, 30 Chandler Pl, Iowa City, IA 52245 |
| cr | + | Mike Garrels, 2150 N Marion Ave, Washington, IA 52353-9204 |
| cr | + | Nancy Russo, 103 E College Street, Suite 314, Iowa City, IA 52240-4008 |
| cr | + | Patterson Dental Supply, Inc., 1031 Mendota Heights Road, St. Pau, MN 55120-1401 |
| cr | + | Progressive Rehabilitation Associates, L.L.C., 1130 Scott Bvld, Ste. 1, Iowa City, IA 52240-2909 |
| cr | + | Revology, Inc., 201 East Washington Street, Unit 1302, Iowa City, IA 52240-3998 |
| cr | + | StaffDNA, LLC, 6860 Dallas Pkwy #400, Plano, TX 75024-4272 |
| intp | + | State University of Iowa, Iowa Attorney General's Office, 1305 E. Walnut St, Des Moines, IA 50319, UNITED STATES 50319-0109 |
| cr | + | Steven D. Schwartz, c/o Athony Bribriesco, 2407 18th St. #200, Bettendorf, IA 52722-3279 |
| cr | + | Travel Nurse Across America, 5020 Northshore Drive, Suite 2, North Little Rock, AR 72118-5330 |
| cr | + | United States of America (HHS), United States Attorney's Office, 111 7th Ave SE, Cedar Rapids, IA 52401-2101 |
| cr | + | UnitedHealth Group, 9900 Bred Rd. E. MN008-T502, Minnetonka, MN 55343-9603 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: scarroll@loeb.com | Apr 01 2024 23:23:00 | Schuyler G. Carroll, LOEB & LOEB LLP, 345 Park Avenue, New York, NY 10154-1895 |

| | | | |
|---|---|---|---|
| District/off: 0862-1 | | User: admin | Page 2 of 6 |
| Date Rcvd: Apr 01, 2024 | | Form ID: canclhrg | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| cr | + | Email/Text: EFBankruptcyNotices@huntington.com | |
| | | Apr 01 2024 23:23:00 | Huntington National Bank, 11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305-5523 |
| cr | + | Email/Text: rasketl@wellmark.com | |
| | | Apr 01 2024 23:23:00 | Wellmark Blue Cross Blue Shield, Attn: M. Michelle Lickteig, Esq., 1331 Grand Avenue, Station 5W580, Des Moines, IA 50309-2901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Stryker Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Benjamin Gregory Nielson | on behalf of Interested Party Washington County Hospital and Clinics bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com  awatson@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums  LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv  LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com |
| Brian Koenig | on behalf of Creditor Cassling Diagnostic Imaging  Inc. , angela.annan@koleyjessen.com |
| Brittany B Falabella | on behalf of Creditor Owens & Minor  Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Christopher J. Jessen | on behalf of Creditor Mercy Health Network  Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com |
| Christopher J. Jessen | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com |

District/off: 0862-1 | User: admin | Page 3 of 6
Date Rcvd: Apr 01, 2024 | Form ID: canclhrg | Total Noticed: 41

Christopher K Loftus
on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com
kcarmichael@spmblaw.com;tdomeyer@spmblaw.com

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

Dana Waterman Hempy
on behalf of Debtor Mercy Hospital  Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
on behalf of Debtor Mercy Hospital  Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David Goroff
on behalf of Creditor Mercy Health Network  Inc. dgoroff@foley.com

David E. Gordon
on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Edward Joseph Green
on behalf of Creditor Mercy Health Network  Inc. egreen@foley.com

Elizabeth Lally
on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston
on behalf of Creditor EverBank  N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to
GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam
on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Harold J Dane, III
on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
on behalf of Debtor Mercy Hospital  Iowa City, Iowa jhaake@mwe.com

Jake Gordon
on behalf of Creditor Mercy Health Network  Inc. jake.gordon@foley.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com

Jeffrey C Peterzalek
on behalf of Interested Party Iowa Insurance Division jeffrey.peterzalek@ag.iowa.gov  sara.olsen@ag.iowa.gov

Jeffrey Douglas Goetz
on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jennifer Erin Lindberg
on behalf of Interested Party Radiologic Medical Services  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
on behalf of Interested Party RMS Holdings  P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC jesse.linebaugh@faegredrinker.com,
lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com  lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
on behalf of Interested Party Johnson County Surgeon Investors  LLC. jesse.linebaugh@faegredrinker.com,
lynda.dennis@faegredrinker.com

Jessica A Board
on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com
Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman
    on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Joseph Sakay
    on behalf of Creditor McKesson Corporation jsakay@buchalter.com pjolley@buchalter.com

Kaitlin R. Walsh
    on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com

Kristin M.V. Krueger
    on behalf of Creditor Cassling Diagnostic Imaging Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com

Kristina M. Stanger
    on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide
    on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer
    on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning
    on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov

Mark Melickian
    on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Martin McLaughlin
    on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov
    usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Matthew Cronin
    on behalf of Creditor Mercy Health Network Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew Cronin
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health
    Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire
    on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com

Megan M. Preusker
    on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com

Michael Reck
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health
    Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com

Michael Reck
    on behalf of Creditor Mercy Health Network Inc. mrreck@belinmccormick.com

Michael A Brandess
    on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael J Whaley
    on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com,
    tcampbell@clinewilliams.com

Michael S. Dove
    on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson

|  |  |
|---|---|
|  | on behalf of Interested Party Johnson County Surgeon Investors  LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Michael T. Gustafson |  |
|  | on behalf of Interested Party Iowa City Ambulatory Surgical Center  LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Miranda L. Hughes |  |
|  | on behalf of Interested Party Radiologic Medical Services  P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Miranda L. Hughes |  |
|  | on behalf of Interested Party RMS Holdings  P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Nathan F. Coco |  |
|  | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative nfcoco@mintz.com |
| Nathan F. Coco |  |
|  | on behalf of Creditor Computershare Trust Company  N.A., as Trustee nfcoco@mintz.com |
| Nicholas Miller |  |
|  | on behalf of Creditor Owens & Minor  Inc. nick.miller@brickgentrylaw.com |
| Nicholas Miller |  |
|  | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Patrick B. Dillon |  |
|  | on behalf of Creditor Health Carousel Travel Network  LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby |  |
|  | on behalf of Interested Party Carol Ebinger  et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby |  |
|  | on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby |  |
|  | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com  julie@drpjlaw.com,ashley@drpjlaw.com |
| Peter Chalik |  |
|  | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik |  |
|  | on behalf of Creditor Computershare Trust Company  N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Robert Cardell Gainer |  |
|  | on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com  9643802420@filings.docketbird.com |
| Robert Cardell Gainer |  |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann |  |
|  | on behalf of Creditor Owens & Minor  Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf |  |
|  | on behalf of Debtor Mercy Services Iowa City  Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf |  |
|  | on behalf of Debtor Mercy Iowa City ACO  LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf |  |
|  | on behalf of Debtor Mercy Hospital  Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris |  |
|  | on behalf of Interested Party RMS Holdings  P.C. samantha.norris@brownwinick.com |
| Samantha Norris |  |
|  | on behalf of Interested Party Radiologic Medical Services  P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks |  |
|  | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks |  |

on behalf of Creditor Brent Strabala Office@markslawdm.com

Samuel Zachary Marks

on behalf of Creditor J. Nicholas Russo Office@markslawdm.com

Samuel Zachary Marks

on behalf of Creditor Nancy Russo Office@markslawdm.com

Steven G. Klesner

on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner

on behalf of Creditor Judy Andronowitz steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner

on behalf of Creditor Dawna Miller steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

Susan Nielsen Goodman

on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com

Tara Holterhaus

on behalf of Creditor Healalogics Wound Care & Hyperbaric Services  LLC tholterhaus@spencerfane.com

Terry Gibson

on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson

on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson

on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com  filings@wandrolaw.com

Tom Flynn

on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga

on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

William J Sueppel

on behalf of Creditor Gerard Electric  Inc. billjs@meardonlaw.com

William W. Kannel

on behalf of Creditor Computershare Trust Company  N.A., as Trustee bkannel@mintz.com

William W. Kannel

on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative bkannel@mintz.com

TOTAL: 101

canclhrg 7/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Debtor

Chapter 11

Bankruptcy No. 23–00623

### NOTICE CANCELING TELEPHONIC HEARING
### ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11
### PLAN OF LIQUIDATION (DOC. 760) AND DEBTOR'S MOTION FOR APPROVING
### SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION (DOC. 796)

To:

Roy Ryan Leaf, Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger, Attorneys for Debtor

Robert Cardell Gainer, Boris Mankovestskiy, and Andrew H. Sherman, Attorneys for Official Committee of Unsecured Creditors

United States Trustee

Paula L. Roby, Attorney for Official Committee of Pensioners

Peter Chalik, Nathan F. Coco, William W. Kannel, Megan M. Preusker, and Kaitlin R. Walsh, Attorneys for Computershare Trust Company, N.A., as Trustee and Preston Hollow Community Capital, Inc., as Bondholder Representative

Matthew Cronin, Jake Gordon, David Goroff, Edward Joseph Green, Christopher J. Jessen, and Michael Reck, Attorneys for Mercy Health Network, Inc.

Brittany B. Falabella, Nicholas Miller, and Robert Schaefer Westermann, Attorneys for Owens & Minor, Inc.

Beth M. Brownstein, Bradley R. Kruse, Nicholas A. Marten, and Matthew F. Prewitt, Attorneys for MediRevv, LLC

**NOTICE IS HEREBY GIVEN** that the above matter(s) scheduled for April 1, 2024 at 10:30 AM is hereby **CANCELED**.

Date: April 1, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk