# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF PROPOSED STIPULATED ORDER GRANTING MOTION OF IOWA CITY AMBULATORY SURGICAL CENTER, LLC FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ISSUE A NOTICE OF INTENT TO OBTAIN A PURCHASE PRICE DETERMINATION

**PLEASE TAKE NOTICE** that, on March 1, 2024, Iowa City Ambulatory Surgical Center, LLC ("ICASC") filed its *Motion of Iowa City Ambulatory Surgical Center, LLC for Entry of an Order Granting Relief from the Automatic Stay to Issue a Notice of Intent to Obtain a Purchase Price Determination* [Docket No. 799] (the "Stay Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that the Stay Relief Motion sought an order from this Court terminating and/or modifying the automatic stay for the limited purpose of allowing ICASC to issue a notice of intent to obtain a Purchase Price Determination.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Stay Relief Motion occurred on March 29, 2024 and was continued and reset for April 5, 2024 at 2:30 PM (the "Stay Relief Hearing") to allow the movant and objecting parties to work on a consensual resolution via preparation of a mutually agreeable stipulated order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, the Secured Bondholder Representatives and ICASC have agreed to the proposed stipulated order attached hereto as **Exhibit A** granting the Stay Relief Motion on the terms set forth therein (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 4001-1(a), counsel for ICASC solicited review of the Proposed Order by the Official Committee of Unsecured Creditors (the "Committee") and ICASC can represent that the Committee also assents to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, the Secured Bondholder Representatives and ICASC respectfully request that the Court enter the Proposed Order without further need for the Stay Relief Hearing.

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624).

Dated: April 4, 2024

/s/ *Michael T. Gustafson*
Michael T. Gustafson (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1000
Fax: (312) 569-3000
Email: mike.gustafson@faegredrinker.com

-and-

Jesse Linebaugh, (AT0004744)
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: jesse.linebaugh@faegredrinker.com

*Counsel to Iowa City Ambulatory Surgical Center, LLC*

## Certificate of Service

      The undersigned certifies, under penalty of perjury, that on this 4th day of April, 2024, the foregoing document was electronically filed with the Clerk of Bankruptcy Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

Executed: April 4, 2024

                                            /s/ *Michael T. Gustfson*
                                            Partner, Faegre Drinker LLP