## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket Nos. 898, 900, & 902 – 909** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2024, I caused to be served the:

    a. "Proceeding Memo and Order," dated March 28, 2024 [Docket No. 898], (the "Memo"),

    b. "Order Further Extending Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof," dated March 28, 2024 [Docket No. 900], (the "Extending Order"),

    c. "Order (I) Granting Second Omnibus Motion, (II) Authorizing Rejection of Executory Employment Agreements Related to Mercy Hospital, Iowa City, Iowa and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 902], (the "2nd Omnibus"),

    d. "Order (I) Granting Third Omnibus Motion, (II) Authorizing Rejection of Executory Employment Agreements Related to Mercy Hospital, Iowa City, Iowa, and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 903], (the "3rd Omnibus"),

    e. "Order (I) Granting Fourth Omnibus Motion, (II) Authorizing Rejection of Executory Employment Agreements Related to Mercy Services Iowa City, Inc., and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 904], (the "4th Omnibus"),

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

f. "Order (I) Granting Fifth Omnibus Motion, (II) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 905], (the "5th Omnibus"),

g. "Order (I) Granting Sixth Omnibus Motion, (II) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 906], (the 6th Omnibus"),

h. "Order (I) Granting Seventh Omnibus Motion, (II) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 907], (the "7th Omnibus"),

i. "Order (I) Granting Eighth Omnibus Motion, (II) Authorizing Rejection of Executory Contracts Related to Mercy Hospital, Iowa City, Iowa, and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 908], (the 8th Omnibus"),

j. "Order (I) Granting Ninth Omnibus Motion, (II) Authorizing Rejection of Executory Contracts Related to Mercy Services Iowa City, Inc., and (III) Granting Related Relief," dated March 28, 2024 [Docket No. 909], (the "9th Omnibus"), and

k. "Proof of Claim (Official Form 410)," a copy of which is annexed hereto as <u>Exhibit A</u>, (the "POC Form"),

by causing true and correct copies of the:

i. Memo, Extending Order, 2nd Omnibus, 3rd Omnibus, 4th Omnibus, 5th Omnibus, 6th Omnibus, 7th Omnibus, 8th Omnibus, and 9th Omnibus to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

ii. 2nd Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u> and to 35 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List[2] and therefore not reflected,

iii. 3rd Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u> and to 24 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

---

[2] Order (I)(A) Establishing Certain Notice and Case Management Procedures and (B) Limiting Certain Notice Requirements in the Chapter 11 Cases; (II) Implementing Patient Confidentiality Procedures; (III) Approving the Form and Manner of Notice of the Commencement of the Chapter 11 Cases; and (IV) Granting Related Relief (Docket 49).

iv. 4th Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u> and to 43 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

v. 5th Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

vi. 6th Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

vii. 7th Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

viii. 8th Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected,

ix. 9th Omnibus and POC Form to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u> and to 1 individual listed on the Client Matrix whose name and address are confidential or otherwise include persons listed on the Confidentiality List and therefore not reflected, and

x. Memo, Extending Order, 2nd Omnibus, 3rd Omnibus, 4th Omnibus, 5th Omnibus, 6th Omnibus, 7th Omnibus, 8th Omnibus, and 9th Omnibus to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit K</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

**EXHIBIT A**

United States Bankruptcy Court for the Northern District of Iowa
Mercy Hospital, Iowa City, Iowa
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

Electronic Filing
To submit your form online please go to https://epiqworkflow.com/cases/MCO

Name of Debtor:

Case Number:

| | Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below. | For Court Use Only |
|---|---|---|

# Proof of Claim (Official Form 410)                                    04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503. Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2.   Has this claim been acquired from someone else?**   ☐ No   ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) | **4. Does this claim amend one already filed?** |
|---|---|---|
| _____ Name | _____ Name | ☐ No<br><br>☐ Yes.   Claim number on court claims register (if known) _____<br><br>Filed on _____<br>MM  / DD  / YYYY |
| _____ Number     Street | _____ Number     Street | **5.  Do you know if anyone else has filed a proof of claim for this claim?** |
| _____ City                State        ZIP Code | _____ City                State        ZIP Code | ☐ No |
| Country (if International): _____ | Country (if International): _____ | ☐ Yes.  Who made the earlier filing? |
| Contact phone: _____ | Contact phone: _____ | _____ |
| Contact email: _____ | Contact email: _____ | |

## Part 2:   Give Information About the Claim as of the Date the Case Was Filed

| **6. Do you have any number you use to identify the debtor?** | **7. How much is the claim?** | **8. What is the basis of the claim?** |
|---|---|---|
| ☐ No<br><br>☐ Yes.<br>Last 4 digits of the debtor's account or any number you use to identify the debtor:<br><br>____ ____ ____ ____ | $_____.<br><br>**Does this amount include interest or other charges?**<br><br>☐ No<br><br>☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.  Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).  Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other.  Describe: _____

_____

**Basis for perfection:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                             $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any
default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)      _____%

                                ☐ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes.  **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes.  Identify the property:

_____

**12.  Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☐ Yes.  *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other.  Specify subsection of 11 U.S.C. § 507 (a)(___) that applies.

*  Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13.  Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes.  **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it.  FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____    _____
                        MM / DD / YYYY          Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
            First name              Middle name              Last name

Title    _____

Company _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
            Number          Street

        _____
            City                              State          ZIP Code

Contact Phone _____    Email _____

# Instructions for Proof of Claim

United States Bankruptcy Court

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**
- **Fill in the caption at the top of the form.** The full list of debtors is provided under the general information section on the Claims Agent's website:
  https://dm.epiq11.com/mercyhospital
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.)
  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt.  If such documentation is voluminous, you may include a summary of such documentation; provided, that, upon the request for additional documentation, you shall be required to transmit such written documentation no later than five (5) business days following the date of such request. If such documentation is unavailable, provide an explanation as to why such documentation is unavailable. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.  Leave out or redact confidential information both in the claim and in the attached documents.**
- A *Proof of Claim* and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.  See Bankruptcy Rule 9037.
- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.**  For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State).*  See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed
To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website https://dm.epiq11.com/mercyhospital to view your filed form under "Claims."

## Where to Send Proof of Claim Form

**First-Class Mail:**
**Mercy Hospital, Iowa City, Iowa**
**Claims Processing Center**
**c/o Epiq Corporate Restructuring, LLC**
**P.O. Box 4420**
**Beaverton, OR 97076-4420**

**Hand Delivery or Overnight Mail:**
**Mercy Hospital, Iowa City, Iowa**
**Claims Processing Center**
**c/o Epiq Corporate Restructuring, LLC**
**10300 SW Allen Blvd.**
**Beaverton, OR 97005**

**Electronic Filing:**
**By accessing the E-filing Claims link at**
https://dm.epiq11.com/mercyhospital

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.  11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.  11 U.S.C. §101 (5).  A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy.  11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim.  A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

Do not file these instructions with your form.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| J&K PMS INC | ATTN: KELLY MITCHEK, VICE PRESIDENT 6737 BRENTWOOD STAIR ROAD, STE 220 FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count  15**

**EXHIBIT C**

# MERCY IOWA CITY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDERMAN, SCOTT | ADDRESS ON FILE |
| ALLEN, BRYAN, MD | UIHC - DEPT OF RAD ONC 200 HAWKINS DR IOWA CITY IA 52242 |
| ANDERSON, CARRYN, MD | UIHC - DEPT OF RAD ONC 200 HAWKINS DR IOWA CITY IA 52242 |
| ATRE STRAND, DEEPTA, S., MD. | ADDRESS ON FILE |
| BARTON, ANDREA | ADDRESS ON FILE |
| BROWNE, JERRY MD | ADDRESS ON FILE |
| BUATTI, JOHN, MD | ADDRESS ON FILE |
| BURNHAM-WING, SARA, DO | ADDRESS ON FILE |
| CASTER, JOSEPH, MD | ADDRESS ON FILE |
| CHRISTAKOS, ERIN, MMS, PA-C | ADDRESS ON FILE |
| CONWAY, TODD | ADDRESS ON FILE |
| FLORYANOVICH, ANNA A | ADDRESS ON FILE |
| FRANK, FREDERICK M, DO | ADDRESS ON FILE |
| FRECH, G CHRISTOPHER | ADDRESS ON FILE |
| FROMM, DANIEL | ADDRESS ON FILE |
| GIESWEIN, KIRK R, MD | ADDRESS ON FILE |
| HAJDU, MICHAEL, A., MD. | ADDRESS ON FILE |
| HELMKAMP, KIMBERLY, MD | ADDRESS ON FILE |
| IZAKOVIC, MARTIN, MD | ADDRESS ON FILE |
| KERSEVICH, SARAH | ADDRESS ON FILE |
| KHAYAL, HOSAM, MD | ADDRESS ON FILE |
| KLEIN, HANNAH, MD | ADDRESS ON FILE |
| LOVE, ROBERT W, MD | ADDRESS ON FILE |

**Total Creditor count  23**

**EXHIBIT D**

MERCY IOWA CITY

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MAGINOT, JONATHAN M, PA-C | ADDRESS ON FILE |
| MEHEGAN, JOHN, P., MD. | ADDRESS ON FILE |
| MENTIAS, AMAGAD, MD | ADDRESS ON FILE |
| MERCY OF IOWA CITY REGIONAL PHO | ATTN HODGE M CARTER 625 S GILBERT ST, STE 2 IOWA CITY IA 52240 |
| MORENO LOPEZ, JOSE ANDRES, MD | ADDRESS ON FILE |
| MURPHY, BRIAN, ARNP | ADDRESS ON FILE |
| OSENI, ABDULLAHI O, MD | ADDRESS ON FILE |
| PERLOV, MIKHAIL, MD | ADDRESS ON FILE |
| PULMONARY ASSOCIATES LLC & SLEEP | DISORDERS CENTER ATTN CEO 105 BRIARCLIFF RD, STE B WARNER ROBINS GA 31088 |
| SASA, IKAMI, ARNP | ADDRESS ON FILE |
| SHEPARD, JAMI, L., MD. | ADDRESS ON FILE |
| SHIVAPOUR, EZZATOLLAH TORAGE, MD | ADDRESS ON FILE |
| STENBERG, ERIC J, DO | ADDRESS ON FILE |
| SUN, WENQING, MD | ADDRESS ON FILE |
| SYATA, JAN, M., PAC. | ADDRESS ON FILE |
| WAGNER, KELSEY LEE, MD | ADDRESS ON FILE |
| WALKER, KRISTEN, DO | ADDRESS ON FILE |
| WATKINS, JOHN, MD | ADDRESS ON FILE |
| WHALEN, NAOMI S | ADDRESS ON FILE |
| WING, DANIEL | ADDRESS ON FILE |

**Total Creditor count  20**

**EXHIBIT E**

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANDREWS, KAHLIL, MD | ADDRESS ON FILE |
| BECKER, RACHEL, ARNP | ADDRESS ON FILE |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | D/B/A IOWA HEART 540 E JEFFERSON ST, #400 IOWA CITY IA 52245 |
| CUTLER, DARRON P, DO | ADDRESS ON FILE |
| JAMES, ZHENBO LI, PA-C | ADDRESS ON FILE |
| KOENIG, CHARLOTTE, MD | ADDRESS ON FILE |
| MACDONALD, CLARE, ARNP | ADDRESS ON FILE |
| MAGINOT, JONATHAN M, PA-C | ADDRESS ON FILE |
| MORGAN, JACKIE K, ARNP FNP BC | ADDRESS ON FILE |
| NYUNT, SOE, MD. | ADDRESS ON FILE |
| SYATA, JAN, M., PAC. | ADDRESS ON FILE |
| TORRES Y TORRES, HUGO, PA-C | ADDRESS ON FILE |

**Total Creditor count  12**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| 3M COMPANY | 575 W MURRAY BOULEVARD MURRAY UT 84123-4611 |
| AAA MECHANICAL CONTRACTORS INC | 2755 STONER CT NORTH LIBERTY IA 52317 |
| ABIOMED INC | 22 CHERRY HILL DRIVE DANVERS MA 01923 |
| ADP INC | ATTN LEGAL DEPT 5800 WINDWARD PKWY ALPHARETTA GA 30005 |
| ADVANCED BUSINESS SOLUTIONS INC | ATTN SHAWN PRICE 1745 PAYNE ST LOUISVILLE KY 40206 |
| ADVANCED BUSINESS SOLUTIONS, INC | 1745 PAYNE ST LOUISVILLE KY 40206 |
| ALERUS FINANCIAL NA | ATTN FEE PROCESSING PO BOX 64535 ST PAUL MN 55164-0535 |
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| ALTERA DIGITAL HEALTH INC | ATTN SCHUYLER G CARROLL 345 PARK AVE NEW YORK NY 10154 |
| AMERICAN COLLEGE OF CARDIOLOGY | FOUNDATION ATTN GENERAL COUNSEL 2400 N ST, NW WASHINGTON DC 20037 |
| APPLIED MEDICAL DISTRIBUTION CORP | 22872 AVENIDA EMPRESA RANCHO SANTA MARGARITA CA 92688 |
| ASSOCIATES IN MEDICAL PHYSICS LLC | 5288 TRANSPORTATION BLVD CLEVELAND OH 44125 |
| ATLAS LABS | 22 BATTERY ST 10TH FLOOR SAN FRANCISCO CA 94111 |
| ATTAINIA INC | 15333 N PIMA RD, #165 SCOTTSDALE AZ 85260 |
| AUCUTT, MATTHEW, DO | ADDRESS ON FILE |
| BESLER | 3 INDEPENDENCE WAY, STE 201 PRINCETON NJ 08540 |
| BILLION AUTOMOTIVE | 1600 HWY 1 WEST IOWA CITY IA 52246 |
| BILLION KIA IN IOWA CITY | 2845 MORMON TREK BLVD IOWA CITY IA 52246 |
| BLACKHAWK ROOF COMPANY INC | 619 E 19TH ST CEDAR FALLS IA 50613 |
| CADIENT LLC | PO BOX 746940 ATLANTA GA 30374-6940 |
| CALLWARE TECHNOLOGIES | ATTN RICH JEFFS 8871 S SANDY PKWY, STE 200 SANDY UT 84095 |
| CAPFINANCIAL PARTNERS LLC | D/B/A CAPTRUST FINANCIAL ADVISORS 4208 SIX FORKS RD, STE 1700 RALEIGH NC 27609 |
| CARDINAL HEALTH 108 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CARDINAL HEALTH 110 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CARDINAL HEALTH 112 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CARDINAL HEALTH 200 LLC | 7000 CARDINAL PL W CAMPUS, 1ST FL DUBLIN OH 41017 |
| CAREPORT HEALTH | 201 SOUTH ST, STE 501 BOSTON MA 02111 |
| CARING ENTERPRISES INC | 4505 WOODSONIA CT NW CEDAR RAPIDS IA 52405 |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | D/B/A IOWA HEART 540 E JEFFERSON ST, #400 IOWA CITY IA 52245 |
| CDW GOVERNMENT | 75 REMITTANCE DR, STE 1515 CHICAGO IL 60675 |
| CDW LOGISTICS INC | 200 N MILWAUKEE AVE VERNON HILLS IL 60061 |
| CDW-G LLC | 200 N MILWAUKEE AVE VERNON HILLS IL 60061 |
| CENTURYLINK | 1025 ELDORADO BLVD 42C MARGIN ASSURANCE MAILBOX BROOMFIELD CO 80021 |
| CERNER CORPORATION | 8779 HILLCREST RD KANSAS CITY MO 64138-2700 |
| CERNER TECHNOLOGIES | 51 VALLEY STREAM PKWY MALVERN PA 19355 |
| CHARTIS GROUP LLC, THE | 220 W KINZIE ST, 3RD FL CHICAGO IL 60654 |
| CHC MANAGEMENT SERVICES LLC | C/O KINDRED HEALTHCARE INC ATTN DOUGLAS CURNUTTE, SVP CORP DEV 680 S 4TH ST LOUISVILLE KY 40202 |
| CHESNOKOVA, IRYNA, MD | 1337 WILDCAT LN IOWA CITY IA 52246-7622 |
| CLARO GROUP LLC, THE | 3250 OCEAN PARK BLVD, STE 380 SANTA MONICA CA 90405 |
| COCHLEAR AMERICAS | 10350 PARK MEADOWS DR STE 100 LONE TREE CO 80124-6898 |
| GRAND LAKE HEALTH SYSTEMS | 200 ST CLAIR STREET ST MARYS OH 45885-2400 |

**Total Creditor count  41**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| COMMONSPIRIT HEALTH | ATTN MAILE BOND 444 W LAKE ST, STE 2500 CHICAGO IL 60606 |
| COMMUNICATIONS ENGINEERING COMPANY | 405 BOYSON RD HIAWATHA IA 52233 |
| COPY SYSTEMS INC | 250 12TH AVE, STE 240 CORALVILLE IA 52241 |
| CORLEY, ANTHONY | ADDRESS ON FILE |
| COVIDIEN SALES LLC | D/B/A GIVEN IMAGING 3555 KOGER BLVD, STE 200 DULUTH GA 30096 |
| COVIDIEN SALES LLC | ATTN: ED BRATZ 4642 COLLECTION CENTER DR CHICAGO IL 60693-0046 |
| CROSSROADS OPERATING COMPANY LLC | 400 E LOOP 250 N, STE 104 MIDLAND TX 79705 |
| CROWE LLP | PO BOX 71570 CHICAGO IL 60694-1570 |
| CRYOLIFE INC | ATTN SR VP, GLOBAL SALES & MARKETING 1655 ROBERTS BLVD NW KENNESAW GA 30144 |
| DATA INNOVATIONS INC | 120 KIMBELL AVE, STE 100 SOUTH BURLINGTON VT 05403 |
| DATA POWER TECHNOLOGY GROUP | 3041 JUSTIN DR DES MOINES IA 50322 |
| DEACON SPORTS & ENTERTAINMENT US INC | D/B/A IOWA HEARTLANDERS 802 QUARRY RD CORALVILLE IA 52244 |
| DELL MARKETING LP | ONE DELL WAY MAIL STOP 8129 ROUND ROCK TX 78682 |
| DEPUY SYNTHES SALES INC | ATTN: JONELLE GAUGER 5972 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| DESIGN ENGINEERS PC | 8801 PRARIE VIEW LN SW, STE 200 CEDAR RAPIDS IA 52404 4850 |
| DFM TECHNOLOGIES INC | ATTN PRESIDENT 6000 DOUGLAS AVE DES MOINES IA 50322 |
| DILIGENT CORPORATION | 1111 19TH ST NW, 9TH FL WASHINGTON DC 20036 |
| DINSMORE & SHOHL LLP | 1001 LAKESIDE AVE, STE 990 NORTH POINT TOWER CLEVELAND OH 44114 |
| DODGE STREET TIRE & AUTO INC | 605 N DODGE ST IOWA CITY IA 52245 |
| DORSEY & WHITNEY LLP | 801 GRAN AVE, STE 4100 DES MOINES IA 50309-8002 |
| E-VOLVE HEALTH ADVISORS | 751 VIRGINIA CIRCLE ATLANTA GA 30306 |
| EASTVOLD, JOSHUA S, MD | ADDRESS ON FILE |
| EDWARDS LIFESCIENCES LLC | ATTN: KATHLEEN STAHL 23146 NETWORK PLACE CHICAGO IL 60673-1231 |
| ELSEVIER INC | ATTN CLIENT SOLUTIONS 1600 JOHN F KENNEDY BLVD, STE 1800 PHILADELPHIA PA 19103-2899 |
| EMERSON POINT LIMITED PARTNERSHIP | KAREN LOWMAN PO BOX 1226 IOWA CITY IA 52244-1226 |
| ENABLING TECHNOLOGIES CORP | 10429 PUCCINI LN ELLICOTT CITY MD 21042-2831 |
| ENCOMPASS IOWA LLC | 1229 1ST AVE SE CEDAR RAPIDS IA 52402 |
| ENOVATE MEDICAL LLC | PO BOX 638807 CINCINNATI OH 45263-8807 |
| EV3 MICROVENA CORP | 4600 NATHAN LN N PLYMOUTH MN 55442 |
| EXECUTIVE HEALTH RESOURCES INC | ATTN CHIEF ADMIN OFFICER 15 CAMPUS BLVD, STE 200 NEWTOWN SQUARE PA 19073 |
| EYE PHYSICIANS AND SURGEONS LLP | 2629 NORTHGATE DR IOWA CITY IA 52245 |
| GASKILL SIGNS INC | 11 ARBURY DRIVE IOWA CITY IA 52246 |
| GAZETTE COMMUNICATIONS INC. | 500 3RD AVENUE SE ATTN: SUBSCRIPTION SERVICES CEDAR RAPIDS IA 52401-1608 |
| GE HEALTHCARE | 500 W MONROE ST, STE 2100 CHICAGO IL 60661-3655 |
| GE PRECISION HEALTHCARE LLC | ATTN GENERAL COUNSEL 9900 INNOVATION DR WAUWATOSA WI 53226 |
| GENESIS HEALTH SYSTEM | 1227 E RUSHOLME ST DAVENPORT IA 52803-2459 |
| GETINGE USA SALES LLC | 1 GEOFFREY WY WAYNE NJ 07470 |
| GRAINGER INDUSTRIAL SUPPLY | 1657 SHERMER RD NORTHBROOK IL 60062 5362 |
| HALOGEN SOFTWARE INC | ATTN CHIEF FINANCIAL OFFICER 495 MARCH RD, STE 500 KANATA ON K2K 3G1 CANADA |
| HARMONY HEALTHCARE LLC | 442 W KENNEDY BLVD STE 280 TAMPA FL 33606-1464 |
| HAWKEYE CARPET & VINYL INC | 1841 S GILBERT ST IOWA CITY IA 52240 |
| HEALTH CARE FUTURES LLC | 4530 W 77TH ST, STE 305 EDINA MN 55435 |
| HEALTH CAROUSEL LOCUM NETWORK LLC | 4000 SMITH RD STE 410 CINCINNATI OH 45209-1967 |
| HEALTH CROUSEL LLC | 4000 SMITH RD STE 410 CINCINNATI OH 45209-1967 |
| HEALTHCARE BUSINESS INSIGHTS | C/O DECISION RESOURCES INC ATTN JON HEILMAN 800 DISTRICT AVE, STE 600 BURLINGTON MA 01803 |
| HEALTHSMART | 2400 CABOT DR SUITE 300 LISLE IL 60532 |
| HOSPITAL ALLIANCE FOR PREPARDNESS IN | EASTERN IOWA 1227 E RUSHOLME ST DAVENPORT IA 52803 |

| Claim Name | Address Information |
|---|---|
| HYUNDAI LEASE TITLING TRUST | 2975 BRECKINRIDGE BLVD DULUTH GA 30096 |
| IMETHODS LLC | 4230 SOUTHPOINT PKWY S JACKSONVILLE FL 32216-0967 |
| INDEED INC | PO BOX 660367 MAIL CODE 5160 DALLAS TX 75266-0367 |
| INFOR (US) LLC | 13560 MORRIS RD STE 4100 ALPHARETTA GA 30004-8995 |
| INNOVO ADVISORS LLC | 6605 PARKWOOD RD EDINA MN 55436 |
| INSIGHT HEALTH PARTNERS LLC | ATTN BRETT TURNER, PRINCIPAL 830 W ROUTE 22, STE 224 LAKE ZURICH IL 60047 |
| INTERLACE HEALTH LLC | 13421 MANCHESTER RD, STE 208 SAINT LOUIS MO 63131 |
| INTUITIVE SURGICAL INC | 950 KIFER ROAD ATTN: GARY S. GUTHART, PH.D SUNNYVALE CA 94086 |
| IOWA CITY HOSPICE | ATTN EXEC DIR 1025 WADE ST IOWA CITY IA 52240 |
| IOWA DEPARTMENT OF PUBLIC HEALTH | LUCAS STATE OFFICE BUILDING 321 E 12TH ST DES MOINES IA 50319 |
| IOWA DEPT OF HUMAN SVCS | DIVISION OF MEDICAL SVCS ATTN ROSE BOCCELLA HOOVER STATE OFFICE BLDG, 5TH FL DES MOINES IA 50319-0114 |
| IOWA FOUNDATION FOR MEDICAL CARE | ATTN REBECCA HEMANN, VP GOV QUALITY IMPREVEMENT PROGRAMS 6000 WESTOWN PKWY, STE 350E WEST DES MOINES IA 50266-7771 |
| IOWA HEALTH INFORMATION NETWORK IHIN | IOWA DEPARTMENT OF PUBLIC HEALTH 321 E 12TH ST DES MONIES IA 50319 |
| JC CHRISTENSEN & ASSOCIATES INC | ATTN CHARLES K ENGEBRETSON, EXEC VP & CFO 200 14TH AVE E SARTELL MN 56377 |
| JOBOT HEALTH LLC | 3101 W COAST HWY NEWPORT BEACH CA 92663 |
| JOINT COMISSION RESOURCES INC | ATTN GENERAL COUNSEL 1515 W 22ND ST, STE 1300W OAKBROOK IL 60523 |
| KEOKUK COUNTY HEALTH CENTER | 23019 IOWA 149 SIGOURNEY IA 52591-1194 |
| KONICA MINOLTA | 411 NEWARK POMPTON TPKE WAYNE NJ 07470 |
| LIFE ASSIST USA | 2210 PINEHURST DR MIDDLETON WI 53562 |
| LIFELINE SYSTEMS COMPANY | 200 DONALD LYNCH BLVD STE 300 MARLBOROUGH MA 01752-4816 |
| LIGHTEDGE SOLUTIONS INC | ATTN CONTRACT MANAGEMENT 666 WALNUT ST, STE 1900 DES MONIES IA 50309 |

**Total Creditor count  68**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| LIGHTEDGE SOLUTIONS INC | ATTN CONTRACT MANAGEMENT 666 WALNUT ST, STE 1900 DES MONIES IA 50309 |
| LINN COUNTY PUBLIC HEALTH | ATTN PRAMOD DWIVEDI, DIR 501 13TH ST NW CEDAR RAPIDS IA 52405 3700 |
| LISA GRISWOLD CONSULTING | 101 23RD ST FORT MADISON IA 52627 |
| LOCUM LIFE LTD | PO BOX 606 BURLINGTON IA 52601 |
| LVM SYSTEMS INC | 4262 E FLORIAN AVE MESA AZ 85206 |
| MANAGEMENT SOLUTIONS GROUP | ATTN PRESIDENT 701 BRICKELL AVE, STE 1550 MIAMI FL 33131 |
| MARTINVILLE DUNN LLC | ATTN JEFF ROONEY PO BOX 180192 CHICAGO IL 60618 |
| MAXIM HEALTHCARE SERVICES INC | D/B/A MAXIM HEALTH INFORMATION SERVICES 2 SUMMIT PARK DR, STE 410 INDEPENDENCE OH 44131 |
| MC ANALYTXS INC | 3535 BRIARPARK SUITE 109 HOUSTON TX 77042 |
| MCC TELEPHONY OF IOWA LLC | ATTN LEGAL DEPT & NANCY TOM 1 MEDIACOM WAY MEDIACOM PARK NY 10918 |
| MCCOMAS LACINA CONSTRUCTION INC | ATTN SCOTT WILEY, VP 1310 HIGHLAND CT IOWA CITY IA 52240 |
| MCKESSON INFORMATION SOLUTIONS INC | 700 LOCUST ST, STE 100 DUBUQUE IA 52001 |
| MCKESSON TECHNOLOGIES INC | ATTN GENERAL COUNSEL 5995 WINDWARD PKWY ALPHARETTA GA 30005 |
| MD BUYLINE INC | 2711 N HAKELL AVE, STE 1450 DALLAS TX 75204 |
| MEDICAL INFORMATION TECHNOLOGY INC | D/B/A MEDITECH ATTN HELEN WATERS, EXEC VP MEDITECH CIR WESTWOOD MA 02090 |
| MEDICAL PHYSICS LLC | 5284 TRANSPORTATION BLVD CLEVELAND OH 44125 |
| MEDIPINES CORPORATION | 22815 SAVI RANCH PKWY , STE E YORBA LINDA CA 92887 |
| MELLINIUM SOLUTIONS GROUP INTERNATIONAL | INC ATTN PRESIDENT 701 BRICKELL AVE, STE 1550 MIAMI FL 33131 |
| MERCY COLLEGE OF HEALTH SCIENCES | 928 6TH AVE DES MOINES IA 50309 |
| MERCY MEDICAL CENTER CEDAR RAPIDS IOWA | 701 10TH ST SE CEDAR RAPIDS IA 52403 |
| MERCY OF IOWA CITY REGIONAL PHO | ATTN HODGE M CARTER 625 S GILBERT ST, STE 2 IOWA CITY IA 52240 |
| MERCY SPECIALTY CLINICS-CARDIO SURGERY | ATTN JAMES NIELSEN, MD 540 E JEFFERSON ST, STE 401 IOWA CITY IA 52245-2477 |
| MICROMEDEX INC | ATTN CONTRACT ADMINISTRATOR 6200 S SYRACUSE WAY, STE 300 ENGLEWOOD CO 80111-4740 |
| MPLT HEALTHCARE LLC | 3701 FAU BLVD, STE 300 BOCA RATON FL 33431 |
| MS PROJECT PROS | 1400 PRESTON RD STE 400 PLANO TX 75093 |
| NATIONAL DISASTER MEDICAL SYSTEM, THE | 200 INDEPENDENCE AVE WASHINGTON DC 20201 |
| NIELSEN, JAMES, MD | ADDRESS ON FILE |
| NMA MEDICAL PHYSICS CONSULTATION | D/B/A MALLINCKRODT MEDICAL, INC 4100N ELSTON AVE CHICAGO IL 60618 |
| NORTHWEST MECHANICAL INC | 5885 TREMONT AVENUE PO BOX 2708 DAVENPORT IA 52809 |
| OLYMPUS FINANCIAL SERVICES | 3500 CORPORATE PKWY PO BOX 610 CENTER VALLEY PA 18034 |
| OMNIUM WORLDWIDE INC | D/B/A ADVANTAGE RECIEVABLE SOLUTIONS |
| ONENECK IT SOLUTIONS LLC | PO BOX 857950 MINNEAPOLIS MN 55485-7950 |
| OUTCOME SCIENCES INC | 25 THOMSON PL STE 5 BOSTON MA 02210-1241 |
| OUTCOME SCIENCES LLC | 25 THOMSON PL STE 5 BOSTON MA 02210-1241 |
| OWENS & MINOR DISTRIBUTION INC | ATTN GENERAL COUNSEL 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| PHILIPS IMAGE GUIDED THERAPY CORPORATION | 3727 VALLEY CENTRE DR, STE 500 SAN DIEGO CA 92130 |
| PLOEGER RECRUITING SERVICES | 420 IOWA ST BURLINGTON IA 52601 |
| PREFERRED HEALTH CHOICES LLC | 1605 ASSOCIATES DR, STE 101 DUBUQUE IA 52002 |
| PREMIER PURCHASING PARTNERS LP | 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| PROCIRCULAR INC | 2451 OAKDALE BLVD CORALVILLE IA 52241 |
| PROFESSIONAL MEDICAL SERVICES | 6737 BRENTWOOD STAIR RD, STE 200 FORT WORTH TX 76112 |
| PSYCHE SYSTEMS CORPORATION | ATTN PRESIDENT 321 FORTUNE BLVD MILFORD MA 01757 |
| QUEST STAFFING GROUP INC, THE | D/B/A QUEST STAFFING (QUEST) 9300 WADE BLVD, STE 320 FRISCO TX 75035 |
| QUVA PHARME INC | DEPT 0142 PO BOX 120142 DALLAS TX 75312-0142 |
| QWEST | PO BOX 91154 SEATTLE WA 98111-9254 |
| RADIOLOGIC MEDICAL SERVICES PC | C/O BROWNWINICK LAW FIRM ATTN MIRANDA L HUGHES 666 GRAND AVE, STE 2000 DES MOINES IA 50309 |

| Claim Name | Address Information |
|---|---|
| RADIOLOGIC MEDICAL SERVICES PC | ATTN CARRIE COLE 2769 HEARTLAND DR, #105 CORALVILLE IA 52241 |
| RDG PLANNING & DESIGN | 301 GRAND AVE DES MOINES IA 50309 |
| REACH FOR YOUR POTENTIAL | 1705 1ST AVENUE IOWA CITY IA 52240 |
| REVENUE CYCLE CODING STRATEGIES | PO BOX 676583 DALLAS TX 75267 |
| RMS SOLUTIONS | ATTN PRESIDENT & CONSULTING ACTUARY 736 NW AVE, #233 LAKE FOREST IL 60045 |
| ROCHE DIAGNOSTICS CORPORATION | 9115 HAGUE RD PO BOX 50457 INDIANAPOLIS IN 46250 |
| ROHRBACH ASSOCIATES PC | 325 E WASHINGTON ST, STE 400 PO BOX 2238 IOWA CITY IA 52244 |
| RQI PARTNERS, LLC | 7272 GREENVILLE AVE DALLAS TX 75231 |
| RURAL HEALTH AND SAFETY CLINIC OF | JOHNSON COUNTY D/B/A RURAL HEALTH AND SAFETY OF EASTERN IOWA |
| SEXTON GROUP LLC, THE | 1918 WAKE FOREST DR DEER PARK TX 77536 |
| SIPS CONSULTS | 4011 SHILLING WAY DALLAS TX 75237 |
| SPENDMEND LLC | 946 52ND ST SE GRAND RAPIDS MI 49506 |
| STAFF RELIEF INC | 1411 DUTCH VALLEY PL, NE ATLANTA GA 30324 |

**Total Creditor count  59**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| STERIS CORPORATION | 5960 HEISLEY RD MENTOR OH 44060-1834 |
| STRATEGIC HEALTHCARE PROGRAMS LLC | PO BOX 101019 ATLANTA GA 30392-1019 |
| STRELCHECK HEALTHCARE SEARCH | W3625 WASHINGTON DR LAKE GENEVA WI 53147-2923 |
| STRYKER MEDICAL | C/O STRYKER SALES CORP. PO BOX 93308 CHICAGO IL 60673-3308 |
| STRYKER SALES CORP | 2451 OAKDALE BLVD CORALVILLE IA 52241 |
| STRYKER SALES LLC | 21343 NETWORK PLACE CHICAGO IL 60673-1213 |
| SURGICAL SERVICES PC | 510 E BLOOMINGTON ST IOWA CITY IA 52245 |
| SYMMEDRX HEALTHCARE SOLUTIONS | ATTN ACCOUNTS RECEIVABLE 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| SYNCHRONY EMPLOYEE ASSISTANCE PROGRAM | 438 SOUTHGATE AVE IOWA CITY IA 52240 |
| TOWERHUNTER INC | 7047 E GREENWAY PKWY 250 SCOTTSDALE AZ 85254 |
| TRAVELERS HAVEN | 950 S CHERRY ST, STE 1000 DENVER CO 80246 |
| TRIAGE CONSULTING GROUP | 1100 PEACHTREE ST NE STE 1900 ATLANTA GA 30309-4942 |
| TRINITY HEALTH CORPORATION | 20555 VICTOR PKWY LIVONIA MI 48152 |
| TYCO HEALTHCARE GROUP LP | D/B/A COVIDIEN |
| UNIVERSITY OF IOWA CARVER COLLEGE | OF MEDICINE, THE CARVER COLLEGE OF MEDICINE 100 MEDICINE ADM BLDG IOWA CITY IA 52242-1101 |
| UNIVERSITY OF IOWA COLLEGE OF NURSING | 50 NEWTON ROAD IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA SCHOOL | OF SOCIAL WORK, THE 308 NORTH HALL IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA, IOWA CITY, IOWA, THE | ATTN LOU ANN MONTGOMERY, NURSING ADMIN 200 HAWKINS DR, RM W431-H GH IOWA CITY IA 52242 |
| UNIVERSITY OF IOWA, THE | ATTN DEAN DONALD LETENDRE 180 S GRAND AVE 310 COLLEGE OF PHARMACY BLDG IOWA CITY IA 52242 |
| UPPER MIDWEST CONSOLIDATED SERVICES | CENTER LLC ATTN VP GENERAL MGR 7601 FRANCE AVE SOUTH, STE 500 EDINA MN 55345 |
| UROLOGIC PROPERTIES LLC | ATTN BOB MICHAEL ATTY 1402 WILLOW CREET CT PO BOX 1757 IOWA CITY IA 52244-4237 |
| US WEST COMMUNICATIONS INC | 931 14TH ST, STE 1000B DENVER CO 80202-2994 |
| US WEST INTERPRISE | PO BOX 3400 OMAHA NE 68103 |
| VALUED RELATIONSHIPS INC | ATTN: BILLING FOR LIFE ASSIST 1400 COMMERCE CENTER DR FRANKLIN OH 45005 |
| VELOCITYEHS | 222 MERCHANDISE MART PLAZA, STE 1750 CHICAGO IL 60654 |
| VIZIENT INC | ATTN LEGAL DEPARTMENT 290 E JOHN CARPENTER FRWY, 7TH FLOOR IRVING TX 75062-2710 |
| WAHLSCRIBE LLC | ATTN BRENT SPURGIN, PRESIDENT 2711 GRAND AVE DES MOINES IA 50312 |
| WAHLTEK INC | ATTN BRENT SPURGIN, PRESIDENT 2711 GRAND AVENUE DES MOINES IA 50312 |
| WASHINGTON COUNTY HOSPITAL & CLINICS | ATTN CEO 400 E POLK ST WASHINGTON IA 52353 |
| WEATHERBY LOCUMS INC | 6451 N FEDERAL HWY, STE700 FORT LAUDERDALE FL 33308 |
| WEATHERPROOFING TECHNOLOGIES INC | 3735 GREEN RD BEACHWOOD OH 44122 |
| WELLNESS NETWORK, THE | 11350 MCCORMICK RD HUNT VALLEY MD 21031-1002 |
| WELLSOURCE | 7110 SW FIR LOOP STE 123 PORTLAND OR 97223-8094 |
| WISNOUSKY, BRADFORD CHARLES, DO | 8420 WRIGHT BROTHERS BLVD SW FAIRFAX IA 52228 |
| XEROX | PO BOX 936777 ATLANTA GA 31193-6777 |
| XTEND HEALTH CARE LLC | 90 VOLUNTEER DR, STE 150 HENDERSONVILLE TN 37075 |
| ZIMMER US INC | ATTN GENERAL COUNSEL 345 E MAIN ST WARSAW IL 46580 |

**Total Creditor count  37**

**EXHIBIT J**

Mercy Iowa City
Service List

| Claim Name | Address Information |
|---|---|
| AMGA GROUP | ONE PRINCE ST ALEXANDRIA VA 22314-3318 |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | D/B/A IOWA HEART 540 E JEFFERSON ST, #400 IOWA CITY IA 52245 |
| COLLERAN, ERICA, MD | C/O PHELAN TUCKER LAW LLP ATTN THOMAS H GELMAN 321 E MARKET ST, PO BOX 2150 IOWA CITY IA 52244 |
| DELL MARKETING LP | ONE DELL WAY MAIL STOP 8129 ROUND ROCK TX 78682 |
| ELEKTA INC | 100 MATHILDA PL SUNNYVALE CA 94086 |
| FOREFRONT MANAGEMENT LLC | ATTN JOEL DALINKA, GEN COUNSEL 801 YORK ST MANITOWOC WI 54220 |
| FORT MADISON COMMUNITY HOSPITAL | 335 BRENTWOOD DR NE CEDAR RAPIDS IA 52402 |
| HAWKEYE CARPET & VINYL INC | 1841 S GILBERT ST IOWA CITY IA 52240 |
| HENRY COUNTY HEALTH CENTER | 407 S WHITE ST MOUNT PLEASANT IA 52641 |
| JEFFERSON COUNTY HEALTH CENTER | ACCOUNTS RECEIVABLE-PEGGY 2000 S MAIN STREET PO BOX 588 FAIRFIELD IA 52556 |
| LANTERN PARK NURSING & REHAB CENTER | 2200 OAKDALE RD CORALVILLE IA 52241 |
| LYNCG BROS PAINTING/CARPENTRY | 5 ARBOR CIR IOWA CITY IA 52245 |
| MEARDON CONSULTING LLC | ATTN AIMEE MEARDON-ORRIS, MGR 4849 DRYDEN CT IOWA CITY IA 52242-9252 |
| MERGE HEALTHCARE | 900 WALNUT RIDGE DR HARTLAND WI 53029 |
| MHN ACO LLC | D/B/A MERCYONE ACO IV LLC 1449 NW 128TH ST, STE 110 BOX 7 CLIVE IA 50325 |
| MRO EXPRESS | 6538 WALNUT POINT WAY LIBERTY TWP OH 45011-8593 |
| RADIOLOGIC MEDICAL SERVICES PC | ATTN PRESIDENT 2769 HEARTLAND DR, STE 307 CORALVILLE IA 52241 |
| STRATEGIC PRINT SOLUTIONS - HIAWATHA | 1420 STAMY RD HIAWATHA IA 52233 |

**Total Creditor count  18**

**EXHIBIT K**

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| ALTERA DIGITAL HEALTH, INC. | Kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | Nicholas.Marten@afslaw.com; Matthew.Prewitt@afslaw.com; Beth.Brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | Lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BELIN McCORMICK, P.C. | mrreck@belinmccormick.com; cjessen@belinmccormick.com |
| BIOMERIEUX  INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com; jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com; |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| FOLEY & LARDNER LLP | egreen@foley.com; jake.gordon@foley.com |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |
| HEIDMAN LAW FIRM PLLC | Jessica.Board@heidmanlaw.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com;<br>bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com;<br>eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| KOLEY JESSEN P.C., | Kristin.Krueger@koleyjessen.com |
| LOEB & LOEB LLP | scarroll@loeb.com;<br>nweingarten@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | Jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com;<br>contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com;<br>nfcoco@mintz.com;<br>MPreusker@mintz.com;<br>KRWalsh@mintz.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com;<br>dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov;<br>janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA  INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |

MERCY HOSPITAL, IOWA CITY, IOWA, Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com; |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; bgn@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov; Marty.Mclaughlin@usdoj.gov |
| UNITED STATES TRUSTEE | Claire.R.Davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US  INC | legal.americas@zimmerbiomet.com |