**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 04/19/2024 at 4:00 p.m. (CT)** |
| | ) | |

**SUMMARY OF SIXTH MONTHLY FEE APPLICATION OF FTI
CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024</u>**

| | |
|---|---|
| Name of applicant: | **FTI Consulting, Inc.** |
| Authorized to provide professional services to: | **Official Committee of Unsecured Creditors** |
| Date of retention: | **August 21, 2023** |
| Date of order authorizing retention: | **October 12, 2023, Docket No. 356** |
| Period for which compensation and reimbursement is sought: | **February 1, 2024 through February 29, 2024** |
| Amount of compensation sought as actual, reasonable and necessary: | **$48,020.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| This is a: | **Sixth Monthly Application** |

# SUMMARY OF FTI APPLICATIONS FOR COMPENSATION

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees & Expenses |
|---|---|---|---|---|---|
| First Month | 11/09/23 | 08/21/23 - 09/30/23 | $111,776.00 (80% of total) | $0.00 (100% of total) | $111,776.00 |
| Second Month | 12/15/23 | 10/01/23 – 10/31/23 | $67,424.00 (80% of total) | $2,576.39 (100% of total) | $61,572.39 (70% of total) |
| Third Month | 03/06/24 | 11/01/23 – 11/30/23 | $78,792.00 (70% of total) | $0.00 (100% of total) | $78,792.00 (70% of total) |
| Fourth Month | 03/06/24 | 12/01/23 – 12/31/23 | $39,592.00 (70% of total) | $0.00 (100% of total) | $39,592.00 (70% of total) |
| Fifth Month | 03/06/24 | 01/01/24 – 01/31/24 | $40,327.00 (70% of total) | $0.00 (100% of total) | $40,327.00 (70% of total) |
| Sixth Month | N/A | 02/01/24 – 02/29/24 | $33,614.00 (70% of total) | $0.00 (100% of total) | N/A |

**SUMMARY OF BILLING BY PROFESSIONALS**
**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,390 | 22.7 | $31,553.00 |
| Narendra Ganti | Managing Director | 1,035 | 17.5 | 18,112.50 |
| Jacob Park | Senior Consultant | 675 | 26.9 | 18,157.50 |
| Therese Borowy | Core Operations | 325 | 1.5 | 487.50 |
| **SUBTOTAL** | | | **68.6** | **$68,310.50** |
| Less: Voluntary Discount | | | | (20,290.50) |
| **GRAND TOTAL** | | | **68.6** | **$48,020.00** |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.4 | $3,619.00 |
| 2 | Cash & Liquidity Analysis | 12.7 | 15,698.00 |
| 6 | Asset Sales | 9.3 | 9,899.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 37.6 | 35,301.50 |
| 21 | General Meetings with Committee & Committee Counsel | 1.0 | 1,032.50 |
| 24 | Preparation of Fee Application | 4.1 | 2,242.50 |
| 27 | Insurance Issues | 0.5 | 517.50 |
| | **SUBTOTAL** | **68.6** | **$68,310.50** |
| | Less: Voluntary Discount | | (20,290.50) |
| | **GRAND TOTAL** | **68.6** | **$48,020.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 04/19/2024 at 4:00 p.m. (CT)** |
| | ) | |

**SIXTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR
THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

FTI Consulting, Inc. (the "Applicant" or "FTI"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Docket No. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from February 1, 2024 through February 29, 2024 (the "Application Period"), and respectfully represents as follows:

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

### A. The Chapter 11 Case

4. On August 7, 2023 (the "Petition Date"), Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (the "Debtors") commenced the Chapter 11 Case by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage its properties as debtors and debtors-in-possession pursuant to Bankruptcy Code section 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 case.

5. On August 15, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102(a) [Docket No. 107]. The Committee members are:

a) Altera Digital Health, Inc.;

b) J&K PMS, Inc.;

c) Medifis;

d) Steindler Orthopedic Clinic;

e) Cardinal Health

6. On September 1, 2023, the U.S. Trustee filed the Amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 180] appointing two additional Committee members:

a) MediRevv, Inc.;

b) Owens & Minor

7. Additional information regarding the Debtor and the Chapter 11 Case, including the Debtor's business operations, capital structure, financial condition, and the reasons for and

objectives of the Chapter 11 Case, is set forth in the *Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 27] (the "Toney Declaration").

**B.  The Retention of FTI**

8.      On September 14, 2023, the Committee applied to the Court [Docket No. 229] (the "FTI Application") for an order authorizing the Committee to retain and employ FTI as their financial advisor, effective as of August 21, 2023. On October 12, 2023, the Court entered an order authorizing such retention [Docket No. 356].

**C.  The Interim Compensation Order**

9.      On September 14, 2023, the Court entered the Interim Compensation Order[1], which sets the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Case. Specifically, the Interim Compensation Order provides that a Retained Professional may file and serve a Monthly Fee Application on or after the fifteenth (15th) day of each month following the month for which compensation is sought. Fourteen (14) days after the service of a Monthly Fee Application, the Debtor is authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the Monthly Fee Application that are not subject to an Objection.

10.      On December 28, 2023, The United States Trustee objected to the Second Monthly Fee Application (docketed as Third Application for Compensation) on various grounds, arguing that the Court should reduce the Second Monthly Fee Application by 30%, at [Docket No. 607] (the "Objection"). On February 20, 2024, FTI and the United States Trustee reached a compromise on the Objection, as follows:

(a)      FTI Consulting, Inc., is awarded 70% of the requested fees;

---

[1] Capitalized terms used but not defined shall have the meanings provided in the Interim Compensation Order.

(b)      FTI Consulting, Inc., and the United States Trustee reserve adjudication on the

remaining 30% at the time of a final fee application for FTI Consulting, Inc.

## RELIEF REQUESTED

11.      Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, FTI

is seeking compensation in the amount of $33,614.00, which is equal to seventy percent (70%) of

the $48,020.00 in fees for professional services rendered by FTI during the Application Period.

This amount is derived solely from the applicable hourly billing rates of FTI personnel who

rendered services to the Committee.

12.      There is no agreement or understanding between FTI and any other person, other

than members of FTI for sharing of any compensation to be received for services rendered in these

chapter 11 cases.

### A. Compensation Requested

13.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of

the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary

of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit

A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E**, respectively.

14.      FTI provided a wide array of legal services to the Committee. The services rendered

by FTI are summarized below, and are more fully described in the detailed time entries attached

to this Application as **Exhibit C**.

## VALUATION OF SERVICES

15.      Professionals and paraprofessionals of FTI have expended a total of 68.6 hours in

connection with this matter during the Application Period.

8

16.     The amount of time spent by each of the professionals providing services to the

Committee for the Application Period is set forth in **Exhibit A**. As discussed in the Application,

the rates reflected therein are FTI's normal hourly rates of compensation for work of this character.

17.     FTI believes that the time entries and expenses included in **Exhibit A** are in

compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

## DISCUSSION

18.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary
> services rendered by the . . . attorney and by any paraprofessional person . .
> . and . . . reimbursement for actual, necessary expenses. . . . In determining
> the amount of reasonable compensation to be awarded, the court shall
> consider the nature, the extent, and the value of such services, taking into
> account all relevant factors, including – (A) the time spent on such services;
> (B) the rates charged for such services; (C) whether the services were
> necessary to the administration of, or beneficial at the time at which the
> service was rendered toward the completion of, a case under [the
> Bankruptcy Code]; (D) whether the services were performed within a
> reasonable amount of time commensurate with the complexity, importance,
> and nature of the problem, issue, or task addressed; and (E) whether the
> compensation is reasonable, based on the customary compensation charged
> by comparably skilled practitioners in cases other than cases under this title

19.     The Eighth Circuit Court of Appeals has stated:

> "[Reasonable] [c]ompensation . . . presumably reflects (1) the
> novelty and complexity of the issues, (2) the special skill and
> experience of counsel, (3) the quality of representation, and (4) the
> results obtained."
>
> *P.A. Novelly v. Palans (In re Apex Oil Co.)*, 960 F.2d 728, 731–32 (8th Cir.
> 1992).

20.     In reviewing this Application, the Court should be guided by the Eighth Circuit's

instruction to ascertain whether such services were rendered and billed in accordance with the

established market for legal services in similar matters:

> Section 330 "is meant to encourage high standards of professional
> legal practice in the bankruptcy courts. . . . Bankruptcy courts must

consider whether the fee awards are commensurate with fees for
professional services in non-bankruptcy cases, thus providing
sufficient economic incentive to practice in bankruptcy courts."

*Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984); *see also In re Continental*

*Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992) ("[I]t is not the function of judges

in fee litigation to determine the equivalent of the medieval just price. It is so to determine what

the lawyer would receive if he was selling his services in the market rather than being paid by

court order.").

21.    This Application complies with the fee application requirements set forth in *In re*

*Pothoven*, 84 B.R. 579 (Bankr. S.D. Iowa 1988).  The exhibits to this Application list and describe

each activity, the date it was performed, the professionals or professional who performed the work,

the time spent on the work, and the individual's hourly rate. *Id.* at 584. Furthermore, time and each

task are broken down into tenths of an hour and individually recorded.  *See* **Exhibit A.**

22.    FTI's hourly rate of compensation for professionals and para-professionals during

the Application Period range from $325.00 to $1,390.00. These rates are comparable to rates

charged by other practitioners having the same amount of experience, expertise, and standing for

similar services in this jurisdiction.  FTI consistently and consciously made reasonable efforts to

represent the Committee in the most economical, efficiently, and practical manner possible.

23.    In accordance with the factors enumerated in Bankruptcy Code section 330, FTI

submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter

11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of

such services, and (e) the costs of comparable services other than in a case under this title.

24.    The fees charged by FTI in this case are billed in accordance with its existing billing

rates and procedures set forth in the FTI Application, in effect during the Application Period.

10

25.     FTI's rates for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates that FTI charges for services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

26.     FTI reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

**<u>NO PRIOR REQUEST</u>**

27.     No prior request for the relief sought in the Application has been made to this or any other court.

**WHEREFORE**, FTI respectfully requests that the Court enter an order: (i) awarding FTI allowance of (a) seventy percent (70%) of the fees for the Application Period in the amount of $33,614.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses FTI incurred during the Application Period in the amount of $0.00; (ii) authorizing and directing the Debtors to pay FTI $33,614.00, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

*[Remainder of page intentionally left blank]*

Dated: April 5, 2024          **FTI CONSULTING, INC.**

/s/ Cliff Zucker
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone:    (212) 841-9355
Email:        cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors*

Respectfully submitted,

/s/ Andrew Sherman
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza,
Newark, New Jersey 07102
Telephone:    (973) 643-7000
Facsimile:    (973) 643-6500
Email:        asherman@sillscummis.com
              bmankovetskiy@sillscummis.com

-and-

/s/ Robert C. Gainer
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    (515) 223-6600
Facsimile:    (515) 223-6787
Email:        rgainer@cutlerfirm.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this April 5, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Stephanie Newton*

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,390 | 22.7 | $31,553.00 |
| Narendra Ganti | Managing Director | 1,035 | 17.5 | 18,112.50 |
| Jacob Park | Senior Consultant | 675 | 26.9 | 18,157.50 |
| Therese Borowy | Core Operations | 325 | 1.5 | 487.50 |
| **SUBTOTAL** | | | **68.6** | **$68,310.50** |
| Less: Voluntary Discount | | | | (20,290.50) |
| **GRAND TOTAL** | | | **68.6** | **$48,020.00** |

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.4 | $3,619.00 |
| 2 | Cash & Liquidity Analysis | 12.7 | $15,698.00 |
| 6 | Asset Sales | 9.3 | $9,899.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 37.6 | $35,301.50 |
| 21 | General Meetings with Committee & Committee Counsel | 1.0 | $1,032.50 |
| 24 | Preparation of Fee Application | 4.1 | $2,242.50 |
| 27 | Insurance Issues | 0.5 | $517.50 |
| | **SUBTOTAL** | **68.6** | **$68,310.50** |
| | Less: Voluntary Discount | | (20,290.50) |
| | **GRAND TOTAL** | **68.6** | **$48,020.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/1/2024 | Clifford Zucker | 0.9 | Review and analysis of transition services agreement. |
| 1 | 2/12/2024 | Clifford Zucker | 0.3 | Review and analysis of budget/actual activity. |
| 1 | 2/23/2024 | Narendra Ganti | 0.5 | Review January 2024 operating report. |
| 1 | 2/28/2024 | Clifford Zucker | 0.4 | Review and analysis of A/R roll forward. |
| 1 | 2/29/2024 | Jacob Park | 1.3 | Review updated documents from ToneyKorf including AR and cash flows. |
| **1 Total** | | | **3.4** | |
| 2 | 2/1/2024 | Narendra Ganti | 0.5 | Review budget to actual for cash flow. |
| 2 | 2/1/2024 | Clifford Zucker | 0.4 | Review and analysis of revised cash flow analysis. |
| 2 | 2/2/2024 | Narendra Ganti | 0.3 | Review updated accounts receivable  analysis  for December 31, 2023. |
| 2 | 2/2/2024 | Clifford Zucker | 0.7 | Review and analysis of A/R roll forward. |
| 2 | 2/12/2024 | Narendra Ganti | 0.7 | Call with Toney Korf to discuss liquidity. |
| 2 | 2/12/2024 | Narendra Ganti | 0.5 | Review budget to actual for cash flow. |
| 2 | 2/12/2024 | Clifford Zucker | 0.5 | Call with Debtor on cash flows and term sheet proposal. |
| 2 | 2/12/2024 | Clifford Zucker | 0.7 | Review and analysis of waterfall comparison. |
| 2 | 2/12/2024 | Jacob Park | 0.5 | Call with TK on case updates. |
| 2 | 2/14/2024 | Narendra Ganti | 0.6 | Review updated A/R data for January 2024. |
| 2 | 2/14/2024 | Clifford Zucker | 0.5 | Review and analysis of pension fund report 1/24. |
| 2 | 2/14/2024 | Clifford Zucker | 0.5 | Review and analysis of 1/24 A/R aging. |
| 2 | 2/15/2024 | Narendra Ganti | 0.5 | Review budget to actual cash flow. |
| 2 | 2/15/2024 | Clifford Zucker | 0.5 | Review and analysis of A/P activity and agings. |
| 2 | 2/15/2024 | Clifford Zucker | 0.4 | Review and analysis of cash flow activity and reporting. |
| 2 | 2/15/2024 | Clifford Zucker | 0.8 | Review and analysis of Debtor revised waterfall analysis and support. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 2/21/2024 | Clifford Zucker | 0.4 | Review and analysis of revised waterfall comparison. |
| 2 | 2/21/2024 | Clifford Zucker | 0.4 | Review and analysis of priority and admin claims. |
| 2 | 2/22/2024 | Narendra Ganti | 0.5 | Review budget to actual for cash flow. |
| 2 | 2/22/2024 | Clifford Zucker | 0.3 | Review and analysis of cash flow variances and reporting. |
| 2 | 2/23/2024 | Clifford Zucker | 0.5 | Review comments to collateral analysis. |
| 2 | 2/26/2024 | Narendra Ganti | 0.4 | Call with Toney Korf to discuss liquidity. |
| 2 | 2/26/2024 | Clifford Zucker | 0.3 | Call with Debtor on admin reserve and waterfall. |
| 2 | 2/28/2024 | Clifford Zucker | 0.5 | Review and analysis of revised cash flow and reporting. |
| 2 | 2/29/2024 | Narendra Ganti | 0.5 | call with Toney Korf to discuss liquidity. |
| 2 | 2/29/2024 | Clifford Zucker | 0.3 | Call with Debtor on wind down budget, admin costs. |
| **2 Total** | | | **12.7** | |
| 6 | 2/1/2024 | Narendra Ganti | 0.4 | Call with H2C to discuss sale of JV. |
| 6 | 2/1/2024 | Narendra Ganti | 0.6 | Review assumed contract motion. |
| 6 | 2/1/2024 | Narendra Ganti | 0.6 | Call with Toney Korf to discuss sale and closing of hospital. |
| 6 | 2/1/2024 | Clifford Zucker | 0.5 | Call with Debtor on sale closing and TSA. |
| 6 | 2/1/2024 | Clifford Zucker | 0.3 | Call with H2C on JV sales update and offer status. |
| 6 | 2/1/2024 | Clifford Zucker | 0.6 | Review and analysis of sale closing statement. |
| 6 | 2/1/2024 | Jacob Park | 0.4 | Call with ToneyKorf and H2C on case update and sale update. |
| 6 | 2/1/2024 | Jacob Park | 0.6 | Call with ToneyKorf and H2C on case update and sale update. |
| 6 | 2/2/2024 | Narendra Ganti | 0.3 | Review closing statement for sale of MIC. |
| 6 | 2/2/2024 | Narendra Ganti | 0.5 | Review transition services agreement between MIC and U of Iowa. |
| 6 | 2/5/2024 | Narendra Ganti | 0.4 | Review CBRE retention application for fees and sale price. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 2/6/2024 | Narendra Ganti | 0.3 | Call with R. Bayman, H2C, to discuss  surgery center sale. |
| 6 | 2/26/2024 | Narendra Ganti | 0.4 | Call with H2C to discuss sale process. |
| 6 | 2/26/2024 | Clifford Zucker | 0.3 | Call with H2C on sale update. |
| 6 | 2/26/2024 | Jacob Park | 0.5 | Call with H2C to discuss case update. |
| 6 | 2/28/2024 | Narendra Ganti | 0.5 | Review marketing material for MOB.  Review and reply to correspondence regarding MOB. |
| 6 | 2/28/2024 | Clifford Zucker | 0.3 | Review and analysis of Debtor correspondence of ICASC valuation. |
| 6 | 2/28/2024 | Clifford Zucker | 0.4 | Review and analysis of CBRE offering memorandum. |
| 6 | 2/29/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss sale of Joint ventures. |
| 6 | 2/29/2024 | Clifford Zucker | 0.4 | Call with H2C on sales update and offers. |
| 6 | 2/29/2024 | Jacob Park | 0.5 | Call with H2C re: case update and sale update. |
| **6 Total** | | | **9.3** | |
| 16 | 2/8/2024 | Clifford Zucker | 0.4 | Review comments to proposal cash collateral extension. |
| 16 | 2/9/2024 | Narendra Ganti | 0.5 | Review term sheet and updated waterfall. |
| 16 | 2/9/2024 | Clifford Zucker | 0.5 | Review and analysis of Counsel/UCC correspondence on Plan treatment. |
| 16 | 2/9/2024 | Clifford Zucker | 0.7 | Review and analysis of Debtor settlement term sheet proposal. |
| 16 | 2/9/2024 | Jacob Park | 2.6 | Create model for latest term sheet counter received. |
| 16 | 2/9/2024 | Jacob Park | 0.3 | Call with FTI team to discuss new counter and model. |
| 16 | 2/12/2024 | Clifford Zucker | 0.6 | Review comments to draft complaint on Bondholder claim. |
| 16 | 2/12/2024 | Clifford Zucker | 0.3 | Call with Counsel on proposal waterfall. |
| 16 | 2/12/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss revised term sheet. |
| 16 | 2/12/2024 | Jacob Park | 0.5 | Call with Counsel on term sheet and next steps. |
| 16 | 2/14/2024 | Jacob Park | 0.7 | Update recovery analysis based on updated data from ToneyKorf. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/15/2024 | Clifford Zucker | 0.9 | Call with Debtor on revised sources and uses waterfall. |
| 16 | 2/15/2024 | Narendra Ganti | 0.9 | Call with Toney Korf to discuss waterfall. |
| 16 | 2/15/2024 | Jacob Park | 1.1 | Update recovery analysis for updated asset values from ToneyKorf. |
| 16 | 2/15/2024 | Jacob Park | 1.0 | Call with ToneyKorf on new recovery analysis and updated values. |
| 16 | 2/16/2024 | Narendra Ganti | 1.0 | Review waterfall analysis for updated information on admin expenses. |
| 16 | 2/16/2024 | Clifford Zucker | 0.6 | Review and analysis of term sheet comparison and sensitivity. |
| 16 | 2/16/2024 | Clifford Zucker | 0.5 | Calls with team on counter sensitivity analysis. |
| 16 | 2/16/2024 | Jacob Park | 3.4 | Analyze and compare recovery analysis from ToneyKorf. |
| 16 | 2/16/2024 | Jacob Park | 0.6 | Call with FTI team re: comparison analysis over recovery analysis. |
| 16 | 2/19/2024 | Narendra Ganti | 0.5 | Review waterfall and term sheet. |
| 16 | 2/19/2024 | Clifford Zucker | 0.3 | Call with Counsel on term sheet response. |
| 16 | 2/19/2024 | Clifford Zucker | 0.4 | Review comments to UCC response to term sheet and waterfall. |
| 16 | 2/19/2024 | Clifford Zucker | 0.5 | Review and analysis of terms sheet sensitivity and comparison. |
| 16 | 2/19/2024 | Jacob Park | 1.8 | Sensitize term sheet for updated counter. |
| 16 | 2/19/2024 | Jacob Park | 0.4 | Call with Counsel to discuss Plan term sheet. |
| 16 | 2/19/2024 | Jacob Park | 0.3 | Call with FTI to discuss updated term sheet. |
| 16 | 2/20/2024 | Narendra Ganti | 0.5 | Review updated term sheet and waterfall. |
| 16 | 2/20/2024 | Jacob Park | 0.3 | Update Plan term sheet comparison analysis for distribution. |
| 16 | 2/21/2024 | Narendra Ganti | 0.6 | Call with Sills, BRG, and Mintz to discuss term sheet and counter proposal. |
| 16 | 2/21/2024 | Clifford Zucker | 1.4 | Review and analysis of proposed Plan and disclosure statement. |
| 16 | 2/21/2024 | Clifford Zucker | 0.5 | Call with Bondholders on waterfall and Plan negotiations. |
| 16 | 2/21/2024 | Jacob Park | 0.7 | Prepare schedule of administrative expenses for distribution. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 2/21/2024 | Jacob Park | 0.5 | Call with Bondholders and Counsel to discuss term sheet counter. |
| 16 | 2/22/2024 | Narendra Ganti | 0.5 | Call with Sill to discuss draft POR. |
| 16 | 2/22/2024 | Clifford Zucker | 0.7 | Call with Counsel on response and Bondholder negotiations. |
| 16 | 2/22/2024 | Clifford Zucker | 0.3 | Call with CRO on waterfall and Plan negotiations. |
| 16 | 2/22/2024 | Jacob Park | 1.8 | Prepare collateral analysis for negotiations. |
| 16 | 2/22/2024 | Jacob Park | 1.0 | Call with Counsel and FTI team to discuss Plan term sheet. |
| 16 | 2/23/2024 | Clifford Zucker | 0.4 | Call with team on collateral analysis. |
| 16 | 2/23/2024 | Narendra Ganti | 0.7 | Review updated collateral analysis. |
| 16 | 2/23/2024 | Jacob Park | 0.4 | Call with FTI team to discuss collateral analysis. |
| 16 | 2/23/2024 | Jacob Park | 1.4 | Update collateral analysis based on comments. |
| 16 | 2/25/2024 | Narendra Ganti | 0.2 | Review order for POR/DS hearing and redlined version. |
| 16 | 2/26/2024 | Narendra Ganti | 0.5 | Cal with Committee to discuss POR and response. |
| 16 | 2/26/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss term sheet and waterfall. |
| 16 | 2/26/2024 | Clifford Zucker | 0.4 | Review and analysis of UCC/Counsel correspondence on liquidating Plan. |
| 16 | 2/26/2024 | Jacob Park | 0.7 | Update collateral analysis and distribute per comments from Counsel. |
| 16 | 2/26/2024 | Jacob Park | 0.5 | Call with Counsel to discuss collateral analysis and Committee call. |
| 16 | 2/27/2024 | Narendra Ganti | 0.6 | Review draft letter to Debtor, Bondholders, UST, and Pension. |
| 16 | 2/27/2024 | Clifford Zucker | 0.4 | Review and analysis of UCC/Debtor correspondence on Plan issues. |
| 16 | 2/28/2024 | Clifford Zucker | 0.3 | Review and analysis of letter to Debtor on Plan issues. |
| **16 Total** | | | **37.6** | |
| 21 | 2/26/2024 | Clifford Zucker | 0.5 | Committee call on financial and legal update. |
| 21 | 2/26/2024 | Jacob Park | 0.5 | Call with Committee to discuss term sheet and recovery analysis. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 01, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **21 Total** | | | **1.0** | |
| 24 | 2/22/2024 | Therese Borowy | 1.5 | Prepare the January fee application exhibits to ensure compliance with bankruptcy guidelines. |
| 24 | 2/26/2024 | Jacob Park | 0.2 | Prepare fee applications for December 2023. |
| 24 | 2/27/2024 | Jacob Park | 2.4 | Prepare January fee applications. |
| **24 Total** | | | **4.1** | |
| 27 | 2/16/2024 | Narendra Ganti | 0.5 | Call with J. Porter, CFO, to review workers compensation SIR motion. |
| **27 Total** | | | **0.5** | |
| **Grand Total** | | | **68.6** | |