**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: MERCY HOSPITAL, IOWA CITY, *et al.*, | ) ) ) ) | Chapter 11<br><br>Bankruptcy No. 23-00623 |
| Debtor. | | |

## COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel, as attorney for Washington County Hospital and Clinics ("WCHC"), hereby moves the court for entry of an order permitting his withdrawal as Dan R. Childers from Shuttleworth & Ingersoll, P.L.C. is counsel of record for WCHC and this motion to withdraw will not adversely affect the WCHC.

WHEREFORE, Benjamin G. Nielson requests this Court enter an Order in this matter allowing him to withdraw as counsel of record for WCHC and removing him from the Court's service list.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished via electronic transmission to: Terry Gibson, Chapter 7 Trustee; Office of the U.S. Trustee; Washington County Hospital and Clinics; and all other parties having requested notice via CM/ECF on April 9, 2024.

PUGH HAGAN PRAHM PLC
425 E. Oakdale Blvd. Suite 201
Coralville, IA 52241
Phone: (319) 351-2028
Fax: (319) 351-1102

By:     */s/ Benjamin G. Nielson*
        BENJAMIN G. NIELSON