EXHIBIT A

April 2, 2024 Invoices for February Services

| Matter | Invoice # |
|---|---|
| 3013788-0001 | 929471 |
| 3013788-0003 | 929463 |
| 3013788-0004 | 929464 |
| 3013788-0005 | 929465 |
| 3013788-0006 | 929466 |
| 3013788-0007 | 929467 |
| 3013788-0008 | 929468 |
| 3013788-0009 | 929469 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929471 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0001 |
| Billing Attorney: | RRL |

**Current Billing:**               **$11,348.23**

Amount Remitted:   $   _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | **Total Due** |
|---|---|---|---|---|---|
| $11,348.23 | $0.00 | $776.30 | $1,430.10 | $13,064.50 | **$26,619.13** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ███████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

|  |  |
|---|---|
|  | RRL |
| Invoice No. | 929471 |
| Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0001
RE: CASE ADMINISTRATION

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/01/24 | RRL | 0.30 | Call with M. Toney re: PRA sale motion and other case issues (.3). | 103.50 |
| 02/02/24 | RRL | 2.10 | Call with E. Keil re: various case workstreams including plan issues, upcoming hearings, and pleading updates (.9); Correspond with Mercy doctors re: tail coverage issues (.3); Follow up correspondence and calls with J. Glick (.4); Correspond with tail coverage provider re: update call (.1); Update email to D. Simon re: issues related to same (.1); Draft response for Wixsted team re: bankruptcy issues for reporter question (.3); . | 724.50 |
| 02/05/24 | RRL | 0.10 | Correspond with counsel for cybersecurity firm re: ordinary course professional issues and call to discuss same. | 34.50 |
| 02/06/24 | RRL | 1.60 | Correspond with K. Borodkin re: monthly operating report question (.1); Participate in call with cybersecurity firm re: questions on ordinary course professional retention, other issues (.2); Call with K. Stanger re: H2C fee application, workers compensation, and other issues (.6); Correspond with P. Brubaker re: employee file question (.2); Correspond with D. Simon, F. Perlman re: March hearing date options (.2); Call with Court re: same (.1); Review correspondence between P. Brubaker and C. Karambelas re: contract question (.1); Review correspondence re: press inquiries from Wixsted team (.1). | 552.00 |
| 02/08/24 | KMS | 0.60 | Conduct call with Attorney Cruciani about tail coverage for doctor that was not transitioned to University of Iowa and follow up with client regarding same. | 270.00 |
| 02/09/24 | RRL | 0.10 | Correspond with K. Stanger re: issues related to tail coverage and correspondence with client re: same. | 34.50 |
| 02/12/24 | SKC | 0.20 | Telephone call with Cedar Rapids Gazette regarding Notice of Publication of Administrative Claims Bar Date and details regarding publication. | 18.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0001

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/12/24 | RRL | 2.90 | Prepare for hearing on administrative claims motion (.3); Call and correspond with counsel for Committee re: same (.2); Attend hearing (1.1); Follow up correspondence with D. Simon re: same (.1); Call with K. Stanger re: workers compensation plan provisions, tail coverage issues, and other strategic considerations (.7); Call with E. Keil re: various issues related to plan, hearing, and solicitation (.4); Correspond with court re: hearing scheduling (.1). | 1,000.50 |
| 02/13/24 | SKC | 0.10 | Attention to bar dates and hearing docket. | 9.00 |
| 02/13/24 | RRL | 1.50 | Participate in video meeting with Mercy doctors re: tail coverage issues (.9); Follow up call with M. Toney re: same (.1); Review tail coverage research from M. Toney and correspond re: same (.2); Correspondence with M. Toney, D. Simon re: discussion with doctors (.1); Call with individual re: notice received (.1); Call with S. Klesner re: tail coverage question (.1). | 517.50 |
| 02/14/24 | SKC | 0.20 | Correspondence from State Farm regarding claim number and request for additional information regarding claim. | 18.00 |
| 02/14/24 | RRL | 0.60 | Call with K. Stanger re: workers comp motion and issues related to tail coverage (.3); Correspond with M. Toney re: same (.1); Correspond with K. Stanger re: same (.1); Correspond with J. Porter re: issue on credentialing service letter (.1). | 207.00 |
| 02/15/24 | RRL | 1.40 | Calls to pension members re: voicemails received (.2); Follow up correspondence with pension members re: same (.1); Correspond with Nyemaster staff re: messages received re: same (.1); Review correspondence received from G. Streit re: Foundation wind down issues and correspond with Trustee counsel re: same (.3); Review background Foundation materials re: same (.1); Participate in call with M. Toney, J. Porter, and D. Simon re: liquidation analysis review and discussion (.5); Correspond with K. Stanger re: tail coverage issues and communications (.1). | 483.00 |
| 02/16/24 | SMS | 0.30 | Confer with Roy Leaf regarding ability to transfer value of remainder trust interest for Mercy  Hospital Foundation. | 69.00 |
| 02/16/24 | RRL | 1.30 | Review Mercy Foundation trust agreement and correspond with counsel for trustee re: same (.5); Correspond with D. Simon and M. Toney re: same (.2); Calls and correspondence with S. Schamberger re: same (.3); Calls with C. Karambelas re: claim register review, employee issues (.2); Correspond with K. Stanger re: tail coverage issues (.1). | 448.50 |
| 02/19/24 | SMS | 0.60 | Begin to review Trust Agreement language regarding authorities granted to Trustee. | 138.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0001

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/19/24 | RRL | 2.20 | Correspondence with University, client re: artwork question from local (.2); Call with individual re: same (.1); Correspond with D. Simon re: questions related to Foundation dissolution (.2); Participate in Board meeting re: plan (.8); Correspondence with M. Toney, P. Brubaker, re: questions on 401(k) plan, review document re: same (.3); Call with K. Stanger re: various case issues (.3); Call with M. Toney re: same (.3). | 759.00 |
| 02/20/24 | RRL | 0.90 | Correspond with staff re: preparations for 2/22 hearing including hearing binders (.2); Call with Court re: continuation of matters for 2/22 (.1); Correspond with S. Carney re: publication notice of administrative claims bar date (.2); Correspond with E. Keil re: canonical law research question (.2); Call with former employee re: notice received (.1); Call with M. Toney re: question on contract review (.1). | 310.50 |
| 02/21/24 | SMS | 0.70 | Conference with Jay Syverson regarding governing Iowa Code and alternative methods to administration of Trust matters and funds. | 161.00 |
| 02/21/24 | SMS | 0.40 | Phone call with Roy Leaf regarding practicability of amending Trust for distribution. | 92.00 |
| 02/21/24 | JPS | 0.30 | Meet with Shawna to discuss petition to modify charitable trust. | 117.00 |
| 02/21/24 | KMS | 0.20 | Attention to PeriGen invoicing and continued contract. | 90.00 |
| 02/22/24 | SKC | 0.30 | Receipt of Order Setting Hearing on Distribution Motion and docket of date. | 27.00 |
| 02/22/24 | SMS | 1.10 | Prepare brief memo regarding ability to spend down Trust principal as part of Bankruptcy consolidation with email to RRL regarding same. | 253.00 |
| 02/22/24 | RRL | 3.00 | Correspond with S. Schamberger re: trust and cy pres issues (.1); Review memorandum re: same (.1); Correspond with client re: same (.1); Discuss trust related research project with assistant (.1); Correspond with Foundation counsel re: trust issues, Foundation dissolution (.2); Prepare for hearing (.6); Participate in hearing (1.6); Correspond with University in house counsel re: art work question from donor and call to donor re: same (.2). | 1,035.00 |
| 02/23/24 | RRL | 0.60 | Begin drafting Pension Committee joinder to plan support agreement. | 207.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0001

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/26/24 | RRL | 4.50 | Attention to calls from over 50 parties in interest re: administrative bar date notice (2.2); Correspondence with Epiq, E. Keil re: same (.2); Call and correspond with Des Moines office re: calls received (.2); Call with E. Keil re: various case issues including Thompson Trust, disclosure statement objection deadline, plan issues (1.3); Correspondence with D. Simon, G. Streit re: Foundation dissolution and review resolutions re: same (.3); Correspondence with assistant re: Thompson Brothers trust cy pres research and review results re: same (.3); . | 1,552.50 |
| 02/27/24 | RRL | 2.00 | Calls with J. Porter, D. Simon re: administrative claims and strategy regarding same (.7); Call with M. Toney re: Thompson Trust issues (.5); Numerous calls with patients re: administrative claims notice received (.6); Correspondence with Epiq re: calls for call center (.1); Correspondence with two patients re: administrative claims notice (.1). | 690.00 |
| 02/27/24 | KMS | 0.10 | Attention to cure correspondence from Attorney Sigler regarding creditor Infor US LLC. | 45.00 |
| 02/28/24 | RRL | 1.30 | Draft J. Porter declaration re: Foundation funds use for Foundation dissolution (.7); Correspond with J. Porter and M. Toney re: same (.1); Calls with 7 individuals re: administrative claims notice received (.4); Correspondence with client, US Trustee re: supplemental January MOR documents (.1). | 448.50 |
| 02/28/24 | KMS | 0.40 | Analyzed inquiry regarding post- petition set off assertion by creditor and draft response for K. Borodkin. | 180.00 |
| 02/29/24 | RRL | 1.40 | Calls with numerous patients receiving administrative claim re: questions on same (.4); Correspondence with Epiq re: calls received re: same (.1); Correspond with D. Hempy re: same (.1); Correspondence with M. Toney and D. Simon re: issues related to tail coverage (.3); Correspondence with D. Simon, E. Keil, and F. Perlman re: same (.1); Correspondence with D. Simon re: Foundation dissolution issues (.1); Review Foundation dissolution resolutions for same (.1); Correspond with R. Gainer, D. Simon, and F. Perlman re: telephonic hearing proposed order and review same (.2). | 483.00 |

**Sub-Total Fees:**    11,078.00

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|--------------|-------|-------------|--------|
| Sharon K. Carney | 0.80 | 90.00 | 72.00 |
| Shawna M. Schamberger | 3.10 | 230.00 | 713.00 |
| Roy R. Leaf | 27.80 | 345.00 | 9,591.00 |
| Jay P. Syverson | 0.30 | 390.00 | 117.00 |
| Kristina M. Stanger | 1.30 | 450.00 | 585.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0001

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| | 33.30 | | 11,078.00 |

### DISBURSEMENTS

| | | | |
|---|---|---|---|
| 12/28/2023 | RRL | VENDOR: Leaf, Roy; INVOICE#: A3483370; DATE: 12/28/2023  -  Reimbursement for Filing Fee for Amended Schedules | 34.00 |
| 01/22/2024 | RRL | VENDOR: Leaf, Roy; INVOICE#: 01/22/24-REIMB; DATE: 1/22/2024  -  Meal Expense re: Reimbursement for Mercy Hearing Lunch; Deb's Ice Cream 01/22/24 | 169.23 |
| 02/01/2024 | | VENDOR: Iowa Secretary Of State; INVOICE#: JANUARY2024; DATE: 2/1/2024  -  January 2024 Filing - Corporation Copies for Mercy Hospital, Iowa City | 12.00 |
| 02/21/2024 | RRL | VENDOR: Leaf, Roy; INVOICE#: 01/29/24-FEDEX; DATE: 2/21/2024  -  Reimbursement for FedEx Delivery Fees for Title Documents | 55.00 |

|  |  |
|---|---|
| **Sub-Total Disbursements:** | 270.23 |
| **TOTAL CURRENT BILLING:** | $   11,348.23 |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **Previous Balance:** | $ | **18,376.10** |
| **Payments** | | |
| 02/21/24   Mercy Iowa City (Bankruptcy) | | **<3,105.20>** |
| **Current Billing:** | $ | **11,348.23** |
| **TOTAL DUE:** | $ | **26,619.13** |

### Outstanding Invoice Summary

| Bill # | Bill Date | Bill Amount | Amount Due |
|---|---|---|---|
| 918584 | 09/28/23 | 16,753.50 | 2,307.90 |
| 920136 | 10/26/23 | 28,459.61 | 4,241.20 |
| 921643 | 11/20/23 | 31,918.80 | 6,515.40 |
| 923060 | 12/14/23 | 7,359.11 | 1,430.10 |
| 925499 | 01/29/24 | 3,881.50 | 776.30 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929463 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0003 |
| Billing Attorney: | RRL |

**Current Billing:**           **$1,098.00**

Amount Remitted:    $    _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| $1,098.00 | $198.00 | $128.20 | $246.00 | $1,929.40 | **$3,599.60** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ███████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

|  |  |
|---|---|
|  | RRL |
| Invoice No. | 929463 |
| Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0003
RE: EMPLOYMENT AND FEE APPLICATIONS (NYEMASTER)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/01/24 | DWH | 0.30 | Continue drafting Nyemaster's fifth monthly fee application. | 82.50 |
| 02/01/24 | RRL | 0.20 | Review and revise draft December 2023 Nyemaster fee application and correspond with D. Hempy re: same. | 69.00 |
| 02/02/24 | DWH | 0.10 | Draft notice setting bar date for Nyemaster Fifth Monthly Application for Compensation. | 27.50 |
| 02/02/24 | WMG | 0.80 | Review supplemental conflict reports on additional parties to case and update current and former Nyemaster client lists for any potential conflicts (.7); related email correspondence with R. Leaf (.1). | 168.00 |
| 02/02/24 | RRL | 0.30 | Review Nyemaster fee application, exhibit and prepare same for filing (.2); Correspond with S. Carney re: filing same (.1). | 103.50 |
| 02/05/24 | RRL | 0.10 | Correspond with W. Greder re: review of updated conflicts list and analysis re: same for supplemental declaration. | 34.50 |
| 02/07/24 | RRL | 0.90 | Prepare and file supplemental disclosure declaration for Nyemaster retention. | 310.50 |
| 02/26/24 | DWH | 0.30 | Draft sixth monthly fee application for Nyemaster for January 2024 fees. | 82.50 |
| 02/27/24 | DWH | 0.30 | Continue drafting sixth application for compensation of Nyemaster. | 82.50 |
| 02/28/24 | DWH | 0.50 | Continue drafting sixth application for compensation of Nyemaster. | 137.50 |

**Sub-Total Fees:**   1,098.00

Nyemaster Goode, P.C.
Client ID: 3013788 Matter ID: 0003                                             Page: 3

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Wesley M. Greder | 0.80 | 210.00 | 168.00 |
| Dana W. Hempy | 1.50 | 275.00 | 412.50 |
| Roy R. Leaf | 1.50 | 345.00 | 517.50 |
| | 3.80 | | 1,098.00 |

**TOTAL CURRENT BILLING:**                    $            **1,098.00**

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **Previous Balance:** | $ | **3,293.10** |
| **Payments** | | |
| 03/29/24 Mercy Iowa City (Bankruptcy) | | **<791.50>** |
| **Current Billing:** | $ | **1,098.00** |
| **TOTAL DUE:** | $ | **3,599.60** |

## Outstanding Invoice Summary

| Bill # | Bill Date | Bill Amount | Amount Due |
|---|---|---|---|
| 918576 | 09/28/23 | 4,892.50 | 978.50 |
| 920293 | 10/31/23 | 3,471.00 | 694.20 |
| 921623 | 11/17/23 | 1,283.50 | 256.70 |
| 923063 | 12/14/23 | 1,230.00 | 246.00 |
| 925503 | 01/29/24 | 641.00 | 128.20 |
| 927147 | 02/26/24 | 989.50 | 198.00 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929464 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0004 |
| Billing Attorney: | RRL |

**Current Billing:** **$1,062.50**

Amount Remitted:   $ _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---------|---------------|------------|-------------|---------------|-----------|
| $1,062.50 | $997.20 | $290.20 | $460.40 | $1,098.60 | **$3,908.90** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ████████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

|  | RRL |
|---|---|
| Invoice No. | 929464 |
| Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0004
RE: EMPLOYMENT AND FEE APPLICATIONS (OTHERS)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/02/24 | RRL | 0.40 | Correspond with counsel for cybersecurity firm re: ordinary course professional issues (.2); Call with H2C re: final fee application (.1); Follow up correspondence with K. Stanger re: same (.1). | 138.00 |
| 02/06/24 | RRL | 0.30 | Correspond with B. Wright re: hearing on CBRE application, remit copy of same (.2); Correspond with J. Haake re: supplemental Perlman declaration filing (.1). | 103.50 |
| 02/07/24 | RRL | 0.50 | Correspond with McDermott team re: supplemental Perlman declaration and review and file same (.3); Correspond with S. Goodman re: final fee application and service of same (.1); Correspond with Epiq re: service of same (.2). | 172.50 |
| 02/08/24 | DWH | 0.10 | Analyze application for compensation of creditor's committee. | 27.50 |
| 02/09/24 | RRL | 0.10 | Correspond with H2C team re: status of final fee application, monthly invoices and review same. | 34.50 |
| 02/12/24 | RRL | 0.10 | Correspond with client on question of payment of professional fees. | 34.50 |
| 02/15/24 | RRL | 0.20 | Correspond with C. Davison re: questions on CBRE application, review same. | 69.00 |
| 02/16/24 | RRL | 0.70 | Correspond with CBRE re: requests from US Trustee (.1); Correspond with US Trustee counsel re: same (.2); Revise proposed CBRE order for same (.2); Correspond with assistant re: filing H2C monthly fee statement and draft notice for same (.2). | 241.50 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0004

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/20/24 | RRL | 0.40 | Correspond with ToneyKorf team re: filing staffing report (.1); Correspond with B. Brandenberg re: ordinary course professional question and review ordinary course order re: same (.2); Correspond with J. Houk re: updated parties in interest list (.1). | 138.00 |
| 02/23/24 | RRL | 0.10 | Correspond with M. Toney re: administrative claim bar date, success fee question. | 34.50 |
| 02/27/24 | RRL | 0.20 | Correspondence with D. Orman, K. Stanger re: status of H2C fee application (.1); Correspondence with B. Wright, Epiq re: orders entered approving retention (.1). | 69.00 |

**Sub-Total Fees:** 1,062.50

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|--------------|-------|-------------|--------|
| Dana W. Hempy | 0.10 | 275.00 | 27.50 |
| Roy R. Leaf | 3.00 | 345.00 | 1,035.00 |
| | 3.10 | | 1,062.50 |

**TOTAL CURRENT BILLING:** $ 1,062.50

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| **Previous Balance:** | $ | **6,835.20** |
| **Payments** | | |
| 03/29/24   Mercy Iowa City (Bankruptcy) | | **<3,988.80>** |
| **Current Billing:** | $ | **1,062.50** |
| **TOTAL DUE:** | $ | **3,908.90** |

### Outstanding Invoice Summary

| Bill # | Bill Date | Bill Amount | Amount Due |
|--------|-----------|-------------|------------|
| 918582 | 09/28/23 | 1,976.50 | 395.30 |
| 920294 | 10/31/23 | 2,827.50 | 565.50 |
| 921624 | 11/17/23 | 689.00 | 137.80 |
| 923065 | 12/14/23 | 2,302.00 | 460.40 |
| 925500 | 01/29/24 | 1,451.00 | 290.20 |
| 927148 | 02/26/24 | 4,986.00 | 997.20 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929465 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0005 |
| Billing Attorney: | RRL |

**Current Billing:**                     **$276.00**

Amount Remitted:     $     _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| $276.00 | $0.00 | $0.00 | $182.90 | $1,076.00 | **$1,534.90** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:**



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

|  |  |
|---|---|
|  | RRL |
| Invoice No. | 929465 |
| Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0005
RE: CASH COLLATERAL AND DIP FINANCING

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/07/24 | RRL | 0.20 | Review interim cash collateral order for terms re: McKesson sale proceeds and correspond with counsel for McKesson re: same. | 69.00 |
| 02/14/24 | RRL | 0.30 | Correspond with counsel for McKesson re: amount claimed in motion for payment of fees from sale proceeds and calculate same (.2); Correspond with D. Simon re: same (.1). | 103.50 |
| 02/15/24 | RRL | 0.20 | Correspond with counsel for McKesson re: motion for payment of sale proceeds. | 69.00 |
| 02/16/24 | RRL | 0.10 | Review correspondence with Committee, Preston Hollow, Debtors re: extension of cash collateral deadlines, hearing. | 34.50 |

**Sub-Total Fees:** 276.00

**SUMMARY OF PROFESSIONAL SERVICES**

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Roy R. Leaf | 0.80 | 345.00 | 276.00 |
|  | 0.80 |  | 276.00 |

**TOTAL CURRENT BILLING:**   $   **276.00**

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| **Previous Balance:** | | $ | **1,990.50** |
| **Payments** | | | |
| 01/05/24 | Mercy Iowa City (Bankruptcy) | | **<731.60>** |
| **Current Billing:** | | $ | **276.00** |
| **TOTAL DUE:** | | $ | **1,534.90** |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0005

**Outstanding Invoice Summary**

| Bill # | Bill Date | Bill Amount | Amount Due |
|--------|-----------|------------:|-----------:|
| 918580 | 09/28/23 | 413.00 | 82.60 |
| 920295 | 10/31/23 | 613.00 | 122.60 |
| 921625 | 11/17/23 | 4,354.00 | 870.80 |
| 923067 | 12/14/23 | 914.50 | 182.90 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929466 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0006 |
| Billing Attorney: | RRL |

**Current Billing:**          **$16,476.00**

Amount Remitted:     $ _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| $16,476.00 | $3,570.70 | $2,695.50 | $1,824.70 | $6,175.20 | **$30,742.10** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ███████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

|  |  |
|---|---|
|  | RRL |
| Invoice No. | 929466 |
| Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0006
RE: PREPARATION AND REVIEW OF CASE PLEADINGS

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/01/24 | SKC | 0.20 | Review for fling and filing with Court Notice of Sale Closing. | 18.00 |
| 02/01/24 | SKC | 0.30 | Review and finalize for filing with Clerk Notice of Hearing on Motion for Cash Collateral. | 27.00 |
| 02/01/24 | RRL | 1.90 | Review sale notice and correspond with E. Keil, D. Simon re: same (.1); Correspond with S. Carney re: filing same (.1); Draft notice of hearing on cash collateral, rejection motion and correspond with S. Carney re: filing same (.4); Review, revise, finalize and file PRA sale motion, related exhibits, and notice (.8); Correspond with chambers re: proposed cash management order (.1); Review McKesson motion for relief from stay (.2); Correspond with Epiq re: service questions on sale notices (.2). | 655.50 |
| 02/02/24 | SKC | 0.20 | Review of Order Authorizing Debtors to Operate Existing Cash Management System; Maintain Existing Bank Accounts; Purchasing Card Programs; and Continue to Perform Intercompany Transactions. | 18.00 |
| 02/02/24 | SKC | 0.20 | Receipt and review of Motion for Sale of Property and Exhibits and Notice of Hearing re Sale/Sell Property and setting objection deadline. | 18.00 |
| 02/02/24 | SKC | 0.10 | Review of Motion for Relief from Stay filed on behalf of McKesson Corporation. | 9.00 |
| 02/02/24 | RRL | 1.30 | Review changes to CBRE application proposed by E. Keil and incorporate same (.8); Correspond with D. Rodriguez re: parties for rejection motion (.1); Correspond with E. Keil, Epiq re: service of administrative claims bar date motion (.2); Correspond with Epiq re: service of joint venture sale motion (.2). | 448.50 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/05/24 | SKC | 0.80 | Review and finalize for filing with Court Fifth Application of Nyemaster Goode, PC Compensation 12/2023 and Exhibit A. | 72.00 |
| 02/05/24 | SKC | 0.20 | Finalize and file with Court Notice Setting Bar Date regarding Application for Compensation for Nyemaster Goode, PC. | 18.00 |
| 02/05/24 | SKC | 0.80 | Review and finalize for filing with the Court Debtors' Application to Employ CBRE, Inc as Real Estate Broker, Exhibits A and B. | 72.00 |
| 02/05/24 | SKC | 0.20 | Review and file with Court Notice Setting Hearing and Bar Date for Objections for Employment of CBRE as Real Estate Brokers. | 18.00 |
| 02/05/24 | SKC | 0.10 | Telephone call with Clerk of Court regarding employment application and docket issue. | 9.00 |
| 02/05/24 | RRL | 0.90 | Review, revise, and prepare for filing CBRE application and exhibits (.5); Draft notice and bar date for CBRE application (.3); Correspond with S. Carney re: filing same (.1). | 310.50 |
| 02/06/24 | RRL | 0.40 | Correspond with D. Rodriguez, C. Karambelas re status of review of contracts for rejection (.1); Calls with P. Chalik re: notice cancelling Feb. 7 hearing and review same (.2); Review McKesson motion for payment of sale proceeds (.1). | 138.00 |
| 02/06/24 | KMS | 0.30 | Work on HSC Securities fee application from sale of hospital. | 135.00 |
| 02/07/24 | RRL | 2.40 | Prepare witness and exhibit list for Feb. 22 hearing (.5); Correspond with D. Simon, M. Toney, and J. Porter re: same (.2); Begin drafting application to employ Epiq as administrative agent (.4); Correspond with Epiq personnel re: update on same (.1); Draft motion to reject employee contracts and proposed order for same (1.1). | 828.00 |
| 02/07/24 | KMS | 0.30 | Work on HSC Securities fee application from sale of hospital. | 135.00 |
| 02/08/24 | RRL | 2.00 | Finalize and file exhibit list for Feb. 22 hearing (.1); Correspond with J. Porter re: same (.1); Continue drafting Epiq retention application for administrative services (1.6); Correspond with S. Carney re: instructions for publication of administrative claims bar date notice in CR Gazette (.2). | 690.00 |
| 02/09/24 | RRL | 2.20 | Draft Epiq retention motion, proposed order, and declaration for employee contracts (1.9); Correspond with Epiq team re: review of same and conflicts check (.2); Correspond with ToneyKorf team, Epiq re: service of administrative bar date notice on patients (.1). | 759.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006

Page: 4

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/12/24 | SKC | 0.30 | Review and file with court Notice of Hearing on Exclusivity Motion. | 27.00 |
| 02/12/24 | RRL | 0.90 | Draft notice of continuation of exclusivity hearing and send same to S. Carney for filing (.3); Prepare administrative bar date proposed order, exhibits thereto and send same to Court (.4); Correspond with Epiq re: service of same (.2). | 310.50 |
| 02/13/24 | RRL | 0.80 | Draft notice of disclosure statement objection deadline and correspond with E. Keil re: same (.4); Prepare administrative claims bar date notice and file same (.2); Correspond with Epiq re: service of same (.2). | 276.00 |
| 02/13/24 | KMS | 4.00 | Draft motion for payment of TPA and termination of workers' compensation excess policy. | 1,800.00 |
| 02/14/24 | RRL | 0.80 | Review and revise draft motion for workers compensation program (.5); Correspond with K. Stanger re: same (.1); Correspond with client, D. Simon re: same (.1); Correspond with Epiq team re: motion to retain Epiq as administrative agent (.1). | 276.00 |
| 02/14/24 | KMS | 3.70 | Review actuarial report and 2023 renewal packet with State of Iowa and continue drafting motion and order for payment of TPA and termination of workers' compensation excess policy. | 1,665.00 |
| 02/16/24 | SKC | 0.40 | Review and file with court Motion for H2C for Compensation for January 1, 2024 - January 31, 2024. | 36.00 |
| 02/16/24 | SKC | 0.30 | Review and file with court Notice of Motion for H2C for Compensation for January 1, 2024 - January 31, 2024. | 27.00 |
| 02/16/24 | RRL | 1.80 | Draft agreed order granting McKesson motion (.4); Draft notice re: same (.4); Correspond with McKesson counsel re: same (.2); Correspond with K. Stanger re: workers comp motion (.2); Correspond with parties in interest re: workers comp motion (.2); Review and revise workers comp SIR motion (.4). | 621.00 |
| 02/19/24 | RRL | 2.60 | Draft motion to shorten per LR 3017-1 (1.6); Draft proposed order re: same (.3); Review and revise notice re: same (.4); Prepare McKesson order for filing and correspond with Court re: same (.3). | 897.00 |
| 02/20/24 | SKC | 0.20 | Telephone conference with Clerk regarding filing of plan and disclosure statement. | 18.00 |
| 02/20/24 | SKC | 0.30 | Review of Motion for Entry of Order regarding Workers' Compensation Program Expense and Notice regarding Objections. | 27.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/20/24 | SKC | 0.30 | Review and finalize for filing Notice of Continuation of Hearing on Final Cash Collateral Order and Exclusivity Motion. | 27.00 |
| 02/20/24 | SKC | 0.30 | Review and finalize for filing Staffing Report of ToneyKorf Partners for January 2024. | 27.00 |
| 02/20/24 | SKC | 0.30 | Correspondence to and from The Gazette - legal department regarding publication of Notice of Deadline for Filing Administrative Claims for once each week for three consecutive weeks, specific dates for publication and affidavit. | 27.00 |
| 02/20/24 | SKC | 0.20 | Review of Order Granting McKesson Corporation Motion for Order Authorizing and Directing Distribution of Proceeds and FTI Consulting Fee Application. | 18.00 |
| 02/20/24 | RRL | 2.30 | Review and revise solicitation procedures motion, proposed order, and ballots (1.5); Correspond with E. Keil re: same (.1); Draft notice of cash collateral, exclusivity continuation (.4); Review and reivse ToneyKorf staffin report (.1); Correspond with assistant re: filing same, filing updates (.2). | 793.50 |
| 02/21/24 | SKC | 0.30 | Review, revisions and final edits to Monthly Operating Report for Mercy Hospital Iowa City, Iowa for filing with Court. | 27.00 |
| 02/21/24 | SKC | 0.30 | Review, revisions and final edits to Monthly Operating Report for Mercy  Iowa City ACO, LLC for filing with Court. | 27.00 |
| 02/21/24 | SKC | 0.30 | Review, revisions and final edits to Monthly Operating Report for Mercy Services Iowa City, Inc. for filing with Court. | 27.00 |
| 02/21/24 | SKC | 0.30 | Review and file with Court Notice of Support Document to Debtors Motion for Order Approving the Sale of Interest in Joint Venture. | 27.00 |
| 02/21/24 | RRL | 0.70 | Draft notice of support document for PRA Sale Motion (.4); Review monthly operating reports (.2); Correspond with assistant re: filing sale motion notice, monthly operating reports (.1). | 241.50 |
| 02/21/24 | SKC | 0.10 | Receipt and review of Motion to Appear Telephonically and Order Granting Same as to 2/24/2024 hearing by Official Committee of Pensioners. | 9.00 |
| 02/22/24 | SKC | 0.80 | Review and edits to Application of Debtors for Entry of Order Expanding the Scope of Retention and Employment of Epiq Corporate Restructuring as Administrative Advisors and Exhibits A, B, and C for filing with Court. | 72.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/22/24 | RRL | 1.10 | Finalize and prepare for filing Epiq application (.4); Correspond with M. Toney re: same (.1); Correspond with S. Carney re: filing same (.1); Prepare proposed orders for CBRE application and Progressive sale motion (.2); Correspond with court re: entering same (.1); Correspond with T. Gibson re: Steindler rejection motion per comments at hearing (.2). | 379.50 |
| 02/23/24 | SKC | 0.30 | Review and edit for filing with Court Notice of Objection Deadline for Disclosure Statement. | 27.00 |
| 02/23/24 | SKC | 0.40 | Review and edit Motion to Shorten Time to File Objections and Exhibit A for filing with Court. | 36.00 |
| 02/23/24 | RRL | 1.10 | Revise disclosure statement notice for deadlines (.2); Correspond with assistant re: filing same (.1); Revise motion to shorten LR 3017-1 motion (.3); Correspond with assistant re: filing same (.1); Correspond with T. Gibson, Court re: proposed Steindler order (.2); Correspond with Court re: LR 3017-1 proposed order (.1); Correspond with A. Sherman, D. Simon re: LR 3017-1 motion and proposed order (.2). | 379.50 |
| 02/23/24 | SKC | 0.40 | Review and edit Combined Plan and Chapter 11 Disclosure Statement for filing with Court. | 36.00 |
| 02/27/24 | SKC | 0.10 | Review of Proceeding Memo and Order regarding Debtors' First Motion to Reject Lease or Executory Contract, Motion for Sale of Property and Application to Employ CBRE. | 9.00 |
| 02/27/24 | SKC | 0.30 | Review of Orders Granting Motion for Sale of Property, Granting Rejection of Executory Contract, and Application to Employ CBRE. | 27.00 |
| 02/27/24 | SKC | 0.20 | Review of Orders Approving Application for Compensation - Sill Cummins & Gross and Susan Goodman. | 18.00 |
| 02/27/24 | RRL | 0.20 | Prepare proposed LR 3017-1 proposed order and call and correspond with Court re: same. | 69.00 |
| 02/28/24 | SKC | 0.10 | Review of Order Reducing Time Between Objection Deadline and Hearing on Disclosure Statement. | 9.00 |
| 02/28/24 | SKC | 0.30 | Review and edit for filing Notice of Hearing re Disclosure Statement for March 27, 2024. | 27.00 |
| 02/28/24 | RRL | 4.20 | Draft notice of disclosure statement hearing and correspond with assistant re: filing same (.5); Correspond with Epiq re: service of same, contract rejection proof of claims, and contract rejection motions forthcoming (.3); Draft second, third, and fourth omnibus motions to reject executory contracts and proposed order, notice for same (3.4). | 1,449.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/29/24 | SKC | 0.20 | Docket of Notice of Hearing re Disclosure Statement and Objection Deadline. | 18.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Second Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital, Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Second Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Third Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC Employees), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Fourth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MS Employees), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Third Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Fourth Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Fifth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Fifth Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC)- setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Seventh Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Eighth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Seventh Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/29/24 | SKC | 0.20 | Finalized and file Eighth Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Sixth Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.20 | Finalized and file Ninth Notice re Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital - setting hearing and bar date. | 18.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Sixth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MIC), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | SKC | 0.40 | Finalized and edit for filing Ninth Motion to Reject Lease or Executory Contract Related to Employment Agreements with Mercy Hospital (MS), Exhibits A, B, and C. | 36.00 |
| 02/29/24 | RRL | 4.40 | Finalize second, third, and fourth rejection motions for filing (.4); Draft fifth, sixth, seventh, eighth, and ninth rejection motions, proposed orders, lists, and notice (2.8); Calls and correspondence with S. Carney re: same (.5); Begin drafting second motion to extend exclusivity (.6); Correspondence with Bondholders counsel re: same (.1). | 1,518.00 |
| 02/29/24 | KMS | 0.80 | Draft H2C Securities sale fee application. | 360.00 |

Sub-Total Fees:   16,476.00

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|--------------|-------|-------------|--------|
| Sharon K. Carney | 14.90 | 90.00 | 1,341.00 |
| Roy R. Leaf | 32.00 | 345.00 | 11,040.00 |
| Kristina M. Stanger | 9.10 | 450.00 | 4,095.00 |
| | 56.00 | | 16,476.00 |

TOTAL CURRENT BILLING:   $   16,476.00

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance: | $ | 28,548.90 |
| Payments | | |
| 03/29/24   Mercy Iowa City (Bankruptcy) | | <14,282.80> |
| Current Billing: | $ | 16,476.00 |
| TOTAL DUE: | $ | 30,742.10 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0006                                                                    Page: 9

**Outstanding Invoice Summary**

| Bill # | Bill Date | Bill Amount | Amount Due |
|--------|-----------|------------:|-----------:|
| 918581 | 09/28/23 | 7,213.50 | 1,442.70 |
| 920137 | 10/26/23 | 16,120.50 | 3,224.10 |
| 921627 | 11/17/23 | 7,542.00 | 1,508.40 |
| 923069 | 12/14/23 | 9,123.50 | 1,824.70 |
| 925497 | 01/29/24 | 13,477.50 | 2,695.50 |
| 927149 | 02/26/24 | 17,853.50 | 3,570.70 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929467 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0007 |
| Billing Attorney: | RRL |

**Current Billing:**      **$657.50**

Amount Remitted:    $ _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| $657.50 | $1,400.90 | $729.00 | $322.00 | $2,753.30 | **$5,862.70** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ████████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | | RRL |
|---|---|---|
| | Invoice No. | 929467 |
| | Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0007
RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/14/24 | KMS | 0.40 | Attention to tail coverage claimants' issues and solutions; Telephone conference with Attorney Cruciani regarding same. | 180.00 |
| 02/15/24 | KMS | 0.20 | Continued working on tail coverage inquiry from Attorney Hyer and others. | 90.00 |
| 02/16/24 | KMS | 0.80 | Telephone conference with Attorney Hyer regarding tail coverage issue and analyzed SVMC Ch 11 Plan regarding potential structure of settlement. | 360.00 |
| 02/29/24 | DWH | 0.10 | Communicate with Kathy Hankemeier, individual who received notice of administrative claims bar date, regarding her questions about the notice. | 27.50 |

**Sub-Total Fees:** 657.50

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Dana W. Hempy | 0.10 | 275.00 | 27.50 |
| Kristina M. Stanger | 1.40 | 450.00 | 630.00 |
| | 1.50 | | 657.50 |

**TOTAL CURRENT BILLING:** $ 657.50

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| **Previous Balance:** | $ | 6,909.30 |
| **Payments** | | |
| 03/29/24   Mercy Iowa City (Bankruptcy) | | <1,704.10> |
| **Current Billing:** | $ | 657.50 |
| **TOTAL DUE:** | $ | 5,862.70 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0007

**Outstanding Invoice Summary**

| Bill # | Bill Date | Bill Amount | Amount Due |
|--------|-----------|------------:|-----------:|
| 918578 | 09/28/23 | 6,018.00 | 1,203.60 |
| 920296 | 10/31/23 | 5,461.00 | 1,092.20 |
| 921628 | 11/17/23 | 2,287.50 | 457.50 |
| 923070 | 12/14/23 | 1,610.00 | 322.00 |
| 925498 | 01/29/24 | 3,645.50 | 729.00 |
| 927150 | 02/26/24 | 3,105.00 | 1,400.90 |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929468 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0008 |
| Billing Attorney: | RRL |

**Current Billing:**          **$2,887.00**

Amount Remitted:     $     _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| $2,887.00 | $6,670.80 | $2,208.90 | $608.20 | $8,157.50 | **$20,532.40** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ████████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

|  |  |
|---|---|
|  | RRL |
| Invoice No. | 929468 |
| Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0008
RE: ASSET SALES

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/01/24 | SMS | 0.10 | Confer with RRL regarding Unit Transfer Authorization release. | 23.00 |
| 02/01/24 | LAG | 0.30 | Email correspondence with Jason Nash regarding easement recording. | 78.00 |
| 02/01/24 | LAG | 0.20 | Phone correspondence with Jason Nash regarding easement recording. | 52.00 |
| 02/01/24 | LAG | 0.40 | Reviewed Iowa County deed from Jason Nash. | 104.00 |
| 02/01/24 | LAG | 0.10 | Email correspondence with Jason Nash regarding Johnson County signature pages. | 26.00 |
| 02/01/24 | LAG | 0.10 | Phone correspondence with Cullin Hughes regarding original signature page to easement. | 26.00 |
| 02/01/24 | LAG | 0.10 | Phone correspondence with Meardon Law regarding signtaure page to easement. | 26.00 |
| 02/01/24 | RRL | 1.50 | Correspond with counsel for Siemens, Progressive re: cure issues (.2); Correspond with client re: late fees on invoice and review same (.1); Correspond with M. Toney re: Progressive sale agreement (.2); Review PRA sale agreement and correspond, discuss same with M. O'Brien, S. Schamberger, and finalize same (.5); Correspond and call with B. Nielson re: same (.2); Correspond with J. Haake re: counsel outreach on final assumption list and review list for same (.2); Correspond with L. Guerrero re: closing issues and review correspondence with settlement agent re: same (.1). | 517.50 |
| 02/02/24 | LAG | 0.10 | Email correspondence with Jason Nash regarding delivery of original easement signature page. | 26.00 |
| 02/02/24 | LAG | 0.30 | Reviewed recorded documents from First American. | 78.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0008

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/02/24 | LAG | 0.20 | Email correspondence with Johnson County Auditor regarding deed recordings. | 52.00 |
| 02/02/24 | RRL | 0.10 | Correspond with counsel for Healogics re: outstanding cure issues. | 34.50 |
| 02/05/24 | LAG | 0.10 | Email correspondence with First American requesting recorded copy of Cedar County deed. | 26.00 |
| 02/05/24 | RRL | 0.10 | Review correspondence between Cassling, University re: outstanding cure issues. | 34.50 |
| 02/06/24 | LAG | 0.10 | Email correspondence with First American regarding Cedar County deed. | 26.00 |
| 02/06/24 | LAG | 0.10 | Examined Cedar County deed in the public records. | 26.00 |
| 02/06/24 | LAG | 0.10 | Email correspondence with transaction parties with copies of the recorded documents. | 26.00 |
| 02/07/24 | RRL | 0.10 | Correspond with K. Borodkin re: amounts due and outstanding on assigned contract and opposing counsel re: same. | 34.50 |
| 02/08/24 | RRL | 0.20 | Correspond with potential buyer for MOB II property and CBRE team re: same, bankruptcy considerations. | 69.00 |
| 02/09/24 | RRL | 0.10 | Correspond with contract counterparty re: status of cure payment. | 34.50 |
| 02/13/24 | RRL | 0.30 | Correspondence with counsel for counterparty, University re: status of cure payment (.2); Correspondence with D. Simon re: issues related to same (.1). | 103.50 |
| 02/19/24 | RRL | 0.20 | Correspond with M. Toney re: Progressive sale agreement (.1); Correspond with B. Nielsen re: same (.1). | 69.00 |
| 02/20/24 | RRL | 0.20 | Correspond with counsel for Progressive and client re: executed version of purchase agreement. | 69.00 |
| 02/21/24 | RRL | 0.60 | Review APA for provision re: security deposit on leased property and correspond with clients re: same (.2); Correspond with client, K. Stanger re: Perigen payment (.2); Correspondence with University counsel re: same (.1); Correspond with client re: payment of McKesson fees per order (.1). | 207.00 |
| 02/21/24 | RRL | 1.10 | Call with S. Shamberger re: trust issues (.4); Follow up correspondence with M. Toney re: same summarizing related issues (.4); Correspond with J. Reasoner, UST office re: monthly operating report supporting documents (.2); Correspond with client re: same (.1). | 379.50 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0008

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/22/24 | RRL | 0.30 | Correspond with counsel for Northwest Mechanical re: questions on assignment and assumption of contract (.2); Correspond with H2C re: status of Progressive sale approval (.1). | 103.50 |
| 02/26/24 | RRL | 0.40 | Correspondence with client re: status of sale of interest in Progressive (.2); Follow up correspondence with opposing counsel re: same (.1); Correspond with M. O'Brien re: closing questions (.1). | 138.00 |
| 02/27/24 | RRL | 0.30 | Correspondence with D. Childers and B. Nielson re: closing for sale of PRA interest (.2); Correspond with M. Toney and J. Porter re: issues related to same (.1). | 103.50 |
| 02/28/24 | RRL | 0.90 | Correspondence with J. Porter, M. Toney, and D. Golinghorst re: APA records question and review APA for same (.2); Correspondence with B. Nielson re: closing PRA transaction and next steps (.2); Correspond with clients re: same, wiring instructions (.3); Review and calculate H2C success fee in connection with same and in accordance with retention orders (.2). | 310.50 |
| 02/29/24 | RRL | 0.20 | Correspondence with M. Toney re: provisions in APA re: deposits (.1); Call with J. Greathouse re: same (.1). | 69.00 |

**Sub-Total Fees:**    2,872.00

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|--------------|-------|-------------|--------|
| Shawna M. Schamberger | 0.10 | 230.00 | 23.00 |
| Lindsey A. Guerrero | 2.20 | 260.00 | 572.00 |
| Roy R. Leaf | 6.60 | 345.00 | 2,277.00 |
|  | 8.90 |  | 2,872.00 |

## DISBURSEMENTS

| 02/01/2024 | VENDOR: Iowa Secretary Of State; INVOICE#: JANUARY2024; DATE: 2/1/2024  -  January 2024 Filing - Certificate of Existence for Corp #98551 | 5.00 |
|---|---|---|
| 02/01/2024 | VENDOR: Iowa Secretary Of State; INVOICE#: JANUARY2024; DATE: 2/1/2024  -  January 2024 Filing - Certificate of Existence for Corp #60776 | 5.00 |
| 02/01/2024 | VENDOR: Iowa Secretary Of State; INVOICE#: JANUARY2024; DATE: 2/1/2024  -  January 2024 Filing - Certificate of Existence for Corp #60776 | 5.00 |

**Sub-Total Disbursements:**    15.00

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0008

**TOTAL CURRENT BILLING:**             $             2,887.00

**ACCOUNT SUMMARY**

**Previous Balance:**                  $            49,203.60
**Payments**
03/29/24      Mercy Iowa City                        <31,558.20>
              (Bankruptcy)
**Current Billing:**                   $             2,887.00

**TOTAL DUE:**                         $            20,532.40

**Outstanding Invoice Summary**

| Bill # | Bill Date | Bill Amount | Amount Due |
|--------|-----------|-------------|------------|
| 918579 | 09/28/23  | 28,094.50   | 4,624.90   |
| 920138 | 10/26/23  | 10,406.00   | 2,081.20   |
| 921629 | 11/17/23  | 22,057.00   | 1,451.40   |
| 923062 | 12/14/23  | 3,041.00    | 608.20     |
| 925501 | 01/29/24  | 11,044.50   | 2,208.90   |
| 927151 | 02/26/24  | 38,229.00   | 6,670.80   |



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | |
|---|---|
| Invoice No. | 929469 |
| Invoice Date: | April 2, 2024 |
| Client ID: | 3013788 |
| Matter ID: | 0009 |
| Billing Attorney: | RRL |

**Current Billing:**          **$16,279.50**

Amount Remitted:     $     _____

**Thank you for the opportunity to be of service.**

The Corporate Transparency Act (CTA) takes effect January 1, 2024 and requires certain entities to report information to the Treasury Department's Financial Crimes Enforcement Network, including beneficial ownership information. To find out if your business might be affected, visit the Corporate Transparency Act Information Hub on our website (www.nyemaster.com) or speak with your Nyemaster attorney.

**ACCOUNT AGING**

| Current | Under 60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| $16,279.50 | $2,698.00 | $138.20 | $408.20 | $47.60 | **$19,571.50** |

**REMITTANCE COPY**
**Kindly Remit Payment Upon Receipt**

**Please Make Checks Payable to "Nyemaster Goode, P.C."**
**ACH or wire payment also accepted**
**Please Note: New ACH Instructions**
**Routing Number:** ███████████



700 Walnut, Suite 1600 • Des Moines, IA 50309-3800
(515) 283-3100 • www.nyemaster.com

Mercy Iowa City (Bankruptcy)
500 East Market Street
Iowa City, IA  52245

| | | RRL |
|---|---|---|
| | Invoice No. | 929469 |
| | Invoice Date | April 2, 2024 |

Client ID: 3013788  Matter ID: 0009
RE: PLAN AND DISCLOSURE STATEMENT

**FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2024**

| Date | TKPR | Hours | Narrative | Amount |
|---|---|---|---|---|
| 02/01/24 | RRL | 0.60 | Meet with counsel for Preston Hollow and Pension Committee and D. Simon re: plan (.5); Correspond with same re: continuing discussions (.1). | 207.00 |
| 02/01/24 | KMS | 3.00 | Prepare for and conduct wind down call with Iowa Workers' Compensation Division (1.0); conduct strategy call with Attorneys Techau and Leaf regarding same (0.3); research Chapter 11 intersections with WC in Iowa and in Fansteel/Central Iowa Hospital matter (1.3); attention to and exchange correspondence with client regarding same (0.4). | 1,350.00 |
| 02/02/24 | RRL | 0.20 | Correspond with M. Ross re: request for claims register (.1); Review correspondence between D. Simon and Preston Hollow representatives re: plan discussions (.1). | 69.00 |
| 02/02/24 | KMS | 0.20 | Exchange correspondence with Jim Porter and Peg B. regarding workers' compensation expenses as Plan administration. | 90.00 |
| 02/05/24 | RRL | 1.30 | Participate in call with D. Simon, F. Perlman, N. Coco and others re: plan negotiations (1.0); Review correspondence with K. Stanger, P. Brubaker, and S. Techau re: issues related to plan, workers compensation issues (.1); Review and analyze Preston Hollow mark up to plan term sheet and correspondence re: same (.2). | 448.50 |
| 02/05/24 | KMS | 0.80 | Analyzed proposed workers compensation administration correspondence and work on comfort order/commuting claims approach with client and Attorney Techau. | 360.00 |
| 02/06/24 | RRL | 0.60 | Correspond with P. Roby,, Preston Hollow counsel, D. Simon re: call to discuss plan issues (.1); Participate in same (.5). | 207.00 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0009

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/06/24 | KMS | 1.20 | Attention to Trust Agreement for workers' compensation and begin drafting motion for TPA payment (0.3); research prior Iowa matters with commuting and settlement of claims under Sections 1129(a)(13) and 1114 (0.9). | 540.00 |
| 02/07/24 | RRL | 0.10 | Review correspondence between D. Simon and counsel for Preston Hollow re: plan issues. | 34.50 |
| 02/08/24 | RRL | 4.60 | Review and provide comments on draft combined plan and disclosure statement (4.0); Correspond with E. Keil re: same (.1); Correspond with K. Stanger re: workers compensation issues for same (.1); Call with P. Roby re: ongoing plan discussions (.2); Review correspondence between Preston Hollow and Committee re: possible extensions and stipulation re: same (.2). | 1,587.00 |
| 02/09/24 | RRL | 0.30 | Correspond with Preston Hollow counsel re: exclusivity continuance (.1); Call re: same (.1); Correspondence with D. Simon, E. Keil re: same (.1). | 103.50 |
| 02/11/24 | KMS | 0.30 | Research and revised liquidating trust provisions, sections 1329 and 1114 and retirement/insurance benefits. | 135.00 |
| 02/12/24 | RRL | 0.90 | Review plan support agreement and correspondence re: same (.4); Correspond with E. Keil re: proposed timeline for same, related deadlines (.3); Correspond with Epiq re: service of disclosure statement notice (.1); Correspond with K. Stanger re: review and revisions to plan (.1). | 310.50 |
| 02/12/24 | KMS | 0.70 | Prepare for and attend hearing on Motion for Administrative Bar Date and Exclusivity extension. | 315.00 |
| 02/12/24 | KMS | 0.30 | Telephone conference with Attorney Leaf regarding chapter 11 plan provisions for pensioners, workers compensation and GL/PL insurance (0.3). | 135.00 |
| 02/12/24 | KMS | 3.10 | Revised draft Ch 11 plan (insurance provisions, WC SIR trust, claimants, pensioners' trust wind down, liquidating Trust terms). | 1,395.00 |
| 02/12/24 | KMS | 0.20 | Analyzed WC loss report and assess wind down procedures and costs for Plan. | 90.00 |
| 02/12/24 | KMS | 0.20 | Telephone conference with client (Bernie) regarding post-petition excess policy for GL/PL for tail coverage analysis and reviewed policy. | 90.00 |
| 02/13/24 | RRL | 2.70 | Review and revise plan per comments from K. Stanger (1.2); Call with K. Stanger re: same (.3); Correspond with K. Stanger, E. Kiel, and D. Simon re: same (.3); Participate in call with M. Toney, J. Porter, F. Perlman, and D. Simon re: various plan issues (.5); Call with D. Simon re: plan issues (.4). | 931.50 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0009

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/13/24 | KMS | 0.90 | Revised draft Ch 11 plan (insurance provisions, WC SIR trust, claimants, pensioners' trust wind down, liquidating Trust terms) (0.7); exchange correspondence with Pensioner Trustee regarding legal entity language for Plan (0.2). | 405.00 |
| 02/14/24 | RRL | 1.60 | Participate in liquidation analysis and waterfall discussion video meeting with J. Porter, D. Simon, F. Perlman, M. Toney, and C. Karambelas (1.3); Review redlines to plan support agreement and plan exchanged between Debtors and Preston Hollow and correspondence re: same (.2); Review correspondence with Committee, Preston Hollow re: continuation of cash collateral hearing and related plan issues (.1). | 552.00 |
| 02/15/24 | RRL | 2.00 | Participate in call with Committee and Preston Hollow counsel, D. Simon, and F. Perlman re: continuing plan negotiations (.8); Follow up call with D. Simon and E. Keil re: same (.1); Call with P. Roby re: continuing plan negotiations (.4); Follow up call and correspondence with D. Simon, F. Perlman re: same (.3); Review correspondence between Committee counsel, Preston Hollow re: plan negotiations (.2); Review revisions proposed re: same form parties in interest (.2). | 690.00 |
| 02/16/24 | KMS | 1.70 | Revised workers' compensation motion and order and correspondence with CRO team regarding same. | 765.00 |
| 02/16/24 | KMS | 0.10 | Update on Plan revision status with OCC and Attorney Leaf. | 45.00 |
| 02/19/24 | RRL | 0.40 | Correspond with D. Simon re: issues related to second stipulation (.1); Review and correspond with Bondholders counsel re: same (.2); Correspond with P. Roby re: update on PSA, Plan (.1). | 138.00 |
| 02/19/24 | KMS | 2.70 | Telephone call and correspondence with client regarding workers' compensation actuarial reports and plan (0.9); revised workers' compensation motion and order (1.2); correspondence with case constituents regarding same (0.2); draft and file bar date notice and attention to service of filings to Commissioners (0.4). | 1,215.00 |
| 02/20/24 | RRL | 1.60 | Correspondence with D. Simon, E. Keil re: status of plan and filing strategy (.2); Participate in call with client, D. Simon, E. Keil, and counsel for Preston Hollow re: plan negotiations (.5); Calls with P. Roby re: plan negotiations (.5); Calls with D. Simon re: outstanding plan issues, negotiations (.4). | 552.00 |
| 02/21/24 | RRL | 0.10 | Correspond with client re: payment of patient care ombudsman fees. | 34.50 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0009                                                           Page: 5

| Date | TKPR | Hours | Narrative | Amount |
|------|------|-------|-----------|--------|
| 02/21/24 | RRL | 1.20 | Participate in Zoom with D. Simon, E. Keil re: revisions to plan per Committee comments (1.0); Correspondence with D. Simon, E. Keil, and F. Perlman re: same (.1); Review correspondence between D. Simon and A. Sherman re: status of plan negotiations (.1). | 414.00 |
| 02/22/24 | RRL | 0.30 | Correspond with E. Keil re: question on plan related to workers compensation (.1); Review changes to plan proposed by bondholders (.1); Correspond with D. Simon and E. Keil re: status of filing plan (.1). | 103.50 |
| 02/23/24 | RRL | 1.30 | Correspondence with E,. Keil, D. Simon re: filing of plan, status re: same (.3); Review final disclosure statement and plan in preparation for filing (.4); Draft email to P. Roby re: changes to filed plan and disclosure statement and continuing discussion re: same (.4); Correspondence with D. Simon, F. Perlman, and E. Keil re: plan negotiations (.2) . | 448.50 |
| 02/24/24 | RRL | 0.20 | Correspond with A. Sherman re: proposed changes to Rule 3017-1 proposed order and review same. | 69.00 |
| 02/26/24 | RRL | 0.70 | Continue drafting joinder for plan support agreement for pension committee. | 241.50 |
| 02/27/24 | RRL | 3.60 | Complete drafting pension committee joinder to plan support agreement (3.5); Correspondence with D. Simon and E. Keil re: review of same (.1). | 1,242.00 |
| 02/28/24 | RRL | 1.70 | Calls with P. Roby re: continuing plan discussions (.4); Review and revise Pension Committee joinder agreement per comments from E. Keil and correspond with Bondholder counsel re: same (.3); Correspondence with D. Simon, F. Perlman, and E. Keil re: Committee request for telephonic hearing related to plan and strategy re: same (.3); Call with E. Keil re: same, exclusivity issues (.6); Review Committee telephonic hearing request (.1). | 586.50 |
| 02/29/24 | RRL | 1.10 | Call with P. Roby re: issues related to Committee telephonic request (.3); Correspondence with P. Roby re: joinder to PSA (.2); Correspondence with Mintz team re: same (.2); Review and revise joinder to PSA re: same (.2); Review correspondence from A. Sherman re: call to discuss plan issues and correspondence with D. Simon, F. Perlman re: same (.2). | 379.50 |

                                                                          **Sub-Total Fees:**   16,279.50

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | HOURLY RATE | AMOUNT |
|--------------|-------|-------------|--------|
| Roy R. Leaf | 27.10 | 345.00 | 9,349.50 |
| Kristina M. Stanger | 15.40 | 450.00 | 6,930.00 |
| | 42.50 | | 16,279.50 |

Nyemaster Goode, P.C.
Client ID: 3013788  Matter ID: 0009

**TOTAL CURRENT BILLING:**                     $            16,279.50

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| **Previous Balance:** | $ | 14,084.00 |
| **Payments** | | |
| 03/29/24    Mercy Iowa City (Bankruptcy) | | **<10,792.00>** |
| **Current Billing:** | $ | 16,279.50 |
| **TOTAL DUE:** | $ | 19,571.50 |

**Outstanding Invoice Summary**

| Bill # | Bill Date | Bill Amount | Amount Due |
|--------|-----------|------------:|-----------:|
| 921630 | 11/17/23 | 238.00 | 47.60 |
| 923064 | 12/14/23 | 2,041.00 | 408.20 |
| 925504 | 01/29/24 | 691.00 | 138.20 |
| 927152 | 02/26/24 | 13,490.00 | 2,698.00 |