**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | : | **Case No. 23-00623 (TJC)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

**SUMMARY OF THIRD MONTHLY FEE APPLICATION OF HBM MANAGEMENT ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FOR THE PERIOD FROM JANUARY 29, 2024 THROUGH MARCH 3, 2024**

| | |
|---|---|
| Name of applicant: | **HBM MANAGEMENT ASSOCIATES, LLC** |
| Authorized to provide professional services to: | **Official Committee of Pensioners** |
| Date of retention: | **November 21, 2023** |
| Date of order authorizing retention: | **January 18, 2024, Docket No. 665** |
| Period for which compensation and reimbursement is sought: | **January 29, 2024 through March 3, 2024** |
| Amount of compensation sought as actual, reasonable and necessary: | **$ 47,804.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$ 4,267.91** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

_____
---------------------------------------------------------------

|  |  |  |
|---|---|---|
| **In re:** | : |  |
|  | : | **Chapter 11** |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | : | **Case No. 23-00623 (TJC)** |
|  | : |  |
| **Debtors.** | : | **Jointly Administered** |
|  | : |  |

_____

**SUMMARY OF HBM MANAGEMENT ASSOCIATES LLC APPLICATIONS FOR
COMPENSATION**

| Application | Fees Sought 100% | Expenses Sought | Total | Fees Requested 80% | Total Fees and Expenses Currently Requested | Fees and Expenses Paid to Date |
|---|---|---|---|---|---|---|
| First Interim 11/21/23 – 12/31/23 | $24,225.00 | $1,836.38 | $26,061.38 | $19,380.00 | $21,216.38 | $0.00 |
| Second Interim 01/01/24 – 01/28/24 | 30,804.00 | 3,709.45 | 34,513.45 | 24,643.20 | 28,352.65 | 0.00 |
| Third Interim 01/29/24 – 03/03/24 | 47,804.00 | 4,267.91 | 52,071.91 | 38,243.20 | 42,511.11 | 0.00 |
| Total | $102,833.00 | $9,813.74 | $112,646.74 | $82,266.40 | $92,080.14 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

------------------------------------------------------------------x     **Chapter 11**

In re:                                                              :
                                                                    :
**MERCY HOSPTIAL, IOWA CITY, IOWA,** *et al.*,  :
                                                                    :
**Case No.  23-00623 (TJC)**                             :
**Jointly Administered**                                    :
                                      **Debtors.**         :
------------------------------------------------------------------x

**APPLICATION OF HBM MANAGEMENT ASSOCIATES LLC AS FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS, FOR THE THIRD**
**INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR SERVICES RENDERED**
**FOR THE PERIOD FROM JANUARY 29, 2024 THROUGH MARCH 3, 2024**

## I.   INTRODUCTION

HBM Management Associates, LLC (the "Applicant"), pursuant to 11 U.S.C. Section 327(a),

hereby requests an Order approving the Applicant's fees and expenses incurred in connection

with this case.  In support thereof Applicant respectfully represents:

1.  Applicant is the Financial Advisor for Official Committee of Pensioners (the

    "Pensioners' Committee") to in the above-named case and has acted as such since its

    retention as of November 21, 2023.  See **Exhibit A** for the HBM's Retention Order and

    Retention Application.

2.  HBM Management Associates, LLC is Financial Advisory firm specializing in

    providing crisis management and financial advisory services to Companies operating

    both within and outside of bankruptcy.  HBM's professionals have over 50 years of

    experience in providing such services to its clients.  Applicant submits this Third

3

Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Third Interim Application") for the period from January 29, 2024 through March 3, 2024 (the "Third Interim Compensation Period").

3.   Applicant's time has been itemized on records which reflect on a day-to-day basis the work performed by each professional or paraprofessional during the period covered by the Third Interim Compensation Period. Copies of the time records are attached as **Exhibit B** and **Exhibit C**

4.   Applicant has advanced on behalf of the client certain expenses as shown on **Exhibit D**, which expense advancements were made directly in connection with this case and were necessary in connection with Applicant's services provided to the Pensioners' Committee.

5.   This Third Interim Application includes fees of $47,804.00 and expense advances of $4,267.91 totaling $52,071.91 for the Third Interim Compensation Period.   The $47,804.00 of fees sought includes and an agreed upon **<u>reduction</u>** of fees totaling $2,941.00 as a result of the Applicant's weekly fee cap.   Applicant expended a total of 110.00 hours during the Third Interim Compensation Period which equates to an effective rate of $434.58 per hour.   Applicant requests approval for payment of 80% of the Fees sought totaling $38,243.20 and 100% of the Expenses sought totaling $4,267.91.  Applicant will seek approval of the 20% Holdback upon final application to the Court. Applicant has previously received and is holding a $25,000.00 retainer, in accordance with its Retention Agreement.  Applicant expects to apply the retainer upon its final application for fees and expenses.  Applicant has previously applied for a First

4

and Second Interim Allowance of Compensation and Reimbursement of Expenses as follows:

| Application | Fees Sought 100% | Expenses Sought | Total | Fees Requested 80% | Total Fees and Expenses Currently Requested | Fees and Expenses Paid to Date |
|---|---|---|---|---|---|---|
| First Interim 11/21/23 – 12/31/23 | $24,225.00 | $1,836.38 | $26,061.38 | $19,380.00 | $21,216.38 | $0.00 |
| Second Interim 01/01/24 – 01/28/24 | 30,804.00 | 3,709.45 | 34,513.45 | 24,643.20 | 28,352.65 | 0.00 |
| Total | $55,029.00 | $5,545.83 | $60,574.83 | $44,023.20 | $49,569.03 | $0.00 |

## II.      BACKGROUND

6.    Mercy Hospital Iowa City Iowa is the Plan Sponsor of the  Mercy Hospital, Iowa City, Iowa Employees' Pension Plan (the "Plan").  The Plan has approximately 1,035 Participants and is a qualified defined benefit Church Plan, not subject to the Employee Income and Retirement Security Act of 1974 ("ERISA").  As the Plan is not subject to ERISA, it is not covered by the Pension Benefit Guarantee Corporation.  Currently, the Plan has approximately $118 Million in assets available to Plan Participants.  As of June 30, 2023, the Plan Benefit Obligations exceeded Plan assets by approximately $23 million, indicating that the Plan was significantly underfunded.

7.    On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases.  The Bankruptcy filings presents a material change in circumstances to the Plan

as, it is anticipated that as of the Effective Date of any Plan of Liquidation, Mercy Hospital Iowa City Iowa ("Mercy Hospital") will not be available to be Plan Sponsor, nor will there be any anticipated future funding of the Plan from the Plan Sponsor, and as a result, the Plan may have to amended or modified to ensure Plan Participants can rely on a portion of the benefits they expected to receive as part of their compensation for years of service to Mercy Hospital.

8. On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2). A hearing on the Motion was held October 27, 2023, and said Motion was granted November 3, 2023.

9. Effective January 31, 2024, substantially all of the Debtor's Hospital operations and certain assets were sold to the University of Iowa.

10. On February 23, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*

11. On March 29, 2024, the Debtors filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation.*

### III.      SUMMARY OF SERVICES RENDERED

12. Services provided to the Pensioners' Committee in this case During the Third Interim Compensation Period have involved working with the Pensioners' Committee and its Counsel to determine the options available to ensure the maximum recovery available to the Plan Participants given the $23 million underfunded status of the Plan as of June 30, 2023.  Applicant also monitored the Debtors' operations, recovery of funds and

monetization of assets for the benefit of all stakeholders. **Exhibit B** provides a detail of the hours and fees incurred for the services rendered to the Pensioners' Committee during the Third Interim Compensation Period. Applicant's retention provides for its fees to be capped on a weekly basis at $17,000.00. **Exhibit C** provides a summary of the hours and fees incurred, with agreed upon reductions, as applicable, for the agreed upon fee cap. In total, Applicant provided 110.00 hours of time and incurred $47,804.00 of fees. These services include the following:

**Meetings and Teleconferences with Professionals and Parties in Interest       41.30 Hours**

- Applicant met multiple times with the Pensioner Committee Members and the Pensioner Committee counsel to apprise of status and discuss long-term Plan options available to maximize recoveries to the Plan Participants. Applicant attended weekly meetings with the Debtors' representatives and Financial Advisors for all stakeholders to discuss and monitor case status and estimated recoveries available to stakeholders. Applicant also had additional meetings and correspondence with potential successor Plan Administrators to determine options available to the Plan after the potential confirmation of a Plan of Liquidation for the Debtors.

    See detail of Hours and Fees incurred at **Exhibit B-1.**

**Data/Financial Analysis                    43.60 Hours**

- Applicant continued work on a detailed analyses of Plan funding required to provide benefit payments to Plan Participants, under various projected benefit percentages.

- Analyzed the Debtors' various recovery analyses to the Estates' stakeholders.

- Applicant prepared an analysis of the unsecured claims pool of the Debtors.

  See detail of Hours and Fees incurred in **Exhibit B-2**.

**Document Review**                               **4.10 Hours**

- Applicant reviewed correspondence from potential Plan Administrators and provided certain Plan data.

- Applicant reviewed Plan Support Agreement Draft and correspondence from Partiers in Interest.

  See detail of Hours and Fees incurred in **Exhibit B-3**.

**Travel**                                        **21.00 Hours**

- Applicant spent 21.00 hours traveling to and from IA two times during the Third Interim Compensation Period to work the Pensioners Committee counsel, the Pensioner Committee and attend Court hearings.  Travel is charged at 50% of the Applicant's hourly rate.

  See detail of Hours and Fees incurred in **Exhibit B-4**.

## IV.     COMPLIANCE WITH GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS

13. On January 30, 1996, the Executive Office for the United States Pensioners' Committees issued and adopted the United States Guidelines for Receiving Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. Sec. 330 (the "EOUST").  The EOUST Guidelines govern the preparation and filing of applications for compensation of professionals and reimbursement of expenses for all

cases commenced on or after the effective date of the Bankruptcy Reform Act of 1994, October 22, 1994.

14. This Third Interim Application has been prepared in accordance both the EOUST Guidelines and the Northern District Guidelines, and a certification regarding compliance is submitted herewith.

15. This Third Interim Application is made by HBM pursuant to Sections 330 and 331 of the Bankruptcy Code for an allowance and award of compensation for services rendered in the amount of $47,804.00 and reimbursement of expenses incurred in the amount of $4,767.91. Applicant requests approval for payment of 80% of the Fees sought totaling $38,243.20 and 100% of the Expenses sought totaling $4,767.91. Applicant will seek approval of the 20% Holdback upon final application to the Court.

16. All of the services for which allowance of compensation is sought were rendered at the direction of the Pensioners' Committee for the benefit of the Plan Participants and the Debtors' Estates in connection with this case and not on behalf of any other person or party-in-interest.

17. The services rendered by HBM during the Third Interim Compensation Period for Services Provided to the Pensioners' Committee required an aggregate expenditure of 110.00 hours of professional time in the performance of services rendered on behalf of the Debtors **(See Exhibits B and C)**.

18. HBM also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of professional services. HBM incurred actual and necessary out-of-pocket expenses properly posted to this matter during the

Third Interim Compensation Period for Services Provided to the Pensioners' Committee in the aggregate sum of $4,267.91 **(See Exhibit D)**.

19. Applicant charges its non-bankruptcy clients for similar services performed by all such professionals and paraprofessionals at the same rates listed in the summary submitted herewith.

20. No agreement or understanding exists between HBM and any other entity for the sharing of compensation to be received for services rendered in or in connection with this case.

## V.    FINANCIAL STATUS OF THE CASE

21. As of March 31, 2024, the Debtor had approximately $48 Million of cash on hand.

## VI.    EVALUATION OF THE FAIR AND REASONABLE VALUE OF APPLICANT'S SERVICES

22. Section 330 of the Bankruptcy Code provides the statutory authority for compensating the services and reimbursing the expenses of professionals of the courts. Section 330 (a)(1) provides for reasonable compensation for actual, necessary services rendered. Section 330 (a)(3) states that the amount of such compensation is to be based on the nature, extent and value of the services, taking into account relevant factors including, without limitation, the time spent rendering the services, the necessity or benefit of the services, and the cost of comparable services other than in bankruptcy cases.  Section 330(a) (4)(A) sets forth various services for which the court may not allow

10

compensation, including (among) other services not reasonably likely to benefit the Estate.  The relevant portion of section 330 (a) of the Bankruptcy Code is as follows:

(3) (A) in determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(i)      The time spent on such services;

(ii)     The rates charged for such services;

(iii)    Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion, of a case under this title;

(iv)    Whether the services were performed within a reasonable amount of time commensurate with the complexity and nature of the problem, issue, or task addressed; and

(v)     Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than a case under this title.

(4) (A) Except as provided in subparagraph (B), the court shall not allow compensation for:

(vi)    Unnecessary duplication of services; or

(vii)   Services that were not:

   i.   Reasonably likely to benefit the debtors' estate; or

   ii.  Necessary to the administration of the case.

23. The Applicant was selected by the Pensioners Committee as a result of its extensive experience in: (a) serving as Financial Advisor for the Debtors, Chief Restructuring Officer and Accountant for the Official Committee of Unsecured Creditor and other Parties in Interest involved in numerous bankruptcy cases, (b) bankruptcy and reorganization consulting, (c) fraud auditing and investigation and forensic accounting matters, (d) valuation of businesses and assets, (e) the litigation and dispute resolution process, and (f) sales of businesses, property and other assets.

24. The rates charged by the Applicant are competitive with those of other similarly situated firms. Applicant's billing rates have been found to be reasonable in other bankruptcy cases where Applicant has submitted applications for compensation.

25. The professional services performed by the Applicant and the resulting benefit to the Estate and the Pension Committee during the Third Interim Compensation Period justify the Third allowance for compensation in the amount requested. In view of the policy underlying sections 330 and 331 of the Bankruptcy Code that professionals in bankruptcy cases be compensated on a parity with professionals practicing in other fields, the Third Interim allowance for compensation should be awarded as requested. The Applicant submits that the fees and expenses sought herein are not unusual to the awards it has received in other Chapter 11 cases and in other commercial cases serviced by the Applicant.

26. As is demonstrated above, an application of the foregoing criteria more than justifies the compensation requested by HBM at this time.

27. HBM respectfully submits that the professional services rendered to the Pensioners' Committee during the Third Interim Compensation Period were reasonable and

12

necessary, and conferred a substantial benefit on the Estate and its creditors.  HBM believes that allowance in full of the compensation for services and reimbursement of expenses requested herein is fair, reasonable, appropriate and fully justified.

WHEREFORE, HBM respectfully requests that this Court enter an order:

28. The undersigned represents to the Court that services and expense advancements provided during the Third Interim Compensation Period were ordinary and necessary for a case of the nature and complexity of the case and no work was excessive or detrimental to the estate.

29. Applicant requests that the Court approve the allowance requested in this Third Interim Application and authorize the Debtors to pay said allowance from available funds on-hand.

30. WHEREFORE, Applicant requests that the Court, pursuant to 11 U.S.C. Section 331, enter appropriate orders awarding compensation for services rendered, subject to a 20% holdback and 100% of expenses advanced, aggregating $42,511.11 for the Third Interim Compensation Period and authorize the Debtors to pay that amount.

/s/ Marc B. Ross
Managing Director
HBM Management Associates, LLC
6 Elmwood Lane
Syosset, NY  11791
PHONE: (732) 921-0921
FAX: (646) 861-4935
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **APPLICATION TO EMPLOY HBM MANAGEMENT ASSOCIATES, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF PENSIONERS** |

The Official Committee of Pensioners (the "Pensioners Committee") of the above captioned debtors and debtors-in-possession (the "Debtors") submits this application (the "Application") for entry of an order authorizing the Pensioners Committee to retain and employ HBM Management Associates, LLC ("HBM") as its financial advisor, effective as of November 21, 2023, pursuant to 11 U.S.C. § 1103 (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of the Application, the Pensioners Committee respectfully represents as follows:

1. On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases.

2. On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2) **(Doc. 385)**. A hearing on the Motion was held October 27, 2023, and said Motion was granted November 3, 2023 **(Doc. 451)**.

3. Section 1103(a) of the Bankruptcy Code provides that:

At a scheduled meeting of the committee appointed under section 1102 of this title, at
which a majority of the members of such committee are present, and with the court's
approval, such committee may select and authorize the employment by such committee of
one or more attorneys, accountants, or other agents, to represent or perform services for
such committee. 11 U.S.C. § 1103(a).

4.  The Pensioners Committee requests the engagement of financial advisor HBM to render

    the following Services:

    a)  Assessment of the Mercy Hospital Employees' Pension Plan, (the "Pension
        Plan") including but not limited to current funded status, status of the Pension
        Plan and assessing options available to the Plan's Participants (the
        "Pensioners") as a result of the Debtor's bankruptcy filing;
    b)  Work with the Pensioners Committee (The "Client"), their Attorneys, and other
        professionals as necessary to assess causes of action available to the Client;
    c)  Assess the Debtors' and other Parties' proposed Bankruptcy Plan treatment of
        the Pensioners' claims;
    d)  Work with the Client, their Attorneys, and other professionals as necessary to
        determine the options available to the Pensioners including the costs to continue
        administering the Pension Plan;
    e)  Analyze the Plan's historical performance, Statements of Net Assets Available
        for Benefits and Statements of Changes in Net Assets Available for Benefits;
        and work with Plan professionals to update the Plan's Financial Statements
        through the Debtors' proposed Plan Confirmation Date;
    f)  Other services as required and agreed upon with the Debtors.

5.  Marc Ross, ("Ross"), a managing director of HBM shall be the primary HBM personnel

    on this engagement. Ross has over 25 years of experience as an advisor, bankruptcy and

    turnaround specialist, crisis manager, forensic accountant, and auditor. He specializes in

    assuming hands-on management roles or providing consulting assistance to troubled or

    under-performing companies. Ross has provided clients with interim management services

    including roles as a CRO and interim CEO, CFO and COO, operational and financial

    consulting, advising Debtors and Creditors' committees, providing litigation consulting

    and performing forensic investigations. Ross holds a Bachelor of Science in Management

    from Tulane University and practiced as a Certified Public Accountant (CPA) and a

    Certified Insolvency and Restructuring Advisor (CIRA). He won, along with a team of

professionals, the Turnaround Management Association's Turnaround of the Year Award
for work on Agriprocessors, Inc.

6.  Ross will be assisted by Harry Malinowski ("Malinowski"), a managing director of HBM,
as required. The Client shall retain HBM at the following hourly rates: Ross, $510;
Malinowski, $510. HBM's rates are subject to adjustment each year. Other professionals
may be provided by HBM at hourly rates to be determined, to assist Ross, however such
professionals shall only be utilized by Ross with prior written approval of the Pensioners
Committee.

7.  Notwithstanding the above rates (with respect to services performed by Ross and
Malinowski only), professional fees shall not exceed $17,000 per week. It is anticipated
that the Debtors will be responsible for payment of HBM's fees, upon approval by the
Court of HBM's fee applications. In addition, the Debtors will reimburse HBM for all
reasonable out-of-pocket expenses (including reasonable travel and lodging costs).

8.  Upon approval of HBM's retention by the Court, the Debtors shall provide HBM with a
$25,000 retainer (the "Retainer") to be held on deposit by HBM until this engagement has
concluded. Any unused portion of the Retainer shall be returned to the Debtors after
applying any final Court-approved outstanding amounts due to HBM.

9.  To the best of the Pensioners Committee's knowledge and as evidence by the Declaration
attached hereto as Exhibit "A", Ross and HBM have no connection with the United States
Trustee, or any other person employed in the Office of the United States Trustee, or the
Bankruptcy Judge in these cases, do not hold any interest adverse to the Debtors and are a
"disinterested" person under the Bankruptcy Code.

10. For the reasons set forth herein, the Pensioners Committee submits that, pursuant to Bankruptcy Code section 1103(a) and Bankruptcy Rule 2014(a), HBM should be employed as the Pensioners Committee's financial advisor in these bankruptcy cases.

11. The Pensioners Committee requests approval of the retention and employment of HBM effective as of November 21, 2023, the date the Motion to Establish Official Committee of Pensioners was granted by this Court.

**WHEREFORE**, the Committee respectfully requests that this Court enter the Order, granting the relief requested herein, and granting such other and further relief as the Court may deem just and proper.

Dated: January 15, 2024

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Paula L. Roby
Paula L. Roby   AT0006749
Telephone:  (319) 365-0437
Facsimile:  (319) 365-5866
E-mail:      paula@drpjlaw.com
*Attorney for The Official Committee of Pensioners*
*of Mercy Hospital, Iowa City, Iowa, et al.*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this January 15, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Julie G. Quist

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **DECLARATION OF MARC ROSS IN SUPPORT OF APPLICATION TO EMPLOY HBM MANAGEMENT ASSOCIATES, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF PENSIONERS** |

I, Marc Ross, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.   I am a managing director of HBM Management Associates, LLC ("HBM") which is located at 6 Elmwood Lane, Syosset, NY 11791. I am familiar with the matters set forth herein and make this declaration on behalf of HBM and myself in support of the application of the Official Committee of Pensioners (the "Pensioners Committee") in the above-captioned case, for authority to retain HBM as its financial advisor.

2.   I hold a Bachelor of Science in Management from Tulane University and have practiced as a Certified Public Accountant (CPA) and a Certified Insolvency and Restructuring Advisor (CIRA). I have over 25 years of experience as an advisor, bankruptcy and turnaround specialist, crisis manager, forensic accountant, and auditor. I have provided clients with operational and financial consulting, advised Debtors and Creditors' committees, provided litigation consulting, and performed forensic investigations. Along with a team of professionals, we won the Turnaround Management Association's Turnaround of the Year Award for work on Agriprocessors, Inc.

3.   To the best of my actual knowledge, neither HBM, nor any employee of HBM, has any connection with the above-named Debtors, their creditors, or any other party of interest herein other than Pensioners Committee with whom we have had discussions prior to this application.

4.   I am not a manager or owner of, nor am I related to the manager(s) or owner(s) of the Debtors Mercy Hospital, Iowa City, IA; Mercy Services Iowa City, Inc; nor Mercy Iowa City ACO, LLC.

5.   To the best of my knowledge, I do not have any connection with the United States Trustee for Region 12, or any person employed by the Office of the United States Trustee.

6.   I am not "related" to the presiding Bankruptcy Judge in this case.

**Exhibit A**

7.   I do not represent any entity with an interest contrary to the interests of the Official Committee of Pensioners.

8.   I will make an appropriate application to this Court for compensation and reimbursement of expenses as required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Iowa.

Dated this 12th day of January 2024.

Marc Ross

Sworn to and subscribe before me by Marc Ross, a managing director of HBM Management Associates, LLC, on this 12 th day of January 2024.

Commonwealth of Pennsylvania - Notary Seal
TAYLOR LISANTI - Notary Public
Montgomery County
My Commission Expires September 15, 2025
Commission Number 1396113

Notary Public

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.,* | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **ORDER GRANTING APPLICATION TO EMPLOY HBM MANAGEMENT ASSOCIATES, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF PENSIONERS** |

On January 15, 2024, the Official Committee of Pensioners, by and through their attorney filed **(Doc. 642)** Application to Employ HBM Management Associates, LLC ("HBM") as Financial Advisor for the Official Committee of Pensioners ("Application").

The Court, having reviewed the Application, finds good and sufficient cause to grant the same pursuant to 11 U.S.C. § 1103(a) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

**THEREFORE, IT IS ORDERED** that the Application is granted, effective as of November 21, 2023. The Official Committee of Pensioners shall be entitled to employ HBM as its Financial Advisor on the terms set forth in the Application, HBM shall apply for compensation in accordance with U.S.C. §§ 330 and 331, and the Debtors are authorized to pay HBM post-petition fees and expenses as subsequently approved by the Court.

Dated and Entered:
January 18, 2024

_____
United States Bankruptcy Judge
For the Northern District of Iowa

Order prepared by:
Paula L. Roby   AT0006749
Day Rettig Martin, P.C.
ATTORNEY FOR THE OFFICIAL
COMMITTEE OF PENSIONERS

**EXHIBIT B**

Mercy Hospital Iowa City, Iowa, et. al.
Detailed Time Incurred by Professional - January 29, 2024 - March 3, 2024

USBC NDIA 23-00623 (TJC)
Exhibit B

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed | Discount for Weekly Cap | Net Billable Fees |
|---|---|---|---|---|---|---|---|---|
| 1/29/24 | Marc Ross | Mercy - call with Deloitte and Debtor team and prep for same (1.8); Review correspondence from Debtor Counsel (.2) | Meetings/Teleconference with Professionals and Parties in Interest | 2.00 | $ 510.00 | 1,020.00 | | |
| 1/30/24 | Marc Ross | Mercy - Correspondence with PL Roby (.1) | Meetings/Teleconference with Professionals and Parties in Interest | 0.10 | $ 510.00 | 51.00 | | |
| 2/1/24 | Marc Ross | Mercy - Call with October Three and Altigro and H Malinowski (.8); correspondence re: same (.2); Weekly professional call (.9) | Meetings/Teleconference with Professionals and Parties in Interest | 1.90 | $ 510.00 | 969.00 | | |
| 2/1/24 | Harry Malinowski | Meeting with Altigro and OctoberThree consultants re: various alternatives to Church Plan post-closing. | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 | | |
| 2/2/24 | Marc Ross | Mercy - Call with PL Roby re status and items needed (.8); correspondence with Debtor re items needed (.4) | Meetings/Teleconference with Professionals and Parties in Interest | 1.20 | $ 510.00 | 612.00 | | |
| 2/3/24 | Marc Ross | Mercy - Work on Recovery Analysis (4.1) | Data/Financial Analysis | 4.10 | $ 510.00 | 2,091.00 | | |
| 2/4/24 | Marc Ross | Mercy - Work on recovery analysis for Pension Plan (1.5) | Data/Financial Analysis | 1.50 | $ 510.00 | 765.00 | - | 5,916.00 |
| 2/5/24 | Marc Ross | Mercy - Review correspondence from Altigro/Oct 3 and review census (1.2); | Document Review | 1.20 | $ 510.00 | 612.00 | | |
| 2/5/24 | Marc Ross | Mercy - Correspondence with PL Roby (.1); | Meetings/Teleconference with Professionals and Parties in Interest | 0.10 | $ 510.00 | 51.00 | | |
| 2/5/24 | Harry Malinowski | Correspondence re: Octoberthree annuity proposal. | Document Review | 0.30 | $ 510.00 | 153.00 | | |
| 2/6/24 | Marc Ross | Mercy - Work on GUC claims analysis of Epiq (3.7) | Data/Financial Analysis | 3.70 | $ 510.00 | 1,887.00 | | |
| 2/6/24 | Marc Ross | Mercy - Call with PL Roby re: Pension claim and D Simon email (1.0); | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | 510.00 | | |
| 2/7/24 | Marc Ross | Mercy - Correspondence with Debtor re Plan Fees (.1); correspondence with Altigro re Plan qualification (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.40 | $ 510.00 | 204.00 | | |
| 2/7/24 | Marc Ross | Mercy - work on claims; call with PL Roby re same (3.4) | Data/Financial Analysis | 3.40 | $ 510.00 | 1,734.00 | | |
| 2/7/24 | Marc Ross | Travel to CLT (3.0) | Travel | 3.00 | $ 255.00 | 765.00 | | |
| 2/8/24 | Marc Ross | Travel CLT - IA | Travel | 4.00 | $ 255.00 | 1,020.00 | | |
| 2/8/24 | Marc Ross | Mercy - Meet with PL Roby and prep for meeting on Pension Committee; discuss Plan options; call with Creditors' Professionals re: potential Plan (4.9) | Meetings/Teleconference with Professionals and Parties in Interest | 4.90 | $ 510.00 | 2,499.00 | | |
| 2/8/24 | Marc Ross | Mercy - Work on Pension Plan Recovery Analysis (2.3) | Data/Financial Analysis | 2.30 | $ 510.00 | 1,173.00 | | |
| 2/8/24 | Marc Ross | Mercy - correspondence with PL Roby and call re Plan treatment: call with Altigro re same (.8); correspondence w Debtors re items needed from Debtors (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 1.30 | $ 510.00 | 663.00 | | |
| 2/9/24 | Marc Ross | Mercy - Work on claims register for Plan analysis (2.6) | Data/Financial Analysis | 2.60 | $ 510.00 | 1,326.00 | | |
| 2/9/24 | Marc Ross | Mercy -preparation for and participate in meeting with Pensioner  Meet with Pensioners (2.8) | Meetings/Teleconference with Professionals and Parties in Interest | 2.80 | $ 510.00 | 1,428.00 | | |
| 2/9/24 | Marc Ross | Mercy - work on analyses for available  pension funds for Plan discussions; correspondence with professionals re pension questions; meet with PL Roby re same (4.3) | Data/Financial Analysis | 4.30 | $ 510.00 | 2,193.00 | | |
| 2/9/24 | Marc Ross | Travel to PA (4.0) | Travel | 4.00 | $ 255.00 | 1,020.00 | | |
| 2/10/24 | Marc Ross | Mercy - Work on Pension Plan Funding Analysis (1.5) | Data/Financial Analysis | 1.50 | $ 510.00 | 765.00 | | |
| 2/10/24 | Harry Malinowski | Work on PV analysis of benefits | Data/Financial Analysis | 0.30 | $ 510.00 | 153.00 | | |
| 2/10/24 | Marc Ross | Mercy - Call with H Malinowski re Plan Funding Analysis (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.30 | $ 510.00 | 153.00 | | |
| 2/11/24 | Marc Ross | Mercy - Review Bondholder's Plan and correspondence with PL Roby re same (1.1) | Document Review | 1.10 | $ 510.00 | 561.00 | | |
| 2/11/24 | Marc Ross | Mercy - Work on Pension Plan funding requirements and calls with H Malinowski re same (2.1) | Data/Financial Analysis | 2.10 | $ 510.00 | 1,071.00 | (2,941.00) | 17,000.00 |
| 2/11/24 | Harry Malinowski | Work on PV analysis of benefits | Data/Financial Analysis | 0.30 | $ 510.00 | 153.00 | | |
| 2/12/24 | Marc Ross | Mercy - Call with PL Roby re: Plan and settlement options (.3); Mercy - Meeting with FAs re: recoveries and status (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 | | |
| 2/12/24 | Marc Ross | Mercy - Work on Recovery analysis scenarios (2.3) | Data/Financial Analysis | 2.30 | $ 510.00 | 1,173.00 | | |
| 2/13/24 | Marc Ross | Mercy - Work on Pension Plan recovery scenarios (3.4); call with PL Roby re: same (.3); calls with H Malinowski re: same (.3) | Data/Financial Analysis | 4.00 | $ 510.00 | 2,040.00 | | |
| 2/13/24 | Harry Malinowski | Work on various contribution scenarios relating to future plan payments | Data/Financial Analysis | 0.40 | $ 510.00 | 204.00 | | |

**Mercy Hospital Iowa City, Iowa, et. al.**
**Detailed Time incurred by Professional - January 29, 2024 - March 3, 2024**

USBC NDIA 23-00623 (TJC)
Exhibit B

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed | Discount for Weekly Cap | Net Billable Fees |
|---|---|---|---|---|---|---|---|---|
| 2/14/24 | Marc Ross | Mercy - Correspondence with PL Roby re: Pension Plan Scenarios and work on analysis (1.70) | Data/Financial Analysis | 1.70 | $ 510.00 | 867.00 | | |
| 2/15/24 | Marc Ross | Mercy - Call with PL Roby re: potential Plan scenarios and PBGC (.4); Research PBGC standards (.3); call with PL Roby re same (.4); Work opn Plan Recovery Analysis (1.7) | Data/Financial Analysis | 2.80 | $ 510.00 | 1,428.00 | | |
| 2/15/24 | Marc Ross | Mercy - Call with professionals re: Waterfall (.8) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 | | |
| 2/16/24 | Marc Ross | Mercy - call with PL Roby re Waterfall (1.3) and analyze same (2.0) | Data/Financial Analysis | 3.30 | $ 510.00 | 1,683.00 | | |
| 2/18/24 | Marc Ross | | | - | $ 510.00 | - | - | 8,364.00 |
| 2/19/24 | Marc Ross | Mercy - Work on Settlement Analysis (1.3) | Data/Financial Analysis | 1.30 | $ 510.00 | 663.00 | | |
| 2/20/24 | Marc Ross | Mercy - call with H Malinowski re settlement options (.3); call with PL Roby re Plan options (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 | | |
| 2/20/24 | Marc Ross | Mercy -  and work on Plan analysis under multiple recovery options (1.4) | Data/Financial Analysis | 1.40 | $ 510.00 | 714.00 | | |
| 2/20/24 | Harry Malinowski | Work on Analysis of benefits under various scenarios | Data/Financial Analysis | 0.30 | $ 510.00 | 153.00 | | |
| 2/21/24 | Marc Ross | Mercy - Correspondence re: Plan with Altigro; correspondence re: meeting with Plan attorney re maintaining Church Plan Status (1.0) | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | 510.00 | | |
| 2/25/24 | Marc Ross | | | - | $ 510.00 | - | - | 2 448.00 |
| 2/26/24 | Marc Ross | Mercy - Call with PL Roby re: Status and results of call with Pension Specialist (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.30 | $ 510.00 | 153.00 | | |
| 2/26/24 | Marc Ross | Mercy - Participation in call with Pension Professionals and Church Plan Counsel Specialty (1.1); weekly call with professionals (.8) | Meetings/Teleconference with Professionals and Parties in Interest | 1.90 | $ 510.00 | 969.00 | | |
| 2/26/24 | Harry Malinowski | Conference with Altigro Consultants and ERISA Counsel; potential referral for retention. | Meetings/Teleconference with Professionals and Parties in Interest | 1.10 | $ 510.00 | 561.00 | | |
| 2/27/24 | Marc Ross | Mercy - Travel to IA (5.0) | Travel | 5.00 | $ 255.00 | 1,275.00 | | |
| 2/27/24 | Marc Ross | Mercy - Meet with PL Roby re status and Proposed Plan (2.1) | Meetings/Teleconference with Professionals and Parties in Interest | 2.10 | $ 510.00 | 1,071.00 | | |
| 2/28/24 | Marc Ross | Mercy - Review proposed Plan and DS; Meet with PL Roby and strategize on Plan; Review UCC Letter re Plan; call with Debtor Counsel and PL Roby re same (6.5) | Meetings/Teleconference with Professionals and Parties in Interest | 6.50 | $ 510.00 | 3,315.00 | | |
| 2/29/24 | Marc Ross | Mercy - Meet with PL Roby  and strategize with regard to Plan; perform calculations re: same (6.8) Mercy - Meet with Committee Members (1.1) Mercy - call with Neilson re: "Death Audit" (.3); weekly call with professionals (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 8.70 | $ 510.00 | 4,437.00 | | |
| 3/1/24 | Marc Ross | Mercy - Correspondence and call with M Toney re Pension Plan Death Audit; correspondence with PL Roby re same; correspondence with Pensioners (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.50 | $ 510.00 | 255.00 | | |
| 3/1/24 | Marc Ross | Mercy - Review Plan Support Agreement and Joinder (1.0) and call with PL Roby re same (.5) | Document Review | 1.50 | $ 510.00 | 765.00 | | |
| 3/1/24 | Marc Ross | Mercy - Travel back to PA from IA (5.0) | Travel | 5.00 | $ 255.00 | 1,275.00 | | |
| 3/3/24 | Marc Ross | | | - | $ 510.00 | - | - | 14,076.00 |
| | | **Total Fees Incurred** | | **110.00** | **$ 461.32** | **50,745.00** | **(2,941.00)** | **47,804.00** |

**EXHIBITS B-1 through B-4**

**Mercy Hospital Iowa City, Iowa, et. al.**
**Detailed Time incurred by Project Code - January 29, 2024 - March 3, 2024**

USBC NDIA 23-00623 (TJC)
Exhibit B-1

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed |
|------|-----------|------|--------------------------------|------|------|--------|
| 1/29/24 | Marc Ross | Mercy - call with Deloitte and Debtor team and prep for same (1.8); Review correspondence from Debtor Counsel (.2) | Meetings/Teleconference with Professionals and Parties in Interest | 2.00 | $ 510.00 | 1,020.00 |
| 1/30/24 | Marc Ross | Mercy - Correspondence with PL Roby (.1) | Meetings/Teleconference with Professionals and Parties in Interest | 0.10 | $ 510.00 | 51.00 |
| 2/1/24 | Harry Malinowski | Meeting with Altigro and OctoberThree consultants re: various alternatives to Church Plan post-closing. | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 |
| 2/1/24 | Marc Ross | Mercy - Call with October Three and Allegro and H Malinowski (.8); correspondence re: same (.2); Weekly professional call (.9) | Meetings/Teleconference with Professionals and Parties in Interest | 1.90 | $ 510.00 | 969.00 |
| 2/2/24 | Marc Ross | Mercy - Call with PL Roby re status and items needed (.8); correspondence with Debtor re items needed (.4) | Meetings/Teleconference with Professionals and Parties in Interest | 1.20 | $ 510.00 | 612.00 |
| 2/5/24 | Marc Ross | Mercy - Correspondence with PL Roby (.1); | Meetings/Teleconference with Professionals and Parties in Interest | 0.10 | $ 510.00 | 51.00 |
| 2/6/24 | Marc Ross | Mercy - Call with PL Roby re: Pension claim and D Simon email (1.0); | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | 510.00 |
| 2/7/24 | Marc Ross | Mercy - Correspondence with Debtor re Plan Fees (.1); correspondence with Altigro re Plan qualification (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.40 | $ 510.00 | 204.00 |
| 2/8/24 | Marc Ross | Mercy - correspondence with PL Roby and call re Plan treatment: call with Altigro re same (.8); correspondence w Debtors re items needed from Debtors (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 1.30 | $ 510.00 | 663.00 |
| 2/8/24 | Marc Ross | Mercy - Meet with PL Roby and prep for meeting with Pension Committee; discuss Plan options; call with Creditors' Professionals re: potential Plan (4.9) | Meetings/Teleconference with Professionals and Parties in Interest | 4.90 | $ 510.00 | 2,499.00 |
| 2/9/24 | Marc Ross | Mercy -preparation for and participate in meeting with Pensioner  Meet with Pensioners (2.8) | Meetings/Teleconference with Professionals and Parties in Interest | 2.80 | $ 510.00 | 1,428.00 |
| 2/10/24 | Marc Ross | Mercy - Call with H Malinowski re Plan Funding Analysis (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.30 | $ 510.00 | 153.00 |
| 2/12/24 | Marc Ross | Mercy - Call with PL Roby re: Plan and settlement options (.3); Mercy - Meeting with FAs re: recoveries and status (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 |
| 2/15/24 | Marc Ross | Mercy - Call with professionals re: Waterfall (.8) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 |
| 2/20/24 | Marc Ross | Mercy - call with H Malinowski re settlement options (.3); call with PL Roby re Plan options (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | 408.00 |
| 2/21/24 | Marc Ross | Mercy - Correspondence re: Plan with Altigro; correspondence re: meeting with Plan attorney re maintaining Church Plan Status (1.0) | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | 510.00 |
| 2/26/24 | Harry Malinowski | Conference with Altigro Consultants and ERISA Counsel; potential referral for retention. | Meetings/Teleconference with Professionals and Parties in Interest | 1.10 | $ 510.00 | 561.00 |
| 2/26/24 | Marc Ross | Mercy - Participation in call with Pension Professionals and Church Plan Counsel Specialty (1.1); weekly call with professionals (.8) | Meetings/Teleconference with Professionals and Parties in Interest | 1.90 | $ 510.00 | 969.00 |
| 2/26/24 | Marc Ross | Mercy - Call with PL Roby re: Status and results of call with Pension Specialist (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.30 | $ 510.00 | 153.00 |
| 2/27/24 | Marc Ross | Mercy - Meet with PL Roby re status and Proposed Plan (2.1) | Meetings/Teleconference with Professionals and Parties in Interest | 2.10 | $ 510.00 | 1,071.00 |
| 2/28/24 | Marc Ross | Mercy - Review proposed Plan and DS; Meet with PL Roby and strategize on Plan; Review UCC Letter re Plan; call with Debtor Counsel and PL Roby re same (6.5) | Meetings/Teleconference with Professionals and Parties in Interest | 6.50 | $ 510.00 | 3,315.00 |
| 2/29/24 | Marc Ross | Mercy - Meet with PL Roby  and strategize with regard to Plan; perform calculations re: same (6.8) Mercy - Meet with Committee Members (1.1) Mercy - call with Neilson re: "Death Audit" (.3); weekly call with professionals (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 8.70 | $ 510.00 | 4,437.00 |
| 3/1/24 | Marc Ross | Mercy -Correspondence and call with M Toney re Pension Plan Death Audit; correspondence with PL Roby re same; correspondence with Pensioners (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.50 | $ 510.00 | 255.00 |
|  |  |  |  | 41.30 | $ 510.00 | $ 21,063.00 |

**Mercy Hospital Iowa City, Iowa, et. al.**　　　　　　　　　　　　　　　　　　　　　　**USBC NDIA 23-00623 (TJC)**
**Detailed Time incurred by Project Code - January 29, 2024 - March 3, 2024**　　　　　　　　**Exhibit B-2**

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed |
|---|---|---|---|---|---|---|
| 2/3/24 | Marc Ross | Mercy - Work on Recovery Analysis (4.1) | Data/Financial Analysis | 4.10 | $ 510.00 | 2,091.00 |
| 2/4/24 | Marc Ross | Mercy - Work on recovery analysis for Pension Plan (1.5) | Data/Financial Analysis | 1.50 | $ 510.00 | 765.00 |
| 2/6/24 | Marc Ross | Mercy - Work on GUC claims analysis of Epiq (3.7) | Data/Financial Analysis | 3.70 | $ 510.00 | 1,887.00 |
| 2/7/24 | Marc Ross | Mercy - work on claims; call with PL Roby re same (3.4) | Data/Financial Analysis | 3.40 | $ 510.00 | 1,734.00 |
| 2/8/24 | Marc Ross | Mercy - Work on Pension Plan Recovery Analysis (2.3) | Data/Financial Analysis | 2.30 | $ 510.00 | 1,173.00 |
| 2/9/24 | Marc Ross | Mercy - work on analyses for available pension funds for Plan discussions; correspondence with professionals re pension questions; meet with PL Roby re same (4.3) | Data/Financial Analysis | 4.30 | $ 510.00 | 2,193.00 |
| 2/9/24 | Marc Ross | Mercy - Work on claims register for Plan analysis (2.6) | Data/Financial Analysis | 2.60 | $ 510.00 | 1,326.00 |
| 2/10/24 | Harry Malinowski | Work on PV analysis of benefits | Data/Financial Analysis | 0.30 | $ 510.00 | 153.00 |
| 2/10/24 | Marc Ross | Mercy - Work on Pension Plan Funding Analysis (1.5) | Data/Financial Analysis | 1.50 | $ 510.00 | 765.00 |
| 2/11/24 | Harry Malinowski | Work on PV analysis of benefits | Data/Financial Analysis | 0.30 | $ 510.00 | 153.00 |
| 2/11/24 | Marc Ross | Mercy - Work on Pension Plan funding requirements and calls with H Malinowski re same (2.1) | Data/Financial Analysis | 2.10 | $ 510.00 | 1,071.00 |
| 2/12/24 | Marc Ross | Mercy - Work on Recovery analysis scenarios (2.3) | Data/Financial Analysis | 2.30 | $ 510.00 | 1,173.00 |
| 2/13/24 | Harry Malinowski | Work on various contribution scenarios relating to future plan payments | Data/Financial Analysis | 0.40 | $ 510.00 | 204.00 |
| 2/13/24 | Marc Ross | Mercy - Work on Pension Plan recovery scenarios (3.4); call with PL Roby re: same (.3); calls with H Malinowski re: same (.3) | Data/Financial Analysis | 4.00 | $ 510.00 | 2,040.00 |
| 2/14/24 | Marc Ross | Mercy - Correspondence with PL Roby re: Pension Plan Scenarios and work on analysis (1.70) | Data/Financial Analysis | 1.70 | $ 510.00 | 867.00 |
| 2/15/24 | Marc Ross | Mercy - Call with PL Roby re: potential Plan scenarios and PBGC (.4); Research PBGC standards (.3); call with PL Roby re same (.4); Work opn Plan Recovery Analysis (1.7) | Data/Financial Analysis | 2.80 | $ 510.00 | 1,428.00 |
| 2/16/24 | Marc Ross | Mercy - call with PL Roby re Waterfall (1.3) and analyze same (2.0) | Data/Financial Analysis | 3.30 | $ 510.00 | 1,683.00 |
| 2/19/24 | Marc Ross | Mercy - Work on Settlement Analysis (1.3) | Data/Financial Analysis | 1.30 | $ 510.00 | 663.00 |
| 2/20/24 | Harry Malinowski | Work on Analysis of benefits under various scenarios | Data/Financial Analysis | 0.30 | $ 510.00 | 153.00 |
| 2/20/24 | Marc Ross | Mercy - and work on Plan analysis under multiple recovery options (1.4) | Data/Financial Analysis | 1.40 | $ 510.00 | 714.00 |
| | | | | 43.60 | $ 510.00 | $ 22,236.00 |

**Mercy Hospital Iowa City, Iowa, et. al.**
**Detailed Time incurred by Project Code - January 29, 2024 - March 3, 2024**

**USBC NDIA 23-00623 (TJC)**
**Exhibit B-3**

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed |
|------|-----------|------|-------------------------------|------|------|--------|
| 2/5/24 | Harry Malinowsk | Correspondence re: Octoberthree annuity proposal. | Document Review | 0.30 | $ 510.00 | $ 153.00 |
| 2/5/24 | Marc Ross | Mercy - Review correspondence from Altigro/Oct 3 and review census (1.2) | Document Review | 1.20 | $ 510.00 | 612.00 |
| 2/11/24 | Marc Ross | Mercy - Review Bondholder's Plan and correspondence with PL Roby re same (1.1) | Document Review | 1.10 | $ 510.00 | 561.00 |
| 3/1/24 | Marc Ross | Mercy - Review Plan Support Agreement and Joinder (1.0) and call with PL Roby re same (.5) | Document Review | 1.50 | $ 510.00 | 765.00 |
| | | | | 4.10 | $ 510.00 | $ 2,091.00 |

**Mercy Hospital Iowa City, Iowa, et. al.**

**Detailed Time incurred by Project Code - January 29, 2024 - March 3, 2024**

USBC NDIA 23-00623 (TJC)

Exhibit B-4

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed |
|---|---|---|---|---|---|---|
| 2/7/24 | Marc Ross | Travel to CLT (3.0) | Travel | 3.00 | $ 255.00 | 765.00 |
| 2/8/24 | Marc Ross | Travel CLT - IA | Travel | 4.00 | $ 255.00 | 1,020.00 |
| 2/9/24 | Marc Ross | Travel to PA (4.0) | Travel | 4.00 | $ 255.00 | 1,020.00 |
| 2/27/24 | Marc Ross | Mercy - Travel to IA (5.0) | Travel | 5.00 | $ 255.00 | 1,275.00 |
| 3/1/24 | Marc Ross | Mercy - Travel back to PA from IA (5.0) | Travel | 5.00 | $ 255.00 | 1,275.00 |
| | | | | 21.00 | $ 255.00 | $ 5,355.00 |

**EXHIBIT C**

**Mercy Hospital Iowa City, Iowa, et. al.**                                                **USBC NDIA 23-00623 (TJC)**
**Summary Time by Project Code**                                                       **Exhibit C**

| Project Code | Harry Malinowski Sum of Time | Sum of Billed | Marc Ross Sum of Time | Sum of Billed | Total Sum of Time | Total Sum of Billed |
|---|---|---|---|---|---|---|
| | **Column Labels** | | | | | |
| Data/Financial Analysis | 1.30 | 663.00 | 42.30 | 21,573.00 | 43.60 | 22,236.00 |
| Meetings/Teleconference with Professionals and Parties in Interest | 1.90 | 969.00 | 39.40 | 20,094.00 | 41.30 | 21,063.00 |
| Travel | | | 21.00 | 5,355.00 | 21.00 | 5,355.00 |
| Document Review | 0.30 | 153.00 | 3.80 | 1,938.00 | 4.10 | 2,091.00 |
| **Grand Total** | **3.50** | **1,785.00** | **106.50** | **48,960.00** | **110.00** | **50,745.00** |

**Less amounts subject to Fee Cap of $17,000 per week**                                         **(2,941.00)**

**Net Billable Fees Sought**                                         **110.00**  **$**      **47,804.00**

**Effective Rate**                                               **$**        **434.58**

**Amounts Sought for Payment at 80%**                                   **$**     **38,243.20**

**Amounts Heldback at 20%**                                         **$**       **9,560.80**

# EXHIBIT D

**Mercy Hospital Iowa City, Iowa, et. al.**          **USBC NDIA 23-00623 (TJC)**
**Expenses Incurred**          **Exhibit D**

| Expense | Date | Miles | Rate | Slip Value | Expense Type |
|---|---|---|---|---|---|
| American Airlines | 2/7/24 | | | 1,097.69 | Airfare |
| Mileage to and From PHL from Blue Bell PA | 2/7/24 | 90 | 0.670 | 60.30 | Mileage |
| Biaggis Cedar Rapids | 2/8/24 | | | 125.00 | Meals |
| Courtyard Charlotte Airport | 2/8/24 | | | 209.08 | Lodging |
| CASEYS #2791 CEDAR RAPIDS IA | 2/9/24 | | | 10.50 | Fuel |
| Hertz Cedar Rapids | 2/9/24 | | | 214.93 | Rental Car |
| Parking PHL | 2/9/24 | | | 114.00 | Parking |
| Residence Inn Cedar Rapids | 2/9/24 | | | 154.56 | Lodging |
| American Airlines | 2/27/24 | | | 1,079.20 | Airfare |
| Crosbys Cedar Rapids | 2/27/24 | | | 113.50 | Meals |
| Hertz Cedar Rapids | 2/27/24 | | | 273.54 | Rental Car |
| Mileage to and From PHL from Blue Bell PA | 2/27/24 | 90 | 0.670 | 60.30 | Mileage |
| Biaggis Cedar Rapids | 2/28/24 | | | 111.50 | Meals |
| CASEYS #2791 CEDAR RAPIDS IA | 2/29/24 | | | 23.55 | Fuel |
| Parking PHL | 3/1/24 | | | 112.00 | Parking |
| Residence Inn Cedar Rapids | 3/1/24 | | | 508.26 | Lodging |
| | | | | | |

$  4,267.91