

WED-59310 0862-Pcancihrg 23-00623
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

April 10, 2024
PLEASE ADD
11 ARBURY DRIVE
TO MY ADDRESS.
*Kim Gaskill*
Gaskill Signs, Inc.

CASE # 23-00623

051516 1868 1 SP 0.640 52246 4 5 10113-1-51951

Gaskill Signs, Inc.
Attn: Kim Gaskill, VP
Iowa City, IA 52246

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

APR 12 2024

Clerk of Court
By: _____NB_____
Deputy

## ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the street address that the debtor provided contains an error. To ensure correct delivery of this and future notices:

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at https://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at https://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on <u>this</u> notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

051516      5931005156 7017

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23–00623

Debtor

## NOTICE CANCELING TELEPHONIC HEARING
## ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11
## PLAN OF LIQUIDATION (DOC. 760) AND DEBTOR'S MOTION FOR APPROVING
## SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION (DOC. 796)

To:

Roy Ryan Leaf, Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger, Attorneys for Debtor

Robert Cardell Gainer, Boris Mankovestskiy, and Andrew H. Sherman, Attorneys for Official Committee of Unsecured Creditors

United States Trustee

Paula L. Roby, Attorney for Official Committee of Pensioners

Peter Chalik, Nathan F. Coco, William W. Kannel, Megan M. Preusker, and Kaitlin R. Walsh, Attorneys for Computershare Trust Company, N.A., as Trustee and Preston Hollow Community Capital, Inc., as Bondholder Representative

Matthew Cronin, Jake Gordon, David Goroff, Edward Joseph Green, Christopher J. Jessen, and Michael Reck, Attorneys for Mercy Health Network, Inc.

Brittany B. Falabella, Nicholas Miller, and Robert Schaefer Westermann, Attorneys for Owens & Minor, Inc.

Beth M. Brownstein, Bradley R. Kruse, Nicholas A. Marten, and Matthew F. Prewitt, Attorneys for MediRevv, LLC

NOTICE IS HEREBY GIVEN that the above matter(s) scheduled for April 1, 2024 at 10:30 AM is hereby CANCELED.

Date: April 1, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Crype*

Deputy Clerk