**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered<br><br>**Objection Deadline: 04/29/2024 at 4:00 pm (CT)** |

**SUMMARY OF FIRST FEE APPLICATION OF DAY RETTIG MARTIN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF PENSIONERS FOR ALLOWANCE OF COMPENSATION AND REMIBUREMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 4, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Day Rettig Martin, P.C. |
| Authorized to Provide Professional Services to: | Official Committee of Pensioners |
| Date of Retention: | November 4, 2023 |
| Date of Order Authorizing Retention: | November 13, 2023, Doc. 506 |
| Period for which Compensation and Reimbursement is Sought: | November 4, 2023 through November 30, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $20,544.00 (80% of $25,680.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Application Type: | Monthly |

**SUMMARY OF DAY RETTIG MARTIN, P.C. APPLICATIONS FOR COMPENSATION**

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees & Expenses |
|---|---|---|---|---|---|
| First | N/A | 11/04/23 – 11/30/23 | $20,544.00<br>(80% of 25,680.00) | $0.00 | N/A |

## SUMMARY OF BILLING BY PROFESSIONALS
### NOVEMBER 4, 2023 – NOVEMBER 30, 2023

| Name of Professional | Position, Department, Year of Bar Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Paula L. Roby | Shareholder, Bankruptcy Bar Admission: 1999 | $375.00 | 68.30 | $20,340.00 (80% of 25,425.00) |
| Julie G. Quist | Paralegal | $150.00 | 1.70 | $204.00 (80% of 255.00) |
| TOTALS: | | | 69.50 | $20,544.00 (80% of 25,680.00) |

## COMPENSATION BY PROJECT CATEGORY
### NOVEMBER 4, 2023 – NOVEMBER 30, 2023

| Project Category | Total Hours | Total Fees |
|---|---|---|
| A. Asset Analysis and Recovery | 11.00 | $4,125.00 |
| B. Case Administration | 7.30 | $2,727.50 |
| C. Court Hearings | 5.30 | $1,830.00 |
| D. Employment and Fee Applications | 1.50 | $337.50 |
| E. Litigation | 0.00 | N/A |
| F. Litigation Planning | 1.60 | $600.00 |
| G. Meetings and Communications with Professionals | 20.80 | $7,800.00 |
| H. Pension Analysis | 5.50 | $2,062.50 |
| I. Plan and Disclosures Statement | 0.00 | N/A |
| J. Review Pleadings | 16.50 | $6,187.50 |
| K. Other Contested Matters | 0.00 | N/A |
| L. Travel (billed at 50%) | 0.00 | N/A |
| TOTALS: | 69.50 | $25,680.00 |

**EXPENSE SUMMARY**
**NOVEMBER 4, 2023 – NOVEMBER 30, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | N/A |
| TOTALS: | 0.00 | $0.00 |

Day Rettig Martin, P.C. (the "Applicant" or "DRM"), counsel to the Official Committee of Pensioners (the "Pensioners Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Doc. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from **November 4, 2023** through **November 30, 2023** (the "Application Period"), and respectfully represents as follows:

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

**BACKGROUND**

**A. Formation of the Official Committee of Pensioners**

4. On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases.

5. On September 13, 2023, Paula L. Roby of DRM appeared for a group of Mercy Pensioners (Doc. 212) and on October 4, 2023, for the Mercy Pensioners Ad-Hoc Committee (Doc. 332).

6. On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2) (Doc. 385). A hearing on the Motion was held October 27, 2023, and the Motion was granted November 3, 2023 (Doc. 451). The following day, eight members of the Mercy Pensioners Ad-Hoc Committee were appointed to serve as the Official Committee of Pensioners (the "Pensioners Committee") (Doc. 458).

**B. The Retention of Day Rettig Martin, P.C.**

7. On November 8, 2023, the Pensioners Committee applied to the Court (Doc. 479) (the "DRM Application") for an order authorizing it to retain and employ DRM as their counsel, effective as of November 4, 2023. On November 13, 2023, the Court entered an order authorizing such retention (Doc. 506).

**RELIEF REQUESTED**

8. All services for which compensation is requested were performed for or on behalf of the Pensioners Committee. During the compensation period, DRM received no payment and no promises of payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or

understanding between DRM and any other person, other than members of DRM for sharing of any compensation to be received for services rendered in the Chapter 11 Case.

9. Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, DRM is seeking compensation in the amount of $20,544.00, which is equal to eighty percent (80%) of the $25,680.00 in fees for professional services rendered by DRM during the Application Period. This amount is derived solely from the applicable hourly billing rates of DRM's personnel who rendered services to the Debtors. In addition, DRM incurred $0.00 in out-of-pocket expenses during the Application Period.

**A. Compensation Requested**

10. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by DRM with respect to the Chapter 11 Case during the Application Period. This detailed itemization complies with the Interim Compensation Order and the Bankruptcy Code in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

11. The attorney(s) and paraprofessional(s) who rendered services related to each project category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought for each category.

**B. Expense Reimbursement**

12. DRM incurred out-of-pocket expenses during the Application Period in the amount of $0.00. Descriptions of the expenses actually occurred are identified in **Exhibit A** in relation to each project category. The expenses are broken down into categories of charges.

13. DRM provided a wide array of legal services to the Pensioners Committee. The services rendered by DRM are separated by project category and are more fully described in the Summary of Services by Project spreadsheet attached to this Application as **Exhibit B.**

## CONCLUSION

14. DRM believes that the time entries, rates, and expenses included in **Exhibit A** are reasonable, customary, and in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

15. DRM reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

**WHEREFORE**, DRM respectfully requests that the Court enter an order: (i) awarding DRM allowance of (a) eighty percent (80%) of the fees for the Application Period in the amount of $20,544.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses DRM incurred during the Application Period in the amount of $0.00; (ii) authorizing and directing the Debtors to pay DRM $20,544.00, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

Dated: April 15, 2024

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Paula L. Roby
Paula L. Roby  AT0006749
Telephone:  (319) 365-0437
FAX:  (319) 365-5866
E-mail:  paula@drpjlaw.com
Attorney for the
Official Committee of Pensioners

## Certificate of Service

  The undersigned certifies, under penalty of perjury, that on this April 15, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Julie G. Quist

# Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P. O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866

Mercy Pensioners Committee

Statement Date: April 15, 2024
Statement No. 123219
Account No. 100082.01
Page: 1

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/04/2023 | PLR | E-mail correspondence with United States Trustee's office. | 375.00 | 0.10 | 37.50 |
| | PLR | Receive and review United States Trustee's Appointment of Official Committee of Pensioners. | 375.00 | 0.10 | 37.50 |
| | PLR | Continued e-mail correspondence with Official Committee of Pensioners. | 375.00 | 0.50 | 187.50 |
| | PLR | Review First Day Motions. | 375.00 | 2.10 | 787.50 |
| | PLR | Attention to status of Pension funds, lack of Trust account. | 375.00 | 0.60 | 225.00 |
| 11/05/2023 | PLR | Prepare for 11/06/23 Hearing. | 375.00 | 2.50 | 937.50 |
| | PLR | Correspondence with Attorney Eric Lam regarding Foundation issues. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review of filings including Motion in Limine, Witness and Exhibit Lists, Response to Objection filed by Bond Holder, Declaration. | 375.00 | 1.40 | 525.00 |
| | PLR | Background case filings review. | 375.00 | 2.50 | 937.50 |
| | PLR | Review Pension Plan Instrument regarding Trust. | 375.00 | 0.40 | 150.00 |
| 11/06/2023 | JGQ | Prepare Hearing binder for Attorney Paula Roby. | 150.00 | 0.70 | 105.00 |
| | PLR | Participate in Hearing on Cash Collateral, Automatic Stay, Motion to Sell, Cash Management, and Rule 9019. | 375.00 | 2.10 | 787.50 |
| | PLR | Correspondence with Committee regarding Hearing. | 375.00 | 0.60 | 225.00 |
| | PLR | Meet with Parties in Interest following Hearing. | 375.00 | 0.70 | 262.50 |
| | PLR | Receive and review correspondence from Ron Winters of Gibbins Advisors, LLC regarding Financial Advisor needs. | 375.00 | 0.20 | 75.00 |
| | PLR | Receive and review correspondence from Attorney Jeffrey Goetz regarding Financial Advisor needs. | 375.00 | 0.10 | 37.50 |
| | PLR | Attention to Application to Employ Day Rettig Martin, P.C. for Official Committee of Pensioners. | 375.00 | 0.20 | 75.00 |
| | PLR | Receive and review full list of Pensioners from Debtors; forwarded same to Official Committee of Pensioners. | 375.00 | 0.40 | 150.00 |
| | PLR | Correspondence with Official Committee of Pensioners regarding handling of list, mailings. | 375.00 | 0.30 | 112.50 |
| | PLR | Telephone conference with Attorney Eric Lam regarding Foundation. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review proposed Orders from Attorney Roy Leaf. | 375.00 | 1.20 | 450.00 |

**Exhibit A, 1 of 4**

|  |  |  | Statement Date: | 04/15/2024 |
|---|---|---|---|---|
|  |  |  | Statement No. | 123219 |
| Mercy Pensioners Committee |  |  | Account No. | 100082.0 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 11/07/2023 | JGQ | Draft Application to Employ Counsel for Official Committee of Pensioners and Declaration regarding same; send same to Attorney Paula Roby for review. | 150.00 | 0.50 | 75.00 |
|  | PLR | Receive and review docket numbers 456, 457, 459, and 464. | 375.00 | 2.10 | 787.50 |
|  | PLR | E-mail correspondence with Attorney Daniel Simon regarding meeting between Debtors and Official Committee of Pensioners. | 375.00 | 0.30 | 112.50 |
|  | PLR | Receive and review Withdrawal of Bondholder, Motion to Compel Compliance; Order Cancelling Hearing on same. | 375.00 | 0.30 | 112.50 |
|  | PLR | E-mail correspondence regarding Financial Advisor needs; receive and review Order on Application to Employ Day, Rettig, Martin P.C. | 375.00 | 0.10 | 37.50 |
|  | PLR | Receive and review Amended Schedules to Asset Purchase Agreement; compare with original. | 375.00 | 0.60 | 225.00 |
|  | PLR | E-mail correspondence regarding retaining Financial Advisor. | 375.00 | 0.30 | 112.50 |
|  | PLR | Receive and review Proceeding Memo regarding 11/7/23 Hearing. | 375.00 | 0.20 | 75.00 |
|  | PLR | Receive and review Order on Motion to Extend. | 375.00 | 0.10 | 37.50 |
|  | PLR | Receive and review Order Granting Motion for Information Sharing Procedures. | 375.00 | 0.40 | 150.00 |
|  | PLR | Receive and review Order Granting Debtors' Motion for Cash Collateral, Adequate Protection, Other Relief. | 375.00 | 0.40 | 150.00 |
|  | PLR | Receive and review Order Approving Motion to Sell. | 375.00 | 1.10 | 412.50 |
|  | PLR | Receive and review Order Approving Settlement Among Debtors, Bondholders, Committee, and Mercy Foundation. | 375.00 | 0.50 | 187.50 |
| 11/08/2023 | JGQ | Finalize and file Application to Employ Counsel for Official Committee of Pensioners. | 150.00 | 0.20 | 30.00 |
|  | PLR | E-mail correspondence with Attorney Eric Lam regarding amount still in the Foundation after Order Approving Settlement. | 375.00 | 0.70 | 262.50 |
|  | PLR | Review Settlement documents. | 375.00 | 0.60 | 225.00 |
|  | PLR | Review and approve Application to Employ Day, Rettig, Martin P.C. as Counsel for Official Committee of Pensioners for filing. | 375.00 | 0.20 | 75.00 |
|  | PLR | Attention to Potential Causes of Action. | 375.00 | 1.60 | 600.00 |
| 11/09/2023 | JGQ | Draft proposed Order for Application to Employ Counsel for Official Committee of Pensioners; send same to Attorney Paula Roby for review; finalize and send to Court for consideration. | 150.00 | 0.30 | 45.00 |
|  | PLR | Receive and review full list of Pensioners from Debtors; forwarded same to Official Committee of Pensioners. | 375.00 | 0.90 | 337.50 |
|  | PLR | Participate in Zoom meeting regarding meeting with Attorneys Daniel Simon and Roy Leaf regarding case status and concerns of Pensioners. | 375.00 | 0.50 | 187.50 |
|  | PLR | Participate in Official Committee of Pensioners meeting. | 375.00 | 1.90 | 712.50 |
|  | PLR | Participate in telephone call with Debtors. | 375.00 | 0.70 | 262.50 |
|  | PLR | Receive and review several Applications for Compensation filed by the Unsecured Creditors Committee professionals. | 375.00 | 0.60 | 225.00 |
|  | PLR | E-mail correspondence with Attorney Robert Gainer regarding meeting. | 375.00 | 0.30 | 112.50 |
| 11/10/2023 | PLR | Receive and review Pension documents from Debtors. | 375.00 | 4.60 | 1,725.00 |
|  | PLR | Receive and review e-mail correspondence from Ron Winters. | 375.00 | 0.10 | 37.50 |
|  | PLR | Receive and review Applications for Compensation filed by Debtors. | 375.00 | 1.10 | 412.50 |

| | | | Statement Date: | 04/15/2024 |
| | | | Statement No. | 123219 |
| Mercy Pensioners Committee | | | Account No. | 100082.0 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/2023 | PLR | Telephone conference with Attorney Roy Leaf regarding Pension issues. | 375.00 | 0.40 | 150.00 |
| | PLR | Attention to options for Pension Plan moving forward. | 375.00 | 2.10 | 787.50 |
| | PLR | Review Principal documents. | 375.00 | 0.60 | 225.00 |
| | PLR | Telephone call with Marc Ross regarding Principal documents. | 375.00 | 0.30 | 112.50 |
| 11/13/2023 | PLR | Continue with document review. | 375.00 | 1.40 | 525.00 |
| | PLR | Receive and review Order Approving Application to Employ Day, Rettig, Martin P.C. for Official Committee of Pensioners. | 375.00 | 0.20 | 75.00 |
| | PLR | Legal research regarding Iowa Law Controlling Church Plans. | 375.00 | 2.30 | 862.50 |
| 11/14/2023 | PLR | Telephone conference with Attorney Robert Gainer regarding Unsecured Creditors' Committee and Pension interaction, case background. | 375.00 | 0.40 | 150.00 |
| | PLR | E-mail correspondence with Official Committee of Pensioners regarding attempts to solicit Pensioners by third-party. | 375.00 | 0.40 | 150.00 |
| | PLR | Telephone call to Solicitor regarding attempt to solicit Pensioners. | 375.00 | 0.50 | 187.50 |
| | PLR | Draft letter to Employee Retirement Advisors; (.30) draft e-mail to all Pensioners regarding same. (.30) | 375.00 | 0.60 | 225.00 |
| 11/15/2023 | PLR | Attention to Pensioners' service issues. | 375.00 | 0.40 | 150.00 |
| | PLR | E-mail correspondence regarding 457 B status. | 375.00 | 0.50 | 187.50 |
| | PLR | Attention to H2C Securities Application for Compensation. | 375.00 | 0.20 | 75.00 |
| | PLR | Correspondence with Official Committee of Pensioners regarding Scheduling. | 375.00 | 0.50 | 187.50 |
| 11/16/2023 | PLR | Receive and review ToneyKorpf support document regarding Application for Compensation. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review Motion to Reconsider and Order Setting Hearing. | 375.00 | 0.40 | 150.00 |
| | PLR | Attention to status of Foundation funds. | 375.00 | 0.60 | 225.00 |
| 11/21/2023 | PLR | Receive and review of Monthly Operation Reports filed by Debtors. | 375.00 | 1.50 | 562.50 |
| | PLR | Correspondence with Attorney Roy Leaf regarding Pension issues. | 375.00 | 0.20 | 75.00 |
| | PLR | Prepare for Official Committee of Pensioners meeting. | 375.00 | 0.80 | 300.00 |
| | PLR | Call with Marc Ross regarding Pension Committee formation and Financial Advisor needs. | 375.00 | 1.00 | 375.00 |
| 11/22/2023 | PLR | Participate in Official Committee of Pensioners meeting to provide update; discuss next steps. | 375.00 | 2.50 | 937.50 |
| | PLR | Correspondence with Attorney Roy Leaf regarding Motion to Continue; reviewed attached proposed Order. | 375.00 | 0.20 | 75.00 |
| | PLR | Receive and review Order on Motion to Continue. | 375.00 | 0.10 | 37.50 |
| | PLR | Receive and review full list of Pensioners; correspondence with Official Committee of Pensioners regarding same. | 375.00 | 1.30 | 487.50 |
| | PLR | Receive and review United States Trustee Comment filed. | 375.00 | 0.20 | 75.00 |
| 11/24/2023 | PLR | Receive and review United States Trustee Objection to McDermott, Will, and Emery LLP Application for Compensation. | 375.00 | 0.30 | 112.50 |
| | PLR | Review and Approve Official Committee of Pensioners Update. | 375.00 | 0.50 | 187.50 |

| | | | Statement Date: | 04/15/2024 |
| | | | Statement No. | 123219 |
| Mercy Pensioners Committee | | | Account No. | 100082.0 |

| Date | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|
| 11/27/2023 | PLR | E-mail correspondence with Attorney Nathan Coco regarding path forward. | | 375.00 | 0.30 | 112.50 |
| | PLR | E-mail correspondence with Attorney Daniel Simon regarding Pension Issues, Plan, and meeting. | | 375.00 | 0.30 | 112.50 |
| | PLR | Legal research regarding Treatment of Plan under Iowa Trust Law. | | 375.00 | 1.90 | 712.50 |
| | PLR | Attention to follow up items from telephone calls. | | 375.00 | 0.50 | 187.50 |
| 11/28/2023 | PLR | Receive and review Order on Motion to Extend Time to Assume or Reject Unexpired Leases. | | 375.00 | 0.30 | 112.50 |
| | PLR | Review case law regarding Benefits as Wages. | | 375.00 | 1.20 | 450.00 |
| 11/29/2023 | PLR | Receive and review draft Term Sheet and proposed Waterfall from Bondholder. | | 375.00 | 1.20 | 450.00 |
| | PLR | Continue review of Order on Motion to Extend Time to Assume or Reject Unexpired Leases. | | 375.00 | 0.10 | 37.50 |
| | PLR | Receive and review Notice of Hearing on Final Cash Collateral Order. | | 375.00 | 0.10 | 37.50 |
| 11/30/2023 | PLR | Telephone call with Bondholder representatives and attorney for same regarding Exclusivity, background, and Bondholder plan proposal. | | 375.00 | 0.60 | 225.00 |
| | PLR | Prepare Official Committee of Pensioners update. | | 375.00 | 1.30 | 487.50 |
| | PLR | Telephone call with Marc Ross regarding Financial Advisor position; case background. | | 375.00 | 1.20 | 450.00 |
| | PLR | Revise Notice regarding Cash Collateral. | | 375.00 | 0.20 | 75.00 |
| | PLR | Work on Term Sheet Counter Proposal. | | 375.00 | 0.80 | 300.00 |
| | | For Current Services Rendered | | | 69.50 | 25,680.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paula L Roby | 67.80 | $375.00 | $25,425.00 |
| Julie G. Quist | 1.70 | 150.00 | 255.00 |

Total Current Work                                25,680.00

Balance Due                                       $25,680.00

**Please make all checks payable to Day Rettig Martin, P.C. Thank you.**

**Counsel for Mercy Pensioners Committee   SUMMARY OF SERVICES BY PROJECT**
November 4 - 30  2023

### A. Asset Analysis and Recovery

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/10/2023 | PLR | 4.60 | 1,725.00 | Receive and review Pension documents from Debtors. |
| 11/13/2023 | PLR | 2.30 | 862.50 | Legal research regarding Iowa Law Controlling Church Plans. |
| 11/27/2023 | PLR | 1.90 | 712.50 | Legal research regarding Treatment of Plan under Iowa Trust Law. |
| 11/29/2023 | PLR | 1.20 | 450.00 | Receive and review draft Term Sheet and proposed Waterfall from Bondholder. |
| 11/30/2023 | PLR | 0.20 | 75.00 | Revise Notice regarding Cash Collateral. |
| 11/30/2023 | PLR | 0.80 | 300.00 | Work on Term Sheet Counter Proposal. |
| | Totals: | 11.00 | 4,125.00 | |

### B. Case Administration

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/05/2023 | PLR | 2.50 | 937.50 | Background case filings review. |
| 11/06/2023 | PLR | 1.20 | 450.00 | Receive and review proposed Orders from Attorney Roy Leaf. |
| 11/07/2023 | PLR | 0.30 | 112.50 | Receive and review Withdrawal of Bond Holder, Motion to Compel Compliance; Order Cancelling Hearing on same. |
| 11/14/2023 | PLR | 0.60 | 225.00 | Draft letter to Employee Retirement Advisors; (.30) draft e-mail to all Pensioners regarding same. (.30) |
| 11/15/2023 | PLR | 0.40 | 150.00 | Attention to Pensioners' service issues. |
| 11/15/2023 | PLR | 0.50 | 187.50 | E-mail correspondence regarding 457 B status. |
| 11/21/2023 | PLR | 0.80 | 300.00 | Prepare for Official Committee of Pensioners meeting. |
| 11/24/2023 | PLR | 0.50 | 187.50 | Review and Approve Official Committee of Pensioners Update. |
| 11/27/2023 | PLR | 0.50 | 187.50 | Attention to follow up items from telephone calls. |
| | Totals: | 7.30 | 2,737.50 | |

### C. Court Hearings

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/05/2023 | PLR | 2.50 | 937.50 | Prepare for 11/06/23 Hearing. |
| 11/06/2023 | JGQ | 0.70 | 105.00 | Prepare Hearing binder for Attorney Paula Roby. |
| 11/06/2023 | PLR | 2.10 | 787.50 | Participate in Hearing on Cash Collateral, Automatic Stay, Motion to Sell, Cash Management, and Rule 9019 |
| | Totals: | 5.30 | 1,830.00 | |

### D. Employment and Fee Applications

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/06/2023 | PLR | 0.20 | 75.00 | Attention to Application to Employ Day Rettig Martin, P.C. for Official Committee of |
| 11/07/2023 | JGQ | 0.50 | 75.00 | Draft Application to Employ Counsel for Official Committee of Pensioners and Declaration regarding same; send same to Attorney Paula Roby for review. |
| 11/07/2023 | PLR | 0.10 | 37.50 | E-mail correspondence regarding Financial Advisor needs; receive and review Order on Application to Employ Day, Rettig, Martin P.C. |
| 11/08/2023 | JGQ | 0.20 | 30.00 | Finalize and file Application to Employ Counsel for Official Committee of Pensioners. |
| 11/08/2023 | PLR | 0.20 | 75.00 | Review and approve Application to Employ Day, Rettig, Martin P.C. as Counsel for Official Committee of Pensioners for filing. |
| 11/09/2023 | JGQ | 0.30 | 45.00 | Draft proposed Order for Application to Employ Counsel for Official Committee of Pensioners; send same to Attorney Paula Roby for review; finalize and send to Court for |
| | Totals: | 1.50 | 337.50 | |

### F. Litigation Planning

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/08/2023 | PLR | 1.60 | 600.00 | Attention to Potential Causes of Action. |
| | Totals: | 1.60 | 600.00 | |

### G. Meetings and Communications with Professionals

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/04/2023 | PLR | 0.10 | 37.50 | E-mail correspondence with United States Trustee's office. |
| 11/04/2023 | PLR | 0.50 | 187.50 | Continued e-mail correspondence with Official Committee of Pensioners. |
| 11/05/2023 | PLR | 0.40 | 150.00 | Correspondence with Attorney Eric Lam regarding Foundation issues. |
| 11/06/2023 | PLR | 0.60 | 225.00 | Correspondence with Committee regarding Hearing. |
| 11/06/2023 | PLR | 0.70 | 262.50 | Meet with Parties in Interest following Hearing. |

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/06/2023 | PLR | 0.20 | 75.00 | Receive and review correspondence from Ron Winters of Gibbins Advisors, LLC regarding Financial Advisor needs |
| 11/06/2023 | PLR | 0.10 | 37.50 | Receive and review correspondence from Attorney Jeffrey Goetz regarding Financial Advisor needs |
| 11/06/2023 | PLR | 0.40 | 150.00 | Receive and review full list of Pensioners from Debtors; forwarded same to Official Committee of Pensioners |
| 11/06/2023 | PLR | 0.30 | 112.50 | Correspondence with Official Committee of Pensioners regarding handling of list, mailings. |
| 11/06/2023 | PLR | 0.40 | 150.00 | Telephone conference with Attorney Eric Lam regarding Foundation. |
| 11/07/2023 | PLR | 0.30 | 112.50 | E-mail correspondence with Attorney Daniel Simon regarding meeting between Debtors and Official Committee of Pensioners |
| 11/07/2023 | PLR | 0.30 | 112.50 | E-mail correspondence regarding retaining Financial Advisor. |
| 11/08/2023 | PLR | 0.70 | 262.50 | E-mail correspondence with Attorney Eric Lam regarding amount still in the Foundation after Order Approving Settlement. |
| 11/09/2023 | PLR | 0.90 | 337.50 | Receive and review full list of Pensioners from Debtors; forwarded same to Official Committee of Pensioners. |
| 11/09/2023 | PLR | 0.50 | 187.50 | Participate in Zoom meeting regarding meeting with Attorneys Daniel Simon and Roy Leaf regarding case status and concerns of Pensioners. |
| 11/09/2023 | PLR | 1.90 | 712.50 | Participate in Official Committee of Pensioners meeting. |
| 11/09/2023 | PLR | 0.70 | 262.50 | Participate in telephone call with Debtors. |
| 11/09/2023 | PLR | 0.30 | 112.50 | E-mail correspondence with Attorney Robert Gainer regarding meeting. |
| 11/10/2023 | PLR | 0.10 | 37.50 | Receive and review e-mail correspondence from Ron Winters. |
| 11/12/2023 | PLR | 0.40 | 150.00 | Telephone conference with Attorney Roy Leaf regarding Pension issues. |
| 11/12/2023 | PLR | 0.30 | 112.50 | Telephone call with Marc Ross regarding Principal documents. |
| 11/14/2023 | PLR | 0.40 | 150.00 | Telephone conference with Attorney Robert Gainer regarding Unsecured Creditors' Committee and Pension interaction, case background |
| 11/14/2023 | PLR | 0.40 | 150.00 | E-mail correspondence with Official Committee of Pensioners regarding attempts to solicit Pensioners by third-party |
| 11/14/2023 | PLR | 0.50 | 187.50 | Telephone call to Solicitor regarding attempt to solicit Pensioners. |
| 11/15/2023 | PLR | 0.50 | 187.50 | Correspondence with Official Committee of Pensioners regarding Scheduling. |
| 11/21/2023 | PLR | 0.20 | 75.00 | Correspondence with Attorney Roy Leaf. |
| 11/21/2023 | PLR | 1.00 | 375.00 | Call with Marc Ross regarding Pension Committee formation and Financial Advisor needs. |
| 11/22/2023 | PLR | 2.50 | 937.50 | Participate in Official Committee of Pensioners meeting to provide update; discuss next |
| 11/22/2023 | PLR | 0.20 | 75.00 | Correspondence with Attorney Roy Leaf regarding Motion to Continue; reviewed attached proposed Order. |
| 11/22/2023 | PLR | 1.30 | 487.50 | Receive and review full list of Pensioners; correspondence with Official Committee of Pensioners regarding same. |
| 11/27/2023 | PLR | 0.30 | 112.50 | E-mail correspondence with Attorney Nathan Coco regarding path forward. |
| 11/27/2023 | PLR | 0.30 | 112.50 | E-mail correspondence with Attorney Daniel Simon regarding Pension Issues, Plan, and |
| 11/30/2023 | PLR | 0.60 | 225.00 | Telephone call with Bondholder representatives and attorney for same regarding Exclusivity, background, and Bondholder plan proposal. |
| 11/30/2023 | PLR | 1.30 | 487.50 | Prepare Official Committee of Pensioners update. |
| 11/30/2023 | PLR | 1.20 | 450.00 | Telephone call with Marc Ross regarding Financial Advisor position; case background. |
| | Totals: | 20.80 | 7,800.00 | |

**H. Pension Analysis**

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/04/2023 | PLR | 0.60 | 225.00 | Attention to status of Pension funds, lack of Trust account. |
| 11/05/2023 | PLR | 0.40 | 150.00 | Review Pension Plan Instrument regarding Trust. |
| 11/12/2023 | PLR | 2.10 | 787.50 | Attention to options for Pension Plan moving forward. |
| 11/12/2023 | PLR | 0.60 | 225.00 | Review Principal documents. |
| 11/16/2023 | PLR | 0.60 | 225.00 | Attention to status of Foundation funds. |
| 11/28/2023 | PLR | 1.20 | 450.00 | Review case law regarding Benefits as Wages. |
| | Totals: | 5.50 | 2,062.50 | |

**J. Review Pleadings**

| Date | Tmkr | Hrs to Bill | Amount | Description |
|---|---|---|---|---|
| 11/04/2023 | PLR | 2.10 | 787.50 | Review First Day Motions. |
| 11/04/2023 | PLR | 0.10 | 37.50 | Receive and review United States Trustee's Appointment of Official Committee of Pensioners. |
| 11/05/2023 | PLR | 1.40 | 525.00 | Receive and review of filings including Motion in Limine, Witness and Exhibit Lists, Response to Objection filed by Bond Holder, Declaration |
| 11/07/2023 | PLR | 2.10 | 787.50 | Receive and review docket numbers 456, 457, 459, and 464. |
| 11/07/2023 | PLR | 0.60 | 225.00 | Receive and review Amended Schedules to Asset Purchase Agreement; compare with |

**Exhibit B, 2 of 3**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/07/2023 | PLR | 0.20 | 75.00 | Receive and review Proceeding Memo regarding 11/7/23 Hearing. |
| 11/07/2023 | PLR | 0.10 | 37.50 | Receive and review Order on Motion to Extend. |
| 11/07/2023 | PLR | 0.40 | 150.00 | Receive and review Order Granting Motion for Information Sharing Procedures. |
| 11/07/2023 | PLR | 0.40 | 150.00 | Receive and review Order Granting Debtors' Motion for Cash Collateral, Adequate Protection, Other Relief |
| 11/07/2023 | PLR | 1.10 | 412.50 | Receive and review Order Approving Motion to Sell. |
| 11/07/2023 | PLR | 0.50 | 187.50 | Receive and review Order Approving Settlement Among Debtors, Bondholders, Committee, and Mercy Foundation. |
| 11/08/2023 | PLR | 0.60 | 225.00 | Review Settlement documents. |
| 11/09/2023 | PLR | 0.60 | 225.00 | Receive and review several Applications for Compensation filed by the Unsecured Creditors Committee professionals. |
| 11/10/2023 | PLR | 1.10 | 412.50 | Receive and review Applications for Compensation filed by Debtors. |
| 11/13/2023 | PLR | 1.40 | 525.00 | Continue with document review. |
| 11/13/2023 | PLR | 0.20 | 75.00 | Receive and review Order Approving Application to Employ Day, Rettig, Martin P.C. for Official Committee of Pensioners. |
| 11/15/2023 | PLR | 0.20 | 75.00 | Attention to H2C Securities Application for Compensation. |
| 11/16/2023 | PLR | 0.40 | 150.00 | Receive and review ToneyKorpf support document regarding Application for Compensation. |
| 11/16/2023 | PLR | 0.40 | 150.00 | Receive and review Motion to Reconsider and Order Setting Hearing. |
| 11/21/2023 | PLR | 1.50 | 562.50 | Receive and review of Monthly Operation Reports filed by Debtors. |
| 11/22/2023 | PLR | 0.10 | 37.50 | Receive and review Order on Motion to Continue. |
| 11/22/2023 | PLR | 0.20 | 75.00 | Receive and review United States Trustee Comment filed. |
| 11/24/2023 | PLR | 0.30 | 112.50 | Receive and review United States Trustee Objection to McDermott, Will, and Emery LLP Application for Compensation |
| 11/28/2023 | PLR | 0.30 | 112.50 | Receive and review Order on Motion to Extend Time to Assume or Reject Unexpired Leases. |
| 11/29/2023 | PLR | 0.10 | 37.50 | Continue review of Order on Motion to Extend Time to Assume or Reject Unexpired Leases. |
| 11/29/2023 | PLR | 0.10 | 37.50 | Receive and review Notice of Hearing on Final Cash Collateral Order. |
| Totals: | | 16.50 | 6,187.50 | |

| | Hrs to Bill | Amount |
|---|---|---|
| Grand Totals: | 69.50 | 25,680.00 |
| 80%: | | 20,544.00 |

**Exhibit B, 3 of 3**