# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| IN RE: MERCY HOSPITAL, IOWA CITY, *et al.*, | ) ) ) | Chapter 11 |
| Debtor. | ) ) ) | Bankruptcy No. 23-00623 |
|  | ) | Jointly Administered |

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on attorney Benjamin G. Nielson's Motion to Withdraw as counsel of record for Washington County Hospital and Clinics (ECF Doc. 942).

Upon review of the Motion, the Court finds that it complies with applicable federal statutes and rules and hereby Orders that the Motion to Withdraw as attorney, filed by Benjamin Gregory Nielson, is **GRANTED**.

Ordered:
April 17, 2024

Thad J. Collins
Chief Bankruptcy Judge