**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) ) | Jointly Administered |

**SUPPLEMENTAL DECLARATION OF C. RICHARD BAYMAN
IN SUPPORT OF RETENTION OF FIFTH THIRD SECURITIES, INC. F/K/A H2C
SECURITIES, INC.**

I, C. Richard Bayman, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. Effective April 1, 2024, H2C Securities, Inc. ("H2C") merged with its affiliate Fifth Third Securities, Inc. ("Fifth Third Securities"), with Fifth Third Securities being the surviving entity.

2. The merger will not otherwise affect the ownership or operations of the company. Fifth Third Securities will remain be a subsidiary of Fifth Third Bank, N.A..

3. I was a Managing Director of H2C and will now be a Managing Director of Fifth Third Securities. I am authorized to execute this declaration (this "Declaration") on behalf of Fifth Third Securities.

4. Fifth Third Securities will continue to represent the above-captioned debtors on the terms set forth in this Court's *Order (I) Expanding the Scope of Employment and Retention of H2C Securities, Inc. as Investment Banker to the Debtors and Debtors-in-Possession, (II) Approving the Terms of the Amendment to the H2C Engagement Letter, and (III) Granting Related Relief* [Docket No. 686] and seek compensation in accordance therewith.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 15, 2024

By: _____
Name: C. Richard Bayman
Title:  Managing Director
        Fifth Third Securities, Inc.

Classification: Internal Use