# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 945, 947 - 949** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2024, I caused to be served the:

   a. "Seventh Monthly Fee Application of Nyemaster Goode, P.C., Counsel to Debtors and Debtors-In-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2024 Through February 29, 2024," dated April 10, 2024 [Docket No. 945],

   b. "Notice of Seventh Monthly Fee Application of Nyemaster Goode, P.C., Counsel to the Debtors and Debtors-In-Possession, for Allowance of Compensation and Reimbursement of Expenses," dated April 10, 2024 [Docket No. 947],

   c. "Seventh Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-In-Possession, for Allowance of Compensation and Reimbursement of Expenses," dated April 10, 2024 [Docket No. 948], and

   d. "Notice of Seventh Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-In-Possession, for Allowance of Compensation and Reimbursement of Expenses," dated April 10, 2024 [Docket No. 949],

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Betina Wheelon
Betina Wheelon

# EXHIBIT A

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623 (TJC)
Electronic Mail Fee Application Parties Service List

| Name | Email Address |
| --- | --- |
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com; ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | Janet.G.Reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com; mpreusker@mintz.com; chalik@whitfieldlaw.com |