**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 885 & 886** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2024, I caused to be served the *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 10, 2024, *related to docket Nos. 885 and 886*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

| In Re: | Chapter 11 |
|---|---|
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Case NO. 23-00623 (TJC) |
| Debtors | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000223791580 ***    MCO TRFNTC (ADDRESS2, ADRKEYID3) 25



MEDICAL RECORD ASSOCIATES LLC
ATTN CHARLIE SAPONARO
103 CENTRAL ST, STE A
WELLESLEY, MA 02482

MEDICAL RECORD ASSOCIATES LLC
C/O VORYS SATER SEYMOUR AND PEASE LLP
ATTN THOMAS J LOEB
52 E GAY ST
COLUMBUS, OH 43215

Please note that your claim # 10055 in the above referenced case and in the amount of $918,400.38 has been transferred (unless previously expunged by court order)

SAPONARO, CHARLIE
TRANSFEROR: MEDICAL RECORD ASSOCIATES LL
C/O VORYS SATER, SEYMOUR AND PEASE LLP
52 EAST GRAY STREET
COLUMBUS, OH 43215

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
111 7TH AVE SE
CEDAR RAPIDS, IA 52401

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    885    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/10/2024    Angela Pruitt, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transfereee, and debtor(s) counsel by first class mail, postage prepaid on  April 10, 2024.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| MEDICAL RECORD ASSOCIATES LLC | C/O VORYS SATER SEYMOUR AND PEASE LLP, ATTN THOMAS J LOEB, 52 E GAY ST, COLUMBUS, OH 43215 |
| MEDICAL RECORD ASSOCIATES LLC | ATTN CHARLIE SAPONARO, 103 CENTRAL ST, STE A, WELLESLEY, MA 02482 |
| MEDICAL RECORD ASSOCIATES LLC | C/O VORYS SATER SEYMOUR AND PEASE LLP, ATTN THOMAS J LOEB, 52 E GAY ST, COLUMBUS, OH 43215 |
| MEDICAL RECORD ASSOCIATES LLC | ATTN CHARLIE SAPONARO, 103 CENTRAL ST, STE A, WELLESLEY, MA 02482 |
| SAPONARO, CHARLIE | TRANSFEROR: MEDICAL RECORD ASSOCIATES LL, C/O VORYS SATER, SEYMOUR AND PEASE LLP, 52 EAST GRAY STREET, COLUMBUS, OH 43215 |
| SAPONARO, CHARLIE | TRANSFEROR: MEDICAL RECORD ASSOCIATES LL, C/O VORYS SATER SEYMOUR AND PEASE LLP, 52 EAST GRAY STREET, COLUMBUS, OH 43215 |

**Total Creditor Count 6**