IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## DEBTORS' CERTIFICATE OF SERVICE BY PUBLICATION

Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby certify that Notice of Confirmation Hearing with Respect to Debtors' Combined Disclosure Statement and Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code and Related Objection Deadline date as set forth in the Court's *Order (I) Approving Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Deadlines and Procedures for (A) Filing Objections to Confirmation of Plan, (B) Claim Objections, and (C) Temporary Allowance of Claims for Voting Purposes; (IV) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (V) Setting Record Date; (VI) Approving (A) Solicitation Packages and Procedures for Distribution, (B) Form of Notice of Hearing on Confirmation and Related Matters, and (C) Forms of Ballots; (VII) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (VIII) Granting Related Relief* [Docket No. 926] (the "Solicitation Procedures Order") was served via publication on April 11, 2024 as required by the Solicitation Procedures Order. Such publication occurred on April 11, 2024 as outlined above in the *Des Moines Register*. The

1

Affidavit of Publication signed by a representative of the newspaper is attached hereto, marked as

**Exhibit A**, and incorporated herein by reference.

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>April 18, 2024 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:    (319) 286-7002<br>Facsimile:    (319) 286-7050<br>Email:           rleaf@nyemaster.com<br><br>- and -<br><br>Matthew A. McGuire, AT0011932<br>Kristina M. Stanger, AT0000255<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone: 515-645-5510<br>Fax: 515-283-8045<br>Email: mmcguire@nyemaster.com<br>            kmstanger@nyemaster.com<br><br>-and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:    (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:           fperlman@mwe.com<br>                     dsimon@mwe.com<br>                     ekeil@mwe.com<br><br>- and - |

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:        jhaake@mwe.com

*Proposed Counsel for Debtors and
Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this April 18, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*