**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF HEARING ON APPLICATION OF HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C., COUNSEL TO DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES IN THE ORDINARY COURSE FOR THE PERIOD FROM AUGUST 8, 2023 THROUGH DECEMBER 31, 2023**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on March 14, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed on behalf of Hall, Render, Killian, Heath & Lyman, P.C. ("Hall Render") the *Application of Hall, Render, Killian, Heath & Lyman, P.C., Counsel to Debtors, for Allowance of Compensation and Reimbursement of Expenses in the Ordinary Course for the Period from August 8, 2023 through December 31, 2023* [Docket No. 833] (the "Application").

**WHEREAS**, the Application seeks approval and authorization for the Debtors to pay fees and expenses incurred by Hall Render as special antitrust counsel to the Debtors related to the sale transaction with the State University of Iowa.

**WHEREAS**, as set forth in the *Notice of Application Hall, Render, Killian, Heath & Lyman, P.C., Counsel to Debtors, for Allowance of Compensation and Reimbursement of Expenses in the Ordinary Course for the Period from August 8, 2023 to December 31, 2023* [Docket No. 834], objections to the Application were due by March 28, 2024 (the "Objection Deadline").

**WHEREAS**, no objections to the Application were filed or received by the Objection Deadline.

**WHEREAS**, a hearing is required to approve the Application pursuant to 11 U.S.C. § 330.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will proceed with a hearing to consider approval of the Application on **Thursday, May 16, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**PLEASE TAKE FURTHER NOTICE** any party that wishes to listen in only may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 0623**

**DATED** this 22nd day of April, 2024

                                          Respectfully Submitted,

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
       kmstanger@nyemaster.com
       dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        fperlman@mwe.com
              dsimon@mwe.com
              ekeil@mwe.com

- and -

2

        Jack G. Haake (admitted *pro hac vice*)
        2501 North Harwood Street, Suite 1900
        Dallas, TX 75201
        Telephone:   (214) 295-8000
        Facsimile:    (972) 232-3098
        Email:         jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this April 22, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

        */s/ Roy Leaf*

3