## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | Jointly Administered |
| Debtors. | |

### ORDER GRANTING IN PART FTI CONSULTING, INC.
### SIXTH FEE APPLICATIONS

On April 4, 2024, FTI Consulting, Inc. filed their Sixth Monthly Fee Application (Dockets #935) (hereafter, Application). The Application seeks payment of 70% of the total amount of fees FTI Consulting, Inc. billed for the respective month as actual, reasonable, and necessary, reserving the remaining 30% for payment upon a final fee application. FTI requests payment of $33,614.00 in fees for February 1, 2024 through February 29, 2024, representing 70% of total fees incurred in February.

Prior to the deadline to object, the United States Trustee communicated certain objections to the Application. The United States Trustee sought reduction of the application by less than 30%.

FTI Consulting, Inc., and the United States Trustee (collectively, hereafter, Parties), at this time reach compromise on the Applications, as follows:

a. FTI Consulting, Inc., is awarded 70% of the requested fees in the Application ($33,614.00) at this time;

b. The Parties reserve adjudication on the remaining 30% at the time of a final fee application for FTI Consulting, Inc.; and

c. The Parties reserve rights to make appropriate arguments at time of final fee application.

Such compromise being in the best interest of all parties in interest,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. FTI Consulting, Inc., Application is granted in that FTI is awarded $33,61400 in fees (which is 70% of its total fees sought) and;

2. FTI Consulting, Inc., and the United States Trustee reserve adjudication on the remaining 30% of the Application's total amount of requested fees the time of a final fee application for FTI Consulting, Inc.; and

3. FTI Consulting, Inc., and the United States Trustee reserve rights to make appropriate arguments at time of final fee application.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated and entered this 23rd day of April, 2024.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

ROBERT C. GAINER
CUTLER LAW FIRM
Rgainer@cutlerfirm.com
COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

- and -

Claire Davison
Claire.R.Davison@usdoj.gov
Trial Attorney, Office of the United States Trustee