# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 965-966** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2024, I caused to be served the:

   a. "Notice of Monthly Fee for Fifth Third Securities, Inc. for the Period of March 1, 2024 Through March 31, 2024," dated April 15, 2024 [Docket No. 965], and

   b. "Notice of Monthly Fee Application of Fifth Third Securities, Inc. f/k/a H2C Securities, Inc. as Investment Banker to the Debtors and Debtors-in-possession, for Allowance of Compensation and Reimbursement of Expenses," dated April 18, 2024 [Docket No. 966],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37.

# EXHIBIT A

MERCY HOSPITAL, IOWA CITY and certain of its
subsidiaries d/b/a Mercy Iowa City
Case No. 23-00623
Electronic Mail Fee App Parties

| Name | Email |
| --- | --- |
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com;ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com;bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | Janet.G.Reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com ; mpreusker@mintz.com; chalik@whitfieldlaw.com |