IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Assistant Attorney General, Tyler L. Eason, and hereby enters his appearance on behalf of the Iowa Insurance Division and Iowa Insurance Commissioner.

Dated April 26, 2024.

        Respectfully submitted,

        BRENNA BIRD
        Attorney General of Iowa

        */s/ Tyler L. Eason*
        TYLER L. EASON
        Assistant Attorney General
        Agency Counsel Division
        1305 E. Walnut St., Second Fl.
        Des Moines, IA 50319
        Ph:   (515) 281-6839
        Fax:  (515) 281-4209
        Email:  tyler.eason@ag.iowa.gov

        ATTORNEYS FOR IOWA INSURANCE
        DIVISION AND IOWA INSURANCE
        COMMISSIONER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record in the above-captioned matter on April 26, 2024, via the CM/ECF system.

*/s/ Sara Olsen*
