IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-00623 (TJC) <br><br> Jointly Administered |

## MOTION TO WITHDRAW

**COMES NOW** Assistant Attorney General, Jeffrey C. Peterzalek, and hereby withdraws his appearance on behalf of the Iowa Insurance Division and Iowa Insurance Commissioner.

Dated April 26, 2024.

                              Respectfully submitted,

                              BRENNA BIRD
                              Attorney General of Iowa

                              */s/  Jeffrey C. Peterzalek*
                              JEFFREY C. PETERZALEK
                              Section Chief
                              Agency Counsel Division
                              1305 E. Walnut St., Second Fl.
                              Des Moines, IA 50319
                              Ph:    (515) 281-4213
                              Fax:   (515) 281-4209
                              Email:  jeffrey.peterzalek@ag.iowa.gov

                              ATTORNEYS FOR IOWA INSURANCE
                              DIVISION AND IOWA INSURANCE
                              COMMISSIONER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record in the above-captioned matter on April 26, 2024, via the CM/ECF system.

_/s/ Sara Olsen_