**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Mercy Hospital, Iowa City, Iowa, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 978** |

**CERTIFICATE OF SERVICE**

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2024, I caused to be served the "Monthly Operating Report," dated April 23, 2024 [Docket No. 978], by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A.

3. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

**EXHIBIT A**

Mercy Hospital, Iowa City, Iowa, *et al*.
Case No. 23-00623 (TJC)
First Class Mail Trustee Service List

Office of the United States Trustee
ATTN: Janet G. L. Reasoner
111 Seventh Avenue SE, Suite 2800
Cedar Rapids IA 52401-2101