## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket Nos. 141, 223, 300, 440** |
| | ) | |

## NOTICE OF FURTHER REVISED LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on August 23, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 141] (the "<u>OCP Motion</u>").[1]

**PLEASE TAKE FURTHER NOTICE** that, on September 14, 2023, the United States Bankruptcy Court for the Northern District of Iowa (the "<u>Court</u>") entered the *Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business* [Docket No. 223] (the "<u>OCP Order</u>). A list of ordinary course professionals ("<u>OCPs</u>") was attached to the OCP Order as Exhibit 1 (the "<u>OCP List</u>").

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2023, the Debtors supplemented the OCP List with the OCPs reflected on the list attached thereto as Exhibit A [Docket No. 300] (the "<u>Supplemental OCP List</u>").

**PLEASE TAKE FURTHER NOTICE** that, on November 2, 2023, the Debtors filed a revised OCP List [Docket No. 440] (the "<u>Revised OCP List</u>").

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion or OCP Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised version of the OCP List attached hereto as **Exhibit A** (the "Further Revised OCP List").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Further Revised OCP List must be in writing and filed with the Court, 111 7th Ave. SE, Cedar Rapids, IA 52401, and served upon the Notice Parties listed in the OCP Order on or before **May 13, 2024**.

Dated: Cedar Rapids, Iowa
May 2, 2024

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-645-5510
Fax:          515-283-8045
Email:        mmcguire@nyemaster.com
              kmstanger@nyemaster.com
              dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        fperlman@mwe.com
              dsimon@mwe.com
              ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:         jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this May 2, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of these Chapter 11 Cases.

*/s/ Roy Leaf*

**EXHIBIT A**

**Further Revised OCP List**

| PROFESSIONAL | ADDRESS/CONTACT | SERVICES PROVIDED TO DEBTOR |
|---|---|---|
| Deloitte & Touche LLP | Judi Dockendorf<br>50 South Sixth Street, Suite 2800<br>Minneapolis, MN 55422 | Audit Services |
| Deloitte Tax LLP | Shawna Jansons<br>111 Monument Circle, Suite 4200<br>Indianapolis, IN 46204 | Tax Return Preparation Services |
| Deloitte Consulting LLP | Judy Stromback<br>50 South Sixth Street, Suite 2800<br>Minneapolis, MN 55422 | Employee Benefits Actuarial Consulting Services |
| Dentons Davis Brown PC | Susan Freed<br>4201 Westown Pkwy, Suite 300<br>West Des Moines, IA 50266 | Corporate and Provider Contracts Counsel |
| Hall Render Killian Heath and Lyman PC | Michael Greer<br>500 N. Meridian Street, Suite 400<br>Indianapolis, IN 46204 | Antitrust and Strategic Partner Advisor |
| Phelan Tucker Law LLP | Carolyn Russell Wallace<br>321 E. Market Street<br>P.O. Box 2150<br>Iowa City, IA 52244 | General and Malpractice Counsel |
| Wixted Inc. | Eileen Wixted<br>4401 Westown Pkwy, Suite 116<br>West Des Moines, IA 50266 | Public Relations Services |
| Karl Broderius, CPA | Karl Broderius<br>1207 Birchwood Dr.<br>Proctor, MN 55810 | Cost Report Consulting Services |
| Dinsmore and Shohl LLP | Todd Gibson<br>1001 Lakeside Ave., Suite 990<br>Cleveland, OH 44114 | Bond Counsel |

| BDO | Angela Pirozzi<br>100 Park Avenue<br>New York, NY 10017 | Tax Refund Services |
|---|---|---|
| Cipriani & Werner PC | Katherine Gora<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422 | Cyber Security Counsel |
| Kimberley Maser | Kimberley Maser<br>20 N. Juniper St.<br>North Liberty, IA 52317 | Financial and Accounting Services |