IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-00623 (TJC)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket No. 223** |

## DECLARATION OF ORDINARY COURSE PROFESSIONAL

I, Kimberley Maser, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a self-employed, independent financial consultant, formerly employed as the Controller of Mercy Hospital.

2.  This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the Northern District of Iowa, entered on September 14, 2023, authorizing the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases (the "Chapter 11 Cases").

3.  The Debtors have requested that I provide continued support for financial matters of the Estate, including but not limited to, consultation of tax return preparation and submission, general ledger oversight, financial analysis, financial statement preparation and other services to the Debtors, and I have agreed to provide such services.

4.  I do not provide legal services.

5.  I did not provide independent services to the Debtors prior to the filing of the Chapter 11 Cases on August 7, 2023.

6.  My current customary rates, subject to change from time to time, are $250 per hour. In the normal course of business, I revise my billing rates on January 1st of each year and

request that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

7. I may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to the Debtors or the Chapter 11 Cases, for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. I do not perform services for any such person in connection with the Chapter 11 Cases, or have any relationship with any such person, its attorneys, or its accountants that would be adverse to the Debtors or their estates.

8. I, insofar as I have been able to ascertain, holds, or represents any interest adverse to, the Debtors or their estates with respect to the matter(s) upon which the I am to be employed.

9. The Debtors owe me $0 for prepetition services. I hold a retainer of $0 applicable to postpetition service.

10. I am conducting further inquiries regarding retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.

I declare under penalty of perjury that, to the best of my knowledge and belief after reasonable inquiry, the foregoing is true and correct.

Executed on this 1st day of May, 2024.

*Kimberly Mase*
[DECLARANT]