UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **IN RE** <br><br> **MERCY HOSPITAL, IOWA CITY, IOWA** *et al* <br><br> **Debtors** | **Chapter 11** <br> **Case No. 23-00623** <br><br> **ORDER** |

This matter having come before the Court on Progressive Rehabilitation Associates' Motion for Payment of Ordinary Course Invoices (docket #990), the Court FINDS:

Progressive Rehabilitation Associates' Motion for Payment of Ordinary Course Invoices is hereby GRANTED. Debtor is to pay forthwith the amounts set forth in Exhibit 1 attached to said Motion.

Ordered:
 May 2, 2024

_____
Thad J. Collins
Chief Bankruptcy Judge

Order prepared and submitted by:
Dan R Childers, AT0001422