# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 23-00623 (TJC)<br>)<br>) Jointly Administered<br>) |

## DEBTORS' EXHIBIT AND WITNESS LIST FOR
## MAY 16, 2024 HEARING

Party's Name: Mercy Hospital, Iowa City, Iowa and its debtor affiliates (the "Debtors")

Party's Attorneys: Roy Leaf, Dan Simon, Felicia Gerber Perlman

   This Exhibit List is being served pursuant to applicable Local Rules, concerning exhibit exchange and identification. Failure to timely object will result in the aforementioned exhibits being admitted into evidence.

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | Final Cash Collateral Budget [Forthcoming] | | | | | | |
| 2 | Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings (including all exhibits thereto) [Docket No. 27] | | | | | | |
| 3 | Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 929] | | | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | Declaration of Mark Toney in Support of Confirmation [Forthcoming] | | | | | | |
| 5 | Declaration of Emily Young in Support of Confirmation [Forthcoming] | | | | | | |
| 6 | Returned Ballots Voting on Chapter 11 Plan of Liquidation [Forthcoming] | | | | | | |

NOTE: Per N.D. of Iowa Local Bankruptcy Rules, marked exhibits will be hand-delivered to the Court Recorder prior to the Trial or Hearing.

The Debtors also reserve the right to supplement, amend, withdraw, or otherwise modify this submission. The Debtors also designate any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of a witness.

## WITNESSES

The Debtors may call, if necessary, Mark Toney and Emily Young as witnesses to provide testimony in Court.  The Debtors also designate any and all witnesses on a list submitted by any other parties in this matter. The Debtors also reserve the right to supplement, amend, withdraw, or otherwise modify this submission.

    Respectfully Submitted,

*/s/ Roy Leaf*
**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-283-3100
Fax:  515-283-8045
Email: mmcguire@nyemaster.com
      kmstanger@nyemaster.com
      dhempy@nyemaster.com

- and-

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:           fperlman@mwe.com
           dsimon@mwe.com
           ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:           jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

3

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this May 2, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*