**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**MERCY HEALTH NETWORK, INC. D/B/A MERCYONE**
**WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 16, 2024**

*Mercy Health Network, Inc. d/b/a MercyOne* (the "MercyOne"), by and through its counsel, provides the following Witness & Exhibit List for Hearing on May 16, 2024.

### WITNESSES

MercyOne reserves the right to call the following witnesses:

a. Any witness necessary to lay foundation for the admission of an exhibit.

b. Any witness listed or called by another party.

c. Any witness necessary to refute or respond to unanticipated evidence offered by another party.

d. Any witness necessary for impeachment purposes.

### EXHIBITS

MercyOne reserves the right to enter any of the following into evidence as exhibits:

a. Any exhibit created or relied upon by the MercyOne witnesses forming the foundation of any factual, lay, or expert testimony.

b. Any exhibit necessary to refute or respond to unanticipated evidence offered by another party.

c. Any exhibit listed by another party.

d. Any exhibits necessary for impeachment purposes.

e. Any exhibit or document referenced in prior exhibit lists.

f. Any exhibit or document informally and/or formally produced by the other respective party's attorney of record.

g. Any record or document informally and/or formally produced to the other respective party's attorney of record.

Dated: May 2, 2024

BELIN McCORMICK, P.C.

/s/ *Christopher J. Jessen*
Michael R. Reck
Christopher J. Jessen
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0704
mrreck@belinmccormick.com
cjessen@belinmccormick.com

Edward J. Green (*Pro Hac Vice* pending)
David B. Goroff (*Pro Hac Vice* pending)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
egreen@foley.com
dgoroff@foley.com

Jake W. Gordon (*Pro Hac Vice* pending)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (248) 943-6484
jake.gordon@foley.com

*Attorneys for Mercy Health Network, Inc. d/b/a MercyOne*