# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket Nos. 926, 927, and 930** |

## CERTIFICATE OF SUPPLEMENTAL SERVICE OF SOLICITATION MATERIALS

I, Emily Young, hereby certify:

1.      I am a Director of Epiq Corporate Restructuring, LLC ("Epiq"), located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am authorized to submit this certificate on Epiq's behalf. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2.      Epiq conducted service of the following materials:

    a.   PDF copies of the below listed documents were served on a Flash Drive, along with a cover memo listing the documents (the "Disclosure Statement Flash Drive");

        i.   *Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 927]; and

        ii.   *Order (I) Approving Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Deadlines and Procedures for (A) Filing Objections to Confirmation of Plan, (B) Claim Objections, and (C) Temporary Allowance of Claims for Voting Purposes; (IV) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (V) Setting Record Date; (VI) Approving (A) Solicitation Packages and Procedures for Distribution, (B) Form of Notice of Hearing on Confirmation*

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

*and Related Matters, and (C) Forms of Ballots; (VII) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (VIII) Granting Related Relief* (without Exhibits) [Docket No. 926];

b. *Notice of (A) Confirmation Hearing with Respect to Debtors' Combined Disclosure Statement and Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code; and (B) Related Objection Deadline* (the "<u>Confirmation Hearing Notice</u>") [Docket No. 930];

c. *Letter to All Pensioners of Mercy Hospital, Iowa City Iowa* (the "<u>Pension Committee Letter</u>"), attached hereto as **Exhibit 1**;

d. *Class 5 Ballot for Accepting or Rejecting the Debtors' Joint Chapter 11 Plan of Liquidation* (the "<u>Class 5 Ballot</u>"), attached hereto as **Exhibit 2**;

e. a pre-addressed return envelope, a copy of which is not included hereto, (the "<u>Return Envelope"</u>).

3.      Unless otherwise indicated, true and correct copies of the above documents were served by first class mail as follows:

a. On April 24, 2024, the Pension Committee Letter was served on the parties listed on **Exhibit 3** hereto, and on 267 parties whose names and addresses are confidential or otherwise included persons listed on the Confidentiality List[2] and are not included on Exhibit 3.

b. On April 25, 2024, the Confirmation Hearing Notice, Pension Committee Letter, Disclosure Statement Flash Drive, Class 5 Ballot customized with creditor name and address, voting amount, and unique e-ballot ID, and Return Envelope were served on the parties listed on **Exhibit 4** hereto, and on 315 parties whose names and addresses are confidential or otherwise included persons listed on the Confidentiality List and are not included on Exhibit 4.

*[remainder of page intentionally left blank]*

---

[2] *See* Order (I)(A) Establishing Certain Notice and Case Management Procedures and (B) Limiting Certain Notice Requirements in the Chapter 11 Cases; (II) Implementing Patient Confidentiality Procedures; (III) Approving the Form and Manner of Notice of the Commencement of the Chapter 11 Cases; and (IV) Granting Related Relief (Docket 49).

4.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, LEGAL DEPARTMENT, OR PRESIDENT."

*/s/ Emily Young*
Emily Young

Exhibit 1

April 24, 2024

To:    All Pensioners of Mercy Hospital, Iowa City, Iowa, *et al.*
        Bankruptcy Case No. 23-00623 (TJC)

**Re:    Recommendation to <u>Accept</u> Debtors' First Amended Combined Disclosure Statement
and Joint Chapter 11 Plan of Liquidation**

Dear Member of Mercy Hospital's Pension Plan:

        The official committee of pensioners (the "<u>Pension Committee</u>") appointed in the chapter 11 cases of Mercy Hospital, Iowa City, Iowa, *et al.* (the "<u>Debtors</u>") urges you to vote to **accept** the enclosed *Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* (the "<u>Plan</u>").

        As required by the Bankruptcy Code, the Plan classifies claims in various classes according to their respective rights of priority. Holders of claims against the Debtors related to the defined benefit pension plan qualified under section 401(a) of the Internal Revenue Code titled "Mercy Hospital, Iowa City, Iowa Employees' Pension Plan" (the "<u>Pension Plan</u>") are included in **<u>Class 5</u>** of the Plan, which is an impaired class that is entitled to vote to accept or reject the Plan.

        Under the Plan, a trust will be established and all current assets of the Pension Plan (which are currently in possession of Debtors) will be transferred to that trust (the "<u>Pension Trust</u>"). The plan provides for an additional $250,000.00 in funding to be transferred to the Pension Trust, as well as additional funds from the Unsecured Creditors Committee's settlement. The Pension Committee will assist in identifying a new administrator for the Pension Trust. If, prior to confirmation of the Plan, a suitable administrator is identified, the new administrator of the Pension Trust will continue making ordinary payments under the Pension Plan. If, prior to confirmation of the Plan, a suitable administrator is not identified, the Debtors and Pension Committee will work to terminate the Pension Plan and provide pro rata recoveries to pensioners.

        Additionally, holders of Class 5 Pension Plan claims will receive recoveries on account of an unsecured claim in a to-be-determined amount based on underfunding of the Pension Plan. The Debtors currently estimate and project that those unsecured claims will receive a recovery of approximately 8% to 10% (although there is no guarantee that recoveries will ultimately be in that range).

        The Plan is the product of months-long arm's-length and hard fought negotiations between the Committee on behalf of the Debtors' unsecured creditors and the Debtors, the Bondholder Representatives and the Pension Committee. It is the opinion of the Pension Committee that the Plan's treatment of Mercy Hospital's pensioners is fair, reasonable, and in the best interest of those pensioners. **Accordingly, the Pension Committee recommends that all pensioners vote to <u>accept</u> the Plan by completing the enclosed ballot and timely returning it to the voting agent in accordance with the instructions provided on the ballot so that it is actually received no later than <u>4:00 p.m. (prevailing Central Time) on May 6, 2024.</u>**

Before you cast your ballot, you should carefully review the Plan and the risk factors described therein. When voting, please pay particular attention to the section of the ballot that permits creditors to opt out of granting the Third-Party Release provided for in Article XIV.D.2 of the Plan. We suggest you consult with a legal advisor if you have any concerns about the Third-Party Release and your decision whether to opt out of granting it. If you have any questions with respect to the Plan or the treatment of your claim(s), please do not hesitate to contact the undersigned counsel to the Committee.

Very truly yours,

*/s/ Paula L. Roby*
Paula L. Roby, Esq.
Day Rettig Martin, P.C.
Counsel to the Official Committee of Pensioners
319-365-0437

**THE PENSION COMMITTEE DOES NOT GUARANTEE ANY PARTICULAR RESULT IN THE DEBTORS' CHAPTER 11 CASES. YOU ARE URGED TO CAREFULLY READ THE PLAN. THE DESCRIPTIONS OF THE PLAN, INCLUDING THE GLOBAL SETTLEMENT, CONTAINED HEREIN ARE SUMMARIES ONLY AND ARE QUALIFIED IN THEIR ENTIRETY BY THE PLAN. THIS COMMUNICATION DOES NOT CONSTITUTE AND SHALL NOT BE CONSTRUED AS (A) LEGAL ADVICE BY THE PENSION COMMITTEE OR ITS COUNSEL OR (B) A SOLICITATION BY ANY INDIVIDUAL MEMBER OF THE PENSION COMMITTEE.**

**NEITHER THE PENSION COMMITTEE NOR ITS COUNSEL REPRESENTS INDIVIDUAL HOLDERS OF ANY PARTICULAR CLAIMS. NEITHER THE COMMITTEE NOR ITS COUNSEL CAN ADVISE PENSIONERS REGARDING THE IMPACT OF THE PLAN ON DIRECT CLAIM(S) OR CAUSES OF ACTION, IF ANY, AN INDIVIDUAL PENSIONER MAY HAVE AGAINST ANY OF THE DEBTORS' OFFICERS OR DIRECTORS OR OTHER THIRD PARTIES THAT ARE PROVIDED RELEASES UNDER THE PLAN. TO THE EXTENT YOU BELIEVE YOU MAY OWN ANY SUCH CLAIMS OR CAUSES OF ACTION, PLEASE CONTACT YOUR OWN INDIVIDUAL COUNSEL TO ASSESS WHETHER ACCEPTANCE OF THE PLAN IS IN YOUR BEST INTERESTS.**

Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to Docket No. 927** |
|  | ) |  |

**CLASS 5 BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS'
JOINT CHAPTER 11 PLAN OF LIQUIDATION**

Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are soliciting votes with respect to the *Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 927] (the disclosure statement portion thereof, the "Disclosure Statement" and the chapter 11 plan portion thereof and all exhibits thereto and as amended, supplemented, or otherwise modified, the "Plan", and together with the Disclosure Statement, as amended, supplemented, or otherwise modified, the "Combined Disclosure Statement and Plan").[1]

This Ballot is being sent to the Holders of Pension Claims as classified under the Combined Disclosure Statement and Plan. This Ballot is to be used by the Holders of Pension Claims to vote to accept or reject the Plan. Confirmation of the Plan requires the affirmative vote to accept the Plan from the Holders of at least two-thirds in dollar amount and more than one-half in number of Claims in each Class that actually vote on the Plan. If the required votes are received and the Court confirms the Plan, it will be binding on you. To have your vote count, you must complete and return this Ballot **by 4:00 p.m. (prevailing Central Time) on May 6, 2024** (the "Voting Deadline").

Please carefully read the enclosed Combined Disclosure Statement and Plan and follow the enclosed instructions for completing this Ballot. If you believe you have received this Ballot in error, if you believe that you have received the wrong Ballot, or if you believe you are a Holder of a Claim in more than one Class entitled to vote to accept or reject the Plan and have not received a Ballot for each such Class, please contact the Voting Agent immediately. If you have any questions regarding this Ballot, the enclosed voting instructions, the procedures for voting, or need to obtain additional solicitation materials, please contact the Voting Agent by (a) emailing mercyinfo@epiqglobal.com and referencing "Mercy Hospital" in the subject line; or (b) writing

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Combined Disclosure Statement and Plan.

1

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

to the following address: Mercy Hospital, Iowa City, Iowa, c/o Epiq Ballot Processing Center, 10300 SW Allen Boulevard, Beaverton, OR 97005.

You may wish to seek legal or other professional advice concerning the proposals related to the Combined Disclosure Statement and Plan.

---

**IMPORTANT**

**BEFORE YOU VOTE YOU SHOULD REVIEW THE ACCOMPANYING COMBINED DISCLOSURE STATEMENT AND PLAN FOR A DESCRIPTION OF THE PLAN AND ITS EFFECTS ON HOLDERS OF CLAIMS AGAINST THE DEBTORS. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE COMBINED DISCLOSURE STATEMENT AND PLAN AND YOUR CLASSIFICATION AND TREATMENT UNDER THE PLAN. YOUR CLAIM IS TREATED AS A PENSION CLAIM (CLASS 5) UNDER THE PLAN.**

**PLEASE READ CAREFULLY AND FOLLOW THE INSTRUCTIONS ON RETURNING YOUR BALLOT. THE VOTING DEADLINE BY WHICH YOUR BALLOT <u>MUST BE RECEIVED</u> BY EPIQ CORPORATE RESTRUCTURING, LLC (THE "<u>VOTING AGENT</u>") IS 4:00 P.M. (PREVAILING CENTRAL TIME) ON MAY 6, 2024 OR THE VOTE REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT BY (A) EMAILING MERCYINFO@EPIQGLOBAL.COM AND REFERENCING "MERCY HOSPITAL" IN THE SUBJECT LINE; (B) CALLING (888) 318-5044 (TOLL-FREE) OR (503) 451-6294 (IF CALLING FROM OUTSIDE THE U.S. OR CANADA); OR (C) WRITING TO THE FOLLOWING ADDRESS: MERCY HOSPITAL, IOWA CITY, IOWA, C/O EPIQ BALLOT PROCESSING CENTER, 10300 SW ALLEN BOULEVARD, BEAVERTON, OR 97005.**

---

**HOW TO VOTE**

1.    CAREFULLY REVIEW AND COMPLETE ITEMS 1, 2, 3, AND 4.
2.    REVIEW THE CERTIFICATIONS CONTAINED IN ITEM 4.
3.    <u>SIGN AND DATE</u> YOUR BALLOT. Please provide your name and mailing address in the space provided on this Ballot.[2]

---

[2]    If you are signing this Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Voting Agent, the Debtors, the Debtors' counsel, or the Court, you must submit proper evidence to the requesting party of authority to so act on behalf of such Holder.

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

4.    RETURN THE BALLOT BY ***ONLY ONE*** OF THE FOLLOWING METHODS: (a) via the Voting Agent's online voting portal as described more fully below; (b) in the enclosed pre-paid, pre-addressed return envelope; or (c) via first class mail, overnight courier, or hand delivery to the address set forth below.

**HOLDERS ARE STRONGLY ENCOURAGED TO SUBMIT THEIR BALLOTS VIA THE E-BALLOT PLATFORM.**

If Submitting Your Vote through the E-Balloting Portal:

To submit your Ballot via the online voting portal, please visit the Debtors' case website at https://dm.epiq11.com/MercyHospital (the "E-Ballot Portal"). Click on the "E-Ballot" link under the Case Actions section of the website and follow the instructions to submit your Ballot.

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized E-Ballot:**

**Unique E-Ballot ID#:** _____

The Voting Agent's online voting platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted. If voting online, to have your vote counted, you must electronically complete, sign, and submit the electronic Ballot by utilizing the E-Ballot platform on the Voting Agent's website at https://dm.epiq11.com/mercyhospital. Your Ballot must be received by the Voting Agent no later than the Voting Deadline, unless such time is extended by the Debtors.

Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your Ballot. Please complete and submit an electronic Ballot for each E-Ballot ID# you receive, as applicable.

Creditors who cast a Ballot using the Voting Agent's online voting portal should <u>NOT</u> also submit a hard copy Ballot.

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

If by First Class Mail:

Mercy Hospital, Iowa City, Iowa
c/o Epiq Ballot Processing Center
P.O. Box 4422
Beaverton, OR 97076-4422

If by Overnight Courier or Hand Delivery:

Mercy Hospital, Iowa City, Iowa
c/o Epiq Ballot Processing Center
10300 SW Allen Boulevard
Beaverton, OR 97005

(*Note: Additional Instructions for Completing Your Ballot Are Set Forth Below*)

To ensure that your vote is counted, you must: (a) complete the Ballot; (b) indicate your decision either to accept or reject the Plan in the boxes provided in Item 2 of the Ballot; and (c) sign and return the Ballot to the address set forth on the enclosed pre-addressed envelope or in a method provided herein. The Voting Deadline for the receipt of Ballots by the Voting Agent is **4:00 p.m. (prevailing Central Time) on May 6, 2024**. Your completed Ballot must be received by the Voting Agent on or before the Voting Deadline.

Please note that you must vote the entire Claim you hold to accept or reject the Plan. For purposes of tabulating the votes, you shall be deemed to have voted the full amount of your Claim in your vote. You may not split your vote.

An authorized signatory of a Holder of a Pension Claim may execute this Ballot, but must provide the name and address of the Holder of such Pension Claim on this Ballot and may be required to submit evidence to the Bankruptcy Court demonstrating such signatory's authorization to vote on behalf of the Holder of the Pension Claim.

You must provide all of the information requested by this Ballot. Failure to do so may result in the disqualification of your vote.

*[Remainder of Page Intentionally Left Blank]*

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

**VOTING — COMPLETE THIS SECTION**

**Item 1.         Certification Of Authority To Vote.**

The undersigned hereby certifies that as of **March 28, 2024** (the "Voting Record Date"), the undersigned is the Holder (or authorized signatory for such Holder) of a Pension Claim against the Debtors in the below-listed amount[3]:

Amount: _____

**Item 2.         Vote.**

The undersigned Holder of the Class 5 Pension Claim set forth in Item 1 votes as follows (**check one box only** – **if you do not check a box, or if you check both boxes, your vote will not be counted**):

☐ to **ACCEPT** the Plan          ☐ to **REJECT** the Plan

Please note that you are voting all of your Class 5 Pension Claim either to accept or reject the Plan. You may not split your vote.  If you do not indicate that you either accept or reject the Plan by checking the applicable box above, your Ballot with respect to this Item 2 will not be counted. If you indicate that you both accept and reject the Plan by checking both boxes above, your Ballot with respect to this Item 2 will not be counted.

**Item 3.         Important Information Regarding the Releases by Holders of Claims and Interests of the Debtors, Exculpation and Injunction Provisions, and Optional Opt-Out Election.**

The Plan contains a series of releases that are part of the overall liquidation and wind-down set forth in the Plan. In that respect, parties should be aware that, if the Plan is confirmed and the Effective Date occurs, certain parties will be getting releases and certain parties will be giving releases as set forth in Article XIV of the Plan. For your convenience, excerpts of the release provisions from the Plan are set forth below; however, you should carefully read the enclosed Combined Disclosure Statement and Plan with respect to the releases.

**ARTICLE XIV.D.2 OF THE PLAN PROVIDES FOR THE FOLLOWING THIRD-PARTY RELEASE (THE "THIRD-PARTY RELEASE") BY THE RELEASING PARTIES:**

**Effective as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, the Releasing Parties shall be deemed to, completely, conclusively, absolutely, unconditionally, irrevocably and forever release, waive, and discharge the Released Parties from any claim, Claim, Cause of Action, obligation, suit, judgment, damages, debt, right, remedy, liability, action, proceeding, suit, account, controversy, agreement, promise, right to legal remedies, right to equitable remedies, or right to payment, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising in law, equity, or otherwise, for any act or omission in connection with,**

---

[3]    For voting purposes only, subject to tabulation rules and procedures.

relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' operations, the Chapter 11 Cases, the Sale, the purchase, sale, or rescission of the purchase or sale of any security of the Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in this Plan, the business or contractual arrangements between any Debtor and any Released Party, the Series 2011 Bonds, the Series 2018 Bonds, the assertion or enforcement of rights and remedies against the Debtors, the Debtors' in- or out-of-court restructuring efforts, any Avoidance Actions, the Plan Support Agreement, or the Combined Disclosure Statement and Plan, and the administration, formulation, preparation, dissemination, solicitation, negotiation, consummation, and implementation of any of the foregoing or any contract, instrument, release, or other agreement, understanding, accord, course of dealing, or document created or entered into in connection with or evidencing any of the foregoing, whether or not accrued, arising or having occurred, liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, existing or hereafter arising, in law, equity, mixed, or otherwise, that may be based in whole or part on any act, omission, transaction, agreement, understanding, course of dealing, event or other occurrence or omission taking place on or prior to the Effective Date.

**IMPORTANT INFORMATION REGARDING THE THIRD-PARTY RELEASE:**

Under the Plan, "Releasing Parties" means the following Entities, each in their respective capacities as such: (a) each Holder of a Claim that (i) votes to accept the Plan or (ii) either (1) abstains from voting or (2) votes to reject the Plan and, in the case of either (1) or (2), does not opt out of the voluntary release by checking the opt-out box on the applicable Ballot, and returning it in accordance with the instructions set forth thereon, indicating that they are electing to opt out of granting the releases provided in the Plan; (b) each Holder of a Claim that is deemed to accept the Plan or is otherwise Unimpaired under the Plan and who does not opt out of the voluntary release by checking the opt out box on the applicable non-voting status notice form, and returning it in accordance with the instructions set forth thereon, indicating that they are not willing to grant the releases provided in the Plan; and (c) each Holder of a Claim that is deemed to reject the Plan or is otherwise Impaired under the Plan and who does not opt out of the voluntary release by checking the opt-out box on the applicable non-voting status notice form, and returning it in accordance with the instructions set forth thereon, indicating that they are not willing to grant the releases provided in the Plan.

Under the Plan, "Released Parties" means, collectively, the following Entities, each in their capacity as such: (a) the Debtors; (b) the UCC and each of its members (only in their capacity as such); (c) the Pension Committee and each of its members (only in their capacity as such); (d) the Bondholder Representatives; (e) the Foundation; (f) the Sisters of Mercy; and (g) with respect to any such Entity, in each case in its capacity as such with respect to such Entity, such Entity's current and former directors, managers, officers, equity holders, affiliated investment funds or investment vehicles, predecessors, successors, assigns, subsidiaries, affiliates, partners, principals, members, management companies, employees, agents, financial advisors, attorneys, accountants, investment bankers, consultants, representatives, and other professionals and advisors; *provided, however,* that Released

Parties shall not include former officers and directors of the Debtors but shall include any of the Debtors' directors and officers that served in such role at any time between the Petition Date and the Effective Date; *provided further* that Released Parties shall not include MercyOne.

**ARTICLE XIV.E OF THE PLAN PROVIDES FOR AN EXCULPATION OF CERTAIN PARTIES (THE "<u>EXCULPATION</u>"):**

Except as otherwise specifically provided herein, the Exculpated Parties shall not have or incur, and are hereby released and exculpated from, any liability, whether known, unknown, reduced to judgment, not reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured and whether asserted or assertable directly or derivatively in law or equity, to any Holder of a Claim or an Interest, or any other party-in-interest, or any of their respective members, directors, officers, employees, advisors, attorneys, professionals, agents, partners, stockholders or Affiliates, or any of their respective successors or assigns, for any act or omission in connection with, relating to or arising out of, the Chapter 11 Cases, the Sale, the formulation, negotiation, or implementation of the Combined Disclosure Statement and Plan, solicitation of acceptances of the Plan, the pursuit of Confirmation of the Plan, the Confirmation of the Plan, the Consummation of the Plan, or the administration of the Plan or the property to be distributed under the Plan, except for acts or omissions which are the result of fraud, gross negligence, or willful misconduct  (in each case as determined by a Final Order entered by a court of competent jurisdiction), and such parties in all respects shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities under the Combined Disclosure Statement and Plan.

Notwithstanding any other provision of the Combined Disclosure Statement and Plan, no Holder of a Claim or an Interest, no other party-in-interest, none of their respective members, directors, officers, employees, advisors, attorneys, professionals, agents, partners, stockholders or Affiliates, and none of their respective successors or assigns, shall have any right of action against the Exculpated Parties for any act or omission in connection with, relating to or arising out of, the Chapter 11 Cases, the Sale, the formulation, negotiation, or implementation of the Combined Disclosure Statement and Plan, solicitation of acceptances of the Plan, the pursuit of Confirmation of the Plan, the Consummation of the Plan, or the administration of the Plan or the property to be distributed under the Plan, except for acts or omissions which are the result of fraud, gross negligence, or willful misconduct (in each case as determined by a Final Order entered by a court of competent jurisdiction).  For the avoidance of doubt, nothing contained in this paragraph shall exculpate acts or omissions prior to the Petition Date or post-Effective Date.

**ARTICLE XIV.F OF THE PLAN ESTABLISHES AN INJUNCTION (THE "<u>INJUNCTION</u>"):**

Effective as of the Effective Date, all Persons and Entities that hold, have held, or may hold a claim, Claim, Cause of Action, obligation, suit, judgment, damages, debt, right, remedy, action, proceeding, suit, account, controversy, agreement, promise, right to legal remedies, right to equitable remedies, or right to payment, or liability of any nature

whatsoever, that is released pursuant to this **Combined Disclosure Statement and Plan**, shall be permanently, forever and completely stayed, restrained, prohibited, barred and enjoined from taking any of the following actions (other than actions to enforce any rights or obligations under the Combined Disclosure Statement and Plan): (i) commencing, conducting, or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) in any forum against or affecting the Liquidating Debtors, the Liquidation Trust, or any of its or their respective property; (ii) enforcing, levying, attaching (including, without limitation, any pre-judgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order against the Liquidating Debtors, the Liquidation Trust, or any of its or their respective property; (iii) creating, perfecting, or in any way enforcing in any manner, directly or indirectly, any encumbrance or lien of any kind against the Liquidating Debtors, the Liquidation Trust, or any of its or their respective property; (iv) asserting any right of setoff, directly or indirectly, against any obligation due to the Liquidating Debtors, the Liquidation Trust, or any of its or their respective property, except with respect to any right of setoff asserted prior to the entry of the Confirmation Order, whether asserted in a Proof of Claim or otherwise, or as otherwise contemplated, impaired, or allowed by the Plan; (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Combined Disclosure Statement and Plan; and (vi) prosecuting or otherwise asserting (A) any Claim or Interest, including any right, claim, or Cause of Action released pursuant to the Plan, (B) any form of objection to any Claim that is Allowed by the Plan and Confirmation Order, or (C) Avoidance Actions against any Holder of a Claim that is Allowed or any Avoidance Action released by the Plan. Additionally, unless otherwise explicitly stated in the Combined Disclosure Statement and Plan, in furtherance of the releases granted by the Plan or Confirmation Order, the injunction contemplated by this paragraph shall prohibit the assertion against the Liquidation Trust and the Liquidation Trustee of all Claims or Interests, if any, related to the Debtors.

Confirmation of the Plan shall further have the effect of permanently enjoining all Persons and Entities from obtaining (i) any documents or other materials from current counsel for the Debtors that are in the possession of such counsel as a result of or arising in any way out of its representation of the Debtors, *provided, however*, that the Liquidation Trustee shall be entitled to obtain any such documents or other materials, (ii) any documents or other materials from current counsel for the UCC or Pension Committee, as applicable, that are in the possession of such counsel as a result of or arising in any way out of its representation of the UCC or Pension Committee, as applicable, or (iii) Books and Records, *provided, however*, that the Liquidation Trustee shall be entitled to obtain any such Books and Records.

## OPTIONAL OPT-OUT ELECTION

If you vote to accept the Plan, you shall be deemed to have consented to the Third-Party Release, the Exculpation, and the Injunction provisions set forth above. If you do not consent to the Third-Party Release, the Exculpation, and the Injunction provisions, you may elect not to grant such releases but only if you (1) vote to reject the Plan in Item 2 above, affirmatively elect to "opt out"

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

of being a releasing party by checking the box below, and timely return your Ballot, or (2) abstain from voting by not casting a vote in Item 2 above, affirmatively elect to "opt out" of being a releasing party by checking the box below, and timely return your Ballot.

IF YOU VOTE TO ACCEPT THE PLAN, YOU SHALL BE DEEMED TO HAVE CONSENTED TO THE THIRD-PARTY RELEASE IN ARTICLE XIV.D.2 OF THE PLAN AND YOU CANNOT OPT OUT OF THE THIRD-PARTY RELEASE.  IF YOU (1) ABSTAIN FROM VOTING ON THE PLAN OR (2) VOTE TO REJECT THE PLAN AND, IN EITHER CASE, DO NOT CHECK THE BOX BELOW, YOU SHALL BE DEEMED TO HAVE CONSENTED TO THE THIRD-PARTY RELEASE AS SET FORTH IN ARTICLE XIV OF THE PLAN.

The Holder of the Class 5 Pension Claim set forth in Item 1 elects to:

☐ Opt Out of the Third-Party Release

**Item 4.        Authorization.**

By returning this Ballot, the undersigned Holder of the Pension Claim hereby certifies that:

(i)     as of the Voting Record Date, the undersigned is the Holder of a Pension Claim (Class 5) set forth in Item 1 above and has full power and authority to vote to accept or to reject the Plan.  To the extent the undersigned is voting on behalf of the actual Holder of a Claim, the undersigned certifies that it has the requisite authority to do so and will submit evidence of the same upon request;

(ii)    the undersigned (a) has received a copy of solicitation materials, including the Combined Disclosure Statement and Plan, and (b) understands that the solicitation and tabulation of votes for the Plan is subject to all the terms and conditions set forth in the Combined Disclosure Statement and Plan;

(iii)   the undersigned has cast the same vote with respect to all of its Pension Claim (Class 5) in connection with the Plan; and

(iv)    (a) no other Ballot with respect to the same Pension Claim (Class 5) identified in Item 1 has been cast or (b) if any other Ballot has been cast with respect to such Pension Claim, then any such earlier Ballots are hereby revoked and deemed to be null and void.

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

Name:_____

(Print or Type)

Signature:_____

By:_____

(If Appropriate)

Title:_____

(If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Email: _____

Date Completed: _____

**If you wish to update the address pre-printed on this Ballot, please send a change of address request to mercyinfo@epiqglobal.com and reference "Mercy Hospital – Change of Address" in the subject line.**

10

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Debtors are soliciting your vote on the Plan described in and accompanying this Ballot.  Please review the Combined Disclosure Statement and Plan carefully before you vote.  Unless otherwise defined, capitalized terms used herein and in the Ballot have the same meanings ascribed to them in the Combined Disclosure Statement and Plan.

**This Ballot does not constitute and shall not be deemed to constitute (a) a Proof of Claim; (b) an amendment to a Proof of Claim; (c) an assertion of a Claim or a waiver of any bar date or deadline to file a Proof of Claim; or (d) an admission by the Debtors of the nature, validity, or amount of any Claim.  The Debtors reserve their right to object to allowance of any Claim on any grounds under the Bankruptcy Code and applicable nonbankruptcy law.**

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person or entity for soliciting votes on the Plan.

To ensure your vote is counted, you must complete, sign, and return this Ballot by one of the following methods so that it is actually received by the Voting Agent prior to **May 6, 2024, at 4:00 p.m. (prevailing Central Time)** (the "Voting Deadline") or your vote will not be counted: (a) in the enclosed pre-paid, pre-addressed return envelope; (b) via first class mail, overnight courier, or hand delivery to the address set forth below; or (c) via electronic submission through the E-Ballot portal at https://dm.epiq11.com/mercyhospital.

| If by First Class Mail: | If by Overnight Courier or Hand Delivery: |
|---|---|
| Mercy Hospital, Iowa City, Iowa<br>c/o Epiq Ballot Processing Center<br>P.O. Box 4422<br>Beaverton, OR 97076-4422 | Mercy Hospital, Iowa City, Iowa<br>c/o Epiq Ballot Processing Center<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

If a Ballot is received after the Voting Deadline, it will not be counted.  Delivery by facsimile, e-mail, or other electronic means (other than through the Voting Agent's E-Ballot portal) will not be accepted.

The Debtors reserve the right to extend the Voting Deadline, by oral or written notice to the Voting Agent, until properly completed Ballots indicating acceptance of the Plan in sufficient number and amount to meet the voting requirements prescribed by Bankruptcy Code section 1126 have been received.

To complete this Ballot properly, take the following steps:

(i)     Make sure that the information required by Item 1 has been inserted.

(ii)    Cast your vote to either accept or reject the Plan by checking the proper box (and only one box) in Item 2.

11

Mercy Hospital, Iowa City, Iowa
Class 5 – Pension Claim Ballot

(iii)     Read Items 3 and 4 carefully.

(iv)     Provide the information required by Item 4.

(v)      Sign and date your Ballot.

(vi)     If you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing.

(viii)    Return the Ballot to the Voting Agent: (a) in the enclosed pre-paid, pre-addressed return envelope; (b) via first class mail, overnight courier, or hand delivery to the address set forth above; or (c) via electronic submission through the E-Ballot Portal at https://dm.epiq11.com/mercyhospital.

## <u>PLEASE RETURN YOUR BALLOT PROMPTLY</u>

If you have any questions regarding this Ballot or the voting procedures, or wish to receive a copy of the Combined Disclosure Statement and Plan or related materials, please contact the Voting Agent at by (a) emailing mercyinfo@epiqglobal.com and referencing "Mercy Hospital" in the subject line; (b) calling (888) 318-5044 (toll-free) or (503) 451-6294 (if calling from outside the U.S. or Canada), or (c) writing to the following address: Mercy Hospital, Iowa City, Iowa, c/o Epiq Ballot Processing Center, 10300 SW Allen Boulevard, Beaverton, OR 97005.  The Voting Agent is not authorized to provide legal advice.

*[Remainder of Page Intentionally Left Blank]*

Exhibit 3

| Claim Name | Address Information |
| --- | --- |
| ABRAMS, CATHERINE HELEN | ADDRESS ON FILE |
| ANDERSEN, LINDA | ADDRESS ON FILE |
| ANDERSON, RANDALL J | ADDRESS ON FILE |
| ANDERSON, ROBIN | ADDRESS ON FILE |
| BELL, BRENDA LEE | ADDRESS ON FILE |
| BERGE, JEAN M | ADDRESS ON FILE |
| BLIND, ANN C | ADDRESS ON FILE |
| BOELTER, NANCY ANN | ADDRESS ON FILE |
| BOLLEI, ROSE M | ADDRESS ON FILE |
| BORSETH, DIANE | ADDRESS ON FILE |
| BOWERS, DIANNA | ADDRESS ON FILE |
| BOWERS, JUDY D | ADDRESS ON FILE |
| BRECHT, DEBORAH A | ADDRESS ON FILE |
| BREMNER, VIRGINIA | ADDRESS ON FILE |
| BRINNING, ANGELA R | ADDRESS ON FILE |
| BUCK, CHARLES R | ADDRESS ON FILE |
| BUFFO, JOANNE | ADDRESS ON FILE |
| BURCH, LEE ALLEN | ADDRESS ON FILE |
| BUTLER, JOAN M | ADDRESS ON FILE |
| CARLISLE, NANCY | ADDRESS ON FILE |
| CARRILLO, STEPHANY SUSAN | ADDRESS ON FILE |
| CARROLL, CHARLES | ADDRESS ON FILE |
| CATNEY, CHRISTINE M | ADDRESS ON FILE |
| CROWLEY, BARBARA | ADDRESS ON FILE |
| DELLAMUTH, SANDRA K | ADDRESS ON FILE |
| DESTERHAFT, KATHLEEN M | ADDRESS ON FILE |
| DIETRICH, DENNIS W | ADDRESS ON FILE |
| DOYLE, BONNIE | ADDRESS ON FILE |
| EAKES, DIANA GAIL | ADDRESS ON FILE |
| EDWARDS, RITA ANN | ADDRESS ON FILE |
| EIVINS, ROBBIN | ADDRESS ON FILE |
| EJIASI, GODWIN | ADDRESS ON FILE |
| EPPERSON, MARY K | ADDRESS ON FILE |
| EUBANKS, GLENDA JO | ADDRESS ON FILE |
| FOREST, PAULA WILLENBORG | ADDRESS ON FILE |
| FOX, BETH E | ADDRESS ON FILE |
| FRATZKE, NANCY K | ADDRESS ON FILE |
| FULWIDER, DENNIS | ADDRESS ON FILE |
| GARRELS, MICHAEL | ADDRESS ON FILE |
| GILLIAM, JUDY | ADDRESS ON FILE |
| GOULD, JOAN | ADDRESS ON FILE |
| GREEN, MARIAN J | ADDRESS ON FILE |
| HALVERSON, MARGARET | ADDRESS ON FILE |
| HANDLEY, DEBRA A | ADDRESS ON FILE |
| HOLLANDER, KRISTINE | ADDRESS ON FILE |
| HOTZ, KATHLEEN | ADDRESS ON FILE |
| JACKSON, BARBARA | ADDRESS ON FILE |
| JESINA, TIMOTHY KEVIN | ADDRESS ON FILE |
| KADUCE, SUSAN ISABELLE | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| KAIR, PAMELA A | ADDRESS ON FILE |
| KASAL, LORRIE ANN | ADDRESS ON FILE |
| KEITH, JENNIFER MARIE | ADDRESS ON FILE |
| KLAPPER, RACHEL | ADDRESS ON FILE |
| KNOPICK, JAMES | ADDRESS ON FILE |
| LEIGH, KAREN | ADDRESS ON FILE |
| LEISINGER, KIMBERLY KILPATRICK | ADDRESS ON FILE |
| LEWIS, MARY EARLENE | ADDRESS ON FILE |
| LEWIS, THEONE V | ADDRESS ON FILE |
| LLOYD, LISA | ADDRESS ON FILE |
| LORENZEN, DIANE | ADDRESS ON FILE |
| LUEDTKE, CHRISTOPHER JOHN | ADDRESS ON FILE |
| LYNCH, GEORGENE K | ADDRESS ON FILE |
| MARPLE, BEVERLY ANN | ADDRESS ON FILE |
| MARZ, MARTHA | ADDRESS ON FILE |
| MATOUSEK, CAROLYN | ADDRESS ON FILE |
| MCANDREW, LOLA M | ADDRESS ON FILE |
| MCGILLICUDDY, GAYLE MARIE | ADDRESS ON FILE |
| MCGREGOR, DARLENE | ADDRESS ON FILE |
| MCKAY, R ANNE | ADDRESS ON FILE |
| MELLECKER, JULIE | ADDRESS ON FILE |
| MERCY PENSIONERS | C/O DAY RETTIG MARTIN PC ATTN PAULA ROBY PO BOX 2877, 150 1ST AVE NE, STE 415 CEDAR RAPIDS IA 52406-2877 |
| MEYER, JANICE | ADDRESS ON FILE |
| MINNER, DALE E | ADDRESS ON FILE |
| MURRAY, STANLEY | ADDRESS ON FILE |
| MYERS, BECKY L | ADDRESS ON FILE |
| NODOLF, JULIE L (VEST) | ADDRESS ON FILE |
| NORTHUP, JULIE A | ADDRESS ON FILE |
| NOVOTNY, SUSAN | ADDRESS ON FILE |
| O'SULLIVAN, VERONICA MARY | ADDRESS ON FILE |
| PACHA, SUSAN MARIE (KROTZ) | ADDRESS ON FILE |
| PARSONS, SUSAN KATHERINE | ADDRESS ON FILE |
| PAULY, PAULA C | ADDRESS ON FILE |
| PEETERS, MARIE ELENA | ADDRESS ON FILE |
| PETZ, BARBARA K | ADDRESS ON FILE |
| POLLARD, TIMOTHY J | ADDRESS ON FILE |
| RAMSEY, BELINDA | ADDRESS ON FILE |
| REED, ROBERTA J | ADDRESS ON FILE |
| REED, WENDY C | ADDRESS ON FILE |
| RING, BRIAN P | ADDRESS ON FILE |
| RINGENBERG, BEVERLY JUNE | ADDRESS ON FILE |
| RODGERS, CHERYLE K | ADDRESS ON FILE |
| SCHUELER, KATHLEEN | ADDRESS ON FILE |
| SCHWARZ, COLLEEN C | ADDRESS ON FILE |
| SCOTT-EVANS, JANET R | ADDRESS ON FILE |
| SETZER, LINDA R | ADDRESS ON FILE |
| SKALSKY, ELIZABETH ANN | ADDRESS ON FILE |
| STALKFLEET, LYNDA C | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| STOCK, JANET | ADDRESS ON FILE |
| STOCKMAN, JOSEPH A | ADDRESS ON FILE |
| STOLLEY, JENNY REBECCA | ADDRESS ON FILE |
| STRABALA, BRENT | ADDRESS ON FILE |
| STRATTON, CHARLENE S | ADDRESS ON FILE |
| STUART, MARKAY | ADDRESS ON FILE |
| TRUITT, PATRICIA JEAN | ADDRESS ON FILE |
| VASQUEZ, BONNIE | ADDRESS ON FILE |
| WALTER, JULIE JOHNSTON | ADDRESS ON FILE |
| WILLEY, SANDY | ADDRESS ON FILE |
| WILSON, RUTH E | ADDRESS ON FILE |
| WITT, FREDERICK L | ADDRESS ON FILE |
| WRIGHT, TRUDY | ADDRESS ON FILE |
| YEUTSY, MARY | ADDRESS ON FILE |
| YODER, CAROLYN C | ADDRESS ON FILE |

**Total Creditor count  112**

Exhibit 4

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADAMS, MICHELE R. | ADDRESS ON FILE |
| ALT, SHEILA L | ADDRESS ON FILE |
| ALVINE, JANET | ADDRESS ON FILE |
| AMLONG, AMBROSYA | ADDRESS ON FILE |
| ANDERSON, BRUCE | ADDRESS ON FILE |
| ANDERSON, JACKIE | ADDRESS ON FILE |
| ANDERSON, LEAH | ADDRESS ON FILE |
| ANDEWAY, BRENDA L | ADDRESS ON FILE |
| APPLEBY, VERNA | ADDRESS ON FILE |
| ARMSTRONG, ERAINA | ADDRESS ON FILE |
| ARMSTRONG, SHARON | ADDRESS ON FILE |
| AUDERER, JILL | ADDRESS ON FILE |
| BAILEY, JANELLE A | ADDRESS ON FILE |
| BALLARDHELLER, BARBARA | ADDRESS ON FILE |
| BARBER, GLORIA | ADDRESS ON FILE |
| BARILLAS, ROGER | ADDRESS ON FILE |
| BARNARD, MIMI | ADDRESS ON FILE |
| BARNS, KIMBERLY | ADDRESS ON FILE |
| BARR, HILARY H | ADDRESS ON FILE |
| BARTHEL, JOHN | ADDRESS ON FILE |
| BAUSERMAN, JOHN | ADDRESS ON FILE |
| BEAN, DEBRA | ADDRESS ON FILE |
| BERGMAN, ELIZABETH | ADDRESS ON FILE |
| BERNER, RACHEL N | ADDRESS ON FILE |
| BERNER, SCOTT L | ADDRESS ON FILE |
| BERNS, HEIDI A | ADDRESS ON FILE |
| BERRYHILL, LINDA | ADDRESS ON FILE |
| BILDSTEIN, PAULETTE | ADDRESS ON FILE |
| BLOOMER, SHEILA | ADDRESS ON FILE |
| BOEHM, JANE | ADDRESS ON FILE |
| BOILEAU, CARMEN M | ADDRESS ON FILE |
| BOLTON, BARBARA | ADDRESS ON FILE |
| BOSENEILER, DAWN E | ADDRESS ON FILE |
| BOURGEOIS, ERICK | ADDRESS ON FILE |
| BRAL, APRIL A | ADDRESS ON FILE |
| BRANDENBURG, BERNADINE R | ADDRESS ON FILE |
| BRECHT, JAMES | ADDRESS ON FILE |
| BREON, RICHARD C. | ADDRESS ON FILE |
| BRETZ, RAECHELLE | ADDRESS ON FILE |
| BROWN, DONALD | ADDRESS ON FILE |
| BROWN, JOHN | ADDRESS ON FILE |
| BRUNSVOLD, PIEPER | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BUELL, SHARON | ADDRESS ON FILE |
| BULLINGTON, ROSE | ADDRESS ON FILE |
| BURLESON, LYNN | ADDRESS ON FILE |
| BURZACOTT, JON | ADDRESS ON FILE |
| BURZACOTT, JULIE M | ADDRESS ON FILE |
| BUTLER, JOAN | ADDRESS ON FILE |
| CALLEN, JONI | ADDRESS ON FILE |
| CANNON, MICHEAL | ADDRESS ON FILE |
| CAPRON, KIMBERLY K | ADDRESS ON FILE |
| CARROLL, CHARLES W | ADDRESS ON FILE |
| CASH, PATRICIA | ADDRESS ON FILE |
| CHALUPA, JANET | ADDRESS ON FILE |
| CHEN, KE | ADDRESS ON FILE |
| CHERRYHOLMES, MICHELLE L | ADDRESS ON FILE |
| CLARK, LORI F | ADDRESS ON FILE |
| CLARKCAIN, ARLENE P | ADDRESS ON FILE |
| CLAUSSEN, VICTORIA A | ADDRESS ON FILE |
| CLOPTON, EDWIN | ADDRESS ON FILE |
| COLE, LUE | ADDRESS ON FILE |
| COLESON, GAIL | ADDRESS ON FILE |
| COLONY, KATHLEEN A | ADDRESS ON FILE |
| COMBS, VIRGINIA E | ADDRESS ON FILE |
| CONNELLY, SHELLEY | ADDRESS ON FILE |
| CONNOR, LAURIE | ADDRESS ON FILE |
| CORSO, MARY K | ADDRESS ON FILE |
| CREMERS, CHERIE | ADDRESS ON FILE |
| CROSS, DOROTHY J | ADDRESS ON FILE |
| CROWE, JOAN | ADDRESS ON FILE |
| CURLEY, MICHAEL | ADDRESS ON FILE |
| DAHL, BRANDY L | ADDRESS ON FILE |
| DAHNKE, CYNTHIA | ADDRESS ON FILE |
| DANFORTH, JAMES | ADDRESS ON FILE |
| DANIELSON, JULIE | ADDRESS ON FILE |
| DAVIS, DIANNE F | ADDRESS ON FILE |
| DAVIS, GENINE A. | ADDRESS ON FILE |
| DAVIS, STACY | ADDRESS ON FILE |
| DELANEY, SUSAN M. | ADDRESS ON FILE |
| DENINGER, MICHAEL | ADDRESS ON FILE |
| DESCHAMP, GLENNA D | ADDRESS ON FILE |
| DETERT, SHANNON | ADDRESS ON FILE |
| DETWEILER, THOMAS M | ADDRESS ON FILE |
| DICKINSON, JANE | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DRABEK, LORI | ADDRESS ON FILE |
| DRAKE, MARTHA | ADDRESS ON FILE |
| DUCHARME, MARY | ADDRESS ON FILE |
| DVORETZKY, CHARLOTTE S | ADDRESS ON FILE |
| EAKES, KATE | ADDRESS ON FILE |
| ECHTERNACHT, HARRIET | ADDRESS ON FILE |
| ELIASON, ANITA | ADDRESS ON FILE |
| ELLERBROEK, JENNIFER | ADDRESS ON FILE |
| ESCHER, PHILLIP | ADDRESS ON FILE |
| EVANS, JERRY | ADDRESS ON FILE |
| EVANS, WANDA L | ADDRESS ON FILE |
| EZE, SHANITA M | ADDRESS ON FILE |
| FARMER, VICKIE | ADDRESS ON FILE |
| FELLER, CLARK R | ADDRESS ON FILE |
| FINDLATER, DANIELLE N | ADDRESS ON FILE |
| FISHER, LOREEN | ADDRESS ON FILE |
| FOLDESI, TODD | ADDRESS ON FILE |
| FOSTER, SUSAN | ADDRESS ON FILE |
| FRANKLIN, KIMBERLY | ADDRESS ON FILE |
| FRANKLIN, MICHAEL | ADDRESS ON FILE |
| FRATZKE, NANCY K | ADDRESS ON FILE |
| FRAUENHOLTZ, LINDA J | ADDRESS ON FILE |
| FULLER, DAVID | ADDRESS ON FILE |
| FULWIDER, DENNIS | ADDRESS ON FILE |
| GANYO, PATRICK D. | ADDRESS ON FILE |
| GARRETT, LEAH | ADDRESS ON FILE |
| GENT, BRITTNEY N | ADDRESS ON FILE |
| GIESWEIN, KIRK R | ADDRESS ON FILE |
| GINGERICH, LYN | ADDRESS ON FILE |
| GINGERICH, LYNETTE | ADDRESS ON FILE |
| GINTY, SHARON L | ADDRESS ON FILE |
| GIOVANELLI, PHYLLIS | ADDRESS ON FILE |
| GODFREY, MICHAEL | ADDRESS ON FILE |
| GODWIN, CONSTANCE S. | ADDRESS ON FILE |
| GOODFELLOW, MARGARET | ADDRESS ON FILE |
| GOSLIN, LIANNE | ADDRESS ON FILE |
| GREATHOUSE, MARY | ADDRESS ON FILE |
| GREAZEL, CATHERINE J | ADDRESS ON FILE |
| GREEN, LORRIE | ADDRESS ON FILE |
| GRELL, TERRI | ADDRESS ON FILE |
| GRINDLE, SUSAN | ADDRESS ON FILE |
| GRISWOLD, BARBARA | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GROOMS, KIMBERLY K. | ADDRESS ON FILE |
| GUY, LARRY D | ADDRESS ON FILE |
| HAGENOW, JOHN | ADDRESS ON FILE |
| HALL, DANIEL L | ADDRESS ON FILE |
| HALL, RONALD E | ADDRESS ON FILE |
| HANSEL, JUDY | ADDRESS ON FILE |
| HANSEN, KAREN E | ADDRESS ON FILE |
| HARMON, KAREN A | ADDRESS ON FILE |
| HARRIS, KELLY A | ADDRESS ON FILE |
| HAVEKOST, WILLIAM P. | ADDRESS ON FILE |
| HAYES, AMANDA | ADDRESS ON FILE |
| HEERENS-KNUDSON, NANCY | ADDRESS ON FILE |
| HEGEMAN, ROBERT | ADDRESS ON FILE |
| HEINRICH, MICHAEL G | ADDRESS ON FILE |
| HEMANN, ROSE M | ADDRESS ON FILE |
| HIATT, CONNIE | ADDRESS ON FILE |
| HIGGENS, HILARY | ADDRESS ON FILE |
| HINRICHSEN, MICHELLE K | ADDRESS ON FILE |
| HIX, HEATHER | ADDRESS ON FILE |
| HOFFMAN, GLORIA L | ADDRESS ON FILE |
| HOLLAND, MARYLYN | ADDRESS ON FILE |
| HOLLOWAY, RAYMOND M. | ADDRESS ON FILE |
| HONN, RITA | ADDRESS ON FILE |
| HOUTS, BETH | ADDRESS ON FILE |
| HOWARD, STEPHANIE E | ADDRESS ON FILE |
| HOWELL, CAROLINE | ADDRESS ON FILE |
| HRUBY, SHIRLEY | ADDRESS ON FILE |
| HUGHES, SARA | ADDRESS ON FILE |
| HUNGER, ARNETTE C | ADDRESS ON FILE |
| IHRIG, NINA | ADDRESS ON FILE |
| IZAKOVIC, MARTIN | ADDRESS ON FILE |
| JACOBS, SHIRLEY | ADDRESS ON FILE |
| JANSEN, DEBRA | ADDRESS ON FILE |
| JASZEWSKI, ANDY | ADDRESS ON FILE |
| JEFFERS, BARBARA L | ADDRESS ON FILE |
| JENSEN, MELISSA | ADDRESS ON FILE |
| JERRED, LORNA | ADDRESS ON FILE |
| JOHANNESSEN, CLIFFORD R | ADDRESS ON FILE |
| JOHNSTON, JAN | ADDRESS ON FILE |
| JOHNSTON, JEAN A | ADDRESS ON FILE |
| JONES, RITA | ADDRESS ON FILE |
| JONES, WENDY K | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KALLSEN, LESLIE L | ADDRESS ON FILE |
| KAUFFMAN, BETTE | ADDRESS ON FILE |
| KEARNS, MARY | ADDRESS ON FILE |
| KEATING, JODI | ADDRESS ON FILE |
| KECK, MORGAN L | ADDRESS ON FILE |
| KENNEDY, REBECCA | ADDRESS ON FILE |
| KHARBUSH, KRISTINE | ADDRESS ON FILE |
| KIELER, LYNN | ADDRESS ON FILE |
| KILPATRICK, JUDITH | ADDRESS ON FILE |
| KIMBER, TRACY L | ADDRESS ON FILE |
| KINCADE, JANIS | ADDRESS ON FILE |
| KING, SANDRA | ADDRESS ON FILE |
| KITCHEN, DIANA | ADDRESS ON FILE |
| KLEIN, ANDREA L | ADDRESS ON FILE |
| KNAPP, MARY R | ADDRESS ON FILE |
| KNOOP, JOAN | ADDRESS ON FILE |
| KNOPICK, JAMES | ADDRESS ON FILE |
| KNOWLES, SINCLAIR | ADDRESS ON FILE |
| KNUDSON, RALPH | ADDRESS ON FILE |
| KOCH, ANDREW C | ADDRESS ON FILE |
| KOENIG, CHARLOTTE H | ADDRESS ON FILE |
| KORSON, WILLIAM | ADDRESS ON FILE |
| KRUML, SISTER | ADDRESS ON FILE |
| KUHLENBECK, LEIGH | ADDRESS ON FILE |
| KUKUZKE, ELISE J | ADDRESS ON FILE |
| LAKE, ROSAMOND | ADDRESS ON FILE |
| LAMB, DARRELL | ADDRESS ON FILE |
| LANDUYT, ALICE | ADDRESS ON FILE |
| LATTA, KAYLEEN | ADDRESS ON FILE |
| LEDFORD, LA JANA J. | ADDRESS ON FILE |
| LEHMAN, JULIA | ADDRESS ON FILE |
| LENZ, JANICE | ADDRESS ON FILE |
| LEWIS, HEATHER | ADDRESS ON FILE |
| LINDHORST, NEIL C | ADDRESS ON FILE |
| LINK, CHERYLE R | ADDRESS ON FILE |
| LOCKHART, LUCIEN | ADDRESS ON FILE |
| LOCOCO, JOSEPH | ADDRESS ON FILE |
| LONGEWAY, CASSANDRA | ADDRESS ON FILE |
| LORD, RICHARD | ADDRESS ON FILE |
| LORENZEN, DIANE | ADDRESS ON FILE |
| LOVETINSKY, JANICE | ADDRESS ON FILE |
| LUCAS, BOBBIE J | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LUMPA, HELEN | ADDRESS ON FILE |
| MABIE, CAPRISA | ADDRESS ON FILE |
| MACKENZIE, SUSAN L | ADDRESS ON FILE |
| MADDEN, LORI | ADDRESS ON FILE |
| MAHER, DEBRA | ADDRESS ON FILE |
| MAHER, GAIL | ADDRESS ON FILE |
| MAHER, JANET K | ADDRESS ON FILE |
| MARKS, MICHELLE M | ADDRESS ON FILE |
| MASONHOLDER, MARY A | ADDRESS ON FILE |
| MATTISON, VALERIE | ADDRESS ON FILE |
| MAXWELL, AMY M | ADDRESS ON FILE |
| MCCLEAN, BRENDA | ADDRESS ON FILE |
| MCCOLLOCH, ERIC A | ADDRESS ON FILE |
| MCCONAUGHY, ANNETTE M | ADDRESS ON FILE |
| MCCONNELL, SUSAN L | ADDRESS ON FILE |
| MCGREGOR, TIFFANY M | ADDRESS ON FILE |
| MCKELLAR, MARY ANN | ADDRESS ON FILE |
| MEISSNER, WILLIAM | ADDRESS ON FILE |
| MENDENHALL, CHARLETTE A | ADDRESS ON FILE |
| METZLER, MICHAEL | ADDRESS ON FILE |
| MILOTA, STACY K | ADDRESS ON FILE |
| MINNER, DALE | ADDRESS ON FILE |
| MOENNICH, CAROLYN | ADDRESS ON FILE |
| MORRISON, HEIDI L | ADDRESS ON FILE |
| MRSTIK, TERESA | ADDRESS ON FILE |
| MULLER, VICKI L | ADDRESS ON FILE |
| MUNDORF, ELLEN M | ADDRESS ON FILE |
| NAGEL, NANCY A | ADDRESS ON FILE |
| NATH, DONNA | ADDRESS ON FILE |
| NOLAN, STACY | ADDRESS ON FILE |
| NOONAN, CARRIE L. | ADDRESS ON FILE |
| NORFOLK, ROGER W | ADDRESS ON FILE |
| NUEBEL, MARY | ADDRESS ON FILE |
| NULL, WAYNE | ADDRESS ON FILE |
| OAKLAND, DAVID F | ADDRESS ON FILE |
| OBE, JON C | ADDRESS ON FILE |
| OBE, TAMARA | ADDRESS ON FILE |
| OBRALLAGHAN, BEVERLY | ADDRESS ON FILE |
| OCKENFELS, KRISTA L | ADDRESS ON FILE |
| OLSON, ROCKSANN M | ADDRESS ON FILE |
| OLSON, VICKI | ADDRESS ON FILE |
| OLTHOFF, KAMI N | ADDRESS ON FILE |

MERCY IOWA CITY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PAGAN, LUCY | ADDRESS ON FILE |
| PARKS, ANTHONY J | ADDRESS ON FILE |
| PARSONS, MARY S | ADDRESS ON FILE |
| PASSMORE, STACEY | ADDRESS ON FILE |
| PATTON, EMILY | ADDRESS ON FILE |
| PAULEY, LEONA | ADDRESS ON FILE |
| PETERS, TWYLA J | ADDRESS ON FILE |
| PETERSCHMIDT, MONA | ADDRESS ON FILE |
| PETERSON, TERESA | ADDRESS ON FILE |
| PETSCHE, PAULA | ADDRESS ON FILE |
| PIEGORS, JULIE A | ADDRESS ON FILE |
| PLACEK, VERONICA | ADDRESS ON FILE |
| POGGENPOHL, YVONNE M | ADDRESS ON FILE |
| PORTWOOD, LINDA | ADDRESS ON FILE |
| POWER, MELANIE J | ADDRESS ON FILE |
| RAUSCH, MARY | ADDRESS ON FILE |
| REID, AMY J | ADDRESS ON FILE |
| RESCHLY, JULIE | ADDRESS ON FILE |
| RICHARD, LYNN A. | ADDRESS ON FILE |
| RICHARD, SCOTT L | ADDRESS ON FILE |
| RICHARDS, MIRANDA L | ADDRESS ON FILE |
| RICHMOND, ELIZABETH | ADDRESS ON FILE |
| RIDDLE, GINGER | ADDRESS ON FILE |
| RIDDLE, JENNIFER | ADDRESS ON FILE |
| RIFE, BARBARA E | ADDRESS ON FILE |
| RITTGERS-EASTON M.D., MINYON | ADDRESS ON FILE |
| ROBERTS, SARA | ADDRESS ON FILE |
| ROBERTS, TERRY | ADDRESS ON FILE |
| ROEDERER, JANET L. | ADDRESS ON FILE |
| ROHR, KRISTIN | ADDRESS ON FILE |
| RONAN, TRACI | ADDRESS ON FILE |
| RUPLINGER, MICHAEL J | ADDRESS ON FILE |
| RUSSELL, HELEN | ADDRESS ON FILE |
| RUSSO, ROSE | ADDRESS ON FILE |
| RYAN, JAMES B | ADDRESS ON FILE |
| SCANDRETT, KELBY | ADDRESS ON FILE |
| SCHLICHTMANN, JAMES | ADDRESS ON FILE |
| SCHMUECKER, ANGELA K | ADDRESS ON FILE |
| SCHOONOVER, DIANA J | ADDRESS ON FILE |
| SCHROEDER, MARY | ADDRESS ON FILE |
| SCHROPP, THERESA L | ADDRESS ON FILE |
| SCHULTZ, JULIE A | ADDRESS ON FILE |

MERCY IOWA CITY

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SCHULZ, KATHLEEN | ADDRESS ON FILE |
| SCHWARZ, COLLEEN | ADDRESS ON FILE |
| SCHWENDINGER, TAMARA M | ADDRESS ON FILE |
| SCOTT, MARY SUE | ADDRESS ON FILE |
| SEATON, RITZANNA | ADDRESS ON FILE |
| SEBOK, WILLIAM | ADDRESS ON FILE |
| SERGESKETTER, MARGARET | ADDRESS ON FILE |
| SHADLE, MONICA T | ADDRESS ON FILE |
| SHANNON, DIANE M | ADDRESS ON FILE |
| SHAO, LIAN | ADDRESS ON FILE |
| SHARP, STACEY A | ADDRESS ON FILE |
| SHORT, JANELLE E | ADDRESS ON FILE |
| SHULL, JULIE | ADDRESS ON FILE |
| SKARDA, ANNA | ADDRESS ON FILE |
| SORGE, CHRISTINA L | ADDRESS ON FILE |
| SPICHER, MICHAEL | ADDRESS ON FILE |
| SPIES, JANICE E | ADDRESS ON FILE |
| STAHL, DOUGLAS L | ADDRESS ON FILE |
| STEINBRECH, NAOMI | ADDRESS ON FILE |
| STENSVAAG, JUDITH A | ADDRESS ON FILE |
| STEWART, TANYA D | ADDRESS ON FILE |
| STICKNEY, NICOLA | ADDRESS ON FILE |
| STRANGE, DONNA E | ADDRESS ON FILE |
| SWACK, MARGARET A | ADDRESS ON FILE |
| SWAN-MURPHY, PATSY | ADDRESS ON FILE |
| TANG, RAYMOND H | ADDRESS ON FILE |
| TEPLY, SUSAN | ADDRESS ON FILE |
| TERRILL, BONNIE | ADDRESS ON FILE |
| TERRILL, ELIZABETH R | ADDRESS ON FILE |
| THOMAS, CANDACE | ADDRESS ON FILE |
| THOMAS, MALISSA | ADDRESS ON FILE |
| TIEMPO, MALDON | ADDRESS ON FILE |
| TIESKOETTER, JUDITH | ADDRESS ON FILE |
| TRACEY, DONALD J | ADDRESS ON FILE |
| TURGASEN, MARY | ADDRESS ON FILE |
| UBBEN, SALINA K | ADDRESS ON FILE |
| VAN DRIEL, SIS. GENEVIEVE | ADDRESS ON FILE |
| VANDEER, SONYA | ADDRESS ON FILE |
| VANDEWEERD, LINDA K | ADDRESS ON FILE |
| VANOSS, NANCY | ADDRESS ON FILE |
| VANTHORRE, TROY | ADDRESS ON FILE |
| VASQUEZ, BONNIE M | ADDRESS ON FILE |

MERCY IOWA COPY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| VOLESKY, MARY | ADDRESS ON FILE |
| VOLKMAN, ANGELA L | ADDRESS ON FILE |
| WAGNER, KAREN K | ADDRESS ON FILE |
| WAHE, DIANE | ADDRESS ON FILE |
| WALKER, ARTHUR C | ADDRESS ON FILE |
| WALLACE, EILEEN | ADDRESS ON FILE |
| WANEK, DONNA | ADDRESS ON FILE |
| WASKOW, GLENDA | ADDRESS ON FILE |
| WEHR, MEGAN M | ADDRESS ON FILE |
| WELLINGTON, CRISTIN A | ADDRESS ON FILE |
| WELLS, LORI | ADDRESS ON FILE |
| WHITHAM, LINDA | ADDRESS ON FILE |
| WICHMANN, PAMELA J | ADDRESS ON FILE |
| WIDMER, KIM A | ADDRESS ON FILE |
| WIELAND, RAYE A | ADDRESS ON FILE |
| WILLEY, MARJORIE | ADDRESS ON FILE |
| WILSON, RUTH | ADDRESS ON FILE |
| WINEGARDEN, DIANE | ADDRESS ON FILE |
| WINEKAUF, GLEN | ADDRESS ON FILE |
| WISGERHOF, KATHRYN | ADDRESS ON FILE |
| WISSINK, MARY | ADDRESS ON FILE |
| WITMER, MARGARET | ADDRESS ON FILE |
| WITTHOFT, KALEY M | ADDRESS ON FILE |
| WITTHOFT, SARAH | ADDRESS ON FILE |
| WOODALL, ELLEN K. | ADDRESS ON FILE |
| YODER, DEBRA | ADDRESS ON FILE |
| YOUNG, MARGARET | ADDRESS ON FILE |
| YOUSSIF, MOHAMED I | ADDRESS ON FILE |
| ZHOU, YUEPING | ADDRESS ON FILE |
| ZITTERGRUEN, KAREN | ADDRESS ON FILE |