UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | No. 23-00623 C |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, ET AL., | ) ) ) | CORPORATE OWNERSHIP STATEMENT OF HYUNDAI CAPITAL AMERICA (HCA) |
| Debtor. | ) ) | SERVICING AGENT OF HYUNDAI LEASE TITLING TRUST |

The undersigned, on behalf of Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust, states Hyundai Lease Titling Trust is a statutory trust that exists solely for the purpose of holding titles for Hyundai Capital America. The following entities own 10% or more of any class of the equity interests of Hyundai Lease Titling Trust:

- Hyundai Motor America, a California corporation, which is a wholly-owned subsidiary of Hyundai Motor Company; and
- Kia Motors America, Inc., a California corporation, which is a wholly-owned subsidiary of Kia Motors Corporation.

PICKENS, BARNES & ABERNATHY

By  /s/ Stephanie L. Hinz
    Stephanie L. Hinz AT0003506
    1800 First Avenue NE, Suite 200
    P.O. Box 74170
    Cedar Rapids, IA 52407-4170
    PH: (319) 366-7621
    FAX: (877) 592-1367
    EMAIL: shinz@pbalawfirm.com

ATTORNEYS FOR HYUNDAI CAPITAL AMERICA (HCA) SERVICING AGENT OF HYUNDAI LEASE TITLING TRUST

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of this document was served on May 6, 2024 upon the below named parties by electronic noticing from the Bankruptcy Court or by U.S. mail.   _/s/ Lynette Stickney_____

Roy Leaf
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030

Felicia Gerber Perlman & Daniel M. Simon
McDermott Will & Emery, LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606

Jack G. Haake
McDermott Will & Emery, LLP
2501 North Harwood Street, Suite 1900
Dallas, TX 75201

United States Trustee
Office of the United States Trustee
111 Seventh Avenue SE, Suite 280
Cedar Rapids, IA 52401