UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **IN RE**<br><br>**MERCY HOSPITAL, IOWA CITY, IOWA** *et al*<br>**Debtors** | **Chapter 11**<br>**Case No. 23-00623**<br><br>**LIMITED & PROTECTIVE OBJECTION TO CHAPTER 11 PLAN** |

COMES NOW Progressive Rehabilitation Associates, LLC ("PRA"), through its undersigned counsel, and for its objection as above titled, respectfully states:

1. PRA has pending with this Court its Motion for Payment of Ordinary Course Invoices (docket #990) that is set for phone hearing on May 31, 2024.

2. To the extent, if any, that Debtor's Chapter 11 Plan affects or attempts to avoid the relief requested in that Motion, PRA objects to the Plan.

WHEREFORE, Progressive Rehabilitation Associates, LLC respectfully requests that this Court, as needed to protect the interest of PRA, condition confirmation of Debtor's plan consistent with this objection.

/s/ Dan Childers
Dan Childers                AT0001422
SHUTTLEWORTH & INGERSOLL PLC
115 3rd Street SE, Suite 500
PO Box 2107
Cedar Rapids, IA  52406-2107
Phone: 319-365-9461
Fax: 319-365-8443
E-mail:  drc@shuttleworthlaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing or mailed USPS on May 6, 2024.

By: /s/ Patti K. O'Keefe