**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 998 & 1000** |

**CERTIFICATE OF SERVICE**

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2024, I caused to be served the:

    a. "Declaration of Ordinary Course Professional," dated May 1, 2024 [Docket No. 998], and

    b. "Notice of Third Quarterly Statement of Amounts Paid to Ordinary Course Professionals for the Quarter Ending March 31, 2024," dated May 1, 2024 [Docket No. 1000],

by causing true and correct copies of the to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623 (TJC)
Electronic Mail ADD OCP Notice Parties

| **Email Address** |
|---|
| rgainer@cutlerfirm.com |
| asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| janet.g.reasoner@usdoj.gov |