# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) **Ref. Docket Nos. 1001 – 1003,** <br> **& 1006** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2024, I caused to be served the:

    a. "Notice of Further Revised List of Ordinary Course Professionals," dated May 2, 2024 [Docket No. 1001],

    b. "Declaration of Ordinary Course Professional," dated May 1, 2024 [Docket No. 1002],

    c. "Order Granting Progressive Rehabilitation Associates' Motion for Payment of Ordinary Course Invoices," dated May 2, 2024 [Docket No. 1003], and

    d. "Joint Motion for Entry of Consent Order (I) Vacating Order Granting the PRA Motion and (II) Setting the PRA Motion for Hearing," dated May 2, 2024 [Docket No. 1006],

    by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Betina Wheelon
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

**EXHIBIT A**

MERCY HOSPITAL, IOWA CITY, IOWA, et al./ Case No. 23-00623 (TJC)
Electronic Mail Master Service List

| Email Address |
|---|
| rgainer@cutlerfirm.com |
| asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Janet.G.Reasoner@usdoj.gov |