# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| Mercy Hospital, Iowa City, Iowa, *et al.* | Bankruptcy No. 23-00623 |
| Debtors-in-Possession. | Jointly Administered |
| | APPEARANCE |

COMES NOW the undersigned attorney, Austin J. Peiffer of Ag & Business Legal Strategies, and hereby enters his appearance in this matter on behalf of Fifth Third Securities, Inc. f/k/a H2C Securities, Inc.

Dated this 7th day of May, 2024.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Austin Peiffer
Austin J. Peiffer AT0014402
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone:  (319) 363-1641
Fax:   (319) 200-2059
Email:   austin@ablsonline.com
ATTORNEY FOR FIFTH THIRD SECURITIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Leah M. Johnson