# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| IN RE: <br><br> Mercy Hospital, Iowa City, Iowa, et al., <br><br> Debtors-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00623 <br><br> MOTION FOR ADMISSION PRO HAC VICE |
|---|---|

Benjamin E. Shook of the law firm Moore & Van Allen PLLC, 100 North Tryon St, Ste 4700, Charlotte, NC 28202, a lawyer who is not a member of the bar of this District, hereby moves this court to appear *pro hac vice* as counsel to Fifth Third Securities, Inc., f/k/a H2c Securities, Inc., stating the following in support:

1. My full name is Benjamin E. Shook. I am a member of Moore & Van Allen's litigation practice group. I am a member in good standing of the Bar of North Carolina and duly admitted to practice law in the United States District Courts for all three districts in North Carolina and the United States Court of Appeals for the Fourth Circuit.
2. To my knowledge, no disciplinary proceedings have ever been filed or are pending against me and I am currently not suspended or disbarred in any court. A letter or certificate of good standing will be filed within 21 days of this Motion as L.R. 2090-1 requires.
3. I hereby acknowledge that if this Motion is granted, I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the courts of Iowa in connection with my pro hac vice representation in this case, including the Local Rules.
4. I have not within the past year filed a *pro hac vice* application in this Court.
5. I will further comply with L.R. 2090-1's associate counsel requirements by associating with Austin Peiffer, an attorney who has been admitted to the bar of this Court and District and who has appeared in this case as counsel for Fifth Third Securities, Inc.
6. My contact information is listed below my signature line below.

Dated this 7th day of May, 2024.

> /s/ Benjamin E. Shook
> Benjamin E. Shook
> Moore & Van Allen
> 100 North Tyron St
> Ste 4700
> Charlotte, NC 28202
> Telephone:   (704) 331-3669
> Email:       benshook@mvalaw.com
> ATTORNEY FOR FIFTH THIRD
> SECURITIES, INC.

I, Benjamin E. Shook, declare under penalty of perjury, that I am counsel for Fifth Third Securities, Inc. in this proceeding in the United States Bankruptcy Court for the Northern District of Iowa. I further declare under penalty of perjury, under the laws of the States of North Carolina and Iowa, and the laws of the United States, that the foregoing information set out and contained the above Motion is true and correct.

Dated this 7th day of May, 2024.

> /s/ Benjamin E. Shook

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May, 2024, a copy of this document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on participants that receive service through the CM/ECF system.

> Signed: /s/ Leah M. Johnson