IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Bankruptcy |
| | ) | NO. 23-00623 C |
| MERCY HOSPITAL, IOWA CITY, IOWA, ET AL., | ) | |
| | ) | |
| Debtor. | ) | |

### STIPULATED ORDER MODIFYING THE AUTOMATIC STAY
### AS TO HYUNDAI LEASE TITLING TRUST

Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust ("Creditor") filed a Motion to Modify Stay (Doc. 1014). This matter having come before this Honorable Court on the parties' stipulation, as evidenced by their signature or that of their counsel, that an Order to Modify the Automatic Stay be entered in favor of Creditor; said Creditor owning:

2022 Kia Forte, VIN 3KPF24AD1NE475538
2021 Kia Forte, VIN 3KPF24AD9ME288823

and no other lien holders or parties having an interest in these vehicles; the parties having determined that the estate has no interest in the vehicles or that the vehicles subject to this Stipulated Order are of inconsequential value to the estate; and debtor intending to surrender the vehicles to the Creditor.

Upon consideration of the foregoing Stipulation, **IT IS HEREBY ORDERED** that the Stay of Proceedings now in effect against Creditor, Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust, shall be lifted as to the vehicles set forth above. Rule of Bankruptcy Procedure 4001(a)(3) shall not be applicable. The hearing set in the matter on May 31, 2024 is hereby canceled.

Ordered: May 8, 2024

_____
United States Bankruptcy Judge
Northern District of Iowa

/s/ Stephanie Hinz_____
Stephanie Hinz
Attorney for Creditor

/s/ Roy Leaf_____
Roy Leaf
Attorney for Debtor

/s/ Robert Gainer_____
Robert Gainer
Attorney for Official Committee of
Unsecured Creditors

/s/ Paula Roby_____
Paula Roby
Attorney for Official Committee of Pensioners

Order prepared and submitted by Stephanie Hinz, attorney for Creditor