## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 05/23/2024 at 4:00 p.m. (CT)** |
| | ) | |

### SUMMARY OF SEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2024 THROUGH MARCH 31, 2024

| | |
|---|---|
| Name of applicant: | **FTI Consulting, Inc.** |
| Authorized to provide professional services to: | **Official Committee of Unsecured Creditors** |
| Date of retention: | **August 21, 2023** |
| Date of order authorizing retention: | **October 12, 2023, Docket No. 356** |
| Period for which compensation and reimbursement is sought: | **March 1, 2024 through March 31, 2024** |
| Amount of compensation sought as actual, reasonable and necessary: | **$103,180.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$5,338.77** |
| This is a: | **Seventh Monthly Application** |

## SUMMARY OF FTI APPLICATIONS FOR COMPENSATION

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees & Expenses |
|---|---|---|---|---|---|
| First Month | 11/09/23 | 08/21/23 - 09/30/23 | $111,776.00 (80% of total) | $0.00 (100% of total) | $111,776.00 |
| Second Month | 12/15/23 | 10/01/23 – 10/31/23 | $67,424.00 (80% of total) | $2,576.39 (100% of total) | $61,572.39 (70% of total) |
| Third Month | 03/06/24 | 11/01/23 – 11/30/23 | $78,792.00 (70% of total) | $0.00 (100% of total) | $78,792.00 (70% of total) |
| Fourth Month | 03/06/24 | 12/01/23 – 12/31/23 | $39,592.00 (70% of total) | $0.00 (100% of total) | $39,592.00 (70% of total) |
| Fifth Month | 03/06/24 | 01/01/24 – 01/31/24 | $40,327.00 (70% of total) | $0.00 (100% of total) | $40,327.00 (70% of total) |
| Sixth Month | 04/05/24 | 02/01/24 – 02/29/24 | $33,614.00 (70% of total) | $0.00 (100% of total) | $33,614.00 (70% of total) |
| Seventh Month | N/A | 03/01/24 – 03/31/24 | $72,226.00 (70% of total) | $5,338.77 (100% of total) | N/A |

**SUMMARY OF BILLING BY PROFESSIONALS**
**MARCH 1, 2024 THROUGH MARCH 31, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,390 | 47.7 | $66,303.00 |
| Narendra Ganti | Managing Director | 1,035 | 63.2 | 65,412.00 |
| Jacob Park | Senior Consultant | 675 | 35.5 | 23,962.50 |
| Therese Borowy | Core Operations | 325 | 1.0 | 325.00 |
| **SUBTOTAL** | | | **147.4** | **$156,002.50** |
| Less: 50% discount for non-working travel time | | | | (21,795.00) |
| Less: Voluntary Discount | | | | (31,027.50) |
| **GRAND TOTAL** | | | **147.4** | **$103,180.00** |

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2024 THROUGH MARCH 31, 2024

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 1.4 | $1,839.50 |
| 2 | Cash & Liquidity Analysis | 6.8 | $8,668.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 1.3 | $1,807.00 |
| 6 | Asset Sales | 5.7 | $6,393.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.8 | $828.00 |
| 13 | Analysis of Other Miscellaneous Motions | 0.3 | $310.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.4 | $1,946.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 86.0 | $86,188.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.3 | $417.00 |
| 24 | Preparation of Fee Application | 5.4 | $4,015.00 |
| 25 | Travel Time | 38.0 | $43,590.00 |
| | **SUBTOTAL** | **147.4** | **$156,002.50** |
| | Less: 50% discount for non-working travel time | | (21,795.00) |
| | Less: Voluntary Discount | | (31,027.50) |
| | **GRAND TOTAL** | **147.4** | **$103,180.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Obj. Deadline: 05/23/2024 at 4:00 p.m. (CT)** |
| | ) | |

**SEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR
THE PERIOD FROM MARCH 1, 2024 THROUGH MARCH 31, 2024**

FTI Consulting, Inc. (the "Applicant" or "FTI"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Docket No. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from March 1, 2024 through March 31, 2024 (the "Application Period"), and respectfully represents as follows:

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

### A. The Chapter 11 Case

4.      On August 7, 2023 (the "Petition Date"), Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (the "Debtors") commenced the Chapter 11 Case by filing petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage its properties as debtors and debtors-in-possession pursuant to Bankruptcy Code section 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 case.

5.      On August 15, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to Bankruptcy Code section 1102(a) [Docket No. 107]. The Committee members are:

a)      Altera Digital Health, Inc.;

b)      J&K PMS, Inc.;

c)      Medifis;

d)      Steindler Orthopedic Clinic;

e)      Cardinal Health

6.      On September 1, 2023, the U.S. Trustee filed the Amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 180] appointing two additional Committee members:

a)      MediRevv, Inc.;

b)      Owens & Minor

7.      Additional information regarding the Debtor and the Chapter 11 Case, including the Debtor's business operations, capital structure, financial condition, and the reasons for and

objectives of the Chapter 11 Case, is set forth in the *Declaration of Mark E. Toney in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 27] (the "Toney Declaration").

**B. The Retention of FTI**

8.      On September 14, 2023, the Committee applied to the Court [Docket No. 229] (the "FTI Application") for an order authorizing the Committee to retain and employ FTI as their financial advisor, effective as of August 21, 2023. On October 12, 2023, the Court entered an order authorizing such retention [Docket No. 356].

**C. The Interim Compensation Order**

9.      On September 14, 2023, the Court entered the Interim Compensation Order[1], which sets the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Case. Specifically, the Interim Compensation Order provides that a Retained Professional may file and serve a Monthly Fee Application on or after the fifteenth (15th) day of each month following the month for which compensation is sought. Fourteen (14) days after the service of a Monthly Fee Application, the Debtor is authorized to pay such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the Monthly Fee Application that are not subject to an Objection.

10.      On December 28, 2023, The United States Trustee objected to the Second Monthly Fee Application (docketed as Third Application for Compensation) on various grounds, arguing that the Court should reduce the Second Monthly Fee Application by 30%, at [Docket No. 607] (the "Objection"). On February 20, 2024, FTI and the United States Trustee reached a compromise on the Objection, as follows:

(a)      FTI Consulting, Inc., is awarded 70% of the requested fees;

---

[1] Capitalized terms used but not defined shall have the meanings provided in the Interim Compensation Order.

(b)      FTI Consulting, Inc., and the United States Trustee reserve adjudication on the remaining 30% at the time of a final fee application for FTI Consulting, Inc.

## RELIEF REQUESTED

11.      Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, FTI is seeking compensation in the amount of $72,226.00, which is equal to seventy percent (70%) of the $103,180.00 in fees for professional services rendered by FTI during the Application Period. This amount is derived solely from the applicable hourly billing rates of FTI personnel who rendered services to the Committee.

12.      There is no agreement or understanding between FTI and any other person, other than members of FTI for sharing of any compensation to be received for services rendered in these chapter 11 cases.

### A.  Compensation Requested

13.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, (iii) detailed time entries during the Application Period, (iv) summary of the expenses incurred by task, and (v) detailed expense entries are attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D**, and **Exhibit E**, respectively.

14.      FTI provided a wide array of legal services to the Committee. The services rendered by FTI are summarized below, and are more fully described in the detailed time entries attached to this Application as **Exhibit C**.

## VALUATION OF SERVICES

15.      Professionals and paraprofessionals of FTI have expended a total of 147.4 hours in connection with this matter during the Application Period.

8

16.     The amount of time spent by each of the professionals providing services to the Committee for the Application Period is set forth in **Exhibit A**. As discussed in the Application, the rates reflected therein are FTI's normal hourly rates of compensation for work of this character.

17.     FTI believes that the time entries and expenses included in **Exhibit A** are in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

## DISCUSSION

18.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title

19.     The Eighth Circuit Court of Appeals has stated:

> "[Reasonable] [c]ompensation . . . presumably reflects (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained."
>
> *P.A. Novelly v. Palans (In re Apex Oil Co.)*, 960 F.2d 728, 731–32 (8th Cir. 1992).

20.     In reviewing this Application, the Court should be guided by the Eighth Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> Section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must

9

> consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts."

*Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984); *see also In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992) ("[I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is so to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.").

21.     This Application complies with the fee application requirements set forth in *In re Pothoven*, 84 B.R. 579 (Bankr. S.D. Iowa 1988). The exhibits to this Application list and describe each activity, the date it was performed, the professionals or professional who performed the work, the time spent on the work, and the individual's hourly rate. *Id.* at 584. Furthermore, time and each task are broken down into tenths of an hour and individually recorded. *See* **Exhibit A.**

22.     FTI's hourly rate of compensation for professionals and para-professionals during the Application Period range from $325.00 to $1,390.00. These rates are comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in this jurisdiction. FTI consistently and consciously made reasonable efforts to represent the Committee in the most economical, efficiently, and practical manner possible.

23.     In accordance with the factors enumerated in Bankruptcy Code section 330, FTI submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

24.     The fees charged by FTI in this case are billed in accordance with its existing billing rates and procedures set forth in the FTI Application, in effect during the Application Period.

25.     FTI's rates for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates that FTI charges for services rendered in comparable non-bankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

26.     FTI reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

## **NO PRIOR REQUEST**

27.     No prior request for the relief sought in the Application has been made to this or any other court.

**WHEREFORE**, FTI respectfully requests that the Court enter an order:  (i) awarding FTI allowance of (a) seventy percent (70%) of the fees for the Application Period in the amount of $72,226.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses FTI incurred during the Application Period in the amount of $5,338.77; (ii) authorizing and directing the Debtors to pay FTI $77.564.77, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

*[Remainder of page intentionally left blank]*

Dated: May 9, 2024

**FTI CONSULTING, INC.**

*/s/ Cliff Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone:     (212) 841-9355
Email:         cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee
of Unsecured Creditors*

Respectfully submitted,

*/s/ Andrew Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza,
Newark, New Jersey 07102
Telephone:     (973) 643-7000
Facsimile:     (973) 643-6500
Email:         asherman@sillscummis.com
               bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:     (515) 223-6600
Facsimile:     (515) 223-6787
Email:         rgainer@cutlerfirm.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this May 9, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Stephanie Newton*

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Clifford Zucker | Senior Managing Director | $1,390 | 47.7 | $66,303.00 |
| Narendra Ganti | Managing Director | 1,035 | 63.2 | 65,412.00 |
| Jacob Park | Senior Consultant | 675 | 35.5 | 23,962.50 |
| Therese Borowy | Core Operations | 325 | 1.0 | 325.00 |
| **SUBTOTAL** | | | **147.4** | **$156,002.50** |
| Less: 50% discount for non-working travel time | | | | (21,795.00) |
| Less: Voluntary Discount | | | | (31,027.50) |
| **GRAND TOTAL** | | | **147.4** | **$103,180.00** |

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 1.4 | $1,839.50 |
| 2 | Cash & Liquidity Analysis | 6.8 | $8,668.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 1.3 | $1,807.00 |
| 6 | Asset Sales | 5.7 | $6,393.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.8 | $828.00 |
| 13 | Analysis of Other Miscellaneous Motions | 0.3 | $310.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.4 | $1,946.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 86.0 | $86,188.50 |
| 21 | General Meetings with Committee & Committee Counsel | 0.3 | $417.00 |
| 24 | Preparation of Fee Application | 5.4 | $4,015.00 |
| 25 | Travel Time | 38.0 | $43,590.00 |
| | **SUBTOTAL** | **147.4** | **$156,002.50** |
| | Less: 50% discount for non-working travel time | | (21,795.00) |
| | Less: Voluntary Discount | | (31,027.50) |
| | **GRAND TOTAL** | **147.4** | **$103,180.00** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/7/2024 | Clifford Zucker | 0.4 | Review and analysis of cash activity and reporting. |
| 1 | 3/12/2024 | Narendra Ganti | 0.3 | Email correspondence with M. Ross re: plan administrator. |
| 1 | 3/14/2024 | Clifford Zucker | 0.4 | Review and analysis of cashflow activity. |
| 1 | 3/21/2024 | Clifford Zucker | 0.3 | Review and analysis of weekly cashflow report. |
| **1 Total** | | | **1.4** | |
| 2 | 3/6/2024 | Clifford Zucker | 0.3 | Call with team on waterfall sensitivity. |
| 2 | 3/6/2024 | Clifford Zucker | 0.5 | Call with debtor on flow of funds waterfall. |
| 2 | 3/7/2024 | Clifford Zucker | 0.6 | Call with debtor on plan and winddown waterfall. |
| 2 | 3/7/2024 | Narendra Ganti | 0.5 | Discuss liquidity with Toney Korf. |
| 2 | 3/7/2024 | Narendra Ganti | 0.5 | Review budget to actual. |
| 2 | 3/7/2024 | Jacob Park | 0.6 | Call with ToneyKorf on cash forecast, and waterfall. |
| 2 | 3/11/2024 | Clifford Zucker | 0.6 | Review and analysis of debtor/UCC plans comparison. |
| 2 | 3/13/2024 | Clifford Zucker | 0.6 | Review and analysis of debtor waterfall analysis. |
| 2 | 3/14/2024 | Clifford Zucker | 0.5 | Review and analysis of collateral analysis. |
| 2 | 3/21/2024 | Clifford Zucker | 0.2 | Call with counsel on waterfall results. |
| 2 | 3/21/2024 | Clifford Zucker | 0.5 | Call with pension on waterfall analysis and response. |
| 2 | 3/21/2024 | Clifford Zucker | 0.3 | Call with debtor on cash activity and admin costs. |
| 2 | 3/22/2024 | Clifford Zucker | 0.5 | Review comments to draft objection to cash collateral  waivers. |
| 2 | 3/28/2024 | Clifford Zucker | 0.6 | Review and analysis of settlement waterfall. |
| **2 Total** | | | **6.8** | |
| 3 | 3/22/2024 | Clifford Zucker | 0.6 | Review comments to draft objection to bondholders distribution. |
| 3 | 3/22/2024 | Clifford Zucker | 0.7 | Review comments to draft complaint on lien challenge and claims. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **3 Total** | | | **1.3** | |
| 6 | 3/6/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss JV sale process and presentation to committee. |
| 6 | 3/7/2024 | Clifford Zucker | 0.4 | Call with H2C on sale of JVs. |
| 6 | 3/7/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process and status of JV. |
| 6 | 3/7/2024 | Jacob Park | 0.4 | Call with H2C on sale update. |
| 6 | 3/13/2024 | Clifford Zucker | 0.5 | Call with debtors on case update. |
| 6 | 3/13/2024 | Clifford Zucker | 0.5 | Call with H2C to discuss JV sale process. |
| 6 | 3/13/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss JV sale process. |
| 6 | 3/14/2024 | Clifford Zucker | 0.3 | Call with H2C on sales update. |
| 6 | 3/21/2024 | Clifford Zucker | 0.3 | Call with H2C on JV interest updates. |
| 6 | 3/21/2024 | Narendra Ganti | 0.5 | Call with H2C to discuss sale process. |
| 6 | 3/28/2024 | Clifford Zucker | 0.1 | Call with H2C on sale update. |
| 6 | 3/28/2024 | Jacob Park | 0.3 | Call with H2C for asset sale update. |
| 6 | 3/28/2024 | Narendra Ganti | 0.4 | Call with D. Orman, H2C, to discuss sale of Melrose Meadows and ISCASC. |
| 6 | 3/28/2024 | Narendra Ganti | 0.5 | Call with R. Bayman, H2C, to discuss sale process for JVs. |
| **6 Total** | | | **5.7** | |
| 11 | 3/5/2024 | Narendra Ganti | 0.8 | Attend Court hearing on status conference for DS/POR. |
| **11 Total** | | | **0.8** | |
| 13 | 3/12/2024 | Narendra Ganti | 0.3 | Review seventh omnibus motion of rejected contracts. |
| **13 Total** | | | **0.3** | |
| 14 | 3/14/2024 | Clifford Zucker | 0.5 | Review and analysis of bondholder proof of claim. |
| 14 | 3/28/2024 | Clifford Zucker | 0.9 | Review and analysis of Deloitte pension report. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **14 Total** | | | **1.4** | |
| 16 | 3/5/2024 | Clifford Zucker | 0.5 | Call with counsel on status conference, plan negotiations. |
| 16 | 3/5/2024 | Narendra Ganti | 0.3 | Call with Sills to discuss term sheet and court hearing. |
| 16 | 3/6/2024 | Clifford Zucker | 0.3 | Call with bondholder advisor on plan negotiations. |
| 16 | 3/6/2024 | Narendra Ganti | 0.5 | Call with BRG to discuss term sheet and assumptions. |
| 16 | 3/6/2024 | Narendra Ganti | 0.5 | Call with Toney Korf to discuss waterfall and revisions. |
| 16 | 3/8/2024 | Clifford Zucker | 0.3 | Call with bondholders on plan settlement. |
| 16 | 3/11/2024 | Clifford Zucker | 0.4 | Call with debtor, bondholder, pension advisers on cashflow. |
| 16 | 3/11/2024 | Clifford Zucker | 0.2 | Call with team on debtor discussions, mediation support. |
| 16 | 3/11/2024 | Clifford Zucker | 0.4 | Call with counsel on settlement talks, mediation. |
| 16 | 3/11/2024 | Narendra Ganti | 0.3 | Call with M. Ross, FA to Pension committee, to discuss waterfall. |
| 16 | 3/11/2024 | Narendra Ganti | 0.5 | Call with Toney Korf to discuss waterfall and term sheet. |
| 16 | 3/11/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss term sheet and mediation. |
| 16 | 3/12/2024 | Clifford Zucker | 0.8 | Review comments to redline plan and disclosure statement. |
| 16 | 3/12/2024 | Clifford Zucker | 0.6 | Call with pension advisor on mediation, claims pool, asset values. |
| 16 | 3/12/2024 | Narendra Ganti | 0.6 | Call with M. Ross, HMB, to discuss term sheet and waterfall. |
| 16 | 3/13/2024 | Jacob Park | 1.3 | Prepare collateral analysis for encumbered and unencumbered assets. |
| 16 | 3/13/2024 | Jacob Park | 0.6 | Review and analyze draft waterfall proposal from Debtors. |
| 16 | 3/13/2024 | Narendra Ganti | 0.5 | Call with MWE to discuss POR, term sheet. |
| 16 | 3/14/2024 | Clifford Zucker | 0.3 | Call with debtor on winddown costs, mediation analysis. |
| 16 | 3/14/2024 | Narendra Ganti | 0.8 | Call with Toney Korf to discuss liquidity. |
| 16 | 3/14/2024 | Clifford Zucker | 0.4 | Call with counsel and pension advisors on allocation. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/14/2024 | Jacob Park | 0.5 | Call with Pension Committee re: plan. |
| 16 | 3/14/2024 | Jacob Park | 2.1 | Prepare reconciliation and analyze between waterfall versions. |
| 16 | 3/14/2024 | Jacob Park | 0.5 | Call with J. Porter, ToneyKorf, to discuss waterfall. |
| 16 | 3/14/2024 | Narendra Ganti | 0.8 | Call with Pension Committee to discuss waterfall and mediation. |
| 16 | 3/14/2024 | Narendra Ganti | 0.6 | Call with Toney Korf to discuss waterfall. |
| 16 | 3/14/2024 | Narendra Ganti | 0.4 | Review collateral analysis prior to call with Pension Committee. |
| 16 | 3/15/2024 | Clifford Zucker | 0.4 | Call with pension advisors on GSC position for mediation. |
| 16 | 3/15/2024 | Jacob Park | 0.5 | Call with J. Porter, ToneyKorf, re: waterfall and reconciliation. |
| 16 | 3/15/2024 | Narendra Ganti | 0.7 | Prepare for and attend call with J. Porter, Toney Korf, to discuss waterfall. |
| 16 | 3/15/2024 | Narendra Ganti | 0.8 | Calls with M. Ross, HMB, to discuss collateral, plan, and pension issues. |
| 16 | 3/17/2024 | Clifford Zucker | 0.5 | Meet with counsel on discussions with pension committee. |
| 16 | 3/18/2024 | Clifford Zucker | 1.5 | Meet with financial advisors on waterfall scenarios. |
| 16 | 3/18/2024 | Clifford Zucker | 1.5 | Meet with counsel on discussions and settlement parameters. |
| 16 | 3/18/2024 | Clifford Zucker | 1.5 | Attend mediation. |
| 16 | 3/18/2024 | Clifford Zucker | 2.0 | Met with parties to case on settlement scenarios. |
| 16 | 3/18/2024 | Jacob Park | 2.7 | Create analysis over term sheet negotiations. |
| 16 | 3/18/2024 | Jacob Park | 0.7 | Review and analysis over ToneyKorf's waterfall. |
| 16 | 3/18/2024 | Narendra Ganti | 6.0 | Prepare for and attend mediation and discussions with Debtors, Bondholders, and Pension Committee. |
| 16 | 3/19/2024 | Clifford Zucker | 0.2 | Call with debtor counsel on settlement model. |
| 16 | 3/19/2024 | Clifford Zucker | 0.3 | Calls with pensioners on settlement discussions. |
| 16 | 3/19/2024 | Clifford Zucker | 0.2 | Call with debtor on settlement model. |
| 16 | 3/19/2024 | Clifford Zucker | 0.6 | Review and analysis of debtor revised waterfall analysis. |

EXHIBIT C
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/19/2024 | Clifford Zucker | 0.4 | Call with all parties to case on settlement discussions. |
| 16 | 3/19/2024 | Clifford Zucker | 0.5 | Call with advisors on waterfall sensitivity. |
| 16 | 3/19/2024 | Jacob Park | 0.5 | Call with all counsel and financial advisors to discuss term sheet and next steps. |
| 16 | 3/19/2024 | Jacob Park | 0.5 | Call with all advisors to discuss status of term sheet. |
| 16 | 3/19/2024 | Narendra Ganti | 0.5 | Call with all professionals to discuss POR and term sheet. |
| 16 | 3/19/2024 | Narendra Ganti | 0.5 | Call with BRG, HMB and Toney Korf to discuss term sheet and POR. |
| 16 | 3/20/2024 | Clifford Zucker | 0.3 | Call with counsel on settlement discussions. |
| 16 | 3/20/2024 | Clifford Zucker | 0.7 | Review and analysis of settlement scenario sensitivity. |
| 16 | 3/21/2024 | Clifford Zucker | 0.4 | Call with counsel on bondholder offer. |
| 16 | 3/21/2024 | Clifford Zucker | 0.5 | Review and analysis of pension model on offer terms. |
| 16 | 3/21/2024 | Clifford Zucker | 0.6 | Review and analysis of bondholder redline of plan revised proposal. |
| 16 | 3/21/2024 | Clifford Zucker | 0.2 | Call with pension on bondholder offer. |
| 16 | 3/21/2024 | Jacob Park | 0.2 | Call with Pension Committee to discuss proposal. |
| 16 | 3/21/2024 | Jacob Park | 0.7 | Call with H2C and ToneyKorf re: asset sale update and case update. |
| 16 | 3/21/2024 | Jacob Park | 0.7 | Review proposal from Pension Committee |
| 16 | 3/21/2024 | Jacob Park | 0.4 | Call with counsel to discuss counter to proposal. |
| 16 | 3/21/2024 | Jacob Park | 2.2 | Review and model bondholders' counter. |
| 16 | 3/21/2024 | Narendra Ganti | 0.5 | Call with M. Ross, HMB, to discuss waterfall. |
| 16 | 3/21/2024 | Narendra Ganti | 0.6 | Call with Sills to discuss counter from bondholders. |
| 16 | 3/22/2024 | Clifford Zucker | 0.8 | Review comments to draft disclosure statement objection. |
| 16 | 3/22/2024 | Jacob Park | 1.1 | Review waterfall for proposal on plan. |
| 16 | 3/22/2024 | Jacob Park | 0.7 | Review payments made 90 days prior to petition. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/22/2024 | Narendra Ganti | 0.5 | Call with P. Chadwick, BRG,  and M. Ross, Pension Committee, to discuss waterfall. |
| 16 | 3/22/2024 | Narendra Ganti | 0.8 | Call with M. Ross, pension committee, to discuss waterfall. |
| 16 | 3/23/2024 | Narendra Ganti | 0.5 | Call with M. Toney, CRO, to discuss waterfall. |
| 16 | 3/24/2024 | Narendra Ganti | 0.2 | Follow up call with M. Toney, CRO, to discuss status of waterfall. |
| 16 | 3/25/2024 | Clifford Zucker | 0.3 | Call with debtor on bondholders settlement proposal. |
| 16 | 3/25/2024 | Clifford Zucker | 0.3 | Call with counsel on objections to be filed. |
| 16 | 3/25/2024 | Clifford Zucker | 0.6 | Calls with debtor on settlement discussions. |
| 16 | 3/25/2024 | Clifford Zucker | 0.3 | Call with counsel on settlement discussions. |
| 16 | 3/25/2024 | Clifford Zucker | 0.2 | Call with bondholders advisors on settlement discussions. |
| 16 | 3/25/2024 | Clifford Zucker | 0.4 | Review and analysis of bondholder settlement proposal. |
| 16 | 3/25/2024 | Jacob Park | 0.4 | Call with counsel re: plan and status. |
| 16 | 3/25/2024 | Jacob Park | 0.6 | Call with committee regarding plan. |
| 16 | 3/25/2024 | Jacob Park | 0.4 | Review documents and create package for hearing. |
| 16 | 3/25/2024 | Narendra Ganti | 0.3 | Call with Sills to discuss POR objection. |
| 16 | 3/25/2024 | Narendra Ganti | 0.9 | Call with Sills, MWE, and Toney Korf to discuss POR. |
| 16 | 3/25/2024 | Narendra Ganti | 1.0 | Calls with M. Toney, CRO, to discuss POR, waterfall, and term sheet. |
| 16 | 3/25/2024 | Narendra Ganti | 0.5 | Call with Committee to discuss term sheet and POR objections. |
| 16 | 3/25/2024 | Narendra Ganti | 0.3 | Call with P. Chadwick, BRG, to discuss waterfall and POR. |
| 16 | 3/26/2024 | Clifford Zucker | 0.4 | Call with counsel on settlement proposal. |
| 16 | 3/26/2024 | Clifford Zucker | 0.6 | Review and analysis of UCC response to bondholders. |
| 16 | 3/26/2024 | Clifford Zucker | 0.3 | Calls with bondholders on settlement parameters. |
| 16 | 3/26/2024 | Clifford Zucker | 0.4 | Review and analysis of bondholder settlement response. |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/26/2024 | Clifford Zucker | 0.2 | Call with debtor and bondholder on settlement talks. |
| 16 | 3/26/2024 | Jacob Park | 3.4 | Create comparison of bids and analysis of bondholder counter. |
| 16 | 3/26/2024 | Jacob Park | 0.8 | Call with FTI team re: bondholder counter. |
| 16 | 3/26/2024 | Jacob Park | 1.1 | Create waterfall analysis including litigation proceeds. |
| 16 | 3/26/2024 | Narendra Ganti | 0.5 | Call with M. Ross, Pension Committee, to discuss waterfall. |
| 16 | 3/26/2024 | Narendra Ganti | 0.5 | Call with J. Park, FTI, to model waterfall based on latest offer from Bondholders. |
| 16 | 3/27/2024 | Jacob Park | 0.3 | Create model with latest counter. |
| 16 | 3/27/2024 | Jacob Park | 2.1 | Perform analysis over general unsecured claims. |
| 16 | 3/27/2024 | Narendra Ganti | 5.0 | Meetings with Debtors, Bondholders, Pension Committee to negotiate a settlement related to DS. |
| 16 | 3/28/2024 | Clifford Zucker | 0.3 | Call with counsel on claims pool and plan language. |
| 16 | 3/28/2024 | Clifford Zucker | 0.5 | Review and analysis of redline comment to plan. |
| 16 | 3/28/2024 | Clifford Zucker | 0.8 | Review comments to draft amended plan / disclosure statement. |
| 16 | 3/28/2024 | Jacob Park | 0.5 | Call with counsel re: Pension committee. |
| 16 | 3/28/2024 | Jacob Park | 1.1 | Create analysis over percentage split claims between GUC and pension. |
| 16 | 3/28/2024 | Jacob Park | 3.2 | Create analysis over general unsecured claims and pension claims using updated claims register. |
| 16 | 3/28/2024 | Narendra Ganti | 0.5 | Call with Sills to discuss settlement with pension committee. |
| 16 | 3/29/2024 | Clifford Zucker | 0.5 | Review comments to proposed solicitation procedures. |
| 16 | 3/29/2024 | Clifford Zucker | 0.3 | Review comments to UCC support letter. |
| 16 | 3/29/2024 | Clifford Zucker | 0.6 | Review and analysis of redline plan / disclosure statement. |
| 16 | 3/29/2024 | Jacob Park | 0.7 | Update analysis for percentage splits with comments from FTI. |
| 16 | 3/29/2024 | Jacob Park | 1.3 | Review and pull down proofs of claims for large creditors. |
| 16 | 3/29/2024 | Narendra Ganti | 0.9 | Calls with M. Ross, Pension Committee, to discuss cash distribution. |

**EXHIBIT C**

**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 3/29/2024 | Narendra Ganti | 0.6 | Calls with Sills to discuss pension advance payment. |
| 16 | 3/29/2024 | Narendra Ganti | 1.0 | Review draft version of updated DS and POR. |
| **16 Total** | | | **86.0** | |
| 21 | 3/25/2024 | Clifford Zucker | 0.3 | Call with committee on financial and legal update. |
| **21 Total** | | | **0.3** | |
| 24 | 3/4/2024 | Jacob Park | 0.3 | Update fee applications for new order. |
| 24 | 3/4/2024 | Narendra Ganti | 2.0 | Review November 2023, December 2023, and January 2024 fee applications. |
| 24 | 3/8/2024 | Therese Borowy | 1.0 | Prepare the February fee application exhibits to ensure compliance with bankruptcy guidelines. |
| 24 | 3/11/2024 | Jacob Park | 2.1 | Prepare fee applications for February 2024. |
| **24 Total** | | | **5.4** | |
| 25 | 3/17/2024 | Clifford Zucker | 6.0 | Travel to mediation. |
| 25 | 3/17/2024 | Narendra Ganti | 8.0 | Travel time from DC to Cedar Rapid, Iowa for mediation. |
| 25 | 3/18/2024 | Clifford Zucker | 6.0 | Travel from mediation. |
| 25 | 3/19/2024 | Narendra Ganti | 6.0 | Travel time back from Iowa to DC. |
| 25 | 3/26/2024 | Narendra Ganti | 6.0 | Travel time to Cedar Rapids from DC. |
| 25 | 3/28/2024 | Narendra Ganti | 6.0 | Travel time from IA to DC. |
| **25 Total** | | | **38.0** | |
| **Grand Total** | | | **147.4** | |

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Expense Type | Amount |
| --- | ---: |
| Airfare | $4,438.19 |
| Lodging | $605.52 |
| Transportation | $258.20 |
| Working Meals | $26.86 |
| Other | $10.00 |
| **Total** | **$5,338.77** |

**EXHIBIT E**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 03/15/24 | Narendra Ganti | Airfare | DCA - CID, 03/17/2024 - 03/19/2024 - Trip to Cedar Rapids Iowa for Mercy Hospital Mediation | $1,661.15 |
| 03/18/24 | Clifford Zucker | Airfare | EWR - CID, 03/17/2024 - 03/18/2024 - Client visit | $2,777.04 |
| | | **Airfare Total** | | **$4,438.19** |
| 11/06/23 | Narendra Ganti | Lodging | 11/05/2023 - 11/06/2023.  Lodging in Cedar Rapids for Hearing | $154.46 |
| 03/18/24 | Clifford Zucker | Lodging | 03/17/2024 - 03/18/2024. Lodging - Client visit | $129.82 |
| 03/19/24 | Narendra Ganti | Lodging | 03/17/2024 - 03/19/2024.  Lodging in Cedar Rapids Iowa for Mercy Hospital Mediation | $321.24 |
| | | **Lodging Total** | | **$605.52** |
| 03/17/24 | Clifford Zucker | Transportation | Taxi to Airport for client visit | $60.00 |
| 03/18/24 | Clifford Zucker | Transportation | Taxi from airport after client visit | $70.00 |
| 03/19/24 | Narendra Ganti | Transportation | R/T Mileage to National Airport for Mercy Hospital Mediation. | $40.20 |
| 03/19/24 | Narendra Ganti | Transportation | Parking at National Airport for Mercy Hospital Mediation. | $58.00 |
| 03/19/24 | Narendra Ganti | Transportation | Taxi from Residence Inn to Airport. | $30.00 |
| | | **Transportation Total** | | **$258.20** |
| 03/17/24 | Narendra Ganti | Working Meals | Dinner at O'Hare during travel for Mediation. | $20.86 |

**EXHIBIT E**
**MERCY HOSPITAL, IOWA CITY, IOWA, ET AL. - CASE NO. 23-00623-TJC**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 01, 2024 TO MARCH 31, 2024**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 03/19/24 | Narendra Ganti | Working Meals | Breakfast for Mediation. | $6.00 |
| | | **Working Meals Total** | | $26.86 |
| 03/18/24 | Clifford Zucker | Other | Client visit - Tip for hotel staff | $5.00 |
| 03/19/24 | Narendra Ganti | Other | Trip to Cedar Rapids Iowa for Mercy Hospital Mediation - Tips for House Keeping | $5.00 |
| | | **Other Total** | | $10.00 |
| | | **Grand Total** | | **$5,338.77** |