United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 6 |
| Date Rcvd: May 07, 2024 | Form ID: prestay | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2024        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums LLC bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com pgoodman@dickinsonbradshaw.com |
| Brian Koenig | on behalf of Creditor Cassling Diagnostic Imaging Inc. , angela.annan@koleyjessen.com |
| Brittany B Falabella | on behalf of Creditor Owens & Minor Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |

Case 23-00623    Doc 1041    Filed 05/09/24    Entered 05/09/24 23:37:46    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0862-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: prestay | Total Noticed: 1 |

Christopher J. Jessen
on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher J. Jessen
on behalf of Creditor Mercy Health Network Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher K Loftus
on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Creditor Progressive Rehabilitation Associates L.L.C. drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Dan Childers
on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com patti@shuttleworthlaw.com

Dana Waterman Hempy
on behalf of Debtor Mercy Hospital Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
on behalf of Debtor Mercy Hospital Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David Goroff
on behalf of Creditor Mercy Health Network Inc. dgoroff@foley.com

David E. Gordon
on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Edward Joseph Green
on behalf of Creditor Mercy Health Network Inc. egreen@foley.com

Elizabeth Lally
on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston
on behalf of Creditor EverBank N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam
on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Harold J Dane, III
on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
on behalf of Debtor Mercy Hospital Iowa City, Iowa jhaake@mwe.com

Jake Gordon
on behalf of Creditor Mercy Health Network Inc. jake.gordon@foley.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com

Jeffrey Douglas Goetz
on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jennifer Erin Lindberg
on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh

Case 23-00623    Doc 1041    Filed 05/09/24    Entered 05/09/24 23:37:46    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0862-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: prestay | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jessica A Board | |
| | on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com |
| John Whiteman | |
| | on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov |
| Joseph Sakay | |
| | on behalf of Creditor McKesson Corporation jsakay@buchalter.com pjolley@buchalter.com |
| Kaitlin R. Walsh | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com |
| Kaitlin R. Walsh | |
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com |
| Kristin M.V. Krueger | |
| | on behalf of Creditor Cassling Diagnostic Imaging Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com |
| Kristina M. Stanger | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Larry S. Eide | |
| | on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com |
| Laura Michelle Hyer | |
| | on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com |
| Lindsey L. Browning | |
| | on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov |
| Mark Melickian | |
| | on behalf of Creditor Nancy Russo mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Brent Strabala mmelickian@raineslaw.com |
| Martin McLaughlin | |
| | on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Matthew Cronin | |
| | on behalf of Creditor Mercy Health Network Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew Cronin | |
| | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew McGuire | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com |
| Megan M. Preusker | |
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com |
| Megan M. Preusker | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com |
| Michael Reck | |
| | on behalf of Creditor Mercy Health Network Inc. mrreck@belinmccormick.com |
| Michael Reck | |
| | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com |
| Michael A Brandess | |
| | on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com |
| Michael A Brandess | |
| | on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com |
| Michael A Brandess | |
| | on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com |
| Michael J Whaley | |

| | |
|---|---|
| | on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com |
| Michael S. Dove | on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com |
| Michael T. Gustafson | on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Michael T. Gustafson | on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Miranda L. Hughes | on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Miranda L. Hughes | on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Nathan F. Coco | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com |
| Nathan F. Coco | on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com |
| Nicholas Miller | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Nicholas Miller | on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com |
| Patrick B. Dillon | on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby | on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | on behalf of Financial Advisor HBM Management Associates LLC paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com |
| Paula L. Roby | on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com |
| Peter Chalik | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | on behalf of Defendant Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | on behalf of Defendant Preston Hollow Capital LLC. chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | on behalf of Defendant Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital chalik@whitfieldlaw.com hodzic@whitfieldlaw.com |
| Robert Cardell Gainer | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Cardell Gainer | on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |

Case 23-00623    Doc 1041    Filed 05/09/24    Entered 05/09/24 23:37:46    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0862-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: prestay | Total Noticed: 1 |

| | |
|---|---|
| Roy Ryan Leaf | on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris | on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com |
| Samantha Norris | on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Stephanie L. Hinz | on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust shinz@pbalawfirm.com dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Steven G. Klesner | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com |
| Tara Holterhaus | on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC tholterhaus@spencerfane.com |
| Terry Gibson | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@wandrolaw.com |
| Tom Flynn | on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com |
| Tyler L Eason | on behalf of Creditor Iowa Insurance Division tyler.eason@ag.iowa.gov sara.olsen@ag.iowa.gov |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Creditor Progressive Rehabilitation Associates L.L.C. wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| William J Sueppel | on behalf of Creditor Gerard Electric Inc. billjs@meardonlaw.com |
| William W. Kannel | on behalf of Creditor Computershare Trust Company N.A., as Trustee bkannel@mintz.com |
| William W. Kannel | |

District/off: 0862-1 User: admin Page 6 of 6
Date Rcvd: May 07, 2024 Form ID: prestay Total Noticed: 1

on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative bkannel@mintz.com

TOTAL: 107

prestay 1/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23−00623

Debtor

## NOTICE SETTING TELEPHONIC PRELIMINARY HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 1014)

To:
Roy Ryan Leaf, Attorney for Debtor         319−286−7002

United States Trustee

Felicia Gerber Perlman, Daniel M. Simon, Jack G. Haake, Attorneys for Debtor

Stephanie L. Hinz, Attorney for Hyundai Capital America(HCA) servicing agent for Hyundai Lease Titling Trust/Movant         319−366−7621

**NOTICE IS HEREBY GIVEN** that a **telephonic** preliminary hearing will be held on:

**May 31, 2024 at 11:00 AM**

Parties are expected to comply with the Local Rules regarding Motions for Relief from Automatic Stay. In particular, Debtor (and trustee if one is appointed) is reminded that an **answer must be filed at least 7 days prior** to the preliminary hearing. If an answer is not filed and served upon the moving party and United States Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to Debtor or trustee.

ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. Only those parties who have filed and served answers are to be called for the telephonic hearing. The United States Trustee's office shall <u>not</u> be called, unless that office files and serves a written request to participate in the hearing. The telephone number for Chambers is 319−286−2230.

Date: May 7, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Som Many Grigg*

Deputy Clerk