# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> Mercy Hospital, Iowa City, Iowa, *et al*, <br><br> Debtors-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00623 <br><br> ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE |

The matter before the Court is Benjamin E. Shook's Motion for Admission Pro Hac Vice (Doc. 1031).

IT IS ORDERED:

1. The Motion is GRANTED.
2. Attorney Benjamin E. Shook of Moore & Van Allen PLLC is admitted pro hac vice on behalf of Fifth Third Securities, Inc., f/k/a H2c Securities, Inc.
3. Benjamin E. Shook shall file his Notice of Appearance and Request for Notice in this case.

DATED AND ENTERED:  May 10, 2024

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Local Counsel