United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 6 |
| Date Rcvd: May 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Austin Peiffer | on behalf of Financial Advisor H2C Securities Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums LLC bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com pgoodman@dickinsonbradshaw.com |
| Brian Koenig | |

Case 23-00623    Doc 1046    Filed 05/10/24    Entered 05/10/24 23:37:29    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0862-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Cassling Diagnostic Imaging Inc. , angela.annan@koleyjessen.com |
| Brittany B Falabella | |
| | on behalf of Creditor Owens & Minor Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Christopher J. Jessen | |
| | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com |
| Christopher J. Jessen | |
| | on behalf of Creditor Mercy Health Network Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com |
| Christopher K Loftus | |
| | on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com |
| Claire Davison | |
| | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
| | on behalf of Creditor Progressive Rehabilitation Associates L.L.C. drc@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Dan Childers | |
| | on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Dana Waterman Hempy | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com |
| Daniel M. Simon | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com |
| David Goroff | |
| | on behalf of Creditor Mercy Health Network Inc. dgoroff@foley.com |
| David E. Gordon | |
| | on behalf of Interested Party State University of Iowa dgordon@polsinelli.com |
| Edward Joseph Green | |
| | on behalf of Creditor Mercy Health Network Inc. egreen@foley.com |
| Elizabeth Lally | |
| | on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC elally@spencerfane.com, bakerm@goosmannlaw.com |
| Eric J. Langston | |
| | on behalf of Creditor EverBank N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | |
| | on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Harold J Dane, III | |
| | on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com |
| Jack Gabriel Haake | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa jhaake@mwe.com |
| Jake Gordon | |
| | on behalf of Creditor Mercy Health Network Inc. jake.gordon@foley.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey Garfinkle | |
| | on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jennifer Erin Lindberg | |
| | on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jennifer Erin Lindberg | |
| | on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jesse James Edward Linebaugh | |
| | on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |

Case 23-00623    Doc 1046    Filed 05/10/24    Entered 05/10/24 23:37:29    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0862-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| Jesse James Edward Linebaugh | on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com  lynda.dennis@faegredrinker.com |
| Jesse James Edward Linebaugh | on behalf of Interested Party Johnson County Surgeon Investors  LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jessica A Board | on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com |
| John Whiteman | on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov |
| Joseph Sakay | on behalf of Creditor McKesson Corporation jsakay@buchalter.com  pjolley@buchalter.com |
| Kaitlin R. Walsh | on behalf of Creditor Computershare Trust Company  N.A., as Trustee krwalsh@mintz.com |
| Kaitlin R. Walsh | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative krwalsh@mintz.com |
| Kristin M.V. Krueger | on behalf of Creditor Cassling Diagnostic Imaging  Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com |
| Kristina M. Stanger | on behalf of Debtor Mercy Hospital  Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Larry S. Eide | on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com |
| Laura Michelle Hyer | on behalf of Creditor Revology  Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com |
| Lindsey L. Browning | on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov  josie.bollman@ag.iowa.gov |
| Mark Melickian | on behalf of Creditor Nancy Russo mmelickian@raineslaw.com |
| Mark Melickian | on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com |
| Mark Melickian | on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com |
| Mark Melickian | on behalf of Creditor Brent Strabala mmelickian@raineslaw.com |
| Martin McLaughlin | on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Matthew Cronin | on behalf of Creditor Mercy Health Network  Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew Cronin | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew McGuire | on behalf of Debtor Mercy Hospital  Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com |
| Megan M. Preusker | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative mpreusker@mintz.com |
| Megan M. Preusker | on behalf of Creditor Computershare Trust Company  N.A., as Trustee mpreusker@mintz.com |
| Michael Reck | on behalf of Creditor Mercy Health Network  Inc. mrreck@belinmccormick.com |
| Michael Reck | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com |
| Michael A Brandess | on behalf of Creditor StaffDNA  LLC michael.brandess@huschblackwell.com |
| Michael A Brandess | on behalf of Creditor Medico-Mart  Inc. michael.brandess@huschblackwell.com |

Michael A Brandess
: on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael J Whaley
: on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

Michael S. Dove
: on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson
: on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Michael T. Gustafson
: on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Miranda L. Hughes
: on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes
: on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Nathan F. Coco
: on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com

Nathan F. Coco
: on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com

Nicholas Miller
: on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com

Nicholas Miller
: on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com

Patrick B. Dillon
: on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Paula L. Roby
: on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com

Paula L. Roby
: on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com

Paula L. Roby
: on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com

Paula L. Roby
: on behalf of Financial Advisor HBM Management Associates LLC paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com

Peter Chalik
: on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
: on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
: on behalf of Defendant Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
: on behalf of Defendant Preston Hollow Capital LLC. chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
: on behalf of Defendant Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
: on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital chalik@whitfieldlaw.com hodzic@whitfieldlaw.com

Robert Cardell Gainer
: on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com

Robert Cardell Gainer
: on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com

Case 23-00623    Doc 1046    Filed 05/10/24    Entered 05/10/24 23:37:29    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0862-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| Robert Schaefer Westermann | on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris | on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com |
| Samantha Norris | on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Stephanie L. Hinz | on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust shinz@pbalawfirm.com dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Steven G. Klesner | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com |
| Tara Holterhaus | on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC tholterhaus@spencerfane.com |
| Terry Gibson | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@wandrolaw.com |
| Tom Flynn | on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com |
| Tyler L Eason | on behalf of Creditor Iowa Insurance Division tyler.eason@ag.iowa.gov sara.olsen@ag.iowa.gov |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Creditor Progressive Rehabilitation Associates L.L.C. wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| William J Sueppel | on behalf of Creditor Gerard Electric Inc. billjs@meardonlaw.com |
| William W. Kannel | |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 6 of 6 |
| Date Rcvd: May 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

William W. Kannel
    on behalf of Creditor Computershare Trust Company N.A., as Trustee bkannel@mintz.com

    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative bkannel@mintz.com

TOTAL: 108

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Bankruptcy |
| | ) | NO. 23-00623 C |
| MERCY HOSPITAL, IOWA CITY, IOWA, ET AL., | ) ) ) | |
| Debtor. | ) | |

**STIPULATED ORDER MODIFYING THE AUTOMATIC STAY
AS TO HYUNDAI LEASE TITLING TRUST**

Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust ("Creditor") filed a Motion to Modify Stay (Doc. 1014). This matter having come before this Honorable Court on the parties' stipulation, as evidenced by their signature or that of their counsel, that an Order to Modify the Automatic Stay be entered in favor of Creditor; said Creditor owning:

2022 Kia Forte, VIN 3KPF24AD1NE475538
2021 Kia Forte, VIN 3KPF24AD9ME288823

and no other lien holders or parties having an interest in these vehicles; the parties having determined that the estate has no interest in the vehicles or that the vehicles subject to this Stipulated Order are of inconsequential value to the estate; and debtor intending to surrender the vehicles to the Creditor.

Upon consideration of the foregoing Stipulation, **IT IS HEREBY ORDERED** that the Stay of Proceedings now in effect against Creditor, Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust, shall be lifted as to the vehicles set forth above. Rule of Bankruptcy Procedure 4001(a)(3) shall not be applicable. The hearing set in the matter on May 31, 2024 is hereby canceled.

Ordered: May 8, 2024

_____
United States Bankruptcy Judge
Northern District of Iowa

/s/ Stephanie Hinz
Stephanie Hinz
Attorney for Creditor

/s/ Roy Leaf
Roy Leaf
Attorney for Debtor

/s/ Robert Gainer
Robert Gainer
Attorney for Official Committee of
Unsecured Creditors

/s/ Paula Roby
Paula Roby
Attorney for Official Committee of Pensioners

Order prepared and submitted by Stephanie Hinz, attorney for Creditor