# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, et al., <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy No. 23-00623 <br><br> APPEARANCE |

COMES NOW THE UNDERSIGNED ATTORNEY, Benjamin E. Shook of Moore and Van Allen, PLLC, and hereby enters his appearance in this matter on behalf of Fifth Third Securities, Inc. f/k/a H2C Securities, Inc.

Dated this 13th day of May, 2024.

>Respectfully submitted,
>
>MOORE AND VAN ALLEN, PLLC
>
>/s/ Benjamin E. Shook
>Benjamin E. Shook NC Bar #44793
>Charlotte, North Carolina 28202-4003
>Telephone:   (704) 331-3669
>Fax:         (704) 339-5902
>Email:       benshook@mvalaw.com
>ATTORNEY FOR FIFTH THIRD SECURITIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of May, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

>Signed: /s/ Benjamin E. Shook