## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| *In re* | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Case No. 23-00623 (TJC) |
| | Jointly Administered |
| Debtor. | **Re: Dkt. No. 760, 927, 993, 1018** |

### WITHDRAWAL OF LIMITED OBJECTION OF CERTAIN CONCERNED PENSIONERS TO CONFIRMATION OF THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION

Nancy Russo, J. Nicholas Russo, and Brent Strabala, (the "**Concerned Pensioners**") by and through their attorneys, hereby withdraw their limited objection to confirmation of the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation.

Dated: May 14, 2024

**NANCY RUSSO, J. NICHOLAS RUSSO, AND BRENT STRABALA, CONCERNED PENSIONERS**

By: /s/ Mark S. Melickian

Samuel Z. Marks (AT0004896)          -- and --
**MARKS LAW FIRM P.C.**
4225 University Avenue
Des Moines, Iowa 50311
Telephone: 515.276.7211
Fax: 515.276.6280
Email: office@markslawdm.com

Mark S. Melickian (admitted *pro hac vice*)
**RAINES FELDMAN LITTRELL LLP**
30 N. LaSalle St., Ste. 3100
Chicago, Illinois 60602
Telephone: 312.704.9400
Mobile:      312-576-3644
Facsimile:  312.372.7951
Email:  mmelickian@raineslaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on this day, May 14, 2024, a true and correct copy of the foregoing ***Withdrawal of Limited Objection of Certain Concerned Pensioners to Confirmation of the Amended Joint Chapter 11 Plan of Liquidation*** was served electronically on all parties who receive electronic notice through the CM/ECF as listed on CM/ECF's notice of electronic filing and by electronic mail on the parties entitled to notice of objection to confirmation of the Plan.

/s/  Mark S. Melickian

Mark S. Melickian
**RAINES FELDMAN LITTRELL LLP**
30 N. LaSalle St., Ste. 3100
Chicago, Illinois 60602
Telephone:     312.704.9400
Mobile:          312-576-3644
Facsimile:       312.372.7951
mmelickian@raineslaw.com