# EXHIBIT B

## Assumed Contracts List

| Counterparty Name | Contract Description | Cure Amount |
|---|---|---|
| AMERICAN TECHNOLOGY SOLUTIONS (ATS) | PRODUCTION, MAILING, AND REPORTING OF 2024 EMPLOYEE W2's AND 1095-C's | $0.00 |
| AMERICAN TECHNOLOGY SOLUTIONS (ATS) | ARCHIVING OF HISTORICAL W2's AND 1095-C's FOR 2021-2024 | $0.00 |
| BDO USA LLP | BDO - TERMS & CONDITIONS OF THE MASTER SERVICES AGREEMENT | $0.00 |
| CBRE HUBBELLE COMMERCIAL | NON-DISCLOSURE AGREEMENT | $0.00 |
| DELOITTE & TOUCHE LLP | EMPLOYEE BENEFITS ACTUARIAL AND CONSULTING SERVICES FOR FISCAL YEAR ENDING JUNE 30, 2024 DTD 4/14/2023 | $0.00 |
| DELOITTE & TOUCHE LLP | Month-to-Month Employee Benefits Actuarial and Consulting Services from July 1, 2024 - June 30, 2025 | $0.00 |
| DELOITTE TAX LLP | ENGAGEMENT LETTER DTD 4/13/2023 | $0.00 |
| DENTONS DAVIS BROWN PC | ENGAGEMENT LETTER DTD 5/12/2023 | $0.00 |
| EPIQ CORPORATE RESTRUCTURING LLC | STANDARD SERVICES AGREEMENT | $0.00 |
| HILLS BANK & TRUST COMPANY | 20180129 TRUST FUND AGREEMENT FULLY EXECUTED | $0.00 |
| IOWA CITY AMBULATORY SURGICAL CENTER LLC | MEMERSHIP INTERESTS ADJUSMENT AGREEMENT AND NON-COMPETITION COVENANT WAIVER | $0.00 |
| IOWA CITY AMBULATORY SURGICAL CENTER LLC | RELEASE AND WAIVER OF CLAIMS DTD 3/6/2022 | $0.00 |
| JOHNSON COUNTY SURGEON INVESTORS LLC | AMENDED AND RESTATED OPERATING AGREEMENT | $0.00 |
| JOHNSON COUNTY SURGEON INVESTORS LLC | AMENDED AND RESTATED OPERATING AGREEMENT | $0.00 |
| JOHNSON COUNTY SURGEON INVESTORS LLC | EXHIBIT A - FORM OF JCSI PHYSICIAN NON-COMPETITION AGREEMENT | $0.00 |
| JOHNSON COUNTY SURGEON INVESTORS LLC | MEMERSHIP INTERESTS ADJUSMENT AGREEMENT AND NON-COMPETITION COVENANT WAIVER | $0.00 |
| JOHNSON COUNTY SURGEON INVESTORS LLC | WRITTEN CONSENT OF THE MEMBERSHIP | $0.00 |
| MARQUETTE ASSOCIATES INC | SCHEDULE OF FEES TO INVESTMENT CONSULTING AGREEMENT | $0.00 |
| NEWBURY DEVELOPMENT COMPANY | MELROSE RETIREMENT COMMUNITY LLC OPERATING AGREEMENT DTD 12/16/1999 | $0.00 |
| PRINCIPAL SECURITIES REGISTERED REPRESENTATIV | PENSION PLAN AND TRUST AGREEMENT | $0.00 |