# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

### NOTICE OF DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO ASSUME MULTIPLE EXECUTORY CONTRACTS PURSUANT TO BANKRUPTCY RULE 6006(E), (II) AUTHORIZING THE DEBTORS TO ASSUME THE EXECUTORY CONTRACTS ON THE ASSUMED CONTRACTS LIST, AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on May 15, 2024 Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed *Debtors' First Omnibus Motion for Entry of Order (I) Authorizing Debtors to Assume Multiple Executory Contracts Pursuant to Bankruptcy Rule 6006(E), (II) Authorizing the Debtors to Assume the Executory Contracts on the Assumed Contracts List, and (III) Granting Related Relief* (the "Assumption Motion").

**PLEASE TAKE FURTHER NOTICE** that the Assumption Motion seeks to assume certain of the Debtors' executory contracts. Parties receiving this Notice and the Assumption Motion should review Exhibit B to the Assumption Motion to determine whether their contract(s) are set forth in the Assumption Motion.

**PLEASE TAKE FURTHER NOTICE** that objections to the Assumption Motion must be filed with the Clerk and served on the United States Trustee and Debtors' attorneys by no later than **Thursday, June 6, 2024**.

**PLEASE TAKE FURTHER NOTICE** that if any objections are received to the Assumption Motion, a hearing will be set by separate order or notice to consider such objections.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: Cedar Rapids, Iowa<br>May 15, 2024 | **NYEMASTER GOODE, P.C.**<br><br>*/s/ Roy Leaf*<br>Roy Leaf, AT0014486<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030<br>Telephone:   (319) 286-7002<br>Facsimile:    (319) 286-7050<br>Email:          rleaf@nyemaster.com<br><br>- and -<br><br>Kristina M. Stanger, AT0000255<br>Matthew A. McGuire, AT0011932<br>Dana Hempy, AT0014934<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309<br>Telephone:  515-283-3100<br>Fax:  515-283-8045<br>Email: mmcguire@nyemaster.com<br>          kmstanger@nyemaster.com<br>          dhempy@nyemaster.com<br><br>- and -<br><br>**MCDERMOTT WILL & EMERY LLP**<br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Emily C. Keil (admitted *pro hac vice*)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Telephone:    (312) 372-2000<br>Facsimile:     (312) 984-7700<br>Email:          fperlman@mwe.com<br>                   dsimon@mwe.com<br>                   ekeil@mwe.com<br><br>- and -<br><br>Jack G. Haake (admitted *pro hac vice*)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br>Telephone:    (214) 295-8000<br>Facsimile:     (972) 232-3098<br>Email:          jhaake@mwe.com |

*Counsel for Debtors and Debtors-in-Possession*

### CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that on this May 15, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

*/s/ Roy Leaf*