UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

**PROCEEDING MEMO AND ORDER**

Date of In-Court Hearing: May 16, 2024
Hearing on:
1. Modified Chapter 11 Plan of Liquidation (Doc. 1050) and Modified Disclosure Statement (Doc. 927)
2. Application for Compensation of Hall, Render, Killian, Heath & Lyman, Counsel for Debtors (Doc. 833)
3. First Application for Compensation for H2C Securities, Inc. as Investment Banker (Doc. 842)
4. Motion for Entry of Order Modifying Local Rule 3018-1(C) in Connection with Confirmation Hearing (Doc. 979)

APPEARANCES:

Attorneys Felicia Gerber Perlman, Daniel M. Simon, and Roy Ryan Leaf for Debtors
Attorneys Janet Reasoner and Claire Davison for the United States Trustee
Attorney Paula L. Roby for the Official Committee of Pensioners
Attorneys Peter Chalik and Nathan Coco for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative (Nathan Coco via telephone)
Attorneys David Goroff and Christopher J. Jessen for Mercy Health Network, Inc.
Attorneys Boris I. Mankovestskiy, Andrew H. Sherman, and Robert Cardell Gainer for the Official Committee of Unsecured Creditors
Attorneys Austin Peiffer and Benjamin E. Shook for Fifth Third Securities, Inc. fka H2C Securities, Inc. (Benjamin E. Shook via telephone)

<u>OUTCOME OF PROCEEDING</u>:

1. The Court takes the confirmation of Debtors' Modified Chapter 11 Plan of Liquidation (Doc. 1050) and Modified Disclosure Statement (Doc. 927) under advisement.

**IT IS ORDERED THAT**:

2. The Application for Compensation of Hall, Render, Killian, Heath & Lyman, Counsel for Debtors (Doc. 833) is hereby APRROVED.
3. The First Application for Compensation for H2C Securities, Inc. as Investment Banker (Doc. 842) is APPROVED by separate order.
4. The Motion for Entry of Order Modifying Local Rule 3018-1(C) in Connection with Confirmation Hearing (Doc. 979) is GRANTED by separate order.

Ordered:
May 16, 2024

Thad J. Collins
Chief Bankruptcy Judge