# United States Bankruptcy Court
# Northern District of Iowa

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Bankruptcy No. 23-00623 |
| Debtor. | **APPEARANCE AND REQUEST FOR NOTICES** |

---

COMES NOW, Kelly Banks, an interested party, who, through his undersigned counsel, Attorney Peter C. Riley, hereby appears and requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditor's committee be sent to:

> Peter C. Riley
> 4040 First Ave NE
> Cedar Rapids IA 52402
> (319) 363-4040
> PeterR@trlf.com

Please take further notice this request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints, or demand, whether formal or informal, by any means transmitted, and all notices thereof.

TOM RILEY LAW FIRM, P.L.C.

By: */s/ Peter C. Riley*
PETER C. RILEY          AT0006611
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, IA 52406-0998
Ph.: (319) 363-4040
Fax: (319) 363-9789
E-mail: PeterR@trlf.com

ATTORNEY FOR INTERESTED PARTY
KELLY BANKS