# TOM RILEY LAW FIRM, P.L.C.
### Cedar Rapids and Iowa City

Tom Riley (1929-2011)

Hugh G. Albrecht
Peter C. Riley, P.C
Sara Riley
James K. Weston II
Patrick J. Riley

Cedar Rapids:
■ 4040 First Avenue NE
P.O. Box 998
Cedar Rapids, Iowa 52406-0998
Telephone (319) 363-4040
Fax (319) 363-9789

Iowa City:
☐ 1210 Highway 6 West
Iowa City, Iowa 52246
Telephone (319) 351-4996
Fax (319) 351-7063

May 9, 2024

**<u>Via Email & Regular Mail:</u>**

**<u>Via Email:  rleaf@nyemaster.com</u>**
Roy Leaf
625 First Street SE, Suite 400
Cedar Rapids, IA  52401

**<u>Via Email: kmstanger@nyemaster.com</u>**
Kristina M. Stanger
**<u>Via Email: mmcguire@nyemaster.com</u>**
Matthew A. McGuire
**<u>Via Email: dhempy@nyemaster.com</u>**
Dana Hempy
700 Walnut, Suite 1600
Des Moines, IA  50309

**<u>Via Email: fperlman@mwe.com</u>**
Felicia Gerber Perlman
**<u>Via Email: dsimon@mwe.com</u>**
Daniel M. Simon
**<u>Via Email: ekeil@mwe.com</u>**
Emily C. Keil
444 West Lake Street, Suite 4000
Chicago, IL  60606

**<u>Via Email: jhaake@mwe.com</u>**
Jack G. Haake
2501 North Harwood St., Ste. 1900
Dallas, TX  75201

Re:  Banks v. Mercy Services Iowa City, Inc., et al.
      In re:  Mercy Hospital, Iowa City, Iowa, et al.—Chapter 11
      Case No. 23-00623 (TJC)

Dear Counsel:

I am contacting you as the Debtor's counsel for Mercy Hospital.  Jim Weston in our office represents Kelly Bank in Johnson County Case No. LACV084138.  Under the proposed Class 3: General Unsecured Claims would be paid a dividend in an amount yet to be determined.  In the Banks case, there is insurance that would cover the claim.  Kelly Banks would like to get consent of the Debtors to the granting of a Motion for Relief from Stay that would provide the litigation could proceed, but only as to the available insurance, and not against any assets of Debtors.

Please let us know if that would be consented.

Sincerely,

*/s/ Peter C. Riley*

Peter C. Riley

PCR/pd