**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: May 30, 2024 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

**NOTICE OF CORRECTED INVOICE AND EXTENDED OBJECTION DEADLINE
FOR SEVENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM FEBRURARY 1, 2024 THROUGH FEBRUARY 29, 2024**

**PLEASE TAKE NOTICE** that on the 7th day of May 2024, Sills Cummis & Gross P.C. ("Sills") filed its *Seventh Monthly Application for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors for the Period From February 1, 2024 Through February 29, 2024* [Docket No. 1025] (the "Application") with the United States Bankruptcy Court for the Northern District of Iowa (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Application inadvertently attached the incorrect invoice.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A**, is the correct invoice for the Application.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Application must be made filed with the Court and served so as to be received by the following parties no later than **May 30, 2024 at 4:00 p.m.**:

1. Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, Iowa 52245, Attn: Mark E. Toney (noticing@mercyic.org);

2. Counsel to the Debtors: (A) McDermott Will & Emery LLP, 444 W. Lake Street, Suite 4000, Chicago, Illinois 60606, Attn: Felicia Gerber Perlman, (fperlman@mwe.com), Daniel M. Simon (dsimon@mwe.com), and Emily C. Keil (ekeil@mwe.com) and 2501 North Harwood Street, Suite 1900, Dallas, TX 75201, Jack G. Haake (jhaake@mwe.com), and (B) Nyemaster Goode, P.C., 625 First Street SE, Suite 400, Cedar Rapids, IA 52401-2030, Attn: Roy R. Leaf (rleaf@nyemaster.com);

3. Counsel to the Committee: (A) Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266, Attn: Robert C. Gainer (rgainer@cutlerfirm.com), and (B) Sills

Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102, Attn:
Andrew H. Sherman (asherman@sillscummis.com) and Boris Mankovetskiy
(bmankovetskiy@sillscummis.com);

4. Office of the United States Trustee for the Northern District of Iowa, 111 Seventh Avenue
SE, Suite 2800, Cedar Rapids, IA, 52401, Attn: Janet G.L. Reasoner
(Janet.G.Reasoner@usdoj.gov); and

5. Counsel to the Bondholder Representatives: (A) Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: William Kannel
(wkannel@mintz.com), Nathan F. Coco (nfcoco@mintz.com), and Megan Preusker
(mpreusker@mintz.com), and (B) Whitfield & Eddy, P.C., 699 Walnut Street, Suite
2000, Des Moines, IA 5030, Attn: Peter J. Chalik (chalik@whitfieldlaw.com).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served
in accordance with the above procedures, a hearing (the "Hearing") on the Application will be
held at a time and date to be determined before the Honorable Thad J. Collins, United States
Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th
Ave. SE, Cedar Rapids, IA 52401. Only objections made in writing and timely filed and received
will be considered by the Court at such Hearing.

Dated: May 23, 2024                    Respectfully submitted,

*/ s /  Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973-643-7000
E-mail: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:  515-223-6600
Facsimile: 515-223-6787
E-mail: rgainer@cutlerfirm.com

*Attorneys for the Official Committee of*
*Unsecured Creditors*

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

*/s/ Robert C. Gainer*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | April 1, 2024 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2055897 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA 52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through February 29, 2024

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 02/09/24 | MS | 101 | Emails with J. Teele re: draft lien challenge complaint. | 0.10 | |
| 02/13/24 | BM | 101 | Analysis regarding resumption of discovery from PH. | 0.60 | |
| 02/14/24 | BM | 101 | Analysis regarding disposition of JV interests. | 1.10 | |
| 02/15/24 | BM | 101 | Analysis regarding liquidation of contingent assets. | 0.80 | |
| 02/16/24 | BM | 101 | Analysis regarding draft motion regarding workers compensation program. | 0.60 | |
| 02/19/24 | BM | 101 | Analysis regarding Debtors' proposed motion regarding workers compensation program. | 0.60 | |
| 02/22/24 | BM | 101 | Analysis regarding remaining asset valuations and projected waterfall scenarios. | 0.90 | |
| | | **TASK TOTAL 101** | | **4.70** | **$4,338.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 2

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|

### 102 – ASSET DISPOSITION

| 02/01/24 | GAK | 102 | Review sale motion and notice of hearing on same. | 0.30 | |
| 02/01/24 | GAK | 102 | Review notice of sale closing. | 0.10 | |
| 02/01/24 | GAK | 102 | Review motion seeking distribution from sale proceeds. | 0.10 | |
| 02/02/24 | BM | 102 | Analysis regarding JV and real estate sale process. | 0.60 | |
| 02/07/24 | BM | 102 | Analysis regarding disposition of remaining assets. | 0.90 | |
| 02/09/24 | JT | 102 | Telephone conference with A. Sherman and O. Matviyishyn re: motion to distribute assets. | 0.60 | |
| 02/09/24 | JT | 102 | Review master trustee motion to distribute assets. | 0.80 | |
| 02/09/24 | OM | 102 | Review and analyze Master Trustee's distribution motion and circulate to J. Teele, A. Sherman, and B. Mankovetskiy. | 0.50 | |
| 02/09/24 | OM | 102 | Correspondence with A. Sherman, B. Mankovetskiy, and J. Teele re: objection to Master Trustee's distribution motion. | 0.40 | |
| 02/09/24 | OM | 102 | Begin draft of objection to Master Trustee's distribution motion. | 0.70 | |
| 02/11/24 | OM | 102 | Draft distribution motion objection background. | 1.40 | |
| 02/12/24 | JT | 102 | Office conference with O. Matviyishyn re: objection to distribution motion. | 0.40 | |
| 02/12/24 | OM | 102 | Email correspondence with J. Teele pursuant to objection. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/12/24 | OM | 102 | Research inequity of paying creditor whose claim is subject to dispute. | 1.70 | |
| 02/12/24 | OM | 102 | Continue drafting distribution and edit background and preliminary statement pursuant to comments from J. Teele. | 3.30 | |
| 02/12/24 | OM | 102 | Correspondence and strategy with J. Teele re: objection distribution motion. | 0.30 | |
| 02/12/24 | OM | 102 | Continue drafting objection to distribution motion. | 1.20 | |
| 02/13/24 | JT | 102 | Revise/review final version of objection to distribution motion. | 1.70 | |
| 02/13/24 | MS | 102 | Call with J. Teele re: objection to Master Trustee's motion to distribute sale proceeds. | 0.20 | |
| 02/13/24 | MS | 102 | Emails with O. Matviyishyn re: objection to Master Trustee's motion to distribute sale proceeds. | 0.20 | |
| 02/13/24 | OM | 102 | Correspondence with M. Savetsky re: allowed claims in bankruptcies. | 0.20 | |
| 02/13/24 | OM | 102 | Update distribution motion objection pursuant to updates to the committee challenge. | 0.40 | |
| 02/13/24 | OM | 102 | Further correspondence with J. Teele re: objection to distribution motion. | 0.20 | |
| 02/13/24 | OM | 102 | Draft argument section of distribution motion objection. | 2.40 | |
| 02/13/24 | OM | 102 | Continue research of inequities of allowing payment of disputed claims. | 2.10 | |
| 02/13/24 | OM | 102 | Finalize objection to the distribution motion and circulate to J. Teele for review. | 1.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/13/24 | OM | 102 | Review and make changes to objection to distribution motion pursuant to comments to from J. Teele and circulate to A. Sherman and B. Mankovetskiy for review. | 0.30 | |
| 02/21/24 | BM | 102 | Analysis regarding disposition of JV interests. | 0.90 | |
| 02/22/24 | BM | 102 | Analysis regarding disposition of JV interests. | 1.20 | |
| 02/27/24 | BM | 102 | Analysis regarding Debtors' correspondence to JCSI relating to JV interest. | 0.70 | |
| 02/29/24 | BM | 102 | Analysis regarding disposition of JV interests and valuation issues. | 0.80 | |
| 02/29/24 | GAK | 102 | Review numerous motions to reject leases. | 0.20 | |
| | | **TASK TOTAL 102** | | **26.80** | **$15,994.00** |

**103 – BUSINESS OPERATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 02/07/24 | MS | 103 | Review Debtors' motion to reject Steindler agreements. | 0.20 | |
| | | **TASK TOTAL 103** | | **0.20** | **$167.00** |

**104 – CASE ADMINISTRATION**

| | | | | | |
|---|---|---|---|---|---|
| 02/01/24 | MS | 104 | Review proposed administrative claims bar date order as filed and confirm language in order. | 0.10 | |
| 02/06/24 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | |
| 02/07/24 | MS | 104 | Draft email to A. Sherman re: various pending motions and analysis of same. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/07/24 | OM | 104 | Review docket and send reminders re: slate of issues for 2/22 omnibus hearing. | 0.20 | |
| 02/07/24 | OM | 104 | Review pleadings slated for 2/22 omnibus hearing and circulate objection status and deadlines to M. Savetsky, B. Mankovetskiy, and A. Sherman. | 0.60 | |
| 02/07/24 | OM | 104 | Review, analyze and circulate research re: classification of claims to M. Savetsky. | 0.20 | |
| 02/07/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 02/08/24 | BM | 104 | Analysis regarding proposed stipulation extending challenge and related deadlines. | 0.60 | |
| 02/08/24 | BM | 104 | Prepare a Committee update. | 0.40 | |
| 02/09/24 | OM | 104 | Update critical dates calendar with new hearing dates and objection deadlines pursuant to agreement with Master Trustee and correspondence with M. Savetsky re: same. | 0.20 | |
| 02/12/24 | JT | 104 | Office conference with A. Sherman re: cash collateral and discovery. | 0.30 | |
| 02/12/24 | MS | 104 | Review proposed administrative claims bar date order and notice as submitted to court post-hearing. | 0.20 | |
| 02/12/24 | OM | 104 | Review and analyze exclusivity and administrative bar date motions and circulate critical pieces to A. Sherman and B. Mankovetskiy. | 0.70 | |
| 02/13/24 | JT | 104 | Email from/to A. Sherman re: stipulation extending deadlines and complaint. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/14/24 | BM | 104 | Call with PH's counsel regarding scheduling issues. | 0.20 | |
| 02/14/24 | BM | 104 | Call with Committee chair regarding pending matters. | 0.40 | |
| 02/14/24 | JT | 104 | Review stipulation extending deadlines. | 0.30 | |
| 02/15/24 | BM | 104 | Call with Debtors and PH's counsel regarding plan proposal. | 0.80 | |
| 02/15/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 02/16/24 | BM | 104 | Analysis of issues regarding extension of challenge related deadlines and stipulation regarding same. | 0.70 | |
| 02/19/24 | BM | 104 | Analysis regarding second amended stipulation regarding cash collateral extension. | 0.40 | |
| 02/20/24 | BM | 104 | Call with Committee Chair regarding pending matters. | 0.30 | |
| 02/21/24 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 02/21/24 | GAK | 104 | Review Debtors' motion to wind-down workers' compensation program and pay related expenses. | 0.10 | |
| 02/22/24 | BM | 104 | Analysis regarding proposed forms of orders for CBRE and PRA. | 0.60 | |
| 02/26/24 | BM | 104 | Attend Committee meeting. | 0.50 | |
| 02/26/24 | OM | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30 | |
| 02/26/24 | OM | 104 | Draft request for status conference and correspondence with A. Sherman re: same. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 7

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/26/24 | OM | 104 | Review and finalize request for status conference pursuant to edits and comments from A. Sherman. | 0.20 |  |
| 02/27/24 | MS | 104 | Review and revise request for status conference. | 0.50 |  |
| 02/27/24 | MS | 104 | Emails with A. Sherman and call with B. Mankovetskiy re: request for status conference. | 0.10 |  |
| 02/27/24 | OM | 104 | Review and provide feedback to M. Savetsky re: draft letter to D. Simon of debtor's counsel. | 0.20 |  |
| 02/27/24 | OM | 104 | Review and circulate new challenge deadline and Distribution Motion objection deadline to team with reminders. | 0.30 |  |
| 02/27/24 | OM | 104 | Draft administrative claim deadline update for the committee and correspondence with B. Mankovetskiy re: same. | 0.40 |  |
| 02/28/24 | BM | 104 | Respond to creditors' inquiries regarding case status. | 0.40 |  |
| 02/29/24 | OM | 104 | Review docket, update critical dates calendar pertaining to status conference and circulate same to team with reminders. | 0.10 |  |

|  |  | TASK TOTAL 104 |  | 13.80 | $10,153.00 |
|---|---|---|---|---|---|

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 02/07/24 | BM | 105 | Analysis regarding pension fund issues and potential claim treatment. | 1.30 |  |
| 02/07/24 | MS | 105 | Emails with A. Sherman and B. Mankovetskiy re: pension claims issues. | 0.20 |  |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/08/24 | AHS | 105 | Research re: pension claims and treatment. | 0.80 | |
| 02/12/24 | BM | 105 | Analysis regarding objection to PH's motion to distribute sale proceeds. | 1.10 | |
| 02/13/24 | BM | 105 | Analysis regarding opposition to PH's motion to authorize distribution of sale proceeds. | 0.90 | |
| 02/13/24 | BM | 105 | Analysis regarding revisions of draft complaint against bondholder representatives. | 1.20 | |
| 02/13/24 | AHS | 105 | Email to counsel for pension committee re: claim status. | 0.30 | |
| 02/15/24 | BM | 105 | Analysis regarding updated estimated admin and priority claims. | 0.60 | |
| 02/15/24 | BM | 105 | Analysis regarding pension plan termination issues and potential claims. | 1.10 | |
| 02/16/24 | GAK | 105 | Review order establishing administrative bar date and related notifications. | 0.10 | |
| 02/21/24 | BM | 105 | Analysis regarding administrative and priority claims. | 0.70 | |
| 02/23/24 | BM | 105 | Call with PH's counsel regarding Committee's proposed settlement term sheet. | 0.30 | |
| 02/26/24 | BM | 105 | Analysis regarding updated valuation and 506(c) analysis. | 0.80 | |
| | | **TASK TOTAL 105** | | **9.40** | **$8,827.00** |

## 106 – EMPLOYEE BENEFITS/PENSIONS

| | | | | | |
|---|---|---|---|---|---|
| 02/07/24 | MS | 106 | Legal research re: pension claims issues. | 4.50 | |
| 02/08/24 | MS | 106 | Legal research relating to pension claims issues. | 2.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/12/24 | MS | 106 | Call with A. Sherman re: pension claims issues. | 0.10 | |
| 02/12/24 | MS | 106 | Emails with A. Sherman re: pension claims issues. | 0.20 | |
| 02/12/24 | MS | 106 | Draft and revise email to pension committee counsel re: pension claims issues. | 0.80 | |
| 02/13/24 | MS | 106 | Review email from A. Sherman re: pension claims issues. | 0.20 | |
| 02/13/24 | MS | 106 | Legal research relating to pension claims issues. | 4.30 | |
| 02/16/24 | MS | 106 | Review Pension plan documents re: pension claims issues. | 0.70 | |
| 02/19/24 | MS | 106 | Conduct legal research relating to pension claims standing issues. | 0.80 | |
| | **TASK TOTAL 106** | | | **14.20** | **$11,857.00** |

## 107 – FEE/EMPLOYMENT APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 02/01/24 | AHS | 107 | Review and revise initial fee application. | 0.30 | |
| 02/01/24 | GAK | 107 | Address additional fee application comments from A. Sherman and email local counsel regarding same. | 0.50 | |
| 02/01/24 | GAK | 107 | Call and email local counsel regarding fee application. | 0.20 | |
| 02/01/24 | GAK | 107 | Update fee application to incorporate comments of A. Sherman. | 0.60 | |
| 02/01/24 | GAK | 107 | Call with A. Sherman regarding fee application. | 0.10 | |
| 02/01/24 | GAK | 107 | Review and revise fee application for review by A. Sherman. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 10

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/02/24 | GAK | 107 | Communications with B. Gainer regarding fee applications. | 0.10 | |
| 02/06/24 | GAK | 107 | Email local counsel regarding fee applications. | 0.10 | |
| 02/06/24 | GAK | 107 | Revise November fee statement. | 0.20 | |
| 02/06/24 | GAK | 107 | Draft December fee statement. | 2.40 | |
| 02/07/24 | BM | 107 | Analysis regarding CBRE retention application. | 0.60 | |
| 02/07/24 | MS | 107 | Review Debtors' motion to retain CBRE as real estate broker. | 0.20 | |
| | **TASK TOTAL 107** | | | **6.50** | **$5,229.50** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 02/07/24 | GAK | 108 | Review Debtors' professional's December fee application. | 0.10 | |
| 02/07/24 | GAK | 108 | Review Debtors' application to retain CBRE. | 0.20 | |
| 02/07/24 | GAK | 108 | Review PCO's December and final fee applications. | 0.20 | |
| 02/16/24 | GAK | 108 | Review H2C January fee application. | 0.10 | |
| | **TASK TOTAL 108** | | | **0.60** | **$465.00** |

**109 – FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 02/09/24 | AHS | 109 | Call to coordinate response to PH distribution motion and have response drafted. | 0.40 | |
| 02/09/24 | AHS | 109 | Email to parties re: PH challenge issues, cash collateral hearing and distribution motion. | 0.70 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/13/24 | AHS | 109 | Emails re: challenge complaint and causes of action. | 0.30 | |
| 02/13/24 | AHS | 109 | Call with counsel for PH re: extensions of challenge period and adjournments of hearing for cash collateral, distribution motion and follow up emails re: same. | 0.60 | |
| | | **TASK TOTAL 109** | | **2.00** | **$2,150.00** |

## 110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 02/12/24 | BM | 110 | Analysis regarding draft complaint against bondholder representatives asserting lien challenges and affirmative claims. | 0.90 | |
| 02/12/24 | JT | 110 | Review/revise complaint against Master Trustee. | 1.80 | |
| 02/12/24 | MS | 110 | Call with B. Mankovetskiy re: draft lien challenge complaint. | 0.10 | |
| 02/12/24 | MS | 110 | Emails with J. Teele re: draft lien challenge complaint. | 0.20 | |
| 02/12/24 | MS | 110 | Emails with A. Sherman re: draft lien challenge complaint. | 0.10 | |
| 02/12/24 | MS | 110 | Review and revise draft lien challenge complaint. | 3.30 | |
| 02/12/24 | MS | 110 | Draft email to Committee re: revised draft lien challenge complaint. | 0.30 | |
| 02/13/24 | JT | 110 | Revise/review final draft of complaint against Master Trustee. | 2.10 | |
| 02/13/24 | MS | 110 | Emails with B. Mankovetskiy re: extension of lien challenge deadline. | 0.10 | |
| 02/13/24 | MS | 110 | Emails with J. Teele re: revisions to draft lien challenge complaint. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/13/24 | MS | 110 | Calls with B. Mankovetskiy re: revisions to draft lien challenge complaint. | 0.10 | |
| 02/13/24 | MS | 110 | Review and further revise draft lien challenge complaint. | 2.30 | |
| 02/13/24 | MS | 110 | Call with B. Mankovetskiy re: pension claims issues. | 0.20 | |
| 02/22/24 | BM | 110 | Analysis regarding revisions of draft complaint against bondholder representatives. | 0.60 | |
| 02/22/24 | MS | 110 | Emails with B. Mankovetskiy re: lien challenge complaint. | 0.20 | |
| 02/22/24 | MS | 110 | Review bankruptcy schedules re: lien challenge complaint. | 0.20 | |
| 02/22/24 | MS | 110 | Review and revise draft lien challenge complaint. | 0.70 | |
| 02/27/24 | MS | 110 | Emails with B. Mankovetskiy re: security interests in governmental payments and review statute re: same. | 0.30 | |
| 02/28/24 | MS | 110 | Confer with B. Mankovetskiy re: security interests in governmental payments. | 0.10 | |

|  | **TASK TOTAL 110** | | | **13.70** | **$11,808.50** |
|---|---|---|---|---|---|

### 113 – PLAN AND DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 02/01/24 | AHS | 113 | Call with counsel for PH re: plan term sheet and challenge deadline issues. | 0.30 | |
| 02/06/24 | AHS | 113 | Call with D. Simon, F. Perlman re: plan and term sheet issues. | 0.50 | |
| 02/07/24 | AHS | 113 | Follow up on plan/term sheet issues with counsel for PH and counsel for pension committee; diligence re: pension committee issues. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/08/24 | BM | 113 | Call with Pension Committee's counsel regarding potential plan of liquidation. | 0.50 | |
| 02/08/24 | AHS | 113 | Calls and emails with counsel for PH re: challenge deadlines, term sheet and review of extension email. | 0.60 | |
| 02/08/24 | AHS | 113 | Call with counsel for pension committee re: plan issues | 0.50 | |
| 02/09/24 | BM | 113 | Analysis regarding Debtors' proposed plan settlement term sheet. | 1.10 | |
| 02/09/24 | AHS | 113 | Review of plan term as circulated by counsel to Debtors. | 0.40 | |
| 02/09/24 | AHS | 113 | Email to committee re: plan term sheet as circulated and current state of issues with PH. | 0.60 | |
| 02/09/24 | JT | 113 | Research re: pre-plan distributions of assets. | 2.70 | |
| 02/12/24 | BM | 113 | Analysis regarding modified plan settlement term sheet. | 1.20 | |
| 02/12/24 | JT | 113 | Additional research re: pre-plan distribution issues. | 1.30 | |
| 02/14/24 | AHS | 113 | Calls and emails with FTI re: plan term sheet issues. | 0.30 | |
| 02/15/24 | BM | 113 | Analysis regarding potential plan settlement. | 1.20 | |
| 02/15/24 | AHS | 113 | Emails with counsel for Debtors re: plan and term sheet issues and coordinate with FTI to respond to term sheet. | 0.80 | |
| 02/15/24 | AHS | 113 | Call with committee member re: plan and term sheet issues. | 0.30 | |
| 02/19/24 | BM | 113 | Analysis and revisions of Debtors' plan settlement term sheet. | 1.30 | |
| 02/19/24 | BM | 113 | Analysis regarding plan settlement proposal. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/19/24 | AHS | 113 | Call with FTI re: plan term sheet issues. | 0.40 | |
| 02/19/24 | AHS | 113 | Review and revise draft term sheet and circulate for internal review. | 1.10 | |
| 02/20/24 | BM | 113 | Analysis and revisions of proposed plan settlement term sheet and waterfall projections. | 1.90 | |
| 02/20/24 | BM | 113 | Call with counsel to Preston Hollow regarding plan settlement issues. | 0.40 | |
| 02/20/24 | AHS | 113 | Call with FTI re: plan and term sheet issues. | 0.40 | |
| 02/20/24 | AHS | 113 | Call with counsel for PH re: plan and term sheet issues. | 0.50 | |
| 02/21/24 | BM | 113 | Analysis regarding Debtors' draft plan and disclosure statement. | 1.40 | |
| 02/21/24 | BM | 113 | Call with bondholders' professionals regarding plan settlement proposal. | 0.50 | |
| 02/21/24 | BM | 113 | Call with Debtor's counsel regarding plan settlement issues. | 0.30 | |
| 02/21/24 | AHS | 113 | Emails and calls with Debtors' counsel re: plan and term sheet issues. | 0.60 | |
| 02/21/24 | AHS | 113 | Call with counsel for PH re: plan term sheet issues. | 0.40 | |
| 02/21/24 | OM | 113 | Research discriminatory treatment of unsecured creditors pursuant to section 1129 of the Bankruptcy Code. | 1.10 | |
| 02/21/24 | OM | 113 | Correspondence with A. Sherman and B. Mankovetskiy re: disparate treatment of unsecured creditors in bankruptcy plan research. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/21/24 | OM | 113 | Research re: different treatment of unsecured creditors in a bankruptcy plan in context of section 1129 of the Bankruptcy Code. | 1.60 | |
| 02/22/24 | BM | 113 | Analysis regarding potential plan settlement. | 1.20 | |
| 02/22/24 | AHS | 113 | Emails with committee and members re: plan status. | 0.30 | |
| 02/22/24 | AHS | 113 | Calls with committee member re: plan and term sheet issues. | 0.40 | |
| 02/22/24 | AHS | 113 | Calls with FTI re: plan and term sheet issues. | 0.50 | |
| 02/22/24 | AHS | 113 | Call with FTI re: plan and term sheet issues. | 0.50 | |
| 02/22/24 | AHS | 113 | Analysis regarding plan filing issues, valuation of collateral, treatment of claims and 506(c) claims under applicable law. | 1.20 | |
| 02/22/24 | JT | 113 | Review proposed plan. | 1.40 | |
| 02/22/24 | MS | 113 | Confer with B. Mankovetskiy and A. Sherman re: draft plan. | 0.20 | |
| 02/22/24 | MS | 113 | Confer with B. Mankovetskiy re: objections to draft plan. | 0.30 | |
| 02/22/24 | MS | 113 | Confer with O. Matviyishyn re: legal research on draft plan and emails with O. Matviyishin re: same. | 0.20 | |
| 02/22/24 | OM | 113 | Finalize research re: unfair/discriminatory treatment in bankruptcy plan of different classes of unsecured creditors and circulate to J. Teele and M. Savetsky pursuant to instruction from B. Mankovetskiy. | 2.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/22/24 | OM | 113 | Follow up research about unfair plan treatment pursuant to comments from M. Savetsky and circulate results of same to M. Savetsky. | 0.60 | |
| 02/23/24 | BM | 113 | Analysis regarding Debtors' proposed filed plan and disclosure statement. | 2.20 | |
| 02/23/24 | BM | 113 | Analysis regarding letter to Debtors regarding deficiencies in their proposed plan. | 1.20 | |
| 02/23/24 | BM | 113 | Analysis regarding Debtors' motion to shorten time in connection with disclosure statement hearing. | 0.30 | |
| 02/23/24 | AHS | 113 | Analysis regarding plan and term sheet issues and review of case law re: same. | 1.70 | |
| 02/23/24 | AHS | 113 | Review and revise draft order regarding disclosure statement hearing and emails with counsel re: same. | 0.80 | |
| 02/23/24 | AHS | 113 | Call with counsel for Preston Hollow re: plan as filed. | 0.30 | |
| 02/23/24 | AHS | 113 | Analysis of plan, term sheet issues and response to plan as filed. | 0.90 | |
| 02/23/24 | JT | 113 | Further review draft plan. | 0.70 | |
| 02/23/24 | JT | 113 | Research pension claim issues and treatment. | 1.30 | |
| 02/23/24 | GAK | 113 | Communications with A. Sherman regarding Debtors' request to shorten notice on disclosure statement hearing. | 0.10 | |
| 02/23/24 | MS | 113 | Review and analysis of Debtors' draft plan of liquidation and disclosure statement. | 4.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 17

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/23/24 | OM | 113 | Review disclosure statement filed by Debtor and calendar and circulate critical dates to team. | 0.20 | |
| 02/24/24 | AHS | 113 | Email to counsel for pension committee re: plan issues and schedule call re: same. | 0.20 | |
| 02/25/24 | AHS | 113 | Email to Committee re: disclosure statement hearing issues. | 0.20 | |
| 02/26/24 | BM | 113 | Analysis regarding letter to stakeholders regarding Committee's initial views on Debtors' proposed plan. | 1.20 | |
| 02/26/24 | BM | 113 | Call with FTI regarding plan issues. | 0.60 | |
| 02/26/24 | BM | 113 | Call with counsel to Pensioners Committee regarding plan issues. | 0.50 | |
| 02/26/24 | AHS | 113 | Further analysis re: plan issues and objections to be raised. | 0.70 | |
| 02/26/24 | AHS | 113 | Call with counsel for pension committee re: plan issues. | 0.50 | |
| 02/26/24 | AHS | 113 | Call with committee re: plan issues. | 0.50 | |
| 02/26/24 | JT | 113 | Review/revise letter to debtor's counsel re: plan. | 1.10 | |
| 02/26/24 | GAK | 113 | Review combined Disclosure Statement/Plan. | 0.80 | |
| 02/26/24 | MS | 113 | Review collateral analysis and bankruptcy schedules re: same. | 0.40 | |
| 02/26/24 | MS | 113 | Draft and revise letter to D. Simon re: plan issues. | 4.90 | |
| 02/26/24 | MS | 113 | Emails with J. Teele re: plan issues. | 0.30 | |
| 02/26/24 | MS | 113 | Calls with O. Matviyishyn re: legal research on plan issues. | 0.20 | |
| 02/26/24 | MS | 113 | Conduct further research on plan issues. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 18

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/26/24 | MS | 113 | Call with N. Ganti, J. Park and B. Mankovetskiy re: collateral analysis. | 0.60 | |
| 02/26/24 | MS | 113 | Call with B. Mankovetskiy re: Debtors' draft plan of liquidation. | 0.20 | |
| 02/26/24 | MS | 113 | Review legal research on plan issues. | 0.30 | |
| 02/26/24 | MS | 113 | Emails with O. Matviyishyn re: legal research on plan issues. | 0.20 | |
| 02/26/24 | OM | 113 | Research standards for debtor releases in the Eighth Circuit. | 1.10 | |
| 02/27/24 | AHS | 113 | Email to client re: plan issues and infirmities. | 0.20 | |
| 02/27/24 | AHS | 113 | Review of case law re: confirmation, classification and treatment issues. | 0.60 | |
| 02/27/24 | AHS | 113 | Review and revise letter to counsel re: plan issues and infirmities. | 1.20 | |
| 02/27/24 | JT | 113 | Office conference with M. Savetsky re: proposed plan. | 0.30 | |
| 02/27/24 | JT | 113 | Review/revise letter to debtor's counsel re: proposed plan. | 0.60 | |
| 02/27/24 | MS | 113 | Review and revise letter to key parties on plan related issues. | 1.20 | |
| 02/27/24 | MS | 113 | Confer with A. Sherman and J. Teele re: plan related issues and confer with B. Mankovetskiy re: same. | 0.20 | |
| 02/27/24 | MS | 113 | Emails with A. Sherman re: letter to key parties on plan related issues. | 0.20 | |
| 02/27/24 | MS | 113 | Draft email to Committee re: plan related issues and emails with A. Sherman re: same. | 0.20 | |
| 02/27/24 | MS | 113 | Review cases re: plan related research. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 19

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/27/24 | MS | 113 | Emails with O. Matviyishyn re: plan related research. | 0.20 | |
| 02/27/24 | OM | 113 | Research debtor releases pursuant to comments and instructions from M. Savetsky and provide draft analysis to M. Savetsky re: same. | 2.10 | |
| 02/28/24 | AHS | 113 | Finalize and send out letter and notice of status conference. | 0.60 | |
| 02/28/24 | OM | 113 | Prepare letter to D. Simon re: plan and request for status conference to be filed by R. Gainer of local counsel. | 0.50 | |
| 02/29/24 | BM | 113 | Analysis regarding potential ADR process for resolving plan issues. | 0.60 | |
| 02/29/24 | AHS | 113 | Email to counsel re: plan process and call from R. Gainer re: pension issues. | 0.40 | |
| 02/29/24 | GAK | 113 | Review notification regarding hearing on Disclosure Statement. | 0.10 | |
| | | **TASK TOTAL 113** | | **73.10** | **$64,089.50** |

**114 – RELIEF FROM STAY PROCEEDINGS**

| | | | | | |
|---|---|---|---|---|---|
| 02/07/24 | MS | 114 | Review McKesson's motion for distribution of sale proceeds and cash collateral order re: same. | 0.30 | |
| 02/20/24 | MS | 114 | Emails with B. Mankovetskiy re: Debtors' motion to transition self-insured workers' compensation program into administration, settlement, and wind down. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 20

| Date | Init | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/20/24 | MS | 114 | Review Debtors' motion to transition self-insured workers' compensation program into administration, settlement, and wind down. | 0.50 | |
| 02/20/24 | MS | 114 | Review revised proposed order resolving McKesson's motion for distribution of sale proceeds. | 0.10 | |
| | | | **TASK TOTAL 114** | **1.00** | **$835.00** |
| | | | **TOTAL FEES at Standard Rates** | **166.00** | **$135,914.00** |
| | | | **Attorney Fees at Blended Rate of $675** | **166.00** | **$112,050.00** |
| | | | **Paralegal Fees at Standard Rate** | **0.00** | **0.00** |
| | | | **TOTAL FEES at Blended Rate** | **166.00** | **$112,050.00** |

## TASK CODE SUMMARY

| Code | Description | Hours | Amount |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 4.70 | $4,338.50 |
| 102 | Asset Disposition | 26.80 | $15,994.00 |
| 103 | Business Operations | 0.20 | $167.00 |
| 104 | Case Administration | 13.80 | $10,153.00 |
| 105 | Claims Administration and Objections | 9.40 | $8,827.00 |
| 106 | Employee Benefits/Pensions | 14.20 | $11,857.00 |
| 107 | Fee/Employment Applications | 6.50 | $5,229.50 |
| 108 | Fee/Employment Objections | 0.60 | $465.00 |
| 109 | Financing | 2.00 | $2,150.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | 13.70 | $11,808.50 |
| 113 | Plan and Disclosure Statement | 73.10 | $64,089.50 |
| 114 | Relief from Stay Proceedings | 1.00 | $835.00 |
| | TOTAL FEES at Standard Rates | 166.00 | $135,914.00 |
| | Attorney Fees at Blended Rate of $675 | 166.00 | $112,050.00 |
| | Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | 166.00 | $112,050.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

April 1, 2024
Client/Matter No. 08650147.000001
Invoice: 2055897
Page 21

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 23.40 | x | $1,075.00 | = | $25,155.00 |
| Boris Mankovetskiy | 45.00 | x | $925.00 | = | $41,625.00 |
| Jason Teele | 17.80 | x | $895.00 | = | $15,931.00 |
| Michael Savetsky | 40.30 | x | $835.00 | = | $33,650.50 |
| Gregory A. Kopacz | 7.90 | x | $775.00 | = | $6,122.50 |
| Oleh Matviyishyn | 31.60 | x | $425.00 | = | $13,430.00 |

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $112,050.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$112,050.00\*** |

*Total includes fees at ***Blended Rate***.  Per Retention Application, lesser of fees at *Standard Rates* (**$135,914.00**) and fees at *Blended Rate* of $675 (**$112,050.00**)\*\* apply.

\*\*includes paralegal fees at standard rates, if applicable