# United States Bankruptcy Court
# Northern District of Iowa

IN RE:

MERCY HOSPITAL, IOWA CITY, IOWA, et al.,

        Debtor.

Chapter 11

Bankruptcy No. 23-00623

**CERTIFICATE OF SERVICE**

---

I, Phyllis Ditch hereby certify that:

1. I am employed as secretary to attorney Peter C. Riley at the Tom Riley Law Firm, P.L.C. with their principal office located at 4040 First Avenue NE Cedar Rapids, Iowa 52402. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2024, I caused to be served on all parties who do not receive electronic service, a copy of (1) Kelly Banks's Appearance as Interested Party and Peter C. Riley's Appearance as Counsel for Kelly Banks, (2) Interested Party Kelly Banks's Motion for Relief from Stay filed on May 22, 2024, with attachment and (3) a copy of the Order Granting Relief from Stay.

3. The above referenced documents were served on all parties who were not electronically served at the mailing address provided on the Court's filing system.

*/s/ Phyllis Ditch*
Phyllis Ditch