# United States Bankruptcy Court
# Northern District of Iowa

IN RE:

MERCY HOSPITAL, IOWA CITY, IOWA, et al.,

          Debtor.

Chapter 11

Bankruptcy No. 23-00623

**APPEARANCE AND REQUEST FOR NOTICES**

---

COMES NOW, Kelly Banks, an interested party, who, through his undersigned counsel, Attorney Peter C. Riley, hereby appears and requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditor's committee be sent to:

    Peter C. Riley
    4040 First Ave NE
    Cedar Rapids IA 52402
    (319) 363-4040
    PeterR@trlf.com

Please take further notice this request includes all notices and papers, including reports, 2004 examinations, discovery schedules, affidavits, orders, applications, motions, petitions, pleadings, requests, complaints, or demand, whether formal or informal, by any means transmitted, and all notices thereof.

                              TOM RILEY LAW FIRM, P.L.C.

By:   */s/ Peter C. Riley*
       PETER C. RILEY     AT0006611
       4040 First Avenue NE
       P.O. Box 998
       Cedar Rapids, IA 52406-0998
       Ph.: (319) 363-4040
       Fax: (319) 363-9789
       E-mail: PeterR@trlf.com

       ATTORNEY FOR INTERESTED PARTY
       KELLY BANKS