## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors | ) ) | |

### APPEARANCE

COMES NOW, Kandie K. Gelner, and hereby enters her appearance on behalf of the MidWestOne Bank, Trustee of the Thompson Brothers Trust, an interested party in the bankruptcy of Mercy Hospital, Iowa City, Iowa.

DATED this 29th day of May, 2024.

KENNEDY LAW FIRM PC

By _____
Kandie K. Gelner   AT0001064
920 S. Dubuque St., P.O. Box 2000
Iowa City, IA  52244
Tel: (319) 351-8181
Fax: (319) 351-0605
Email: kgelner@kennedylawyers.com
**ATTORNEY FOR TRUSTEE**

17224.1/2024-05-22 Appearance