UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>        Debtor. | CHAPTER 11<br>BANKRUPTCY NO. 23-00623<br><br>**ORDER GRANTING MOTION TO CONFIRM NO STAY OF ACTION** |

NOW, the Court having been presented with the Motion to Confirm No Stay of Action (Dkt. 1088) filed by Tyler Davis and Ashley Kurka, both individually and as parents and next friends of K.D., a minor person, ("Claimants"), and this Court having fully reviewed same, finding the entry of this Order is consented to by the Debtor, Unsecured Creditors Committee, and Official Committee of Pensioners (by and through their respective counsel), and that the Motion should in fact be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

The Motion to Confirm No Stay of Action is hereby granted. The Court hereby finds the automatic stay provided for in 11 U.S.C. §362 does not prevent the Claimants from filing suit against Jami Shepard, M.D. and/or Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.

DATED AND ENTERED: May ___30__, 2024.

_____
HONORABLE THAD J. COLLINS, CHIEF JUDGE

*Prepared and submitted by Jeffrey P. Taylor of Klinger, Robinson & Ford, L.L.P., Attorney for Tyler Davis and Ashley Kurka, both individually and as parents and next friends of K.D., a minor person*

*Approved as to Form and Content:*

   */ s /   Roy R. Leaf*
*Attorney for Debtor*


   */ s /   Robert C. Gainer*
*Attorney for the Unsecured Creditors Committee*


   */ s /   Paula L. Roby*
*Attorney for Official Committee of Pensioners*