# United States Bankruptcy Court
# Northern District of Iowa

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Bankruptcy No. 23-00623 |
| Debtor. | **MOTION FOR LEAVE TO WITHDRAW** |

COMES NOW, Attorney Peter C. Riley and submits this Motion for Leave to Withdraw as counsel of record for Kelly Banks, and states as follows:

1. Peter C. Riley filed an Appearance of Counsel for Interested Party Kelly Banks and then filed a Motion for Relief from Stay on May 22, 2024.

2. The Court granted the Motion for Relief from Stay on May 23, 2024.

3. The sole purpose of Attorney Riley's appearance was to obtain relief from the stay for his client Kelly Banks. Therefore, the purpose of his representation has concluded, and Kelly Banks needs no further representation in this case.

4. Undersigned's client Kelly Banks has been contacted regarding, advised of, and served with a copy of this Motion for Leave to Withdraw pursuant to Local Rule 2091-1 and Mr. Banks consents to this Motion to Withdraw.

5. A copy of this Motion for Leave to Withdraw has also been served on all other parties whom service is required per Local Rule 2091-1 by filing the Motion for Leave to Withdraw through the Court's electronic filing system.

WHEREFORE, Undersigned Attorney Peter C. Riley respectfully prays that the Court enter an Order granting his Motion to Withdraw for the reasons provided herein.

TOM RILEY LAW FIRM, P.L.C.

By:   */s/ Peter C. Riley*
PETER C. RILEY          AT0006611
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, IA 52406-0998
Ph.: (319) 363-4040

Fax: (319) 363-9789
E-mail: PeterR@trlf.com

ATTORNEY FOR INTERESTED PARTY
KELLY BANKS

2