UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 31, 2024
Hearing on: Motion for Payment of Ordinary Course Invoices (Doc. 990) Filed by Progressive Rehabilitation Associates, L.L.C.

APPEARANCES:

Attorney Roy Ryan Leaf for Debtors
Attorney Claire Davison for the United States Trustee
Attorney Dan Childers for Progressive Rehabilitation Associates, L.L.C.
Attorney Robert Gainer for the Official Committee of Unsecured Creditors

**IT IS ORDERED THAT**:

For the reasons stated at hearing, the Motion (Doc. 990) is GRANTED IN PART to the amount of $53,375.00.

Ordered:
June 5, 2024

Thad J. Collins
Chief Bankruptcy Judge