# United States Bankruptcy Court
# Northern District of Iowa

IN RE:                                      Chapter 11

MERCY HOSPITAL, IOWA CITY,          Bankruptcy No. 23-00623
IOWA, et al.,
            Debtor.                      **ORDER GRANTING LEAVE TO WITHDRAW**

---

## ORDER GRANTING LEAVE TO WITHDRAW

Upon the Motion for Leave to Withdraw ("the Motion") filed by Attorney Peter C. Riley (Doc. 1096), counsel for Interest Party Kelly Banks, and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT:**

1.     The Motion is granted as set forth herein.

2.     Attorney Peter C. Riley shall be granted leave to withdraw as counsel of record for Interested Party Kelly Banks in U.S. Bankruptcy Court for Northern District of Iowa Case No. 23-00623.

Dated and entered this __5th_ day of ___June_, 2024.

_____
Honorable Thad J. Collins, Chief Judge