## EXHIBIT A

## Time Detail

## EXHIBIT A

## Time Detail

**Summary of Fees Billed by Subject Matter for the
Application Period (August 7, 2023 – March 31, 2024)**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting/Solicitation Consultation | 22.9 | $4,530.90 |
| 642 | Fee Application Prep and Related Issues | 9.3 | $1,713.60 |
| 645 | Schedule/SOFA Prep | 168.1 | $28,977.50 |
| **TOTAL** | | **200.3** | **$35,222.00** |
| **80% OF TOTAL FEES** | | | **$28,177.60** |

**Summary of Hours Billed by Professionals During the
Application Period (August 7, 2023 – March 31, 2024)**

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Charles Safko | Senior Consultant I | 2.1 | $160.00 | $336.00 |
| Emily Young | Solicitation Consultant | 21.9 | $198.00 | $4,336.20 |
| Garyelle Nelson | Call Center Operator | 0.1 | $55.00 | $5.50 |
| Kathryn Tran | Director/V.P. Consulting | 66 | $180.00 | $11,880.00 |
| Kevin Streseman | Director/V.P. Consulting | 0.9 | $180.00 | $162.00 |
| Kim Sturtevant | Call Center Operator | 0.4 | $55.00 | $22.00 |
| Kimberly Greenbaum | Senior Consultant I | 2.1 | $160.00 | $336.00 |
| Lance Mulhern | Director of Case Management III | 30.5 | $170.00 | $5,185.00 |
| Regina Amporfro | Senior Consultant II | 8.1 | $187.00 | $1,514.70 |
| | | 62.9 | $170.00 | $10,693.00 |
| Regina Richardson | Call Center Operator | 0.2 | $55.00 | $11.00 |
| Stephanie Zilch | Call Center Operator | 0.2 | $55.00 | $11.00 |
| Stephenie Kjontvedt | Solicitation Consultant | 0.7 | $198.00 | $138.60 |
| Tony Persaud | Senior Case Manager II | 4 | $145.00 | $580.00 |
| Zulay Comabella | Call Center Operator | 0.2 | $55.00 | $11.00 |
| **TOTAL** | | **200.3** | | **$35,222.00** |
| **80% OF TOTAL FEES** | | | | **$28,177.60** |

## Time Detail of Epiq's Professionals for the Application Period (August 7, 2023 – March 31, 2024)

Matter Number: 495 – Balloting/Solicitation Consultation

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 1/10/2024 | Regina Amporfro | Senior Consultant II | $187.00 | 0.3 | $56.10 | CORRESPOND WITH E. YOUNG, TEAM RE SOLICITATION CONSIDERATIONS. |
| 1/18/2024 | Stephenie Kjontvedt | Solicitation Consultant | $198.00 | 0.4 | $79.20 | REVIEW BOND CUSIP FILES (.2); RESEARCH ISSUES RE SAME (.2). |
| 2/6/2024 | Emily Young | Solicitation Consultant | $198.00 | 2.3 | $455.40 | REVIEW, COMMENT ON DRAFT SOLICITATION MOTION. |
| 2/7/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.7 | $336.60 | REVIEW, COMMENT ON DRAFT SOLICITATION MOTION EXHIBITS. |
| 2/8/2024 | Emily Young | Solicitation Consultant | $198.00 | 0.8 | $158.40 | REVIEW UPDATED DRAFT PROCEDURES MOTION, EXHIBITS. |
| 2/12/2024 | Emily Young | Solicitation Consultant | $198.00 | 0.3 | $59.40 | CORRESPOND WITH COUNSEL RE PROPOSED TIMELINE |
| 2/20/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.4 | $277.20 | REVIEW, COMMENT ON UPDATED DRAFT SOLICITATION MOTION, EXHIBITS. |
| 2/23/2024 | Emily Young | Solicitation Consultant | $198.00 | 0.4 | $79.20 | CORRESPOND WITH COUNSEL RE SOLICITATION INQUIRY (.2); ANALYZE ISSUES RE SAME (.2). |
| 2/27/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.1 | $217.80 | CORRESPOND WITH COUNSEL RE SOLICITATION INQUIRY (.2); ANALYZE ISSUES RE SAME (.2); REVIEWED, COMMENT ON UPDATED DRAFT SOLICITATION MOTION (.7). |
| 2/29/2024 | Emily Young | Solicitation Consultant | $198.00 | 0.6 | $118.80 | REVIEW REVISED PROCEDURES MOTION DRAFT, ORDER. |
| 3/6/2024 | Stephenie Kjontvedt | Solicitation Consultant | $198.00 | 0.3 | $59.40 | CORRESPOND WITH E. YOUNG RE SAMPLE BALLOTS RE SOLICITATION. |
| 3/11/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.7 | $336.60 | PREPARE PLAN CLASS PROTOCOL RE SOLICITATION. |
| 3/15/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.1 | $217.80 | REVIEW DRAFT PLAN CLASS REPORTS (.5); COORDINATE UPDATES RE SAME (.3); CORRESPOND WITH COUNSEL RE PLAN CLASS QUESTIONS (.3). |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 3/18/2024 | Emily Young | Solicitation Consultant | $198.00 | 2.3 | $455.40 | REVIEW DRAFT PLAN CLASS REPORTS (1.1); CORRESPOND WITH EPIQ TEAM RE UPDATES RE SAME (.6); REVIEW REVISED DRAFTS RE SAME (.6). |
| 3/19/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.9 | $376.20 | CONFERENCE, CORRESPOND WITH S. KJONTVEDT, EPIQ TEAM RE SOLICITATION PLANNING (.8); REVIEW UPDATED PLAN CLASS REPORTS (.9); CORRESPOND WITH COUNSEL RE SAME (.2). |
| 3/21/2024 | Emily Young | Solicitation Consultant | $198.00 | 0.5 | $99.00 | COORDINATE UPDATE TO PLAN CLASSING. |
| 3/22/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.0 | $198.00 | REVIEW, REVISE UPDATED PLAN CLASS REPORTS. |
| 3/25/2024 | Emily Young | Solicitation Consultant | $198.00 | 2.0 | $396.00 | DRAFT SOLICITATION PACKAGE MEMO (1.1); DRAFT MAIL GRID RE VENDOR (.9). |
| 3/26/2024 | Emily Young | Solicitation Consultant | $198.00 | 0.9 | $178.20 | REQUEST SPR (.3); CCORRESPOND WITH S. KJONTVEDT, EPIQ TEAM RE SOLICITATION MAILING (.3); CORRESPOND WITH VENDOR RE SOLICITATION MAILING (.3). |
| 3/27/2024 | Emily Young | Solicitation Consultant | $198.00 | 1.9 | $376.20 | COORDINATE REGISTER UPDATES PER COUNSEL COMMENTS (.9); REVIEW UPDATED PLAN CLASS REPORTS (1.0). |
| | | **TOTAL:** | | **22.9** | **$4,530.90** | |

Matter Number:  642 –  Fee Application Prep and Related Issues

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 1/10/2024 | Regina Amporfro | Senior Consultant II | $187.00 | 1.2 | $224.40 | REVIEW FEE APP EXHIBITS, TIME DETAIL. |
| 1/22/2024 | Regina Amporfro | Senior Consultant II | $187.00 | 1.5 | $280.50 | DRAFT FEE APPLICATION. |
| 1/24/2024 | Regina Amporfro | Senior Consultant II | $187.00 | 3.1 | $579.70 | DRAFT FEE APPLICATION. |
| 1/25/2024 | Regina Amporfro | Senior Consultant II | $187.00 | 2.0 | $374.00 | DRAFT FEE APPLICATION. |
| | | **TOTAL:** | | **9.3** | **$28,177.60** | |

Matter Number: 645 – Schedule/Sofa Prep

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/9/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | CORRESPOND WITH T. CORLEY, C. KARAMBELAS RE SCHEDULES DATA. |
| 8/9/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CORRESPOND WITH C. KARAMBELAS, T. CORLEY RE SCHEDULES PREP. |
| 8/9/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.6 | $108.00 | CONFERENCE WITH C. KARAMBELAS, T. CORLEY RE SCHEDULES PREP. |
| 8/10/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.1 | $18.00 | CONFERENCE WITH R AMPORFRO RE SOFA/SOALS PREP. |
| 8/10/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | PREPARE SOFA 25, 28, 29, SCH A/B 15. |
| 8/10/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.1 | $18.00 | CORRESPOND WITH T. CORLEY RE TRIAL BALANCE. |
| 8/10/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.9 | $162.00 | CORRESPOND WITH M. BOGS RE SOFA DATA FOLLOW-UP. |
| 8/10/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.8 | $144.00 | CONFERENCE WITH M. BOGS RE SOFAS. |
| 8/10/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 2.6 | $442.00 | CONFERENCE WITH M. BOGS, TEAM RE SCHEDULE PREP (.8); DRAFT SCH D (.6); UPDATE SCH E/F RE PRIORITY TAX CLAIMS (1.2). |
| 8/10/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 3.0 | $510.00 | COORDINATE CONTRACT REVIEW RE SCH G (.6); COORDINATE SOFA/SOALS DATA IMPORTS (1.1); REVIEW PREP OF SOFA/SOALS DATABASES RE SAME (1.3). |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.8 | $144.00 | REVIEW TRIAL BALANCE RE SCH E/F. |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CONFERENCE WITH C. KARAMBELAS RE SOFA/SOALS STATUS. |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | CONFERENCE WITH C KARAMBELAS, T. CORLEY RE HOPISTAL TRIAL BALANCE. |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CONFERENCE WITH M. BOGS RE TOUCHPOINT MEETING RE SCHEDULES/SOFAS. |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CORRESPOND WITH C. KARAMBELAS RE DATA RE SCHEDULES/SOFAS. |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.3 | $54.00 | CORREPSOND WITH M. BOGS RE OPEN SOFA QUESTIONS. |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.7 | $126.00 | REVIEW TRIAL BALANCE RE SCHEDULES DATA MAPPING. |
| 8/11/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | REVISE SCHEDULES RE TRIAL BALANCE RE SCHEDULES DATA MAPPING. |
| 8/11/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.2 | $34.00 | CORRESPOND WITH T. PERSAUD RE CONTRACT ENTRY RE SCH G. |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.6 | $108.00 | REVISE SOFA 25, 26, SCH A/B 15 RE DATA UPDATES, AMENDMENTS. |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | CORRESPOND WITH M. BOGS RE TRANSFER (.2); PREPARE SOFA 13 (.3). |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.4 | $72.00 | CORRESPOND WITH M. BOGS RE TRANSFER (.2); PREPARE SOFA 9 (.2). |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.3 | $234.00 | REVIEW CONSIGNED GOODS DATA (.3); CONFERENCE WITH M. BOGS RE SAME (.7); PREP DATA RE SOFA 21 (.3). |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.3 | $54.00 | PREPARE SOFA 15 (.2); REVIEW BACKUP RE SAME (.1). |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.8 | $144.00 | PREPARE SOFA 21 (.7); CORRESPOND WITH M. BOGS RE SAME (.1). |
| 8/12/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.7 | $126.00 | REVIEW INSURANCE LOSS REPORTS (.3); PREPARE, ALLOCATE SOFA 7, 10 (.4). |
| 8/13/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CORRESPOND WITH M. BOGS RE CONSIGNED GOODS, SOFA/SOALS PREP. |
| 8/13/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.5 | $270.00 | PREPARE GLOBAL NOTES RE SCHEDULES/SOFAS. |
| 8/14/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.1 | $18.00 | CORRESPOND WITH T. BAST RE CONSIGNED GOODS. |
| 8/14/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.3 | $54.00 | CORRESPOND WITH M. BOGS RE BACKUP INFORMATION RE STATEMENTS. |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/14/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.7 | $126.00 | CONFERENCE WITH T. CORNEY, C. KARAMBELAS RE OUTSTANDING INFORMATION. |
| 8/14/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.6 | $108.00 | CONFERENCE, CORRESPOND WITH M. BOGS RE OUTSTANDING REQUESTS. |
| 8/14/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.3 | $221.00 | COORDINATE MATCH OF PAYMENT REGISTERS RE SOFA 3 (.5); CONFERENCE WITH K. TRAN, TEAM RE SCHEDULES PREP (.7); CORRESPOND WITH C. KARAMBELAS RE PAYMENT REGISTERS (.1). |
| 8/15/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.7 | $306.00 | GENERATE DRAFT SCHEDULES (1.0); REVIEW, REVISE SAME (.7). |
| 8/15/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.2 | $216.00 | CONFERENCE, CORRESPOND WITH D. RODRIGUEZ RE PENSIONER INFORMATION (.4); PROCESS, IMPORT FILES TO SCH E/F (.5); GENERATE, REVIEW REPORT RE SAME (.3) |
| 8/15/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.3 | $54.00 | CONFERENCE, CORRESPOND WITH C. KARAMBELAS RE SOFA 3. |
| 8/15/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.0 | $180.00 | REVIEW, PROCESS PAYMENT DATA RE SOFA 3 PREP (.5); CONFERENCE, CORRESPOND WITH C. KARAMBELAS RE SAME (.5). |
| 8/15/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.1 | $378.00 | REVIEW, PROCESS PAYMENT DATA RE SOFA 3 PREP (.7); CONFERENCE WITH L MULHERN RE SAME (.6); REVIEW, REVISE SOFA DATABASE (.8). |
| 8/15/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | DRAFT, REVISE SCH A/B RE TRIAL BALANCES (1.6); CORRESPOND WITH M. CORLEY RE TRIAL BALANCE ACCOUNTS (.4) |
| 8/15/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 2.2 | $374.00 | COORDINATE IMPORT RE SCH G (1.2); COORDINATE SCH G MISSING ADDRESS RESEARCH RE SAME (1.0). |
| 8/15/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 3.2 | $544.00 | GENERATE SOFA/SOALS. |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/15/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.2 | $204.00 | COORDINATE SCH G ADDRESS COMPLETION REVIEW, REVISION (1.0); CORRESPOND WITH A. BETANCOURT, TEAM RE OPEN ITEMS (.2). |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | CONFERENCES WITH T. CORVEY RE SCHEDULES PREP (.3); REVIEW TRIAL BALANCES RE SAME (.4); CALCULATE REVENUE BUCKETS RE SOFA 1, 2 (1.3). |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | CONFERENCE WITH C. KARAMBELAS, T. CORVEY RE SOFA/SOALS REPORTS. |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.0 | $180.00 | REVISE SOFA 4, 11. |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.4 | $252.00 | REVIEW, ANALYZE REVENUES RE SOFA 1. |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.4 | $252.00 | PREPARE DRAFT SOFA/SOALS REPORTS (.9); REVIEW, EDIT SAME (.5). |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.8 | $144.00 | REVIEW, ANALYZE NEAR MATCH REPORT RE ADDRESSES (.5); CORRESPOND WITH L. MULHERN RE SCH E/F IMPORT (.3). |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.8 | $144.00 | REVIEW ORG CHART, ADDITIONAL LIST OF DIRECTORS, OFFICERS (.3); PREPARE, REVISE SOFA 25, 28, 29 (.5). |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.6 | $108.00 | REVIEW PRELIMINARY AP DATA (.3); CONFERENCE WITH L. MULHERN RE SCH E/F PREP (.3). |
| 8/16/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.3 | $234.00 | REVIEW PAYMENT FILES RE SOFA 3, RELATED CONSIDERATIONS (.9); CORRESPOND WITH L. MULHERN RE SAME (.4). |
| 8/16/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 3.0 | $510.00 | REVISE MASTER CONTRACT FILE. |
| 8/16/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 1.0 | $170.00 | PREPARE SOFA/SOALS. |
| 8/16/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 1.9 | $323.00 | REVIEW, REVISE DRAFT SOFA/SOALS. |
| 8/16/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 5.6 | $952.00 | REVISE DRAFT SOFA/SOALS (3.6); PREPARE, REVIEW REPORTS RE SAME (2.0). |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/16/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 4.8 | $816.00 | COORDINATE SCH G CONTRACT IMPORT (3.0); CONFERENCE WITH C. KARAMBELAS RE SAME (.5); CORRESPOND WITH K. TRAN RE DATA REVIEW CONSIDERATIONS (.4); COORDINATE SCH G REVIEW RE SAME (.9). |
| 8/16/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.2 | $204.00 | REVISE MASTER CONTRACT FILE (1.1); CORRESPOND WITH C. KARAMBELAS RE SAME (.1). |
| 8/17/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.1 | $18.00 | CORRESPOND WITH T. CORLEY RE SOFA 1, 2. |
| 8/17/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CONFERENCE WITH C. CORVEY RE SOFA BACKUP, REVISION OF SOFA 1, 2 AMOUNTS. |
| 8/17/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CONFERENCE WITH C. KARAMBELAS, T. CORLEY RE STATUS OF SOFA/SOALS REVIEW. |
| 8/17/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.3 | $414.00 | GENERATE SOFA/SOALS DRAFTS (1.0); REVIEW, EDIT SAME (1.3). |
| 8/17/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | CONFERENCE, CORRESPOND WITH C. KARAMBELAS RE SOFA/SOALS DRAFTS. |
| 8/17/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.0 | $180.00 | PREPARE SOFA/SOALS EXTRACT REPORT (.3); COMPILE DOCUMENTATION RE SAME (.5); CORRESPOND WITH C. KARAMBELAS RE REVIEW OF SAME (.2). |
| 8/17/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.4 | $68.00 | COORDINATE ENTRY OF NEW CONTRACTS RE SCH G. |
| 8/17/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 1.4 | $238.00 | PREPARE SOFA/SOALS. |
| 8/17/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 2.2 | $374.00 | REVIEW, REVISE DRAFT SOFA/SOALS. |
| 8/17/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.2 | $34.00 | CORRESPOND WITH M. BOGS RE RESEARCH RE CONTRACTS. |
| 8/17/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 6.4 | $1,088.00 | REVISE CONTRACT MASTER FILE (2.1); COORDINATE SCH G IMPORT RE SAME (.9); REVISE SCH G (1.0); DRAFT OPEN ITEM, REVIEW LIST (.8); RESEARCH, REVIEW RE OPEN SCH G ITEMS (1.6). |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/18/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.2 | $36.00 | CORRESPOND WITH K. BORODKIN RE BANK ACCOUNT INFORMATION. |
| 8/18/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.3 | $54.00 | CONFERENCE WITH C. KARAMBELAS RE STATUS OF SOFA/SOALS REVIEW. |
| 8/18/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.4 | $72.00 | CONFERENCE WITH T. CORLEY, K. BORODKIN RE PREPAYMENTS, BANK ACCOUNTS. |
| 8/18/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | REVIEW UPDATED AP FILES (.3); CORRESPOND WITH L. MULHERN RE PROCESSING SAME, SCH E/F PREP (.2). |
| 8/18/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.3 | $234.00 | REVIEW SCH E/F PREP REPORTS RE NAME MATCHING, UPDATED DATA (1.0); CONFERENCE WITH L. MULHERN RE SAME (.3) |
| 8/18/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | CORRESPOND WITH T. CORLEY RE SOFAS (.1); ; RECONCILE, UPDATE SOFA 1, 2 (.4). |
| 8/18/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.5 | $85.00 | DRAFT SCH G SUMMARY (.3); CORRESPOND WITH C. KARAMBELAS RE DRAFT SCH G (.2). |
| 8/18/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.3 | $51.00 | CORRESPOND WITH C. KARAMBELAS RE CONTRACT EXPORT. |
| 8/18/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 2.8 | $476.00 | GENERATE SOFA/SOALS. |
| 8/18/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 1.6 | $272.00 | PREPARE SOFA/SOALS. |
| 8/18/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 1.3 | $221.00 | REVIEW, REVISE DRAFT SOFA/SOALS. |
| 8/18/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.3 | $51.00 | COORDINATE MISSING ADDRESS RESEARCH RE SCH G. |
| 8/18/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 4.3 | $731.00 | UPDATE, REVISE SCH G RE MISSING ADDRESSES (2.7); CONFERENCE WITH K. TRAN, TEAM RE SCHEDULES PREP (.3); REVIEW CONTRACT FILES RE INVOICE FILTERING (1.3). |
| 8/18/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.5 | $255.00 | PREPARE DATA RE SCH G IMPORT (.7); REVIEW CONTRACT FILES RE INVOICE FILTERING (.8). |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/18/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.5 | $255.00 | REVIEW, FORMAT SCH G DATA (1.0); GENERATE SCHEDULE G REPORTS (.5). |
| 8/18/2023 | Tony Persaud | Senior Case Manager II | $145.00 | 2.0 | $290.00 | RESEARCH ADDRESSES RE SCHEDULES PREP. |
| 8/18/2023 | Tony Persaud | Senior Case Manager II | $145.00 | 2.0 | $290.00 | RESEARCH ADDITIONAL ADDRESSES RE SCHEDULES PREP. |
| 8/19/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.7 | $126.00 | REVIEW AP PROCESSED FILE (.3); CORRESPOND WITH C. KARAMBELAS RE OPEN ISSUES RE SAME (.4) |
| 8/19/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.4 | $72.00 | REVIEW AP RE CREDITOR AGGREGATIONS (.2); REVIEW SOFA/SOALS RE REDACTIONS (.2). |
| 8/19/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | REVIEW SCH G (.2); REVISE SCH A/B 55 RE DEBTOR ALLOCATION (.3). |
| 8/19/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.0 | $180.00 | REVIEW, PROCESS AP DATA (.6); RESEARCH, MATCH MISSING NAMES, ADDRESSES RE SOFA/SOALS PREP (.4). |
| 8/19/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.7 | $126.00 | CORRESPOND WITH T. CORLEY RE LIABILITY COUNTERPART (.2); REVIEW, ANALYZE ACCOUNT DEBTOR ALLOCATIONS (.5). |
| 8/19/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.5 | $85.00 | CORRESPOND WITH T. PERSAUD RE SCH G PREP. |
| 8/20/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.0 | $180.00 | REVISE SOFA/SOALS RE C. KARAMBELAS REVISIONS. |
| 8/20/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.4 | $72.00 | CONFERENCE, CORRESPOND WITH C. KARAMBELAS, MWE RE UPDATED DRAFTS. |
| 8/20/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | REVIEW, REVISE SOFA/SOALS RE MWE COMMENTS. |
| 8/20/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | PREPARE, UPDATE SOFA/SOALS DRAFTS, REPORTS RE MWE COMMENTS. |
| 8/20/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.3 | $54.00 | CORRESPOND WITH C KARAMBELAS RE OPEN SOFA/SOALS ITEMS. |
| 8/20/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.6 | $272.00 | REVIEW, ANALYZE SCH G (1.4); CORRESPOND WITH K. TRAN RE SCH G AGREEMENT (.2). |
| 8/20/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.7 | $289.00 | CORRESPOND WITH C. KARAMBELAS RE SCHEDULE G REQUESTS. |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/20/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 0.8 | $136.00 | PREPARE SOFA/SOALS. |
| 8/20/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 0.6 | $102.00 | REVIEW, REVISE DRAFT SOFA/SOALS. |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.6 | $108.00 | CONFERENCE WITH C. KARAMBELAS RE AP DATA (.4); REVIEW UPDATED RUN RE SAME (.2). |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.7 | $306.00 | REVISE, COMMENT ON DRAFT SCHEDULE REPORTS. |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.3 | $234.00 | REVIEW REVISED AP (.5); REVISE SCH E/F RE SAME (.8). |
| 8/21/2023 | Kevin Streseman | Director/V.P. Consulting | $180.00 | 0.9 | $162.00 | REVISE SCHEDULES RE REDACTIONS. |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | REVIEW, RECONCILE NAME/ADDRESS MATCHES RE SCH E/F PREP. |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | REVISE DRAFT SCHEDULES, SOFAS (1.0); GENERATE DRAFTS, CROSS CHECKING SAME (1.0). |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.0 | $360.00 | CONFERENCE WITH T. CORLEY, ACCOUNTING TEAM RE PREPAYMENTS, DEPOSITS (.5); REVIEW FILE, PROCESS SAME RE SCH A/B (1.5) |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.8 | $324.00 | CONFERENCE WITH COUNSEL RE DRAFT SOFA/SOALS REPORTS. |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 1.1 | $198.00 | GENERATE DRAFT SOFA/SOALS (.7); CONFERENCE WITH L. MULHERN RE CORRECTIONS TO MATCHES (.4). |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.4 | $72.00 | GENERATE FINAL REPORTS (.3); CORRESPOND WITH MWE RE SOFA/SOALS FILING (.1). |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 2.4 | $432.00 | REVIEW EDIT REQUESTS (.4); PROCESS REVISIONS (1.2); REVISE SOFAS, REPORTS RE SAME (.8). |
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.4 | $72.00 | REVIEW UPDATED ACCOUNT DATA (.1); CONFERENCE, CORRESPOND WITH T. CORLEY RE SAME (.2); REVISE SCHEDULES RE SAME (.1). |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 8/21/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.5 | $90.00 | REVIEW SCHEDULES DRAFT (.3); CORRESPOND WITH L. MULHERN RE REDACTED ADDRESSES (.1); CORRESPOND WITH EPIQ QA TEAM RE REDACTED ADDRESSES (.1). |
| 8/21/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 5.6 | $952.00 | COORDINATE REVIEW RE SCHEDULE DRAFTS (2.5); UPDATE, REVISE RE SAME (3.1). |
| 8/21/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 7.4 | $1,258.00 | GENERATE SOFA/SOALS. |
| 8/21/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 0.3 | $51.00 | REVIEW, REVISE DRAFT SOFA/SOALS. |
| 8/21/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.5 | $85.00 | CORRESPOND WITH K. TRAN, EPIQ TEAM RE SCHG PREP, ENTRY OF CONTRACTS. |
| 8/21/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.6 | $102.00 | COORDINATE REVIEW OF SCHEDULES RE INDIVIDUAL REDACTIONS. |
| 8/21/2023 | Kimberly Greenbaum | Senior Consultant I | $160.00 | 2.1 | $336.00 | REVIEW, REVISE SOFA/SOALS RE REDACTIONS. |
| 8/21/2023 | Charles Safko | Senior Consultant I | $160.00 | 2.1 | $336.00 | REVIEW, REVISE SOFA/SOALS RE REDACTIONS. |
| 8/21/2023 | Kim Sturtevant | Call Center Operator | $55.00 | 0.4 | $22.00 | INBOUND CALL SUPPORT RE SOFA/SOALS/CLAIMS |
| 8/22/2023 | Kathryn Tran | Director/V.P. Consulting | $180.00 | 0.1 | $18.00 | CORRESPOND WITH COUNSEL RE FILED SOFA/SOALS. |
| 8/28/2023 | Stephanie Zilch | Call Center Operator | $55.00 | 0.2 | $11.00 | INBOUND CALL SUPPORT RE SOFA/SOALS/CLAIMS |
| 9/5/2023 | Zulay Comabella | Call Center Operator | $55.00 | 0.2 | $11.00 | INBOUND CALL SUPPORT RE SOFA/SOALS/CLAIMS |
| 9/5/2023 | Garyelle Nelson | Call Center Operator | $55.00 | 0.1 | $5.50 | INBOUND CALL SUPPORT RE SOFA/SOALS/CLAIMS |
| 9/6/2023 | Regina Richardson | Call Center Operator | $55.00 | 0.2 | $11.00 | INBOUND CALL SUPPORT RE SOFA/SOALS/CLAIMS |
| 11/9/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.4 | $238.00 | CONFERENCE WITH C. KARAMBELAS RE SCHEDULE AMENDMENT (.8); DRAFT NOTES RE SAME (.3); COORDINATE SCHEDULE AMENDMENT REVIEW (.3). |
| 11/14/2023 | Lance Mulhern | Director of Case Management II | $170.00 | 0.4 | $68.00 | GENERATE REVISED SOFA/SOALS. |

| Date | Associate Name | Seniority Level | Current Contract Rate | Hours | Calculated Total Amount | Additional Comments |
|---|---|---|---|---|---|---|
| 11/16/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.1 | $17.00 | CORRESPOND WITH D. RODRIGUEZ RE COORDINATION OF SCHEDULE REVIEW. |
| 12/19/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.1 | $17.00 | CORRESPOND WITH D. RODRIGUEZ RE COORDINATION OF SCHEDULE AMENDMENT. |
| 12/20/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 6.4 | $1,088.00 | REVIEW, REVISE SCHEDULE AMENDMENT DRAFTS (4.0); COORDINATE MANUAL UPDATES RE SAME (6.1); CORRESPOND WITH D. RODRIGUEZ RE PREP OF SAME (.3). |
| 12/24/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 0.5 | $85.00 | COORDINATE EXPORT OF SOFA/SOALS DATA (.4); CORRESPOND WITH D. RODRIGUEZ RE SAME (.1). |
| 12/27/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 6.1 | $1,037.00 | REVIEW, ANALYZE UPDATES RE SCHEDULE AMENDMENT (3.1); COORDINATE UPDATES TO SCHEDULE AMENDMENT RE SAME (3.0). |
| 12/28/2023 | Regina Amporfro | Senior Consultant II | $170.00 | 1.4 | $238.00 | EXPORT SCHEDULE DATA (1.2); CORRESPOND WITH K. TRAN, EPIQ TEAM RE SAME (.2). |
| | | | | **168.1** | **$28,977.50** | |