**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: 6/20/24 at 4:00 p.m. (CT)** |

**SUMMARY OF NINTH MONTHLY FEE APPLICATION OF
McDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTORS AND
DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | **McDERMOTT WILL & EMERY LLP** |
| Authorized to provide professional services to: | **Debtors and Debtors-in-Possession** |
| Date of retention: | **September 14, 2023, effective as of August 7, 2023** |
| Period for which compensation and reimbursement is sought: | **April 1, 2024 through April 30, 2024** |
| Amount of compensation sought as actual, reasonable and necessary: | **$181,061.60 (80% of $226,327.00)[1]** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$1,663.77** |
| This is a: | **Ninth Monthly Application** |

---

[1] This amount does not reflect $2,760.43, including $714.00 in incurred fees and $2,046.43 in incurred expenses, that McDermott has voluntarily written off with respect to the Application Period (as defined herein).

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Approved Fees/Expenses |
|---|---|---|---|---|
| **First Monthly [D.I. 348]** | 10/9/23 | 8/7/23 – 8/31/23 | $738,318.00 / $4,741.38 | *Pending* |
| **Second Monthly [D.I. 502]** | 11/10/23 | 9/1/23 – 9/30/23 | $649,102.80 / $3,346.20 | *Pending* |
| **Third Monthly [D.I. 532]** | 11/27/23 | 10/1/23 – 10/31/23 | $450,968.00 / $5,638.37 | *Pending* |
| **Fourth Monthly [D.I. 574]** | 12/15/23 | 11/1/23 – 11/31/23 | $289,259.20 / $4,988.95 | *Pending* |
| **Fifth Monthly [D.I. 817]** | 3/8/24 | 12/1/23 – 12/31/23 | $212,868.40/ $266,085.50 | *Pending* |
| **Sixth Monthly [D.I. 819]** | 3/8/24 | 1/1/24 – 1/31/24 | $552,393.60 / $2,999.00 | *Pending* |
| **Seventh Monthly [D.I. 948]** | 4/10/24 | 2/1/24 – 2/29/24 | $262,797.20 / $1,452.41 | *Pending* |
| **Eighth Monthly [D.I. 1021]** | 5/6/24 | 3/1/24 – 3/31/24 | $380,938.80 / $3,703.82 | *Pending* |

**MERCY HOSPITAL IOWA CITY, IOWA, ET AL.**
**COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION**
**SUMMARY OF BILLING BY PROFESSIONAL FOR APPLICATION PERIOD**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Felicia Gerber Perlman | 1992 | Partner; Corporate Advisory | $1,850 | 8.5 | $15,725.00 |
| James W. Kapp | 1994 | Partner; Corporate Advisory | $1,450 | 55.8 | $80,910.00 |
| Jeffrey M. Holdvogt | 2003 | Partner; Employee Benefits and Executive Compensation | $1,450 | 4.0 | $5,800.00 |
| Daniel M. Simon | 2008 | Partner; Corporate Advisory | $1,450 | 17.1 | $24,795.00 |
| Nathan M. Bull | 2006 | Partner; Trial | $1,410 | 3.3 | $4,653.00 |
| Jay E. Greathouse | 2012 | Partner; Healthcare | $1,300 | 3.9 | $5,070.00 |
| Emily C. Keil | 2018 | Associate; Corporate Advisory | $1,105 | 72.9 | $80,554.50 |
| Benjamin S. Paulsen | 2018 | Associate; Private Client | $1,060 | 5.2 | $5,512.00 |
| Dexter Golinghorst | 2021 | Associate; Healthcare | $945 | 3.5 | $3,307.50 |
| TOTALS | | | | 174.2 | $226,327.00 |

**MERCY HOSPITAL IOWA CITY, IOWA, ET AL.**
**COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION**
**COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 62.4 | $87,920.50 |
| Meetings/Communications with Creditors | 2.3 | $2,541.50 |
| Fee/Employment Applications | 7.9 | $8,902.00 |
| Fee/Employment Objections | 0.2 | $221.00 |
| Other Contested Matters | 4.2 | $6,450.00 |
| Business Operations | 2.2 | $3,190.00 |
| Employee Benefits/Pensions | 6.4 | $8,866.00 |
| Board of Director Matters | 1.5 | $2,775.00 |
| Plan and Disclosure Statement | 78.6 | $95,296.00 |
| Litigation | 8.5 | $10,165.00 |
| **TOTALS** | **174.2** | **$226,327.00** |

**MERCY HOSPITAL IOWA CITY, IOWA, ET AL.**
**COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION**
**EXPENSE SUMMARY FOR APPLICATION PERIOD**

| Expense Category[1] | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Notary Expenses | BMO Harris Bank | $25.00 |
| Travel Expenses | Various | $1,638.77 |
| **TOTAL** | | **$1,663.77** |

---

[1]   McDermott voluntarily waived all Westlaw and LexisNexis charges, all computer data storage charges incurred
as part of the discovery process during the Application Period for a total voluntary write-off of $2,046.43.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: 6/20/24 at 4:00 p.m. (CT)** |

### NINTH MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

McDermott Will & Emery LLP (the "Applicant" or "McDermott"), counsel to Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries as debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "Interim Compensation Order"),[1] for allowance of compensation for services rendered and reimbursement of expenses for the period from April 1, 2024 through April 30, 2024 (the "Application Period"), and respectfully represents as follows:

### JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the Northern District of Iowa (the "Court") has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Public*

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to such items in the Interim Compensation Order.

*Administrative Order* referring bankruptcy cases entered by the United States District Court for the Northern District of Iowa.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.     The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331 and Bankruptcy Rule 2016.  McDermott confirms its consent to the entry of a final order by the Court in connection with the Application in the event that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## BACKGROUND

### I.     The Chapter 11 Cases

3.     On August 7, 2023 (the "Petition Date"), each of the Debtors commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  The Chapter 11 Cases are being jointly administered for procedural purposes only.

4.     The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

5.     On August 15, 2023, the Office of the United States Trustee for the Northern District of Iowa (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") in the Chapter 11 Cases [Docket No. 107].  On November 4, 2023, the U.S. Trustee appointed an official committee of pensioners (the "Pension Committee") [Docket No. 458].  No trustee or examiner has been appointed in the Chapter 11 Cases.

6.     Additional information regarding the Debtors and these Chapter 11 Cases, including the Debtors' business operations, capital structure, financial condition, and the reasons for and objectives of these Chapter 11 Cases, is set forth in the *Declaration of Mark E. Toney in*

*Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 27] (the "<u>First Day</u>

<u>Declaration</u>").

**II.     The Retention of McDermott**

7.     On  August 23, 2023,  the  Debtors  applied  [Docket No. 148]  (the  "<u>McDermott</u>

<u>Retention Application</u>") to the Court for an order authorizing the Debtors to retain and employ

McDermott as its counsel, effective as of August 7, 2023.  On September 14, 2023, the Court

entered an order [Docket No. 226] authorizing such retention.

**III.    The Interim Compensation Order**

8.     On September 14, 2023, the Court entered the Interim Compensation Order, which

sets the procedures for interim compensation and reimbursement of expenses in the Chapter 11

Cases.  Specifically, the Interim Compensation Order provides that a Retained Professional may

file and serve a Monthly Fee Application on or after the 15th day of each month following the

month for which compensation is sought.  Provided that there are no objections to the Monthly

Fee Application filed within 14 days after service of the same, the Debtors are authorized to pay

such Retained Professional eighty percent (80%) of the fees and one-hundred percent (100%) of

the expenses requested in such Monthly Fee Application.  If an objection is filed to the Monthly

Fee Application and the parties reach a consensual resolution, the Debtors are authorized to pay

eighty percent (80%) of the agreed-upon fees and one-hundred percent (100%) of the agreed-upon

expenses.

<u>**RELIEF REQUESTED**</u>

9.     Pursuant to the Interim Compensation Order and Bankruptcy Code section 331,

McDermott is seeking compensation in the amount of $181,061.60, which is equal to eighty

percent (80%) of the $226,327.00 in fees for professional services rendered by McDermott during

3

the Application Period. This amount is derived solely from the applicable hourly billing rates of McDermott's personnel who rendered such services to the Debtors. In addition, McDermott is seeking reimbursement of expenses incurred during the Application Period in the amount of $1,663.77.

**A.    Compensation Requested**

10.    Attached hereto as **<u>Exhibit A</u>** is a detailed itemization, by project category, of all services performed by McDermott with respect to the Chapter 11 Cases during the Application Period. This detailed itemization complies with the Interim Compensation Order and Bankruptcy Rule 2016 in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

11.    The attorneys and paraprofessionals who rendered services related to each category are identified in **<u>Exhibit A</u>**, along with the number of hours for each individual and the total compensation sought for each category.

**B.    Expense Reimbursement**

12.    McDermott incurred out-of-pocket expenses during the Application Period in the amount of $1,663.77. Attached hereto as **<u>Exhibit B</u>** are descriptions of the expenses actually incurred by McDermott in the performance of services rendered as counsel to the Debtors. The expenses are broken down into categories of charges, including travel expenses and cost of auction transcripts.[2]

---

[2]    As discussed herein, McDermott voluntarily waived all Westlaw and LexisNexis charges, all computer data storage charges incurred as part of the discovery process during the Application Period for a total voluntary write-off of $2,046.43.

## **VALUATION OF SERVICES**

13.     Attorneys and paraprofessionals of McDermott have expended a total of 174.2 hours in connection with this matter during the Application Period.  The amount of time spent by each of the professionals providing services to the Debtors for the Application Period is set forth in **Exhibit A**.  The reasonable value of the services rendered by McDermott for the Application Period as counsel for the Debtors in the Chapter 11 Cases is $226,327.00.

## **BASIS FOR RELIEF REQUESTED AND APPLICABLE AUTHORITY**

14.     Bankruptcy Code section 330(a) provides, in pertinent part, that:

> [T]he court may award . . . ***reasonable compensation*** for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a) (emphasis added).  The Eighth Circuit Court of Appeals has stated:

> "[Reasonable] [c]ompensation . . . presumably reflects (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained."

*P.A. Novelly v. Palans (In re Apex Oil Co.)*, 960 F.2d 728, 731–32 (8th Cir. 1992).

15.     In reviewing this Application, the Court should be guided by the Eighth Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> Section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee

5

> awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts."

*Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984); *see also In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992) ("[I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is so to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.").

16.     In accordance with the factors enumerated in Bankruptcy Code section 330, McDermott submits that the amount requested is fair and reasonable given (a) the complexity of the Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  The fees charged by McDermott in these Chapter 11 Cases were billed in accordance with its existing billing rates and procedures set forth in the McDermott Retention Application, in effect during the Application Period.  McDermott's rates for the services rendered by its attorneys and paraprofessionals in these Chapter 11 Cases are the same rates that McDermott charges for services rendered in comparable non-bankruptcy matters.  Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

17.     McDermott reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

## NO PRIOR REQUEST

18.     No prior request for the relief sought in the Application has been made to this or any other court.

## CONCLUSION

WHEREFORE, McDermott respectfully requests that the Court enter an Order: (i) granting

the Application and authorizing (a) allowance of compensation in the amount of $181,061.60 (80%

of $226,327.00) for professional services rendered, and (b) reimbursement for actual and necessary

costs in the amount of $1,663.77; (ii) directing payment by the Debtors of the foregoing amounts;

and (iii) granting such other further relief as the Court deems just and proper.

Dated: Cedar Rapids, Iowa
June 6, 2024

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:     (319) 286-7002
Facsimile:      (319) 286-7050
Email:          rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  515-645-5510
Facsimile:   515-283-8045
Email:      mmcguire@nyemaster.com
            kmstanger@nyemaster.com
            dhempy@nyemaster.com

- and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:          fperlman@mwe.com

dsimon@mwe.com
ekeil@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies, under penalty of perjury, that on this June 6, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

*/s/ Roy Leaf*

**EXHIBIT A**

**Time Detail**



Invoice: 3897370                                              05/29/2024
Client: 104125

Mercy Hospital, Iowa City, Iowa
500 East Market Street
Iowa City, IA  52245

For Services Rendered in Connection with:

Matter: 0013        Chapter 11 Bankruptcy

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| B130 | 04/01/24 | J. Kapp | 3.50 | Research issues pertaining to ICASC stay proposed consensual order (3.5). |
| B130 | 04/01/24 | E. Keil | 0.30 | Review sale distribution order (.2); correspondence with R. Leaf re same (.1). |
| B130 | 04/01/24 | D. Golinghorst | 0.80 | Draft analysis and correspondence re HR data extraction (.8). |
| B130 | 04/02/24 | D. Simon | 0.30 | Communications with J. Kapp re ASC order (.3). |
| B130 | 04/02/24 | J. Kapp | 2.80 | Correspond with D. Simon re stipulated order (.2); review D. Simon revisions to same (.2); revise order and attend to issues re same (.8); review operating agreement and case law re related issue (.9); correspond with M. Gustafson re same (.2); review stipulated order re distribution of sale proceeds to master trustee (.4); review proceeding order re ICASC stay motion (.1). |
| B130 | 04/03/24 | J. Kapp | 1.30 | Multiple correspondence with M. Gustafson re consensual order re ICASC stay motion (.3); review revised order from M. Gustafson (.2); correspond with D. Simon and J. Greathouse re same and attend to issues raised by same (.8). |
| B130 | 04/03/24 | D. Golinghorst | 0.20 | Review and analyze correspondence re HR data and STAR ratings (.2). |
| B130 | 04/04/24 | J. Kapp | 3.20 | Review and revise proposed consensual order re ICASC stay motion and various correspondence with M. Gustafson, D. Simon, R. Leaf and M. Preusker re same (.9); correspondence with D. Orman, M. Toney and D. Simon re marketing of ICASC and issues re same (.4); review marketing agreement and underlying operating agreement re same (1.8); correspondence with M. Gustafson re issues filing consensual order (.1). |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



Mercy Hospital, Iowa City, Iowa

Client:        104125
Invoice:       3897370
Invoice Date:  05/29/2024

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| B130 | 04/04/24 | D. Golinghorst | 0.10 | Review and analyze correspondence re data submission and extraction (.1). |
| B130 | 04/04/24 | D. Simon | 0.30 | Conference with H2C re ASC issues (.3). |
| B130 | 04/05/24 | J. Kapp | 2.50 | Correspond with D. Simon and E. Keil re status hearing re ICASC stay motion (.4); review entered order re same (.1); correspond with M. Preusker and D. Simon re ICASC valuation issues (.4); attend to valuation process issues re same (1.6). |
| B130 | 04/08/24 | J. Kapp | 4.20 | Correspondence with M. Preusker re potential interest re ICACS and valuation issues (.4); review operating agreement and outline potential valuation issues re same (1.2); research re same (2.4); correspond with D. Simon re same (.2). |
| B130 | 04/09/24 | J. Kapp | 1.90 | Conference with M. Preusker, D. Simon, K. Walsh and N. Coco re ICASC sale process (.6); correspond with D. Simon re same and follow-up re same (.9); correspond with R. Bayman, D. Orman, M. Toney and D. Simon re ICASC sale process and issues re same (.4). |
| B130 | 04/09/24 | D. Simon | 0.70 | Conference with Mintz re ASC issues (.5); conference with R. Bayman re same (.2). |
| B130 | 04/10/24 | J. Kapp | 3.80 | Conference with R. Bayman, D. Simon, D. Orman and others re ICASC sales process (.6); follow-up with D. Simon re same and follow-up (.4); correspond with M. Preusker re next steps in ICASC sale process and issues re same (.2); continue outline of valuation process and review underlying documents re same (2.6). |
| B130 | 04/10/24 | D. Simon | 0.50 | Conference with client and H2C re ASC next steps (.5). |
| B130 | 04/11/24 | J. Kapp | 5.20 | Correspondence with M. Preusker re unit purchase price formula (.5); review operating agreement and research re same (4.3); correspond with D. Simon, M. Toney and others re same (.4). |
| B130 | 04/12/24 | J. Kapp | 1.60 | Review nonbinding LOIs for ICASC (.3); review summary of LOIs from D. Orman (.1); correspond with D. Orman re LOI contingencies and follow-up re same (.8); correspondence with M. Preusker re valuation process and issues re same (,4). |
| B130 | 04/15/24 | D. Golinghorst | 0.40 | Review and analyze correspondence re post-closing |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



Mercy Hospital, Iowa City, Iowa

Client:        104125
Invoice:       3897370
Invoice Date:  05/29/2024

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | matters (.4). |
| B130 | 04/16/24 | D. Golinghorst | 0.60 | Review correspondence re Medicare payments matter (.2); review APA and draft analysis of obligations re same (.4). |
| B130 | 04/16/24 | J. Kapp | 2.90 | Various correspondence from D. Orman, D, Simon, M. Toney and J. Porter re ICASC sale process and letters of intent re same (.8); review and attend to issues re letters of intent (.9); correspond with M. Preusker and K. Walsh re sale/valuation process (.8); follow-up correspondence with D. Simon and others re same (.4). |
| B130 | 04/17/24 | D. Golinghorst | 0.50 | Conference with Mercy and UIHC re HR data transfer matter and next steps re same (.5). |
| B130 | 04/17/24 | E. Keil | 0.30 | Conference with R. Leaf re motion to sell interest in trust (.3). |
| B130 | 04/17/24 | J. Kapp | 2.40 | Correspondence from D. Simon and D. Orman re next steps re ISASC sale process and follow-up re same (.8); correspondence with M. Preusker re unit purchase price formula and review agreement re same (1.6). |
| B130 | 04/17/24 | J. Greathouse | 0.50 | Conference with Mercy, UHIC re HR data (.5). |
| B130 | 04/17/24 | D. Simon | 0.30 | Communications with Mercy, ASC re ASC issues (.3). |
| B130 | 04/18/24 | J. Kapp | 1.30 | Correspondence with D. Orman and D. Simon re ISASC sale process (.5); attend to issues re same (.8). |
| B130 | 04/18/24 | J. Greathouse | 0.50 | Conference with D. Simon and J. Porter re AR and transition issues (.5). |
| B130 | 04/18/24 | D. Simon | 0.50 | Conference with Mercy re sale transition issues (.5). |
| B130 | 04/19/24 | J. Kapp | 3.20 | Conference with D. Simon, D. Orman, R. Bayman, J. Porter and others re indications of interest re ICASC and next steps (.6); correspond with M. Preusker and D. Orman re same (.3); correspondence from D. Orman re indications of interest and comparisons re same (.3); correspondence re interest in Melrose (.4); review operating agreement re same (1.6). |
| B130 | 04/19/24 | J. Greathouse | 0.50 | Conference re ICASC next steps (.5). |
| B130 | 04/19/24 | D. Golinghorst | 0.90 | Review and analyze Melrose Meadows operating agreement (.6); draft analysis of dissolution event |



Mercy Hospital, Iowa City, Iowa

Client:        104125
Invoice:       3897370
Invoice Date:  05/29/2024

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | triggers (.3). |
| B130 | 04/19/24 | D. Simon | 0.60 | Conference with client re ASC strategy (.6). |
| B130 | 04/22/24 | J. Kapp | 2.50 | Correspondence with D. Simon, E. Keil and W. Henrich re ICASC sale process and compile applicable documents re same (.7); correspond with D. Orman and M. Preusker re ICASC sale process (.4); continue review of Melrose operating agreement (1.4). |
| B130 | 04/22/24 | D. Simon | 1.50 | Conference with client and B. Henrich re ASC strategy (.5); conference with TKP re sale and wind-down issues and strategies (1.0). |
| B130 | 04/22/24 | J. Greathouse | 0.80 | Conference with MIC re various TSA and post-closing matters (.8). |
| B130 | 04/23/24 | J. Kapp | 2.00 | Conference with M. Preusker, D. Simon, W. Henrich, K. Walsh, N. Coco, D. Orman and others re ICACS sale process (.8); correspond with D. Simon and D. Orman re same (.4); follow-up re same (.8). |
| B130 | 04/24/24 | J. Kapp | 1.20 | Correspondence from D. Orman and D. Simon re ISASC sale and valuation process (.4);  attend to issues re valuation/sale process (.8). |
| B130 | 04/24/24 | J. Greathouse | 0.50 | Conference with Polsinelli re various TSA and post-closing matters (.5). |
| B130 | 04/24/24 | D. Simon | 0.80 | Conference with Polsinelli re TSA extension and related issues (.6); communications with client re same (.2). |
| B130 | 04/25/24 | J. Greathouse | 1.10 | Review correspondence from R. Bayman and D. Orman re Melrose Medow's operating agreement (.2); analyze operating agreement (.7); draft response to R. Bayman and D. Orman re same (.2). |
| B130 | 04/25/24 | J. Kapp | 1.60 | Correspond with D. Simon and M. Gustafson re ICACS valuation/sale process (.4); follow-up re same and review prior correspondence/consensual order re same (.7); correspond with D. Orman and D. Simon re indications of interest re ISCASC and issues re same (.5). |
| B130 | 04/29/24 | J. Kapp | 0.60 | Correspondence with D. Orman and D. Simon re ICASC sale process (.4); correspond with M. Gustafson re same (.2). |
| B130 | 04/30/24 | J. Kapp | 1.20 | Correspondence with M. Gustafson and D. Simon re |



Mercy Hospital, Iowa City, Iowa

Client:       104125
Invoice:      3897370
Invoice Date: 05/29/2024

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | valuation process and related issues (.4); follow-up re same (.8). |
| B150 | 04/15/24 | E. Keil | 0.80 | Conferences with creditors re solicitation notices (.5); correspondence with Epiq re same (.3). |
| B150 | 04/16/24 | E. Keil | 0.60 | Conferences with creditors re notices (.4); correspondence with Epiq re same (.2). |
| B150 | 04/17/24 | E. Keil | 0.30 | Conferences and correspondence with Epiq re creditor calls (.3). |
| B150 | 04/23/24 | E. Keil | 0.60 | Correspondence and conferences with creditors re solicitation (.4); correspondence with Epiq team re same (.2). |
| B160 | 04/01/24 | E. Keil | 1.90 | Review MWE invoices for privilege issues and compliance with Local Rules (1.5); draft February fee application (.4). |
| B160 | 04/03/24 | D. Simon | 0.50 | Call with H2C counsel re H2C fee application (.5). |
| B160 | 04/04/24 | E. Keil | 0.90 | Review and revise invoices for privilege issues and compliance with Local Rules (.9). |
| B160 | 04/05/24 | E. Keil | 0.80 | Review and revise invoices for privilege issues and compliance with Local Rules (.8). |
| B160 | 04/10/24 | E. Keil | 1.00 | Finalize MWE February fee application for filing (.4); review March invoices for privilege issues and compliance with Local Rules (.6). |
| B160 | 04/17/24 | E. Keil | 1.20 | Review time detail for privilege issues and compliance with local rules (.8); revise March fee application (.4). |
| B160 | 04/22/24 | E. Keil | 0.40 | Revise March fee application (.4). |
| B160 | 04/23/24 | E. Keil | 0.80 | Conferences with R. Leaf, K. Borokin re OCP (.6); draft notices re same (.2). |
| B160 | 04/30/24 | E. Keil | 0.40 | Revise OCP quarterly statement (.1); revise notice of same (.1); correspondence with K. Borodkin re same (.1); correspondence with R. Leaf re same (.1). |
| B170 | 04/24/24 | E. Keil | 0.20 | Review UST fee objection (.2). |
| B190 | 04/03/24 | D. Simon | 1.10 | Conference with client re potential MercyOne strategy (.6); review documents re same (.5). |
| B190 | 04/03/24 | F. Perlman | 0.90 | Prepare for and conference with MWE, Mercy re MercyOne (.9). |
| B190 | 04/04/24 | D. Simon | 0.70 | Conference with N. Bull re University litigation hold issues (.4); communications with R. Leaf re insurance issues and related litigation (.3). |
| B190 | 04/05/24 | D. Simon | 0.30 | Discuss MercyOne issues with client (.3). |



Mercy Hospital, Iowa City, Iowa

Client: 104125
Invoice: 3897370
Invoice Date: 05/29/2024

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| B190 | 04/09/24 | D. Simon | 0.80 | Conference with Mintz re MercyOne negotiations (.4); communications with client re same (.4). |
| B190 | 04/11/24 | D. Simon | 0.40 | Conference with MercyOne re settlement (.4). |
| B210 | 04/10/24 | D. Simon | 1.00 | Review and revise board presentation (.4); conferences with client re same (.6). |
| B210 | 04/11/24 | D. Simon | 1.20 | Prepare for and attend board of directors meeting (1.2). |
| B220 | 04/03/24 | J. Holdvogt | 0.20 | Correspondence to and from P. Brubaker re MIC tax filings and forms for pension plan (.2). |
| B220 | 04/11/24 | J. Holdvogt | 0.50 | Prepare outline of timeline for pension termination process (.5). |
| B220 | 04/23/24 | J. Holdvogt | 1.50 | Conferences with Mercy team re pension issues and options (.8); review and confirm IRS guidance re church plan sponsorship issues for potential new structure (.7). |
| B220 | 04/23/24 | D. Simon | 1.20 | Prepare for and attend pension call (1.2). |
| B220 | 04/25/24 | J. Holdvogt | 0.50 | Conferences with Mercy team re pension issues and options (.5). |
| B220 | 04/26/24 | J. Holdvogt | 0.80 | Conferences with Mercy team re pension issues and options (.4); prepare due diligence questions reg ongoing church plan status (.2); coordinate with E. Keil re pension plan sponsor structure (.2). |
| B220 | 04/29/24 | E. Keil | 1.00 | Conference with Pension Committee, UCC, Bondholders re structure for pension (.4); conference with R. Leaf re same (.6). |
| B220 | 04/30/24 | E. Keil | 0.20 | Conference with R. Leaf re pension plan (.2). |
| B220 | 04/30/24 | J. Holdvogt | 0.50 | Review and analysis of issues with Deloitte pension termination timeline (.5). |
| B260 | 04/11/24 | F. Perlman | 1.50 | Prepare for and attend board meeting (1.5). |
| B320 | 04/01/24 | F. Perlman | 1.90 | Revise plan, disclosure statement and solicitation procedures (1.9). |
| B320 | 04/01/24 | E. Keil | 2.40 | Revise solicitation procedures order (.8); conference with UCC counsel re same (.2); revise plan/DS (.5); correspondence with Epiq team re solicitation (.3); revise solicitation materials (.6). |
| B320 | 04/01/24 | D. Simon | 0.50 | Multiple communications re finalization of plan and related documents (.5). |
| B320 | 04/02/24 | D. Simon | 0.30 | Communications with E. Keil re plan revisions (.3). |
| B320 | 04/02/24 | E. Keil | 3.40 | Revise plan/DS for solicitation (1.9); conferences with R. Leaf, D. Simon re same (.8); correspondence |

444 West Lake Street Suite 4000 Chicago, IL 60606-0029 Tel +1 312 372 2000

*US practice conducted through McDermott Will & Emery LLP.*



Mercy Hospital, Iowa City, Iowa

| | | | | |
|---|---|---|---|---|
| | | | Client: | 104125 |
| | | | Invoice: | 3897370 |
| | | | Invoice Date: | 05/29/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | with UCC, Bondholder Representatives, Pension Committee re same (.3); revise solicitation procedures order (.3); correspondence with UCC, Bondholder Representatives, Pension Committee re same (.1). |
| B320 | 04/02/24 | F. Perlman | 1.60 | Finalize plan and disclosure statement (1.6). |
| B320 | 04/03/24 | E. Keil | 3.30 | Finalize plan for solicitation (.8); finalize solicitation procedures order and related exhibits (.4); correspondence with M. Toney, UCC, Pension Commitee, et al. re same (.2); finalize solicitation materials (1.2); conferences, correspondence with Epiq team re solicitation workstreams (.7). |
| B320 | 04/03/24 | J. Kapp | 1.70 | Review disclosure statement order (.9); review revised disclosure statement (.8). |
| B320 | 04/04/24 | J. Kapp | 0.80 | Review notice of revised plan and review revisions to same (.8). |
| B320 | 04/04/24 | E. Keil | 1.00 | Conferences and correspondence with R. Leaf, E. Young re solicitation (.4); finalize notices, ballots, et al. re same (.6). |
| B320 | 04/05/24 | E. Keil | 0.90 | Draft Toney declaration in support of confirmation (.9). |
| B320 | 04/08/24 | E. Keil | 6.00 | Continue to draft Toney declaration re confirmation (3.1); draft brief in support of confirmation (2.9). |
| B320 | 04/09/24 | E. Keil | 5.10 | Draft confirmation brief (4.7); revise Toney declaration re same (.4). |
| B320 | 04/10/24 | E. Keil | 2.40 | Draft confirmation order (1.3); revise Toney declaration (.6); correspondence with M. Toney re confirmation timeline (.1); draft confirmation brief (.4). |
| B320 | 04/11/24 | E. Keil | 5.10 | Correspondence and conferences with MercyOne re settlement (.6); revise confirmation brief (2.4); research re Iowa / Eighth Circuit law re same (1.3); revise Toney declaration (.8). |
| B320 | 04/12/24 | E. Keil | 2.80 | Correspondence with UCC, Bondholders re liquidation trust agreement (.3); revise plan (.3); revise voting certification (.5); continue to draft confirmation order (1.7). |
| B320 | 04/12/24 | J. Kapp | 3.80 | Continue review of revised plan and disclosure statement (3.8). |
| B320 | 04/16/24 | E. Keil | 0.40 | Draft voting certification (.4). |



Mercy Hospital, Iowa City, Iowa

| | | |
|---|---|---|
| Client: | 104125 |
| Invoice: | 3897370 |
| Invoice Date: | 05/29/2024 |

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| B320 | 04/16/24 | D. Simon | 0.40 | Revise potential plan analysis (.4). |
| B320 | 04/17/24 | E. Keil | 1.40 | Revise voting certification (.5); correspondence with Epiq re same (.1); revise confirmation brief (.8). |
| B320 | 04/18/24 | E. Keil | 1.30 | Revise confirmation brief (1.3). |
| B320 | 04/19/24 | E. Keil | 4.40 | Revise confirmation brief, confirmation order, Toney declaration (4.2); conference with R. Leaf re pension solicitation (.2). |
| B320 | 04/22/24 | E. Keil | 1.30 | Correspondence re liquidation trust agreement (.1); revise plan/DS (.3); conference with R. Leaf re same (.2); correspondence with W. Henrich re same (.1); review 3018 motion (.2); review tabulation report (.2); revise voting certification draft (.2). |
| B320 | 04/22/24 | F. Perlman | 0.80 | Attention to liquidation trust (.4); analysis re pension options (.4). |
| B320 | 04/22/24 | D. Simon | 1.20 | Review and revise confirmation related materials (1.2). |
| B320 | 04/23/24 | E. Keil | 5.50 | Correspondence with Epiq re solicitation (.3); review and revise liquidation trust agreement (1.3); conference with R. Leaf re same, plan supplement (.9); draft plan supplement notice (.5); revise confirmation order (2.5). |
| B320 | 04/23/24 | F. Perlman | 0.50 | Conference re pension restructuring issues and analysis same (.5). |
| B320 | 04/24/24 | E. Keil | 2.30 | Revise Liquidation Trust Agreement (.6); correspondence with UCC, Pension Committee, et al. re same (.2); revise plan re same (.3); revise confirmation brief (1.2). |
| B320 | 04/24/24 | D. Simon | 0.70 | Communications with R. Leaf and others re plan and pension issues (.7). |
| B320 | 04/25/24 | E. Keil | 3.20 | Conference with R. Leaf re go-forward workstreams (.3); revise plan supplement items (.4); revise notice of same (.1); correspondence with UCC re Pension Plan Administrator, plan supplement items (.2); revise plan re liquidation trust agreement (.2); revise confirmation brief (1.3); revise confirmation order (.7). |
| B320 | 04/25/24 | F. Perlman | 0.50 | Work on plan supplement and pension strategy (.5). |
| B320 | 04/25/24 | D. Simon | 0.80 | Communications with R. Leaf and E. Keil re pension and plan related issues (.8). |
| B320 | 04/26/24 | E. Keil | 6.30 | Revise confirmation order (5.1); conference with R. |

444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000

*US practice conducted through McDermott Will & Emery LLP.*



Mercy Hospital, Iowa City, Iowa

Client: 104125
Invoice: 3897370
Invoice Date: 05/29/2024

| Task | Date | Name | Hours | Description |
|------|------|------|-------|-------------|
| | | | | Leaf, P. Roby re go-forward pension structure (.3); conference with R. Leaf re mechanics for same in plan (.9). |
| B320 | 04/28/24 | E. Keil | 1.60 | Correspondence with UCC, Pension Committee, et al. re liquidation trust agreement (.2); review revised liquidation trust agreement (1.4). |
| B320 | 04/29/24 | J. Kapp | 0.60 | Review modified plan supplement (.6). |
| B320 | 04/29/24 | F. Perlman | 0.80 | Follow up re pension strategy and liquidating trust agreement (.8). |
| B320 | 04/29/24 | E. Keil | 1.10 | Revise notice of plan supplement (.4); correspondence with UCC, Pension Committee, et al. re liquidation trust agreement (.2); revise plan re same (.2); review tabulation report (.3). |
| B320 | 04/30/24 | D. Simon | 0.50 | Conference with N. Coco re various plan related issues (.3); conference with J. Porter re same (.2). |
| B470 | 04/04/24 | N. Bull | 0.40 | Conference with D. Simon re MercyOne (.4). |
| B470 | 04/06/24 | N. Bull | 0.70 | Review memorandum re MercyOne (.7). |
| B470 | 04/09/24 | B. Paulsen | 1.90 | Meeting with N. Bull re potential claims (.4); review management agreement and related documents concerning potential claims (1.5). |
| B470 | 04/09/24 | N. Bull | 0.50 | Conference with B. Paulsen re MercyOne and review memorandum (.5). |
| B470 | 04/10/24 | B. Paulsen | 0.30 | Conference with M. Toney, D. Simon and N. Bull concerning potential claims (.3). |
| B470 | 04/10/24 | N. Bull | 0.40 | Conference with D. Simon and M. Toney re MercyOne (.4). |
| B470 | 04/11/24 | N. Bull | 0.80 | Conferences with M. Toney and B. Paulsen re MercyOne (.8). |
| B470 | 04/11/24 | B. Paulsen | 1.90 | Conference with M. Toney and N. Bull re Mercy One Management Agreement (.5); review and analyze Mercy One Management Agreement and related documents (1.1); conference with M. Toney re Mercy One agreement (.3). |
| B470 | 04/13/24 | B. Paulsen | 1.10 | Review Altera Agreement re potential claims (1.1). |
| B470 | 04/16/24 | N. Bull | 0.50 | Conferences and correspondence with D. Simon and B. Paulsen re MercyOne (.5). |

**Total Hours**     **174.20**

## Task Code Summary

444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Mercy Hospital, Iowa City, Iowa

Client: 104125
Invoice: 3897370
Invoice Date: 05/29/2024

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B130 | Asset Disposition | 62.40 | 87,920.50 |
| B150 | Mtgs/Communications w/Creditor | 2.30 | 2,541.50 |
| B160 | Fee/Employment Applications | 7.90 | 8,902.00 |
| B170 | Fee/Employment Objections | 0.20 | 221.00 |
| B190 | Other Contested Matters | 4.20 | 6,450.00 |
| B210 | Business Operations | 2.20 | 3,190.00 |
| B220 | Employee Benefits/Pensions | 6.40 | 8,866.00 |
| B260 | Board of Directors Matters | 1.50 | 2,775.00 |
| B320 | Plan and Disclosure Statement | 78.60 | 95,296.00 |
| B470 | Litigation | 8.50 | 10,165.00 |
| | | 174.20 | 226,327.00 |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*



Mercy Hospital, Iowa City, Iowa                                                05/29/2024
Invoice: 3897370

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| N. Bull | 3.30 | 1,410.00 | 4,653.00 |
| D. Golinghorst | 3.50 | 945.00 | 3,307.50 |
| J. Greathouse | 3.90 | 1,300.00 | 5,070.00 |
| J. Holdvogt | 4.00 | 1,450.00 | 5,800.00 |
| J. Kapp | 55.80 | 1,450.00 | 80,910.00 |
| E. Keil | 72.90 | 1,105.00 | 80,554.50 |
| B. Paulsen | 5.20 | 1,060.00 | 5,512.00 |
| F. Perlman | 8.50 | 1,850.00 | 15,725.00 |
| D. Simon | 17.10 | 1,450.00 | 24,795.00 |
| **Totals** | **174.20** | | **$226,327.00** |

**444 West Lake Street  Suite 4000  Chicago, IL 60606-0029  Tel +1 312 372 2000**

*US practice conducted through McDermott Will & Emery LLP.*

**EXHIBIT B**

**Expense Detail**



Mercy Hospital, Iowa City, Iowa

Client:        104125
Invoice:       3897370
Invoice Date:  05/29/2024

## Costs and Other Charges

| Timekeeper | Date | Description | Qty | Amount |
|---|---|---|---|---|
| D. Golinghorst | 03/04/24 | Professional Services<br>VENDOR: BMO Harris Bank NA INVOICE#: 7079042624KD DATE: 4/26/2024   - Notarize transaction - Excel 3 | 0.00 | 25.00 |
| D. Simon | 03/17/24 | Travel Expenses<br>Uber re travel to Iowa City, Iowa for settlement conference | 0.00 | 68.88 |
| D. Simon | 03/17/24 | Travel Expenses<br>Airfare re travel to Iowa City, Iowa for settlement conference | 0.00 | 1,202.20 |
| D. Simon | 03/17/24 | Business Meal<br>Dinner re travel to Iowa City, Iowa for settlement conference | 0.00 | 20.93 |
| D. Simon | 03/18/24 | Travel Expenses<br>Room rate/tax - Hotel stay re travel to Iowa City, Iowa for settlement conference (missed connection flight) | 0.00 | 274.91 |
| D. Simon | 03/18/24 | Travel Expenses<br>Breakfast re travel to Iowa City, Iowa for settlement conference | 0.00 | 13.08 |
| D. Simon | 03/18/24 | Travel Expenses<br>Uber ride re travel to Iowa City, Iowa for settlement conference | 0.00 | 58.77 |

**Total Costs and Other Charges    $1,663.77**