UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

**PROCEEDING MEMO AND ORDER**

Date of In-Court Hearing: June 6, 2024

Hearing on:
Debtors' Motion to Entry of Proposed Findings of Fact and Conclusions of Law (I) Approving the Sale of the Debtors' Beneficial Interest in the Thompson Trust Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Modifying Terms of The Thompson Trust; and (III) Granting Related Relief (Doc. 1043)

APPEARANCES:

Attorney Roy Ryan Leaf for Debtors
Attorney Kandie K. Gelner for Thompson Brothers Trust c/o MidWestOne Bank
Attorneys Robert Cardell Gainer and Andrew H. Sherman, for the Official
   Committee of Unsecured Creditors (Andrew H. Sherman via telephone)
Attorney Paula R. Roby for the Official Committee of Pensioners
Attorneys Peter Chalik and Nathan Coco for Computershare Trust Company,
   N.A., as Trustee, and Preston Hollow Community Capital, Inc., as
   Bondholder Representative (Nathan Coco via telephone)


**IT IS ORDERED THAT**:

The matter is continued and reset for

**June 21, 2024 at 1:30 PM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

This hearing will be digitally recorded.

Ordered:
June 6, 2024

Thad J. Collins
Chief Bankruptcy Judge