UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

In re: **Mercy Hospital, Iowa City, Iowa**   Case Number: **23-00623**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **MediRevv, LLC**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com<br>(862) 249-1349 | Scheduled Claim Number: 624001460<br>Scheduled Claim Amount: $1,185,160.71<br><br>Proof of Claim Numbers: 10221 & 10223<br>Proof of Claim Amount: $$1,363,131.91<br><br>MediRevv, LLC<br>c/o ArentFox Schiff LLP<br>Attn: Nicholas A Marten & Beth Brownstein<br>1301 Avenue of the Americas, 42nd Fl<br>New York, NY 10019 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                             Date: 06/10/24
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
For the Northern District of Iowa
Attention: Clerk

AND TO: Mercy Hospital, Iowa City, Iowa and Mercy Services Iowa City, Inc. ("Debtors")
Case Nos. 23-00623 and 23-00624

| | | | |
|---|---|---|---|
| Proof of Claim Numbers: | 10221 and 10223 | Proof of Claim Amount: | $1,363,131.91 and $1,363,131.91 |
| Scheduled Claim # | 624001460 | Scheduled Claim Amount: | $1,185,160.71 |

MediRevv, LLC its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of Title 11 the United States Code (the "Bankruptcy Code")), in and to the claim of Assignor identified above (expressly excluding any claim of Assignor arising under Sections 503(b) and 507(a)(2) of the Bankruptcy Code), including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this 4th day of June 2024.

| | |
|---|---|
| MediRevv, LLC | Bradford Capital Holdings, LP<br>By Bradford Capital GP, LLC, its General Partner |
| By: *Lincoln Popp* | By: *Brian Brager* |
| Name: Lincoln Popp | Name: Brian Brager |
| Title: Chief Executive Officer | Title: Managing Member |