United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 10, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 2399920 | + MediRevv, LLC, c/o ArentFox Schiff LLP, Attn: Nicholas A Marten & Beth Brownstei, 1301 Avenue of the Americas, 42nd Fl, New York, NY 10019-6040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Austin Peiffer | on behalf of Financial Advisor H2C Securities Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin E. Shook | on behalf of Financial Advisor H2C Securities Inc. benshook@mvalaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums LLC bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 6 |
| Date Rcvd: Jun 10, 2024 | Form ID: trc | Total Noticed: 1 |

Bradley R. Kruse
    on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com  pgoodman@dickinsonbradshaw.com

Brian Koenig
    on behalf of Creditor Cassling Diagnostic Imaging  Inc. , angela.annan@koleyjessen.com

Brittany B Falabella
    on behalf of Creditor Owens & Minor  Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Christopher J. Jessen
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher J. Jessen
    on behalf of Creditor Mercy Health Network  Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher K Loftus
    on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com;tdomeyer@spmblaw.com

Claire Davison
    on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
    on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Dan Childers
    on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

Dana Waterman Hempy
    on behalf of Debtor Mercy Hospital  Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
    on behalf of Debtor Mercy Hospital  Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David Goroff
    on behalf of Creditor Mercy Health Network  Inc. dgoroff@foley.com

David E. Gordon
    on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Edward Joseph Green
    on behalf of Creditor Mercy Health Network  Inc. egreen@foley.com

Elizabeth Lally
    on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston
    on behalf of Creditor EverBank  N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Harold J Dane, III
    on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
    on behalf of Debtor Mercy Hospital  Iowa City, Iowa jhaake@mwe.com

Jake Gordon
    on behalf of Creditor Mercy Health Network  Inc. jake.gordon@foley.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com

Jeffrey Douglas Goetz
    on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
    on behalf of Creditor Tyler Davis jtaylor@krflawfirm.com  jkanellis@krflawfirm.com

Jeffrey P. Taylor
    on behalf of Creditor Ashley Kurka jtaylor@krflawfirm.com  jkanellis@krflawfirm.com

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Jun 10, 2024 | Form ID: trc | Total Noticed: 1 |

Jennifer Erin Lindberg
    on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
    on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
    on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
    on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
    on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jessica A Board
    on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman
    on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Joseph Sakay
    on behalf of Creditor McKesson Corporation jsakay@buchalter.com pjolley@buchalter.com

Kaitlin R. Walsh
    on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com

Kandie K Gelner
    on behalf of Interested Party Thompson Brothers Trust kgelner@kennedylawyers.com

Kristin M.V. Krueger
    on behalf of Creditor Cassling Diagnostic Imaging Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com

Kristina M. Stanger
    on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide
    on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer
    on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning
    on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov

Mark Melickian
    on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Martin McLaughlin
    on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Matthew Cronin
    on behalf of Creditor Mercy Health Network Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew Cronin
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire
    on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker
    on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com

Megan M. Preusker
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com

Case 23-00623    Doc 1119    Filed 06/12/24    Entered 06/12/24 23:37:35    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0862-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: trc | Total Noticed: 1 |

Michael Reck
    on behalf of Creditor Mercy Health Network Inc. mrreck@belinmccormick.com

Michael Reck
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com

Michael A Brandess
    on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael J Whaley
    on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

Michael S. Dove
    on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson
    on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Michael T. Gustafson
    on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Miranda L. Hughes
    on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes
    on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Nathan F. Coco
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com

Nathan F. Coco
    on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com

Nicholas Miller
    on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com

Nicholas Miller
    on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com

Patrick B. Dillon
    on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Paula L. Roby
    on behalf of Financial Advisor HBM Management Associates LLC paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Peter Chalik
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
    on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
    on behalf of Defendant Preston Hollow Capital LLC. chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
    on behalf of Defendant Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Case 23-00623    Doc 1119    Filed 06/12/24    Entered 06/12/24 23:37:35    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0862-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: trc | Total Noticed: 1 |

Peter Chalik
on behalf of Defendant Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik
on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital chalik@whitfieldlaw.com hodzic@whitfieldlaw.com

Robert Cardell Gainer
on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com

Robert Cardell Gainer
on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com

Robert Schaefer Westermann
on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Roy Ryan Leaf
on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Roy Ryan Leaf
on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Roy Ryan Leaf
on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Samantha Norris
on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com

Samantha Norris
on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com

Samuel Zachary Marks
on behalf of Creditor J. Nicholas Russo Office@markslawdm.com

Samuel Zachary Marks
on behalf of Creditor Nancy Russo Office@markslawdm.com

Samuel Zachary Marks
on behalf of Creditor Brent Strabala Office@markslawdm.com

Samuel Zachary Marks
on behalf of Creditor Mike Garrels Office@markslawdm.com

Stephanie L. Hinz
on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust shinz@pbalawfirm.com dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Steven G. Klesner
on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner
on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner
on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

Susan Nielsen Goodman
on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com

Tara Holterhaus
on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC tholterhaus@spencerfane.com

Terry Gibson
on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@wandrolaw.com

Tom Flynn
on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com

Tyler L Eason

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Jun 10, 2024 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Iowa Insurance Division tyler.eason@ag.iowa.gov sara.olsen@ag.iowa.gov

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga

on behalf of Creditor Progressive Rehabilitation Associates L.L.C. wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga

on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

William J Sueppel

on behalf of Creditor Gerard Electric Inc. billjs@meardonlaw.com

William W. Kannel

on behalf of Creditor Computershare Trust Company N.A., as Trustee bkannel@mintz.com

William W. Kannel

on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative bkannel@mintz.com

TOTAL: 112

2100 B (12/15)

# United States Bankruptcy Court

Northern District of Iowa
Case No. 23-00623
Chapter 11

In re: Debtor(s) (including Name and Address)

Mercy Hospital, Iowa City, Iowa
500 E. Market Street
Iowa City IA 52245

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/10/2024.

Name and Address of Alleged Transferor(s):

Claim No. : MediRevv, LLC, c/o ArentFox Schiff LLP, Attn: Nicholas A Marten & Beth Brownstei, 1301 Avenue of the Americas, 42nd Fl, New York, NY 10019

Name and Address of Transferee:

Bradford Capital Holdings, LP
c/o Bradford Capital Management, LLC
PO Box 4353
Clifton, NJ 07012

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/12/24

Sharon K. Mullin
**CLERK OF THE COURT**