# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 1117** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2024, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 10, 2024, *related to Docket No. 1117*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| In Re: | Chapter 11 |
|---|---|
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Case NO. 23-00623 (TJC) |
| Debtors | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

MEDIREVV LLC
C/O ARENTFOX SCHIFF LLP
ATTN NICHOLAS A MARTEN & BETH BROWNSTEIN
1301 AVENUE OF THE AMERICAS, 42ND FL
NEW YORK, NY 10019

MEDIREVV LLC
C/O ACCLARA
ATTN LAUREN NEWMAN, CFO
10713 W SAM HOUSTON PKWY N, STE 500
HOUSTON, TX 77064

Please note that your claim # 10221 in the above referenced case and in the amount of $1,363,131.91 Unliquidated has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000224838250 ***        MCO TRFNTC (MERGE2, TXNUM2) 4000002884



BRADFORD CAPITAL HOLDINGS, LP
TRANSFEROR: MEDIREVV LLC
C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER
PO BOX 4353
CLIFTON, NJ 07012

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
111 7TH AVE SE
CEDAR RAPIDS, IA 52401

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1117 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/10/2024

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 10, 2024.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: MEDIREVV LLC, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: MEDIREVV LLC, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| MEDIREVV LLC | C/O ARENTFOX SCHIFF LLP, ATTN NICHOLAS A MARTEN & BETH BROWNSTEIN, 1301 AVENUE OF THE AMERICAS, 42ND FL, NEW YORK, NY 10019 |
| MEDIREVV LLC | C/O ACCLARA, ATTN LAUREN NEWMAN, CFO, 10713 W SAM HOUSTON PKWY N, STE 500, HOUSTON, TX 77064 |
| MEDIREVV LLC | C/O ARENTFOX SCHIFF LLP, ATTN NICHOLAS A MARTEN & BETH BROWNSTEIN, 1301 AVENUE OF THE AMERICAS, 42ND FL, NEW YORK, NY 10019 |
| MEDIREVV LLC | C/O ACCLARA, ATTN LAUREN NEWMAN, CFO, 10713 W SAM HOUSTON PKWY N, STE 500, HOUSTON, TX 77064 |

**Total Creditor Count 6**