**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN THAT, pursuant to 28 U.S.C. § 158(a) and rule 8003 of the Federal Rules of Bankruptcy Procedure, Mercy Health Network, Inc., d/b/a "MercyOne" (the "Appellant"), creditors and parties-in-interest in the above-captioned bankruptcy cases (the "Chapter 11 Cases") of Mercy Hospital, Iowa City, Iowa, et al. (collectively, the "Debtors"), hereby appeal to the Bankruptcy Appellate Panel for the Eighth Circuit Court of Appeals the *Memorandum and Order Overruling MercyOne's Objection to the Debtors' Plan Confirmation* [Docket No. 1113] (the "Memorandum Opinion") and the *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 1114] (the "Confirmation Order") entered by the United States Bankruptcy Court for the Northern District of Iowa on June 7, 2024. True and correct copies of the Memorandum Opinion and the Confirmation Order are attached hereto, respectively, as **Exhibit A** and **Exhibit B**.

The names of the parties to this appeal, their roles, and the contact information for their counsel are as follows:

1. Appellant:

   Mercy Health Network, Inc., d/b/a "MercyOne"

   Attorneys:

   Michael R. Reck
   Christopher J. Jessen

4894-3984-4295.5

>   **BELIN McCORMICK, P.C.**
>   666 Walnut Street, Suite 2000
>   Des Moines, Iowa 50309
>   Tel: (515) 243-7100
>   Fax: (515) 558-0675
>   mrreck@belinmccormick.com
>   cjessen@belinmccormick.com
>
>   – and –
>
>   Edward J. Green (admitted *Pro Hac Vice*)
>   David B. Goroff (admitted *Pro Hac Vice*)
>   **FOLEY & LARDNER LLP**
>   321 N. Clark Street, Suite 3000
>   Chicago, IL 60654
>   Tel: (312) 832-4500
>   Fax: (312) 832-4700
>   egreen@foley.com
>   dgoroff@foley.com
>
>   – and –
>
>   Jake W. Gordon (admitted *Pro Hac Vice*)
>   **FOLEY & LARDNER LLP**
>   500 Woodward Avenue, Suite 2700
>   Detroit, MI 48226
>   Tel: (248) 943-6484
>   jake.gordon@foley.com

2.  Appellees:

    Mercy Hospital, Iowa City, Iowa
    Mercy Iowa City ACO, LLC
    Mercy Hospital Services Iowa City, Inc.

    Attorneys:

    >   Roy Leaf, AT0014486
    >   **NYEMASTER GOODE, P.C.**
    >   625 First Street SE, Suite 400
    >   Cedar Rapids, IA 52401-2030
    >   Tel: (319) 286-7002
    >   Fax: (319) 286-7050
    >   Email: rleaf@nyemaster.com
    >
    >   – and –

2

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934 700
**NYEMASTER GOODE, P.C.**
Walnut, Suite 1600 Des Moines, IA 50309
Tel: (515) 283-3100
Fax: 515-283-8045
mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com

– and –

Felicia Gerber Perlman (admitted pro hac vice)
Daniel M. Simon (admitted pro hac vice)
Emily C. Keil (admitted pro hac vice)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Tel: (312) 372-2000
Faxe: (312) 984-7700
fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

– and –

Jack G. Haake (admitted pro hac vice)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Tel: (214) 295-8000
Fax: (972) 232-3098
jhaake@mwe.com

## **STATEMENT OF ELECTION**

The appellant elects to have the appeal heard by the Bankruptcy Appellate Panel for the Eighth Circuit Court of Appeals.


Dated: June 17, 2024                     Respectfully submitted,

                                         /s/ Christopher J. Jessen

    Michael R. Reck
    Christopher J. Jessen
    **BELIN McCORMICK, P.C.**
    666 Walnut Street, Suite 2000
    Des Moines, Iowa 50309
    Tel: (515) 243-7100
    Fax: (515) 558-0675
    mrreck@belinmccormick.com
    cjessen@belinmccormick.com

    – and –

    <u>/s/ David B. Goroff</u>
    Edward J. Green (admitted *Pro Hac Vice*)
    David B. Goroff (admitted *Pro Hac Vice*)
    **FOLEY & LARDNER LLP**
    321 N. Clark Street, Suite 3000
    Chicago, IL 60654
    Tel: (312) 832-4500
    Fax: (312) 832-4700
    egreen@foley.com
    dgoroff@foley.com

    –  and –

    Jake W. Gordon (admitted *Pro Hac Vice*)
    **FOLEY & LARDNER LLP**
    500 Woodward Avenue, Suite 2700
    Detroit, MI 48226
    Tel: (248) 943-6484
    jake.gordon@foley.com

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury, that on June 17, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

                                          /s/ David B. Goroff
                                          David B. Goroff

4894-3984-4295.5