## **EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, | ) | Case No. 23-00623 (TJC) |
| IOWA, *et al.* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING MOTION OF MERCYONE FOR STAY OF CONFIRMATION ORDER PENDING APPEAL PURSUANT TO BANKRUPTCY RULE 8007

Upon the Motion of Mercy Health Network, Inc., d/b/a "MercyOne" ("MercyOne") for a Stay of Confirmation Order Pending Appeal Pursuant to Bankruptcy Rule 8007 [Docket No. __] (the "Motion") and all objections thereto, it is THEREFORE HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      All provisions of the Combined Plan and Confirmation Order are hereby stayed pending the conclusion of MercyOne's appeal of the Confirmation Order.

3.      MercyOne is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Ordered: _____, 2024

_____
Thad J. Collins
Chief Bankruptcy Judge

4876-3209-2871.7