## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors | ) ) | |

### MOTION TO CONTINUE HEARING ON JUNE 21, 2024

COMES NOW, MidWestOne Bank, Trustee of the Thompson Brothers Trust (hereafter, the "Trustee"), and in support of this Motion to Continue submits the following:

1. On June 6, 2024, a hearing was held on Debtors' Motion for Entry of Proposed Findings of Fact and Conclusions of Law (I) Approving the Sale of the Debtors' Beneficial Interest in the Thompson Trust Free and Clear of Liens, Claims, Interest, and Encumbrances; (II) Modifying Terms of the Thompson Trust; and (III) Granting Related Relief.

2. A Proceeding Memo and Order entered June 6, 2024, continued the matter and scheduled a telephonic hearing for June 21, 2024 at 1:30 p.m.

3. MidWestOne Bank, as Trustee of the Thompson Brothers Trust, has initiated communications with the proposed purchaser of the trust's beneficial interest, Mercy Hospital of Cedar Rapids, through its legal counsel and members of the board. However, several individuals have been out of the office recently, which has slowed the access to relevant information and discussion of compromise options. The Trustee still believes an agreement may be possible, but needs further time to investigate the possibility and negotiate terms. Therefore, the Trustee requests additional time to pursue potential resolution of this matter.

4. The attorney for the Trustee communicated with counsel for the Debtor and he agreed a two-week continuance of this hearing is appropriate.

WHEREFORE, the Trustee hereby requests the hearing set for June 21, 2024 be continued for two (2) weeks.

DATED this 19th day of June, 2024.

                                          KENNEDY LAW FIRM PC

By _____
    Kandie K. Gelner    AT0001064
    920 S. Dubuque St., P.O. Box 2000
    Iowa City, IA  52244
    Tel: (319) 351-8181
    Fax: (319) 351-0605
    Email: kgelner@kennedylawyers.com

**ATTORNEY FOR TRUSTEE**

17224.1/2024-06-19 Motion to Continue