**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-00623 |
| MERCY HOSPITAL, IOWA CITY and certain of its | ) | |
| subsidiaries d/b/a Mercy Iowa City | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF MONTHLY FEE FOR FIFTH THIRD SECURITIES, INC.**
**FOR THE PERIOD OF MAY 1, 2024 THROUGH MAY 31, 2024**

Fifth Third Securities, Inc. (formerly, H2C Securities, Inc.), Financial Advisor and Investment Banker to Mercy Hospital, Iowa City and certain of its subsidiaries d/b/a Mercy Iowa City ("**Debtor**"), files its *Notice of Monthly Fee for Fifth Third Securities, Inc. for the Period of May 1, 2024 through May 31, 2024* ("**Notice**"). This Notice is filed pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rule 2014(a) and the *Application to Employ Fifth Third Securities, Inc. as Investment Banker by the Debtors Filed by Mercy Hospital, Iowa City, Iowa* (the "**Agreed Entry**") [DN 150] approved by this Court on September 18, 2023 [DN 247]. This Notice will be served on the parties designated to receive this Notice pursuant to the Order. A copy of the Monthly Statement (as defined in the Order and redacted as necessary) is being filed with this Notice and is available through the Court's electronic filing system.

As set forth in the Order, at the expiration of the fourteen (14) day objection period, the Debtors shall promptly pay 80% of the fees and 100% of the out-of-pocket expenses identified below, except such specific fees and expenses as to which a Notice of Objection is filed, and subject to the limitations set forth in the applicable cash collateral order(s).

| | |
|---|---|
| Name of Applicant: | Fifth Third Securities, Inc. |
| Court-Approved Role: | Financial Advisor and Investment Banker to the Debtor |
| Date of Retention Order: | September 18, 2023 *nunc pro tunc* August 7, 2023 |
| Period Covered: | May 1, 2024 to May 31, 2024 |
| Monthly Fee Incurred: | $25,000.00 |
| 20% of Monthly Fee to be Held Back: | $5,000.00 |
| Total Expenses to be Paid (100%): | $0.00 |
| Total Proposed Payment from Debtor: | **$20,000.00** |

Classification: Restricted

Respectfully submitted this 19th day of June, 2024,

C. Richard Bayman
FIFTH THIRD SECURITIES, INC
3344 Peachtree Road Suite 900
Atlanta, GA 30326
Telephone:  404-937-1340
Email:  rich.bayman@53.com
*Financial Advisor and Investment Banker to the Debtor*

Classification: Restricted

Dated: June 20, 2024

**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:     (319) 286-7002
Facsimile:     (319) 286-7050
Email:          rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:          mmcguire@nyemaster.com
                kmstanger@nyemaster.com
                dhempy@nyemaster.com

-and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
Email:          fperlman@mwe.com
                dsimon@mwe.com
                ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:          jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this June 20, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

<u>/s/ *Roy Leaf*   </u>

## Exhibit A – Summary of Work

The Fifth Third Securities, Inc. ("**FTS**") team working with the Debtor consists of Richard Bayman (Managing Director), Drew Orman (Vice President), Hunter Sessions (Senior Analyst), and Josh Blue (Analyst). In the month of May, FTS dedicated approximately 26 hours to the Mercy Iowa City project in several capacities.

Richard Bayman and Drew Orman spent approximately 13 hours organizing and hosting calls between the joint venture partners and speaking with potential buyers of the MIC minority interest.

Drew Orman, Hunter Sessions, and Josh Blue dedicated a minimum of 3 hours to the management of the Firmex Data Room. This is the platform on which all documentation related to Mercy Iowa City is stored for interested parties to access and conduct diligence. Related activities include engaging in correspondence with Mercy Iowa City management to gather up-to-date Debtor information upon the request of relevant parties, assisting relevant parties in the navigation of the Data Room, and managing entitlements from the appropriate parties.

FTS conducted 1-hour weekly calls with FTI, the representative for the unsecured creditors committee, which accounted for 6 hours in the month of May. On these calls, FTS updated FTI on the status of relevant interested parties, changes or additions to the data room, and any new information pertaining to the process. In addition, FTS spent a total of 4 hours in weekly communication with the Mercy Iowa City operations team and council.



| | | |
|---|---|---|
| **FROM** | **Fifth Third Securities** | |
| **SUBJECT** | Project Redwood - **Invoice 6119** | |
| **DATE** | June 14, 2024 | |
| **TO** | Tom Clancy<br>Chief Executive Officer<br>Mercy Hospital Iowa City<br>500 East Market St<br>Iowa City, IA 52245 | |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|

*Related  to the Project Redwood Third Amendment dated December18, 2023 to the Engagement Agreement Dated June 17, 2021, First Amendment dated November 15, 2022 and the Second Amendment dated July 28, 2023*

*please pay the following amounts which are due and payable no later than 30 days from the date of this invoice:*

| | | |
|---|---|---|
| 1 | Time Based Retainer / Work Fee (May 2024) | $25,000.00 |

*Thank you for this opportunity to be of service.*

| | TOTAL | $25,000.00 |
|---|---|---|

**Please use the following wiring instructions (preferred):**

**Bank: Fifth Third Bank**
FBO: Fifth Third Securities
ABA #: 042000314
Acct #: 7029051419
ATTN: Investment Banking
Reference: **Project Redwood**

**OR**

**Please use the following check instructions:**

**Payable to: Fifth Third Securities**
ATTN: Capital Markets Accounting
38 Fountain Square Plaza
Mail Drop: 1090GB
Cincinnati, OH 45263
Memo: **Project Redwood**

If you have any questions, comments or concerns regarding this invoice, please do not hesitate to contact Clelia Ryan, IB Support Specialist clelia.ryan@53.com

You are a highly valued client of our firm and we appreciate the opportunity to be of service.

Classification: Restricted

**Exhibit B – Expense Breakdown**

None

Classification: Restricted