UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

## ORDER RE MOTION TO CONTINUE HEARING ON JUNE 21, 2024

On June 19, 2024, Creditor Thompson Brothers Trust filed a Motion To Continue Hearing on June 21, 2024 (Doc. 1127). For good cause shown,

**IT IS ORDERED** that Creditor's Motion To Continue Hearing on June 21, 2024 is GRANTED as to the Motion for Sale of Property (Doc. 1043) **only**. The Court will still hear the Motion to Stay Pending Appeal (Doc. 1124) on June 21, 2024 at 1:30 PM.

**FURTHER**, the Motion for Sale of Property (Doc. 1043) is continued and reset for

**July 8, 2024 at 10:30 AM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

This hearing will be digitally recorded.

Ordered:
June 21, 2024

Thad J. Collins
Chief Bankruptcy Judge