UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors | Chapter 11 <br><br> Bankruptcy No. 23-00623 <br><br> Jointly Administered |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: June 21, 2024
Hearing on: Motion to Stay Pending Appeal (Doc. 1124) filed by MercyOne

APPEARANCES:

Attorneys Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger for Debtors
Attorney Claire Davison for the United States Trustee
Attorneys David Goroff and Christopher Jessen for Mercy Health Network, Inc. d/b/a MercyOne
Attorneys Andrew H. Sherman and Boris I. Mankovestskiy for the Official Committee of Unsecured Creditors
Attorney Paula L. Roby for the Official Committee of Pensioners
Attorney Kaitlin R. Walsh for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

The Motion to Stay Pending Appeal is DENIED for the reasons stated at hearing.

Ordered:
June 21, 2024

Thad J. Collins
Chief Bankruptcy Judge