# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 1135 & 1137** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 21, 2024, I caused to be served the:

   a. "Order re Motion to Continue Hearing on June 21, 2024," dated June 21, 2024 [Docket No. 1135], and

   b. "Proceeding Memo and Order," dated June 21, 2024 [Docket No. 1137],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

   */s/ Betina Wheelon*
   Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

# MERCY IOWA CITY
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 400 SW 8TH, STE H DES MOINES IA 50309-4633 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 200 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| J&K PMS INC | ATTN: KELLY MITCHEK, VICE PRESIDENT 6737 BRENTWOOD STAIR ROAD, STE 220 FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count: 15**

**EXHIBIT B**

MERCY HOSPITAL IOWA CITY,
Case No. 23-00623
Email Master Service List

| Name | Email Address |
| --- | --- |
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| AG & BUSINESS LEGAL STRATEGIES | austin@ablsonline.com |
| ALTERA DIGITAL HEALTH, INC. | kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | nicholas.marten@afslaw.com; matthew.prewitt@afslaw.com; beth.brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BELIN MCCORMICK, P.C. | mrreck@belinmccormick.com; cjessen@belinmccormick.com |
| BIOMERIEUX INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com;jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com; |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| FOLEY & LARDNER LLP | egreen@foley.com; jake.gordon@foley.com |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |
| HEIDMAN LAW FIRM PLLC | jessica.board@heidmanlaw.com |

MERCY HOSPITAL IOWA CITY,
Case No. 23-00623
Email Master Service List

| Name | Email Address |
|---|---|
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| IOWA ASSISTANT ATTORNEY GENERAL | tyler.eason@ag.iowa.gov |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com;eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| KENNEDY LAW FIRM PC | kgelner@kennedylawyers.com |
| KOLEY JESSEN P.C., | kristin.krueger@koleyjessen.com |
| LOEB & LOEB LLP | scarroll@loeb.com; nweingarten@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIFIS | jacqueline.dombrowski@amnhealthcare.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; mpreusker@mintz.com;  krwalsh@mintz.com |
| MOORE AND VAN ALLEN, PLLC | benshook@mvalaw.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OLYMPUS AMERICA  INC. | jeremy.pitz@olympus.com |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |

MERCY HOSPITAL, IOWA CITY,
Case No. 23-00623
Email Master Service List

| Name | Email Address |
|---|---|
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com; sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com; |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com; drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov; marty.mclaughlin@usdoj.gov |
| UNITED STATES TRUSTEE | claire.r.davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US INC | legal.americas@zimmerbiomet.com; |