**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **MERCY HOSPITAL, IOWA CITY, IOWA**, *et al.*, | : | **Case No. 23-00623 (TJC)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

**SUMMARY OF SIXTH MONTHLY FEE APPLICATION OF HBM MANAGEMENT ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED <u>FOR THE PERIOD FROM APRIL 29, 2024 THROUGH JUNE 02, 2024</u>**

| | |
|---|---|
| Name of applicant: | **HBM MANAGEMENT ASSOCIATES, LLC** |
| Authorized to provide professional services to: | **Official Committee of Pensioners** |
| Date of retention: | **November 21, 2023** |
| Date of order authorizing retention: | **January 18, 2024, Docket No. 665** |
| Period for which compensation and reimbursement is sought: | **April 29, 2024 through June 02, 2024** |
| Amount of compensation sought as actual, reasonable and necessary: | **$ 22,542.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$ 4,772.67** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

_____
------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.,* | : | **Case No. 23-00623 (TJC)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

_____

### SUMMARY OF HBM MANAGEMENT ASSOCIATES LLC APPLICATIONS FOR COMPENSATION

| Application | Fees Sought 100% | Expenses Sought | Total | Fees Requested 80% | Total Fees and Expenses Currently Requested | Fees and Expenses Paid to Date |
|---|---|---|---|---|---|---|
| First Interim 11/21/23 – 12/31/23 | $ 24,225.00 | $ 1,836.38 | $ 26,061.38 | $ 19,380.00 | $ 21,216.38 | $ 21,216.38 |
| Second Interim 01/01/24 – 01/28/24 | 30,804.00 | 3,709.45 | 34,513.45 | 24,643.20 | 28,352.65 | 28,352.65 |
| Third Interim 01/29/24 – 03/03/24 | 47,804.00 | 4,267.91 | 52,071.91 | 38,243.20 | 42,511.11 | 42,511.11 |
| Fourth Interim 03/04/24 – 03/31/24 | 53,218.50 | 6,237.17 | 59,455.67 | 42,574.80 | 48,811.97 | 48,811.97 |
| Fifth Interim 04/01/24 – 04/28/24 | 23,587.50 | 2,545.12 | 26,132.62 | 18,870.00 | 21,415.12 | 21,415.12 |
| Sixth Interim 04/29/24 – 06/02/24 | 22,542.00 | 4,772.67 | 27,314.67 | 18,033.60 | 22,806.27 | 0.00 |
| Total | $202,181.00 | $23,368.70 | $225,549.70 | $161,744.80 | $185,113.50 | $ 162,307.23 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
-----------------------------------------------------------------x **Chapter 11**
**In re:** :
 :
**MERCY HOSPTIAL, IOWA CITY, IOWA,** *et al.***,** :
 :
**Case No. 23-00623 (TJC)** :
**Jointly Administered** :
     **Debtors.** :
-----------------------------------------------------------------x

## APPLICATION OF HBM MANAGEMENT ASSOCIATES LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS, FOR THE SIXTH INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED <u>FOR THE PERIOD FROM APRIL 29, 2024 THROUGH JUNE 02, 2024</u>

## I. INTRODUCTION

HBM Management Associates, LLC (the "Applicant"), pursuant to 11 U.S.C. Section 327(a), hereby requests an Order approving the Applicant's fees and expenses incurred in connection with this case. In support thereof Applicant respectfully represents:

1. Applicant is the Financial Advisor for Official Committee of Pensioners (the "Pensioners' Committee") to in the above-named case and has acted as such since its retention as of November 21, 2023 (Doc. 665).

2. HBM Management Associates, LLC is Financial Advisory firm specializing in providing crisis management and financial advisory services to Companies operating both within and outside of bankruptcy. HBM's professionals have over 50 years of experience in providing such services to its clients. Applicant submits this Sixth Interim Application for Allowance of Compensation and Reimbursement of Expenses

(the "Sixth Interim Application") for the period from April 29, 2024 through June 02, 2024 (the "Sixth Interim Compensation Period").

3.  Applicant's time has been itemized on records which reflect on a day-to-day basis the work performed by each professional or paraprofessional during the period covered by the Sixth Interim Compensation Period. Copies of the time records are attached as **Exhibit A** and **Exhibit B**

4.  Applicant has advanced on behalf of the client certain expenses as shown on **Exhibit C**, which expense advancements were made directly in connection with this case and were necessary in connection with Applicant's services provided to the Pensioners' Committee.

5.  This Sixth Interim Application includes fees of $22,542.00 and expense advances of $4,772.67 totaling $27,314.67 for the Sixth Interim Compensation Period.  Applicant expended a total of 55.40 hours during the Sixth Interim Compensation Period which equates to an effective rate of $406.90 per hour.  Applicant requests approval for payment of 80% of the Fees sought totaling $18,033.60 and 100% of the Expenses sought totaling $4,772.67.  Applicant will seek approval of the 20% Holdback upon final application to the Court. Applicant has previously received and is holding a $25,000.00 retainer, in accordance with its Retention Agreement.  Applicant expects to apply the retainer upon its final application for fees and expenses.  Applicant has previously applied for a First, Second, Third, Fourth and Fifth Interim Allowance of Compensation and Reimbursement of Expenses as follows:

| Application | Fees Sought 100% | Expenses Sought | Total | Fees Requested 80% | Total Fees and Expenses Previously Requested | Fees and Expenses Paid to Date |
|---|---|---|---|---|---|---|
| First Interim 11/21/23 – 12/31/23 | $ 24,225.00 | $1,836.38 | $ 26,061.38 | $ 19,380.00 | $ 21,216.38 | $ 21,216.38 |
| Second Interim 01/01/24 – 01/28/24 | 30,804.00 | 3,709.45 | 34,513.45 | 24,643.20 | 28,352.65 | 28,352.65 |
| Third Interim 01/29/24 – 03/03/24 | 47,804.00 | 4,267.91 | 52,071.91 | 38,243.20 | 42,511.11 | 42,511.11 |
| Fourth Interim 03/04/24 – 03/31/24 | 53,218.50 | 6,237.17 | 59,455.67 | 42,574.80 | 48,811.97 | 48,811.97 |
| Fifth Interim 04/01/24 – 04/28/24 | 23,587.50 | 2,545.12 | 26,132.62 | 18,870.00 | 21,415.12 | 21,415.12 |
| Total | $179,639.00 | $18,596.03 | $198,235.03 | $143,711.20 | $162,307.23 | $162,307.23 |

## II.      BACKGROUND

6.  Mercy Hospital Iowa City Iowa is the Plan Sponsor of the  Mercy Hospital, Iowa City, Iowa Employees' Pension Plan (the "Plan").  The Plan has approximately 1,035 Participants and is a qualified defined benefit Church Plan, not subject to the Employee Income and Retirement Security Act of 1974 ("ERISA").  As the Plan is not subject to ERISA, it is not covered by the Pension Benefit Guarantee Corporation.  Currently, the Plan has approximately $118 Million in assets available to Plan Participants.  As of June 30, 2023, the Plan Benefit Obligations exceeded

Plan assets by approximately $23 million, indicating that the Plan was significantly underfunded.

7. On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases. The Bankruptcy filings presents a material change in circumstances to the Plan as, it is anticipated that as of the Effective Date of any Plan of Liquidation, Mercy Hospital Iowa City Iowa ("Mercy Hospital") will not be available to be Plan Sponsor, nor will there be any anticipated future funding of the Plan from the Plan Sponsor, and as a result, the Plan may have to amended or modified to ensure Plan Participants can rely on a portion of the benefits they expected to receive as part of their compensation for years of service to Mercy Hospital.

8. On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2). A hearing on the Motion was held October 27, 2023, and said Motion was granted November 3, 2023.

9. Effective January 31, 2024, substantially all of the Debtor's Hospital operations and certain assets were sold to the University of Iowa.

10. On February 23, 2024, Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries (collectively, the "Debtors") filed the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation.*

6

11. On March 29, 2024, the Debtors filed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation.*

12. The Confirmation Hearing took place on May 16, 2024.

13. The Plan was confirmed on June 7, 2024.

### III.    SUMMARY OF SERVICES RENDERED

14. Services provided to the Pensioners' Committee in this case During the Sixth Interim Compensation Period have involved continuing to work with the Pensioners' Committee and its Counsel to determine the options available to ensure the maximum recovery available to the Plan Participants given the $23 million underfunded status of the Plan as of June 30, 2023.   Applicant also monitored the Debtors' operations, recovery of funds and monetization of assets for the benefit of all stakeholders, met with the proposed Pension Administrator and Pensioners, and had meetings/teleconferences with the Debtors' professionals.   **Exhibit A** provides a detail of the hours and fees incurred for the services rendered to the Pensioners' Committee during the Sixth Interim Compensation Period.   Applicant's retention provides for its fees to be capped on a weekly basis at $17,000.00.   **Exhibit B** provides a summary of the hours and fees incurred, with agreed upon reductions, as applicable, for the agreed upon fee cap.   In total, Applicant provided 55.40 hours of time and incurred $22,542.00 of fees.   These services include the following:

**Meetings and Teleconferences with Professionals and Parties in Interest      22.90 Hours**

- Applicant met with the Pensioner Committee counsel, Debtors' professionals, the proposed Pension Administrator, Agilis LLC ("Agilis"), and other professionals to develop a workplan to transition administration of the Pension Plan to Agilis and maximize recovery to the Pension Plan participants. Applicant also attended weekly meetings with the Debtors' representatives and Financial Advisors for all stakeholders to discuss and monitor case status and estimated recoveries available to stakeholders. Applicant also met with Pension Committee Counsel with regard to the Debtors' Plan Confirmation.

  See detail of Hours and Fees incurred at **Exhibit A-1.**

**Travel                                                    17.00 Hours**

- Applicant spent 17.00 hours traveling to and from IA during the Sixth Interim Compensation Period to work the Pensioners Committee counsel and attend the Confirmation Hearing. Travel is charged at 50% of the Applicant's hourly rate.

  See detail of Hours and Fees incurred in **Exhibit A-2**.

**Case Administration                                      8.00 Hours**

- Applicant spent 8.00 hours preparing for and attending the Plan Confirmation Hearing and meeting with Pension counsel re the same.

  See detail of Hours and Fees incurred in **Exhibit A-3**.

**Fee Application and Retention Related Matters          5.40 Hours**

- Applicant spent 5.40 hours reviewing its Fourth and preparing and reviewing its Fifth Interim Allowance of Compensation and Reimbursement of Expenses. Time spent on Fee Application and Retention Related Matters is charged at 50% of the Applicant's hourly rate.

8

See detail of Hours and Fees incurred at **Exhibit A-4.**

**Plan of Reorganization**                                             **2.10 Hours**

- Applicant reviewed revisions to the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation..*

  See detail of Hours and Fees incurred at **Exhibit A-5.**

### IV.    COMPLIANCE WITH GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS

15. On January 30, 1996, the Executive Office for the United States Pensioners' Committees issued and adopted the United States Guidelines for Receiving Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. Sec. 330 (the "EOUST"). The EOUST Guidelines govern the preparation and filing of applications for compensation of professionals and reimbursement of expenses for all cases commenced on or after the effective date of the Bankruptcy Reform Act of 1994, October 22, 1994.

16. This Sixth Interim Application has been prepared in accordance both the EOUST Guidelines and the Northern District Guidelines, and a certification regarding compliance is submitted herewith.

17. This Sixth Interim Application is made by HBM pursuant to Sections 330 and 331 of the Bankruptcy Code for an allowance and award of compensation for services rendered in the amount of $22,542.00 and reimbursement of expenses incurred in the amount of $4,772.67. Applicant requests approval for payment of 80% of the Fees sought totaling $18,033.60 and 100% of the Expenses sought totaling $4,772.67.

Applicant will seek approval of the 20% Holdback upon final application to the Court.

18. All of the services for which allowance of compensation is sought were rendered at the direction of the Pensioners' Committee for the benefit of the Plan Participants and the Debtors' Estates in connection with this case and not on behalf of any other person or party-in-interest.

19. The services rendered by HBM during the Sixth Interim Compensation Period for Services Provided to the Pensioners' Committee required an aggregate expenditure of 55.40 hours of professional time in the performance of services rendered on behalf of the Debtors **(See Exhibits A and B)**.

20. HBM also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of professional services.  HBM incurred actual and necessary out-of-pocket expenses properly posted to this matter during the Sixth Interim Compensation Period for Services Provided to the Pensioners' Committee in the aggregate sum of $4,772.67 **(See Exhibit C)**.

21. Applicant charges its non-bankruptcy clients for similar services performed by all such professionals and paraprofessionals at the same rates listed in the summary submitted herewith.

22. No agreement or understanding exists between HBM and any other entity for the sharing of compensation to be received for services rendered in or in connection with this case.

## V.     FINANCIAL STATUS OF THE CASE

23. As of May 31, 2024, the Debtor had approximately $21 Million of cash on hand.

## VI.     EVALUATION OF THE FAIR AND REASONABLE VALUE OF APPLICANT'S SERVICES

24. Section 330 of the Bankruptcy Code provides the statutory authority for compensating the services and reimbursing the expenses of professionals of the courts. Section 330 (a)(1) provides for reasonable compensation for actual, necessary services rendered.  Section 330 (a)(3) states that the amount of such compensation is to be based on the nature, extent and value of the services, taking into account relevant factors including, without limitation, the time spent rendering the services, the necessity or benefit of the services, and the cost of comparable services other than in bankruptcy cases.  Section 330(a) (4)(A) sets forth various services for which the court may not allow compensation, including (among) other services not reasonably likely to benefit the Estate.  The relevant portion of section 330 (a) of the Bankruptcy Code is as follows:

(3) (A) in determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(i)     The time spent on such services;

(ii)    The rates charged for such services;

11

(iii)    Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion, of a case under this title;

(iv)    Whether the services were performed within a reasonable amount of time commensurate with the complexity and nature of the problem, issue, or task addressed; and

(v)    Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than a case under this title.

(4) (A) Except as provided in subparagraph (B), the court shall not allow compensation for:

(vi)    Unnecessary duplication of services; or

(vii)   Services that were not:

   i.   Reasonably likely to benefit the debtors' estate; or

   ii.   Necessary to the administration of the case.

25. The Applicant was selected by the Pensioners Committee as a result of its extensive experience in: (a) serving as Financial Advisor for the Debtors, Chief Restructuring Officer and Accountant for the Official Committee of Unsecured Creditor and other Parties in Interest involved in numerous bankruptcy cases, (b) bankruptcy and reorganization consulting, (c) fraud auditing and investigation and forensic accounting matters, (d) valuation of businesses and assets, (e) the litigation and dispute resolution process, and (f) sales of businesses, property and other assets.

12

26. The rates charged by the Applicant are competitive with those of other similarly situated firms.  Applicant's billing rates have been found to be reasonable in other bankruptcy cases where Applicant has submitted applications for compensation.

27. The professional services performed by the Applicant and the resulting benefit to the Estate and the Pension Committee during the Sixth Interim Compensation Period justify the Sixth allowance for compensation in the amount requested.  In view of the policy underlying sections 330 and 331 of the Bankruptcy Code that professionals in bankruptcy cases be compensated on a parity with professionals practicing in other fields, the Sixth Interim allowance for compensation should be awarded as requested.  The Applicant submits that the fees and expenses sought herein are not unusual to the awards it has received in other Chapter 11 cases and in other commercial cases serviced by the Applicant.

28. As is demonstrated above, an application of the foregoing criteria more than justifies the compensation requested by HBM at this time.

29. HBM respectfully submits that the professional services rendered to the Pensioners' Committee during the Sixth Interim Compensation Period were reasonable and necessary, and conferred a substantial benefit on the Estate and its creditors.  HBM believes that allowance in full of the compensation for services and reimbursement of expenses requested herein is fair, reasonable, appropriate and fully justified.

WHEREFORE, HBM respectfully requests that this Court enter an order:

30. The undersigned represents to the Court that services and expense advancements provided during the Sixth Interim Compensation Period were ordinary and necessary for a case of the nature and complexity of the case and no work was excessive or detrimental to the estate.

31. Applicant requests that the Court approve the allowance requested in this Sixth Interim Application and authorize the Debtors to pay said allowance from available funds on-hand.

32. WHEREFORE, Applicant requests that the Court, pursuant to 11 U.S.C. Section 331, enter appropriate orders awarding compensation for services rendered, subject to a 20% holdback and 100% of expenses advanced, aggregating $22,806.27 for the Sixth Interim Compensation Period and authorize the Debtors to pay that amount.


/s/ Marc B. Ross
Managing Director
HBM Management Associates, LLC
6 Elmwood Lane
Syosset, NY  11791
PHONE: (732) 921-0921
FAX: (646) 861-4935
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS

**EXHIBIT A**

**Mercy Hospital Iowa City, Iowa, et. al.**
**Detailed Time Incurred by Professional - April 29, 2024 - June 02, 2024**

USBC NDIA 23-00623 (TJC)
Exhibit A

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed | Discount for Weekly Cap | Net Billable Fees |
|------|-----------|------|--------------------------------|------|------|--------|-------------------------|-------------------|
| 4/29/24 | Marc Ross | Mercy - review Plan amendments and calls with PL Roby re same (2.1) | Plan of Reorganization | 2.10 | $ 510.00 | $ 1,071.00 | | |
| 4/30/24 | Marc Ross | Travel to IA (4.0) | Travel | 4.00 | $ 255.00 | $ 1,020.00 | | |
| 4/30/24 | Marc Ross | Mercy - Meet with PL Roby re: Status and steps necessary to proceed with Plan (2.0) | | 2.00 | $ 510.00 | $ 1,020.00 | | |
| 5/1/24 | Marc Ross | Mercy - work on Fifth Fee Application (4.6) | Fee Application and Retention Related Matters | 4.60 | $ 255.00 | $ 1,173.00 | | |
| 5/1/24 | Marc Ross | Mercy - Meet with PL Roby re: next steps necessary to proceed with Plan (2.1) and Call with M Toney re status (.1) | Meetings/Teleconference with Professionals and Parties in Interest | 2.20 | $ 510.00 | $ 1,122.00 | | |
| 5/1/24 | Harry Malinowski | Review Fourth Fee Application | Fee Application and Retention Related Matters | 0.60 | $ 255.00 | $ 153.00 | | |
| 5/2/24 | Marc Ross | Mercy - work on 5th fee app (.2) | Fee Application and Retention Related Matters | 0.20 | $ 255.00 | $ 51.00 | | |
| 5/2/24 | Marc Ross | Travel to PA (4.0) | Travel | 4.00 | $ 255.00 | $ 1,020.00 | | |
| 5/5/24 | Marc Ross | | | - | $ 510.00 | $ - | $ - | $ 6,630.00 |
| 5/6/24 | Marc Ross | Mercy - call with professionals re waterfall (.5); review waterfall (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | $ 510.00 | | |
| 5/8/24 | Marc Ross | Mercy - Call with R Leaf, PL Roby and Ferenczy firm (.3); call/correspondence with PL Roby re same (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | $ 408.00 | | |
| 5/9/24 | Marc Ross | Mercy - call w PLR re mercy and conf hearing (.5). Call w Profs re sale process (.4) | Meetings/Teleconference with Professionals and Parties in Interest | 0.90 | $ 510.00 | $ 459.00 | | |
| 5/10/24 | Marc Ross | Mercy - Prep for and participate in call with Paula and Agilis re Pension Admin (.5); call with Paula and Sam Marks (.5); Correspondence with M Toney re administration (.1) | Meetings/Teleconference with Professionals and Parties in Interest | 1.10 | $ 510.00 | $ 561.00 | | |
| 5/12/24 | Marc Ross | | | - | $ 510.00 | $ - | $ - | $ 1,938.00 |
| 5/13/24 | Marc Ross | Mercy - call with Peg Brubaker and Monica Owens re Admin going forward (.5); Mercy - review correspondence from Ferenczy (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | $ 510.00 | | |
| 5/14/24 | Marc Ross | Mercy - Travel to IA (5.0) | Travel | 5.00 | $ 255.00 | $ 1,275.00 | | |
| 5/14/24 | Marc Ross | Mercy - Call with Sisters of Mercy Counsel and PL Roby re maintaining Debtor and meet with PL Roby re: same (1.6); meet with PL Roby re confirmation hearing (1.10) | Meetings/Teleconference with Professionals and Parties in Interest | 2.70 | $ 510.00 | $ 1,377.00 | | |
| 5/14/24 | Harry Malinowski | Call with Ross re Work on Admin Claim/Sisters of Mercy Sponsorship | Meetings/Teleconference with Professionals and Parties in Interest | 0.60 | $ 510.00 | $ 306.00 | | |
| 5/15/24 | Marc Ross | Mercy - meet with PL Roby re confirmation and going forward; correspondence with R Leaf; correspondence with M Toney; correspondence with D Watson re plan Sponsor (8.0) | Meetings/Teleconference with Professionals and Parties in Interest | 8.00 | $ 510.00 | $ 4,080.00 | | |
| 5/16/24 | Marc Ross | Mercy - Prep for potential testimony and attend Plan Confirmation hearing; meet with PL Roby after (8.0) | Case Administration | 8.00 | $ 510.00 | $ 4,080.00 | | |
| 5/17/24 | Marc Ross | Mercy - Travel to PA from CR (4.0) | Travel | 4.00 | $ 255.00 | $ 1,020.00 | | |
| 5/19/24 | Marc Ross | | | - | $ 510.00 | - | $ - | $ 12,648.00 |
| 5/20/24 | Marc Ross | Mercy - call with Peg Brubaker re Pension update. (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.30 | $ 510.00 | $ 153.00 | | |
| 5/23/24 | Marc Ross | Mercy - Call with professionals (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.50 | $ 510.00 | 255.00 | | |
| 5/26/24 | Marc Ross | | | - | $ 510.00 | - | $ - | $ 408.00 |
| 5/30/24 | Marc Ross | Mercy - Correspondence with professionals re calls (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.50 | $ 510.00 | 255.00 | | |
| 5/31/24 | Marc Ross | Mercy - Call with Peg Brubaker re transition for the Plan Admin; call with PL Roby re status; call with Ferenczy and PL Roby re Plan post-confirmation (1.3) | Meetings/Teleconference with Professionals and Parties in Interest | 1.30 | $ 510.00 | $ 663.00 | | |
| 6/2/24 | Marc Ross | | | - | $ 510.00 | $ - | $ - | $ 918.00 |
| | | **Total Fees Incurred** | | **55.40** | **$ 406.90** | **$ 22,542.00** | **$ -** | **$ 22,542.00** |

**EXHIBITS A-1 through A-5**

**Mercy Hospital Iowa City, Iowa, et. al.**    **USBC NDIA 23-00623 (TJC)**
**Detailed Time incurred by Project Code - April 29, 2024 - June 02, 2024**    **Exhibit A-1**

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed |
|---|---|---|---|---|---|---|
| 4/30/24 | Marc Ross | Mercy - Meet with PL Roby re: Status and steps necessary to proceed with Plan (2.0) | Meetings/Teleconference with Professionals and Parties in Interest | 2.00 | $ 510.00 | $ 1,020.00 |
| 5/1/24 | Marc Ross | Mercy - Meet with PL Roby re: next steps necessary to proceed with Plan (2.1) and Call with M Toney re status (.1) | Meetings/Teleconference with Professionals and Parties in Interest | 2.20 | $ 510.00 | $ 1,122.00 |
| 5/6/24 | Marc Ross | Mercy - call with professionals re waterfall (.5); review waterfall (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | $ 510.00 |
| 5/8/24 | Marc Ross | Mercy - Call with R Leaf, PL Roby and Ferenczy firm (.3); call/correspondence with PL Roby re same (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.80 | $ 510.00 | $ 408.00 |
| 5/9/24 | Marc Ross | Mercy - call w PLR re mercy and conf hearing (.5). Call w Profs re sale process (.4) | Meetings/Teleconference with Professionals and Parties in Interest | 0.90 | $ 510.00 | $ 459.00 |
| 5/10/24 | Marc Ross | Mercy - Prep for and participate in call with Paula and Agilis re Pension Admin (.5); call with Paula and Sam Marks (.5); Correspondence with M Toney re administration (.1) | Meetings/Teleconference with Professionals and Parties in Interest | 1.10 | $ 510.00 | $ 561.00 |
| 5/13/24 | Marc Ross | Mercy - call with Peg Brubaker and Monica Owens re Admin going forward (.5); Mercy - review correspondence from Ferenczy (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 1.00 | $ 510.00 | $ 510.00 |
| 5/14/24 | Harry Malinowski | Call with Ross re Work on Admin Claim/Sisters of Mercy Sponsorship | Meetings/Teleconference with Professionals and Parties in Interest | 0.60 | $ 510.00 | $ 306.00 |
| 5/14/24 | Marc Ross | Mercy - Call with Sisters of Mercy Counsel and PL Roby re maintaining Debtor and meet with PL Roby re: same (1.6); meet with PL Roby re confirmation hearing (1.10) | Meetings/Teleconference with Professionals and Parties in Interest | 2.70 | $ 510.00 | $ 1,377.00 |
| 5/15/24 | Marc Ross | Mercy - meet with PL Roby re confirmation and going forward; correspondence with R Leaf; correspondence with M Toney; correspondence with D Watson re plan Sponsor (8.0) | Meetings/Teleconference with Professionals and Parties in Interest | 8.00 | $ 510.00 | $ 4,080.00 |
| 5/20/24 | Marc Ross | Mercy - call with Peg Brubaker re Pension update. (.3) | Meetings/Teleconference with Professionals and Parties in Interest | 0.30 | $ 510.00 | $ 153.00 |
| 5/23/24 | Marc Ross | Mercy - Call with professionals (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.50 | $ 510.00 | $ 255.00 |
| 5/30/24 | Marc Ross | Mercy - Correspondence with professionals re calls (.5) | Meetings/Teleconference with Professionals and Parties in Interest | 0.50 | $ 510.00 | $ 255.00 |
| 5/31/24 | Marc Ross | Mercy - Call with Peg Brubaker re transition for the Plan Admin; call with PL Roby re status; call with Ferenczy and PL Roby re Plan post-confirmation (1.3) | Meetings/Teleconference with Professionals and Parties in Interest | 1.30 | $ 510.00 | $ 663.00 |
| | | | | **22.90** | **$ 510.00** | **$ 11,679.00** |

**Mercy Hospital Iowa City, Iowa, et. al.**

**Detailed Time incurred by Project Code - April 29, 2024 - June 02, 2024**

USBC NDIA 23-00623 (TJC)

Exhibit A-2

| Date | Timekeeper | Task | Project Category Reference Code | Time | Rate | Billed |
|---|---|---|---|---|---|---|
| 4/30/24 | Marc Ross | Travel to IA (4.0) | Travel | 4.00 | $ 255.00 | $ 1,020.00 |
| 5/2/24 | Marc Ross | Travel to PA (4.0) | Travel | 4.00 | $ 255.00 | $ 1,020.00 |
| 5/14/24 | Marc Ross | Mercy - Travel to IA (5.0) | Travel | 5.00 | $ 255.00 | $ 1,275.00 |
| 5/17/24 | Marc Ross | Mercy - Travel to PA from CR (4.0) | Travel | 4.00 | $ 255.00 | $ 1,020.00 |
| | | | | **17.00** | **$  255.00** | **$ 4,335.00** |

**Mercy Hospital Iowa City, Iowa, et. al.**                                                                 **USBC NDIA 23-00623 (TJC)**
**Detailed Time incurred by Project Code - April 29, 2024 - June 02, 2024**                                                **Exhibit A-3**

| Date | Timekeeper | Task | Project Category Ref | Time | Rate | Billed |
|---|---|---|---|---|---|---|
| 5/16/24 | Marc Ross | Mercy - Prep for potential testimony and attend Plan Confirmation hearing; meet with PL Roby after (8.0) | Case Administration | 8.00 | $ 510.00 | $ 4,080.00 |
| | | | | **8.00** | **$ 510.00** | **$ 4,080.00** |

**Mercy Hospital Iowa City, Iowa, et. al.**
**Detailed Time incurred by Project Code - April 29, 2024 - June 02, 2024**

**USBC NDIA 23-00623 (TJC)**
**Exhibit A-4**

| Date | Timekeeper | Task | Project Category Reference Co | Time | Rate | Billed |
|------|------------|------|-------------------------------|------|------|--------|
| 5/1/24 | Harry Malinowsk | Review Fourth Fee Application | Fee Application and Retention Related Matters | 0.60 | $ 255.00 | $ 153.00 |
| 5/1/24 | Marc Ross | Mercy - work on Fifth Fee Application (4.6) | Fee Application and Retention Related Matters | 4.60 | $ 255.00 | $ 1,173.00 |
| 5/2/24 | Marc Ross | Mercy - work on 5th fee app (.2) | Fee Application and Retention Related Matters | 0.20 | $ 255.00 | $ 51.00 |
| | | | | **5.40** | **$ 255.00** | **$ 1,377.00** |

**Mercy Hospital Iowa City, Iowa, et. al.**                                                    **USBC NDIA 23-00623 (TJC)**
**Detailed Time incurred by Project Code - April 29, 2024 - June 02, 2024**                          **Exhibit A-5**

| Date | Timekeeper | Task | Project Category Reference | Time | Rate | Billed |
|------|-----------|------|---------------------------|------|------|--------|
| 4/29/24 | Marc Ross | Mercy - review Plan amendments and calls with PL Roby re same (2.1) | Plan of Reorganization | 2.10 | $ 510.00 | $ 1,071.00 |
| | | | | 2.10 | $ 510.00 | $ 1,071.00 |

**EXHIBIT B**

**Mercy Hospital Iowa City, Iowa, et. al.**
Summary Time by Project Code

**USBC NDIA 23-00623 (TJC)**
Exhibit B

| Project Code | Column Labels | | | | Total Sum of Time | Total Sum of Billed |
|---|---|---|---|---|---|---|
| | Harry Malinowski Sum of Time | Sum of Billed | Marc Ross Sum of Time | Sum of Billed | | |
| Meetings/Teleconference with Professionals and Parties in Interest | 0.60 | 306.00 | 22.30 | 11,373.00 | 22.90 | 11,679.00 |
| Travel | | | 17.00 | 4,335.00 | 17.00 | 4,335.00 |
| Case Administration | | | 8.00 | 4,080.00 | 8.00 | 4,080.00 |
| Fee Application and Retention Related Matters | 0.60 | 153.00 | 4.80 | 1,224.00 | 5.40 | 1,377.00 |
| Plan of Reorganization | | | 2.10 | 1,071.00 | 2.10 | 1,071.00 |
| **Grand Total** | **1.20** | **459.00** | **54.20** | **22,083.00** | **55.40** | **22,542.00** |

Less amounts subject to Fee Cap of $17,000 per week          -

Net Billable Fees Sought                    55.40   $   22,542.00

Effective Rate                                      $      406.90


Amounts Sought for Payment at 80%                           $   18,033.60

Amounts Heldback at 20%                                     $    4,508.40

**EXHIBIT C**

**Mercy Hospital Iowa City, Iowa, et. al.**　　　　　　　　　　　　**USBC NDIA 23-00623 (TJC)**
**Expenses Incurred**　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit C**

| Expense | Date | Miles | Rate | Slip Value | Expense Type |
|---|---|---|---|---|---|
| American Airlines Airfare - PHL to Cedar Rapids | 4/30/24 | | | 992.70 | Airfare |
| American Airlines Airfare - PHL to Cedar Rapids | 5/14/24 | | | 980.69 | Airfare |
| Biaggi's Cedar Rapids | 4/30/24 | | | 125.00 | Meals |
| Subway Cedar Rapids | 5/2/24 | | | 25.19 | Meals |
| Hertz Rental Car | 5/1/24 | | | 240.63 | Rental Car |
| Casey's Cedar Rapids | 5/1/24 | | | 12.00 | Fuel |
| Fairfield Inn and Suites - Cedar Rapids | 5/2/24 | | | 348.12 | Lodging |
| Ferenczy Law Firm - Pension Plan Consulting | 5/11/24 | | | 759.00 | Outside Consulting |
| Casey's Cedar Rapids | 5/16/24 | | | 11.50 | Fuel |
| Biaggi's Cedar Rapids | 5/14/24 | | | 120.00 | Meals |
| Crosby's Cedar Rapids | 5/15/24 | | | 94.00 | Meals |
| Lot 3 Park Cedar Rapids | 5/16/24 | | | 8.50 | Parking |
| Black Sheep Social Club | 5/16/24 | | | 120.00 | Meals |
| Biaggi's Cedar Rapids | 5/16/24 | | | 95.00 | Meals |
| Residence Inn Cedar Rapids | 5/17/24 | | | 617.94 | Lodging |
| Dollar Rental Car - Cedar Rapids | 5/17/24 | | | 222.40 | Rental Car |

$ 4,772.67