Official Form 417A (12/23)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: MERCY HOSPITAL, IOWA CITY, IOWA, et al. | ) | Chapter 11 |
| | ) | Case No. 23-00623 (TJC) |
| Debtors | ) | (Jointly Administered) |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Mercy Health Network, Inc. d/b/a "MercyOne"

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   *Memorandum and Order Overruling MercyOne's Objection to the Debtors' Plan Confirmation* [Docket No. 1113] and *Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 1114]

2. State the date on which the judgment—or the appealable order or decree—was entered:
   June 7, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Mercy Hospital, Iowa City, Iowa et, al. (see attached)    Attorney: Roy Leaf
   625 First Street SE, Suite 400
   Cedar Rapids, IA 52401-2030
   Tel: (319) 286-7002
   Fax: (319) 286-7050
   Email: rleaf@nyemaster.com

2. Party: _____    Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ David B. Goroff  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: June 24, 2024

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):  
David B. Goroff  
**FOLEY & LARDNER LLP**  
321 N. Clark Street, Suite 3000  
Chicago, IL 60654  
Tel: (312) 832-4500  
Fax: (312) 832-4700  
dgoroff@foley.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

1. <u>Appellant</u>:

    Mercy Health Network, Inc., d/b/a "MercyOne"

    <u>Attorneys</u>:

    Michael R. Reck
    Christopher J. Jessen
    **BELIN McCORMICK, P.C.**
    666 Walnut Street, Suite 2000
    Des Moines, Iowa 50309
    Tel: (515) 243-7100
    Fax: (515) 558-0675
    mrreck@belinmccormick.com
    cjessen@belinmccormick.com

    – and –

    Edward J. Green (admitted *Pro Hac Vice*)
    David B. Goroff (admitted *Pro Hac Vice*)
    **FOLEY & LARDNER LLP**
    321 N. Clark Street, Suite 3000
    Chicago, IL 60654
    Tel: (312) 832-4500
    Fax: (312) 832-4700
    egreen@foley.com
    dgoroff@foley.com

    – and –

    Jake W. Gordon (admitted *Pro Hac Vice*)
    **FOLEY & LARDNER LLP**
    500 Woodward Avenue, Suite 2700
    Detroit, MI 48226
    Tel: (248) 943-6484
    jake.gordon@foley.com

2. <u>Appellees</u>:

    Mercy Hospital, Iowa City, Iowa
    Mercy Iowa City ACO, LLC
    Mercy Hospital Services Iowa City, Inc.

    <u>Attorneys</u>:

Roy Leaf, AT0014486
**NYEMASTER GOODE, P.C.**
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Tel: (319) 286-7002
Fax: (319) 286-7050
Email: rleaf@nyemaster.com

– and –

Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934 700
**NYEMASTER GOODE, P.C.**
Walnut, Suite 1600 Des Moines, IA 50309
Tel: (515) 283-3100
Fax: 515-283-8045
mmcguire@nyemaster.com
kmstanger@nyemaster.com
dhempy@nyemaster.com

– and –

Felicia Gerber Perlman (admitted pro hac vice)
Daniel M. Simon (admitted pro hac vice)
Emily C. Keil (admitted pro hac vice)
**MCDERMOTT WILL & EMERY LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Tel: (312) 372-2000
Faxe: (312) 984-7700
fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

– and –

Jack G. Haake (admitted pro hac vice)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Tel: (214) 295-8000
Fax: (972) 232-3098
jhaake@mwe.com