Case 23-00623    Doc 1151-1    Filed 06/25/24    Entered 06/25/24 09:56:11    Desc
Certificate of Service re: Notice of Appeal    Page 1 of 9

crtsvapl 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Debtor

Chapter 11

Bankruptcy No. 23–00623

## CERTIFICATE OF SERVICE
## RE: NOTICE OF APPEAL AND TRANSMISSION TO
## BANKRUPTCY APPELLATE PANEL (BAP)

The Notice of Appeal filed June 17, 2024 has been transmitted to the Bankruptcy Appellate Panel (BAP). (Fee Paid )

Notice is provided to the following parties by electronic means:

Jessica A Board on behalf of Creditor UnitedHealth Group
jessica.board@heidmanlaw.com, Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

Michael A Brandess on behalf of Creditor LiquidAgents Healthcare, LLC
michael.brandess@huschblackwell.com

Michael A Brandess on behalf of Creditor Medico–Mart, Inc.
michael.brandess@huschblackwell.com

Michael A Brandess on behalf of Creditor StaffDNA, LLC
michael.brandess@huschblackwell.com

Lindsey L. Browning on behalf of Interested Party State University of Iowa
lindsey.browning@ag.iowa.gov, josie.bollman@ag.iowa.gov

Peter Chalik on behalf of Creditor Computershare Trust Company, N.A., as Trustee
chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik on behalf of Creditor Preston Hollow Community Capital, Inc., as Bondholder Representative
chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik on behalf of Defendant Computershare Trust Company, N.A., as Trustee
chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital
chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik on behalf of Defendant Preston Hollow Capital, LLC.
chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Peter Chalik on behalf of Defendant Preston Hollow Community Capital, Inc., as Bondholder Representative

chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Dan Childers on behalf of Creditor Progressive Rehabilitation Associates, L.L.C.
drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Dan Childers on behalf of Interested Party Washington County Hospital and Clinics
drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Nathan F. Coco on behalf of Creditor Computershare Trust Company, N.A., as Trustee
nfcoco@mintz.com

Nathan F. Coco on behalf of Creditor Preston Hollow Community Capital, Inc., as Bondholder Representative
nfcoco@mintz.com

Matthew Cronin on behalf of Creditor Catholic Health Initiatives–Iowa Corp; Mercy ACO, LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI")
mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew Cronin on behalf of Creditor Mercy Health Network, Inc.
mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Harold J Dane, III on behalf of Creditor Steven D. Schwartz
hjdane@hjdane.com

Claire Davison on behalf of U.S. Trustee United States Trustee
claire.r.davison@usdoj.gov

Patrick B. Dillon on behalf of Creditor Health Carousel Travel Network, LLC (HCTN)
patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Michael S. Dove on behalf of Creditor Huntington National Bank
mdove@gislason.com, jburgau@gislason.com;hbliesmer@gislason.com

Tyler L Eason on behalf of Creditor Iowa Insurance Division
tyler.eason@ag.iowa.gov, sara.olsen@ag.iowa.gov

Larry S. Eide on behalf of Creditor Altera Digital Health Inc.
eide@pappajohnlaw.com, eidelr79374@notify.bestcase.com

Brittany B Falabella on behalf of Creditor Owens & Minor, Inc.
bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Tom Flynn on behalf of Creditor McKesson Corporation
tom.flynn@brickgentrylaw.com

Robert Cardell Gainer on behalf of Creditor Committee Official Committee of Unsecured Creditors
rgainer@cutlerfirm.com, 9643802420@filings.docketbird.com

Robert Cardell Gainer on behalf of Plaintiff Official Committee of Unsecured Creditors
rgainer@cutlerfirm.com, 9643802420@filings.docketbird.com

Jeffrey Garfinkle on behalf of Creditor McKesson Corporation
jgarfinkle@buchalter.com, lverstegen@buchalter.com

Kandie K Gelner on behalf of Interested Party Thompson Brothers Trust
kgelner@kennedylawyers.com

Terry Gibson on behalf of Creditor Communications Engineering Company
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Creditor Siemens Financial Services
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Creditor Steindler Orthopedic Clinic P.L.C.
tgibson@wandrolaw.com, filings@wandrolaw.com

Jeffrey Douglas Goetz on behalf of Creditor Wellmark Blue Cross Blue Shield
jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Susan Nielsen Goodman on behalf of Health Care Ombudsman Susan N. Goodman
sgoodman@pivothealthaz.com, pivothealthaz@gmail.com

David E. Gordon on behalf of Interested Party State University of Iowa
dgordon@polsinelli.com

Jake Gordon on behalf of Creditor Mercy Health Network, Inc.
jake.gordon@foley.com

David Goroff on behalf of Creditor Mercy Health Network, Inc.
dgoroff@foley.com

Edward Joseph Green on behalf of Creditor Mercy Health Network, Inc.
egreen@foley.com

Michael T. Gustafson on behalf of Interested Party Iowa City Ambulatory Surgical Center, LLC
mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Michael T. Gustafson on behalf of Interested Party Johnson County Surgeon Investors, LLC.
mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Jack Gabriel Haake on behalf of Debtor Mercy Hospital, Iowa City, Iowa
jhaake@mwe.com

Dana Waterman Hempy on behalf of Debtor Mercy Hospital, Iowa City, Iowa
dhempy@nyemaster.com, mseei@nyemaster.com

Stephanie L. Hinz on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust
shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Tara Holterhaus on behalf of Creditor Healogics Wound Care & Hyperbaric Services, LLC
tholterhaus@spencerfane.com

Miranda L. Hughes on behalf of Interested Party RMS Holdings, P.C.
hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Miranda L. Hughes on behalf of Interested Party Radiologic Medical Services, P.C.
hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com

Wesley B. Huisinga on behalf of Creditor Progressive Rehabilitation Associates, L.L.C.
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga on behalf of Interested Party Washington County Hospital and Clinics
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Laura Michelle Hyer on behalf of Creditor Revology, Inc.
lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Christopher J. Jessen on behalf of Creditor Catholic Health Initiatives–Iowa Corp; Mercy ACO, LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI")
cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher J. Jessen on behalf of Creditor Mercy Health Network, Inc.
cjessen@belinmccormick.com, vdrake@belinmccormick.com

William W. Kannel on behalf of Creditor Computershare Trust Company, N.A., as Trustee
bkannel@mintz.com

William W. Kannel on behalf of Creditor Preston Hollow Community Capital, Inc., as Bondholder Representative

bkannel@mintz.com

Steven G. Klesner on behalf of Creditor Travel Nurse Across America
steve@iclawfirm.com, dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner on behalf of Creditor Dawna Miller
steve@iclawfirm.com, dawn@iclawfirm.com;r50777@notify.bestcase.com

Steven G. Klesner on behalf of Creditor Judy Andronowitz
steve@iclawfirm.com, dawn@iclawfirm.com;r50777@notify.bestcase.com

Brian Koenig on behalf of Creditor Cassling Diagnostic Imaging, Inc.
, angela.annan@koleyjessen.com

Kristin M.V. Krueger on behalf of Creditor Cassling Diagnostic Imaging, Inc.
Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com

Bradley R. Kruse on behalf of Creditor Hayes Locums, LLC
bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com

Bradley R. Kruse on behalf of Creditor Kronos Incorporated aka UKG Inc.
bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com

Bradley R. Kruse on behalf of Creditor MediRevv, LLC (formerly known as MediRevv, Inc.)
bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com

Elizabeth Lally on behalf of Creditor Healogics Wound Care & Hyperbaric Services, LLC
elally@spencerfane.com, bakerm@goosmannlaw.com

Eric W. Lam on behalf of Interested Party Mercy Hospital Foundation
ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric W. Lam on behalf of Plaintiff Mercy Hospital Foundation
ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric J. Langston on behalf of Creditor EverBank, N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC
elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Roy Ryan Leaf on behalf of Debtor Mercy Hospital, Iowa City, Iowa
rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaste

Roy Ryan Leaf on behalf of Debtor Mercy Iowa City ACO, LLC
rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaste

Roy Ryan Leaf on behalf of Debtor Mercy Services Iowa City, Inc.
rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaste

Jennifer Erin Lindberg on behalf of Interested Party RMS Holdings, P.C.
jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg on behalf of Interested Party Radiologic Medical Services, P.C.
jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh on behalf of Creditor Roche Diagnostics Corporation
jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh on behalf of Interested Party Iowa City Ambulatory Surgical Center, LLC
jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh on behalf of Interested Party Johnson County Surgeon Investors, LLC.
jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Christopher K Loftus on behalf of Interested Party Mercy Hospital Foundation
cloftus@SPMBLAW.com, kcarmichael@spmblaw.com;tdomeyer@spmblaw.com

Samuel Zachary Marks on behalf of Creditor Brent Strabala
Office@markslawdm.com

Samuel Zachary Marks on behalf of Creditor J. Nicholas Russo
Office@markslawdm.com

Samuel Zachary Marks on behalf of Creditor Mike Garrels
Office@markslawdm.com

Samuel Zachary Marks on behalf of Creditor Nancy Russo
Office@markslawdm.com

Matthew McGuire on behalf of Debtor Mercy Hospital, Iowa City, Iowa
mmcguire@nyemaster.com, jbooker@nyemaster.com

Martin McLaughlin on behalf of Creditor United States of America (HHS)
marty.mclaughlin@usdoj.gov, usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Mark Melickian on behalf of Creditor Brent Strabala
mmelickian@raineslaw.com

Mark Melickian on behalf of Creditor J. Nicholas Russo
mmelickian@raineslaw.com

Mark Melickian on behalf of Creditor Margaret Halverson
mmelickian@raineslaw.com

Mark Melickian on behalf of Creditor Nancy Russo
mmelickian@raineslaw.com

Nicholas Miller on behalf of Creditor McKesson Corporation
nick.miller@brickgentrylaw.com

Nicholas Miller on behalf of Creditor Owens & Minor, Inc.
nick.miller@brickgentrylaw.com

Samantha Norris on behalf of Interested Party RMS Holdings, P.C.
samantha.norris@brownwinick.com

Samantha Norris on behalf of Interested Party Radiologic Medical Services, P.C.
samantha.norris@brownwinick.com

Austin Peiffer on behalf of Financial Advisor H2C Securities, Inc.
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Megan M. Preusker on behalf of Creditor Computershare Trust Company, N.A., as Trustee
mpreusker@mintz.com

Megan M. Preusker on behalf of Creditor Preston Hollow Community Capital, Inc., as Bondholder Representative
mpreusker@mintz.com

Janet G. Reasoner on behalf of U.S. Trustee United States Trustee
janet.g.reasoner@usdoj.gov

Michael Reck on behalf of Creditor Catholic Health Initiatives–Iowa Corp; Mercy ACO, LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI")
mrreck@belinmccormick.com

Michael Reck on behalf of Creditor Mercy Health Network, Inc.
mrreck@belinmccormick.com

Paula L. Roby on behalf of Financial Advisor HBM Management Associates, LLC
paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby on behalf of Interested Party Mercy Pensioners Ad Hoc Committee
paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby on behalf of Interested Party Carol Ebinger, et al.
paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby on behalf of Pensioners Committee Official Committee of Pensioners
paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Joseph Sakay on behalf of Creditor McKesson Corporation
jsakay@buchalter.com, pjolley@buchalter.com

Andrew H. Sherman on behalf of Creditor Committee Official Committee of Unsecured Creditors
asherman@sillscummis.com

Benjamin E. Shook on behalf of Financial Advisor H2C Securities, Inc.
benshook@mvalaw.com

Daniel M. Simon on behalf of Debtor Mercy Hospital, Iowa City, Iowa
dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

Kristina M. Stanger on behalf of Debtor Mercy Hospital, Iowa City, Iowa
kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

William J Sueppel on behalf of Creditor Gerard Electric, Inc.
billjs@meardonlaw.com

Jeffrey P. Taylor on behalf of Creditor Ashley Kurka
jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jeffrey P. Taylor on behalf of Creditor Tyler Davis
jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Kaitlin R. Walsh on behalf of Creditor Computershare Trust Company, N.A., as Trustee
krwalsh@mintz.com

Kaitlin R. Walsh on behalf of Creditor Preston Hollow Community Capital, Inc., as Bondholder Representative
krwalsh@mintz.com

Robert Schaefer Westermann on behalf of Creditor Owens & Minor, Inc.
rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Michael J Whaley on behalf of Interested Party CrossMed Healthcare Staffing Solutions, Inc.
MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

John Whiteman on behalf of Interested Party State University of Iowa
john.whiteman@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov


Notice is provided to the following parties by Epiq Corporate Restructuring, LLC, as Claims and Noticing Agent:

Allied Resources Medical Staffing
c/o Eric R. Perkins, Esq.
Becker LLC
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ 07039

Altera Digital Health, Inc.
c/o Kristin Steinkamp, Corporate Counsel
222 W Merchandise Mart Plaza #2024
Chicago, IL 60654

Kelly Banks
,

Jean Berge
1107 Wylde Green Rd
Iowa City, IA 52246

Bradford Capital Management, LLC
,

Beth M. Brownstein on behalf of Creditor MediRevv, LLC (formerly known as MediRevv, Inc.)
ArentFox Schiff LLP
1301 Avenue of the Americas
New York, NY 10019

Nathan M. Bull on behalf of Debtor Mercy Hospital, Iowa City, Iowa
McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131

CBRE, Inc.
,

Schuyler G. Carroll on behalf of Creditor Altera Digital Health Inc.
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154

Carol Ebinger
39 Chandler Place
Iowa City, IA 52245

Epiq Corporate Restructuring, LLC
,

Epiq Corporate Restructuring, LLC,
www.epiqsystems.com
777 Third Avenue
New York, NY 10017

FTI Consulting, Inc.
,

Brian J. Fagan on behalf of Interested Party Mercy Hospital Foundation
Simmons Perrine Moyer Bergman PLC
115 Third Street SE
Suite 1200
Cedar Rapids, IA 52401

Gaskill Signs, Inc.
Attn: Kim Gaskill, VP
11 Arbury Drive
Iowa City, IA 52246

Jodine Gunn
2218 E Grantview Drive
Coralville, IA 52241

Jeanne Hein
1386 Pleasantview Drive

Tipton, IA 52772

Emily C. Keil on behalf of Debtor Mercy Hospital, Iowa City, Iowa
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606

Boris I. Mankovestskiy on behalf of Creditor Committee Official Committee of Unsecured Creditors
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102

Nicholas A. Marten on behalf of Creditor MediRevv, LLC (formerly known as MediRevv, Inc.)
ArentFox Schiff LLP
1301 Avenue of the Americas
New York, NY 10019

Mary McCarthy
1200 23rd Ave Unit 2
Coralville, IA 52241

Mary McMurray
47 Lakeview Plance NE
Iowa City, IA 52240

Patterson Dental Supply, Inc.
1031 Mendota Heights Road
St. Pau, MN 55120

Felicia Gerber Perlman on behalf of Debtor Mercy Hospital, Iowa City, Iowa
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606

Leanne McKnight Prendergast on behalf of Creditor Healogics Wound Care & Hyperbaric Services, LLC
12620 Beach Blvd., Suite 3
#126
Jacksonville, FL 32246

Matthew F. Prewitt on behalf of Creditor MediRevv, LLC (formerly known as MediRevv, Inc.)
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606

Brian G. Remondino on behalf of Creditor UnitedHealth Group
300 Atlantic Street, 3rd Floor
Stamford, CT 06901

Charlie Saponaro
c/o Thomas J. Loeb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Stryker Corporation
,

ToneyKorf Partners, LLC
,

Joni Werle
2225 Sugar Bottom Rd NE
Solon, IA 52333

Latonia C. Williams on behalf of Creditor UnitedHealth Group

One Constitution Plaza
Hartford, CT 06103

Date: June 25, 2024                                 Sharon K. Mullin
                                                    Clerk, Bankruptcy Court
                                                    by:

                                                    */s/ Jennifer Weiser/*
                                                    Deputy Clerk