# United States Bankruptcy Appellate Panel
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 24th Floor
### St. Louis, Missouri 63102

**Maureen W. Gornik**　　　　　　　　　　　　　　　　　　　　　　　　VOICE (314) 244-2430
　*Panel Clerk*　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.ca8.uscourts.gov

June 26, 2024

Jake W. Gordon　　　　　　　　　　　　　Christopher J. Jessen
FOLEY & LARDNER　　　　　　　　　　　Michael R. Reck
Suite 2700　　　　　　　　　　　　　　　　BELIN & MCCORMICK
500 Woodward Avenue　　　　　　　　　　Suite 2000
Detroit, MI  48226　　　　　　　　　　　　2000 Financial Center
　　　　　　　　　　　　　　　　　　　　　666 Walnut Street
David B. Goroff　　　　　　　　　　　　　Des Moines, IA  50309-0000
Edward J. Green
FOLEY & LARDNER
Suite 2800
321 N. Clark Street
Chicago, IL  60654

　　　　RE:  24-6005  Mercy Health Network, Inc. v. Mercy Hospital, Iowa City, IA, et al

Dear Counsel:

　　　We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States Bankruptcy Court. In accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Appellate Panel for the Eighth Circuit, this appeal has today been assigned the docket number indicated.

　　　On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at:
　　　https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl.

　　　Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form by going to our web site, clicking on "Bankruptcy Appellate Panel" from the menu on the left, then clicking on "Panel Forms". The Panel's Local Rules and Internal Operating Procedures may also be downloaded from our website, which may be found at: http://www.ca8.uscourts.gov.

　　　A briefing schedule has been issued in this case and is being sent by separate transmission.

Page Two
24-6005

                                                                      Maureen W. Gornik
                                                                      Panel Clerk

CAH

cc:    Jack G. Haake
        Jean L. Hekel
        Dana Waterman Hempy
        Mary R. Jensen
        Emily C. Keil
        Roy Ryan Leaf
        Matthew A. McGuire
        Felicia Gerber Perlman
        Daniel M. Simon
        Kristina M. Stanger

        Bankruptcy Court Case Number(s):   23-00623

**Caption For Case Number:   24-6005**

In re: Mercy Hospital, Iowa City, Iowa, also known as Mercy Iowa City, also known as Mercy Home Care, also known as Mercy Iowa City Home Care, also known as Mercy Iowa City Cancer Care, also known as Mercy Iowa City Heart Care; Mercy Services Iowa City, Inc.; Mercy Iowa City ACO, LLC, also known as Mercy Iowa City ACO

      Debtors

------------------------------

Mercy Health Network, Inc., doing business as MercyOne

      Objector - Appellant

v.

Mercy Hospital, Iowa City, Iowa; Mercy Iowa City ACO, LLC; Mercy Services Iowa City, Inc.

      Debtors - Appellees

**Addresses For Case Participants:   24-6005**

Jake W. Gordon
FOLEY & LARDNER
Suite 2700
500 Woodward Avenue
Detroit, MI  48226

David B. Goroff and
   Edward J. Green
FOLEY & LARDNER
Suite 2800
321 N. Clark Street
Chicago, IL  60654

Christopher J. Jessen
   Michael R. Reck
BELIN & MCCORMICK
Suite 2000
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Jack G. Haake
MCDERMOTT & WILL
Suite 1900
2501 N. Harwood Street
Dallas, TX  75201

Felicia Gerber Perlman,
   Daniel M. Simon,
   Emily C. Keil
MCDERMOTT & WILL
Suite 4000
444 W. Lake Street
Chicago, IL  60606-0029

Roy Ryan Leaf
NYEMASTER & GOODE
Suite 400
625 First Street, S.E.
Cedar Rapids, IA  52401

Matthew A. McGuire,
   Dana Waterman Hempy and
   Kristina M. Stanger
NYEMASTER & GOODE
Suite 1300
700 Walnut Street
Des Moines, IA  50309-3899

FOR INFORMATION ONLY:

Jean L. Hekel
U.S. BANKRUPTCY COURT,
NORTHERN IOWA
P.O. Box 74890
Cedar Rapids, IA  52407-0000

Mary R. Jensen
U.S. TRUSTEE'S OFFICE
Region 12
Suite 304
780 Regent Street
Madison, WI  53715