## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. | ) ) ) ) | Case No. 23-00623 (TJC) |
| Debtors | ) ) | |

### MOTION TO CONTINUE JULY 8, 2024 HEARING

COMES NOW, MidWestOne Bank, Trustee of the Thompson Brothers Trust (hereafter, the "Trustee"), and in support of this Motion to Continue submits the following:

1. On June 6, 2024, a hearing was held on Debtors' Motion for Entry of Proposed Findings of Fact and Conclusions of Law (I) Approving the Sale of the Debtors' Beneficial Interest in the Thompson Trust Free and Clear of Liens, Claims, Interest, and Encumbrances; (II) Modifying Terms of the Thompson Trust; and (III) Granting Related Relief.

2. A Proceeding Memo and Order entered June 6, 2024, continued the matter and scheduled a telephonic hearing for June 21, 2024 at 1:30 p.m.

3. A Motion to Continue the hearing was filed on June 19, 2024. An Order entered June 21, 2024, reset the hearing for July 8, 2024 at 10:30 a.m.

4. MidWestOne Bank, as Trustee of the Thompson Brothers Trust, has continued communications with the proposed purchaser of the trust's beneficial interest, Mercy Hospital of Cedar Rapids, through its legal counsel and members of the board. Both parties believe an agreement may be possible, but need further time to finalize and document the terms. Therefore, the Trustee requests additional time to pursue potential resolution of this matter.

5. The attorney for the Trustee communicated with counsel for the Debtor and he agreed a two-week continuance of this hearing is appropriate.

WHEREFORE, the Trustee hereby requests the hearing set for July 8, 2024 be continued for two (2) weeks.

DATED this 3rd day of July, 2024.

KENNEDY LAW FIRM PC

By *(signature)*
Kandie K. Gelner   AT0001064
920 S. Dubuque St., P.O. Box 2000
Iowa City, IA  52244
Tel: (319) 351-8181
Fax: (319) 351-0605
Email: kgelner@kennedylawyers.com
ATTORNEY FOR TRUSTEE

17224.1/2024-07-03 Motion to Continue