**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) ) | Case No. 23-00623 (TJC) |
| Debtors | ) ) | Jointly Administered |

## ORDER GRANTING MOTION TO CONTINUE JULY 8, 2024 HEARING

NOW, the Court having been presented with the Motion to Continue July 8, 2024 Hearing (Doc. 1154) filed by MidWestOne Bank, Trustee of the Thompson Brothers Trust, finds the Motion should be granted. For the reasons stated in the Motion, the Court finds the hearing set for July 8, 2024 at 10:30 a.m. should be rescheduled. Said hearing is continued and reset for:

**July 29, 2024 at 10:30 AM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

Ordered:
July 8, 2024

Thad J. Collins
Chief Bankruptcy Judge