# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

---

No: 24-6005

---

In re: Mercy Hospital, Iowa City, Iowa, also known as Mercy Iowa City, also known as Mercy Home Care, also known as Mercy Iowa City Home Care, also known as Mercy Iowa City Cancer Care, also known as Mercy Iowa City Heart Care; Mercy Services Iowa City, Inc.; Mercy Iowa City ACO, LLC, also known as Mercy Iowa City ACO

Debtors

------------------------------

Mercy Health Network, Inc., doing business as MercyOne

Objector - Appellant

v.

Mercy Hospital, Iowa City, Iowa; Mercy Iowa City ACO, LLC; Mercy Services Iowa City, Inc.

Debtors - Appellees

---

U.S. Bankruptcy Court for the Northern District of Iowa - Cedar Rapids
(23-00623)

---

**JUDGMENT**

Appellees have filed an election to have this appeal heard by the District Court.

Accordingly, this case is hereby transmitted to the U.S. District Court for the Northern District of Iowa. The mandate shall issue forthwith.

July 15, 2024

Order Entered Under Rule 8013A:
Acting Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

/s/ Maureen W. Gornik