United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00623-TJC |
| Mercy Hospital, Iowa City, Iowa | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 7 |
| Date Rcvd: Jul 16, 2024 | Form ID: canclhrg | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, IA 52245-2689 |
| aty | + | Beth M. Brownstein, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| aty | + | Brian G. Remondino, 300 Atlantic Street, 3rd Floor, Stamford, CT 06901-3522 |
| aty | + | Brian J. Fagan, Simmons Perrine Moyer Bergman PLC, 115 Third Street SE, Suite 1200, Cedar Rapids, IA 52401-1222 |
| aty | + | Emily C. Keil, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Felicia Gerber Perlman, McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029 |
| aty | + | Latonia C. Williams, One Constitution Plaza, Hartford, CT 06103-1803 |
| aty | + | Leanne McKnight Prendergast, 12620 Beach Blvd., Suite 3, #126, Jacksonville, FL 32246-7130 |
| aty | + | Matthew F. Prewitt, ArentFox Schiff LLP, 233 South Wacker Drive, Suite 7100, Chicago, IL 60606-6446 |
| aty | + | Nathan M. Bull, McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-4336 |
| aty | + | Nicholas A. Marten, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |
| cr | + | Allied Resources Medical Staffing, c/o Eric R. Perkins, Esq., Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500 Livingston, NJ 07039-1022 |
| intp | | Carol Ebinger, et al., 30 Chandler Pl, Iowa City, IA 52245 |
| cr | + | Charlie Saponaro, c/o Thomas J. Loeb, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| cr | + | Communications Engineering Company, 405 Boyson Road, Hiawatha, IA 52233, UNITED STATES 52233-1211 |
| cr | + | Dawna Miller, 235 Federal St, Athens, GA 30607-7132 |
| cr | + | Gaskill Signs, Inc., Attn: Kim Gaskill, VP, 11 Arbury Drive, Iowa City, IA 52246-4901 |
| cr | + | Hayes Locums, LLC, 5900 North Andrews Avenue, Suite 900, Fort Lauderdale, FL 33309-2397 |
| cr | + | Health Carousel Travel Network, LLC (HCTN), 455 Delta Avenue Suite 108, Cincinnati, OH 45226-1170 |
| cr | + | Iowa Insurance Division, 1963 Bell Ave, Des Moines, IA 50315-1000 |
| cr | + | J. Nicholas Russo, 103 E College Street, Suite 314, Iowa City, IA 52240-4008 |
| cr | + | Judy Andronowitz, 2524 N Broken Circle Rd, Flagstaff, AZ 86004-7596 |
| cr | + | Kronos Incorporated aka UKG Inc., 420 South Orange Avenue, Suite 1200, Orlando, FL 32801-4904 |
| cr | + | LiquidAgents Healthcare, LLC, 5810 Tennyson Pkwy, Suite 300, Plano, TX 75024-3521 |
| cr | + | MediRevv, LLC (formerly known as MediRevv, Inc.), ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, MY 10019-6040 |
| cr | + | Medico-Mart, Inc., 2323 Corporate Dr., Waukesha, WI 53189-5000 |
| intp | | Mercy Pensioners Ad Hoc Committee, 30 Chandler Pl, Iowa City, IA 52245 |
| cr | + | Mike Garrels, 2150 N Marion Ave, Washington, IA 52353-9204 |
| cr | + | Nancy Russo, 103 E College Street, Suite 314, Iowa City, IA 52240-4008 |
| cr | + | Patterson Dental Supply, Inc., 1031 Mendota Heights Road, St. Pau, MN 55120-1401 |
| cr | + | Progressive Rehabilitation Associates, L.L.C., 1130 Scott Bvld, Ste. 1, Iowa City, IA 52240-2909 |
| cr | + | Revology, Inc., 201 East Washington Street, Unit 1302, Iowa City, IA 52240-3998 |
| cr | + | StaffDNA, LLC, 6860 Dallas Pkwy #400, Plano, TX 75024-4272 |
| intp | + | State University of Iowa, Iowa Attorney General's Office, 1305 E. Walnut St, Des Moines, IA 50319, UNITED STATES 50319-0109 |
| cr | + | Steven D. Schwartz, c/o Athony Bribriesco, 2407 18th St. #200, Bettendorf, IA 52722-3279 |
| cr | + | Travel Nurse Across America, 5020 Northshore Drive, Suite 2, North Little Rock, AR 72118-5330 |
| cr | + | United States of America (HHS), United States Attorney's Office, 111 7th Ave SE, Cedar Rapids, IA 52401-2101 |
| cr | + | UnitedHealth Group, 9900 Bred Rd. E. MN008-T502, Minnetonka, MN 55343-9603 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: scarroll@loeb.com | Jul 16 2024 20:31:00 | Schuyler G. Carroll, LOEB & LOEB LLP, 345 Park Avenue, New York, NY 10154-1895 |

Case 23-00623 Doc 1171 Filed 07/18/24 Entered 07/18/24 23:38:24 Desc Imaged
Certificate of Notice Page 2 of 8

| District/off: 0862-1 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: canclhrg | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: EFBankruptcyNotices@huntington.com | Jul 16 2024 20:31:00 | Huntington National Bank, 11100 Wayzata Blvd, Suite 700, Minnetonka, MN 55305-5523 |
| intp | + | Email/Text: loanops@midwestone.com | Jul 16 2024 20:31:13 | Thompson Brothers Trust, c/o MidWestOne Bank, 102 S Clinton Street, Iowa City, IA 52245, UNITED STATES 52240-4065 |
| cr | + | Email/Text: rasketl@wellmark.com | Jul 16 2024 20:31:00 | Wellmark Blue Cross Blue Shield, Attn: M. Michelle Lickteig, Esq., 1331 Grand Avenue, Station 5W580, Des Moines, IA 50309-2901 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bradford Capital Management, LLC |
| intp | | Kelly Banks |
| cr | | Stryker Corporation |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Austin Peiffer | on behalf of Financial Advisor H2C Securities Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin E. Shook | on behalf of Financial Advisor H2C Securities Inc. benshook@mvalaw.com, belladotson@mvalaw.com |
| Bradley R. Kruse | on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums LLC bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Brian Koenig | on behalf of Creditor Cassling Diagnostic Imaging Inc. , angela.annan@koleyjessen.com |
| Brittany B Falabella | on behalf of Creditor Owens & Minor Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com |

Case 23-00623    Doc 1171    Filed 07/18/24    Entered 07/18/24 23:38:24    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0862-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: canclhrg | Total Noticed: 42 |

Christopher J. Jessen
on behalf of Creditor Mercy Health Network Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher J. Jessen
on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher K Loftus
on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com kcarmichael@spmblaw.com

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com patti@shuttleworthlaw.com

Dan Childers
on behalf of Creditor Progressive Rehabilitation Associates L.L.C. drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Dana Waterman Hempy
on behalf of Debtor Mercy Hospital Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
on behalf of Debtor Mercy Hospital Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David Goroff
on behalf of Creditor Mercy Health Network Inc. dgoroff@foley.com

David E. Gordon
on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Edward Joseph Green
on behalf of Creditor Mercy Health Network Inc. egreen@foley.com

Elizabeth Lally
on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC elally@spencerfane.com, bakerm@goosmannlaw.com

Eric J. Langston
on behalf of Creditor EverBank N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Eric W. Lam
on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Harold J Dane, III
on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
on behalf of Debtor Mercy Hospital Iowa City, Iowa jhaake@mwe.com

Jake Gordon
on behalf of Creditor Mercy Health Network Inc. jake.gordon@foley.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com

Jeffrey Douglas Goetz
on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
on behalf of Creditor Tyler Davis jtaylor@krflawfirm.com jkanellis@krflawfirm.com

Jeffrey P. Taylor
on behalf of Creditor Ashley Kurka jtaylor@krflawfirm.com jkanellis@krflawfirm.com

Jennifer Erin Lindberg
on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh

Case 23-00623    Doc 1171    Filed 07/18/24    Entered 07/18/24 23:38:24    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0862-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: canclhrg | Total Noticed: 42 |

| | |
|---|---|
| | on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com  lynda.dennis@faegredrinker.com |
| Jesse James Edward Linebaugh | |
| | on behalf of Interested Party Johnson County Surgeon Investors  LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jessica A Board | |
| | on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com |
| John Whiteman | |
| | on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov |
| Joseph Sakay | |
| | on behalf of Creditor McKesson Corporation jsakay@buchalter.com  pjolley@buchalter.com |
| Kaitlin R. Walsh | |
| | on behalf of Creditor Computershare Trust Company  N.A., as Trustee krwalsh@mintz.com |
| Kaitlin R. Walsh | |
| | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative krwalsh@mintz.com |
| Kandie K Gelner | |
| | on behalf of Interested Party Thompson Brothers Trust kgelner@kennedylawyers.com |
| Kristin M.V. Krueger | |
| | on behalf of Creditor Cassling Diagnostic Imaging  Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com |
| Kristina M. Stanger | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Larry S. Eide | |
| | on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com |
| Laura Michelle Hyer | |
| | on behalf of Creditor Revology  Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com |
| Lindsey L. Browning | |
| | on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov  josie.bollman@ag.iowa.gov |
| Mark Melickian | |
| | on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Brent Strabala mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Nancy Russo mmelickian@raineslaw.com |
| Mark Melickian | |
| | on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com |
| Martin McLaughlin | |
| | on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Matthew Cronin | |
| | on behalf of Creditor Mercy Health Network  Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew Cronin | |
| | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew McGuire | |
| | on behalf of Debtor Mercy Hospital  Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com |
| Megan M. Preusker | |
| | on behalf of Creditor Preston Hollow Community Capital  Inc., as Bondholder Representative mpreusker@mintz.com |
| Megan M. Preusker | |
| | on behalf of Creditor Computershare Trust Company  N.A., as Trustee mpreusker@mintz.com |
| Michael Reck | |
| | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com |
| Michael Reck | |
| | on behalf of Creditor Mercy Health Network  Inc. mrreck@belinmccormick.com |
| Michael A Brandess | |
| | on behalf of Creditor StaffDNA  LLC michael.brandess@huschblackwell.com |
| Michael A Brandess | |

| | |
|---|---|
| | on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com |
| Michael A Brandess | |
| | on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com |
| Michael J Whaley | |
| | on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com |
| Michael S. Dove | |
| | on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com |
| Michael T. Gustafson | |
| | on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Michael T. Gustafson | |
| | on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Miranda L. Hughes | |
| | on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Miranda L. Hughes | |
| | on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;taylor.hoffman@brownwinick.com |
| Nathan F. Coco | |
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com |
| Nathan F. Coco | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com |
| Nicholas Miller | |
| | on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com |
| Nicholas Miller | |
| | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Patrick B. Dillon | |
| | on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby | |
| | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Financial Advisor HBM Management Associates LLC paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | |
| | on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com |
| Peter Chalik | |
| | on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital chalik@whitfieldlaw.com hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Preston Hollow Capital LLC. chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Robert Cardell Gainer | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |

Case 23-00623    Doc 1171    Filed 07/18/24    Entered 07/18/24 23:38:24    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0862-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: canclhrg | Total Noticed: 42 |

| | |
|---|---|
| Robert Cardell Gainer | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | on behalf of Creditor Owens & Minor  Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Hospital  Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Services Iowa City  Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | on behalf of Debtor Mercy Iowa City ACO  LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris | on behalf of Interested Party Radiologic Medical Services  P.C. samantha.norris@brownwinick.com |
| Samantha Norris | on behalf of Interested Party RMS Holdings  P.C. samantha.norris@brownwinick.com |
| Samuel Zachary Marks | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Stephanie L. Hinz | on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust shinz@pbalawfirm.com dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Steven G. Klesner | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | on behalf of Creditor Dawna Miller steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com |
| Tara Holterhaus | on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC tholterhaus@spencerfane.com |
| Terry Gibson | on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com  filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com  filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com  filings@wandrolaw.com |
| Tom Flynn | on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com |
| Tyler L Eason | on behalf of Creditor Iowa Insurance Division tyler.eason@ag.iowa.gov  sara.olsen@ag.iowa.gov |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com |

District/off: 0862-1 User: admin Page 7 of 7
Date Rcvd: Jul 16, 2024 Form ID: canclhrg Total Noticed: 42

William J Sueppel
    on behalf of Creditor Gerard Electric Inc. billjs@meardonlaw.com

William W. Kannel
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative bkannel@mintz.com

William W. Kannel
    on behalf of Creditor Computershare Trust Company N.A., as Trustee bkannel@mintz.com

TOTAL: 112

canclhrg 7/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23−00623

Debtor

## NOTICE CANCELING TELEPHONIC HEARING
## ON MOTION FOR SALE OF PROPERTY UNDER SECTION 363 (b) − DEBTORS' INTEREST IN REHAB JOINT VENTURE (DOC. 1140)

To:

Roy Ryan Leaf, Attorney for Debtor

United States Trustee

Mercy Hospital, Iowa City, Iowa, Debtor

Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger, Attorneys for Debtor

Robert Cardell Gainer, Boris I. Mankovestskiy, and Andrew H. Sherman, Attorneys for Official Committee of Unsecured Creditors

Paula Roby, Attorney for Mercy Pensioners Ad Hoc Committee

Mark Melickian and Samuel Zachary Marks, Attorneys for Brent Strabala, J. Nicholas Russo, Nancy Russo, Mark Garrels and Margaret Halverson

Peter Chalik, Nathan F. Coco, William W. Kannel, Megan M. Preusker, and Kaitlin R. Walsh, Attorneys for Computershare Trust Company, N.A. as Trustee and Preston Hollow Community Capital, Inc. as Bondholder Representative

**NOTICE IS HEREBY GIVEN** that the above matter(s) scheduled for July 29, 2024 at 10:30 AM is hereby **CANCELED**.

Date: July 16, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Jennifer Weaver*

Deputy Clerk