# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## APPELLEE STATEMENT ON NO ADDITIONS TO APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

COMES NOW, The Appellees in this matter, Mercy Hospital, Iowa City, Iowa, Mercy Services Iowa City, Inc. and Mercy Iowa City ACO, LLC, by William H. Henrich of Getzler Henrich & Associates, LLC, in his capacity as Liquidation Trustee of the Mercy Hospital Liquidation Trust, and state that Appellees have no additions to the Appellant's Designation of Items to be Included in the Record on Appeal as filed at Docket No. 1172.

Dated:  July 22, 2024         Respectfully submitted,

*/s/ Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
E-mail:  asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266

        Telephone:   515-223-6600
        Facsimile:   515-223-6787
        E-mail:  rgainer@cutlerfirm.com

*Attorney for William H. Henrich of Getzler Henrich & Associates, LLC, in his capacity as Liquidation Trustee of the Mercy Hospital Liquidation Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

*/s/ Robert C. Gainer*