# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23–00623

Debtor

USDC No.
24–cv–00068–CJW–MAR

## CERTIFICATE ON APPEAL WITH RECORD

A Notice of Appeal was filed on June 17, 2024 on behalf of Mercy Health Network, Inc., d/b/a MercyOne by Michael R. Reck, Christopher J. Jessen, Edward J. Green, David B. Goroff, and Jake W. Gordon, appealing to the Bankruptcy Appellate Panel from the Memorandum Opinion and Order Overruling MercyOne's Objection to Debtors' Plan Confirmation and the Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation filed June 7, 2024 by the Honorable Thad J. Collins, Chief Bankruptcy Judge.

An Appellee Statement of Election to Proceed in District Court was filed and the Appeal was transferred to U.S. District Court for the Northern District of Iowa on July 15, 2024.

The Clerk of the United States Bankruptcy Court hereby certifies the following documents as made available in the electronic court record and in accordance with 28 U.S.C. § 158(a):

[1] Chapter 11 Voluntary Petition for Non–Individuals
[37] Order Granting Motion for Joint Administration on Lead Case 1:23–bk–623
[760] Disclosure Statement of Debtors and, Chapter 11 Plan of Liquidation
]796] Motion for Approval of Solicitation Procedures
[919] Support Document re: Disclosure Statement, Plan Notice of Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan
[926] Order (I) Approving Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Deadlines and Procedures for (A) Filing Objections to Confirmation of Plan, (B) Claim Objections, and (C) Temporary Allowance of Claims for Voting Purposes; (IV) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (V) Setting Record Date; (VI) Approving (A) Solicitation Packages and Procedures for Distribution, (B) Form of Notice of Hearing on Confirmation and Related Matters, and (C) Forms of Ballots; (VII) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (VIII) Granting Related Relief
[927] Modified Disclosure Statement and Notice Thereof
[929] Modified Chapter 11 Plan and Notice Thereof
[930] Notice of Hearing Re: Disclosure Statement and Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and Related Objection Deadline
[993] Modified Chapter 11 Plan –Supplement., Modified Disclosure Statement –Supplement
[1007] Exhibit List for May 16, 2024 Hearing and Witness List
[1008] Exhibit List for May 16, 2024 Hearing
[1009] Exhibit List for 5/16/2024 Hearing and Witness List
[1016] Objection to Confirmation of Plan Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation
[1037] Report on Ballots
[1040] Objection to Exhibits re: Exhibit List
[1050] Modified Chapter 11 Plan of Liquidation
[1052] Declaration re: Mark E. Toney in Support of Confirmation of Debtors' Joint Chapter 11 Plan of Liquidation
[1053] Brief –Debtors' (I) Memorandum of Law in Support of Confirmation of Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation and (II) Omnibus Reply to Objections to Confirmation
[1054] Exhibit List for May 16, 2024 Hearing and Witness List – AMENDED
[1061] Exhibit List from May 16, 2024

[1062] Proceeding Memo and Order
[1113] Memorandum Opinion and Order Overruling MercyOne's Objection to Debtors' Plan Confirmation
[1114] Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation
[1115] Notice of Confirmation of Plan
[1123] Notice of Appeal and Statement of Election
[1124] Motion to Stay Pending Appeal re: Order Confirming Chapter 11 Plan
[1126] Hearing Set
[1133] Joint Objection to Motion to Stay Pending Appeal and Reservation of Rights
[1137] Proceeding Memo and Order Re: Motion to Stay Pending Appeal
[1139] Notice of Occurrence of Ch 11 Plan Effective Date
[1145] Transcript regarding Hearing Held on 5/16/24
[1146] Support Document re: Notice of Appeal and Statement of Election
[1148] Notice of Filing of Transcript
[1151] Certificate of Service re: BAP Appeal and Certificate of Transmission to Appellate Court
[1152] Acknowledgment Received from BAP Appeal
[1158] Transcript regarding Hearing Held on 6/21/24
[1163] Notice of Filing of Transcript
[1166] Copy of Judgment Re: Appeal from BAP 24−6005
[1170] Acknowledgment Received from USDC Appeal – no document for entry
[1172] Designation of Contents for Inclusion in Record of Appeal
[1174] Appellee Designation of Contents for Inclusion in Record of Appeal

Notice is hereby provided through electronic mail to parties who are registered users of the Court's CM/ECF system. Non−registered parties receive notice at the address captured on the Notice of Appeal.

Bankruptcy Appeals to the United States District Court are governed by the United States District Court, Northern District of Iowa, Local Rule 8001, Bankruptcy Appeals. This rule may be reviewed in it's entirety at www.iand.uscourts.gov.

**All subsequent documents relating to the appeal shall be filed with the United States District Court.**

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Date of Issuance: July 23, 2024                                     Deputy Clerk