# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No.  23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | CONSENT MOTION TO EXTEND TIME |
| | ) | TO OBJECT TO TENTH MONTHLY FEE |
| | ) | APPLICATION OF DEBTORS' |
| | ) | COUNSEL |

COMES NOW, the Acting U.S. Trustee, by and through the undersigned and Nyemaster Goode, P.C. on behalf of the Debtors hereby Stipulate:

1. The Tenth Monthly Fee Applications of Nyemaster Goode P.C. were filed on July 9, 2024 (doc. 1159) ("Application").

2. Objections to the Application are due on July 23, 2024.

3. The U.S. Trustee requests a 1-day extension, to July 24, 2024 to file objections to the Application.

4. Debtors' counsel has agreed to the extension.

WHEREFORE, the Acting United States Trustee requests that the Court enter the Proposed Consent Order granting the UST an additional day to file any objections to the Application.

Dated: July 23, 2024

**Mary R. Jensen**
Acting United States Trustee
Region 12

By:/s/ Janet G. Reasoner
**Janet G. Reasoner**
111 7th Ave SE, Box 17
Cedar Rapids, Iowa 52404
Ph: (319) 364-2211
Janet.G.Reasoner@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated July 23, 2024.

By: /s/ Jennifer L. Cline
**Jennifer L. Cline**
Paralegal Specialist
United States Trustee's Office