# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE TO OBJECT TO TENTH MONTHLY FEE APPLICATON OF DEBTORS' COUNSEL

The matter before the court is the Acting U.S. Trustee's Consent Motion to extend deadline to file objections to the Tenth Monthly Fee Application of Nyemaster Goode P.C.

The Tenth Monthly Fee Application of Nyemaster Goode P.C. was filed on July 9, 2024. The current deadline is July 23, 2024. The U.S. Trustee requests an extension, to and including July 24, 2024.

THEREFORE, IT IS ORDERED that the deadline to object to the Tenth Monthly Fee Applications of Nyemaster Goode P.C. is extended to July 24, 2024.

Dated and entered:
July 24, 2024

By: _____
United States Bankruptcy Judge

Prepared by:
Office of U.S. Trustee