**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 259** |

**COMPENSATION REPORT OF TONEYKORF PARTNERS, LLC
FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 24, 2024**

In accordance with the *Order Authorizing Debtors to Retain ToneyKorf Partners, LLC as Interim Management of the Debtors, Effective as of the Petition Date Pursuant to Section 363 of the Bankruptcy Code, and Granting Related Relief* [Docket No. 259] (the "Retention Order") and pursuant to the terms of the engagement letter dated March 30, 2023 (the "Engagement Letter"), ToneyKorf Partners, LLC ("ToneyKorf Partners") hereby submits its report of compensation earned and expenses incurred (the "Compensation Report") for the period of June 1, 2024 through June 24, 2024 (the "Report Period"), and in support of such report respectfully represents:

1. The Debtors appointed Mark E. Toney to serve as the Chief Restructuring Officer ("CRO"), James R. Porter to serve as the Chief Financial Officer ("CFO"), and Christopher P. Karambelas to serve as the Chief Information Officer and Chief Operating Officer ("CIO/COO") as set forth in the Engagement Letter.  The Engagement Letter further states that ToneyKorf Partners will provide additional personnel to assist Mr. Toney, Mr. Porter, and Mr. Karambelas with the restructuring efforts and other business of the Debtors (the "Temporary Staff"), as set forth more fully in the Engagement Letter.

2. The Retention Order provides that ToneyKorf Partners shall file with this Court, and provide notice to the Office of the United States Trustee for the Northern District of Iowa (the

"U.S. Trustee") and any official committees of, a report of staffing on the engagement for the previous month that includes the names and functions of each of the individuals assigned (each, a "Staffing Report"). *See* Retention Order, ¶ 3(c). The Staffing Report for the period June 1, 2024 to June 24, 2024 was filed on July 22, 2024 [Docket No. 1173].

3.  The Retention Order also provides that ToneyKorf Partners shall file reports of compensation earned and expenses incurred for a sixty-day period. *See* Retention Order, ¶ 3(e). Accordingly, ToneyKorf Partners has prepared a summary report of compensation earned and expenses incurred for the Report Period, attached hereto as **Exhibits A-F**. Attached hereto as **Exhibit A** is a summary chart that discloses the names, functions filled, hours worked, and compensation by the CRO, CFO, CIO/COO, and the Temporary Staff for the Report Period. Attached hereto as **Exhibit B** is a summary chart that discloses the hours worked and compensation by category for the Report Period. Attached hereto as **Exhibit C** is a summary of hours worked and compensation by category by each ToneyKorf Partners professional for the Report Period. Attached hereto as **Exhibit D** is a description of hours worked by category for the Report Period. Attached hereto as **Exhibit E** is a summary of expenses incurred by category for the Report Period. Attached hereto as **Exhibit F** is an itemized list of expenses incurred for the Report Period.

Dated: July 26, 2024              */s/ Mark E. Toney*
                                                      Mark E. Toney
                                                      Senior Managing Director
                                                      ToneyKorf Partners, LLC

**EXHIBIT A**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**SUMMARY OF COMPENSATION EARNED BY PROFESSIONAL**

| Senior Management | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Mark Toney | Chief Restructuring Officer | $ 1,050 | 14.6 | $ 15,330.00 |
| Jim Porter | Chief Financial Officer | 810 | 31.3 | 25,353.00 |
| Chris Karambelas | Chief Information Officer / Chief Operating Officer | 725 | 13.0 | 9,425.00 |
| **Subtotal** | | | **58.9** | **$ 50,108.00** |

| Other Professionals | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Peg Brubaker | Vice President of Human Resources | $ 685 | 15.2 | $ 10,405.15 |
| Jamy Houck | Manager of Administration and Communications | 660 | 3.1 | 2,046.00 |
| Kara Borodkin | Treasury and Finance Manager | 335 | 45.7 | 15,309.50 |
| **Subtotal** | | | **64.0** | **$ 27,760.65** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **122.9** | **$ 77,868.65** |
| **Discounts:** | | | | |
| Travel Discount at 50%[1] | | | | - |
| Senior Management Contractual Discount[2] | | | | - |
| **Total Discounts** | | | | **$ -** |
| **Net Fees** | | | | **$ 77,868.65** |
| **Expenses**[3] | | | | **$ 380.32** |
| **Total Billed** | | | | **$ 78,248.97** |

*Notes:*
*(1) Travel time is discounted at 50% for all professionals per the engagement letter.*
*(2) Due to the declining required work and related time, the fees of the CFO and CIO/COO have decreased below the contractual cap per the engagement letter. Hence, the related discount has declined or is not applicable.*
*(3) Expenses represent amounts recorded to date and do not represent full amounts incurred. Further expenses may be reported after this reporting period.*

**EXHIBIT B**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**SUMMARY BY CATEGORY**

| Category | Hours | Amount |
|---|---:|---:|
| 01 Business Operations | 85.5 | $ 51,944.40 |
| 02 Cash Management & Financing | 6.8 | 2,635.50 |
| 03 Post-Closing UI Transition Services | 2.2 | 1,449.50 |
| 09 Bankruptcy Reporting | 4.0 | 1,772.50 |
| 11 DS & POL | 17.2 | 15,362.75 |
| 16 Bankruptcy Meetings and Communications | 2.0 | 1,145.00 |
| 17 Court Hearings | 1.3 | 1,245.00 |
| 19 Compensation and Staffing Reports | 3.9 | 2,314.00 |
| **Total Hours / Fees** | **122.9** | **$ 77,868.65** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | Amount |
|---|---|---|
| **01 Business Operations** | | |
| Mark Toney | 4.8 | $ 5,040.00 |
| Jim Porter | 20.9 | 16,929.00 |
| Chris Karambelas | 12.5 | 9,062.50 |
| Peg Brubaker | 14.4 | 9,891.40 |
| Jamy Houck | - | - |
| Kara Borodkin | 32.9 | 11,021.50 |
| **01 Business Operations Total** | **85.5** | **$ 51,944.40** |
| | | |
| **02 Cash Management & Financing** | | |
| Mark Toney | 0.5 | $ 525.00 |
| Jim Porter | - | - |
| Chris Karambelas | - | - |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Kara Borodkin | 6.3 | 2,110.50 |
| **02 Cash Management & Financing Total** | **6.8** | **$ 2,635.50** |
| | | |
| **03 Post-Closing UI Transition Services** | | |
| Mark Toney | - | $ - |
| Jim Porter | 1.5 | 1,215.00 |
| Chris Karambelas | - | - |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Kara Borodkin | 0.7 | 234.50 |
| **03 Post-Closing UI Transition Services Total** | **2.2** | **$ 1,449.50** |
| | | |
| **09 Bankruptcy Reporting** | | |
| Mark Toney | - | $ - |
| Jim Porter | 0.5 | 405.00 |
| Chris Karambelas | 0.5 | 362.50 |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Kara Borodkin | 3.0 | 1,005.00 |
| **09 Bankruptcy Reporting Total** | **4.0** | **$ 1,772.50** |

**EXHIBIT C**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**SUMMARY BY CATEGORY BY PROFESSIONAL**

|  | Hours | Amount |
|---|---|---|
| **11 DS & POL** | | |
| Mark Toney | 8.5 | $ 8,925.00 |
| Jim Porter | 6.9 | 5,589.00 |
| Chris Karambelas | - | - |
| Peg Brubaker | 0.8 | 513.75 |
| Jamy Houck | - | - |
| Kara Borodkin | 1.0 | 335.00 |
| **11 DS & POL Total** | **17.2** | **$ 15,362.75** |
| | | |
| **16 Bankruptcy Meetings and Communications** | | |
| Mark Toney | - | $ - |
| Jim Porter | 1.0 | 810.00 |
| Chris Karambelas | - | - |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Kara Borodkin | 1.0 | 335.00 |
| **16 Bankruptcy Meetings and Communications Total** | **2.0** | **$ 1,145.00** |
| | | |
| **17 Court Hearings** | | |
| Mark Toney | 0.8 | $ 840.00 |
| Jim Porter | 0.5 | 405.00 |
| Chris Karambelas | - | - |
| Peg Brubaker | - | - |
| Jamy Houck | - | - |
| Kara Borodkin | - | - |
| **17 Court Hearings Total** | **1.3** | **$ 1,245.00** |
| | | |
| **19 Compensation and Staffing Reports** | | |
| Mark Toney | - | $ - |
| Jim Porter | - | - |
| Chris Karambelas | - | - |
| Peg Brubaker | - | - |
| Jamy Houck | 3.1 | 2,046.00 |
| Kara Borodkin | 0.8 | 268.00 |
| **19 Compensation and Staffing Reports Total** | **3.9** | **$ 2,314.00** |
| | | |
| **Total** | **122.9** | **$ 77,868.65** |

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**CATEGORY DESCRIPTIONS**

**01  Business Operations**

Issues related to debtor-in-possession wind down operations in chapter 11, including duties of the CRO, CFO, COO/CIO, and Vice President of Human Resources. Management of the operations of the Debtors, including:

a) CRO oversaw and managed aspects of the Debtors' wind down and post-sale operations. Planned overall case strategy, and managed bankruptcy professionals assisting the Debtors with various tasks. Led communications to the Board of Directors, community leaders, and media inquiries. Managed communication plans and deliverables for key stakeholders. Oversaw and assisted in strategy for HR matters, including retirement plan wind-downs and record retention. Developed transition planning for liquidating trustee;

b) CFO managed the Debtors' financial and treasury functions, focused on cash generation and preservation, and managed the preparation of periodic reports required by the Bankruptcy Court or which are customarily issued by the Company's CFO. Coordinated cash flow efforts, oversaw budget and actual cash flow, operating loss, funding requirements, and other needs as necessary. Oversaw certain aspects of the Debtors' wind down and post-sale operations, including financial reporting and projections, post-closing accounts receivable wind down and transition of revenue cycle services to a new vendor, and various human resources and pension matters. Developed transition planning for liquidating trustee;

c) CIO/COO oversaw the transition of legacy human resources and IT data to from the Buyer in accordance with the Transition Services Agreement. Developed transition planning for liquidating trustee;

d) VP of Human Resources oversaw the wind down of human resources and benefit functions, including the defined benefit retirement plan, termination of the 401(k) and 403(b) plans, health and dental insurance, and workers' compensation. Responded to defined benefit pension inquiries, provided and processed pension commencement requests. Verified and updated demographic and financial data for defined benefit pension valuation. Developed transition planning for liquidating trustee; and

e) Temporary Staff supported senior management as noted above, including preparing various weekly, monthly, and ad hoc financial and operational reports, both for operations, external reporting to stakeholders, and bankruptcy court. Managed the treasury function and prepared reporting for CRO and CFO. Developed transition planning for liquidating trustee.

**02  Cash Management & Financing**

Supported cash and liquidity management activities, including assisting with the preparation and maintenance of debtor-in-possession post-closing cash flow forecasts and variance analyses. Reviewed and approved vendor payments.

**03  Post-Closing UI Transition Services**

Provided post-closing employee, benefit, and payroll-related transition services to Buyer as agreed upon in the Transition Services Agreement between the Debtors and University of Iowa Health Care.

**09  Bankruptcy Reporting**

Oversaw and addressed administrative and/or reporting matters related to bankruptcy reporting. Analyzed contracts to be assumed or rejected. Supported efforts to prepare bankruptcy-related matters, including Monthly Operating Reports (MORs).

**EXHIBIT D**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**CATEGORY DESCRIPTIONS**

| | |
|---|---|
| **11** | **Disclosure Statement & Plan of Liquidation** |

Reviewed and directed asset recovery and administrative claims in the waterfall analysis. Oversaw communications with the Bondholders, Unsecured Creditors' Committee, and Pension Committee advisors. Reviewed objection to Plan Confirmation and discussed with professionals. Planned and prepared for the Effective Date.

| | |
|---|---|
| **16** | **Bankruptcy Meetings and Communications** |

Participated in bankruptcy meetings and general correspondence with UCC, Pension Committee, Creditors, Committee Professionals, Other Debtors Advisors, Bondholder's Advisors, or Other Professionals relating to various case updates.

| | |
|---|---|
| **17** | **Court Hearings** |

Prepared for and participated in hearing.

| | |
|---|---|
| **19** | **Compensation and Staffing Reports** |

Prepared and reviewed monthly invoices, staffing reports, and compensation reports.

**EXHIBIT E**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**SUMMARY BY EXPENSE TYPE**

| Expense Type | Total |
|---|---:|
| Airfare | $ - |
| Ground Transportation | - |
| Lodging | - |
| Meals | - |
| Miscellaneous / Other | 380.32 |
| **Total** | **$ 380.32** |

**EXHIBIT F**
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., - CASE NO. 23-00623 (TJC)**
**COMPENSATION REPORT FOR THE PERIOD JUNE 1, 2024 TO JUNE 24, 2024**
**ITEMIZED EXPENSES BY CATEGORY**

| Name | Date | Expense Detail | Amount |
|---|---|---|---:|
| **Miscellaneous / Other** | | | |
| Chris Karambelas | 06/04/2024 | Other - Monthly Microsoft licensing costs for Mercy Estate (x7 licenses) | $ 201.25 |
| Peg Brubaker | 06/07/2024 | Other - Postage to remail returned pension package to correct address | $ 1.87 |
| Peg Brubaker | 06/10/2024 | Other - Postage to remail returned 403(b) pension package to correct address | $ 2.59 |
| Peg Brubaker | 06/12/2024 | Other - Postage to remail returned pension package to correct address | $ 2.11 |
| Chris Karambelas | 06/24/2024 | Other - Microsoft licensing costs for additional periods | $ 172.50 |
| **Miscellaneous / Other Total** | | | **$ 380.32** |
| **Grand Total** | | | **$ 380.32** |