UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: July 29, 2024
Hearing on: Motion For Sale of Property Under Section 363 (b) - Beneficial Interest in Thompson Trust (Doc. 1043) filed by Debtors on 5/10/2024

APPEARANCES:

Attorney Kristina M. Stanger for Debtors
Attorney Claire Davison on behalf of the United States Trustee
Attorney Kandie K. Gelner for MidWestOne Bank, in its capacity as Trustee of the Thompson Brothers Trust
Attorney Robert Cardell Gainer for William H. Henrich of Getzler Henrich & Associates, LLC, in his capacity as Liquidation Trustee of the Mercy Hospital Liquidation Trust
Attorneys Megan M. Preusker and Peter Chalik for Computershare Trust Company, N.A., as Trustee, and Preston Hollow Community Capital, Inc., as Bondholder Representative

OUTCOME OF PROCEEDING:
The parties came to a proposed resolution of the matter.

**IT IS ORDERED THAT**: settlement documents be submitted on or before August 19, 2024.

Ordered:
July 29, 2024

Thad J. Collins
Chief Bankruptcy Judge