## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | Re: Dkt. No. 1180 |

### ORDER GRANTING SECURED BONDHOLDER REPRESENTATIVES' MOTION FOR STATUS CONFERENCE REGARDING EFFECTIVE DATE DISTRIBUTIONS

**NOW** before the Court is Preston Hollow Community Capital, Inc., as Bondholder Representative, and Computershare Trust Company, N.A., as Master Trustee (together, the "Secured Bondholder Representatives"), Motion for Status Conference Regarding Effective Date Distributions. ECF No. 1180. Having review the filing and the docket, the Court **GRANTS** the Motion for Status Conference as follows:

A telephonic hearing on the Secured Bondholder Representative's Motion for Status Conference Regarding Effective Date Distributions has been set for **August 2, 2024, at 1:30 p.m**.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1−888−684−8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered: July 30, 2024

_____

Hon. Thad J. Collins
Chief Bankruptcy Judge
United States Bankruptcy Court
For the Northern District of Iowa

1