**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: August 13, 2024 at 4:00 p.m.** |
| | ) | **Hearing Date:** *Only if objections are filed* |

**NINTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM APRIL 1, 2024 THROUGH APRIL 30, 2024**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | April 1, 2024 – April 30, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $36,234.00 (80% of $45,292.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a monthly application.

**COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $1,075 | 4.6 | $4,945.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $925 | 26.8 | $24,790.00 |
| Michael Savetsky | Of Counsel, Bankruptcy<br>First Bar Admission: 2005 | $835 | 30.5 | $25,467.50 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy<br>First Bar Admission: 2010 | $775 | 3.8 | $2,945.00 |
| Oleh Matviyishyn | Associate, Bankruptcy<br>First Bar Admission: 2022 | $425 | 1.4 | $595.00 |
| **Total Fees at Standard Rates** | | | **67.1** | **$58,742.50** |
| **Total Fees at $675 Blended Hourly Rate[2]** | | | **67.1** | **$45,292.50** |

---

[1] Effective October 1, 2023 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew H. Sherman was increased from $995 to $1,075; the hourly rate of Boris Mankovetskiy was increased from $875 to $925; the hourly rate of Jason Teele was increased from $850 to $895; the hourly rate of Michael Savetsky was increased from $795 to $835; and the hourly rate of Gregory Kopacz was increased from $725 to $775. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $675 blended hourly rate cap.

[2] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 3.6 | $3,330.00 |
| Case Administration (104) | 1.3 | $634.50 |
| Fee/Employment Applications (107) | 3.0 | $2,255.00 |
| Fee/Employment Objections (108) | 0.4 | $310.00 |
| Financing (109) | 1.0 | $970.00 |
| Litigation (Other than Avoidance Action Litigation) (110) | 2.0 | $1,724.00 |
| Plan and Disclosure Statement (113) | 55.6 | $49,352.00 |
| Relief from Stay Proceedings (114) | 0.2 | $167.00 |
| **Total Fees at Standard Rate** | **67.1** | **$58,742.50** |
| **Total Fees at $675 Blended Rate[1]** | **67.1** | **$45,292.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675. See Retention Application ¶ 16.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 13, 2024 at 4:00 p.m.**<br>**Hearing Date:** *Only if objections are filed* |

### NINTH APPLICATION OF SILLS CUMMIS & GROSS P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2024 THROUGH APRIL 30, 2024

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy Procedure 2016 (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the "Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Ninth Application for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors for the Period From April 1, 2024 Through April 30, 2024* (the "Application"), seeking allowance of $36,234.00 (80% of $45,292.50) in fees.

### Background

1. On August 7, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3. The Committee retained Sills as co-counsel pursuant to this Court's *Order Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

12503588

**Compensation Paid and Its Source**

4.      All services for which compensation is requested were performed for or on behalf of the Committee. During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

**Fee Statements**

5.      The fee statement for this period is attached as **Exhibit A**. To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, and the Compensation Order.

**Summary of Services by Project**

A.      <u>Asset Disposition</u>

Fees: $3,330.00;    Total Hours: 3.6

This category includes time spent analyzing: (a) matters related to the disposition of the Debtors' joint venture interests; (b) a form of order seeking to distribute sale proceeds; and (c) purchase option valuations.

B.      <u>Case Administration</u>

Fees: $634.50;    Total Hours: 1.3

This category includes time spent: (a) addressing creditor inquiries; and (b) reviewing and analyzing motions, pleadings, and other court filings.

2

C.  Fee/Employment Applications

Fees: $2,255.00;        Total Hours: 3.0

This category includes time spent addressing fee application matters, including preparing Sills' February fee application, and communicating with local counsel regarding related matters.

D.  Fee/Employment Objections

Fees: $310.00;        Total Hours: 0.4

This category includes time spent reviewing the Debtors' professionals' fee applications and objections thereto.

E.  Financing

Fees: $970.00;        Total Hours: 1.0

This category includes time spent analyzing interim distributions.

F.  Litigation (Other than Avoidance Action Litigation)

Fees: $1,724.00;        Total Hours: 2.0

This category includes time spent preparing and analyzing a stipulation and related motion and order seeking to stay the Committee's adversary proceeding and communicating with Debtors' counsel and the Committee regarding related matters.

G.  Plan and Disclosure Statement

Fees: $49,352.00;        Total Hours: 55.6

This category includes time spent: (a) conducting research and analysis regarding the Debtors' proposed chapter 11 plan, disclosure statement, and solicitation procedures; (b) reviewing and revising the disclosure statement and plan; (c) drafting and revising the liquidation trust agreement; and (d) communicating with the Committee members, the Committee's other advisors, Debtors' counsel, Preston Hollow's counsel, and the Pension Committee's counsel

3

regarding the foregoing and related matters.

    H.        <u>Relief from Stay Proceedings</u>

            Fees: $167.00;        Total Hours: 0.2

This category includes time spent reviewing a proposed order allowing the distribution of sale proceeds.

## Conclusion

    6.        Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills in the amount of $36,234.00 (80% of $45,292.50), as compensation for services rendered, and that such amount be authorized for payment.

Dated: July 30, 2024                            Respectfully submitted,
Cedar Rapids, Iowa

                                                        */s/ Andrew H. Sherman*
                                                        Andrew H. Sherman, NJS Bar No. 042731991
                                                        (admitted *pro hac vice*)
                                                        Boris I. Mankovetskiy, NJS Bar No. 012862001
                                                        (admitted *pro hac vice*)
                                                        SILLS CUMMIS & GROSS, P.C.
                                                        One Riverfront Plaza
                                                        Newark, New Jersey 07102
                                                        Telephone:  973-643-7000
                                                        Facsimile:  973-643-6500
                                                        E-mail:  asherman@sillscummis.com
                                                                    bmankovetskiy@sillscummis.com

                                                        -and-

                                                        */s/ Robert C. Gainer*
                                                       Robert C. Gainer IS9998471
                                                        CUTLER LAW FIRM, P.C.
                                                        1307 50th Street
                                                        West Des Moines, Iowa 50266
                                                        Telephone:    515-223-6600

Facsimile:   515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this July 30, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Stephanie Newton*

5

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | May 21, 2024 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2058817 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through April 30, 2024

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | | |
| 04/01/24 | BM | 102 | | Analysis regarding sale proceeds distribution form of order. | 0.30 | |
| 04/04/24 | BM | 102 | | Analysis regarding ICASC valuation in connection with purchase option. | 1.10 | |
| 04/12/24 | BM | 102 | | Analysis regarding valuation and disposition of JV interests. | 1.10 | |
| 04/25/24 | BM | 102 | | Analysis regarding valuation and sale of JV interests. | 1.10 | |
| | | **TASK TOTAL 102** | | | **3.60** | **$3,330.00** |
| **104 – CASE ADMINISTRATION** | | | | | | |
| 04/08/24 | OM | 104 | | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.40 | |
| 04/12/24 | OM | 104 | | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee                                              May 21, 2024
                                                  Client/Matter No. 08650147.000001
                                                                Invoice: 2058817
                                                                         Page 2

|            |     |     |                                                                                  | HOURS | AMOUNT |
|------------|-----|-----|----------------------------------------------------------------------------------|-------|--------|
| 04/22/24   | OM  | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.30  |        |
| 04/25/24   | MS  | 104 | Call with creditor Medico re: questions about documents received in the chapter 11 cases. | 0.20  |        |
| 04/26/24   | OM  | 104 | Review docket, update critical dates calendar, and circulate same to team with reminders. | 0.20  |        |
|            |     |     | **TASK TOTAL 104**                                                                | **1.30** | **$634.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

|            |     |     |                                                                                  | HOURS | AMOUNT |
|------------|-----|-----|----------------------------------------------------------------------------------|-------|--------|
| 04/03/24   | GAK | 107 | Attention to fee application issues and communications with A. Sherman regarding same | 0.20  |        |
| 04/03/24   | OM  | 107 | Provide summary of compensation procedures to A. Sherman.                        | 0.20  |        |
| 04/17/24   | GAK | 107 | Draft/revise February fee application.                                           | 1.70  |        |
| 04/30/24   | GAK | 107 | Email local counsel regarding February fee application.                          | 0.10  |        |
| 04/30/24   | GAK | 107 | Finalize February fee application for review by A. Sherman.                      | 0.80  |        |
|            |     |     | **TASK TOTAL 107**                                                                | **3.00** | **$2,255.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

|            |     |     |                                                                                  | HOURS | AMOUNT |
|------------|-----|-----|----------------------------------------------------------------------------------|-------|--------|
| 04/12/24   | GAK | 108 | Review fee applications of the Debtors' professionals and the pension committee's professionals. | 0.20  |        |
| 04/23/24   | GAK | 108 | Review Debtors' professionals' fee applications                                  | 0.10  |        |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 3

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 04/25/24 | GAK | 108 |  | Review UST's objection to MWE's fee application; review pension committee professional's fee applications. | 0.10 |  |
|  |  | **TASK TOTAL 108** |  |  | **0.40** | **$310.00** |

**109 – FINANCING**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 04/12/24 | BM | 109 |  | Analysis regarding interim distribution. | 0.70 |  |
| 04/17/24 | AHS | 109 |  | Review of stipulation re: adversary proceeding; execute same and return for filing with Court. | 0.30 |  |
|  |  | **TASK TOTAL 109** |  |  | **1.00** | **$970.00** |

**110 – LITIGATION (OTHER THAN AVOIDANCE ACTION LITIGATION**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 04/10/24 | BM | 110 |  | Analysis regarding stipulation extending deadlines in adversary proceeding against PH. | 0.60 |  |
| 04/10/24 | MS | 110 |  | Review draft stipulated order re: stay of committee adversary proceeding, stipulation, and motion to approve and review and revise same. | 0.30 |  |
| 04/10/24 | MS | 110 |  | Call with B. Mankovetskiy re: draft stipulated order re: stay of committee adversary proceeding, stipulation, and motion to approve and emails with M. Preusker re: same. | 0.30 |  |
| 04/12/24 | MS | 110 |  | Draft email to Committee re: draft stipulated order staying committee adversary proceeding and emails with A. Sherman re: same. | 0.40 |  |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 4

|  |  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 04/15/24 | MS | 110 | | Emails with M. Preusker re: draft stipulated order staying committee adversary proceeding. | 0.10 | |
| 04/17/24 | MS | 110 | | Emails with M. Preusker, D. Ko and A. Sherman re: stipulated order staying committee adversary proceeding. | 0.30 | |
| | | **TASK TOTAL 110** | | | **2.00** | **$1,724.00** |

**113 – PLAN AND DISCLOSURE STATEMENT**

|  |  |  |  |  | |
|---|---|---|---|---|---|
| 04/01/24 | BM | 113 | Analysis regarding proposed order approving disclosure statement and solicitation procedures. | 0.90 | |
| 04/01/24 | AHS | 113 | Review of revised version of plan, disclosure statement and solicitation documents. | 0.70 | |
| 04/01/24 | MS | 113 | Call with B. Mankovetskiy re: tabulation of pension claim votes. | 0.10 | |
| 04/01/24 | MS | 113 | Call with E. Keil re: tabulation of pension claim votes. | 0.20 | |
| 04/01/24 | MS | 113 | Emails with E. Keil re: tabulation of pension claim votes. | 0.30 | |
| 04/01/24 | MS | 113 | Review further revised disclosure statement order and revisions to committee plan support letter. | 0.30 | |
| 04/01/24 | OM | 113 | Correspondence with M. Savetsky re: continued solicitation hearing and critical dates calendar. | 0.10 | |
| 04/02/24 | MS | 113 | Emails with B. Mankovetskiyl re: further revised plan for solicitation. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 5

|          |     |     |                                                                                                                              | HOURS | AMOUNT |
|----------|-----|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/02/24 | MS  | 113 | Emails with E. Keil re: further revised plan for solicitation.                                                                | 0.20  |        |
| 04/02/24 | MS  | 113 | Review further revised plan for solicitation.                                                                                 | 0.50  |        |
| 04/02/24 | MS  | 113 | Review further revised disclosure statement order and exhibits.                                                               | 0.30  |        |
| 04/03/24 | MS  | 113 | Review entered disclosure statement order.                                                                                    | 0.10  |        |
| 04/03/24 | MS  | 113 | Emails with E. Keil and B. Mankovetskiy re: missing exhibit to disclosure statement order and fixing same.                    | 0.20  |        |
| 04/03/24 | MS  | 113 | Emails with A. Sherman and call with B. Mankovetskiy re: further revised disclosure statement order as submitted to Court and exhibits. | 0.10  |        |
| 04/03/24 | MS  | 113 | Review further revised disclosure statement order as submitted to Court and exhibits.                                         | 0.30  |        |
| 04/09/24 | GAK | 113 | Review amended plan/disclosure statement.                                                                                     | 0.20  |        |
| 04/09/24 | GAK | 113 | Review Disclosure Statement Order.                                                                                            | 0.20  |        |
| 04/12/24 | BM  | 113 | Analysis regarding liquidation trust agreement.                                                                               | 0.90  |        |
| 04/12/24 | AHS | 113 | Review of stipulation with bondholders and email to committee re: same.                                                       | 0.40  |        |
| 04/12/24 | MS  | 113 | Begin drafting liquidation trust agreement.                                                                                   | 2.10  |        |
| 04/15/24 | MS  | 113 | Call with A. Sherman re: liquidation trust agreement.                                                                         | 0.10  |        |
| 04/15/24 | MS  | 113 | Draft email to A. Sherman re: liquidation trust agreement.                                                                    | 0.20  |        |
| 04/15/24 | MS  | 113 | Call with B. Mankovetskiy re: liquidation trust agreement.                                                                    | 0.10  |        |

Sills Cummis & Gross P.C.

Creditors' Committee					May 21, 2024
						Client/Matter No. 08650147.000001
						Invoice: 2058817
						Page 6

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/15/24 | MS | 113 | Draft liquidation trust agreement. | 1.50 | |
| 04/16/24 | BM | 113 | Analysis regarding plan supplement. | 0.80 | |
| 04/16/24 | BM | 113 | Analysis regarding liquidation trust agreement. | 1.30 | |
| 04/17/24 | MS | 113 | Review and revise liquidation trust agreement and conform to Plan. | 4.70 | |
| 04/18/24 | BM | 113 | Analysis and revisions of draft liquidation trust agreement. | 0.90 | |
| 04/18/24 | MS | 113 | Review and further revise liquidation trust agreement. | 4.30 | |
| 04/18/24 | MS | 113 | Review plan re: conforming liquidation trust agreement. | 1.90 | |
| 04/18/24 | MS | 113 | Emails with A. Sherman and B. Mankovetskiy re: liquidation trust agreement. | 0.10 | |
| 04/19/24 | MS | 113 | Review and further revise liquidation trust agreement. | 4.10 | |
| 04/22/24 | BM | 113 | Analysis regarding plan supplement and draft liquidation trust agreement. | 2.20 | |
| 04/22/24 | MS | 113 | Emails with B. Mankovetskiy re: draft liquidation trust agreement. | 0.20 | |
| 04/23/24 | BM | 113 | Analysis regarding Pensioners Committee's 3018 motion. | 0.60 | |
| 04/23/24 | BM | 113 | Analysis regarding plan supplement documents and plan modifications. | 1.90 | |
| 04/23/24 | GAK | 113 | Review pension committee's rule 3018 motion. | 0.10 | |
| 04/24/24 | BM | 113 | Analysis regarding plan modifications and plan supplement. | 1.30 | |
| 04/24/24 | BM | 113 | Analysis and revisions of liquidation trust agreement. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 7

|            |     |     |                                                                                                                                         | HOURS | AMOUNT |
|------------|-----|-----|-----------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/24/24   | MS  | 113 | Review MWE revisions to liquidation trust agreement and review email from E. Keil, B. Mankovetskiy and A. Sherman re: same.             | 0.30  |        |
| 04/24/24   | MS  | 113 | Review further revisions to liquidation trust agreement.                                                                                | 0.20  |        |
| 04/25/24   | BM  | 113 | Analysis regarding plan modifications.                                                                                                  | 0.90  |        |
| 04/25/24   | BM  | 113 | Analysis regarding draft liquidation trust agreement.                                                                                   | 0.80  |        |
| 04/25/24   | AHS | 113 | Call with committee member re: liquidating trust agreement and follow up with counsel for PH re: proposed changes to agreement.         | 0.50  |        |
| 04/25/24   | AHS | 113 | Emails with committee member re: liquidating trustee issues and liquidating trust agreement.                                            | 0.30  |        |
| 04/25/24   | GAK | 113 | Review Debtors' motion to modify rules for plan confirmation hearing.                                                                   | 0.10  |        |
| 04/25/24   | MS  | 113 | Review emails from A. Sherman and R. Westermann re: liquidation trust agreement and compensation structure.                             | 0.10  |        |
| 04/25/24   | MS  | 113 | Confer with B. Mankovetskiy re: liquidation trust agreement and Pension Committee's Rule 3018 motion.                                   | 0.20  |        |
| 04/25/24   | MS  | 113 | Emails with E. Keil re: plan revisions and confirmation order.                                                                          | 0.20  |        |
| 04/25/24   | MS  | 113 | Review plan revisions.                                                                                                                  | 0.10  |        |
| 04/25/24   | MS  | 113 | Confer with B. Mankovetskiy re: plan provisions on dissolution of Debtors.                                                              | 0.10  |        |
| 04/25/24   | MS  | 113 | Review plan re: plan supplement requirements.                                                                                           | 0.20  |        |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 8

|            |     |     |                                                                                                                      | HOURS | AMOUNT |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/25/24   | MS  | 113 | Draft email to B. Mankovetskiy re: plan supplement requirements.                                                     | 0.10  |        |
| 04/25/24   | MS  | 113 | Emails with K. Keil re: plan supplement requirements.                                                                | 0.20  |        |
| 04/26/24   | BM  | 113 | Analysis regarding revisions of liquidation trust agreement.                                                         | 0.70  |        |
| 04/26/24   | BM  | 113 | Analysis regarding pension claims and plan administration issues.                                                    | 1.10  |        |
| 04/26/24   | AHS | 113 | Review of proposed revisions to liquidating trust agreement as circulated by counsel to PH and respond to emails re: same. | 0.40  |        |
| 04/26/24   | MS  | 113 | Review Bondholder Representatives' comments/revisions to draft liquidation trust agreement.                          | 0.90  |        |
| 04/26/24   | MS  | 113 | Draft email to B. Mankovetskiy re: Bondholder Representatives' comments/revisions to draft liquidation trust agreement. | 0.40  |        |
| 04/26/24   | MS  | 113 | Review and revise draft liquidation trust agreement.                                                                 | 0.90  |        |
| 04/27/24   | MS  | 113 | Emails with B. Mankovetskiy re: revisions to draft liquidation trust agreement.                                      | 0.20  |        |
| 04/27/24   | MS  | 113 | Further review and revise draft liquidation trust agreement.                                                         | 0.30  |        |
| 04/28/24   | BM  | 113 | Analysis and revisions of the plan and liquidation trust agreement.                                                  | 1.40  |        |
| 04/28/24   | AHS | 113 | Review and revise liquidating trust agreement and have circulated to all parties for review and comment.             | 1.10  |        |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 9

|            |     |     |                                                                                                      | HOURS | AMOUNT |
|------------|-----|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 04/28/24   | MS  | 113 | Further comment on Plan to conform to liquidation trust agreement.                                   | 0.40  |        |
| 04/28/24   | MS  | 113 | Further review and revise liquidation trust agreement.                                               | 1.40  |        |
| 04/28/24   | MS  | 113 | Emails with A. Sherman and B. Mankovetskiy re: revisions to draft liquidation trust agreement.       | 0.40  |        |
| 04/29/24   | BM  | 113 | Call with Debtors', Pension Committee's and Bondholders' counsel regarding plan issues.              | 0.30  |        |
| 04/29/24   | BM  | 113 | Analysis and revisions of draft liquidation trust agreement.                                         | 1.20  |        |
| 04/29/24   | BM  | 113 | Analysis and revisions of plan of liquidation.                                                       | 1.10  |        |
| 04/29/24   | BM  | 113 | Analysis regarding pension plan continuation issues and potential exposure to the estates.           | 1.20  |        |
| 04/29/24   | AHS | 113 | Call with counsel for PH re: liquidating trust agreement and confirmation issues.                    | 0.30  |        |
| 04/29/24   | AHS | 113 | Call with counsel for Debtors, PH and pension committee re: confirmation issues, pension issues.     | 0.30  |        |
| 04/29/24   | AHS | 113 | Email to committee re: status update and liquidating trust update.                                   | 0.30  |        |
| 04/30/24   | BM  | 113 | Analysis regarding potential plan modifications relating to continuation of pension plan.            | 1.30  |        |
|            |     |     | **TASK TOTAL 113**                                                                                   | **55.60** | **$49,352.00** |

Sills Cummis & Gross P.C.

Creditors' Committee  
May 21, 2024  
Client/Matter No. 08650147.000001  
Invoice: 2058817  
Page 10

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| **114 – RELIEF FROM STAY PROCEEDINGS** | | | |
| 04/01/24  MS  114 | Review revised proposed order allowing distribution of sale proceeds and emails with B. Mankovetskiy re: same. | 0.20 | |
| | **TASK TOTAL 114** | **0.20** | **$167.00** |
| | **TOTAL FEES at Standard Rates** | **67.10** | **$58,742.50** |
| | **Attorney Fees at Blended Rate of $675** | **67.10** | **$45,292.50** |
| | **Paralegal Fees at Standard Rate** | **0.00** | **0.00** |
| | **TOTAL FEES at Blended Rate** | **67.10** | **$45,292.50** |

**TASK CODE SUMMARY**

| Code | Description | Hours | Amount |
|---|---|---|---|
| 102 | Asset Disposition | 3.60 | $3,330.00 |
| 104 | Case Administration | 1.30 | $634.50 |
| 107 | Fee/Employment Applications | 3.00 | $2,255.00 |
| 108 | Fee/Employment Objections | 0.40 | $310.00 |
| 109 | Financing | 1.00 | $970.00 |
| 110 | Litigation (Other than Avoidance Action Litigation | 2.00 | $1,724.00 |
| 113 | Plan and Disclosure Statement | 55.60 | $49,352.00 |
| 114 | Relief from Stay Proceedings | 0.20 | $167.00 |
| | TOTAL FEES at Standard Rates | 67.10 | $58,742.50 |
| | Attorney Fees at Blended Rate of $675 | 67.10 | $45,292.50 |
| | Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| | TOTAL FEES at Blended Rate | 67.10 | $45,292.50 |

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Andrew H. Sherman | 4.60 | x | $1,075.00 | = | $4,945.00 |
| Boris Mankovetskiy | 26.80 | x | $925.00 | = | $24,790.00 |
| Michael Savetsky | 30.50 | x | $835.00 | = | $25,467.50 |
| Gregory A. Kopacz | 3.80 | x | $775.00 | = | $2,945.00 |
| Oleh Matviyishyn | 1.40 | x | $425.00 | = | $595.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 21, 2024
Client/Matter No. 08650147.000001
Invoice: 2058817
Page 11

| INVOICE SUMMARY | |
|---|---:|
| Total Fees | $45,292.50 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$45,292.50*** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$58,742.50**) and fees at *Blended Rate* of $675 (**$45,292.50**)** apply.

**includes paralegal fees at standard rates, if applicable