**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: August 13, 2024 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

**TENTH MONTHLY APPLICATION OF SILLS CUMMIS & GROSS P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024</u>**

| | |
|---|---|
| Name of Applicant: | Sills Cummis & Gross P.C. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 12, 2023 *effective as of* August 18, 2023 |
| Period for which compensation and reimbursement are sought: | May 1, 2024 – May 31, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $51,462.00 (80% of $64,327.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,447.69 |

This is a monthly application.

Case 23-00623    Doc 1193    Filed 07/30/24    Entered 07/30/24 12:12:44    Desc Main
Document    Page 2 of 22

## COMPENSATION BY PROFESSIONAL

| Name of Professional Individual | Position, Department, Year of First Bar Admission | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $1,075 | 10.6 | $11,395.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $925 | 50.8 | $46,990.00 |
| Michael Savetsky | Of Counsel, Bankruptcy First Bar Admission: 2005 | $835 | 21.0 | $17,535.00 |
| Gregory A. Kopacz | Of Counsel, Bankruptcy First Bar Admission: 2010 | $775 | 7.6 | $5,890.00 |
| Oleh Matviyishyn | Associate, Bankruptcy First Bar Admission: 2022 | $425 | 5.3 | $2,252.50 |
| **Total Fees at Standard Rates** | | | **95.3** | **$84,062.50** |
| **Total Fees at $675 Blended Hourly Rate[2]** | | | **95.3** | **$64,327.50** |

---

[1] Effective October 1, 2023 (the first day of Sills' fiscal year), the *standard* hourly rates of certain Sills attorneys were increased to reflect the increased experience and seniority of such attorneys, as well as economic and other conditions. For instance, the hourly rate of Andrew H. Sherman was increased from $995 to $1,075; the hourly rate of Boris Mankovetskiy was increased from $875 to $925; the hourly rate of Jason Teele was increased from $850 to $895; the hourly rate of Michael Savetsky was increased from $795 to $835; and the hourly rate of Gregory Kopacz was increased from $725 to $775. However, as discussed below, Sills' attorneys' fees for *this* engagement are subject to a $675 blended hourly rate cap.

[2] As noted in Sills' retention application [Docket No. 228] (the "Retention Application"), "Sills fees (not including expenses) will be limited to the lesser of (i) the amount of Sills' fees at its professionals' standard rates . . . and (ii) the amount of Sills' fees at a blended hourly rate of $675." See Retention Application ¶ 16.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 9.8 | $8,816.00 |
| Case Administration (104) | 5.7 | $4,439.50 |
| Claims Administration and Objections (105) | 5.7 | $5,218.50 |
| Fee/Employment Applications (107) | 8.7 | $5,237.50 |
| Fee/Employment Objections (108) | 0.6 | $465.00 |
| Plan and Disclosure Statement (113) | 52.7 | $48,144.50 |
| Relief from Stay Proceedings (114) | 5.7 | $5,221.50 |
| Travel (billed at 50%) | 6.4 | $6,520.00 |
| **Total Fees at Standard Rate** | **95.3** | **$84,062.50** |
| **Total Fees at $675 Blended Rate[1]** | **95.3** | **$64,327.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Airfare | $903.86 |
| Meals | $87.62 |
| Lodging | $282.24 |
| Miscellaneous Travel | $163.67 |
| Pacer | $10.30 |
| **TOTAL** | **$1,447.69** |

---

[1] Sills' attorneys' fees are subject to a blended hourly rate cap of $675.  See Retention Application ¶ 16.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due: August 13, 2024 at 4:00 p.m.** |
| | | **Hearing Date:** *Only if objections are filed* |

**TENTH APPLICATION OF SILLS CUMMIS & GROSS P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024**

Pursuant to Bankruptcy Code sections 330 and 331, Federal Rule of Bankruptcy

Procedure 2016 (the "Bankruptcy Rules"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] (the

"Compensation Order"), Sills Cummis & Gross P.C. ("Sills") files this *Tenth Application for*

*Allowance of Compensation for Services Rendered as Counsel to the Official Committee of*

*Unsecured Creditors for the Period From May 1, 2024 Through May 31, 2024* (the

"Application"), seeking allowance of $51,462.00 (80% of $64,327.50) in fees *plus* $1,447.69 for

reimbursement of actual and necessary expenses, for a total of $52,909.69.

### Background

1.      On August 7, 2023 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.

2.      On August 15, 2023, the U.S. Trustee formed the Committee [Docket. No. 107].

3.      The Committee retained Sills as co-counsel pursuant to this Court's *Order*

*Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the*

*Official Committee of Unsecured Creditors, Effective as of August 18, 2022* [Docket No. 355].

## Compensation Paid and Its Source

4.     All services for which compensation is requested were performed for or on behalf of the Committee.  During the compensation period, Sills received no payment and no promises for payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Sills and any other person, other than with the members, of counsel and associates of the firm, for the sharing of compensation to be received in these cases.

## Fee Statements

5.     The fee statement for this period is attached as **Exhibit A**.  To the best of Sills' knowledge, this Application reasonably complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective November 1, 2013*, and the Compensation Order.

## Summary of Services by Project

A.     Asset Disposition

       Fees: $8,816.00;       Total Hours: 9.8

This category includes time spent: (a) analyzing and addressing matters related to the disposition of the Debtors' joint venture interests and various other assets; and (b) communicating with the Debtors' professionals regarding related matters.

B.     Case Administration

       Fees: $4,439.50;       Total Hours: 5.7

This category includes time spent: (a) addressing creditor inquiries; (b) preparing updates to the Committee members; (c) analyzing insurance policies in relation to medical malpractice claims and related motions; (d) reviewing and analyzing motions, pleadings, and other court

filings; and (e) communicating with the Debtors' and Committee's professionals and the
Liquidation Trustee regarding the foregoing and related matters.

      C.     <u>Claims Administration and Objections</u>

         Fees: $5,218.50;       Total Hours: 5.7

      D.     This category includes time spent: (a) analyzing and addressing administrative
claim matters; (b) analyzing and addressing pension plan matters; and (c) analyzing issues
related to asserted medical malpractice claims.

      E.     <u>Fee/Employment Applications</u>

         Fees: $5,237.50;       Total Hours: 8.7

This category includes time spent: (a) preparing Sills' March fee application; (b)
communicating with local counsel regarding fee application matters; and (c) addressing fee
application matters at the request of the U.S. Trustee.

      F.     <u>Fee/Employment Objections</u>

         Fees: $465.00;     Total Hours: 0.6

This category includes time spent reviewing the Debtors' and the Pension Committee's
professionals' fee applications.

      G.     <u>Plan and Disclosure Statement</u>

         Fees: $48,144.50;     Total Hours: 52.7

This category includes time spent: (a) analyzing and addressing matters related to the
chapter 11 plan, plan supplement, confirmation order and liquidation trust agreement; (b)
reviewing and analyzing confirmation objections and the Debtors' confirmation brief; (c)
preparing for and attending the confirmation hearing; and (d) communicating with key case
constituencies, including the Committee members, the Committee's other advisors, Debtors'

counsel and the Pension Committee's counsel regarding the foregoing and related matters.

    H.    <u>Relief from Stay Proceedings</u>

    Fees: $5,221.50;    Total Hours: 5.7

This category includes time spent reviewing and analyzing pending stay relief requests and proposed orders and addressing related matters.

    I.    <u>Travel (billed at 50%)</u>

    Fees: $6,520.00;    Total Hours: 6.4

This category includes time spent traveling to and from Cedar Rapids to attend the confirmation hearing.

## **Conclusion**

6.    Sills submits the amounts sought are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Sills requests an allowance be made to Sills in the amount of $51,462.00 (80% of $64,327.50), as compensation for services rendered, *plus* $1,447.69 for reimbursement of actual and necessary expenses, for a total of $52,909.69, and that such amount be authorized for payment.

Dated: July 30, 2024          Respectfully submitted,
Cedar Rapids, Iowa

                        */s/ Andrew H. Sherman*
                        Andrew H. Sherman, NJS Bar No. 042731991
                        (admitted *pro hac vice*)
                        Boris I. Mankovetskiy, NJS Bar No. 012862001
                        (admitted *pro hac vice*)
                        SILLS CUMMIS & GROSS, P.C.
                        One Riverfront Plaza
                        Newark, New Jersey 07102
                        Telephone:  973-643-7000
                        Facsimile:  973-643-6500
                        E-mail:  asherman@sillscummis.com

bmankovetskiy@sillscummis.com

-and-

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:     515-223-6600
Facsimile:     515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for The Official Committee of Unsecured
Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this July 30, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Stephanie Newton*

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

| | |
|---|---|
| Official Unsecured Creditors Committee of Mercy Hospital | July 2, 2024 |
| c/o Steindler Orthopedic Clinic, Committee Chair | Client/Matter No. 08650147.000001 |
| Attn: Edward Patrick Magallanes, President and CEO | Invoice: 2061693 |
| 222 W. Merchandise Mart Plaza #2024 | Billing Attorney: AHS |
| 2751 Northgate Drive | |
| Iowa City, IA  52245 | Federal Tax Id: 22-1920331 |

RE: Creditors' Committee

For Legal Services Rendered Through May 31, 2024

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 05/02/24 | BM | 102 | Analysis regarding JV sale process issues. | 0.70 | |
| 05/10/24 | BM | 102 | Analysis regarding JV interests disposition process. | 0.70 | |
| 05/10/24 | GAK | 102 | Review Debtors' sale motion. | 0.30 | |
| 05/10/24 | MS | 102 | Review Debtors' motion to sell interest in Thompson Brothers Trust. | 0.40 | |
| 05/13/24 | BM | 102 | Analysis regarding proposed Thompson Trust interest sale. | 1.10 | |
| 05/23/24 | BM | 102 | Analysis regarding disposition of JV interests. | 0.90 | |
| 05/28/24 | BM | 102 | Analysis regarding JV sale issues. | 1.20 | |
| 05/28/24 | MS | 102 | Draft email to R. Leaf re: motion to approve sale of interest in Eastern Iowa Rehab. | 0.10 | |
| 05/28/24 | MS | 102 | Review emails from P. Magallanes and B. Mankovetskiy re: motion to approve sale of interest in Eastern Iowa Rehab. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/28/24 | MS | 102 | Review draft motion to approve sale of interest in Eastern Iowa Rehab, proposed order and related pleadings. | 0.80 | |
| 05/28/24 | MS | 102 | Review emails from R. Leaf and counsel for purchaser re: motion to approve sale of interest in Eastern Iowa Rehab. | 0.20 | |
| 05/29/24 | BM | 102 | Analysis regarding trustee's objection to proposed sale of Debtors' interest in Thompson Trust. | 1.10 | |
| 05/30/24 | BM | 102 | Analysis regarding JV disposition process. | 0.80 | |
| 05/31/24 | BM | 102 | Analysis regarding proposed sale of IORH interests. | 0.80 | |
| 05/31/24 | GAK | 102 | Review sale objection. | 0.10 | |
| 05/31/24 | MS | 102 | Review trustee of Thompson Brothers Trust's objection to Debtors' motion to sell interest in trust. | 0.40 | |

|  | **TASK TOTAL 102** | | | **9.80** | **$8,816.00** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 05/01/24 | MS | 104 | Emails with D. Vondra re: inquiry on claims against Mercy Hospital. | 0.10 | |
| 05/03/24 | GAK | 104 | Review joint motion to vacate order granting PRA payment. | 0.20 | |
| 05/06/24 | OM | 104 | Review docket, update critical dates calendar and circulate to team with reminders. | 0.30 | |
| 05/13/24 | OM | 104 | Review docket, update critical dates calendar and circulate to team with reminders. | 0.50 | |
| 05/14/24 | BM | 104 | Call with LT regarding workflows. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 3

| Date | | | | HOURS | AMOUNT |
|------|------|------|------|-------|--------|
| 05/16/24 | GAK | 104 | Review Debtors' motion to reject contracts/leases. | 0.10 | |
| 05/20/24 | BM | 104 | Prepare an update for Committee. | 0.60 | |
| 05/22/24 | MS | 104 | Call with B. Mankovetskiy re: insurance policies and SIR for med mal claims. | 0.10 | |
| 05/22/24 | MS | 104 | Review emails from R. Leaf and B. Mankovetskiy re: insurance policies and SIR for med mal claims. | 0.10 | |
| 05/22/24 | MS | 104 | Review claims register and bar date re: Kip Davis, Tyler Davis and A. Kurka medical malpractice claims and emails with B. Mankovetskiy re: same. | 0.30 | |
| 05/22/24 | OM | 104 | Review docket, update critical dates calendar and circulate to team with reminders. | 0.20 | |
| 05/23/24 | MS | 104 | Confer with B. Mankovetskiy re: med mal claims and requests for stay relief. | 0.10 | |
| 05/23/24 | MS | 104 | Review stay relief motion and consent order re: K. Banks. | 0.20 | |
| 05/24/24 | MS | 104 | Review Mercy insurance policy documents. | 1.10 | |
| 05/24/24 | MS | 104 | Review email from R. Leaf re: liquidation trust agreement and review same. | 0.10 | |
| 05/28/24 | MS | 104 | Call with B. Mankovetskiy re: revisions to liquidation trust agreement. | 0.10 | |
| 05/28/24 | MS | 104 | Review revisions to liquidation trust agreement. | 0.20 | |
| 05/28/24 | MS | 104 | Emails with R. Leaf re: finalizing liquidation trust agreement. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/28/24 | MS | 104 | Review emails from P. Roby and B. Mankovetskiy re: revisions to liquidation trust agreement and call with B. Mankovetskiy re: same. | 0.20 | |
| 05/28/24 | MS | 104 | Further review of insurance policies for med mal claims. | 0.30 | |
| 05/28/24 | MS | 104 | Emails with R. Leaf re: insurance policies for med mal claim. | 0.20 | |
| | | **TASK TOTAL 104** | | **5.70** | **$4,439.50** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 05/13/24 | BM | 105 | Analysis regarding unpaid pre-sale closing administrative claims. | 0.90 | |
| 05/13/24 | MS | 105 | Review Debtors' objection to Progressive Rehabilitation associates' motion for payment of ordinary course invoices. | 0.30 | |
| 05/15/24 | BM | 105 | Analysis regarding potential continuation of pension plan. | 1.30 | |
| 05/16/24 | BM | 105 | Analysis regarding potential avoidance of pension plan termination. | 1.70 | |
| 05/24/24 | BM | 105 | Analysis regarding Kurka/Davis asserted medical malpractice claims and Debtors' insurance policies. | 1.20 | |
| 05/31/24 | MS | 105 | Review Progressive Rehabilitation associates' reply in support of motion for payment of administrative claim and Debtors' objection thereto. | 0.30 | |
| | | **TASK TOTAL 105** | | **5.70** | **$5,218.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/02/24 | GAK | 107 | Communications with local counsel regarding fee application. | 0.10 | |
| 05/03/24 | GAK | 107 | Email local counsel regarding fee application. | 0.10 | |
| 05/03/24 | GAK | 107 | Revise fee application to address comments of R. Gainer. | 0.30 | |
| 05/06/24 | GAK | 107 | Communications with A. Sherman regarding fee application. | 0.10 | |
| 05/08/24 | GAK | 107 | Attention to March fee application. | 0.30 | |
| 05/08/24 | OM | 107 | Draft March fee application. | 3.80 | |
| 05/09/24 | GAK | 107 | Review and revise March fee application. | 1.60 | |
| 05/09/24 | OM | 107 | Review and edit March fee statement and circulate to G. Kopacz for review. | 0.30 | |
| 05/10/24 | GAK | 107 | Finalize March fee application for review by A. Sherman. | 0.60 | |
| 05/21/24 | GAK | 107 | Communications with local counsel and UST regarding support document. | 0.20 | |
| 05/21/24 | GAK | 107 | Emails with UST regarding February fee application, extension of response deadline and related issues. | 0.30 | |
| 05/21/24 | OM | 107 | Review January and February fee applications pursuant to request of the U.S. Trustee. | 0.20 | |
| 05/22/24 | GAK | 107 | Communications with local counsel regarding supplement to fee application. | 0.10 | |
| 05/22/24 | GAK | 107 | Draft support document for fee application. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/23/24 | GAK | 107 | Emails with local counsel regarding supporting document for fee application. | 0.10 | |
| | | **TASK TOTAL 107** | | **8.70** | **$5,237.50** |

### 108 – FEE/EMPLOYMENT OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 05/03/24 | GAK | 108 | Review HBM fee application. | 0.10 | |
| 05/10/24 | GAK | 108 | Review Debtors' professionals' fee applications. | 0.10 | |
| 05/15/24 | GAK | 108 | Review H2C response to UST objection. | 0.20 | |
| 05/16/24 | GAK | 108 | Review Debtors' professionals fee applications. | 0.10 | |
| 05/24/24 | GAK | 108 | Review Pension committee January fee application. | 0.10 | |
| | | **TASK TOTAL 108** | | **0.60** | **$465.00** |

### 113 – PLAN AND DISCLOSURE STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 05/01/24 | BM | 113 | Analysis regarding pension plan issues. | 1.30 | |
| 05/01/24 | MS | 113 | Review emails from A. Sherman, E. Keil, M. Preusker, P. Roby and B. Mankovetskiy re: revisions to draft liquidation trust agreement and plan. | 0.30 | |
| 05/01/24 | MS | 113 | Review revisions to liquidation trust agreement and plan. | 0.30 | |
| 05/02/24 | BM | 113 | Analysis regarding preparation for confirmation hearing. | 0.70 | |
| 05/03/24 | GAK | 113 | Review plan supplement. | 0.20 | |
| 05/06/24 | BM | 113 | Analysis regarding objections to plan confirmation. | 1.60 | |
| 05/06/24 | BM | 113 | Analysis regarding draft confirmation order. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/06/24 | AHS | 113 | Review of plan objections as filed. | 0.40 | |
| 05/06/24 | MS | 113 | Review email from E. Keil re: draft confirmation order. | 0.10 | |
| 05/06/24 | MS | 113 | Call with B. Mankovetskiy re: draft confirmation order. | 0.10 | |
| 05/06/24 | MS | 113 | Review and comment on draft confirmation order. | 2.90 | |
| 05/07/24 | BM | 113 | Analysis regarding objections to plan confirmation and potential resolutions. | 1.10 | |
| 05/07/24 | BM | 113 | Analysis regarding revisions of proposed form of confirmation order. | 0.90 | |
| 05/07/24 | BM | 113 | Attend to preparation for confirmation hearing. | 0.80 | |
| 05/07/24 | GAK | 113 | Review Plan confirmation objections filed by third parties. | 0.60 | |
| 05/07/24 | MS | 113 | Further review and comment on draft confirmation order. | 2.90 | |
| 05/07/24 | MS | 113 | Review Plan provisions re: comments on confirmation order. | 0.80 | |
| 05/07/24 | MS | 113 | Emails with E. Keil re: comments on confirmation order. | 0.10 | |
| 05/08/24 | BM | 113 | Analysis regarding revisions of proposed form of confirmation order. | 0.90 | |
| 05/08/24 | BM | 113 | Analysis regarding plan modifications. | 1.10 | |
| 05/08/24 | MS | 113 | Review revised draft of confirmation order and emails with E. Keil re: same. | 0.40 | |
| 05/08/24 | MS | 113 | Review objection to confirmation filed by MercyOne. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/08/24 | MS | 113 | Review objection to confirmation filed by Progressive Rehabilitation Associates. | 0.10 | |
| 05/08/24 | MS | 113 | Review objection to confirmation filed by Nancy Russo, J. Nicholas Russo and Brent Strabala. | 0.70 | |
| 05/08/24 | MS | 113 | Further review plan re: pension causes of action. | 0.40 | |
| 05/08/24 | MS | 113 | Call with B. Mankovetskiy re: revising plan. | 0.10 | |
| 05/08/24 | MS | 113 | Emails with B. Mankovetskiy re: revising plan. | 0.30 | |
| 05/08/24 | MS | 113 | Draft email to E. Keil re: plan revisions and emails with B. Mankovetskiy re: same. | 0.30 | |
| 05/08/24 | MS | 113 | Review changes made to plan. | 0.10 | |
| 05/08/24 | MS | 113 | Review further revisions to confirmation order from the Master Trustee and Debtors. | 0.20 | |
| 05/10/24 | BM | 113 | Analysis regarding revisions of proposed confirmation order. | 0.80 | |
| 05/10/24 | BM | 113 | Analysis regarding responses to objections to plan confirmation. | 1.30 | |
| 05/10/24 | BM | 113 | Analysis regarding plan revisions. | 1.10 | |
| 05/10/24 | AHS | 113 | Call with committee member re: confirmation issues. | 0.30 | |
| 05/10/24 | GAK | 113 | Review tabulation/voting declaration. | 0.10 | |
| 05/10/24 | MS | 113 | Review emails from M. Preusker and E. Keil re: revising scope of released parties. | 0.20 | |
| 05/10/24 | MS | 113 | Review email from E. Keil re: scope of released parties . | 0.10 | |
| 05/10/24 | MS | 113 | Review ballots certification. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/10/24 | MS | 113 | Review MercyOne's objection to confirmation exhibits. | 0.10 | |
| 05/10/24 | MS | 113 | Review plan provisions re: same and exculpation, emails with B. Mankovetskiy and A. Sherman re: same. | 0.20 | |
| 05/13/24 | BM | 113 | Analysis regarding responses to confirmation objections. | 1.10 | |
| 05/13/24 | BM | 113 | Analysis regarding revisions of plan and proposed confirmation order. | 0.90 | |
| 05/13/24 | BM | 113 | Call with Debtors' counsel regarding confirmation hearing. | 0.30 | |
| 05/13/24 | AHS | 113 | Call with parties in advance of confirmation; call to counsel for Mercy One re: objection. | 0.40 | |
| 05/13/24 | MS | 113 | Review revised plan for filing and confirm all changes requested by Committee were made. | 0.50 | |
| 05/13/24 | MS | 113 | Emails with B. Mankovetskiy re: plan. | 0.10 | |
| 05/13/24 | MS | 113 | Draft email to E. Keil re: plan. | 0.10 | |
| 05/14/24 | BM | 113 | Analysis regarding resolution of objections to plan confirmation. | 1.20 | |
| 05/14/24 | BM | 113 | Analysis regarding plan revisions. | 0.90 | |
| 05/14/24 | MS | 113 | Emails with E. Keil and M. Preusker re: plan revisions. | 0.20 | |
| 05/14/24 | MS | 113 | Call with B. Mankovetskiy re: preparation for confirmation hearing and plan revisions. | 0.30 | |
| 05/14/24 | MS | 113 | Review revised plan and proposed confirmation order filed with Court. | 0.40 | |
| 05/15/24 | BM | 113 | Analysis regarding plan revisions. | 1.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/15/24 | BM | 113 | Analysis regarding revisions of form of confirmation order. | 0.80 | |
| 05/15/24 | BM | 113 | Analysis regarding resolution of confirmation objections. | 0.80 | |
| 05/15/24 | BM | 113 | Attend to preparation for confirmation hearing. | 1.60 | |
| 05/15/24 | AHS | 113 | Review of pleadings in advance of confirmation. | 0.80 | |
| 05/15/24 | AHS | 113 | Review of pleadings inCall with counsel for Trinity re: confirmation objection. | 0.40 | |
| 05/15/24 | GAK | 113 | Review revised plan and disclosure statement and declaration in support of plan. | 0.30 | |
| 05/15/24 | GAK | 113 | Review proposed confirmation order. | 0.20 | |
| 05/15/24 | GAK | 113 | Review Debtors' confirmation brief. | 0.30 | |
| 05/15/24 | MS | 113 | Review Debtors' revised exhibit list for confirmation. | 0.10 | |
| 05/15/24 | MS | 113 | Review Plan and pension plan document re: pension plan administrator and sponsor issues. | 0.40 | |
| 05/15/24 | MS | 113 | Emails with B. Mankovetskiy re: pension plan administrator and sponsor issues. | 0.40 | |
| 05/16/24 | BM | 113 | Attend plan confirmation hearing. | 4.30 | |
| 05/16/24 | BM | 113 | Analysis regarding plan and confirmation order revisions. | 1.40 | |
| 05/16/24 | BM | 113 | Prepare for confirmation hearing. | 0.90 | |
| 05/16/24 | AHS | 113 | Prepare for and attend confirmation hearing. | 4.30 | |
| 05/16/24 | GAK | 113 | Review court's proceeding memo regarding plan confirmation. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/16/24 | MS | 113 | Emails with H. Israel, N. Coco and P. Roby re: addition to confirmation order re: pension plan. | 0.20 | |
| 05/16/24 | MS | 113 | Call with B. Mankovetskiy re: addition to confirmation order re: pension plan. | 0.20 | |
| 05/16/24 | MS | 113 | Review revised proposed confirmation order. | 0.20 | |
| 05/17/24 | MS | 113 | Emails with B. Mankovetskiy re: revised proposed confirmation order. | 0.10 | |
| 05/24/24 | BM | 113 | Analysis regarding revised liquidation trust agreement. | 0.70 | |
| 05/28/24 | BM | 113 | Analysis regarding liquidation trust agreement. | 0.80 | |
| | | **TASK TOTAL 113** | | **52.70** | **$48,144.50** |

## 114 – RELIEF FROM STAY PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| 05/08/24 | BM | 114 | Analysis regarding pending requests for stay relief. | 0.60 | |
| 05/20/24 | BM | 114 | Analysis regarding pending stay relief requests. | 1.10 | |
| 05/24/24 | BM | 114 | Analysis regarding pending requests for stay relief. | 0.80 | |
| 05/24/24 | GAK | 114 | Review stay relief motion. | 0.10 | |
| 05/28/24 | BM | 114 | Analysis regarding pending requests for stay relief. | 1.10 | |
| 05/29/24 | BM | 114 | Analysis regarding Kurka/Davis stay relief request and applicable insurance policies. | 0.90 | |
| 05/29/24 | MS | 114 | Emails with R. Leaf re: request by Kurka/Davis for a no stay comfort order. | 0.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 12

---

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/29/24 | MS | 114 | Review proposed motion and order re: request by Kurka/Davis for a no stay comfort order. | 0.10 | |
| 05/29/24 | MS | 114 | Emails with B. Mankovetskiy re: proposed motion and order re: request by Kurka/Davis for a no stay comfort order. | 0.10 | |
| 05/29/24 | MS | 114 | Emails with B. Gainer re: proposed motion and order re: request by Kurka/Davis for a no stay comfort order. | 0.10 | |
| 05/30/24 | BM | 114 | Analysis regarding pending stay relief requests. | 0.70 | |
| | | **TASK TOTAL 114** | | **5.70** | **$5,221.50** |

**116 – TRAVEL** (billed at 50%)

| | | | | | |
|---|---|---|---|---|---|
| 05/15/24 | BM | 116 | Travel to confirmation hearing. (4.80) | 2.40 | |
| 05/15/24 | AHS | 116 | Travel from EWR to Cedar Rapids. (4.00) | 2.00 | |
| 05/16/24 | AHS | 116 | Travel from Cedar Rapids to EWR. (4.00) | 2.00 | |
| | | **TASK TOTAL 116** | | **6.40** | **$6,520.00** |

| | | | |
|---|---|---|---|
| **TOTAL FEES at Standard Rates** | | **95.30** | **$84,062.50** |
| **Attorney Fees at Blended Rate of $675** | | **95.30** | **$64,327.50** |
| **Paralegal Fees at Standard Rate** | | **0.00** | **0.00** |
| **TOTAL FEES at Blended Rate** | | **95.30** | **$64,327.50** |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| 102 | Asset Disposition | 9.80 | $8,816.00 |
| 104 | Case Administration | 5.70 | $4,439.50 |

Sills Cummis & Gross P.C.

Creditors' Committee

| | | | | |
|---|---|---|---|---|
| 105 | Claims Administration and Objections | 5.70 | $5,218.50 |
| 107 | Fee/Employment Applications | 8.70 | $5,237.50 |
| 108 | Fee/Employment Objections | 0.60 | $465.00 |
| 113 | Plan and Disclosure Statement | 52.70 | $48,144.50 |
| 114 | Relief from Stay Proceedings | 5.70 | $5,221.50 |
| 116 | Travel (billed at 50%) | 6.40 | $6,520.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES at Standard Rates | 95.30 | $84,062.50 |
| Attorney Fees at Blended Rate of $675 | 95.30 | $64,327.50 |
| Paralegal Fees at Standard Rate | 0.00 | 0.00 |
| TOTAL FEES at Blended Rate | 95.30 | $64,327.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew H. Sherman | 10.60 | x | $1,075.00 | = | $11,395.00 |
| Boris Mankovetskiy | 50.80 | x | $925.00 | = | $46,990.00 |
| Michael Savetsky | 21.00 | x | $835.00 | = | $17,535.00 |
| Gregory A. Kopacz | 7.60 | x | $775.00 | = | $5,890.00 |
| Oleh Matviyishyn | 5.30 | x | $425.00 | = | $2,252.50 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 03/26/24 | 291 | Airfare (attend hearing in Cedar Rapids – AHS) | $451.93 |
| 03/26/24 | 291 | Airfare (attend hearing in Cedar Rapids – BM) | $451.93 |
| 03/26/24 | 382 | Meals (attend hearing in Cedar Rapids – AHS) | $18.39 |
| 03/26/24 | 382 | Meals (attend hearing in Cedar Rapids – AHS) | $69.23 |
| 03/26/24 | 293 | Lodging (attend hearing in Cedar Rapids – AHS) | $141.12 |
| 03/26/24 | 293 | Lodging (attend hearing in Cedar Rapids – BM) | $141.12 |
| 03/27/24 | 294 | Taxi/Car Rental/Car Service (attend hearing in Cedar Rapids – AHS) | $84.88 |
| 03/27/24 | 295 | Parking (attend hearing in Cedar Rapids – AHS) | $73.33 |
| 03/27/24 | 297 | Miscellaneous Travel – gas for rental car (attend hearing in Cedar Rapids – AHS) | $5.46 |
| 05/10/24 | 358 | Pacer | $0.10 |
| 05/10/24 | 358 | Pacer | $0.10 |
| 05/10/24 | 358 | Pacer | $0.90 |
| 05/10/24 | 358 | Pacer | $1.70 |
| 05/10/24 | 358 | Pacer | $3.00 |
| 05/10/24 | 358 | Pacer | $0.10 |

Sills Cummis & Gross P.C.

Creditors' Committee

July 2, 2024
Client/Matter No. 08650147.000001
Invoice: 2061693
Page 14

| 05/10/24 | 358 | Pacer | $1.10 |
| 05/10/24 | 358 | Pacer | $0.30 |
| 05/10/24 | 358 | Pacer | $3.00 |
| **TOTAL DISBURSEMENTS** | | | **$1,447.69** |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $64,327.50 |
| Total Disbursements | $1,447.69 |
| **TOTAL THIS INVOICE** | **$65,775.19** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$84,062.50**) and fees at *Blended Rate* of $675 (**$64,327.50**)** apply.

**includes paralegal fees at standard rates, if applicable