**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |
| | **Objections Due: August 28, 2024 at 4:00 p.m.**<br>**Hearing Date:** *Only if objections are filed* |

**NOTICE OF NINTH MONTHLY, TENTH MONTHLY, AND FINAL
APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES FOR THE (I) THE MONTHLY PERIOD
FROM MAY 1, 2024 TO MAY 31, 2024, (II) THE MONTHLY PERIOD FROM
JUNE 1, 2024 TO JUNE 23, 2024, AND (III) THE FINAL PERIOD AUGUST 21,
2023 TO JUNE 23, 2024**

**PLEASE TAKE NOTICE** that on the 7th day of August 2024, FTI Consulting, Inc. (the "Applicant" or "FTI") filed its *Nineth Monthly, Tenth Monthly, and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Periods (I) the Monthly Period from May 1, 2024 to May 31, 2024, (II) the Monthly Period from June 1, 2024 to June 23, 2024, and (III) the Final Period from August 21, 2023 to June 23, 2024* (the "Application") with the United States Bankruptcy Court for the Northern District of Iowa (the "Court").

**PLEASE TAKE NOTICE** that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 224] and must be filed with the Court and served so as to be received by the following parties no later than **August 28, 2024 at 4:00 p.m.:**

1. Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, Iowa 52245, Attn: Mark E. Toney (noticing@mercyic.org);

2. Counsel to the Debtors: (A) McDermott Will & Emery LLP, 444 W. Lake Street, Suite 4000, Chicago, Illinois 60606, Attn: Felicia Gerber Perlman, (fperlman@mwe.com), Daniel M. Simon (dsimon@mwe.com), and Emily C. Keil (ekeil@mwe.com) and 2501 North Harwood Street, Suite 1900, Dallas, TX 75201, Jack G. Haake (jhaake@mwe.com), and (B) Nyemaster Goode, P.C., 625 First Street SE, Suite 400, Cedar Rapids, IA 52401-2030, Attn: Roy R. Leaf (rleaf@nyemaster.com);

3.  Counsel to the Committee: (A) Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266, Attn: Robert C. Gainer (rgainer@cutlerfirm.com), and (B) Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew H. Sherman  (asherman@sillscummis.com) and Boris Mankovetskiy (bmankovetskiy@sillscummis.com);

4.  Office of the United States Trustee for the Northern District of Iowa, 111 Seventh Avenue SE, Suite 2800, Cedar Rapids, IA, 52401, Attn: Janet G.L. Reasoner (Janet.G.Reasoner@usdoj.gov); and

5.  Counsel to the Bondholder Representatives: (A) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: William Kannel (wkannel@mintz.com), Nathan F. Coco (nfcoco@mintz.com), and Megan Preusker (mpreusker@mintz.com), and (B) Whitfield & Eddy, P.C., 699 Walnut Street, Suite 2000, Des Moines, IA 5030, Attn: Peter J. Chalik (chalik@whitfieldlaw.com).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "Hearing") on the Application will be held at a time and date to be determined before the Honorable Thad J. Collins, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th Ave. SE, Cedar Rapids, IA 52401. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

Dated: August 7, 2024                    Respectfully submitted,

                                         */s/ Andrew H. Sherman*
                                         Andrew H. Sherman, NJS Bar No. 042731991
                                         (admitted *pro hac vice*)
                                         Boris I. Mankovetskiy, NJS Bar No. 012862001
                                         (admitted *pro hac vice*)
                                         SILLS CUMMIS & GROSS, P.C.
                                         One Riverfront Plaza
                                         Newark, New Jersey 07102
                                         Telephone: 973-643-7000
                                         Facsimile: 973-643-6500
                                         E-mail: asherman@sillscummis.com
                                                 bmankovetskiy@sillscummis.com

                                         -and-

                                         */s/ Robert C. Gainer*
                                         Robert C. Gainer IS9998471
                                         CUTLER LAW FIRM, P.C.
                                         1307 50th Street
                                         West Des Moines, Iowa 50266
                                         Telephone:  515-223-6600
                                         Facsimile: 515-223-6787
                                         E-mail: rgainer@cutlerfirm.com

*Attorneys for The Official Committee of*
*Unsecured Creditors of Mercy Hospital, Iowa City,*
*Iowa, et al.*

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on August 7, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.


/s/ *Stephanie Newton*