UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 2, 2024
Status Conference as requested by Creditors (Doc. 1180)

APPEARANCES:

Attorneys Kristina Stanger and Felicia Gerber Perlman for Debtors
Attorney Claire Davison on behalf of the Office of the United States Trustee
Liquidation Trustee William H. Henrich with his Attorneys Andrew Sherman,
    Robert Gainer, and Boris Mankovestskiy
Attorney Paula Roby as part of the Liquidation Oversight Committee
Attorneys Megan Preusker, Nathan Coco, and Peter Chalik for Computershare
    Trust Company, N.A., as Trustee, and Preston Hollow Community Capital,
    Inc., as Bondholder Representative
Attorney Patrick Dillon for Health Carousel Travel Network, LLC
Attorney Anupama Yerramalli monitoring for TonyKorf Partners, LLC
Attorney Kollin Bender monitoring for Owens & Minor, Inc.

OUTCOME OF THE PROCEEDING:

The Court held a status conference.

Ordered:
August 8, 2024

Thad J. Collins
Chief Bankruptcy Judge