**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 22, 2024 at 4:00 pm (CT)** |

**SUMMARY OF SIXTH FEE APPLICATION OF DAY RETTIG MARTIN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF PENSIONERS FOR ALLOWANCE OF COMPENSATION AND REMIBUREMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2024 THROUGH APRIL 30, 2024**

| | |
|---|---|
| Name of Applicant: | Day Rettig Martin, P.C. |
| Authorized to Provide Professional Services to: | Official Committee of Pensioners |
| Date of Retention: | November 4, 2023 |
| Date of Order Authorizing Retention: | November 13, 2023, Doc. 506 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2024 through April 30, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $14,184.00 (80% of $17,730.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $36.18 |
| Application Type: | Monthly |

**SUMMARY OF DAY RETTIG MARTIN, P.C. APPLICATIONS FOR COMPENSATION**

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees & Expenses Paid to Date |
|---|---|---|---|---|---|
| First | 04/15/24 | 11/04/23 – 11/30/23 | $20,544.00 (80% of 25,680.00) | $0.00 | $20,544.00 |
| Second | 04/15/24 | 12/01/23 – 12/31/23 | $16,902.00 (80% of 21,127.50) | $70.74 | $16,972.74 |

| Third | 05/28/24 | 01/01/24 – 01/31/24 | $20,682.00 (80% of 25,852.50) | $0.00 | $20,682.00 |
| Fourth | 08/06/24 | 02/01/24 – 02/29/24 | $24,960.00 (80% of 31,200.00) | $36.18 | $0.00 |
| Fifth | 08/06/24 | 03/01/24 – 03/31/24 | $33,636.00 (80% of 42,045.00) | $0.00 | $0.00 |
| Sixth | 08/08/24 | 04/01/24 – 04/30/24 | $14,184.00 (80% of 17,730.00) | $36.18 | $0.00 |

## SUMMARY OF BILLING BY PROFESSIONALS
## APRIL 1, 2024 – APRIL 30, 2024

| Name of Professional | Position, Department, Year of Bar Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Paula L. Roby | Shareholder, Bankruptcy Bar Admission: 1999 | $375.00 | 47.4 | $14,040.00 (80% of $17,550.00) |
| Julie G. Quist | Paralegal | $150.00 | 1.2 | $144.00 (80% of $180.00) |
| TOTALS: | | | 48.6 | $14,184.00 (80% of 17,300.00) |

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2024 – APRIL 30, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| A. Asset Analysis and Recovery | 0.0 | $0.00 |
| B. Case Administration | 8.6 | $2,955.00 |
| C. Court Hearings | 0.0. | $0.00 |
| D. Employment and Fee Applications | 0.0 | $0.00 |
| E. Litigation | 0.0 | $0.00 |
| F. Litigation Planning | 0.0 | $0.00 |
| G. Meetings and Communications with Professionals | 29.4 | $11,025.00 |
| H. Pension Analysis | 3.0 | $1,125.00 |
| I. Plan and Disclosures Statement | 3.5 | $1,312.50 |

| | | |
|---|---|---|
| J. Review Pleadings | 2.9 | $1,087.50 |
| K. Other Contested Matters | 0.0 | 0.0 |
| L. Travel (billed at 50%) | 1.2 | $225.00 |
| TOTALS: | 48.6 | $17,730.00 |

**EXPENSE SUMMARY**
**APRIL 1, 2024 – APRIL 30, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel: Cedar Rapids – Iowa City | Roundtrip mileage | $36.18 |
| TOTALS: | 0.00 | $36.18 |

Day Rettig Martin, P.C. (the "Applicant" or "DRM"), counsel to the Official Committee of Pensioners (the "Pensioners Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Doc. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from **April 1, 2024 through April 30, 2024** (the "Application Period"), and respectfully represents as follows:

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

**A. Formation of the Official Committee of Pensioners**

4. On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases.

5. On September 13, 2023, Paula L. Roby of DRM appeared for a group of Mercy Pensioners (Doc. 212) and on October 4, 2023, for the Mercy Pensioners Ad-Hoc Committee (Doc. 332).

6. On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2) (Doc. 385). A hearing on the Motion was held October 27, 2023, and the Motion was granted November 3, 2023 (Doc. 451). The following day, eight members of the Mercy Pensioners Ad-Hoc Committee were appointed to serve as the Official Committee of Pensioners (the "Pensioners Committee") (Doc. 458).

**B. The Retention of Day Rettig Martin, P.C.**

7. On November 8, 2023, the Pensioners Committee applied to the Court (Doc. 479) (the "DRM Application") for an order authorizing it to retain and employ DRM as their counsel, effective as of November 4, 2023. On November 13, 2023, the Court entered an order authorizing such retention (Doc. 506).

*Remainder of page left intentionally blank.*

**RELIEF REQUESTED**

8. All services for which compensation is requested were performed for or on behalf of the Pensioners Committee. During the compensation period, DRM received no payment and no promises of payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between DRM and any other person, other than members of DRM for sharing of any compensation to be received for services rendered in the Chapter 11 Case.

9. Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, DRM is seeking compensation in the amount of $14,184.00, which is equal to eighty percent (80%) of the $17,730.00 in fees for professional services rendered by DRM during the Application Period. This amount is derived solely from the applicable hourly billing rates of DRM's personnel who rendered services to the Debtors. In addition, DRM incurred $36.18 in out-of-pocket expenses during the Application Period.

**A. Compensation Requested**

10. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by DRM with respect to the Chapter 11 Case during the Application Period. This detailed itemization complies with the Interim Compensation Order and the Bankruptcy Code in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

*Remainder of page left intentionally blank.*

11.     The attorney(s) and paraprofessional(s) who rendered services related to each project category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought for each category.

**B. Expense Reimbursement**

12.     DRM incurred out-of-pocket expenses during the Application Period in the amount of $36.18. Descriptions of the expenses actually occurred are identified in **Exhibit A** in relation to each project category. The expenses are broken down into categories of charges.

13.     DRM provided a wide array of legal services to the Pensioners Committee. The services rendered by DRM are separated by project category and are more fully described in the Summary of Services by Project spreadsheet attached to this Application as **Exhibit B.**

## CONCLUSION

14.     DRM believes that the time entries, rates, and expenses included in **Exhibit A** are reasonable, customary, and in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

15.     DRM reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

**WHEREFORE**, DRM respectfully requests that the Court enter an order: (i) awarding DRM allowance of (a) eighty percent (80%) of the fees for the Application Period in the amount of $14,184.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses DRM incurred during the Application Period in the amount of $36.18; (ii) authorizing and directing the Debtors to pay DRM $14,220.18, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

Dated: August 8, 2024

                                      Respectfully submitted,
                                      DAY RETTIG MARTIN, P.C.

                                      /s/ Paula L. Roby
                                      Paula L. Roby  AT0006749
                                      Telephone:    (319) 365-0437
                                      FAX:           (319) 365-5866
                                      E-mail:       paula@drpjlaw.com
                                      Attorney for the
                                      Official Committee of Pensioners

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this August 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                                                          /s/ Lillian M Strait

# Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P. O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866

Mercy Pensioners Committee

Statement Date: August 8, 2024
Statement No. 123471
Account No. 100082.01
Page: 1

## Fees

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/2024 | PLR | Correspondence with Marc Ross regarding Pension Plan under funding calculations. | 375.00 | 0.20 | 75.00 |
| 04/02/2024 | PLR | Call with Marc Ross regarding Pension plan regarding calculations. | 375.00 | 0.10 | 37.50 |
| | PLR | Analysis regarding strategy for maximizing payments to pension. | 375.00 | 0.90 | 337.50 |
| | PLR | Receive and review Stipulated Order Authorizing and Directing Distribution of Sale Proceeds to Master Trustee and Granting Secured Bondholder Representatives Relief from Stay. | 375.00 | 0.10 | 37.50 |
| 04/03/2024 | PLR | Receive and review Modified Disclosure Statement and Notice Thereof. | 375.00 | 0.60 | 225.00 |
| | PLR | Receive and review Order (I) Approving Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Deadlines and Procedures for (A) Filing Objections to Confirmation of Plan, (B) Claim Objections, and (C) Temporary Allowance of Claims for Voting Purposes; (IV) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (V) Setting Record Date; (VI) Approving (A) Solicitation Packages and Procedures for Distribution, (B) Form of Notice of Hearing on Confirmation and Related Matters, and (C) Forms of Ballots; (VII) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (VIII) Granting Related Relief. | 375.00 | 0.80 | 300.00 |
| | PLR | Call with Marc Ross regarding his call with case Financial Advisors, and updates regarding JV interests. | 375.00 | 0.60 | 225.00 |
| 04/08/2024 | PLR | Participate in conference with Pensioners Committee and Marc Ross. | 375.00 | 2.20 | 825.00 |
| | PLR | Correspondence and calls with Agilis and Marc Ross regarding Analysis as Plan Administrator. Go forward strategy. | 375.00 | 2.20 | 825.00 |
| | PLR | Calls with Attorney Roy Leaf regarding Pension Plan updates. | 375.00 | 1.00 | 375.00 |
| 04/10/2024 | PLR | Prepare for meeting of all Pensioners; prepare presentation. | 375.00 | 2.50 | 937.50 |

Exhibit A, page 1

Statement Date: 08/08/2024
Statement No. 123471
Mercy Pensioners Committee
Account No. 100082.0

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | PLR | Meet with Marc Ross regarding updated claim calculation; Meeting of Committee. | 375.00 | 2.10 | 787.50 |
| | PLR | Meet with Marc Ross and potential Future Plan Administrator. | 375.00 | 2.70 | 1,012.50 |
| 04/11/2024 | PLR | Travel to Iowa City to meet with Committee, Marc Ross and potential Future Plan Administrator. (Half rate) | 187.50 | 0.60 | 112.50 |
| | PLR | Meet with Committee, Marc Ross, and potential Future Plan Administrator. | 375.00 | 2.20 | 825.00 |
| | PLR | Lead meeting with all Pensioners to give update, introduce Marc Ross, and potential Future Plan Administrator; answer Pensioner questions regarding Bankruptcy Plan. | 375.00 | 3.50 | 1,312.50 |
| | PLR | Travel to Cedar Rapids from Iowa City. (Half rate) | 187.50 | 0.60 | 112.50 |
| | PLR | Meet with Marc Ross regarding items that came up in meeting and action items going forward. | 375.00 | 1.20 | 450.00 |
| 04/12/2024 | PLR | E-mail correspondence with Committee regarding Potential Plan Administrator, Agilis. | 375.00 | 0.50 | 187.50 |
| | PLR | Telephone call with Marc Ross regarding Pension Plan administration, issues going forward., and agreements. | 375.00 | 0.60 | 225.00 |
| | PLR | Telephone call with Attorney Roy Leaf regarding several pending matters including Plan solicitation and Liquidating Plan Agreement. | 375.00 | 0.30 | 112.50 |
| | PLR | Attention to Liquidating Plan issues. | 375.00 | 0.50 | 187.50 |
| | PLR | Telephone call with Assistant United States Trustee Janet Reasoner regarding Plan language. | 375.00 | 0.20 | 75.00 |
| 04/15/2024 | PLR | Correspondence with Marc Ross and representatives of Agilis regarding moving forward. | 375.00 | 1.30 | 487.50 |
| | PLR | Respond to Agilis questions regarding Pension Plan particulars. | 375.00 | 0.50 | 187.50 |
| | PLR | Receive and review solicitation materials. | 375.00 | 0.70 | 262.50 |
| | PLR | Review and rewrite update to Pensioners. | 375.00 | 0.50 | 187.50 |
| 04/16/2024 | PLR | Call with Marc Ross regarding pension administrator and Plan Supplement. | 375.00 | 0.70 | 262.50 |
| 04/19/2024 | JGQ | E-mail with PIT Crew regarding status of letter from Attorney Paula Roby to go out to all Pensioners. | 150.00 | 0.10 | 15.00 |
| 04/22/2024 | JGQ | PrepareType draft of Official Committee of Pensioners' Rule 3018(a) Motion; finalize and file with Court; draft proposed Order; submit same to Court. | 150.00 | 0.50 | 75.00 |
| | PLR | Telephone call with Roy Leaf regarding balloting issues. | 375.00 | 0.30 | 112.50 |
| | PLR | Attention to Bankruptcy Rule 3018(a) and case law. | 375.00 | 1.40 | 525.00 |
| | PLR | Draft 3018(a) Motion and proposed Order. | 375.00 | 1.30 | 487.50 |
| | PLR | Correspondence with attorneys for Creditor's Committee and Bondholders regarding 3018(a) Motion. | 375.00 | 0.30 | 112.50 |
| 04/23/2024 | PLR | Telephone call with Debtors professionals regarding Pension Administrator, Sponsor under Plan, and Pension documents. | 375.00 | 0.50 | 187.50 |
| | PLR | Telephone call with Marc Ross to review action items from telephone call with Debtors. | 375.00 | 0.30 | 112.50 |
| | PLR | Review Plan Administrator documents for transition. | 375.00 | 1.60 | 600.00 |

Page 2

Exhibit A, page 2

Statement Date: 08/08/2024
Statement No.   123471
Account No.     100082.0

Mercy Pensioners Committee

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/24/2024 | PLR | E-mail correspondence with Debtor's representatives. | 375.00 | 0.40 | 150.00 |
| | PLR | Telephone call with Marc Ross, Attorneys F. Perlman, Dan Simon, Jeffrey Holdvogt, Roy Leaf and Jim Porter, Mark Toney, and Peg Brubaker regarding Pension Plan going forward and Administrator. | 375.00 | 0.50 | 187.50 |
| | PLR | Call with Agilis regarding issued raised in call with debtors. | 375.00 | 0.70 | 262.50 |
| | PLR | Telephone call with Marc Ross, Adrienne Moore, Derrin Watson regarding Plan Sponsorship issues. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review Motion for Entry of Order Modifying Local Rule 3018-1(C) in Connection with Confirmation Hearing. | 375.00 | 0.30 | 112.50 |
| | PLR | Receive and review Modified Chapter 11 Plan -Supplement., Modified Disclosure Statement -Supplement. | 375.00 | 1.10 | 412.50 |
| 04/25/2024 | PLR | Receive and review Liquidation Trust Agreement. | 375.00 | 0.70 | 262.50 |
| | PLR | Work on proposed revisions to Liquidation Trust Agreement. | 375.00 | 0.60 | 225.00 |
| | PLR | Telephone call with Marc Ross regarding Sponsor issues. | 375.00 | 0.40 | 150.00 |
| 04/26/2024 | JGQ | Receive call from Pensioner Heather Hicks regarding Chapter 11 plan and Ballot received; inform Attorney Paula Roby of the call. | 150.00 | 0.20 | 30.00 |
| | PLR | Call with Marc Ross regarding Plan; review correspondence regarding same. | 375.00 | 1.40 | 525.00 |
| 04/29/2024 | JGQ | Receive and review e-mails and phone calls from several Pensioners stating they did not get a Chapter 11 Plan and Ballot; forward to Attorney Paula Roby. | 150.00 | 0.10 | 15.00 |
| | PLR | Analysis of Church Plan Sponsor issues | 375.00 | 2.70 | 1,012.50 |
| | PLR | Calls with Marc Ross regarding Pension Plan amendments. | 375.00 | 0.60 | 225.00 |
| 04/30/2024 | JGQ | Receive, review, and reply to several e-mails and phone calls from Pensioners who did not get a Chapter 11 Plan and Ballot; discuss with Attorney Paula Roby. | 150.00 | 0.30 | 45.00 |
| | PLR | Meeting with Marc Ross regarding status and steps necessary to proceed with Plan. | 375.00 | 2.00 | 750.00 |
| | | For Current Services Rendered | | 48.60 | 17,730.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paula L Roby | 1.20 | $187.50 | $225.00 |
| Paula L Roby | 46.20 | 375.00 | 17,325.00 |
| Julie G. Quist | 1.20 | 150.00 | 180.00 |

Advances

| Date | Description | Amount |
|---|---|---|
| 04/11/2024 | Round trip mileage for Attorney Paula Roby to travel to Iowa City for meeting with Committee. (54 miles x $.67 per mile) | 36.18 |
| | Total Advances | 36.18 |
| | Total Current Work | 17,766.18 |

Page   3

Exhibit A, page 3

|  |  |
|---|---|
| Statement Date: | 08/08/2024 |
| Statement No. | 123471 |
| Account No. | 100082.0 |

Mercy Pensioners Committee

Previous Balance $108,270.18

## Payments

| | | |
|---|---|---|
| 06/13/2024 | Wire received for 80% of fees from Statement 123268. Statement amount is $25,852.50, 80% =$20,682.00. | -20,682.00 |

Balance Due $105,354.36

**Please make all checks payable to Day Rettig Martin, P.C. Thank you.**

Page    4

Exhibit A, page 4

**Mercy Pensioners Committee**  SUMMARY OF SERVICE BY PROJECT
April 1-31, 2024

### B. Case Administration

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/02/24 | PLR | 0.9 | 337.50 | Analysis regarding strategy for maximizing payments to Pension. |
| 04/15/24 | PLR | 0.7 | 262.50 | Receive and review solicitation materials. |
| 04/15/24 | PLR | 0.5 | 187.50 | Review and rewrite update to pensioners. |
| 04/22/24 | JGQ | 0.5 | 75.00 | PrepareType draft of Official Committee of Pensioners' Rule 3018(a) Motion; finalize and file with Court; draft proposed Order; submit same to Court. |
| 04/19/24 | JGQ | 0.1 | 15.00 | E-mail with PIT Crew regarding status of letter from Attorney Paula Roby to go out to all pensioners. |
| 04/03/24 | PLR | 1.3 | 487.50 | Draft 3018(a) Motion and propsed Order. |
| 04/25/24 | PLR | 0.7 | 262.50 | Receive and review Liquidation Trust Agreement. |
| 04/25/24 | PLR | 0.6 | 225.00 | Work on proposed revisions to Liquidation Trust Agreement. |
| 04/26/24 | PLR | 2.7 | 1,012.50 | Analysis of Church Plan Sponsor issues |
| 04/26/24 | JGQ | 0.2 | 30.00 | Receive call from pensioner Heather Hicks regarding ballot packet received yesterday; answer basic questions; inform Attorney Paula Roby of the call. |
| 04/29/24 | JGQ | 0.1 | 15.00 | Receive and review emails or phone calls from eight (8) pensioners stating they did not get a Chapter 11 Plan ballot; forward to Attorney Paula Roby. |
| 04/30/24 | JGQ | 0.3 | 45.00 | Receive, review, reply to 22 emails or phone calls from pensioners who did not get a Chapter 11 Plan ballot; discussed with Attorney Paula Roby. |
| | Totals: | 8.6 | 2,955.00 | |

### G. Meetings and Communications with Professionals

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/01/24 | PLR | 0.2 | 75.00 | Correspondence with Marc Ross regarding Plan underfunding calculations. |
| 04/02/24 | PLR | 0.1 | 37.50 | Call with Marc Ross regarding Pension Plan regardinig calculations. |
| 04/04/24 | PLR | 0.6 | 225.00 | Call with Marc Ross regarding his call with case Financial Advisors, and updates regarding JV intrests. |
| 04/08/24 | PLR | 2.2 | 825.00 | Participate in conference with Pensioners Committee and Marc Ross. |
| 04/08/24 | PLR | 2.2 | 825.00 | Correspondence and calls with Agilis and Marc Ross regarding Analysis as Plan Administrator. Go forward strategy. |
| 04/08/24 | PLR | 1.0 | 375.00 | Calls with Attorney Roy Leaf regarding Pension Plan updates. |
| 04/10/24 | PLR | 2.1 | 787.50 | Meet with Marc Ross regarding updated claim calculation; Meeting of Committee. |
| 04/10/24 | PLR | 2.7 | 1,012.50 | Meet with Marc Ross and potential Future Plan Administrator. |
| 04/11/24 | PLR | 2.2 | 825.00 | Meet with Committee, Marc Ross, and potential Future Plan Administrator(Agilis). |
| 04/11/24 | PLR | 3.5 | 1,312.50 | Lead meeting with all Pensioners to give update, introduce Marc Ross, and potential Future Plan Administrator; answer Pensioner questions regarding Bankruptcy Plan. |
| 04/11/24 | PLR | 1.2 | 450.00 | Meet with Marc Ross regarding items that came up in meeting and action items going forward. |
| 04/12/24 | PLR | 0.5 | 187.50 | E-mail correspondence with Committee regarding Potential Plan Administrator, Agilis. |
| 04/12/24 | PLR | 0.6 | 225.00 | Telephone call with Marc Ross regarding Pension Plan administration, issues going forward, and agreements. |
| 04/12/24 | PLR | 0.3 | 112.50 | Telephone call with Attorney Roy Leaf regarding several pending matters including Plan solicitation and Liquidating Plan Agreement. |
| 04/12/24 | PLR | 0.2 | 75.00 | Telephone call with Assistant United States Trustee Janet Reasoner regarding Plan language. |
| 04/15/24 | PLR | 1.3 | 487.50 | Correspondence with Marc Ross and representatives of Agilis regarding moving forward. |
| 04/16/24 | PLR | 0.7 | 262.50 | Call with Marc Ross regarding pension administrator and Plan Supplement. |
| 04/22/24 | PLR | 0.3 | 112.50 | Telephone call with Roy Leaf regarding balloting issues. |
| 04/22/24 | PLR | 0.3 | 112.50 | Correspondence with attorneys for Creditor's Committee and Bondholders regarding 3018(a) Motion. |

Exhibit B, page 1

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/23/24 | PLR | 0.5 | 187.50 | Telephone call with Debtors professionals regarding Pension Administrator, Sponsor under Plan, and Pension documents. |
| 04/23/24 | PLR | 0.3 | 112.50 | Telephone call with Marc Ross to review action items from telephone call with Debtors. |
| 04/24/24 | PLR | 0.4 | 150.00 | E-mail correspondence with Debtor's representatives. |
| 04/24/24 | PLR | 0.5 | 187.50 | Telephone call with Marc Ross, Attorneys F. Perlman, Dan Simon, Jeffrey Holdvogt, Roy Leaf and Jim Porter, Mark Toney, and Peg Brubaker regarding Pension Plan going forward and Administrator. |
| 04/24/24 | PLR | 0.7 | 262.50 | Call with Agilis regarding issued raised in call with debtors. |
| 04/24/24 | PLR | 0.4 | 150.00 | Telephone call with Marc Ross, Adrienne Moore, Derrin Watson regarding Plan Sponsorship issues. |
| 04/25/24 | PLR | 0.4 | 150.00 | Telephone call with Marc Ross regarding Sponsor issues. |
| 04/26/24 | PLR | 1.4 | 525.00 | Call with Marc Ross regarding Plan; review correspondence regarding same. |
| 04/29/24 | PLR | 0.6 | 225.00 | Calls with Marc Ross regarding Plan amendments. |
| 04/30/24 | PLR | 2.0 | 750.00 | Meeting with Marc Ross regarding status and steps necessary to proceed with Plan. |
| | **Totals:** | **29.4** | **11,025.00** | |

**H. Pension Analysis**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/10/24 | PLR | 2.5 | 937.50 | Prepare for meeting of all Pensioners; prepare presentation. |
| 04/15/24 | PLR | 0.5 | 187.50 | Respond to Agilis questions regarding Pension Plan particulars. |
| | **Totals:** | **3.0** | **1,125.00** | |

**I. Plan and Disclosure Statement**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/12/24 | PLR | 0.5 | 187.50 | Attention to Liquidating Plan issues. |
| 04/22/24 | PLR | 1.4 | 525.00 | Attention to Bankruptcy Rule 3018(a) and case law. |
| 04/23/24 | PLR | 1.6 | 600.00 | Review Plan Administrator documents for Transition. |
| | **Totals:** | **3.5** | **1,312.50** | |

**J. Review Pleadings**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/02/24 | PLR | 0.1 | 37.50 | Receive and review Stipulated Order Authorizing and Directing Distribution of Sale Proceeds to Master Trustee and Granting Secured Bondholder Representatives Relief from Stay. |
| 04/03/24 | PLR | 0.6 | 225.00 | Receive and review Modified Disclosure Statement and Notice Thereof. |
| 04/03/24 | PLR | 0.8 | 300.00 | Receive and review Order (I) Approving Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan; (III) Establishing Deadlines and Procedures for (A) Filing Objections to Confirmation of Plan, (B) Claim Objections, and (C) Temporary Allowance of Claims for Voting Purposes; (IV) Determining Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (V) Setting Record Date; (VI) Approving (A) Solicitation Packages and Procedures for Distribution, (B) Form of Notice of Hearing on Confirmation and Related Matters, and (C) Forms of Ballots; (VII) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (VIII) Granting Related Relief. |
| 04/24/24 | PLR | 0.3 | 112.50 | Receive and review Motion for Entry of Order Modifying Local Rule 3018-1(C) in Connection with Confirmation Hearing. |
| 04/29/24 | PLR | 1.1 | 412.50 | Receive and review Modified Chapter 11 Plan -Supplement., Modified Disclosure Statement - Supplement. |
| | **Totals:** | **2.9** | **1,087.50** | |

**L. Travel ( billed at 50%)**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 04/11/24 | PLR | 0.6 | 112.50 | Travel to Iowa City to meet with Committee, Marc Ross and potential Future Plan Administrator. (Half rate) |
| 04/11/24 | PLR | 0.6 | 112.50 | Travel back to Cedar Rapids from meeting with Committee, Marc Ross and potential Future Plan Administrator. (Half rate) |

Exhibit B, page 2

| Totals: | 1.2 | 225.00 |
|---|---|---|

|  | Hrs to Bill | Amount |
|---|---|---|
| All: | 48.6 | 17,730.00 |

|  | Fees 80% | 14,184.00 |
|---|---|---|
|  | Expenses |  |

| Grand Total: | 14,184.00 |
|---|---|