**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | Jointly Administered |
| Debtors. | **Objection Deadline: August 22, 2024 at 4:00 pm (CT)** |

**SUMMARY OF SEVENTH FEE APPLICATION OF DAY RETTIG MARTIN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF PENSIONERS FOR ALLOWANCE OF COMPENSATION AND REMIBUREMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Day Rettig Martin, P.C. |
| Authorized to Provide Professional Services to: | Official Committee of Pensioners |
| Date of Retention: | November 4, 2023 |
| Date of Order Authorizing Retention: | November 13, 2023, Doc. 506 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2024 through May 31, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $26,976.00 (80% of $33,720.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Application Type: | Monthly |

**SUMMARY OF DAY RETTIG MARTIN, P.C. APPLICATIONS FOR COMPENSATION**

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees & Expenses Paid to Date |
|---|---|---|---|---|---|
| First | 04/15/24 | 11/04/23 – 11/30/23 | $20,544.00 (80% of 25,680.00) | $0.00 | $20,544.00 |
| Second | 04/15/24 | 12/01/23 – 12/31/23 | $16,902.00 (80% of 21,127.50) | $70.74 | $16,972.74 |

| Third | 05/28/24 | 01/01/24 – 01/31/24 | $20,682.00 (80% of 25,852.50) | $0.00 | $20,682.00 |
| Fourth | 08/06/24 | 02/01/24 – 02/29/24 | $24,960.00 (80% of 31,200.00) | $36.18 | $0.00 |
| Fifth | 08/06/24 | 03/01/24 – 03/31/24 | $33,636.00 (80% of 42,045.00) | $0.00 | $0.00 |
| Sixth | 08/08/24 | 04/01/24 – 04/30/24 | $14,184.00 (80% of 17,730.00) | $36.18 | $0.00 |
| Seventh | 08/08/24 | 05/01/24 – 05/31/24 | $26,976.00 (80% of 33,720.00) | $0.00 | $0.00 |

### SUMMARY OF BILLING BY PROFESSIONALS
### MAY 1, 2024 – MAY 31, 2024

| Name of Professional | Position, Department, Year of Bar Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Paula L. Roby | Shareholder, Bankruptcy Bar Admission: 1999 | $375.00 | 89 | $26,700.00 (80% of $33,375.00) |
| Julie G. Quist | Paralegal | $150.00 | 2.3 | $276.00 (80% of $345.00) |
| TOTALS: | | | 91.3 | $26,976.00 (80% of $33,720.00) |

### COMPENSATION BY PROJECT CATEGORY
### MAY 1, 2024 – MAY 31, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| A. Asset Analysis and Recovery | 0.0 | $0.00 |
| B. Case Administration | 7.3 | $2,355.00 |
| C. Court Hearings | 6.2 | $2,190.00 |
| D. Employment and Fee Applications | 0.0 | $0.00 |
| E. Litigation | 0.0 | $0.00 |
| F. Litigation Planning | 0.0 | $0.00 |
| G. Meetings and Communications with Professionals | 41.2 | $15,450.00 |
| H. Pension Analysis | 19.5 | $7,312.50 |

| | | |
|---|---|---|
| I.   Plan and Disclosures Statement | 8.4 | $3,150.00 |
| J.   Review Pleadings | 8.7 | $3,262.50 |
| K.   Other Contested Matters | 0.0 | $0.00 |
| L.   Travel (billed at 50%) | 0.0 | $0.00 |
| TOTALS: | 91.3 | $33,720.00 |

**EXPENSE SUMMARY**
**MAY 1, 2024 – MAY 31, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | 0.00 | $0.00 |
| TOTALS: | 0.00 | $0.00 |

Day Rettig Martin, P.C. (the "Applicant" or "DRM"), counsel to the Official Committee of Pensioners (the "Pensioners Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Doc. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from **May 1, 2024 through May 31, 2024** (the "Application Period"), and respectfully represents as follows:

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

### A. Formation of the Official Committee of Pensioners

4. On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases.

5. On September 13, 2023, Paula L. Roby of DRM appeared for a group of Mercy Pensioners (Doc. 212) and on October 4, 2023, for the Mercy Pensioners Ad-Hoc Committee (Doc. 332).

6. On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2) (Doc. 385). A hearing on the Motion was held October 27, 2023, and the Motion was granted November 3, 2023 (Doc. 451). The following day, eight members of the Mercy Pensioners Ad-Hoc Committee were appointed to serve as the Official Committee of Pensioners (the "Pensioners Committee") (Doc. 458).

### B. The Retention of Day Rettig Martin, P.C.

7. On November 8, 2023, the Pensioners Committee applied to the Court (Doc. 479) (the "DRM Application") for an order authorizing it to retain and employ DRM as their counsel, effective as of November 4, 2023. On November 13, 2023, the Court entered an order authorizing such retention (Doc. 506).

**RELIEF REQUESTED**

8. All services for which compensation is requested were performed for or on behalf of the Pensioners' Committee. During the compensation period, DRM received no payment and no promises of payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between DRM and any other person, other than members of DRM for sharing of any compensation to be received for services rendered in the Chapter 11 Case.

9. Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, DRM is seeking compensation in the amount of $26,976.00, which is equal to eighty percent (80%) of the $33,720.00 in fees for professional services rendered by DRM during the Application Period. This amount is derived solely from the applicable hourly billing rates of DRM's personnel who rendered services to the Debtors. In addition, DRM incurred $0.00 in out-of-pocket expenses during the Application Period.

**A. Compensation Requested**

10. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by DRM with respect to the Chapter 11 Case during the Application Period. This detailed itemization complies with the Interim Compensation Order and the Bankruptcy Code in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

*Remainder of page left intentionally blank.*

11. The attorney(s) and paraprofessional(s) who rendered services related to each project category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought for each category.

**B. Expense Reimbursement**

12. DRM incurred out-of-pocket expenses during the Application Period in the amount of $0.00. Descriptions of the expenses actually occurred are identified in **Exhibit A** in relation to each project category. The expenses are broken down into categories of charges.

13. DRM provided a wide array of legal services to the Pensioners Committee. The services rendered by DRM are separated by project category and are more fully described in the Summary of Services by Project spreadsheet attached to this Application as **Exhibit B.**

## CONCLUSION

14. DRM believes that the time entries, rates, and expenses included in **Exhibit A** are reasonable, customary, and in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

15. DRM reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

**WHEREFORE**, DRM respectfully requests that the Court enter an order: (i) awarding DRM allowance of (a) eighty percent (80%) of the fees for the Application Period in the amount of $26,976.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses DRM incurred during the Application Period in the amount of $0.00; (ii) authorizing and directing the Debtors to pay DRM $26,976.00, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

Dated: August 8, 2024

        Respectfully submitted,
        DAY RETTIG MARTIN, P.C.

        /s/ Paula L. Roby
        Paula L. Roby AT0006749
        Telephone:   (319) 365-0437
        FAX:   (319) 365-5866
        E-mail:   paula@drpjlaw.com
        ATTORNEY FOR THE
        OFFICIAL COMMITTEE OF PENSIONERS

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this August 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

        /s/ Lillian M Strait

# Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P. O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866

Mercy Pensioners Committee

Statement Date: August 8, 2024
Statement No.  123472
Account No.    100082.01
Page:          1

---

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/01/2024 | PLR | Meeting with Marc Ross regarding next steps necessary to proceed with Pension Plan. | 375.00 | 2.10 | 787.50 |
|  | PLR | Receive several telephone calls from individual pensioners regarding ballot and voting; address the same. | 375.00 | 1.90 | 712.50 |
|  | PLR | Receive and review e-mail from Official Committee of Pensioners regarding census. | 375.00 | 0.20 | 75.00 |
|  | PLR | Attention to Plan language regarding "prosecution of fees"; review Attorney Roy Leaf's e-mail regarding same. | 375.00 | 0.40 | 150.00 |
|  | PLR | Draft committee update to Pensioners. | 375.00 | 0.20 | 75.00 |
|  | PLR | Review correspondence from Attorneys Harold Israel and Roy Leaf regarding sponsorship issues. | 375.00 | 0.60 | 225.00 |
| 05/02/2024 | JGQ | Receive, Review, and Respond to several more Pensioners regarding not having received Chapter 11 Plan and Ballots | 150.00 | 0.20 | 30.00 |
|  | PLR | Receive and review several Witness and Exhibits lists for 05/16/24 Plan Confirmation hearing. | 375.00 | 2.40 | 900.00 |
|  | PLR | Attention to Witness/Exhibit List for upcoming Hearing. | 375.00 | 0.40 | 150.00 |
|  | PLR | Legal research regarding church plan sponsorship issues and continuation of corporation as an option. | 375.00 | 2.30 | 862.50 |
| 05/03/2024 | PLR | Telephone call with Official Committee of Pensioners member regarding additions to the update to all Pensioners. | 375.00 | 0.30 | 112.50 |
|  | PLR | Receive and review additions to the update to all Pensioners. | 375.00 | 0.20 | 75.00 |
|  | PLR | Telephone call with Attorney Roy Leaf regarding Pensioner voting issues. | 375.00 | 0.40 | 150.00 |
|  | PLR | Receive and review messages from several individual Pensioners regarding not having received ballots; return calls to same. | 375.00 | 2.50 | 937.50 |
|  | PLR | Telephone call with Epiq regarding Pensioners who have not received ballots. | 375.00 | 0.40 | 150.00 |
| 05/04/2024 | PLR | Attention to additional update to be sent to Pensioners to alleviate confusion. | 375.00 | 0.30 | 112.50 |

Statement Date:  08/08/2024  
Statement No.   123472  
Account No.     100082.0

Mercy Pensioners Committee

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/05/2024 | PLR | Receive and review McDermott Will & Emery's draft Confirmation Order. | 375.00 | 0.70 | 262.50 |
| | PLR | Begin redlining the draft Confirmation Order. | 375.00 | 0.40 | 150.00 |
| | PLR | Continue attention to Pensioner ballot issues. | 375.00 | 0.50 | 187.50 |
| | PLR | Telephone call with Attorney Roy Leaf regarding continued Pensioner ballot issues. | 375.00 | 0.20 | 75.00 |
| 05/06/2024 | JGQ | Set up Zoom meeting for Attorney Paula Roby with Official Committee of Pensioners; take calls from several Mercy Pensioners regarding their late ballots. | 150.00 | 0.10 | 15.00 |
| | PLR | Participate in status conference with Unsecured Creditors Committee regarding Plan issues. | 375.00 | 1.00 | 375.00 |
| | PLR | Receive and review Objection to Confirmation of Plan Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation. | 375.00 | 1.10 | 412.50 |
| | PLR | Receive and review Objection to Confirmation of Plan Limited Filed by J. Nicholas Russo, Nancy Russo, Brent Strabala. | 375.00 | 0.60 | 225.00 |
| | PLR | Phone call with Sam Marks regarding same. | 375.00 | 0.50 | 187.50 |
| | PLR | Receive and review Objection to Chapter 11 Plan filed by Mercy Health Network. | 375.00 | 0.50 | 187.50 |
| | PLR | Receive and review Limited and Protective Objection to Chapter 11 Plan filed by Progressive Rehabilitation Associates, LLC. from Mark Melickian. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review several e-mails from individual Pensioners regarding Plan and balloting; respond to same. | 375.00 | 0.80 | 300.00 |
| | PLR | Telephone call with Attorney Sam Marks regarding the Limited Objection. | 375.00 | 0.40 | 150.00 |
| | PLR | Telephone call with Attorney Roy Leaf regarding the Limited Objection. | 375.00 | 0.10 | 37.50 |
| | PLR | Attention to remedy for Pensioners who received ballots on voting deadline date; legal research regarding same. | 375.00 | 1.10 | 412.50 |
| 05/07/2024 | JGQ | Take calls from several Mercy Pensioners regarding their late ballots; made list of pensioners who called and provided to Attorney Paula Roby to send to Attorney Roy Leaf. | 150.00 | 0.40 | 60.00 |
| | PLR | Telephone call with Attorney Roy Leaf regarding Pensioners late receipt of ballots. | 375.00 | 0.30 | 112.50 |
| | PLR | E-mail correspondence regarding remedy for ballots that were received late. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review Committee of Unsecured Creditors' redlines to proposed confirmation order; identify issues regarding same. | 375.00 | 0.80 | 300.00 |
| | PLR | Receive, review and respond to e-mails with Official Committee of Pensioners regarding Mercy Guild funds. | 375.00 | 0.30 | 112.50 |
| | PLR | Legal research regarding Mercy Guild funds. | 375.00 | 0.40 | 150.00 |
| | PLR | Telephone call with Attorney Eric Lam regarding Foundation and Mercy Guild Funds. | 375.00 | 0.30 | 112.50 |
| | PLR | Receive and review latest draft of proposed Confirmation order; commented on same. | 375.00 | 0.70 | 262.50 |
| | PLR | Receive, review and respond to e-mail correspondence with stakeholders regarding filed Objections to Chapter 11 Plan. | 375.00 | 0.60 | 225.00 |

|  |  |  | Statement Date: | 08/08/2024 |
|--|--|--|--|--|
|  |  |  | Statement No. | 123472 |
| Mercy Pensioners Committee |  |  | Account No. | 100082.0 |

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 05/08/2024 | PLR | Call with Attorney Roy Leaf, Marc Ross, and Ferenczy firm regarding Pension Plan (0.3); correspondence with Marc Ross regarding same (0.5). | 375.00 | 0.80 | 300.00 |
| | PLR | Receive and review e-mail correspondence regarding Stipulated Lift From Stay by Hyundai; Official Committee of Pensioners consent to same. | 375.00 | 0.20 | 75.00 |
| | PLR | Continue e-mail correspondence with stakeholders regarding revisions to Draft Confirmation Order. | 375.00 | 0.40 | 150.00 |
| | PLR | Receive and review ballot tabulation. | 375.00 | 0.20 | 75.00 |
| | PLR | Receive and review Mercy Pension Q1 Performance report from Marquette Associates, Inc. | 375.00 | 0.20 | 75.00 |
| | PLR | Telephone call with Agilis regarding Q1 Performance Report and retention by Official Committee of Pensioners. | 375.00 | 0.80 | 300.00 |
| | PLR | Telephone call with Marc Ross regarding Agilis retention terms. | 375.00 | 0.30 | 112.50 |
| | PLR | Receive and review Bondholder revisions to Draft Confirmation Order. | 375.00 | 0.40 | 150.00 |
| 05/09/2024 | PLR | Call with Marc Ross regarding Plan Confirmation hearing. | 375.00 | 0.50 | 187.50 |
| | PLR | Meeting with Pensioners Committee and Marc Ross to provide updates, and address questions. | 375.00 | 1.80 | 675.00 |
| | PLR | Receive and review Report on Ballots Filed by Debtor Mercy Hospital, Iowa City, Iowa. | 375.00 | 0.40 | 150.00 |
| | PLR | E-mail correspondence with Attorneys Sam Marks and Mark Melickian regarding Interested Pensioners Limited Objection. | 375.00 | 0.30 | 112.50 |
| | PLR | Review Agilis proposed retention documents. | 375.00 | 0.70 | 262.50 |
| | PLR | Draft redline of Agilis proposed retention documents. | 375.00 | 0.30 | 112.50 |
| | PLR | Attention to correspondence regarding Sisters of Mercy. | 375.00 | 0.40 | 150.00 |
| | PLR | Telephone call with Attorneys Sam Marks and Mark Melickian regarding Limited Objection to Plan and withdrawal of same. | 375.00 | 0.70 | 262.50 |
| | PLR | Telephone call with Attorney Roy Leaf regarding objection update. | 375.00 | 0.20 | 75.00 |
| | PLR | Telephone call with Attorney Nathan Coco regarding objection update. | 375.00 | 0.20 | 75.00 |
| | PLR | Receive and review Objection to Exhibits by Mercy Health Network. | 375.00 | 0.20 | 75.00 |
| | PLR | E-mail correspondence regarding revision of definition of "Released Parties" in Plan to address objection. | 375.00 | 0.30 | 112.50 |
| 05/10/2024 | PLR | Call with Marc Ross and Attorney Sam Marks regarding Pension Administration. | 375.00 | 0.50 | 187.50 |
| | PLR | Receive and review Motion to Sell Beneficial Interest in Thompson Trust. | 375.00 | 0.40 | 150.00 |
| | PLR | Prepare Official Committee of Pensioners update regarding case status. | 375.00 | 0.70 | 262.50 |
| 05/12/2024 | PLR | E-mail correspondence regarding Sisters of Mercy plan sponsorship issues going forward. | 375.00 | 0.70 | 262.50 |
| | PLR | Legal research regarding potential IRS issues due to change of sponsor in church plan. | 375.00 | 2.40 | 900.00 |
| | PLR | E-mail correspondence with Peg Brubaker regarding updated Pensioner list. | 375.00 | 0.20 | 75.00 |

|  |  |  | Statement Date: | 08/08/2024 |
|---|---|---|---|---|
|  |  |  | Statement No. | 123472 |
| Mercy Pensioners Committee |  |  | Account No. | 100082.0 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/13/2024 | PLR | Telephone call with stakeholders regarding revisions to Plan in advance of Confirmation hearing. | 375.00 | 0.70 | 262.50 |
|  | PLR | Receive and review McDermott Will & Emery's revisions to Combined Plan and Disclosure Statement. | 375.00 | 0.60 | 225.00 |
| 05/14/2024 | JGQ | Create Attorney Paula Roby's court binder for 05/16/24 hearing. | 150.00 | 0.60 | 90.00 |
|  | PLR | Call with Sisters of Mercy Counsel and Marc Ross regarding maintaining Debtor (1.6); meeting with Marc Ross regarding same (1.1). | 375.00 | 2.70 | 1,012.50 |
|  | PLR | Receive and review Modified Chapter 11 Plan of Liquidation. | 375.00 | 0.70 | 262.50 |
|  | PLR | Attention to Plan Sponsor issues. | 375.00 | 3.00 | 1,125.00 |
|  | PLR | Receive and review Brief - Debtors' (I) Memorandum of Law in Support of Confirmation of Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation and (II) Omnibus Reply to Objections to Confirmation. | 375.00 | 2.60 | 975.00 |
|  | PLR | Receive and review Withdrawal of Limited Objection from Individual Pensioners. | 375.00 | 0.20 | 75.00 |
|  | PLR | E-mail correspondence with Official Committee of Pensioners regarding upcoming hearing. | 375.00 | 0.60 | 225.00 |
|  | PLR | E-mail correspondence with Attorney Harold Israel regarding Pension Plan sponsorship going forward. | 375.00 | 0.30 | 112.50 |
|  | PLR | Telephone call with Attorney Harold Israel regarding Pension Plan sponsorship. | 375.00 | 0.50 | 187.50 |
|  | PLR | Telephone conference with Attorney Harold Israel and Marc Ross regarding sponsorship. | 375.00 | 0.70 | 262.50 |
|  | PLR | E-mail correspondence with stakeholders regarding continued revisions to Plan and Disclosure Statement. | 375.00 | 0.40 | 150.00 |
|  | PLR | E-mail correspondence with Mark Toney regarding withdrawn objection. | 375.00 | 0.10 | 37.50 |
|  | PLR | Receive and review Debtor's Brief in Support of Confirmation. | 375.00 | 0.60 | 225.00 |
|  | PLR | Prepare for Plan Confirmation hearing. | 375.00 | 1.40 | 525.00 |
|  | PLR | Draft correspondence with attachments to Attorney Harold Israel regarding Mercy Church Plan documents. | 375.00 | 1.10 | 412.50 |
|  | PLR | E-mail correspondence with Attorneys Harold Israel and Roy Leaf regarding Revisions to Plan to reflect sponsorship issues. | 375.00 | 0.60 | 225.00 |
| 05/15/2024 | PLR | Meeting with Marc Ross regarding sponsor issues, newly filed pleadings. | 375.00 | 1.20 | 450.00 |
|  | PLR | Receive and review new Marquette month to month investment consultant advisory agreement regarding Pension Plan. | 375.00 | 0.60 | 225.00 |
|  | PLR | Continue hearing preparation on Mercy One's objection. | 375.00 | 0.80 | 300.00 |
|  | PLR | Work on sponsorship with IRS issues. | 375.00 | 0.50 | 187.50 |
|  | PLR | Receive and review language from Confirmation Order requested by potential new sponsor. | 375.00 | 0.50 | 187.50 |
|  | PLR | Receive and review previous Marquette Agreement; comparison of the two agreements. | 375.00 | 1.30 | 487.50 |
|  | PLR | E-mail correspondence with stakeholders regarding proposed sponsor language; attention to concerns raised by Committee of Unsecured Creditors. | 375.00 | 0.90 | 337.50 |
|  | PLR | Telephone call with Boris Mankovetskiy regarding Committee of Unsecured Creditors' concerns with sponsorship language. | 375.00 | 0.30 | 112.50 |

|  |  |  | Statement Date: | 08/08/2024 |
|  |  |  | Statement No. | 123472 |
| Mercy Pensioners Committee |  |  | Account No. | 100082.0 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/16/2024 | JGQ | Search for Mercy Pension Plan documents in Attorney Paula Roby's e-mail; send pertinent ones to Kenneth Kneubuhler and Harold Israel. | 150.00 | 1.00 | 150.00 |
|  | PLR | Prepare for Plan Confirmation hearing. | 375.00 | 2.60 | 975.00 |
|  | PLR | Attend Plan Confirmation hearing. | 375.00 | 3.00 | 1,125.00 |
|  | PLR | Meet with Marc Ross after the Plan Confirmation hearing. | 375.00 | 2.50 | 937.50 |
|  | PLR | Telephone call with Attorney Harold Israel regarding sponsorship language; minor changes. | 375.00 | 0.10 | 37.50 |
| 05/17/2024 | PLR | Telephone call with Marc Ross and Attorney Adrienne Moore regarding Pension Committee and board of corporation. | 375.00 | 1.60 | 600.00 |
| 05/21/2024 | PLR | Receive and review Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2024. | 375.00 | 0.40 | 150.00 |
|  | PLR | Receive and review correspondence from Attorney Roy Leaf with attached Stipulation regarding Motion to Lift Stay; consent to order regarding same. | 375.00 | 0.30 | 112.50 |
|  | PLR | Review Debtors' Monthly Operating Report. | 375.00 | 0.40 | 150.00 |
|  | PLR | Collaborate with Agilis on retention and transition matters. | 375.00 | 1.30 | 487.50 |
| 05/22/2024 | PLR | Receive and review Motion for Relief from Stay by Kelly Banks. | 375.00 | 0.50 | 187.50 |
|  | PLR | Telephone call with Attorney Tom Riley regarding Motion for Relief from Stay. | 375.00 | 0.40 | 150.00 |
| 05/24/2024 | PLR | Legal research regarding continuing entity solely for purposes of administering Plan and related sponsorship and IRS issues. | 375.00 | 3.40 | 1,275.00 |
|  | PLR | Receive and review draft Liquidating Trust Agreement. | 375.00 | 0.90 | 337.50 |
|  | PLR | Conference call with Client regarding draft Liquidating Trust Agreement. | 375.00 | 0.40 | 150.00 |
| 05/27/2024 | PLR | Receive and review e-mail and attached documents regarding proposed sale of joint venture interest in Eastern Iowa Rehabilitation. | 375.00 | 1.30 | 487.50 |
|  | PLR | E-mail correspondence with stakeholders regarding designated representative succession under Liquidation Trust Agreement; concerns regarding proposed sale of joint venture interest in Eastern Iowa Rehabilitation. | 375.00 | 1.40 | 525.00 |
| 05/28/2024 | PLR | Review revised Liquidation Trust Agreement, suggested additional revisions. | 375.00 | 0.40 | 150.00 |
|  | PLR | Telephone call with Marc Ross regarding joint venture interest in Eastern Iowa Rehabilitation. | 375.00 | 1.10 | 412.50 |
| 05/30/2024 | PLR | Receive and review Debtors' Witness and Exhibit Lists for 06/06/24 hearing. | 375.00 | 0.50 | 187.50 |
|  | PLR | E-mail correspondence with Attorney Roy Leaf regarding Lift Stay issue; Debtor determinations regarding same. | 375.00 | 0.60 | 225.00 |
|  | PLR | E-mail correspondence with Attorneys Roy Leaf and Bob Gainer regarding Thompson Trust objection; upcoming hearing. | 375.00 | 0.30 | 112.50 |

|  |  |  | Statement Date: | 08/08/2024 |
|---|---|---|---|---|
|  |  |  | Statement No. | 123472 |
| Mercy Pensioners Committee |  |  | Account No. | 100082.0 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/31/2024 | PLR | Telephone call with Marc Ross and Ferenczy firm regarding Plan post-confirmation. | 375.00 | 1.30 | 487.50 |
|  | PLR | Phone call with Attorney Roy Leaf regarding 06/06/2024 hearing. | 375.00 | 0.50 | 187.50 |
|  |  | For Current Services Rendered |  | 91.30 | 33,720.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paula L Roby | 89.00 | $375.00 | $33,375.00 |
| Julie G. Quist | 2.30 | 150.00 | 345.00 |

| | |
|---|---|
| Total Current Work | 33,720.00 |
| Previous Balance | $108,270.18 |

### Payments

| 06/13/2024 | Wire received for 80% of fees from Statement 123268. Statement amount is $25,852.50, 80% =$20,682.00. | -20,682.00 |
|---|---|---|
|  | Balance Due | $121,308.18 |

**Please make all checks payable to Day Rettig Martin, P.C. Thank you.**

Page    6

Exhibit A, page 6

**Mercy Pensioners Committee**  SUMMARY OF SERVICE BY PROJECT
May 1 -31, 2024

### B. Case Administration

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/02/24 | PLR | 0.4 | 150.00 | Attention to Witness/Exhibit List for upcoming Hearing. |
| 05/02/24 | JGQ | 0.2 | 30.00 | Receive, Review, and Respond to several more Pensioners regarding not having received Chapter 11 |
| 05/05/24 | PLR | 0.7 | 262.50 | Receive and review McDermott Will & Emery's draft Confirmation Order. |
| 05/05/24 | PLR | 0.4 | 150.00 | Begin redlining the draft Confirmation Order. |
| 05/06/24 | PLR | 0.5 | 187.50 | Receive and review Objection to Chapter 11 Plan filed by Mercy Health Network. |
| 05/06/24 | PLR | 0.4 | 150.00 | Receive and review Limited and Protective Objection to Chapter 11 Plan filed by Progressive Rehabilitation Associates, LLC from Mark Melickian. |
| 05/06/24 | JGQ | 0.1 | 15.00 | Set up Zoom meeting for Attorney Paula Roby with Official Committee of Pensioners; take calls from 7 Mercy Pensioners regarding their late ballots. |
| 05/07/24 | JGQ | 0.4 | 60.00 | Take calls from four (4) Mercy Pensioners regarding their late ballots; made list of pensioners who called and provided to Attorney Paula Roby to send to Attorney Roy Leaf. |
| 05/08/24 | PLR | 0.2 | 75.00 | Receive and review ballot tabulation. |
| 05/09/24 | PLR | 0.2 | 75.00 | Receive and review Objection to Exhibits by Mercy Health Network. |
| 05/10/24 | PLR | 0.4 | 150.00 | Receive and review Motion to Sell Beneficial Interest in Thompson Trust. |
| 05/10/24 | PLR | 0.7 | 262.50 | Prepare Official Committee of Pensioners update regarding case status. |
| 05/14/24 | PLR | 0.2 | 75.00 | Receive and review Withdrawal of Limited Objection from Individual Pensioners. |
| 05/14/24 | PLR | 0.6 | 225.00 | Receive and review Debtor's Brief in Support of Confirmation. |
| 05/16/24 | JGQ | 1.0 | 150.00 | Search for Mercy Pension Plan documents in Attorney Paula Roby's e-mail; send pertinent ones to Kenneth Kneubuhler and Harold Israel. |
| 05/21/24 | PLR | 0.4 | 150.00 | Review Debtors' Monthly Operating Report. |
| 05/22/24 | PLR | 0.5 | 187.50 | Receive and review Motion for Relief from Stay by Kelly Banks. |
| | Totals: | 7.3 | 2,355.00 | |

### C. Court Hearings

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/14/24 | JGQ | 0.6 | 90.00 | Create Attorney Paula Roby's court binder for 05/16/24 hearing. |
| 05/16/24 | PLR | 2.6 | 975.00 | Prepare for Plan Confirmation hearing. |
| 05/16/24 | PLR | 3.0 | 1,125.00 | Attend Plan Confirmation hearing. |
| | Totals: | 6.2 | 2,190.00 | |

### G. Meetings and Communications with Professionals

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/01/24 | PLR | 2.1 | 787.50 | Meeting with Marc Ross regarding next steps necessary to proceed with Pension Plan. |
| 05/01/24 | PLR | 1.9 | 712.50 | Receive several telephone calls from individual pensioners regarding ballot and voting; address the same. |
| 05/01/24 | PLR | 0.2 | 75.00 | Receive and review e-mail from Official Committee of Pensioners regarding census. |
| 05/01/24 | PLR | 0.2 | 75.00 | Draft committee update to Pensioners. |
| 05/02/24 | PLR | 0.6 | 225.00 | Review correspondence from Attorneys Harold Israel and Roy Leaf regarding sponsorship issues. |
| 05/03/24 | PLR | 0.3 | 112.50 | Telephone call with Official Committee of Pensioners member regarding additions to the update to all Pensioners. |
| 05/03/24 | PLR | 0.2 | 75.00 | Receive and review additions to the update to all Pensioners. |
| 05/03/24 | PLR | 0.4 | 150.00 | Telephone call with Attorney Roy Leaf regarding Pensioner voting issues. |
| 05/03/24 | PLR | 2.5 | 937.50 | Receive and review messages from several individual Pensioners regarding not having received ballots; return calls to same. |
| 05/03/24 | PLR | 0.4 | 150.00 | Telephone call with Epiq regarding Pensioners who have not received ballots. |
| 05/04/24 | PLR | 0.3 | 112.50 | Attention to additional update to be sent to Pensioners to alleviate confusion. |

Exhibit B page 1

| 05/05/24 | PLR | 0.2 | 75.00 | Telephone call with Attorney Roy Leaf regarding continued Pensioner ballot issues. |
|---|---|---|---|---|
| 05/06/24 | PLR | 0.5 | 187.50 | Phone call with Sam Marks regarding same. |
| 05/06/24 | PLR | 0.4 | 150.00 | Telephone call with Attorney Sam Marks regarding the Limited Objection. |
| 05/06/24 | PLR | 1.0 | 375.00 | Participate in status conference with Unsecured Creditors Committee regarding Plan issues. |
| 05/06/24 | PLR | 0.1 | 37.50 | Telephone call with Attorney Roy Leaf regarding the Limited Objection. |
| 05/07/24 | PLR | 0.3 | 112.50 | Telephone call with Attorney Roy Leaf regarding Pensioners late receipt of ballots. |
| 05/07/24 | PLR | 0.4 | 150.00 | E-mail correspondence regarding remedy for ballots that were received late. |
| 05/07/24 | PLR | 0.3 | 112.50 | Receive, review and respond to e-mails with Official Committee of Pensioners regarding Mercy Guild funds. |
| 05/07/24 | PLR | 0.3 | 112.50 | Telephone call with Attorney Eric Lam regarding Foundation and Mercy Guild Funds. |
| 05/08/24 | PLR | 0.8 | 300.00 | Call with Attorney Roy Leaf, Marc Ross, and Ferenczy firm regarding Pension Plan (0.3); correspondence with Marc Ross regarding same (0.5). |
| 05/08/24 | PLR | 0.6 | 225.00 | Receive, review and respond to e-mail correspondence with stakeholders regarding filed Objections to Chapter 11 Plan. |
| 05/08/24 | PLR | 0.2 | 75.00 | Receive and review e-mail correspondence regarding Stipulated Lift From Stay by Hyundai; Official Committee of Pensioners consent to same. |
| 05/08/24 | PLR | 0.4 | 150.00 | Continue e-mail correspondence with stakeholders regarding revisions to Draft Confirmation Order. |
| 05/08/24 | PLR | 0.8 | 300.00 | Telephone call with Agilis regarding Q1 Performance Report and retention by Official Committee of Pensioners. |
| 05/08/24 | PLR | 0.3 | 112.50 | Telephone call with Marc Ross regarding Agilis retention terms. |
| 05/09/24 | PLR | 0.5 | 187.50 | Call with Marc Ross regarding Plan Confirmation hearing. |
| 05/09/24 | PLR | 1.8 | 675.00 | Meeting with Pensioners Committee and Marc Ross to provide updates, and address questions. |
| 05/09/24 | PLR | 0.3 | 112.50 | E-mail correspondence with Attorneys Sam Marks and Mark Melickian regarding Interested Pensioners Limited Objection. |
| 05/09/24 | PLR | 0.7 | 262.50 | Telephone call with Attorneys Sam Marks and Mark Melickian regarding Limited Objection to Plan and withdrawal of same. |
| 05/09/24 | PLR | 0.2 | 75.00 | Telephone call with Attorney Roy Leaf regarding objection update. |
| 05/09/24 | PLR | 0.2 | 75.00 | Telephone call with Attorney Nathan Coco regarding objection update. |
| 05/09/24 | PLR | 0.3 | 112.50 | E-mail correspondence regarding revision of definition of "Released Parties" in Plan to address objection. |
| 05/10/24 | PLR | 0.5 | 187.50 | Call with Marc Ross and Attorney Sam Marks regarding Pension Administration. |
| 05/12/24 | PLR | 0.2 | 75.00 | E-mail correspondence with Peg Brubaker regarding updated Pensioner list. |
| 05/13/24 | PLR | 0.7 | 262.50 | Telephone call with stakeholders regarding revisions to Plan in advance of Confirmation hearing. |
| 05/14/24 | PLR | 2.7 | 1,012.50 | Call with Sisters of Mercy Counsel and Marc Ross regarding maintaining Debtor (1.6); meeting with Marc Ross regarding same (1.1). |
| 05/14/24 | PLR | 0.6 | 225.00 | E-mail correspondence with Official Committee of Pensioners regarding upcoming hearing. |
| 05/14/24 | PLR | 0.3 | 112.50 | E-mail correspondence with Attorney Harold Israel regarding Pension Plan sponsorship going forward. |
| 05/14/24 | PLR | 0.5 | 187.50 | Telephone call with Attorney Harold Israel regarding Pension Plan sponsorship. |
| 05/14/24 | PLR | 0.7 | 262.50 | Telephone conference with Attorney Harold Israel and Marc Ross regarding sponsorship. |
| 05/14/24 | PLR | 0.4 | 150.00 | E-mail correspondence with stakeholders regarding continued revisions to Plan and Disclosure Statement. |
| 05/14/24 | PLR | 0.1 | 37.50 | E-mail correspondence with Mark Toney regarding withdrawn objection. |
| 05/14/24 | PLR | 0.6 | 225.00 | E-mail correspondence with Attorneys Harold Israel and Roy Leaf regarding Revisions to Plan to reflect sponsorship issues. |
| 05/15/24 | PLR | 1.2 | 450.00 | Meeting with Marc Ross regarding sponsor issues, newly filed pleadings. |
| 05/15/24 | PLR | 0.9 | 337.50 | E-mail correspondence with stakeholders regarding proposed sponsor language; attention to concerns raised by Committee of Unsecured Creditors. |
| 05/15/24 | PLR | 0.3 | 112.50 | Telephone call with Boris Mankovetskiy regarding Committee of Unsecured Creditors' concerns with sponsorship language. |

Exhibit B page 2

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/16/24 | PLR | 2.5 | 937.50 | Meet with Marc Ross after the Plan Confirmation hearing. |
| 05/16/24 | PLR | 0.1 | 37.50 | Telephone call with Attorney Harold Israel regarding sponsorship language; minor changes. |
| 05/17/24 | PLR | 1.6 | 600.00 | Telephone call with Marc Ross and Attorney Adrienne Moore regarding Pension Committee and board of corporation. |
| 05/21/24 | PLR | 0.3 | 112.50 | Receive and review correspondence from Attorney Roy Leaf with attached Stipulation regarding Motion to Lift Stay; consent to order regarding same. |
| 05/22/24 | PLR | 0.4 | 150.00 | Telephone call with Attorney Tom Riley regarding Motion for Relief from Stay. |
| 05/24/24 | PLR | 0.4 | 150.00 | Conference call with Client regarding draft Liquidating Trust Agreement. |
| 05/27/24 | PLR | 1.3 | 487.50 | Receive and review e-mail and attached documents regarding proposed sale of joint venture interest in Eastern Iowa Rehabilitation. |
| 05/27/24 | PLR | 1.4 | 525.00 | E-mail correspondence with stakeholders regarding designated representative succession under Liquidation Trust Agreement; concerns regarding proposed sale of joint venture interest in Eastern Iowa Rehabilitation. |
| 05/28/24 | PLR | 1.1 | 412.50 | Telephone call with Marc Ross regarding joint venture interest in Eastern Iowa Rehabilitation. |
| 05/30/24 | PLR | 0.6 | 225.00 | E-mail correspondence with Attorney Roy Leaf regarding Lift Stay issue; Debtor determinations regarding same. |
| 05/30/24 | PLR | 0.3 | 112.50 | E-mail correspondence with Attorneys Roy Leaf and Bob Gainer regarding Thompson Trust objection; upcoming hearing. |
| 05/31/24 | PLR | 1.3 | 487.50 | Telephone call with Marc Ross and Ferenczy firm regarding Plan post-confirmation. |
| 05/31/24 | PLR | 0.5 | 187.50 | Phone call with Attorney Roy Leaf regarding 06/06/2024 hearing. |
| | Totals: | 41.2 | 15,450.00 | |

H. Pension Analysis

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/02/24 | PLR | 2.3 | 862.50 | Legal research regarding church plan sponsorship issues and continuation of corporation as an option. |
| 05/08/24 | PLR | 0.2 | 75.00 | Receive and review Mercy Pension Q1 Performance report from Marquette Associates, Inc. |
| 05/09/24 | PLR | 0.7 | 262.50 | Review Agilis proposed retention documents. |
| 05/09/24 | PLR | 0.3 | 112.50 | Draft redline of Agilis proposed retention documents. |
| 05/09/24 | PLR | 0.4 | 150.00 | Attention to correspondence regarding Sisters of Mercy. |
| 05/12/24 | PLR | 0.7 | 262.50 | E-mail correspondence regarding Sisters of Mercy plan sponsorship issues going forward. |
| 05/12/24 | PLR | 2.4 | 900.00 | Legal research regarding potential IRS issues due to change of sponsor in church plan. |
| 05/14/24 | PLR | 3 | 1,125.00 | Attention to Plan Sponsor issues. |
| 05/14/24 | PLR | 1.1 | 412.50 | Draft correspondence with attachments to Attorney Harold Israel regarding Mercy Church Plan documents. |
| 05/15/24 | PLR | 0.6 | 225.00 | Receive and review new Marquette month to month investment consultant advisory agreement regarding Pension Plan. |
| 05/15/24 | PLR | 0.5 | 187.50 | Work on sponsorship with IRS issues. |
| 05/15/24 | PLR | 1.3 | 487.50 | Receive and review previous Marquette Agreement; comparison of the two agreements. |
| 05/21/24 | PLR | 1.3 | 487.50 | Collaborate with Agilis on retention and transition matters. |
| 05/24/24 | PLR | 3.4 | 1,275.00 | Legal research regarding continuing entity solely for purposes of administering Plan and related sponsorship and IRS issues. |
| 05/24/24 | PLR | 0.9 | 337.50 | Receive and review draft Liquidating Trust Agreement. |
| 05/28/24 | PLR | 0.4 | 150.00 | Review revised Liquidation Trust Agreement, suggested additional revisions. |
| | Totals: | 19.5 | 7,312.50 | |

I. Plan and Disclosure Statement

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/01/24 | PLR | 0.4 | 150.00 | Attention to Plan language regarding "prosecution of fees"; review Attorney Roy Leaf's e-mail regarding same. |
| 05/05/24 | PLR | 0.5 | 187.50 | Continue attention to Pensioner ballot issues. |

Exhibit B page 3

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/06/24 | PLR | 0.8 | 300.00 | Receive and review several e-mails from individual Pensioners regarding Plan and balloting; respond to same. |
| 05/06/24 | PLR | 1.1 | 412.50 | Attention to remedy for Pensioners who received ballots on voting deadline date; legal research regarding same. |
| 05/07/24 | PLR | 0.8 | 300.00 | Receive and review Committee of Unsecured Creditors' redlines to proposed confirmation order; identify issues regarding same. |
| 05/07/24 | PLR | 0.4 | 150.00 | Legal research regarding Mercy Guild funds. |
| 05/07/24 | PLR | 0.7 | 262.50 | Receive and review latest draft of proposed Confirmation order; commented on same. |
| 05/08/24 | PLR | 0.4 | 150.00 | Receive and review Bondholder revisions to Draft Confirmation Order. |
| 05/13/24 | PLR | 0.6 | 225.00 | Receive and review McDermott Will & Emery's revisions to Combined Plan and Disclosure Statement. |
| 05/14/24 | PLR | 1.4 | 525.00 | Prepare for Plan Confirmation hearing. |
| 05/15/24 | PLR | 0.8 | 300.00 | Continue hearing preparation on Mercy One's objection. |
| 05/15/24 | PLR | 0.5 | 187.50 | Receive and review language from Confirmation Order requested by potential new sponsor. |
| | Totals: | 8.4 | 3,150.00 | |

**J. Review Pleadings**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 05/02/24 | PLR | 2.4 | 900.00 | Receive and review several Witness and Exhibits lists for 05/16/24 Plan Confirmation hearing. |
| 05/06/24 | PLR | 1.1 | 412.50 | Receive and review Objection to Confirmation of Plan Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation. |
| 05/06/24 | PLR | 0.6 | 225.00 | Receive and review Objection to Confirmation of Plan Limited Filed by J. Nicholas Russo, Nancy Russo, Brent Strabala. |
| 05/09/24 | PLR | 0.4 | 150.00 | Receive and review Report on Ballots Filed by Debtor Mercy Hospital, Iowa City, Iowa. |
| 05/14/24 | PLR | 0.7 | 262.50 | Receive and review Modified Chapter 11 Plan of Liquidation. |
| 05/14/24 | PLR | 2.6 | 975.00 | Receive and review Brief - Debtors' (I) Memorandum of Law in Support of Confirmation of Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation and (II) Omnibus Reply to Objections to Confirmation. |
| 05/21/24 | PLR | 0.4 | 150.00 | Receive and review Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2024. |
| 05/30/24 | PLR | 0.5 | 187.50 | Receive and review Debtors' Witness and Exhibit Lists for 06/06/24 hearing. |
| | Totals: | 8.7 | 3,262.50 | |

| | Hrs to Bill | Amount |
|---|---|---|
| All: | 91.3 | 33,720.00 |

| | | |
|---|---|---|
| Fees 80% | 26,976.00 | |
| Expenses | 0.00 | |

| Grand Total: | 26,976.00 |
|---|---|

Exhibit B page 4