**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | Jointly Administered |
| Debtors. | **Objection Deadline: August 22, 2024 at 4:00 p.m. (CT)** |

**NOTICE OF SEVENTH MONTHLY FEE APPLICATION OF DAY RETTIG MARTIN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF PENSIONERS FOR ALLOWANCE OF COMPENSATION AND REMIBUREMENT OF EXPENSES**

PLEASE TAKE NOTICE that on August 8, 2024, the *Seventh Monthly Fee Application of Day Rettig Martin, P.C., as Counsel to the Official Committee of Pensioners, for Allowance of Compensation and Reimbursement of Expenses* (the "Application") was filed with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") **[Doc. #]**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application or the relief requested therein must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Doc. 224] and must be filed with the Court and served so as to be received by the following parties listed in the Interim Compensation Order no later than **August 22, 2024 at 4:00 p.m.** (Central Time).

(a) Mercy Hospital, Iowa City, Iowa, 500 E. Market Street, Iowa City, Iowa 52245, Attn: Mark E. Toney (noticing@mercyic.org);

(b) Counsel to the Debtor, (A) McDermott Will & Emery LLP, 444 W. Lake Street, Suite 4000, Chicago, Illinois 60606, Attn: Felicia Gerber Perlman, (fperlman@mwe.com), Daniel M. Simon (dsimon@mwe.com), and Emily C. Keil (ekeil@mwe.com) and 2501 North Harwood Street, Suite 1900, Dallas, TX 75201, Jack G. Haake (jhaake@mwe.com) and (B) Nyemaster Goode, P.C., 625 First Street SE, Suite 400, Cedar Rapids, IA 52401-2030, Attn: Roy R. Leaf (rleaf@nyemaster.com);

(c) Counsel to the Committee, Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266, Attn: Robert C. Gainer (rgainer@cutlerfirm.com) and Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew H. Sherman (asherman@sillscummis.com) and Boris Mankovetskiy (bmankovetskiy@sillscummis.com);

(d) Counsel for the Pension Committee, Day Rettig Martin, P.C., 150 First Avenue NE, Suite 415, Cedar Rapids, IA 52401 (Attn: Paula L. Roby);

(e) Office of the United States Trustee for the Northern District of Iowa, 111 Seventh Avenue SE, Suite 2800, Cedar Rapids, IA, 52401, Attn: Janet G.L. Reasoner (Janet.G.Reasoner@usdoj.gov); and

(f) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: William Kannel (wkannel@mintz.com), Nathan F. Coco (nfcoco@mintz.com), and Megan Preusker (mpreusker@mintz.com) and Whitfield & Eddy, P.C., 699 Walnut Street, Suite 2000, Des Moines, IA 5030, Attn: Peter J. Chalik (chalik@whitfieldlaw.com).

PLEASE TAKE FURTHER NOTICE that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "Hearing") on the Application will be held at a time and date to be determined before the Honorable Thad J. Collins, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th Ave. SE, Cedar Rapids, IA 52401. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, THE DEBTORS MAY PAY THE FEES SOUGHT IN THE APPLICATION IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER.

Dated: August 8, 2024

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Paula L. Roby
Paula L. Roby AT0006749
Telephone:    (319) 365-0437
FAX:          (319) 365-5866
E-mail:       paula@drpjlaw.com
Attorney for the
Official Committee of Pensioners

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this August 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Lillian M. Strait