**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered<br><br>**Objection Deadline: August 22nd, 2024 at 4:00 pm (CT)** |

**SUMMARY OF EIGHTH AND FINAL FEE APPLICATION OF DAY RETTIG MARTIN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF PENSIONERS FOR ALLOWANCE OF COMPENSATION AND REMIBUREMENT OF EXPENSES FOR THE PERIOD**
**FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**

| | |
|---|---|
| Name of Applicant: | Day Rettig Martin, P.C. |
| Authorized to Provide Professional Services to: | Official Committee of Pensioners |
| Date of Retention: | November 4, 2023 |
| Date of Order Authorizing Retention: | November 13, 2023, Doc. 506 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2024 through June 30, 2024 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $16,932.00 (80% of $21,165.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Application Type: | Monthly |

**SUMMARY OF DAY RETTIG MARTIN, P.C. APPLICATIONS FOR COMPENSATION**

| Application | Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees & Expenses Paid to Date |
|---|---|---|---|---|---|
| First | 04/15/24 | 11/04/23 – 11/30/23 | $20,544.00<br>(80% of 25,680.00) | $0.00 | $20,544.00 |

| | | | | | |
|---|---|---|---|---|---|
| Second | 04/15/24 | 12/01/23 – 12/31/23 | $16,902.00 (80% of 21,127.50) | $70.74 | $16,972.74 |
| Third | 05/28/24 | 01/01/24 – 01/31/24 | $20,682.00 (80% of 25,852.50) | $0.00 | $20,682.00 |
| Fourth | 08/06/24 | 02/01/24 – 02/29/24 | $24,960.00 (80% of 31,200.00) | $36.18 | $0.00 |
| Fifth | 08/06/24 | 03/01/24 – 03/31/24 | $33,636.00 (80% of 42,045.00) | $0.00 | $0.00 |
| Sixth | 08/08/24 | 04/01/24 – 04/30/24 | $14,184.00 (80% of 17,730.00) | $36.18 | $0.00 |
| Seventh | 08/08/24 | 05/01/24 – 05/31/24 | $26,976.00 (80% of 33,720.00) | $0.00 | $0.00 |
| Eighth | 08/08/24 | 06/01/24 – 06/30/24 | $16,932.00 (80% of 21,165.00) | $0.00 | $0.00 |

### SUMMARY OF BILLING BY PROFESSIONALS
### JUNE 1, 2024 – JUNE 30, 2024

| Name of Professional | Position, Department, Year of Bar Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Paula L. Roby | Shareholder, Bankruptcy Bar Admission: 1999 | $375.00 | 57 | $16,920.00 (80% of $21,150.00) |
| Julie G. Quist | Paralegal | $150.00 | .1 | $12.00 (80% of $15.00) |
| TOTALS: | | | 71.4 | $16,932.00 (80% of $21,165.00) |

### COMPENSATION BY PROJECT CATEGORY
### JUNE 1, 2024 – JUNE 30, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| A. Asset Analysis and Recovery | 0.0 | $0.00 |
| B. Case Administration | 12.8 | $4,777.50 |
| C. Court Hearings | 2.5 | $937.50 |
| D. Employment and Fee Applications | 0.00 | $0.00 |
| E. Litigation | 0.0 | $0.00 |
| F. Litigation Planning | 0.0 | $0.00 |

| | | |
|---|---|---|
| G. Meetings and Communications with Professionals | 33.5 | $12,562.50 |
| H. Pension Analysis | 0.00 | $0.00 |
| I. Plan and Disclosures Statement | 0.00 | $0.00 |
| J. Review Pleadings | 7.1 | $2,662.50 |
| K. Other Contested Matters | 0.0 | $0.00 |
| L. Travel (billed at 50%) | 1.2 | $225.00 |
| TOTALS: | 57.1 | $21,165.00 |

**EXPENSE SUMMARY**
**JUNE 1, 2024 – JUNE 30, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | 0.00 | $0.00 |
| TOTALS: | 0.00 | $0.00 |

Day Rettig Martin, P.C. (the "Applicant" or "DRM"), counsel to the Official Committee of Pensioners (the "Pensioners Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby applies (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (Doc. 224) (the "Interim Compensation Order"), for allowance of compensation for services rendered and reimbursement of expenses for the period from **June 1, 2024 through June 31, 2024** (the "Application Period"), and respectfully represents as follows:

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.      Venue of the Chapter 11 Case and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The legal predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and the Interim Compensation Order.

## BACKGROUND

**A. Formation of the Official Committee of Pensioners**

4.      On August 7, 2023, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Iowa (the "Court") commencing these bankruptcy cases.

5.      On September 13, 2023, Paula L. Roby of DRM appeared for a group of Mercy Pensioners (Doc. 212) and on October 4, 2023, for the Mercy Pensioners Ad-Hoc Committee (Doc. 332).

6.      On October 18, 2023, counsel for the Mercy Pensioners Ad-Hoc Committee filed a Motion to Establish an Official Committee of Pensioners Under 11 U.S.C. § 1102 (a)(2) (Doc. 385). A hearing on the Motion was held October 27, 2023, and the Motion was granted November 3, 2023 (Doc. 451). The following day, eight members of the Mercy Pensioners Ad-Hoc Committee were appointed to serve as the Official Committee of Pensioners (the "Pensioners Committee") (Doc. 458).

**B. The Retention of Day Rettig Martin, P.C.**

7.      On November 8, 2023, the Pensioners Committee applied to the Court (Doc. 479) (the "DRM Application") for an order authorizing it to retain and employ DRM as their counsel,

effective as of November 4, 2023. On November 13, 2023, the Court entered an order authorizing such retention (Doc. 506).

## RELIEF REQUESTED

8. All services for which compensation is requested were performed for or on behalf of the Pensioners Committee. During the compensation period, DRM received no payment and no promises of payment from any source other than the Debtors for services to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between DRM and any other person, other than members of DRM for sharing of any compensation to be received for services rendered in the Chapter 11 Case.

9. Pursuant to the Interim Compensation Order and Bankruptcy Code section 331, DRM is seeking compensation in the amount of $16,932.00, which is equal to eighty percent (80%) of the $21,165.00 in fees for professional services rendered by DRM during the Application Period. This amount is derived solely from the applicable hourly billing rates of DRM's personnel who rendered services to the Debtors. In addition, DRM incurred $0.00 in out-of-pocket expenses during the Application Period.

**A. Compensation Requested**

10. Attached hereto as **Exhibit A** is a detailed itemization, by project category, of all services performed by DRM with respect to the Chapter 11 Case during the Application Period. This detailed itemization complies with the Interim Compensation Order and the Bankruptcy Code in that each time entry contains a separate time allotment, a description of the type of activity, and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

11. The attorney(s) and paraprofessional(s) who rendered services related to each project category are identified in **Exhibit A**, along with the number of hours for each individual and the total compensation sought for each category.

**B. Expense Reimbursement**

12. DRM incurred out-of-pocket expenses during the Application Period in the amount of $0.00. Descriptions of the expenses actually occurred are identified in **Exhibit A** in relation to each project category. The expenses are broken down into categories of charges.

13. DRM provided a wide array of legal services to the Pensioners Committee. The services rendered by DRM are separated by project category and are more fully described in the Summary of Services by Project spreadsheet attached to this Application as **Exhibit B.**

## CONCLUSION

14. DRM believes that the time entries, rates, and expenses included in **Exhibit A** are reasonable, customary, and in compliance with the requirements of the Bankruptcy Code and the Interim Compensation Order.

15. DRM reserves the right to correct, amend, or supplement this Application, including, without limitation, to seek payment in the event this Application is not approved in full.

**WHEREFORE**, DRM respectfully requests that the Court enter an order: (i) awarding DRM allowance of (a) eighty percent (80%) of the fees for the Application Period in the amount of $16,932.00; and (b) the reimbursement of one-hundred percent (100%) of the actual and necessary expenses DRM incurred during the Application Period in the amount of $0.00; (ii) authorizing and directing the Debtors to pay DRM $16,932.00, representing the total amount owed for the Application Period; and (iii) granting such other relief as is just and proper.

Dated: August 8, 2024

                                      Respectfully submitted,
                                      DAY RETTIG MARTIN, P.C.

                                      /s/ Paula L. Roby
                                      Paula L. Roby  AT0006749
                                      Telephone:    (319) 365-0437
                                      FAX:           (319) 365-5866
                                      E-mail:         paula@drpjlaw.com
                                      Attorney for the
                                      Official Committee of Pensioners

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this August 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                      /s/ Lillian M. Strait

## Day Rettig Martin, P.C.

*150 1st Avenue NE Suite 415*
*P. O. Box 2877*
*Cedar Rapids IA 52406-2877*

Phone: 319-365-0437 Fax: 319-365-5866

Mercy Pensioners Committee

Statement Date: August 8, 2024
Statement No.: 123473
Account No.: 100082.01
Page: 1

### Fees

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/2024 | PLR | Telephone call with Attorney Roy Leaf regarding Thompson Trust Sale Motion and Objection thereto. | 375.00 | 0.30 | 112.50 |
| | PLR | Receive and review Reply Brief regarding Objection to Motion to Sell. | 375.00 | 0.60 | 225.00 |
| | PLR | Meeting with Ryan McGlothlin regarding Agilis and Pension catch up. | 375.00 | 1.00 | 375.00 |
| 06/05/2024 | PLR | E-mail communication with Agilis regarding Confirmation, sponsorship documents requested, and transition. | 375.00 | 1.20 | 450.00 |
| | PLR | Work on sponsorship issues raised by Agilis. | 375.00 | 1.60 | 600.00 |
| | PLR | E-mail correspondence with Pensioners Committee regarding Agilis meeting. | 375.00 | 0.30 | 112.50 |
| | PLR | Participate in Hearing on Motion to Sell. | 375.00 | 0.30 | 112.50 |
| | PLR | Work on Term Sheet. | 375.00 | 0.80 | 300.00 |
| 06/06/2024 | PLR | Receive and review Proceeding Memo and Order regarding Motion to Sell. | 375.00 | 0.10 | 37.50 |
| | PLR | Prepare update to Pensioners Committee. | 375.00 | 0.60 | 225.00 |
| | PLR | Telephone call with Agilis regarding Marquette, Principal. | 375.00 | 0.50 | 187.50 |
| 06/07/2024 | PLR | Review Action Items List regarding future sponsorship. | 375.00 | 0.30 | 112.50 |
| | PLR | E-mail correspondence with Attorney Roy Leaf regarding Pension Items due prior to Effective Date. | 375.00 | 0.20 | 75.00 |
| | PLR | Telephone call with Agilis regarding Pension Items due prior to Effective Date and facilitating transition. | 375.00 | 0.90 | 337.50 |
| | PLR | Several telephone calls with Principal regarding Pension and transition issues. | 375.00 | 1.70 | 637.50 |
| | PLR | Meeting with Andrew Lape regarding Agilis and Pension administration. | 375.00 | 1.00 | 375.00 |
| | PLR | Receive and Review Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation. | 375.00 | 1.50 | 562.50 |
| | PLR | Receive and Review Memorandum Opinion and Order Overruling MercyOne's Objection to Debtors' Plan Confirmation. | 375.00 | 0.80 | 300.00 |

Exhibit A, page 1

|  |  |  | Statement Date: | 08/08/2024 |
|--|--|--|--|--|
|  |  |  | Statement No. | 123473 |
| Mercy Pensioners Committee |  |  | Account No. | 100082.0 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/10/2024 | PLR | Post-Confirmation telephone call with Agilis regarding transitions and executing Agreements. | 375.00 | 1.30 | 487.50 |
|  | PLR | Review Agreement regarding Agilis Services. | 375.00 | 1.20 | 450.00 |
|  | PLR | Receive and review e-mails from Principal regarding documents needed to begin transition. | 375.00 | 0.40 | 150.00 |
|  | PLR | Work on Board issues for continuing Debtor entity. | 375.00 | 1.40 | 525.00 |
|  | PLR | Gather requested documents. | 375.00 | 1.60 | 600.00 |
|  | PLR | Meeting with Ryan McGlothlin regarding Agilis and Pension administration. | 375.00 | 1.00 | 375.00 |
|  | PLR | Telephone call with Marc Ross regarding same. | 375.00 | 1.60 | 600.00 |
| 06/11/2024 | PLR | Review substantial paperwork from Principal regarding Pension Accounts, forms needed for Effective Date transition, additional items requested. | 375.00 | 2.20 | 825.00 |
|  | PLR | Participate in follow-up meeting with Agilis. | 375.00 | 0.80 | 300.00 |
|  | PLR | Receive and review Transfer of Claim Agreement. | 375.00 | 0.20 | 75.00 |
|  | PLR | Receive and review Minutes of Committee and Agilis meeting. | 375.00 | 0.30 | 112.50 |
|  | PLR | Correspondence with Pensioners Committee regarding next steps. | 375.00 | 0.40 | 150.00 |
| 06/12/2024 | PLR | Work on continuing entity implementation issues. | 375.00 | 2.40 | 900.00 |
|  | PLR | Receive and review Order on Motion to Assume / Assign. | 375.00 | 0.20 | 75.00 |
|  | PLR | E-mail correspondence regarding Marquette transition open items. | 375.00 | 0.50 | 187.50 |
|  | PLR | E-mail correspondence with Attorney H. Israel regarding Term Sheet. | 375.00 | 0.30 | 112.50 |
|  | PLR | Travel to Cedar Rapids from Iowa City. | 187.50 | 0.60 | 112.50 |
|  | PLR | Travel to Iowa City to meet with Committee, Marc Ross and potential Future Plan Administrator. | 187.50 | 0.60 | 112.50 |
|  | PLR | Meetings in Iowa City with regarding Mercy Liquidating Trust. | 375.00 | 6.00 | 2,250.00 |
| 06/13/2024 | PLR | Prepare update to Pensioners Committee regarding sponsorship, steps to Effective Date. | 375.00 | 0.50 | 187.50 |
|  | PLR | Receive and review Pensioners Committee's update to individual Pensioners. | 375.00 | 0.30 | 112.50 |
| 06/14/2024 | PLR | Telephone call with Marc Ross regarding Agilis status. | 375.00 | 0.50 | 187.50 |
| 06/17/2024 | JGQ | Schedule a Zoom meeting with Pensioners Committee. | 150.00 | 0.10 | 15.00 |
|  | PLR | E-mail correspondence with Pensioners Committee regarding Agilis Agreement, transition timeline. | 375.00 | 0.70 | 262.50 |
|  | PLR | Participate in Zoom conference regarding Agilis Agreement and transition timeline. | 375.00 | 1.20 | 450.00 |
|  | PLR | Receive and Review Notice of Appeal and Statement of Election to BAP. Appellant: Mercy Health Network, Inc., d/b/a MercyOne. | 375.00 | 0.50 | 187.50 |
|  | PLR | Receive and Review Motion to Stay Pending Appeal re: Order Confirming Chapter 11 Plan. | 375.00 | 0.90 | 337.50 |
|  | PLR | Meeting with Pensioners Committee and Marc Ross. | 375.00 | 1.50 | 562.50 |
| 06/18/2024 | PLR | Participate in Stakeholders phone call regarding Appeal issues post-confirmation. | 375.00 | 1.10 | 412.50 |

Statement Date:  08/08/2024
Statement No.    123473
Account No.      100082.0

Mercy Pensioners Committee

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | PLR | Attention to Stay Pending Appeal issues. | 375.00 | 0.50 | 187.50 |
|  | PLR | Meeting with Ryan McGlothlin regarding Agilis and Mercy contracts. | 375.00 | 0.50 | 187.50 |
| 06/19/2024 | PLR | Participate in Zoom conference with Pensioners Committee. | 375.00 | 1.20 | 450.00 |
|  | PLR | Meeting with Marc Ross regarding Pension Plan transition to Agilis. | 375.00 | 1.00 | 375.00 |
| 06/20/2024 | PLR | Telephone call with Stakeholders regarding Effective Date, open items, and Appellate issues. | 375.00 | 1.00 | 375.00 |
|  | PLR | Meeting with Attorney Marc Ross regarding steps for Effective Date. | 375.00 | 0.50 | 187.50 |
|  | PLR | Receive and Review Joint Objection to Motion To Stay Pending Appeal and Reservation of Rights. | 375.00 | 0.50 | 187.50 |
|  | PLR | Telephone call with Marc Ross regarding effective date issues. | 375.00 | 0.90 | 337.50 |
| 06/21/2024 | PLR | Participate in Hearing on Motion to Sell. | 375.00 | 1.20 | 450.00 |
|  | PLR | Participate in telephonic hearing on Motion to Stay Pending Appeal. | 375.00 | 1.00 | 375.00 |
|  | PLR | Receive and Review Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2024. | 375.00 | 0.60 | 225.00 |
|  | PLR | Receive and Review Proceeding Memo and Order Re: Motion to Stay Pending Appeal. | 375.00 | 0.20 | 75.00 |
| 06/24/2024 | PLR | Participate in Stakeholders phone call regarding Effective Date filing and open items. | 375.00 | 1.20 | 450.00 |
|  | PLR | Telephone call regarding Pension open items with Stakeholders, Financial Advisors, and other Representatives involved. | 375.00 | 1.30 | 487.50 |
|  | PLR | Meeting with Barbara Warner for Principal discussion on Pension issues. | 375.00 | 1.00 | 375.00 |
|  | PLR | Telephone call with Marc Ross regarding transition | 375.00 | 0.50 | 187.50 |
|  |  | For Current Services Rendered |  | 57.10 | 21,165.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paula L Roby | 1.20 | $187.50 | $225.00 |
| Paula L Roby | 55.80 | 375.00 | 20,925.00 |
| Julie G. Quist | 0.10 | 150.00 | 15.00 |

Total Current Work                                                                 21,165.00

Previous Balance                                                                   $108,270.18

Payments

| 06/13/2024 | Wire received for 80% of fees from Statement 123268. Statement amount is $25,852.50, 80% =$20,682.00. | -20,682.00 |

Balance Due                                                                        $108,753.18

Page   3

Exhibit A, page 3

|                  |            |
|------------------|------------|
| Statement Date:  | 08/08/2024 |
| Statement No.    | 123473     |
| Account No.      | 100082.0   |

Mercy Pensioners Committee

**Please make all checks payable to Day Rettig Martin, P.C. Thank you.**

**Mercy Pensioners Committee**  SUMMARY OF SERVICE BY PROJECT
June 6 -31, 2024

**B. Case Administration**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 06/05/24 | PLR | 1.6 | 600.00 | Work on sponsorship issues raised by Agilis. |
| 06/05/24 | PLR | 0.8 | 300.00 | Work on Term Sheet. |
| 06/06/24 | PLR | 0.6 | 225.00 | Prepare update to Pensioners Committee. |
| 06/07/24 | PLR | 0.3 | 112.50 | Review Action Items List regarding future sponsorship. |
| 06/10/24 | PLR | 1.4 | 525.00 | Work on Board issues for continuing Debtor entity. |
| 06/10/24 | PLR | 1.6 | 600.00 | Gather requested documents. |
| 06/11/24 | PLR | 2.2 | 825.00 | Review substantial paperwork from Principal regarding Pension Accounts, forms needed for Effective Date transition, additional items requested. |
| 06/11/24 | PLR | 0.2 | 75.00 | Receive and review Transfer of Claim Agreement. |
| 06/11/24 | PLR | 0.3 | 112.50 | Receive and review Minutes of Committee and Agilis meeting. |
| 06/12/24 | PLR | 2.4 | 900.00 | Work on continuing entity implementation issues. |
| 06/13/24 | PLR | 0.5 | 187.50 | Prepare update to Pensioners Committee regarding sponsorship, steps to Effective Date. |
| 06/13/24 | PLR | 0.3 | 112.50 | Receive and review Pensioners Committee's update to individual Pensioners. |
| 06/17/24 | JGQ | 0.1 | 15.00 | Schedule a Zoom meeting with Pensioners Committee. |
| 06/18/24 | PLR | 0.5 | 187.50 | Attention to Stay Pending Appeal Issues. |
|  | Totals: | 12.8 | 4,777.50 |  |

**C. Court Hearings**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 06/05/24 | PLR | 0.3 | 112.50 | Participate in Hearing on Motion to Sell. |
| 06/21/24 | PLR | 1.0 | 375.00 | Participate in telephonic hearing on Motion to Stay Pending Appeal. |
| 06/21/24 | PLR | 1.2 | 450.00 | Participate in Hearing on Motion to Sell. |
|  | Totals: | 2.5 | 937.50 |  |

**G. Meetings and Communications with Professionals**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 06/04/24 | PLR | 1.0 | 375.00 | Meeting with Ryan McGlothlin regarding Agilis and Pension catch up. |
| 06/04/24 | PLR | 0.3 | 112.50 | Telephone call with Attorney Roy Leaf regarding Thompson Trust Sale Motion and Objection thereto. |
| 06/05/24 | PLR | 1.2 | 450.00 | E-mail communication with Agilis regarding Confirmation, sponsorship documents requested, and transition. |
| 06/05/24 | PLR | 0.3 | 112.50 | E-mail correspondence with Pensioners Committee regarding Agilis meeting. |
| 06/06/24 | PLR | 0.5 | 187.50 | Telephone call with Agilis regarding Marquette, Principal. |
| 06/07/24 | PLR | 1.0 | 375.00 | Meeting with Andrew Lape regarding Agilis and Pension administration. |
| 06/07/24 | PLR | 0.2 | 75.00 | E-mail correspondence with Attorney Roy Leaf regarding Pension Items due prior to Effective Date. |
| 06/07/24 | PLR | 0.9 | 337.50 | Telephone call with Agilis regarding Pension Items due prior to Effective Date and facilitating transition. |
| 06/07/24 | PLR | 1.7 | 637.50 | Several telephone calls with Principal regarding Pension and transition issues. |
| 06/10/24 | PLR | 1.0 | 375.00 | Meeting with Ryan McGlothlin regarding Agilis and Pension administration. |
| 06/10/24 | PLR | 1.3 | 487.50 | Post-Confirmation telephone call with Agilis regarding transitions and executing Agreements. |
| 06/10/24 | PLR | 0.4 | 150.00 | Receive and review e-mails from Principal regarding documents needed to begin transition. |
| 06/11/24 | PLR | 0.8 | 300.00 | Participate in follow-up meeting with Agilis. |
| 06/11/24 | PLR | 0.4 | 150.00 | Correspondence with Pensioners Committee regarding next steps. |
| 06/11/24 | PLR | 1.6 | 600.00 | Telephone call with Marc Ross Regarding same. |
| 06/12/24 | PLR | 6.0 | 2,250.00 | Meetings in Iowa City with regarding Mercy Liquidating Trust. |
| 06/12/24 | PLR | 0.5 | 187.50 | E-mail correspondence regarding Marquette transition open items. |
| 06/12/24 | PLR | 0.3 | 112.50 | E-mail correspondence with Attorney H. Israel regarding Term Sheet. |
| 06/14/24 | PLR | 0.5 | 187.50 | Telephone call with Marc Ross Regarding Agilis status. |
| 06/17/24 | PLR | 1.5 | 562.50 | Meeting with Pensioners Committee and Marc Ross. |

Exhibit B, page 1

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 06/17/24 | PLR | 0.7 | 262.50 | E-mail correspondence with Pensioners Committee regarding Agilis Agreement, transition timeline. |
| 06/17/24 | PLR | 1.2 | 450.00 | Participate in Zoom conference regarding Agilis Agreement and transition timeline. |
| 06/18/24 | PLR | 0.5 | 187.50 | Meeting with Ryan McGlothlin regarding Agilis and Mercy contracts. |
| 06/18/24 | PLR | 1.1 | 412.50 | Participate in Stakeholders phone call regarding Appeal issues post-confirmation. |
| 06/19/24 | PLR | 1.0 | 375.00 | Meeting with Marc Ross regarding Pension Plan transition to Agilis. |
| 06/19/24 | PLR | 1.2 | 450.00 | Participate in Zoom conference with Pensioners Committee. |
| 06/20/24 | PLR | 0.5 | 187.50 | Meeting with Attorney Marc Ross regarding steps for Effective Date. |
| 06/20/24 | PLR | 1.0 | 375.00 | Telephone call with Stakeholders regarding Effective Date, open items, and Appellate issues. |
| 06/20/24 | PLR | 0.9 | 337.50 | Telephone call with Marc Ross regaridng Effective date issues. |
| 06/24/24 | PLR | 1.0 | 375.00 | Meeting with Barbara Warner for Principal discussion on Pension issues. |
| 06/24/24 | PLR | 1.2 | 450.00 | Participate in Stakeholders phone call regarding Effective Date filing and open items. |
| 06/24/24 | PLR | 0.5 | 187.50 | Telephone call with Marc Ross regarding transition. |
| 06/24/24 | PLR | 1.3 | 487.50 | Telephone call regarding Pension open items with Stakeholders, Financial Advisors, and other Representatives involved. |
| | Totals: | 33.5 | 12,562.50 | |

**J. Review Pleadings**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 06/04/24 | PLR | 0.6 | 225.00 | Receive and review Reply Brief regarding Objection to Motion to Sell. |
| 06/06/24 | PLR | 0.1 | 37.50 | Receive and review Proceeding Memo and Order regarding Motion to Sell. |
| 06/07/24 | PLR | 1.5 | 562.50 | Receive and Review Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation. |
| 06/07/24 | PLR | 0.8 | 300.00 | Receive and Review Memorandum Opinion and Order Overruling MercyOne's Objection to Debtors' Plan Confirmation. |
| 06/10/24 | PLR | 1.2 | 450.00 | Review Agreement regarding Agilis Services. |
| 06/12/24 | PLR | 0.2 | 75.00 | Receive and review Order on Motion to Assume / Assign. |
| 06/17/24 | PLR | 0.5 | 187.50 | Receive and Review Notice of Appeal and Statement of Election to BAP. Appellant: Mercy Health Network, Inc., d/b/a MercyOne. |
| 06/17/24 | PLR | 0.9 | 337.50 | Receive and Review Motion to Stay Pending Appeal re: Order Confirming Chapter 11 Plan. |
| 06/20/24 | PLR | 0.5 | 187.50 | Receive and Review Joint Objection to Motion To Stay Pending Appeal and Reservation of Rights. |
| 06/21/24 | PLR | 0.6 | 225.00 | Receive and Review Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2024. |
| 06/21/24 | PLR | 0.2 | 75.00 | Receive and Review Proceeding Memo and Order Re: Motion to Stay Pending Appeal. |
| | Totals: | 7.1 | 2,662.50 | |

**L. Travel ( billed at 50%)**

| Date | Tmkpr | Time | Amount | Description |
|---|---|---|---|---|
| 06/12/24 | PLR | 0.6 | 112.50 | Travel to Iowa City to meet with Committee, Marc Ross and potential Future Plan Administrator. (Half rate) |
| 06/12/24 | PLR | 0.6 | 112.50 | Travel to Cedar Rapids from Iowa City. (Half rate) |
| | Totals: | 1.2 | 225.00 | |

| | | Hrs to Bill | Amount | |
|---|---|---|---|---|
| | All: | 57.1 | 21,165.00 | |
| | | Fees 80% | 16,932.00 | |
| | | Expenses | 0.00 | |
| | Grand Total: | | 16,932.00 | |

Exhibit B, page 2