IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: 08/22/2024** |

**NOTICE OF CONSOLIDATED SECOND MONTHLY AND FINAL FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR TO THE DEBTOR-IN-POSSESSION FOR ALLOWANCE OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 7, 2023 THROUGH JUNE 23, 2024**

**PLEASE TAKE NOTICE** that, on August 8, 2024, the *Consolidated Second Monthly and Final Fee Application of Epiq Corporate Restructuring, LLC as Administrative Advisor to the Debtor-In-Possession for Allowance of All Actual and Necessary Expenses Incurred for the Period from August 7, 2023 through June 23, 2024* (the "Application") was filed with the United States Bankruptcy Court for the Northern District of Iowa (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application or the relief requested therein must be made in accordance with paragraph 24 of the *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation* [Docket No. 1114] (the "Confirmation Order") and must be filed with the Court and served so as to be received by the following parties listed in the Interim Compensation Order no later than **August 22, 2024:**

(a) Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York, NY 10017 Attn: Katie Mailloux, Esq. (kmailloux@epiqglobal.com);

(b) Counsel to the Liquidation Trustee, Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266, Attn: Robert C. Gainer (rgainer@cutlerfirm.com) and Sills Cummis & Gross P.C., The Legal Center, One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew H. Sherman (asherman@sillscummis.com) and Boris Mankovetskiy (bmankovetskiy@sillscummis.com); and

 (c) Office of the United States Trustee for the Northern District of Iowa, 111 Seventh Avenue SE, Suite 2800, Cedar Rapids, IA, 52401, Attn: Janet G.L. Reasoner (Janet.G.Reasoner@usdoj.gov)

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, a hearing (the "Hearing") on the Application will be held at a time and date to be determined before the Honorable Thad J. Collins, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of Iowa, 111 7th Ave. SE, Cedar Rapids, IA 52401. Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE CONFIRMATION ORDER, THE COURT MAY ALLOW FULL PAYMENT SOUGHT IN THE APPLICATION WITHOUT A HEARING.**

*[Remainder of Page Intentionally Left Blank]*

Case 23-00623   Doc 1221   Filed 08/08/24   Entered 08/08/24 15:17:30   Desc Main
Document      Page 3 of 4


Dated: August 8, 2024　　　　　　　　　**NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:　(319) 286-7002
Facsimile:　(319) 286-7050
Email:　　　rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Dana Hempy, AT0014934
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email:　　　kmstanger@nyemaster.com
　　　　　　dhempy@nyemaster.com

-and -

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:　(312) 372-2000
Facsimile:　(312) 984-7700
Email:　　　fperlman@mwe.com
　　　　　　dsimon@mwe.com
　　　　　　ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:　(214) 295-8000
Facsimile:　(972) 232-3098
Email:　　　jhaake@mwe.com
*Counsel for Debtors and Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this August 8, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*