IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

 COMES NOW Samuel J. Gray of Simmons Perrine Moyer Bergman PLC and hereby appears for Liquidation Trustee Dan R. Childers.

     */s/ Samuel J. Gray*
     Samuel J. Gray, AT0015718
     SIMMONS PERRINE MOYER BERGMAN PLC
     115 Third Street SE, Suite 1200
     Cedar Rapids, IA 52401
     Tel: 319-366-7641; Fax: 319-366-1917
     sgray@spmblaw.com

     ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

 The undersigned certifies, under penalty of perjury, that on this 14th day of August, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

     */s/ Jill Cesek*