IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

COMES NOW Eric W. Lam of Simmons Perrine Moyer Bergman PLC and hereby appears for Liquidation Trustee Dan R. Childers.

　　　　　　　　　　　　　　　　　*/s/ Eric W. Lam*
　　　　　　　　　　　　　　　　Eric W. Lam, AT0004416
　　　　　　　　　　　　　　　　SIMMONS PERRINE MOYER BERGMAN PLC
　　　　　　　　　　　　　　　　115 Third Street SE, Suite 1200
　　　　　　　　　　　　　　　　Cedar Rapids, IA 52401
　　　　　　　　　　　　　　　　Tel: 319-366-7641; Fax: 319-366-1917
　　　　　　　　　　　　　　　　elam@simmonsperrine.com

　　　　　　　　　　　　　　　　ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 14th day of August, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

　　　　　　　　　　　　　　　　　*/s/ Kelly Carmichael*