IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

  COMES NOW Christopher K. Loftus of Simmons Perrine Moyer Bergman PLC and hereby appears for Liquidation Trustee Dan R. Childers.

           */s/ Christopher K. Loftus*
           Christopher K. Loftus, AT0008901
           SIMMONS PERRINE MOYER BERGMAN PLC
           1150 Fifth St., Suite 170
           Coralville, IA 52241
           Tel: 319-354-1019; Fax: 319-354-1760
           cloftus@spmblaw.com

           ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

  The undersigned certifies, under penalty of perjury, that on this 14th day of August, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

           */s/ Kelly Carmichael*