## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | |
| IOWA CITY, IOWA, *et al.,* | ) | Case No.  23-00623C |
| | ) | |
| Debtors. | ) | Jointly Administered |

_____

### AGREED ORDER ON THE EIGHTH APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SILLS CUMMIS & GROSS P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### PROCEDURAL BACKGROUND

1.   On August 7, 2023, Mercy Iowa City ACO, LLC, Mercy Hospital, Iowa City, Iowa, and Mercy Services Iowa City, Inc., (hereinafter "Mercy" or "Debtors") filed three individual chapter 11 bankruptcy petitions that are being Jointly Administered under case number 23-00623.

2.   On August 15, 2023 the U.S. Trustee formed the Unsecured Creditors' Committee (doc. 107).

3.   The Unsecured Creditors' Committee retained Sills Cummis & Gross P.C. as Co-Counsel ("Sills"). On October 12, 2023, the Court entered an Order allowing retention of Sills effective August 18, 2023 (doc 355).

4.   An Order Establishing Procedures for Interim Compensation and Expenses of Professionals was entered on September 14, 2023 (doc 224).

5.   On July 30, 2024 Sills filed its Eighth Application for Compensation and Expenses for the period of March 1, 2024 through March 31, 2024 seeking allowance of $144,126.00 (80% of $180,157.50) in fees, plus $5,459.76 for expenses.  The bar date for objections is August 13, 2024 (doc. 1190).

6.    The parties have engaged in good-faith discussions to resolve the issues raised by the UST, and have agreed to this Order in lieu of filing Objections and setting the matter for hearing. Sills has agreed to reduce their overall fee request by $7,500.00.

### IT IS ORDERED THAT:

7.    The Eighth Application for Compensation and Expenses (Doc. 1189) for the period of March 1, 2024 through March 31, 2024 is approved in the amount of $172,657.50 in fees and $5,459.76 in expenses and Sills is authorized to be paid $138,126.00 (80% of $172,657.50) in fees, plus $5,459.76 for expenses.

Ordered: August 14, 2024

_____
United States Bankruptcy Judge