**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) ) ) | Jointly Administered  **Obj. Deadline: 08/22/2024** |

**NOTICE OF FILING OF SUPPORT DOCUMENT AND REVISED PROPOSED ORDER REGARDING DEBTORS' MOTION TO SELL INTEREST IN THE THOMPSON TRUST PENDING AS DOCKET NUMBER 1043**

     **PLEASE TAKE NOTICE** that, following and consistent with the Court's hearing on July 29, 2024, the Debtors' former counsel at the direction of the Liquidating Trustee submit the attached consensually revised **Exhibit H** and **Proposed Order** in supplement to the Debtors' *Motion for Entry of Proposed Findings of Fact and Conclusions of Law (I) Approving the Sale of the Debtors' Beneficial Interest in the Thompson Trust Free and Clear of Liens, Claims, Interest, and Encumbrances, and (II) Modifying Terms of the Thompson Trust; and (III) Granting Related Relief* which is pending as Docket Number 1043.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 15, 2024               **NYEMASTER GOODE, P.C.**

*/s/ Roy Leaf*
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    (319) 286-7002
Facsimile:    (319) 286-7050
Email:        rleaf@nyemaster.com

- and -

Kristina M. Stanger, AT0000255
Dana Hempy, AT0014934
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-8045
Email:        kmstanger@nyemaster.com
              dhempy@nyemaster.com

*Counsel for Debtors and Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this August 15, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Kristina M. Stanger*