# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 1230 & 1232** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2024, I caused to be served the:

   a. "Motion to Extend Deadline to Object," filed on August 14, 2024 [Docket No. 1230], (the "Extend Motion"), and

   b. "Notice Setting Telephonic Hearing on Motion to Extend Deadline to Object (Doc. 1230)," dated August 14, 2024 [Docket No. 1232], (the "Hearing Notice"),

by causing true and correct copies of the:

   i. Extend Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. Extend Motion and Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and 50 parties whose names and addresses are confidential and therefore not included,

   iii. Extend Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

    iv. Extend Motion and Hearing Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and to 45 individuals listed on the Client Matrix whose names and addresses are confidential or otherwise include persons listed on the Confidentiality List[2] and therefore not reflected.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[2] Order (I)(A) Establishing Certain Notice and Case Management Procedures and (B) Limiting Certain Notice Requirements in the Chapter 11 Cases; (II) Implementing Patient Confidentiality Procedures; (III) Approving the Form and Manner of Notice of the Commencement of the Chapter 11 Cases; and (IV) Granting Related Relief (Docket 49).

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALLSCRIPTS HEALTHCARE LLC | 305 CHURCH AT NORTH HILLS STREET STE 100 ATTN: DOUGLAS GENTILE CHIEF MEDICAL OFFICER RALEIGH NC 27609 |
| BARTON ASSOCIATES INC. | 300 JUBILEE DRIVE PEABODY MA 01960 |
| DEPUY SYNTHES JOINT RECON INC | 1302 WRIGHTS LANE EAST WEST CHESTER PA 19380 |
| IDEACOM | 30 W WATER STREET ATTN: JOHN ANDERSON-PRESIDENT ST PAUL MN 55107 |
| IOWA DEPT OF HEALTH AND HUMAN SERVICES | BUREAU OF COLLECTIONS ATTN BANKRUPTCY 1305 E WALNUT ST DES MOINES IA 50319 |
| IOWA HEART CENTER | 5880 UNIVERSITY AVENUE ATTN: ROB GAVORA DIVISION VP,CHIEF ADMIN OFFICER WEST DES MOINES IA 50266 |
| IOWA HOSPITAL ASSOCIATION | 100 EAST GRAND ATTN: CHRIS MITCHELL, RANDALL RUBIN DES MOINES IA 50309 |
| J&K PMS INC | 6737 BRENTWOOD STAIR RD - STE 100 ATTN: WARREN KATZ, PRESIDENT FORT WORTH TX 76112 |
| J&K PMS INC | ATTN: KELLY MITCHEK, VICE PRESIDENT 6737 BRENTWOOD STAIR ROAD, STE 220 FORT WORTH TX 76112 |
| MEDEFIS CONSOLIDATED | 2121 N 117TH AVE - STE 200 ERIC CHRISTENSON OMAHA NE 68164 |
| MEDIFIS | ATTN: JACKIE DUMBROWSKI, CORPORATE COUNSEL 2999 OLYMPUS BLVD DALLAS TX 75019 |
| OFFICE OF THE ATTORNEY GENERAL OF IOWA | ATTN: BRENNA BIRD HOOVER BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| OLYMPUS AMERICA INC. | 3500 CORPORATE PARKWAY PO BOX 610 ATTN: STEFAN KAUFMANN, JEREMY PITZ CENTER VALLEY PA 18034-0610 |
| QUEST DIAGNOSTICS | 500 PLAZA DRIVE ATTN: JAMES E. DAVIS, CEO SEACAUCUS NJ 07094 |
| SMITH AND NEPHEW INC. | 7135 GOODLETT FARMS PARKWAY ATTN: ADRIANA DAVIES, VICE PRESIDENT CORDOVA TN 38016 |
| WISCONSIN PHYSICIANS SERVICE INSURANCE CORP | 1717 W. BROADWAY PO BOX 1787 MADISON WI 53701-1787 |
| WRIGHT MEDICAL TECHNOLOGY INC. | 1023 CHERRY ROAD ATTN: ROBERT PALMISANO MEMPHIS TN 38117 |

**Total Creditor count  17**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 3M HEALTH INFORMATION SYSTEMS INC | C/O GREENBERG TRAURIG LLP ATTN ALISON ELKO FRANKLIN 3333 PIEDMONT RD NE, STE 2500 ATLANTA GA 30305 |
| 3M HEALTH INFORMATION SYSTEMS INC | ATTN JOHN MATHISON 575 MURRAY BLVD MURRAY UT 84123 |
| AAA MECHANICAL CONTRACTORS INC | C/O MEARDON SUEPPEL & DOWNER PLC PMB 407 308 E BURLINGTON ST IOWA CITY IA 52240-1602 |
| AAA MECHANICAL CONTRACTORS INC | 2755 STONER CT NORTH LIBERTY IA 52317 |
| ABBOTT RAPID DX NORTH AMERICA LLC | C/O KOHNER MANN & KAILAS SC 4650 N PORT WASHINGTON RD MILWAUKEE WI 53212 |
| ACESTACK LLC | 207 PARK LN, APT #2 HAMILTON TOWNSHIP NJ 08609 |
| AHS STAFFING LLC | ATTN KIP REISWIG, SR IN-HOUSE COUNSEL 3501 WILLOW RD EDMOND OK 73034 |
| AHS STAFFING LLC | C/O LYSBETH L GEORGE 8101 S WALKER, STE F OKLAHOMA CITY OK 73139 |
| AIRGAS USA LLC | 6055 ROCKSIDE WOODS BLVD INDEPENDENCE OH 44131 |
| ALLERGAN AESTHETICS DIV OF ABBVIE INC | C/O KOHNER MANN & KAILAS SC 4650 N PORT WASHINGTON RD MILWAUKEE WI 53212 |
| ARTOSS INC | PO BOX 6004 SAINT CLOUD MN 56302-6004 |
| ARTOSS INC | ATTN JAMES J CASSIDY, COO & PRESIDENT 425 E SAINT GERMAIN ST, STE 106 SAINT CLOUD MN 56304-0752 |
| ARTOSS INC | 425 E SAINT GERMAIN ST, STE 106 SAINT CLOUD MN 56304-0752 |
| AUREUS NURSING LLC | ATTN CASSIE LANGSTAFF,ASST LEGAL COUNSEL 1010 N 102ND ST, STE 300 OMAHA NE 68114 |
| AUREUS NURSING LLC | ATTN BRIAN J KOENIG 1125 S 103RD ST, STE 800 OMAHA NE 68124 |
| AVASURE LLC | 5801 SAFETY DR BELMONT MI 49306 |
| BECKMAN COULTER INC | C/O BERNSTEIN-BURKLEY PC 601 GRANT ST, 9TH FL PITTSBURGH PA 15219 |
| BECKMAN COULTER INC | C/O BERNSTEIN-BURKLEY PC 601 GRANT ST PITTSBURGH PA 15219 |
| BINEGAR, ESTER R | ADDRESS ON FILE |
| BREMNER, VIRGINIA | ADDRESS ON FILE |
| CAPTIS HEALTH LLC | C/O FAEGRE DRINKER BIDDLE & REATH LLP ATTN FRANK VELOCCI 600 CAMPUS DR FLORHAM PARK NJ 07932 |
| CARDINAL HEALTH 110 LLC | 7000 CARDINAL PL DUBLIN OH 43017 |
| CARDINAL HEALTH 110 LLC | ATTN ERIN L GAPINSKI, ASST GEN COUNSEL 7000 CARDINAL PL DUBLIN OH 43017 |
| CARDINAL HEALTH 200 LLC | 7000 CARDINAL PL DUBLIN OH 43017 |
| CARDINAL HEALTH 200 LLC | ATTN ERIN L GAPINSKI, ASST GEN COUNSEL 7000 CARDINAL PL DUBLIN OH 43017 |
| CINTAS CORPORATION | ATTN ANN DEAN, LITIGATION PARALEGAL 6800 CINTAS BLVD MASON OH 45040 |
| CRESCENT PARTS & EQUIPMENT | ATTN BERT WEIS 3016 BRADY ST DAVENPORT IA 52803 |
| CRESCENT PARTS & EQUIPMENT | 3016 BRADY ST DAVENPORT IA 52803 |
| CRESCENT PARTS & EQUIPMENT | 5121 MANCHESTER AVE SAINT LOUIS MO 63110 |
| CYGNUS MEDICAL | 965 W MAIN ST BRANFORD CT 06405 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | C/O STARK & STARK ATTN J LEMKIN PO BOX 5315 PRINCETON NJ 08543 |
| DELLAMUTH, SANDRA K | ADDRESS ON FILE |
| DEPUY JOINT RECONSTRUCTION | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DAVID W DYKHOUSE AND KIMBERLY BLACK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| DEPUY SYNTHES TRAUMA | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DAVID W DYKHOUSE AND KIMBERLY BLACK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| DODGE ST TIRE & AUTO INC | 605 N DODGE ST IOWA CITY IA 52245 |
| ETHICON INC | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DAVID W DYKHOUSE AND KIMBERLY BLACK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| EVERBANK NA | C/O BURR FORMAN LLC ATTN ELLSWORTH SUMMERS 50 N LAURA ST, STE 3000 JACKSONVILLE FL 32202 |
| FISHER & PAYKEL HEALTHCARE INC | 17400 LAGUNA CANYON RD, STE 300 IRVINE CA 92618 |
| GASKILL SIGNS INC | 11 ARBURY DR IOWA CITY IA 52246 |
| GAZETTE PRINT SERVICES | 116 3RD ST SE CEDAR RAPIDS IA 52401 |
| GE PRECISION HEALTHCARE LLC | C/O MICHAEL B BACH, AUTHORIZED AGENT 25 WHITNEY DR, #106 MILFORD OH 45150 |
| GREEN RU LLC | 2255 LITTLE WALL LAKE RD BLAIRSBURG IA 50034 |

| Claim Name | Address Information |
|---|---|
| GRP & ASSOCIATES INC | PO BOX 94 CLEAR LAKE IA 50428 |
| HAYES LOCUMS LLC | C/O DICKINSON BRADSHAW ATTN BRADLEY KRUSE 801 GRAND AVE, STE 3700 DES MOINES IA 50309 |
| HEALTH CARE LOGISTICS | PO BOX 400 CIRCLEVILLE OH 43113 |
| HEALTHCARE FACILITIES CONSULTING | D/B/A SMART FACILITY SOFTWARE 2517 LEBANON PIKE, STE 302 NASHVILLE TN 37214 |
| HOLOGIC INC | C/O TAFT STETTINIUS & HOLLISTER LLC ATTN PAUL R HAGE 27777 FRANKLIN, STE 2500 SOUTHFIELD MI 48034 |
| HUMANA INC | C/O FOX SWIBEL LEVIN CARROLL ATTN NICK BALLEN 200 W MADISON ST, STE 3000 CHICAGO IL 60606 |
| INTUITIVE SURGICAL INC | ATTN W TIMOTHY MILLER 425 WALNUT ST, STE 1800 CINCINNATI OH 45202 |
| INTUITIVE SURGICAL INC | ATTN CHRISTOPHER NEAL HALFORD 5655 SPALDING DR PEACHTREE CORNERS GA 30092 |
| INTUITIVE SURGICAL INC | ATTN CHRISTOPHER NEAL HALFORD, SR MGR AR 5655 SPALDING DR PEACHTREE CORNERS GA 30092 |
| IOWA DEPARTMENT OF REVENUE | ATTN BANKRUPTCY UNIT 1305 E WULNUT DES MOINES IA 50319 |
| IOWA HOSPITAL ASSOCIATION | ATTN LEGAL DEPARTMENT 100 E GRAND AVE DES MOINES IA 50309 |
| JOHNSON & JOHNSON | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DAVID DYKHOUSE AND KIMBERLY BLACK 1133 AVENUE OF THE AMERICAS NEW YORK NY 07417-1733 |
| JOHNSON & JOHNSON | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DAVID DYKHOUSE AND KIMBERLY BLACK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| JOHNSON COUNTY, IOWA | ATTN JOHNSON COUNTY TREASURER 855 S DUBUQUE ST, 3RD FL IOWA CITY IA 52240 |
| JOHNSON COUNTY, IOWA | C/O OFFICE OF THE JOHNSON COUNTY ATTY ATTN NATHAN H PETERS, ASST COUNTY ATTY 500 S CLINTON ST, STE 400 IOWA CITY IA 52240 |
| KEGO CORPORATION | 9850 VON ALLMEN CT, STE 201 LOUISVILLE MO 40241 |
| LAKES MEDICAL INNOVATIONS | 1627 PAMELA LN MENDOTA HEIGHTS MN 55118 |
| LANCESOFT INC | 2121 COOPERATIVE WAY, STE 130 HERNDON VA 20171 |
| LANDAUER INC | ATTN NYCOLE MARIE NOWLING, AR COLLS SUP 2 SCIENCE RD GLENWOOD IL 60425 |
| LANDAUER INC | PO BOX 809051 CHICAGO IL 60680 |
| LIQUIDAGENTS HEALTHCARE LLC | C/O HUSCH BLACKWELL LLP ATTN MICHAEL BRANDESS 120 S RIVERSIDE PLAZA, STE 2200 CHICAGO IL 60606 |
| MATOUSEK, CAROLYN | ADDRESS ON FILE |
| MCKESSON CORPORATION | ATTN STEPHANIE HAMPTON, LEGAL SPEC, BK 6651 GATE PKWY JACKSONVILLE FL 32256 |
| MCKESSON CORPORATION | ATTN STEPHANIE HAMPTON, LEGAL SPECIALIST BANKRUPTCY CREDIT AND COLLECTIONS 6651 GATE PKWY JACKSONVILLE FL 32256 |
| MCKESSON CORPORATION | C/O BUCHALTER PC ATTN JEFFREY K GARFINKLE 18400 VON KARMAN AVE, STE 800 IRVINE CA 92612 |
| MEDIREVV LLC | C/O ARENTFOX SCHIFF LLP ATTN BETH M BROWNSTEIN, ESQ AND NICHOLAS A MARTEN, ESQ 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| MEDIREVV LLC | ATTN LAUREN NEWMAN 10713 W SAM HOUSTON PKWY N, STE 500 HOUSTON TX 77064 |
| MEDNINJAS LLC | 4425 PLANO PKWY, STE 1402 CARROLLTON TX 75010 |
| MEPS REAL-TIME | C/O INTELLIGUARD 12220 WORLD TRADE DR, STE 210 SAN DIEGO CA 92128 |
| MEPS REAL-TIME | 6451 EL CAMINO REAL 12220 WORLD TRADE DR STE 210 SAN DIEGO CA 92128-3900 |
| MERCY PENSIONERS | C/O DAY RETTIG MARTIN PC ATTN PAULA ROBY PO BOX 2877, 150 1ST AVE NE, STE 415 CEDAR RAPIDS IA 52406-2877 |
| MICROSOFT CORPORATION | ATTN PATRICK GOGERTY ONE MICROSOFT WAY REDMOND WA 98052 |
| MICROSOFT CORPORATION | ATTN PATRICK GOGERTY, PARALEGAL ONE MICROSOFT WAY REDMOND WA 98052 |
| MICROSOFT CORPORATION | C/O FOX ROTHSCHILD LLP ATTN DAVID P PAPIEZ 1001 4TH AVE, STE 4400 SEATTLE WA 98154 |
| MICROSOFT CORPORATION | C/O FOX ROTHSCHILD LLP ATTN DAVID PAPIEZ 1001 4TH AVE, STE 4400 SEATTLE WA 98154 |
| MIDAMERICAN ENERGY COMPANY | ATTN CREDIT PO BOX 4350 DAVENPORT IA 52808 |
| MYERS, BECKY L | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| NETSMART TECHNOLOGIES INC | 11100 NALL AVE OVERLAND PARK KS 66211 |
| NLB SERVICES | C/O NEXT LEVEL BUSINESS SERVICES INC 221 ROSWELL ST, STE 150 ALPHARETTA GA 30009 |
| OUTFITTER SATELLITE INC | 2727 OLD ELM HILL PK NASHVILLE TN 37214 |
| OWENS & MINOR | 9120 LOCKWOOD BLVD MECHANICSVILLE VA 23116 |
| OWENS & MINOR INC | C/O HIRSCHLER FLEISCHER PC 2100 E CARY ST RICHMOND VA 23223 |
| PERIGEN INC | ATTN ED THOMPSON 100 REGENCY FOREST DR, STE 200 CARY NC 27518 |
| PHILIPS HEALTHCARE | C/O PHILIPS GLOBAL BUSINESS SERVICE ATTN DANA SANDERS 414 UNION ST, STE 200 NASHVILLE TN 37219 |
| PHILIPS HEALTHCARE | C/O FOX ROTHSCHILD LLP ATTN DAVID P PAPIEZ 1001 4TH AVE, STE 4400 SEATTLE WA 98154 |
| PINK UMBRELLA BAKERY LLC, THE | 2100 NORCOR AVE, STE B CORALVILLE IA 52241 |
| POINTE PEST CONTROL LLC | PO BOX 627 HANNIBAL MO 63401 |
| POWER, MELANIE | ADDRESS ON FILE |
| PROGRESSIVE REHAB | 1130 SCOTT BLVD IOWA CITY IA 52240 |
| PSYCHE SYSTEMS CORPORATION | 35 PARKWOOD DR, STE 100 HOPKINTON MA 01748 |
| RHINO GROUP INC, THE | 7605 PARK DR RALSTON NE 68127 |
| ROCHE DIAGNOSTICS CORPORATION | 9115 HAGUE RD PO BOX 50457 INDIANAPOLIS IN 46250 |
| SCRIBE-X LLC | ATTN ERIN KUNS PO BOX 6590 PORTLAND OR 97228-6590 |
| SECURITAS SECURITY SERVICES USA | 9 CAMPUS DR PARSIPPANY NJ 07054 |
| STAPLES INC | ATTN TOM RIGGLEMAN 7 TECHNOLOGY CIR COLUMBIA SC 29203 |
| STEINDLER ORTHOPEDIC CLINIC | C/O TERRY L GIBSON 2015 GRAND AVE, STE 102 DES MOINES IA 50312 |
| STRYKER ENDOSCOPY | C/O DANIELLE ANDERSON 277 S ROSE ST, STE 6000 KALAMAZOO MI 49007 |
| STRYKER INSTRUMENTS | C/O DANIELLE ANDERSON 277 S ROSE ST, STE 6000 KALAMAZOO MI 49007 |
| STRYKER ORTHOPAEDICS | ATTN DANIELLE ANDERSON 277 S ROSE ST, STE 6000 KALAMAZOO MI 49007 |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | 320 N SANGAMON ST, STE 700 CHICAGO IL 60607 |
| TOSOH BIOSCIENCE INC | PO BOX 712415 CINCINNATI OH 45271-2415 |
| TOSOH BIOSCIENCE INC | 6000 SHORELINE CT, STE 101 SOUTH SAN FRANCISCO CA 94080 |
| TRAVEL NURSE ACROSS AMERICA LLC | 5020 NORTHSHORE DR, STE 2 NORTH LITTLE ROCK AR 72118 |
| TRUSTAFF TRAVEL NURSES LLC | C/O MORGAN LEWIS & BOCKIUS LLP ATTN ANDREW J GALLO, CELINE M DESANTIS ONE FEDERAL ST BOSTON MA 02110-1726 |
| TRUSTAFF TRAVEL NURSES LLC | ATTN CAROL WEINSTEIN, VP ACCOUNTS REC ATTN MARC BONORA, GENERAL COUNSEL 4675 CORNELL RD, STE 100 CINCINNATI OH 45241 |
| TRUSTED HEALTH INC | PO BOX 7775 PMB 62915 SAN FRANCISCO CA 94120 |
| UKG INC | C/O CATHERINE R CHOE, ESQ 420 S ORANGE AVE, STE 1200 ORLANDO FL 32801 |
| UKG INC | C/O DICKINSON LAW FIRM ATTN BRAD KRUSE 801 GRAND AVE, STE 3700 DES MOINES IA 50309 |
| ULINE | 12575 ULINE DR PLEASANT PRAIRIE WI 53158 |
| UNITEDHEALTHCARE INSURANCE COMPANY | C/O SHIPMAN & GOODWIN LLP ONE CONSTITUTION PLAZA HARTFORD CT 06103 |
| UNITEDHEALTHCARE INSURANCE COMPANY | ATTN PRIYA MUTHU, LEGAL SVCS SPECIALIST 185 ASYLUM ST, 03B HARTFORD CT 06103 |
| US FOODS INC | ATTN KERRY CARLSON 9399 W HIGGINS RD ROSEMONT IL 60018 |
| US FOODS INC | ATTN KERRY CARLSON, BK SPECIALIST 9399 W HIGGINS RD ROSEMONT IL 60018 |
| US FOODS INC | C/O COZEN O'CONNOR ATTN BRIAN SHAW 123 N WACKER DR, STE 1800 CHICAGO IL 60606 |
| US FOODS INC | C/O COZEN O'CONNER LLP ATTN BRIAN SHAW 123 N WACKER DR, STE 1800 CHICAGO IL 60606 |
| VAUPELL MOLDING & TOOLING | ATTN SHEILA LANGTON 101 HP ALMGREN DR AGAWAM MA 01001 |
| VERISMA | ATTN DANIELLE LEMOINE 1750 FOUNDERS PKWY, STE 130 ALPHARETTA GA 30009 |
| VITAL NURSE STAFFING LLC | ATTN ACCOUNTING 452 N FRANKLIN ST, STE A FRANKENMUTH MI 48734 |
| WISGERHOF, KATHRYN A | ADDRESS ON FILE |
| WRIGHT MEDICAL TECHNOLOGIES INC | C/O DANIELLE ANDERSON 277 S ROSE ST, STE 6000 KALAMAZOO MI 49007 |

| Claim Name | Address Information |
|---|---|
| WW GRAINGER INC | 401 S WRIGHT RD JANESVILLE WI 53546 |
| ZIMMER US INC | C/O TAFT LAW ATTN KAYLA D BRITTON ONE INDIANA SQ, STE 3500 INDIANAPOLIS IN 46204 |
| ZIMMER US INC | ONE INDIANA SQ, STE 3500 INDIANAPOLIS IN 46204 |
| ZIMMER US INC | ATTN REID AMSTUTZ 345 MAIN ST WARSAW IN 46580 |

**Total Creditor count  126**

**EXHIBIT C**

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AAA MECHANICAL CONTRACTORS, INC. | jeffkoeppel@aaamech.com |
| AEGIS LAW | elangston@aegislaw.com |
| AG & BUSINESS LEGAL STRATEGIES | austin@ablsonline.com |
| ALTERA DIGITAL HEALTH, INC. | Kristin.steinkamp@alterahealth.com |
| ARENTFOX SCHIFF LLP | Nicholas.Marten@afslaw.com; Matthew.Prewitt@afslaw.com; Beth.Brownstein@afslaw.com |
| ATTORNEY GENERAL IOWA | Lindsey.browning@ag.iowa.gov; john.whiteman@ag.iowa.gov |
| BECKER LLC | eperkins@becker.legal |
| BELIN McCORMICK, P.C. | mrreck@belinmccormick.com; cjessen@belinmccormick.com |
| BIOMERIEUX INC. | us.servicecontracts@biomerieux.com; contact.nordic@biomerieux.com |
| BLUESKY | tteague@blueskymss.com |
| BRADLEY & RILEY PC | lhyer@bradleyriley.com |
| BRADSHAW FOLWER, PROCTOR & FIARGRAVE PC | goetz.jeffrey@bradshawlaw.com |
| BRICK GENTRY P.C. | tom.flynn@brickgentrylaw.com; nick.miller@brickgentrylaw.com |
| BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE P.L.C | mandy.hughes@brownwinick.com; jen.lindberg@brownwinick.com; samantha.norris@brownwinick.com |
| BUCHALTER | jgarfinkle@buchalter.com;jsakay@buchalter.com |
| CARDINAL HEALTH | tyronza.walton@cardinalhealth.com |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES | rokcmora@cms.hhs.gov |
| CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P. | mwhaley@clinewilliams.com |
| CUTLER LAW FIRM, P.C. | rgainer@cutlerfirm.com |
| DAY RETTIG MARTIN, P.C. | paula@drpjlaw.com |
| DICKINSON, MACKAMAN, TYLER & HAGEN, P.C. | bkruse@dickinsonlaw.com; |
| DILLON LAW PC | patdillon@dillonlawpc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | mike.gustafson@faegredrinker.com; jesse.linebaugh@faegredrinker.com |
| FEDERAL TRADE COMMISSION | electronicfilings@ftc.gov; oig@ftc.gov |
| FOLEY & LARDNER LLP | egreen@foley.com; jake.gordon@foley.com |
| GALLAGHER BENEFIT SERVICES, INC. | jackie_morrow@ajg.com |
| GISLASON & HUNTER LLP | mdove@gislason.com |
| HAYES LOCUMS | accountinginquiries@hayeslocums.com; qa@hayeslocums.com |

| Creditor Name | Email Address |
|---|---|
| HEALOGICS WOUND CARE | julie.adam@healogics.com; keith.koford@healogics.com |
| HEIDMAN LAW FIRM PLLC | Jessica.Board@heidmanlaw.com |
| HIRSCHLER FLEISCHER, P.C | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| HUNTINGTON TECHNOLOGY FINANCE | mary.hurt@huntington.com |
| HUSCH BLACKWELL LLP | michael.brandess@huschblackwell.com |
| INTERNAL REVENUE SERVICE | millie.h.agent@irs.gov |
| INTUITIVE SURGICAL INC | investor.relations@intusurg.com |
| IOWA DEPARTMENT OF REVENUE | cio@iowa.gov |
| IOWA ASSISTANT ATTORNEY GENERAL | tyler.eason@ag.iowa.gov |
| JOHNSON COUNTY SURGEON INVESTORS, LLC | jesse.linebaugh@faegredrinker.com |
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. | bpatel6@its.jnj.com;eberez1@its.jnj.com |
| JOHNSTON, STANNARD, KLESNER, BURBIDGE & FITZGERALD P.L.C. | steve@iclawfirm.com |
| KENNEDY LAW FIRM PC | kgelner@kennedylawyers.com |
| KOLEY JESSEN P.C., | Kristin.Krueger@koleyjessen.com |
| LOEB & LOEB LLP | scarroll@loeb.com; nweingarten@loeb.com |
| MARKS LAW FIRM P.C. | office@markslawdm.com |
| MCDERMOTT WILL & EMERY LLP | dsimon@mwe.com |
| MEDICAL RECORD ASSOCIATES LLC | cmatheson@mrahis.com |
| MEDICO-MART INC | twalsh@medicomart.com |
| MEDIREVV, LLC | contactus@medirevv.com; contact@acclara.com |
| MEDIREVV, LLC | lauren.newman@acclara.com |
| MEDTRONIC USA | michael.b.keeley@medtronic.com |
| MIDAMERICAN ENERGY SERVICES, LLC | bankruptcies@midamerican.com |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | andersond@millercanfield.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | wkannel@mintz.com; nfcoco@mintz.com; MPreusker@mintz.com;  KRWalsh@mintz.com |
| MOORE AND VAN ALLEN, PLLC | benshook@mvalaw.com |
| NYEMASTER GOODE, P.C. | kmstanger@nyemaster.com; dhempy@nyemaster.com |
| OFFICE OF THE US TRUSTEE | ustp.region12@usdoj.gov; janet.g.reasoner@usdoj.gov |
| OWENS AND MINOR INC | gm-privacy@owens-minor.com |
| OWENS AND MINOR INC | jerry.hunt@owens-minor.com |
| PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C. | eide@pappajohnlaw.com |
| PATTERSON COMPANIES INC | christopher.camardello@pattersoncompanies.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| PENSIONERS COMMITTEE | mary_mcmurray50@hotmail.com; m2coolit@gmail.com; cmebinger@gmail.com; joni.werle@gmail.com; jodykgunn@gmail.com; berge.jean@gmail.com; hein.jeanne@gmail.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PROGRESSIVE REHABILITATION | tburmeister@praiowa.com;  sthoma@praiowa.com |
| RAINES FELDMAN LITTRELL LLP | mmelickian@raineslaw.com |
| REVOLOGY | dan.krzmarzick@revologyhealth.com |
| SILLS CUMMIS @ GROSS P.C | asherman@sillscummis.com; |
| SIMMONS PERRINE MOYER BERGMAN PLC | sgray@spmblaw.com; elam@simmonsperrine.com; cloftus@spmblaw.com |
| SPENCER FANE LLP | tholterhaus@spencerfane.com; elally@spencerfane.com |
| SHUTTLEWORTH & INGERSOLL, PLC | wbh@shuttleworthlaw.com;drc@shuttleworthlaw.com |
| STEINDLER ORTHOPEDIC CLINIC | pmagallanes@steindler.com |
| UNITED STATES ATTORNEY | usaian.webmaster@usdoj.gov; Marty.Mclaughlin@usdoj.gov |
| UNITED STATES TRUSTEE | Claire.R.Davison@usdoj.gov |
| WANDRO & ASSOCIATES, P.C. | tgibson@wandrolaw.com |
| WHITFIELD & EDDY LAW | chalik@whitfieldlaw.com |
| ZIMMER US  INC | legal.americas@zimmerbiomet.com; |

**EXHIBIT D**

MERCY HOSPITAL, IOWA CITY, IOWA, et al., Case No. 23-00623
Electronic Mail Additional Service List

| Name | Email |
| --- | --- |
| STAPLES INC | thomas.riggleman@staples.com |
| ULINE | arbankruptcy@uline.com |
| WW GRAINGER INC | kimberly.fara@grainger.com |
| KEGO CORPORATION | finance@kegocorp.com |
| PSYCHE SYSTEMS CORPORATION | pamc@psychesystems.com |
| CRESCENT PARTS & EQUIPMENT | bertw@crescentparts.com |
| VAUPELL MOLDING & TOOLING | sheila.langton@vaupell.com |
| AIRGAS USA LLC | amanda.dopieralski@airgas.com |
| HOLOGIC INC | phage@taftlaw.com |
| 3M HEALTH INFORMATION SYSTEMS INC | alison.franklin@gtlaw.com; jcmathison2@mmm.com |
| ARTOSS INC | jcassidy@artossinc.com |
| ALLERGAN AESTHETICS DIV OF ABBVIE INC | evonhelms@kmksc.com |
| OWENS & MINOR | jerry.hunt@owens-minor.com |
| ABBOTT RAPID DX NORTH AMERICA LLC | evonhelms@kmksc.com |
| VITAL NURSE STAFFING LLC | accounting@core-staff.com; kristi@core-staff.com |
| US FOODS INC | bshaw@cozen.com |
| LANCESOFT INC | csabo@lancesoft.com |
| CARDINAL HEALTH 110 LLC | erin.gapinski@cardinalhealth.com |
| CARDINAL HEALTH 200 LLC | erin.gapinski@cardinalhealth.com |
| MICROSOFT CORPORATION | dpapiez@foxrothschild.com |
| ROCHE DIAGNOSTICS CORPORATION | rhonda.redman@roche.com |
| DEPUY JOINT RECONSTRUCTION | dwdykhouse@pbwt.com |
| DEPUY SYNTHES TRAUMA | dwdykhouse@pbwt.com |
| ETHICON INC | dwdykhouse@pbwt.com |
| PHILIPS HEALTHCARE | dpapiez@foxrothschild.com |
| TRUSTAFF TRAVEL NURSES LLC | carol.weinstein@ingenovishealth.com; marc.bonora@ingenovishealth.com |
| ZIMMER US INC | kbritton@taftlaw.com |
| BECKMAN COULTER INC | lmartin@bernsteinlaw.com |
| INTUITIVE SURGICAL INC | miller@taftlaw.com; chris.halford@intusurg.com |
| MCKESSON CORPORATION | stephanie.hampton@mckesson.com; jgarfinkle@buchalter.com |
| JOHNSON & JOHNSON | dwdykhouse@pbwt.com |
| JOHNSON & JOHNSON | dwdykhouse@pbwt.com |
| TRUSTED HEALTH INC | legal@trustedhealth.com |
| CINTAS CORPORATION | deana3@cintas.com |
| AIRGAS USA LLC | amanda.dopieralski@airgas.com |
| HEALTH CARE LOGISTICS | acottrill@gohcl.com |
| NLB SERVICES | ar@nlbtech.com |
| CRESCENT PARTS & EQUIPMENT | bertw@crescentparts.com |
| GREEN RU LLC | accounting@chamnesstechnology.com |
| LAKES MEDICAL INNOVATIONS | pjborer@lakesmedicalinnovations.com; pjborer@msn.com |

| Name | Email |
|---|---|
| POINTE PEST CONTROL LLC | ar@reliablepestsolutions.com |
| HEALTHCARE FACILITIES CONSULTING | swright@smartfacilitysoftware.com; cswedocski@smartfacilitysoftware.com |
| RHINO GROUP INC, THE | accounting@rhinorx.com; brett@rhinorx.com |
| GAZETTE PRINT SERVICES | billing@thegazette.com |
| MEDNINJAS LLC | hr@medninjas.com; accounts@medninjas.com |
| GASKILL SIGNS INC | kimberlygaskill@yahoo.com |
| TOSOH BIOSCIENCE INC | bridget.bowles@tosoh.com; ar-tsam@tosoh.com |
| PINK UMBRELLA BAKERY LLC, THE | thepinkumbrellabakery@yahoo.com |
| DODGE ST TIRE & AUTO INC | dstoffice605@gmail.com |
| MEPS REAL-TIME | accounting@ig.solutions |
| GRP & ASSOCIATES INC | amanda@sharpsdisposal.com; becky@sharpsdisposal.com |
| LANDAUER INC | accountsreceivable@landauer.com |
| OUTFITTER SATELLITE INC | sales@outfittersatellite.com |
| ABBOTT RAPID DX NORTH AMERICA LLC | evonhelms@kmksc.com |
| ALLERGAN AESTHETICS DIV OF ABBVIE INC | evonhelms@kmksc.com |
| CYGNUS MEDICAL | ap@madpoly.com |
| DE LAGE LANDEN FINANCIAL SERVICES INC | jlemkin@stark-stark.com |
| ARTOSS INC | jcassidy@artossinc.com |
| CAPTIS HEALTH LLC | frank.velocci@faegredrinker.com |
| MERCY PENSIONERS | paula@drpjlaw.com |
| AVASURE LLC | joe.bush@avasure.com |
| GE PRECISION HEALTHCARE LLC | michaelb@dehaan-bach.com |
| US FOODS INC | bshaw@cozen.com; kerry.carlson@usfoods.com |
| IOWA HOSPITAL ASSOCIATION | legal@ihaonline.org; amn@ihaonline.org |
| UNITEDHEALTHCARE INSURANCE COMPANY | lwilliams@goodwin.com; priya_muthu@uhc.com |
| SMITH, THEODORE F AND PENELOPE H | tfsmith18@q.com |
| IOWA DEPARTMENT OF REVENUE | idr.bankruptcy@ag.iowa.gov; teresa.corbin@ag.iowa.gov |
| LIQUIDAGENTS HEALTHCARE LLC | michael.brandess@huschblackwell.com |
| PERIGEN INC | ed.thompson@perigen.com |
| HUMANA INC | nballen@foxswibel.com |
| HUMANA INC | nballen@foxswibel.com |
| STRYKER ENDOSCOPY | andersond@millercanfield.com |
| STRYKER INSTRUMENTS | andersond@millercanfield.com |
| STRYKER INSTRUMENTS | andersond@millercanfield.com |
| STRYKER ORTHOPAEDICS | andersond@millercanfield.com |
| WRIGHT MEDICAL TECHNOLOGIES INC | andersond@millercanfield.com |
| NETSMART TECHNOLOGIES INC | svickers@ntst.com |
| UKG INC | bkruse@dickinsonbradshaw.com |

MERCY HOSPITAL, IOWA CITY, IOWA, et al. Case No. 23-00623
Electronic Mail Additional Service List

| Name | Email |
|---|---|
| MIDAMERICAN ENERGY COMPANY | bankruptcies@midamerican.com |
| JOHNSON COUNTY, IOWA | sfinlayson@johnsoncountyiowa.gov; npeters@johnsoncountyiowa.gov |
| HAYES LOCUMS LLC | bkruse@dickinsonbradshaw.com |
| MICROSOFT CORPORATION | dpapiez@foxrothschild.com; patgog@microsoft.com |
| ZIMMER US INC | kbritton@taftlaw.com |
| CARDINAL HEALTH 110 LLC | erin.gapinski@cardinalhealth.com |
| CARDINAL HEALTH 200 LLC | erin.gapinski@cardinalhealth.com |
| EVERBANK NA | esummers@burr.com |
| CARDINAL HEALTH 200 LLC | erin.gapinski@cardinalhealth.com |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | rmancilla@stratadecision.com; llarsen@taftlaw.com |
| PROGRESSIVE REHAB | sthoma@praiowa.com |
| AAA MECHANICAL CONTRACTORS INC | tmusser@aaamech.com; danicab@meardonlaw.com |
| AUREUS NURSING LLC | brian.koenig@koleyjessen.com ; cassie.langstaff@medicalsolutions.com |
| AHS STAFFING LLC | liz@georgelawok.com; kreiswig@ahsstaffing.com |
| OWENS & MINOR INC | rwestermann@hirschlerlaw.com; bfalabella@hirschlerlaw.com |
| INTUITIVE SURGICAL INC | miller@taftlaw.com; chris.halford@intusurg.com |
| MEDIREVV LLC | lauren.newman@acclara.com |
| MEDIREVV LLC | lauren.newman@acclara.com |
| STEINDLER ORTHOPEDIC CLINIC | tgibson@wandrolaw.com |
| TRAVEL NURSE ACROSS AMERICA LLC | legal@tnaa.com; bgarner@tnaa.com |
| BECKMAN COULTER INC | mshelton@bernsteinlaw.com |
| SCRIBE-X LLC | erin@scribe-x.com |
| SECURITAS SECURITY SERVICES USA | credit@securitasinc.com; tracy.persson@securitasinc.com |
| FISHER & PAYKEL HEALTHCARE INC | notifications.usa@fphcare.com; jonie.archie@fphcare.com |
| MIDAMERICAN ENERGY COMPANY | bankruptcies@midamerican.com |
| UKG INC | catherine.choe@akerman.com |
| ACESTACK LLC | ester@ace-stack.com |
| VERISMA | dlemoine@verisma.com |