UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, et al.,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 30, 2024
Hearing on: Motion to Extend Deadline to Object (Doc. 1230)

APPEARANCES:

Attorney Eric W. Lam for Dan R. Childers
Mercy Hospital Chapter 11 Plan Liquidation Trustee Dan R. Childers
Attorneys Claire Davison and Janet G. Reasoner for United States Trustee
Attorneys Peter Chalik and Megan M. Preusker for Computershare Trust
    Company, N.A., as Trustee and Preston Hollow Community Capital, Inc., as
    Bondholder Representative
Attorney Paula L. Roby for Official Committee of Pensioners and in her capacity
    as a member of the Trust Oversight Committee
Patrick Magallanes in his capacity as a member of the Trust Oversight Committee
John Dinan in his capacity as a member of the Trust Oversight Committee
Attorney Nathan Peters for Johnson County, Iowa

**IT IS ORDERED THAT**:

The Motion to Extend Deadline to Object (Doc. 1230) is **GRANTED**. The Deadline to object to Administrative Claims is extended to and including **November 6, 2024**.

Ordered:
August 30, 2024

Thad J. Collins
Chief Bankruptcy Judge