IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION TO EXTEND TIME TO OBJECT TO CLAIMS** |

**NOTICE IS HEREBY GIVEN** that on the 30th day of August, 2024, Eric W. Lam, Attorney for Liquidation Trustee Dan R. Childers, filed a Motion to Extend Time to Object to Claims (Dkt #1240). A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, Iowa. A copy of this *Notice* has been served upon all parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to the relief requested in the Motion must be filed on or before the 20th day of September, 2024. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Dan R. Childers, Liquidation Trustee, P.O. Box 2107, Cedar Rapids, IA 52406-2107; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, Iowa 52401-2101.

**NOTICE IS FURTHER GIVEN** if a timely and substantive objection is filed, a hearing will be set by separate notice. If no timely and substantive objection is filed, an Order will be tendered to the Court for consideration, granting the relief requested in the Motion.

    */s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

- 2 -

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 30th day of August, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/NOBD re Mtn to Extend Time to Obj to Claims.083024.1413.kc