# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa, et al.

Debtor(s).

Bankruptcy No: 23-00623C
Jointly Administered

Chapter 11

## CERTIFICATE OF ELECTRONIC TRANSMITTAL

A Findings of Fact and Conclusions of Law Approving (I) The Sale of the Debtors' Beneficial Interest in the Thompson Trust Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Modifying Terms of the Thompson Trust; and (III) Granting Related Relief was filed on on August 16, 2024.

The Clerk of the U.S. Bankruptcy Court hereby certifies the following documents as made available in the electronic court record in accordance with 28 U.S.C. Sect. 157(c)(1):

[1234]  A Findings of Fact and Conclusions of Law Approving (I) The Sale of the Debtors' Beneficial Interest in the Thompson Trust Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Modifying Terms of the Thompson Trust; and (III) Granting Related Relief.

SHARON K.MULLIN
Clerk, Bankruptcy Court by:

*/s/ Nicole J. Becker*

Date: September 13, 2024

Deputy Clerk
Northern District of Iowa
111 7th Ave. SE
Cedar Rapids, IA 52401