# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 1247** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2024, I caused to be served the "Order (I) Approving and Allowing Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred by Fifth Third Securities, Inc. From February 1, 2024 to and Including June 24, 2024 Related to the Sale Transaction," dated September 10, 2024 [Docket No. 1247], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

 */s/ Hallie Dreiman*
 Hallie Dreiman

---

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Application.

**EXHIBIT A**

Electronic Mail Additional Service List

| Name | Email |
| --- | --- |
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com; ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | janet.g.reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com ; mpreusker@mintz.com; chalik@whitfieldlaw.com |
| Liquidation Trustee | whenrich@getzlerhenrich.com |