# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 1248** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2024, I caused to be served the "Notice Setting Hearing on Final Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period From August 18, 2023 Through June 23, 2024 (Doc. 1199)," dated September 11, 2024 [Docket No. 1248], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

*Mercy Hospital, Iowa City, Iowa, et al.*
Case No. 23−00623
Electronic Mail Service List

| Name | Email |
|---|---|
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com; ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | janet.g.reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com ; mpreusker@mintz.com; chalik@whitfieldlaw.com |
| Liquidation Trustee | whenrich@getzlerhenrich.com |