# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 1249 & 1252** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2024, I caused to be served the:

    a. "Agreed Order on ToneyKorf Partners, LLC's Final Fee Application," dated September 13, 2024 [Docket No. 1249], and

    b. "Agreed Order on Sills Cummis & Gross P.C.'s Final Fee Application," dated September 13, 2024 [Docket No. 1252],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Hallie Dreiman
Hallie Dreiman

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

MERCY HOSPITAL, IOWA CITY, IOWA, *et al*.,
Case No. 23-00623C
Email Service List - Fee Notice Parties

| Fee Notice Parties | Email Address |
|---|---|
| DEBTOR | noticing@mercyic.org |
| DEBTORS COUNSEL | fperlman@mwe.com; dsimon@mwe.com; ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| COMMITTEE'S COUNSEL | rgainer@cutlerfirm.com; asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| U.S. TRUSTEE OFFICE | janet.g.reasoner@usdoj.gov |
| BOND TRUSTEE'S COUNSEL | wkannel@mintz.com; nfcoco@mintz.com; mpreusker@mintz.com; chalik@whitfieldlaw.com |
| LIQUIDATION TRUSTEE | whenrich@getzlerhenrich.com |