# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

## AGREED ORDER ON CUTLER LAW FIRM, P.C.'S FINAL FEE APPLICATION

### JURISDICTION, VENUE, AND STATUTORY PREDICATE

1. The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The statutory predicate for the relief sought herein is 11 U.S.C. §§ 330 and 331 as well as Fed. R. Bankr. P. 2016.

4. The United States Trustee has standing to raise, appear and be heard on this Objection pursuant to 11 U.S.C. § 307; 28 U.S.C. § 581 *et seq.*

### PROCEDURAL BACKGROUND

5. On August 7, 2023, Mercy Iowa City ACO, LLC, Mercy Hospital, Iowa City, Iowa, and Mercy Services Iowa City, Inc., (hereinafter "Mercy" or "Debtors") filed three individual chapter 11 bankruptcy petitions that are being Jointly Administered under case number 23-00623.

6. On September 14, 2023, the Official Committee of Unsecured Creditors filed an Application to retain and employ the Cutler Law Firm, P.C., as bankruptcy co-counsel in this matter. *See* Doc. 227. The Application was granted on October 12, 2023 *Nunc Pro Tunc* to the Petition date. *See* Doc. 354.

7. Pursuant to the Retention Order at Docket 354 and Interim Compensation Order at Docket 224, Cutler Law Firm, P.C., has completed its services pursuant to it's retention, and now seeks final allowance of compensation as provided in its Fourth and Final Fee Application, Doc. 1197, for a total amount of: $25,915.90.

8. Cutler Law Firm, P.C., has been in contact with the United States Trustee, and the United States Trustee has no objection to the payment of the requested remaining sums in the Fourth and Final Fee Application of $25,915.90 to the Cutler Law Firm, P.C.

## IT IS ORDERED THAT:

1. The Cutler Law Firm, P.C., Fourth and Final Application for Compensation filed at Docket 1197 is approved;

2. The Debtor and the Trustee of the Mercy Hospital Liquidation Trust are to pay to the Cutler Law Firm, P.C., the sum of $25,915.90.

September 18, 2024  
Date

_____  
United States Bankruptcy Judge