hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23–00623

Debtor

## NOTICE SETTING TELEPHONIC HEARING
## ON RECENT FEE ORDERS AND OTHER FEE MATTERS

To:

Roy Ryan Leaf, Nathan M. Bull, Jack Gabriel Haake, Dana Waterman Hempy, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, Kristina M. Stanger, Attorneys for Debtor

Robert Cardell Gainer, Boris I. Mankovestskiy, and Andrew Sherman, Attorneys for Official Committee of Unsecured Creditors

United States Trustee

Paula L. Roby, Attorney for Official Committee of Pensioners

Dan Childers, Chapter 11 Plan Liquidating Trustee

Samuel Gray, Eric W. Lam, and Christopher K. Loftus, Attorneys for Dan Childers

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**September 25, 2024 at 10:30 AM via telephonic hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1–888–684–8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

Date: September 18, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk