IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-00623-TJC |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | ) ) ) | |
| | ) | NOTICE OF APPEARANCE AND |
| | ) | REQUEST FOR NOTICE |
| Debtors. | ) ) | |

COMES NOW Nicole Hughes, attorney at law, and pursuant to Bankruptcy Rule 2002, hereby enters her appearance herein on behalf of William H. Henrich, Getzler Henrich & Associates, LLC and Cole Schotz, P.C., creditors in the above proceeding, and requests that copies of all future notices, motions, pleadings, documents, reports or other matters filed herein be sent to the undersigned and that the undersigned's name be added to the Court's master matrix.

Dated: September 23, 2024

/s/ Nicole Hughes
Nicole Hughes, #AT0002263
TELPNER PETERSON LAW FIRM, LLP
25 Main Place, Suite 200
Council Bluffs, IA 51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
Email: nhughes@telpnerlaw.com
ATTORNEY FOR WILLIAM H. HENRICH, GETZLER HENRICH & ASSOCIATES, LLC and COLE SCHOTZ, P.C.

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 23rd day of September, 2024.

/s/ Kimberly D. Ives