## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | **Joinder in Motion to Reduce Fees** |
| Debtors. | |

**COMES NOW,** the Liquidating Trust Oversight Committee ("Oversight Committee") and for this joinder to Pensioners' motion to Reduce Fees and state:

1. Following the confirmation of the Chapter 11 Plan, a liquidating trust was created.
2. The Three-member Liquidating Trust Oversight Committee consists of representatives of the major creditors in this case: John Dinan as representative of the Bondholder Representatives, Patrick Magallanes as representative of the General Unsecured Creditors, and Paula Roby as representative of Pensioners.
3. Since confirmation, the Oversight Committee has monitored the assets in the Plan.
4. There are precious few assets in the trust to be marshaled on behalf of creditors in this case.
5. The Oversight Committee notes that the sale price of the major asset in this case, the hospital, was $26 Million. The professional fee burden as reflected by Final Fee Applications is over $13 million, more than half of what was recovered.
6. The Oversight Committee agrees with the Pensioners assertion that the fees charged by McDermott Will and Emery were not reasonable, for all of the reasons stated in their Motion to Reduce Fees and joins their motion by this filing.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAY RETTIG MARTIN, P.C. |
| /s/John Dinan_____ | |
| John Dinan | |
| MEMBER OF MERCY LIQUIDATING | |
| TRUST OVERSIGHT COMMITTEE | /s/ Paula L. Roby_____ |
|  | Paula L. Roby AT0006749 |
|  | Telephone: (319) 365-0437 |
|  | FAX: (319) 365-5866 |
| /s/ Patrick Magallanes_____ | E-mail: paula@drpjlaw.com |
| Patrick Magallanes | MEMBER OF MERCY LIQUIDATING |
| MEMBER OF MERCY LIQUIDATING | TRUST OVERSIGHT COMMITTEE |
| TRUST OVERSIGHT COMMITTEE | |

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this September 24, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Lillian M. Strait