UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00623<br>(Jointly Administered) |

## PROCEEDING MEMO

Date of Telephonic Hearing: September 25, 2024
Status Conference Hearing on Recent Fee Orders and Other Fee Matters (Doc. 1257)

<u>APPEARANCES</u>:

Attorneys Roy Leaf, Felicia Perlman, and Kristina Stanger for Debtor
Attorney Dan R. Childers, Chapter 11 Plan Liquidation Trustee
Attorney Paula Roby for Official Committee of Pensioners
Attorney Andrew Sherman for Official Committee of Unsecured Creditors
Attorney Eric Lam for Liquidating Trustee Dan R. Childers
Claire Davison, United States Trustee
Attorney Nicole Hughes for Creditors William Henrich and Cole Schotz, P.C.
Attorney Peter Chalik for Secure Bond Holders Representatives
John Dinan for Bond Holder Representatives and Member of Oversight Committee
Narenda Ganti for FTI Consulting.

OUTCOME OF PROCEEDING:

A Status Conference Hearing on Recent Fee Orders and Other Fee Matters was held.

Ordered:
September 26, 2024

Thad J. Collins
Chief Bankruptcy Judge