IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**OREDER re MOTION TO EXTEND TIME TO OBJECT TO CLAIMS** |

The matter before the Court is a Motion to Extend Time to Object to Claims (Dkt #1240), filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust. Pursuant to the terms of the Trust, notice of the filing of the Motion and of an objection bar date was issued to the requisite parties in interest. The objection bar date has passed, and no objection has been filed. It is therefore ORDERED the deadline for the Liquidation Trustee to object to general (non-administrative and non-professional) Proofs of Claims is extended to January 20, 2025.

Entered this __30__ day of September, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/ORDERMtn to Extend Time to Obj to Claims.092124.0646.ewl