# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23–00623

Debtor

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on September 30, 2024. The following deadlines apply:

The parties have until October 7, 2024 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Statement of Redaction Submitted* is October 21, 2024.

If a Statement of Redaction Submitted has been filed, the redacted transcript is due by October 31, 2024.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, on December 30, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Date: October 1, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court