# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING ON FINAL FEE APPLICATIONS OF DEBTORS' PROFESSIONALS

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** Nyemaster Goode, P.C. ("**Nyemaster**"), McDermott Will & Emery LLP ("**McDermott**"), ToneyKorf Partners, LLC ("**ToneyKorf**"), Epiq Corporate Restructuring, LLC ("**Epiq**"), and Fifth Third Securities, Inc. ("**Fifth Third**" and, together with Nyemaster, McDermott, ToneyKorf, and Epiq, the "**Debtors' Professionals**") each filed applications with this Court for final approval of fees and expenses incurred representing Mercy Hospital, Iowa City, Iowa and its affiliates (collectively, the "**Debtors**") in these Chapter 11 Cases.

**WHEREAS**, the United States Trustee's office (the "**UST**") has filed objections to Nyemaster and McDermott's fee applications.

**WHEREAS**, the Court at a status conference on September 25, 2024 ordered the Debtors' Professionals and other professionals filing fee applications in the Debtors' Chapter 11 Cases to appear at a hearing on such fee applications.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' Professionals will proceed with a hearing to consider approval of the Debtors' Professionals' fee applications on **Wednesday, October 23, 2024 at 10:30 A.M. (prevailing Central Time)** at the 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**PLEASE TAKE FURTHER NOTICE** any party that wishes to <u>listen in only</u> may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 1234**

**PLEASE TAKE FURTHER NOTICE** that the UST, Nyemaster, and McDermott have agreed to exchange witness and exhibit lists by October 21, 2024.

**PLEASE TAKE FURTHER NOTICE** that the UST has agreed with Nyemaster and McDermott that the deadline for Nyemaster and McDermott to file replies to the UST's objection to Nyemaster and McDermott's fee applications will be October 16, 2024.

**DATED** this 1st day of October, 2024

      Respectfully Submitted,

      **NYEMASTER GOODE, P.C.**
      Roy Leaf, AT0014486
      625 First Street SE, Suite 400
      Cedar Rapids, IA 52401-2030
      Telephone:     (319) 286-7002
      Facsimile:     (319) 286-7050
      Email:          rleaf@nyemaster.com

      - and –

      Kristina M. Stanger, AT0000255
      Matthew A. McGuire, AT0011932
      Dana Hempy, AT0014934
      700 Walnut, Suite 1600
      Des Moines, IA 50309
      Telephone:  515-283-3100
      Fax:  515-283-8045
      Email: mmcguire@nyemaster.com
            kmstanger@nyemaster.com
            dhempy@nyemaster.com

      - and -

      **MCDERMOTT WILL & EMERY LLP**
      Felicia Gerber Perlman (admitted *pro hac vice*)
      Daniel M. Simon (admitted *pro hac vice*)
      Emily C. Keil (admitted *pro hac vice*)
      444 West Lake Street, Suite 4000
      Chicago, Illinois 60606
      Telephone:     (312) 372-2000
      Facsimile:     (312) 984-7700
      Email:          fperlman@mwe.com
               dsimon@mwe.com
               ekeil@mwe.com

      - and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone:   (214) 295-8000
Facsimile:   (972) 232-3098
Email:       jhaake@mwe.com

*Counsel for Debtors and
Debtors-in-Possession*

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this October 1, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*