**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1]<br><br>                        Debtors. | ) Chapter 11<br>)<br>) Case No. 23-00623 (TJC)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket No. 1263** |

**CERTIFICATE OF SERVICE**

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 25, 2024, I caused to be served the "Notice Setting Hearing on Final Fee Application of Sills Cummis & Gross P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors, for the Period From August 18, 2023 Through June 23, 2024 (Doc. 1199) and Agreed Order on Sills Cummis & Gross P.C.'s Final Fee Application (Doc. 1252)," dated September 25, 2024 [Docket No. 1263], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

                                                                        */s/ Hallie Dreiman*
                                                                        Hallie Dreiman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

**EXHIBIT A**

Mercy Hospital, Iowa City, Iowa Bankruptcy No. 23-00623
Electronic Mail Fee Parties Service List

| Name | Email |
|---|---|
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com; ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | Janet.G.Reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com; mpreusker@mintz.com; chalik@whitfieldlaw.com |
| Liquidation Trustee | whenrich@getzlerhenrich.com |