**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

**ORDER GRANTING FINAL APPROVAL OF ALL FEES AND EXPENSES OF HBM MANAGEMENT ASSOCIATES L.L.C. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF PENSIONERS**

The matter before the Court is HBM Management Associates L.L.C.'s ("HBM" or "Applicant") approval of all fees and expenses of HBM as Financial Advisor to the Official Committee of Pensioners. The Court notes that HBM has previously been paid $187,307.23 of the total $208,811.00 in fees requested by HBM and $29,363.00 of expenses, leaving a balance due and owing $50,866.77.

The Court also notes that no objections have been timely filed and finds that the total fees and expenses requested by HBM in the above captioned case are fair and reasonable and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The remaining due and owing balance of $50,866.77 is approved.
2. The amount of $50,866.77 will be paid directly to the Applicant by the Trustee of the Mercy Hospital Liquidating Trust.

Dated and Entered: October 8, 2024

_____
United States Bankruptcy Judge
For the Northern District of Iowa

ORDER PREPARED BY:
Paula L. Roby   AT0006749
Day Rettig Martin, P.C.
ATTORNEY FOR THE
OFFICIAL COMMITTEE OF PENSIONERS