UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Bankruptcy No. 23-00623 |
| Debtors | Jointly Administered |

## PROCEEDING MEMO

Date of In-Court Hearing: October 7, 2024
Hearing on Final Fee Application of the Cutler Law Firm, P.C. (Doc. 1197) and Order on Application for Compensation (Doc. 1256)
Hearing on Final Fee Application of FTI Consulting, Inc. (Doc. 1205) and Order on Application for Compensation (Doc. 1255)
Hearing on Final Fee Application of HBM Management Associates, LLC as Financial Advisor to the Official Committee of Pensioners (Doc. 1207)
Hearing on the Final Fee Application of Day Rettig Martin, P.C. as Counsel to the Official Committee of Pensioners (Doc. 1218)
Hearing on Final Fee Application of Sills Cummis & Gross P.C. (Doc. 1199) and Agreed Order on Sills Cummis & Gross P.C.'s Final Fee Application (Doc. 1252)

PERSONAL APPEARANCES:

Attorney Janet G. Reasoner for the United States Trustee
Attorney Claire Davison for the United States Trustee
Attorney Andrew H. Sherman on behalf of Sills Cummis & Gross
Attorney Robert Gainer on behalf of Cutler Law Firm and FTI Consulting, Inc.
Attorney Paula Roby with Day Rettig Martin, P.C.

TELEPHONIC APPEARANCES:
Attorney Roy Ryan Leaf for Mercy Hospital, Iowa City, Iowa, *et al.*
Attorney Peter Chalik for Bond Holders

<u>OUTCOME OF PROCEEDING</u>:
A hearing was held on fee applications.

Ordered:  October 8, 2024

Thad J. Collins
Chief Bankruptcy Judge