United States Bankruptcy Court

Northern District of Iowa

In re:  Case No. 23-00623-TJC

Mercy Hospital, Iowa City, Iowa  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 6
Date Rcvd: Oct 08, 2024     Form ID: pdf902     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth M. Brownstein, ArentFox Schiff LLP, 1301 Avenue of the Americas, New York, NY 10019-6040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew H. Sherman | on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com |
| Austin Peiffer | on behalf of Financial Advisor H2C Securities Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin E. Shook | on behalf of Financial Advisor H2C Securities Inc. benshook@mvalaw.com, belladotson@mvalaw.com |
| Bradley R. Kruse | on behalf of Creditor Hayes Locums LLC bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |
| Bradley R. Kruse | on behalf of Creditor MediRevv LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com |

Case 23-00623   Doc 1284   Filed 10/10/24   Entered 10/10/24 23:39:21   Desc Imaged
Certificate of Notice   Page 2 of 7

| District/off: 0862-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

Bradley R. Kruse
    on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com  pgoodman@dickinsonbradshaw.com

Brian Koenig
    on behalf of Creditor Cassling Diagnostic Imaging  Inc. brian.koenig@koleyjessen.com, angela.annan@koleyjessen.com

Brittany B Falabella
    on behalf of Creditor Owens & Minor  Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Christopher J. Jessen
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO  LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher J. Jessen
    on behalf of Creditor Mercy Health Network  Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher K Loftus
    on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com  kcarmichael@spmblaw.com

Christopher K Loftus
    on behalf of Other Prof. Dan R. Childers cloftus@SPMBLAW.com  kcarmichael@spmblaw.com

Claire Davison
    on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
    on behalf of Creditor Progressive Rehabilitation Associates  L.L.C. drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Dan Childers
    on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

Dana Waterman Hempy
    on behalf of Debtor Mercy Hospital  Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
    on behalf of Debtor Mercy Hospital  Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David Goroff
    on behalf of Creditor Mercy Health Network  Inc. dgoroff@foley.com

David E. Gordon
    on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Edward Joseph Green
    on behalf of Creditor Mercy Health Network  Inc. egreen@foley.com

Elizabeth Lally
    on behalf of Creditor Healogics Wound Care & Hyperbaric Services  LLC elally@lally-legal.com, bakerm@goosmannlaw.com

Eric J. Langston
    on behalf of Creditor EverBank  N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Other Prof. Dan R. Childers ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Harold J Dane, III
    on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
    on behalf of Debtor Mercy Hospital  Iowa City, Iowa jhaake@mwe.com

Jake Gordon
    on behalf of Creditor Mercy Health Network  Inc. jake.gordon@foley.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com

Jeffrey Douglas Goetz
    on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com
    bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
    on behalf of Creditor Tyler Davis jtaylor@krflawfirm.com  jkanellis@krflawfirm.com

Case 23-00623    Doc 1284    Filed 10/10/24    Entered 10/10/24 23:39:21    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0862-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| Jeffrey P. Taylor | on behalf of Creditor Ashley Kurka jtaylor@krflawfirm.com jkanellis@krflawfirm.com |
| Jennifer Erin Lindberg | on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jennifer Erin Lindberg | on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com |
| Jesse James Edward Linebaugh | on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jesse James Edward Linebaugh | on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com |
| Jesse James Edward Linebaugh | on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com |
| Jessica A Board | on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com |
| John Whiteman | on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov |
| Joseph Sakay | on behalf of Creditor McKesson Corporation jsakay@buchalter.com pjolley@buchalter.com |
| Kaitlin R. Walsh | on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com |
| Kaitlin R. Walsh | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com |
| Kandie K Gelner | on behalf of Interested Party Thompson Brothers Trust kgelner@kennedylawyers.com |
| Kristin M.V. Krueger | on behalf of Creditor Cassling Diagnostic Imaging Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com |
| Kristina M. Stanger | on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Larry S. Eide | on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com |
| Laura Michelle Hyer | on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com |
| Lindsey L. Browning | on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov |
| Mark Melickian | on behalf of Creditor Nancy Russo mmelickian@raineslaw.com |
| Mark Melickian | on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com |
| Mark Melickian | on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com |
| Mark Melickian | on behalf of Creditor Brent Strabala mmelickian@raineslaw.com |
| Martin McLaughlin | on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Matthew Cronin | on behalf of Creditor Mercy Health Network Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew Cronin | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com |
| Matthew McGuire | on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com |
| Megan M. Preusker | on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com |

Case 23-00623    Doc 1284    Filed 10/10/24    Entered 10/10/24 23:39:21    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0862-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| Megan M. Preusker | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com |
| Michael Reck | on behalf of Creditor Mercy Health Network Inc. mrreck@belinmccormick.com |
| Michael Reck | on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com |
| Michael A Brandess | on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com |
| Michael A Brandess | on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com |
| Michael A Brandess | on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com |
| Michael J Whaley | on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com |
| Michael S. Dove | on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com |
| Michael T. Gustafson | on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Michael T. Gustafson | on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com |
| Miranda L. Hughes | on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Miranda L. Hughes | on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;michelle.messer@brownwinick.com |
| Nathan F. Coco | on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com |
| Nathan F. Coco | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com |
| Nicholas Miller | on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com |
| Nicholas Miller | on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com |
| Nicole Hughes | on behalf of Creditor Cole Schotz P.C. nhughes@telpnerlaw.com, kives@telpnerlaw.com |
| Nicole Hughes | on behalf of Creditor William H Henrich nhughes@telpnerlaw.com kives@telpnerlaw.com |
| Patrick B. Dillon | on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com |
| Paula L. Roby | on behalf of Financial Advisor HBM Management Associates LLC paula@drpjlaw.com, ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | on behalf of Other Prof. Liquidating Trust Oversight Committee paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com |
| Paula L. Roby | on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com |
| Peter Chalik | |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Oct 08, 2024 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Preston Hollow Capital LLC. chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital chalik@whitfieldlaw.com hodzic@whitfieldlaw.com |
| Robert Cardell Gainer | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Cardell Gainer | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | |
| | on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris | |
| | on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com |
| Samantha Norris | |
| | on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com |
| Samuel Gray | |
| | on behalf of Other Prof. Dan R. Childers sgray@spmblaw.com jcesek@spmblaw.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Stephanie L. Hinz | |
| | on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust shinz@pbalawfirm.com dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Steven G. Klesner | |
| | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | |
| | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | |
| | on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | |
| | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com |
| Tara Holterhaus | |

District/off: 0862-1     User: admin     Page 6 of 6
Date Rcvd: Oct 08, 2024     Form ID: pdf902     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC tholterhaus@spencerfane.com |
| Terry Gibson | on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@wandrolaw.com |
| Tom Flynn | on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com |
| Tyler L Eason | on behalf of Creditor Iowa Insurance Division tyler.eason@ag.iowa.gov sara.olsen@ag.iowa.gov |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Creditor Progressive Rehabilitation Associates L.L.C. wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| William J Sueppel | on behalf of Creditor Gerard Electric Inc. billjs@meardonlaw.com |
| William W. Kannel | on behalf of Creditor Computershare Trust Company N.A., as Trustee bkannel@mintz.com |
| William W. Kannel | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative bkannel@mintz.com |

TOTAL: 118

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

## ORDER GRANTING FINAL APPROVAL OF ALL FEES AND EXPENSES OF DAY RETTIG MARTIN P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF PENSIONERS

The matter before the Court is Day Rettig Martin, P.C.'s ("DRM" or "Applicant") approval of all fees and expenses of DRM as counsel to the Official Committee of Pensioners. The Court notes that DRM has previously been paid $158,027.10 of the total $218,520.00 in fees requested by DRM and $143.10 of expenses, leaving a balance due and owing of $60,636.00.

The Court also notes that no objections have been timely filed and finds that the total fees and expenses requested by DRM in the above captioned case are fair and reasonable and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The remaining due and owing balance of $60,636.00 is approved.
2. The amount of $60,636.00 will be paid directly to the Applicant by the Trustee of the Mercy Hospital Liquidating Trust.

Dated and Entered:  October 8, 2024

*/s/ Thad J Collins*
United States Bankruptcy Judge
For the Northern District of Iowa

ORDER PREPARED BY:
Paula L. Roby   AT0006749
Day Rettig Martin, P.C.
ATTORNEY FOR THE
OFFICIAL COMMITTEE OF PENSIONERS