United States Bankruptcy Court

Northern District of Iowa

In re:  Case No. 23-00623-TJC

Mercy Hospital, Iowa City, Iowa  Chapter 11

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1  User: admin  Page 1 of 6
Date Rcvd: Oct 10, 2024  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 2410142 | + | SCRIBEAMERICA, PO BOX 417756, BOSTON, MA 02241-7756 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

**Name**  **Email Address**

Andrew H. Sherman
  on behalf of Creditor Committee Official Committee of Unsecured Creditors asherman@sillscummis.com

Austin Peiffer
  on behalf of Financial Advisor H2C Securities  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin E. Shook
  on behalf of Financial Advisor H2C Securities  Inc. benshook@mvalaw.com, belladotson@mvalaw.com

Bradley R. Kruse
  on behalf of Creditor Hayes Locums  LLC bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com

Bradley R. Kruse
  on behalf of Creditor MediRevv  LLC (formerly known as MediRevv, Inc.) bkruse@dickinsonlaw.com, pgoodman@dickinsonbradshaw.com

Case 23-00623    Doc 1286    Filed 10/12/24    Entered 10/12/24 23:35:34    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0862-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1 |

Bradley R. Kruse
    on behalf of Creditor Kronos Incorporated aka UKG Inc. bkruse@dickinsonlaw.com  pgoodman@dickinsonbradshaw.com

Brian Koenig
    on behalf of Creditor Cassling Diagnostic Imaging Inc. brian.koenig@koleyjessen.com, angela.annan@koleyjessen.com

Brittany B Falabella
    on behalf of Creditor Owens & Minor Inc. bfalabella@hirschlerlaw.com, rhenderson@hirschlerlaw.com

Christopher J. Jessen
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher J. Jessen
    on behalf of Creditor Mercy Health Network Inc. cjessen@belinmccormick.com, vdrake@belinmccormick.com

Christopher K Loftus
    on behalf of Interested Party Mercy Hospital Foundation cloftus@SPMBLAW.com  kcarmichael@spmblaw.com

Christopher K Loftus
    on behalf of Other Prof. Dan R. Childers cloftus@SPMBLAW.com  kcarmichael@spmblaw.com

Claire Davison
    on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
    on behalf of Creditor Progressive Rehabilitation Associates L.L.C. drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Dan Childers
    on behalf of Interested Party Washington County Hospital and Clinics drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

Dana Waterman Hempy
    on behalf of Debtor Mercy Hospital Iowa City, Iowa dhempy@nyemaster.com, mseei@nyemaster.com

Daniel M. Simon
    on behalf of Debtor Mercy Hospital Iowa City, Iowa dmsimon@mwe.com, fperlman@mwe.com;ekeil@mwe.com

David Goroff
    on behalf of Creditor Mercy Health Network Inc. dgoroff@foley.com

David E. Gordon
    on behalf of Interested Party State University of Iowa dgordon@polsinelli.com

Edward Joseph Green
    on behalf of Creditor Mercy Health Network Inc. egreen@foley.com

Elizabeth Lally
    on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC elally@lally-legal.com, bakerm@goosmannlaw.com

Eric J. Langston
    on behalf of Creditor EverBank N.A., f/k/a TIAA, FSB, assignee of TIAA Commercial Finance, Inc., as successor in interest to GE HFS, LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Plaintiff Mercy Hospital Foundation ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Other Prof. Dan R. Childers ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Eric W. Lam
    on behalf of Interested Party Mercy Hospital Foundation ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Harold J Dane, III
    on behalf of Creditor Steven D. Schwartz hjdane@hjdane.com

Jack Gabriel Haake
    on behalf of Debtor Mercy Hospital Iowa City, Iowa jhaake@mwe.com

Jake Gordon
    on behalf of Creditor Mercy Health Network Inc. jake.gordon@foley.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com

Jeffrey Douglas Goetz
    on behalf of Creditor Wellmark Blue Cross Blue Shield jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
    on behalf of Creditor Tyler Davis jtaylor@krflawfirm.com  jkanellis@krflawfirm.com

Case 23-00623    Doc 1286    Filed 10/12/24    Entered 10/12/24 23:35:34    Desc Imaged
Certificate of Notice    Page 3 of 7

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1 |

Jeffrey P. Taylor
    on behalf of Creditor Ashley Kurka jtaylor@krflawfirm.com jkanellis@krflawfirm.com

Jennifer Erin Lindberg
    on behalf of Interested Party Radiologic Medical Services P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jennifer Erin Lindberg
    on behalf of Interested Party RMS Holdings P.C. jen.lindberg@brownwinick.com, dusty.weiser@brownwinick.com

Jesse James Edward Linebaugh
    on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
    on behalf of Creditor Roche Diagnostics Corporation jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com

Jesse James Edward Linebaugh
    on behalf of Interested Party Johnson County Surgeon Investors LLC. jesse.linebaugh@faegredrinker.com, lynda.dennis@faegredrinker.com

Jessica A Board
    on behalf of Creditor UnitedHealth Group jessica.board@heidmanlaw.com Tina.Roberts@heidmanlaw.com;jessica.braunger@heidmanlaw.com

John Whiteman
    on behalf of Interested Party State University of Iowa john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov

Joseph Sakay
    on behalf of Creditor McKesson Corporation jsakay@buchalter.com pjolley@buchalter.com

Kaitlin R. Walsh
    on behalf of Creditor Computershare Trust Company N.A., as Trustee krwalsh@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative krwalsh@mintz.com

Kandie K Gelner
    on behalf of Interested Party Thompson Brothers Trust kgelner@kennedylawyers.com

Kristin M.V. Krueger
    on behalf of Creditor Cassling Diagnostic Imaging Inc. Kristin.Krueger@koleyjessen.com, angela.annan@koleyjessen.com

Kristina M. Stanger
    on behalf of Debtor Mercy Hospital Iowa City, Iowa kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Larry S. Eide
    on behalf of Creditor Altera Digital Health Inc. eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer
    on behalf of Creditor Revology Inc. lhyer@bradleyriley.com, chahn@bradleyriley.com;Docket@bradleyriley.com

Lindsey L. Browning
    on behalf of Interested Party State University of Iowa lindsey.browning@ag.iowa.gov josie.bollman@ag.iowa.gov

Mark Melickian
    on behalf of Creditor Nancy Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Margaret Halverson mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor J. Nicholas Russo mmelickian@raineslaw.com

Mark Melickian
    on behalf of Creditor Brent Strabala mmelickian@raineslaw.com

Martin McLaughlin
    on behalf of Creditor United States of America (HHS) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Matthew Cronin
    on behalf of Creditor Mercy Health Network Inc. mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew Cronin
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mtcronin@belinmccormick.com, sanderson@belinmccormick.com

Matthew McGuire
    on behalf of Debtor Mercy Hospital Iowa City, Iowa mmcguire@nyemaster.com, jbooker@nyemaster.com

Megan M. Preusker
    on behalf of Creditor Computershare Trust Company N.A., as Trustee mpreusker@mintz.com

Case 23-00623    Doc 1286    Filed 10/12/24    Entered 10/12/24 23:35:34    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0862-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1 |

Megan M. Preusker
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative mpreusker@mintz.com

Michael Reck
    on behalf of Creditor Mercy Health Network Inc. mrreck@belinmccormick.com

Michael Reck
    on behalf of Creditor Catholic Health Initiatives-Iowa Corp; Mercy ACO LLC; Mercy Clinics, Inc.; Mercy College of Health Sciences; and MHN ACO, LLC (together "CHI") mrreck@belinmccormick.com

Michael A Brandess
    on behalf of Creditor LiquidAgents Healthcare LLC michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor StaffDNA LLC michael.brandess@huschblackwell.com

Michael A Brandess
    on behalf of Creditor Medico-Mart Inc. michael.brandess@huschblackwell.com

Michael J Whaley
    on behalf of Interested Party CrossMed Healthcare Staffing Solutions Inc. MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

Michael S. Dove
    on behalf of Creditor Huntington National Bank mdove@gislason.com jburgau@gislason.com;hbliesmer@gislason.com

Michael T. Gustafson
    on behalf of Interested Party Iowa City Ambulatory Surgical Center LLC mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Michael T. Gustafson
    on behalf of Interested Party Johnson County Surgeon Investors LLC. mike.gustafson@faegrebd.com, cathy.greer@faegredrinker.com

Miranda L. Hughes
    on behalf of Interested Party Radiologic Medical Services P.C. hughes@brownwinick.com, tingle@brownwinick.com;michelle.messer@brownwinick.com

Miranda L. Hughes
    on behalf of Interested Party RMS Holdings P.C. hughes@brownwinick.com, tingle@brownwinick.com;michelle.messer@brownwinick.com

Nathan F. Coco
    on behalf of Creditor Computershare Trust Company N.A., as Trustee nfcoco@mintz.com

Nathan F. Coco
    on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative nfcoco@mintz.com

Nicholas Miller
    on behalf of Creditor McKesson Corporation nick.miller@brickgentrylaw.com

Nicholas Miller
    on behalf of Creditor Owens & Minor Inc. nick.miller@brickgentrylaw.com

Nicole Hughes
    on behalf of Creditor Cole Schotz P.C. nhughes@telpnerlaw.com, kives@telpnerlaw.com

Nicole Hughes
    on behalf of Creditor William H Henrich nhughes@telpnerlaw.com kives@telpnerlaw.com

Patrick B. Dillon
    on behalf of Creditor Health Carousel Travel Network LLC (HCTN) patdillon@dillonlawpc.com, 6917@notices.nextchapterbk.com

Paula L. Roby
    on behalf of Financial Advisor HBM Management Associates LLC paula@drpjlaw.com, ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Interested Party Carol Ebinger et al. paula@drpjlaw.com, ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Pensioners Committee Official Committee of Pensioners paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Other Prof. Liquidating Trust Oversight Committee paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Interested Party Mercy Pensioners Ad Hoc Committee paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com

Peter Chalik

Case 23-00623    Doc 1286    Filed 10/12/24    Entered 10/12/24 23:35:34    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0862-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Creditor Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Computershare Trust Company N.A., as Trustee chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Preston Hollow Capital LLC. chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant Preston Hollow Community Capital Inc., as Bondholder Representative chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Peter Chalik | |
| | on behalf of Defendant PHCC LLC d/b/a Preston Hollow Community Capital chalik@whitfieldlaw.com hodzic@whitfieldlaw.com |
| Robert Cardell Gainer | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Cardell Gainer | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors rgainer@cutlerfirm.com 9643802420@filings.docketbird.com |
| Robert Schaefer Westermann | |
| | on behalf of Creditor Owens & Minor Inc. rwestermann@hirschlerlaw.com, rhenderson@hirschlerlaw.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Iowa City ACO LLC rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Hospital Iowa City, Iowa rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Roy Ryan Leaf | |
| | on behalf of Debtor Mercy Services Iowa City Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Samantha Norris | |
| | on behalf of Interested Party RMS Holdings P.C. samantha.norris@brownwinick.com |
| Samantha Norris | |
| | on behalf of Interested Party Radiologic Medical Services P.C. samantha.norris@brownwinick.com |
| Samuel Gray | |
| | on behalf of Other Prof. Dan R. Childers sgray@spmblaw.com jcesek@spmblaw.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor J. Nicholas Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Nancy Russo Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Mike Garrels Office@markslawdm.com |
| Samuel Zachary Marks | |
| | on behalf of Creditor Brent Strabala Office@markslawdm.com |
| Stephanie L. Hinz | |
| | on behalf of Creditor Hyundai Capital America (HCA) servicing agent of Hyundai Lease Titling Trust shinz@pbalawfirm.com dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Steven G. Klesner | |
| | on behalf of Creditor Travel Nurse Across America steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | |
| | on behalf of Creditor Judy Andronowitz steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Steven G. Klesner | |
| | on behalf of Creditor Dawna Miller steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| Susan Nielsen Goodman | |
| | on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com pivothealthaz@gmail.com |
| Tara Holterhaus | |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Healogics Wound Care & Hyperbaric Services LLC tholterhaus@spencerfane.com

Terry Gibson

on behalf of Creditor Communications Engineering Company tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson

on behalf of Creditor Siemens Financial Services tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson

on behalf of Creditor Steindler Orthopedic Clinic P.L.C. tgibson@wandrolaw.com filings@wandrolaw.com

Tom Flynn

on behalf of Creditor McKesson Corporation tom.flynn@brickgentrylaw.com

Tyler L Eason

on behalf of Creditor Iowa Insurance Division tyler.eason@ag.iowa.gov sara.olsen@ag.iowa.gov

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga

on behalf of Creditor Progressive Rehabilitation Associates L.L.C. wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga

on behalf of Interested Party Washington County Hospital and Clinics wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

William J Sueppel

on behalf of Creditor Gerard Electric Inc. billjs@meardonlaw.com

William W. Kannel

on behalf of Creditor Computershare Trust Company N.A., as Trustee bkannel@mintz.com

William W. Kannel

on behalf of Creditor Preston Hollow Community Capital Inc., as Bondholder Representative bkannel@mintz.com

TOTAL: 118

2100 B (12/15)

# United States Bankruptcy Court

Northern District of Iowa
Case No. 23-00623
Chapter 11

In re: Debtor(s) (including Name and Address)

Mercy Hospital, Iowa City, Iowa
500 E. Market Street
Iowa City IA 52245

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/08/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : SCRIBEAMERICA, PO BOX 417756, BOSTON, MA 02241 | Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/12/24

Sharon K. Mullin
**CLERK OF THE COURT**