## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 1277-1278 & 1280** |

### CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2024, I caused to be served the:

   a. "Order Granting Final Approval of All Fees and Expenses of Day Rettig Martin P.C. as Counsel to the Official Committee of Pensioners," dated October 8, 2024 [Docket No. 1277],

   b. "Order Granting Final Approval of All Fees and Expenses of HBM Management Associates L.L.C. as Financial Advisor to the Official Committee of Pensioners," dated October 8, 2024 [Docket No. 1278], and

   c. "Proceeding Memo," dated October 8, 2024 [Docket No. 1280],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

*MERCY HOSPITAL, IOWA CITY, IOWA, et al.*,
Case No. 23-00623 (TJC)
Electronic Mail Service List

| Name | Email |
|---|---|
| Debtor | noticing@mercyic.org |
| Debtors Counsel | fperlman@mwe.com; dsimon@mwe.com; ekeil@mwe.com; jhaake@mwe.com; rleaf@nyemaster.com |
| Committee's Counsel | rgainer@cutlerfirm.com; asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| U.S. Trustee Office | janet.g.reasoner@usdoj.gov |
| Bond Trustee's Counsel | wkannel@mintz.com; nfcoco@mintz.com ; mpreusker@mintz.com; chalik@whitfieldlaw.com |
| Liquidation Trustee | whenrich@getzlerhenrich.com |