IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CONSENT MOTION TO EXTEND TIME (re Admin Claim #40013)** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, and in support of this Motion respectfully states:

1. The Official Committee of Mercy Pensioners filed with Epiq (the Claims Agent) Administrative Claim #40013, in the amount of $1,467,741.94. The Administrative Claim was filed pursuant to a previous Order issued by this Court, setting forth the procedure for timely filing of Administrative Claims.

2. The current deadline for the Trustee to object to Administrative Claims is November 6, 2024.

3. The Trustee and his counsel need more time to examine and evaluate Administrative Claim #40013.

4. The Trustee via counsel has consulted with the claimant who signed the Administrative Claim, and the claimant consents to the Trustee's request for an additional thirty days to object to Administrative Claim #40013.

5. Good cause therefore exists to extend the deadline for the Trustee to object to Administrative Claim #40013 to and including December 6, 2024.

WHEREFORE, the Liquidation Trustee respectfully prays this Court enter and enroll an Order granting the Liquidation Trustee, and only the Liquidation Trustee, through

- 2 -

and including December 6, 2024, to object to Administrative Claim #40013, and for such other relief as may be just and proper under the premises.

        /s/ Eric W. Lam
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 15th day of October, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

        /s/ Kelly Carmichael

MHLT/Pldgs/BA 23-00623 – Drafts/Mtn to Extend Time to Obj to Admin Claim #40013.101424.1253.ewl