## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is a Consent Motion to Extend Time, filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust. The Motion recites consent to the relief requested was given by the Claimant. IT IS THEREFORE ORDERED the Liquidation Trustee, and only the Liquidation Trustee, is hereby granted through and including December 6, 2024 to object to Administrative Claim #40013.

Entered this 15th day of October, 2024.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Mtn to Extend Time to Obj to Admin Claim #40013.101424.1256.ewl