# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF MOTION OF GETZLER HENRICH & ASSOCIATES LLC AND COLE SCHOTZ P.C. TO ENFORCE THE CONFIRMATION ORDER, PLAN AND LIQUIDATION TRUST AGREEMENT AND TO COMPEL THE LIQUIDATION TRUSTEE TO PAY POST-PETITION FEES**

**NOTICE IS GIVEN** that objections to this Motion to Enforce the Confirmation Order, Plan, and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees must be served on the undersigned counsel for Getzler Henrich & Associates, LLC and Cole Schotz P.C. and the Office of the US Trustee, US Federal Courthouse, 111 7th Ave. SE, Box 17, Cedar Rapids, IA 52401-2101 **and filed with the Clerk of Bankruptcy Court at 111 7th Ave. SE, Box 15, Cedar Rapids, Iowa 52401-2101 on or before November 8, 2024.**

**NOTICE IS FURTHER GIVEN** that if an objection is filed, it will be set for hearing and that if no resistance is filed, an order may be enter sustaining the Motion as requested.

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECR as listed on CM/ECF's notice of electronic filing.

Dated: October 18, 2024.

/s/ Nicole Hughes  
Nicole Hughes, Trustee, AT0002263  
Telpner Peterson Law Firm, LLP  
25 Main Place, Suite 200  
Council Bluffs, IA  51503  
Telephone:  (712) 325-9000  
Facsimile:  (712) 328-1946  
E-mail: nhughes@telpnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that on October 18, 2024, a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, the U.S. Trustee, the Liquidation Trustee, and the members of the Trust Oversight Committee, and all parties that have filed a renewed request for notice pursuant to Bankruptcy Rule 2002 after the Effective Date in accordance with section XVII.E of the Plan.

/s/ Nicole Hughes