IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**MCDERMOTT'S WITNESS AND EXHIBIT LIST FOR**
**<u>OCTOBER 23, 2024 HEARING</u>**

Party's Name: McDermott Will & Emery LLP

Party's Attorneys: Dan Simon, Felicia Gerber Perlman

This Witness and Exhibit List is being served pursuant to applicable Local Rules, concerning exhibit exchange and identification. Failure to timely object will result in the aforementioned exhibits being admitted into evidence.

| EX | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | Declaration of Roy Ryan Leaf in Support of Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 1296] | | | | | | |
| 2 | Declaration of Dr. Thomas Clancy in Support of Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of | | | | | | |

1

| EX | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
|  | Compensation and Reimbursement of Expenses [Docket No. 1297] |  |  |  |  |  |  |
| 3 | Declaration of James Porter in Support of Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 1298] |  |  |  |  |  |  |
| 4 | Declaration of C. Richard Bayman in Support of Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 1299] |  |  |  |  |  |  |
| 5 | Letter from the Former Board of Mercy Hospital, Iowa City, Iowa [Docket No. 1300] |  |  |  |  |  |  |

NOTE: Per N.D. of Iowa Local Bankruptcy Rules, marked exhibits will be hand-delivered to the Court Recorder prior to the Trial or Hearing.

McDermott also reserves the right to supplement, amend, withdraw, or otherwise modify this submission.  McDermott also designates any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of a witness.

## WITNESSES

McDermott may call, if necessary, Roy Ryan Leaf, James Porter, C. Richard Bayman, Dr. Thomas Clancy, and Mark E. Toney as witnesses to provide testimony in Court. McDermott also designates any and all witnesses on a list submitted by any other parties in this matter. McDermott also reserves the right to supplement, amend, withdraw, or otherwise modify this submission.

Respectfully Submitted,

*/s/ Daniel M. Simon*
**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
Email:   fperlman@mwe.com
             dsimon@mwe.com
             ekeil@mwe.com

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this October 21, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Daniel M. Simon*