## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION PRO HAC VICE

Anupama Yerramalli of the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, a lawyer who is not a member of the bar of this District, hereby moves the Court to appear *pro hac vice* as counsel to ToneyKorf Partners LLP, in connection with the above-captioned chapter 11 cases (collectively, the "Debtors"). In support of this Motion, Mrs. Yerramalli states as follows:

1. My full name is Anupama Yerramalli. I am a partner at the firm Latham & Watkins LLP. I am a member in good standing of the Bars of New Jersey and New York and duly admitted to practice law in the following courts:

> The United States District Court for the Southern District of New York;
>
> The United States District Court for the Eastern District of New York; and
>
> The United States District Court for the District of New Jersey

2. To my knowledge, no disciplinary proceedings have ever been filed or are pending against me and I am currently not suspended or disbarred in any court. A letter or certificate of good standing will be filed within 21 days of this Motion, as required by Local Rule 2090-1 of the *Local Rules for the United States Bankruptcy Court for the Northern District of Iowa* (the "Local Rules").

3. I hereby acknowledge that if this Motion is granted, I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the courts of Iowa in connection with my *pro hac vice* representation in this case, including the Local Rules.

4. I have not within the past year filed a *pro hac vice* application in this Court.

5. I will further comply with the associate counsel requirements of Local Rule 2090-1 by associating with Roy Leaf, an attorney who have been admitted to the bar of this Court and District and who has appeared in this case as counsel on behalf of the Debtors.

6. I can be contacted as follows:

Anupama Yerramalli
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:     anu.yerramalli@lw.com

DATED: October 21, 2024

Respectfully submitted,

*/s/ Anupama Yerramalli*
Anupama Yerramalli
Latham & Watkins LLP

I, Anupama Yerramalli, declare under penalty of perjury, that I am counsel to ToneyKorf Partners LLP in this proceeding in the United States Bankruptcy Court for the Northern District of Iowa.

I further declare under penalty of perjury, under the laws of the States of New Jersey, New York and Iowa, and the laws of the United States, that the foregoing information set out and contained in the above Motion is true and correct, and is executed this 15th day of October, 2024 in New York, New York.

Dated: October 21, 2024

<i>/s/ Anupama Yerramalli</i><br>
Anupama Yerramalli