UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Chapter 11 |
| | Bankruptcy No. 23-00623 |
| Debtors | Jointly Administered |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The matter before the Court is the Motion for Admission *Pro Hac Vice* (Doc. 1302) of Anupama Yerramalli as counsel to ToneyKorf Partners LLP in connection with the above-captioned chapter 11 cases. Having reviewed the Motion, the Court finds that the application substantially conforms to the requirements of L.R. 2090-1(b)(3).

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* of Anupama Yerramelli is **GRANTED**.

Ordered:
October 22, 2024

Thad J. Collins
Chief Bankruptcy Judge