UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>　　　　Debtor. | CHAPTER 11<br>BANKRUPTCY NO. 23-00623<br><br>**WITHDRAWAL OF APPEARANCE (INVOLVEMENT CONCLUDED)** |

COMES NOW, Jeffrey P. Taylor of Klinger, Robinson & Ford, L.L.P., and hereby withdraws his Appearance on behalf of Tyler Davis and Ashley Kurka. The undersigned has concluded his representation of Tyler Davis and Ashley Kurka, making counsel's withdrawal appropriate without further notice.

　　　　　　　　　　　　　　　　　　/s/ Jeffrey P. Taylor
　　　　　　　　　　　　　　　　　　Jeffrey P. Taylor　AT0007718
　　　　　　　　　　　　　　　　　　KLINGER, ROBINSON & FORD, L.L.P.
　　　　　　　　　　　　　　　　　　401 Old Marion Road NE
　　　　　　　　　　　　　　　　　　P. O. Box 10020
　　　　　　　　　　　　　　　　　　Cedar Rapids, IA 52410-0020
　　　　　　　　　　　　　　　　　　(319) 395-7400
　　　　　　　　　　　　　　　　　　(319) 395-9041 (Facsimile)
　　　　　　　　　　　　　　　　　　jtaylor@krflawfirm.com

　　　　　　　　　　　　　　　　　　ATTORNEY FOR TYLER DAVIS AND
　　　　　　　　　　　　　　　　　　ASHLEY KURKA, INDIVIDUALLY AND AS
　　　　　　　　　　　　　　　　　　PARENTS AND NEXT FRIENDS OF K.D., A
　　　　　　　　　　　　　　　　　　MINOR CHILD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on the parties who receive electronic notices through CM/ECF as listed on the CM/ECF's Notice of Electronic Filing.

__10/22/24__   __/s/ Karellis__
Date                                  Signature


Roy Ryan Leaf, Jack Gabriel Haake, Emily C. Keil, Matthew McGuire, Felicia Gerber Perlman, Daniel M. Simon, Kristina M. Stanger, Attorneys for Debtor

United States Trustee

Robert Cardell Gainor, Boris I. Mankovestskiy, Andrew H. Sherman, Official Committee of Unsecured Creditors

Paula Roby, Attorney for Official Committee of Pensioners