UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

In re:                                                                                                Bky No. 23-00623 - TJC

Mercy Hospital, Iowa City, Iowa, et al.,
                                    Debtors.

### REQUEST FOR NO FUTURE ELECTRONIC NOTICES

Michael S. Dove with the law firm of Gislason & Hunter LLP no longer requires receipt of ECF notification and hereby requests removal from the Electronic Mail Notice List in the above-captioned proceeding.

Dated this 22nd day of October, 2024.

/s/ Michael S. Dove
Michael S. Dove   AT00012207
GISLASON & HUNTER LLP
2700 South Broadway
P. O. Box 458
New Ulm, MN  56073-0458
Phone:  507-354-3111
mdove@gislason.com

*Attorneys for The Huntington National Bank*

### CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/EDF as listed on CM/ECF's notice of electronic filing.

Dated: October 22, 2024                             /s/ Michael S. Dove

4877-8178-2514.v1