FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

OCT 23 2024

Clerk of Court
By:_____
Deputy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 12<br><br>Bankruptcy No. 23-00623 (JTC)<br><br>Jointly Administered |

### THE OFFICIAL COMMITTEE OF PENSIONERS WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED OCTOBER 23, 2024, AT 10:30 A.M. RE: FINAL FEE APPLICATIONS

COMES NOW the Official Committee of Pensioners, by and through their undersigned counsel and hereby submits their Witness List and Exhibit List for October 23, 2024, at 10:30 a.m. Hearing on Final Fee Applications.

### WITNESSES

The Official Committee of Pensioners expect to call the following witnesses:

1. Marc Ross, HBM Management
2. Mary McCarthy, Pensioner / Pensioner Committee
3. Patrick Magallanes, Liquidation Trust Oversight Committee Bondholder Representative

The Official Committee of Pensioners expressly reserves the right to supplement this witness disclosure, and to add and call additional witnesses, as allowed by rule or the Court, and any and all other witnesses brought to the Official Committee of Pensions attention and any witness to rebut testimony or evidence offered by other parties, and any witness listed or called by another party.

### EXHIBITS

1

| EXH. | Brief Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPO-SITION |
|---|---|---|---|---|---|---|---|
| A | Application of Compensation for McDermott Will and Emery LLP (Doc. 348) | Yes | Yes | No | Yes | 10/23/24 | Admitted |
| B | Second Application of Compensation for McDermott Will and Emery LLP (Doc. 503) | | | | | | |
| C | Third Application of Compensation for McDermott Will and Emery LLP (Doc. 532) | | | | | | |
| D | Fourth Application of Compensation for McDermott Will and Emery LLP (Doc. 574) | | | | | | |
| E | Fifth Application of Compensation for McDermott Will and Emery LLP (Doc. 817) | | | | | | |
| F | Sixth Application of Compensation for McDermott Will and Emery LLP (Doc. 819) | | | | | | |
| G | Seventh Application of Compensation for McDermott Will and Emery LLP (Doc. 948) | | | | | | |
| H | Eighth Application of Compensation for McDermott Will and Emery LLP (Doc. 1021) | | | | | | |
| I | Ninth Application of Compensation for McDermott Will and Emery LLP (Doc. 1105) | | | | | | |
| J | Tenth Application of Compensation for McDermott Will and Emery LLP (Doc. 1161) | | | | | | |
| K | Final Application of Compensation for McDermott Will and Emery LLP (Doc. 1224) | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |

The Official Committee of Pensioners expressly reserves the right to supplement this exhibit disclosure, and to add or offer additional exhibits, any exhibit designated by another party in interest, and any and all other documents and information brought to the Official Committee of Pensioners' attention.

Dated 21st day of October 2024.

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Paula L. Roby
Paula L. Roby AT0006749
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: paula@drpjlaw.com
ATTORNEY FOR THE
OFFICIAL COMMITTEE OF PENSIONERS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of October 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System. The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed: /s/ Lillian M Strait

The undersigned hereby certifies that true copies of **Exhibits A through K** were served upon the attorneys listed below via electronic mail at their respective electronic mail address as disclosed by the pleadings of record herein and as set forth below on the 21st day of October 2024.

Signed: /s/ Lillian M Strait

| McDermott Will & Emery LLP<br>444 West Lake Street Suite 4000<br>Chicago, Illinois 60606<br>**fperlman@mwe.com**<br>**dsimon@mwe.com**<br>**ekeil@mwe.com** | United States Trustee<br>Janet G. Reasoner<br>111 7th Ave SE, Box 17<br>Cedar Rapids, Iowa 52404<br>**Janet.G.Reasoner@usdoj.gov** |
|---|---|

3