FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

OCT 23 2024

By:_____ Clerk of Court
Deputy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, | ) | Case No. 23-00623C |
| IOWA CITY, IOWA, *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date: October 23, 2024 |

**Party's Name: Mary R. Jensen, Acting United States Trustee for Region 12**
**Party's Attorney: Janet Reasoner and Claire Davison**

## WITNESSES

1. Jennifer Cline, Paralegal Specialist, Office of the United States Trustee.

The UST reserves the right to call any witness designated by any other party and to call any witness necessary to authenticate any document introduced into evidence.

## EXHIBITS

| Exh. | Description | Mark | Offer | Object | Admit | Date | Disposition |
|---|---|---|---|---|---|---|---|
| A | Fee Requests, Demonstrative | Yes | Yes | No | Yes | 10/23/24 | ADMITTED |
| B | Partner Review Demonstrative | | | | | | |
| C | Hours Expended Demonstrative | | | | | | |
| D | Hourly Rate Comparison Demonstrative | | | | | | |

The UST reserves the right to designate any exhibit designated by another party. The UST reserves the right to amend this list up to the date of the hearing. The UST also designates any an all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of a witness.

1

Dated this 21st day of October, 2024.

                                               **Mary R. Jensen**
Acting United States Trustee
Region 12

By:/s/ Claire R. Davison
Claire R. Davison
AT #0014945
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (202) 320-3943
Claire.r.davison@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated October 21, 2024.

                                               By:/s/ Claire Davison
**Claire Davison**
Trial Attorney
United States Trustee's Office