# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 1293, 1294 & 1303** |

## CERTIFICATE OF SERVICE

I, JEFFREY A. KRAMER, hereby certify that:

1. I am Of Counsel of the law firm Sills Cummis & Gross P.C., with primary offices located at One Riverfront Plaza, Newark, NJ 07102.

2. On October 18, 2024, I caused the following documents to be served by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A:

- Notice of Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses [Docket No. 1294];

- Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses [Docket No. 1293]; and

- Declaration of Andrew H. Sherman in Support of Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses [Docket No. 1293-1].

3. On October 21, 2024, I caused the following document to be served by causing a true and correct copy to be delivered via electronic mail to those parties listed on the annexed Exhibit A:

12731120

-2-

- Amended Notice of Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses [Docket No. 1303].

4. The parties set forth on Exhibit A consist of the U.S. Trustee, the Liquidation Trustee, the members of the Trust Oversight Committee, and all parties that have filed a renewed request for notice pursuant to Bankruptcy Rule 2002 after the Effective Date in accordance with section XVII.E of the Plan

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: October 23, 2024  /s/ Jeffrey A. Kramer
Newark, New Jersey  Jeffrey A. Kramer

12731120

-3-

## EXHIBIT A

| Service Party | Email Address |
|---|---|
| Janet G. Reasoner, Office of U.S. Trustee | Janet.G.Reasoner@usdoj.gov |
| Eric W. Lam | elam@simmonsperrine.com |
| Dan Childers | DRC@ShuttleworthLaw.com |
| Christopher K. Loftus | cloftus@spmblaw.com |
| Samuel J. Gray | sgray@spmblaw.com |
| William Henrich | whenrich@getzlerhenrich.com |
| Nicole Hughes | nhughes@telpnerlaw.com |
| Norman L. Pernick | npernick@coleschotz.com |
| John Dinan | jdinan@phccap.com |
| Paula Roby | Paula@drpjlaw.com |
| Patrick Magallanes | pmagallanes@steindler.com |