UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtor. | CHAPTER 11<br>BANKRUPTCY NO. 23-00623<br><br>**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF COUNSEL (INVOLVEMENT CONCLUDED)** |

On this day, the Withdrawal of Appearance (Involvement Concluded) came before the Court. The Court FINDS there are no pending matters involving Creditors Ashley Kurka and Tyler Davis.

IT IS ORDERED that Jeffrey P. Taylor and the firm of Klinger, Robinson & Ford, L.L.P. are permitted to withdraw as attorneys of record for Creditors Ashley Kurka and Tyler Davis in this matter.

Ordered:
October 24, 2024

THAD J. COLLINS, CHIEF U.S. BANKRUPTCY JUDGE, NORTHERN DISTRICT OF IOWA

*This Order was prepared and submitted by Attorney Jeffrey P. Taylor, Attorney for Creditors Ashley Kurka and Tyler Davis*