# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 1212 and 1243 |

**ORDER GRANTING FINAL APPROVAL OF FEES AND EXPENSES OF NYEMASTER GOODE, P.C. AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**

The matter before the Court is Nyemaster Goode P.C.'s ("Nyemaster") approval of fees and expenses of Nyemaster as counsel to the Debtors and Debtors-in-Possession and the United States Trustee's limited Objection thereto. The Court notes the United States Trustee's Objection is limited to the approval of fees after the Plan Effective Date of June 24, 2024.

In resolution of the United States Trustee's Objection, parties have advised that all fees incurred by Nyemaster after June 24, 2024 will be paid by the Mercy Hospital Liquidating Trustee.

No objections have been timely filed to the fees of Nyemaster incurred between August 7, 2023 and June 24, 2024. The Court finds all fees and expenses incurred in that time period are fair and reasonable and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Application of Final Fees of Nyemaster Goode P.C. in the amount of $608,920.50 and expenses of $41,042.74 are approved for work performed from August 7, 2023 through June 24, 2024.

2. To date, Nyemaster has received payment in the amount of $468,504.74, leaving a remaining balance of $181,458.50 due and owing to Nyemaster for its work through June 24, 2024.

3. Nyemaster is authorized to setoff the awarded amounts against $134,256.50 held as retainer from the Debtors, leaving a balance of $47,202.00 to be paid by the Liquidating Trustee for work performed through June 24, 2024.

4. Additionally, the Liquidating Trustee has indicated he shall pay directly to Nyemaster all fees included in the application incurred after June 24, 2024 in the amount of $26,275.00.

5. All fees in the total amount of $73,477.00 shall be paid directly to Nyemaster Goode, P.C. by the Trustee of the Mercy Hospital Liquidating Trust.

Date Entered: October 31, 2024

_____
United States Bankruptcy Judge
For the Northern District of Iowa

ORDER PREPARED BY:
Claire Davison, AT00014945
Office of the United States Trustee

APPROVED AS TO FORM AND CONTENT:

*/s/ Roy Leaf*
Roy Leaf
Nyemaster Goode, P.C.

*/s/ Dan Childers*
Dan Childers
Mercy Hospital Liquidating Trustee

*/s/ Claire Davison*
Claire Davison
Office of the United States Trustee