# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 1279** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2024, I caused to be served a *customized* "Notice of Defective Transfer," dated October 8, 2024, *related to Docket No. 1279*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy Iowa City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624). This Court directed the cases to be jointly administered under this main action on August 8, 2023. Docket No. 37

# EXHIBIT A

| In Re: | Chapter 11 |
|---|---|
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | Case NO. 23-00623 (TJC) |
| Debtors | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

SCRIBEAMERICA
ATTN: JOHN - A/R PO BOX 417756
BOSTON, MA 02241-7756

BAR(23) MAILID *** 000229334552 ***         MCO DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1



ARGO PARTNERS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

**Your transfer of schedule # 624002550 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   1279                Date:  10/08/2024

/s/ Hallie Dreiman

_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ARGO PARTNERS | 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY 10018 |
| ARGO PARTNERS | 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY 10018 |
| SCRIBEAMERICA | ATTN: JOHN - A/R PO BOX 417756, BOSTON, MA 02241-7756 |
| SCRIBEAMERICA LLC | ATTN GENERAL COUNSEL, 1200 E LAS OLAS BLVD, STE 301, FORT LAUDERDALE, FL 33301 |

**Total Creditor Count 4**