# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

## CONSENT ORDER EXTENDING BRIEFING DEADLINE RELATED TO ELEVENTH MONTHLY AND FINAL FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, <u>FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

The matter before the Court is McDermott Will & Emery LLP's ("<u>MWE</u>") final application for approval of fees and expenses as counsel to the Debtors and Debtors-in-Possession (the "<u>Fee Application</u>") and the United States Trustee (the "<u>UST</u>") and Ad Hoc Committee of Pensioners' (the "<u>Ad Hoc Committee</u>" and, together with MWE and the UST, the "<u>Parties</u>") objections thereto.

The Court held a hearing on October 23, 2024 and provided the Parties until November 6, 2024 to submit post-hearing briefs in support of their respective positions (the "<u>Deadline</u>"). The Parties have been in discussions regarding potentially settling the UST and Ad Hoc Committee's objections to the Fee Application. The Parties believe that additional time to discuss the objections to the Fee Application have the potential to a yield a settlement of the issues related thereto.

The Court finds good cause exists for an extension of the Deadline because continuing discussions are in the best interests of the Parties, the extension is fair, is reasonable, and accordingly should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Deadline for the Parties to submit post-hearing briefing with respect to the Fee Application is hereby extended until November 20, 2024. Any of the Parties may, but are not required, to submit additional briefing.

Date Entered:        November __4_, 2024

                                                United States Bankruptcy Judge
                                                For the Northern District of Iowa

ORDER PREPARED BY:
Roy Leaf
Nyemaster Goode P.C.

APPROVED AS TO FORM AND CONTENT:

*/s/ Claire Davison*
Claire Davison, AT00014945
Office of the United States Trustee


*/s/ Paula Roby*
Paula Roby
Ad Hoc Committee of Pensioners


*/s/ Felicia Perlman*
Felicia Gerber Perlman
McDermott Will & Emery LLP


_____