IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623<br><br>Jointly Administered |

### WITHDRAWAL OF DANA W. HEMPY AND REQUEST FOR REMOVAL FROM NOTIFICATIONS

COMES NOW Dana W. Hempy, attorney with Nyemaster Goode, P.C., and withdraws from this matter and requests removal from notifications. Mercy Hospital, Iowa City, Iowa, is represented by Nyemaster Goode attorneys Kristina M. Stanger, Roy R. Leaf and Matthew McGuire. The withdrawal of Dana Hempy will not affect the representation of Mercy Hospital, Iowa City, Iowa.

Respectfully submitted,

/s/ Dana W. Hempy
Dana W. Hempy, AT0014934
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: dhempy@nyemaster.com

ATTORNEYS FOR DEBTORS and
DEBTORS-IN-POSSESSION

### Certificate of Service

The undersigned certifies under penalty of perjury, that on November 6, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Dana W. Hempy