## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| _____ ) | |
| ) | Chapter 11 |
| In Re: ) | |
| ) | Case No. 23-00623 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |

### WITHDRAWAL OF MATTHEW A. MCGUIRE AND REQUEST FOR REMOVAL FROM NOTIFICATIONS

COMES NOW Matthew A. McGuire, attorney with Nyemaster Goode, P.C., and withdraws from this matter and requests removal from notifications.  Mercy Hospital, Iowa City, Iowa, is represented by attorneys Kristina M. Stanger, and Roy R. Leaf.  The withdrawal of Matthew A. McGuire will not affect the representation of Mercy Hospital, Iowa City, Iowa.

Respectfully submitted,

*/s/ Matthew A. McGuire*
Matthew A. McGuire, AT0011932
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1300
Des Moines, IA 50309
Telephone:  (515) 283-3100
Facsimile:  (515) 283-8045
Email:  mmcguire@nyemaster.com

ATTORNEY FOR DEBTORS and
DEBTORS-IN-POSSESSION

### **Certificate of Service**

The undersigned certifies under penalty of perjury, that on November 6, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Matthew A. McGuire*