IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**RESPONSE TO MOTION TO COMPEL** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, and with respect to the Motion to Compel filed by Getzler Henrich & Associates LLC and Cole Schotz P.C. (Dkt #1291), respectfully responds as follows:

1. The Trustee posits the applicable provisions of the Liquidation Trust Agreement provides Trustee with three and only three options, when faced with a fee invoice. Specifically, the Trustee may:

    a. Pay the invoice in full, if there is no Objections from the Oversight Committee ("OC");

    b. If there is an objection from the OC, then pay the invoice in an amount agreed upon between the OC and the entity requesting fee payment; or

    c. Pay the invoice in an amount as determined by this Court.

2. With respect to the fee invoice from Getzler Henrich & Associates LLC and Cole Schotz P.C., the OC did lodge an Objection. Therefore, the first option was not available to the Trustee. Similarly, as of the filing of this Response, the Trustee is not aware of any agreement between and among the parties. Option 2 is therefore likewise not available.

3. As such, the Trustee will abide by any Final Order from this Court, with respect to the amount of fees that should be paid from the Trust.

WHEREFORE, the Liquidation Trustee respectfully prays this Court enter and enroll an Order in accordance with the terms of the Liquidation Trust, and for such other relief as may be just and proper under the premises.

/s/ E Lam
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 6th day of November, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.



/s/ Kelly Carmichael

MHLT/Pldgs/BA 23-00623 – Drafts/Response to Henrich Mtn to Compel.110624.218p.ewl