IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**SUPPLEMENTAL ORDER** |

  The matter before the Court is a Motion for Relief from Stay filed by Movant the Estate of Steven Schwarz (Dkt #213). Pursuant to consent between and among the parties, an Order was enrolled at Dkt #357 ("First Order"). That First Order specifically provided the Movant may not proceed toward a certain Excess Policy issued by Coverys Liability Policy #005IA000037706 (the "Umbrella Policy"). Indeed, at the time of entry of the First Order, the underlying trial in State Court had not yet resulted in a verdict. Subsequent to the entry of the First Order, the Jury in the underlying State Court Trial has rendered a verdict. Pursuant to further consent and stipulation among the parties (including the Liquidation Trustee in whom the confirmed Plan had vested certain powers and responsibilities, such as the allowance and disallowance of claims against the Trust), it is hereby ORDERED to the extent, if at all, the automatic stay of 11 U.S.C. §362 applies, the stay is lifted for the sole and limited purpose of enabling the Movant to proceed in rem against the Excess Policy. The Movant shall have no claim whatsoever against the Liquidation Trust or the bankruptcy estates.

  Entered this __7th__ day of November, 2024.

                        _____
                       Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

So Consented:
_/s/ H.J. Dane_____
Attorney for Movant

MHLT/Pldgs/BA 23-00623 – Drafts.SuppOrderM2LSSchwarz.110624.1313.ewl