IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**WITHDRAWAL OF OBJECTION TO ADMINISTRATIVE CLAIM** |

COMES NOW Trustee Dan R. Childers and hereby withdraws his Objection (Dkt #1355) against the Administrative Claim filed by PeriGen, Inc., for the reason that on November 7, 2024, PeriGen, Inc. filed an Amended Administrative Claim #40068, and the Trustee does not object to the Amended Administrative Claim #40068.

                                                            */s/ Eric W. Lam*
                                                        Eric W. Lam, AT0004416
                                                        SIMMONS PERRINE MOYER BERGMAN PLC
                                                        115 Third Street SE, Suite 1200
                                                        Cedar Rapids, IA 52401
                                                        Tel: 319-366-7641; Fax: 319-366-1917
                                                        elam@simmonsperrine.com

                                                        ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 8th day of November, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                                                */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Withdrawal of Obj to Admin Claim #40068.110824.0943.ewl