IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623<br><br>Jointly Administered |

### ORDER GRANTING WITHDRAWAL OF MATTHEW A. MCGUIRE AND REMOVAL FROM NOTIFICATIONS

The Court, having reviewed the motion of Matthew A. McGuire to withdraw from this matter, finds Mercy Hospital, Iowa City, Iowa, continues to be represented by Nyemaster Goode attorneys Kristina M. Stanger and Roy R. Leaf. The motion is granted and the Clerk of Court is instructed to remove Mr. McGuire from receiving future notifications.

Ordered:
November 8, 2024

Thad J. Collins
Chief Bankruptcy Judge