IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION FOR RELIEF FROM ORDER** |

**NOTICE IS HEREBY GIVEN** that on the 12th day of November, 2024, Eric W. Lam, Attorney for Liquidation Trustee Dan R. Childers, filed a Motion for Relief from Order. A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, Iowa. A copy of this *Notice* has been served upon all parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to the relief requested in the Motion must be filed on or before the 3rd day of December, 2024. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Dan R. Childers, Liquidation Trustee, P.O. Box 2107, Cedar Rapids, IA 52406-2107; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, Iowa 52401-2101.

**NOTICE IS FURTHER GIVEN** if a timely and substantive objection is filed, a hearing will be set by separate notice. If no timely and substantive objection is filed, an Order will be tendered to the Court for consideration, granting the relief requested in the Motion.

          */s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

MHLT/Pldgs/BA 23-00623 – Drafts/NOBD re Mtn for Relief.111224.1232.ewl