IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 23-00623<br><br>NOTICE OF APPEARANCE |

COMES NOW Nathan H. Peters, Assistant Johnson County Attorney, and hereby enters his appearance on behalf of Johnson County, Iowa.

Respectfully submitted,

*/s/ Nathan H. Peters*
Nathan H. Peters
Assistant Johnson County Attorney
500 S. Clinton Street, Suite 400
Iowa City, IA 52240
Phone (319) 339-6100
Fax: (319) 339-6149
E-mail: npeters@johnsoncountyiowa.gov

ATTORNEY FOR JOHNSON COUNTY, IOWA

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury, that on this 14th day of November 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

*/s/ Nathan H. Peters*