IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al,<br><br>    Debtors. | Chapter 11 Bankruptcy<br>Case no. 23-00623<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR NOTICE |

COMES NOW, the undersigned counsel and hereby enters his appearance in this case on behalf of the Iowa Department of Revenue and, pursuant to Bankruptcy Rule 2002, requests to receive all notices filed in this case by email to the below address.

Dated: November 15, 2024

                                            BRENNA BIRD
                                            Attorney General of Iowa

                                            By:  /s/ Steve Ginther
                                            STEVE GINTHER
                                            Iowa Bar # AT0015847
                                            Assistant Attorney General
                                            Hoover State Office Building
                                            Des Moines, IA  50319
                                            Telephone:  (515) 415-2177
                                            Facsimile:  (515) 281-4209
                                            Email:  steve.ginther@ag.iowa.gov
                                            Attorney for Iowa Department of Revenue

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of November, 2024, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices, including but not limited to counsel for the Debtor.

                                              /s/ Teresa Corbin
                                            Teresa Corbin