IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et al.,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER re OBJECTION TO ADMINISTRATIVE CLAIM #20041** |

The matter before the Court is Trustee Dan Childers' Objection (Dkt #1392) against allowance of Administrative Claim #20041. Pursuant to consent and stipulation, it is hereby ORDERED Gaskill Signs, Inc. is hereby allowed a Chapter 11 administrative claim in the amount of $464.52, and the Trustee is authorized to pay the allowed administrative claim accordingly. The Trustee's Objection is sustained in part and overruled in part, as provided in this Order.

Entered this 15th day of November, 2024

*/s/ Thad J. Collins/*
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee

So Consented:

*/s/ Kimberly K. Gaskill, VP, Gaskill Signs Inc/*
Gaskill Signs, Inc.
By its duly authorized officer

MHLT/Pldgs/BA 23-00623 – Drafts/Order/Obj to Administrative Claim Gaskill 20041.111224.845p.ewl