United States Bankruptcy Court for the Northern District of Iowa
Mercy Hospital, Iowa City, Iowa
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Name of Debtor:** MERCY HOSPITAL, IOWA CITY, IOWA
**Case Number:** 23-00623

**For Court Use Only**

# ADMINISTRATIVE CLAIM

04/16

**This form is for making an administrative claim for payment in a bankruptcy case.**

**NOTE: This form should be used only by claimants asserting an administrative claim (a) arising between August 7, 2023 and February 1, 2024 (including these beginning and ending dates) or (b) under Bankruptcy Code section 503(b)(9). IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO AUGUST 7, 2023 OR AFTER FEBRUARY 1, 2024 (EXCEPT FOR CLAIMS ARISING UNDER BANKRUPTCY CODE SECTION 503(B)(9)), AND SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO TREATMENT IN ACCORDANCE WITH 11 U.S.C. § 503. Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim arises under Bankruptcy Code section 503(b)(9), include documentation demonstrating that the Debtors received the applicable goods within 20 days before August 7, 2023. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

---

**Part 1:   Identify the Claim**

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Johnson County, Iowa

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**   ☑ No   ☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Johnson County Treasurer
Name

855 S Dubuque Street, 3rd Floor
Number    Street

Iowa City           IA          52240
City            State         Zip Code

Country (if International): _____

Contact phone: 319-356-6087
Contact email: sfinlayson@johnsoncountyiowa.gov

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City            State         Zip Code

Country (if International): _____
Contact phone: _____
Contact email: _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.  Claim number on court claims register (if known) _____
Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.  Who made the earlier filing?
_____

| Part 2: | Give Information About the Claim |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
____  ____  ____  ____

**7. How much is the ADMINISTRATIVE CLAIM**:

$ undetermined

**Does this amount include interest or other charges?**

☐ No

☐ Yes.   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

☐ Goods sold

☐ Services performed   ☐ (See attached)

☐ Money loaned

☐ Personal injury/wrongful death

☑ Taxes

☐ Other (describe briefly)

| Part 3 | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Administrative Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Administrative Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/14/2024 16:52:21     Nathan Henry Peters
                                          Signature

**Print the name of the person who is completing and signing this claim:**

Name    Nathan Henry Peters
        First name        Middle name        Last name

Title   Assistant County Attorney

Company Office of the Johnson County Attorney
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 500 S Clinton St, Suite 400
        Number        Street
        Iowa City                IA                52240
        City                     State             Zip Code

Contact Phone  319-339-6100        Email  npeters@johnsoncountyiowa.gov

Mercy Hospital current

| Treasurer | Name | Parcel # | FY2023 Estimte | FY2022 still due | Total | Comments |
|---|---|---|---|---|---|---|
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010166009 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010165001 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010432002 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010432003 | $ - | | | |
| X | **IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA** | **1010432004** | $ 1,376.00 | | $ 1,376.00 | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010165006 | $ - | | | |
| X | **Mercy Facilities, Inc.** | **1010166010** | $ 153,634.00 | $ 66,930.00 | $ 220,564.00 | Property not conveyed to Iowa Board of Regents yet |
| X | **IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA** | **1010431001** | $ 288,830.00 | | $ 288,830.00 | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010404002 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010404003 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010432001 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010426002 | $ - | | | |
| X | IOWA BOARD OF REGENTS FOR THE U/B/O UNIVERSITY OF IOWA | 1010404001 | $ - | | | |
| X | **Mercy Facilities, Inc.** | **1010166008** | $ - | | | Property not conveyed to Iowa Board of Regents yet |
| | | Total | $ 443,840.00 | $ 66,930.00 | $ 510,770.00 | No delinquent taxes as of 3/7/2024 |