

# Tax Charge Information Sheet

Johnson County - Treasurer  
PO BOX 2420  
IOWA CITY, IA  52244  
(319) 356-6087

Amount Due if Paid By: 12/02/2024

MERCY FACILITIES, INC

| Parcel Number: | 1010166010 | | | Situs: | 601 E BLOOMINGTON ST | | |
|---|---|---|---|---|---|---|---|
| Owner: | MERCY FACILITIES, INC | | | Legal: | IOWA CITY (ORIGINAL TOWN)   LOTS 3 & 4 BLK 27 | | |

**Taxes Due**

| Year | Type | Bill Number | 1st Half Tax | 1st Half Interest | 2nd Half Tax | 2nd Half Interest | Additional Costs | Total Due |
|---|---|---|---|---|---|---|---|---|
| 2023 | Tax | 093793 | $0.00 | $0.00 | $77,291.00 | $0.00 | $0.00 | $77,291.00 |

**Payments**

| Payor | Date | Type | Year | Bill Number | 1st Half Tax | 2nd Half Tax | Interest | Additional Costs | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| Mercy Hospital Liquidati... | 09/30/2024 | Tax | 2023 | 093793 | $77,291.00 | $0.00 | $0.00 | $0.00 | $77,291.00 |

**Total Payments For Parcel Number 1010166010 from 09/01/2024 through 11/18/2024:**  $77,291.00

### Tax Charge Summary for 1 Parcel

Total Unpaid Charges:  
First Half Due:  $0.00  
Second Half Due:  $77,291.00  
**Total Due:**  **$77,291.00**

**Grand Total Unpaid:**  **$77,291.00**

Total Payment From 09/01/2024 Through 11/18/2024:  $77,291.00