| | September 2024 Stub | March 2025 Stub |
|---|---|---|
| Header | Please return this stub with your September 2024 payment (Penalty of 1 1/2% monthly begins October 1, 2024) | Please return this stub with your March 2025 payment (Penalty of 1 1/2% monthly begins April 1, 2025) |
| Remit to: | Scott Finlayson, Johnson County Treasurer, PO BOX 2420, Iowa City, IA 52244 | Scott Finlayson, Johnson County Treasurer, PO BOX 2420, Iowa City, IA 52244 |
| Phone | (319) 356-6087 | (319) 356-6087 |
| Accepted Payment Method | Check, Cash, www.IowaTaxAndTags.org | Check, Cash, www.IowaTaxAndTags.org |
| Parcel # | 1010166010 | 1010166010 |
| Receipt # | 093793 | 093793 |
| Year | 2023 | 2023 |
| TAX DUE | FULL YEAR $154,582.00 | FULL YEAR $154,582.00 |
| DUE | 09/01/2024 $77,291.00 | 03/01/2025 $77,291.00 |
| Payable to | Johnson County Treasurer | Johnson County Treasurer |
| Owner | MERCY FACILITIES INC, 500 E MARKET ST, IOWA CITY IA 52245 | MERCY FACILITIES INC, 500 E MARKET ST, IOWA CITY IA 52245 |

☐ Check here to change address and complete form on back.

If your mortgage company pays your taxes, this statement is for your information only.

**This is your 2024/2025 Johnson County Property Tax Statement.**
Taxes for period 7/1/2023 though 6/30/2024 payable September 2024 and March 2025 based on January 1, 2023 valuation.

---

**Scott Finlayson**
**Johnson County Treasurer**
**PO BOX 2420**
**Iowa City, IA 52244**
**Phone:** (319) 356-6087
**Section/Township/Range:**
**School:** IOWA CITY-IOWA CITY
**Deed Holder:** MERCY FACILITIES, INC
**Contract Owner:**

**Parcel:** 1010166010
**Receipt:** 093793
**Year:** 2023
**Taxing District:** ICI

PROPERTY INFORMATION: PARCEL: 1010166010
Address: 601 E BLOOMINGTON ST
Tax District: IOWA CITY-IOWA CITY
Total Acres: n/a  Exempt Acres: 0.00
**Legal Description:**
IOWA CITY (ORIGINAL TOWN)  LOTS 3 & 4 BLK 27

**INSTRUCTIONS & IMPORTANT INFORMATION:** It is the desire of the Treasurer's office to give every assistance possible to our customers. It is your responsibility to see that you receive statements covering all properties you wish to pay, including special assessments or any other tax assessed against you Statements are sent one time per year. All penalties are rounded to the nearest dollar. A $4 service charge is added if not paid by May 1 (code 446.9).

**SPECIAL ASSESSMENTS / TAX SALES / DELINQUENT TAXES:**
Specials - NO   Tax Sales - NO   Delinquent - NO

City EMA: $0.00

### VALUATIONS

| Description | Current Year | Previous Year |
|---|---|---|
| **ASSESSED VALUES** | | |
| Land: | 504,000 | 504,000 |
| Building: | 3,800,120 | 3,305,070 |
| Dwelling: | 0 | 0 |
| TOTAL | 4,304,120 | 3,809,070 |
| **ROLLBACK FACTOR** (Assessed * Rollback = Taxable) | 90.000000 | 90.000000 |
| **TAXABLE VALUES** | | |
| Land: | 445,932 | 446,584 |
| Building: | 3,362,291 | 2,928,554 |
| Dwelling: | 0 | 0 |
| GROSS TAXABLE VALUE | $3,808,223.00 | $3,375,138.00 |
| **LESS CREDITS TO VALUE** | | |
| Military Exemption | 0 | 0 |
| Homestead Exemption | 0 | 0 |
| NET TAXABLE VALUE | 3,808,223 | 3,375,138 |

### TAXES & FEES

| | Current Year | Previous Year |
|---|---|---|
| Total Combined LEVY RATE | 40.5918800 | 39.6605900 |
| GROSS TAXES (Net Taxable Value x Levy Rate / 1000) | $154,582.93 | $133,859.96 |
| **LESS CREDITS TO TAXES** | | |
| Homestead | $0.00 | $0.00 |
| AG Land | $0.00 | $0.00 |
| Family Farm | $0.00 | $0.00 |
| Prepaid Taxes | $0.00 | N/A |
| Low Income/Elderly | $0.00 | $0.00 |
| **TOTAL ANNUAL TAXES & FEES** | **$154,582.00** | **$133,860.00** |

House Tax    $0.00

### HOW YOUR TAXES ARE DISTRIBUTED

| TAXING AUTHORITY: | % Total | This Parcel Current Year | This Parcel Previous Year | Total For Authority Current Year | Total For Authority Previous Year | % Change |
|---|---|---|---|---|---|---|
| IOWA CITY SCHOOL | 41.440 | $64,048.78 | $54,927.38 | $122,175,112.00 | $114,155,995.00 | 7.020+ |
| CITY OF IOWA CITY | 38.510 | $59,533.78 | $52,763.73 | $73,278,755.00 | $70,425,306.00 | 4.050+ |
| COUNTY-URBAN (EMA-JECC DEDUCTED) | 14.540 | $22,481.98 | $18,779.84 | $59,069,490.00 | $53,744,636.00 | 9.910+ |
| AREA X | 3.440 | $5,314.35 | $4,710.01 | $41,594,521.00 | $39,740,533.00 | 4.670+ |
| COUNTY EMA-JECC | 1.300 | $2,007.80 | $1,679.55 | $5,247,670.00 | $4,716,894.00 | 11.250+ |
| CITY ASSESSOR | 0.590 | $912.86 | $758.70 | $1,039,950.00 | $940,211.00 | 10.610+ |
| AG EXTENSION | 0.180 | $275.60 | $234.71 | $705,990.00 | $649,129.00 | 8.760+ |
| ROLLBACK REPLACEMENT | 0.000 | $0.00 | $0.00 | $0.00 | $0.00 | 0.000+ |
| BRUCELLOSIS | 0.000 | $6.85 | $6.08 | $375,876.00 | $354,498.00 | 6.030+ |
| Total | 100.000 | $154,582.00 | $133,860.00 | $303,487,364.00 | $284,727,202.00 | 0.000+ |

**Due September 2024**   $77,291.00   Date Paid:_____ Check #:_____
**Due March 2025**   $77,291.00   Date Paid:_____ Check #:_____

Exhibit C
Page 1 of 2

| Return THIS coupon with SECOND payment.<br>Return BOTH coupons when paying full year taxes.<br>If mailing address has changed, show below.  2 | Return THIS coupon with FIRST payment.<br>Return BOTH coupons when paying full year taxes.<br>If mailing address has changed, show below.  1 |
|---|---|
| **CHANGE OF ADDRESS**:<br><br>Name: _____<br><br>New Address: _____<br><br>City/St/Zip: _____ | **CHANGE OF ADDRESS**:<br><br>Name: _____<br><br>New Address: _____<br><br>City/St/Zip: _____ |

**NO RECEIPT WILL BE RETURNED UNLESS REQUESTED AND A SELF-ADDRESSED STAMPED ENVELOPE IS PROVIDED.
YOUR CANCELLED CHECK IS YOUR RECEIPT.**

---

**ONLINE PAYMENTS**

Full and partial tax payments are accepted online at www.IowaTaxAndTags.org using Discover, Visa, American Express, MasterCard and electronic checks (eChecks).  There is a non-refundable Service Delivery Fee to provide this service in addition to your tax amount.  Your county treasurer receives only the property tax amount.

---

**TAX INFORMATION: Please Read Carefully**

1. **PAYMENTS**: The first installment of taxes is due by September 1. Interest is applied October 1, except when September 30 falls on a Saturday or Sunday, the interest is applied the second business day of October. The second installment is due by March 1. Interest is applied April 1, except when March 31 falls on a Saturday or Sunday, then interest is applied the first business day in April. Electronic payment must be initiated by midnight on the last day of the month preceding the delinquent date to avoid interest. On May 1 of each year a $4.00 fee per parcel is charged. DELINQUENT TAX INSTALLMENTS CARRY A 1.5% PER MONTH INTEREST ROUNDED TO THE NEAREST DOLLAR WITH A MINIMUM OF A DOLLAR.
2. **TAX SALES**: All delinquent taxes are published within three weeks of the Tax Sale, which is usually held on the 3rd Monday in June. Costs are added to your tax bill on May 1, per Iowa Code Chapter 446. Any unpaid tax is subject to Tax Sale. The interest rate until redemption will be 2% per month, rounded to the nearest dollar. After sale for taxes, if property is not redeemed within the time frame provided in Chapter 447, the right to redeem expires, and a deed may be issued.
3. **CHECK YOUR STATEMENTS**: Be sure you pay taxes on all your property. By law the Treasurer is not responsible for any taxes missed or omitted. Failure to receive a statement will not relieve the taxpayer of interest accruing if taxes are not paid before the interest date. Contact the Treasurer's Office if you have not received all your tax statements. Tax overpayment of less than five dollars will not be refunded by mail.
4. **LOW INCOME SENIOR CITIZEN AND DISABLED CITIZEN STATE CREDITS AND MOBILE HOME STATE CREDITS**:
   Must be:
   - 65 or older by December 31, 2023 and have a household income less than $25,328.00 OR
   - Totally disabled and 18 years of age by December 31, 2023 OR
   - 70 or older by December 31, 2023 and have a total household income less than 250% of the federal poverty level guidelines OR
   - 23 or older by December 31, 2023, and have a household income less $25,328.00 and own a Mobile/Manufactured/Modular Home
   
   property owner must file a claim with the county treasurer by June 1 preceding the fiscal year in which the property taxes are due. For this program, Social Security and Medicare must be included as income.
5. **WHERE DO YOUR TAXES GO?** The County Treasurer collects taxes on behalf of several taxing authorities and distributes amounts collected accordingly. The levying bodies and the respective amounts levied on your property are itemized for your information on the front of this statement.
6. **RETURNED CHECKS**: If your check is returned by the bank, your receipt is void. YOU WILL BE CHARGED A FEE FOR DISHONORED CHECKS. If your check is returned after tax deadlines, INTEREST WILL ALSO BE CHARGED.
7. **PARTIAL PAYMENTS**: The County Treasurer MAY accept partial payments. Contact the Treasurer for more information and authorization to make a partial payment. Partial Payments are NOT allowed on Special Assessments or Tax Sale Redemptions.
8. The County is required to take a Tax Sale Certificate of Purchase if there is no other bid on any parcel with more than one year of delinquent tax. The interest rate will be 2 percent per month.
9. **DUE TO RECENT LAW CHANGE,** polling places will now be open from 7AM – 8PM on election day with some rare exceptions. Contact the County Auditor with questions.
10. **HOMESTEAD, MILITARY, DISABLED VETERAN AND FAMILY FARM PROPERTY TAX CREDITS**: These credits must be applied for at the ASSESSOR'S office. Please contact the Assessor for information.

IAICTYTAX24

Exhibit C
Page 2 of 2