# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

## ORDER GRANTING FINAL APPROVAL OF FEES AND EXPENSES OF MCDERMOTT, WILL & EMERY AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION

The matter before the Court is McDermott, Will & Emery LLP's ("McDermott") application for final approval of fees and expenses of as counsel to the above-captioned debtors and debtors-in-Possession [Docket No. 1224] (the "McDermott Application") and the United States Trustee (the "UST") and Ad Hoc Committee of Pensioners' (the "Ad Hoc Committee" and, together with MWE and the UST, the "Parties") objections thereto.

Following discussion, the Parties have reached a resolution related to the McDermott Application and the UST and Ad Hoc Committee's objections thereto. McDermott has agreed to reduce the request for final approval of fees and expenses contained in the McDermott Application by $750,000.00 in order to resolve such objections (the "McDermott Reduction"). The Court finds the McDermott Reduction and the resulting new amounts sought by the McDermott Application should be approved pursuant to Bankruptcy Code section 330.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. Following application of the McDermott Reduction, the McDermott Application in the amount of $4,341,287.00 and expenses of $33,264.88 are approved for work performed from August 7, 2023 through June 24, 2024.

2. To date, McDermott has received payment in the amount of $3,655,634.14, leaving a remaining balance of $718,917.74due and owing to McDermott for its work through June 24, 2024.

3. McDermott is authorized to setoff the awarded amounts against $761,967.61 held as retainer from the Debtors, leaving a balance of $0.00 to be paid by the Trustee of the Mercy Hospital Liquidating Trust. McDermott shall remit the unused portion of the retainer following setoff to the Mercy Hospital Liquidating Trust.

4. All fees shall be paid directly to McDermott by the Trustee of the Mercy Hospital Liquidating Trust.

Date Entered:    November 20, 2024

*[Signature]*

United States Bankruptcy Judge
For the Northern District of Iowa

ORDER PREPARED BY:
Roy Leaf
Nyemaster Goode P.C.

APPROVED AS TO FORM AND CONTENT:

*/s/ Janet Reasoner*
Janet Reasoner
Office of the United States Trustee

*/s/ Paula Roby*
Paula Roby
Ad Hoc Committee of Pensioners
Liquidation Trust Oversight Committee

*/s/ Felicia Perlman*
Felicia Gerber Perlman
McDermott Will & Emery LLP