IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CONSENT ORDER re OBJECTION BAR DATE FOR ADMINISTRATIVE CLAIM OBJECTION** |

The matter before the Court is Trustee Dan R. Childers' Objection (Dkt #1382) against Ethicon Inc. Administrative Claim #10219. Pursuant to consent and stipulation, Ethicon Inc. is granted through and including December 20, 2024 to object to the Trustee's Objection.

Entered this 25th day of November, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416

So Consented:
__/s/ David Dykhouse_____
Attorney for Claimant

MHLT/Pldgs/BA 23-00623 – Drafts/OrderreObjBarDateto Administrative Claim 10219.112524.1029.ewl