IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CONSENT ORDER re OBJECTION BAR DATE FOR ADMINISTRATIVE CLAIM OBJECTION** |

The matter before the Court is Trustee Dan R. Childers' Objection (Dkt #1368) against Owens & Minor Inc Administrative Claim #40050. Pursuant to consent and stipulation, Owens & Minor Inc is granted through and including January 17, 2025 to object to the Trustee's Objection.

Entered this __27th__ day of _____ November, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416

So Consented:
__/s/ R Westermann_____
Attorney for Claimant

MHLT/Pldgs/BA 23-00623 – Drafts/OrderreObjBarDateto Administrative Claim 40050.112624.1444.ewl