# EXHIBIT A

| United States Bankruptcy Court for the Northern District of Iowa<br>Mercy Hospital, Iowa City, Iowa<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | For Court Use Only |
|---|---|
| Name of Debtor:   MERCY HOSPITAL, IOWA CITY, IOWA<br>Case Number:  23-00623 | |
| | For Court Use Only |

# ADMINISTRATIVE CLAIM

04/16

This form is for making an administrative claim for payment in a bankruptcy case.

**NOTE:  This form should be used only by claimants asserting an administrative claim (a) arising between August 7, 2023 and February 1, 2024 (including these beginning and ending dates) or (b) under Bankruptcy Code section 503(b)(9).  IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO AUGUST 7, 2023 OR AFTER FEBRUARY 1, 2024 (EXCEPT FOR CLAIMS ARISING UNDER BANKRUPTCY CODE SECTION 503(B)(9)), AND SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO TREATMENT IN ACCORDANCE WITH 11 U.S.C. § 503.  Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim arises under Bankruptcy Code section 503(b)(9), include documentation demonstrating that the Debtors received the applicable goods within 20 days before August 7, 2023. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

## Part 1:   Identify the Claim

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):   Allergan Aesthetics Div. of Abbvie Inc.

Other names the creditor used with the debtor:   Allergan, Abbvie

**2.   Has this claim been acquired from someone else?**   ☑ No  ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent?<br>(if different) | **4. Does this claim amend one already filed?**<br>☑ No<br><br>☐ Yes.   Claim number on court claims register (if known) _____<br><br>Filed on _____ |
|---|---|---|
| Kohner, Mann & Kailas, S.C.<br>Name<br><br>4650 North Port Washington Road<br>Number     Street<br><br>Milwaukee          WI          53212<br>City          State          Zip Code<br><br>Country (if International):<br>_____<br><br>Contact phone:  414-962-5110<br><br>Contact email:  evonhelms@kmksc.com | Name<br><br>Number     Street<br><br>City          State          Zip Code<br>Country (if International): _____<br><br>Contact phone: _____<br><br>Contact email: _____ | **5. Do you know if anyone else has filed a proof of claim for this claim?**<br>☑ No<br>☐ Yes.   Who made the earlier filing?<br>_____ |

**Part 2:**  **Give Information About the Claim**

**6.  Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.  How much is the ADMINISTRATIVE CLAIM:**

$ 48,370.00

Does this amount include interest or other charges?

☐ No

☐ Yes.   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.  What is the basis of the claim?**

☑ Goods sold

☐ Services performed ☐ (See attached)

☐ Money loaned

☐ Personal injury/wrongful death

☐ Taxes

☐ Other (describe briefly)

**Part 3** | **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Administrative Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Administrative Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/23/2024 12:30:14          Eric R. von Helms
                                                 _____
                                                 Signature

**Print the name of the person who is completing and signing this claim:**

Name      Eric R. von Helms
          First name          Middle name          Last name

Title     Attorney in Fact - Agent

Company   Kohner, Mann & Kailas, S.C.
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _____
          Number          Street

          _____
          City                    State          Zip Code

Contact Phone _____   Email  evonhelms@kmksc.com

| United States Bankruptcy Court for the Northern District of Iowa<br>Mercy Hospital, Iowa City, Iowa<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | To submit your form online please go to https://epiqworkflow.com/cases/MCO<br><br>Use your Mail ID for access.<br>Your Mail ID is as follows: 222711169 |
|---|---|
| **Name of Debtor:**<br>**Case Number:** | |
| BAR(23) MAIL ID *** 000222711169 ***<br>MCO AMDSNTC 02-15-2024 (MERGE2,TXNUM2) 4000002129<br><br>ALLERGAN AESTHETICS DIV OF ABBVIE INC<br>C/O KOHNER MANN & KAILAS SC<br>4650 N PORT WASHINGTON RD<br>MILWAUKEE, WI 53212 | **For Court Use Only** |

# ADMINISTRATIVE CLAIM

04/16

This form is for making an administrative claim for payment in a bankruptcy case.

**NOTE:** This form should be used only by claimants asserting an administrative claim arising between August 7, 2023 and February 1, 2024 (including these beginning and ending dates). IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO AUGUST 7, 2023 OR AFTER FEBRUARY 1, 2024, AND SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO TREATMENT IN ACCORDANCE WITH 11 U.S.C. § 503. Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Part 1:    Identify the Claim**

**1.    Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Allergan Aesthetics, Division of Abbvie Inc.

Other names the creditor used with the debtor: Allergan, Abbvie

**2.    Has this claim been acquired from someone else?**    ☑ No    ☐ Yes.    From whom?

**3.    Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Kohner, Mann & Kailas, S.C.
Name
4650 North Port Washington
Number        Street
Milwaukee        WI        53212
City        State        Zip Code

Country (if International):

Contact phone:    414-962-5110

Contact email:    evonhelms@kmksc.com

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City        State        Zip Code

Country (if International):

Contact phone:

Contact email:

**4.    Does this claim amend one already filed?**
☑ No

☐ Yes.    Claim number on court claims register (if known) _____

Filed on _____
MM / DD / YYYY

**5.    Do you know if anyone else has filed a proof of claim for this claim?**
☑ No

☐ Yes.    Who made the earlier filing?

**Part 2:** Give Information About the Claim

6. Do you have any number you use to identify the debtor?

☑ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ _____ _____ _____

7. How much is the ADMINISTRATIVE CLAIM:

$ *48,570.00*

Does this amount include interest or other charges?

☑ No

☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

☑ Goods sold

☐ Services performed   (See attached)

☐ Money loaned

☐ Personal injury/wrongful death

☐ Taxes

☐ Other (describe briefly)

**Part 3** Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Administrative Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Administrative Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date *02/23/2024*
                  MM / DD / YYYY        Signature

Print the name of the person who is completing and signing this claim:

Name   *Eric R. von Helms*
          First name          Middle name          Last name

Title   *Attorney in Fact / Agent*

Company   *Kohner, Mann & Kailas S.C.*
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   *4650 N. Port Washington Road*
          Number        Street

          *Milwaukee*                *WI*          *55212*
          City                         State       Zip Code

Contact Phone  *414-962-5110*   Email  *evonhelms@kmksc.com*



**INVOICE**

Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #**  50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | |
|---|---|
| Sold To # | 50244342 |
| Invoice # | 604359084 |
| Billing Date | 09/05/2023 |
| PO # | B-317172 |
| Payment Terms | Net 30 Days |
| Net Due Date | 10/05/2023 |

| | |
|---|---|
| Payer # | 50244342 |
| Order # | 110307904 |
| Delivery # | 512537148 |
| Ship Date | 09/05/2023 |

This Invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date (1) RH249125 06/30/2025
SERIAL NO: RH249125-013

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date (1) RH249761 07/31/2025
SERIAL NO: RH249761-008

The price stated herein may constitute a discount within the meaning of 42 U.S.C. Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



**INVOICE**

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | |
|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604388149 | Order # | 110350448 |
| Billing Date | 09/08/2023 | Delivery # | 512591092 |
| PO # | 317387 | Ship Date | 09/08/2023 |
| Payment Terms | Net 30 Days | | |
| Net Due Date | 10/08/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 0081841001370 | | | | | | |

(Qty) Batch # EXP Date  (1) RH245B07 01/31/2025

SERIAL NO: RH245B07-015

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $9,662.00 |
| Total Before Tax | $9,662.00 |
| Total Tax | $0.00 |
| Total | $9,662.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act. As said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



**INVOICE**

Page 1 of 1
Fed Tax ID  80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #**  50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | |
|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604404730 | Order # | 110379083 |
| Billing Date | 09/12/2023 | Delivery # | 512627383 |
| PO # | B-317490 | Ship Date | 09/12/2023 |
| Payment Terms | Net 60 Days | | |
| Net Due Date | 11/11/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 30-00033 | NATRELLE Universal Fill Kit | 1 EA (1/EA) | 60.00 | 60.00 | 60.00 | N |

(Qty) Batch # EXP Date  (1) 0061792770 08/31/2026

The price stated herein may constitute a discount within the meaning of 42 U.S.C. Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $60.00 |
| Total Before Tax | $60.00 |
| Total Tax | $0.00 |
| Total | $60.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



**INVOICE**

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | |
|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604405824 | Order # | 110379083 |
| Billing Date | 09/12/2023 | Delivery # | 512628119 |
| PO # | B-317490 | Ship Date | 09/12/2023 |
| Payment Terms | Net 30 Days | | |
| Net Due Date | 10/12/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date  (1) RH245774 01/31/2025

SERIAL NO: RH245774-007

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 30 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date  (1) RH249281 06/30/2025

SERIAL NO: RH249281-017

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any simple applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL  60693-0626

Thank you for your order



| | | | | | |
|---|---|---|---|---|
| | INVOICE | | | Page 1 of 1 |
| | | | | Fed Tax ID  80-0805709 |
| | Any questions please contact | | | DUNS # 07-845-8370 |
| | Accounts Receivable at 1-800-811-4148 | | | |

**Bill to Customer #**  50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #**50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | | |
|---|---|---|---|---|
| Sold To # | 50244342 | | Payer # | 50244342 |
| Invoice # | 604413227 | | Order # | 110417284 |
| Billing Date | 09/15/2023 | | Delivery # | 512681313 |
| PO # | B-317691 | | Ship Date | 09/15/2023 |
| Payment Terms | Net 30 Days | | | |
| Net Due Date | 10/15/2023 | | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all
other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 2 EA (1/EA) | 9662.00 | 19,324.00 | 19,324.00 | N |
| | GTIN  0081841001 3790 | | | | | | |

(Qty) Batch # EXP Date  (2) RH242710 07/31/2024
SERIAL. NO:  RH242710-006, RH242710-007

The price stated herein may constitute a discount within the meaning of 42 U.S.C. Sec 1320a-7b(b)(3)(A) of the social security act and any
similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or
federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain
this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded
within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any
applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in
the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not,
under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetics Act, be introduced into interstate commerce. AbbVie US
LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor
Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL,  60693-0626

Thank you for your order