IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**SECOND CONSENT MOTION TO EXTEND TIME TO OBJECT TO ADMINISTRATIVE CLAIM (#40013)** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, and in support of this Motion respectfully states:

1. With respect to Administrative Claim #40013 filed by a Committee of Pensioners, this Court enrolled an Order (Dkt #1289) allowing the Trustee through and including December 6, 2024 to object to that Claim.

2. The Trustee has personally met with counsel for the Pensioners' Committee, in an attempt to reach an amicable resolution. Progress has been made. However, in light of the issues and the amount involved, the Trustee and the Pensioners need more time to continue their dialogue.

3. The Trustee therefore seeks to extend the time for him to object to the Claim through and including January 6, 2025.

4. Counsel for Pensioners' Committee consents to the relief requested herein.

WHEREFORE, the Liquidation Trustee respectfully prays this Court enter and enroll an Order granting the relief requested in this Motion, and for such other relief as may be just and proper under the premises.

          */s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 5th day of December, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

          */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Mtn to Extend Time to Obj to Claim.121524.0650.ewl