**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) Case No. 23-00623 (TJC) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 1500 – 1502, 1506 & 1507** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2024, I caused to be served the:

    a. "Consent Order re Objection Bar Date for Administrative Claim Objection," dated November 25, 2024 [Docket No. 1500], (the "DePuy Reconstruction Order"),

    b. "Consent Order re Objection Bar Date for Administrative Claim Objection," dated November 25, 2024 [Docket No. 1501], (the "DePuy Trauma Order"),

    c. "Consent Order re Objection Bar Date for Administrative Claim Objection," dated November 25, 2024 [Docket No. 1502], (the "Ethicon Order"),

    d. "Consent Order re Objection Bar Date for Administrative Claim Objection," dated November 27, 2024 [Docket No. 1506], (the "Owens Order"), and

    e. "Consent Order re Objection Bar Date for Administrative Claim Objection," dated November 27, 2024 [Docket No. 1507], (the "Owens Inc Order"),

by causing true and correct copies of the:

   i. DePuy Reconstruction Order, DePuy Trauma Order, and Ethicon Order to be delivered via electronic mail to: *dwdykhouse@pbwt.com,* and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472). The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.

    ii. Owens Order and Owens Inc Order to be delivered via electronic mail to: *jerry.hunt@owens-minor.com* and *rwestermann@hirscherlaw.com.*

*/s/ Hallie Dreiman*
Hallie Dreiman
