UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: December 6, 2024
Hearing on: Motion to Compel Payment of Post-Petition Fees (Doc. 1291) filed by Cole Shotz, P.C., Getzler Henrich & Associates LLC; Motion to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses of Sills Cummis & Gross PC (Doc. 1293) filed by Sills Cummis & Gross

APPEARANCES:
Attorney Eric W. Lam for Trustee Dan Childers
Attorney Paula L. Roby for the Liquidating Trust Oversight Committee
Attorney Nicole Hughes for Getzler Henrich & Associates LLC and Cole Shotz, P.C.
Attorney Robert Gainer for Sills Cummis & Gross
Attorney Andrew Sherman for Sills Cummis & Gross
Attorney Peter Chalik for Preston Hollow Community Capital, Inc., as Bondholder Representative

OUTCOME OF PROCEEDING:

A hearing was held.

**IT IS ORDERED THAT:**

The parties are to confer and contact the Court's Scheduling Deputy to schedule an evidentiary hearing via Microsoft Teams.

Ordered:
December 6, 2024

_____
Thad J. Collins
Chief Bankruptcy Judge