## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is an Objection filed by Gaskill Signs, Inc. on December 5, 2024 (Dkt # 1514). Pursuant to consent and stipulation, the Court hereby FINDS and ORDERS the Objection is overruled, and Gaskill Signs, Inc. is not allowed an administrative claim for $ 1,314,94. Gaskill Signs, Inc. is, however, allowed a pre-petition non-priority unsecured claim of $1,314.94, which will receive whatever dividend in due course, together with other similarly situated pre-petition non-priority unsecured claims.

Entered this __6th__ day of December, 2024.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

So Consented:

___/s/ K Gaskill, VP_____
For Gaskill Signs, Inc.

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Gaskill$1314Admin.120524.806p.ewl