IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

In Re: MERCY HOSPITAL, IOWA CITY, IOWA, et al.        CHAPTER 11
Case No. 23-00623

## RESPONSE TO OBJECTION TO ADMINISTRATIVE CLAIM

Comes now creditor, Travel Nurse Across America, LLC ("TNAA"), by and through counsel, and for its Response to the Objection to Administrative Claim (the "Objection") filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust ("Trustee"), states as follows:

1. On March 14, 2024, TNAA filed Administrative Claim # 40055 in the amount of $25,776.25 (the "Claim") for services performed.

2. The Trustee filed its Objection on November 6, 2024 alleging that the Claim is not supported by the requisite documentation. The Objection requires that TNAA file any objection to the Trustee's Objection to Claim on or before December 6, 2024.

3. Accordingly, TNAA hereby objects to the Trustee's Objection to Claim and request that it be allowed to present the requisite supporting documentation, attached hereto as EXHIBIT A.

4. TNAA will also be filing an amended claim.

WHEREFORE, TNAA respectfully requests that the Trustee's Objection to Claim be denied, and for all other just and proper relief to which it is entitled.

Respectfully submitted,

Dated: December 6, 2024

/s/ Steven G. Klesner
Steven G. Klesner  AT0004271
JOHNSTON, STANNARD, KLESNER,
BURBIDGE & FITZGERALD, P.L.C.
373 Scott Ct, Ste B, PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319) 354-7265 Facsimile
ATTORNEY FOR CREDITOR
TRAVEL NURSE ACROSS AMERICA, LLC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, a true copy of the foregoing document was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing systems. Parties may access this filing through the Court's electronic system.

Dated: December 6, 2024                    /s/ Dawn Krabill

# EXHIBIT A

| Invoice No | Invoice Date | Asmt No | nurses::nursename | Hosp No | Hosp_inv::HospitalShort | creation date | GrandTotal | client_ref | acct_payroll::Wk Ending |
|---|---|---|---|---|---|---|---|---|---|
| 22-817306 | 8/21/2023 | Brid62120-9 | Jennifer Bridges | HS4761 | Mercy Hosp | 8/21/2023 | 3,466.25 | 599058 | 8/12/2023 |
| 22-881504 | 1/26/2024 | Musi229387-9 | Jacqueline Musick | HS4761 | Mercy Hosp | 1/26/2024 | 4,015.00 | 631935 | 1/20/2024 |
| 22-881518 | 1/26/2024 | Sand416473-1 | Maribel Sanders | HS4761 | Mercy Hosp | 1/26/2024 | 3,400.00 | 631930 | 1/13/2024 |
| 22-881563 | 1/26/2024 | Brid62120-11 | Jennifer Bridges | HS4761 | Mercy Hosp | 1/26/2024 | 3,075.00 | 631933 | 1/20/2024 |
| 22-884705 | 2/5/2024 | Brid62120-11 | Jennifer Bridges | HS4761 | Mercy Hosp | 2/5/2024 | 3,735.00 | 633427 | 1/27/2024 |
| 22-887539 | 2/14/2024 | Musi229387-9 | Jacqueline Musick | HS4761 | Mercy Hosp | 2/14/2024 | 4,042.50 | 633426 | 1/27/2024 |
| 22-887540 | 2/14/2024 | Musi229387-9 | Jacqueline Musick | HS4761 | Mercy Hosp | 2/14/2024 | 4,042.50 | 634203 | 2/3/2024 |

# Travel Nurse Across America

Date: 8/21/2023
Terms: 70 days
Invoice: 22-817306
Billing Period: 8/6/2023 - 8/12/2023

Mercy Hospital
Attn: Medefis Billing
Medefis
2121 N. 117th Avenue, Suite 200
Omaha, NE 68164

Invoice for Temporary Staffing - **Jennifer Bridges** / RN PACU

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 8/7/23 | PACU | 10:30 - 18:16 | .5 | | Regular | 7.25 | $105.00 | $761.25 |
| 8/8/23 | PACU | 10:30 - 19:15 | .5 | | Regular | 8.25 | $105.00 | $866.25 |
| 8/9/23 | PACU | 10:30 - 19:50 | .5 | | Regular | 8.75 | $105.00 | $918.75 |
| 8/10/23 | PACU | 10:30 - 19:00 | .5 | | Regular | 8.00 | $105.00 | $840.00 |
| 8/11/23 | PACU | | 0 | | Cancel hrs | 7.75 | | |
| 8/11/23 | PACU | | 0 | | Call | 9.00 | $5.00 | $45.00 |
| 8/12/23 | PACU | | 0 | | Call | 7.00 | $5.00 | $35.00 |
| | | | | | **Subtotal** | | | $3466.25 |
| | | | | | **Gross Receipts/Excise Tax** | | | |
| | | | **Hrs Total** | **56.00** | | **Total** | | **$3466.25** |

Thank you
If you have any questions regarding this invoice,
please contact Accounts Receivable at
800-240-2526 or Email: AR@tnaa.com

**Send payment to:**
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis HS4761 No Mail, Medefis

Date: 1/26/2024
Terms: 70 days
Invoice: **22-881518**
Billing Period: 1/7/2024 - 1/13/2024

Mercy Hospital
Attn: Medefis Billing
Medefis
2121 N. 117th Avenue, Suite 200
Omaha, NE 68164

Invoice for Temporary Staffing - **Maribel Sanders** / RN Endo

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 1/8/24 | Endo | 7:15 - 16:30 | .5 | | Regular | 8.75 | $100.00 | $875.00 |
| 1/9/24 | Endo | 6:15 - 16:30 | .5 | | Regular | 9.75 | $100.00 | $975.00 |
| 1/10/24 | Endo | 11:11 - 16:22 | 0 | | Regular | 5.00 | $100.00 | $500.00 |
| 1/11/24 | Endo | 5:56 - 16:53 | .5 | | Regular | 10.50 | $100.00 | $1050.00 |
| | | | | | | | Subtotal | $3400.00 |
| | | | | | | | Gross Receipts/Excise Tax | |
| | | | | Hrs Total | 34.00 | | Total | $3400.00 |

Thank you
If you have any questions regarding this invoice,
please contact Accounts Receivable at
800-240-2526 or Email: **AR@tnaa.com**

**Send payment to:**
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis  HS4761  No Mail, Medefis



**Travel Nurse Across America**

Date: 1/26/2024
Terms: 70 days
Invoice: 22-881563
Billing Period: 1/14/2024 - 1/20/2024

Mercy Hospital
Attn: Medefis Billing
Medefis
2121 N. 117th Avenue, Suite 200
Omaha, NE 68164

Invoice for Temporary Staffing - **Jennifer Bridges** / RN PACU

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 1/16/24 | PACU | 10:30 - 12:00 | 0 | 12:30 - 17:30 | Regular | 6.50 | $100.00 | $650.00 |
| 1/17/24 | PACU | 10:30 - 13:00 | 0 | 13:30 - 19:00 | Regular | 8.00 | $100.00 | $800.00 |
| 1/18/24 | PACU | 10:30 - 13:00 | 0 | 13:30 - 18:30 | Regular | 7.50 | $100.00 | $750.00 |
| 1/19/24 | PACU | 10:30 - 13:15 | 0 | 13:45 - 19:00 | Regular | 8.00 | $100.00 | $800.00 |
| 1/19/24 | PACU | 19:01 - 19:50 | 0 | | Call Back | 0.75 | $100.00 | $75.00 |
| | | | | | **Subtotal** | | | $3075.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **Gross Receipts/Excise Tax** | | | | |
| | | | **Hrs Total** | 30.75 | | | **Total** | **$3075.00** |

Thank you
If you have any questions regarding this invoice,
please contact Accounts Receivable at
800-240-2526 or Email: **AR@tnaa.com**

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

Send payment to:
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis HS4761 No Mail, Medefis

# Travel Nurse Across America

Date: 1/26/2024
Terms: 70 days
Invoice: **22-881504**
Billing Period: 1/14/2024 - 1/20/2024

Mercy Hospital
Attn: Camie Marshek
HR
,

Invoice for Temporary Staffing - **Jacqueline Musick** / RN LD

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 1/16/24 | LD | 18:52 - 7:28 | .5 | | Regular | 12.25 | $110.00 | $1347.50 |
| 1/17/24 | LD | 18:52 - 7:26 | .5 | | Regular | 12.25 | $110.00 | $1347.50 |
| 1/18/24 | LD | 18:53 - 7:34 | .5 | | Regular | 12.00 | $110.00 | $1320.00 |
| | | | | | **Subtotal** | | | $4015.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **Gross Receipts/Excise Tax** | | | | |
| | | | **Hrs Total** | 36.50 | | **Total** | | **$4015.00** |

Thank you
If you have any questions regarding this invoice,
please contact Accounts Receivable at
800-240-2526 or Email: **AR@tnaa.com**

**Send payment to:**
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis HS4761 No Mail, Medefis

Date: 2/5/2024
Terms: 70 days
Invoice: 22-884705
Billing Period: 1/21/2024 - 1/27/2024

Mercy Hospital
Attn: Medefis Billing
Medefis
2121 N. 117th Avenue, Suite 200
Omaha, NE 68164

Invoice for Temporary Staffing - **Jennifer Bridges** / RN PACU

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 1/22/24 | PACU | 10:30 - 14:10 | 0 | 14:40 - 19:11 | Regular | 8.25 | $100.00 | $825.00 |
| 1/23/24 | PACU | 10:30 - 13:00 | 0 | 13:30 - 19:13 | Regular | 8.25 | $100.00 | $825.00 |
| 1/24/24 | PACU | 10:30 - 15:00 | 0 | 15:30 - 18:12 | Regular | 7.25 | $100.00 | $725.00 |
| 1/26/24 | PACU | 10:30 - 13:00 | 0 | 13:30 - 18:30 | Regular | 7.50 | $100.00 | $750.00 |
| 1/26/24 | PACU | 18:30 - 20:30 | 0 | | Call | 2.00 | $5.00 | $10.00 |
| 1/26/24 | PACU | 20:31 - 1:00 | 0 | | Call Back | 4.50 | $100.00 | $450.00 |
| 1/27/24 | PACU | 1:01 - 23:59 | 0 | 0:00 - 7:00 | Call | 30.00 | $5.00 | $150.00 |
| | | | | | **Subtotal** | | | $3735.00 |
| | | | | | **Gross Receipts/Excise Tax** | | | |
| | | | **Hrs Total** | 67.75 | | | **Total** | **$3735.00** |

Thank you
If you have any questions regarding this invoice, please contact Accounts Receivable at 800-240-2526 or Email: AR@tnaa.com

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

**Send payment to:**
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis  HS4761  No Mail, Medefis

Date: 2/14/2024
Terms: 70 days
Invoice: **22-887539**
Billing Period: 1/21/2024 - 1/27/2024

Mercy Hospital
Attn: Camie Marshek
HR

Invoice for Temporary Staffing - **Jacqueline Musick** / RN LD

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 1/22/24 | LD | 18:52 - 7:38 | .5 | | Regular | 12.50 | $110.00 | $1375.00 |
| 1/23/24 | LD | 18:54 - 7:32 | .5 | | Regular | 12.00 | $110.00 | $1320.00 |
| 1/24/24 | LD | 18:54 - 7:40 | .5 | | Regular | 12.25 | $110.00 | $1347.50 |
| | | | | | | | **Subtotal** | $4042.50 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | **Gross Receipts/Excise Tax** | | | |
| | | | | **Hrs Total** | 36.75 | | **Total** | **$4042.50** |

Thank you

If you have any questions regarding this invoice, please contact Accounts Receivable at 800-240-2526 or Email: **AR@tnaa.com**

**Send payment to:**
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis HS4761 No Mail, Medefis

Date: 2/14/2024
Terms: 70 days
Invoice: **22-887540**
Billing Period: 1/28/2024 - 2/3/2024

Mercy Hospital
Attn: Camie Marshek
HR

Invoice for Temporary Staffing - **Jacqueline Musick** / RN LD

| Date | Unit | In - Out | Break | In - Out | Code | Hours | Price | Line Total |
|---|---|---|---|---|---|---|---|---|
| 2/1/24 | LD | 18:53 - 7:59 | .5 | | Regular | 12.50 | $110.00 | $1375.00 |
| 2/2/24 | LD | 18:53 - 7:52 | .5 | | Regular | 12.25 | $110.00 | $1347.50 |
| 2/3/24 | LD | 18:54 - 7:31 | .5 | | Regular | 12.00 | $110.00 | $1320.00 |
| | | | | | **Subtotal** | | | $4042.50 |
| | | | | | **Gross Receipts/Excise Tax** | | | |
| | | | | **Hrs Total** | **36.75** | | **Total** | **$4042.50** |

Thank you
If you have any questions regarding this invoice,
please contact Accounts Receivable at
800-240-2526 or Email: **AR@tnaa.com**

**Send payment to:**
Travel Nurse Across America, LLC
Dept 730068
PO Box 660919
Dallas, TX 75266-0919

**Tax ID: 20-1068277**
Travel Nurse Across America, LLC
5020 Northshore Dr., Suite 2
North Little Rock, AR 72118
TEL: 800-240-2526
FAX: 501-663-2886

Overnight Deliveries should be addressed to:
Travel Nurse Across America, LLC
Fifth Third Wholesale Lockbox
Dept 730068
2701 E. Grauwyler Rd.
Irving, TX 75061

Medefis HS4761  No Mail, Medefis