IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER re MOTION FOR RELIEF FROM ORDER** |

The matter before the Court is a Motion for Relief from Order (Dkt #1486), filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust. According to a Certificate of Service filed at Dkt #1498, the Motion and an objection bar date was issued to the "Short List" of interested parties. The objection bar date has passed, and no objection has been filed. It is therefore ORDERED the relief requested in the Motion is granted. Epiq Corporate Restructuring, LLC ("Epiq") is hereby relieved from various provisions of this Court's Aug. 14, 2023 Order (Dkt #91), including ¶20 of the Order. Epiq may cease performing services that do not benefit the Trust, or that do not relate to the administration of the Trust by the Trustee. Epiq and the Trustee will continue to have a professional relationship, and Epiq will perform services only as directed by the Trustee and his professionals.

Entered this 10th day of December, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee
MHLT/Pldgs/BA 23-00623 – Drafts/OREDEreMtn for Relief re Epiq.121024.1022.ewl