IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors. | Chapter 11 Bankruptcy <br> Case No. 23-00623 <br><br> **WITHDRAWAL OF OBJECTION TO ADMINISTRATIVE CLAIM** |

COMES NOW Trustee Dan R. Childers and hereby withdraws his Objection (Dkt #1466) against allowance of Administrative Claim #40020 filed by the Iowa Department of Revenue, in light of the Objection filed by the Department (Dkt #1493) *viz.* the Trustee is now satisfied Administrative Claim #40020 should be allowed as filed, and the Administrative Claim will be paid in due course.

                */s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 17th day of December, 2024, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Withdrawal of Obj to Admin Claim #40020.121724.0843.ewl