IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matters before the Court are Objections filed by Trustee Dan Childers, against allowance of various Administrative Claims filed at Epiq Corporate Restructuring, LLC. According to the Certificates of Service appended to the Objections, the Trustee's Objections were served on the various Claimants. The Objections also displayed an objection bar date. With respect to the following Objections by the Trustee, the objection bar dates have expired, and no objection has been filed. The Court therefore FINDS and ORDERS the following Administrative Claims are disallowed, and the Trustee's Objections are sustained:

| Claimant | Admin Claim # | Docket # of Trustee's Objection |
|---|---|---|
| 3M HEALTH INFORMATION SYSTEMS INC | 10092 | 1325 |
| ABBOTT RAPID DX NORTH AMERICA LLC | 40001 | 1461 |
| ACESTACK LLC | 40066 | 1408 |
| AHS STAFFING LLC | 40049 | 1417 |
| AIRGAS USA LLC | 10052 | 1378 |
| AIRGAS USA LLC | 10348 | 1386 |
| ALTENHOFEN, JENNIFER | 20027 | 1342 |
| ARTOSS INC | 10111 | 1380 |
| ARTOSS INC | 40008 | 1396 |
| AUREUS NURSING LLC | 40048 | 1416 |
| AVASURE LLC | 40014 | 1397 |
| BARAL, HASINA | 20035 | 1404 |

| | | |
|---|---|---|
| BECKMAN COULTER INC | 10286 | 1383 |
| BECKMAN COULTER INC | 40056 | 1418 |
| BINEGAR, ESTER R | 20005 | 1427 |
| BLACKMER, JACQUELINE KAY | 20008 | 1429 |
| BOEDING, BRENDA | 20018 | 1390 |
| BOURAHLA, YACINE | 20052 | 1460 |
| BOURAHLA, YACINE | 40061 | 1473 |
| BREMNER, VIRGINIA | 20003 | 1425 |
| CASTELLANOS, MARIA | 20019 | 1341 |
| CINTAS CORPORATION | 10337 | 1385 |
| CRESCENT PARTS & EQUIPMENT | 10015 | 1377 |
| CRESCENT PARTS & EQUIPMENT | 20002 | 1388 |
| CYGNUS MEDICAL | 40004 | 1395 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | 40007 | 1347 |
| DELLAMUTH, SANDRA K | 20026 | 1441 |
| DODGE ST TIRE & AUTO INC | 20048 | 1457 |
| EDWARDS, RANDY | 20038 | 1450 |
| ELSON, ISABELLE | 20017 | 1435 |
| EVERBANK NA | 40043 | 1365 |
| FISHER & PAYKEL HEALTHCARE INC | 40059 | 1472 |
| GAZETTE PRINT SERVICES | 20023 | 1391 |
| GERARD, LORI | 20014 | 1432 |
| GREINER, ANGELA ANN | 20036 | 1448 |
| GREVE, CAROL | 20030 | 1443 |
| GREVE, KYLEA | 20031 | 1444 |
| GREVE, MARK | 20032 | 1445 |
| GRP & ASSOCIATES INC | 20051 | 1459 |
| HARDYMAN, JENNIFER | 20015 | 1433 |
| HARDYMAN, JENNIFER | 40006 | 1464 |
| HAYES LOCUMS LLC | 40038 | 1360 |
| HEALTH CARE LOGISTICS | 10352 | 1424 |

| | | |
|---|---|---|
| HEALTHCARE FACILITIES CONSULTING | 20012 | 1389 |
| HEGDE, SAVITA V | 40063 | 1420 |
| HEUER, BRET | 40005 | 1463 |
| HOLOGIC INC | 10067 | 1379 |
| HOMEWOOD, JULIE | 10240 | 1422 |
| HONS, BARRETT MICHAEL | 20020 | 1436 |
| HONS, MALEIGHA | 20022 | 1438 |
| HONS, MAXWELL | 20021 | 1437 |
| HOUSE, ROBERTA I | 20043 | 1393 |
| HUMANA INC | 40027 | 1401 |
| HUMANA INC | 40028 | 1402 |
| ILIAKOVA, MARIA | 40010 | 1349 |
| JAHNKE, MARY JANE | 20025 | 1440 |
| JENSEN, MARGARET | 20004 | 1426 |
| KEDZIOR, NANCY A | 20009 | 1430 |
| KUSNER, DAVID J, MD | 20029 | 1343 |
| LANCESOFT INC | 10176 | 1329 |
| LANDAUER INC | 20054 | 1407 |
| LIQUIDAGENTS HEALTHCARE LLC | 40023 | 1400 |
| MACHUTA, JOHN | 20001 | 1387 |
| MATOUSEK, CAROLYN | 20049 | 1458 |
| MAY, TUNISIA | 40062 | 1474 |
| MCKESSON CORPORATION | 10301 | 1338 |
| MEDIREVV LLC | 40052 | 1405 |
| MEDIREVV LLC | 40053 | 1370 |
| MEPS REAL-TIME | 20050 | 1394 |
| MICHEL, JOAN | 20047 | 1456 |
| MIDAMERICAN ENERGY COMPANY | 40036 | 1358 |
| MIDAMERICAN ENERGY COMPANY | 40060 | 1375 |
| MYERS, BECKY L | 20034 | 1447 |
| NETSMART TECHNOLOGIES INC | 40034 | 1357 |
| NLB SERVICES | 10353 | 1376 |
| NYGAARD, ERICA | 40024 | 1469 |
| PATEL, SAMIR, MD | 40025 | 1354 |
| PIETRYGA, THEODORE | 20044 | 1453 |
| PINK UMBRELLA BAKERY LLC, THE | 20045 | 1454 |

| | | |
|---|---|---|
| POTTER, LUCAS | 40012 | 1465 |
| POWER, MELANIE | 10234 | 1421 |
| PROGRESSIVE REHAB | 40046 | 1367 |
| PSYCHE SYSTEMS CORPORATION | 10006 | 1372 |
| REASONOVER, WILLIAM K | 20007 | 1428 |
| RHINO GROUP INC, THE | 20013 | 1431 |
| RITZ, CAROL | 20024 | 1439 |
| ROCHE DIAGNOSTICS CORPORATION | 10205 | 1381 |
| ROWE, MELODY | 20028 | 1442 |
| SCRIBE-X LLC | 40057 | 1419 |
| SEHR, ANITA | 20053 | 1406 |
| SLEETH, ANNA MARIE | 20040 | 1451 |
| SMITH, THEODORE F AND PENELOPE H | 40019 | 1353 |
| STAPLES INC | 2 | 1371 |
| STARNES, ANNE L | 20046 | 1455 |
| STRABALA, KENT J | 20033 | 1374 |
| STRICKER, AVERY | 40003 | 1462 |
| STRYKER INSTRUMENTS | 40031 | 1413 |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | 40045 | 1415 |
| TOSOH BIOSCIENCE INC | 20042 | 1452 |
| TRUSTAFF TRAVEL NURSES LLC | 10256 | 1423 |
| VAUGHAN, VICKI | 40021 | 1467 |
| VAUGHAN, VICKI | 40022 | 1468 |
| VERISMA | 40067 | 1409 |
| WESTPHAL EDWARDS, DASHAUN | 20037 | 1449 |
| WINFIELD, KENNETH | 20016 | 1434 |
| WISGERHOF, KATHRYN A | 40064 | 1410 |
| YOUNADAM, SANDRO | 40009 | 1348 |

Entered this 17th day of December, 2024.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/Global Order re Admin Claims.121524.1940.ewl