IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER re OBJECTION TO ADMINISTRATIVE CLAIM** |

The matter before the Court is an Objection (Dkt #1398) filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, against Administrative Claim # 40015 filed by GE Precision Healthcare LLC. Pursuant to consent and stipulation the Court hereby FINDS and ORDERS Administrative Claim #40015 is allowed as a Chapter 11 administrative claim in the amount of $3,377.95. The balance of Administrative Claim #40015 is disallowed as an administrative claim. Further, GE Precision Healthcare LLC is allowed a pre-petition general unsecured non-priority claim in the amount of $3,377.95.

Entered this __26th__ day of December, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee

So Consented:

_____
GE Precision Healthcare LLC

MHLT/Pldgs/BA 23-00623 – Drafts/ORDERreObj to Administrative Claim 40015.121924.0810.ewl