# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION TO EXTEND TIME TO
## FILE WITNESS AND EXHIBIT LISTS, AND EXCHANGE EXHIBITS, FOR HEARING ON JANUARY 14, 2025

Sills Cummis & Gross, PC requests this Court extend the time for the filing of the Witness and Exhibit list(s), and exchange of exhibits, to January 3, 2025, and in support of same, aver as follows:

1. Pursuant to LR 9014-1, 9070-1, Witness and Exhibit Lists, and Exhibits, are to be filed and exchanged 14 days prior to Hearing.

2. Hearing on the Sills Cummis & Gross, PC's Motion to Compel the Liquidation Trustee to Pay Post-Petition Fees & Expenses (dkt #1293) is set for January 14, 2025.

3. This Motion requests an extension of time to file Witness and Exhibit lists, and exchange Exhibits, to through and including January 3, 2025.

4. No prior request for an extension has been made.

5. Counsel for the undersigned has communicated with all counsel of record in this matter, and all counsel consent to the extension.

6. Good causes exists for this extension, given intervening holiday(s), and no prejudice will inure by the granting of such motion.

WHEREFORE, Sills Cummis & Gross, PC, requests this Court extend the time for all parties to file Witness and Exhibit Lists, and exchange of Exhibits, to through and including January 3, 2025; and for any further relief this Court deem just and equitable.

Dated: December 30, 2024                                  Respectfully submitted,

                                                          */s/ Robert C. Gainer*
                                                          Robert C. Gainer IS9998471
                                                          CUTLER LAW FIRM, P.C.
                                                          1307 50th Street
                                                          West Des Moines, Iowa 50266
                                                          Telephone:    515-223-6600
                                                          Facsimile:    515-223-6787
                                                          E-mail:  rgainer@cutlerfirm.com

                                                          *Attorneys for The Official Committee of Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, et al.*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated December 30, 2024.

<i>/s/ Stephanie Newton</i>