IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE
WITNESS AND EXHIBIST LISTS FOR HEARING ON JANUARY 14, 2025**

The Court, having reviewed the Motion to Extend Time to File Witness and Exhibit Lists for Hearing on January 14, 2025, hereby grants an extension for all parties to file Witness and Exhibit Lists, and exchange Exhibits, to through and including January 3, 2025.

IT IS SO ORDERED.

Dated and entered this  30th  day of  December 20  24

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

Robert Gainer
**Attorneys for The Official Committee of
Unsecured Creditors of Mercy Hospital, Iowa City, Iowa, et al.**
rgainer@cutlerfirm.com