**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**Getzler Henrich & Associates LLC and Cole Schotz P.C.'s Witness and Exhibit List for hearing on January 14, 2025.**

Party Name:   Getzler Henrich & Associates LLC and Cole Schotz P.C.

Partys' Attorneys:  Nicole Hughes of Telpner Peterson Law Firm, LLP

This Witness and Exhibit List is being served pursuant to applicable local rules, concerning exhibit exchange and identification.  Failure to timely object will result in the attached exhibits being admitted into evidence.

<u>**WITNESS LIST**</u>

1.  William Henrich of Getzler Henrich & Associates, LLC;

2.  Rod Olivero of Getzler Henrich & Associates, LLC;

3.  Edward Phillips of Getzler Henrich & Associates, LLC;

4.  John Dinan of Preston Hollow Community Capital, Inc.;

5.  Patrick Magallanes of Steindler Orthopedic Clinic, PLC;

6.  Paula Roby;

7.  Dan Childers;

8.  Any witness listed or called by another party;

9.  Any witness necessary to lay foundation for the admission of an exhibit; and

10. Any witness necessary for rebuttal testimony or impeachment.

Getzler Henrich & Associates LLC and Cole Schotz P.C. reserve the right to supplement, amend, withdraw or otherwise modify this submission.

## EXHIBIT LIST

| Exhibit | Description | Mark | Offer | Object | Admit | Date | Disposition |
|---|---|---|---|---|---|---|---|
| G1 | July 24, 2024 Email from Trust Oversight Committee to Henrich (Docket No. 1291, Exhibit 1) | | | | | | |
| G2 | July 26, 2024 Letter from Henrich to Trust Oversight Committee (Docket No. 1291, Exhibit 2) | | | | | | |
| G3 | August 9, 2024 Email from Trust Oversight Committee and Childers to Henrich (Docket No. 1291, Exhibit 3) | | | | | | |
| G4 | August 14, 2024 Email from Henrich to Childers (Docket no. 1291, Exhibit 4) | | | | | | |
| G5 | August 26, 2024 Email from Roby to Henrich (Docket No. 1291, Exhibit 5) | | | | | | |
| G6 | September 4, 2024 Letter from Roby to Henrich (Docket No. 1291, Exhibit 6) | | | | | | |
| G7 | September 10, 2024 Email from Henrich to Childers (Docket No. 1291, Exhibit 7) | | | | | | |
| G8 | September 10, 2024 Email from Lam to Henrich (Docket No. 1291, Exhibit 8) | | | | | | |
| G9 | December 3, 2024 Declaration of Henrich (Docket No. 1508) | | | | | | |
| G10 | Litigation Trust Agreement | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G11 | Getzler Henrich Invoices | | | | | | | |
| G12 | Cole Schotz Invoices | | | | | | | |
| G13 | August 15, 2024 Email from Phillips to Childers | | | | | | | |
| G14 | August 14, 2024 Email from Phillips to Luckel | | | | | | | |
| G15 | August 14, 2024 Email from Phillips to Black | | | | | | | |
| G16 | August 15, 2024 Email from Galazzo to Phillips | | | | | | | |
| G17 | August 15, 2024 Email from Henrich to Ross | | | | | | | |
| G18 | August 16, 2024 Email from Ross to Olivero | | | | | | | |
| G19 | August 16, 2024 Email from Olivero to Ross | | | | | | | |
| G20 | August 19, 2024 Email from Phillips to Avinash SS | | | | | | | |
| G21 | August 18, 2024 Email from Ross to Henrich | | | | | | | |
| G22 | August 19, 2024 Email from Childers Phillips | | | | | | | |
| G23 | August 19, 2024 Email from Phillips to Childers | | | | | | | |
| G24 | August 20, 2024 Email from Olivero to Ross | | | | | | | |
| G25 | August 23, 2024 Email from Ross to Figueroa | | | | | | | |
| G26 | September 3, 2024 Email from Rod to Ross | | | | | | | |
| G27 | August 29, 2024 Email from Pescheta to Phillips | | | | | | | |
| G28 | September 14, 2024 Email from Phillips to Childers | | | | | | | |
| G29 | September 30, 2024 Email from Olivero to Ross | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G30 | October 11, 2024 Email from Olivero to Ross | | | | | | |
| G31 | July 16, 2024 Email from Preusker to Sherman | | | | | | |
| G32 | July 2024 Email from Sherman to Preusker | | | | | | |
| G33 | July 24, 2024 Henrich's Notes | | | | | | |
| G34 | August 8, 2024 Email from Steindler to Henrich | | | | | | |
| G35 | August 8, 2024 Email from Henrich to Steindler | | | | | | |

Getzler Henrich & Associates LLC and Cole Schotz P.C. reserve the right to supplement, amend, withdraw or otherwise modify this submission. Getzler Henrich & Associates LLC and Cole Schotz P.C. also designate any and all exhibits submitted or listed by any other parties in this matter or any exhibit needed to establish foundation for these exhibits, to impeach, or refresh the recollection of the witness.

Dated:  January 3, 2025.

/s/ Nicole Hughes
Nicole Hughes, Trustee, AT0002263
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone:  (712) 325-9000
Facsimile:  (712) 328-1946
E-mail: nhughes@telpnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that on January 3, 2025, a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/ Nicole Hughes