**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: January 14, 2025 at 10:30 a.m.** |

**SILLS CUMMIS & GROSS PC'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 14, 2025**

Sills Cummis & Gross P.C. ("Sills") hereby provides the following Witness and Exhibit List for Hearing on January 14, 2025:

### WITNESS LIST

1. Sills reserves the right to call the following witnesses:

   a. Any witness necessary to lay foundation for the admission of an exhibit.

   b. Any witness listed or called by another party.

   c. Any witness necessary to refute or respond to unanticipated evidence offered by another party.

   d. Any witness necessary for impeachment purposes.

### EXHIBIT LIST

1. *Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses*, dated October 18, 2024 [Docket No. 1293].

2. *Declaration of Andrew H. Sherman in Support of Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses*, dated October 18, 2024 (the "Sherman Decl.") [Docket No. 1293-1].

3. *Reply in Support of Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses*, dated December 5, 2024 [Docket No. 1513].

4. *Reply Declaration of Andrew H. Sherman in Support of Motion of Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses*, dated December 5, 2024 (the "Sherman Reply Decl.") [Docket No. 1513, pp. 13-33].

5. Sills Cummis & Gross P.C.'s invoice number 2064865 dated August 26, 2024 (the "Invoice") [Sherman Decl., Ex. A].

6. Email correspondence dated August 28, 2024, from Andrew H. Sherman transmitting the Invoice to the Liquidation Trustee and the members of the Trust Oversight Committee [Sherman Decl., Ex. A].

7. *Liquidation Trust Agreement*, filed on April 29, 2024 [Docket No. 993, pp. 6-39].

8. *Notice of Filing of Plan Supplement with Respect to the Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, filed on April 29, 2024 [Docket No. 993].

9. *Debtors' First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, filed on May 14, 2024 [Docket No. 1050].

10. *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation*, entered on June 7, 2024 [Docket No. 1114].

11. *Notice of (I) Entry of Order Confirming Debtors' First Amended Joint Chapter 11 Plan of Liquidation and (II) Occurrence of Effective Date*, filed on June 24, 2024 [Docket No. 1139].

12. *Notice of Removal and Replacement of Liquidation Trustee Under the Trust Agreement and Plan*, filed on August 9, 2024 [Docket No. 1226].

13. Email correspondence dated September 6, 2024, from John Dinan to Andrew H. Sherman, *et al.* re: Mercy Iowa City - Post Effective Date Invoice for Sills Cummis [Sherman Decl., Ex. B].

14. Correspondence dated September 10, 2024, from David B. Newman to John Dinan re: Mercy Iowa City - Post Effective Date Invoice for Sills Cummis and email transmitting correspondence [Sherman Decl., Ex. C].

15. Correspondence dated September 12, 2024, from David B. Newman to John Dinan re: Mercy Iowa City - Post Effective Date Invoice for Sills Cummis [Sherman Decl., Ex. D].

16. Email correspondence dated October 13, 2024, from Andrew H. Sherman to Eric Lam, *et al.* re: Mercy Liq trust ch 11 Bankr n d iowa. [Sherman Decl., Ex. E].

17. Email correspondence dated October 14, 2024, from Eric Lam to Andrew H. Sherman, *et al.* re: Mercy Liq trust ch 11 Bankr n d iowa Cummis [Sherman Decl., Ex. F].

18. Email correspondence (redacted), dated August 11, 2024 from Eric Lam to William H. Henrich, *et al.* re: Mercy Hospital Liquidation Trust/Confidential Cummis [Sherman Reply Decl., Ex. G, pp. 19-20].

19. Email correspondence (redacted), dated August 11, 2024 from Eric Lam to Andrew H. Sherman, *et al.* re: Mercy Hospital Liquidation Trust/Confidential[Sherman Reply Decl., Ex. G, pp. 21-24].

20. Email correspondence (redacted), dated August 13, 2024 from Eric Lam to Dan Childers, *et al.* re: Mercy Hosp Liq Trust/Confid/Work Product. [Sherman Reply Decl., Ex. G, pp. 25-26].

21. Email correspondence (redacted), dated August 15, 2024 from Eric Lam to Boris Mankovetskiy, *et al.* re: Mercy Hosp [Sherman Reply Decl., Ex. G, pp. 27-29].

22. Email correspondence (redacted), dated August 15, 2024 from Eric Lam to Boris Mankovetskiy, *et al.* re: FW: Mercy Hosp [Sherman Reply Decl., Ex. G, pp. 30-33].

23. Email correspondence (redacted), dated June 24, 2024, from Patrick Magallanes to Andrew Sherman re: Mercy Iowa City – Plan Effective Date.

24. Email correspondence (redacted), dated June 24, 2024, from Andrew Sherman to Patrick Magallanes re: Mercy Iowa City – Plan Effective Date.

25. Email correspondence (redacted), dated June 24, 2024, from Andrew Sherman to Paula Roby, *et al.* re: Mercy: Notice of Plan Effective Date: Pension Transition.

26. Email correspondence (redacted), dated July 2, 2024 from Andrew Sherman to Megan Preusker, *et al.* re: Mercy – Steps for Effective Date.

27. Email correspondence (redacted), dated July 2, 2024 from Andrew Sherman to Megan Preusker, *et al.* re: Mercy – Steps for Effective Date.

28. Email correspondence (redacted), dated July 3, 2024 from Megan Preusker to Andrew Sherman, *et al.* re: Mercy.

29. Email correspondence (redacted), dated July 12, 2024 from Andrew Sherman to William Henrich, *et al.* re: Mercy - Post Effective Date Committee - Proposed Agenda.

30. Microsoft Teams Meeting Invitation, dated July 16, 2024, for biweekly Committee meetings commencing on August 1, 2924, from Andrew Sherman to William Henrich, *et al.* re Mercy - Post Effective Date Committee.

31. Email correspondence (redacted), dated July 17, 2024 from Andrew Sherman to William Henrich, *et al.* re: re: Mercy - Post Effective Date Committee - Status Update.

32. Email correspondence (redacted), dated July 18, 2024 from Andrew Sherman to John Dinan, *et al.* re: Mercy - Post Effective Date Committee - Status Update.

33. Email correspondence (redacted), dated July 18, 2024, from Patrick Magallanes to Andrew Sherman, *et al.* re: Mercy - Post Effective Date Committee - Status Update.

34. Email correspondence (redacted), dated July 18, 2024, from Andrew Sherman to Dormie Ko, *et al.* re: Mercy - Dismissal of UCC Adversary Complaint.

35. Email correspondence (redacted), dated July 22, 2024, from Andrew Sherman to Megan Preusker, *et al.* re: Mercy Hospital/ Central JV Interest.

36. Email correspondence (redacted), dated July 25, 2024 from Andrew Sherman to Patrick Magallanes, *et al.* re: Mercy - Post Effective Date Committee - MercyOne Motion for Stay Pending Appeal.

37. Email correspondence (redacted), dated July 25, 2024, from Andrew Sherman to Megan Preusker, *et al.* re: Mercy - CMS Claim.

38. Email correspondence (redacted), dated July 25, 2024, from Patrick Magallanes to Andrew Sherman, *et al.* re: Mercy - Post Effective Date Committee - MercyOne Motion for Stay Pending Appeal.

39. Email correspondence (redacted), dated July 31, 2024, from William Henrich to Paula Roby, *et al.* re: JV Interest transactions.

40. Email correspondence (redacted), dated July 31, 2024, from Boris Mankovetskiy to Patrick Magallanes, *et al.* re: Mercy - Thompson Trust Update.

41. Email correspondence (redacted), dated July 31, 2024, from Andrew Sherman to Megan Preusker, *et al.* re: Mercy – Post Effective Date Committee – Proposed Agenda.

42. Email correspondence (redacted), dated August 1, 2024, from William Henrich to Nathan Coco, *et al.* re: Mercy - Post Effective Date Committee – Proposed Agenda.

43. Email correspondence (redacted), dated August 1, 2024 from Nathan Coco to Andrew Sherman, *et al.* re: Mercy - Post Effective Date Committee - Proposed Agenda.

44. Email correspondence (redacted), dated August 1, 2024, Andrew Sherman to Dormie Ko, *et al.* re: Mercy – Post Effective Date Committee – Proposed Agenda.

45. Email correspondence (redacted), dated August 2, 2024 from Andrew Sherman Megan Preusker, *et al.*, *et al.* re: Mercy - H2C Engagement.

46. Email correspondence (redacted), dated August 5, 2024 from Andrew Sherman to Robert Gainer, *et al.* re: Mercy - Post Effective Date Committee - Draft Response to Motion for Stay Pending Appeal.

47. Email correspondence (redacted), dated August 5, 2024 from Andrew Sherman to Robert Gainer, *et al.* re: Mercy - Post Effective Date Committee - Draft Response to Motion for Stay Pending Appeal.

48. Email correspondence (redacted), dated August 6, 2024 from William Henrich to Megan Preusker, *et al.* re: Melrose Retirement - Final/Near Final Securities Purchase Agreement.

49. Email correspondence (redacted), dated August 7, 2024, from Andrew Sherman to Patrick Magallanes, *et al.* re: Mercy - Motion to Extend Administrative Expense Claim Objection Deadline.

50. Sills reserves to right to enter any of the following into evidence as exhibits:

    a. Any exhibit created or relied upon by the Sills Witnesses forming the foundation of any factual, lay, or expert testimony.

    b. Any exhibit necessary to refute or respond to unanticipated evidence offered by another party.

    c. Any exhibit listed by another party.

    d. Any exhibits necessary for impeachment purposes.

    e. Any record or document informally and/or formally produced to the other respective party's attorney of record.

Dated: January 3, 2025

Respectfully submitted,

**SILLS CUMMIS & GROSS, P.C.**

*/s/ Andrew H. Sherman*
Andrew H. Sherman, NJS Bar No. 042731991
(admitted *pro hac vice*)
Boris I. Mankovetskiy, NJS Bar No. 012862001
(admitted *pro hac vice*)
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
E-mail: asherman@sillscummis.com
           bmankovetskiy@sillscummis.com

*/s/ Robert C. Gainer*
Robert C. Gainer  AT0000305
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, IA 50266
Tel:  515-223-6600
Fax: 515-223-6787
Email:  rgainer@cutlerfirm.com

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated January 3, 2025.

*/s/ Robert C. Gainer*
Robert C. Gainer
