**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Bankruptcy No. 23-00623 (JTC) |
| Debtors. | Jointly Administered |

**LIQUIDATION TRUST OVERSIGHT COMMITTEE'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 14, 2025**

Party Name: Liquidation Trust Oversight Committee

Party's Attorney: Paula L. Roby of Day Rettig Martin, P.C.

This Witness and Exhibit List is being served pursuant to applicable local rules, concerning Exhibit exchange and identification. Failure to timely object will result in the attached Exhibits being admitted into evidence.

## WITNESS LIST

1. Dan Childers, Liquidation Trustee.

2. Marc Ross, Financial Advisor to the Liquidation Trustee.

3. John Dinan of Preston Hollow Community Capital, Inc.

4. Patrick Magallanes of Steindler Orthopedic Clinic, PLC.

5. Any witness listed or called by another party.

6. Any witness necessary to lay foundation for the admission of an Exhibit.

7. Any witness necessary for rebuttal testimony or impeachment.

The Liquidation Trust Oversight Committee reserves the right to supplement, amend, withdraw or otherwise modify this submission.

# EXHIBIT LIST

By Agreement of the parties on January 3, 2025, and to avoid duplication of Exhibits on January 14, 2025, hearing Exhibits G1 - G35 (identified by Gentzler in their Witness and Exhibit List filed January 3, 2025, at Docket #1529 will be used by the Litigation Trust Oversight Committee as well. In addition, The Liquidation Trust Oversight Committee designates the following exhibits:

| Exhibit | Description | Mark | Offer | Object | Admit | Date | Disposition |
|---|---|---|---|---|---|---|---|
| A | August 11, 2024, email from D. Childers to William Henrich and Andrew Sherman | | | | | | |
| B | August 12, 2024, email from Marc Ross to William Henrich | | | | | | |
| C | August 15, 2024, email from Marc Ross to William Henrich | | | | | | |
| D | August 20, 2024, email from Marc Ross to William Henrich | | | | | | |

The Liquidation Trust Oversight Committee reserves the right to supplement, amend, withdraw or otherwise modify this submission. The Liquidation Trust Oversight Committee also designates any and all Exhibits submitted or listed by any other parties in this matter, or any Exhibit needed to establish foundation for these Exhibits, to impeach, or refresh the recollection of the witness.

Dated: January 3, 2025

DAY RETTIG MARTIN, P.C.

By: /s/   Paula L. Roby
Paula L. Roby - AT0006749
150 First Ave. N.E., Suite 415
P.O. Box 2877
Cedar Rapids, IA 52406-2877
Phone:  (319) 365-0437
Fax:     (319) 365-5866
Email:   paula@drpjlaw.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January 2025, a copy of the foregoing documents was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System. The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail as set forth below.

Signed: _____Lillian M Strait_____