# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.*<br><br><br>**Debtors.** | Chapter 11 Bankruptcy<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**MATTHEW L. LIPPERT** |

COMES NOW, Attorney, Robert C. Gainer, an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the Motion for *Pro Hac Vice* Admission on behalf of Matthew L. Lippert, provides as follows:

    A.    Mr. Lippert's office address, telephone number, fax number, email address and attorney identification number are as follows:

> Matthew L. Lippert
> Sills Cummis & Gross, P.C.
> One Riverfront Plaza
> Newark, New Jersey 07102
> Telephone:  973-643-7000
> Facsimile:  973-643-6500
> E-mail:  mlippert@sillscummis.com
> NJ Bar No.: 037972008
> NY Bar No.: 4729463

    B.    Mr. Lippert is a member in good standing of the bars of the United States District Courts for the Districts of New Jersey and New York (Southern and Eastern), and of the highest courts of the states of New Jersey (037972008) and New York (4729463).  In addition, Mr. Lippert has been admitted to appear in the United States Courts of Appeal for the Third Circuit. A chart setting forth the Court and dates of admission are attached as <u>Exhibit A</u>.

    C.    Mr. Lippert is not currently suspended or disbarred in any court.

D. Mr. Lippert has not made prior *pro hac vice* application to this Court. Certifications from the attorney's bar associations confirming the attorney's present good standing within the associations listed below, are attached in conformance with LR 2090-1.

| Court | Date of Certificate |
|---|---|
| Supreme Court of the State of New Jersey | January 6, 2025 |
| Supreme Court of the State of New York, First Judicial Dept. | January 6, 2025 |
| U.S. District Court, District of New Jersey | January 6, 2025 |
| U.S. District Court, Southern District of New York | January 7, 2025 |

E. Mr. Lippert acknowledges that if the *pro hac vice* application is granted, he is subject to the jurisdiction of the court with respect to the attorney's conduct to the same extent as a member of the Bar of this court and is subject to the Iowa Code of Professional Responsibility for Lawyers.

F. Mr. Lippert will conform with the associate counsel requirement for attorneys appearing *pro hac vice*, and conforms to such requirement with associate counsel, Robert C. Gainer, 1307 50th Street, West Des Moines, Iowa 50266; Telephone: 515-223-6600; Facsimile: 515-223-6787. Mr. Lippert will act as co-counsel to Sills, Cummis & Gross, P.C., subject to approval of retention by this Court consistent with Title 11 of the United States Code.

WHEREFORE, applicant, Matthew L. Lippert requests this court grant him *pro hac vice* admission within jointly administered bankruptcy cases in the Bankruptcy Court for the Northern District of Iowa and for any further relief this Court deem just and equitable.

Date: January 7, 2025

Respectfully submitted,

*/s/ Matthew L. Lippert*
Matthew L. Lippert
NJ Bar No.: 037972008
NY Bar No.: 4729463
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  973-643-7000
Facsimile:  973-643-6500
E-mail:  mlippert@sillscummis.com

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:  515-223-6600
Facsimile:  515-223-6787
E-mail:  rgainer@cutlerfirm.com

*Attorneys for Sills., Cummis & Gross, P.C.*

# EXHIBIT A

| Court | Admission Date |
|---|---|
| Supreme Court of the State of New Jersey | December 17, 2008 |
| Supreme Court of the State of New York, First Judicial Dept. | June 8, 2009 |
| U.S. District Court for the District of New Jersey | December 31, 2008 |
| U.S. District Court, Southern District of New York | March 30, 2010 |
| U.S. District Court, Eastern District of New York | April 21, 2010 |
| U.S. Court of Appeals, Third Circuit | June 14, 2024 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

/s/ Stephanie Newton

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **MATTHEW L LIPPERT** *(No.* **037972008** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 17, 2008** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 6th day of January, 2025.*

*Clerk of the Supreme Court*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Matthew Lawrence Lippert

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 8, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on January 6, 2025.*

*Clerk of the Court*

CertID-00207438



# Supreme Court of the State of New York
# Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>Presiding Justice | **MARGARET SOWAH**<br>Deputy Clerk of the Court |
| **SUSANNA MOLINA ROJAS**<br>Clerk of the Court | **DOUGLAS C. SULLIVAN**<br>Deputy Clerk of the Court |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, MELISSA E. RHOADS, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Matthew L. Lippert

was duly admitted to practice in said Court as of December 31, 2008 and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: January 6, 2025



MELISSA E. RHOADS, CLERK

By _____

Brian Y. Lawrence,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

__MATTHEW   LAWRENCE   LIPPERT__, Bar # __ML7431__

was duly admitted to practice in the Court on

__March 30, 2010__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __January 7, 2025__
New York, New York

*Tammi M. Hellwig* (signature)

Tammi M. Hellwig          By          s/B. Cong
Clerk of Court                        Deputy Clerk