## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: <br><br> **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.* <br><br> **Debtors.** | Chapter 11 Bankruptcy <br><br> Case No. 23-00623 <br><br> Hon. Thad J. Collins <br><br> **ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW L. LIPPERT** |

THE COURT, having reviewed the Motion for *Pro Hac Vice* Admission on behalf of Matthew L. Lippert, and finding the Motion and representations therein meets the requirements of this Court.

**IT IS HEREBY ORDERED** the Motion for *Pro Hac Vice* Admission on behalf of Matthew L. Lippert is granted. Mr. Lippert shall appear before this Court pursuant to the requirements of the Bankruptcy Code, Rules, and Local Rules of the Northern District of Iowa.

Dated and Entered:   January 8, 2025

_____
THAD J. COLLINS, BANKRUPTCY JUDGE