hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23–00623

Debtor

## NOTICE CANCELING EVIDENTIARY HEARING
## ON THE MOTIONS OF GETZLER HENRICH & ASSOCIATES LLC AND COLE SCHOTZ P.C. (DOC. 1291) AND SILLS CUMMIS & GROSS PC TO ENFORCE THE CONFIRMATION ORDER, PLAN AND LIQUIDATION TRUST AGREEMENT AND TO COMPEL THE LIQUIDATION TRUSTEE TO PAY POST–PETITION FEES AND EXPENSES (DOC. 1293)

To:

Samuel Gray, Eric Lam, Christopher K. Loftus, Attorneys for Dan Childers, Liquidation Trustee
Dan R. Childers, Liquidation Trustee
United States Trustee
Paula L. Roby, Attorney for Liquidating Trust Oversight Committee
Nicole Hughes, Attorney for Getzler Henrich and Associates LLC, Cole Schotz P.C., and William H. Henrich
Robert Cardell Gainer and Andrew H. Sherman, Attorneys for Sills Cummis & Gross
Peter Chalik, Attorney for Preston Hollow Community Capital, Inc. as Bondholder Representative and Computershare Trust Company, N.A. as Trustee

**NOTICE IS HEREBY GIVEN** the above matter(s) scheduled for January 14, 2025 at 10:30 AM is hereby **CANCELED.**

The matters will be reset by separate order and the Courtroom Deputy will send a new TEAMS meeting invitation.

Date: January 13, 2025

Sharon K. Mullin Clerk,
Bankruptcy Court by:

*Danielle Cripe*

Deputy Clerk