IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.*, | : | Case No. 23-00623 (TJC) |
|  | : | (Jointly Administered) |
| Debtors.[1] | : |  |

**CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO AMINISTRATIVE CLAIMS OBJECTIONS AND OBJECTION TO PROOF OF CLAIM #10380**

The matters before the Court are Trustee Dan R. Childers' Objection against Owens & Minor Administrative Claim 10129 (Docket No. 1327), Objection against Owens & Minor Administrative Claim 40050 (Docket No. 1368), and Objection against Owens & Minor Claim 10380 (Docket No. 1534) . Pursuant to consent and stipulation, Owens & Minor is granted through and including February 21, 2025, to respond to all of the foregoing Trustee's Objections to the Owens & Minor Claims.

Entered this 15th day of     January , 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416

So Consented:
/s/ R. Westermann
Attorney for Claimant

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391, Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472).  The location of Mercy's corporate headquarters and the Debtors' service address is 500 E. Market Street, Iowa City, IA 52245.