## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF BAR DATE FOR OBJECTIONS AND HEARING ON TRUST OVERSIGHT COMMITTEE'S MOTION FOR ENTRY OF ORDER REQUIRING MERCYONE TO PRODUCE RECORDS AND SUBMIT TO EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on January 23, 2025, the Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee (the "OC") filed the *Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* (the "Rule 2004 Motion")

**WHEREAS**, the Rule 2004 Motion seeks an order from the Court authorizing the OC to subpoena Mercy Health Network, Inc. d/b/a MercyOne ("MercyOne") for certain documents and communications related to Mercy Hospital, Iowa City, Iowa and its debtor affiliates (the "Debtors"), subpoena MercyOne and related individuals to testify at a deposition about information related to the Debtors, and requiring MercyOne to comply with these subpoena requests.

**NOTICE IS HEREBY GIVEN THAT** the deadline to object to the Rule 2004 Motion pursuant to Local Rule 2004-1 is **Thursday, February 6, 2025**. All objections must be in writing and filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that the OC will proceed with a telephonic hearing to consider approval of the Rule 2004 Motion on **Tuesday, February 11, 2024 at 10:30 A.M. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** any party that wishes to participate may use the following dial-in instructions:

**Dialing Number: 888-684-8852**
**Access Code: 7148063**
**Security Code: 1234**

**DATED** this 23rd day of January, 2025

        Respectfully Submitted,

        **NYEMASTER GOODE, P.C.**

        */s/ Roy Leaf*
        Roy Leaf, AT0014486
        625 First Street SE, Suite 400
        Cedar Rapids, IA 52401-2030
        Telephone:  (319) 286-7002
        Facsimile:  (319) 286-7050
        Email:  rleaf@nyemaster.com

        - and -

        Leslie C. Behaunek, AT0011563
        700 Walnut, Suite 1300
        Des Moines, IA 50309
        Telephone: (515) 283-3100
        Fax: (515) 283-8045
        Email:  lcbehaunek@nyemaster.com

        *Counsel for the Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this January 23, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

        */s/ Roy Leaf*