**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**<u>AMENDED</u> NOTICE OF BAR DATE FOR OBJECTIONS AND HEARING ON TRUST OVERSIGHT COMMITTEE'S MOTION FOR ENTRY OF ORDER REQUIRING MERCYONE TO PRODUCE RECORDS AND SUBMIT TO EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004**

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

**WHEREAS,** on January 23, 2025, the Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee (the "<u>OC</u>") filed the *Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* (the "<u>Rule 2004 Motion</u>").

**WHEREAS,** on January 23, 2025, the OC filed a *Notice of Bar Date for Objections and Hearing on Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* (the "<u>Rule 2004 Notice</u>")

**WHEREAS**, as set forth in the Rule 2004 Notice, the OC seeks an order from the Court authorizing the OC to subpoena Mercy Health Network, Inc. d/b/a MercyOne ("<u>MercyOne</u>") for certain documents and communications related to Mercy Hospital, Iowa City, Iowa and its debtor affiliates (the "<u>Debtors</u>"), subpoena MercyOne and related individuals to testify at a deposition about information related to the Debtors, and requiring MercyOne to comply with these subpoena requests.

**NOTICE IS HEREBY GIVEN THAT**, as set forth in the Rule 2004 Notice, the deadline to object to the Rule 2004 Motion pursuant to Local Rule 2004-1 is **Thursday, February 6, 2025**. All objections must be in writing and filed with the Court.

**PLEASE TAKE FURTHER NOTICE THAT**, as set forth in the Rule 2004 Notice, the OC will proceed with a telephonic hearing to consider approval of the Rule 2004 Motion on **Tuesday, February 11, 2025 at 10:30 A.M. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE THAT** the dial in instructions provided in the Rule 2004 Notice **<u>are no longer in use by the Court</u>**.

**PLEASE TAKE FURTHER NOTICE THAT** any party that wishes to appear and participate at the telephonic hearing on the Rule 2004 Motion on February 11, 2025 should **instead** use the following instructions:

**1. Call the toll free number: 1-855-244-8681**
**2. Enter Access Code: 2306 492 5609#**
**3. Press # to bypass attendee ID number**
**4. Please identify yourself after you have joined the conference**

**DATED** this 23rd day of January, 2025

    Respectfully Submitted,

    **NYEMASTER GOODE, P.C.**

    */s/ Roy Leaf*
    Roy Leaf, AT0014486
    625 First Street SE, Suite 400
    Cedar Rapids, IA 52401-2030
    Telephone:     (319) 286-7002
    Facsimile:     (319) 286-7050
    Email:           rleaf@nyemaster.com

    - and -

    Leslie C. Behaunek, AT0011563
    700 Walnut, Suite 1300
    Des Moines, IA 50309
    Telephone:  (515) 283-3100
    Fax:  (515) 283-8045
    Email:           lcbehaunek@nyemaster.com

    *Counsel for the Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this January 23, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Roy Leaf*