## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION OF GETZLER HENRICH & ASSOCIATES LLC AND COLE SCHOTZ P.C. TO CONTINUE THE FEBRUARY 6, 2025 HEARING

Getzler Henrich & Associates LLC and Cole Schotz P.C. ("Getzler", "Cole", collectively "Movants") request this Court continue the February 6, 2025 hearing and in support of same, aver as follows:

1. The Court has currently scheduled a hearing on the Motions of Getzler Henrich & Associates LLC and Cole Schotz P.C. (Doc. 1291) and Sills Cummis & Gross PC to Enforce the Confirmation Order, Plan and Liquidation Trust Agreement and to Compel the Liquidation Trustee to Pay Post-Petition Fees and Expenses (Doc. 1293) for February 6, 2025 at 10:30 AM via TEAMS Meeting (Doc. 1536).

2. Cole Schotz P.C. has had a conflict arise on February 6, 2025 and will not be available for the hearing.

3. This Motion requests a continuance of that hearing.

4. The undersigned has communicated with all counsel of record in this matter about a continuance of the hearing and no one expressed any objection.

5. Eric Lam, the attorney for the Liquidation Trustee; Paula Roby, the attorney for the Trust Oversight Committee; and Andrew Sherman, the attorney for Sills Cummis & Gross, have indicated they are available on February 20, 2025 if the Court is available.

**WHEREFORE**, Movants respectfully request that the Court enter an order continuing the February 6, 2025 hearing to February 20, 2025 or other suitable date; and granting such additional relief as the Court determines to be just and proper.

Date: January 28, 2025.        /s/ Nicole Hughes
                                    Nicole Hughes, AT0002263
                                    Telpner Peterson Law Firm, LLP
                                    25 Main Place, Suite 200
                                    Council Bluffs, IA  51503
                                    Telephone:  (712)325-9000
                                    Facsimile:  (712)328-1946
                                    Email: nhughes@telpnerlaw.com
                                    ATTORNEY FOR GETZLER AND COLE

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury, that on January 28, 2025, a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, the U.S. Trustee, the Liquidation Trustee, and the members of the Trust Oversight Committee, and all parties that have filed a renewed request for notice pursuant to Bankruptcy Rule 2002 after the Effective Date in accordance with section XVII.E of the Plan.

                                    /s/ Nicole Hughes