# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Case No. 23-00623 (TJC)<br><br>Chapter 11<br><br>**MOTION TO WITHDRAW** |

COMES NOW the undersigned, Peter J. Chalik of Whitfield & Eddy, P.L.C., and respectfully states:

1.   The undersigned attorney requests that this Court allow him to withdraw from representation of Computershare Trust Company, N.A. and Hollow Community Capital, Inc. in the above-captioned case.

2.   That the undersigned is leaving private practice.

3.   Counsel for the Bondholders will retain substitute local counsel.

WHEREFORE, the undersigned prays that the Court enter an Order granting his Motion to Withdraw as attorney for the above-captioned matter.

>   WHITFIELD & EDDY, P.L.C.
>   699 Walnut St., Suite 2000
>   Des Moines, IA  50309
>   Telephone:  (515) 288-6041
>   Fax:  (515) 246-1474
>   Email: Chalik@whitfieldlaw.com
>
>   By   */s/ Peter J. Chalik*
>           Peter J. Chalik
>
>   ATTORNEY FOR COMPUTERSHARE TRUST COMPANY, N.A., AS TRUSTEE and HOLLOW COMMUNITY CAPITAL, INC. BONDHOLDER REPRESENTATIVE

- 1 -

- 2 -

*Electronically filed.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on January 28, 2025, upon all counsel of record.

*/s/ Peter J. Chalik*