# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Case No. 23-00623 (TJC)<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

**NOW**, the Court has before it a Motion to Withdraw, filed by Peter J. Chalik of the law firm of Whitfield & Eddy, P.L.C.  The Court finds that for the reasons stated in the Motion, the relief requested should be granted.

**IT IS HEREBY ORDERED** that the Motion to Withdraw is hereby granted and Peter J. Chalik is allowed to withdraw as attorney of record for the above-captioned matter.

**IT IS FURTHER ORDERED** that counsel for the Bondholders will retain substitute local counsel.

**IT IS SO ORDERED.**

Date:
January 29, 2025

Thad J. Collins
Chief Bankruptcy Judge