IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER re OBJECTION TO ADMINISTRATIVE CLAIM** |

The matter before the Court is Trustee Dan R. Childers' Objection (Dkt #1344) against Medninjas LLC's filed Administrative Claim #20039. Pursuant to consent and stipulation, the Court hereby FINDS AND ORDERS the Trustee's Objection is sustained, and Administrative Claim #20039 is disallowed. Medninjas LLC is, however, allowed a General Un-secured Non-Priority Pre-Petition Claim in the amount of $84,352.01.

Entered this  4th  day of February, 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee

So Consented:

_____
Medninjas LLC

MHLT/Pldgs/BA 23-00623 – Drafts/ORDERreObj to Administrative Claim 20039.120324.511p.ewl