IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is a Second Motion to Extend Time to Object to General Un-Secured Non-Priority Claims (Dkt #1539), filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust. Notice of the filing of the Motion and of an objection bar date was issued to the "Short List" of parties in interest. The objection bar date has passed, and no objection has been filed. IT IS THEREFORE ORDERED the relief requested in the Motion is granted, and the Liquidation Trustee is granted through and including March 24, 2025 to object to the various general unsecured non-priority claims.

Entered this __7th__ day of February, 2025.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Second Mtn to Extend Time to Obj to GUNC.020725.1117.ewl