# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and hereby enters his appearance on behalf of the Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee in the above-referenced matter.

      /s/  Jaden G. Banks
Jaden G. Banks, ID # AT0016210
NYEMASTER GOODE, P.C.
700 Walnut Street, STE 1300
Des Moines, IA 50309
Telephone:  (515) 283-8035
Email:  Jbanks@nyemaster.com

**ATTORNEY FOR THE MERCY HOSPITAL LIQUIDATION TRUST OVERSIGHT COMMITTEE AS DESIGNEE OF THE LIQUIDATION TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties who received electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and further as set forth below on February 10, 2025.

      */s/ Jaden G. Banks*