IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER**<br>**(re Administrative Claim #40017)** |

The matter before the Court is Liquidation Trustee Dan R. Childers' Objection (Dkt #1351) to Administrative Claim #40017, filed by Iowa Hospital Association. Pursuant to consent and stipulation, the Trustee on behalf of the Trust and the Claimant Iowa Hospital Association have agreed as follows:

A. Administrative Claim #40017 is allowed in the amount of $30,000 payable in full to Iowa Hospital Association, and the Trustee and his agent will process payment by check accordingly within 14 days of the entry of this Order.

B. Further, Iowa Hospital Association is allowed a general un-secured non-priority pre-petition claim in the amount of $65,000 to be paid pro rata with other allowed general unsecured non-priority pre-petition claims in this case.

C. Any and all claims, objections, avoidance actions, including without limitation any claims for preferential transfers, or other Part V Actions, whether or not scheduled, filed or otherwise asserted, that the Trust or Bankruptcy Estates may assert against Iowa Hospital Association now or in the future will be deemed forever released, discharged, and satisfied in full.

D. Iowa Hospital Association will then have no further claim against the Trust or against the Bankruptcy Estates.

E. The Trustee's Objection to Administrative Claim #40017 (Dkt #1351) is hereby overruled in part and sustained in part, as provided in this Order.

Entered this 11th day of February, 2025.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

*So Consented:*
/s/ Julie Johnson McLean
Attorney for Iowa Hospital Association

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Obj to Iowa Hosp Assoc Claim.021025.1251.ewl

#4420501 v.4