UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>　　　　　Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: February 11, 2025
Hearing on: Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004 (Doc. 1545)

APPEARANCES:

Attorney Roy Leaf for Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee
Attorney David B. Goroff for Mercy Health Network, Inc., d/b/a MercyOne

**IT IS ORDERED THAT**:

The matter is continued and reset for

**February 18, 2025 at 10:30 A.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:
February 13, 2025

Thad J. Collins
Chief Bankruptcy Judge