UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et. al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: February 26, 2025
Hearing on: Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004 (Doc. 1545)

<u>APPEARANCES</u>:

Attorneys Roy Leaf for Leslie Behaunek for Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee
Attorney David B. Goroff for Mercy Health Network, Inc., d/b/a MercyOne

**IT IS ORDERED THAT**:

The matter is continued and reset for

**March 11, 2025 at 10:00 AM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:
February 26, 2025

_____
Thad J. Collins
Chief Bankruptcy Judge