IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**OBJECTION TO ADMINISTRATIVE CLAIM #40013** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, by and through his counsel, and hereby objects to Administrative Claim #40013 filed by various pensioners as follows:

1. The Trustee posits the administrative claims asserted by the Claimants are mostly in the nature of pre-petition unsecured (or may be perhaps priority) claims.

2. The Trustee personally and the Claimants via counsel have been and will continue to communicate and attempt to reach an amicable resolution. The Trustee therefore respectfully suggests the Court set a hearing on this objection if and when requested by either the Trustee or Counsel for the claimants.

WHEREFORE, the Trustee respectfully prays this Court on such notice and hearing as it may direct, enter and enroll an Order that is just and proper under the premises.

                                                      /s/ *Eric W. Lam*
                                      Eric W. Lam, AT0004416
                                      Joseph Porter, AT0014454
                                      SIMMONS PERRINE MOYER BERGMAN PLC
                                      115 Third Street SE, Suite 1200
                                      Cedar Rapids, IA 52401
                                      Tel: 319-366-7641; Fax: 319-366-1917
                                      elam@simmonsperrine.com
                                      jporter@spmblaw.com
                                      ATTORNEYS FOR LIQUIDATION TRUSTEE

## Certificate of Service

      The undersigned certifies, under penalty of perjury, that on this 27th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                          */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Obj to Admin Claim #40013.022625.515p.ewl