# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

In Re: MERCY HOSPITAL, IOWA CITY, IOWA, et al.   CHAPTER 11
Case No. 23-00623

### WITHDRAWAL OF TRAVEL NURSE ACROSS AMERICA, LLC's RESPONSE TO OBJECTION TO ADMINISTRATIVE CLAIM

Comes Now Creditor Travel Nurse Across America, LLC, by and through counsel, and withdraws their Response [Docket No. 1519] to the Objection to Administrative Claim filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust [Docket No. 1471].

Respectfully submitted,

Dated: February 27, 2025

/s/ Steven G. Klesner
Steven G. Klesner  AT0004271
JOHNSTON, STANNARD, KLESNER,
BURBIDGE & FITZGERALD, P.L.C.
373 Scott Ct, Ste B, PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319) 354-7265 Facsimile
ATTORNEY FOR CREDITOR
TRAVEL NURSE ACROSS AMERICA, LLC

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the date below, a true copy of the foregoing document was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing systems. Parties may access this filing through the Court's electronic system.

Dated: February 27, 2025                /s/ Dawn Krabill