IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**TRUSTEE'S STATUS REPORT RE: ADMINISTRATIVE CLAIM OBJECTIONS** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, by and through his counsel, and hereby respectfully submits the following Status Report:

1.      Pursuant to notice, various claimants have filed approximately 161 Administrative Claims with Epiq (which was the Court-appointed Claims Agent), totaling more than $11,000,000.

2.      The confirmed Plan created a Liquidation Trust, and the Trustee is tasked with objecting to and allowing and paying Administrative Claims.

3.      The Trustee and his team have reviewed all filed Administrative Claims, and as a result of their investigation, the Trustee has filed Objections to various Administrative Claims.

4.      Notice of the filing of the Trustee's Objections were issued. After the passage of the objection bar dates and the absence of any objections or contact or inquiries from the various Claimants against which the Trustee has asserted objections, this Court issued an Order sustaining the Trustee's Objections with respect to 107 Administrative Claims. *See* Order at Dkt #1522. The total amount of such disallowed Administrative Claims is approximately $4,500,000.

5.      Additionally, the Trustee and his team have resolved several Objections, and this Court has, from time to time, approved consent orders with respect to Claimants with whom the Trustee has reached consensus.

6.      As of the filing of this Status Report, there remains the following approximately 30 Administrative Claimants which have either timely asserted objections against the Trustee's Objections or that have been in communication with the Trustee and his team in an attempt to resolve the Trustee's Objections:

| Name of Claimant | Epiq Claim # | Dkt # of Trustee's Objection |
|---|---|---|
| Allergan Aesthetics Div of Abbvie Inc | 10125 | 1326 |
| Allergan Aesthetics Div of Abbvie Inc | 40002 | 1346 |
| Captis Health LLC | 40011 | 1350 |
| Cardinal Health 110 LLC | 40041 | 1363 |
| Cardinal Health 110 LLC | 10188 | 1330 |
| Cardinal Health 200 LLC | 40042 | 1364 |
| Cardinal Health 200 LLC | 40044 | 1366 |
| Cardinal Health 200 LLC | 10190 | 1331 |
| Depuy Joint Reconstruction | 10217 | 1333 |
| Depuy Synthes Trauma | 10218 | 1334 |
| Ethicon Inc | 10219 | 1382 |
| Intuitive Surgical Inc | 10290 | 1337 |
| Intuitive Surgical Inc | 40051 | 1369 |
| Johnson County, Iowa | 40037 | 1470 |
| Mercy Pensioners | 40013 | 1569 |
| Microsoft Corporation | 40039 | 1361 |
| Microsoft Corporation | 10193 | 1332 |
| Owens & Minor | 10129 | 1327 |
| Owens & Minor Inc | 40050 | 1368 |
| Philips Healthcare | 10238 | 1335 |
| Stryker Endoscopy | 40029 | 1411 |
| Stryker Instruments | 40030 | 1412 |
| Stryker Orthopaedics | 40032 | 1414 |
| Travel Nurse Across America LLC | 40055 | 1471 |
| Trusted Health Inc | 10331 | 1340 |
| UnitedHealthcare Insurance Company | 40018 | 1352 |
| US Foods Inc | 40016 | 1399 |
| Wright Medical Technologies Inc | 40033 | 1356 |
| Zimmer US Inc | 10271 | 1336 |

| Zimmer US Inc | 40040 | 1362 |
| --- | --- | --- |

7.      With respect to the above approximate 30 Administrative Claimants totaling approximately $5,988,000, the Trustee and his team are continuing to work with the various Claimants and their counsel or in-house personnel. As of the filing of this Status Report, the Trustee and his team and the various claimants are continuing their negotiations, and the Trustee foresees no immediate need for the setting of any hearing, with respect to these 30 pending Objections.

WHEREFORE, the Liquidation Trustee respectfully submits this Status Report, and the Trustee further respectfully forecasts that another Status Report will be filed, as developments warrant.

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR LIQUIDATION TRUSTEE

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 28th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/TE Status Report re Remaining Admin Claims.022825.1057a.kc