IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF OBJECTION BAR DATE TO OBJECTION TO ADMINISTRATIVE CLAIM #40013** |

**NOTICE IS HEREBY GIVEN** that on the 27th day of February, 2025, Eric W. Lam, Attorney for Liquidation Trustee Dan R. Childers, filed an Objection (Dkt #1569) to Administrative Claim #40013 filed by the Pensioners. A copy of the Objection may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, 6th Floor, Cedar Rapids, Iowa. A copy of this *Notice* has been served upon all parties of interest as listed below.

**NOTICE IS FURTHER GIVEN** any and all objections to Objection must be filed on or before the 21st day of March, 2025. The objection must be filed with the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15, Cedar Rapids, IA 52401-2101, and simultaneously a service copy must be mailed to counsel, Eric W. Lam, 115 Third St. SE, Suite 1200, Cedar Rapids, Iowa 52401-1266; Dan R. Childers, Liquidation Trustee, P.O. Box 2107, Cedar Rapids, IA 52406-2107; and Office of U.S. Trustee, 111 Seventh Ave. SE, Box 17, Cedar Rapids, Iowa 52401-2101.

**NOTICE IS FURTHER GIVEN** that timely-filed objections, if any, will be set for hearing by separate notice. If no objections are filed, an Order will be tendered by the Trustee to the Court, sustaining the Trustee's Objection.

　　　　　　　　　　　　　　　　　　　*/s/ Eric W. Lam*
　　　　　　　　　　　　　　　　　　Eric W. Lam, AT0004416
　　　　　　　　　　　　　　　　　　SIMMONS PERRINE MOYER BERGMAN PLC
　　　　　　　　　　　　　　　　　　115 Third Street SE, Suite 1200
　　　　　　　　　　　　　　　　　　Cedar Rapids, IA 52401
　　　　　　　　　　　　　　　　　　Tel: 319-366-7641; Fax: 319-366-1917
　　　　　　　　　　　　　　　　　　elam@simmonsperrine.com

　　　　　　　　　　　　　　　　　　ATTORNEY FOR LIQUIDATION TRUSTEE

- 2 -

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 28th day of February, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/NOBD re Obj to Admin Claim #40013.022825.130p.kc