IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER**<br>(re Administrative Claim #40055) |

The matter before the Court is Liquidation Trustee Dan R. Childers' Objection (Dkt#1471) to Administrative Claim #40055, filed by Travel Nurse Across America LLC ("TNAA"). A Response was filed by TNAA (Dkt #1519) to the Trustee's Objection. On February 27, 2025, TNAA withdrew its Response (Dkt #1570). In light of the Withdrawal, the Trustee's Objection is sustained, and Administrative Claim #40055 is disallowed.

Entered this  3rd  day of _____ March , 2025.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Obj to TNAA.022825.0736.ewl