AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| Mercy Health Network, Inc., d/b/a MercyOne <br> *Appellant* <br> v. <br> Mercy Hospital, Iowa City, Iowa; Mercy Services Iowa City, Inc.; and Mercy Iowa City ACO, LLC <br> *Appellees* | ) ) ) ) ) ) ) Civil Action No. 1:24-cv-68-CJW-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Appellee's motion to dismiss for lack of standing is granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge C.J. Williams on a motion to dismiss.

Date: March 3, 2025

*PAUL DE YOUNG, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*