IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: : | CHAPTER 11 |
| : | |
| MERCY HOSPITAL, IOWA CITY, IOWA, : | |
| et al., : | Case No. 23-00623 |
| : | |
| : | |
| Debtors. : | Doc. Id. No. 431 |
| : | |

## NOTICE TO WITHDRAW APPEARANCE PRO HAC VICE

Latonia C. Williams, counsel to UnitedHealthcare Insurance Company, UnitedHealthcare of the Midlands, Inc. and UnitedHealth Ministry & Veterans Services, LLC hereby withdraws her appearance *pro hac vice*, filed on November 1, 2023 (Doc. No. 431). UnitedHealthcare Insurance Company continues to be represented by Jessica Board and Brian Remondino.

Dated this 5th of March 2025.

By: /s/ Latonia C. Williams
  Latonia C. Williams (ct28248)
  Shipman & Goodwin LLP
  One Constitution Plaza
  Hartford, CT  06103-1919
  Telephone: (860) 251-5000
  Facsimile: (860) 251-5218
  lwilliams@goodwin.com


By: /s/ Jessica A. Board
  Jessica A. Board, AT0012404
  Heidman Law Firm, PLLC
  1128 Historic Fourth Street
  P.O. Box 3086
  Sioux City, IA 51102
  Telephone: (712)-255-8838
  Facsimile: (712) 258-6714
  Jessica.board@heidmanlaw.com

SG-22103674.2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, a copy of foregoing Notice to Withdraw Appearance Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jessica A. Board
Jessica A. Board