# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE OF NICOLE HUGHES AND REQUEST FOR REMOVAL FROM NOTIFICATIONS

COMES NOW Nicole Hughes, attorney with Telpner Peterson Law Firm, LLP, and hereby withdraws her appearance on behalf of William H. Henrich, Getzler Henrich & Associates, LLC and Cole Schotz, P.C. The undersigned has concluded her representation of William H. Henrich, Getzler Henrich & Associates, LLC and Cole Schotz, P.C. and requests removal from notifications.

Date: March 7, 2025.

/s/ Nicole Hughes
Nicole Hughes, AT0002263
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone:  (712)325-9000
Facsimile:  (712)328-1946
Email: nhughes@telpnerlaw.com
ATTORNEY FOR GETZLER AND COLE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that on March 7, 2025, a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, the U.S. Trustee, the Liquidation Trustee, and the members of the Trust Oversight Committee, and all parties that have filed a renewed request for notice pursuant to Bankruptcy Rule 2002 after the Effective Date in accordance with section XVII.E of the Plan.

/s/ Nicole Hughes