# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) Case No. 23-00623 (TJC) |
| Debtors. | ) ) (Jointly Administered) |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

This matter comes before the Court on Nicole Hughes' Motion to Withdraw Appearance and Request for Removal from Notifications (Docket no. 1600) filed on March 7, 2025. Upon review of the file, the Court finds there are no pending matters involving Getzler Henrich & Associates LLC's or Cole Schotz P.C.

IT IS ORDERED that Nicole Hughes is permitted to withdraw as attorney of record for Getzler Henrich & Associates LLC's and Cole Schotz P.C.

Dated and Entered:
March 11, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

*Order Prepared By:*
*Nicole Hughes*
*Attorney for Getzler and Cole*