IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**WITHDRAWAL OF OBJECTION** |

    COMES NOW Trustee Dan R. Childers and hereby withdraws without prejudice his Objection to Claim #10090 (Dkt #1734).

                          /s/ E Lam
                          Eric W. Lam, AT0004416
                          Joseph Porter, AT0014454
                          SIMMONS PERRINE MOYER BERGMAN PLC
                          115 Third Street SE, Suite 1200
                          Cedar Rapids, IA 52401
                          Tel: 319-366-7641; Fax: 319-366-1917
                          elam@simmonsperrine.com
                          jporter@spmblaw.com
                          ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

    The undersigned certifies, under penalty of perjury, that on this 17th day of March, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and that on March 17, 2025, a copy of the foregoing document was mailed, via United States Postal Service, postage fully paid to:

PATTEE, KIMBERLY M
1411 13TH ST
CORALVILLE, IA 52241-1307

                          /s/ Kelly Carmichael

MHLT/Pldgs/BA 23-00623 – Drafts/Withdrawal of Obj to Claim #10090.031725.0928.ewl