UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: March 18, 2025
Hearing on: Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004 (Doc. 1545)

APPEARANCES:

Attorneys Roy Leaf and Leslie Behaunek, for Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee
Attorneys David B. Goroff and Christopher J. Jessen for Mercy Health Network, Inc., d/b/a MercyOne

**IT IS ORDERED THAT**:

Any objections to Requests Nos. 41, 49, and 50 are OVERRULED and the Motion for 2004 Examination is GRANTED as to those Requests.

**IT IS FURTHER ORDERED THAT:**

The matter is continued and reset for

**March 25, 2025 at 10:00 A.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

     1. Call the toll-free number: 1-855-244-8681
     2. Enter Access Code: 2306 492 5609#
     3. Press # to bypass attendee ID number
     4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:

March 18, 2025

Thad J. Collins
Chief Bankruptcy Judge