IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**AMENDED CERTIFICATE OF SERVICE** |

COMES NOW Trustee Dan R. Childers and with respect to the Objection to Claim at Dkt #1797 and the Notice of Objection Bar Date at Dkt #1798 against IRS Claim #10356, hereby submits the following Amended Certificate of Service, in lieu of the Certificate of Service appended to the Objection and to the Notice.

        /s/ E Lam
Eric W. Lam, AT0004416
Joseph Porter, AT0014454
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 18th day of March, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and that on March 18, 2025, a copy of the foregoing document was mailed, via United States Postal Service, postage fully paid to:

Department of the Treasury – IRS
230 S. Dearborn St., Stop 5014 CHI
Chicago, IL 60604

U.S. Attorney's Office
Northern District of Iowa (IRS)
111 7th Ave. SE, Box #1
Cedar Rapids, IA 52401

      /s/ Kelly Carmichael

MHLT/Pldgs/BA 23-00623 – Drafts/Amended Certificate of Service re Claim #10356.031825.1330.kc