IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**WITHDRAWAL WITHOUT PREJUDICE** |

COMES NOW Dan R. Childers in his sole capacity as Trustee of the Liquidation Trust, by and through his counsel, and hereby withdraws without prejudice his Objection (Dkt #1441) against Proof of Claim #20026, filed by Sandra K. Dellamuth.

                                               */s/ Eric W. Lam*
                                               Eric W. Lam, AT0004416
                                               SIMMONS PERRINE MOYER BERGMAN PLC
                                               115 Third Street SE, Suite 1200
                                               Cedar Rapids, IA 52401
                                               Tel: 319-366-7641; Fax: 319-366-1917
                                               elam@simmonsperrine.com

                                               ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 20th day of March, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case. The undersigned also mailed, via United States Postal Service, postage fully paid, a copy of the foregoing document to

    SANDRA K. DELLAMUTH
    1840 230TH ST
    WILLIAMSBURG, IA 52361

                                               */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Withdrawal of Obj to POC #20026.032025.1114.ewl