# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ROBERT C. GAINER
## AS ATTORNEYS FOR
## SILLS CUMMIS & GROSS, P.C. and
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Robert C. Gainer hereby give notice of his withdrawal of appearance as counsel to Sills Cummis & Gross, P.C. and The Official Committee of Unsecured Creditors, in the above-captioned case and request that he be removed from the Court's docket and are no longer notified with regards to this action.

Dated: March 20, 2025

**CUTLER LAW FIRM, P.C.**

*/s/ Robert C. Gainer*
Robert C. Gainer IS9998471
1307 50th Street
West Des Moines, Iowa 50266
Telephone: (515) 223-6600
Facsimile: (515) 223-6787
rgainer@cutlerfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated March 20, 2025.

*/s/ Stephanie Newton*