# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL

This matter comes before the Court on Robert C. Gainer's Motion to Withdraw Appearance and Request for Removal from Notifications (Docket no. 1849) filed on March 20, 2025. Upon review of the file, the Court finds there are no pending matters involving Sills Cummis & Gross, P.C. and The Official Committee of Unsecured Creditors.

IT IS ORDERED that Robert C. Gainer is permitted to withdraw as attorney of record for Sills Cummis & Gross, P.C. and The Official Committee of Unsecured Creditors.

Dated and Entered:
March 20, 2025

_____
Thad J. Collins
Chief Bankruptcy Judge

*Order Prepared By:*
*Robert C. Gainer*
*Attorney for Sills Cummis & Gross, P.C.*
*and The Official Committee of Unsecured Creditors*