IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is a Motion to Extend Time to Object to any General Un-Secured Non-Priority Claims filed by pensioners (Dkt #1848), filed by Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust. IT IS ORDERED the relief requested in the Motion is granted, and the Liquidation Trustee is granted through and including June 30, 2025 to object to any general unsecured non-priority claims filed by pensioners

Entered this  24th  day of March, 2025.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Mtn to Extend Time to Obj to Pensioners GUNC.032425.0803.ewl