IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER**<br>**(Proof of Claim #10283)** |

The matter before the Court is Trustee Dan R. Childers' Objection (Dkt #1816) against Proof of Claim #10283 filed by Altera Digital Health Inc. ("Altera"). Pursuant to consent and stipulation, the Court hereby ORDERS Altera is allowed a General Un-Secured Non-Priority Pre-Petition Claim in the amount of $6,000,000.00, as provided in ¶29, p.39 of this Court's Order (Dkt #1114). The Objection is therefore sustained in part and overruled in part, as provided herein. Similarly, Proof of Claim #10283 is allowed to the extent provided in this Order.

Entered this 24th day of March, 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee

So Consented:
__ /s/ S. Carroll, Esq. _____
Attorney for Altera

MHLT.Order.Altera.Obj.031925.0910.ewl