UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: March 25, 2025
Hearing on: Trust Oversight Committee's Motion for Entry of Order Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004 (Doc. 1545)

APPEARANCES:

Attorney Roy Leaf for Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee
Attorneys David B. Goroff and Christopher J. Jessen for Mercy Health Network, Inc., d/b/a MercyOne
Attorney Paula Roby as Designee for Trustee

OUTCOME OF PROCEEDING:

A Status Conference was held. The parties advised the Court that all remaining issues regarding this matter have been resolved and a proposed order for the Court's review has been submitted.

Ordered:
March 25, 2025

Thad J. Collins
Chief Bankruptcy Judge