# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF WILLIAM W. KANNEL

COMES NOW William W. Kannel of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and withdraws his appearance on behalf of Computershare Trust Company, N.A. and Preston Hollow Community Capital, Inc. (collectively, the "Secured Bondholder Representatives") in the above-captioned case. The Secured Bondholder Representatives continue to be represented by attorneys Nathan F. Coco, Megan Preusker, and Kaitlin R. Walsh, and the withdrawal of William W. Kannel will not affect representation of the Secured Bondholder Representatives.

Date: March 26, 2025

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: */s/ William W. Kannel*
    William W. Kannel

One Financial Center
Boston, MA 02111
Telephone: (617)542-6000
Email: WKannel@mintz.com

ATTORNEY FOR COMPUTERSHARE TRUST COMPANY, N.A. and PRESTON HOLLOW COMMUNITY CAPITAL, INC.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies under penalty of perjury, that on March 26, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                                **/s/ Johannes H. Moorlach**

                                                Whitfield & Eddy, PLC
                                                699 Walnut Street, Suite 2000
                                                Des Moines, IA 50309
                                                Direct: 515-246-5501
                                                Email: moorlach@whitfieldlaw.com