# **<u>Exhibit C</u>**

| | |
|---|---|
| **From:** | Goroff, David B. |
| **Sent:** | Friday, February 21, 2025 4:21 PM |
| **To:** | rleaf@nyemaster.com; Leslie C. Behaunek; Jaden G. Banks; Paula Roby |
| **Cc:** | Green, Ed; Michael Reck; Christopher J. Jessen; McGuffey, Nora J. |
| **Subject:** | Attachment A to MercyOne Motion For Rule 2004 Examination  (draft) |
| **Attachments:** | Attachment A to MercyOne Motion For Rule 2004 Examination  (draft).docx |

Roy, Leslie and Jaden, attached for your review pursuant to the Local Rules are the draft Rule 2004 Requests that MercyOne plans to attach to its Motion for Rule 2004 Examination. Prior to filing that motion, we hope to reach a consensual scope of production with you and look forward to meeting and conferring with you after you have had an opportunity to review. We will also want to take the deposition of a Rule 30(b)(6) witness(es) who has most knowledge for the OC on the topics raised. Please let me know dates and times next week that would work for a Teams call to discuss. Thanks.

David

**David B. Goroff**
*Partner*

**Foley & Lardner LLP**
321 N Clark St., Suite 3000, Chicago, IL 60654-4762
Phone 312.832.5160 | Cell 847.921.1199
View My Bio | Visit Foley.com | dgoroff@foley.com



1