# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MERCY HOSPITAL, IOWA CITY, ) | Case No. 23-00623 (TJC) |
| IOWA, *et al.* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF BAR DATE FOR OBJECTIONS AND HEARING ON MERCY HEALTH NETWORK INC.'S MOTION FOR ENTRY OF AN ORDER REQUIRING THE OC TO PRODUCE RECORDS AND SUBMIT TO EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**WHEREAS**, on March 28, 2025, Mercy Health Network Inc., d/b/a MercyOne ("MercyOne") filed its *Motion for Entry of an Order Requiring the OC to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 1858] (the "Rule 2004 Motion").

**WHEREAS**, the Rule 2004 Motion seeks an order from the Court authorizing MercyOne to seek discovery of the Mercy Hospital Liquidation Trust Oversight Committee (the "OC") as designee of the Liquidation Trustee (the "Liquidation Trust") for certain documents and communications requested in Exhibit B (the "Document Requests") attached to the Rule 2004 Motion, and authorizing MercyOne to issue a notice to the OC for a Federal Rule 30(b)(6) deposition on matters related to those raised in the Document Requests.

**NOTICE IS HEREBY GIVEN THAT** the deadline to object to the Rule 2004 Motion pursuant to Local Rule 2004-1 is Monday, April 14, 2025. All objections must be in writing and filed with the Court.

1

**PLEASE TAKE FURTHER NOTICE** that MercyOne will proceed with a telephonic hearing to consider approval of the Rule 2004 Motion on Friday, April 18, 2025, at 11:00 A.M. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** any party that wishes to participate may use the following dial-in instructions:

**Dialing Number: 1-855-244-8681**
**Access Code: 2306 492 5609#**
**Press # to bypass attendee ID**

Dated: March 31, 2025                                  Respectfully submitted,

*/s/ Christopher J. Jessen*
Michael R. Reck
Christopher J. Jessen
**BELIN McCORMICK, P.C.**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0675
mrreck@belinmccormick.com
cjessen@belinmccormick.com

*/s/ David B. Goroff*
Edward J. Green (*Pro Hac Vice*)
David B. Goroff (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
egreen@foley.com
dgoroff@foley.com

Jake W. Gordon (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (248) 943-6484
jake.gordon@foley.com

*Counsel to Mercy Health Network, Inc., d/b/a MercyOne*

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury, that on this March 31, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                         */s/ David B. Goroff*
                                         David B. Goroff