# CORE | STAFFING

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

MAR 3 1 2025

Clerk of Court
By:_____
Deputy

To Whom It May Concern,

I am formally appealing the recent objection to our payment claim for services rendered. After reviewing your objection, we find it unjustified, as our claim accurately reflects the agreed-upon terms and services provided.

## Claim Details:

- Claim Number: 10150
- Date(s) of Service: 3/13/2023 – 12/31/2023
- Total Amount Due: $62,160

Our employee provided services at your facility for nine months without payment. During this period, we covered their wages, insurance, and other necessary expenses. We have attached all relevant supporting documents to substantiate our claim.

We kindly request that you reconsider your adjustment and process the full payment promptly. If further clarification is needed, please contact us at 989-297-2709 or Kristi@core-staff.com. We expect a written response within 30 days confirming the resolution of this matter.

We appreciate your prompt attention and cooperation.

Sincerely,

*[signature]*

Kristi Millar

**Accounting Manager**

**CORE Staffing**

452 N Franklin St. Suite A
Frankenmuth, MI  48734
Office: 989-607-9329
Fax: 877-652-5053
www.core-staff.com

# CORE Staffing
# Sales by Product/Service Detail
### January 2022 - December 2023

**Hope Jungjohann**

| Date | Transaction Type | Num | Customer | Memo/Description | Qty | Sales Price |
|---|---|---|---|---|---|---|
| 03/13/2023 | Invoice | 23417 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/13/2023 | Invoice | 23417 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/13/2023 | Invoice | 23417 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/20/2023 | Invoice | 23444 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/20/2023 | Invoice | 23444 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/20/2023 | Invoice | 23444 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/27/2023 | Invoice | 23460 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/27/2023 | Invoice | 23460 | Medefis | 7am-7pm | 12 | 85.00 |
| 03/27/2023 | Invoice | 23460 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/03/2023 | Invoice | 25020 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/03/2023 | Invoice | 25020 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/03/2023 | Invoice | 25020 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/10/2023 | Invoice | 23537 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/10/2023 | Invoice | 23537 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/10/2023 | Invoice | 23537 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/17/2023 | Invoice | 23583 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/17/2023 | Invoice | 23583 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/17/2023 | Invoice | 23583 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/24/2023 | Invoice | 23628 | Medefis | 7am-7pmOT | 8 | 95.00 |
| 04/24/2023 | Invoice | 23628 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/24/2023 | Invoice | 23628 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/24/2023 | Invoice | 23628 | Medefis | 7am-7pm | 12 | 85.00 |
| 04/24/2023 | Invoice | 23628 | Medefis | 7am-7pm | 4 | 85.00 |
| 05/01/2023 | Invoice | 23646 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/01/2023 | Invoice | 23646 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/01/2023 | Invoice | 23646 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/08/2023 | Invoice | 23732 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/08/2023 | Invoice | 23732 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/08/2023 | Invoice | 23732 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/15/2023 | Invoice | 24118 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/15/2023 | Invoice | 24118 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/15/2023 | Invoice | 24118 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/22/2023 | Invoice | 24162 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/22/2023 | Invoice | 24162 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/22/2023 | Invoice | 24162 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/29/2023 | Invoice | 24208 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/29/2023 | Invoice | 24208 | Medefis | 7am-7pm | 12 | 80.00 |
| 05/29/2023 | Invoice | 24208 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/05/2023 | Invoice | 24256 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/05/2023 | Invoice | 24256 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/05/2023 | Invoice | 24256 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/12/2023 | Invoice | 24305 | Medefis | 7am-7pm | 12 | 80.00 |

| Date | Type | Num | Name | Memo | Qty | Rate |
|---|---|---|---|---|---|---|
| 06/12/2023 | Invoice | 24305 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/12/2023 | Invoice | 24305 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/12/2023 | Invoice | 24305 | Medefis | 7am-7pm | 4 | 80.00 |
| 06/12/2023 | Invoice | 24305 | Medefis | 7am-7pm OT | 8 | 90.00 |
| 06/19/2023 | Invoice | 24351 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/19/2023 | Invoice | 24351 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/19/2023 | Invoice | 24351 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/19/2023 | Invoice | 24351 | Medefis | 7am-7pm | 4 | 80.00 |
| 06/19/2023 | Invoice | 24351 | Medefis | 7am-7pm OT | 8 | 90.00 |
| 06/26/2023 | Invoice | 24388 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/26/2023 | Invoice | 24388 | Medefis | 7am-7pm | 12 | 80.00 |
| 06/26/2023 | Invoice | 24388 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/03/2023 | Invoice | 24435 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/03/2023 | Invoice | 24435 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/03/2023 | Invoice | 24435 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/10/2023 | Invoice | 24478 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/10/2023 | Invoice | 24478 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/10/2023 | Invoice | 24478 | Medefis | 7am-7pm Holiday | 12 | 90.00 |
| 07/17/2023 | Invoice | 24518 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/17/2023 | Invoice | 24518 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/17/2023 | Invoice | 24518 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/24/2023 | Invoice | 24547 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/24/2023 | Invoice | 24547 | Medefis | 7am-7pm | 12 | 80.00 |
| 07/24/2023 | Invoice | 24547 | Medefis | 7am-7pm | 12 | 80.00 |

**Total for Hope Jungjohann** 756
**TOTAL** 756

Thursday, Oct 05, 2023 10:30:16 AM GMT-7 - Accrual Basis

| Amount | Balance |
|---:|---:|
| 1,020.00 | 1,020.00 |
| 1,020.00 | 2,040.00 |
| 1,020.00 | 3,060.00 |
| 1,020.00 | 4,080.00 |
| 1,020.00 | 5,100.00 |
| 1,020.00 | 6,120.00 |
| 1,020.00 | 7,140.00 |
| 1,020.00 | 8,160.00 |
| 1,020.00 | 9,180.00 |
| 1,020.00 | 10,200.00 |
| 1,020.00 | 11,220.00 |
| 1,020.00 | 12,240.00 |
| 1,020.00 | 13,260.00 |
| 1,020.00 | 14,280.00 |
| 1,020.00 | 15,300.00 |
| 1,020.00 | 16,320.00 |
| 1,020.00 | 17,340.00 |
| 1,020.00 | 18,360.00 |
| 760.00 | 19,120.00 |
| 1,020.00 | 20,140.00 |
| 1,020.00 | 21,160.00 |
| 1,020.00 | 22,180.00 |
| 340.00 | 22,520.00 |
| 960.00 | 23,480.00 |
| 960.00 | 24,440.00 |
| 960.00 | 25,400.00 |
| 960.00 | 26,360.00 |
| 960.00 | 27,320.00 |
| 960.00 | 28,280.00 |
| 960.00 | 29,240.00 |
| 960.00 | 30,200.00 |
| 960.00 | 31,160.00 |
| 960.00 | 32,120.00 |
| 960.00 | 33,080.00 |
| 960.00 | 34,040.00 |
| 960.00 | 35,000.00 |
| 960.00 | 35,960.00 |
| 960.00 | 36,920.00 |
| 960.00 | 37,880.00 |
| 960.00 | 38,840.00 |
| 960.00 | 39,800.00 |
| 960.00 | 40,760.00 |

|  |  |
|---:|---:|
| 960.00 | 41,720.00 |
| 960.00 | 42,680.00 |
| 320.00 | 43,000.00 |
| 720.00 | 43,720.00 |
| 960.00 | 44,680.00 |
| 960.00 | 45,640.00 |
| 960.00 | 46,600.00 |
| 320.00 | 46,920.00 |
| 720.00 | 47,640.00 |
| 960.00 | 48,600.00 |
| 960.00 | 49,560.00 |
| 960.00 | 50,520.00 |
| 960.00 | 51,480.00 |
| 960.00 | 52,440.00 |
| 960.00 | 53,400.00 |
| 960.00 | 54,360.00 |
| 960.00 | 55,320.00 |
| 1,080.00 | 56,400.00 |
| 960.00 | 57,360.00 |
| 960.00 | 58,320.00 |
| 960.00 | 59,280.00 |
| 960.00 | 60,240.00 |
| 960.00 | 61,200.00 |
| 960.00 | 62,160.00 |
| **$ 62,160.00** | |
| **$ 62,160.00** | |

**Client ID:** 10448 - Vital Nurse Staffing LLC
**Pay Group:** ALL

**CHECK HISTORY DETAIL**
**Vital Nurse Staffing LLC**

**Report Date Range: By Pay Date**
3/23/2023 – 8/10/2023

**Employee:** hope Patricia Junglohann
**SSN:** [redacted]

| Check | Pay Date | Period End | Voucher# | Run # | Gross Pay | Net Pay | Check Amt | Direct Dep | Earnings Title | Hours | Dollars | Earnings Title 2 | Dollars 2 | Tax Title | Dollars | Tax Title 2 | Dollars | Total EE Taxes | Deduction Title | Dollars | Total Deductions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Check | 3/23/2023 | 3/11/2023 | V2875288 | 594 | 837.00 | 1,756.44 | 0.00 | 1,756.44 | Gross Pay #1 | 36.00 | 837.00 | Emp Reimb** | 1,099.00 | SOC SEC EE / FEDERAL WH | 48.48 / 39.80 | MED EE / IOWA WH | 11.34 / 24.94 | 124.56 | Medical 1500 | 55.00 | 55.00 |
| Regular Check | 3/30/2023 | 3/18/2023 | V2885717 | 600 | 837.00 | 1,756.43 | 0.00 | 1,756.43 | Gross Pay #1 | 36.00 | 837.00 | Emp Reimb** | 1,099.00 | SOC SEC EE / FEDERAL WH | 48.49 / 39.80 | MED EE / IOWA WH | 11.34 / 24.94 | 124.57 | Medical 1500 | 55.00 | 55.00 |
| Regular Check | 4/6/2023 | 3/25/2023 | V2895928 | 609 | 837.00 | 1,756.44 | 0.00 | 1,756.44 | Gross Pay #1 | 36.00 | 837.00 | Emp Reimb** | 1,099.00 | SOC SEC EE / FEDERAL WH | 48.48 / 39.80 | MED EE / IOWA WH | 11.34 / 24.94 | 124.56 | Medical 1500 | 55.00 | 55.00 |
| Regular Check | 4/13/2023 | 4/1/2023 | V2906626 | 614 | 837.00 | 1,756.44 | 0.00 | 1,756.44 | Gross Pay #1 | 36.00 | 837.00 | Emp Reimb** | 1,099.00 | SOC SEC EE / FEDERAL WH | 48.48 / 39.80 | MED EE / IOWA WH | 11.34 / 24.94 | 124.56 | Medical 1500 | 55.00 | 55.00 |
| Regular Check | 4/20/2023 | 4/8/2023 | V2915773 | 621 | 837.00 | 1,756.43 | 0.00 | 1,756.43 | Gross Pay #1 | 36.00 | 837.00 | Emp Reimb** | 1,099.00 | SOC SEC EE / FEDERAL WH | 48.49 / 39.80 | MED EE / IOWA WH | 11.34 / 24.94 | 124.57 | Medical 1500 | 55.00 | 55.00 |
| Regular Check | 4/27/2023 | 4/15/2023 | V2928136 | 626 | 837.00 | 1,756.44 | 0.00 | 1,756.44 | Gross Pay #1 | 36.00 | 837.00 | Emp Reimb** | 1,099.00 | SOC SEC EE / FEDERAL WH | 48.48 / 39.80 | MED EE / IOWA WH | 11.34 / 24.94 | 124.56 | Medical 1500 | 55.00 | 55.00 |

| Client ID: | 10448 - Vital Nurse Staffing LLC | | | CHECK HISTORY DETAIL | | | | Report Date Range: By Pay Date | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Group: | ALL | | | Vital Nurse Staffing LLC | | | | 3/23/2023 - 8/10/2023 | |

| | Regular Check | | | Hourly | 36.00 | 837.00 | Stipend** | 1,099.00 | SOC SEC EE | 94.06 | MED EE | 21.99 | Medical 1500 | 55.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pay Date: | 5/4/2023 | Gross Pay: | 1,572.12 | Blended | 4.00 | 215.12 | | | FEDERAL WH | 128.02 | IOWA WH | 67.71 | | |
| Period End: | 4/22/2023 | Net Pay: | 2,304.34 | OT (Alt. Rate) | 8.00 | 520.00 | | | | | | | | |
| Voucher#: | V2938086 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 634 | Direct Dep: | 2,304.34 | Total Hours: | | | | 48.00 | Total Employee Taxes: | | | 311.78 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 1,572.12 | | | | | | |
| | Regular Check | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.26 | Medical 1500 | 55.00 |
| Pay Date: | 5/11/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | | |
| Period End: | 4/29/2023 | Net Pay: | 1,646.85 | | | | | | | | | | | |
| Voucher#: | V2948872 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 641 | Direct Dep: | 1,646.85 | Total Hours: | | | | 36.00 | Total Employee Taxes: | | | 90.15 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 693.00 | | | | | | |
| | Regular Check | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: | 5/18/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | | |
| Period End: | 5/6/2023 | Net Pay: | 1,646.86 | | | | | | | | | | | |
| Voucher#: | V2958842 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 647 | Direct Dep: | 1,646.86 | Total Hours: | | | | 36.00 | Total Employee Taxes: | | | 90.14 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 693.00 | | | | | | |
| | Regular Check | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.55 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: | 5/25/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | | |
| Period End: | 5/13/2023 | Net Pay: | 1,646.87 | | | | | | | | | | | |
| Voucher#: | V2969305 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 653 | Direct Dep: | 1,646.87 | Total Hours: | | | | 36.00 | Total Employee Taxes: | | | 90.13 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 693.00 | | | | | | |
| | Regular Check | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: | 6/1/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | | |
| Period End: | 5/20/2023 | Net Pay: | 1,646.86 | | | | | | | | | | | |
| Voucher#: | V2978834 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 659 | Direct Dep: | 1,646.86 | Total Hours: | | | | 36.00 | Total Employee Taxes: | | | 90.14 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 693.00 | | | | | | |
| | Regular Check | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.55 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: | 6/8/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | | |
| Period End: | 5/27/2023 | Net Pay: | 1,646.87 | | | | | | | | | | | |
| Voucher#: | V2989870 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 666 | Direct Dep: | 1,646.87 | Total Hours: | | | | 36.00 | Total Employee Taxes: | | | 90.13 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 693.00 | | | | | | |
| | Regular Check | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: | 6/15/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | | |
| Period End: | 6/3/2023 | Net Pay: | 1,646.86 | | | | | | | | | | | |
| Voucher#: | V3000044 | Check Amt: | 0.00 | | | | | | | | | | | |
| Run #: | 673 | Direct Dep: | 1,646.86 | Total Hours: | | | | 36.00 | Total Employee Taxes: | | | 90.14 | Total Deductions: | 55.00 |
| | | | | Total Earnings: | | | | 693.00 | | | | | | |

| Client ID: | 10448 - Vital Nurse Staffing LLC | | | CHECK HISTORY DETAIL Vital Nurse Staffing LLC | | | Report Date Range: By Pay Date 3/23/2023 - 8/10/2023 |
|---|---|---|---|---|---|---|---|
| Pay Group: | ALL | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Regular Check** | | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 86.62 | MED EE | 20.26 | Medical 1500 | 55.00 |
| Pay Date: 6/22/2023 | Gross Pay: | 1,452.12 | Blended | 4.00 | 199.12 | | | FEDERAL WH | 113.62 | IOWA WH | 60.51 | |
| Period End: 6/10/2023 | Net Pay: | 2,215.11 | OT (Alt. Rate) | 8.00 | 560.00 | | | | | | |
| Voucher#: V3009884 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 681 | Direct Dep: | 2,215.11 | Total Hours: | | | 48.00 | Total Employee Taxes: | | 281.01 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 1,452.12 | | | | | |
| **Regular Check** | | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 86.62 | MED EE | 20.26 | Medical 1500 | 55.00 |
| Pay Date: 6/29/2023 | Gross Pay: | 1,452.12 | Blended | 4.00 | 199.12 | | | FEDERAL WH | 113.62 | IOWA WH | 60.51 | |
| Period End: 6/17/2023 | Net Pay: | 2,215.11 | OT (Alt. Rate) | 8.00 | 560.00 | | | | | | |
| Voucher#: V3020253 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 686 | Direct Dep: | 2,215.11 | Total Hours: | | | 48.00 | Total Employee Taxes: | | 281.01 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 1,452.12 | | | | | |
| **Regular Check** | | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: 7/6/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | |
| Period End: 6/24/2023 | Net Pay: | 1,646.86 | | | | | | | | | |
| Voucher#: V3027603 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 693 | Direct Dep: | 1,646.86 | Total Hours: | | | 36.00 | Total Employee Taxes: | | 90.14 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 693.00 | | | | | |
| **Regular Check** | | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: 7/13/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | |
| Period End: 7/1/2023 | Net Pay: | 1,646.86 | | | | | | | | | |
| Voucher#: V3040384 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 703 | Direct Dep: | 1,646.86 | Total Hours: | | | 36.00 | Total Employee Taxes: | | 90.14 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 693.00 | | | | | |
| **Regular Check** | | | | Hourly | 24.00 | 462.00 | Stipend** | 1,099.00 | SOC SEC EE | 77.31 | MED EE | 18.08 | Medical 1500 | 55.00 |
| Pay Date: 7/20/2023 | Gross Pay: | 1,302.00 | Holiday-OT Rate | 12.00 | 840.00 | | | FEDERAL WH | 95.60 | IOWA WH | 51.51 | |
| Period End: 7/8/2023 | Net Pay: | 2,103.50 | | | | | | | | | |
| Voucher#: V3049665 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 710 | Direct Dep: | 2,103.50 | Total Hours: | | | 36.00 | Total Employee Taxes: | | 242.50 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 1,302.00 | | | | | |
| **Regular Check** | | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 39.56 | MED EE | 9.25 | Medical 1500 | 55.00 |
| Pay Date: 7/27/2023 | Gross Pay: | 693.00 | | | | | | FEDERAL WH | 23.80 | IOWA WH | 17.53 | |
| Period End: 7/15/2023 | Net Pay: | 1,646.86 | | | | | | | | | |
| Voucher#: V3059723 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 717 | Direct Dep: | 1,646.86 | Total Hours: | | | 36.00 | Total Employee Taxes: | | 90.14 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 693.00 | | | | | |
| **Regular Check** | | | | Hourly | 36.00 | 693.00 | Stipend** | 1,099.00 | SOC SEC EE | 100.26 | MED EE | 23.45 | Medical 1500 | 55.00 |
| Pay Date: 8/3/2023 | Gross Pay: | 1,672.20 | PTO $20 | 48.96 | 979.20 | | | FEDERAL WH | 146.65 | IOWA WH | 73.72 | |
| Period End: 7/22/2023 | Net Pay: | 2,372.12 | | | | | | | | | |
| Voucher#: V3071534 | Check Amt: | 0.00 | | | | | | | | | |
| Run #: 724 | Direct Dep: | 2,372.12 | Total Hours: | | | 84.96 | Total Employee Taxes: | | 344.08 | Total Deductions: | 55.00 |
| | | | Total Earnings: | | | 1,672.20 | | | | | |

| Client ID: | 10448 - Vital Nurse Staffing LLC | | | CHECK HISTORY DETAIL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Group: | ALL | | | Vital Nurse Staffing LLC | | | | **Report Date Range: By Pay Date** | | |
| | | | | | | | | 3/23/2023 - 8/10/2023 | | |

| EMPLOYEE TOTAL: 3/23/2023 - 8/10/2023 | | Hourly | 492.00 | 9,615.00 | Emp Reimb** | 6,594.00 | SOC SEC EE | 1,091.79 | FEDERAL WH | 1,050.51 | Medical 1500 | 1,100.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gross Pay #1 | 216.00 | 5,022.00 | Stipend** | 15,386.00 | MED EE | 255.34 | IOWA WH | 621.37 | | |
| | | Blended | 12.00 | 613.36 | | | | | | | | |
| Gross Pay: 18,709.56 | Net Pay: 36,570.55 | OT (Alt. Rate) | 24.00 | 1,640.00 | | | | | | | | |
| | | PTO $20 | 48.96 | 979.20 | | | | | | | | |
| | | Holiday-OT Rate | 12.00 | 840.00 | | | | | | | | |
| | | **Total Hours:** | | 804.96 | | | **Total Employee Taxes:** | 3,019.01 | **Total Deductions:** | | | 1,100.00 |
| | | **Total Earnings:** | | 18,709.56 | | | | | | | | |

*Memo Calculation (not included in Earnings totals)　**Reimbursement (not included in Earnings totals)

isolved People Cloud.　　　　　**CHECK HISTORY DETAIL**　　　　　Page 4
Created on: 10/5/2023 1:46:55 PM

| Client ID: | 10448 - Vital Nurse Staffing LLC | | CHECK HISTORY DETAIL | | | Report Date Range: By Pay Date | |
|---|---|---|---|---|---|---|---|
| Pay Group: | ALL | | Vital Nurse Staffing LLC | | | 3/23/2023 - 8/10/2023 | |

| Report Totals | Earnings | | | | Taxes | | | | Deductions | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Title | Hours | Dollars | Title | Dollars | Title | Dollars | Title | Dollars | Title | Dollars | Title | Dollars |
| 3/23/2023 - 8/10/2023 | Hourly | 492.00 | 9,615.00 | Emp Reimb** | 6,594.00 | SOC SEC EE | 1,091.79 | FEDERAL WH | 1,050.51 | Medical 1500 | 1,100.00 | |
| | Gross Pay #1 | 216.00 | 5,022.00 | Stipend** | 15,386.00 | MED EE | 255.34 | IOWA WH | 621.37 | | | |
| Gross Pay: 18,709.56  Net Pay: 36,570.55 | Blended | 12.00 | 613.36 | | | | | | | | | |
| | OT (Alt. Rate) | 24.00 | 1,640.00 | | | | | | | | | |
| | PTO $20 | 48.96 | 979.20 | | | | | | | | | |
| | Holiday-OT Rate | 12.00 | 840.00 | | | | | | | | | |
| | Total Hours: | | 804.96 | | | Total Employee Taxes: | 3,019.01 | | | Total Deductions: | 1,100.00 | |
| | Total Earnings: | | 18,709.56 | | | | | | | | | |

*Memo Calculation (not included in totals) **Reimbursement (not included in totals)