| | |
|---|---|
| **From:** | ndia.ecf.notification@iand.uscourts.gov |
| **To:** | ndia.ecf.notification@iand.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-00068-CJW-MAR Mercy Health Network, Inc et al v. Mercy Hospital, Iowa City, IA et al USCA Case Number |
| **Date:** | Thursday, April 3, 2025 9:50:13 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Iowa**

## Notice of Electronic Filing

The following transaction was entered on 4/3/2025 at 9:48 AM CDT and filed on 4/3/2025
**Case Name:**     Mercy Health Network, Inc et al v. Mercy Hospital, Iowa City, IA et al
**Case Number:**   1:24-cv-00068-CJW-MAR
**Filer:**
**WARNING: CASE CLOSED on 03/03/2025**
**Document Number:** 51

**Docket Text:**
**USCA Case Number 25-1654 for [49] Notice of Appeal filed by Mercy Health Network, Inc. Transcript due by 5/12/2025. (des)**


**1:24-cv-00068-CJW-MAR Notice has been electronically mailed to:**

Eric W Lam      elam@simmonsperrine.com, kcarmichael@spmblaw.com

Michael R Reck      mrreck@belinmccormick.com, abrenizer@belinmccormick.com, jcrawford@belinmccormick.com, tpodliska@belinmccormick.com

Kristina M Stanger      kmstanger@nyemaster.com, mbb@nyemaster.com

Christopher J Jessen      cjessen@belinmccormick.com, vdrake@belinmccormick.com

Matthew McGuire      mmcguire@nyemaster.com, jbooker@nyemaster.com

Roy Ryan Leaf      rleaf@nyemaster.com, lduncan@nyemaster.com, scarney@nyemaster.com, sgreenman@nyemaster.com

Joseph J Porter      jporter@spmblaw.com, osmith@spmblaw.com

Document      Page 2 of 2

Dana Waterman Hempy    dhempy@nyemaster.com, mseei@nyemaster.com

David B Goroff    dgoroff@foley.com

Jake W Gordon    jake.gordon@foley.com

Felicia Perlman    fperlman@mwe.com

Daniel M Simon    dsimon@mwe.com

Emily C Keil    ekeil@mwe.com

Jack G Haake    jhaake@mwe.com

Nora J McGuffey    nora.mcguffey@foley.com

US Trustee    ustpregion12.cr.ecf@usdoj.gov

US Bankruptcy Clerk-IAND    appeals@ianb.uscourts.gov

**1:24-cv-00068-CJW-MAR Notice has been delivered by other means to:**

Edward J Green
Jolleb & Coff
55 E Monroe Street
Suite 4100
Chicago, IL 60603-5896

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=4/3/2025] [FileNumber=2908285-0]
[351ed5be118143ddecbd165dbe45239d9efab6649781b522593523fd0a555826c7f0
e481653724066d09afca5f803382b3ac7fa668dae4e19d936d5a49bb6a9f]]