IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al.,[1] | § § § | CASE NO. 23-00623 |
| | § | (Jointly Administered) |
| Debtors. | § § § | |

## CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO OBJECTION TO PROOF OF CLAIM NO. 10066

(Related to Doc. No. 1598)

This matter is before the Court upon Trustee Dan R. Childers' Objection to Creditor Health Carousel Travel Network, LLC's Claim No. 10066 (Docket No. 1598). Pursuant to consent and stipulation, Health Carousel Travel Network, LLC is granted through and including May 2, 2025 to respond to this Objection.

Entered this 10th day of April, 2025.

_____
Honrable Thad J. Collins, Chief Judge

Order prepared by:

Eric W. Lam AT 0004416

So Consented:

/s/ Patrick B. Dillon
Patrick B. Dillon AT 0001973
Attorney for Creditor