### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | Jointly Administered |

### [PROPOSED] ORDER GRANTING TRUST OVERSIGHT COMMITTEE'S EXPEDITED UNCONTESTED MOTION TO CONTINUE HEARING ON MERCYONE'S BANKRUPTCY RULE 2004 MOTION

Upon the motion (the "Motion") of the OC[1] for entry of an order (the "Order") continuing the telephonic hearing on the MercyOne Rule 2004 Motion currently scheduled for April 18, 2025 at 11:00 AM to Friday, April 25, 2025 at 2:30 PM; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Public Administrative Order* referring bankruptcy cases entered by the United States District Court for the Northern District of Iowa; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the parties; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

2. The Motion complies with Local Rule 5071-1.

3. The telephonic hearing on the MercyOne Rule 2004 Motion currently scheduled for April 18, 2025 at 11:00 AM is hereby continued to Friday, April 25, 2025 at 2:30 PM.

4. Parties wishing to participate may use the following dial-in instructions:

**Dialing Number: 1-855-244-8681**
**Access Code: 2306 492 5609#**
**Press # to bypass attendee ID**

Dated and entered this ____ day of April, 2025.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com

*Counsel for Counsel for the Mercy Hospital Liquidation*
*Trust Oversight Committee as Designee of the Liquidation Trustee*