UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: April 11, 2025
Status Conference

<u>APPEARANCES</u>:
Attorney Eric W. Lam for Trustee Dan Childers
Attorney Dan Childers, Liquidation Trustee
Attorney Roy R. Leaf for the Mercy Hospital Liquidating Trust Oversight Committee
Attorney Paula L. Roby for the Official Committee of Pensioners
Attorney Christopher J. Jessen for MercyOne
Attorney Claire Davison for the United States Trustee

<u>OUTCOME OF PROCEEDING</u>:

A status conference was held on the following issues: 1) Pensioners' Proofs of Claim; 2) Pension Plan; and 3) Administrative Claim.

Ordered:
April 11, 2025

Thad J. Collins
Chief Bankruptcy Judge