**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, et.al.,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 23-00623<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL FOR RMS HOLDINGS, P.C. AND RADIOLOGICAL MEDICAL SERVICES, P.C.** |

**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL**

ON THIS DATE, this case comes before the Court on the Motions to Withdraw filed by Attorneys Miranda L. Hughes, Jennifer E. Lindberg, and Samantha C. Norris of the law firm, Brown, Winick, Graves, Gross and Baskerville, P.L.C. The aforementioned counsel presently represents Interested Parties RMS Holdings, P.C. and Radiological Medical Services, P.C. For the reasons stated in the Motion, the Court finds good cause to grant said Motions to Withdraw.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motions to Withdraw filed by Miranda L. Hughes, Jennifer E. Lindberg and Samantha C. Norris are GRANTED.

2. Effective immediately, Miranda L. Huges, Jennifer E. Lindberg, and Samantha C. Norris shall have no further responsibility for the representation of RMS Holdings, P.C. and Radiological Medical Services, P.C.

2

Dated and entered this 15th day of    April, 2025.

_____
Honorable Thad J. Collins, Chief Judge