## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSE TO OBJECTIONS TO CLAIM NOS. 10272 and 10277

Mercy Health Network, Inc. and Mercy ACO LLC (collectively herein "Mercy"), by and through the undersigned, hereby respectfully request an extension of the deadline to respond to the Trustee's Objections to its General Unsecured Nonpriority Claim Nos. 10272 [Objections at Docket Nos. 1777 and 1778] and 10277 [Objection at Docket No. 1814] (hereinafter "Claims"), and states as follows:

1. Mercy's deadline to respond to the Trustee's Objections is currently April 21, 2025.

2. Myriad conflicts (both personal and professional) have arisen that prevent Mercy from responding by April 21, 2025.

3. Mercy therefore respectfully requests a brief extension of the deadline to respond to the Trustee's Objections to May 9, 2025.

4. Mercy's counsel conferred with the Trustee's counsel and the Trustee consents to this extension.

WHEREFORE, Mercy Health Network, Inc. and Mercy ACO LLC respectfully request an extension of their deadline to respond to the Trustee's Objections to Claim Nos. 10272 and 10277 up to and including May 9, 2025.

Dated: April 17, 2025

| | |
|---|---|
| /s/ David B. Goroff | BELIN McCORMICK, P.C. |
| Edward J. Green (*Pro Hac Vice* pending) | /s/ Christopher J. Jessen |
| David B. Goroff (*Pro Hac Vice* pending) | Michael R. Reck |
| **FOLEY & LARDNER LLP** | Christopher J. Jessen |
| 321 N. Clark Street, Suite 3000 | 666 Walnut Street, Suite 2000 |
| Chicago, IL 60654 | Des Moines iA 50309 |
| Tel: (312) 832-4500 | Tel: (515) 243-7100 |
| Fax: (312) 832-4700 | Fax: (515) 558-0704 |
| egreen@foley.com | mrreck@belinmccormick.com |
| dgoroff@foley.com | cjessen@belinmccormick.com |
| | ATTORNEYS FOR MERCY HEALTH NETWORK, INC. d/b/a MERCYONE |

Jake W. Gordon (*Pro Hac Vice* pending)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (248) 943-6484
jake.gordon@foley.com

M1617\0068\(4596667)