# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER EXTENDING DEADLINE TO RESPOND TO OBJECTION TO CLAIM NOS. 10272 and 10277

(Related to Doc. Nos. 1777, 1778 and 1814)

This matter is before the Court upon Trustee Dan R. Childers's Objections to Creditor Mercy Health Network, Inc. d/b/a MercyOne's and Mercy ACO LLC's Claim Nos. 10272 and 10277 and Mercy Health Network's and Mercy ACO LLC's unopposed motion to extend time to respond to the Objections. Pursuant to consent and stipulation, Mercy Health Network, Inc. is granted through and including May 9, 2025 to respond to these Objections.

DATED AND ENTERED    April 18, 2025

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order prepared by:

Christopher J. Jessen  AT0013075

M1617\0068\(4597335)