**uniti** med partners

WEEKLY — DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

EMPLOYEE NAME: Terry Gardner
FACILITY NAME: Mercy Iowa City Hospital
RECRUITER NAME: Sarah Richardson
WEEK OF: 08/06/23 - 08/12/23

INSTRUCTIONS/GUIDELINES:
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day unless noted (no lunch).
5. Timesheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

**REGULAR HOURS** *Please complete ALL in/out times and TOTAL.

| DAY | DATE (MM/DD/YY) | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours: CHECK ONE | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 08/06/23 | 07:00 | | | ✓ | 19:00 | 12:00 | Cancelled / Volunteered to Leave / Sick / Personal | |
| MON | 08/07/23 | 09:00 | 14:30 | 15:00 | | 21:33 | 12:00 | Cancelled / Volunteered to Leave / Sick / Personal | |
| TUE | | | | | | | | Cancelled / Volunteered to Leave / Sick / Personal | |
| WED | | | | | | | | Cancelled / Volunteered to Leave / Sick / Personal | |
| THUR | | | | | | | | Cancelled / Volunteered to Leave / Sick / Personal | |
| FRI | | | | | | | | Cancelled / Volunteered to Leave / Sick / Personal | |
| SAT | 08/12/23 | 10:00 | | | ✓ | 10:23 | 12:50 | Cancelled / Volunteered to Leave / Sick / Personal | |

EXPLAIN IF GUARANTEED HOURS ARE NOT MET:
TOTAL HOURS FOR WEEK: 36:50

**CALL HOURS: On-Call**

| DAY | DATE (MM/DD/YY) | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

TOTAL ON-CALL HOURS:

**Call-Back** (Can ONLY be called back if on-call. *Otherwise extra shift.)

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason: |
|---|---|---|---|
| | | | |

TOTAL CALL-BACK HOURS:

**MILEAGE:**

| DAY | DATE (MM/DD/YY) | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

TOTAL MILEAGE:

Employee Signature: Terry Gardner   Date: 08/13/23
Authorized Facility Signature: Bula Els   Date: 8/14/23

**EXHIBIT A**

# MERCY
## IOWA CITY

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday, 4:00pm CST.

Employee Name: Christina Brenner
Week Ending: 08/05/2023
Agency Name: Unitimed

ENDO

### Regular Hours

| Dept/Unit | Day | Date | Time In AM PM | Time Out AM PM | Break | Time In AM PM | Time Out AM PM | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | | | | | | | |
| | Mon | 7/31 | DAY OFF | | | | | | — DAY OFF — |
| | Tues | 08/01 | | | | | | | Ill E V/D (called in) + txt. Nurse |
| | Wed | 08/02 | 0603 PM | 1419 PM | 0 | | | 8.25 | No lunch c/t Lab hr. |
| | Thurs | 08/03 | 0603 PM | 1630 PM | 0 | | | 10.5 | No lunch |
| | Fri | 08/04 | 0604 PM | 1700 | | | | | |
| | Sat | | | | | | | | |

charge

### Call Hours

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | 7/30 | 0700 AM | 2000 PM | 13.0 | | | | |
| | Mon | 7/31 | 1630 PM | 0680 PM | 13.5 | | | | |
| | Tues | | | | | | | | |
| | Wed | | | | | | | | |
| | Thurs | 8/03 | 1630 | 1735 PM | 1hr | 1631 | 1735 PM | 1hr | 1hr. |
| | Fri | | | | | | | | |
| | Sat | | | | | | | | |

Employee Signature: CBrenner  Date: 08/04/2023

Manager Signature: Marcia Kirkpatrick RN CDC  Date: 8-4-2023

**ATTENTION VENDORS:** All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6060. Mercy Hospital, IC pays for services rendered by your Staff based upon the actual hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be REJECTED. It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to track their Staff's hours worked, which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agnecy MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed or for hours worked that have not been reported through the Medefis system. **Time recording / Breaks / Overtime:** Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this timecard. If you have any questions on this process, please contact Medefis at 866-711-6333.

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

**EMPLOYEE NAME:** TERRY GARDNER
**FACILITY NAME:** MERCY IOWA CITY HOSPITAL
**RECRUITER NAME:** SARAH Richardson
**WEEK OF:** 07/30/23 - 08/05/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day unless noted (no lunch).
5. Timesheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

uniti med partners

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE (MM/DD/YY) | TIME - IN | Lunch - OUT | Lunch - IN | NO Lunch | TIME - OUT | TOTAL HOURS | Reason for Short Hours: CHECK ONE | | Comments: |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 07/30/23 | 07:00 | | | ☑ Check if NO Lunch | 19:00 | 12:00 | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| MON | 07/31/23 | 09:00 | 14:30 | 15:00 | ☐ Check if NO Lunch | 21:42 | 12:15 | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| TUE | | | | | ☐ Check if NO Lunch | | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| WED | | | | | ☐ Check if NO Lunch | | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| THUR | | | | | ☐ Check if NO Lunch | | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| FRI | 08/04/23 | 19:00 | | | ☑ Check if NO Lunch | | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| SAT | 08/05/23 | | | | ☑ Check if NO Lunch | 07:32 | 12:50 | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |

EXPLAIN IF GUARANTEED HOURS ARE NOT MET:

**TOTAL HOURS FOR WEEK:** 36.65

## CALL HOURS: On-Call

| DAY | DATE (MM/DD/YY) | TIME - IN | TIME - OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

**TOTAL ON-CALL HOURS:**

## Call-Back (Can ONLY be called back if on-call) *Otherwise extra shift.

| TIME - IN | TIME - OUT | CALL-BACK HOURS | Call-Back Reason: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL CALL-BACK HOURS:**

## MILEAGE:

| DAY | DATE (MM/DD/YY) | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

**TOTAL MILEAGE:**

**Employee Signature:** Terry Gardner **Date:** 08/06/23

**Authorized Facility Signature:** Brenda Elsky **Date:** 8/7/23

By my signature above, I hereby certify the hours above are correct and worked by me and I have no accidents or injuries to report. Misrepresentation may make myself liable to the maximum penalty allowed by law.

By my signature above, I hereby certify the hours above are correct and approved for billing and will pay according to the hours listed above. Any discrepancies are listed above. Failure to comply may make the client facility liable to the maximum penalty allowed by law.

***ATTENTION TRAVELERS***

# MERCY
## IOWA CITY

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday, 4:00pm CST.

Employee Name: Christina Bremer
Week Ending: 7/29/23
Agency Name: Health med

**Regular Hours**

| Dept/Unit | Day | Date | Time In | Time Out | Break | Time In | Time Out | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| 7/27 Low Census me 100% | Mon | 7/24 | 0606 AM | 1346 PM | 0 | AM PM | AM PM | | no lunch that day |
| | Tues | off | AM PM | AM PM | | AM PM | AM PM | | |
| 1st C° | Wed | 7/26 | 701 AM | 1507 PM | | AM PM | AM PM | | no lunch but 30 min |
| | Thurs | 7/27 | AM PM | 1554 PM | 0 | AM PM | AM PM | | |
| | Fri | 7/28 | 0604 AM PM | 1630 AM PM | | AM PM | AM PM | | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

**Call Hours**

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | 7/23 | 0700 AM PM | 1500 AM PM | 8 | AM PM | AM PM | | |
| | Mon | | AM PM | AM PM | | AM PM | AM PM | | |
| | Tues | off | AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | 7/26 | 1630 AM PM | 0600 AM PM | 13.5 | AM PM | AM PM | | |
| | Thurs | 7/27 | 1630 AM PM | 0600 AM PM | 13.5 | 1628 AM PM | 1704 AM PM | 35 min. | |
| | Fri | 7/28 | 1631 AM PM | 0700 AM PM | 4.5 | AM PM | AM PM | | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

Employee Signature: CBremer  Date: 7/28/2023

Manager Signature: Marcia Kirkpatrick RN CDC  Date: 7-28-2023

ATTENTION VENDORS: All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6060. Mercy Hospital, IC pays for services rendered by your Staff based upon the actual hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be REJECTED. It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to ensure that the hours worked which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agency MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed through the Medefis system. Time recording / Breaks / Overtime: Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this timecard. If you have any questions on this process, please contact Medefis at 866-711-6333.

Case 23-00623  Doc 1878-1  Filed 04/21/25  Entered 04/21/25 14:12:04  Desc Exhibit A - Timecards  Page 4 of 17

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

**EMPLOYEE NAME:** TERRY GARDNER
**FACILITY NAME:** MERCY IOWA CITY HOSPITAL
**RECRUITER NAME:** SARAH RICHARDSON
**WEEK OF:** 07/23/23 - 07/29/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day unless noted (no lunch).
5. Timesheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

uniti med partners

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE (MM/DD/YY) | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours: CHECK ONE | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 07/23/23 | 07:00 | | | ✓ | 19:00 | 12:00 | | |
| MON | 07/24/23 | 09:07 | 14:30 | 15:00 | | 21:58 | 12:50 | | |
| TUE | | | | | | | | | |
| WED | | | | | | | | | |
| THUR | | | | | | | | | |
| FRI | | | | | | | | | |
| SAT | 07/29/23 | 07:00 | | | ✓ | 19:00 | 12:00 | | |

**EXPLAIN IF GUARANTEED HOURS ARE NOT MET:**

**TOTAL HOURS FOR WEEK:** 36.50

## CALL HOURS: On-Call

| DAY | DATE (MM/DD/YY) | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

**TOTAL ON-CALL HOURS:**

## Call-Back (Can ONLY be called back if on-call) *Otherwise extra shift.

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason: |
|---|---|---|---|
| | | | |

**TOTAL CALL-BACK HOURS:**

## MILEAGE:

| DAY | DATE (MM/DD/YY) | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

**TOTAL MILEAGE:**

**Employee Signature:** Terry Gardner **Date:** 07/30/23
**Authorized Facility Signature:** Brenda Elsby **Date:** 7/31/23

Exhibit A - Timesheets   Page 5 of 17
Case 23-00623   Doc 1818-1   Filed 04/21/25   Entered 04/21/25 14:21:04   Desc

***ATTENTION TRAVELERS***



**MERCY**
IOWA CITY

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday, 4:00pm CST.

Employee Name: Christina Brenner
Week Ending: 7/22/2023
Agency Name: Uniti med

### Regular Hours

| Dept/Unit | Day | Date | Time In | Time Out | Break | Time In | Time Out | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | 7/17 | 0600 AM PM | 1543 AM PM | | AM PM | AM PM | 9.25 | |
| | Tues | 7/18 | 0602 AM PM | 1551 AM PM | | AM PM | AM PM | 9.25 | |
| | Wed | | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | 7/20 | 0603 AM PM | 1504 AM PM | | AM PM | AM PM | 8.50 | |
| | Fri | 7/21 | 0605 AM PM | 1649 AM PM | | AM PM | AM PM | 10.25 | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

### Call Hours

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | 7/16 | 0700 AM PM | 0600 AM PM | 23 | AM PM | AM PM | | |
| | Mon | 7/17 | 1600 AM PM | 0600 AM PM | 14 | AM PM | AM PM | | |
| | Tues | 7/18 | 1600 AM PM | 0600 AM PM | 14 | AM PM | AM PM | | |
| | Wed | | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | | AM PM | AM PM | | AM PM | AM PM | | |
| | Fri | | AM PM | AM PM | | AM PM | AM PM | | |
| | Sat | 7/22 | 1200 AM PM | 0700 AM PM | 7 | AM PM | AM PM | | |

Employee Signature: Christina Brenner
Date: 7/22/23

Manager Signature: MarciaKirkpatrickR) CDC
Date: 7-26-2023

**ATTENTION VENDORS:** All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6050. Mercy Hospital, IC pays for hours worked by Staff and your invoice must match these hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be REJECTED. It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to track their Staff's hours worked, which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agency MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed or for hours worked that have not been reported through the Medefis system. **Time recording / Breaks / Overtime:** Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this

Case 23-00623    Doc 1818-1    Filed 04/12/25    Entered 04/12/25 14:12:04    Desc
Exhibit A - Timecards    Page 6 of 17

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

**uniti** med♡partners

**EMPLOYEE NAME:** TERRY GARDNER
**FACILITY NAME:** Mercy Iowa City Hospital
**RECRUITER NAME:** SARAH Richardson
**WEEK OF:** 07/16/23 - 07/22/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day unless noted (no lunch).
5. Timesheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE (MM/DD/YY) | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours: CHECK ONE | | Comments: |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 07/16/23 | 07:00 | / | / | ☑ | 19:00 | 12.00 | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| MON | 07/17/23 | 09:00 | 14:30 | 15:00 | ☐ | 21:55 | 12:30 | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| TUE | | : | : | : | ☐ | : | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| WED | | : | : | : | ☐ | : | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| THUR | | : | : | : | ☐ | : | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| FRI | | : | : | : | ☐ | : | | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |
| SAT | 07/22/23 | 07:00 | / | / | ☑ | 19:00 | 12.00 | ☐ Cancelled ☐ Volunteered to Leave | ☐ Sick ☐ Personal | |

**EXPLAIN IF GUARANTEED HOURS ARE NOT MET:**

**TOTAL HOURS FOR WEEK:** 36.50

## CALL HOURS: On-Call

| DAY | DATE (MM/DD/YY) | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | : | : | |
| MON | | : | : | |
| TUE | | : | : | |
| WED | | : | : | |
| THUR | | : | : | |
| FRI | | : | : | |
| SAT | | : | : | |

**TOTAL ON-CALL HOURS:**

## Call-Back (Can ONLY be called back if on-call) *Otherwise extra shift

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason: |
|---|---|---|---|
| : | : | | |
| : | : | | |
| : | : | | |
| : | : | | |
| : | : | | |
| : | : | | |
| : | : | | |

**TOTAL CALL-BACK HOURS:**

## MILEAGE:

| DAY | DATE (MM/DD/YY) | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

**TOTAL MILEAGE:**

**Employee Signature:** Terry Gardner **Date:** 07/22/23
**Authorized Facility Signature:** Bla E_ **Date:** 7/24/23

Case 23-00623    Doc 1818-1    Filed 04/12/25    Entered 04/12/25 14:12:04    Desc
Exhibit A - Timesheets    Page 7 of 17

# MERCY IOWA CITY

***ATTENTION TRAVELERS***

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday, 4:00pm CST.

Employee Name: Christina Brenner
Week Ending: 7/15/2023
Agency Name: Unitmed

## Regular Hours

| Dept/Unit | Day | Date | Time In AM/PM | Time Out AM/PM | Break | Time In AM/PM | Time Out AM/PM | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| OR 5th | Sun | | AM PM | AM PM | | AM PM | AM PM | | Sch HADED Surgery |
| | Mon | 7/10 | AM PM | AM PM | | AM PM | AM PM | | DAY OFF |
| Day off | Tues | 7/11 | AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | 7/12 | 0601 AM/PM | 1626 AM/PM | 30 | AM PM | AM PM | 10 | |
| | Thurs | 7/13 | 0559 AM/PM | 1630 AM PM | 30 | AM PM | AM PM | 10 | |
| | Fri | 7/14 | 0558 AM/PM | 1630 AM/PM | 30 | AM PM | AM PM | 10 | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

## Call Hours

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | | AM PM | AM PM | | AM PM | AM PM | | |
| | Tues | | AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | 7/13 | 1630 AM/PM | 0600 AM/PM | 13.5 | 1631 AM/PM | 1724 AM/PM | 1hr | INPT ADD ON |
| | Fri | | AM PM | AM PM | | AM PM | AM PM | | |
| | Sat | 7/15 | 0700 AM PM | 0700 AM PM | 24 | 0700 AM PM | 0917 AM PM | 2.17 | INPT CASE |

call total 37.5

Employee Signature: CBrenner    Date: 7/14/2023
Manager Signature: MarciaKirkpatrick CDC    Date: 7-14-2023

ATTENTION VENDORS: All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6060. Mercy Hospital, IC pays for services rendered by your Staff based upon the actual hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be REJECTED. It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to track their Staffs hours worked, which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agency MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed or for hours worked that have not been reported through the Medefis system. Time recording / Breaks / Overtime: Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this timecard. If you have any questions on this process, please contact Medefis at 866-711-6333.

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

**EMPLOYEE NAME:** TERRY GARDNER
**FACILITY NAME:** MERCY Iowa City Hospital
**RECRUITER NAME:** Mikaela Cook - SARAH Richardson
**WEEK OF:** 07/09/23 - 07/15/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day unless noted (no lunch).
5. Timesheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE (MM/DD/YY) | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours CHECK ONE | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 07/09/23 | 07:00 | | | ☑ | 19:00 | 12:00 | | |
| MON | 07/10/23 | 09:00 | 14:30 | 15:00 | ☐ | 21:30 | 12:00 | | |
| TUE | | | | | ☐ | | | | |
| WED | | | | | ☐ | | | | |
| THUR | | | | | ☐ | | | | |
| FRI | | | | | ☐ | | | | |
| SAT | 07/15/23 | 07:00 | | | ☑ | 19:00 | 12:00 | | |

**EXPLAIN IF GUARANTEED HOURS ARE NOT MET:**

**TOTAL HOURS FOR WEEK:** 36:00

## CALL HOURS: On-Call

| DAY | DATE (MM/DD/YY) | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

**TOTAL ON-CALL HOURS:**

## Call-Back (Can ONLY be called back if on-call. Otherwise extra shift)

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL CALL-BACK HOURS:**

## MILEAGE:

| DAY | DATE (MM/DD/YY) | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

**TOTAL MILEAGE:**

**Employee Signature:** Terry Gardner **Date:** 07/15/23
**Authorized Facility Signature:** Julene Roth **Date:** 7-7-23

***ATTENTION TRAVELERS***

# MERCY
## IOWA CITY

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday, 4:00pm CST.

Employee Name: Christina Brenner
Week Ending: 07/07/2023
Agency Name: Unitimed

July

### Regular Hours

| Dept/Unit | Day | Date | Time In | Time Out | Break | Time In | Time Out | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | 3 | off AM PM | AM PM | | AM PM | AM PM | | |
| | Tues | 4 | off AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | 5 | 0635 AM PM | 1622 AM PM | | AM PM | AM PM | 9.75 | |
| | Thurs | 6 | 0601 AM PM | 1456 AM PM | | AM PM | AM PM | 8.5 | |
| | Fri | 7 | 0600 AM PM | 1600 AM PM | | AM PM | AM PM | 10.0 | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

### Call Hours

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | | AM PM | AM PM | | AM PM | AM PM | | |
| | Tues | | AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | | 1706 1630 AM PM | 0700 AM PM | 13.5 | AM PM | AM PM | | |
| | Fri | | AM PM | AM PM | | AM PM | AM PM | | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

Employee Signature: CBrenner
Date: 7/07/2023

Manager Signature: [signature]
Date: 7/7/23

**ATTENTION VENDORS:** All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6060. Mercy Hospital, IC pays for services rendered by your Staff based upon the actual hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be **REJECTED.** It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to track their Staff's hours worked, which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agnecy **MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING** to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed or for hours worked that have not been reported through the Medefis system. **Time recording / Breaks / Overtime:** Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this timecard. If you have any questions on this process, please contact Medefis at 866-711-6333.

Case 23-00623  Doc 1878-1  Filed 04/12/25  Entered 04/12/25 14:12:04  Desc
Exhibit A - Timecards  Page 10 of 17

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

**uniti** med partners

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch in/out times, not just total hours worked.
2. Please note any exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted (0.5 hour per day unless noted "No Lunch").
5. Timesheets NEED to be signed by employee AND a charge/manager at the facility in order to be paid.
6. Explain any time missed.

EMPLOYEE NAME: Terry Garner
FACILITY NAME: Mercy Iowa City Hospital
RECRUITER NAME: Mikaela Cook
WEEK OF: 07/02/23 - 07/08/23

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours: CHECK ONE | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 07/02/23 | 07:00 | / | / | NO Lunch ☑ | 19:00 | 12:00 | | |
| MON | 07/03/23 | 09:00 | 14:30 | 15:00 | | 21:30 | 12:00 | | |
| TUE | | | | | | | | | |
| WED | | | | | | | | | |
| THUR | | | | | | | | | |
| FRI | | | | | | | | | |
| SAT | 07/08/23 | 07:00 | / | / | NO Lunch ☑ | 19:00 | 12:00 | | |

EXPLAIN IF GUARANTEED HOURS ARE NOT MET:
TOTAL HOURS FOR WEEK: 36:00

## CALL HOURS: On-Call

| DAY | DATE | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

TOTAL ON CALL HOURS:

## Call-Back

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason |
|---|---|---|---|
| | | | |

TOTAL CALL-BACK HOURS:

## MILEAGE:

| DAY | DATE | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

TOTAL MILEAGE:

Employee Signature: Terry Garner  Date: 07/08/23
Authorized Facility Signature: Brindi ___  Date: 7-8-23



# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc: your Recruiter

**EMPLOYEE NAME:** Terry GARDNER
**FACILITY NAME:** MERCY IOWA City Hospital
**RECRUITER NAME:** Mikaela Cook
**WEEK OF:** 06/25/23 – 07/01/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day unless noted (no lunch).
5. Timesheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

uniti med partners

## REGULAR HOURS

| DAY | DATE | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 06/25/23 | 06:59 | | | ✓ | 19:00 | 12.00 | | |
| MON | 06/26/23 | 09:00 | 14:30 | 15:00 | | 21:51 | 12.25 | | |
| TUE | | | | | | | | | |
| WED | | | | | | | | | |
| THUR | | | | | | | | | |
| FRI | | | | | | | | | |
| SAT | 07/01/23 | 07:00 | | | ✓ | 19:05 | 12.00 | | |

**TOTAL HOURS FOR WEEK:** 36.25

## CALL HOURS: On-Call

| DAY | DATE | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

**TOTAL ON CALL HOURS:**

## Call-Back

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason |
|---|---|---|---|
| | | | |

**TOTAL CALL BACK HOURS:**

## MILEAGE:

| DAY | DATE | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

**TOTAL MILEAGE:**

Employee Signature: Terry Gardner  Date: 07/01/23
Authorized Facility Signature: Brenda Eby  Date: 7/3/23



***ATTENTION TRAVELERS***

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday, 4:00pm CST.

Employee Name: Christina Brenner
Week Ending: 6-24-2023
Agency Name:

### Regular Hours

| Dept/Unit | Day | Date | Time In | Time Out | Break | Time In | Time Out | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | 6/18 | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | 6/19 | 0612 AM PM | 1427 AM PM | 30 | AM PM | AM PM | 7.75 | |
| | Tues | 6/20 | 0703 AM PM | 1546 AM PM | 30 | AM PM | AM PM | 8.25 | Low Census - Reduced |
| | Wed | 6/21 | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | 6/22 | 0706 AM PM | 1526 AM PM | 30 | AM PM | AM PM | 8.00 | Low Census - Reduced |
| | Fri | 6/23 | AM PM | AM PM | | AM PM | AM PM | | |
| | Sat | 6/24 | AM PM | AM PM | | AM PM | AM PM | 24.0 | |

### Call Hours

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | | AM PM | AM PM | | AM PM | AM PM | | |
| | Tues | | AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | 6/22 | 1530 AM PM | 0700 AM PM | 15.5 | AM PM | AM PM | | |
| | Fri | 6/23 | 1530 AM PM | 0700 AM PM | 15.5 | AM PM | AM PM | | |
| | Sat | | AM PM | AM PM | 31 | AM PM | AM PM | | |

Employee Signature: 
Date:

Manager Signature: MarciaKirkpatrickRN CDC
Date: 6-24-2023

**ATTENTION VENDORS:** All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6060. Mercy Hospital, IC pays for services rendered by your Staff based upon the actual hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be **REJECTED**. It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to track their Staff's hours worked, which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agency **MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING** to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed or for hours worked that have not been reported through the Medefis system. **Time recording / Breaks / Overtime:** Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this timecard. If you have any questions on this process, please contact Medefis at 866-711-6333.

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc your Recruiter

**EMPLOYEE NAME:** TERRY GARDNER
**FACILITY NAME:** MERCY IOWA City Hospital
**RECRUITER NAME:** Mikaela Cook
**WEEK OF:** 06/18/23 - 06/24/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ 5 hour per day unless noted (no lunch).
5. Timesheet(s) NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time make it.

uniti medpartners

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours: CHECK ONE | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 06/18/23 | 07:00 | | | ☑ | 19:00 | 12.00 | Cancelled / Volunteered to Leave / Ill / Personal | |
| MON | 06/19/23 | 09:00 | 14:30 | 15:00 | ☐ | 21:30 | 12.00 | | |
| TUE | | | | | ☐ | | | | |
| WED | | | | | ☐ | | | | |
| THUR | | | | | ☐ | | | | |
| FRI | | | | | ☐ | | | | |
| SAT | 06/24/23 | 07:00 | | | ☑ | 19:00 | 12.00 | | |

EXPLAIN IF GUARANTEED HOURS ARE NOT MET:

**TOTAL HOURS FOR WEEK:** 36.00

## CALL HOURS: On-Call

| DAY | DATE | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

TOTAL ON-CALL HOURS:

## Call-Back

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason |
|---|---|---|---|
| | | | |

TOTAL CALL BACK HOURS:

## MILEAGE:

| DAY | DATE | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

TOTAL MILEAGE:

Employee Signature: Terry Gardner  Date: 06/24/23
Authorized Facility Signature: Brenda Elokus  Date: 6/28/23



***ATTENTION TRAVELERS***

Timecards without employee & supervisor signatures will not be accepted. - All timecards must be faxed to agencies by Monday. 4:00pm CST.

Employee Name: Christina Brenner
Week Ending: 06/16/2023
Agency Name: Unitimed

June 2023

### Regular Hours

| Dept/Unit | Day | Date | Time In | Time Out | Break | Time In | Time Out | Hours | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Sun | | AM PM | AM PM | | AM PM | AM PM | | |
| | Mon | 12 | 0700 AM PM | 1554 AM PM | 30 | AM PM | AM PM | 8.50 | |
| | Tues | 13 | 0702 AM PM | 1525 AM PM | 30 | AM PM | AM PM | 8 | |
| | Wed | 14 | 0704 AM PM | 1527 AM PM | 30 | AM PM | AM PM | 8 | |
| | Thurs | 15 | 0706 AM PM | 1534 AM PM | 30 | AM PM | AM PM | 8 | |
| | Fri | 16 | 0705 AM PM | 1530 AM PM | 30 | AM PM | AM PM | 8 | |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

### Call Hours

| Dept/Unit | Day | Date | On Call Time In | On Call Time Out | OC Total | Call Back Time In | Call Back Time Out | CB Total | Call Back Reason |
|---|---|---|---|---|---|---|---|---|---|
| ENDO | Sun | 11 | 0700 AM PM | 0700 AM PM | 24hrs | — AM PM | — AM PM | — | |
| | Mon | | AM PM | AM PM | | AM PM | AM PM | | |
| | Tues | | AM PM | AM PM | | AM PM | AM PM | | |
| | Wed | | AM PM | AM PM | | AM PM | AM PM | | |
| | Thurs | | AM PM | AM PM | | AM PM | AM PM | 3.75? | |
| ENDO | Fri | 16 | 1530 AM PM | 0700 AM PM | 15.50 | 1530 AM PM | 1915 AM PM | 2.00 | INPT PROC. |
| | Sat | | AM PM | AM PM | | AM PM | AM PM | | |

Employee Signature: CBrunner
Date: 6/16/2023

Manager Signature: Marcia Kirkpatrick R CDC
Date: 6-16-2023

**ATTENTION VENDORS:** All timecards are due to Medefis by midnight each Tuesday. Timecards must be e-mailed to timecards@medefis.com or faxed to 888-401-6050. Mercy Hospital, IC pays for services rendered by your Staff based upon the actual hours worked by your Staff and not your invoice. In the event that your Staff was directed by Mercy Hospital, IC to work fewer hours than guaranteed (if any guarantee), your Staff must identify that fact in the comments of this timecard and have the manager acknowledge the same in writing. Failure to do so will result in a forfeiture of those hours. Timecards that are not compliant (eg: missing Staff and/or manager's signatures; incomplete in/out times; incomplete or incorrectly totaled hours; illegible building names and/or missing dates) will be **REJECTED**. It is the Agency's responsibility to correct and resubmit its Staff's timecard for processing. It is also the Agency's responsibility to track their Staff's hours worked, which are reported each week in the Medefis system. In the event that there is a discrepancy in the weekly hours recorded by Medefis, the Agnecy **MUST IMMEDIATELY NOTIFY MEDEFIS IN WRITING** to avoid delay or refusal by Mercy Hospital, IC to pay for services rendered. Furthermore, Medefis is NOT responsible for timecards that have not been received/processed or for hours worked that have not been reported through the Medefis system. **Time recording / Breaks / Overtime:** Hours worked shall be rounded to the nearest quarter of an hour by the 7th minute. (For example, 6:07 is recorded as 6:00 and 6:08 is recorded as 6:15. If a break is recorded as 24 minutes, it is rounded to .5 hours.) Unless otherwise agreed to in writing, your Staff is expected to be present in the Mercy Hospital, IC location for an 8.5 hour day, less a 30 minute unpaid meal break, or any other breaks as required by law. The Mercy Hospital, IC Program Manager must approve any overtime by initialing the overtime hours listed on this timecard. If you have any questions on this process, please contact Medefis at 866-711-6333.

# TIMESHEET - DUE SUNDAY BY NOON CST

Email: timecards@unitimed.com & cc your Recruiter

**EMPLOYEE NAME:** TERRY GARDNER
**FACILITY NAME:** Mercy Iowa City Hospital
**RECRUITER NAME:** Mikaela Cook
**WEEK OF:** 06/11/23 - 6/19/23

**INSTRUCTIONS/GUIDELINES:**
1. Please list ALL in/out times and lunch minutes, not just total hours worked.
2. Please note exceptions in comments.
3. Time is calculated by in/out times. Round to nearest 15 min.
4. Undocumented lunch breaks will be deducted @ ½ hour per day where noted (no lunch).
5. Time sheets NEED to be signed by employee AND an authorized manager at the facility in order to be paid.
6. Explain any time missed.

uniti medpartners

## REGULAR HOURS *Please complete ALL in/out times and TOTAL.

| DAY | DATE (MM/DD/YY) | TIME-IN | Lunch-OUT | Lunch-IN | NO Lunch | TIME-OUT | TOTAL HOURS | Reason for Short Hours CHECK ONE | Comments: |
|---|---|---|---|---|---|---|---|---|---|
| SUN | 06/11/23 | 09:00 | | | ☑ Check if NO Lunch | 19:00 | 12.00 | | |
| MON | 06/12/23 | 09:00 | 14:55 | 15:25 | ☐ Check if NO Lunch | 21:30 | 12.00 | | |
| TUE | | | | | ☐ | | | | |
| WED | | | | | ☐ | | | | |
| THUR | | | | | ☐ | | | | |
| FRI | | | | | ☐ | | | | |
| SAT | 06/17/23 | 07:00 | | | ☑ | 19:00 | 12.00 | | |

**EXPLAIN IF GUARANTEED HOURS ARE NOT MET:**

**TOTAL HOURS FOR WEEK:** 36.00

## CALL HOURS: On-Call

| DAY | DATE | TIME-IN | TIME-OUT | ON-CALL HOURS |
|---|---|---|---|---|
| SUN | | | | |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THUR | | | | |
| FRI | | | | |
| SAT | | | | |

**TOTAL ON-CALL HOURS:**

## Call-Back

| TIME-IN | TIME-OUT | CALL-BACK HOURS | Call-Back Reason: |
|---|---|---|---|
| | | | |

**TOTAL CALL-BACK HOURS:**

## MILEAGE:

| DAY | DATE | MILEAGE |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THUR | | |
| FRI | | |
| SAT | | |

**TOTAL MILEAGE:**

Employee Signature: Terry Gardner   Date: 06/18/23
Authorized Facility Signature: Burda Ebbey   Date: ___

Case 23-00623   Doc 1878-1   Filed 04/12/25   Entered 04/12/25 14:12:04   Desc
Exhibit A - Timesheets   Page 17 of 17