## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA | ) | CASE NO. 23-00623 |
| *et al.,* | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## RESPONSE OF ALLERGAN AESTHETICS DIVISION OF ABBVIE INC. TO OBJECTION TO CLAIM

Allergan Aesthetics Division of AbbVie Inc. ("Allergan") by and through its undersigned counsel, responds in opposition to the Objection to Claim by Dan R. Childers as Trustee of the Mercy Hospital Liquidation Trust (the "Trustee") and states as follows:

1.      The Debtor is Mercy Hospital, Iowa City, Iowa, *et al*. ("Debtor").

2.      Allergan filed Claim #10125 in the amount of $87,018.00 (the "Claim").

3.      The Claim of Allergan is based on invoices for goods that Allergan provided to Debtor for which Allergan has not been paid.

4.      The Trustee has objected to the unsecured portion of the Claim of Allergan on grounds that the unsecured Claim was a duplicate of another Proof of claim.

5.      The Trustee does not object to the Claim on any other grounds.

6.      There are no other claims in this bankruptcy case, that reference the unsecured portion of Allergan's claim, other than the Claim #10125 of Allergan.

7.      The Claim is supported by the requisite documentation.  A true and correct copy of the Claim is attached as Exhibit A.  None of the invoices that make up the Claim have been paid.

8.     Accordingly, contrary to the Trustee's Objection, Claim #10125 of Allergan is not a duplicate of another claim.

### Prayer for Relief

ACCORDINGLY, Allergan Aesthetics Division of AbbVie Inc. respectfully requests that the Court:

(a) Overrules the Trustee's Objection to Claim of Allergan (Proof of Claim #10125 filed with Epiq Corporate Restructuring on September 28, 2023.

(b) Allows the Claim of Allergan in the total amount of $87,018.00, with an administrative priority claim, under Section 503(b)(9) of the Bankruptcy Code, in the amount of $48,370.00, and a general unsecured claim of $38,648;

(c) Awards Allergan's costs and fees incurred in responding to this Objection;

(d) Grants such further relief that the Court deems just and equitable.

DATED: April 21, 2025

Respectfully submitted,

KOHNER, MANN & KAILAS, S.C.

Attorneys for Allergan Aesthetics Division of AbbVie Inc.

By:   /s/   Eric R. von Helms
     Eric R. von Helms
     Wisconsin Bar No. 1043206

Post Office Address:
4650 North Port Washington Road
Milwaukee, Wisconsin 53212
Telephone: (414) 962-5110
Facsimile:  (414) 962-8725
Email: evonhelms@kmksc.com