# EXHIBIT A

| | |
|---|---|
| United States Bankruptcy Court for the Northern District of Iowa | |
| Name of Debtor: MERCY HOSPITAL, IOWA CITY, IOWA | **For Court Use Only**<br>Claim Number: 0000010125 |
| Case Number: 23-00623 | File Date: 09/28/2023 17:51:20 |

# Proof of Claim (Official Form 410)

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

04/22

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Allergan Aesthetics Div. of Abbvie Inc.
Other names the creditor used with the debtor: Allergan; AbbVie

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: Allergan Aesthetics Div. of Abbvie Inc. | Name: |
| Address: Kohner, Mann & Kailas, S.C. | Address: |
| 4650 North Port Washington Road | |
| City: Milwaukee | City: |
| State: WI ZIP Code: 53212 | State: ZIP Code: |
| Country (if International): United States | Country (if International): |
| Phone: 4149625110 | Phone: |
| Email: evonhelms@kmksc.com | Email: |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
Claim number on court claims register (if known) _____
Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
Who made the earlier filing? _____

Page 1 of 3

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

4342 ___ ___ ___

**7. How much is the claim?**

$ 87,018.00

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.
Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☑ Other. Specify subsection of 11 U.S.C. § 507 (a) ( 507(a)(2) ) that applies.
* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$ 48,370.00

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Eric R. von Helms*                                            09/28/2023 17:51:20<br>Signature                                                                   Date<br><br>**Provide the name and contact information of the person completing and signing this claim:**<br><br>Name: Eric R. von Helms<br>Address: Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>City: Milwaukee<br>State: WI     Zip: 53212<br>Country (in international): United States<br>Phone: 4149625110<br>Email: evonhelms@kmksc.com |

### Fill in this information to identify the case:

Debtor 1   Mercy Hospital, Iowa City, Iowa

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern District of Iowa

Case number   23-00623

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Allergan Aesthetics, division of AbbVie Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  Allergan; AbbVie

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Kohner, Mann & Kailas, S.C.
Name
4650 North Port Washington Road
Number   Street
Milwaukee          WI          53212
City               State       ZIP Code

Contact phone  414-962-5110
Contact email  evonhelms@kmksc.com

Where should payments to the creditor be sent? (if different)

Name
Number   Street
City               State       ZIP Code

Contact phone  _____
Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____
                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __4__ __3__ __4__ __2__

**7. How much is the claim?** $_____87,018.00_____. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☑ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies. | $ 48,370.00 |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/28/2023
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Eric R. von Helms
       First name    Middle name    Last name

Title: Attorney in Fact / Agent

Company: Kohner, Mann & Kailas, S.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 4650 North Port Washington Road
         Number    Street
         Milwaukee        WI      53212
         City             State   ZIP Code

Contact phone: 414-962-5110     Email: evonhelms@kmksc.com

Official Form 410                  Proof of Claim                  page 3

# abbvie

**AbbVie US LLC**

Item Detail Statement of Account

| | |
|---|---|
| Customer Number | 50244342 |
| Statement Date | 09/18/2023 |

Page 1 of 3

MERCY HOSP
500 E Market St
Iowa City IA 52245-2633

| INVOICE NUMBER | DOCUMENT TYPE | DESCRIPTION | QTY | INVOICE ITEM | PO NUMBER | DOCUMENT DATE | DUE DATE | INVOICE TOTAL | INVOICE REFERENCE | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 603877194 | Invoice | 1519320P AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 Serial Number: RH248474-009 | 1 | 9,662.00 | 315010 | 06/30/2023 | 07/30/2023 | 19,324.00 | 109622852 | 19,324.00 |
| | | 1519320P AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 Serial Number: RH248480-012 | 1 | 9,662.00 | | | | | | |
| 604359084 | Invoice | 1519320P AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 Serial Number: RH249125-013 | 1 | 9,662.00 | B-317172 | 09/05/2023 | 10/05/2023 | 19,324.00 | 110307904 | 19,324.00 |
| | | 1519320P AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 Serial Number: RH249761-008 | 1 | 9,662.00 | | | | | | |
| 604388149 | Invoice | 1519320P AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 Serial Number: RH245807-015 | 1 | 9,662.00 | 317387 | 09/08/2023 | 10/08/2023 | 9,662.00 | 110350448 | 9,662.00 |
| 604404730 | Invoice | 30-00033 NATRELLE Universal Fill Kit | 1 | 60.00 | B-317490 | 09/12/2023 | 10/12/2023 | 60.00 | 110379083 | 60.00 |
| 604405824 | Invoice | 1519320P AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 | 9,662.00 | B-317490 | 09/12/2023 | 10/12/2023 | 19,324.00 | | 19,384.00 |

# abbvie

**AbbVie US LLC**

Item Detail Statement of Account

| | |
|---|---|
| Customer Number | 50244342 |
| Statement Date | 09/18/2023 |

Page 2 of 3

MERCY HOSP
500 E Market St
Iowa City IA 52245-2633

| INVOICE NUMBER | DOCUMENT TYPE | DESCRIPTION | QTY | INVOICE ITEM | PO NUMBER | DOCUMENT DATE | DUE DATE | INVOICE TOTAL | INVOICE REFERENCE | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Serial Number: | | | | | | | | |
| | | RH245774-007 | | | | | | | | |
| | | 1519320P | | | | | | | | |
| | | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 | 9,662.00 | | | | | | |
| | | Serial Number: | | | | | | | | |
| | | RH249281-017 | | | | | | | | |
| 60443127 | Invoice | 1519320P | | | | | | | | |
| | | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 2 | 19,324.00 | B-317691 | 09/15/2023 | 10/15/2023 | 19,324.00 | 110417284 | 19,324.00 |
| | | Serial Number: | | | | | | | | |
| | | RH242710-006 | | | | | | | | |
| | | RH242710-007 | | | | | | | | |
| 80579530 | Credit Memo | 1519320P | | | | | | | | |
| | | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 | -9,662.00 | | 06/20/2023 | 07/20/2023 | -19,324.00 | 301998584 | -19,324.00 |
| | | 1519320P | | | | | | | | |
| | | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 | -9,662.00 | | | | | | |
| 830193479 | Debit Memo | 1519320P | | | | | | | | |
| | | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 | 9,662.00 | UR1281925 | 06/20/2023 | 07/20/2023 | 19,324.00 | 330240322 | 19,324.00 |
| | | 1519320P | | | | | | | | |
| | | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 | 9,662.00 | | | | | | |

Total Amount  87,018.00



# INVOICE

Any questions please contact
Accounts Receivable at 1-800-811-4148

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

**Sold to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | | |
|---|---|---|---|---|
| Bill To # | 50244342 | Payer # | 50244342 |
| Invoice # | 603877194 | Order # | 109622852 |
| Billing Date | 06/30/2023 | Delivery # | 511791916 |
| PO # | 315010 | Ship Date | 06/30/2023 |
| Payment Terms | Net 30 Days | | |

This invoice is governed by and subject to AbbVie standard terms and conditions of sale, which are located at the company website https://www.e-abbvie.com. If you prefer a hard copy of these standard terms and conditions of sale, please contact AbbVie Customer Service at the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| (Qty) Batch # EXP Date  (1) RH248474 05/31/2025 | | | | | | | |
| SERIAL NO: RH248474-009 | | | | | | | |
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| (Qty) Batch # EXP Date  (1) RH248480 05/31/2025 | | | | | | | |
| SERIAL NO: RH248480-012 | | | | | | | |

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



**INVOICE**

Any questions please contact
Accounts Receivable at 1-800-811-4148

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | | |
|---|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604359084 | Order # | 110307904 |
| Billing Date | 09/05/2023 | Delivery # | 512537148 |
| PO # | B-317172 | Ship Date | 09/05/2023 |
| Payment Terms | Net 30 Days | | |
| Net Due Date | 10/05/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date (1) RH249125 06/30/2025

SERIAL NO: RH249125-013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date (1) RH249761 07/31/2025

SERIAL NO: RH249761-008

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order

 INVOICE

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | | |
|---|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604388149 | Order # | 110350448 |
| Billing Date | 09/08/2023 | Delivery # | 512591092 |
| PO # | 317387 | Ship Date | 09/08/2023 |
| Payment Terms | Net 30 Days | | |
| Net Due Date | 10/08/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date  (1) RH245807 01/31/2025

SERIAL NO: RH245807-015

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $9,662.00 |
| Total Before Tax | $9,662.00 |
| Total Tax | $0.00 |
| Total | $9,662.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order

 INVOICE

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | | |
|---|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604404730 | Order # | 110379083 |
| Billing Date | 09/12/2023 | Delivery # | 512627383 |
| PO # | B-317490 | Ship Date | 09/12/2023 |
| Payment Terms | Net 60 Days | | |
| Net Due Date | 11/11/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 30-00033 | NATRELLE Universal Fill Kit | 1 EA (1/EA) | 60.00 | 60.00 | 60.00 | N |

(Qty) Batch # EXP Date  (1) 0061792770  08/31/2026

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $60.00 |
| Total Before Tax | $60.00 |
| Total Tax | $0.00 |
| Total | $60.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



# INVOICE

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | |
|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604405824 | Order # | 110379083 |
| Billing Date | 09/12/2023 | Delivery # | 512628119 |
| PO # | B-317490 | Ship Date | 09/12/2023 |
| Payment Terms | Net 30 Days | | |
| Net Due Date | 10/12/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| (Qty) Batch # EXP Date  (1) RH245774 01/31/2025 | | | | | | | |
| SERIAL NO: RH245774-007 | | | | | | | |
| 30 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| (Qty) Batch # EXP Date  (1) RH249281 06/30/2025 | | | | | | | |
| SERIAL NO: RH249281-017 | | | | | | | |

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



# INVOICE

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Bill to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer #** 50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | |
|---|---|---|---|
| Sold To # | 50244342 | Payer # | 50244342 |
| Invoice # | 604431227 | Order # | 110417284 |
| Billing Date | 09/15/2023 | Delivery # | 512681313 |
| PO # | B-317691 | Ship Date | 09/15/2023 |
| Payment Terms | Net 30 Days | | |
| Net Due Date | 10/15/2023 | | |

This invoice is governed by and subject to AbbVie's standard terms and conditions (T&Cs) of sale. T&Cs for Pharmaceutical products and Lupron are located at www.e-abbvie.com, for all other Direct to Physician, Retail and Aesthetic products T&Cs please contact the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 2 EA (1/EA) | 9662.00 | 19,324.00 | 19,324.00 | N |
| | GTIN 00818410013790 | | | | | | |

(Qty) Batch # EXP Date  (2) RH242710 07/31/2024

SERIAL NO: RH242710-006, RH242710-007

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the Items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626

Thank you for your order



**CREDIT MEMO**

Page 1 of 1
Fed Tax ID  80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Sold to Customer** #50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

**Ship to Customer** #50244342
MERCY HOSP
500 E Market St
Iowa City IA  52245-2633

| | | | |
|---|---|---|---|
| Bill To # | 50244342 | Payer # | 50244342 |
| Credit memo # | 801579530 | Credit Memo Request # | 301998584 |
| Billing Date | 06/20/2023 | Reference Invoice # | |
| PO # | 1/20/2023 | Reference Invoice Date | |
| Payment Terms | Net 30 Days | | |

This invoice is governed by and subject to AbbVie standard terms and conditions of sale, which are located at the company website https://www.e-abbvie.com. If you prefer a hard copy of these standard terms and conditions of sale, please contact AbbVie Customer Service at the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| SERIAL NO: RH241540-006 | | | | | | | |
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| SERIAL NO: RH241607-005 | | | | | | | |

The price stated herein may constitute a discount within the meaning of 42 U.S.C Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |



# DEBIT MEMO

Page 1 of 1
Fed Tax ID 80-0805709
DUNS # 07-845-8370

Any questions please contact
Accounts Receivable at 1-800-811-4148

**Sold to Customer** # 50244342
MERCY HOSP
500 E Market St
Iowa City IA 52245-2633

**Ship to Customer** # 50244342
MERCY HOSP
500 E Market St
Iowa City IA 52245-2633

| | | | |
|---|---|---|---|
| Bill To # | 50244342 | Payer # | 50244342 |
| Debit memo # | 830193479 | Debit Memo Request # | 330240322 |
| Billing Date | 06/20/2023 | Reference Invoice # | |
| PO # | UR1281925 | Reference Invoice Date | |
| Payment Terms | Net 30 Days | | |

This invoice is governed by and subject to AbbVie standard terms and conditions of sale, which are located at the company website https://www.e-abbvie.com. If you prefer a hard copy of these standard terms and conditions of sale, please contact AbbVie Customer Service at the telephone number referenced above.

| Line | Product # | Product Description | Quantity UOM(Size) | Unit Price | Extended Price | Net Price | Tax |
|---|---|---|---|---|---|---|---|
| 10 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| SERIAL NO: RH241540-006 | | | | | | | |
| 20 | 1519320P | AlloDerm SELECT 16x20 Perf-Thk 2.0-2.8 | 1 EA (1/EA) | 9662.00 | 9,662.00 | 9,662.00 | N |
| | GTIN 00818410013790 | | | | | | |
| SERIAL NO: RH241540-006 | | | | | | | |

The price stated herein may constitute a discount within the meaning of 42 U.S.C. Sec 1320a-7b(b)(3)(A) of the social security act and any similar applicable state law and you may have an obligation to properly disclose and accurately reflect such discount to any state or federal program which provides cost or charge based reimbursement to you for the items to which this discount applies. You should retain this invoice and any other price documentation and make them available to federal and state officials upon request.

| | |
|---|---|
| Extended Price | $19,324.00 |
| Total Before Tax | $19,324.00 |
| Total Tax | $0.00 |
| Total | $19,324.00 |

AbbVie US LLC of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which may not, under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. AbbVie US LLC certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.



PLEASE REMIT PAYMENT TO:

AbbVie US LLC
62671 Collection Center Drive
Chicago, IL, 60693-0626