| AP Hold Status | Eligible for Auto Release | Vendor ID | AR Invoice | Description |
|---|---|---|---|---|
| Paid | Paid | VENTURA MEDSTAF | 552112 | Tuttle, KC 12/25/2022-12/31/202 |
| Paid | Paid | VENTURA MEDSTAF | 553479 | Ross, Dalton 01/01/2023-01/07/202 |
| Paid | Paid | VENTURA MEDSTAF | 553492 | Tuttle, KC 01/01/2023-01/07/202 |
| Paid | Paid | VENTURA MEDSTAF | 555276 | Tuttle, KC 01/08/2023-01/14/202 |
| Paid | Paid | VENTURA MEDSTAF | 555278 | Humphrey, Stephanie 01/08/2023-01/14/202 |
| Paid | Paid | VENTURA MEDSTAF | 555278 | Ross, Dalton 01/08/2023-01/14/202 |
| Paid | Paid | VENTURA MEDSTAF | 556581 | Tuttle, KC 01/15/2023-01/21/202 |
| Paid | Paid | VENTURA MEDSTAF | 556583 | Ross, Dalton 01/15/2023-01/21/202 |
| Paid | Paid | VENTURA MEDSTAF | 556583 | Humphrey, Stephanie 01/15/2023-01/21/202 |
| Paid | Paid | VENTURA MEDSTAF | 557583 | Tuttle, KC 01/22/2023-01/28/202 |
| Paid | Paid | VENTURA MEDSTAF | 557586 | Ross, Dalton 01/22/2023-01/28/202 |
| Paid | Paid | VENTURA MEDSTAF | 557586 | Humphrey, Stephanie 01/22/2023-01/28/202 |
| Paid | Paid | VENTURA MEDSTAF | 559369 | Tuttle, KC 01/29/2023-02/04/202 |
| Paid | Paid | VENTURA MEDSTAF | 559370 | Ross, Dalton 01/29/2023-02/04/202 |
| Paid | Paid | VENTURA MEDSTAF | 559370 | Humphrey, Stephanie 01/29/2023-02/04/202 |
| Paid | Paid | VENTURA MEDSTAF | 561668 | Tuttle, KC 02/05/2023-02/11/202 |
| Paid | Paid | VENTURA MEDSTAF | 561668 | Tuttle, KC 02/05/2023-02/11/202 |
| Paid | Paid | VENTURA MEDSTAF | 561670 | Humphrey, Stephanie 02/05/2023-02/11/202 |
| Paid | Paid | VENTURA MEDSTAF | 561670 | Ross, Dalton 02/05/2023-02/11/202 |
| Paid | Paid | VENTURA MEDSTAF | 563039 | Tuttle, KC 02/12/2023-02/18/202 |
| Paid | Paid | VENTURA MEDSTAF | 563044 | Ross, Dalton 02/12/2023-02/18/202 |
| Paid | Paid | VENTURA MEDSTAF | 563044 | Humphrey, Stephanie 02/12/2023-02/18/202 |
| Paid | Paid | VENTURA MEDSTAF | 563892 | Tuttle, KC 02/19/2023-02/25/202 |
| Paid | Paid | VENTURA MEDSTAF | 563896 | Ross, Dalton 02/19/2023-02/25/202 |
| Paid | Paid | VENTURA MEDSTAF | 563896 | Humphrey, Stephanie 02/19/2023-02/25/202 |
| Paid | Paid | VENTURA MEDSTAF | 565702 | Tuttle, KC 02/26/2023-03/04/202 |
| Paid | Paid | VENTURA MEDSTAF | 565707 | Ross, Dalton 02/26/2023-03/04/202 |
| Paid | Paid | VENTURA MEDSTAF | 565707 | Humphrey, Stephanie 02/26/2023-03/04/202 |

| On Hold | No | VENTURA MEDSTAF | 567249 | Tuttle, KC 03/05/2023-03/11/202 |
|---------|----|-----------------|--------|--------------------------------|
| On Hold | No | VENTURA MEDSTAF | 567261 | Humphrey, Stephanie 03/05/2023-03/11/202 |
| On Hold | No | VENTURA MEDSTAF | 567261 | Ross, Dalton 03/05/2023-03/11/202 |
| On Hold | No | VENTURA MEDSTAF | 569563 | Tuttle, KC 03/12/2023-03/18/202 |
| On Hold | No | VENTURA MEDSTAF | 569575 | Humphrey, Stephanie 03/12/2023-03/18/202 |
| On Hold | No | VENTURA MEDSTAF | 569575 | Ross, Dalton 03/12/2023-03/18/202 |
| On Hold | No | VENTURA MEDSTAF | 570241 | Humphrey, Stephanie 03/19/2023-03/25/202 |
| On Hold | No | VENTURA MEDSTAF | 570241 | Ross, Dalton 03/19/2023-03/25/202 |
| On Hold | No | VENTURA MEDSTAF | 572376 | Ross, Dalton 03/26/2023-04/01/202 |
| On Hold | No | VENTURA MEDSTAF | 572376 | Humphrey, Stephanie 03/26/2023-04/01/202 |
| On Hold | No | VENTURA MEDSTAF | 573287 | Ross, Dalton 04/02/2023-04/08/202 |
| On Hold | No | VENTURA MEDSTAF | 573287 | Humphrey, Stephanie 04/02/2023-04/08/202 |
| On Hold | No | VENTURA MEDSTAF | 574803 | Ross, Dalton 04/09/2023-04/15/202 |
| On Hold | No | VENTURA MEDSTAF | 574803 | Humphrey, Stephanie 04/09/2023-04/15/202 |
| On Hold | No | VENTURA MEDSTAF | 576356 | Ross, Dalton 04/16/2023-04/22/202 |
| On Hold | No | VENTURA MEDSTAF | 576356 | Humphrey, Stephanie 04/16/2023-04/22/202 |
| On Hold | No | VENTURA MEDSTAF | 577778 | Ross, Dalton 04/23/2023-04/29/202 |
| On Hold | No | VENTURA MEDSTAF | 577778 | Humphrey, Stephanie 04/23/2023-04/29/202 |
| On Hold | No | VENTURA MEDSTAF | 580075 | Humphrey, Stephanie 04/30/2023-05/06/202 |
| On Hold | No | VENTURA MEDSTAF | 580075 | Ross, Dalton 04/30/2023-05/06/202 |
| On Hold | No | VENTURA MEDSTAF | 582528 | Ross, Dalton 05/07/2023-05/13/202 |
| On Hold | No | VENTURA MEDSTAF | 582528 | Ross, Dalton 05/14/2023-05/20/202 |
| On Hold | No | VENTURA MEDSTAF | 583807 | Ross, Dalton 05/21/2023-05/27/202 |
| On Hold | No | VENTURA MEDSTAF | 583807 | Humphrey, Stephanie 05/21/2023-05/27/202 |
| On Hold | No | VENTURA MEDSTAF | 585385 | Ross, Dalton 05/28/2023-06/03/202 |
| On Hold | No | VENTURA MEDSTAF | 585385 | Humphrey, Stephanie 05/28/2023-06/03/202 |
| On Hold | No | VENTURA MEDSTAF | 586874 | Ross, Dalton 06/04/2023-06/10/202 |
| On Hold | No | VENTURA MEDSTAF | 586874 | Humphrey, Stephanie 06/04/2023-06/10/202 |
| On Hold | No | VENTURA MEDSTAF | 590160 | Ross, Dalton 06/18/2023-06/24/202 |
| On Hold | No | VENTURA MEDSTAF | 591656 | Ross, Dalton 06/25/2023-07/01/202 |
| On Hold | No | VENTURA MEDSTAF | 592383 | Ross, Dalton 07/02/2023-07/08/202 |

| | | | | |
|---|---|---|---|---|
| On Hold | No | VENTURA MEDSTAF | 593566 | Ross, Dalton 07/09/2023-07/15/202 |
| On Hold | No | VENTURA MEDSTAF | 594928 | Ross, Dalton 07/16/2023-07/22/202 |
| On Hold | No | VENTURA MEDSTAF | 596240 | Ross, Dalton 07/23/2023-07/29/202 |
| On Hold | No | VENTURA MEDSTAF | 597696 | Ross, Dalton 07/30/2023-08/05/202 |
| Paid | Paid | VENTURA MEDSTAF | 600604 | Ross, Dalton 08/13/2023-08/19/202 |
| Paid | Paid | VENTURA MEDSTAF | 600604 | Ross, Dalton 08/06/2023-08/12/202 |
| Paid | Paid | VENTURA MEDSTAF | 603300 | Ross, Dalton 08/20/2023-08/26/202 |
| Paid | Paid | VENTURA MEDSTAF | 603300 | Ross, Dalton 08/27/2023-09/02/202 |
| Paid | Paid | VENTURA MEDSTAF | 605011 | Ross, Dalton 09/03/2023-09/09/202 |
| Paid | Paid | VENTURA MEDSTAF | 605014 | Bachman, Sheena 09/03/2023-09/09/202 |
| Paid | Paid | VENTURA MEDSTAF | 607152 | Ross, Dalton 09/10/2023-09/16/202 |
| Paid | Paid | VENTURA MEDSTAF | 607155 | Bachman, Sheena 09/10/2023-09/16/202 |
| Paid | Paid | VENTURA MEDSTAF | 608559 | Ross, Dalton 09/17/2023-09/23/202 |
| Paid | Paid | VENTURA MEDSTAF | 608562 | Bachman, Sheena 09/17/2023-09/23/202 |
| Paid | Paid | VENTURA MEDSTAF | 610420 | Ross, Dalton 09/24/2023-09/30/202 |
| Paid | Paid | VENTURA MEDSTAF | 610422 | Bachman, Sheena 09/24/2023-09/30/202 |
| Paid | Paid | VENTURA MEDSTAF | 611740 | Bachman, Sheena 10/01/2023-10/07/202 |
| Paid | Paid | VENTURA MEDSTAF | 612846 | Bachman, Sheena 10/08/2023-10/14/202 |
| Paid | Paid | VENTURA MEDSTAF | 614246 | Bachman, Sheena 10/15/2023-10/21/202 |
| Paid | Paid | VENTURA MEDSTAF | 617404 | Bachman, Sheena 10/29/2023-11/04/202 |
| Paid | Paid | VENTURA MEDSTAF | 619569 | Bachman, Sheena 11/12/2023-11/18/202 |
| Paid | Paid | VENTURA MEDSTAF | 619569 | Bachman, Sheena 11/05/2023-11/11/202 |
| Paid | Paid | VENTURA MEDSTAF | 620826 | Bachman, Sheena 11/19/2023-11/25/202 |
| Paid | Paid | VENTURA MEDSTAF | 623706 | Bachman, Sheena 11/26/2023-12/02/202 |
| Paid | Paid | VENTURA MEDSTAF | 625109 | Bachman, Sheena 12/03/2023-12/09/202 |
| Paid | Paid | VENTURA MEDSTAF | 627258 | Bachman, Sheena 12/17/2023-12/23/202 |
| Paid | Paid | VENTURA MEDSTAF | 627258 | Bachman, Sheena 12/10/2023-12/16/202 |
| Paid | Paid | VENTURA MEDSTAF | 628426 | Bachman, Sheena 12/24/2023-12/30/202 |
| Paid | Paid | VENTURA MEDSTAF | 629565 | Bachman, Sheena 12/31/2023-01/06/202 |
| Paid | Paid | VENTURA MEDSTAF | 630525 | Bachman, Sheena 01/07/2024-01/13/202 |

| AP Doc Date | Purchases Amount | Tax Amount | Convenience Fee | AP Original Amount | AP Open Amount |
|---|---|---|---|---|---|
| 1/6/2023 | $4,014.94 | $0.00 | $0.00 | $4,014.94 | $0.00 |
| 1/13/2023 | $3,762.00 | $0.00 | $0.00 | $3,762.00 | $0.00 |
| 1/13/2023 | $4,124.19 | $0.00 | $0.00 | $4,124.19 | $0.00 |
| 1/20/2023 | $3,987.62 | $0.00 | $0.00 | $3,987.62 | $0.00 |
| 1/20/2023 | $3,823.75 | $0.00 | $0.00 | $3,823.75 | $0.00 |
| 1/20/2023 | $2,534.12 | $0.00 | $0.00 | $2,534.12 | $0.00 |
| 1/27/2023 | $4,124.19 | $0.00 | $0.00 | $4,124.19 | $0.00 |
| 1/27/2023 | $3,788.12 | $0.00 | $0.00 | $3,788.12 | $0.00 |
| 1/27/2023 | $2,731.25 | $0.00 | $0.00 | $2,731.25 | $0.00 |
| 2/2/2023 | $3,960.31 | $0.00 | $0.00 | $3,960.31 | $0.00 |
| 2/2/2023 | $1,280.12 | $0.00 | $0.00 | $1,280.12 | $0.00 |
| 2/2/2023 | $4,151.50 | $0.00 | $0.00 | $4,151.50 | $0.00 |
| 2/9/2023 | $3,523.31 | $0.00 | $0.00 | $3,523.31 | $0.00 |
| 2/9/2023 | $2,534.12 | $0.00 | $0.00 | $2,534.12 | $0.00 |
| 2/9/2023 | $4,096.87 | $0.00 | $0.00 | $4,096.87 | $0.00 |
| 2/17/2023 | $3,769.12 | $0.00 | $0.00 | $3,769.12 | $0.00 |
| 2/17/2023 | $3,769.12 | $0.00 | $0.00 | $3,769.12 | $0.00 |
| 2/17/2023 | $4,124.19 | $0.00 | $0.00 | $4,124.19 | $0.00 |
| 2/17/2023 | $2,508.00 | $0.00 | $0.00 | $2,508.00 | $0.00 |
| 2/24/2023 | $4,014.94 | $0.00 | $0.00 | $4,014.94 | $0.00 |
| 2/24/2023 | $2,534.12 | $0.00 | $0.00 | $2,534.12 | $0.00 |
| 2/24/2023 | $2,758.56 | $0.00 | $0.00 | $2,758.56 | $0.00 |
| 3/2/2023 | $4,042.25 | $0.00 | $0.00 | $4,042.25 | $0.00 |
| 3/2/2023 | $2,534.12 | $0.00 | $0.00 | $2,534.12 | $0.00 |
| 3/2/2023 | $2,785.87 | $0.00 | $0.00 | $2,785.87 | $0.00 |
| 3/9/2023 | $3,632.56 | $0.00 | $0.00 | $3,632.56 | $0.00 |
| 3/9/2023 | $3,735.87 | $0.00 | $0.00 | $3,735.87 | $0.00 |
| 3/9/2023 | $4,288.06 | $0.00 | $0.00 | $4,288.06 | $0.00 |

| Date | Amount | | | | |
|---|---|---|---|---|---|
| 3/16/2023 | $4,096.87 | $0.00 | $0.00 | $4,096.87 | $4,096.87 |
| 3/16/2023 | $4,399.69 | $0.00 | $0.00 | $4,399.69 | $4,399.69 |
| 3/16/2023 | $3,814.25 | $0.00 | $0.00 | $3,814.25 | $3,814.25 |
| 3/24/2023 | $3,687.19 | $0.00 | $0.00 | $3,687.19 | $3,687.19 |
| 3/24/2023 | $2,758.56 | $0.00 | $0.00 | $2,758.56 | $2,758.56 |
| 3/24/2023 | $3,735.87 | $0.00 | $0.00 | $3,735.87 | $3,735.87 |
| 3/30/2023 | $3,971.00 | $0.00 | $0.00 | $3,971.00 | $3,971.00 |
| 3/30/2023 | $3,591.00 | $0.00 | $0.00 | $3,591.00 | $3,591.00 |
| 4/7/2023 | $3,420.00 | $0.00 | $0.00 | $3,420.00 | $3,420.00 |
| 4/7/2023 | $3,790.50 | $0.00 | $0.00 | $3,790.50 | $3,790.50 |
| 4/13/2023 | $2,303.75 | $0.00 | $0.00 | $2,303.75 | $2,303.75 |
| 4/13/2023 | $4,975.62 | $0.00 | $0.00 | $4,975.62 | $4,975.62 |
| 4/20/2023 | $3,538.75 | $0.00 | $0.00 | $3,538.75 | $3,538.75 |
| 4/20/2023 | $1,187.50 | $0.00 | $0.00 | $1,187.50 | $1,187.50 |
| 4/27/2023 | $3,467.50 | $0.00 | $0.00 | $3,467.50 | $3,467.50 |
| 4/27/2023 | $1,211.25 | $0.00 | $0.00 | $1,211.25 | $1,211.25 |
| 5/4/2023 | $1,947.50 | $0.00 | $0.00 | $1,947.50 | $1,947.50 |
| 5/4/2023 | $4,897.25 | $0.00 | $0.00 | $4,897.25 | $4,897.25 |
| 5/12/2023 | $3,586.25 | $0.00 | $0.00 | $3,586.25 | $3,586.25 |
| 5/12/2023 | $2,327.50 | $0.00 | $0.00 | $2,327.50 | $2,327.50 |
| 5/25/2023 | $3,420.00 | $0.00 | $0.00 | $3,420.00 | $3,420.00 |
| 5/25/2023 | $3,491.25 | $0.00 | $0.00 | $3,491.25 | $3,491.25 |
| 6/1/2023 | $3,443.75 | $0.00 | $0.00 | $3,443.75 | $3,443.75 |
| 6/1/2023 | $3,826.12 | $0.00 | $0.00 | $3,826.12 | $3,826.12 |
| 6/8/2023 | $1,163.75 | $0.00 | $0.00 | $1,163.75 | $1,163.75 |
| 6/8/2023 | $3,657.50 | $0.00 | $0.00 | $3,657.50 | $3,657.50 |
| 6/15/2023 | $2,778.75 | $0.00 | $0.00 | $2,778.75 | $2,778.75 |
| 6/15/2023 | $1,235.00 | $0.00 | $0.00 | $1,235.00 | $1,235.00 |
| 6/29/2023 | $3,538.75 | $0.00 | $0.00 | $3,538.75 | $3,538.75 |
| 7/7/2023 | $2,094.75 | $0.00 | $0.00 | $2,094.75 | $2,094.75 |
| 7/13/2023 | $3,227.62 | $0.00 | $0.00 | $3,227.62 | $3,227.62 |

| Date | Amount | | | | |
|---|---|---|---|---|---|
| 7/19/2023 | $3,078.00 | $0.00 | $0.00 | $3,078.00 | $3,078.00 |
| 7/27/2023 | $3,163.50 | $0.00 | $0.00 | $3,163.50 | $3,163.50 |
| 8/3/2023 | $3,184.87 | $0.00 | $0.00 | $3,184.87 | $3,184.87 |
| 8/10/2023 | $3,270.37 | $0.00 | $0.00 | $3,270.37 | $3,270.37 |
| 8/24/2023 | $2,180.25 | $0.00 | $0.00 | $2,180.25 | $0.00 |
| 8/24/2023 | $3,249.00 | $0.00 | $0.00 | $3,249.00 | $0.00 |
| 9/7/2023 | $1,838.25 | $0.00 | $0.00 | $1,838.25 | $0.00 |
| 9/7/2023 | $3,227.62 | $0.00 | $0.00 | $3,227.62 | $0.00 |
| 9/14/2023 | $3,206.25 | $0.00 | $0.00 | $3,206.25 | $0.00 |
| 9/14/2023 | $2,030.62 | $0.00 | $0.00 | $2,030.62 | $0.00 |
| 9/21/2023 | $3,120.75 | $0.00 | $0.00 | $3,120.75 | $0.00 |
| 9/21/2023 | $2,116.12 | $0.00 | $0.00 | $2,116.12 | $0.00 |
| 9/28/2023 | $3,142.12 | $0.00 | $0.00 | $3,142.12 | $0.00 |
| 9/28/2023 | $2,094.75 | $0.00 | $0.00 | $2,094.75 | $0.00 |
| 10/6/2023 | $3,206.25 | $0.00 | $0.00 | $3,206.25 | $0.00 |
| 10/6/2023 | $2,094.75 | $0.00 | $0.00 | $2,094.75 | $0.00 |
| 10/13/2023 | $2,116.12 | $0.00 | $0.00 | $2,116.12 | $0.00 |
| 10/19/2023 | $1,560.37 | $0.00 | $0.00 | $1,560.37 | $0.00 |
| 10/26/2023 | $1,047.37 | $0.00 | $0.00 | $1,047.37 | $0.00 |
| 11/10/2023 | $1,047.37 | $0.00 | $0.00 | $1,047.37 | $0.00 |
| 11/22/2023 | $1,026.00 | $0.00 | $0.00 | $1,026.00 | $0.00 |
| 11/22/2023 | $1,068.75 | $0.00 | $0.00 | $1,068.75 | $0.00 |
| 12/1/2023 | $705.37 | $0.00 | $0.00 | $705.37 | $0.00 |
| 12/8/2023 | $1,026.00 | $0.00 | $0.00 | $1,026.00 | $0.00 |
| 12/15/2023 | $2,137.50 | $0.00 | $0.00 | $2,137.50 | $0.00 |
| 12/29/2023 | $1,068.75 | $0.00 | $0.00 | $1,068.75 | $0.00 |
| 12/29/2023 | $1,090.12 | $0.00 | $0.00 | $1,090.12 | $0.00 |
| 1/5/2024 | $2,137.50 | $0.00 | $0.00 | $2,137.50 | $0.00 |
| 1/12/2024 | $2,073.37 | $0.00 | $0.00 | $2,073.37 | $0.00 |
| 1/18/2024 | $1,026.00 | $0.00 | $0.00 | $1,026.00 | $0.00 |

| Check Number | Check Date | Check Amount | Apply Type | Apply Date | Last Check Date |
|---|---|---|---|---|---|
| EFT000006030303 | 5/8/2023 | $141,691.36 | Payment | 5/8/2023 | 4/29/2024 |
| EFT000006030599 | 5/15/2023 | $115,825.90 | Payment | 5/15/2023 | 4/29/2024 |
| EFT000006030599 | 5/15/2023 | $115,825.90 | Payment | 5/15/2023 | 4/29/2024 |
| EFT000006031185 | 5/30/2023 | $96,312.23 | Payment | 5/30/2023 | 4/29/2024 |
| EFT000006031185 | 5/30/2023 | $96,312.23 | Payment | 5/30/2023 | 4/29/2024 |
| EFT000006031185 | 5/30/2023 | $96,312.23 | Payment | 5/30/2023 | 4/29/2024 |
| EFT000006031464 | 6/5/2023 | $76,066.34 | Payment | 6/5/2023 | 4/29/2024 |
| EFT000006031464 | 6/5/2023 | $76,066.34 | Payment | 6/5/2023 | 4/29/2024 |
| EFT000006031464 | 6/5/2023 | $76,066.34 | Payment | 6/5/2023 | 4/29/2024 |
| EFT000006032053 | 6/19/2023 | $66,284.00 | Payment | 6/19/2023 | 4/29/2024 |
| EFT000006031740 | 6/12/2023 | $132,217.38 | Payment | 6/12/2023 | 4/29/2024 |
| EFT000006031740 | 6/12/2023 | $132,217.38 | Payment | 6/12/2023 | 4/29/2024 |
| EFT000006032340 | 6/26/2023 | $101,831.79 | Payment | 6/26/2023 | 4/29/2024 |
| EFT000006032340 | 6/26/2023 | $101,831.79 | Payment | 6/26/2023 | 4/29/2024 |
| EFT000006032340 | 6/26/2023 | $101,831.79 | Payment | 6/26/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| 558949MDA1-1 | 7/31/2023 | $71.25 | Credit | 7/31/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| EFT000006032914 | 7/10/2023 | $92,546.64 | Payment | 7/10/2023 | 4/29/2024 |
| EFT000006032914 | 7/10/2023 | $92,546.64 | Payment | 7/10/2023 | 4/29/2024 |
| EFT000006032914 | 7/10/2023 | $92,546.64 | Payment | 7/10/2023 | 4/29/2024 |
| EFT000006033478 | 7/24/2023 | $73,567.21 | Payment | 7/24/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |
| EFT000006033750 | 7/31/2023 | $48,484.54 | Payment | 7/31/2023 | 4/29/2024 |

| | | |
|---|---|---|
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |
| $0.00 | | 4/29/2024 |

|  |  | $0.00 |  |  | 4/29/2024 |
|  |  | $0.00 |  |  | 4/29/2024 |
|  |  | $0.00 |  |  | 4/29/2024 |
|  |  | $0.00 |  |  | 4/29/2024 |
| EFT000006035675 | 9/18/2023 | $43,923.78 | Payment | 9/18/2023 | 4/29/2024 |
| EFT000006035675 | 9/18/2023 | $43,923.78 | Payment | 9/18/2023 | 4/29/2024 |
| EFT000006036269 | 10/2/2023 | $79,862.12 | Payment | 10/2/2023 | 4/29/2024 |
| EFT000006036269 | 10/2/2023 | $79,862.12 | Payment | 10/2/2023 | 4/29/2024 |
| EFT000006036793 | 10/16/2023 | $45,311.18 | Payment | 10/16/2023 | 4/29/2024 |
| EFT000006036793 | 10/16/2023 | $45,311.18 | Payment | 10/16/2023 | 4/29/2024 |
| EFT000006036793 | 10/16/2023 | $45,311.18 | Payment | 10/16/2023 | 4/29/2024 |
| EFT000006036793 | 10/16/2023 | $45,311.18 | Payment | 10/16/2023 | 4/29/2024 |
| EFT000006037366 | 10/30/2023 | $133,781.38 | Payment | 10/30/2023 | 4/29/2024 |
| EFT000006037366 | 10/30/2023 | $133,781.38 | Payment | 10/30/2023 | 4/29/2024 |
| EFT000006037366 | 10/30/2023 | $133,781.38 | Payment | 10/30/2023 | 4/29/2024 |
| EFT000006037366 | 10/30/2023 | $133,781.38 | Payment | 10/30/2023 | 4/29/2024 |
| EFT000006037633 | 11/6/2023 | $50,032.57 | Payment | 11/6/2023 | 4/29/2024 |
| EFT000006038703 | 12/4/2023 | $106,171.20 | Payment | 12/4/2023 | 4/29/2024 |
| EFT000006038703 | 12/4/2023 | $106,171.20 | Payment | 12/4/2023 | 4/29/2024 |
| EFT000006038703 | 12/4/2023 | $106,171.20 | Payment | 12/4/2023 | 4/29/2024 |
| EFT000006039497 | 12/26/2023 | $37,895.96 | Payment | 12/26/2023 | 4/29/2024 |
| EFT000006039497 | 12/26/2023 | $37,895.96 | Payment | 12/26/2023 | 4/29/2024 |
| EFT000006039497 | 12/26/2023 | $37,895.96 | Payment | 12/26/2023 | 4/29/2024 |
| EFT000006040006 | 1/8/2024 | $43,255.72 | Payment | 1/8/2024 | 4/29/2024 |
| EFT000006040268 | 1/15/2024 | $105,028.42 | Payment | 1/15/2024 | 4/29/2024 |
| EFT000006041064 | 2/5/2024 | $52,198.12 | Payment | 2/5/2024 | 4/29/2024 |
| EFT000006041064 | 2/5/2024 | $52,198.12 | Payment | 2/5/2024 | 4/29/2024 |
| EFT000006041315 | 2/12/2024 | $39,174.54 | Payment | 2/12/2024 | 4/29/2024 |
| EFT000006041595 | 2/19/2024 | $25,189.47 | Payment | 2/19/2024 | 4/29/2024 |
| EFT000006041595 | 2/19/2024 | $25,189.47 | Payment | 2/19/2024 | 4/29/2024 |

| AR Side | Customer Name |
|---|---|
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |

| ---AR SIDE--->>>> | Mercy Iowa City |
|---|---|
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |

| ---AR SIDE--->>>> | Mercy Iowa City |
|---|---|
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |
| ---AR SIDE--->>>> | Mercy Iowa City |