# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| MERCY HOSPTIAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| | Jointly Administered |
| Debtors. | **JOINT MOTION FOR STATUS HEARING** |

COMES NOW the undersigned attorney on behalf of the Official Committee of Pensioners and in support of this Joint Motion to Set a Status Hearing, respectfully states as follows:

1. On March 1, 2024, the Mercy Pensioners filed an administrative claim in the above-captioned matter.

2. On February 27, 2025, Trustee Dan R. Childers filed an objection to the administrative claim.

3. The Mercy Pensioners and the Trustee are currently engaged in negotiations to resolve the objection and related issues.

4. Counsel for the Mercy Pensioners has consulted with Dan R. Childers, who joins in this Motion and consents to the setting of a status hearing.

5. The Mercy Pensioners respectfully request that the Court schedule a status hearing to facilitate continued discussions and provide the Court with an update on the matter.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion to Set a Status Hearing, and that the Court grant such other and further relief as may be just, equitable, and proper.

Dated this 24th day of April 2025.

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Paula L. Roby
Paula L. Roby AT0006749
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: paula@drpjlaw.com
ATTORNEY FOR OFFICIAL COMMITTEE
OF PENSIONERS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of April 2025, a copy of this document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

Signed: /s/ Sabrina Balu