UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

### ORDER RE JOINT MOTION FOR STATUS CONFERENCE

On April 24, 2025, Paula L. Roby, Attorney for the Official Committee of Pensioners, filed a joint motion for status conference (Doc. 1882). For good cause shown,

**IT IS ORDERED** that the joint motion for status conference is GRANTED.

**FURTHER**, a status conference will be held on:

May 6, 2025 at 10:30 A.M.
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:
April 24, 2025

Thad J. Collins
Chief Bankruptcy Judge