UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: April 25, 2025
Hearing on: Mercy Health Network Inc.'s Motion for Entry of an Order Requiring the OC to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004 (Doc. 1858)

APPEARANCES:

Attorneys Roy Leaf and Leslie Behaunek for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee
Attorneys David B. Goroff and Christopher J. Jessen for Mercy Health Network, Inc., d/b/a MercyOne

**IT IS ORDERED THAT**:

The matter is continued and reset for

**May 9, 2025 at 2:00 P.M.**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:
April 25, 2025

Thad J. Collins
Chief Bankruptcy Judge