IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al.,[1] | § § | CASE NO. 23-00623 |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § § § | |

## SECOND CONSENT ORDER EXTENDING DEADLINE TO RESPOND TO OBJECTION TO PROOF OF CLAIM NO. 10066

(Related to Doc. No. 1598)

This matter is before the Court upon Trustee Dan R. Childers' Objection to Creditor Health Carousel Travel Network, LLC's Claim No. 10066 (Doc. No. 1598). Pursuant to consent and stipulation, Health Carousel Travel Network, LLC is granted a second extension through and including June 2, 2025 to respond to this Objection.

Entered this 29th day of     April   , 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by:

Eric W. Lam AT 0004416

So Consented:

/s/ Patrick B. Dillon
Patrick B. Dillon AT 0001973
Attorney for Creditor