IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**QUARTERLY REPORT** |

   COMES NOW Dan R. Childers in his sole capacity as Trustee of the Liquidation Trust, by and through his counsel, and hereby respectfully submits the following Reports for the first quarter of 2025 (January 1, 2025 – March 31, 2025).

          */s/ Eric W. Lam*
          Eric W. Lam, AT0004416
          SIMMONS PERRINE MOYER BERGMAN PLC
          115 Third Street SE, Suite 1200
          Cedar Rapids, IA 52401
          Tel: 319-366-7641; Fax: 319-366-1917
          elam@simmonsperrine.com

          ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

   The undersigned certifies, under penalty of perjury, that on this 29th day of April, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

          */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Quarterly Report for Jan-March 2025.042925.1134.ewl

**Mercy Hospital Liquidation Trust**  **23-00623 (TJC)**

**Quarterly Operating Reports**

|  | 01/01/25 - 03/31/35 |
|---|---|
| **Chapter 11 Disbursements** | $ 1,815,551.61 |
| **Statutory Rate** | 0.80% |
| **Quarterly Fees Due** | $ 14,524.41 |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| /s/ Marc B. Ross | 4/29/25 |
|---|---|
| **Financial Advisor to Liquidation Trustee** | **Date** |

**Mercy Hospital Liquidation Trust**  
**Cash Activity Detail**  
**01/01/25 - 03/31/25**

23-00623 (TJC)

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4,381.90 | | 4,381.90 | | | | | | | | | | | 4,381.90 |
| 1/2/25 | Sweep Activity | Transfer | | - | | (25,834.00) | 25,834.00 | | | | | | | | | | - |
| 1/2/25 | Bank Fees | Bank Fees | | (2,335.11) | | (2,335.11) | | | | | | | | | | (2,335.11) | - |
| 1/2/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (27,690.12) | | | | | | | (27,690.12) | | | | | (27,690.12) | |
| 1/3/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,141.36 | | 1,141.36 | | | | | | | | | | | 1,141.36 |
| 1/3/25 | Sweep Activity | Transfer | | - | | (2,783.55) | 2,783.55 | | | | | | | | | | - |
| 1/6/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 324.71 | | 324.71 | | | | | | | | | | | 324.71 |
| 1/6/25 | Sweep Activity | Transfer | | - | | (324.71) | 324.71 | | | | | | | | | | - |
| 1/7/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 24,124.17 | | 24,124.17 | | | | | | | | | | | 24,124.17 |
| 1/7/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 5,767.19 | | 5,767.19 | | | | | | | | | | | 5,767.19 |
| 1/7/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 750.48 | | 750.48 | | | | | | | | | | | 750.48 |
| 1/7/25 | Sweep Activity | Transfer | | - | | (3,720.73) | 3,720.73 | | | | | | | | | | - |
| 1/7/25 | Transfer | Transfer | | - | | | | | | | 500,000.00 | (500,000.00) | | | | | - |
| 1/7/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (837.50) | | | | | | | (837.50) | | | | | (837.50) | |
| 1/7/25 | Sedgwick | Self Insurance Payments | | (3,429.94) | | (3,429.94) | | | | | | | | | (3,429.94) | | |
| 1/7/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (24,538.09) | | | | | | | (24,538.09) | | | | | (24,538.09) | |
| 1/7/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (41,549.57) | | | | | | | (41,549.57) | | | | | (41,549.57) | |
| 1/8/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 8,971.25 | | 8,971.25 | | | | | | | | | | | 8,971.25 |
| 1/8/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 463.38 | | 463.38 | | | | | | | | | | | 463.38 |
| 1/8/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 77.44 | | | | | | 77.44 | | | | | | | 77.44 |
| 1/8/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 71.37 | | 71.37 | | | | | | | | | | | 71.37 |
| 1/8/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 21.64 | | 21.64 | | | | | | | | | | | 21.64 |
| 1/8/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 19.59 | | | | | | 19.59 | | | | | | | 19.59 |
| 1/8/25 | Sweep Activity | Transfer | | - | | (9,033.87) | 9,033.87 | | | | | | | | | | - |
| 1/8/25 | Bank Fees | Bank Fees | | (49.95) | | | | | | (49.95) | | | | | | (49.95) | |
| 1/9/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,072.83 | | 1,072.83 | | | | | | | | | | | 1,072.83 |
| 1/9/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 596.93 | | 596.93 | | | | | | | | | | | 596.93 |
| 1/9/25 | Transfer | Transfer | | - | | | | | | | (10,000.00) | 10,000.00 | | | | | - |
| 1/9/25 | Transfer | Transfer | | - | | | | | | | | (2,000,000.00) | | 2,000,000.00 | | | - |
| 1/9/25 | Sweep Activity | Transfer | | - | | (25,119.95) | 25,119.95 | | | | | | | | | | - |
| 1/9/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | |
| 1/9/25 | Bank Fees | Bank Fees | | (154.80) | | | | | | (154.80) | | | | | | (154.80) | |
| 1/9/25 | Laura Davis | Liquidation Trust - Other Fees | | (2,505.00) | | | | | | | (2,505.00) | | | | | (2,505.00) | |
| 1/9/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 1/9/25 | Edward Patrick Maggallanes | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 1/9/25 | Affiliated Healthcare Management Group (AR C | AR Collection Fees | | (57,816.54) | | | | | | | (57,816.54) | | | | | (57,816.54) | |
| 1/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 6,313.41 | | 6,313.41 | | | | | | | | | | | 6,313.41 |
| 1/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,394.73 | | 2,394.73 | | | | | | | | | | | 2,394.73 |
| 1/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 94.00 | | | | | | 94.00 | | | | | | | 94.00 |
| 1/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 44.09 | | | | | | 44.09 | | | | | | | 44.09 |
| 1/10/25 | Sweep Activity | Transfer | | - | | (2,957.83) | 2,957.83 | | | | | | | | | | - |
| 1/10/25 | Bank Fees | Bank Fees | | (0.19) | | | | | | (0.19) | | | | | | (0.19) | |
| 1/10/25 | Bank Fees | Bank Fees | | (2.77) | | | | | | (2.77) | | | | | | (2.77) | |
| 1/13/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 6,753.75 | | 6,753.75 | | | | | | | | | | | 6,753.75 |
| 1/13/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,021.89 | | 2,021.89 | | | | | | | | | | | 2,021.89 |
| 1/13/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 286.07 | | 286.07 | | | | | | | | | | | 286.07 |
| 1/13/25 | Sweep Activity | Transfer | | - | | (2,357.96) | 2,357.96 | | | | | | | | | | - |
| 1/14/25 | Workmens Comp Self Ins. Recovery | Workmens Comp Self Ins. Recovery | | 125,000.00 | | 125,000.00 | | | | | | | | | | | 125,000.00 |
| 1/14/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 16,385.38 | | 16,385.38 | | | | | | | | | | | 16,385.38 |
| 1/14/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,424.16 | | 2,424.16 | | | | | | | | | | | 2,424.16 |
| 1/14/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,006.33 | | 2,006.33 | | | | | | | | | | | 2,006.33 |
| 1/14/25 | Sweep Activity | Transfer | | - | | (149,128.31) | 149,128.31 | | | | | | | | | | - |
| 1/14/25 | Sedgwick | Self Insurance Payments | | (491.94) | | (491.94) | | | | | | | | | (491.94) | | |
| 1/15/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 6,432.91 | | 6,432.91 | | | | | | | | | | | 6,432.91 |
| 1/15/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 65.78 | | 65.78 | | | | | | | | | | | 65.78 |
| 1/15/25 | Sweep Activity | Transfer | | - | | (11,439.00) | 11,439.00 | | | | | | | | | | - |
| 1/15/25 | Bank Fees | Bank Fees | | (12.85) | | (12.85) | | | | | | | | | | (12.85) | |
| 1/15/25 | Bank Fees | Bank Fees | | (1,735.74) | | (1,735.74) | | | | | | | | | | (1,735.74) | |
| 1/16/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 7,941.75 | | 7,941.75 | | | | | | | | | | | 7,941.75 |
| 1/16/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 7,067.01 | | 7,067.01 | | | | | | | | | | | 7,067.01 |
| 1/16/25 | Sweep Activity | Transfer | | - | | 39,764.78 | (39,764.78) | | | | | | | | | | - |
| 1/16/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (5,990.50) | | | | | | | (5,990.50) | | | | | (5,990.50) | |
| 1/16/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (33,354.00) | | | | | | | (33,354.00) | | | | | (33,354.00) | |
| 1/16/25 | US Trustee Fees - Q2 2024 | US Trustee Fees | | (50,207.00) | | (50,207.00) | | | | | | | | | (50,207.00) | | |
| 1/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4,261.49 | | 4,261.49 | | | | | | | | | | | 4,261.49 |
| 1/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 373.65 | | | | | | 373.65 | | | | | | | 373.65 |
| 1/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 69.00 | | | | | | 69.00 | | | | | | | 69.00 |
| 1/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 15.91 | | | | | | 15.91 | | | | | | | 15.91 |
| 1/17/25 | Sweep Activity | Transfer | | - | | (4,336.49) | 4,336.49 | | | | | | | | | | - |
| 1/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 17,184.56 | | 17,184.56 | | | | | | | | | | | 17,184.56 |
| 1/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 13,320.33 | | 13,320.33 | | | | | | | | | | | 13,320.33 |
| 1/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 285.28 | | 285.28 | | | | | | | | | | | 285.28 |
| 1/21/25 | Sweep Activity | Transfer | | - | | (21,878.85) | 21,878.85 | | | | | | | | | | - |
| 1/22/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 3,349.42 | | 3,349.42 | | | | | | | | | | | 3,349.42 |
| 1/22/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 870.50 | | 870.50 | | | | | | | | | | | 870.50 |
| 1/22/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,762.50) | | | | | | | (1,762.50) | | | | | (1,762.50) | |
| 1/22/25 | Sweep Activity | Transfer | | - | | 1,819.05 | (1,819.05) | | | | | | | | | | - |
| 1/22/25 | Sweep Activity | Transfer | | - | | (20,492.05) | 20,492.05 | | | | | | | | | | - |
| 1/22/25 | DeHaan & Bach for GE Medical | Chapter 11 Administrative Expenses - S | | (3,377.95) | | | | | | | | | (3,377.95) | | (3,377.95) | | |
| 1/22/25 | Sedgwick | Self Insurance Payments | | (6,063.97) | | (6,063.97) | | | | | | | | | (6,063.97) | | |
| 1/22/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (9,145.00) | | | | | | | (9,145.00) | | | | | (9,145.00) | |
| 1/22/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professio | | (40,858.16) | | | | | | | (40,858.16) | | | | | (40,858.16) | |
| 1/23/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 5,702.44 | | 5,702.44 | | | | | | | | | | | 5,702.44 |
| 1/23/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4,639.91 | | 4,639.91 | | | | | | | | | | | 4,639.91 |
| 1/23/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 50.12 | | 50.12 | | | | | | | | | | | 50.12 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Detail**
**01/01/25 - 03/31/25**

23-00623 (TJC)

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/23/25 | Avadyne (Meduit) | AR Collection Fees | | (213.56) | | | | | | (213.56) | | | | | (213.56) | |
| 1/23/25 | Gebbs | Chapter 11 Administrative Expenses | | (2,263.53) | | | | | | (2,263.53) | | | | (2,263.53) | | |
| 1/23/25 | ServePro of Cedar Rapids | MOB Remediation and Repair | | (16,393.61) | | | | | | (16,393.61) | | | | | (16,393.61) | |
| 1/23/25 | Affiliated Healthcare Management Group (AR | AR Collection Fees | | (60,757.07) | | | | | | (60,757.07) | | | | | (60,757.07) | |
| 1/24/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 6,371.09 | 6,371.09 | | | | | | | | | | | 6,371.09 |
| 1/24/25 | Sweep Activity | Transfer | | - | 10,128.91 | (10,128.91) | | | | | | | | | | - |
| 1/24/25 | Sedgwick | Self Insurance Payments | | (16,500.00) | (16,500.00) | | | | | | | | | (16,500.00) | | |
| 1/27/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 8,136.29 | 8,136.29 | | | | | | | | | | | 8,136.29 |
| 1/27/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 4,418.19 | 4,418.19 | | | | | | | | | | | 4,418.19 |
| 1/27/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 9.60 | | | | | 9.60 | | | | | | | 9.60 |
| 1/27/25 | Sweep Activity | Transfer | | - | (10,120.63) | 10,120.63 | | | | | | | | | | - |
| 1/28/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 5,859.75 | 5,859.75 | | | | | | | | | | | 5,859.75 |
| 1/28/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,660.05 | 3,660.05 | | | | | | | | | | | 3,660.05 |
| 1/28/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,164.88 | 3,164.88 | | | | | | | | | | | 3,164.88 |
| 1/28/25 | Transfer | Transfer | | - | | 13,595.13 | | (13,595.13) | | | | | | | | - |
| 1/28/25 | Sweep Activity | Transfer | | - | | (22,110.12) | 22,110.12 | | | | | | | | | - |
| 1/28/25 | Sedgwick | Self Insurance Payments | | (509.64) | (509.64) | | | | | | | | | (509.64) | | |
| 1/28/25 | Deloitte Tax LLP | Liquidation Trust - Other Fees | | (23,900.00) | | | | | | (23,900.00) | | | | | (23,900.00) | |
| 1/29/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 7,579.24 | 7,579.24 | | | | | | | | | | | 7,579.24 |
| 1/29/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 581.73 | | | | | 581.73 | | | | | | | 581.73 |
| 1/29/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 57.92 | | | | | 57.92 | | | | | | | 57.92 |
| 1/29/25 | Sweep Activity | Transfer | | - | (15,715.53) | 15,715.53 | | | | | | | | | | - |
| 1/30/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 6,106.72 | 6,106.72 | | | | | | | | | | | 6,106.72 |
| 1/30/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 5,017.31 | 5,017.31 | | | | | | | | | | | 5,017.31 |
| 1/30/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 105.13 | 105.13 | | | | | | | | | | | 105.13 |
| 1/30/25 | Sweep Activity | Transfer | | - | (9,946.90) | 9,946.90 | | | | | | | | | | - |
| 1/31/25 | Interest | Interest | | 16,702.54 | | | | | | | 16,702.54 | | | | | 16,702.54 |
| 1/31/25 | Interest | Interest | | 4,965.11 | 4,965.11 | | | | | | | | | | | 4,965.11 |
| 1/31/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 2,777.90 | 2,777.90 | | | | | | | | | | | 2,777.90 |
| 1/31/25 | Sweep Activity | Transfer | | - | (2,777.90) | 2,777.90 | | | | | | | | | | - |
| **1/31/25 Total** | | | | **11,692,925.47** | **4,942.31** | **3,671,562.82** | **-** | **(0.00)** | **293,740.25** | **267,274.22** | **5,446,128.34** | **9,277.53** | **2,000,000.00** | | | |
| 1/31/25 | | | | | | | | | | | | | | | | |
| 2/3/25 | Sweep Activity | Transfer | | - | (5,368.50) | 5,368.50 | | | | | | | | | | - |
| 2/3/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 76.27 | 76.27 | | | | | | | | | | | 76.27 |
| 2/3/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,315.52 | 3,315.52 | | | | | | | | | | | 3,315.52 |
| 2/3/25 | Bank Fees | Bank Fees | | (2,965.60) | (2,965.60) | | | | | | | | | | (2,965.60) | |
| 2/3/25 | ServePro of Cedar Rapids | MOB Remediation and Repair | | (6,876.35) | | | | | | (6,876.35) | | | | | (6,876.35) | |
| 2/3/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (47,871.20) | | | | | | (47,871.20) | | | | | (47,871.20) | |
| 2/4/25 | Sweep Activity | Transfer | | - | (4,699.63) | 4,699.63 | | | | | | | | | | - |
| 2/4/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 402.15 | 402.15 | | | | | | | | | | | 402.15 |
| 2/4/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 4,650.06 | 4,650.06 | | | | | | | | | | | 4,650.06 |
| 2/4/25 | Sedgwick | Self Insurance Payments | | (352.58) | (352.58) | | | | | | | | | (352.58) | | |
| 2/5/25 | Sweep Activity | Transfer | | - | (51,264.25) | 51,264.25 | | | | | | | | | | - |
| 2/5/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 47,649.63 | 47,649.63 | | | | | | | | | | | 47,649.63 |
| 2/5/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,614.62 | 3,614.62 | | | | | | | | | | | 3,614.62 |
| 2/5/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 118.01 | | | | | 118.01 | | | | | | | 118.01 |
| 2/6/25 | Sweep Activity | Transfer | | - | (3,769.49) | 3,769.49 | | | | | | | | | | - |
| 2/6/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 2,369.32 | 2,369.32 | | | | | | | | | | | 2,369.32 |
| 2/6/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 397.84 | 397.84 | | | | | | | | | | | 397.84 |
| 2/6/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,148.89 | 3,148.89 | | | | | | | | | | | 3,148.89 |
| 2/7/25 | Sweep Activity | Transfer | | - | (3,265.58) | 3,265.58 | | | | | | | | | | - |
| 2/7/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 9,219.25 | 9,219.25 | | | | | | | | | | | 9,219.25 |
| 2/7/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 2,712.36 | 2,712.36 | | | | | | | | | | | 2,712.36 |
| 2/7/25 | Interest | Interest | | 2,520.55 | | | | | | | | | 2,520.55 | | | 2,520.55 |
| 2/7/25 | Communications Engineering Company | MOB Remediation and Repair | | (669.76) | | | | | | (669.76) | | | | | (669.76) | |
| 2/7/25 | Denise Wood | Liquidation Trust - Other Fees | | (2,043.75) | | | | | | (2,043.75) | | | | | (2,043.75) | |
| 2/7/25 | Steindler Orthopedic Clinic | MOB Oversight Fees | | (2,500.00) | | | | | | (2,500.00) | | | | | (2,500.00) | |
| 2/7/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (4,873.75) | | | | | | (4,873.75) | | | | | (4,873.75) | |
| 2/10/25 | Misc Check | Miscellaneous Check Paid | | (309.00) | (309.00) | | | | | | | | | (309.00) | | |
| 2/10/25 | Sweep Activity | Transfer | | - | (5,677.76) | 5,677.76 | | | | | | | | | | - |
| 2/10/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 10,984.64 | 10,984.64 | | | | | | | | | | | 10,984.64 |
| 2/10/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 167.78 | 167.78 | | | | | | | | | | | 167.78 |
| 2/10/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,576.62 | 3,576.62 | | | | | | | | | | | 3,576.62 |
| 2/10/25 | Bank Fees | Bank Fees | | (49.95) | | | | | (49.95) | | | | | | (49.95) | |
| 2/11/25 | Sweep Activity | Transfer | | - | (291,645.90) | 291,645.90 | | | | | | | | | | - |
| 2/11/25 | Return of Self Insurance Health Ins. Account | Self Insurance Health Insurance Procee | | 281,467.47 | 281,467.47 | | | | | | | | | | | 281,467.47 |
| 2/11/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 1,111.39 | 1,111.39 | | | | | | | | | | | 1,111.39 |
| 2/11/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 1,042.31 | 1,042.31 | | | | | | | | | | | 1,042.31 |
| 2/11/25 | Sedgwick | Self Insurance Payments | | (631.30) | (631.30) | | | | | | | | | (631.30) | | |
| 2/11/25 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 2/11/25 | Bank Fees | Bank Fees | | (2.62) | | | | | (2.62) | | | | | | (2.62) | |
| 2/11/25 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 2/11/25 | Laura Davis | Liquidation Trust - Other Fees | | (1,950.00) | | | | | | (1,950.00) | | | | | (1,950.00) | |
| 2/11/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (22,716.99) | | | | | | (22,716.99) | | | | | (22,716.99) | |
| 2/12/25 | Sweep Activity | Transfer | | - | (14,109.85) | 14,109.85 | | | | | | | | | | - |
| 2/12/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 3,211.01 | 3,211.01 | | | | | | | | | | | 3,211.01 |
| 2/13/25 | Sweep Activity | Transfer | | - | (2,556.13) | 2,556.13 | | | | | | | | | | - |
| 2/13/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 85.02 | 85.02 | | | | | | | | | | | 85.02 |
| 2/13/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 2,471.11 | 2,471.11 | | | | | | | | | | | 2,471.11 |
| 2/13/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 37.49 | | | | | 37.49 | | | | | | | 37.49 |
| 2/13/25 | Affiliated Healthcare Management Group (AR | AR Collection Fees | | (46,211.69) | | | | | | (46,211.69) | | | | | (46,211.69) | |
| 2/14/25 | Sweep Activity | Transfer | | - | (6,138.69) | 6,138.69 | | | | | | | | | | - |
| 2/14/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 7,924.06 | 7,924.06 | | | | | | | | | | | 7,924.06 |
| 2/14/25 | Bank Fees | Bank Fees | | (12.96) | (12.96) | | | | | | | | | | (12.96) | |
| 2/14/25 | Bank Fees | Bank Fees | | (1,772.41) | (1,772.41) | | | | | | | | | | (1,772.41) | |
| 2/14/25 | Estimated Insurance and Patient Self-Pay AR | Estimated Insurance and Patient Self-P | | 44.08 | | | | | 44.08 | | | | | | | 44.08 |

**Mercy Hospital Liquidation Trust**  
**Cash Activity Detail**  
**01/01/25 - 03/31/25**

23-00623 (TJC)

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 619.10 | | | | | | 619.10 | | | | | | | 619.10 |
| 2/14/25 | Iowa Hospital Association | Chapter 11 Administrative Expenses - S | | (30,000.00) | | | | | | | (30,000.00) | | | | (30,000.00) | | |
| 2/18/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (43,943.10) | | | | | | | (43,943.10) | | | | | (43,943.10) | |
| 2/18/25 | Transfer | Transfer | | - | | | | | | | 100,000.00 | (100,000.00) | | | | | - |
| 2/18/25 | ICASC Dividends | Sale of JV Interests - ICASC Dividends | | 427,256.72 | | 427,256.72 | | | | | | | | | | | 427,256.72 |
| 2/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 9,199.08 | | 9,199.08 | | | | | | | | | | | 9,199.08 |
| 2/18/25 | Sweep Activity | Transfer | | - | | (9,645.08) | 9,645.08 | | | | | | | | | | - |
| 2/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 30.74 | | 30.74 | | | | | | | | | | | 30.74 |
| 2/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 9,726.85 | | 9,726.85 | | | | | | | | | | | 9,726.85 |
| 2/18/25 | Sedgwick | Self Insurance Payments | | (988.54) | | (988.54) | | | | | | | | | (988.54) | | |
| 2/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 206.21 | | | | | | 206.21 | | | | | | | 206.21 |
| 2/19/25 | Sweep Activity | Transfer | | - | | (4,442.11) | 4,442.11 | | | | | | | | | | - |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 12,366.99 | | 12,366.99 | | | | | | | | | | | 12,366.99 |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,095.54 | | 1,095.54 | | | | | | | | | | | 1,095.54 |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,345.34 | | 2,345.34 | | | | | | | | | | | 2,345.34 |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 115.28 | | - | | | | 115.28 | | | | | | | 115.28 |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4.34 | | | | | | 4.34 | | | | | | | 4.34 |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 89.75 | | | | | | 89.75 | | | | | | | 89.75 |
| 2/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 89.75 | | | | | | 89.75 | | | | | | | 89.75 |
| 2/20/25 | Sweep Activity | Transfer | | - | | (440,030.19) | 440,030.19 | | | | | | | | | | - |
| 2/20/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 8.18 | | 8.18 | | | | | | | | | | | 8.18 |
| 2/20/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4,467.55 | | 4,467.55 | | | | | | | | | | | 4,467.55 |
| 2/21/25 | Sweep Activity | Transfer | | - | | (14,797.78) | 14,797.78 | | | | | | | | | | - |
| 2/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 3,706.71 | | 3,706.71 | | | | | | | | | | | 3,706.71 |
| 2/24/25 | Sweep Activity | Transfer | | - | | (2,518.41) | 2,518.41 | | | | | | | | | | - |
| 2/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 340.82 | | 340.82 | | | | | | | | | | | 340.82 |
| 2/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 56.03 | | 56.03 | | | | | | | | | | | 56.03 |
| 2/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,121.56 | | 2,121.56 | | | | | | | | | | | 2,121.56 |
| 2/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 44.08 | | | | | | 44.08 | | | | | | | 44.08 |
| 2/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 128.70 | | | | | | 128.70 | | | | | | | 128.70 |
| 2/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 142.39 | | | | | | 142.39 | | | | | | | 142.39 |
| 2/24/25 | Eide - Deposit | Foundation Recovery | | 239,466.63 | | | | | | | 239,466.63 | | | | | | 239,466.63 |
| 2/24/25 | Transfer | Transfer | | - | | | | | | | 1,000,000.00 | (1,000,000.00) | | | | | - |
| 2/24/25 | Denise Wood | Liquidation Trust - Other Fees | | (2,062.50) | | | | | | | (2,062.50) | | | | | (2,062.50) | |
| 2/24/25 | Medical Reimbursement of America | Chapter 11 Administrative Expenses | | (50,000.00) | | | | | | | (50,000.00) | | | | (50,000.00) | | |
| 2/24/25 | ComputerShare - Class 1 | Sale of JV Interests - ICASC Dividends | | (427,256.72) | | | | | | | (427,256.72) | | | | (427,256.72) | | |
| 2/24/25 | ComputerShare - Class 1 | Self Insurance Plan Trust return | | (281,467.47) | | | | | | | (281,467.47) | | | | (281,467.47) | | |
| 2/25/25 | Sweep Activity | Transfer | | - | | 203,019.67 | (203,019.67) | | | | | | | | | | - |
| 2/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 610.33 | | 610.33 | | | | | | | | | | | 610.33 |
| 2/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 281.60 | | 281.60 | | | | | | | | | | | 281.60 |
| 2/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 3,715.19 | | 3,715.19 | | | | | | | | | | | 3,715.19 |
| 2/25/25 | Sedgwick | Self Insurance Payments | | (491.94) | | (491.94) | | | | | | | | | (491.94) | | |
| 2/25/25 | US Dept. of the Treasury | US Trustee Fees | | (207,134.85) | | (207,134.85) | | | | | | | | | (207,134.85) | | |
| 2/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 100.39 | | | | | | 100.39 | | | | | | | 100.39 |
| 2/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 282.57 | | | | | | 282.57 | | | | | | | 282.57 |
| 2/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,749.17 | | | | | | 1,749.17 | | | | | | | 1,749.17 |
| 2/26/25 | Sweep Activity | Transfer | | - | | 1,997,021.85 | (1,997,021.85) | | | | | | | | | | - |
| 2/26/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 19.46 | | 19.46 | | | | | | | | | | | 19.46 |
| 2/26/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,958.69 | | 2,958.69 | | | | | | | | | | | 2,958.69 |
| 2/26/25 | Transfer | Transfer | | - | | (2,000,000.00) | | | | | | 2,000,000.00 | | | | | - |
| 2/26/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 19.92 | | | | | | 19.92 | | | | | | | 19.92 |
| 2/26/25 | Getzler Henrich and Assoc. | Liquidation Trust - Professional Fees | | (145,752.30) | | | | | | | (145,752.30) | | | | | (145,752.30) | |
| 2/26/25 | Sills Cummis & Gross | Liquidation Trust - Professional Fees | | (167,303.48) | | | | | | | (167,303.48) | | | | | (167,303.48) | |
| 2/26/25 | Cole Schotz | Liquidation Trust - Professional Fees | | (11,944.22) | | | | | | | (11,944.22) | | | | | (11,944.22) | |
| 2/27/25 | Sweep Activity | Transfer | | - | | (1,838.11) | 1,838.11 | | | | | | | | | | - |
| 2/27/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 316.08 | | 316.08 | | | | | | | | | | | 316.08 |
| 2/27/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,222.03 | | 1,222.03 | | | | | | | | | | | 1,222.03 |
| 2/27/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 57.92 | | | | | | 57.92 | | | | | | | 57.92 |
| 2/27/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 63.93 | | | | | | 63.93 | | | | | | | 63.93 |
| 2/28/25 | Sweep Activity | Transfer | | - | | (3,086.68) | 3,086.68 | | | | | | | | | | - |
| 2/28/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 3,086.68 | | 3,086.68 | | | | | | | | | | | 3,086.68 |
| 2/28/25 | Interest | Interest | | 4,883.01 | | | | 4,883.01 | | | | | | | | | 4,883.01 |
| 2/28/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 6.43 | | | | | | 6.43 | | | | | | | 6.43 |
| 2/28/25 | ComputerShare - Class 1 | Bondholder Post-Distribution Cash - Fo | | (730,089.78) | | | | | | | (730,089.78) | | | | (730,089.78) | | |
| 2/28/25 | Day Rettig Martin | Liquidation Trust - Professional Fees | | 31,367.50 | | | | | | | 31,367.50 | | | | | | 31,367.50 |
| 2/28/25 | Day Rettig Martin | Liquidation Trust - Professional Fees | | (31,417.50) | | | | | | | (31,417.50) | | | | | (31,417.50) | |
| 2/28/25 | Transfer | Transfer | | - | | | | | | | 725,000.00 | (725,000.00) | | | | | - |
| 2/28/25 | Nyemaster Goode P.C. | Liquidation Trust - Professional Fees | | (4,046.94) | | | | | | | (4,046.94) | | | | | (4,046.94) | |
| 2/28/25 | Nyemaster Goode P.C. | Liquidation Trust - Mercy One Professio | | (40,675.81) | | | | | | | (40,675.81) | | | | | (40,675.81) | |
| 2/28/25 | Interest | Interest | | 13,164.61 | | | | | | | | | 13,164.61 | | | | 13,164.61 |
| **2/28/25 Total** | | | | **10,546,142.06** | | **(0.00)** | **2,341,258.45** | **-** | **(0.00)** | **297,357.54** | **261,435.04** | **5,634,292.95** | **9,277.53** | **2,002,520.55** | | | |
| | | | | | | | | | | | | | | | | | |
| 3/2/25 | Interest | Interest | | 2,633.45 | | | | | | | | | 2,633.45 | | | | 2,633.45 |
| 3/3/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 9,311.04 | | 9,311.04 | | | | | | | | | | | 9,311.04 |
| 3/3/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,473.39 | | 1,473.39 | | | | | | | | | | | 1,473.39 |
| 3/3/25 | Sweep Activity | Transfer | | - | | 1,179.74 | (1,179.74) | | | | | | | | | | - |
| 3/3/25 | Bank Fees | Bank Fees | | (2,773.13) | | (2,773.13) | | | | | | | | | | (2,773.13) | |
| 3/3/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 35.14 | | | | | | 35.14 | | | | | | | 35.14 |
| 3/3/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,443.75) | | | | | | | (1,443.75) | | | | | (1,443.75) | |
| 3/3/25 | Day Rettig Martin | Liquidation Trust - Professional Fees | | (31,417.50) | | | | | | | (31,417.50) | | | | | (31,417.50) | |
| 3/3/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (54,836.78) | | | | | | | (54,836.78) | | | | | (54,836.78) | |
| 3/3/25 | RC Pioneer Fund - BCBS Settlement (Needs to | Other Asset Recoveries | | 77,000.00 | | | | | | | 77,000.00 | | | | | | 77,000.00 |
| 3/4/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 502.60 | | 502.60 | | | | | | | | | | | 502.60 |
| 3/4/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 372.90 | | 372.90 | | | | | | | | | | | 372.90 |
| 3/4/25 | Sweep Activity | Transfer | | - | | (2,746.36) | 2,746.36 | | | | | | | | | | - |
| 3/4/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,287.80 | | 2,287.80 | | | | | | | | | | | 2,287.80 |

**Mercy Hospital Liquidation Trust**  
**Cash Activity Detail**  
**01/01/25 - 03/31/25**

23-00623 (TJC)

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/25 | Sedgwick | Self Insurance Payments | | (491.94) | | (491.94) | | | | | | | | | (491.94) | | |
| 3/4/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,413.27 | | | | | | 1,413.27 | | | | | | | 1,413.27 |
| 3/5/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 59.00 | | 59.00 | | | | | | | | | | | 59.00 |
| 3/5/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 3,233.40 | | 3,233.40 | | | | | | | | | | | 3,233.40 |
| 3/5/25 | Sweep Activity | Transfer | | - | | (12,408.44) | 12,408.44 | | | | | | | | | | - |
| 3/6/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 213.37 | | 213.37 | | | | | | | | | | | 213.37 |
| 3/6/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 540.08 | | 540.08 | | | | | | | | | | | 540.08 |
| 3/6/25 | Sweep Activity | Transfer | | - | | (540.08) | 540.08 | | | | | | | | | | - |
| 3/7/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 578.12 | | 578.12 | | | | | | | | | | | 578.12 |
| 3/7/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,457.16 | | 1,457.16 | | | | | | | | | | | 1,457.16 |
| 3/7/25 | Sweep Activity | Transfer | | - | | (2,035.28) | 2,035.28 | | | | | | | | | | - |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 24,578.89 | | 24,578.89 | | | | | | | | | | | 24,578.89 |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 533.63 | | 533.63 | | | | | | | | | | | 533.63 |
| 3/10/25 | Sweep Activity | Transfer | | - | | (3,894.39) | 3,894.39 | | | | | | | | | | - |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 374.00 | | 374.00 | | | | | | | | | | | 374.00 |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 167.79 | | 167.79 | | | | | | | | | | | 167.79 |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,848.76 | | 1,848.76 | | | | | | | | | | | 1,848.76 |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 336.12 | | 336.12 | | | | | | | | | | | 336.12 |
| 3/10/25 | Miscellaneous Check | Bank Fees | | (25.00) | | (25.00) | | | | | | | | | | (25.00) | |
| 3/10/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 110.78 | | | | | | 110.78 | | | | | | | 110.78 |
| 3/10/25 | Bank Fees | Bank Fees | | (49.95) | | | | | | (49.95) | | | | | | (49.95) | |
| 3/11/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 700.28 | | 700.28 | | | | | | | | | | | 700.28 |
| 3/11/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 343.15 | | 343.15 | | | | | | | | | | | 343.15 |
| 3/11/25 | Sweep Activity | Transfer | | - | | 278.36 | (278.36) | | | | | | | | | | - |
| 3/11/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 3/11/25 | Sedgwick | Self Insurance Payments | | (2,017.70) | | (2,017.70) | | | | | | | | | (2,017.70) | | |
| 3/11/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 644.51 | | 644.51 | | | | | | | | | | | 644.51 |
| 3/11/25 | Miscellaneous Check | Bank Fees | | 25.00 | | 25.00 | | | | | | | | | | | 25.00 |
| 3/11/25 | Bank Fees | Bank Fees | | (7.24) | | | | | | (7.24) | | | | | | (7.24) | |
| 3/11/25 | Bank Fees | Bank Fees | | (0.51) | | | | | | (0.51) | | | | | | (0.51) | |
| 3/11/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | |
| 3/11/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | |
| 3/11/25 | Shuttleworth and Ingersoll PC (For NEC System | Liquidation Trust - Other Fees | | (1,551.50) | | | | | | | (1,551.50) | | | | | (1,551.50) | |
| 3/11/25 | Johnson County Tax Collector | MOB - Real Estate Taxes | | (77,291.30) | | | | | | | (77,291.30) | | | | | (77,291.30) | |
| 3/12/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 16.05 | | 16.05 | | | | | | | | | | | 16.05 |
| 3/12/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 3,597.39 | | 3,597.39 | | | | | | | | | | | 3,597.39 |
| 3/12/25 | Sweep Activity | Transfer | | - | | (27,746.61) | 27,746.61 | | | | | | | | | | - |
| 3/12/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (365.40) | | | | | | | (365.40) | | | | | (365.40) | |
| 3/12/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (25,782.40) | | | | | | | (25,782.40) | | | | | (25,782.40) | |
| 3/12/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 3/12/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (20,559.72) | | | | | | | (20,559.72) | | | | | (20,559.72) | |
| 3/13/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 50.00 | | 50.00 | | | | | | | | | | | 50.00 |
| 3/13/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,044.92 | | 1,044.92 | | | | | | | | | | | 1,044.92 |
| 3/13/25 | Sweep Activity | Transfer | | - | | (1,044.92) | 1,044.92 | | | | | | | | | | - |
| 3/14/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 14.02 | | | | | | 14.02 | | | | | | | 14.02 |
| 3/14/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 54.53 | | | | | | 54.53 | | | | | | | 54.53 |
| 3/14/25 | Laura Davis | Liquidation Trust - Other Fees | | (1,815.00) | | | | | | | (1,815.00) | | | | | (1,815.00) | |
| 3/16/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 988.83 | | 988.83 | | | | | | | | | | | 988.83 |
| 3/16/25 | Sweep Activity | Transfer | | - | | 1,084.86 | (1,084.86) | | | | | | | | | | - |
| 3/16/25 | Bank Fees | Bank Fees | | (12.67) | | (12.67) | | | | | | | | | | (12.67) | |
| 3/16/25 | Bank Fees | Bank Fees | | (2,061.02) | | (2,061.02) | | | | | | | | | | (2,061.02) | |
| 3/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4,691.75 | | 4,691.75 | | | | | | | | | | | 4,691.75 |
| 3/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 112.74 | | 112.74 | | | | | | | | | | | 112.74 |
| 3/17/25 | Sweep Activity | Transfer | | - | | (4,868.81) | 4,868.81 | | | | | | | | | | - |
| 3/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 240.72 | | 240.72 | | | | | | | | | | | 240.72 |
| 3/17/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 4,413.81 | | 4,413.81 | | | | | | | | | | | 4,413.81 |
| 3/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 298.11 | | 298.11 | | | | | | | | | | | 298.11 |
| 3/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 86.63 | | 86.63 | | | | | | | | | | | 86.63 |
| 3/18/25 | Sweep Activity | Transfer | | - | | (1,439.32) | 1,439.32 | | | | | | | | | | - |
| 3/18/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,963.46 | | 1,963.46 | | | | | | | | | | | 1,963.46 |
| 3/18/25 | Sedgwick | Self Insurance Payments | | (983.88) | | (983.88) | | | | | | | | | (983.88) | | |
| 3/19/25 | Sweep Activity | Transfer | | - | | (6,780.91) | 6,780.91 | | | | | | | | | | - |
| 3/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 624.76 | | 624.76 | | | | | | | | | | | 624.76 |
| 3/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,590.94 | | 1,590.94 | | | | | | | | | | | 1,590.94 |
| 3/19/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 395.09 | | | | | | 395.09 | | | | | | | 395.09 |
| 3/20/25 | Sweep Activity | Transfer | | - | | (2,061.23) | 2,061.23 | | | | | | | | | | - |
| 3/20/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,032.84 | | 1,032.84 | | | | | | | | | | | 1,032.84 |
| 3/20/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,028.39 | | 1,028.39 | | | | | | | | | | | 1,028.39 |
| 3/21/25 | Sweep Activity | Transfer | | - | | (1,096.39) | 1,096.39 | | | | | | | | | | - |
| 3/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 8,426.64 | | 8,426.64 | | | | | | | | | | | 8,426.64 |
| 3/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 906.17 | | 906.17 | | | | | | | | | | | 906.17 |
| 3/21/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,011.39 | | 1,011.39 | | | | | | | | | | | 1,011.39 |
| 3/24/25 | Sweep Activity | Transfer | | - | | (2,874.84) | 2,874.84 | | | | | | | | | | - |
| 3/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 56.04 | | 56.04 | | | | | | | | | | | 56.04 |
| 3/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 2,268.70 | | 2,268.70 | | | | | | | | | | | 2,268.70 |
| 3/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 553.66 | | | | | | 553.66 | | | | | | | 553.66 |
| 3/24/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 651.07 | | | | | | 651.07 | | | | | | | 651.07 |
| 3/24/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,837.50) | | | | | | | (1,837.50) | | | | | (1,837.50) | |
| 3/24/25 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | | (22,611.94) | | | | | | | (22,611.94) | | | | | (22,611.94) | |
| 3/24/25 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | | (72,581.67) | | | | | | | (72,581.67) | | | | | (72,581.67) | |
| 3/24/25 | Transfer | Transfer | | | | | | | | | 75,000.00 | (75,000.00) | | | | | |
| 3/24/25 | All Clear | MOB Remediation and Repair | 1003 | (4,484.35) | | | | | | | | | (4,484.35) | | | (4,484.35) | - |
| 3/25/25 | Sweep Activity | Transfer | | - | | (9,714.07) | 9,714.07 | | | | | | | | | | - |
| 3/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 588.01 | | 588.01 | | | | | | | | | | | 588.01 |
| 3/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 264.00 | | 264.00 | | | | | | | | | | | 264.00 |
| 3/25/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 656.29 | | 656.29 | | | | | | | | | | | 656.29 |

**Mercy Hospital Liquidation Trust**  23-00623 (TJC)
**Cash Activity Detail**
**01/01/25 - 03/31/25**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/25 | Sedgwick | Self Insurance Payments | | (491.94) | (491.94) | | | | | | | | | (491.94) | | |
| 3/25/25 | Parker Plumbing | MOB Remediation and Repair | 1004 | (110.00) | (110.00) | | | | | | | | | | (110.00) | |
| 3/26/25 | Sweep Activity | Transfer | | - | (180.92) | 180.92 | | | | | | | | | | |
| 3/26/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 180.92 | 180.92 | | | | | | | | | | | 180.92 |
| 3/27/25 | Sweep Activity | Transfer | | - | (283.34) | 283.34 | | | | | | | | | | - |
| 3/27/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 283.34 | 283.34 | | | | | | | | | | | 283.34 |
| 3/28/25 | Sweep Activity | Transfer | | - | (125.00) | 125.00 | | | | | | | | | | - |
| 3/28/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 125.00 | 125.00 | | | | | | | | | | | 125.00 |
| 3/28/25 | Mike Kimpton (Sheetrock) | MOB Remediation and Repair | 1005 | (2,735.00) | | | | | | | | (2,735.00) | | | (2,735.00) | |
| 3/31/25 | Sweep Activity | Transfer | | - | (1,865.60) | 1,865.60 | | | | | | | | | | - |
| 3/31/25 | Interest | Interest | | 3,356.28 | | 3,356.28 | | | | | | | | | | 3,356.28 |
| 3/31/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 39.61 | 39.61 | | | | | | | | | | | 39.61 |
| 3/31/25 | Estimated Insurance and Patient Self-Pay AR C | Estimated Insurance and Patient Self-P | | 1,825.99 | 1,825.99 | | | | | | | | | | | 1,825.99 |
| 3/31/25 | Interest | Interest | | 15,519.54 | | | | | | | 15,519.54 | | | | | 15,519.54 |
| 3/31/25 | Interest | Interest | | 3,186.27 | | | | | | | | | 3,186.27 | | | 3,186.27 |
| 3/31/25 | **Total Cash Activity** | | | 10,405,557.50 | (0.00) | 2,423,778.28 | - | (0.00) | 300,337.70 | 96,340.58 | 5,574,812.49 | 1,948.18 | 2,008,340.27 | (1,815,551.61) | (1,279,153.04) | 13,500,262.15 |
| | **US Trustee Fee Rate** | | | | | | | | | | | | | 0.80% | | |
| 3/31/25 | **Fees Due Qtr. Ended 3/31/25** | | | | | | | | | | | | | 14,524.41 | | |