# IN UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>  Debtors.[1] | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>(Jointly Administered)<br><br>Re:  Dkt. Nos. 1352, 1630, 1631, 1632, 1633, 1634, and 1635 |

## NOTICE OF MOTION FOR CONSENT ORDER AND BAR DATE FOR OBJECTIONS

NOTICE IS HEREBY GIVEN that Dan R. Childers, solely in his capacity as Trustee of the Mercy Hospital Liquidation Trust (the "Trustee"), UnitedHealthcare Insurance Company ("UHIC"), and United Healthcare of the Midlands, Inc. ("UHM" and collectively with UHIC and their affiliates, parents, and subsidiaries, "United"), have filed a Joint Motion for Entry of Consent Order Resolving Objections to and Allowing, In Part, Certain Claims Filed by UnitedHealthCare Insurance Company and United HealthCare of the Midlands, Inc. and Granting Related Relief (the "Motion") on April 30, 2025. A copy of the Motion can be found on PACER. You can also obtain a copy by contacting any of the below-named attorneys.

NOTICE IS FURTHER GIVEN that objections to the above Motion, if any, shall be filed with the Clerk of the Bankruptcy Court with a copy to the attorney for the Debtor, Trustee, and the U.S. Trustee (address below) on or before 4:30 p.m. on May 21, 2025.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or business identification number, as applicable, are: Mercy Hospital, Iowa City, Iowa (0391), Mercy Services Iowa City, Inc. (1044), and Mercy Iowa City ACO, LLC (9472).

1

NOTICE IS FURTHER GIVEN that if no objections are filed, an Order approving said Motion will be entered without further motion or hearing. If timely objections are made, a hearing will be set to address said objections.

Dated this 30th day of April, 2025.

*Attorneys for UnitedHealthcare Insurance Company and United Healthcare of the Midlands, Inc.*

HEIDMAN LAW FIRM, PLLC

By:  */s/  Jessica Board*
 Jessica Board, AT0012404
 1128 Historic Fourth Street
 P.O. Box 3086
 Sioux City, IA  51102
 Telephone:  (712) 255-8838
 Facsimile:   (712) 258-6714
 Jessica.Board@heidmanlaw.com

- and -

SHIPMAN & GOODWIN LLP

By:  */s/ Brian Remondino*
 Brian G. Remondino (pro hac vice)
 400 Atlantic Street, 4th Floor
 Stamford, CT 06901
 Telephone:  (203) 324-8100
 Facsimile:   (203) 324-8199
 BRemondino@goodwin.com

By:  */s/ Jaime Welsh*
 Jaime A. Welsh
 One Constitution Plaza
 Hartford, CT 06103-1919
 Telephone:  (860) 251-5000
 Facsimile:   (860) 251-5218
 jwelsh@goodwin.com

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed in the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF on April 30, 2025. A list of mailing is attached.

                                               */s/ Jessica Board*