| | |
|---|---|
| Judy Andronowitz<br>2524 N Broken Circle Rd<br>Flagstaff, AZ 86004-7596 | Cardinal Health<br>c/o Tyronza Walton, Credit Manager<br>7000 Cardinal Pl<br>Dublin, OH 43017-1091 |
| Charlie Saponaro<br>c/o Thomas J. Loeb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215-3161 | Epiq Corporate Restructuring, LLC,<br>www.epiqsystems.com<br>777 Third Avenue<br>New York, NY 10017-1401 |
| Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018-7381 | Gaskill Signs, Inc.<br>Attn: Kim Gaskill, VP<br>11 Arbury Drive<br>Iowa City, IA 52246-4901 |
| Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012-8353 | Jeanne Hein<br>1386 Pleasantview Drive<br>Tipton, IA 52772-9836 |
| Cole Schotz, P.C.<br>c/o Nicole Hughes<br>25 Main Place, Suite 200<br>Council Bluffs, IA 51503-0790 | William H Henrich<br>Getzler Henrich & Associates<br>295 Madison Ave.<br>#20<br>New York, NY 10017-6358 |
| Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018-7381 | J&K PMS, Inc.<br>c/o Kelly Mitchek, Vice President<br>6737 Brentwood Stair Road, Suite 200<br>Forth Worth, TX 76112-3337 |
| Jean Berge<br>1107 Wylde Green Rd<br>Iowa City, IA 52246-4832 | Mary McMurray<br>47 Lakeview Plance NE<br>Iowa City, IA 52240-9162 |

Kelly Banks
c/o Peter C. Riley
4040 First Ave NE
Cedar Rapids, IA 52402-3143

Radiologic Medical Services, P.C.
c/o Jennifer E. Lindberg
Brown, Winick, Graves, Gross and Baskerv
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510

Mary McCarthy
1200 23rd Ave Unit 2
Coralville, IA 52241-3144

Steindler North Liberty Ambulatory Surgery C
c/o Terry L. Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA 50312-4902

Medifis
c/o Jackie Dumbrowski, Corporate Counsel
2999 Olympus Blvd.
Dallas, TX 75019-0122

Stryker Corporation
c/o Danielle Mason Anderson, Esq.
Miller, Canfield, Paddock and Stone, P.L
277 S Rose Street, Suite 6000
Kalamazoo, MI 49007-4734

Patterson Dental Supply, Inc.
1031 Mendota Heights Road
St. Paul, MN 55120-1401

Vital Nurse Staffing dba Core Staffing
Kristi Millar, Accounting Manager
452 N Franklin St. Suite A
Frankenmuth, MI 48734-1052

SCRIBEAMERICA
PO Box 417756
Boston, MA 02241-7756

Joni Werle
2225 Sugar Bottom Rd NE
Solon, IA 52333-9590

Cole Schotz, P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801-1496

RMS Holdings, P.C.
c/o Jennifer E. Lindberg
Brown, Winick, Graves, Gross and Baskerv
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510