hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Debtor

Chapter 11

Bankruptcy No. 23–00623

## NOTICE RESETTING HEARING
## ON MERCY HEALTH NETWORK INC.'S MOTION FOR ENTRY OF AN ORDER REQUIRING THE OC TO PRODUCE RECORDS AND SUBMIT TO EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004 (DOC. 1858)

To:

Roy Ryan Leaf, Jaden Glen Banks, and Leslie C. Behaunek, Attorneys for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee

Matthew Cronin, Jake Gordon, David Goroff, Edward Joseph Green, Christopher J. Jessen, and Michael Reck, Attorneys for Mercy Health Network, Inc.

United States Trustee

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**May 9, 2025 at 3:00 PM via telephonic hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1–855–244–8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Date: April 30, 2025

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

Danielle Cripe

Deputy Clerk