# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al., | § § § | CASE NO. 23-00623 |
| | § | (Jointly Administered) |
| Debtors. | § § § | |

## ORDER re PROOF OF CLAIM NO. 10359

This matter is before the Court is Trustee Dan R. Childers' Objection (Dkt #1820) against allowance of Proof of Claim # 10359, filed by U.S. DHHS – HRSA ("Claimant"). Pursuant to consent and stipulation, Proof of Claim # 10359 is deemed withdrawn, and the Trustee's Objection is therefore moot. No distribution will be made to the Claimant.

Entered this   1st   day of   May   , 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by:

Eric W. Lam AT 0004416

So Consented:

/s/ B. Gray_____
Brandon Gray, Esq.
Attorney for Claimant

Mhlt.pleadings.draft.OrderDHSPoC10359.050125.1131.ewl