UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al*.,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>Jointly Administered |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 6, 2025
Hearing on Joint Motion for Status Conference (Doc. 1882)

APPEARANCES:

Attorney Paula Roby for Official Committee of Pensioners
Liquidation Trustee Dan Childers
Attorney Eric Lam for Liquidation Trustee

OUTCOME OF PROCEEDING:

A Status Conference was held.

**IT IS ORDERED THAT**:

Attorney for the Mercy Pensioners and Trustee shall contact the scheduling deputy to obtain an in-court resolution hearing date and also to schedule a deadline for cross motions for summary judgment.

Ordered:
May 6, 2025

Thad J. Collins
Chief Bankruptcy Judge