**EXHIBIT A**

**PROPOSED ORDER**

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

**[PROPOSED] ORDER GRANTING MERCY HEALTH NETWORK, INC.'S EXPEDITED MOTION FOR ENTRY OF AN ORDER SETTING MOTION TO EXTEND DEADLINE TO PRODUCE RESPONSIVE DOCUMENTS AND COMMUNICATIONS TO THE OC**

This matter came before the Court upon the *Expedited Motion for Entry of an Order Setting the Motion to Extend the Deadline to Produce Responsive Documents and Communications to the OC* (the "Motion") filed by Mercy Health Network, Inc. d/b/a MercyOne ("MercyOne");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue in this district is proper pursuant to 28 U.S.C. § 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor, its creditors, and other parties in interest; and the Court having found that MercyOne provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is GRANTED as set forth herein.

---

[2] All capitalized terms not defined herein shall have the meanings affixed to them in the Motion.

2

2. The Court finds that good cause existed for the reasons set forth in the Motion to schedule the Extension Motion for a hearing on an expedited basis.

3. The Extension Motion shall be heard and considered at the hearing set for May 9, 2025 at 2:00 p.m.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated and entered this _____ day of May, 2025.

                                          Honorable Thad J. Collins, Chief Judge

**Prepared and submitted by:**

Edward J. Green (*Pro Hac Vice*)
David B. Goroff (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
egreen@foley.com
dgoroff@foley.com

Jake W. Gordon (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (248) 943-6484
jake.gordon@foley.com

Michael R. Reck
Christopher J. Jessen
**BELIN McCORMICK, P.C.**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0675
mrreck@belinmccormick.com
cjessen@belinmccormick.com

*Counsel to Mercy Health Network, Inc., d/b/a MercyOne*