# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

## ORDER GRANTING MERCY HEALTH NETWORK, INC.'S EXPEDITED MOTION FOR ENTRY OF AN ORDER SETTING MOTION TO EXTEND DEADLINE TO PRODUCE RESPONSIVE DOCUMENTS AND COMMUNICATIONS TO THE OC

This matter came before the Court upon the *Expedited Motion for Entry of an Order Setting the Motion to Extend the Deadline to Produce Responsive Documents and Communications to the OC* (the "Motion") filed by Mercy Health Network, Inc. d/b/a MercyOne ("MercyOne");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue in this district is proper pursuant to 28 U.S.C. § 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor, its creditors, and other parties in interest; and the Court having found that MercyOne provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is GRANTED as set forth herein.

---

[2] All capitalized terms not defined herein shall have the meanings affixed to them in the Motion.

2

2. The Court finds that good cause existed for the reasons set forth in the Motion to schedule the Extension Motion for a hearing on an expedited basis.

3. The Extension Motion shall be heard and considered at the hearing set for May 9, 2025 at 3:00 p.m.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated and entered this __9th__ day of May, 2025.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and submitted by:**

Edward J. Green (*Pro Hac Vice*)
David B. Goroff (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
egreen@foley.com
dgoroff@foley.com

Jake W. Gordon (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (248) 943-6484
jake.gordon@foley.com

Michael R. Reck
Christopher J. Jessen
**BELIN McCORMICK, P.C.**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0675
mrreck@belinmccormick.com
cjessen@belinmccormick.com

*Counsel to Mercy Health Network, Inc., d/b/a MercyOne*

3