

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MERCY HOSPITAL, IOWA CITY, ) | Case No. 23-00623 (TJC) |
| IOWA, *et al.* ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**AFFIDAVIT OF LILLIAN DITTRICK**

| | |
|---|---|
| STATE OF IOWA ) | |
| ) ss: | |
| COUNTY OF ____ ) | |

I, Lillian Dittrick, after being duly sworn upon my oath, state as follows:

1.    I am more than eighteen years of age, competent to testify, and have personal knowledge of the facts set forth herein.

2.    I am President of MercyOne's Population Health Services Organization ("PHSO").

3.    The statements in this Affidavit are, except where specifically noted, based on my personal knowledge of Mercy ACO, LLC's (d/b/a MercyOne PHSO) ("Mercy ACO") contract with the Debtor in the above-captioned matter and its claim filed in the above-captioned bankruptcy matter.

4.    The claim Mercy ACO filed in the above-captioned bankruptcy matter (Claim # 10272) has not been paid.

Further Affiant sayeth naught.

[SIGNATURE ON THE FOLLOWING PAGE]

Dated this _8th_ day of May, 2025.

_Lillian Dittrick_
Lillian Dittrick

Subscribed and sworn to before me by Lillian Dittrick this _8_ day of May, 2025.

DEBRA L. SWEENEY
COMMISSION NO. 120820
MY COMMISSION EXPIRES
12-9-26

_Debra L. Sweeney_
Notary Public in and for the State of Iowa

My Commission Expires: _12-9-26_