UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 16, 2025
Hearing on: Motion for 2004 Examination and for Entry of an Order Requiring the OC to Produce Records (Doc. 1858)

APPEARANCES:

Attorneys Roy Leaf and Leslie Behaunek for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee
Attorneys David B. Goroff, and Christopher J. Jessen for Mercy Health Network, Inc., d/b/a MercyOne

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

The Motion for 2004 Examination and for Entry of an Order Requiring the OC to Produce Records is continued and reset to

**May 30, 2025 at 2:30 P.M.**
via Telephonic Hearing

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#

3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered:
May 16, 2025

Thad J. Collins
Chief Bankruptcy Judge