IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |
|---|---|

The matters before the Court are Objections filed by Trustee Dan Childers, against allowance of various General Un-secured Non-Priority Claims filed at Epiq Corporate Restructuring, LLC. According to the Certificates of Service appended to the Objections, the Trustee's Objections were served on the various Claimants. The Objections also displayed an objection bar date. With respect to the following Objections by the Trustee, the objection bar dates have expired, and no objection has been filed. The Court therefore FINDS and ORDERS the following General Un-secured Non-Priority Claims are disallowed, and the Trustee's Objections are sustained:

| Claimant | General Un-secured Non-Priority Claim # | Docket # of Trustee's Objection |
|---|---|---|
| AIRGAS USA LLC | 10052 | 1726 |
| AIRGAS USA LLC | 10348 | 1795 |
| ARTOSS INC | 10007 | 1714 |
| ARTOSS INC | 10111 | 1738 |
| BECKMAN COULTER INC | 10286 | 1781 |
| BRADFORD CAPITAL HOLDINGS, LP | 10221 | 1580 |
| CAROLYN B WITTERN LIVING TRUST | 7 | 1710 |
| CASSLING DIAGNOSTIC IMAGING INC | 10167 | 1670 |
| CATHOLIC HEALTH INITIATIVES-IOWA CORP | 10275 | 1616 |
| CDW DIRECT LLC | 3 | 1802 |
| CELL STAFF LLC | 10287 | 1666 |
| CENTRA HEALTHCARE SOLUTIONS INC | 10039 | 1724 |

- 2 -

| | | |
|---|---|---|
| CHOICE SOLUTIONS LLC | 10242 | 1592 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | 5 | 1708 |
| CLOUD SOFTWARE GROUP INC | 10083 | 1732 |
| CRANEWARE INC | 10021 | 1706 |
| FLEXCARE LLC | 10236 | 1648 |
| GETMED STAFFING INC | 10122 | 1698 |
| GREEN, BENJAMIN JOSEPH | 10373 | 1824 |
| HEALOGICS WOUND CARE & HYPERBARIC SERV | 10249 | 1646 |
| HEARTLAND HEALTHCARE PROVIDERS | 10392 | 1700 |
| HELMKAMP, KIMBERLY | 10379 | 1832 |
| HOT SHOTS NM | 10399 | 1834 |
| INSIGMA INC | 10342 | 1791 |
| INSIGMA INC | 10344 | 1793 |
| INTUITIVE SURGICAL INC | 10290 | 1668 |
| KAVANAGH, RHYS, DR | 10377 | 1830 |
| MARVEL MEDICAL STAFFING LLC | 10308 | 1664 |
| MEDICAL REIMBURSEMENTS OF AMERICA INC | 10312 | 1658 |
| MEDTRONIC SD USA | 10194 | 1614 |
| MIDWEST JANITORIAL SERVICE INC | 10169 | 1754 |
| NEOGENOMICS LABORATORIES INC | 10113 | 1742 |
| NOMAD NURSES INC | 10077 | 1618 |
| PARK HUDSON INTERNATIONAL LLC | 10095 | 1736 |
| PHREESIA INC | 10022 | 1716 |
| QUEST DIAGNOSTICS | 10187 | 1594 |
| R VISIONS LLC | 329 | 1712 |
| RDG PLANNING & DESIGN | 10323 | 1787 |
| READY TECH-GO INC | 18 | 1640 |
| RELIANT CARE REHABILITATIVE SERVICES LLC | 10333 | 1818 |
| RELIANT CARE REHABILITATIVE SERVICES LLC | 10302 | 1838 |
| ROCHE DIAGNOSTICS CORPORATION | 10205 | 1763 |
| SAPONARO, CHARLIE | 10056 | 1582 |
| SARATOGA MEDICAL CENTER INC | 10024 | 1718 |
| SCHNEIDER, NATHAN | 10374 | 1826 |

| | | |
|---|---|---|
| SKYBRIDGE HEALTHCARE LLC | 10128 | 1662 |
| SOPHLOGIC GLOBAL LLC | 10292 | 1783 |
| SPECIALTYCARE IOM SERVICES LLC | 10031 | 1720 |
| SPECIALTYCARE MISS SERVICES LLC | 10032 | 1638 |
| STABILITY HEALTHCARE | 10035 | 1702 |
| STABILITY HEALTHCARE | 10037 | 1704 |
| SUPPLEMENTAL HEALTH CARE | 10034 | 1676 |
| SYNTELLIS PERFORMANCE SOLUTIONS LLC | 10370 | 1822 |
| TITAN MEDICAL GROUP | 10026 | 1622 |
| TOTALMED INC | 10112 | 1740 |
| TRAVEL NURSE ACROSS AMERICA LLC | 10278 | 1610 |
| TRUSTAFF TRAVEL NURSES LLC | 10256 | 1769 |
| UNIVERSITY OF IOWA INTERNAL MEDICINE | 10145 | 1692 |
| VINANI INC | 10156 | 1752 |
| WIN LLC | 138 | 1804 |
| ZURICH AMERICAN INSURANCE COMPANY | 10038 | 1722 |

Further, to the extent the Trustee or his counsel discovers any error re the disallowances contained in this Order (such as insufficient service or oversight), the Court specifically retains jurisdiction to re-consider any disallowance, pursuant to 11 U.S.C. §502(j).

Entered this  21st day of   May   , 2025.

_____
Honorable Thad J. Collins, Chief Judge

*Order Prepared By:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee
MHLT/Pldgs/BA 23-00623 – Drafts/Global Order re General Un-secured Non-Priority Claims.052025.259p.ewl