IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| *In re:* | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. | Case No. 23-00623 |
| *Debtors.* | |

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtors: | Mercy Hospital, Iowa City, Iowa |
| Case No.: | 23-00623 |
| Creditor Name and Address: | US Foods, Inc.<br>9399 W. Higgins Rd.<br>Rosemont, IL 60018 |
| Court Claim Number (if known): | 40016 |
| Date Claimed Filed: | 3/5/2024 |
| Total Amount of Claim Filed: | $11,987.86 |

I, the undersigned, am the above-referenced creditor or an authorized signatory for the above- referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtors.

Dated: May 20, 2025          Signature: *Kerry Carlson*
                             Print Name: Kerry Carlson
                             Title (if applicable): Bankruptcy Specialist
                             Contact Phone #:  847-720-8000
                             Email Address: Kerry.carlson@usfoods.com

LEGAL\77554831\1