**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.* | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

**NOTICE OF BAR DATE FOR OBJECTIONS ON JOINT MOTION OF MERCY HEALTH NETWORK, INC. AND TRUST OVERSIGHT COMMITTEE FOR ENTRY OF A STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**WHEREAS**, on May 27, 2025, Mercy Health Network Inc., d/b/a MercyOne ("MercyOne") and Mercy Hospital Liquidation Trust Oversight Committee (the "OC," together with MercyOne, the "Parties") filed its *Joint Motion of Mercy Health Network, Inc. and Trust Oversight Committee for Entry of a Stipulated Confidentiality Agreement and Protective Order* [Docket No. 1917] (the "Motion"), requesting the Court to enter the agreed to Protective Order, attached thereto as **Exhibit A**, which governs the production of confidential information and documents in connection with each Party's Federal Bankruptcy Rule 2004 discovery requests.

**NOTICE IS HEREBY GIVEN THAT** the deadline to object to the Motion is Friday, June 17, 2025. All objections must be in writing and filed with the Court.

**NOTICE IS FURTHER GIVEN THAT** if no objections are filed, the Protective Order approving said Motion will be entered without further motion or hearing. If timely objections are made, a hearing will be set to address said objections.

[*The remainder of this page is intentionally left blank*]

1

| | |
|---|---|
| Dated: May 27, 2025 | Respectfully submitted, |
| **NYEMASTER GOODE, P.C.** | **FOLEY & LARDNER LLP** |
| */s/ Roy Leaf* | */s/ David B. Goroff* |
| Roy Leaf, AT0014486 | Edward J. Green (*Pro Hac Vice*) |
| 625 First Street SE, Suite 400 | David B. Goroff (*Pro Hac Vice*) |
| Cedar Rapids, IA 52401-2030 | 321 N. Clark Street, Suite 3000 |
| Telephone: (319) 286-7002 | Chicago, IL 60654 |
| Facsimile: (319) 286-7050 | Tel: (312) 832-4500 |
| Email: rleaf@nyemaster.com | Fax: (312) 832-4700 |
| | egreen@foley.com |
| - and - | dgoroff@foley.com |
| Leslie C. Behaunek, AT0011563 | Jake W. Gordon (*Pro Hac Vice*) |
| Jaden G. Banks, AT0016210 | **FOLEY & LARDNER LLP** |
| 700 Walnut, Suite 1300 | 500 Woodward Avenue, Suite 2700 |
| Des Moines, IA 50309 | Detroit, MI 48226 |
| Telephone: (515) 283-3100 | Tel: (248) 943-6484 |
| Fax: (515) 283-8045 | jake.gordon@foley.com |
| Email: lcbehaunek@nyemaster.com | |
|   jbanks@nyemaster.com | -and- |
| | Michael R. Reck |
| | Christopher J. Jessen |
| | **BELIN McCORMICK, P.C.** |
| *Counsel for the Mercy Hospital* | 666 Walnut Street, Suite 2000 |
| *Liquidation Trust Oversight Committee* | Des Moines, Iowa 50309 |
| *as Designee of the Liquidation Trustee* | Tel: (515) 243-7100 |
| | Fax: (515) 558-0675 |
| | mrreck@belinmccormick.com |
| | cjessen@belinmccormick.com |
| | *Counsel to Mercy Health Network, Inc., d/b/a MercyOne* |

2

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that on this May 27, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

          */s/ David B. Goroff*
          David B. Goroff

4929-0095-1622.1