UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 30, 2025
Hearing on: Motion for 2004 Examination and for Entry of an Order Requiring the OC to Produce Records (Doc. 1858)

<u>APPEARANCES</u>:

Attorneys Roy Leaf and Leslie Behaunek for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee
Attorney David B. Goroff for Mercy Health Network, Inc., d/b/a MercyOne

<u>OUTCOME OF PROCEEDING</u>:

**IT IS ORDERED THAT**:

Counsel shall submit a proposed order regarding documentation production for the Court's consideration.

A status conference regarding remaining issues on the Motion for 2004 Examination and for Entry of an Order Requiring the OC to Produce Records is set for:

**June 11, 2025 at 10:00 A.M.**
via Telephonic Hearing

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

This hearing will be digitally recorded.

Ordered: June 3, 2025

Thad J. Collins
Chief Bankruptcy Judge