UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: June 11, 2025
Hearing on: Motion for 2004 Examination and for Entry of an Order Requiring the OC to Produce Records (Doc. 1858)

APPEARANCES:

Attorneys Roy Leaf and Leslie Behaunek for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee
Attorney David B. Goroff for Mercy Health Network, Inc., d/b/a MercyOne

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

Counsel shall submit a proposed order regarding fact witness depositions for the Court's consideration within one week.

Ordered:
June 11, 2025

Thad J. Collins
Chief Bankruptcy Judge