IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA<br><br><br>Debtor. | CASE NO. 23-00623<br>Chapter 11 |

**<u>OBJECTION TO THE TRUSTEE'S OBJECTION TO FUSION MEDICAL STAFFING, LLC SOLUTIONS CLAIM # 10198</u>**

COMES NOW the creditor, Fusion Medical Staffing, LLC ("Fusion"), by and through its undersigned counsel, and files its Objection to the Trustee, of the Mercy Hospital Liquidation Trust's (the "Trustee") Objection to Claim and Notice of Objection Bar Date.  In support of its said Objection, Fusion states and alleges as follows:

1. Fusion timely filed is unsecured Proof of Claim in the amount of $537,415.19 in this bankruptcy proceeding on or about October 12, 2023 (the "Fusion Claim").

2. Fusion provided staffing services for the benefit of the Debtor Mercy Hospital, Iowa (the "Hospital").

3. Fusion has not been paid for the services which it provided for the benefit of the Hospital and the total amount of unpaid services as of the date the Hospital filed this bankruptcy proceeding was $537,415.19.

4. Fusion has discussed this matter with the Trustee's counsel and the Trustee's counsel agreed to allow Fusion until June 15, 2025, to file a response to its Objection.

5. The Trustee's Objection to the Fusion Claim contains no substantive information as to the basis for its objection to the Fusion Claim.

6. Given the fact that the Trustee's Objection does not contain supporting information and specific allegations as to the basis of the objection, Fusion states that its proof of claim filed in this bankruptcy case be allowed and the Trustee's Objection be overruled.

WHEREFORE, Fusion prays this Court for an Order overruling the Trustee's Objection to the Fusion Claim and further requests that the Court allow the Fusion Claim as a general unsecured claim and for such other and further relief as the Court deems just and proper.

Dated this 13th day of June 2025.

/s/ Michael J. Whaley
Michael J. Whaley, NE Bar #19390
Cline Williams Wright Johnson
 & Oldfather, LLP
Suite 200
12910 Pierce Street
Omaha, Nebraska 68154
Telephone: (402) 397-1700
mwhaley@clinewilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, I caused the above document to be filed with the Clerk of the Court using the CM/ECF system which gave notification electronically upon all parties who filed an appearance by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following:

None.

/s/ Michael J. Whaley

4931-7411-2584, v. 1