IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, nka MHIC<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF BAR DATE AND TELEPHONIC HEARING RE MOTION TO COMPEL ACCEPTANCE OF PAYMENT** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust filed on June 16, 2025 a Motion to Compel Acceptance of Payment ("Motion") regarding Mercy Hospital Network, Inc.'s Proof of Claim No. 10277 in the above-captioned case.

NOTICE IS FURTHER GIVEN that objections to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, on or before July 7, 2025.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

NOTICE IS FURTHER GIVEN that if any objections are timely filed, a hearing on the Motion and objection(s) will be held via phone on the 11th day of July 2025, at 1:30 p.m. Movant's counsel will place the call to the objector(s), any person/entity who requests participation, and the Court.

Dated: June 16, 2025

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
Joseph Porter, AT0014454
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

## Certificate of Service

      The undersigned certifies, under penalty of perjury, that on this 16th day of June, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

      */s/            E lam*

Mercyliqtrust.ba23623.pleading.draft.noticeofobjandhearingM1m2compel.061625.225p.ewl