IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER**<br>**(Proof of Claim #10281)** |

The matter before the Court is Trustee Dan R. Childers' Objection (Dkt #1688) against Proof of Claim #10281 filed by GE Precision Healthcare, LLC. Pursuant to consent and stipulation, the Court hereby ORDERS GE Precision Healthcare, LLC is allowed a General Un-Secured Non-Priority Pre-Petition Claim in the amount of $27,000. The Objection is therefore sustained in part and overruled in part, as provided herein.

.

Entered this <u>18th</u> day of June, 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee

So Consented:
__ /s/ M. Bach, Esq._____
Attorney for Claimant

MHLT.Order.GEPrecision.061725.937.ewl