IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER**<br>**(Proof of Claim #10277)** |

     The matter before the Court is a Motion to Seal filed by Mercy Health Network, Inc. and Mercy ACO LLC (Dkt #1897). In response to the Motion, this Court enrolled a Proceeding Memo (Dkt #1902) and an Order (Dkt # 1904) granting the relief requested in the Motion. Pursuant to consent and stipulation, the Court hereby rescinds the portion of the Order and the portion of the Proceeding Motion granting the Motion to Seal, with respect to Proof of Claim #10277 only. The relief requested in the Motion is denied to that extent. The Movant is directed to file its Response and exhibits anew, and not under seal, with respect to the Trustee's Objections against Proof of Claim # 10277.

     Entered this <u>18th</u> day of June, 2025.

                                                                      Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Trustee

So Consented:
__ /s/ C. Jessen_____
Attorney for Movants

MHLT.Order.Unseal.061725.433p.ewl