**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) ) ) | Case No. 23-00623 (TJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) ) | |

**JOINT STATUS REPORT AND REQUEST OF MERCY HEALTH NETWORK, INC. AND TRUST OVERSIGHT COMMITTEE REGARDING SUBMISSION OF AGREED PROPOSED ORDER**

Mercy Health Network Inc., d/b/a MercyOne ("MercyOne") and Mercy Hospital Liquidation Trust Oversight Committee (the "OC," together with MercyOne, the "Parties") as designee of the Liquidation Trustee, by their respective attorneys, respectfully submit the following joint status report and request to extend the deadline to submit an agreed proposed order regarding MercyOne's request for fact witness depositions:

1. On March 25, 2025, the Court entered the *Order Granting Motion of the Trust Oversight Committee Requiring MercyOne to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 1854] (the "OC Rule 2004 Order"), requiring the MercyOne to produce responsive documents and communications to the OC's Rule 2004 document requests and authorizing the OC to conduct depositions.

2. On March 28, 2025, MercyOne filed its *Motion for Entry of an Order Requiring the OC to Produce Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 1858] ("MercyOne's Rule 2004 Motion").  After weeks of negotiation, the Parties reached an agreement with respect to MercyOne's document requests, which is set forth in the *Order Granting in Part Mercy Health Network Inc.'s Motion for Entry of an Order Requiring the OC to Produce*

1

4929-1243-9374.2

*Records and Submit to Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 1923] (the "MercyOne Rule 2004 Order").

3.     On June 11, 2025, the Court held a status hearing on MercyOne's Rule 2004 Motion, at which the Parties discussed MercyOne's request to take depositions under Federal Rule 30(b)(6). Specifically, counsel for the OC advised this Court that the OC did not have a witness to designate under Federal Rule 30(b)(6) qualified to satisfy the request MercyOne's 2004 Motion. MercyOne stated its desire to depose Tom Clancy, or possibly Mark Toney, in advance of the filing of an adversary complaint. The Court ordered the Parties to confer regarding MercyOne's request to take a fact witness deposition and submit a proposed order within one week—by June 18, 2025. *See* Proceeding Memo and Order, Docket No. 1924.

4.     The Parties are still conferring regarding MercyOne's request and respectfully request that the June 18 deadline be extended through June 24, 2025.

WHEREFORE, the Parties respectfully request entry of the agreed order, substantially in the form attached hereto as **Exhibit A**, extending the deadline for the Parties to submit an agreed order as contemplated in this Court's June 11, 2025 Order.

[*The remainder of this page is intentionally left blank*]

Dated: June 18, 2025

**NYEMASTER GOODE, P.C.**

*/s/ Leslie C. Behaunek*
Leslie C. Behaunek, AT0011563
Jaden G. Banks, AT0016210
700 Walnut, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-3100
Fax: (515) 283-8045
Email: lcbehaunek@nyemaster.com
 jbanks@nyemaster.com

-and-

Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com


*Counsel for the Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee*

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ David B. Goroff*
Edward J. Green (*Pro Hac Vice*)
David B. Goroff (*Pro Hac Vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700
egreen@foley.com
dgoroff@foley.com

Jake W. Gordon (*Pro Hac Vice*)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
Tel: (248) 943-6484
jake.gordon@foley.com

-and-

Michael R. Reck
Christopher J. Jessen
**BELIN McCORMICK, P.C.**
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 243-7100
Fax: (515) 558-0675
mrreck@belinmccormick.com
cjessen@belinmccormick.com

*Counsel to Mercy Health Network, Inc., d/b/a MercyOne*

3

4929-1243-9374.2

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury, that on June 18, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of the Chapter 11 Cases.

                                      */s/ David B. Goroff*
                                      David B. Goroff

4929-1243-9374.2