IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is an Objection (Dkt #1797) filed by Liquidation Trustee Dan R. Childers against Proof of Claim #10356 filed by the United States Department of Treasury (IRS). The response bar date re the Objection has passed, and no response has been filed. It is therefore ORDERED Proof of Claim # 10356 is disallowed and the Objection is sustained.

Entered this 24th day of June, 2025

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/OrderDisallowIRSPoC10356.062425.0704.ewl