IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee ("Trustee") of the Liquidation Trust ("Trust") and in support of this Motion respectfully states:

1. The Trust was created pursuant to a Plan duly confirmed by this Court.

2. The Trust is currently administered by the Trustee.

3. The Debtors operated Mercy Hospital in Iowa City and through the years the Hospital has established a Pension Plan ("Pension Plan") in favor of various retired employees. Before the filing of the Chapter 11 Petition, the Hospital has ceased funding the Pension Plan. As of the date of filing of the Petition, the Pension Plan was under-funded.

4. During the Chapter 11 case, this Court appointed an Official Pensioners Committee, which was served by independent counsel. The Committee and counsel actively participated in the confirmation process, which led to an almost-universal acceptance of the treatment proposed in the Plan.

5. As indicated, a Plan was eventually confirmed. The provisions of the Plan material to this Motion include:

   a. "Pension Beneficiaries" was defined to mean "any person entitled to distributions from the Pension Plan." *See* Plan at Article II(A)(1.155) (Dkt #1050).

1

  b. "Pension Claim" means "any Claim of the Pension Plan or alleged direct Claim of the Pension Beneficiaries against the Debtors that is unpaid as of the Effective Date." *See id.* at Article II(A)(1.157).

  c. Class 5 "consists of all Pension Claims." *See id.* at Article V(B)(6).

  d. "Pension Trust" refers to "The Mercy Hospital Employees' Pension Trust… with Principal Trust Company as Trustee," which funded the Pension Plan originally established by the Hospital effective January 1, 1968. *See id.* at Article III(A)(2)(iii).

  e. The "Pension Trust" shall receive the "Unsecured Claims Waterfall Amount" in "full and final satisfaction, compromise, settlement, release, and discharge of all Allowed Pension Claims." *See id.* at Article V(B)(6)(b).

6. According to the Trustee's Financial Advisors, there were approximately 1,000 Pensioners as of the date of filing of the original Petition. As of the date of filing of this Motion, approximately 400 Pensioners have filed individual Proofs of Claim with Epiq.

7. The Trustee of course understands, at least as of the filing of the Petition, the individual Pensioners might be entitled to assert claims (in the 11 U.S.C. §502 sense) against the Debtors. As such, the Trustee appreciates the individual Proofs of Claim filed by the approximately 400 Pensioners. However, in light of the provisions of the Plan, *see supra* ¶5, the Trustee posits each and every individual Pensioners' Claims are to be paid to the Pension Trust as provided in Class 5 of the Plan. As such, the approximately 400 individual Proofs of Claim should be disallowed, because all individual Pensioners will receive distribution (if any) as members of Class 5. Further, allowing the 400 Proofs of Claim filed by the individual Pensioners and also making distributions to Class 5 will likely result in

double recovery in favor of the 400 individual Pensioners who have filed Proofs of Claim.

8. The Trustee therefore via this Motion objects to allowance of each and every one of the approximately 400 individual Pensioners' Proofs of Claim.

9. F.R.B.P. 3007(c) provides "unless the Court orders otherwise," objection to more than one Claim may not be joined in a single objection. The Trustee by this Motion seeks an Order from this Court, pursuant to the "unless the Court orders otherwise" language in F.R.B.P. 3007(c), disallowing each and every one of the approximately 400 individual Pensioners' Proofs of Claim by this single Motion. Specifically, the Trustee will cause to be served Notice of this Motion, on each and every one of the 400 individual Pensioners who had filed individual Proofs of Claim, by ordinary mail and the Trustee will also publish this Motion AND Notice in the local newspaper in Iowa City, Cedar Rapids, and Des Moines.

10. The Trustee respectfully submits issuing Notice of this Motion sufficiently complies with the applicable Rules governing claim objections, even when a large number of claims are involved (such as the approximate 400 individual pensioners who had filed Proofs of Claim). Indeed, procedure similar to the relief requested by this Motion has been allowed in *In re Antioch Co., LLC*, No. 13-41898, 2011 WL 13506552 (Bankr. D. Minn. Jan. 17, 2014).

11. Pursuant to previous Order from this Court, the Trustee was granted through and including June 30, 2025, to object to the Proofs of Claim filed by the individual pensioners. The Trustee submits the filing of this Motion timely complied with the June 30 objection filing deadline. To the extent (if at all) or in the event the relief in this Motion is denied, the Trustee hereby respectfully seeks this Court to grant the Trustee through and

including 20 days after denial of the relief requested in this Motion to assert objections to various Proofs of Claim filed by the individual pensioners.

WHEREFORE, the Trustee respectfully prays that this Court on such notice and hearing as it may direct, enter and enroll an Order overruling and disallowing each and every one of the approximately 400 Proofs of Claim filed by the individual Pensioners, and for such other relief as may be just and proper under the premises.

/s/ Eric W. Lam
Eric W. Lam, AT0004416
Joseph Porter, AT0014454
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 25th day of June, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and the document was also mailed via the United States mail with postage fully paid to the parties displayed on the Attached Matrix.



/s/ Kelly Carmichael

MHLT/Pldgs/BA 23-00623 – Drafts/Mtn to Disallow POCs by Individual Pensioners.062525.0946.kc

| | | |
|---|---|---|
| ABRAMS, CATHERINE HELEN<br>1116 NE TUSCANY BLVD<br>ANKENY, IA 50021-6616 | AHRENS, CHERLYN A<br>1931 EARL RD<br>IOWA CITY, IA 52246 | ALDRICH, CAROLYN ANN<br>2025 260TH ST NW<br>OXFORD, IA 52322 |
| ALT, SANDRA<br>614 N CALHOUN<br>WEST LIBERTY, IA 52776 | ALVINE, JANET R<br>1341 HICKORY AVE<br>MOUNT PLEASANT, IA 52641 | ANDERSEN, LINDA<br>24183 120TH ST<br>SOUTH ENGLISH, IA 52335 |
| ANDERSON, RANDALL J<br>310 4TH ST<br>MARION, IA 52302 | ANDERSON, ROBIN<br>PO BOX 283<br>BRIGHTON, IA 52540 | ANTOLIC, JENNIE L<br>4143 245TH ST NE<br>SOLON, IA 52333 |
| ANTONE-BEUTER, ROBYN K<br>2371 PETERS AVE<br>IOWA CITY, IA 52240 | ARNOLD, ANITA L<br>802 COURT ST<br>WILTON, IA 52778 | ATKINSON, LUCILLE PENNY<br>38 PLEASANT HILL RD<br>MOUNT VERNON, IA 52314 |
| BAHMLER, JUDITH ANN<br>115 W FOREVERGREEN RD<br>CORALVILLE, IA 52241 | BARBER, CLAUDIA<br>1707 E COURT ST<br>IOWA CITY, IA 52245 | BARBER, LOIS A<br>932 E MARKET ST<br>IOWA CITY, IA 52245-2645 |
| BARKALOW, KATHLEEN C<br>6140 DEERE CREEK LN, UNIT C<br>DAVENPORT, IA 52807 | BARKALOW, SHIRLEY<br>4447 BERKLEY LN<br>IOWA CITY, IA 52245 | BEIREIS, LORI<br>63287 SADDLEBACK DR<br>BEND, OR 97703 |
| BELL, BRENDA LEE<br>4214 180TH ST NE<br>SOLON, IA 52333 | BELL, BRENDA LEE<br>4214 180TH ST NE<br>SOLON, IA 52333 | BENTLEY, LINDA E ARMSTRONG<br>524 MAJESTIC OAK CT<br>SOLON, IA 52333 |
| BENTRIM, DENISE M<br>3731 170TH ST NE<br>SOLON, IA 52333 | BERGE, JEAN M<br>1107 WYLDE GREEN RD<br>IOWA CITY, IA 52246 | BERNEMANN, TIMOTHY<br>3023 RADCLIFFE AVE<br>IOWA CITY, IA 52245 |
| BESGROVE, DEBBIE<br>240 PROSPECT RD<br>NORTH LIBERTY, IA 52317 | BLANK, PATRICIA S<br>216 NORTHSIDE DR<br>WEST BRANCH, IA 52358 | BLIND, ANN C<br>3768 170TH ST NE<br>SOLON, IA 52333 |
| BLOOM, NORA<br>1225 TYLER CT<br>IOWA CITY, IA 52240 | BOEHM, JANE<br>180 RAVENCREST DR<br>IOWA CITY, IA 52245 | BOELTER, NANCY ANN<br>4322 INDIAN TRL NE<br>SOLON, IA 52333-9687 |

BOGS, MICHELE A
120 CATALPA LN
NORTH LIBERTY, IA 52317

BOILEAU, KAREN
38 BRENTWOOD DR
IOWA CITY, IA 52245

BOLLEI, ROSE M
PO BOX 236
2126 HWY 6 NW
TIFFIN, IA 52340

BORSETH, DIANE
134 SHRADER RD
IOWA CITY, IA 52245

BOWERS, DIANNA
1422 PINE ST
IOWA CITY, IA 52240

BOWERS, JUDY D
2316 N RIDGE DR
CORALVILLE, IA 52241

BOYD, JONNINE KAY
810 4TH ST
KALONA, IA 52247

BOYD, TERRY R
107 W PIONEER RD
LONE TREE, IA 52755

BOYKEN, DIANE
1325 CHAMBERLAIN DR
IOWA CITY, IA 52240

BRADLEY, REBECCA
197 WATERCRESS RD
NORTH LIBERTY, IA 52317

BRAVERMAN, KATHLEEN A
1635 MORNINGSIDE DR
IOWA CITY, IA 52245

BRECHT, DEBORAH A
705 ANDREWS CT
NORTH LIBERTY, IA 52317

BREMNER, VIRGINIA
2132 LEONARD CIR
IOWA CITY, IA 52246-1808

BRENNEMAN, ELAINE
PO BOX 291
KALONA, IA 52247

BRINNING, ANGELA R
2845 KIWI AVE
WASHINGTON, IA 52353

BRITTON, ANN
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

BROOKS, RUSSELL M
1918 KATHLIN DR
IOWA CITY, IA 52246

BRUMMOND, MARGARET
1357 COPPER MOUNTAIN DR
NORTH LIBERY, IA 52317

BRUNE, KIMBERLY
2907 TWIN MILL DR NE
NORTH LIBERTY, IA 52317

BRYANT, FRANCES
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

BUCK, CHARLES R
1164 SWISHER ST
IOWA CITY, IA 52245

BUFFO, JOANNE
266 260TH ST
WEST BRANCH, IA 52358

BURCH, LEE ALLEN
2125 BUCK RUN CIR
OSAGE BEACH, MO 65065

BUTLER, DEBRA
1438 MAROLF DR
ATALISSA, IA 52720

BUTLER, JOAN M
PO BOX 556
TIFFIN, IA 52340

CAES, JOAN M
2206 170TH ST
MARENO, IA 52301

CAMPION, CAROLYN
1776 DELTA AVE
WEST BRANCH, IA 52358

CAQUELIN, LINDA
2304 150TH ST
KALONA, IA 52247

CARLISLE, NANCY
PO BOX 905
1208 7TH ST
DURANT, IA 52747

CARLSON, DAVID E
2640 N SCOTT BLVD
IOWA CITY, IA 52245-3575

CARLSON, LINDA A
702 PLUM ST
TIPTON, IA 52772

CARR, LAURICE
297 HICKORY ST, #3
KALONA, IA 52247

CARRILLO, PEDRO MANUEL
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARRILLO, PEDRO MANUEL
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARRILLO, STEPHANY SUSAN
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARRILLO, STEPHANY SUSAN
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARROLL, CHARLES
2776 TURKEY CREEK LN NE
IOWA CITY, IA 52240

CARROLL, CHARLES
2776 TURKEY CREEK LN NE
IOWA CITY, IA 52240

CATNEY, CHRISTINE M
42 WAKEFIELD CT
IOWA CITY, IA 52240

CHALUPA, JANET SUE
971 CURTIS LOOP NE
BAINBRIDGE ISLAND, WA 98110

CLAEYS, TERESA
1254 EE AVE
MARENGO, IA 52301

CLARK, JAMES
PO BOX 471
PHOENIX, MD 21131

COLLINS, ELLEN RENE
2219 FOXTAIL DR
KEARNEY, MO 64060

COLLINS, JEANNE M
190 CAMBRIDGE WAY
NORTH LIBERTY, IA 52317

CONNELL, DENICE
2902 BROOOKSIDE DR
IOWA CITY, IA 52245

CORSO, MARY KAYE
PO BOX 108
NORTH LIBERTY, IA 52317

CRANDALL, PAULINE M
3105 RAVEN ST
IOWA CITY, IA 52245

CRESS, LOBEYE M
3634 FOXANA DR
IOWA CITY, IA 52246

CROWLEY, BARBARA
259 PADDOCK CIR
IOWA CITY, IA 52240

CURBELL MEDICAL
7 COBHAM DR
ORCHARD PARK, NY 14127

DAVIDSON, SHAWN E
252 S STEWART ST
NORTH LIBERTY, IA 52317

DEFRANCE, JOHN JOSEPH
120 PARSONS AVE
IOWA CITY, IA 52245

DELLAMUTH, SANDRA K
1840 230TH ST
WILLIAMSBURG, IA 52361

DEMEULENAERE, ELLEN J
1411 PLUM ST
IOWA CITY, IA 52240

DESOTEL, PATRICIA
32 OAK LN
WASHINGTON, IA 52353

DESOTEL, PATRICIA
32 OAK LN
WASHINGTON, IA 52353

DESTERHAFT, KATHLEEN M
410 FOX RUN
NORTH LIBERTY, IA 52317

DIETRICH, DENNIS W
1555 LANGENBERG AVE
IOWA CITY, IA 52240

DIETZE, TRISHA
3324 KIMBALL AVE
WATERLOO, IA 50702

DOEHRMANN, TERRI LEE
2040 L AVE
MARENGO, IA 52301

DONOVAN, JACQUELINE L
3544 TAFT AVE SE
IOWA CITY, IA 52240

DOYLE, BONNIE
3205 E COURT ST
IOWA CITY, IA 52245

DRAKE, KAREN
226 FRIENDSHIP ST
IOWA CITY, IA 52245

DRISCOLL, DORIS LINDA
PO BOX 434
604 MADISON ST
WILLIAMSBURG, IA 52361

DRISCOLL, JANET D
4120 DANE RD SE
IOWA CITY, IA 52240

DUNBAR, VIRGINIA
205 S WESTMINSTER ST
IOWA CITY, IA 52245

DUYTSCHAVER, JOHN M
304 E THIRD ST
WEST LIBERTY, IA 52776-1435

DYKSTRA, LORNA
3978 ROBERTS RIDGE NE
IOWA CITY, IA 52240

EAKES, DIANA GAIL
2018 WATERFRONT DR, #112
IOWA CITY, IA 52240

EASH, DUANE GENE
616 3RD AVE NW
MOUNT VERNON, IA 52314

EBINGER, CAROL MARIE EMRICK
39 CHANDLER PL
IOWA CITY, IA 52245

EDWARDS, JEFFREY MICHAEL
31 MONTGOMERY PL
IOWA CITY, IA 52240

EDWARDS, RITA ANN
31 MONTGOMERY PL
IOWA CITY, IA 52240

EIVINS, ROBBIN
2293 VV AVE
WILLIAMSBURG, IA 52361

EJIASI, GODWIN
2822 33RD AVE SW
CEDAR RAPIDS, IA 52404

EPPERSON, MARY K
PO BOX 507
OSAGE BEACH, MO 65065

EPPERSON, MARY KAY
PO BOX 507
OSAGE BEACH, MO 65065

EUBANKS, GLENDA JO
3952 HENDRICKS LN
SOLON, IA 52333

EVANS, MARY Y
4939 AMERICAN LEGION RD
IOWA CITY, IA 52240

FEELEY, JAMES
310 BLACKHAWK ST
IOWA CITY, IA 52246

FEELEY, JAMES
310 BLACKHAWK ST
IOWA CITY, IA 52246

FINLEY, NORMA J
89 AMHURST ST
IOWA CITY, IA 52245

FLYNN, BRENDA
1724 GINKGO AVE
WELLMAN, IA 52356

FORBES, JANET ELAINE
208 N CLARK ST, APT 2
WEST LIBERTY, IA 52776

FORD, DONNA L
614 6TH ST
WELLMAN, IA 52356

FOREST, PAULA WILLENBORG
1645 SOMERSET LN
IOWA CITY, IA 52246

FOSTER, SUSAN K
2395 HALFMOON AVE NW
NORTH LIBERTY, IA 52317

FOX, BETH E
94 ARAPAHOE DR
MARION, IA 52302

FRANTZ, JANE E
3220 HEARTLAND DR
CORALVILLE, IA 52241

FRATZKE, NANCY K
705 E LAKESHORE DR
STORMLAKE, IA 50588

FREYERMUTH, BARBARA
3006 WAYNE AVE
IOWA CITY, IA 52240

FRITZ, DENISE LYNN
2408 BELMONT DR
CORALVILLE, IA 52241

FULWIDER, DENNIS
PO BOX 375
LE ROY, MN 55951

GALER, ROSE M
3888 KNEBEL CT
RIVERSIDE, IA 52327

GARRELS, MICHAEL
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

GARRETT, GJASON W
405 YAKISH CT
LONE TREE, IA 52755

GARVIN, KIM A
2010 STRATFORD CT
CORALVILLE, IA 52241

GIBSON, VIRGINIA
433 AMHURST ST
IOWA CITY, IA 52245

GILLIAM, JUDY
993 BROCADE DR
HIGHLANDS RANCH, CO 80126

GILLIAM, JUDY
993 BROCADE DR
HIGHLANDS RANCH, CO 80126

GINGERICH, CYNTHIA K
836 3RD PL
KALONA, IA 52247

GIOVANELLI, PHYLLIS
5250 N PARK PL SE, STE 114
CEDAR RAPIDS, IA 52402

GOSS, RUTH E
514 BROWN ST
IOWA CITY, IA 52245

GOULD, JOAN
3957 GATEWOOD DR
SARASOTA, FL 34232

GOULD, PAULA
2509 FRIENDSHIP ST
IOWA CITY, IA 52245

GREEN, MARIAN J
PO BOX 56
219 W COMMERCIAL ST
LONE TREE, IA 52755

GREINER, MARCIA A
1935 JEFFREY ST
IOWA CITY, IA 52246

GRENKO, LISA M
356 WINDMILL PL
IOWA CITY, IA 52245

GUNN, JODINE K
2218 E GRANTVIEW DR
CORALVILLE, IA 52241

GUNN, JODINE K
2218 E GRANTVIEW DR
CORALVILLE, IA 52241

HAAS, ANNETTE L
911 DUCK CREEK DR
IOWA CITY, IA 52246

HALVERSON, MARGARET
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

HAMER, COLLEEN MARIE
613 8TH ST NW
MOUNT VERNON, IA 52314-1150

HAMER, JUNE G
209 BROADWAY ST
WEST BRANCH, IA 52358

HANDLEY, DEBRA A
1530 25TH ST SE
CEDAR RAPIDS, IA 52403

HANSEN, KELLI
728 BLUE JAY CT
TIFFIN, IA 52340

HANSON, MARILYN M
110 SCOTT DR
WEST BRANCH, IA 52358

HAUSER, RENEE S
PO BOX 291
214 W LINN ST
LONE TREE, IA 52755

HAUT, KATHERINE M
2526 PACIFIC ST
DAVENPORT, IA 52804

HAYS-DUNCAN, DEBRA J
3005 FOREST EDGE LN
CORALVILLE, IA 52241

| | | |
|---|---|---|
| HEBL, SHARON K<br>111 E LEMON ST<br>WEST BRANCH, IA 52358 | HECK, JENNIFER J<br>1513 HOLLYWOOD BLVD<br>IOWA CITY, IA 52240 | HEIN, JEANNE M<br>1386 PLEASANT VIEW DR<br>TIPTON, IA 52772 |
| HELMUTH, ARLIS<br>5468 KURTZ STRASZE SW<br>KALONA, IA 52247 | HERRING, BETTY JEAN<br>PO BOX 25<br>210 E ELM ST<br>LONE TREE, IA 52755 | HIGHLY, KITTY S<br>51 HIDDEN RIVER DR<br>TIPTON, IA 52772 |
| HILDEBRAND, MARY J<br>304 E 8TH ST<br>WEST LIBERTY, IA 52776 | HILLS, DAWN RENA<br>1850 FRIENDSHIP ST<br>IOWA CITY, IA 52245 | HINGST, LINDA G<br>1490 BLACKTAIL LN<br>NORTH LIBERTY, IA 52317 |
| HIRL, KATHRYN C<br>332 LAKE VIEW DR NE<br>SOLON, IA 52333-9066 | HOGAN, DANIEL A<br>3109 E VIEW CIRCLE DR<br>RIVERSIDE, IA 52327 | HOLBROOK, DANIELLE R<br>843 NE REDWOOD BLVD<br>WAUKEE, IA 50263 |
| HOLLANDER, KRISTINE<br>205 ROCK RIDGE RD NW<br>CEDAR RAPIDS, IA 52405 | HOMEWOOD, JULIE<br>759 AMERICAN PHAROAH DR<br>IOWA CITY, IA 52240 | HOTZ, KATHLEEN<br>25716 GOLDEN POND LN SE<br>LONE TREE, IA 52755 |
| HUGEN, KIMBERLY A<br>1432 OZARK RIDGE<br>CORALVILLE, IA 52241 | HULSEBERG, CAROL LYNN<br>PO BOX 391<br>816 11TH AVE<br>WELLMAN, IA 52356 | HUNTER, ANGELA M<br>4670 HERBERT HOOVER HWY<br>IOWA CITY, IA 52240 |
| HUSS, CHARLES DEWAYNE<br>1229 MICHELLE CT<br>IOWA CITY, IA 52240 | IRELAND, CINDY<br>2091 BANNER VALLEY RD<br>ELY, IA 52227 | JACKSON, BARBARA<br>504 LIBERTY ST<br>BATAVIA, IA 52533 |
| JACOBSON, TOM<br>1096 RED OAK AVE<br>RIVERSIDE, IA 52327 | JAHNKE, MARY JANE<br>1953 JORDAN CREEK RD NE<br>SOLON, IA 52333 | JENNINGS, ANN<br>765 BROADMOOR DR<br>NORTH LIBERTY, IA 52317 |
| JENSEN, ELIZABETH<br>1463 RIDGEVIEW AVE<br>WEST LIBERTY, IA 52776 | JESINA, TIMOTHY KEVIN<br>160 BAYBERRY LN<br>NORTH LIBERTY, IA 52317 | JOHANSON, PAUL<br>PO BOX 112<br>OXFORD, IA 52322 |
| JOHNSON, BARBARA R<br>1622 COU FALLS RD NW<br>SWISHER, IA 52338 | JOHNSON, GARY LEE<br>1301 GLASGOW DR<br>COLUMBIA, MO 65203 | JOHNSON, SHARON<br>610 CRESTVIEW DR<br>TIPTON, IA 52772 |

JOYNER, CYNTHIA A
28 AMBER LN
IOWA CITY, IA 52240

KADUCE, SUSAN ISABELLE
1573 TAFT AVE
KLEMME, IA 50449

KAIR, PAMELA A
815 14TH PL
CAMANCHE, IA 52730

KASAL, LORRIE ANN
1475 VALLEY VIEW DR
CORALVILLE, IA 52241

KEDZIOR, NANCY A
950 KYLE DR NE
IOWA CITY, IA 52240

KEDZIOR, NANCY A
950 KYLE DR NE
IOWA CITY, IA 52240-9611

KEITH, JENNIFER MARIE
4002 MONTROSE DR, APT 103
CHAMPAIGN, IL 61822

KELLERMAN, CHRISTINE M
1779 LOUIS PL
IOWA CITY, IA 52245

KERNS, DOUGLAS JOSEPH
927 W CHERRY ST
NORTH LIBERTY, IA 52317

KESSELRING, KAREN M
504 CRABAPPLE LN
TIFFIN, IA 52340-4738

KESSELRING, SHARON K
424 SCOTT PARK DR
IOWA CITY, IA 52245

KLAPPER, RACHEL
724 NOYES ST, #E3
EVANSTON, IL 60201

KNEBEL, EDNA
PMB 407
308 E BURLINGTON ST
IOWA CITY, IA 52240-1602

KNECHT, NANCY
812 BASSWOOD LN
IOWA CITY, IA 52246

KNECHT, NANCY
812 BASSWOOD LN
IOWA CITY, IA 52246

KNEPP, CONNIE Y
2705 480TH ST SW
IOWA CITY, IA 52240

KNIGHT, MARTHA JEAN
55 REGAL LN
IOWA CITY, IA 52240

KNOBBE, GLORIA J
420 N FIRST AVE, #201
IOWA CITY, IA 52245

KNOPICK, JAMES
1818 BASLIA LN
SPRING HILL, TN 37174

KNOWLING, MARY D
1275 W FOREVERGREEN RD, APT 222
NORTH LIBERTY, IA 52317

KOPSIEKER, REGINA
237 PADDOCK CIR
IOWA CITY, IA 52240

KRIEBS, JULIA N
135 VALLEY RD
WEST BRANCH, IA 52358

KRIEBS, JULIA N
135 VALLEY RD
WEST BRANCH, IA 52358

KRIZ, REBECCA A
831 SOUTHLAWN DR
IOWA CITY, IA 52245

KROB, JAN C
208 HIDDEN RIVER DR
TIPTON, IA 52772

KRON, DEBRA S
254 230TH ST
WEST BRANCH, IA 52358

KROTZ, JOLEEN K
2504 170TH ST
RIVERSIDE, IA 52327

KUENY, DAWN MARIE
1573 EAGLE VIEW CT NW
SWISHER, IA 52338

KUNTZ, GREGORY W
2018 LYNNCREST DR
CORALVILLE, IA 52241

KUNTZ, GREGORY WILLIAM
2018 LYNNCREST DR
CORALVILLE, IA 52241

| | | |
|---|---|---|
| KUNTZ, SUE<br>2018 LYNNCREST DR<br>CORALVILLE, IA 52241 | LANGE, BARBARA J<br>1 OAKNOLL CT, #557<br>IOWA CITY, IA 52246 | LANGENBERG, JOHNITA L<br>PO BOX 73<br>976 W MARENGO RD<br>TIFFIN, IA 52340 |
| LANGHOLDT, DONITA<br>406 ELMIRA ST<br>IOWA CITY, IA 52245 | LANTZ, CHRIS<br>1205 S 1ST AVE<br>IOWA CITY, IA 52240-2514 | LATHAM, VICKY L<br>502 N CLARK ST, APT 4<br>WEST LIBERTY, IA 52776 |
| LAUGHLIN, MARY C<br>627 BRADLEY ST<br>IOWA CITY, IA 52240 | LEBSACK, MICHAEL DAVID<br>802 RYAN CT<br>IOWA CITY, IA 52246 | LEE, SUSAN L<br>PO BOX 7<br>102 E SHORT ST<br>SOLON, IA 52333 |
| LEFEVER, PEGGY LEE<br>505 VINTAGE LN, UNIT 8<br>PELLA, IA 50219 | LEHMAN, JULIA N<br>3210 PARKRISE CT<br>GARLAND, TX 75044 | LEICHTY, KARLA<br>50 N FRONT ST<br>NORTH LIBERTY, IA 52317 |
| LEIDAL, REBECCA<br>4317 INDIAN TRL NE<br>SOLON, IA 52333 | LEIGH, KAREN<br>809 BLOOMINGTON ST<br>IOWA CITY, IA 52245 | LEISINGER, KIMBERLY KILPATRICK<br>4929 WALKER CIR<br>JOHNSTON, IA 50131 |
| LEWIS, CAROL I<br>3300 BERKSHIRE PKWY, UNIT 207<br>CLIVE, IA 50325 | LEWIS, CAROL I<br>3300 BERKSHIRE PKWY, UNIT 207<br>CLIVE, IA 50325 | LEWIS, MARY EARLENE<br>1311 GRAND AVE, APT 1<br>MARION, IA 52302 |
| LEWIS, THEONE V<br>100 VILLAGE VIEW CIR, APT 164<br>WILLIAMSBURG, IA 52321 | LINDBERG, RENE<br>641 CHARISMATIC LN<br>IOWA CITY, IA 52240 | LINDEMANN, PHYLLIS<br>3 RUSSELL SLADE BLVD<br>CORALVILLE, IA 52241 |
| LIVINGSTON, MARY LEE<br>302 VALLEY RD<br>PO BOX 330<br>WILLIAMSBURG, IA 52361 | LLOYD, LISA<br>816 SILVER LN<br>IOWA CITY, IA 52245 | LOAN, BETTY ANN<br>806 CROELL AVE<br>TIFFIN, IA 52340 |
| LOCEY, KAREN<br>406 W 4TH ST<br>PO BOX 133<br>WILTON, IA 52778 | LOCEY, KAREN<br>406 W 4TH ST<br>PO BOX 133<br>WILTON, IA 52778 | LONG, MICHAEL ALLEN<br>945 WILLOW LN, APT B<br>LISBON, IA 52253-9830 |
| LORENZEN, DIANE<br>2692 NE HWY 70, LOT 580<br>ARCADIA, FL 34266 | LOWN, PEGGY J<br>2909 F52 TRL<br>PARNELL, IA 52325 | LUEDTKE, CHRISTOPHER JOHN<br>315 E TARTAN DR<br>NORTH LIBERTY, IA 52317-8000 |

| | | |
|---|---|---|
| LUNDY, LINDA<br>915 20TH AVE, UNIT 316<br>CORALVILLE, IA 52241 | LYNCH, GEORGENE K<br>48 HERON CIR<br>IOWA CITY, IA 52245 | LYNCH, KAREN A<br>10 DURHAM CT<br>IOWA CITY, IA 52240 |
| LYNCH, SHAWN ONEILL<br>5 ARBOR CIR<br>IOWA CITY, IA 52245 | MAATTA, MARSHA<br>636 N DIRKS ST<br>BUHLER, KS 67522 | MAIER, DENISE A<br>4571 MAIER AVE SW<br>IOWA CITY, IA 52240 |
| MALLIE, MARILYN K<br>5464 FELDVEG ST SW<br>KALONA, IA 52247 | MANUEL, SUSAN<br>63 ARBOR HILL CIR<br>IOWA CITY, IA 52245 | MARPLE, BEVERLY ANN<br>3025 ROHRET RD SW<br>IOWA CITY, IA 52246 |
| MARTIN, DAVID L<br>2303 NEVADA AVE<br>IOWA CITY, IA 52240 | MARZ, MARTHA<br>111 LAKOTA CT NE<br>CEDAR RAPIDS, IA 52402 | MASONHOLDER, BRIAN D<br>PO BOX 55<br>24436 HWY 92<br>COLUMBUS JUNCTION, IA 52738 |
| MATOUSEK, CAROLYN<br>26628 S LAKESIDE DR<br>SUN LAKES, AZ 85248 | MCALLISTER, ALICE M<br>PO BOX 531<br>446 MADDIE LN<br>TIFFIN, IA 52340 | MCANDREW, LOLA M<br>620 SCOTT PARK DR<br>IOWA CITY, IA 52245 |
| MCCARTHY, MARY C<br>1200 23RD AVE, UNIT 2<br>CORALVILLE, IA 52241-3144 | MCCOY, WILLIAM<br>1409 ASH ST<br>IOWA CITY, IA 52240 | MCCOY, WILLIAM<br>1409 ASH ST<br>IOWA CITY, IA 52240 |
| MCGEE, JOSEPH OWEN<br>1502 SOMERSET LN<br>IOWA CITY, IA 52240 | MCGILLICUDDY, GAYLE MARIE<br>2209 MACBRIDE DR<br>IOWA CITY, IA 52246 | MCGREGOR, DARLENE<br>10 NORWICH TER<br>CROSSVILLE, TN 38558 |
| MCILRATH, KATHERINE LUMPA<br>182 260TH ST<br>WEST BRANCH, IA 52358 | MCKAY, R ANNE<br>109 CARDIFF CR<br>IOWA CITY, IA 52246 | MCMORRIS, CHRISTINE<br>2710 E WASHINGTON ST, #25<br>IOWA CITY, IA 52245 |
| MCMURRAY, MARY<br>47 LAKEVIEW PL NE<br>IOWA CITY, IA 52240 | MEGAN, JOELLEN M<br>1812 B ST<br>IOWA CITY, IA 52245 | MELLECKER, JULIE<br>521 5TH AVE<br>CORALVILLE, IA 52241 |
| MELLECKER, VICKIE<br>C/O DILLON BESSER, RSH LEGAL<br>425 SECOND ST SE, STE 1140<br>CEDAR RAPIDS, IA 52401 | MERSCHMAN, LORI<br>1110 CRESTVIEW DR<br>DURANT, IA 52747 | MESSIER, KIRK E<br>12 LYN-DEN DR NE<br>IOWA CITY, IA 52240 |

| | | |
|---|---|---|
| MEYER, JANICE<br>3613 STONEY PT RD SW<br>CEDAR RAPIDS, IA 52404 | MILDER, LINDA K<br>55 E WESTON DR<br>NORTH LIBERTY, IA 52317 | MILDER, PATRICIA<br>4878 340TH ST NE<br>IOWA CITY, IA 52240 |
| MILLER, DOROTHY<br>C/O DEAN MILLER<br>722 4TH ST<br>KALONA, IA 52247 | MILLER, LOU A<br>5263 JAMES AVE SW<br>KALONA, IA 52247 | MILLER, MICHELLE<br>947 5TH ST<br>KOLONA, IA 52247 |
| MILLER, PATRICIA ANN<br>3832 MEADOWVIEW LN SW<br>IOWA CITY, IA 52240 | MILLER, THOMAS D<br>157 BICKFORD DR<br>WEST BRANCH, IA 52358 | MILLS, DEBRA<br>603 W ORANGE ST<br>WEST BRANCH, IA 52358 |
| MILLS, PAMELA<br>1534 ALDER DR<br>NORTH LIBERTY, IA 52317 | MILLS, SIDNEY L<br>1534 ALDER DR<br>NORTH LIBERTY, IA 52317 | MINNER, DALE E<br>200 ROAT ST<br>ITHACA, NY 14850-2738 |
| MINNER, DALE E<br>200 ROAT ST<br>ITHACA, NY 14850-2738 | MITCHELL, LINDA<br>1322 ESTHER ST<br>IOWA CITY, IA 52240 | MITTMAN, THOMAS<br>810 N JOHNSON ST<br>IOWA CITY, IA 52245 |
| MORRISON, BERNICE<br>3706 FOREST GATE DR NE<br>IOWA CITY, IA 52240 | MORSE, BARBARA<br>40 STANWYCK DR<br>IOWA CITY, IA 52240 | MURRAY, STANLEY<br>206 E 15TH ST<br>WASHINGTON, IA 52353 |
| MUSTON, LINDA K<br>735 GEORGE ST, APT 475<br>IOWA CITY, IA 52246 | MYER, JOYCE A<br>2250 FLINTSHIRE VIEW<br>CORALVILLE, IA 52241 | NELSON, CATHERINE L<br>714 SULLIVAN ST<br>WEST BRANCH, IA 52358 |
| NELSON, JUANITA<br>59 CONEFLOWER CT<br>IOWA CITY, IA 52240 | NODOLF, JULIE L (VEST)<br>1439 FIR AVE<br>WELLMAN, IA 52356 | NOLTA, TERESA F<br>1730 W BREMER PKWY<br>WAVERLY, IA 50677 |
| NORTHUP, JULIE A<br>200 N CHURCH ST<br>PACKWOOD, IA 52580 | NOVOTNY, SUSAN<br>2701 VESTRY WAY<br>RALEIGH, NC 27613 | O'BRALLAGHAN, BEVERLY<br>2382 S HOLLAND ST<br>LAKEWOOD, CO 80227 |
| O'CONNOR, MARY JOAN<br>3020 CLOVER ST<br>IOWA CITY, IA 52245 | OLSON, ROCKSANN<br>1104 CARROLL ST<br>BOONE, IA 50036 | OSBORN, JOYCE EILEEN<br>1757 LOUIS PL<br>IOWA CITY, IA 52245 |

| | | |
|---|---|---|
| O'SULLIVAN, VERONICA MARY<br>106 N MOUNT VERNON DR<br>IOWA CITY, IA 52245 | OTT, GARY J<br>4056 KITTY LEE RD SW<br>IOWA CITY, IA 52240 | OWINGS, CECILE A<br>2225 E COURT ST<br>IOWA CITY, IA 52245 |
| OXLEY, RUTH<br>250 BUCKEYE RD<br>WEST LIBERTY, IA 52776 | PACHA, SUSAN MARIE (KROTZ)<br>2985 COPPOCK RD<br>WASHINGTON, IA 52353 | PARSONS, SUSAN KATHERINE<br>2112 S AVE<br>SOUTH AMANA, IA 52334 |
| PATTEE, KIMBERLY M<br>1411 13TH ST<br>CORALVILLE, IA 52241-1307 | PAULY, PAULA C<br>6870 HEUERMANN RD APT 5301<br>SAN ANTONIO, TX 78256-9650 | PAZDERNIK, BARBARA J<br>2212 BALSAM DR SW<br>CEDAR RAPIDS, IA 52404 |
| PEETERS, MARIE ELENA<br>2730 PRAIRIE DR NE<br>CEDAR RAPIDS, IA 52402-4733 | PEIFFER, ROBERT M<br>3555 HWY 1 SW<br>IOWA CITY, IA 52240 | PETZ, BARBARA K<br>1221 SHEPHERDS DR<br>MOBERLY, MO 65270 |
| PIRKL, PATRICIA<br>1167 C AVE<br>BELLE PLAINE, IA 55208 | PLOCK, KAREN<br>2318 MAYFIELD RD<br>IOWA CITY, IA 52245 | PLOCK, MICHAEL A<br>2318 MAYFIELD RD<br>IOWA CITY, IA 52245 |
| POLLARD, TIMOTHY J<br>25 MANGROVE ST<br>HILTON HEAD ISLAND, SC 29926 | POWER, MELANIE<br>411 W ORANGE ST<br>WEST BRANCH, IA 52358 | PURDY, BARBARA<br>746 W PRAIRIE ST<br>WEST LIBERTY, IA 52776 |
| QUAL, ANN LOUISE<br>716 ARBOR DR<br>IOWA CITY, IA 52245 | QUINLAN, COLEEN<br>355 CAMDEN RD<br>IOWA CITY, IA 52245 | RAMSEY, BELINDA<br>2824 FOREST CREEK DR<br>BEAVERCREEK, OH 45431 |
| RAWLINGS, KATHLEEN<br>1 OAKNOLL CT, #512<br>IOWA CITY, IA 52246 | REASONOVER, WILLIAM K<br>103 JUAREZ CT<br>COLUMBIA, SC 29206 | REDLINGER, GARY E<br>4143 245TH ST NE<br>SOLON, IA 52333 |
| REED, ROBERTA J<br>3120 HILLCREST DR<br>CEDAR FALLS, IA 50613 | REED, WENDY C<br>1344 WOOLRIDGE DR<br>CORALVILLE, IA 52241 | REED, WENDY C<br>1344 WOOLRIDGE DR<br>CORALVILLE, IA 52241 |
| REESE, MARGARET NOTHNAGLE<br>5054 FAYE DR SE<br>IOWA CITY, IA 52240 | REILAND, RICHARD A<br>2230 PALMER CIR<br>IOWA CITY, IA 52240 | RHEA, LINDA L<br>350 DUBLIN DR APT 133<br>IOWA CITY, IA 52245 |

| | | |
|---|---|---|
| RICHARDSON, KATHIE ANN<br>525 FOX RUN<br>NORTH LIBERTY, IA 52316 | RIGGAN, TINA<br>282 W GOLDFINCH DR<br>TIFFIN, IA 52340 | RING, BRIAN P<br>905 3RD ST SE, UNIT 210<br>CEDAR RAPIDS, IA 52401 |
| RINGENBERG, BEVERLY JUNE<br>PO BOX 748<br>1060 PARODA AVE<br>CEDAR KEY, FL 32625 | ROCK, STACY L<br>116 E 14TH ST<br>WEST LIBERTY, IA 52776 | ROCKAFELLOW, AMIE JO<br>4755 VINCENT AVE SE<br>IOWA CITY, IA 52240 |
| ROCKAFELLOW, MICHAEL JOSEPH<br>2801 HWY 6 E, LOT 238<br>IOWA CITY, IA 52240-2625 | RODGERS, CHERYLE K<br>2254 S RIVERSIDE DR, LOT 43<br>IOWA CITY, IA 52246 | ROETLIN, DIANE M<br>2155 140TH ST<br>KALONA, IA 52247 |
| ROLING, JAMIE L<br>PO BOX 247<br>331 AMY ST, UNIT D<br>SWISHER, IA 52338 | ROSSITER, KIMBERLEY<br>20 N JUNIPER ST<br>NORTH LIBERTY, IA 52317 | ROSSITER, KIMBERLEY<br>20 N JUNIPER ST<br>NORTH LIBERTY, IA 52317 |
| RUFF, DEBRA<br>3605 HWY 382 NE<br>SOLON, IA 52333 | RUSSO, NANCY<br>C/O RAINES FELDMAN LITTRELL LLP<br>ATTN MARK S MELICKIAN<br>30 N LASALLE ST, STE 3100<br>CHICAGO, IL 60602 | SCHAFER, JANICE<br>3594 SUN VALLEY DR NE<br>NORTH LIBERTY, IA 52317 |
| SCHAUFENBUEL, BARBARA E<br>3111 THORNCREST LN NE<br>SOLON, IA 52333 | SCHECKEL, STEPHEN<br>4317 320TH ST NE<br>IOWA CITY, IA 52240 | SCHLABACH, CHRISTINE S<br>3006 S AVE<br>PARNELL, IA 52325 |
| SCHNOEBELEN, KATHLEEN KAY LEE<br>111 W 4TH ST<br>PO BOX 105<br>RIVERSIDE, IA 52327 | SCHUELER, KATHLEEN<br>60 11TH AVE<br>HIAWATHA, IA 52233 | SCHULTZ, JULIE ANN<br>401 E 8TH ST, STE 214<br>PMB 7718<br>SIOUX FALLS, SD 57103 |
| SCHWARZ, COLLEEN C<br>1411 13TH ST<br>CORALVILLE, IA 52241 | SCHWARZ, COLLEEN C<br>1411 13TH ST<br>CORALVILLE, IA 52241 | SCOTT-EVANS, JANET R<br>403 DOUGLASS CT<br>IOWA CITY, IA 52246 |
| SEAGREN, JANE E<br>355 E HICKORY ST<br>NORTH LIBERTY, IA 52317 | SEDIVEC, TINA J<br>2100 S SCOTT BLVD, #66<br>IOWA CITY, IA 52240 | SEGRETO, KRISTINA L<br>318 SAGE CT<br>WEST LIBERTY, IA 52776 |
| SETZER, LINDA R<br>607 44TH AVE<br>AMANA, IA 52203 | SEYDEL, KATHRYN J<br>112 GOLFVIEW CT<br>NORTH LIBERTY, IA 52317-9715 | SHAPCOTT, MARY BETH<br>3574 VISTA PARK DR<br>IOWA CITY, IA 52245 |

SHEA, BETTY POWERS
1306 KEOKUK ST
IOWA CITY, IA 52240

SHEMANSKI, KATHLEEN SUE
1909 DELWOOD DR
IOWA CITY, IA 52240

SIMON, MAXINE
C/O DELSIE HOFFEY, POA
35 SOMERSET PL
IOWA CITY, IA 52240

SIMON, TIFFANY
316 RING OF KERRY DR
BELLEVILLE, IL 62221-8006

SIMPSON, SALLY J
1010 SW MAGAZINE RD APT 1204
ANKENY, IA 50023-2979

SKALSKY, ELIZABETH ANN
2533 LORI DR SW
CEDAR RAPIDS, IA 52404

SKAY, PATRICIA
3557 VISTA PK DR
IOWA CITY, IA 52245

SLADE, ANITA M
609 12TH AVE
CORALVILLE, IA 52241

SONDAG, VICKI
1004 NORTH ST
WILLIAMSBURG, IA 52361

STALKFLEET, LYNDA C
133 W BROAD ST
NORTH ENGLISH, IA 52316

STEEHLER, NANCY
680 BARRINGTON RD
IOWA CITY, IA 52245

STOCK, JANET
1924 GENERRY DR
CORALVILLE, IA 52241

STOCKMAN, DEBRA
2622 BLACKHAWK AVE NW
OXFORD, IA 52322

STOCKMAN, JOSEPH A
4017 EL PASO DR
IOWA CITY, IA 52246

STOLLEY, JENNY REBECCA
730 WILKES AVE
DAVENPORT, IA 52802

STOOLMAN, DORA
605 W ORANGE
WEST BRANCH, IA 52358

STOOLMAN, DORA
605 W ORANGE ST
WEST BRANCH, IA 52358

STOPKO, LORI R
715 POTTER ST
TIFFIN, IA 52340

STRABALA, BRENT
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

STRABALA, WENDY
3205 190TH ST
AINSWORTH, IA 52201

STRATTON, CHARLENE S
306 E SYCAMORE ST
ANAMOSA, IA 52205

STRAWN, DIANE K
30 WILLOUGHBY LN
IOWA CITY, IA 52240

STUART, MARKAY
429 290TH ST
WEST BRANCH, IA 52358

STUTZMAN, RHETA JOANNE
4878 ORVAL YODER TPKE SW
KALONA, IA 52247

SWAILS, DORIS C
329 WINDFLOWER LN
SOLON, IA 52333

SWARTZENDRUBER, CAROL ANN
812 4TH ST
KALONA, IA 52247

SWARTZENDRUBER, DORIS
3920 KANSAS AVE SW
IOWA CITY, IA 52246

SWARTZENDRUBER, JAMES D
937 5TH ST
KALONA, IA 52247

SYKES, BETTY J
3414 E COURT ST, APT 8
IOWA CITY, IA 52245

SZCZECH, SUSAN
2423 WALDEN RD APT 232
IOWA CITY, IA 52246-4158

| | | |
|---|---|---|
| TANG, BEVERLY ANN<br>4283 MAUREEN TERR<br>IOWA CITY, IA 52240 | THALKEN, CATHERINE JO<br>22423 HWY 92<br>SIGOURNEY, IA 52591 | THOMAS, JOYCE ANN<br>1417 SHERIDAN AVE<br>IOWA CITY, IA 52240 |
| TIMM, KAREN<br>806 NORTH ST<br>WILLIAMSBURG, IA 52361 | TOMAS, CINDY<br>404 E ELM ST<br>LONE TREE, IA 52755 | TRUITT, PATRICIA JEAN<br>12151 DRY CREEK RANCH RD<br>BROOKSVILLE, FL 34614 |
| TURKAL, JODY<br>617 CATHERINE DR<br>TIFFIN, IA 52340 | TWEDT, CAROL<br>4344 PINE RIDGE TRL NE<br>IOWA CITY, IA 52240 | VAGLE, PATRICIA ELAINE<br>685 JULES CT<br>NORTH LIBERTY, IA 52317 |
| VARNEY, RUTH A<br>PO BOX 483<br>313 W ELM ST<br>LONE TREE, IA 52755 | VASQUEZ, BONNIE<br>C/O RAINES FELDMAN LITTRELL LLP<br>ATTN MARK S MELICKIAN<br>30 N LASALLE ST, STE 3100<br>CHICAGO, IL 60602 | VIDNOVIC, SARA<br>62 HERON CIR<br>IOWA CITY, IA 52245 |
| VOLKMAN, ANGELA<br>4863 AMERICAN LEGION RD<br>IOWA CITY, IA 52240 | VOSS, NANCY A<br>712 OAKLAND AVE<br>IOWA CITY, IA 52240 | WAGAMON, YOLONDA<br>618 MAJESTIC OAK RDG<br>SOLON, IA 52333 |
| WAGNER, KIMBERLY K<br>1182 IWV RD SW<br>OXFORD, IA 52322 | WALKER, ELIZABETH A<br>2788 IRELAND AVE NW<br>TIFFIN, IA 52340 | WALLACE, PETER D<br>1 OAKNOLL CT, #562<br>IOWA CITY, IA 52246 |
| WALTER, JULIE JOHNSTON<br>1051 BARRINGTON RD<br>IOWA CITY, IA 52245 | WASSON, NANCY J<br>302 HWY 22<br>SOUTH ENGLISH, IA 52335 | WATTS, WILLIAM A<br>4609 BEVER AVE SE<br>CEDAR RAPIDS, IA 52403 |
| WEISS, CAROLYN S<br>2542 HWY 22<br>RIVERSIDE, IA 52327-9685 | WELLENDORF, REGINA<br>PO BOX 512<br>411 IOWA ST<br>SANBORN, IA 51248 | WENMAN, MARY K<br>3508 OSAGE ST SW<br>IOWA CITY, IA 52240 |
| WERLE, JOAN B<br>2225 SUGAR BOTTOM RD NE<br>SOLON, IA 52333 | WERLE, MARTE JO<br>1702 LIBERTY LN<br>HOMESTEAD, IA 52236 | WEST, CATHERINE A<br>3478 UTAH AVE NE<br>IOWA CITY, IA 52240 |
| WESTCOTT, KIMBERLY<br>3845 WAPSI AVE SE<br>IOWA CITY, IA 52240 | WESTCOTT, MICHAEL<br>3845 WAPSI AVE SE<br>IOWA CITY, IA 52240 | WHISLER, EARLYN (LYNN)<br>1409 BRISTOL DR<br>IOWA CITY, IA 52245 |

WHITE, MADONNA O
125 TAFT SPEEDWAY ST
IOWA CITY, IA 52245

WIELAND, RAYE
1889 WILLOW AVE
AINSWORTH, IA 52201

WILLEY, SANDY
4006 CRESTVIEW RD NE
SOLON, IA 52333

WILLIAMS, PATRICIA
603 12TH AVE
CORALVILLE, IA 52241

WILSON, LUCINDA
311 S COLUMBUS ST
WEST LIBERTY, IA 52776

WILSON, RUTH E
31 COLWYN CT
IOWA CITY, IA 52245

WISGERHOF, KATHRYN A
1705 NW RIDGELINE CT
ANKENY, IA 50023

WITT, FREDERICK L
2445 275TH ST
WASHINGTON, IA 52353

WOOD, LAURIE
516 REDAN DR
VERONA, WI 53593-8390

WOOD, STEVEN
516 REDAN DR
VERONA, WI 53593-8390

WOODS, PAMELA JEAN
1820 7TH AVE CT
IOWA CITY, IA 52240

WORRELL, KATHRYN ANN
411 N 1ST ST
WEST BRANCH, IA 52358

WRIGHT, SHEILA KAYE
642 12TH AVE APT 6
CORALVILLE, IA 52241-1773

WRIGHT, TRUDY
1645 S YATES ST
DENVER, CO 80219

WYSS, CAROL L
16 JEREMY CT
IOWA CITY, IA 52245

YAUK, PATRICIA
1623 RIDGE ST
IOWA CITY, IA 52240

YEUTSY, MARY
201 24TH ST DR SE
CEDAR RAPIDS, IA 52403

YODER, CAROLYN C
1453 540TH ST SW
KALONA, IA 52247

YOTTY, PAULETTE FAY
901 7TH ST
KALONA, IA 52247

YOTTY, ROBERT JOSEPH
901 7TH ST
KALONA, IA 52247

ZEHR, CARMA
615 S AVE C
WASHINGTON, IA 52353

ZOOK, DONALD K
2436 HWY 1 SW
IOWA CITY, IA 52240

ABBAS, JANET M.
40 PENFRO DR.
IOWA CITY, IA 52246