IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF OBJECTION BAR DATE TO MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on June 25, 2025 a Motion to Authorize Omnibus Objections Disallowing Individual Proofs of Claim (Pensioners) and for Other Relief. You are receiving this Notice because you had filed a Proof of Claim. The Trustee's Motion seeks an Order to disallow your Proof of Claim because, *inter alia,* the Plan proposes any payment due you will be tendered to a Pension Trust, and you are treated as a member in Class 5 of the confirmed Plan. A copy of the Motion may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that objection to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, on or before July 16, 2025.

NOTICE IS FURTHER GIVEN that if no objection is timely filed, an Order may be entered granting the relief requested in the Motion, without further notice or hearing.

/s/ Eric W. Lam
Eric W. Lam, AT0004416
Joseph Porter, AT0014454
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 25th day of June, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, and the document was also mailed via the United States mail with postage fully paid to the parties displayed on the Attached Matrix.

/s/ Kelly Carmichael

ABRAMS, CATHERINE HELEN
1116 NE TUSCANY BLVD
ANKENY, IA 50021-6616

AHRENS, CHERLYN A
1931 EARL RD
IOWA CITY, IA 52246

ALDRICH, CAROLYN ANN
2025 260TH ST NW
OXFORD, IA 52322

ALT, SANDRA
614 N CALHOUN
WEST LIBERTY, IA 52776

ALVINE, JANET R
1341 HICKORY AVE
MOUNT PLEASANT, IA 52641

ANDERSEN, LINDA
24183 120TH ST
SOUTH ENGLISH, IA 52335

ANDERSON, RANDALL J
310 4TH ST
MARION, IA 52302

ANDERSON, ROBIN
PO BOX 283
BRIGHTON, IA 52540

ANTOLIC, JENNIE L
4143 245TH ST NE
SOLON, IA 52333

ANTONE-BEUTER, ROBYN K
2371 PETERS AVE
IOWA CITY, IA 52240

ARNOLD, ANITA L
802 COURT ST
WILTON, IA 52778

ATKINSON, LUCILLE PENNY
38 PLEASANT HILL RD
MOUNT VERNON, IA 52314

BAHMLER, JUDITH ANN
115 W FOREVERGREEN RD
CORALVILLE, IA 52241

BARBER, CLAUDIA
1707 E COURT ST
IOWA CITY, IA 52245

BARBER, LOIS A
932 E MARKET ST
IOWA CITY, IA 52245-2645

BARKALOW, KATHLEEN C
6140 DEERE CREEK LN, UNIT C
DAVENPORT, IA 52807

BARKALOW, SHIRLEY
4447 BERKLEY LN
IOWA CITY, IA 52245

BEIREIS, LORI
63287 SADDLEBACK DR
BEND, OR 97703

BELL, BRENDA LEE
4214 180TH ST NE
SOLON, IA 52333

BELL, BRENDA LEE
4214 180TH ST NE
SOLON, IA 52333

BENTLEY, LINDA E ARMSTRONG
524 MAJESTIC OAK CT
SOLON, IA 52333

BENTRIM, DENISE M
3731 170TH ST NE
SOLON, IA 52333

BERGE, JEAN M
1107 WYLDE GREEN RD
IOWA CITY, IA 52246

BERNEMANN, TIMOTHY
3023 RADCLIFFE AVE
IOWA CITY, IA 52245

BESGROVE, DEBBIE
240 PROSPECT RD
NORTH LIBERTY, IA 52317

BLANK, PATRICIA S
216 NORTHSIDE DR
WEST BRANCH, IA 52358

BLIND, ANN C
3768 170TH ST NE
SOLON, IA 52333

BLOOM, NORA
1225 TYLER CT
IOWA CITY, IA 52240

BOEHM, JANE
180 RAVENCREST DR
IOWA CITY, IA 52245

BOELTER, NANCY ANN
4322 INDIAN TRL NE
SOLON, IA 52333-9687

BOGS, MICHELE A
120 CATALPA LN
NORTH LIBERTY, IA 52317

BOILEAU, KAREN
38 BRENTWOOD DR
IOWA CITY, IA 52245

BOLLEI, ROSE M
PO BOX 236
2126 HWY 6 NW
TIFFIN, IA 52340

BORSETH, DIANE
134 SHRADER RD
IOWA CITY, IA 52245

BOWERS, DIANNA
1422 PINE ST
IOWA CITY, IA 52240

BOWERS, JUDY D
2316 N RIDGE DR
CORALVILLE, IA 52241

BOYD, JONNINE KAY
810 4TH ST
KALONA, IA 52247

BOYD, TERRY R
107 W PIONEER RD
LONE TREE, IA 52755

BOYKEN, DIANE
1325 CHAMBERLAIN DR
IOWA CITY, IA 52240

BRADLEY, REBECCA
197 WATERCRESS RD
NORTH LIBERTY, IA 52317

BRAVERMAN, KATHLEEN A
1635 MORNINGSIDE DR
IOWA CITY, IA 52245

BRECHT, DEBORAH A
705 ANDREWS CT
NORTH LIBERTY, IA 52317

BREMNER, VIRGINIA
2132 LEONARD CIR
IOWA CITY, IA 52246-1808

BRENNEMAN, ELAINE
PO BOX 291
KALONA, IA 52247

BRINNING, ANGELA R
2845 KIWI AVE
WASHINGTON, IA 52353

BRITTON, ANN
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

BROOKS, RUSSELL M
1918 KATHLIN DR
IOWA CITY, IA 52246

BRUMMOND, MARGARET
1357 COPPER MOUNTAIN DR
NORTH LIBERY, IA 52317

BRUNE, KIMBERLY
2907 TWIN MILL DR NE
NORTH LIBERTY, IA 52317

BRYANT, FRANCES
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

BUCK, CHARLES R
1164 SWISHER ST
IOWA CITY, IA 52245

BUFFO, JOANNE
266 260TH ST
WEST BRANCH, IA 52358

BURCH, LEE ALLEN
2125 BUCK RUN CIR
OSAGE BEACH, MO 65065

BUTLER, DEBRA
1438 MAROLF DR
ATALISSA, IA 52720

BUTLER, JOAN M
PO BOX 556
TIFFIN, IA 52340

CAES, JOAN M
2206 170TH ST
MARENO, IA 52301

CAMPION, CAROLYN
1776 DELTA AVE
WEST BRANCH, IA 52358

CAQUELIN, LINDA
2304 150TH ST
KALONA, IA 52247

CARLISLE, NANCY
PO BOX 905
1208 7TH ST
DURANT, IA 52747

CARLSON, DAVID E
2640 N SCOTT BLVD
IOWA CITY, IA 52245-3575

CARLSON, LINDA A
702 PLUM ST
TIPTON, IA 52772

CARR, LAURICE
297 HICKORY ST, #3
KALONA, IA 52247

CARRILLO, PEDRO MANUEL
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARRILLO, PEDRO MANUEL
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARRILLO, STEPHANY SUSAN
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARRILLO, STEPHANY SUSAN
2660 HICKORY TRL
IOWA CITY, IA 52245-3512

CARROLL, CHARLES
2776 TURKEY CREEK LN NE
IOWA CITY, IA 52240

CARROLL, CHARLES
2776 TURKEY CREEK LN NE
IOWA CITY, IA 52240

CATNEY, CHRISTINE M
42 WAKEFIELD CT
IOWA CITY, IA 52240

CHALUPA, JANET SUE
971 CURTIS LOOP NE
BAINBRIDGE ISLAND, WA 98110

CLAEYS, TERESA
1254 EE AVE
MARENGO, IA 52301

CLARK, JAMES
PO BOX 471
PHOENIX, MD 21131

COLLINS, ELLEN RENE
2219 FOXTAIL DR
KEARNEY, MO 64060

COLLINS, JEANNE M
190 CAMBRIDGE WAY
NORTH LIBERTY, IA 52317

CONNELL, DENICE
2902 BROOOKSIDE DR
IOWA CITY, IA 52245

CORSO, MARY KAYE
PO BOX 108
NORTH LIBERTY, IA 52317

CRANDALL, PAULINE M
3105 RAVEN ST
IOWA CITY, IA 52245

CRESS, LOBEYE M
3634 FOXANA DR
IOWA CITY, IA 52246

CROWLEY, BARBARA
259 PADDOCK CIR
IOWA CITY, IA 52240

CURBELL MEDICAL
7 COBHAM DR
ORCHARD PARK, NY 14127

DAVIDSON, SHAWN E
252 S STEWART ST
NORTH LIBERTY, IA 52317

DEFRANCE, JOHN JOSEPH
120 PARSONS AVE
IOWA CITY, IA 52245

DELLAMUTH, SANDRA K
1840 230TH ST
WILLIAMSBURG, IA 52361

DEMEULENAERE, ELLEN J
1411 PLUM ST
IOWA CITY, IA 52240

DESOTEL, PATRICIA
32 OAK LN
WASHINGTON, IA 52353

DESOTEL, PATRICIA
32 OAK LN
WASHINGTON, IA 52353

DESTERHAFT, KATHLEEN M
410 FOX RUN
NORTH LIBERTY, IA 52317

DIETRICH, DENNIS W
1555 LANGENBERG AVE
IOWA CITY, IA 52240

DIETZE, TRISHA
3324 KIMBALL AVE
WATERLOO, IA 50702

DOEHRMANN, TERRI LEE
2040 L AVE
MARENGO, IA 52301

DONOVAN, JACQUELINE L
3544 TAFT AVE SE
IOWA CITY, IA 52240

DOYLE, BONNIE
3205 E COURT ST
IOWA CITY, IA 52245

DRAKE, KAREN
226 FRIENDSHIP ST
IOWA CITY, IA 52245

DRISCOLL, DORIS LINDA
PO BOX 434
604 MADISON ST
WILLIAMSBURG, IA 52361

DRISCOLL, JANET D
4120 DANE RD SE
IOWA CITY, IA 52240

DUNBAR, VIRGINIA
205 S WESTMINSTER ST
IOWA CITY, IA 52245

DUYTSCHAVER, JOHN M
304 E THIRD ST
WEST LIBERTY, IA 52776-1435

DYKSTRA, LORNA
3978 ROBERTS RIDGE NE
IOWA CITY, IA 52240

EAKES, DIANA GAIL
2018 WATERFRONT DR, #112
IOWA CITY, IA 52240

EASH, DUANE GENE
616 3RD AVE NW
MOUNT VERNON, IA 52314

EBINGER, CAROL MARIE EMRICK
39 CHANDLER PL
IOWA CITY, IA 52245

EDWARDS, JEFFREY MICHAEL
31 MONTGOMERY PL
IOWA CITY, IA 52240

EDWARDS, RITA ANN
31 MONTGOMERY PL
IOWA CITY, IA 52240

EIVINS, ROBBIN
2293 VV AVE
WILLIAMSBURG, IA 52361

EJIASI, GODWIN
2822 33RD AVE SW
CEDAR RAPIDS, IA 52404

EPPERSON, MARY K
PO BOX 507
OSAGE BEACH, MO 65065

EPPERSON, MARY KAY
PO BOX 507
OSAGE BEACH, MO 65065

EUBANKS, GLENDA JO
3952 HENDRICKS LN
SOLON, IA 52333

EVANS, MARY Y
4939 AMERICAN LEGION RD
IOWA CITY, IA 52240

FEELEY, JAMES
310 BLACKHAWK ST
IOWA CITY, IA 52246

FEELEY, JAMES
310 BLACKHAWK ST
IOWA CITY, IA 52246

FINLEY, NORMA J
89 AMHURST ST
IOWA CITY, IA 52245

FLYNN, BRENDA
1724 GINKGO AVE
WELLMAN, IA 52356

FORBES, JANET ELAINE
208 N CLARK ST, APT 2
WEST LIBERTY, IA 52776

FORD, DONNA L
614 6TH ST
WELLMAN, IA 52356

FOREST, PAULA WILLENBORG
1645 SOMERSET LN
IOWA CITY, IA 52246

FOSTER, SUSAN K
2395 HALFMOON AVE NW
NORTH LIBERTY, IA 52317

FOX, BETH E
94 ARAPAHOE DR
MARION, IA 52302

FRANTZ, JANE E
3220 HEARTLAND DR
CORALVILLE, IA 52241

FRATZKE, NANCY K
705 E LAKESHORE DR
STORMLAKE, IA 50588

FREYERMUTH, BARBARA
3006 WAYNE AVE
IOWA CITY, IA 52240

FRITZ, DENISE LYNN
2408 BELMONT DR
CORALVILLE, IA 52241

FULWIDER, DENNIS
PO BOX 375
LE ROY, MN 55951

GALER, ROSE M
3888 KNEBEL CT
RIVERSIDE, IA 52327

GARRELS, MICHAEL
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

GARRETT, GJASON W
405 YAKISH CT
LONE TREE, IA 52755

GARVIN, KIM A
2010 STRATFORD CT
CORALVILLE, IA 52241

GIBSON, VIRGINIA
433 AMHURST ST
IOWA CITY, IA 52245

GILLIAM, JUDY
993 BROCADE DR
HIGHLANDS RANCH, CO 80126

GILLIAM, JUDY
993 BROCADE DR
HIGHLANDS RANCH, CO 80126

GINGERICH, CYNTHIA K
836 3RD PL
KALONA, IA 52247

GIOVANELLI, PHYLLIS
5250 N PARK PL SE, STE 114
CEDAR RAPIDS, IA 52402

GOSS, RUTH E
514 BROWN ST
IOWA CITY, IA 52245

GOULD, JOAN
3957 GATEWOOD DR
SARASOTA, FL 34232

GOULD, PAULA
2509 FRIENDSHIP ST
IOWA CITY, IA 52245

GREEN, MARIAN J
PO BOX 56
219 W COMMERCIAL ST
LONE TREE, IA 52755

GREINER, MARCIA A
1935 JEFFREY ST
IOWA CITY, IA 52246

GRENKO, LISA M
356 WINDMILL PL
IOWA CITY, IA 52245

GUNN, JODINE K
2218 E GRANTVIEW DR
CORALVILLE, IA 52241

GUNN, JODINE K
2218 E GRANTVIEW DR
CORALVILLE, IA 52241

HAAS, ANNETTE L
911 DUCK CREEK DR
IOWA CITY, IA 52246

HALVERSON, MARGARET
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

HAMER, COLLEEN MARIE
613 8TH ST NW
MOUNT VERNON, IA 52314-1150

HAMER, JUNE G
209 BROADWAY ST
WEST BRANCH, IA 52358

HANDLEY, DEBRA A
1530 25TH ST SE
CEDAR RAPIDS, IA 52403

HANSEN, KELLI
728 BLUE JAY CT
TIFFIN, IA 52340

HANSON, MARILYN M
110 SCOTT DR
WEST BRANCH, IA 52358

HAUSER, RENEE S
PO BOX 291
214 W LINN ST
LONE TREE, IA 52755

HAUT, KATHERINE M
2526 PACIFIC ST
DAVENPORT, IA 52804

HAYS-DUNCAN, DEBRA J
3005 FOREST EDGE LN
CORALVILLE, IA 52241

HEBL, SHARON K
111 E LEMON ST
WEST BRANCH, IA 52358

HECK, JENNIFER J
1513 HOLLYWOOD BLVD
IOWA CITY, IA 52240

HEIN, JEANNE M
1386 PLEASANT VIEW DR
TIPTON, IA 52772

HELMUTH, ARLIS
5468 KURTZ STRASZE SW
KALONA, IA 52247

HERRING, BETTY JEAN
PO BOX 25
210 E ELM ST
LONE TREE, IA 52755

HIGHLY, KITTY S
51 HIDDEN RIVER DR
TIPTON, IA 52772

HILDEBRAND, MARY J
304 E 8TH ST
WEST LIBERTY, IA 52776

HILLS, DAWN RENA
1850 FRIENDSHIP ST
IOWA CITY, IA 52245

HINGST, LINDA G
1490 BLACKTAIL LN
NORTH LIBERTY, IA 52317

HIRL, KATHRYN C
332 LAKE VIEW DR NE
SOLON, IA 52333-9066

HOGAN, DANIEL A
3109 E VIEW CIRCLE DR
RIVERSIDE, IA 52327

HOLBROOK, DANIELLE R
843 NE REDWOOD BLVD
WAUKEE, IA 50263

HOLLANDER, KRISTINE
205 ROCK RIDGE RD NW
CEDAR RAPIDS, IA 52405

HOMEWOOD, JULIE
759 AMERICAN PHAROAH DR
IOWA CITY, IA 52240

HOTZ, KATHLEEN
25716 GOLDEN POND LN SE
LONE TREE, IA 52755

HUGEN, KIMBERLY A
1432 OZARK RIDGE
CORALVILLE, IA 52241

HULSEBERG, CAROL LYNN
PO BOX 391
816 11TH AVE
WELLMAN, IA 52356

HUNTER, ANGELA M
4670 HERBERT HOOVER HWY
IOWA CITY, IA 52240

HUSS, CHARLES DEWAYNE
1229 MICHELLE CT
IOWA CITY, IA 52240

IRELAND, CINDY
2091 BANNER VALLEY RD
ELY, IA 52227

JACKSON, BARBARA
504 LIBERTY ST
BATAVIA, IA 52533

JACOBSON, TOM
1096 RED OAK AVE
RIVERSIDE, IA 52327

JAHNKE, MARY JANE
1953 JORDAN CREEK RD NE
SOLON, IA 52333

JENNINGS, ANN
765 BROADMOOR DR
NORTH LIBERTY, IA 52317

JENSEN, ELIZABETH
1463 RIDGEVIEW AVE
WEST LIBERTY, IA 52776

JESINA, TIMOTHY KEVIN
160 BAYBERRY LN
NORTH LIBERTY, IA 52317

JOHANSON, PAUL
PO BOX 112
OXFORD, IA 52322

JOHNSON, BARBARA R
1622 COU FALLS RD NW
SWISHER, IA 52338

JOHNSON, GARY LEE
1301 GLASGOW DR
COLUMBIA, MO 65203

JOHNSON, SHARON
610 CRESTVIEW DR
TIPTON, IA 52772

JOYNER, CYNTHIA A
28 AMBER LN
IOWA CITY, IA 52240

KADUCE, SUSAN ISABELLE
1573 TAFT AVE
KLEMME, IA 50449

KAIR, PAMELA A
815 14TH PL
CAMANCHE, IA 52730

KASAL, LORRIE ANN
1475 VALLEY VIEW DR
CORALVILLE, IA 52241

KEDZIOR, NANCY A
950 KYLE DR NE
IOWA CITY, IA 52240

KEDZIOR, NANCY A
950 KYLE DR NE
IOWA CITY, IA 52240-9611

KEITH, JENNIFER MARIE
4002 MONTROSE DR, APT 103
CHAMPAIGN, IL 61822

KELLERMAN, CHRISTINE M
1779 LOUIS PL
IOWA CITY, IA 52245

KERNS, DOUGLAS JOSEPH
927 W CHERRY ST
NORTH LIBERTY, IA 52317

KESSELRING, KAREN M
504 CRABAPPLE LN
TIFFIN, IA 52340-4738

KESSELRING, SHARON K
424 SCOTT PARK DR
IOWA CITY, IA 52245

KLAPPER, RACHEL
724 NOYES ST, #E3
EVANSTON, IL 60201

KNEBEL, EDNA
PMB 407
308 E BURLINGTON ST
IOWA CITY, IA 52240-1602

KNECHT, NANCY
812 BASSWOOD LN
IOWA CITY, IA 52246

KNECHT, NANCY
812 BASSWOOD LN
IOWA CITY, IA 52246

KNEPP, CONNIE Y
2705 480TH ST SW
IOWA CITY, IA 52240

KNIGHT, MARTHA JEAN
55 REGAL LN
IOWA CITY, IA 52240

KNOBBE, GLORIA J
420 N FIRST AVE, #201
IOWA CITY, IA 52245

KNOPICK, JAMES
1818 BASLIA LN
SPRING HILL, TN 37174

KNOWLING, MARY D
1275 W FOREVERGREEN RD, APT 222
NORTH LIBERTY, IA 52317

KOPSIEKER, REGINA
237 PADDOCK CIR
IOWA CITY, IA 52240

KRIEBS, JULIA N
135 VALLEY RD
WEST BRANCH, IA 52358

KRIEBS, JULIA N
135 VALLEY RD
WEST BRANCH, IA 52358

KRIZ, REBECCA A
831 SOUTHLAWN DR
IOWA CITY, IA 52245

KROB, JAN C
208 HIDDEN RIVER DR
TIPTON, IA 52772

KRON, DEBRA S
254 230TH ST
WEST BRANCH, IA 52358

KROTZ, JOLEEN K
2504 170TH ST
RIVERSIDE, IA 52327

KUENY, DAWN MARIE
1573 EAGLE VIEW CT NW
SWISHER, IA 52338

KUNTZ, GREGORY W
2018 LYNNCREST DR
CORALVILLE, IA 52241

KUNTZ, GREGORY WILLIAM
2018 LYNNCREST DR
CORALVILLE, IA 52241

KUNTZ, SUE
2018 LYNNCREST DR
CORALVILLE, IA 52241

LANGE, BARBARA J
1 OAKNOLL CT, #557
IOWA CITY, IA 52246

LANGENBERG, JOHNITA L
PO BOX 73
976 W MARENGO RD
TIFFIN, IA 52340

LANGHOLDT, DONITA
406 ELMIRA ST
IOWA CITY, IA 52245

LANTZ, CHRIS
1205 S 1ST AVE
IOWA CITY, IA 52240-2514

LATHAM, VICKY L
502 N CLARK ST, APT 4
WEST LIBERTY, IA 52776

LAUGHLIN, MARY C
627 BRADLEY ST
IOWA CITY, IA 52240

LEBSACK, MICHAEL DAVID
802 RYAN CT
IOWA CITY, IA 52246

LEE, SUSAN L
PO BOX 7
102 E SHORT ST
SOLON, IA 52333

LEFEVER, PEGGY LEE
505 VINTAGE LN, UNIT 8
PELLA, IA 50219

LEHMAN, JULIA N
3210 PARKRISE CT
GARLAND, TX 75044

LEICHTY, KARLA
50 N FRONT ST
NORTH LIBERTY, IA 52317

LEIDAL, REBECCA
4317 INDIAN TRL NE
SOLON, IA 52333

LEIGH, KAREN
809 BLOOMINGTON ST
IOWA CITY, IA 52245

LEISINGER, KIMBERLY KILPATRICK
4929 WALKER CIR
JOHNSTON, IA 50131

LEWIS, CAROL I
3300 BERKSHIRE PKWY, UNIT 207
CLIVE, IA 50325

LEWIS, CAROL I
3300 BERKSHIRE PKWY, UNIT 207
CLIVE, IA 50325

LEWIS, MARY EARLENE
1311 GRAND AVE, APT 1
MARION, IA 52302

LEWIS, THEONE V
100 VILLAGE VIEW CIR, APT 164
WILLIAMSBURG, IA 52321

LINDBERG, RENE
641 CHARISMATIC LN
IOWA CITY, IA 52240

LINDEMANN, PHYLLIS
3 RUSSELL SLADE BLVD
CORALVILLE, IA 52241

LIVINGSTON, MARY LEE
302 VALLEY RD
PO BOX 330
WILLIAMSBURG, IA 52361

LLOYD, LISA
816 SILVER LN
IOWA CITY, IA 52245

LOAN, BETTY ANN
806 CROELL AVE
TIFFIN, IA 52340

LOCEY, KAREN
406 W 4TH ST
PO BOX 133
WILTON, IA 52778

LOCEY, KAREN
406 W 4TH ST
PO BOX 133
WILTON, IA 52778

LONG, MICHAEL ALLEN
945 WILLOW LN, APT B
LISBON, IA 52253-9830

LORENZEN, DIANE
2692 NE HWY 70, LOT 580
ARCADIA, FL 34266

LOWN, PEGGY J
2909 F52 TRL
PARNELL, IA 52325

LUEDTKE, CHRISTOPHER JOHN
315 E TARTAN DR
NORTH LIBERTY, IA 52317-8000

LUNDY, LINDA
915 20TH AVE, UNIT 316
CORALVILLE, IA 52241

LYNCH, GEORGENE K
48 HERON CIR
IOWA CITY, IA 52245

LYNCH, KAREN A
10 DURHAM CT
IOWA CITY, IA 52240

LYNCH, SHAWN ONEILL
5 ARBOR CIR
IOWA CITY, IA 52245

MAATTA, MARSHA
636 N DIRKS ST
BUHLER, KS 67522

MAIER, DENISE A
4571 MAIER AVE SW
IOWA CITY, IA 52240

MALLIE, MARILYN K
5464 FELDVEG ST SW
KALONA, IA 52247

MANUEL, SUSAN
63 ARBOR HILL CIR
IOWA CITY, IA 52245

MARPLE, BEVERLY ANN
3025 ROHRET RD SW
IOWA CITY, IA 52246

MARTIN, DAVID L
2303 NEVADA AVE
IOWA CITY, IA 52240

MARZ, MARTHA
111 LAKOTA CT NE
CEDAR RAPIDS, IA 52402

MASONHOLDER, BRIAN D
PO BOX 55
24436 HWY 92
COLUMBUS JUNCTION, IA 52738

MATOUSEK, CAROLYN
26628 S LAKESIDE DR
SUN LAKES, AZ 85248

MCALLISTER, ALICE M
PO BOX 531
446 MADDIE LN
TIFFIN, IA 52340

MCANDREW, LOLA M
620 SCOTT PARK DR
IOWA CITY, IA 52245

MCCARTHY, MARY C
1200 23RD AVE, UNIT 2
CORALVILLE, IA 52241-3144

MCCOY, WILLIAM
1409 ASH ST
IOWA CITY, IA 52240

MCCOY, WILLIAM
1409 ASH ST
IOWA CITY, IA 52240

MCGEE, JOSEPH OWEN
1502 SOMERSET LN
IOWA CITY, IA 52240

MCGILLICUDDY, GAYLE MARIE
2209 MACBRIDE DR
IOWA CITY, IA 52246

MCGREGOR, DARLENE
10 NORWICH TER
CROSSVILLE, TN 38558

MCILRATH, KATHERINE LUMPA
182 260TH ST
WEST BRANCH, IA 52358

MCKAY, R ANNE
109 CARDIFF CR
IOWA CITY, IA 52246

MCMORRIS, CHRISTINE
2710 E WASHINGTON ST, #25
IOWA CITY, IA 52245

MCMURRAY, MARY
47 LAKEVIEW PL NE
IOWA CITY, IA 52240

MEGAN, JOELLEN M
1812 B ST
IOWA CITY, IA 52245

MELLECKER, JULIE
521 5TH AVE
CORALVILLE, IA 52241

MELLECKER, VICKIE
C/O DILLON BESSER, RSH LEGAL
425 SECOND ST SE, STE 1140
CEDAR RAPIDS, IA 52401

MERSCHMAN, LORI
1110 CRESTVIEW DR
DURANT, IA 52747

MESSIER, KIRK E
12 LYN-DEN DR NE
IOWA CITY, IA 52240

MEYER, JANICE
3613 STONEY PT RD SW
CEDAR RAPIDS, IA 52404

MILDER, LINDA K
55 E WESTON DR
NORTH LIBERTY, IA 52317

MILDER, PATRICIA
4878 340TH ST NE
IOWA CITY, IA 52240

MILLER, DOROTHY
C/O DEAN MILLER
722 4TH ST
KALONA, IA 52247

MILLER, LOU A
5263 JAMES AVE SW
KALONA, IA 52247

MILLER, MICHELLE
947 5TH ST
KOLONA, IA 52247

MILLER, PATRICIA ANN
3832 MEADOWVIEW LN SW
IOWA CITY, IA 52240

MILLER, THOMAS D
157 BICKFORD DR
WEST BRANCH, IA 52358

MILLS, DEBRA
603 W ORANGE ST
WEST BRANCH, IA 52358

MILLS, PAMELA
1534 ALDER DR
NORTH LIBERTY, IA 52317

MILLS, SIDNEY L
1534 ALDER DR
NORTH LIBERTY, IA 52317

MINNER, DALE E
200 ROAT ST
ITHACA, NY 14850-2738

MINNER, DALE E
200 ROAT ST
ITHACA, NY 14850-2738

MITCHELL, LINDA
1322 ESTHER ST
IOWA CITY, IA 52240

MITTMAN, THOMAS
810 N JOHNSON ST
IOWA CITY, IA 52245

MORRISON, BERNICE
3706 FOREST GATE DR NE
IOWA CITY, IA 52240

MORSE, BARBARA
40 STANWYCK DR
IOWA CITY, IA 52240

MURRAY, STANLEY
206 E 15TH ST
WASHINGTON, IA 52353

MUSTON, LINDA K
735 GEORGE ST, APT 475
IOWA CITY, IA 52246

MYER, JOYCE A
2250 FLINTSHIRE VIEW
CORALVILLE, IA 52241

NELSON, CATHERINE L
714 SULLIVAN ST
WEST BRANCH, IA 52358

NELSON, JUANITA
59 CONEFLOWER CT
IOWA CITY, IA 52240

NODOLF, JULIE L (VEST)
1439 FIR AVE
WELLMAN, IA 52356

NOLTA, TERESA F
1730 W BREMER PKWY
WAVERLY, IA 50677

NORTHUP, JULIE A
200 N CHURCH ST
PACKWOOD, IA 52580

NOVOTNY, SUSAN
2701 VESTRY WAY
RALEIGH, NC 27613

O'BRALLAGHAN, BEVERLY
2382 S HOLLAND ST
LAKEWOOD, CO 80227

O'CONNOR, MARY JOAN
3020 CLOVER ST
IOWA CITY, IA 52245

OLSON, ROCKSANN
1104 CARROLL ST
BOONE, IA 50036

OSBORN, JOYCE EILEEN
1757 LOUIS PL
IOWA CITY, IA 52245

O'SULLIVAN, VERONICA MARY
106 N MOUNT VERNON DR
IOWA CITY, IA 52245

OTT, GARY J
4056 KITTY LEE RD SW
IOWA CITY, IA 52240

OWINGS, CECILE A
2225 E COURT ST
IOWA CITY, IA 52245

OXLEY, RUTH
250 BUCKEYE RD
WEST LIBERTY, IA 52776

PACHA, SUSAN MARIE (KROTZ)
2985 COPPOCK RD
WASHINGTON, IA 52353

PARSONS, SUSAN KATHERINE
2112 S AVE
SOUTH AMANA, IA 52334

PATTEE, KIMBERLY M
1411 13TH ST
CORALVILLE, IA 52241-1307

PAULY, PAULA C
6870 HEUERMANN RD APT 5301
SAN ANTONIO, TX 78256-9650

PAZDERNIK, BARBARA J
2212 BALSAM DR SW
CEDAR RAPIDS, IA 52404

PEETERS, MARIE ELENA
2730 PRAIRIE DR NE
CEDAR RAPIDS, IA 52402-4733

PEIFFER, ROBERT M
3555 HWY 1 SW
IOWA CITY, IA 52240

PETZ, BARBARA K
1221 SHEPHERDS DR
MOBERLY, MO 65270

PIRKL, PATRICIA
1167 C AVE
BELLE PLAINE, IA 55208

PLOCK, KAREN
2318 MAYFIELD RD
IOWA CITY, IA 52245

PLOCK, MICHAEL A
2318 MAYFIELD RD
IOWA CITY, IA 52245

POLLARD, TIMOTHY J
25 MANGROVE ST
HILTON HEAD ISLAND, SC 29926

POWER, MELANIE
411 W ORANGE ST
WEST BRANCH, IA 52358

PURDY, BARBARA
746 W PRAIRIE ST
WEST LIBERTY, IA 52776

QUAL, ANN LOUISE
716 ARBOR DR
IOWA CITY, IA 52245

QUINLAN, COLEEN
355 CAMDEN RD
IOWA CITY, IA 52245

RAMSEY, BELINDA
2824 FOREST CREEK DR
BEAVERCREEK, OH 45431

RAWLINGS, KATHLEEN
1 OAKNOLL CT, #512
IOWA CITY, IA 52246

REASONOVER, WILLIAM K
103 JUAREZ CT
COLUMBIA, SC 29206

REDLINGER, GARY E
4143 245TH ST NE
SOLON, IA 52333

REED, ROBERTA J
3120 HILLCREST DR
CEDAR FALLS, IA 50613

REED, WENDY C
1344 WOOLRIDGE DR
CORALVILLE, IA 52241

REED, WENDY C
1344 WOOLRIDGE DR
CORALVILLE, IA 52241

REESE, MARGARET NOTHNAGLE
5054 FAYE DR SE
IOWA CITY, IA 52240

REILAND, RICHARD A
2230 PALMER CIR
IOWA CITY, IA 52240

RHEA, LINDA L
350 DUBLIN DR APT 133
IOWA CITY, IA 52245

RICHARDSON, KATHIE ANN
525 FOX RUN
NORTH LIBERTY, IA 52316

RIGGAN, TINA
282 W GOLDFINCH DR
TIFFIN, IA 52340

RING, BRIAN P
905 3RD ST SE, UNIT 210
CEDAR RAPIDS, IA 52401

RINGENBERG, BEVERLY JUNE
PO BOX 748
1060 PARODA AVE
CEDAR KEY, FL 32625

ROCK, STACY L
116 E 14TH ST
WEST LIBERTY, IA 52776

ROCKAFELLOW, AMIE JO
4755 VINCENT AVE SE
IOWA CITY, IA 52240

ROCKAFELLOW, MICHAEL JOSEPH
2801 HWY 6 E, LOT 238
IOWA CITY, IA 52240-2625

RODGERS, CHERYLE K
2254 S RIVERSIDE DR, LOT 43
IOWA CITY, IA 52246

ROETLIN, DIANE M
2155 140TH ST
KALONA, IA 52247

ROLING, JAMIE L
PO BOX 247
331 AMY ST, UNIT D
SWISHER, IA 52338

ROSSITER, KIMBERLEY
20 N JUNIPER ST
NORTH LIBERTY, IA 52317

ROSSITER, KIMBERLEY
20 N JUNIPER ST
NORTH LIBERTY, IA 52317

RUFF, DEBRA
3605 HWY 382 NE
SOLON, IA 52333

RUSSO, NANCY
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

SCHAFER, JANICE
3594 SUN VALLEY DR NE
NORTH LIBERTY, IA 52317

SCHAUFENBUEL, BARBARA E
3111 THORNCREST LN NE
SOLON, IA 52333

SCHECKEL, STEPHEN
4317 320TH ST NE
IOWA CITY, IA 52240

SCHLABACH, CHRISTINE S
3006 S AVE
PARNELL, IA 52325

SCHNOEBELEN, KATHLEEN KAY LEE
111 W 4TH ST
PO BOX 105
RIVERSIDE, IA 52327

SCHUELER, KATHLEEN
60 11TH AVE
HIAWATHA, IA 52233

SCHULTZ, JULIE ANN
401 E 8TH ST, STE 214
PMB 7718
SIOUX FALLS, SD 57103

SCHWARZ, COLLEEN C
1411 13TH ST
CORALVILLE, IA 52241

SCHWARZ, COLLEEN C
1411 13TH ST
CORALVILLE, IA 52241

SCOTT-EVANS, JANET R
403 DOUGLASS CT
IOWA CITY, IA 52246

SEAGREN, JANE E
355 E HICKORY ST
NORTH LIBERTY, IA 52317

SEDIVEC, TINA J
2100 S SCOTT BLVD, #66
IOWA CITY, IA 52240

SEGRETO, KRISTINA L
318 SAGE CT
WEST LIBERTY, IA 52776

SETZER, LINDA R
607 44TH AVE
AMANA, IA 52203

SEYDEL, KATHRYN J
112 GOLFVIEW CT
NORTH LIBERTY, IA 52317-9715

SHAPCOTT, MARY BETH
3574 VISTA PARK DR
IOWA CITY, IA 52245

SHEA, BETTY POWERS
1306 KEOKUK ST
IOWA CITY, IA 52240

SHEMANSKI, KATHLEEN SUE
1909 DELWOOD DR
IOWA CITY, IA 52240

SIMON, MAXINE
C/O DELSIE HOFFEY, POA
35 SOMERSET PL
IOWA CITY, IA 52240

SIMON, TIFFANY
316 RING OF KERRY DR
BELLEVILLE, IL 62221-8006

SIMPSON, SALLY J
1010 SW MAGAZINE RD APT 1204
ANKENY, IA 50023-2979

SKALSKY, ELIZABETH ANN
2533 LORI DR SW
CEDAR RAPIDS, IA 52404

SKAY, PATRICIA
3557 VISTA PK DR
IOWA CITY, IA 52245

SLADE, ANITA M
609 12TH AVE
CORALVILLE, IA 52241

SONDAG, VICKI
1004 NORTH ST
WILLIAMSBURG, IA 52361

STALKFLEET, LYNDA C
133 W BROAD ST
NORTH ENGLISH, IA 52316

STEEHLER, NANCY
680 BARRINGTON RD
IOWA CITY, IA 52245

STOCK, JANET
1924 GENERRY DR
CORALVILLE, IA 52241

STOCKMAN, DEBRA
2622 BLACKHAWK AVE NW
OXFORD, IA 52322

STOCKMAN, JOSEPH A
4017 EL PASO DR
IOWA CITY, IA 52246

STOLLEY, JENNY REBECCA
730 WILKES AVE
DAVENPORT, IA 52802

STOOLMAN, DORA
605 W ORANGE
WEST BRANCH, IA 52358

STOOLMAN, DORA
605 W ORANGE ST
WEST BRANCH, IA 52358

STOPKO, LORI R
715 POTTER ST
TIFFIN, IA 52340

STRABALA, BRENT
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

STRABALA, WENDY
3205 190TH ST
AINSWORTH, IA 52201

STRATTON, CHARLENE S
306 E SYCAMORE ST
ANAMOSA, IA 52205

STRAWN, DIANE K
30 WILLOUGHBY LN
IOWA CITY, IA 52240

STUART, MARKAY
429 290TH ST
WEST BRANCH, IA 52358

STUTZMAN, RHETA JOANNE
4878 ORVAL YODER TPKE SW
KALONA, IA 52247

SWAILS, DORIS C
329 WINDFLOWER LN
SOLON, IA 52333

SWARTZENDRUBER, CAROL ANN
812 4TH ST
KALONA, IA 52247

SWARTZENDRUBER, DORIS
3920 KANSAS AVE SW
IOWA CITY, IA 52246

SWARTZENDRUBER, JAMES D
937 5TH ST
KALONA, IA 52247

SYKES, BETTY J
3414 E COURT ST, APT 8
IOWA CITY, IA 52245

SZCZECH, SUSAN
2423 WALDEN RD APT 232
IOWA CITY, IA 52246-4158

TANG, BEVERLY ANN
4283 MAUREEN TERR
IOWA CITY, IA 52240

THALKEN, CATHERINE JO
22423 HWY 92
SIGOURNEY, IA 52591

THOMAS, JOYCE ANN
1417 SHERIDAN AVE
IOWA CITY, IA 52240

TIMM, KAREN
806 NORTH ST
WILLIAMSBURG, IA 52361

TOMAS, CINDY
404 E ELM ST
LONE TREE, IA 52755

TRUITT, PATRICIA JEAN
12151 DRY CREEK RANCH RD
BROOKSVILLE, FL 34614

TURKAL, JODY
617 CATHERINE DR
TIFFIN, IA 52340

TWEDT, CAROL
4344 PINE RIDGE TRL NE
IOWA CITY, IA 52240

VAGLE, PATRICIA ELAINE
685 JULES CT
NORTH LIBERTY, IA 52317

VARNEY, RUTH A
PO BOX 483
313 W ELM ST
LONE TREE, IA 52755

VASQUEZ, BONNIE
C/O RAINES FELDMAN LITTRELL LLP
ATTN MARK S MELICKIAN
30 N LASALLE ST, STE 3100
CHICAGO, IL 60602

VIDNOVIC, SARA
62 HERON CIR
IOWA CITY, IA 52245

VOLKMAN, ANGELA
4863 AMERICAN LEGION RD
IOWA CITY, IA 52240

VOSS, NANCY A
712 OAKLAND AVE
IOWA CITY, IA 52240

WAGAMON, YOLONDA
618 MAJESTIC OAK RDG
SOLON, IA 52333

WAGNER, KIMBERLY K
1182 IWV RD SW
OXFORD, IA 52322

WALKER, ELIZABETH A
2788 IRELAND AVE NW
TIFFIN, IA 52340

WALLACE, PETER D
1 OAKNOLL CT, #562
IOWA CITY, IA 52246

WALTER, JULIE JOHNSTON
1051 BARRINGTON RD
IOWA CITY, IA 52245

WASSON, NANCY J
302 HWY 22
SOUTH ENGLISH, IA 52335

WATTS, WILLIAM A
4609 BEVER AVE SE
CEDAR RAPIDS, IA 52403

WEISS, CAROLYN S
2542 HWY 22
RIVERSIDE, IA 52327-9685

WELLENDORF, REGINA
PO BOX 512
411 IOWA ST
SANBORN, IA 51248

WENMAN, MARY K
3508 OSAGE ST SW
IOWA CITY, IA 52240

WERLE, JOAN B
2225 SUGAR BOTTOM RD NE
SOLON, IA 52333

WERLE, MARTE JO
1702 LIBERTY LN
HOMESTEAD, IA 52236

WEST, CATHERINE A
3478 UTAH AVE NE
IOWA CITY, IA 52240

WESTCOTT, KIMBERLY
3845 WAPSI AVE SE
IOWA CITY, IA 52240

WESTCOTT, MICHAEL
3845 WAPSI AVE SE
IOWA CITY, IA 52240

WHISLER, EARLYN (LYNN)
1409 BRISTOL DR
IOWA CITY, IA 52245

WHITE, MADONNA O
125 TAFT SPEEDWAY ST
IOWA CITY, IA 52245

WIELAND, RAYE
1889 WILLOW AVE
AINSWORTH, IA 52201

WILLEY, SANDY
4006 CRESTVIEW RD NE
SOLON, IA 52333

WILLIAMS, PATRICIA
603 12TH AVE
CORALVILLE, IA 52241

WILSON, LUCINDA
311 S COLUMBUS ST
WEST LIBERTY, IA 52776

WILSON, RUTH E
31 COLWYN CT
IOWA CITY, IA 52245

WISGERHOF, KATHRYN A
1705 NW RIDGELINE CT
ANKENY, IA 50023

WITT, FREDERICK L
2445 275TH ST
WASHINGTON, IA 52353

WOOD, LAURIE
516 REDAN DR
VERONA, WI 53593-8390

WOOD, STEVEN
516 REDAN DR
VERONA, WI 53593-8390

WOODS, PAMELA JEAN
1820 7TH AVE CT
IOWA CITY, IA 52240

WORRELL, KATHRYN ANN
411 N 1ST ST
WEST BRANCH, IA 52358

WRIGHT, SHEILA KAYE
642 12TH AVE APT 6
CORALVILLE, IA 52241-1773

WRIGHT, TRUDY
1645 S YATES ST
DENVER, CO 80219

WYSS, CAROL L
16 JEREMY CT
IOWA CITY, IA 52245

YAUK, PATRICIA
1623 RIDGE ST
IOWA CITY, IA 52240

YEUTSY, MARY
201 24TH ST DR SE
CEDAR RAPIDS, IA 52403

YODER, CAROLYN C
1453 540TH ST SW
KALONA, IA 52247

YOTTY, PAULETTE FAY
901 7TH ST
KALONA, IA 52247

YOTTY, ROBERT JOSEPH
901 7TH ST
KALONA, IA 52247

ZEHR, CARMA
615 S AVE C
WASHINGTON, IA 52353

ZOOK, DONALD K
2436 HWY 1 SW
IOWA CITY, IA 52240

ABBAS, JANET M.
40 PENFRO DR.
IOWA CITY, IA 52246