# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | ) Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) Case No. 23-00623 (TJC) |
| Debtors. | ) Jointly Administered |

## ORDER SETTING BAR DATE FOR TRUST OVERSIGHT COMMITTEE'S EXPEDITED MOTION FOR EVIDENTIARY HEARING

Upon the motion (the "Motion") of the OC[1] for entry of an order (the "Order") setting the bar date for objections to the Evidentiary Hearing Motion to Monday, July 7, 2025, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Public Administrative Order* referring bankruptcy cases entered by the United States District Court for the Northern District of Iowa; and this Court being able to enter a final order consistent with Article III of the United States Constitution; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

1. The Motion is granted as set forth in this Order.

2. The Motion satisfies and otherwise complies with the Local Rules.

3. The Court finds that the issues raised in the Motion and Evidentiary Hearing Motion regarding compliance with the OC Rule 2004 Order and the deadlines imposed by Bankruptcy Code sections 546 and 108 constitute sufficient cause to reduce the time allowed for objections to the Evidentiary Hearing Motion.

4. Accordingly, any objections to the Evidentiary Hearing Motion must be filed no later than Monday, July 7, 2025 (the "Bar Date").

5. Following expiration of the Bar Date, the Court will consider entry of the proposed order attached to the Evidentiary Hearing Motion and setting an evidentiary hearing for July 14, 2025 at 10:30 A.M. as requested therein.

6. This Order shall serve as sufficient notice of the Bar Date and no further action or notices from the OC are required under the Bankruptcy Rules or Local Rule.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated and entered this __1st_ day of _____July, 2025.

_____
Honorable Thad J. Collins, Chief Judge

**Prepared and Submitted By:**

**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400

Cedar Rapids, IA 52401-2030
Telephone: (319) 286-7002
Facsimile: (319) 286-7050
Email: rleaf@nyemaster.com

*Counsel for the Mercy Hospital Liquidation Trust Oversight Committee as Designee of the Liquidation Trustee*