# **EXHIBIT 3**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, | ) | Case No. 23-00623 (TJC) |
| IOWA, *et al.* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## **DECLARATION OF BRANDON GLADSTONE**

I, Brandon Gladstone, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1.      I am the Manager for Electronic Discovery and Data Loss Prevention with Trinity Health's Enterprise Information Security Department.  Trinity Health is the parent company for MercyOne and conducts all searches for litigation-related electronic discovery.  I have worked in controlled forensic investigations and eDiscovery since 2010 and as a lead investigator and manager for Trinity Health for six years.  I am an EnCase Certified Examiner (EnCE) through Open Text.[1]

2.      I was asked to assist with the Electronically Stored Information ("ESI") collection in the above-captioned matter.  I worked with legal counsel to ensure the Court's Order at Docket No. 1854 dated March 25, 2025 was followed.

3.      When we receive requests for ESI based on custodians, my team runs the requested searches on all requested custodians to the extent data is available.  A custodian may not have data

---

[1] "The EnCase™ Certified Examiner (EnCE) program certifies both public and private sector professionals in the use of Opentext™ EnCase™ Forensic .  EnCE certification acknowledges that professionals have mastered computer investigation methodology as well as the use of EnCase software during complex computer examinations.  Recognized by both the law enforcement and corporate communities as a symbol of in-depth computer forensics knowledge, EnCE certification illustrates that an investigator is a skilled computer examiner."  https://www.opentext.com/learning-services/learning-paths-encase-certifications (last accessed July 7, 2025).

for several reasons including:  no account, no data in the requested timeframe due to application of Trinity's document retention policy, or no "hits" on requested search terms.

4.     Trinity Health maintains emails for 180 days pursuant to its document retention policy.  After 180 days, emails are automatically deleted unless the custodian is subject to a legal hold, or the emails have been saved in another location such as a Sharefile.

5.     For this case, we collected three datasets.

    a.  Dataset 1 included Trinity emails and ShareFile documents.  We searched all custodians identified in the Court's order: Dave Vellinga, Bob Ritz, Jack Dunsenberry, Jeff Rooney, Douglas Davenport, Sean Williams, Michael Trachta, Michael Wegner, Rob Heen, Jodie Roettger.  This dataset included the OneDrive platform used for storing Trinity's current network files.  The following search terms were used "MIC" OR "Mercy Hospital Iowa City".  All results were provided to Angie Brenizer at Belin McCormick to run further searches.

    b.  Dataset 2 included a targeted collection of two parent folders on our SharePoint system: "DSM Admin" and "DSM MHN."  We searched these folders for "MIC" OR "Mercy Hospital Iowa City" and provided those results to Angie Brenizer at Belin McCormick to run further searches.

    c.  Dataset 3 consists of PST files (mercyhealth.com email domain) and OneDrive Custodian Files.  Although we looked for files for all custodians, the only custodians with files available were Mike Trachta, Jack Dusenbery and Robert Ritz.  I provided all the data for these custodians for the date

range 2017-2023 to Angie Brenizer at Belin McCormick who ran additional

search terms.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of July, 2025.

Brandon J. Gladstone