IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is an Objection (Dkt #1606) filed by Liquidation Trustee Dan R. Childers against Proof of Claim #10304 filed by Johnson & Johnson. The response bar date re the Objection has passed, and no response has been filed. It is therefore ORDERED Proof of Claim # 10304 is disallowed and the Objection is sustained.

Entered this  9th  day of July, 2025

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/OrderDisallowJ&JPoC10304.070325.421p.ewl

1