hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa

Chapter 11

Bankruptcy No. 23–00623

Debtor

## NOTICE OF AMENDED TELEPHONE INSTRUCTIONS
## FOR THE HEARING ON MOTION TO COMPEL ACCEPTANCE OF PAYMENT
## (DOC. 1928)

To:

Eric W. Lam and Christopher K. Loftus, Attorneys for the Liquidation Trustee

Dan R. Childers, Liquidation Trustee

United States Trustee

Matthew Cronin, Jake Gordon, David Goroff, Edward Joseph Green, Christopher J. Jessen, and Michael Reck, Attorneys for Mercy Health Network, Inc. d/b/a MercyOne

Paula L. Roby, Attorney for Liquidating Trust Oversight Committee

Jaden Glen Banks, Leslie C. Behaunek, Logan Eliasen, and Roy Ryan Leaf, Attorneys for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**July 11, 2025 at 1:30 PM by telephonic hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1–855–244–8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Date: July 9, 2025

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk