UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
(CEDAR RAPIDS)

| | |
|---|---|
| In re: | Case No. 23-00623 |
| MERCY HOSPITAL, IOWA CITY, *et al*., | Chapter 11 |
| Debtor. | Hon. Thad J. Collins |
| | Jointly Administered |

## REQUEST FOR REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

On March 26, 2025, undersigned counsel, as an attorney admitted to the bar of this Court, filed the Notice of Withdrawal of William W. Kannel (Doc. 1855) purely as a procedural matter, and does not represent any interested party in this matter. NEF of filings in this matter to undersigned counsel are unnecessary. Undersigned counsel requests removal from courtesy notification of electronic filing in this matter.

Dated:  July 9, 2025

    Respectfully submitted,

**/s/ Johannes (John) H. Moorlach**
Iowa AT0005484

WHITFIELD & EDDY LAW
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
(515) 246-5501
moorlach@whitfieldlaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served upon all parties listed as shown by the Notice of Electronic Filing through the CM/ECF system at their respective e-mail addresses on July 9, 2025. The undersigned declares under penalty of perjury that the foregoing is true and correct.

**/s/ Johannes H. Moorlach**