UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00623 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: July 11, 2025
Hearing on: Motion to Compel Acceptance of Payment (Doc. 1928)

APPEARANCES:

Attorneys Eric Lam and Joseph Porter for Trustee Dan Childers
Attorneys David Goroff and Christopher Jessen for MercyOne
Attorney Claire Davison for the United States Trustee

OUTCOME OF PROCEEDING:

This matter is taken under advisement without briefs due.

Ordered:
July 14, 2025

Thad J. Collins
Chief Bankruptcy Judge