UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Mercy Hospital, Iowa City, Iowa, *et al.*,<br><br>    Debtor | Chapter  11<br><br>Bankruptcy No.  23-00623 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: July 11, 2025
Hearing on: Expedited Motion for Contempt Order to Show Cause, in addition to Motion to Set Hearing on Motion for Examination on OC Rule 2004 Order (Doc. 1941)

APPEARANCES:

Attorneys Roy Leaf and Leslie Behaunek for the Mercy Hospital Trust Oversight Committee
Attorneys David Goroff and Christopher Jessen for MercyOne
Attorney Claire Davison for the United States Trustee

OUTCOME OF PROCEEDING:

A hearing was held. Parties are to submit a proposed order for the Court's consideration.

**IT IS ORDERED THAT**:
The Motion is held in abeyance pending negotiations between the parties and submission of a proposed order.

Ordered:

July 14, 2025

*/s/ Thad J. Collins*
Thad J. Collins
Chief Bankruptcy Judge