IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CERTIFICATION OF NEWSPAPER PUBLICATION** |
|---|---|

COMES NOW Trustee Dan R. Childers, by and through his counsel, and with respect to his Motion to Authorize Omnibus Objections Disallowing Individual Proof of Claims (Pensioners) and for Other Relief (Dkt #1938), respectfully tenders the attached Affidavit of Publication issued by The Gazette, stating that the Notice of Objection Bar Date to said motion was published on July 23, 2025. Also attached are Affidavits of Publication issued by the Des Moines Register and Tribune Company and the Iowa City Press Citizen, each stating that the Notice of Objection Bar Date to said motion was published on July 22, 2025.

*/s/ Eric W. Lam*

Eric W. Lam, AT0004416
Joseph Porter, AT0014454
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 1st day of August, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Cert of Publication.073125.0918.kc




## ATTESTATION OF PUBLIC LEGAL NOTICE

On Behalf of:
Ad No 99028
SIMMONS PERRINE MOYER BERGMAN PLC
115 3RD ST SE STE 1200
CEDAR RAPIDS, IA 52401
UNITED STATES

STATE OF IOWA COUNTIES OF LINN AND JOHNSON:
Before the undersigned authority personally appeared said legal clerk, who on oath says that he or she is a Legal Advertising Representative of the THE GAZETTE, a daily newspaper published in Linn and Johnson County, Iowa that the digital copy of advertisement, being a Legal Ad in the matter of

**Legals Chapter 11 Bankruptcy Case No. 23-00623**

as published in **The Gazette** in the issue(s) of:

**7/23/2025**

Affiant further says that the said THE GAZETTE is a newspaper in said Linn and Johnson County, Iowa and that the said newspaper has heretofore been continuously published in said Linn and Johnson County, Iowa each day and has been entered as periodicals matter at the post office in **CEDAR RAPIDS** in said Linn County, Iowa, for a period of one year next preceding the first publication of the digital copy of advertisement; and affiant further says that he or she has never paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper. Sworn to and Subscribed before me by legal clerk who is personally known to me

Zach Kalmoli

Joann Lynette Dodson

NOTARIAL SEAL IOWA
JOANN LYNETTE DODSON
Commission Number 846181
My Commission Expires
February 21, 2026

Publication Cost: $43.64
Customer No: 103554

# PUBLIC NOTICES | iowapublicnotices.com

**CITY OF MARION MINUTES 7/17/25**

The following minutes have not been approved by the City Council & any revisions, additions, or corrections thereto will appear in the next set of minutes to be published.
The following were approved. If voting nay, noted:
The City Council of the City of Marion, IA met in regular session, on 7/17/25, at 5:30 PM, in the Council Chambers of City Hall, 1225 6th Avenue, with the following members present:
PRESENT: Harper, Jensen, Miskimen, AbouAssaly, Mentzer, Brandt, & Strnad
ABSENT: None
AbouAssaly presided over the meeting. The meeting opened with the pledge of allegiance & Council observed a moment of silence.
Oath of Office - Firefighters Zebulen Schneider, Matthew Sitter, & Michael Behn. Fire Chief Tom Fagan introduced Firefighters Schneider, Sitter & Behn & AbouAssaly administered the oath of office.
The following comment submitted prior to the meeting was shown: Jon Beard wrote in opposition of Res. 32473 relating to a one-year extension of validity for the Rookwood Estates East Addition Preliminary Plat.
Minutes of the July 1, 2025 City Council meetings
Motion accepting resignations from the following:
• Landis Wiley from the Planning & Zoning Commission
• Tim Isenberg from the Marion Arts Council
Payments as presented in the amt. of $4,651,616.68
Receive & file June 2025 department monthly report
Liquor licenses as follows:
• Renewal - Best Western Plus
• Renewal - Neighborhood Tobacco
• Renewal - The Hip-Stir
• Renewal - Tomaso's Pizza
• Renewal - Casey's General Store #2924 (automatic renewal)
Hold harmless agreements with the following:
• Marion Chamber of Commerce re: Uptown Getdown on August 7, 14, 21 & 28 at Central Plaza at City Square Park
• Marion Independent School District re: football games on September 5, 12, 26 & October 17 at Marion High School Campus
• Marion Independent School District re: the homecoming parade on September 11 starting at Marion High School Campus
• Marion Independent School District re: the Marching Band Invitational on September 27 at Marion High School Campus
• Marion Independent School District re: track meets on April 11, May 4 & 14 at Marion High School Campus
• Linn-Mar School District re: the homecoming parade on September 17 starting at the Linn-Mar High School Campus
Res. 32459 adopting final assessment schedule for Fiscal Year 2026 Quarter 1 Delinquent Fees & Confirming & Levying the Assessments
Res. 32460 appr. Fiscal Year 2024-2025 operating budget transfer in the amt. of $71,926.90
Res. 32461 appr. Fiscal Year 2024-2025 Capital Budget Transfers
Res. 32462 appr. Fiscal Year 2024-2025 operating budget transfers in the amt. of $841,858.17
Res. 32463 appr. a one-year suspension of Civil Service hiring requirements for Police Officers
Res. 32464 adopting the Neighborhood Park Master Plans
Res. 32465 appr. an Amended & Restated 28E Agreement Between the Cedar Rapids, Marion, Hiawatha, Robin, & Linn County Re: the Planning, Construction, & Maintenance Participation for the Indian Creek & Dry Run Creek Sanitary Sewer System Program
Res. 32466 appr. an agreement with HDR Engineering, Inc. re: 2025 Indian Creek & Dry Run Creek Trunk Sanitary Sewer Capacity Improvements Proj. Update & auth. pmt. in the amt. of $150,859
Res. 32467 accepting the public improvements associated with Sycamore Heights - Plat 1 to the City of Marion
Res. 32468 accepting the Indian Creek Trunk Sewer - Segment 7 Proj. Supplemental Contract
Res. 32469 auth. the submittal of an application for Traffic Safety Improvement Program (TSIP) funding for the intersection of Hwy. 100 & Hwy. 13 to add an eastbound right turn lane, convert a shared left turn & through lane to a dedicated left turn lane, & associated improvements
Res. 32470 appr. the purchase of furniture from Storey Kenworthy re: transition of the Engineering Division to the Public Works facility as part of the City Hall Renovation Phase 1 Proj. & auth. pmt. in the amt. of $63,664
Motion to approve proj. calendar re: the 2025 Crack Sealing Proj. as follows:
• Motion appr. Resolution of Necessity & to retain the City Engineer as Proj. Engineer re: the 2025 Crack Sealing Proj.
• Motion appr. filing of plans, specifications, form of contract & estimate of cost, advertising for bids by posting notice to bidders, & auth. City officials or designees to receive & open bids re: the 2025 Crack Sealing Proj.
• Motion setting public hearing & directing publication thereof for 2025 Crack Sealing Proj.
Res. 32471 appr. pmt. to the IDOT for repmt. of pro-rated grant obligations re: the Marion Airport in the amt. of $382,906.99.
Res. 32472 setting a public hearing date for August 7, 2025 re: amendments to Chapter 340 of the Marion Code of Ordinances related to district uses & specific use standards pertaining to gas stations
Res. 32473 appr. a one-year extension of validity for the Rookwood Estates East Addition Preliminary Plat as permitted by Ch. 284, Subdivision of Land of the Marion Code of Ordinances
AbouAssaly relinquished the gavel to Miskimen at 5:42 p.m. Miskimen presided over the meeting.
CONSENT AGENDA WITH ABOUASSALY'S ABSTENTION
Res. 32474 appr. change order no. 2 with LL Pelling Co., Inc. re: the 2025 HMA Resurfacing Proj. for additional street resurfacing & auth. pmt. in the amt. of $481,203.60.
Approved by the following votes: Ayes: Harper, Jensen, Miskimen, Mentzer, Brandt, & Strnad; Abstained: AbouAssaly
Miskimen relinquished the gavel to AbouAssaly at 5:43 p.m. AbouAssaly presided over the meeting.
Ord. 25-21 repealing various sections of the Marion Code of Ordinances including Chapter 12, Article XI re: the Public Works Board, Section 50-2E re: appointments, & Section 50-34B(2) re: City Manager appointments & supervision of other personnel (final consideration)
Public hearing re: the CEMAR Trail Phase 5 Proj. AbouAssaly opened the public hearing re: item referenced above. Public Works Director Mike Barkalow provided a staff report. No comments were received. AbouAssaly declared the public hearing closed.
Motion to approve proj. calendar re: the CEMAR Trail Phase 5 Proj. as follows:
• Res. 32475 adopting final plans, specifications, form of contract, & estimate of cost re: the CEMAR Trail Phase 5 Proj.
• Res. 32476 awarding bid, auth. approval of the contract, bonds & insurance with Peterson Contractors, Inc. re: the CEMAR Trail Phase 5 Proj. & auth. pmt. in the amt. of $1,983,028.65
Public hearing re: the 2025 Crack Sealing Proj. AbouAssaly opened the public hearing re: item referenced above. Public Works Director Mike Barkalow provided a staff report. No comments were received. AbouAssaly declared the public hearing closed.
Public hearing re: the rezoning of property from SR-2, Suburban Medium-Density Single-Family Residential to SR-3, Suburban Medium-Density Single-Family Residential for property located east of Lucore Road & north of Artesian Road, Marion, Iowa. AbouAssaly opened the public hearing re: item referenced above. Associate Planner Nicole Behrens provided a staff report. No comments were received. AbouAssaly declared the public hearing closed.
Ord. 25-22 appr. the request to rezone property from SR-2, Suburban Medium-Density Single-Family Residential to SR-3, Suburban Medium-Density Single-Family Residential for property located east of Lucore Road & north of Artesian Road, Marion, Iowa (Craig J. Tobin) (initial consideration) Harper asked about the units per acre density of this area. Associate Planner Nicole Behrens provided density for the low intensity & medium intensity areas. Mentzer shared concerns about the density & asked how many other areas in Marion are zoned SR-3. Behrens outlined three other areas in Marion that are zoned the same. Mentzer & AbouAssaly both stated they would like to see a variety of housing & not having streets lined with the same house. Mentzer asked if Lucore Road is built to handle more traffic. Public Works Director Barkalow explained how Lucore Road would change depending on the amt. of traffic. AbouAssaly stated he would prefer larger lot sizes. Approved by the following votes: Ayes: Harper, Jensen, Miskimen, Brandt, & Strnad; Nays: AbouAssaly & Mentzer
Public hearing re: amendments to Chapter 340 of the Marion Code of Ordinances related to sign regulations. AbouAssaly opened the public hearing re: item referenced above. RDG Planning & Design Consultant Charlie Cowell provided a staff report. No comments were received. AbouAssaly declared the public hearing closed.
Ord. 25-23 amending Chapter 340 of the Marion Code of Ordinances related to sign regulations (City of Marion) (initial consideration) Jensen asked about current signs & what would happen if one is damaged. Associated Planner Nicole Behrens stated it would depend on the percentage of damage.
Larry Smith (4020 Deer Valley Drive) spoke in opposition of the aquatic center bond & proj.
Strnad stated another election is coming up this year & spoke about sitting on the Council for the last ten years. He stated he has enjoyed serving, but after a tough decision, he decided he will not be running again. He also spoke about participating in RAGBRAI next week and wishes everyone participating a safe trip.
Mentzer invited everyone to events coming up including Sunrise Yoga & Downdog in Uptown. She also spoke about an Urban Ag event happening on July 31 at Lowe Park from 10 a.m. to 1 p.m.
Miskimen spoke about the need to diversify the housing stock in Marion. He stated he feels that it is important & that it should be considered when making decisions.
AbouAssaly spoke about his 40th Class Reunion last week & stated he was proud to share the transformation of Marion with his classmates. He also stated he has a history of Marion book shared with him by Paul Draper. He provided a brief history about the beginnings of the Marion Fire Department. AbouAssaly also spoke about the need for a variety of housing in Marion. AbouAssaly addressed some of the comments made during the public forum. He stated the aquatic center was driven by resident feedback & engagement. The survey sent to residents is to gauge community support. He also spoke about other communities comparable to Marion that have aquatic centers.
The meeting adjourned at 6:53 p.m.
Rachel Bolender, City Clerk

**CITY OF MARION**
**Payment for Publication July 17, 2025**

Vendor Name Invoice Description Amount
Abode Construction Inc Ridge at Indian Creek CDBG-DR 16,061.06
Access Systems Print and Copy Services 3,287.35
Adcraft Printing Company Inc Business Cards 234.00
Advance Auto Parts Filters, Oil, Ignition Coil, Spark Plug, & Grease Gun 713.86
Alert-All Fire Prevention Week Books 989.00
Alliant Energy Electric Usage 50,440.91
Altorfer Inc Berry Rd Tower Transfer Switch Maintenance 748.00
Ark Data Centers Datacenter Services - Citywide - July 2025 15,917.20
Armor Equipment 20 ft Sewer Hose Guide and Freighliner Jet Truck 581,834.47
Arnold Motor Supply LLP Paint Touch Up Marker 5.29
Authorize.Net Parks Credit Card Merchant Fees - June 2025 279.90
Avesis Third Party Administrators Vision Insurance 3,015.80
AXA Equitable AXA Equitable Deferred Comp 1,082.00
Barnes Manufacturing Services Uptown Artway Dumpster Metal Fabrication 6,286.58
Basepoint Building Automations Fix Booking Camera & Sally Port Door Card Reader 702.24
Bolton Property Services, LLC Abatements (2) 386.25
Boomerang Corp Traffic Signals, Turn Lanes, and Trunk Sewer Projects 554,145.13
Bowker Pinnacle Mechanical New Pump for Heat Loop and Installation 7,250.00
BP Retail Partners, Inc Batteries 76.06
Brodart Co Bookmobile, Enrich IA, and Kids Books 4,037.46
Carrico Aquatic Resources Inc Test Kit for Splash Pad, Chlorine & Stabilizer for Pool 4,119.68
Carroll Construction Supply Bracket Mount for Concrete Tool and Adhesive Spray 200.90
CDW Government TV Displays, Firewall Implements & Software Access 38,522.00
ClearGov, Inc Capital Budgeting & Digital Budget Book Subscription 17,600.00
Collection Services Center Collection Services Center 1,023.32
Copyworks Shuttle Stops 64.00
CR/LC Solid Waste Agency Solid Waste Fees - June 2025 47,721.40
Crescent Electric Supply Company Light Tower Plug to Power Traffic Cabinet 32.05
Croell, Inc. Concrete M-4 and Delivery 1,845.38
Crowbar's Ltd Bolts, Nuts, Washer, and Drill Bits 61.01
Culligan of Marion Solar Salt 169.00
Cutting Edge Graphics Graphics and Logos for City Vehicles (6) 525.64
D & K Products Herbicide 55.50
D.A. Davidson & Co. FY24 Annual Continuing Disclosure Filing 1,000.00
Dahlem, Carolyn Hem Seam & Sew on 2 Patches 25.00
DCI Ground, Inc Refund for Permit No. 2022-00010128 13,189.60
East Central Iowa Council of Gov. Administration of CDBG-DR funds - June 2025 10,087.50
Elavon Library Credit Card Merchant Fees - June 2025 150.26
EnvisionWare, Inc EnvisionWare FY26 Annual Maintenance Renewal 10,735.21
Federal IRS - ACH Federal Tax 162,413.78
Formed For, LLC Central Plaza Art Sculpture 25,000.00
Foundation 2, Inc Mental Health Liaison Fee 6,916.66
FusionSite Midwest Portable Restrooms & Monthly Parks Service 2,646.12
Gazette Communications, Inc Publication - Legals, Ordinance, Minutes, & Payments 592.10
Grainger 2025 Graco Line Striper & Tire Replacement 7,935.73
Graybill Communications Quarterly monitoring - Safe Room & Radio Install. 791.00
Great Western Supply Co Bathroom Cleaner, Can Liners, Soap, & Toilet Paper 871.44
Greg's Lawn Service Right-of-Way Weed Control 3,007.50
Harris, Toronald D Refund of Special Assessment 527.57
Hawkeye Electrical Contractors Electrical Package - Public Works Bldg - Retainage 108,167.31
Hawkeye Fire & Safety Extinguisher Recharge 29.25
Hawkeye Ready Mix Inc Concrete M-4 C10 & Concrete M-4 F10 Delivery 4,831.26
HDR Engineering Alburnett Rd Extension Real Estate Services 9,252.30
Henry, Troy June 2025 Burials - 1 Full, 3 Cremains 1,350.00
HR Green, Inc General Wastewater Engineering Services Project 3,272.00
Hunt Construction Co Inc 2025 Sidewalk Ramp Project 14,502.46
Ingram Library Services Adult, Young Adult, & General Bookmobile Books 3,940.14
International Code Council Inc (ICC) 2024 International Fire Code Commentary 189.00
Interstate All Battery Center City Hall Batteries 46.80
Iowa Communities Assurance Pool FY26 General Insurance 625,378.91
Iowa Prison Industries 5 Memorial Tree & 3 Memorial Bench Plaques 144.00
Jake's Premier Lawn Service LLC 2025 Contracted Mowing Services & Abatements 26,282.92
Java Connections, LLC Laptop Kiosk Software Lic & Hardware Plan 3,955.50
John Deere Financial (Theisens) Coupler, Wash, Lubricant, Wire, Oil, T-Posts, Battery 1,409.37
John's Lock and Key Keys for Pubic Works Building 37.50
JP Morgan Chase Bank N.A. Purchasing Card - June 2025 93,483.02
Library Ideas LLC Fiero Code & Freegal Music Subscription Renewal 11,957.80
Linn Co Deputy Sheriff Membership Additional Police Presence at Fireworks & Fireflies 1,520.00
Linn Co-Op Oil Company Fuel, Tire Repairs, Tires, LP, and Weed Killer 40,010.65
Linn County Board & Keep - June 2025 100.00
Linn County Rural Electric Coop. Electric Usage 7,114.73
Linn-Mar Community School Crossing Guard 4th Quarter - 3/31/25 thru 6/4/25 1,121.25
Lively, Inc HSA Admin Fee & Employee Contributions 4,341.86
LL Pelling Co Premix, Walk Your Wheels & Resurfacing Projects 968,264.51
M&E Strategies LLC dba CWL Group Legislative Retainer 6,000.00
MacQueen Equipment, LLC Garbage Truck & Self Contained Breathing Apparatus 439,944.16
Madison National Life Insurance Co Supplemental Life & Long Term Disability Insurance 8,051.88
Marion Tire Co Tires 2,032.00
Marion Water Department Water Service and Lucore Rd Property Acquisition 132,627.19
Martin Gardner Architecture PC Cemetery Crypts Billing & Consturction Admin. 3,256.00
Midwest Tape DVDs, Comics, Ebooks, Movies, TV, Audiobooks 7,335.78
Midwest Wheel Companies Crankcase, Cartridge Kit, Side Mirror, & Crimps 471.64
MissionSquare Retirement - ACH MissionSquare Deferred Comp 8,772.84
Municipal Collection of America Delinquent ATE Citation Collection - June 2025 1,893.85
O'Reilly Auto Parts Battery Maintainer, DEF, Filters, and Fluid 194.35
Paymentech, LLC Credit Card Merchant Fees - June 2025 260.10
PDCM Insurance FY26 - Cyber & General Ins. Policy, Risk Management 54,401.76
Pepsi-Cola Lowe Concession Products 523.61
Pipe Pro Inc City Hall Heat Pump and Water Heater Replacement 10,266.13
Plumb Supply Company Pool Restroom Repairs 80.71
Presto-X Pest Control Services 396.35
Quincy Recycle Corrugated Cardboard Loose/Baled 78.50
Rapids Reproductions Inc Yard Signs for Gill Inflatables 100.00
Rathje Construction Co 2024 5th & 2025 1st Ave Reconstruction Projects 270,135.86
RDG Planning & Design Inc Uptown 7th Avenue Additional Construction Services 258.64
Reliant Fire Apparatus Inc Control Box for Outrigger Repair - Fire Engine 4,916.85
Sadler Power Train U Joints for Drive Axle 54.72
Schumacher Elevator Company Quarterly Elevator Maintenance 415.05
Select Structural Engineering Framing Plans for Permit & Coordination of Burn Bldg 5,800.00
Sensys Gatso USA, Inc Delinquent ATE Citation Collections - June 2025 2,695.00
Shehata Ventures dba Office Pride Janitorial services for all City facilities 16,138.00
Signs etc Name Plate on Door 16.00
Staples Contract & Commercial LLC Urinal Mat, toilet paper, Paper Towels, Tissues 342.96
State Hygienic Laboratory Monthly Test - Pool 43.50
State of Iowa - ACH Iowa State Tax 23,508.59
Thomson Reuters-West Publishing Westlaw Subscription - Municipal Materials July 2025 298.82
Traffic Control Corporation Stock- Pedestrian Buttons for Traffic Signals 1,200.00
Travelers Insurance FY26 - Crime Prevention Policy 4,229.00
U.S. Bank Loan Payments 56,677.66
Unique Management Services Inc Monthly Placements - June 2025 484.10
US Postal Service (Hasler) Postage - 05/30/2025-06/30/2025 2,000.00
Utility Equipment Company 15-2" X 24" Risers/Freight for sewer 645.20
Vestis Services, LLC Janitorial Services, Mat Cleaning, & Uniform Laundry 1,140.05
Wendling Quarries Inc Rock for Ascension Park 680.46
Wex Bank Fuel 112.56
Whitson, Jerry Reimburse for Gas 60.12
WHP Trainingtowers Training Tower Construction - Final Retention 46,941.89
WT Cox Information Services Print Periodicals - Sports Illustrated and SI for Kids 100.35
Zaruba, Beau Fuel for inspector's Vehicle 10.00
**Grand Total 4,651,616.68**

**Linn County Agricultural Extension District**
**Published Report - Operating**
**07/01/2024 to 6/30/2025**

Grant Revenue $65,074.27
Interest Revenue $31,135.52
Other Revenue $3,615.17
Program Fee Revenue $173,164.18
Property Tax Revenue $694,678.55
Rental Revenue $9,375.00
Resale Revenue $1,444.16
Total Receipts: $978,486.85
Total Beginning Balance and Receipts: $1,872,673.67
Disbursements:
4 Hermanos Mexican Food-Program Fee Expense $218.95
4Imprint-Program Fee Expense $905.95
A & R Marketing Inc.-Program Fee Expense $2,260.00
A1 Rental INC-Program Fee Expense $1,277.92
Amazon-Equipment, Grant, Program Fee, Supplies Expense $16,081.23
ATD - Hawkeye Chapter-Professional Development Training Expense $35.00
Avery-Program Fee Expense $33.84
Azeltine, Laurie-Program Fee Expense $1,389.90
Banacom Signs-Grant, Program Fee Expense $1,291.11
Barnes And Noble-Program Fee Expense $16.99
Barnyard Screen Printing-Program Fee Expense $168.00
Bass, Sheryl-Program Fee Expense $32.96
Becicka, Kim-Program Fee Expense $38.08
Best Of Signs-Program Fee Expense $1,427.90
Biotronics-Program Fee Expense $899.30
Blair, Melissa J.-Net Wages and Travel $22,406.76
Blick Art Material-Program Fee Expense $43.95
Bremer County Extension-Professional Development Training Expense $38.10
Bricklink-Program Fee Expense $31.28
Burns, Dave-Program Fee Expense $207.43
C4 Operations Background Check Services-Background Checks Expense $5,428.70
Campbell, Julie J.-Net Wages and Travel $864.31
Casey's General Store-Program Fee Expense $174.91
Catering by LJ's-Program Fee Expense $1,059.45
CauseTeam-Program Fee Expense $100.00
Cedar Rapids Metro Economic Alliance-Marketing, Memberships, Dues Expense $1,535.00
Chandak, Swarnim-Program Fee Expense $15.00
Chewy.com-Program Fee Expense $63.99
City of Center Point-Grant Expense $2,928.72
Clemens, Kathy-Program Fee Expense $37.22
Clover App-Bank Charges, Fees, Interest, Equipment Expense $1,311.53
Constant Contact-Memberships, Dues Expense $1,878.00
Copyworks-Program Fee, Supplies Expense $691.03
Cornbread Barbecue-Professional Development Training Expense $43.17
Costco-Grant Expense $83.79
Cotton Gallery-Program Fee Expense $50.00
Creative Virtue Crafts-Program Fee Expense $104.83
Crown Awards-Program Fee Expense $163.97
Culligan Water Conditioning-Equipment Expense $421.00
Custom Connections-Program Fee Expense $814.99
Cutler Supply Inc.-Program Fee Expense $307.06
Davis, Alicia-Program Fee Expense $1,126.71
Day's Creations-Program Fee Expense $140.84
Dick's Sporting Goods-Program Fee Expense $85.58
Dolezal, Judy-Program Fee Expense $112.13
Linn County Agricultural Extension District
Published Report - Operating
07/01/2024 to 6/30/2025
Domino's Pizza-Program Fee Expense $192.66
Doty, Karla-Non-Fee Proj Act Expense $7.34
Drzycimski, Missy J.-Prior Year Adjustment ($15.79)
Dubuque County Extension and Outreach-Professional Development Training Expense $75.07
Dunkin' Donuts-Program Fee Expense $54.60
Dusil, Randy-Program Fee Expense $44.97
Dvorak, Beula-Program Fee, Supplies Expense $344.43
Edgewood Locker-Program Fee Expense $2,492.00
Eilers, Mike-Program Fee Expense $118.76
Erbert and Gerbert's-Program Fee Expense $143.01
Etsy-Program Fee Expense $87.90
Eventbrite-Professional Development Training Expense $375.00
ExactMats-Supplies Expense $254.91
Fagle, Megan-Program Fee Expense $144.40
Fareway-Grant, Program Fee, Supplies Expense $517.35
Farmers State Bank-Bank Charges, Fees, Interest Expense $530.15
Field to Family-Grant Expense $160.62
FIRST-Program Fee Expense $1,678.00
First Advantage LNS Screening Solutions, Inc.-Background Checks Expense $6,292.27
First Class Signs-Marketing Expense $440.00
Fleet Farm-Supplies Expense $308.87
Fleming, Abbigail-Program Fee Expense $500.00
Fleming, Allissa-Program Fee Expense $500.00
Foss, Dawn M.-Net Wages and Travel $13,761.95
Francis L Dean & Associates-Program Fee Expense $131.25
Francois, Rachel-Program Fee Expense $733.62
Frontier Garden Center-Program Fee, Supplies Expense $903.04
Fulmer, Michelle-Program Fee Expense $60.17
Gary's-Program Fee Expense $27.34
Gateway Hotel-Professional Development Training Expense $139.47
Gazette Communications-Advertising, Memberships, Dues, & Subscriptions Expense $879.80
Gilcrest Lumber-Program Fee Expense $1,323.68
Global Industrial-Program Fee Expense $1,160.30
Gordon, Ashley-Program Fee Expense $60.00
Grant, Rani-Program Fee Expense $122.95
Guritz, Alyssa N.-Net Wages and Travel $34,868.00
Guttau, Mick-Program Fee Expense $56.02
Harbor Freight-Program Fee Expense $179.94
Hawkeye Publishing LLC-Program Fee Expense $150.00
Hayes, Jason N.-Net Wages and Travel $46,364.64
Heartland Bank and Trust-Program Fee Expense $351.50
Herzog, Alicia-Program Fee Expense $178.22
Hoffman, Lindsey-Program Fee Expense $275.00
Hollywood Graphics-Program Fee Expense $285.12
Home Depot-Program Fee Expense $325.36
Hometown Market-Program Fee Expense $8,622.18
Hospodarsky, Lindsey N.-Net Wages and Travel $4,567.56
Hughes, Brian-Program Fee Expense $45.00
Hughes, Kathy-Program Fee Expense $22.96
Hyatt Hotels-Grant Expense $133.28
Hy-Vee-Grant, Meeting, Non-Fee Project, Program Fee, Supplies Expense $4,338.83
IMON Communications-Telecommunications Expense $4,996.11
Iowa 4-H Foundation-Program Fee Expense $1,508.00
Iowa Beef Industry Council-Program Fee Expense $49.50
Iowa Extension Council Association-Memberships, Dues Expense $2,825.00
Iowa Farm Bureau Spokesman-Marketing Expense $210.00
Iowa NAE4-HA-Professional Development Training Expense $85.00
Iowa Solutions-Telecommunications Expense $42.00
Iowa State University-Audit, Equipment, Materials, Program, Shared Support Expense $149,556.46
IPERS-Retirement Plan $56,592.18
Jotform-Memberships, Dues, Program Fee Expense $1,294.77
Jung Seed-Program Fee Expense $91.10
Kelley's Stone Engraving-Program Fee Expense $107.00
Kids Gardening-Program Fee Expense $24.91
Kids in Need-Program Fee Expense $500.00
Kirkwood Community College-Facility Expense $53,133.60
Klemp, Denise-Program Fee Expense $274.71
Konica Minolta-Equipment, Supplies Expense $9,109.13
Kremer, Kylee-Program Fee Expense $500.00
Kristeena's Catering-Program Fee Expense $5,483.00
Krumbholz, Sam-Program Fee Expense $20.33
Kuhlman, Diane-Program Fee Expense $160.19
La Casa de Pancho-Meeting Expense $35.51
Lamar Companies-Marketing, Program Fee Expense $1,800.00
Liebenguth, Jessie-Program Fee Expense $643.00
Linn Coop Oil-Program Fee Expense $66.57
Linn County Fair Association-Program Fee Expense $1,216.43
Linn County Health & Dental Fund-Benefits Expense $85,926.00
Linn County Public Health-Program Fee Expense $50.00
Linn News-Advertising, Memberships, Dues, Program Fee Expense $1,147.85
Lowes-Equipment, Program Fee, Supplies Expense $475.50
Lucky Penny-Program Fee Expense $80.76
Lutz, Zoe C.-Net Wages and Travel $16,164.72
Mackey, Bridgette-Prior Year Adjustment ($20.00)
MacNider, Paula-Program Fee Expense $233.43
Madison National Life Insurance-Benefits Expense $1,326.74
Magoon, Carol-Program Fee Expense $12.00
Marcia Jordan-Program Fee Expense $57.11
Marion Parks and Recreation-Program Fee Expense $2,089.66
Marshall, Lynda A.-Net Wages and Travel $2,872.90
McCabe, Donna-Program Fee Expense $179.63
Menards-Grant, Program Fee Expense $489.22
Meta-Marketing, Program Fee Expense $529.62
Michaels-Program Fee Expense $81.87
Miell, Anna-Program Fee Expense $500.00
Miranda, Monica -Non-Fee Proj Act Expense $2,275.00
Molly's Custom Silver-Program Fee Expense $504.50
Moski's BBQ-Program Fee Expense $1,875.00
Mount Vernon Community Schools Foundation-Program Fee Expense $300.00
Murphy's Landscaping-Program Fee Expense $300.00
Name Badge Productions-Supplies Expense $43.84
National Pork Board-Program Fee Expense $68.28
New Pioneer Coop-Grant Expense $1,001.99
Newton, Annabelle M.-Net Wages and Travel $1,029.49
Niec, Laura-Program Fee Expense $28.50
Nipps, Maggie-Prior Year Adjustment ($53.20)
Nolt's Midwest Produce Supplies-Program Fee Expense $1,005.00
Office Max-Program Fee, Supplies Expense $59.87
Ohrt, Wanda-Program Fee Expense $876.14
Old Chicago-Professional Development Training Expense $36.46
Oriental Trading-Program Fee Expense $28.56
Otterbein, Jean Darrell Rose Lee-Net Wages and Travel $39,948.87
Panera-Program Fee Expense $12.62
Papa John's-Program Fee Expense $170.34
Parmer, Stacy-Program Fee Expense $62.60
Patters, Peggy-Program Fee Expense $224.00
Paulsen, Brooke-Meeting Expense $17.50
Paymode-Bank Charges, Fees, Interest Expense $104.81
Pfister, Phil-Program Fee Expense $4,028.62
Pierson's Flower Shop-Program Fee Expense $136.50
Pohl, Karelyn-Program Fee Expense $100.00
Prairie Moon Nursery-Program Fee Expense $14.00
Professional Solutions-Bank Charges, Fees, Interest Expense $724.28
PYD Academy-Professional Development Training Expense $200.00
Quadient-Equipment Expense $829.80
Quebe, Julie-Program Fee Expense $103.24
Rapids Reproductions-Program Fee Expense $100.05
Raygun-Program Fee Expense $1,084.50
Registration Max-Memberships, Dues Expense $1,250.00
Rice, Kathy-Program Fee Expense $815.50
Rice, Mike-Program Fee Expense $507.52
Ries, Jon-Program Fee Expense $2,250.00
Robertson, Carrie-Program Fee Expense $85.78
Robertson, Joel-Program Fee Expense $700.00
Rock, Isabel-Prior Year Adjustment ($20.00)
RTE-Program Fee Expense $300.00
Ruzicka's Meat Processing Inc-Program Fee Expense $100.00
Sam's Club-Grant, Program Fee Expense $1,702.88
Sandberg, Hailee Jo Madeline-Net Wages and Travel $16,652.41
Savel, Janice -Prior Year Adjustment ($23.40)
Schlecht Hatchery-Program Fee Expense $164.00
Schrader, Charlie-Program Fee Expense $700.00
Scott County Extension-Professional Development Training Expense $15.00
Secretary of State-Notary Expense $30.00
Serbousek, Erika M.-Net Wages and Travel $37,077.12
Severson, Sara-Anne M.-Net Wages and Travel $2,589.92
Shah Communications-Professional Contracted Services Expense $980.00
Shop 4-H-Grant, Program Fee Expense $3,446.65
Shrader, Jillian-Transportation Expense $20.90
Snake River Seed Cooperative-Program Fee Expense $16.81
Stanger, Garnet R.-Net Wages and Travel $31,808.76
Stark, Julie-Program Fee Expense $185.00
Stejskal, Abi-Program Fee Expense $500.00
Stericycle, Inc-Facility Expense $963.61
Stevens, Jason-Program Fee Expense $500.00
Stevens, Justin-Program Fee Expense $500.00
Stevens, Michelle-Program Fee Expense $38.00
Stoner, Mya-Program Fee Expense $108.59
Strecker, Tamara-Program Fee Expense $28.19
Stripe-Bank Charges, Fees, Interest, Program Fee Expense $160.00
Svenson Hults, Alana-Program Fee Expense $140.93
Target-Grant, Program Fee, Supplies Expense $872.17
The Sun-Memberships, Dues Expense $55.00
The Table Group-Professional Development Training Expense $112.50
Theisen's-Program Fee Expense $62.44
Thuerauf, Emily-Program Fee Expense $85.00
Thuerauf, Lisa-Program Fee Expense $133.54
Thursby, Deanna-Program Fee Expense $85.15
Totally Tomatoes-Program Fee Expense $107.65
Treasurer, State Of Iowa-Payroll Taxes $8,594.89
US Cellular-Telecommunications Expense $713.98
US Department Of The Treasury-Payroll Taxes $81,551.19
US Postal Service-Postage Expense $3,008.65
Van Gorp, Brenda-Program Fee Expense $85.00
Wake, Teresa-Program Fee Expense $136.95
Wal-Mart Community-Grant, Non-Fee Proj Act, Program Fee, Supplies Expense $3,177.55
Warkentin, Ava E.-Net Wages and Travel $1,130.02
Waugh, Renae-Program Fee Expense $45.00
Waybill, Trudy-Program Fee Expense $2,077.87
Webstaurant-Program Fee Expense $721.34
Webster, Dani-Prior Year Adjustment ($7.50)
Wecker, Zoey D.-Net Wages and Travel $4,930.61
Wertzberger, Evelyn G.-Net Wages and Travel $895.86
Whitfield & Eddy-Professional Contracted Services Expense $375.00
Whova-Program Fee Expense $5,889.00
Wilson-Hatcher, Sarah L.-Net Wages and Travel $38,240.35
WSA Promotions LLC-Program Fee Expense $1,258.00
Zapier-Program Fee Expense $52.76
Total Disbursements: $922,107.09
Net Balance: June 30, 2025 $950,566.58
STATE OF IOWA - Linn County
I, Emmaly Renshaw, Chair, and I, Megan Fagle, Treasurer of the Linn County Agricultural Extension Council, being duly sworn on oath, state to the best of our knowledge and belief, that the items included in the foregoing Financial Report are true and correct statement of receipts and expenditures of the Linn County Agricultural Extension Fund.
Signed Emmaly Renshaw , Chair Signed Megan Fagle , Treasurer
Subscribed and sworn to before me on this day of, 2025.
Sarah Wilson Hatcher, Commission Number 841406 Notary Public

**PUBLIC NOTICES**
**iowapublicnotices.com**

**CITY OF MARION MINUTES 7.15.25**

The following minutes have not been approved by the City Council & any revisions, additions, or corrections thereto will appear in the next set of minutes to be published.
The City Council of the City of Marion, IA met in informal work session, 7/15/25, at 4:00 PM, in the Council Chambers of City Hall, 1225 6th Avenue, with the following members present:
PRESENT: Harper, Jensen, AbouAssaly, Strnad, and Miskimen
ABSENT: Brandt and Mentzer
Mayor AbouAssaly presided over the meeting.
Presentation on the status of the Stormwater Master Plan: Detention Basin Condition Assessment - Stormwater Coordinator Cooper and Stephanie Then Hooge with HDR presented information re: the above referenced condition assessment. The hydrologic and hydraulic model development was shared in addition to model results. Then Hooge stated an email will be sent for Council to provide feedback on criteria priorities. Results will be discussed at the August 19 work session. Harper asked about the criteria and offered a different approach. Then Hooge provided additional information on why they are taking the approach they're recommending. Miskimen asked about the plan for engaging with residents who previously provided comments. Then Hooge stated feedback will be provided in the final report. Miskimen encouraged follow-up with those who provided comments. Jensen asked we communicate this project in the Marion Messenger.
Presentation from Cedar Rapids Water Control Pollution Facilities (CRWPCF) - Dave Wallace with City of Cedar Rapids provided information re: current and future improvements and current and proposed 28E agreements re: treatment and capacity.
Brandt arrived at 4:41 p.m.
Wallace continued discussion re: the updated 28E agreements. Harper asked for additional details on why Marion will be classified as industrial. Wallace stated there is residential users (group 1), then slightly higher users (group 2), and then the first industrial level (group 3). Wallace stated Marion's use is what classifies Marion into group 3. Deputy City Manager Downs thanked the teams from Cedar Rapids and Hiawatha for their collaboration on this agreement.
Annual Presentation from Together! Healthy Linn Steering Committee - Jacquie Montoya with Linn County Public Health provided an overview of the above reference committee and shared the Community Health Improvement Plan (CHIP) including priority areas and goals. Mayor AbouAssaly thanked Linn County Public Health for all they do.
Presentation re: the final Neighborhood Park Master Plans - Parks Director Staashelm introduced Scott Crawford with RDG Planning & Design and stated this master plan will be a guiding document that will be used over the next 5-15 years as these areas are developed. Crawford presented the final concept plans for the Lucore Property Park, Waterlinn Property Park and Willow Park. Jensen asked if staff has thought about how these would be phased in. Staashelm stated having prairies and landscaping established would be a great head start for once development occurs.
Jensen left the meeting at 5:20 p.m.
Discussion re: FY 26-27 Budget: Financial Policies - Finance Director Cairy provided an overview of the budget calendar and staff's review of the financial policies. Staff is recommending a change to the debt management policy and purchasing policy. Harper asked for a graphic representation of the potential bond and debt limit.
Discussion and Direction re: Central Plaza Water Feature Hours - Parks Maintenance Manager Mollenhauer provided a recap of the central plaza and remaining items. Mollenhauer spoke about the water feature, which is designated as a splash pad by the State of Iowa, and stated the Park Board is recommending to change the operation hours from 10 a.m. to 10 p.m. to align with Uptown business hours and park closing hours. Council was in support of the recommendation.
Update re: Aquatic Center Project - Parks Director Staashelm provided an update re: the above-referenced project. He stated the polling surveys have been distributed with the deadline of July 28. Results will be presented on Aug. 19.
Discussion and Direction re: Proposed Updated Fee Schedule for the Community Development Department - Planning Division - Emily Huston, consultant with MSA Professional Services, provided an overview of the recommended fee changes for the Planning Division. Mayor AbouAssaly asked if the recommended changes are comparable to others in the metro area. Huston confirmed and stated there are some fees that aren't charged in the metro area which is why fees in our other comparable communities were researched. Miskimen asked staff's opinion on how these fee changes will impact smaller developers.
Strnad left the meeting at 5:50 p.m.
City Manager Waller stated these fees are standard and will fit for smaller or larger developments. Harper asked if we intend to calibrate labor costs for the top five services in Planning. Waller stated that is the goal as we continue to gather more data. Huston also stated staff is exploring an Escrow Policy for new developments which will be discussed more at future meetings.
City Council review of the July 17, 2025 agenda. City Council discussed the agenda with no action taken.
The meeting adjourned at 6:18 p.m.
Rachel Bolender, City Clerk

**Public Notice**
**Taking Bids to Rent for 160 acres or 145.1 crop acres of Farm Land**

The Victor Public Library is taking bids to rent 145.1 acres of crop ground in Poweshiek County located in the northwest quarter of section 36, township 81 north, range 13 west of the fifth p.m. The bid will for a two year lease. All bids are due to the Victor Public Library, 710 Second Street, PO Box 686, Victor, IA 52347 **by 6:00 pm on Friday, August 22, 2025.** The bids will be viewed on a special meeting on Monday, August 25 at 6:00 pm. The top three bidders will be contacted prior to the meeting to allow them to attend the meeting to increase their bids, if desired.

**NOTICE OF OBJECTION BAR DATE TO MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF**
**Chapter 11 Bankruptcy**
**Case No. 23-00623**
**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA**

IN RE:
**MERCY HOSPITAL, IOWA CITY, IOWA, et al., n/k/a MHIC,**
Debtors.
NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on or about June 25, 2025 a Motion to Authorize Omnibus Objections Disallowing Individual Proofs of Claim (Pensioners) and for Other Relief (Dkt #1938). The Trustee's Motion seeks an Order to disallow the Individual Proofs of Claim because, inter alia, the Plan proposes any payment due will be tendered to a Pension Trust, and the Individual Proofs of Claim are treated as a member in Class 5 of the confirmed Plan. A copy of the Motion may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.
NOTICE IS FURTHER GIVEN that objection to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, on or before August 23, 2025.
NOTICE IS FURTHER GIVEN that if no objection is timely filed, an Order may be entered granting the relief requested in the Motion, without further notice or hearing.
/s/ Eric W. Lam
Eric W. Lam, AT0004416
Joseph Porter, AT0014454
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
ATTORNEYS FOR LIQUIDATION TRUSTEE








Iowa

PO Box 631851 Cincinnati, OH 45263-1851

GANNETT

**AFFIDAVIT OF PUBLICATION**

Simmons Perrine Moyer Bergman
115 3rd St SE #1200
Cedar Rapids IA 52401

STATE OF WISCONSIN, COUNTY OF BROWN

The Des Moines Register and Tribune Company, a newspaper printed and published in the city of Des Moines, Polk County, State of Iowa, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

07/22/2025

and that the fees charged are legal.
Sworn to and subscribed before on 07/22/2025

Legal Clerk

Notary, State of WI, County of Brown

9/9/25

My commission expires

| | | | |
|---|---|---|---|
| Publication Cost: | $78.40 | | |
| Tax Amount: | $0.00 | | |
| Payment Cost: | $78.40 | | |
| Order No: | 11504812 | # of Copies: | |
| Customer No: | 1545505 | 0 | |
| PO #: | LIOW0336606 | | |

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

NOTICE OF OBJECTION BAR DATE TO MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE: MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC, Debtors.

Chapter 11 Bankruptcy
Case No. 23-00623

**NOTICE OF OBJECTION BAR DATE TO MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF**

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on or about June 25, 2025 a Motion to Authorize Omnibus Objections Disallowing Individual Proofs of Claim (Pensioners) and for Other Relief (Dkt #1938). The Trustee's Motion seeks an Order to disallow the Individual Proofs of Claim because, *inter alia,* the Plan proposes any payment due will be tendered to a Pension Trust, and the Individual Proofs of Claim are treated as a member in Class 5 of the confirmed Plan. A copy of the Motion may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that objection to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, on or before August 23, 2025.

NOTICE IS FURTHER GIVEN that if no objection is timely filed, an Order may be entered granting the relief requested in the Motion, without further notice or hearing.

*/s/ Eric W. Lam*

Eric W. Lam, AT0004416
Joseph Porter, AT0014454
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641
Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
Attorneys for Liquidation Trustee

MHLT/Pldgs/ BA 23-00623 – Drafts/NOBD re Mtn to Disallow Indiv Pensioners POC.071725.1145.ewl

July 22 2025
LIOW0336606




Iowa

GANNETT

PO Box 631851 Cincinnati, OH 45263-1851

## AFFIDAVIT OF PUBLICATION

Simmons Perrine Moyer Bergman
115 3rd St SE #1200
Cedar Rapids IA 52401

STATE OF WISCONSIN, COUNTY OF BROWN

The Iowa City Press Citizen, a newspaper printed and published in the city of Iowa, Johnson County, State of Iowa, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

07/22/2025

and that the fees charged are legal.
Sworn to and subscribed before on 07/22/2025

Legal Clerk

Notary, State of WI, County of Brown

9/9/25

My commission expires

| | | | |
|---|---|---|---|
| Publication Cost: | $77.20 | | |
| Tax Amount: | $0.00 | | |
| Payment Cost: | $77.20 | | |
| Order No: | 11504764 | # of Copies: | |
| Customer No: | 1545505 | 0 | |
| PO #: | LIOW0336522 | | |

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

NOTICE OF OBJECTION BAR DATE TO MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE: MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC, Debtors.

Chapter 11 Bankruptcy
Case No. 23-00623

**NOTICE OF OBJECTION BAR DATE TO MOTION TO AUTHORIZE OMNIBUS OBJECTIONS DISALLOWING INDIVIDUAL PROOFS OF CLAIM (PENSIONERS) AND FOR OTHER RELIEF**

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on or about June 25, 2025 a Motion to Authorize Omnibus Objections Disallowing Individual Proofs of Claim (Pensioners) and for Other Relief (Dkt #1938). The Trustee's Motion seeks an Order to disallow the Individual Proofs of Claim because, *inter alia,* the Plan proposes any payment due will be tendered to a Pension Trust, and the Individual Proofs of Claim are treated as a member in Class 5 of the confirmed Plan. A copy of the Motion may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that objection to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, on or before August 23, 2025.

NOTICE IS FURTHER GIVEN that if no objection is timely filed, an Order may be entered granting the relief requested in the Motion, without further notice or hearing.

*<u>/s/ Eric W. Lam</u>*
Eric W. Lam, AT0004416
Joseph Porter, AT0014454
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641
Fax: 319-366-1917
elam@simmonsperrine.com
jporter@spmblaw.com
Attorneys for Liquidation Trustee

MHLT/Pldgs/ BA 23-00623 – Drafts/NOBD re Mtn to Disallow Indiv Pensioners POC.071725.1145.ewl
July 22 2025
LIOW0336522