IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**QUARTERLY REPORT** |

COMES NOW Dan R. Childers in his sole capacity as Trustee of the Liquidation Trust, by and through his counsel, and hereby respectfully submits the following Reports for the second quarter of 2025 (April 1, 2025 – June 30, 2025).

        */s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 1st day of August, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

        */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Quarterly Report for April-June 2025.080125.1503.ewl

**Mercy Hospital Liquidation Trust**　　　　　　　　　　　　　　　　　　**23-00623 (TJC)**

**Quarterly Operating Reports**

|  | 04/01/25 - 06/30/35 |
|---|---:|
| **Chapter 11 Disbursements** | $ 2,298,184.24 |
| **Statutory Rate** | 0.80% |
| **Quarterly Fees Due** | $ 18,385.47 |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.**

| | |
|---|---|
| /s/ Marc B. Ross | 7/29/25 |
| **Financial Advisor to Liquidation Trustee** | **Date** |

**Mercy Hospital Liquidation Trust**
**Cash and Recovery Analysis Worksheet**

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/25 | Beginning Cash | | | 10,405,557.50 | | (0.00) | 2,423,778.28 | - | (0.00) | 300,337.70 | 96,340.58 | 5,574,812.49 | 1,948.18 | 2,008,340.27 | | | |
| 4/1/25 | Sweep Activity | Transfer | | - | | (422.00) | 422.00 | | | | | | | | | | - |
| 4/1/25 | Bank Fees | Bank Fees | | (1,792.02) | | (1,792.02) | | | | | | | | | | (1,792.02) | |
| 4/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,033.35 | | 1,033.35 | | | | | | | | | | | 1,033.35 |
| 4/1/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (2,205.00) | | | | | | | (2,205.00) | | | | | (2,205.00) | |
| 4/1/25 | Sweep Activity | Transfer | | - | | 758.67 | (758.67) | | | | | | | | | | - |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 433.13 | | 433.13 | | | | | | | | | | | 433.13 |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 432.85 | | 432.85 | | | | | | | | | | | 432.85 |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,321.91 | | 1,321.91 | | | | | | | | | | | 1,321.91 |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 582.41 | | | | | | 582.41 | | | | | | | 582.41 |
| 4/2/25 | Sweep Activity | Transfer | | - | | (2,187.89) | 2,187.89 | | | | | | | | | | - |
| 4/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | | 7/29/25 | 18.11 | | 18.11 | | | | | | | | | | | 18.11 |
| 4/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 649.49 | | 649.49 | | | | | | | | | | | 649.49 |
| 4/3/25 | Sweep Activity | Transfer | | - | | (667.60) | 667.60 | | | | | | | | | | - |
| 4/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 593.00 | | 593.00 | | | | | | | | | | | 593.00 |
| 4/4/25 | Sweep Activity | Transfer | | - | | (593.00) | 593.00 | | | | | | | | | | - |
| 4/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 978.81 | | 978.81 | | | | | | | | | | | 978.81 |
| 4/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 862.60 | | 862.60 | | | | | | | | | | | 862.60 |
| 4/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,485.85 | | 1,485.85 | | | | | | | | | | | 1,485.85 |
| 4/7/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (4,940.00) | | | | | | | (4,940.00) | | | | | (4,940.00) | |
| 4/7/25 | Sweep Activity | Transfer | | - | | (1,485.85) | 1,485.85 | | | | | | | | | | - |
| 4/8/25 | Bank Fees | Bank Fees | | (49.95) | | | | | | (49.95) | | | | | | | (49.95) |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 443.58 | | 443.58 | | | | | | | | | | | 443.58 |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 145.90 | | 145.90 | | | | | | | | | | | 145.90 |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 406.00 | | 406.00 | | | | | | | | | | | 406.00 |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 148.25 | | | | | | 148.25 | | | | | | | 148.25 |
| 4/8/25 | Sweep Activity | Transfer | | - | | (995.48) | 995.48 | | | | | | | | | | - |
| 4/9/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | | (94.85) |
| 4/9/25 | Bank Fees | Bank Fees | | (154.80) | | | | | | (154.80) | | | | | | | (154.80) |
| 4/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,348.07 | | 1,348.07 | | | | | | | | | | | 1,348.07 |
| 4/9/25 | Sweep Activity | Transfer | | - | | (3,189.48) | 3,189.48 | | | | | | | | | | - |
| 4/10/25 | Bank Fees | Bank Fees | | (1.48) | | | | | | (1.48) | | | | | | | (1.48) |
| 4/10/25 | Bank Fees | Bank Fees | | (0.10) | | | | | | (0.10) | | | | | | | (0.10) |
| 4/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 143.24 | | 143.24 | | | | | | | | | | | 143.24 |
| 4/10/25 | Sweep Activity | Transfer | | - | | (143.24) | 143.24 | | | | | | | | | | |
| 4/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 422.00 | | 422.00 | | | | | | | | | | | 422.00 |
| 4/14/25 | Bank Fees | Bank Fees | | (1,789.98) | | (1,789.98) | | | | | | | | | | (1,789.98) | |
| 4/14/25 | Bank Fees | Bank Fees | | (12.96) | | (12.96) | | | | | | | | | | | (12.96) |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 13,419.61 | | 13,419.61 | | | | | | | | | | | 13,419.61 |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15.00 | | 15.00 | | | | | | | | | | | 15.00 |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 198.51 | | 198.51 | | | | | | | | | | | 198.51 |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 197.74 | | 197.74 | | | | | | | | | | | 197.74 |
| 4/14/25 | Laura Davis | Liquidation Trust - Other Fees | | (2,010.00) | | | | | | | (2,010.00) | | | | | (2,010.00) | |
| 4/14/25 | Sweep Activity | Transfer | | - | | 1,206.69 | (1,206.69) | | | | | | | | | | - |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 428.05 | | 428.05 | | | | | | | | | | | 428.05 |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 283.88 | | 283.88 | | | | | | | | | | | 283.88 |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,990.40 | | 3,990.40 | | | | | | | | | | | 3,990.40 |
| 4/15/25 | Sweep Activity | Transfer | | - | | (4,728.73) | 4,728.73 | | | | | | | | | | - |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 680.00 | | 680.00 | | | | | | | | | | | 680.00 |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6.45 | | | | | | 6.45 | | | | | | | 6.45 |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 32.16 | | | | | | 32.16 | | | | | | | 32.16 |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 44.33 | | | | | | 44.33 | | | | | | | 44.33 |
| 4/16/25 | Sweep Activity | Transfer | | - | | (13,914.61) | 13,914.61 | | | | | | | | | | - |
| 4/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,398.57 | | 1,398.57 | | | | | | | | | | | 1,398.57 |
| 4/17/25 | Sweep Activity | Transfer | | - | | (1,398.57) | 1,398.57 | | | | | | | | | | - |
| 4/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 265.00 | | 265.00 | | | | | | | | | | | 265.00 |
| 4/18/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (40,603.97) | | | | | | | (40,603.97) | | | | | (40,603.97) | |
| 4/18/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (18,232.50) | | | | | | | (18,232.50) | | | | | (18,232.50) | |
| 4/18/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (36,057.80) | | | | | | | (36,057.80) | | | | | (36,057.80) | |
| 4/18/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (1,747.20) | | | | | | | (1,747.20) | | | | | (1,747.20) | |
| 4/18/25 | Sweep Activity | Transfer | | - | | 999,735.00 | (999,735.00) | | | | | | | | | | - |
| 4/18/25 | Transfer | Transfer | | - | | (1,000,000.00) | | | | | | 1,000,000.00 | | | | | - |
| 4/18/25 | Transfer | Transfer | | - | | | | | | | 150,000.00 | (150,000.00) | | | | | - |
| 4/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17,367.03 | | 17,367.03 | | | | | | | | | | | 17,367.03 |
| 4/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 56.03 | | 56.03 | | | | | | | | | | | 56.03 |
| 4/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 633.07 | | 633.07 | | | | | | | | | | | 633.07 |
| 4/21/25 | Sweep Activity | Transfer | | - | | (689.10) | 689.10 | | | | | | | | | | - |
| 4/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 331.01 | | 331.01 | | | | | | | | | | | 331.01 |
| 4/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 252.86 | | 252.86 | | | | | | | | | | | 252.86 |
| 4/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 532.10 | | 532.10 | | | | | | | | | | | 532.10 |
| 4/22/25 | Sweep Activity | Transfer | | - | | (1,182.57) | 1,182.57 | | | | | | | | | | - |
| 4/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 405.70 | | 405.70 | | | | | | | | | | | 405.70 |
| 4/23/25 | Sweep Activity | Transfer | | - | | (17,706.13) | 17,706.13 | | | | | | | | | | - |
| 4/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,176.26 | | 1,176.26 | | | | | | | | | | | 1,176.26 |
| 4/24/25 | Sweep Activity | Transfer | | - | | (1,176.26) | 1,176.26 | | | | | | | | | | - |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 804.95 | | 804.95 | | | | | | | | | | | 804.95 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 204.21 | | 204.21 | | | | | | | | | | | 204.21 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 180.07 | | | | | | 180.07 | | | | | | | 180.07 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 563.97 | | | | | | 563.97 | | | | | | | 563.97 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 785.66 | | | | | | 785.66 | | | | | | | 785.66 |
| 4/25/25 | Sweep Activity | Transfer | | - | | (204.21) | 204.21 | | | | | | | | | | - |
| 4/28/25 | Denise Wood | AR Collection Fees | | (1,743.75) | | | | | | | (1,743.75) | | | | | (1,743.75) | |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 79.32 | | 79.32 | | | | | | | | | | | 79.32 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 984.73 | | 984.73 | | | | | | | | | | | 984.73 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 44.33 | | | | | | 44.33 | | | | | | | 44.33 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 56.48 | | | | | | 56.48 | | | | | | | 56.48 |

**Mercy Hospital Liquidation Trust**
**Cash and Recovery Analysis Worksheet**

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 58.18 | | | | | | 58.18 | | | | | | | 58.18 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 72.76 | | | | | | 72.76 | | | | | | | 72.76 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 76.49 | | | | | | 76.49 | | | | | | | 76.49 |
| 4/28/25 | Gebbs | AR Collection Fees | | (3,399.38) | | (3,399.38) | | | | | | | | | | (3,399.38) | |
| 4/28/25 | Sweep Activity | Transfer | | - | | 2,335.33 | (2,335.33) | | | | | | | | | | - |
| 4/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 546.52 | | 546.52 | | | | | | | | | | | 546.52 |
| 4/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.53 | | 327.53 | | | | | | | | | | | 327.53 |
| 4/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 132.65 | | 132.65 | | | | | | | | | | | 132.65 |
| 4/29/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (1,636.00) | | | | | | | (1,636.00) | | | | | (1,636.00) | |
| 4/29/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (70,068.26) | | | | | | | (70,068.26) | | | | | (70,068.26) | |
| 4/29/25 | Sweep Activity | Transfer | | - | | (1,811.65) | 1,811.65 | | | | | | | | | | - |
| 4/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.00 | | 130.00 | | | | | | | | | | | 130.00 |
| 4/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 136.67 | | | | | | 136.67 | | | | | | | 136.67 |
| 4/30/25 | Interest | Interest | | 2,739.19 | | | 2,739.19 | | | | | | | | | | 2,739.19 |
| 4/30/25 | Interest | Interest | | 3,301.38 | | | | | | | | | | 3,301.38 | ##### | | 3,301.38 |
| 4/30/25 | Interest | Interest | | 15,538.80 | | | | | | | | 15,538.80 | | | | | 15,538.80 |
| 4/30/25 | Sweep Activity | Transfer | | - | | 14,394.41 | (14,394.41) | | | | | | | | | | - |
| 4/30/25 | US Dept. of the Treasury | US Trustee Fees | | (14,524.41) | | (14,524.41) | | | | | | | | | | (14,524.41) | |
| **4/30/25** | **Total** | | | **10,284,445.69** | | **(0.00)** | **1,460,583.74** | **-** | **(0.00)** | **302,824.73** | **67,096.10** | **6,440,351.29** | **1,948.18** | **2,011,641.65** | | | |
| 4/30/25 | | | | | | | | | | | | | | | | | |
| 5/1/25 | Bank Fees | Bank Fees | | (1,343.51) | | (1,343.51) | | | | | | | | | | (1,343.51) | |
| 5/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 887.38 | | 887.38 | | | | | | | | | | | 887.38 |
| 5/1/25 | Sweep Activity | Transfer | | - | | 456.13 | (456.13) | | | | | | | | | | - |
| 5/2/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (10,244.27) | | | | | | | (10,244.27) | | | | | (10,244.27) | |
| 5/2/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (20,041.37) | | | | | | | (20,041.37) | | | | | (20,041.37) | |
| 5/2/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (30,118.19) | | | | | | | (30,118.19) | | | | | (30,118.19) | |
| 5/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 176.00 | | 176.00 | | | | | | | | | | | 176.00 |
| 5/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17.60 | | 17.60 | | | | | | | | | | | 17.60 |
| 5/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,133.76 | | 1,133.76 | | | | | | | | | | | 1,133.76 |
| 5/2/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (7,687.50) | | | | | | | (7,687.50) | | | | | (7,687.50) | |
| 5/2/25 | Sweep Activity | Transfer | | - | | (1,327.36) | 1,327.36 | | | | | | | | | | - |
| 5/2/25 | Transfer | Transfer | | - | | | | | | | | 250,000.00 | (250,000.00) | | | | - |
| 5/5/25 | Edward Patrick Maggallanes | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 5/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 19.40 | | 19.40 | | | | | | | | | | | 19.40 |
| 5/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 108.50 | | 108.50 | | | | | | | | | | | 108.50 |
| 5/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 166.65 | | | | | | 166.65 | | | | | | | 166.65 |
| 5/5/25 | Sweep Activity | Transfer | | - | | (127.90) | 127.90 | | | | | | | | | | - |
| 5/5/25 | Transfer | Transfer | | - | | | | | | | (280,000.00) | 280,000.00 | | | | | - |
| 5/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 297.53 | | 297.53 | | | | | | | | | | | 297.53 |
| 5/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.90 | | 57.90 | | | | | | | | | | | 57.90 |
| 5/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 479.17 | | 479.17 | | | | | | | | | | | 479.17 |
| 5/6/25 | Sedgwick | Self Insurance Payments | | (8.85) | | (8.85) | | | | | | | | | | (8.85) | |
| 5/6/25 | Sweep Activity | Transfer | | - | | (825.75) | 825.75 | | | | | | | | | | - |
| 5/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 230.36 | | 230.36 | | | | | | | | | | | 230.36 |
| 5/7/25 | Sweep Activity | Transfer | | - | | (230.36) | 230.36 | | | | | | | | | | - |
| 5/8/25 | Bank Fees | Bank Fees | | (49.95) | | | | | | (49.95) | | | | | | (49.95) | |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15,491.36 | | 15,491.36 | | | | | | | | | | | 15,491.36 |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 475.31 | | 475.31 | | | | | | | | | | | 475.31 |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 708.78 | | 708.78 | | | | | | | | | | | 708.78 |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 230.40 | | | | | | 230.40 | | | | | | | 230.40 |
| 5/8/25 | Sweep Activity | Transfer | | - | | (4,633.78) | 4,633.78 | | | | | | | | | | - |
| 5/9/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | |
| 5/9/25 | Bank Fees | Bank Fees | | (154.80) | | | | | | (154.80) | | | | | | (154.80) | |
| 5/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,602.08 | | 1,602.08 | | | | | | | | | | | 1,602.08 |
| 5/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 535.97 | | 535.97 | | | | | | | | | | | 535.97 |
| 5/9/25 | McDermott Will & Emery LLP | Chapter 11 Professional Fees | | 43,078.69 | | | | | | | | 43,078.69 | | | | | 43,078.69 |
| 5/9/25 | Sweep Activity | Transfer | | - | | (2,138.05) | 2,138.05 | | | | | | | | | | - |
| 5/12/25 | Bank Fees | Bank Fees | | (3.40) | | | | | | (3.40) | | | | | | (3.40) | |
| 5/12/25 | Bank Fees | Bank Fees | | (0.24) | | | | | | (0.24) | | | | | | (0.24) | |
| 5/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 198.51 | | 198.51 | | | | | | | | | | | 198.51 |
| 5/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,200.00 | | 1,200.00 | | | | | | | | | | | 1,200.00 |
| 5/12/25 | Sweep Activity | Transfer | | - | | (13,440.18) | 13,440.18 | | | | | | | | | | - |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.67 | | 550.67 | | | | | | | | | | | 550.67 |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.88 | | 327.88 | | | | | | | | | | | 327.88 |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,229.05 | | 3,229.05 | | | | | | | | | | | 3,229.05 |
| 5/13/25 | Sedgwick | Self Insurance Payments | | (6.05) | | (6.05) | | | | | | | | | | (6.05) | |
| 5/13/25 | Sweep Activity | Transfer | | - | | (4,127.95) | 4,127.95 | | | | | | | | | | - |
| 5/14/25 | Bank Fees | Bank Fees | | (13.11) | | (13.11) | | | | | | | | | | (13.11) | |
| 5/14/25 | Bank Fees | Bank Fees | | (1,725.06) | | (1,725.06) | | | | | | | | | | (1,725.06) | |
| 5/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 379.45 | | 379.45 | | | | | | | | | | | 379.45 |
| 5/14/25 | Sweep Activity | Transfer | | - | | 1,358.72 | (1,358.72) | | | | | | | | | | - |
| 5/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,917.89 | | 1,917.89 | | | | | | | | | | | 1,917.89 |
| 5/15/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (45,390.65) | | | | | | | (45,390.65) | | | | | (45,390.65) | |
| 5/15/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (26,350.00) | | | | | | | (26,350.00) | | | | | (26,350.00) | |
| 5/15/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (732.10) | | | | | | | (732.10) | | | | | (732.10) | |
| 5/15/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (38,607.60) | | | | | | | (38,607.60) | | | | | (38,607.60) | |
| 5/15/25 | Sweep Activity | Transfer | | - | | (1,917.89) | 1,917.89 | | | | | | | | | | - |
| 5/15/25 | Transfer | Transfer | | - | | | | | | | 200,000.00 | (200,000.00) | | | | | - |
| 5/15/25 | Transfer | Transfer | | - | | | | | | | 100,000.00 | (100,000.00) | | | | | - |
| 5/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,056.71 | | 4,056.71 | | | | | | | | | | | 4,056.71 |
| 5/16/25 | O&M Funding | Chapter 11 Administrative Expenses - Settlement | | (250,000.00) | | | | | | | (250,000.00) | | | | (250,000.00) | | |
| 5/16/25 | Sweep Activity | Transfer | | - | | (4,056.71) | 4,056.71 | | | | | | | | | | - |
| 5/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,422.68 | | 1,422.68 | | | | | | | | | | | 1,422.68 |
| 5/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 40.70 | | 40.70 | | | | | | | | | | | 40.70 |
| 5/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,543.55 | | 5,543.55 | | | | | | | | | | | 5,543.55 |
| 5/19/25 | Laura Davis | Liquidation Trust - Other Fees | | (5,040.00) | | | | | | | (5,040.00) | | | | | (5,040.00) | |
| 5/19/25 | Steindler Orthopedic Clinic | MOB Oversight Fees | | (3,000.00) | | | | | | | (3,000.00) | | | | | (3,000.00) | |


**Mercy Hospital Liquidation Trust**
**Cash and Recovery Analysis Worksheet**

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/19/25 | Sweep Activity | Transfer | | - | | (5,584.25) | 5,584.25 | | | | | | | | | | - |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 351.13 | | 351.13 | | | | | | | | | | | 351.13 |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 245.57 | | 245.57 | | | | | | | | | | | 245.57 |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,544.79 | | 2,544.79 | | | | | | | | | | | 2,544.79 |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 560.24 | | | | | | 560.24 | | | | | | | 560.24 |
| 5/20/25 | Sedgwick | Self Insurance Payments | | (1,692.00) | | (1,692.00) | | | | | | | | | (1,692.00) | | - |
| 5/20/25 | Sweep Activity | Transfer | | - | | (1,449.49) | 1,449.49 | | | | | | | | | | - |
| 5/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,863.56 | | 1,863.56 | | | | | | | | | | | 1,863.56 |
| 5/21/25 | Sweep Activity | Transfer | | - | | (3,286.24) | 3,286.24 | | | | | | | | | | - |
| 5/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 7,772.20 | | 7,772.20 | | | | | | | | | | | 7,772.20 |
| 5/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,207.78 | | 2,207.78 | | | | | | | | | | | 2,207.78 |
| 5/22/25 | Sweep Activity | Transfer | | - | | (2,332.78) | 2,332.78 | | | | | | | | | | - |
| 5/22/25 | Transfer | Transfer | | - | | | | | | | | 100,000.00 | (100,000.00) | | | | - |
| 5/23/25 | Denise Wood | AR Collection Fees | | (2,350.00) | | | | | | | (2,350.00) | | | | | (2,350.00) | - |
| 5/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,148.53 | | 1,148.53 | | | | | | | | | | | 1,148.53 |
| 5/23/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (2,848.50) | | | | | | | (2,848.50) | | | | | (2,848.50) | - |
| 5/23/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (174,735.55) | | | | | | | (174,735.55) | | | | | (174,735.55) | - |
| 5/23/25 | Sweep Activity | Transfer | | - | | (1,148.53) | 1,148.53 | | | | | | | | | | - |
| 5/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 45.92 | | 45.92 | | | | | | | | | | | 45.92 |
| 5/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,325.51 | | 3,325.51 | | | | | | | | | | | 3,325.51 |
| 5/27/25 | Sweep Activity | Transfer | | - | | (11,018.63) | 11,018.63 | | | | | | | | | | - |
| 5/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 423.33 | | 423.33 | | | | | | | | | | | 423.33 |
| 5/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.63 | | 130.63 | | | | | | | | | | | 130.63 |
| 5/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 552.32 | | 552.32 | | | | | | | | | | | 552.32 |
| 5/28/25 | Sweep Activity | Transfer | | - | | (1,106.28) | 1,106.28 | | | | | | | | | | - |
| 5/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,992.82 | | 2,992.82 | | | | | | | | | | | 2,992.82 |
| 5/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 69.18 | | 69.18 | | | | | | | | | | | 69.18 |
| 5/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,774.28 | | 1,774.28 | | | | | | | | | | | 1,774.28 |
| 5/29/25 | Sweep Activity | Transfer | | - | | (1,943.46) | 1,943.46 | | | | | | | | | | - |
| 5/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,598.81 | | 2,598.81 | | | | | | | | | | | 2,598.81 |
| 5/30/25 | Interest | Interest | | 2,093.52 | | | 2,093.52 | | | | | | | | | | 2,093.52 |
| 5/30/25 | Interest | Interest | | 17,350.96 | | | | | | | | 17,350.96 | | | | | 17,350.96 |
| 5/30/25 | Sweep Activity | Transfer | | - | | 16.16 | (16.16) | | | | | | | | | | - |
| 5/30/25 | US Dept. of the Treasury | US Trustee Fees | | (2,614.97) | | (2,614.97) | | | | | | | | | | (2,614.97) | - |
| 5/30/25 | Interest | Interest | | 3,527.26 | | | | | | | | | | 3,527.26 | | | 3,527.26 |
| 5/30/25 Total | | | | 9,790,761.84 | | 2,892.82 | 1,521,541.84 | - | (0.00) | 23,478.78 | 94,950.37 | 6,130,780.94 | 1,948.18 | 2,015,168.91 | | | |
| 5/30/25 | | | | | | | | | | | | | | | | | |
| 6/2/25 | Bank Fees | Bank Fees | | (1,238.53) | | (1,238.53) | | | | | | | | | | (1,238.53) | - |
| 6/2/25 | Bank Fees | Bank Fees | | (132.99) | | (132.99) | | | | | | | | | | (132.99) | - |
| 6/2/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | | | | | | | | | | (113.29) | - |
| 6/2/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | | | | | | | | | | (113.29) | - |
| 6/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | | | | | | | | | | (107.99) | - |
| 6/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | | | | | | | | | | (107.99) | - |
| 6/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | | | | | | | | | | (107.99) | - |
| 6/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 182.00 | | 182.00 | | | | | | | | | | | 182.00 |
| 6/2/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | (5,000.00) | - |
| 6/2/25 | Sweep Activity | Transfer | | - | | (1,152.75) | 1,152.75 | | | | | | | | | | - |
| 6/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 394.33 | | 394.33 | | | | | | | | | | | 394.33 |
| 6/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 196.90 | | 196.90 | | | | | | | | | | | 196.90 |
| 6/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,963.03 | | 5,963.03 | | | | | | | | | | | 5,963.03 |
| 6/3/25 | Sweep Activity | Transfer | | - | | (6,554.26) | 6,554.26 | | | | | | | | | | - |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 370.52 | | 370.52 | | | | | | | | | | | 370.52 |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 97.31 | | 97.31 | | | | | | | | | | | 97.31 |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 469.97 | | 469.97 | | | | | | | | | | | 469.97 |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 674.51 | | | | | | 674.51 | | | | | | | 674.51 |
| 6/4/25 | Sweep Activity | Transfer | | - | | (937.80) | 937.80 | | | | | | | | | | - |
| 6/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 220.00 | | 220.00 | | | | | | | | | | | 220.00 |
| 6/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 72.06 | | | | | | 72.06 | | | | | | | 72.06 |
| 6/5/25 | Sweep Activity | Transfer | | - | | (220.00) | 220.00 | | | | | | | | | | - |
| 6/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,965.31 | | 1,965.31 | | | | | | | | | | | 1,965.31 |
| 6/6/25 | Sweep Activity | Transfer | | - | | (1,965.31) | 1,965.31 | | | | | | | | | | - |
| 6/7/25 | Linda Fobian | Estimated Insurance and Patient Self-Pay AR Collections | | (5,704.00) | | | | | | | | (5,704.00) | | | | (5,704.00) | - |
| 6/7/25 | United Healthcare | Chapter 11 Administrative Expenses - Settlement | | (40,773.34) | | | | | | | | (40,773.34) | | | (40,773.34) | | - |
| 6/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 23.85 | | | | | | 23.85 | | | | | | | 23.85 |
| 6/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 724.73 | | 724.73 | | | | | | | | | | | 724.73 |
| 6/9/25 | Sweep Activity | Transfer | | - | | (724.73) | 724.73 | | | | | | | | | | - |
| 6/10/25 | Bank Fees | Bank Fees | | (75.57) | | | | | | (75.57) | | | | | | (75.57) | - |
| 6/10/25 | Bank Fees | Bank Fees | | (5.29) | | | | | | (5.29) | | | | | | (5.29) | - |
| 6/10/25 | Bank Fees | Bank Fees | | (49.95) | | | | | | (49.95) | | | | | | (49.95) | - |
| 6/10/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | - |
| 6/10/25 | Bank Fees | Bank Fees | | (214.75) | | | | | | (214.75) | | | | | | (214.75) | - |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 14,502.37 | | 14,502.37 | | | | | | | | | | | 14,502.37 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 385.51 | | 385.51 | | | | | | | | | | | 385.51 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 370.38 | | 370.38 | | | | | | | | | | | 370.38 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 71.22 | | 71.22 | | | | | | | | | | | 71.22 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,008.02 | | 2,008.02 | | | | | | | | | | | 2,008.02 |
| 6/10/25 | Sweep Activity | Transfer | | - | | (5,205.64) | 5,205.64 | | | | | | | | | | - |
| 6/10/25 | Transfer | Transfer | | - | | | | | | | | (50,000.00) | 50,000.00 | | | | - |
| 6/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 224.97 | | 224.97 | | | | | | | | | | | 224.97 |
| 6/11/25 | Sweep Activity | Transfer | | - | | (304.97) | 304.97 | | | | | | | | | | - |
| 6/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 11,639.94 | | 11,639.94 | | | | | | | | | | | 11,639.94 |
| 6/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 804.12 | | 804.12 | | | | | | | | | | | 804.12 |
| 6/12/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (2,457.50) | | | | | | | (2,457.50) | | | | | (2,457.50) | - |
| 6/12/25 | Sweep Activity | Transfer | | - | | (13,172.38) | 13,172.38 | | | | | | | | | | - |
| 6/13/25 | Bank Fees | Bank Fees | | (12.96) | | (12.96) | | | | | | | | | | (12.96) | - |
| 6/13/25 | Bank Fees | Bank Fees | | (1,944.35) | | (1,944.35) | | | | | | | | | | (1,944.35) | - |
| 6/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,614.81 | | 1,614.81 | | | | | | | | | | | 1,614.81 |

**Mercy Hospital Liquidation Trust**
**Cash and Recovery Analysis Worksheet**

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/25 | Sweep Activity | Transfer | | - | | 332.50 | (332.50) | | | | | | | | | | |
| 6/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 169.15 | | 169.15 | | | | | | | | | | | 169.15 |
| 6/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,182.67 | | 2,182.67 | | | | | | | | | | | 2,182.67 |
| 6/16/25 | Sweep Activity | Transfer | | - | | (13,691.76) | 13,691.76 | | | | | | | | | | - |
| 6/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 351.43 | | 351.43 | | | | | | | | | | | 351.43 |
| 6/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 77.00 | | 77.00 | | | | | | | | | | | 77.00 |
| 6/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 690.35 | | 690.35 | | | | | | | | | | | 690.35 |
| 6/17/25 | Laura Davis | Liquidation Trust - Other Fees | | (5,100.00) | | | | | | | (5,100.00) | | | | | (5,100.00) | |
| 6/17/25 | Sweep Activity | Transfer | | - | | (1,118.78) | 1,118.78 | | | | | | | | | | - |
| 6/20/25 | ComputerShare - Class 1 | Class 1 Distributions | | (2,000,000.00) | | | | | | | (2,000,000.00) | | | | (2,000,000.00) | | |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,192.58 | | 5,192.58 | | | | | | | | | | | 5,192.58 |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 453.53 | | 453.53 | | | | | | | | | | | 453.53 |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,543.29 | | 2,543.29 | | | | | | | | | | | 2,543.29 |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,477.17 | | 2,477.17 | | | | | | | | | | | 2,477.17 |
| 6/20/25 | Sweep Activity | Transfer | | - | | (5,980.28) | 5,980.28 | | | | | | | | | | - |
| 6/20/25 | Sweep Activity | Transfer | | - | | | | | | | 2,000,000.00 | (2,000,000.00) | | | | | - |
| 6/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 456.71 | | 456.71 | | | | | | | | | | | 456.71 |
| 6/23/25 | Sweep Activity | Transfer | | - | | (456.71) | 456.71 | | | | | | | | | | - |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 8,479.85 | | 8,479.85 | | | | | | | | | | | 8,479.85 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 464.70 | | 464.70 | | | | | | | | | | | 464.70 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 148.23 | | 148.23 | | | | | | | | | | | 148.23 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,617.92 | | 1,617.92 | | | | | | | | | | | 1,617.92 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 40.79 | | | | | | 40.79 | | | | | | | 40.79 |
| 6/24/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (58,650.59) | | | | | | | (58,650.59) | | | | | (58,650.59) | |
| 6/24/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (38,316.36) | | | | | | | (38,316.36) | | | | | (38,316.36) | |
| 6/24/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (3,468.80) | | | | | | | (3,468.80) | | | | | (3,468.80) | |
| 6/24/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (40,630.67) | | | | | | | (40,630.67) | | | | | (40,630.67) | |
| 6/24/25 | Sweep Activity | Transfer | | - | | (6,917.14) | 6,917.14 | | | | | | | | | | - |
| 6/24/25 | Sweep Activity | Transfer | | - | | | | | | | 125,000.00 | (125,000.00) | | | | | - |
| 6/24/25 | Sweep Activity | Transfer | | - | | | | | | | 130,000.00 | (130,000.00) | | | | | - |
| 6/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 191.86 | | 191.86 | | | | | | | | | | | 191.86 |
| 6/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 694.86 | | 694.86 | | | | | | | | | | | 694.86 |
| 6/25/25 | Sweep Activity | Transfer | | - | | (886.72) | 886.72 | | | | | | | | | | - |
| 6/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 415.85 | | 415.85 | | | | | | | | | | | 415.85 |
| 6/26/25 | Sweep Activity | Transfer | | - | | (8,895.70) | 8,895.70 | | | | | | | | | | - |
| 6/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,205.42 | | 1,205.42 | | | | | | | | | | | 1,205.42 |
| 6/27/25 | Sweep Activity | Transfer | | - | | (1,205.42) | 1,205.42 | | | | | | | | | | - |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 286.86 | | 286.86 | | | | | | | | | | | 286.86 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 555.80 | | 555.80 | | | | | | | | | | | 555.80 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 140.00 | | | | | | 140.00 | | | | | | | 140.00 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 422.43 | | | | | | 422.43 | | | | | | | 422.43 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 530.44 | | | | | | 530.44 | | | | | | | 530.44 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 922.76 | | | | | | 922.76 | | | | | | | 922.76 |
| 6/30/25 | Sweep Activity | Transfer | | - | | (555.80) | 555.80 | | | | | | | | | | - |
| 6/30/25 | Interest | Interest | | 2,119.46 | | | 2,119.46 | | | | | | | | | | 2,119.46 |
| 6/30/25 | Interest | Interest | | 17,338.52 | | | | | | | | 17,338.52 | | | | | 17,338.52 |
| 6/30/25 | Interest | Interest | | 3,202.19 | | | | | | | | | | 3,202.19 | | | 3,202.19 |
| 6/30/25 | **Total - Liquidation Trust Cash On Hand** | | | **7,682,741.27** | | **313.26** | **1,593,274.95** | **-** | **(0.00)** | **25,865.21** | **196,326.45** | **3,843,119.46** | **5,470.84** | **2,018,371.10** | **(2,298,184.24)** | **(737,153.74)** | **312,521.75** |
| | US Trustee Fee Rate | | | | | | | | | | | | | | **0.80%** | | |
| 6/30/25 | Fees Due Qtr. Ended 6/30/25 | | | | | | | | | | | | | | **18,385.47** | | |