IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**WITHDRAWAL WITHOUT PREJUDICE** |

COMES NOW Dan R. Childers in his sole capacity as Trustee of the Liquidation Trust, by and through his counsel, and hereby withdraws <u>without</u> prejudice his Objection (Dkt #1642) against Proof of Claim #10136, filed by StaffDNA LLC.

        */s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com

ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on August 7, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case. The undersigned also e-mailed the foregoing document to

    michael.brandess@huschblackwell.com

        */s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Withdrawal of Obj to POC #10136.StaffDNA.080525.1115.ewl