IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623 |
| DAN R. CHILDERS, in his sole capacity as Liquidation Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC SD USA INC.,<br><br>Defendant. | Adversary Case No. 25-09120<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Dan R. Childers, in his sole capacity as Liquidating Trustee, by and through his counsel, states the correct address for the Defendant, Medtronic SD USA Inc. is:

Medtronic SD USA Inc.
710 Medtronic Parkway
Minneapolis, MN 55432

/s/ *Abbe M. Stensland*
Abbe M. Stensland, AT0008831
SHUTTLEWORTH & INGERSOLL, P.L.C.
235 6th Street SE
Cedar Rapids, IA 52401
Tel: 319-365-9461; Fax: 319-365-8443
ams@shuttleworthlaw.com
ATTORNEYS FOR PLAINTIFF TRUSTEE