UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors | ) ) | |

### APPLICATION TO WITHDRAW

COMES NOW, Kandie K. Gelner, and hereby enters her Application to Withdraw as Counsel on behalf of the MidWestOne Bank, Trustee of the Thompson Brothers Trust. There is no longer a need for legal representation herein because all issues in this matter involving the Thompson Brothers Trust have been resolved.

DATED this 8th day of August, 2025.

KENNEDY LAW FIRM PC

By _/s/ Kandie K. Gelner_
Kandie K. Gelner    AT0001064
920 S. Dubuque St., P.O. Box 2000
Iowa City, IA  52244
Tel: (319) 351-8181
Fax: (319) 351-0605
Email: kgelner@kennedylawyers.com
ATTORNEY FOR TRUSTEE

17224.1/2025-06-19 Application to Withdraw