# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, et al. | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors | ) ) | |

## ORDER GRANTING WITHDRAW OF COUNSEL

NOW, the Court having reviewed the Application to Withdraw filed herein by Attorney, Kandie K. Gelner, on behalf of MidWestOne Bank, Trustee of the Thompson Brother Trust, finds that said Application should be granted and Attorney Kandie K. Gelner is allowed to withdraw as the attorney for MidWestOne Bank, Trustee of the Thompson Brothers Trust.

Ordered:
August 14, 2025

Thad J. Collins
Chief Bankruptcy Judge

17224.1/2025-06-19 Proposed Order Granting Withdraw