*IN THE UNITED STATES BANKRUPTCY COURT FOR*
*THE NORTHERN DISTRICT OF IOWA*

| | |
|---|---|
| **In re:**<br><br>**MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.*<br><br><br>**Debtors.** | **Chapter 11 Bankruptcy**<br><br>**Case No. 23-00623**<br><br>**Hon. Thad J. Collins**<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF KERI P. EBECK** |

COMES NOW, Attorney, Rodney Kleitsch, an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the Motion for *Pro Hac Vice* Admission on behalf of Keri P. Ebeck, provides as follows:

    A.    Attorney Ebeck's office address, telephone number, fax number, email address and attorney identification number are as follows:

> Keri P. Ebeck
> Bernstein-Burkley, P.C.
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> Phone (412) 456-8112
> Fax: (412) 456-8135
> E-mail: kebeck@bernsteinlaw.com
> NJ Bar No.: 262092017
> PA Bar No.: 91298

    B.    Attorney Ebeck is a member in good standing of the bars of the United States District Courts for the Districts of New Jersey and Pennsylvania (Eastern, Middle and Western Districts), Indiana (Northern and Southern), Texas (Eastern, Northern, Southern and Western) and Northern District of Ohio and of the highest courts of the states of New Jersey (262092017) and Pennsylvania (91298). In addition, Mrs. Ebeck has been admitted to appear in the United States Courts of Appeal for the Third Circuit and U.S. Supreme Court. A chart setting forth the Court and dates of admission are attached as Exhibit A.

    C.    Attorney Ebeck is not currently suspended or disbarred in any court.

D. Attorney Ebeck has not made prior *pro hac vice* application to this Court. Certifications from the attorney's bar associations confirming the attorney's present good standing within the associations listed below, are attached in conformance with LR 2090-1.

| *Court* | *Date of Certificate* |
|---|---|
| Supreme Court of the State of New Jersey | August 12, 2025 |
| Supreme Court of the State of Pennsylvania | August 13, 2025 |

E. Attorney Ebeck acknowledges that if the *pro hac vice* application is granted, she is subject to the jurisdiction of the court with respect to the attorney's conduct to the same extent as a member of the Bar of this court and is subject to the Iowa Code of Professional Responsibility for Lawyers.

F. Attorney Ebeck will conform with the associate counsel requirement for attorneys appearing *pro hac vice*, and conforms to such requirement with associate counsel, Rodney Kleitsch, 4601 Westown Pkwy, Suite 250, West Des Moines, IA 50266, 515-223-7325. Attorney Ebeck will act as co-counsel to Bernstein-Burkley, P.C., subject to approval of retention by this Court consistent with Title 11 of the United States Code.

WHEREFORE, applicant Keri P. Ebeck requests this court grant her *pro hac vice* admission within jointly administered bankruptcy cases in the Bankruptcy Court for the Northern District of Iowa and for any further relief this Court deem just and equitable.

Date: August 18, 2025

Respectfully submitted,

/s/ *Keri P. Ebeck*
Keri P. Ebeck
NJ Bar No.: 262092017
PA Bar No.: 91298
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135
E-mail: kebeck@bernsteinlaw.com

/s/ *Rodney W. Kleitsch*
Rodney W. Kleitsch, (AT0009037)
SouthLaw, P.C.
4601 Westown Pkwy
Suite 250
West Des Moines, IA 50266
Telephone: 515-223-7325
Facsimile: 515-223-7276
E-mail: Rodney.kleitsch@southlaw.com

*Attorneys for Cepheid Inc.*

**_EXHIBIT A_**

| Court | Date of Admission | Active (y/n) |
|---|---|---|
| Commonwealth of Pennsylvania | 10/31/2003 | Yes |
| State of New Jersey | 12/2016 | Yes |
| U.S. District and Bankruptcy Court- New Jersey | 03/05/2018 | Yes |
| U.S. District Court and Bankruptcy Court- Eastern District of Pennsylvania | 03/15/2005 | Yes |
| U.S. District Court and Bankruptcy Court- Middle District of Pennsylvania | 4/11/2005 | Yes |
| U.S. District Court and Bankruptcy Court- Western District of Pennsylvania | 10/11/2006 | Yes |
| U.S. District Court and Bankruptcy Court- Southern District of Indiana | 07/24/2014 | Yes |
| U.S. District Court and Bankruptcy Court- Northern District of Indiana | 07/30/2014 | Yes |
| U.S. District Court and Bankruptcy Court- Southern District of Texas | 06/11/2015 | Yes |
| U.S. District Court and Bankruptcy Court- Northern District of Texas | 05/12/2015 | Yes |
| U.S. District Court and Bankruptcy Court- Eastern District of Texas | 04/24/2015 | Yes |
| U.S. District Court and Bankruptcy Court- Western District of Texas | 10/22/2017 | Yes |
| U.S. District Court and Bankruptcy Court- Northern District of Ohio | 06/12/2018 | Yes |
| *Pro Hac Vice Only- current U.S. District Court and Bankruptcy Court- Southern District of Ohio | 4/8/2024 | Yes- Pro Hac Vice Only |
| *Pro Hac Vice Only- Previous U.S. District Court and Bankruptcy Court- Eastern District of Tennessee | 1/5/2022 | No |
| *Pro Hac Vice Only- Current, Central District of California | 6/11/2025 | Yes- Pro Hac Only |
| Third Circuit Court of Appeals | 4/20/2005 | Yes |
| U.S. Supreme Court | 01/13/2013 | Yes |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

/s/_____Rodney W. Kleitsch_____

# Supreme Court of New Jersey



## Certificate of Good Standing

*This is to certify that* **KERI PLUCK EBECK** *(No.* **262092017** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 07, 2017** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 12th day of August, 2025.*

*Heather J. Baker*
Clerk of the Supreme Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Keri Pluck Ebeck, Esq.

**DATE OF ADMISSION**

**October 31, 2003**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 13, 2025

Nicole Traini
Chief Clerk