## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: <br><br> **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.* <br><br><br> **Debtors.** | **Chapter 11 Bankruptcy** <br><br> **Case No. 23-00623** <br><br> **Hon. Thad J. Collins** <br><br> **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF KERI P. EBECK** |

This matter comes before the Court on the Motion for *Pro Hac Vice* Admission on behalf of Keri P. Ebeck filed by associate counsel, attorney, Rodney Kleitsch of the firm of SouthLaw, P.C., and the Court being fully advised in the premises, it is hereby ORDERED:

The motion is granted.  Attorney Keri P. Ebeck, of the firm of Bernstein-Burkley, P.C. is hereby admitted pro hac vice for this proceeding,  In accordance with local rules, Attorney Ebeck shall request filing privileges with the Northern District of Iowa Bankruptcy Court via PACER and shall file a Notice of Appearance and Request for Notice under her own PACER login to ensure electronic noticing will occur.

Ordered:
August 19, 2025

_____
Thad J. Collins
Chief Bankruptcy Judge