**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | **Chapter 11 Bankruptcy** |
| **MERCY HOSPITAL, IOWA CITY, IOWA, et al,** | **Case No. 23-00623** |
| **Debtors.** | **Hon. Thad J. Collins** |
| | **MOTION FOR ADMISSION** *PRO HAC VICE* **OF NATHAN B. SERR** |

COMES NOW, Attorney Timothy J. Jacobs, an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the Motion for *Pro Hac Vice* Admission on behalf of attorney Nathan B. Serr, provides as follows:

A. Mr. Serr's office address, telephone number, fax number, email address and attorney identification number is as follows:

> Nathan B. Serr, Esq.
> Wagner, Falconer & Judd, Ltd.
> 100 South Fifth Street, Suite 800
> Minneapolis, MN 55402
> Telephone: (612)339-1421
> Facsimile:  (612)392-3999
> Email: nserr@wfjlawfirm.com
> MN Bar No.: 0339386
> WI Bar No.: 1095157
> SD Bar No.: 4539

B. Mr. Serr is a member in good standing of the bars of the United States District Courts for the Districts of Minnesota, South Dakota, Wisconsin (Eastern and Western), and of the highest courts for the Districts of Minnesota (0339386), Wisconsin (1095157), and South Dakota (4539).

C. Mr. Serr is not currently suspended or disbarred in any court.

D.  Mr. Serr has not made prior pro hac vice applications to this Court. Attached is a Certificate from the attorney's home bar association confirming the attorney's present good standing in accordance with Local Rule 2090-1.

E.  Mr. Serr acknowledges that if the *pro hac vice* application is granted, he is subject to the jurisdiction of the court with respect to the attorney's conduct to the same extent as a member of the Bar of this court and is subject to the Iowa Code of Professional Responsibility for Lawyers.

F.  Mr. Serr will conform with the associate counsel requirement for attorneys appearing *pro hac vice,* and conforms to such requirement with associate counsel, Timothy J. Jacobs, Osborn Jacobs & Hartung PLC, 974 – 73rd Street, Suite 16, West Des Moines, IA 50265; Telephone: (515) 223-6000; Facsimile: (515) 223-6011. Mr. Serr will act as counsel for claimants Daikin Applied Americas Inc., Medtronic USA Inc., and Medtronic Sofamor Danek USA, Inc. (which upon information and belief is being referred to as "Medtronic SD USA Inc." in this action) consistent with Title 11 of the United States Code.

WHEREFORE, applicant, Nathan B. Serr requests this court grant him pro hac vice admission within these jointly administered bankruptcy cases and related adversary proceedings, in the Bankruptcy Court for the Northern District of Iowa and for any further relief this Court deem just and equitable.

Dated: August 22, 2025                          Respectfully submitted,

                                                */s/ Nathan B. Serr*
                                                Nathan B. Serr
                                                MN Bar No.: 0339386
                                                Wagner, Falconer & Judd, Ltd.
                                                100 South Fifth Street, Suite 800
                                                Minneapolis, MN 55402
                                                Telephone: (612)339-1421
                                                Facsimile: (612)392-3999
                                                Email: nserr@wfjlawfirm.com

/s/ Timothy J. Jacobs
Timothy J. Jacobs #AT0009274
Osborn Jacobs & Hartung PLC
974 – 73rd Street, Suite 16
West Des Moines, IA 50265
Telephone: (515) 223-6000
Facsimile: (515) 223-6011
Email: tim@midwestlawgroup.com

*Attorneys for Daikin Applied Americas Inc.,*
*Medtronic USA Inc., and*
*Medtronic Sofamor Danek USA, Inc.*
*a/k/a Medtronic SD USA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

*/s/ Faith Robinson*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

NATHAN BRYAN SERR

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 2004

Given under my hand and seal of this court on

January 31, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration