# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**MERCY HOSPITAL, IOWA CITY, IOWA,** et al,<br><br>**Debtors.** | Chapter 11 Bankruptcy<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF NATHAN B. SERR** |

THE COURT, having reviewed the Motion for *Pro Hac Vice* Admission on behalf of Nathan B. Serr, filed by associate counsel, attorney Timothy J. Jacobs, and finding the Motion and representations therein meets the requirements of this Court.

**IT IS HEREBY ORDERED** the Motion for *Pro Hac Vice* Admission on behalf of Nathan B. Serr is granted. Mr. Serr shall appear before this Court pursuant to the requirements of the Bankruptcy Code, Rules, and Local Rules of the Northern District of Iowa.

Dated and Entered: August 22, 2025

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE