IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is Trustee Dan Childer' Motion to Authorize Omnibus Objections (Dkt #1938). According to a Notice (Dkt #1939) and the Certificate of Service displayed thereon, notice of an Objection Bar Date and of the filing of the Motion was issued to the requisite parties in interest. Additionally, according to an Affidavit of Newspaper Publication (Dkt #2026), notice of the filing of the Motion and of an Objection Bar Date was published in three newspapers. The objection bar dates have passed, and no objection has been filed. It is therefore ORDERED all the relief requested in the Trustee's Motion are granted, and the approximate 400 individual Proofs of Claim filed by the Pensioners are disallowed. For avoidance of doubt, to the extent somehow any disallowance ordered by this Motion was in error or otherwise should be reconsidered, the Court specifically retains jurisdiction to address any motion for reconsideration pursuant to 11 U.S.C. §502(j).

Entered this <u>26th</u> day of August, 2025

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee
MHLT/Pldgs/BA 23-00623 – Drafts/OrderDisallowIndividualPensionersPoC.081925.0704.ewl

1