**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | ) | Case No. 23-00623 (TJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT OF
IOWA CITY AMBULATORY SURGICAL CENTER, LLC**

Iowa City Ambulatory Surgical Center, LLC ("ICASC"), a party of interest in the above-captioned Chapter 11 Bankruptcy, provides the following information to the Court as required by Local Rule 1075-1:

*1. The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the movant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the movant's outcome in the case:*

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 1075-1, ICASC states that ICASC is an Iowa limited liability company, and it has two members: Johnson County Surgeon Investors, LLC ("JCSI"), an Iowa limited liability company, and Mercy Hospital, Iowa City, Iowa (the "Debtor"). All members of JCSI are individual physicians. ICASC has no parent corporation or publicly held company or investment fund that holds a 10 percent or more ownership interest in it.

*2. With respect to each entity named in response to (a), the following describes its connection to or interest in the motion, or both:*

The sole connection of JCSI and the Debtor are that they are the members of ICASC.

DMS_US.371697879.6

Dated: September 4, 2025

Respectfully submitted,

/s/ Michael T. Gustafson
Michael T. Gustafson (*Admitted pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1000
Fax: (312) 569-3000
Email: mike.gustafson@faegredrinker.com

*Counsel to Iowa City Ambulatory Surgical Center, LLC*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 4th day of September 2025, the foregoing document was electronically filed with the Clerk of Bankruptcy Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Michael T. Gustafson
Michael T. Gustafson

DMS_US.371697879.6