IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1] | ) ) ) | Case No. 23-00623 (TJC) |
| Debtors. | ) ) | (Jointly Administered) |

**STIPULATED ORDER ADJOURNING PRELIMINARY HEARING ON
MOTION OF IOWA CITY AMBULATORY SURGICAL CENTER, LLC
FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
TO PURCHASE UNITS AS A RESULT OF A PERMISSIVE REDEMPTION EVENT**

This matters comes before the Court on the *Motion of Iowa City Ambulatory Surgical Center, LLC for Entry of an Order Granting Relief from the Automatic Stay to Purchase Units as a Result of a Permissive Redemption Event* [Docket No. 2047] (the "Stay Relief Motion") filed on August 8, 2025, by Iowa City Ambulatory Surgical Center, LLC (the "Movant") requesting the Court grant relief from the automatic stay for the Movant to redeem certain Membership Units of the Movant, previously held by the Debtor Mercy Hospital, Iowa City, Iowa and now currently held by the Liquidation Trust.[2]

Following the filing of the Stay Relief Motion, the Liquidation Trustee filed its *Response to Motion to Lift Stay* [Docket No. 2055] (the "Response") and pursuant to Rule 4001-1(f) of the Local Rules of Bankruptcy Practice and Procedure for the U.S. Bankruptcy Court of the Northern District of Iowa, the Court set the preliminary hearing on the Stay Relief Motion (the "Preliminary Hearing") to occur on Friday, September 5, 2025 at 2:00 PM.

---

[1] The Debtors include Mercy Hospital, Iowa City, Iowa (Case No. 23-00623), Mercy City, ACO, LLC (Case No. 23-00622), and Mercy Services Iowa City, Inc. (Case No. 23-00624).

[2] Capitalized terms used but not otherwise defined herein shall bear such definitions assigned in the Stay Relief Motion.

1

In order to facilitate further time for conversations between the parties and ensure the most productive Preliminary Hearing, the parties have jointly agreed that an adjournment of the Preliminary Hearing would result in the best use of the parties' and the Court's time and have consented to the following.

**ORDERED THAT:**

1. The Preliminary Hearing on September 5, 2025 set on this matter is hereby adjourned to September 12, 2025 at 11:00 A.M. All parties wishing to participate may use the following dial in instructions:

> Call the toll free number: 1-855-244-8681;
> Enter Access Code: 2306 492 5609#;
> Press # to bypass attendee ID number; and
> Please identify yourself after you have joined the conference.

2. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated and entered this __4th__ day of September 2025.

_____
Honorable Thad J. Collins, Chief Judge

**CONSENTED TO BY:**

**SIMMONS PERRINE MOYER BERGMAN PLC**
*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
15 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Fax: 319-366-1917
Email: elam@simmonsperrine.com

*Counsel for the Liquidation Trustee*

**FAEGRE DRINKER BIDDLE & REATH LLP**
*/s/ Micheal T. Gustafson*
Michael T. Gustafson (admitted *pro hac vice*)
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1000
Fax: (312) 569-3000
Email: mike.gustafson@faegredrinker.com

-and-

Jesse Linebaugh, (AT0004744)
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: jesse.linebaugh@faegredrinker.com

*Counsel to Iowa City Ambulatory Surgical Center, LLC*