# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| Mercy Hospital, Iowa, Iowa City, Iowa, et al., | Bankruptcy No. 23-00623 |
| | APPEARANCE |
| Debtors. | |

COMES NOW the undersigned attorney, Austin J. Peiffer, of Ag & Business Legal Strategies, and hereby enters his appearance in this matter on behalf of Aequor Healthcare Services, LLC.

Dated this 5th day of September, 2025.

    Respectfully submitted,

    AG & BUSINESS LEGAL STRATEGIES

    /s/ Austin Peiffer
    Austin J. Peiffer AT0014402
    P.O. Box 11425
    Cedar Rapids, Iowa 52410-1425
    Telephone:  (319) 363-1641
    Fax:        (319) 200-2059
    Email:     austin@ablsonline.com
    ATTORNEY FOR CREDITOR AEQUOR HEALTHCARE SERVICES, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of September, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

    Signed: /s/ Michael J. Peiffer