IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER REGARDING PROOFS OF CLAIM** |

The matter before the Court is an Objection (Dkt #1775) filed by Dan R. Childers, Trustee of the Mercy Hospital Liquidation Trust ("Trustee" or "Liquidation Trustee") against Proof of Claim #10267 filed by Claimant, Stryker Instruments. Pursuant to consent, the Court hereby ORDERS Proof of Claim # 10267 is allowed as a general unsecured pre-petition non-priority claim in the amount of $56,544.34 and disallowed in the amount of $9,837.09.

Additionally, with respect to the following Proofs of Claim, the following amounts are allowed as general unsecured pre-petition non-priority claims ("GUNC") or disallowed as indicated:

| Claimant | Proof of Claim # | GUNC Amount Allowed | Amount Disallowed |
|---|---|---|---|
| Wright Medical / Stryker | 10270 | $ 288,780.52 | $50,239.48 |
| Stryker Orthopaedics | 10269 | $ 9,360.92 | $1,628.53 |
| Stryker Endoscopy | 10264 | $ 20,314.22 | $3,534.09 |

Administrative Proofs of Claim Nos. 40029, 40030, 40032 and 40033 filed by the Claimants named in this Order are disallowed.

1

Further, the Trustee and the Mercy Hospital Liquidation Trust release any and all claims (including any Chapter 5 Bankruptcy Code claims) against Stryker Corporation (including the following affiliates, divisions or subsidiaries: Stryker Instruments, Wright Medical Technology, Inc., Stryker Endoscopy and Stryker Orthopaedics, but excluding Inari Medical, Inc.).

So ORDERED this  8th  day of September, 2025

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by:
Eric W. Lam AT0004416
Attorney for Liquidation Trustee
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com


So Consented:


  /s/   Joseph M. Ammar
Joseph M. Ammar (Michigan Bar No. P41972)
Attorney for Claimants
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
277 South Rose Street, Suite 6000
Kalamazoo, MI 49007
Tel: (269) 383-5810
ammar@millercanfield.com


MHLT/Pldgs/BA 23-00623 – Drafts/OrderDisallowStryker.etal.PoC.081925.232p.ewl
44452869.1/087451.00403