**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **MERCY HOSPITAL, IOWA CITY, IOWA, et al.,** | § § § | **CASE NO. 23-00623(TJC)** |
| | § | **ADV NO. 25-09123** |
| **Debtors.** | § § | |
| | § | **(Jointly Administered)** |
| **DAN R. CHILDERS, Trustee,** | § § | |
| Plaintiff | § § | |
| vs. | § § § | |
| **MEDIFIS, INC., et al** | § § | |
| Defendants. | § § | |

### DEFENDANT HEALTH CAROUSEL TRAVEL NETWORK, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Health Carousel Travel Network, LLC ("Health Carousel"), by and through the undersigned, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of Bankruptcy Procedure 1075-1, for its disclosure statement, states that its sole member is Health Carousel, LLC, an Ohio limited liability company and there is no publicly traded corporation that owns 10% or more of its membership interests.

Patrick B Dillon  AT0001973
Dillon Law PC
209 E 1st Street,
Sumner, Iowa 50674
Ph: 563 578 1850
Fax: 563 578 1312
patdillon@dillonlawpc.com