**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| IN RE: | Chapter 11 |
|---|---|
| Mercy Hospital, Iowa City, Iowa, et al., | Bankruptcy No. 23-00623 |
| Debtors. | CORPORATE DISCLOSURE STATEMENT OF AEQUOR HEALTHCARE SERVICES, LLC |

Aequor Healthcare Services, LLC ("Aequor"), a party in interest in the above-captioned Chapter 11 Bankruptcy, provides the following information to the Court as Local Rule 1075-1 requires:

1. The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the movant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the movant's outcome in the case:

    Ascend Holdco, LLC.

2. With respect to each entity named in response to (1), the following describes its connection to or interest in the motion, or both:

    The only connection between Aequor, Ascend Holdco, LLC, and the Debtors is that Aequor provided staffing services for the Debtors' benefit.

Dated this 9th day of September, 2025.

                                                    Respectfully submitted,

                                                    AG & BUSINESS LEGAL STRATEGIES

                                                    /s/ Austin Peiffer
                                                    Austin J. Peiffer AT0014402
                                                    P.O. Box 11425
                                                    Cedar Rapids, Iowa 52410-1425
                                                    Telephone:   (319) 363-1641
                                                    Fax:         (319) 200-2059
                                                    Email:       austin@ablsonline.com
                                                    ATTORNEY FOR AEQUOR HEALTHCARE SERVICES, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of September, 2025, a copy of this document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on participants that receive service through the CM/ECF system.

                                                                               Signed: /s/ Michael J. Peiffer