# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Bankruptcy |
| MERCY HOSPITAL, IOWA CITY, IOWA et al., | ) | Case No. 23-00623 |
| Debtors. | ) | |
| | ) | |
| DAN R. CHILDERS, in his sole capacity as | ) | Adversary Case No. 25-09059 |
| Liquidation Trustee, | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | **AND REQUEST FOR** |
| MEDTRONIC USA INC., | ) | **SERVICE OF NOTICES** |
| Defendant. | ) | **AND DOCUMENTS** |

PLEASE TAKE NOTICE THAT Nathan B Serr of the law firm Wagner, Falconer & Judd, Ltd., having been admitted Pro Hac Vice in the Chapter 11 Bankruptcy on August 22, 2025 [Doc. 2058], hereby enters his personal appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 2090-1 on behalf of Medtronic USA Inc. and requests, pursuant to Bankruptcy Rules 2002 and 9007, Sections 102 and 342 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. as amended, that all notices given or required to be given, and all papers, pleadings or documents filed, served, or required to be served in this case, be given and served upon Medtronic USA Inc. electronically through CM/ECF or otherwise.

Dated: September 10, 2025

 _/s/ Nathan B. Serr_____

Nathan B. Serr (#339836)
nserr@wfjlawfirm.com

Fifth Street Towers
100 South Fifth Street, Suite 800
Minneapolis, MN 55402
Tel: (612) 339-1421 Fax: (612) 392-3999
ATTORNEYS FOR MEDTRONIC USA
INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document

was served electronically on parties who receive electronic notice through CM/ECF as listed on

CM/ECF's notice of electronic filing on the day of 10th day of September, 2025.


_/s/ Nathan B. Serr_____