IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**MOTION TO CONTINUE HEARING** |

COMES NOW Dan R. Childers, in his sole capacity as Liquidation Trustee ("Trustee"), and hereby respectfully states:

1. A preliminary hearing has been set to occur on September 12, 2025 on a Motion to Lift Stay filed by Iowa City Ambulatory Surgical Center, LLC (Dkt #2047).

2. The Trustee's lead counsel is not available for the hearing tomorrow.

3. Movant's counsel has graciously consented to continue the September 12 hearing for another week or until the next available court date.

4. Good cause exists to continue the September 12, 2025 hearing.

WHEREFORE, the Trustee respectfully prays this Court on such notice and hearing as it may direct, enter and enroll an Order re-setting the September 12, 2025 hearing, and granting such further relief as may be just and proper under the premises.

                                                 */s/ Eric W. Lam*
                                      Eric W. Lam, AT0004416
                                      SIMMONS PERRINE MOYER BERGMAN PLC
                                      115 Third Street SE, Suite 1200
                                      Cedar Rapids, IA 52401
                                      Tel: 319-366-7641; Fax: 319-366-1917
                                      elam@simmonsperrine.com

                                      ATTORNEY FOR LIQUIDATION TRUSTEE

- 2 -

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on September 11, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael* _____

MHLT/Pldgs/BA 23-00623 – Drafts/Mtn to Continue Hearing.091125.1405.ewl

- 2 -