IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>　　　　　Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

The matter before the Court is a Motion to Continue Hearing filed by Dan R. Childers, in his sole capacity as Liquidation Trustee. The hearing now set to occur on September 12, 2025 is hereby continued to September 19, 2025 at 11:15 a.m. The parties should use the following dial in instructions:

> Call the toll free number: 1-855-244-8681;
> Enter Access Code: 2306 492 5609#;
> Prese # to bypass attendee ID number; and
> Please identify yourself after you have joined the conference.

Entered this <u>11th</u> day of September, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Thad J. Collins, Chief Judge

*Order prepared by:*
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/Order re Mtn to Continue Hearing.091125.1412.ewl

1