## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |
| MERCY HOSPITAL LIQUIDATION TRUST OVERSIGHT COMMITTEE as designee of the MERCY HOSPITAL LIQUIDATION TRUST,<br><br>       Plaintiff,<br>  v.<br><br>MERCY HEALTH NETWORK, INC. d/b/a MERCYONE, SEAN WILLIAMS, and CATHOLIC HEALTH INITIATIVES – IOWA, CORP. d/b/a IOWA HEART CENTER,<br><br>       Defendants. | Adversary No. 25-09117 |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and hereby enters her appearance on behalf of the Mercy Hospital Liquidation Trust Oversight Committee as designee of the Mercy Hospital Liquidation Trust in the above-referenced matter.

-2-

/s/ Leslie C. Behaunek
Leslie C. Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone:  (515) 283-8187
Facsimile: (515) 283-3108
Email:  lcbehaunek@nyemaster.com
**ATTORNEY FOR THE MERCY HOSPITAL
LIQUIDATION TRUST OVERSIGHT
COMMITTEE AS DESIGNEE OF THE
MERCY HOSPITAL LIQUIDATION TRUST**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties who received electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and further as set forth below on September 16, 2025.

/s/ Leslie C. Behaunek