IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**SUPPLEMENTAL RESPONSE** |

COMES NOW Dan R Childers, in his sole capacity as Successor Trustee, and hereby supplements his Response (Dkt #2055) re a Motion to Lift Stay filed Iowa City Ambulatory Surgical Center, LLC ("ICASC") (Dkt. 2047), the preliminary hearing which is set to occur on Sept. 19 2025, by respectfully suggesting to the Court the Order attached hereto should be enrolled, consistent with the Response filed by the Trustee.

                                                                                  */s/ Eric W. Lam*
                                                   Eric W. Lam, AT0004416
                                                   SIMMONS PERRINE MOYER BERGMAN PLC
                                                   115 Third Street SE, Suite 1200
                                                   Cedar Rapids, IA 52401
                                                   Tel: 319-366-7641; Fax: 319-366-1917
                                                   elam@simmonsperrine.com
                                                   ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on September 19, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

                                                             */s/ E Lam*

MHLT/Pldgs/BA 23-00623 – Drafts/SuppRespM2LSASC.091925.0916.ewl

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER** |

      The matter before the Court is a Motion to Lift Stay filed Iowa City Ambulatory Surgical Center, LLC ("ICASC") (Dkt. 2047) ("Motion"). The Liquidation Trustee timely filed a Response (Dkt #2055). Telephonic preliminary hearing on the Motion was held on Sept. 19 2025. Pursuant to arguments and representations from Counsel, the Court hereby ORDERS any and all issues raised in the Motion are to be adjudicated in Adversary #25-9012, and to the extent, if at all, the §362 stay applies, the §362 stay is lifted so as to enable the parties and the Court to adjudicate and resolve all issues between the parties, in the context of Adversary # 25-9012. The Motion to Lift Stay is therefore granted in part and denied in part, as provided herein. Nothing in this Order affects and otherwise prejudices any and all right, argument, theory etc. that may be asserted by any party in Adversary #25-9012, and all those right, argument, theory are preserved and reserved, except as provided in this Order.

      Entered this _____ day of September, 2025

                                                                                         _____
                                                                                    Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee