UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: September 19, 2025
Hearing on: Motion of Iowa City Ambulatory Surgical Center, LLC for Entry of an Order Granting Relief from the Automatic Stay to Purchase Units as a Result of a Permissive Redemption Event (Doc. 2047)

Movant: Iowa City Ambulatory Surgical Center, LLC

APPEARANCES:

Attorney Eric Lam for Liquidation Trustee Dan Childers
Attorney Michael T. Gustafson for Movant

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

The Motion of Iowa City Ambulatory Surgical Center, LLC for Entry of an Order Granting Relief from the Automatic Stay to Purchase Units as a Result of a Permissive Redemption Event is DENIED as MOOT as the stay does not apply. The parties may proceed accordingly.

Ordered:
September 19, 2025

Thad J. Collins
Chief Bankruptcy Judge