IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**QUARTERLY REPORT** |

COMES NOW Dan R. Childers in his sole capacity as Trustee of the Liquidation Trust, by and through his counsel, and hereby respectfully submits the attached Report for the third quarter of 2025 (July 1, 2025 – Sept 30, 2025).

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@sp.law

ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 17th day of October, 2025, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Kelly Carmichael*

MHLT/Pldgs/BA 23-00623 – Drafts/Quarterly Report thru 9 30 2025.101725.753a.ewl

**Mercy Hospital Liquidation Trust**                                   **23-00623 (TJC)**

**Quarterly Operating Reports**

|  | **07/01/25 - 09/30/35** |
|---|---|
| **Chapter 11 Disbursements** | $ 921,339.52 |
| **Statutory Rate** | 0.80% |
| **Quarterly Fees Due** | $ 7,370.72 |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.**

| **/s/ Marc B. Ross** | **10/15/25** |
|---|---|
| **Financial Advisor to Liquidation Trustee** | **Date** |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|
| 6/30/25 | Beginning Cash | | | 7,682,741.27 | | | |
| 7/1/25 | Affilliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (5,085.32) | | (5,085.32) | |
| 7/1/25 | Affilliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (8,814.99) | | (8,814.99) | |
| 7/1/25 | Affilliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (31,434.85) | | (31,434.85) | |
| 7/1/25 | Bank Fees | Bank Fees | | (857.85) | | (857.85) | |
| 7/1/25 | Bank Fees | Bank Fees | | (132.99) | | (132.99) | |
| 7/1/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | |
| 7/1/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | |
| 7/1/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 7/1/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 7/1/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 7/1/25 | Deloitte Tax LLP | Chapter 11 Administrative Expenses | | (9,190.00) | (9,190.00) | | |
| 7/1/25 | Deloitte Tax LLP | Chapter 11 Administrative Expenses | | (24,926.00) | (24,926.00) | | |
| 7/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,692.00 | | | 1,692.00 |
| 7/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 7,507.04 | | | 7,507.04 |
| 7/1/25 | Hy-Vee | Chapter 11 Administrative Expenses - Settlement | | (1,922.55) | (1,922.55) | | |
| 7/1/25 | Sweep Activity | Transfer | | - | | | - |
| 7/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 460.90 | | | 460.90 |
| 7/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 411.38 | | | 411.38 |
| 7/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,887.95 | | | 1,887.95 |
| 7/2/25 | Sweep Activity | Transfer | | - | | | - |
| 7/3/25 | Denise Wood | AR Collection Fees | | (1,893.75) | | (1,893.75) | |
| 7/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 331.94 | | | 331.94 |
| 7/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 314.33 | | | 314.33 |
| 7/3/25 | Sweep Activity | Transfer | | - | | | - |
| 7/9/25 | Phelan Tucker Law LLP | Liquidation Trust - Other Fees | | (5,211.00) | | (5,211.00) | |
| 7/9/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (119,112.22) | | (119,112.22) | |
| 7/9/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (3,970.50) | | (3,970.50) | |
| 7/9/25 | Transfer | Transfer | | - | | | - |
| 7/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 169.00 | | | 169.00 |
| 7/7/25 | Sweep Activity | Transfer | | - | | | - |
| 7/8/25 | Sweep Activity | Transfer | | - | | | - |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 223.24 | | | 223.24 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 192.38 | | | 192.38 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 783.70 | | | 783.70 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 10,604.92 | | | 10,604.92 |
| 7/9/25 | Bank Fees | Bank Fees | | (4.64) | | (4.64) | |
| 7/9/25 | Bank Fees | Bank Fees | | (154.80) | | (154.80) | |
| 7/9/25 | Bank Fees | Bank Fees | | (94.95) | | (94.95) | |
| 7/8/25 | Bank Fees | Bank Fees | | (49.95) | | (49.95) | |
| 7/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 0.42 | | | 0.42 |
| 7/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,249.54 | | | 2,249.54 |
| 7/9/25 | Sweep Activity | Transfer | | - | | | - |
| 7/14/25 | Edward Patrick Maggallanes | Oversight Committee Fees | | (5,000.00) | | (5,000.00) | |
| 7/14/25 | Laura Davis | Liquidation Trust - Other Fees | | (4,530.00) | | (4,530.00) | |
| 7/10/25 | Sweep Activity | Transfer | | - | | | - |
| 7/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 469.00 | | | 469.00 |
| 7/11/25 | Sweep Activity | Transfer | | - | | | - |
| 7/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | | | 100.00 |
| 7/14/25 | Sweep Activity | Transfer | | - | | | - |
| 7/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 169.16 | | | 169.16 |
| 7/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 811.31 | | | 811.31 |
| 7/17/25 | Transfer | Transfer | | - | | | - |
| 7/17/25 | Day Rettig Martin | Liquidation Trust - Professional Fees | | (37,915.06) | | (37,915.06) | |
| 7/17/25 | Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | | (37,915.06) | | (37,915.06) | |
| 7/17/25 | Day Rettig Martin | Liquidation Trust - ICASC Fees | | (18,957.53) | | (18,957.53) | |
| 7/21/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (1,954.80) | | (1,954.80) | |
| 7/21/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (30,561.92) | | (30,561.92) | |
| 7/21/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (31,819.92) | | (31,819.92) | |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---:|---:|---:|---:|
| 7/21/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (55,545.07) | | (55,545.07) | |
| 7/23/25 | Transfer | Transfer | | - | | | - |
| 7/23/25 | US Foods | Chapter 11 Administrative Expenses - Settlement | | (40,290.97) | (40,290.97) | | |
| 7/15/25 | Sweep Activity | Transfer | | - | | | - |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6,658.84 | | | 6,658.84 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 492.53 | | | 492.53 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 241.25 | | | 241.25 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | | 26.40 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 612.11 | | | 612.11 |
| 7/15/25 | Bank Fees | Bank Fees | | (13.05) | | (13.05) | |
| 7/15/25 | Bank Fees | Bank Fees | | (1,386.18) | | (1,386.18) | |
| 7/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 394.00 | | | 394.00 |
| 7/16/25 | Sweep Activity | Transfer | | - | | | - |
| 7/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,097.91 | | | 1,097.91 |
| 7/17/25 | Sweep Activity | Transfer | | - | | | - |
| 7/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,489.46 | | | 1,489.46 |
| 7/18/25 | Sweep Activity | Transfer | | - | | | - |
| 7/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 86.61 | | | 86.61 |
| 7/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,455.00 | | | 1,455.00 |
| 7/21/25 | Sweep Activity | Transfer | | - | | | - |
| 7/22/25 | Sedgwick | Self Insurance Payments | | 5,432.67 | | | 5,432.67 |
| 7/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 262.60 | | | 262.60 |
| 7/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.63 | | | 130.63 |
| 7/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,232.39 | | | 1,232.39 |
| 7/22/25 | Sweep Activity | Transfer | | - | | | - |
| 7/8/25 | Bank Fees | Bank Fees | | - | | | - |
| 7/9/25 | Bank Fees | Bank Fees | | - | | | - |
| 7/9/25 | Bank Fees | Bank Fees | | - | | | - |
| 7/10/25 | Bank Fees | Bank Fees | | (66.26) | | (66.26) | |
| 7/10/25 | Bank Fees | Bank Fees | | - | | | - |
| 7/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,745.10 | | | 1,745.10 |
| 7/23/25 | Sweep Activity | Transfer | | - | | | - |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15,376.17 | | | 15,376.17 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 298.62 | | | 298.62 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,167.98 | | | 1,167.98 |
| 7/24/25 | Sweep Activity | Transfer | | - | | | - |
| 7/25/25 | Sweep Activity | Transfer | | - | | | - |
| 7/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 38.80 | | | 38.80 |
| 7/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 29.10 | | | 29.10 |
| 7/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,800.47 | | | 1,800.47 |
| 7/28/25 | Sweep Activity | Transfer | | - | | | - |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,026.94 | | | 2,026.94 |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 161.39 | | | 161.39 |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 38.80 | | | 38.80 |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | | | 9.70 |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 271.00 | | | 271.00 |
| 7/28/25 | Bank Fees | Bank Fees | | (150.00) | | (150.00) | |
| 7/29/25 | Sweep Activity | Transfer | | - | | | - |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,322.18 | | | 2,322.18 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 505.77 | | | 505.77 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 314.52 | | | 314.52 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 424.09 | | | 424.09 |
| 7/30/25 | Sweep Activity | Transfer | | - | | | - |
| 7/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,080.56 | | | 2,080.56 |
| 7/30/25 | US Dept. of the Treasury | US Trustee Fees | | (18,385.47) | | (18,385.47) | |
| 7/31/25 | Sweep Activity | Transfer | | - | | | - |
| 7/31/25 | Interest | Interest | | 2,286.77 | | | 2,286.77 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|
| 7/31/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 452.02 | | | 452.02 |
| 7/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 0.54 | | | 0.54 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 758.15 | | | 758.15 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 186.76 | | | 186.76 |
| 7/30/25 | Transfer | Transfer | | - | | | - |
| 7/31/25 | Interest | Interest | | 191.78 | | | 191.78 |
| 7/31/25 | Interest | Interest | | 12,369.53 | | | 12,369.53 |
| 7/31/25 | Interest | Interest | | 3,209.29 | | | 3,209.29 |
| 7/22/25 | | | | - | | | - |
| **7/31/25** | **Total** | | | **7,280,928.81** | | | |
| 7/31/25 | | | | | | | |
| 8/1/25 | Sweep Activity | Transfer | | - | | | - |
| 8/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 359.97 | | | 359.97 |
| 8/1/25 | Bank Fees | Bank Fees | | (132.99) | | (132.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | |
| 8/1/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | |
| 8/1/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (876.87) | | (876.87) | |
| 8/4/25 | Sweep Activity | Transfer | | - | | | - |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.63 | | | 130.63 |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 127.60 | | | 127.60 |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.13 | | | 50.13 |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,080.00 | | | 1,080.00 |
| 8/5/25 | Sweep Activity | Transfer | | - | | | - |
| 8/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,121.03 | | | 4,121.03 |
| 8/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 125.41 | | | 125.41 |
| 8/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,563.72 | | | 2,563.72 |
| 8/6/25 | Sweep Activity | Transfer | | - | | | - |
| 8/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 766.73 | | | 766.73 |
| 8/7/25 | Sweep Activity | Transfer | | - | | | - |
| 8/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 367.66 | | | 367.66 |
| 8/8/25 | Sweep Activity | Transfer | | - | | | - |
| 8/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 270.40 | | | 270.40 |
| 8/11/25 | Sweep Activity | Transfer | | - | | | - |
| 8/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 167.79 | | | 167.79 |
| 8/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 600.00 | | | 600.00 |
| 8/12/25 | Sweep Activity | Transfer | | - | | | - |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 520.18 | | | 520.18 |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.75 | | | 327.75 |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | | 26.40 |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,350.00 | | | 1,350.00 |
| 8/13/25 | Sweep Activity | Transfer | | - | | | - |
| 8/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 146.00 | | | 146.00 |
| 8/14/25 | Sweep Activity | Transfer | | - | | | - |
| 8/14/25 | Bank Fees | Bank Fees | | (13.35) | | (13.35) | |
| 8/14/25 | Bank Fees | Bank Fees | | (1,431.65) | | (1,431.65) | |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,192.18 | | | 4,192.18 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 103.67 | | | 103.67 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 429.62 | | | 429.62 |
| 8/15/25 | Sweep Activity | Transfer | | - | | | - |
| 8/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 278.57 | | | 278.57 |
| 8/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 930.51 | | | 930.51 |
| 8/18/25 | Sweep Activity | Transfer | | - | | | - |
| 8/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 71.75 | | | 71.75 |
| 8/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,224.86 | | | 1,224.86 |
| 8/19/25 | Sweep Activity | Transfer | | - | | | - |
| 8/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 369.86 | | | 369.86 |
| 8/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 174.63 | | | 174.63 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|
| 8/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,575.35 | | | 1,575.35 |
| 8/20/25 | Sweep Activity | Transfer | | - | | | - |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,817.08 | | | 5,817.08 |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 101.33 | | | 101.33 |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,125.00 | | | 2,125.00 |
| 8/21/25 | Sweep Activity | Transfer | | - | | | - |
| 8/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 290.87 | | | 290.87 |
| 8/22/25 | Sweep Activity | Transfer | | - | | | - |
| 8/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 142.73 | | | 142.73 |
| 8/25/25 | Sweep Activity | Transfer | | - | | | - |
| 8/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 55.85 | | | 55.85 |
| 8/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 747.11 | | | 747.11 |
| 8/26/25 | Sweep Activity | Transfer | | - | | | - |
| 8/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 335.12 | | | 335.12 |
| 8/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17.60 | | | 17.60 |
| 8/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,623.44 | | | 1,623.44 |
| 8/26/25 | Sedgwick | Self Insurance Payments | | (8.85) | | (8.85) | |
| 8/27/25 | Sweep Activity | Transfer | | - | | | - |
| 8/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,951.07 | | | 1,951.07 |
| 8/28/25 | Sweep Activity | Transfer | | - | | | - |
| 8/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 13,983.31 | | | 13,983.31 |
| 8/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 863.13 | | | 863.13 |
| 8/29/25 | Sweep Activity | Transfer | | - | | | - |
| 8/29/25 | Interest | Interest | | 2,346.01 | | | 2,346.01 |
| 8/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,171.76 | | | 1,171.76 |
| 8/8/25 | Bank Fees | Bank Fees | | (49.95) | | (49.95) | |
| 8/11/25 | Bank Fees | Bank Fees | | (94.85) | | (94.85) | |
| 8/11/25 | Bank Fees | Bank Fees | | (94.85) | | (94.85) | |
| 8/12/25 | Bank Fees | Bank Fees | | (63.54) | | (63.54) | |
| 8/12/25 | Bank Fees | Bank Fees | | (4.45) | | (4.45) | |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 60.07 | | | 60.07 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 134.48 | | | 134.48 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 147.60 | | | 147.60 |
| 8/25/25 | Miscellaneous | Miscellaneous | 184649 | (10.00) | (10.00) | | |
| 8/26/25 | Miscellaneous | Miscellaneous | 184649 | 10.00 | | | 10.00 |
| 8/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 589.44 | | | 589.44 |
| 8/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 111.81 | | | 111.81 |
| 8/31/25 | Miscellaneous | Miscellaneous | | 0.10 | | | 0.10 |
| 8/31/25 | Interest | Interest | | 2,972.89 | | | 2,972.89 |
| 8/5/25 | Transfer | Transfer | | - | | | - |
| 8/5/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (148,802.25) | | (148,802.25) | |
| 8/5/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (159.50) | | (159.50) | |
| 8/5/25 | Nyemaster Goode, PC | Liquidation Trust - WC Work | | (85.50) | | (85.50) | |
| 8/5/25 | Principal Financial Group | Class 5 Distribution | | (750,000.00) | (750,000.00) | | |
| 8/5/25 | Johnson Controls | MOB Remediation | | (16,889.69) | | (16,889.69) | |
| 8/11/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,143.75) | | (1,143.75) | |
| 8/18/25 | Transfer | Transfer | | - | | | - |
| 8/18/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (823.00) | | (823.00) | |
| 8/18/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (39,292.25) | | (39,292.25) | |
| 8/18/25 | Steindler Orthopedic Clinic | MOB Oversight Fees | | (1,000.00) | | (1,000.00) | |
| 8/18/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (7,402.72) | | (7,402.72) | |
| 8/18/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (11,315.53) | | (11,315.53) | |
| 8/18/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (31,223.36) | | (31,223.36) | |
| 8/18/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (21,575.90) | | (21,575.90) | |
| 8/18/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (54,479.60) | | (54,479.60) | |
| 8/25/25 | Transfer | Transfer | | - | | | - |
| 8/25/25 | Microsoft Corporation | Chapter 11 Administrative Expenses - Settlement | | (95,000.00) | (95,000.00) | | |
| 8/18/25 | Laura Davis | Liquidation Trust - Other Fees | | (1,410.00) | | (1,410.00) | |
| 8/25/25 | Miscellaneous | Miscellaneous | | 0.40 | | | 0.40 |
| 8/29/25 | Interest | Interest | | 8,949.83 | | | 8,949.83 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|
| 8/31/25 | Total | | | 6,163,994.29 | | | |
| 8/31/25 | | | | | | | |
| 9/1/25 | Interest | Interest | | 37.84 | | | 37.84 |
| 9/9/25 | Bank Fees | Bank Fees | | (49.95) | | (49.95) | |
| 9/9/25 | Bank Fees | Bank Fees | | (94.85) | | (94.85) | |
| 9/9/25 | Bank Fees | Bank Fees | | (154.80) | | (154.80) | |
| 9/11/25 | Bank Fees | Bank Fees | | (64.13) | | (64.13) | |
| 9/11/25 | Bank Fees | Bank Fees | | (4.49) | | (4.49) | |
| 9/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 470.29 | | | 470.29 |
| 9/8/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,237.50) | | (1,237.50) | |
| 9/8/25 | Kimberley Maser | Liquidation Trust - Other Fees | | (2,230.00) | | (2,230.00) | |
| 9/8/25 | Transfer | Transfer | | - | | | - |
| 9/8/25 | Big River Insurance Company | E&O Coverage | | (8,667.34) | | (8,667.34) | |
| 9/8/25 | Big River Insurance Company | E&O Coverage | | (13,506.25) | | (13,506.25) | |
| 9/8/25 | Big River Insurance Company | E&O Coverage | | (14,042.00) | | (14,042.00) | |
| 9/16/25 | Transfer | Transfer | | - | | | - |
| 9/16/25 | Transfer | Transfer | | - | | | - |
| 9/16/25 | Transfer | Transfer | | - | | | - |
| 9/16/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (995.65) | | (995.65) | |
| 9/16/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (14,544.81) | | (14,544.81) | |
| 9/16/25 | All Temp Refrigeration | MOB - Remediation | | (13,704.74) | | (13,704.74) | |
| 9/16/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (23,953.51) | | (23,953.51) | |
| 9/16/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (23,530.00) | | (23,530.00) | |
| 9/16/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (55,722.80) | | (55,722.80) | |
| 9/22/25 | Edward Patrick Maggallanes | Oversight Committee Fees | | (5,000.00) | | (5,000.00) | |
| 9/22/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | (5,000.00) | |
| 9/23/25 | Transfer | Transfer | | - | | | - |
| 9/23/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (151,779.29) | | (151,779.29) | |
| 9/26/25 | Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | | (25,742.50) | | (25,742.50) | |
| 9/22/25 | Philips North America | Preference and Avoidance Action Recoveries | | 55,000.00 | | | 55,000.00 |
| 9/2/25 | Sweep Activity | Transfer | | - | | | - |
| 9/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,502.40 | | | 1,502.40 |
| 9/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | (1,000.00) | | (1,000.00) | |
| 9/2/25 | Bank Fees | Bank Fees | | (761.62) | | (761.62) | |
| 9/2/25 | Bank Fees | Bank Fees | | (132.99) | | (132.99) | |
| 9/2/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | |
| 9/2/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | |
| 9/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 9/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 9/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | |
| 9/3/25 | Sweep Activity | Transfer | | - | | | - |
| 9/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.53 | | | 327.53 |
| 9/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 289.51 | | | 289.51 |
| 9/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,024.63 | | | 1,024.63 |
| 9/4/25 | Sweep Activity | Transfer | | - | | | - |
| 9/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.62 | | | 57.62 |
| 9/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,018.57 | | | 2,018.57 |
| 9/5/25 | Sweep Activity | Transfer | | - | | | - |
| 9/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,701.96 | | | 1,701.96 |
| 9/8/25 | Sweep Activity | Transfer | | - | | | - |
| 9/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,659.79 | | | 5,659.79 |
| 9/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 41.00 | | | 41.00 |
| 9/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,608.85 | | | 1,608.85 |
| 9/9/25 | Sweep Activity | Transfer | | - | | | - |
| 9/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 930.11 | | | 930.11 |
| 9/9/25 | Sedgwick | Self Insurance Payments | | (1,065.81) | | (1,065.81) | |
| 9/10/25 | Sweep Activity | Transfer | | - | | | - |
| 9/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,450.30 | | | 3,450.30 |
| 9/11/25 | Sweep Activity | Transfer | | - | | | - |
| 9/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,061.00 | | | 1,061.00 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|
| 9/12/25 | Sweep Activity | Transfer | | - | | | - |
| 9/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 374.00 | | | 374.00 |
| 9/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 175.00 | | | 175.00 |
| 9/15/25 | Sweep Activity | Transfer | | - | | | - |
| 9/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 20.00 | | | 20.00 |
| 9/15/25 | Bank Fees | Bank Fees | | (13.05) | | (13.05) | |
| 9/15/25 | Bank Fees | Bank Fees | | (1,394.09) | | (1,394.09) | |
| 9/16/25 | Sweep Activity | Transfer | | - | | | - |
| 9/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 328.65 | | | 328.65 |
| 9/17/25 | Sweep Activity | Transfer | | - | | | - |
| 9/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,857.80 | | | 1,857.80 |
| 9/18/25 | Sweep Activity | Transfer | | - | | | - |
| 9/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,049.51 | | | 1,049.51 |
| 9/19/25 | Sweep Activity | Transfer | | - | | | - |
| 9/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,370.84 | | | 1,370.84 |
| 9/22/25 | Sweep Activity | Transfer | | - | | | - |
| 9/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,179.54 | | | 1,179.54 |
| 9/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 179.52 | | | 179.52 |
| 9/23/25 | Sweep Activity | Transfer | | - | | | - |
| 9/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,000.91 | | | 4,000.91 |
| 9/24/25 | Sweep Activity | Transfer | | - | | | - |
| 9/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 577.11 | | | 577.11 |
| 9/25/25 | Sweep Activity | Transfer | | - | | | - |
| 9/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,168.34 | | | 3,168.34 |
| 9/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 205.95 | | | 205.95 |
| 9/26/25 | Sweep Activity | Transfer | | - | | | - |
| 9/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 450.00 | | | 450.00 |
| 9/29/25 | Sweep Activity | Transfer | | - | | | - |
| 9/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | | | 160.00 |
| 9/30/25 | Sweep Activity | Transfer | | - | | | - |
| 9/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,804.90 | | | 1,804.90 |
| 9/30/25 | Interest | Interest | | 2,276.71 | | | 2,276.71 |
| 9/30/25 | Interest | Interest | | 7,234.23 | | | 7,234.23 |
| 9/30/25 | Interest | Interest | | 32.42 | | | 32.42 |
| 9/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 228.88 | | | 228.88 |
| 9/30/25 | **Total Activity and Liquidation Trust Cash on Hand** | | | **5,900,907.28** | **(921,339.52)** | **(1,125,436.35)** | **264,941.88** |
| | US Trustee Fee Rate | | | | 0.80% | | |
| 9/30/25 | **Fees Due Qtr. Ended 9/30/25** | | | | **7,370.72** | | |