IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**APPLICATION FOR ADMISSION** ***PRO HAC VICE* OF ROBERT A. RICH** |

COMES NOW, Attorney Andrew R. Kintzinger, an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the Application for *Pro Hac Vice* Admission on behalf of attorney Robert A. Rich, provides as follows:

1. Mr. Rich's office address, telephone number, email address, and attorney identification number is as follows:

> Robert A. Rich, Esq.
> Hunton Andrews Kurth LLP
> 200 Park Avenue
> New York, NY 10166
> (212) 309-1000
> rrich@hunton.com
> NY Bar No.: #4726253

2. Mr. Rich is a member in good standing of the bars of the State of New York (admitted October 7, 2009) and the State of New Jersey (admitted June 3, 2009). He is also admitted to practice before the United States District Courts and United States Bankruptcy Courts for the Southern District of New York (admitted October 27, 2009), Eastern District of New York (admitted September 7, 2010), Western District of New York (admitted March 25, 2011), Northern District of New York (admitted May 23, 2011), District of New Jersey (admitted July 1, 2009), District of Connecticut (admitted January 9, 2015), Western District of Michigan (admitted

May 11, 2011), Eastern District of Michigan (admitted January 25, 2021) and District of New Mexico (admitted January 27, 2017). Additionally, Mr. Rich is admitted to practice before the United States Court of Appeals for the Second Circuit (admitted February 8, 2016) and the United States Court of Appeals for the Sixth Circuit (admitted April 21, 2020).

3. Attached as **Exhibit A** are Certificates from the bar associations of the state of New Jersey and state of New York confirming Mr. Rich's present good standing in accordance with Local Rule 2090-1.

4. Mr. Rich is not currently suspended or disbarred in any court.

5. Mr. Rich has not made prior *pro hac vice* applications to this Court.

6. Mr. Rich acknowledges that if the *pro hac vice* application is granted, he is subject to the jurisdiction of the court with respect to his conduct to the same extent as a member of the Bar of this court and is subject to the Iowa Rules of Professional Conduct.

7. Mr. Rich will conform with the associate counsel requirement for attorneys appearing *pro hac vice*, and conforms to such requirement with associate counsel, Andrew R. Kintzinger, (AT0006757), Hunton Andrews Kurth LLP, 2200 Pennsylvania Avenue, NW Washington, DC 20037, Telephone #: (202) 955-1500, Email: akintzinger@hunton.com.

WHEREFORE, applicant, Robert A. Rich requests this court grant him pro hac vice admission within these jointly administered bankruptcy cases and related adversary proceedings, in the Bankruptcy Court for the Northern District of Iowa and for any further relief this Court deems just and equitable.

Dated: November 25, 2025

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

By: */s/ Robert A. Rich*
Robert A. Rich

        200 Park Avenue
New York, NY 10166
(212) 309-1000
rrich@hunton.com

By: */s/ Andrew R. Kintzinger*
Andrew R. Kintzinger (AT0006757)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
akintzinger@hunton.com

*Attorneys for Smith & Nephew. Inc.*

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-00623 <br><br> Hon. Thad J. Collins <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROBERT A. RICH** |

THE COURT, having reviewed the Application for *Pro Hac Vice* Admission on behalf of Robert A. Rich, filed by associate counsel, attorney Andrew R. Kintzinger, and finding the Application and representations therein meets the requirements of this Court.

1.  **IT IS HEREBY ORDERED** the Application for *Pro Hac Vice* Admission on behalf of Robert A. Rich is granted. Mr. Rich shall appear before this Court pursuant to the requirements of the Bankruptcy Code, Rules, and Local Rules of the Northern District of Iowa.

Dated and Entered: _____

_____
HONORABLE THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on November 25, 2025, the foregoing application was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

> */s/ Andrew R. Kintzinger*
> Andrew R. Kintzinger