IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROSS RUBIN** |

COMES NOW, Attorney Andrew R. Kintzinger, an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the Application for *Pro Hac Vice* Admission on behalf of attorney Ross Rubin, provides as follows:

1. Mr. Rubin's office address, telephone number, fax number, email address, and attorney identification number is as follows:

   Ross Rubin, Esq.
   Hunton Andrews Kurth LLP
   200 Park Avenue
   New York, NY 10166
   Telephone: (212) 309-1000
   Fax: (212) 309-1100
   rrubin@hunton.com
   NY Bar No.: #6185037

2. Mr. Rubin is a member in good standing of the bar of the State of New York (admitted January 15, 2025). He is also admitted to practice before the United States District Courts and United States Bankruptcy Courts for the Southern District of New York (admitted March 18, 2025), and Eastern District of New York (admitted April 3, 2025).

3. Attached as **Exhibit A** is a Certificate from Mr. Rubin's home bar association confirming Mr. Rubin's present good standing in accordance with Local Rule 2090-1.

4. Mr. Rubin is not currently suspended or disbarred in any court.

5. Mr. Rubin has not made prior *pro hac vice* applications to this Court.

6. Mr. Rubin acknowledges that if the *pro hac vice* application is granted, he is subject to the jurisdiction of the court with respect to his conduct to the same extent as a member of the Bar of this court and is subject to the Iowa Rules of Professional Conduct.

7. Mr. Rubin will conform with the associate counsel requirement for attorneys appearing *pro hac vice*, and conforms to such requirement with associate counsel Andrew R. Kintzinger (AT0006757), Hunton Andrews Kurth LLP, 2200 Pennsylvania Avenue, NW Washington, DC 20037, Telephone: (202) 955-1500, Fax: (202) 778-2201, Email: akintzinger@hunton.com.

WHEREFORE, applicant Ross Rubin requests this court grant him *pro hac vice* admission within these jointly administered bankruptcy cases and related adversary proceedings in the Bankruptcy Court for the Northern District of Iowa, and for any further relief this Court deems just and equitable.

Dated: November 25, 2025

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

By: */s/ Ross Rubin*
Ross Rubin (NY No. #6185037)
200 Park Avenue
New York, NY 10166
(212) 309-1000
rrubin@hunton.com

By: */s/ Andrew R. Kintzinger*
Andrew R. Kintzinger (AT0006757)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
akintzinger@hunton.com

*Attorneys for Smith & Nephew, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROSS RUBIN** |

THE COURT, having reviewed the Application for *Pro Hac Vice* Admission on behalf of Ross Rubin, filed by associate counsel, attorney Andrew R. Kintzinger, and finding the Application and representations therein meets the requirements of this Court.

1. **IT IS HEREBY ORDERED** the Application for *Pro Hac Vice* Admission on behalf of Ross Rubin is granted. Mr. Rubin shall appear before this Court pursuant to the requirements of the Bankruptcy Code, Rules, and Local Rules of the Northern District of Iowa.

Dated and Entered: _____

_____
HONORABLE THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on November 25, 2025, the foregoing application was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

> */s/ Andrew R. Kintzinger*
> Andrew R. Kintzinger