## EXHIBIT A



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*
———————

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Ross Connor Rubin

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 15, 2025**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 20, 2025.*

*Clerk of the Court*

*CertID-00261173*