IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROBERT A. RICH** |

THE COURT, having reviewed the Application for *Pro Hac Vice* Admission on behalf of Robert A. Rich, filed by associate counsel, attorney Andrew R. Kintzinger, and finding the Application and representations therein meets the requirements of this Court.

1.   **IT IS HEREBY ORDERED** the Application for *Pro Hac Vice* Admission on behalf of Robert A. Rich is granted. Mr. Rich shall appear before this Court pursuant to the requirements of the Bankruptcy Code, Rules, and Local Rules of the Northern District of Iowa.

Dated and Entered: November 26, 2025

HONORABLE THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE