**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1]<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF PAUL M. ROSENBLATT** |

COMES NOW, Rush M. Shortley ("Applicant"), an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the application (the "Application") for *pro hac vice* admission on behalf of attorney Paul M. Rosenblatt, pursuant to Local Rule 2090-1(b)(3) of the Local Rules of the United States Bankruptcy Court for the Northern District of Iowa, respectfully states:

1. Mr. Rosenblatt is a member of the State Bars of Georgia (July 23, 1997), New Jersey (December 19, 1994), and New York (May 23, 1995), and is admitted to practice before the United States District Court for the Middle District of Georgia (March 4, 2002), United States District Court for the Northern Districts of Georgia (October 14, 1997), United States District Court for the District of New Jersey (December 30, 1994), United States District Court for the Eastern District of New York (August 27, 1996), United States District Court for the Northern District of New York (November 4, 2002), United States District Court for the Southern District of New York (August 6, 1996), and United States District Court for the Western District of New York (September 3, 2009), United States District Court for the Northern District of California

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mercy Hospital, Iowa City, Iowa (0391); Mercy Iowa City ACO, LLC (9472); and Mercy Services Iowa City, Inc. (1044).

US2008 32387913 3

(October 21, 2021), United States District Court for the Northern District of Texas (November 7, 2001), United States District Court for the Southern Districts of Texas (October 29, 2001), United States District Court for the Northern District of Illinois (January 29, 1994), the United States Court of Appeals for the Third (April 30, 1998) and Eleventh Circuits (October 21, 1997), and the United States Court of Appeals for the District of Columbia Circuit (November 6, 2003). A Certificate of Good Standing from the State Bar of Georgia, dated within one year of this filing, is attached hereto.

2. Mr. Rosenblatt is a partner with the law firm of Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530, Telephone: (404) 815-6500, Facsimile: (404) 815-6555, Email: PRosenblatt@ktslaw.com, Georgia Bar No. 614522.

3. Mr. Rosenblatt has never been and presently is not subject to any disbarment proceedings.

4. Mr. Rosenblatt has never been and presently is not subject to any suspension proceedings.

5. Mr. Rosenblatt has never had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

6. Mr. Rosenblatt has never, either by resignation, withdrawal, or otherwise, terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Mr. Rosenblatt agrees to comply with the provisions of the Iowa Rules of Professional Conduct, and he consents to the jurisdiction of the courts and the disciplinary boards of the State of Iowa.

8. Mr. Rosenblatt has not made any other pro hac vice application to this Court within

this year or the year preceding the Application.

9.  Mr. Rosenblatt will request privileges with the Northern District of Iowa via PACER, followed by a separate filing of the Notice of Appearance and Request for Notice.

10. Pursuant to Local Rule 2090-1(b)(4), Mr. Rosenblatt has associated with Applicant.

WHEREFORE, Applicant respectfully requests this Honorable Court to grant Paul M. Rosenblatt, a non-resident attorney, admission to practice within these jointly administered bankruptcy cases and related adversary proceedings.

Dated: December 5, 2025

Rush M. Shortley 7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com

/s/ Paul M. Rosenblatt
**KILPATRICK TOWNSEND & STOCKTON LLP**
Paul M. Rosenblatt, Esq.
Dante Wen, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: prosenblatt@ktslaw.com

*Counsel for LocumTenens.com, LLC and Jackson Physician Search, LLC*

US2008 32387913 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2025, the foregoing application was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

*/s/ Rush M. Shortley*
Rush M. Shortley



**Lawyers Serving the Public and the Justice System**

Mr. Paul Marc Rosenblatt
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE Suite 2800
Atlanta, GA 30309-4530
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 7/23/1997 |
| **BAR NUMBER:** | 614522 |
| **TODAY'S DATE:** | 12/05/2025 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435