# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1]<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF DANTE WEN** |

COMES NOW, Rush M. Shortley ("Applicant"), an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the application (the "Application") for *pro hac vice* admission on behalf of attorney Dante Wen, pursuant to Local Rule 2090-1(b)(3) of the Local Rules of the United States Bankruptcy Court for the Northern District of Iowa, respectfully states:

1. Mr. Wen is a member of the State Bar of Illinois (November 7, 2019) and is admitted to practice before the United States District Court for the Northern District of Illinois (March 7, 2022) and the United States District Court for the Eastern District of Wisconsin (December 13, 2024). A Certificate of Good Standing from the State Bar of Illinois, dated within one year of this filing, is attached hereto.

2. Mr. Wen is an associate with the law firm of Kilpatrick Townsend & Stockton LLP, 500 West Madison Street, Suite 3700, Chicago, Illinois 60661, Telephone: (312) 606-3218, Facsimile: (312) 267-2223, Email: dwen@ktslaw.com, Illinois Bar No. 6333529.

3. Mr. Wen has never been and presently is not subject to any disbarment proceedings.

4. Mr. Wen has never been and presently is not subject to any suspension proceedings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mercy Hospital, Iowa City, Iowa (0391); Mercy Iowa City ACO, LLC (9472); and Mercy Services Iowa City, Inc. (1044).

5. Mr. Wen has never had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

6. Mr. Wen has never, either by resignation, withdrawal, or otherwise, terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Mr. Wen agrees to comply with the provisions of the Iowa Rules of Professional Conduct, and he consents to the jurisdiction of the courts and the disciplinary boards of the State of Iowa.

8. Mr. Wen has not made any other pro hac vice application to this Court within this year or the year preceding the Application.

9. Mr. Wen will request privileges with the Northern District of Iowa via PACER, followed by a separate filing of the Notice of Appearance and Request for Notice.

10. Pursuant to Local Rule 2090-1(b)(4), Mr. Wen has associated with Applicant.

WHEREFORE, Applicant respectfully requests this Honorable Court to grant Dante Wen, a non-resident attorney, admission to practice within these jointly administered bankruptcy cases and related adversary proceedings.

Dated: December 5, 2025

Rush M. Shortley 7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com

/s/ Dante Wen
**KILPATRICK TOWNSEND & STOCKTON LLP**
Paul M. Rosenblatt, Esq.
Dante Wen, Esq.
500 West Madison Street, Suite 3700

US2008 32399401 2

Chicago, Illinois 60661
Telephone: (312) 606-3218
Facsimile: (312) 267-2223
Email: dwen@ktslaw.com

*Counsel for LocumTenens.com, LLC and Jackson Physician Search, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2025, the foregoing application was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

_____
Rush M. Shortley

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Dante Wen

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2019 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 19th day of August, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois