# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*** |

The matter before the Court is the application for admission *pro hac vice* of Paul M. Rosenblatt, filed by associate counsel Rush M. Shortley. Having reviewed the application, the Court finds that the application substantially conforms to the requirements of L.R. 2090-1(b)(3).

**IT IS ORDERED** that the application to admit Paul M. Rosenblatt to practice before this Court for the purpose of this case is **GRANTED**.

Filed and Entered: December 8, 2025

_/s/ Thad J. Collins_
THAD J. COLLINS
CHIEF UNITED STATES BANKRUPTCY
JUDGE