IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER re Objection** |

The matter before the Court is an Objection (Dkt #1334) filed by Liquidation Trustee Dan R. Childers against Proof of Claim #10218 filed by DePuy Synthesis Trauma. Pursuant to consent, the Court hereby ORDERS Proof of Claim # 10218 is allowed as a General Un-Secured Non-priority Claim in the amount of $53,827, AND an Administrative Priority Claim in the amount of $26,200.

So ORDERED this 15th day of _____December, 2025__

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Liquidation Trustee

So Consented:


__/s/__Mark Weinhardt_____
Counsel for Claimant

MHLT/Pldgs/BA 23-00623 – Drafts/OrderDUPuyPOC10218.121525.0926.ewl

1