# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,[1]<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>Hon. Thad J. Collins |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the undersigned counsel ("Counsel") hereby enters his appearance for LocumTenens.com, LLC and Jackson Physician Search, LLC (together, "Creditors") in the case of the above-captioned debtors (collectively, the "Debtors") pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Counsel also requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mercy Hospital, Iowa City, Iowa (0391); Mercy Iowa City ACO, LLC (9472); and Mercy Services Iowa City, Inc. (1044).

and served upon Creditors through service upon Counsel, at the address, telephone, and facsimile numbers set forth below:

Dante Wen, Esq.
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3218
Facsimile: (312) 267-2223
Email:  dwen@ktslaw.com

– and –

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to: (i) the Debtors; (ii) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any of the rights of Creditors including, without limitation, to (i) have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to

this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 17, 2025

By: *Dante Wen*
Dante Wen (IL Bar No. 6333529)
(admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone: (312) 606-3218
Facsimile: (312) 267-2223
Email: dwen@ktslaw.com

*Counsel for LocumTenens.com, LLC and Jackson Physician Search, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of December, 2025, a true and correct copy of the foregoing was served by electronic transmission upon all parties eligible to receive service through this Court's CM/ECF system.

                                                  */s/ Dante Wen*
                                                  Dante Wen