# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: MERCY HOSPITAL, IOWA CITY, IOWA, et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 23-00623 |
| Debtor. | ) | |
| | ) | |
| ──────────────── | ) | |
| | ) | |
| DAN R. CHILDERS, in his sole capacity as Liquidation Trustee, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 25-09123 |
| | ) | |
| MEDIFIS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

Benjamin J. Patterson, an attorney with Lane & Waterman LLP, hereby enters his appearance on behalf of Defendant Stability Healthcare, Inc.

Dated:  December 29, 2025

Respectfully submitted,

Lane & Waterman LLP

By:  */s/ Benjamin J. Patterson*
*Counsel for Stability Healthcare, Inc.*

Benjamin J. Patterson, Esq.
220 North Main Street, Suite 600
Davenport, Iowa 52801
Telephone:  (563) 333-6678
Facsimile:  (563) 324-1616
bpatterson@L-WLaw.com

84861898;1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2025, I electronically filed with the Clerk of the Court, using the CM/ECF system, the foregoing Motion for Extension of Time to File Responsive Pleading to Amended Complaint which sent a notification of such filing to all attorneys registered with the CM/ECF system for this matter.

*/s/ Benjamin J. Patterson*

84861898;1