# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

In re:                                                                                                  Chapter 11 Bankruptcy
                                                                                                        Case No. 23-00623

**MERCY HOSPITAL, IOWA CITY, IOWA**,
*et al.*,

        Debtors.

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF ALEX J. BECKER

COMES NOW, Rush M. Shortley ("Applicant"), an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the application (the "Application") for pro hac vice admission on behalf of attorney Alex J. Becker, pursuant to Local Rule 2090-1(b)(3) of the Local Rules of the United States Bankruptcy Court for the Northern District of Iowa, respectfully states:

1.      Mr. Becker is a member of the State Bar of Wisconsin, and was admitted to practice before the state courts of Wisconsin (May 29, 2024), and is admitted to practice before the United States District Court for the Western District of Wisconsin (May 29, 2024), United States District Court for the Eastern District of Wisconsin (September 5, 2024). A Certificate of Good Standing from the State Bar of Wisconsin, dated within one year of this filing, is attached hereto.

2.      Mr. Becker is an attorney with the law firm of Murphy Desmond S.C., 33 East Main Street, Suite 500, Madison, WI 53703, Telephone: (608) 257-7181, Email: abecker@murphydesmond.com, Wisconsin Bar No. 1126511.

3. Mr. Becker has never been and presently is not subject to any disbarment proceedings.

4. Mr. Becker has never been and presently is not subject to any suspension proceedings.

5. Mr. Becker has never had any certificate or privilege to appear and practice before any administrative body suspended or revoked.

6. Mr. Becker has never, either by resignation, withdrawal, or otherwise, terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Mr. Becker agrees to comply with the provisions of the Iowa Rules of Professional Conduct, and he consents to the jurisdiction of the courts and the disciplinary boards of the State of Iowa.

8. Mr. Becker has not made any other pro hac vice application to this Court within this year or the year preceding the Application.

9. Mr. Becker will request privileges with the Northern District of Iowa via PACER, followed by a separate filing of the Notice of Appearance and Request for Notice.

10. Pursuant to Local Rule 2090-1(b)(4), Mr. Becker has associated with Applicant.

**WHEREFORE**, Applicant respectfully requests this Honorable Court to grant Alex J. Becker, a non-resident attorney, admission to practice within this adversary proceeding.

Dated: January 16, 2026.    Respectfully submitted,

_____
Rush M. Shortley                                                    7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
Email: rush@shortleylaw.com

-and-

**MURPHY DESMOND S.C.**

By: /s/ *Alex J. Becker*
Alex J. Becker (*pro hac vice* application forthcoming)
Wisconsin Bar No. 1126511
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
Phone: (608) 257-7181
Email: abecker@murphydesmond.com

*Counsel for Shared Medical Services, Inc.*

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on January 16, 2026, the foregoing application was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

_____
Rush M. Shortley

4901-1660-3527, v. 1



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Samuel A. Christensen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### ALEX JEFFREY BECKER

was admitted to practice as an attorney within this state on May 29, 2024 and is presently in good standing in this court.

Dated: September 15, 2025

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing