# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

In re:　　　　　　　　　　　　　　　　　　　　　　Chapter 11 Bankruptcy
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 23-00623

**MERCY HOSPITAL, IOWA CITY, IOWA**,
*et al.*,

　　　　　　Debtors.

## ORDER GRANTING APPLICATION FOR
## ADMISSION *PRO HAC VICE* OF ALEX J. BECKER

　　THE COURT, having reviewed the application for *Pro Hac Vice* Admission filed on behalf of Alex J. Becker, by associate counsel, attorney Rush M. Shortley, and finding the representations therein meet the requirements of this Court.

　　**IT IS ORDERED** the Motion for *Pro Hac Vice* Admission on behalf of Alex J. Becker is granted. Mr. Becker shall appear before this Court pursuant to the requirements of the Bankruptcy Code, Rules, and Local Rules of the Northern District of Iowa.

Dated and Entered: January __16__, 2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THAD J. COLLINS
　　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE

Order Prepared by Rush M. Shortley, Attorney for Shared Medical Services, Inc.
4911-6275-4695, v. 1