# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 Bankruptcy |
| | Case No. 23-00623 |
| **MERCY HOSPITAL, IOWA CITY, IOWA**, *et al.*, | |
| Debtors. | |

| | |
|---|---|
| **DAN R. CHILDERS, in his sole capacity as Liquidation Trustee**, | Adversary Proceeding No. 25-09080 |
| Plaintiff, | |
| v. | |
| **SHARED MEDICAL SERVICES, INC.**, | |
| Defendant. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE THAT Alex J. Becker of the law firm Murphy Desmond S.C., having been admitted Pro Hac Vice in the Chapter 11 Bankruptcy on August 22, 2025 [Doc. 2103], hereby enters his personal appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 2090-1 on behalf of Shared Medical Services, Inc. and requests, pursuant to Bankruptcy Rules 2002 and 9007, Sections 102 and 342 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. as amended, that all notices given or required to be given, and all papers, pleadings or documents filed, served, or required to be served in this case, be given and served upon Shared Medical Services, Inc. electronically through CM/ECF or otherwise.

Dated: January 21, 2026

**MURPHY DESMOND S.C.**

/s/ *Alex J. Becker*
Alex J. Becker
Wisconsin Bar No. 1126511
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
Phone: (608) 257-7181
Email: abecker@murphydesmond.com

*Counsel for Shared Medical Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the day of 19th day of January 2026.

/s/ *Alex J. Becker*

4904-4587-1242, v. 1

4904-4587-1242, v. 1