IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.*<br><br><br>**Debtors.** | **Chapter 11 Bankruptcy**<br><br>Case No. 23-00623<br><br>Hon. Thad J. Collins<br><br>**MOTION FOR ADMISSION** ***PRO HAC VICE* OF GWENYTH A. ORTMAN** |

  COMES NOW, Attorney, Rodney Kleitsch, an attorney licensed and in good standing before the Bankruptcy Court for the Northern District of Iowa, and in support of the Motion for *Pro Hac Vice* Admission on behalf of Gwenyth A. Ortman, provides as follows:

  A. Attorney Ortman's office address, telephone number, fax number, email address and attorney identification number are as follows:

> Gwenyth A. Ortman
> WH Burkley, LLP
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> Phone (412) 456-8141
> Fax: (412) 456-8135
> E-mail: gortman@bernsteinlaw.com
> PA Bar No.: 336120

  B. Attorney Ortman is a member in good standing of the bar of the United States District Courts for the Western District of Pennsylvania and of the highest court of the Commonwealth of Pennsylvania (336120). A chart setting forth the Court and dates of admission are attached as Exhibit A.

  C. Attorney Ortman is not currently suspended or disbarred in any court.

D. Attorney Ortman has made one prior *pro hac vice* application to this Court, in the matter of Dan Childers, in his sole capacity as Liquidation Trustee v. Beckman Coulter, Inc. at Adversary No. 25-09052, and was granted *pro hac* status on November 12, 2025.

Certifications from the attorney's bar associations confirming the attorney's present good standing within the associations listed below, are attached in conformance with LR 2090-1.

| Court | Date of Certificate |
|---|---|
| Supreme Court of the State of Pennsylvania | October 29, 2025 |

E. Attorney Ortman acknowledges that if the *pro hac vice* application is granted, she is subject to the jurisdiction of the court with respect to the attorney's conduct to the same extent as a member of the Bar of this court and is subject to the Iowa Code of Professional Responsibility for Lawyers.

F. Attorney Ortman will conform with the associate counsel requirement for attorneys appearing *pro hac vice*, and conforms to such requirement with associate counsel, Rodney Kleitsch, 4601 Westown Pkwy, Suite 250, West Des Moines, IA 50266, 515-223-7325. Attorney Ortman will act as co-counsel to WH Burkley, LLP, subject to approval of retention by this Court consistent with Title 11 of the United States Code.

WHEREFORE, applicant Gwenyth A. Ortman requests this court grant her *pro hac vice* admission within jointly administered bankruptcy cases in the Bankruptcy Court for the Northern District of Iowa and for any further relief this Court deem just and equitable.

Date:                                                          Respectfully submitted,

/s/ *Gwenyth A. Ortman*
Gwenyth A. Ortman
PA Bar No.: 336120
WH Burkley, LLP
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8141
Fax: (412) 456-8135
E-mail: gortman@bernsteinlaw.com


/s/ *Rodney W. Kleitsch*
Rodney W. Kleitsch, (AT0009037)
SouthLaw, P.C.
4601 Westown Pkwy
Suite 250
West Des Moines, IA 50266
Telephone: 515-223-7325
Facsimile: 515-223-7276
E-mail: Rodney.kleitsch@southlaw.com

*Attorneys for Cepheid Inc.*

### EXHIBIT A

| Court | Date of Admission | Active (y/n) |
|---|---|---|
| Commonwealth of Pennsylvania | 10/18/2024 | Yes |
| U.S. District Court and Bankruptcy Court- Western District of Pennsylvania | 10/18/2024 | Yes |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, the foregoing instrument was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

/s/_____Rodney W. Kleitsch_____



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Gwenyth Ann Ortman, Esq.*

**DATE OF ADMISSION**

*October 18, 2024*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 29, 2025

*Nicole Traini*
Nicole Traini
Chief Clerk