IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| In re: <br><br> **MERCY HOSPITAL, IOWA CITY, IOWA,** *et al.* <br><br><br> Debtors. | **Chapter 11 Bankruptcy** <br><br> Case No. 23-00623 <br><br> Hon. Thad J. Collins <br><br> **ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE* **OF GWENYTH A. ORTMAN** |
|---|---|

This matter comes before the Court on the Motion for *Pro Hac Vice* Admission on behalf of Gwenyth A. Ortman filed by associate counsel, attorney, Rodney W. Kleitsch of the firm of SouthLaw, P.C., and the Court being fully advised in the premises, it is hereby ORDERED:

The motion is granted. Attorney Gwenyth A. Ortman, of the firm of WH Burkley, LLP is hereby admitted pro hac vice for this proceeding,  In accordance with local rules, Attorney Ortman shall request filing privileges with the Northern District of Iowa Bankruptcy Court via PACER and shall file a Notice of Appearance and Request for Notice under her own PACER login to ensure electronic noticing will occur.

Ordered:
 February 23, 2026

Thad J. Collins
Chief Bankruptcy Judge