# United States Bankruptcy Court for the Northern District of Iowa
## WITHDRAWAL OF CLAIM

Pursuant to Federal Rule of Bankruptcy Procedure 3006, the undersigned creditor hereby withdraws the proof of claim identified below.

| | |
|---|---|
| Court | U.S. Bankruptcy Court, Northern District of Iowa |
| Debtor Name | Mercy Hospital, Iowa City, Iowa |
| Case Number | 23-00623 |
| Creditor Name | CRS Medical Benefits, Inc. |
| Creditor Address | 6709 Ridge Road, Suite 310, Port Richey, FL 34668 |
| Claim Identifier / Number | Addendum to Financial Assistance, CRS Agreement DTD 3/23/2022 |
| Date Claim Filed | 01/31/2024 |
| Total Amount of Claim Filed | $18,582.82 |

Date   2/19/2026

Signature

Print Name      Desiree Harmon

Title      President & Co-Owner

File this notice with the Clerk of the Court (or the duly appointed claims agent, if applicable) in the case listed above. Service should comply with FRBP 3006 and any local procedures.