IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, nka MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**STATUS REPORT** |

COMES NOW successor Liquidation Trustee Dan R. Childers, and hereby respectfully submits the following Status Report:

## I. SALE OF MOB

The MOB building was sold mid-2025, for a cash sum of approximately $1,200,000, to the University of Iowa. The net sale proceeds are free and clear, and will be available for administration pursuant to terms of the confirmed plan.

## II. GENERAL UNSECURED NON-PRIORITY CLAIMS ("GUNC")

In approximate terms, there was a total of approximately $63,944,925 of GUNC filed, including a GUNC filed by individual pensioners in the amount of $1,271,737. After a series of Objections, the remaining GUNC totals approximately $9,227,944, not including the unresoved pension claim. The net effect is that the reduction of the total gross GUNC will lead to a higher dividend for the remaining GUNC, now totaling approximately $10,000,000 plus the as yet unresolved pension claim.

## III. ADMINISTRATIVE CLAIMS

At one time a total of approximately $4,595,135 of administrative claims were filed. After a series of objections, approximately as much as $1.75 million of administrative claims may be allowed, subject to additional negotiation with these creditors. A negotiated allowed Administrative Claim of the Pensioners totaling $750,000 had been allowed and paid.

## IV. PENSION PLAN ADMINISTRATION

At present, the Trust continues to oversee the pension plan for the benefit of all members. The Trustee has assembled and consulted with an Advisory Committee about the ultimate resolution of pension claims and the future of the plan. Trustee expects that significant decisions will be taken in 2026 regarding the plan and expects to give notice to the Court regarding those decisions. The financial status of the pension plan has improved modestly since the filing of the bankruptcy case and the recent turbulence in the equities markets have not had any seriously adverse effects on the plan.

## V. PENDING LITIGATION

Currently, the Trust has pending numerous avoidance actions pursuant to Chapter 5 of Title 11, and separate actions involving the Trust's interest in the Iowa City Ambulatory Surgery Center ("ICASC") and against MercyOne. The Trustee, to avoid any possible appearance of a conflict of interest, has assigned the prosecution of the claim against MercyOne to the Oversight Committee. The Trustee is, therefore, unable to report on that matter beyond the information that is publicly available. Litigation regarding the ICASC is in the early stages of discovery. The Trust expects that this matter will be either resolved by settlement or will proceed to trial later in 2026 or early 2027.

## VI. FEMA

The Trust is pursuing reimbursement of Covid-era cost reimbursements from FEMA. Although the loss calculations submitted to FEMA have been approved, FEMA is currently denying payment to the Trust under what the Trust believes is faulty reasoning. Administrative appeals of the denial have been taken and a request for arbitration is now likely. The funding request is slightly in excess of $11 million.

## VII. APPEAL

After this Court's Order confirming the Plan issued circa June 2024, MercyOne appealed the Confirmation Order. The District Court dismissed the appeal, and also alternately affirmed the Confirmation Order. MercyOne appealed further to the Eighth Circuit. Argument on MercyOne's appeal occurred in January 2026. As if the date of filing of this Report, no decision has been rendered from the Eighth Circuit.

## VIII. DISTRIBUTION

In light of various collection, liquidation, and sale efforts, the Trustee and his Team DO anticipate there will be distributions to the pre-Petition General Unsecured Non-Priority Claims ("GUNC"). The exact amount is unknown, given the many uncertainties of pending litigation, such as the various Preference Adversaries. Similarly, the exact timeline  of distribution cannot be ascertained at this time.

Dated this 13th day of April, 2026.

/s/ Dan R. Childers
Dan R. Childers
SHUTTLEWORTH & INGERSOLL, PLC
235 6th St. SE, P.O. Box 2107
Cedar Rapids, IA 52406-2107
Tel: 319-365-9461; Fax: 319-365-8443
drc@shuttleworthlaw.com
TRUSTEE OF MERCY HOSPITAL LIQUIDATION TRUST

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 13th day of April, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Beth Hawker