## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF FILING OF STATUS REPORT AND NOTICE OF HEARING** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on April 13, 2026, a Status Report. A copy of the Report may be viewed at the Office of the Clerk of the Bankruptcy Court or may be obtained from the Attorney for the Trustee.

NOTICE IS FURTHER GIVEN that the Status Report will be heard before the United State Bankruptcy Court, N.D. Iowa, on **May 5, 2026, at 1030a**, at the Federal Courthouse, 111 Seventh Avenue SE, Cedar Rapids, IA 52401

/s/ Eric W. Lam
Eric W. Lam, AT0004416
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@sp.law
ATTORNEY FOR LIQUIDATION TRUSTEE

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 13th day of April, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ Shannon Miller-Miller

MHLT/Pldgs/BA 23-00623 – Drafts/NOTICEStatus Report.041326.1515.ewl