IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:

MERCY HOSPITAL, IOWA CITY, IOWA,
et al.,

       Debtors

Chapter 11 Bankruptcy
Case No. 23-00623

## WITHDRAWAL OF CASSLING DIAGNOSTIC IMAGING, INC.'S PROOF OF CLAIM NO. 10167

Cassling Diagnostic Imaging, Inc., Creditor, hereby withdraws its Proof of Claim No. 10167 filed in the above-referenced matter.

Dated: April 15, 2026.

Cassling Diagnostic Imaging, Inc.,

By: */s/ Kristin Krueger*

Brian J. Koenig, # AT0009367
Kristin Krueger *(admitted pro hac vice)*
KOLEY JESSEN P.C., LLO
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 (fax)
Brian.Koenig@koleyjessen.com
Kristin.Krueger@koleyjessen.com

*Attorneys for Cassling Diagnostic Imaging, Inc.*

## CERTIFICATE OF SERVICE

On this 15th day of April, 2026, I electronically filed the foregoing Withdrawal of Proof of Claim with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

*/s/ Kristin Krueger*

Kristin Krueger

4909-9581-2766.1