# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| *In re:* | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, et. Al. | Case No. 23-00623 |
| *Debtors,* | |

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtors: | Mercy Hospital, Iowa City, Iowa |
| Case No.: | 23-00623 |
| Creditor Name and Address | Daikin Applied Americas Inc.<br>13600 Industrial Park Blvd.<br>Plymouth, MN 55441 |
| Claim Number | 278 |
| Date Claim Filed: | 10/11/2023 |
| Total Amount of Claim Filed | $4,233.00 |
| Claim Number | 10346 |
| Date Claim Filed: | 12/21/2023 |
| Total Amount of Claim Filed | $4,233.00 |

In accordance with the parties' Settlement Agreement in Adversary Case No. 25-09056, I, the undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtors.

Dated: April 21, 2026

Signature: */s/ Nathan B. Serr*
Print Name: Nathan B. Serr
Title: Attorney for Creditor
Contact Phone: 612-339-1421
Email Address: nserr@wfjlawfirm.com