UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

MERCY HOSPITAL, IOWA CITY,
IOWA, *et al.*,

Debtors

Chapter  11

Bankruptcy No.  23-00623

(Jointly Administered)

## PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: May 5, 2026
Hearing on: Status Report (Doc. 2112)

APPEARANCES:

Attorney Eric Lam for/with Liquidation Trustee Dan Childers
Attorney Roy R. Leaf for Mercy Hospital Liquidation Trust Oversight Committee
as designee of the Liquidation Trustee
Attorney Paula Roby for Liquidating Trust Oversight Committee
Attorney Janet Reasoner for Liquidating Trust Oversight Committee

OUTCOME OF PROCEEDING:

A Status Conference was held.

Ordered:
May 5, 2026

Thad J. Collins
Chief Bankruptcy Judge