# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF IOWA

*In re:*

MERCY HOSPITAL, IOWA CITY, IOWA, et. Al.

*Debtors,*

Chapter 11

Case No. 23-00623

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtors | Mercy Hospital, Iowa City, Iowa |
| Case No.: | 23-00623 |
| Creditor Name and Address: | Medtronic SD USA<br>710 Medtronic Parkway, #LS360<br>Minneapolis, MN 55432 |
| Claim Number: | 10194 |
| Date Claim Filed: | 10/12/2023 |
| Total Amount of Claim Filed: | $226,796.80 |

In accordance with the parties' Settlement Agreement in Adversary Case No. 25-09120, I, the

undersigned, am an authorized signatory for the above-referenced creditor. I hereby withdraw the

above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims

Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtors.

Dated: May 7, 2026

Signature: */s/ Nathan B. Serr*
Print Name: Nathan B. Serr
Title: Attorney for Creditor
Contact Phone: 612-339-1421
Email Address: nserr@wfjlawfirm.com