IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**QUARTERLY REPORT**<br>**(October through December 2025)** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Liquidation Trust, hereby respectfully submits the following Report for the 4th Quarter of 2025 (October through December 2025).

> /s/ Dan Childers
> Dan Childers
> SHUTTLEWORTH & INGERSOLL, PLC
> 235 6th St. SE P.O. Box 2107
> Cedar Rapids, IA 52406-2107
> Tel: 319-365-9461; Fax: 319-365-8443
> drc@shuttleworthlaw.com
> TRUSTEE OF MERCY HOSPITAL LIQUIDATION TRUST

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 14th day of May, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

> /s/ Beth Hawker

**Mercy Hospital Liquidation Trust**                                    **23-00623 (TJC)**

**Quarterly Operating Reports**

|  | **10/01/25 - 12/31/35** |
|---|---|
| **Chapter 11 Disbursements** | $ 7,370.72 |
| **Statutory Rate** | 0.40% |
| **Quarterly Fees Due (Minimum $250)** | $ 250.00 |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.**

**/s/ Marc B. Ross**                                                          **5/5/26**
**Financial Advisor to Liquidation Trustee**                          **Date**

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/25 | Beginning Cash | | | 5,899,985.69 | (0.00) | 1,735,503.29 | - | (0.00) | 27,507.29 | 105,306.87 | 1,996,673.05 | 10,179.87 | 21,650.65 | 2,003,164.67 | | | 5,899,985.69 |
| 10/1/25 | Bank Fees | Bank Fees | | (827.76) | (827.76) | | | | | | | | | | | | (827.76) |
| 10/1/25 | Bank Fees | Bank Fees | | (132.99) | (132.99) | | | | | | | | | | | | (132.99) |
| 10/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | | (113.29) |
| 10/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | | (113.29) |
| 10/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | | (107.99) |
| 10/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | | (107.99) |
| 10/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | | (107.99) |
| 10/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 250.00 | 250.00 | | | | | | | | | | | | 250.00 |
| 10/1/25 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (75,000.00) | | | | | | (75,000.00) | | | | | | (75,000.00) | |
| 10/1/25 | Johnson County Tax Collector | MOB - Real Estate Taxes | | (76,505.30) | | | | | | (76,505.30) | | | | | | | (76,505.30) |
| 10/1/25 | Sweep Activity | Transfer | | - | 1,261.30 | (1,261.30) | | | | | | | | | | | - |
| 10/1/25 | Transfer | Transfer | | - | | | | | | | | 10,179.87 | (10,179.87) | | | | - |
| 10/1/25 | Transfer | Transfer | | - | | | | | | | (55,000.00) | 55,000.00 | | | | | - |
| 10/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,973.31 | 1,973.31 | | | | | | | | | | | | 1,973.31 |
| 10/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,062.07 | 3,062.07 | | | | | | | | | | | | 3,062.07 |
| 10/2/25 | Sweep Activity | Transfer | | - | (2,258.31) | 2,258.31 | | | | | | | | | | | - |
| 10/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.61 | 57.61 | | | | | | | | | | | | 57.61 |
| 10/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 605.00 | 605.00 | | | | | | | | | | | | 605.00 |
| 10/3/25 | Sweep Activity | Transfer | | - | (662.61) | 662.61 | | | | | | | | | | | - |
| 10/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | 26.40 | | | | | | | | | | | | 26.40 |
| 10/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 48.66 | 48.66 | | | | | | | | | | | | 48.66 |
| 10/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,021.62 | 1,021.62 | | | | | | | | | | | | 1,021.62 |
| 10/4/25 | Interest | Interest | | - | | | | | | | | | | | | | - |
| 10/4/25 | Sweep Activity | Transfer | | - | (3,873.75) | 3,873.75 | | | | | | | | | | | - |
| 10/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 378.85 | 378.85 | | | | | | | | | | | | 378.85 |
| 10/7/25 | Sweep Activity | Transfer | | - | (378.85) | 378.85 | | | | | | | | | | | - |
| 10/8/25 | Bank Fees | Bank Fees | | (49.95) | | | | | (49.95) | | | | | | | | (49.95) |
| 10/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.00 | 50.00 | | | | | | | | | | | | 50.00 |
| 10/8/25 | Sweep Activity | Transfer | | - | (50.00) | 50.00 | | | | | | | | | | | - |
| 10/9/25 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | | | (154.80) |
| 10/9/25 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | | (94.85) |
| 10/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 356.07 | 356.07 | | | | | | | | | | | | 356.07 |
| 10/9/25 | Sweep Activity | Transfer | | - | (356.07) | 356.07 | | | | | | | | | | | - |
| 10/10/25 | Bank Fees | Bank Fees | | (63.31) | | | | | (63.31) | | | | | | | | (63.31) |
| 10/10/25 | Bank Fees | Bank Fees | | (4.43) | | | | | (4.43) | | | | | | | | (4.43) |
| 10/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 403.00 | 403.00 | | | | | | | | | | | | 403.00 |
| 10/10/25 | Sweep Activity | Transfer | | - | (403.00) | 403.00 | | | | | | | | | | | - |
| 10/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 334.98 | 334.98 | | | | | | | | | | | | 334.98 |
| 10/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 793.38 | 793.38 | | | | | | | | | | | | 793.38 |
| 10/14/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (51,718.47) | | | | | | (51,718.47) | | | | | | (51,718.47) | |
| 10/14/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (23,800.00) | | | | | | (23,800.00) | | | | | | (23,800.00) | |
| 10/14/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (17,169.15) | | | | | | (17,169.15) | | | | | | (17,169.15) | |
| 10/14/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (10,260.60) | | | | | | (10,260.60) | | | | | | (10,260.60) | |
| 10/14/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (862.60) | | | | | | (862.60) | | | | | | (862.60) | |
| 10/14/25 | Sweep Activity | Transfer | | - | (1,128.36) | 1,128.36 | | | | | | | | | | | - |
| 10/14/25 | Transfer | Transfer | | - | | | | | | | 150,000.00 | (150,000.00) | | | | | - |
| 10/15/25 | Bank Fees | Bank Fees | | (1,395.75) | (1,395.75) | | | | | | | | | | | | (1,395.75) |
| 10/15/25 | Bank Fees | Bank Fees | | (13.20) | (13.20) | | | | | | | | | | | | (13.20) |
| 10/15/25 | Denise Wood | AR Collection Fees | | (881.25) | | | | | | (881.25) | | | | | | | (881.25) |
| 10/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 42.62 | 42.62 | | | | | | | | | | | | 42.62 |
| 10/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 725.00 | 725.00 | | | | | | | | | | | | 725.00 |
| 10/15/25 | Hawkeye Title (UI) | MOB Sale Proceeds | | 1,028,673.11 | | | | | | | | 1,028,673.11 | | | | | 1,028,673.11 |
| 10/15/25 | Sweep Activity | Transfer | | - | 641.33 | (641.33) | | | | | | | | | | | - |
| 10/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,683.00 | 2,683.00 | | | | | | | | | | | | 2,683.00 |
| 10/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,712.52 | 4,712.52 | | | | | | | | | | | | 4,712.52 |
| 10/16/25 | Sweep Activity | Transfer | | - | 4,527.72 | (4,527.72) | | | | | | | | | | | - |
| 10/16/25 | US Trustee Fees Q3 - 2025 | US Trustee Fees | | (7,370.72) | (7,370.72) | | | | | | | | | | (7,370.72) | | |
| 10/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 752.00 | 752.00 | | | | | | | | | | | | 752.00 |
| 10/17/25 | Sweep Activity | Transfer | | - | (752.00) | 752.00 | | | | | | | | | | | - |
| 10/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 124.00 | | | | | 124.00 | | | | | | | | 124.00 |
| 10/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 184.15 | 184.15 | | | | | | | | | | | | 184.15 |
| 10/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 575.40 | 575.40 | | | | | | | | | | | | 575.40 |
| 10/20/25 | Interest | Interest | | 2,716.38 | | | | | | | | | 2,716.38 | | | | 2,716.38 |
| 10/20/25 | Sweep Activity | Transfer | | - | (5,312.07) | 5,312.07 | | | | | | | | | | | - |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | (124.00) | | | | | (124.00) | | | | | | | | (124.00) |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 124.00 | | | | | 124.00 | | | | | | | | 124.00 |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 324.50 | 324.50 | | | | | | | | | | | | 324.50 |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 338.05 | 338.05 | | | | | | | | | | | | 338.05 |
| 10/21/25 | Sweep Activity | Transfer | | - | (662.55) | 662.55 | | | | | | | | | | | - |
| 10/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 500.00 | 500.00 | | | | | | | | | | | | 500.00 |
| 10/22/25 | Sweep Activity | Transfer | | - | (500.00) | 500.00 | | | | | | | | | | | - |
| 10/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 205.00 | 205.00 | | | | | | | | | | | | 205.00 |
| 10/23/25 | Sweep Activity | Transfer | | - | (205.00) | 205.00 | | | | | | | | | | | - |
| 10/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 10/24/25 | Sweep Activity | Transfer | | - | (160.00) | 160.00 | | | | | | | | | | | - |
| 10/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 80.00 | 80.00 | | | | | | | | | | | | 80.00 |
| 10/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 118.38 | 118.38 | | | | | | | | | | | | 118.38 |
| 10/27/25 | Sweep Activity | Transfer | | - | (198.38) | 198.38 | | | | | | | | | | | - |
| 10/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | 26.40 | | | | | | | | | | | | 26.40 |
| 10/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 42.62 | 42.62 | | | | | | | | | | | | 42.62 |
| 10/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 75.00 | 75.00 | | | | | | | | | | | | 75.00 |
| 10/28/25 | Sweep Activity | Transfer | | - | (144.02) | 144.02 | | | | | | | | | | | - |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 221.79 | 221.79 | | | | | | | | | | | | 221.79 |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 229.31 | 229.31 | | | | | | | | | | | | 229.31 |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 288.69 | 288.69 | | | | | | | | | | | | 288.69 |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.00 | 550.00 | | | | | | | | | | | | 550.00 |
| 10/29/25 | Sweep Activity | Transfer | | - | (1,289.79) | 1,289.79 | | | | | | | | | | | - |
| 10/30/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (18,320.00) | | | | | | (18,320.00) | | | | | | | (18,320.00) |
| 10/30/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (6,871.79) | | | | | | (6,871.79) | | | | | | | (6,871.79) |
| 10/30/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (4,890.08) | | | | | | (4,890.08) | | | | | | | (4,890.08) |
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.56 | 50.56 | | | | | | | | | | | | 50.56 |
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 232.41 | | | | | 232.41 | | | | | | | | 232.41 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen't Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 244.91 | 244.91 | | | | | | | | | | | | 244.91 |
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,202.83 | 5,202.83 | | | | | | | | | | | | 5,202.83 |
| 10/30/25 | Sweep Activity | Transfer | | - | (294.91) | 294.91 | | | | | | | | | | | |
| 10/31/25 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | | (162,500.00) | | | | | | (162,500.00) | | | | | | (162,500.00) | |
| 10/31/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 200.00 | 200.00 | | | | | | | | | | | | 200.00 |
| 10/31/25 | Interest | Interest | | 2,289.29 | | 2,289.29 | | | | | | | | | | | 2,289.29 |
| 10/31/25 | Steindler Orthopedic Clinic | MOB Oversight Fees | | (3,500.00) | | | | | | (3,500.00) | | | | | | (3,500.00) | |
| 10/31/25 | Sweep Activity | Transfer | | - | (200.00) | 200.00 | | | | | | | | | | | |
| 10/31/25 | Transfer | Transfer | | - | | | | | | | 225,000.00 | (225,000.00) | | | | | |
| 10/31/25 | Interest | Interest | | 7,732.41 | | | | | | | | 7,732.41 | | | | | 7,732.41 |
| **10/31/25 Total** | | | | **6,506,709.42** | **5,203.39** | **1,750,191.90** | **-** | **(0.00)** | **27,496.36** | **28,027.63** | **2,613,258.44** | **55,000.00** | **21,650.65** | **2,005,881.05** | | | |
| 10/31/25 | | | | | | | | | | | | | | | | | |
| 11/2/25 | Interest | Interest | | 33.81 | | | | | | | | | 33.81 | | | | 33.81 |
| 11/3/25 | Bank Fees | Bank Fees | | (528.10) | (528.10) | | | | | | | | | | | (528.10) | |
| 11/3/25 | Bank Fees | Bank Fees | | (132.99) | (132.99) | | | | | | | | | | | (132.99) | |
| 11/3/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 11/3/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 11/3/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 11/3/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 11/3/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 11/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 725.87 | 725.87 | | | | | | | | | | | | 725.87 |
| 11/3/25 | Sweep Activity | Transfer | | - | (4,717.62) | 4,717.62 | | | | | | | | | | | |
| 11/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 88.00 | 88.00 | | | | | | | | | | | | 88.00 |
| 11/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 883.00 | 883.00 | | | | | | | | | | | | 883.00 |
| 11/4/25 | Sweep Activity | Transfer | | - | (971.00) | 971.00 | | | | | | | | | | | |
| 11/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 60.38 | 60.38 | | | | | | | | | | | | 60.38 |
| 11/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 269.25 | 269.25 | | | | | | | | | | | | 269.25 |
| 11/5/25 | Sweep Activity | Transfer | | - | (329.63) | 329.63 | | | | | | | | | | | |
| 11/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 552.35 | 552.35 | | | | | | | | | | | | 552.35 |
| 11/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 11,095.70 | 11,095.70 | | | | | | | | | | | | 11,095.70 |
| 11/6/25 | Sweep Activity | Transfer | | - | (917.35) | 917.35 | | | | | | | | | | | |
| 11/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 90.00 | 90.00 | | | | | | | | | | | | 90.00 |
| 11/7/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (57,647.14) | | | | | | (57,647.14) | | | | | | (57,647.14) | |
| 11/7/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (25,396.45) | | | | | | (25,396.45) | | | | | | (25,396.45) | |
| 11/7/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (22,421.50) | | | | | | (22,421.50) | | | | | | (22,421.50) | |
| 11/7/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (15,023.00) | | | | | | (15,023.00) | | | | | | (15,023.00) | |
| 11/7/25 | Simmons Perrine et al | Liquidation Trust - Other Fees | | (6,425.50) | | | | | | (6,425.50) | | | | | | (6,425.50) | |
| 11/7/25 | Sweep Activity | Transfer | | - | (90.00) | 90.00 | | | | | | | | | | | |
| 11/7/25 | Transfer | Transfer | | - | | | | | | | 125,000.00 | (125,000.00) | | | | | |
| 11/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 310.25 | 310.25 | | | | | | | | | | | | 310.25 |
| 11/8/25 | Sweep Activity | Transfer | | - | (11,040.95) | 11,040.95 | | | | | | | | | | | |
| 11/10/25 | Bank Fees | Bank Fees | | (84.95) | | | | | | (84.95) | | | | | | (84.95) | |
| 11/12/25 | Bank Fees | Bank Fees | | (154.80) | | | | | | (154.80) | | | | | | (154.80) | |
| 11/12/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | |
| 11/12/25 | Bank Fees | Bank Fees | | (62.90) | | | | | | (62.90) | | | | | | (62.90) | |
| 11/12/25 | Bank Fees | Bank Fees | | (4.40) | | | | | | (4.40) | | | | | | (4.40) | |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 42.62 | 42.62 | | | | | | | | | | | | 42.62 |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 85.65 | 85.65 | | | | | | | | | | | | 85.65 |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 175.00 | 175.00 | | | | | | | | | | | | 175.00 |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 702.00 | 702.00 | | | | | | | | | | | | 702.00 |
| 11/12/25 | Sweep Activity | Transfer | | - | (1,005.27) | 1,005.27 | | | | | | | | | | | |
| 11/12/25 | Phelan & Tucker | Liquidation Trust - Professional Fees | | 142.50 | | | | | | | 142.50 | | | | | | 142.50 |
| 11/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 450.40 | 450.40 | | | | | | | | | | | | 450.40 |
| 11/13/25 | Sweep Activity | Transfer | | - | (450.40) | 450.40 | | | | | | | | | | | |
| 11/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 321.74 | 321.74 | | | | | | | | | | | | 321.74 |
| 11/14/25 | Sweep Activity | Transfer | | - | (321.74) | 321.74 | | | | | | | | | | | |
| 11/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,262.80 | 2,262.80 | | | | | | | | | | | | 2,262.80 |
| 11/18/25 | Sweep Activity | Transfer | | - | (2,262.80) | 2,262.80 | | | | | | | | | | | |
| 11/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 307.60 | 307.60 | | | | | | | | | | | | 307.60 |
| 11/19/25 | Sweep Activity | Transfer | | - | (307.60) | 307.60 | | | | | | | | | | | |
| 11/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.31 | 57.31 | | | | | | | | | | | | 57.31 |
| 11/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,430.84 | 5,430.84 | | | | | | | | | | | | 5,430.84 |
| 11/20/25 | Sweep Activity | Transfer | | - | (82.31) | 82.31 | | | | | | | | | | | |
| 11/21/25 | Denise Wood | AR Collection Fees | | (600.00) | | | | | | (600.00) | | | | | | (600.00) | |
| 11/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 350.00 | 350.00 | | | | | | | | | | | | 350.00 |
| 11/21/25 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (64,658.25) | | | | | | (64,658.25) | | | | | | (64,658.25) | |
| 11/21/25 | Interest | Interest | | 2,491.44 | | | | | | | | | | 2,491.44 | | | 2,491.44 |
| 11/21/25 | Sweep Activity | Transfer | | - | (350.00) | 350.00 | | | | | | | | | | | |
| 11/21/25 | Transfer | Transfer | | - | | | | | | | 75,000.00 | (75,000.00) | | | | | |
| 11/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 175.00 | 175.00 | | | | | | | | | | | | 175.00 |
| 11/24/25 | Sweep Activity | Transfer | | - | (5,580.84) | 5,580.84 | | | | | | | | | | | |
| 11/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 38.64 | 38.64 | | | | | | | | | | | | 38.64 |
| 11/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 86.62 | 86.62 | | | | | | | | | | | | 86.62 |
| 11/25/25 | Sweep Activity | Transfer | | - | (125.26) | 125.26 | | | | | | | | | | | |
| 11/25/25 | Paramount Credentialing | Preference and Avoidance Action Recoveries | | 19,968.20 | | | | | | | 19,968.20 | | | | | | 19,968.20 |
| 11/26/25 | Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | | (37,180.94) | | | | | | (37,180.94) | | | | | | (37,180.94) | |
| 11/26/25 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | | (3,795.95) | | | | | | (3,795.95) | | | | | | (3,795.95) | |
| 11/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 240.00 | 240.00 | | | | | | | | | | | | 240.00 |
| 11/26/25 | Sweep Activity | Transfer | | - | (240.00) | 240.00 | | | | | | | | | | | |
| 11/26/25 | Transfer | Transfer | | - | | | | | | | 20,000.00 | (20,000.00) | | | | | |
| 11/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 216.18 | | | | | 216.18 | | | | | | | | 216.18 |
| 11/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 449.67 | 449.67 | | | | | | | | | | | | 449.67 |
| 11/28/25 | Interest | Interest | | 24.96 | | | | | | | | | 24.96 | | | | 24.96 |
| 11/28/25 | Interest | Interest | | 2,043.46 | | 2,043.46 | | | | | | | | | | | 2,043.46 |
| 11/28/25 | Sweep Activity | Transfer | | - | (449.67) | 449.67 | | | | | | | | | | | |
| 11/25/25 | Interest | Interest | | 7,170.28 | | | | | | | | 7,170.28 | | | | | 7,170.28 |
| **11/30/25 Total** | | | | **6,329,288.67** | **(0.00)** | **1,781,477.80** | **-** | **(0.00)** | **27,310.64** | **14,878.90** | **2,420,539.42** | **55,000.00** | **21,709.42** | **2,008,372.49** | | | |
| 11/30/25 | | | | | | | | | | | | | | | | | |
| 12/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/1/25 | Sweep Activity | Transfer | | - | 1,055.92 | (1,055.92) | | | | | | | | | | | |
| 12/1/25 | Bank Fees | Bank Fees | | (1,055.92) | (1,055.92) | | | | | | | | | | | (1,055.92) | |
| 12/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 520.99 | 520.99 | | | | | | | | | | | | 520.99 |
| 12/2/25 | Sweep Activity | Transfer | | - | (520.99) | 520.99 | | | | | | | | | | | |
| 12/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 19,928.75 | 19,928.75 | | | | | | | | | | | | 19,928.75 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/25 | Sweep Activity | Transfer | | - | (842.07) | 842.07 | | | | | | | | | | | - |
| 12/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,250.00 | 1,250.00 | | | | | | | | | | | | 1,250.00 |
| 12/4/25 | Sweep Activity | Transfer | | - | (1,250.00) | 1,250.00 | | | | | | | | | | | - |
| 12/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 428.00 | 428.00 | | | | | | | | | | | | 428.00 |
| 12/5/25 | Sweep Activity | Transfer | | - | (19,514.68) | 19,514.68 | | | | | | | | | | | - |
| 12/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/6/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/7/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/8/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 710.22 | 710.22 | | | | | | | | | | | | 710.22 |
| 12/9/25 | Sweep Activity | Transfer | | - | (710.22) | 710.22 | | | | | | | | | | | - |
| 12/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 248.00 | 248.00 | | | | | | | | | | | | 248.00 |
| 12/10/25 | Sweep Activity | Transfer | | - | (248.00) | 248.00 | | | | | | | | | | | - |
| 12/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 324.72 | 324.72 | | | | | | | | | | | | 324.72 |
| 12/11/25 | Sweep Activity | Transfer | | - | (324.72) | 324.72 | | | | | | | | | | | - |
| 12/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 300.00 | 300.00 | | | | | | | | | | | | 300.00 |
| 12/12/25 | Bank Fees | Bank Fees | | (11.62) | (11.62) | | | | | | | | | | | (11.62) | |
| 12/13/25 | Bank Fees | Bank Fees | | (1,331.56) | (1,331.56) | | | | | | | | | | | (1,331.56) | |
| 12/12/25 | Sweep Activity | Transfer | | - | 1,043.18 | (1,043.18) | | | | | | | | | | | - |
| 12/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Transfer | | - | | - | | | | | | | | | | | - |
| 12/13/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/14/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 236.72 | 236.72 | | | | | | | | | | | | 236.72 |
| 12/15/25 | Sweep Activity | Transfer | | - | (236.72) | 236.72 | | | | | | | | | | | - |
| 12/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,158.03 | 2,158.03 | | | | | | | | | | | | 2,158.03 |
| 12/16/25 | Sweep Activity | Transfer | | - | (1,604.36) | 1,604.36 | | | | | | | | | | | - |
| 12/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/17/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,377.16 | 2,377.16 | | | | | | | | | | | | 2,377.16 |
| 12/18/25 | Sweep Activity | Transfer | | - | (2,780.83) | 2,780.83 | | | | | | | | | | | - |
| 12/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 500.00 | 500.00 | | | | | | | | | | | | 500.00 |
| 12/19/25 | Sweep Activity | Transfer | | - | (500.00) | 500.00 | | | | | | | | | | | - |
| 12/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/20/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/21/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 330.00 | 330.00 | | | | | | | | | | | | 330.00 |
| 12/22/25 | Sweep Activity | Transfer | | - | (330.00) | 330.00 | | | | | | | | | | | - |
| 12/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.53 | 550.53 | | | | | | | | | | | | 550.53 |
| 12/23/25 | Sweep Activity | Transfer | | - | (550.53) | 550.53 | | | | | | | | | | | - |
| 12/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 233.85 | 233.85 | | | | | | | | | | | | 233.85 |
| 12/24/25 | Sweep Activity | Transfer | | - | (383.85) | 383.85 | | | | | | | | | | | - |
| 12/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/25/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/26/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/27/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | - | | | | | | | | | | | - |
| 12/28/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17,890.04 | 17,890.04 | | | | | | | | | | | | 17,890.04 |
| 12/29/25 | Sweep Activity | Transfer | | - | (17,890.04) | 17,890.04 | | | | | | | | | | | - |
| 12/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,529.75 | 2,529.75 | | | | | | | | | | | | 2,529.75 |
| 12/30/25 | Sweep Activity | Transfer | | - | (1,273.84) | 1,273.84 | | | | | | | | | | | - |
| 12/31/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,344.35 | 1,344.35 | | | | | | | | | | | | 1,344.35 |
| 12/31/25 | Sweep Activity | Transfer | | - | (1,344.35) | 1,344.35 | | | | | | | | | | | - |
| 12/31/25 | Interest | Interest | | 1,998.45 | | 1,998.45 | | | | | | | | | | | 1,998.45 |
| 12/9/25 | Bank Fees | Bank Fees | | (353.80) | | | | | (353.80) | | | | | | | (353.80) | |
| 12/9/25 | Bank Fees | Bank Fees | | (293.85) | | | | | (293.85) | | | | | | | (293.85) | |
| 12/9/25 | Bank Fees | Bank Fees | | (84.95) | | | | | (84.95) | | | | | | | (84.95) | |
| 12/10/25 | Bank Fees | Bank Fees | | (62.81) | | | | | (62.81) | | | | | | | (62.81) | |
| 12/10/25 | Bank Fees | Bank Fees | | (4.40) | | | | | (4.40) | | | | | | | (4.40) | |
| 12/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,249.56 | | | | | 1,249.56 | | | | | | | | 1,249.56 |
| 12/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 274.13 | | | | | 274.13 | | | | | | | | 274.13 |
| 12/3/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 12/11/25 | Transfer | Transfer | | - | | | | | | 230,000.00 | (230,000.00) | | | | | | - |
| 12/11/25 | Denise Wood | Liquidation Trust - Other Fees | | (900.00) | | | | | | (900.00) | | | | | | (900.00) | |
| 12/11/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (2,353.00) | | | | | | (2,353.00) | | | | | | (2,353.00) | |
| 12/11/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (3,639.15) | | | | | | (3,639.15) | | | | | | (3,639.15) | |
| 12/11/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (4,541.50) | | | | | | (4,541.50) | | | | | | (4,541.50) | |
| 12/11/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (11,978.40) | | | | | | (11,978.40) | | | | | | (11,978.40) | |
| 12/11/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (17,515.87) | | | | | | (17,515.87) | | | | | | (17,515.87) | |
| 12/11/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (33,928.11) | | | | | | (33,928.11) | | | | | | (33,928.11) | |
| 12/11/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (155,130.01) | | | | | | (155,130.01) | | | | | | (155,130.01) | |
| 12/18/25 | Misc. Income | Preference and Avoidance Action Recoveries | | 1,325.75 | | | | | | | 1,325.75 | | | | | | 1,325.75 |
| 12/22/25 | Wixted | Preference and Avoidance Action Recoveries | | 19,250.00 | | | | | | | 19,250.00 | | | | | | 19,250.00 |
| 12/23/25 | Estate of _____ | Recovery of Foundation Funds | | 65,547.11 | | | | | | | 65,547.11 | | | | | | 65,547.11 |
| 12/23/25 | Getinge | Preference and Avoidance Action Recoveries | | 20,000.00 | | | | | | | 20,000.00 | | | | | | 20,000.00 |
| 12/31/25 | Interest | Interest | | 6,528.50 | | | | | | | 6,528.50 | | | | | | 6,528.50 |
| 12/31/25 | **Total Activity and Liquidation Trust Cash on Hand** | | | **6,259,138.33** | **1,255.91** | **1,831,682.35** | **-** | **(0.00)** | **28,034.52** | **9,892.86** | **2,303,190.78** | **55,000.00** | **21,709.42** | **2,008,372.49** | **(7,370.72)** | **(928,514.05)** | **7,195,023.10** |

| | | |
|---|---|---|
| | US Trustee Fee Rate | 0.40% |
| 12/31/25 | Fees Due Qtr. Ended 12/31/25 (Minimum $250) | 250.00 |