IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**QUARTERLY REPORT**<br>**(January through March 2026)** |

COMES NOW Dan R. Childers, in his sole capacity as Trustee of the Liquidation

Trust, hereby respectfully submits the following Report for the 1st Quarter of 2026 (January

through March 2026).

/s/ Dan Childers
Dan Childers
SHUTTLEWORTH & INGERSOLL, PLC
235 6th St. SE P.O. Box 2107
Cedar Rapids, IA 52406-2107
Tel: 319-365-9461; Fax: 319-365-8443
drc@shuttleworthlaw.com
TRUSTEE OF MERCY HOSPITAL LIQUIDATION TRUST

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 14th day of May, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/     *Beth Hawker*

**Mercy Hospital Liquidation Trust**                                    **23-00623 (TJC)**

**Quarterly Operating Reports**

|  | **01/01/26 - 0331/26** |
|---|---|
| **Chapter 11 Disbursements** | $    91,984.21 |
| **Statutory Rate** | 0.40% |
| **Quarterly Fees Due (Minimum $250)** | $       367.94 |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.**

**/s/ Marc B. Ross**                                                              **5/5/26**

**Financial Advisor to Liquidation Trustee**                        **Date**

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/25 Beginning Cash | | | | 6,259,138.33 | 1,255.91 | 1,831,682.35 | - | (0.00) | 28,034.52 | 9,892.86 | 2,303,190.78 | 55,000.00 | 21,709.42 | 2,008,372.49 | | | 6,259,138.33 |
| 1/22/26 Johnson and Johnson | Preference and Avoidance Action Recoveries | | | 29,000.00 | | | | | | | 29,000.00 | | | | | | 29,000.00 |
| 1/30/26 Remedium | Preference and Avoidance Action Recoveries | | | 13,500.00 | | | | | | | 13,500.00 | | | | | | 13,500.00 |
| 1/30/26 Interest | Interest | | | 6,052.41 | | | | | | | 6,052.41 | | | | | | 6,052.41 |
| 1/1/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/1/26 Sweep Activity | Transfer | | | - | | | | | | | | | | | | | - |
| 1/2/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 275.00 | 275.00 | | | | | | | | | | | | 275.00 |
| 1/2/26 Sweep Activity | Transfer | | | - | (475.97) | 475.97 | | | | | | | | | | | - |
| 1/2/26 Bank Fees | Bank Fees | | | (1,054.94) | (1,054.94) | | | | | | | | | | | (1,054.94) | |
| 1/3/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/3/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/4/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/4/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/5/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 309.10 | 309.10 | | | | | | | | | | | | 309.10 |
| 1/5/26 Sweep Activity | Transfer | | | - | (309.10) | 309.10 | | | | | | | | | | | - |
| 1/6/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 1,604.95 | 1,604.95 | | | | | | | | | | | | 1,604.95 |
| 1/6/26 Sweep Activity | Transfer | | | - | (1,604.95) | 1,604.95 | | | | | | | | | | | - |
| 1/7/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 510.22 | 510.22 | | | | | | | | | | | | 510.22 |
| 1/7/26 Sweep Activity | Transfer | | | - | (510.22) | 510.22 | | | | | | | | | | | - |
| 1/8/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 16,900.88 | 16,900.88 | | | | | | | | | | | | 16,900.88 |
| 1/8/26 Sweep Activity | Transfer | | | - | (12,423.29) | 12,423.29 | | | | | | | | | | | - |
| 1/9/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 1,960.79 | 1,960.79 | | | | | | | | | | | | 1,960.79 |
| 1/9/26 Sweep Activity | Transfer | | | - | (1,960.79) | 1,960.79 | | | | | | | | | | | - |
| 1/10/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/10/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/11/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/11/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/12/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 400.00 | 400.00 | | | | | | | | | | | | 400.00 |
| 1/12/26 Sweep Activity | Transfer | | | - | (4,877.59) | 4,877.59 | | | | | | | | | | | - |
| 1/13/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 250.00 | 250.00 | | | | | | | | | | | | 250.00 |
| 1/13/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/13/26 Sweep Activity | Transfer | | | - | | | | | | | | | | | | | - |
| 1/14/26 Sweep Activity | Transfer | | | - | (250.00) | 250.00 | | | | | | | | | | | - |
| 1/14/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 250.00 | 250.00 | | | | | | | | | | | | 250.00 |
| 1/15/26 Sweep Activity | Transfer | | | - | (250.00) | 250.00 | | | | | | | | | | | - |
| 1/15/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 30.00 | 30.00 | | | | | | | | | | | | 30.00 |
| 1/16/26 Sweep Activity | Transfer | | | - | 1,290.92 | (1,290.92) | | | | | | | | | | | - |
| 1/15/26 Bank Fees | Bank Fees | | | (1,320.92) | (1,320.92) | | | | | | | | | | | (1,320.92) | |
| 1/16/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 225.00 | 225.00 | | | | | | | | | | | | 225.00 |
| 1/17/26 Sweep Activity | Transfer | | | - | (225.00) | 225.00 | | | | | | | | | | | - |
| 1/17/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/18/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/18/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/19/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/19/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/20/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/20/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 3,053.87 | 3,053.87 | | | | | | | | | | | | 3,053.87 |
| 1/21/26 Sweep Activity | Transfer | | | - | (3,053.87) | 3,053.87 | | | | | | | | | | | - |
| 1/21/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 1,976.52 | 1,976.52 | | | | | | | | | | | | 1,976.52 |
| 1/22/26 Sweep Activity | Transfer | | | - | (308.80) | 308.80 | | | | | | | | | | | - |
| 1/22/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 1/23/26 Sweep Activity | Transfer | | | - | (160.00) | 160.00 | | | | | | | | | | | - |
| 1/23/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 96.19 | 96.19 | | | | | | | | | | | | 96.19 |
| 1/24/26 Sweep Activity | Transfer | | | - | (1,763.91) | 1,763.91 | | | | | | | | | | | - |
| 1/24/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/25/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/25/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/26/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/26/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 25.00 | 25.00 | | | | | | | | | | | | 25.00 |
| 1/27/26 Sweep Activity | Transfer | | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 1/27/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 22.00 | 22.00 | | | | | | | | | | | | 22.00 |
| 1/28/26 Sweep Activity | Transfer | | | - | (22.00) | 22.00 | | | | | | | | | | | - |
| 1/28/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 178.85 | 178.85 | | | | | | | | | | | | 178.85 |
| 1/29/26 Sweep Activity | Transfer | | | - | (178.85) | 178.85 | | | | | | | | | | | - |
| 1/29/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | 190.00 | 190.00 | | | | | | | | | | | | 190.00 |
| 1/30/26 Sweep Activity | Transfer | | | - | (190.00) | 190.00 | | | | | | | | | | | - |
| 1/30/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/31/26 Sweep Activity | Transfer | | | - | | - | | | | | | | | | | | - |
| 1/30/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | | - | | | | | | | | | | | | | - |
| 1/30/26 Interest | Interest | | | 1,972.91 | | 1,972.91 | | | | | | | | | | | 1,972.91 |
| 1/8/26 Bank Fees | Bank Fees | | | (84.95) | | | | | (84.95) | | | | | | | (84.95) | |
| 1/9/26 Bank Fees | Bank Fees | | | (154.80) | | | | | (154.80) | | | | | | | (154.80) | |
| 1/9/26 Bank Fees | Bank Fees | | | (94.85) | | | | | (94.85) | | | | | | | (94.85) | |
| 1/12/26 Bank Fees | Bank Fees | | | (63.02) | | | | | (63.02) | | | | | | | (63.02) | |
| 1/12/26 Bank Fees | Bank Fees | | | (4.41) | | | | | (4.41) | | | | | | | (4.41) | |
| 1/9/26 Transfer | Transfer | | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 1/13/26 Transfer | Transfer | | | - | | | | | | 50,000.00 | (50,000.00) | | | | | | - |
| 1/23/26 Transfer | Transfer | | | - | | | | | | 30,000.00 | (30,000.00) | | | | | | - |
| 1/23/26 Transfer | Transfer | | | - | | | | | | 35,000.00 | (35,000.00) | | | | | | - |
| 1/9/26 Simmons Perrine et al | Liquidation Trust - Professional Fees | | | (12,346.95) | | | | | | (12,346.95) | | | | | | (12,346.95) | |
| 1/9/26 Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | | (21,847.40) | | | | | | (21,847.40) | | | | | | (21,847.40) | |
| 1/9/26 Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | | (23,836.82) | | | | | | (23,836.82) | | | | | | (23,836.82) | |
| 1/9/26 HBM Management Associates LLC | Liquidation Trust - Professional Fees | | | (40,919.75) | | | | | | (40,919.75) | | | | | | (40,919.75) | |
| 1/12/26 Edward Patrick Magallanes | Oversight Committee Fees | | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 1/14/26 Alex D Moglia & Associates | Liquidation Trust - ICASC Fees | | | (25,000.00) | | | | | | (25,000.00) | | | | | | (25,000.00) | |
| 1/21/26 Denise Wood | Liquidation Trust - Other Fees | | | (862.50) | | | | | | (862.50) | | | | | | (862.50) | |
| 1/26/26 Bank Fees | Bank Fees | | | (140.48) | | | | | | (140.48) | | | | | | (140.48) | |
| 1/21/26 Affiliated Healthcare Management Group | AR Collection Fees | | | (12,244.39) | | | | | | (12,244.39) | | | | | | (12,244.39) | |
| 1/20/26 Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | | | (32,157.00) | | | | | | (32,157.00) | | | | | | (32,157.00) | |
| 1/30/26 Interest | Interest | | | - | | | | | | | | | | | | | - |
| 1/30/26 Interest | Interest | | | - | | | | | | | | | | | | | - |
| 1/31/26 Total | | | | 6,160,948.84 | (0.00) | 1,860,953.68 | - | (0.00) | 27,632.49 | 50,537.57 | 2,136,743.19 | 55,000.00 | 21,709.42 | 2,008,372.49 | | | |
| 1/31/26 | | | | | | | | | | | | | | | | | - |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/2/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 707.91 | 707.91 | | | | | | | | | | | | 707.91 |
| 2/2/26 | Bank Fees | Bank Fees | | (1,057.34) | (1,057.34) | | | | | | | | | | | (1,057.34) | |
| 2/2/26 | Sweep Activity | Transfer | | - | 349.43 | (349.43) | | | | | | | | | | | - |
| 2/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,209.21 | 4,209.21 | | | | | | | | | | | | 4,209.21 |
| 2/3/26 | Sweep Activity | Transfer | | - | (1,301.56) | 1,301.56 | | | | | | | | | | | - |
| 2/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 345.82 | 345.82 | | | | | | | | | | | | 345.82 |
| 2/4/26 | Sweep Activity | Transfer | | - | (345.82) | 345.82 | | | | | | | | | | | - |
| 2/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 2/5/26 | Sweep Activity | Transfer | | - | (3,007.65) | 3,007.65 | | | | | | | | | | | - |
| 2/6/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 483.00 | 483.00 | | | | | | | | | | | | 483.00 |
| 2/6/26 | Sweep Activity | Transfer | | - | (483.00) | 483.00 | | | | | | | | | | | - |
| 2/7/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/7/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/8/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/9/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/9/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6,991.75 | 6,991.75 | | | | | | | | | | | | 6,991.75 |
| 2/10/26 | Sweep Activity | Transfer | | - | (760.03) | 760.03 | | | | | | | | | | | - |
| 2/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 2/11/26 | Sweep Activity | Transfer | | - | (100.00) | 100.00 | | | | | | | | | | | - |
| 2/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/12/26 | Sweep Activity | Transfer | | - | (6,211.72) | 6,211.72 | | | | | | | | | | | - |
| 2/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/13/26 | Bank Fees | Bank Fees | | (1,604.02) | (1,604.02) | | | | | | | | | | | (1,604.02) | |
| 2/13/26 | Sweep Activity | Transfer | | - | 1,604.02 | (1,604.02) | | | | | | | | | | | - |
| 2/14/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/15/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/16/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/16/26 | Bank Fees | Bank Fees | | | | | | | | | | | | | | | |
| 2/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | (20.00) | (20.00) | | | | | | | | | | | (20.00) | |
| 2/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Transfer | | - | | - | | | | | | | | | | | - |
| 2/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,463.38 | 1,463.38 | | | | | | | | | | | | 1,463.38 |
| 2/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Transfer | | - | (1,423.38) | 1,423.38 | | | | | | | | | | | - |
| 2/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 809.53 | 809.53 | | | | | | | | | | | | 809.53 |
| 2/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Transfer | | - | (829.53) | 829.53 | | | | | | | | | | | - |
| 2/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 2/20/26 | Sweep Activity | Transfer | | - | (120.00) | 120.00 | | | | | | | | | | | - |
| 2/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 759.03 | 759.03 | | | | | | | | | | | | 759.03 |
| 2/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Transfer | | - | (759.03) | 759.03 | | | | | | | | | | | - |
| 2/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/22/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/23/26 | Sweep Activity | Transfer | | - | (150.00) | 150.00 | | | | | | | | | | | - |
| 2/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 150.00 | 150.00 | | | | | | | | | | | | 150.00 |
| 2/24/26 | Sweep Activity | Transfer | | - | (22.00) | 22.00 | | | | | | | | | | | - |
| 2/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,522.42 | 1,522.42 | | | | | | | | | | | | 1,522.42 |
| 2/25/26 | Sweep Activity | Transfer | | - | (160.00) | 160.00 | | | | | | | | | | | - |
| 2/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 2/26/26 | Sweep Activity | Transfer | | - | (1,616.35) | 1,616.35 | | | | | | | | | | | - |
| 2/26/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 115.93 | 115.93 | | | | | | | | | | | | 115.93 |
| 2/27/26 | Sweep Activity | Transfer | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 2/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.00 | 25.00 | | | | | | | | | | | | 25.00 |
| 2/27/26 | Interest | Interest | | 1,801.15 | | 1,801.15 | | | | | | | | | | | 1,801.15 |
| 2/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 520.55 | | | | | 520.55 | | | | | | | | 520.55 |
| 2/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 298.93 | | | | | 298.93 | | | | | | | | 298.93 |
| 2/10/26 | Bank Fees | Bank Fees | | (61.89) | | | | | (61.89) | | | | | | | (61.89) | |
| 2/10/26 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | | (154.80) | |
| 2/10/26 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | (94.85) | |
| 2/10/26 | Bank Fees | Bank Fees | | (84.95) | | | | | (84.95) | | | | | | | (84.95) | |
| 2/10/26 | Bank Fees | Bank Fees | | (4.33) | | | | | (4.33) | | | | | | | (4.33) | |
| 2/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 255.81 | | | | | 255.81 | | | | | | | | 255.81 |
| 2/6/26 | Transfer | Transfer | | - | | | | | | 25,000.00 | (25,000.00) | | | | | | - |
| 2/6/26 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 2/18/26 | Transfer | Transfer | | - | | | | | | 210,000.00 | (210,000.00) | | | | | | - |
| 2/6/26 | Kimberley Maser | Liquidation Trust - Other Fees | | (2,792.50) | | | | | | (2,792.50) | | | | | | (2,792.50) | |
| 2/6/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (18,509.00) | | | | | | (18,509.00) | | | | | | (18,509.00) | |
| 2/6/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (20,740.00) | | | | | | (20,740.00) | | | | | | (20,740.00) | |
| 2/6/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (32,627.18) | | | | | | (32,627.18) | | | | | | (32,627.18) | |
| 2/6/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (38,141.40) | | | | | | (38,141.40) | | | | | | (38,141.40) | |
| 2/6/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (48,288.77) | | | | | | (48,288.77) | | | | | | (48,288.77) | |
| 2/18/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (87,830.25) | | | | | | (87,830.25) | | | | | | (87,830.25) | |
| 2/18/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (128,380.50) | | | | | | (128,380.50) | | | | | | (128,380.50) | |
| 2/18/26 | Laura Davis | Liquidation Trust - Other Fees | | (1,536.00) | | | | | | (1,536.00) | | | | | | (1,536.00) | |
| 2/5/26 | Carefusion (from McCarter English) | Preference and Avoidance Action Recoveries | | 10,000.00 | | | | | | | 10,000.00 | | | | | | 10,000.00 |
| 2/3/26 | Estate of Fern Allison | Recovery of Foundation Funds | | 440,874.20 | | | | | | | 440,874.20 | | | | | | 440,874.20 |
| 2/20/26 | Advanced Business Solutions | Preference and Avoidance Action Recoveries | | 15,000.00 | | | | | | | 15,000.00 | | | | | | 15,000.00 |
| 2/23/26 | Arthrex | Preference and Avoidance Action Recoveries | | 26,000.00 | | | | | | | 26,000.00 | | | | | | 26,000.00 |
| 2/27/26 | Interest | Interest | | 5,940.71 | | | | | | | 5,940.71 | | | | | | 5,940.71 |
| 2/27/26 | Interest | Interest | | - | | | | | | | | | | | | | - |
| 2/27/26 | Interest | Interest | | - | | | | | | | | | | | | | - |
| **2/28/26** | **Total** | | | **6,297,755.39** | **(0.00)** | **1,878,116.45** | **-** | **(0.00)** | **28,306.96** | **6,691.97** | **2,299,558.10** | **55,000.00** | **21,709.42** | **2,008,372.49** | | | |
| 2/28/26 | | | | | | | | | | | | | | | | | |
| 3/2/26 | Bank Fees | Bank Fees | | (988.42) | (988.42) | | | | | | | | | | | (988.42) | |
| 3/2/26 | Sweep Activity | Transfer | | - | 988.42 | (988.42) | | | | | | | | | | | - |
| 3/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 216.27 | 216.27 | | | | | | | | | | | | 216.27 |
| 3/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 225.00 | 225.00 | | | | | | | | | | | | 225.00 |
| 3/3/26 | Sweep Activity | Transfer | | - | (441.27) | 441.27 | | | | | | | | | | | - |
| 3/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 242.69 | 242.69 | | | | | | | | | | | | 242.69 |
| 3/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 294.91 | 294.91 | | | | | | | | | | | | 294.91 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/26 | Sweep Activity | Transfer | | - | (537.60) | 537.60 | | | | | | | | | | | - |
| 3/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 423.06 | 423.06 | | | | | | | | | | | | 423.06 |
| 3/5/26 | Sweep Activity | Transfer | | - | (423.06) | 423.06 | | | | | | | | | | | - |
| 3/6/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 146.00 | 146.00 | | | | | | | | | | | | 146.00 |
| 3/6/26 | Galen | Preference and Avoidance Action Recoveries | | 27,500.00 | | | | | | | 27,500.00 | | | | | | 27,500.00 |
| 3/6/26 | Sweep Activity | Transfer | | - | (146.00) | 146.00 | | | | | | | | | | | - |
| 3/7/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 200.00 | 200.00 | | | | | | | | | | | | 200.00 |
| 3/7/26 | Sweep Activity | Transfer | | - | (200.00) | 200.00 | | | | | | | | | | | - |
| 3/10/26 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | | | (154.80) |
| 3/10/26 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | | (94.85) |
| 3/10/26 | Bank Fees | Bank Fees | | (84.95) | | | | | (84.95) | | | | | | | | (84.95) |
| 3/10/26 | Bank Fees | Bank Fees | | (64.53) | | | | | (64.53) | | | | | | | | (64.53) |
| 3/10/26 | Bank Fees | Bank Fees | | (4.52) | | | | | (4.52) | | | | | | | | (4.52) |
| 3/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.00 | 50.00 | | | | | | | | | | | | 50.00 |
| 3/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 836.00 | 836.00 | | | | | | | | | | | | 836.00 |
| 3/10/26 | Sweep Activity | Transfer | | - | (886.00) | 886.00 | | | | | | | | | | | - |
| 3/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,225.00 | 1,225.00 | | | | | | | | | | | | 1,225.00 |
| 3/11/26 | Sweep Activity | Transfer | | - | (1,225.00) | 1,225.00 | | | | | | | | | | | - |
| 3/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 400.00 | 400.00 | | | | | | | | | | | | 400.00 |
| 3/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6,862.97 | 6,862.97 | | | | | | | | | | | | 6,862.97 |
| 3/12/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (24,820.00) | | | | | | (24,820.00) | | | | | | (24,820.00) | |
| 3/12/26 | Paula Roby | Oversight Committee Fees | | (20,000.00) | | | | | | (20,000.00) | | | | | | (20,000.00) | |
| 3/12/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (21,760.00) | | | | | | (21,760.00) | | | | | | (21,760.00) | |
| 3/12/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (18,882.50) | | | | | | (18,882.50) | | | | | | (18,882.50) | |
| 3/12/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (3,798.80) | | | | | | (3,798.80) | | | | | | (3,798.80) | |
| 3/12/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (1,014.42) | | | | | | (1,014.42) | | | | | | (1,014.42) | |
| 3/12/26 | Sweep Activity | Transfer | | - | (600.00) | 600.00 | | | | | | | | | | | - |
| 3/12/26 | Transfer | Transfer | | - | | | | | | 70,000.00 | (70,000.00) | | | | | | - |
| 3/12/26 | Transfer | Transfer | | - | | | | | | 20,000.00 | (20,000.00) | | | | | | - |
| 3/13/26 | Bank Fees | Bank Fees | | (1,623.64) | (1,623.64) | | | | | | | | | | | | (1,623.64) |
| 3/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 70.00 | 70.00 | | | | | | | | | | | | 70.00 |
| 3/13/26 | Sweep Activity | Transfer | | - | 1,553.64 | (1,553.64) | | | | | | | | | | | - |
| 3/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 105.00 | 105.00 | | | | | | | | | | | | 105.00 |
| 3/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 163.42 | 163.42 | | | | | | | | | | | | 163.42 |
| 3/16/26 | Sweep Activity | Transfer | | - | (6,931.39) | 6,931.39 | | | | | | | | | | | - |
| 3/17/26 | CHG Companies | Preference and Avoidance Action Recoveries | | 12,973.53 | | | | | | | 12,973.53 | | | | | | 12,973.53 |
| 3/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 218.62 | 218.62 | | | | | | | | | | | | 218.62 |
| 3/17/26 | Sweep Activity | Transfer | | - | (218.62) | 218.62 | | | | | | | | | | | - |
| 3/17/26 | Weatherby Locums | Preference and Avoidance Action Recoveries | | 18,154.54 | | | | | | | 18,154.54 | | | | | | 18,154.54 |
| 3/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 150.00 | 150.00 | | | | | | | | | | | | 150.00 |
| 3/19/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (33,983.50) | | | | | | (33,983.50) | | | | | | (33,983.50) | |
| 3/19/26 | Sweep Activity | Transfer | | - | (150.00) | 150.00 | | | | | | | | | | | - |
| 3/19/26 | Transfer | Transfer | | - | | | | | | 50,000.00 | (50,000.00) | | | | | | - |
| 3/19/26 | Vizient | Preference and Avoidance Action Recoveries | | 15,130.38 | | | | | | | 15,130.38 | | | | | | 15,130.38 |
| 3/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 920.17 | 920.17 | | | | | | | | | | | | 920.17 |
| 3/20/26 | Sweep Activity | Transfer | | - | (920.17) | 920.17 | | | | | | | | | | | - |
| 3/24/26 | Department of Justice | US Trustee Fees | | (124.76) | (124.76) | | | | | | | | | | (124.76) | | |
| 3/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,275.99 | 1,275.99 | | | | | | | | | | | | 1,275.99 |
| 3/24/26 | Sweep Activity | Transfer | | - | (1,151.23) | 1,151.23 | | | | | | | | | | | - |
| 3/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 3/25/26 | Sweep Activity | Transfer | | - | (100.00) | 100.00 | | | | | | | | | | | - |
| 3/26/26 | Denise Wood | Liquidation Trust - Other Fees | | (1,368.75) | | | | | | (1,368.75) | | | | | | (1,368.75) | |
| 3/26/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.00 | 25.00 | | | | | | | | | | | | 25.00 |
| 3/26/26 | Sweep Activity | Transfer | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 3/26/26 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 3/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.40 | 100.40 | | | | | | | | | | | | 100.40 |
| 3/27/26 | Janet Reasoner | Oversight Committee Fees | | | | | | | | (5,000.00) | | | | | | | - |
| 3/27/26 | State University of Iowa | TSA Fees | | (91,859.45) | | | | | | (91,859.45) | | | | | (91,859.45) | | |
| 3/27/26 | Sweep Activity | Transfer | | - | (100.40) | 100.40 | | | | | | | | | | | - |
| 3/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 247.07 | 247.07 | | | | | | | | | | | | 247.07 |
| 3/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,292.24 | 1,292.24 | | | | | | | | | | | | 1,292.24 |
| 3/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,518.00 | 1,518.00 | | | | | | | | | | | | 1,518.00 |
| 3/31/26 | Interest | Interest | | 2,009.26 | | 2,009.26 | | | | | | | | | | | 2,009.26 |
| 3/31/26 | Interest | Interest | | 6,207.00 | | | | | | | 6,207.00 | | | | | | 6,207.00 |
| 3/31/26 | Sweep Activity | Transfer | | - | (1,634.31) | 1,634.31 | | | | | | | | | | | - |
| 3/31/26 | **Total Activity and Liquidation Trust Cash on Hand** | | | 6,176,410.02 | 1,423.00 | 1,893,273.70 | - | (0.00) | 27,903.31 | 24,204.55 | 2,139,523.55 | 55,000.00 | 21,709.42 | 2,008,372.49 | (91,984.21) | (687,704.64) | 6,956,098.87 |

| | | |
|---|---|---|
| | US Trustee Fee Rate | 0.40% |
| 3/31/26 | Fees Due Qtr. Ended 3/31/26 (Minimum $250) | 367.94 |