**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, | Case No. 23-00623 (TJC) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY

NOW, the Court having reviewed the Notice of Withdrawal of Attorney (Dkt. 2121) filed herein by Jack G. Haake, on behalf of Mercy Hospital, Iowa City, Iowa and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession (collectively, the "Debtors"), finds that said request should be granted and Jack G. Haake is permitted to withdraw as attorney for the Debtors.

DATED AND ENTERED: __May 21, 2026__

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE