## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, et al.,<br><br>    Debtors. | Case No. 23-00623<br><br>Chapter 11<br><br>Jointly Administered |
| DAN R. CHILDERS, AS TRUSTEE OF THE MERCY HOSPITAL CHAPTER 11 LIQUIDATION TRUSTEE<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON COUNTY SURGEON INVESTORS LLC,<br><br>    Defendant. | Adv. No. 25-09012 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below enters his appearance (this "Notice of Appearance") as counsel for Johnson County Surgeon Investors, LLC ("JCSI"). Pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), JCSI requests that all notices given or required to be given in this adversary proceeding, and all papers served or required to be served in this adversary proceeding be given and served upon:

*Appearance listed on next page*

1

David Yoshimura
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, Floor 33
Des Moines, Iowa 50309
Phone: (515) 248-9000
Fax: (515) 248-9010
Email: david.yoshimura@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, notices of abandonment, or other pleading in the adversary proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affect JCSI.

This Notice of Appearance and Request for Notices shall not be deemed to be and is not a waiver of the rights of JCSI, and is not to be construed as a waiver of any right (i) to have final orders in non-core matters entered only after de novo review by the district court; (ii) to have trial by jury in any proceeding; (iii) to have the district court withdraw the reference; or (iv) any other right, claim, action, setoff, or recoupment to which JCSI, all of which right, claim, action, setoff, or recoupment are reserved.

Dated: June 5, 2026

Respectfully submitted,

*/s/ David Yoshimura*
Michael T. Gustafson (*Admitted pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1000
Fax: (312) 569-3000
Email: mike.gustafson@faegredrinker.com

David Yoshimura (SBN AT0012422)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, Floor 33
Des Moines, Iowa 50309
Phone: (515) 248-9000
Fax: (515) 248-9010
Email: david.yoshimura@faegredrinker.com

*Counsel to Johnson County Surgeon Investors, LLC*

**Certificate of Service**

The undersigned certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 5th day of June 2026.

*/s/ Paulette A. Ohnemus*
Paulette Ohnemus