**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Case No. 23-00623 |
| MERCY HOSPITAL, IOWA CITY, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| DAN R. CHILDERS, AS TRUSTEE OF THE MERCY HOSPITAL CHAPTER 11 LIQUIDATION TRUSTEE | Adv. No. 25-09012 |
| Plaintiff, | |
| v. | |
| JOHNSON COUNTY SURGEON INVESTORS LLC, | |
| Defendant. | |

## <u>MOTION FOR WITHDRAWAL OF SAMANTHA ROLLINS MURPHY</u>

COMES NOW, Samantha Rollins Murphy of the law firm Faegre Drinker Biddle & Reath LLP, and hereby respectfully requests her withdrawal as counsel for the Defendant in this matter. The Defendant remains represented by counsel, and as such, this withdrawal will not adversely affect the interests of the Defendants.

*Attorney signature block on next page*

Dated: June 5, 2026

Respectfully submitted,

*/s/ Samantha M. Rollins Murphy*
Michael T. Gustafson (*Admitted pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1000
Fax: (312) 569-3000
Email: mike.gustafson@faegredrinker.com

Samantha M. Rollins Murphy (SBN AT0011968)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: samantha.murphy@faegredrinker.com


*Counsel to Johnson County Surgeon Investors, LLC*

2

## **Certificate of Service**

The undersigned certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on the 5th day of June 2026.

*/s/ Paulette A. Ohnemus*
Paulette Ohnemus