# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1654

_____

Mercy Health Network, doing business as MercyOne

Appellant - Appellant

v.

Mercy Hospital, Iowa City, IA, also known as Mercy Iowa City, also known as Mercy Home Care, also known as Mercy Iowa City Home Care, also known as Mercy Iowa City Cancer Care, also known as Mercy Iowa City Heart Care; Mercy Services Iowa City, Inc.; Mercy Iowa City ACO, LLC

Appellees

Dan Childers, Successor Liquidation Trustee of the Mercy Hospital Liquidation Trust

Trustee - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:24-cv-00068-CJW)

_____

## JUDGMENT

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the district court's dismissal of MercyOne's appeal is affirmed in accordance with the opinion of this Court.

June 12, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler