# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1654

Mercy Health Network, doing business as MercyOne

Appellant

v.

Mercy Hospital, Iowa City, IA, also known as Mercy Iowa City, also known as Mercy Home Care, also known as Mercy Iowa City Home Care, also known as Mercy Iowa City Cancer Care, also known as Mercy Iowa City Heart Care, et al.

Dan Childers, Successor Liquidation Trustee of the Mercy Hospital Liquidation Trust

Appellee

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:24-cv-00068-CJW)

---

**MANDATE**

In accordance with the opinion and judgment of June 12, 2026, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

July 08, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit