**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCY HOSPITAL, IOWA CITY, IOWA, | Case No. 23-00623 |
| Debtors. | **MOTION TO WITHDRAW BY LESLIE C. BEHAUNEK** |

COMES NOW Attorney Leslie C. Behaunek of Nyemaster Goode, P.C. and hereby moves

to withdraw as counsel for the Mercy Hospital Liquidation Trust Oversight Committee as designee

of the Liquidation Trustee in the above-referenced matter. Attorneys Roy R. Leaf, Matthew A.

McGuire, Kristina M. Stanger, Logan J. Eliasen, Dana W. Hempy, and Jaden G. Banks at

Nyemaster Goode, P.C., will remain as counsel of record Mercy Hospital Liquidation Trust

Oversight Committee.


July 28, 2026            */s/ Leslie Behaunek* _____
Leslie Behaunek, AT0011563
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-8187
Facsimile: (515) 283-8045
Email: lcbehaunek@nyemaster.com

**ATTORNEYS FOR MERCY HOSPITAL
LIQUIDATION TRUST OVERSIGHT
COMMITTEE**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies, under penalty of perjury, that on this July 28, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

<u>/s/ *Amanda Johnson*      </u>

2