# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA,<br><br>Debtors. | Chapter 11<br><br><br>Case No. 23-00623 |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY LESLIE C. BEHAUNEK ON BEHALF OF MERCY HOSPITAL LIQUIDATION TRUST OVERSIGHT COMMITTEE

The matter before the Court is Attorney Leslie C. Behaunek's *Motion to Withdraw* filed by Mercy Hospital Liquidation Trust Oversight Committee. Mercy Hospital Liquidation Trust Oversight Committee will continue to be represented by Attorneys Roy R. Leaf, Matthew A. McGuire, Kristina M. Stanger, Logan J. Eliasen, Dana W. Hempy and Jaden G. Banks, whose appearances are on file in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

Attorney Leslie C. Behaunek is hereby withdrawn as Counsel for Mercy Hospital Liquidation Trust Oversight Committee and the Clerk is instructed to remove her from the service list.

Dated and entered this 29th day of ____July_, 2026.

_____
Honorable Thad J. Collins, Chief Judge

1

**Prepared and Submitted By:**

**NYEMASTER GOODE, P.C.**
Leslie C. Behaunek, AT0011563
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-8187
Email: lcbehaunek@nyemaster.com