IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**SUCCESSOR LIQUIDATION TRUSTEE'S AMENDED REPORT OF DISBURSEMENTS FOR Q3 2024** |

COMES NOW Successor Liquidation Trustee Dan R. Childers and hereby files his

Amended Report for Q3 2024.

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@sp.law
ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 7th day of August, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Shannon Miller-Miller*