## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>      Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**SUCCESSOR LIQUIDATION TRUSTEE'S REPORT OF DISBURSEMENTS FOR Q2 2026** |

COMES NOW Successor Liquidation Trustee Dan R. Childers and hereby files his

Report for Q2 2026.

> */s/ Eric W. Lam*
> Eric W. Lam, AT0004416
> SIMMONS PERRINE PLC
> 115 Third Street SE, Suite 1200
> Cedar Rapids, IA 52401
> Tel: 319-366-7641; Fax: 319-366-1917
> elam@sp.law
> ATTORNEY FOR LIQUIDATION TRUSTEE

### Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 7th day of August, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

> */s/ Shannon Miller-Miller*

**Mercy Hospital Liquidation Trust**                                      **23-00623 (TJC)**

**Quarterly Operating Reports**

|  | **04/01/26 - 06/30/26** |
|---|---|
| **Chapter 11 Post Confirmation Disbursements** | $ 1,399,223.87 |
| **Statutory Rate** | 0.80% |
| **Quarterly Fees Due** | $  11,193.79 |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.**

**/s/ Marc B. Ross**                                                          **8/6/26**

**Financial Advisor to Liquidation Trustee**                    **Date**

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/25 Beginning Cash | | | 6,171,410.02 | 1,423.00 | 1,893,273.70 | - | (0.00) | 27,903.31 | 24,204.55 | 2,139,523.55 | 55,000.00 | 21,709.42 | 2,008,372.49 | | 6,171,410.02 |
| 4/8/26 Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 4/9/26 Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 4/9/26 Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 4/10/26 Bank Fees | Bank Fees | (61.83) | | | | | (61.83) | | | | | | (61.83) | |
| 4/10/26 Bank Fees | Bank Fees | (4.33) | | | | | (4.33) | | | | | | (4.33) | |
| 4/14/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 620.29 | | | | | 620.29 | | | | | | | 620.29 |
| 4/16/26 Department of the Treasury | Income Taxes | (3,206.00) | | | | | (3,206.00) | | | | | | (3,206.00) | |
| 4/1/26 Bank Fees | Bank Fees | (1,064.78) | | (1,064.78) | | | | | | | | | (1,064.78) | |
| 4/1/26 Sweep Activity | Transfer | - | 1,064.78 | (1,064.78) | | | | | | | | | | - |
| 4/2/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 294.91 | 294.91 | | | | | | | | | | | 294.91 |
| 4/2/26 Sweep Activity | Transfer | - | (1,717.91) | 1,717.91 | | | | | | | | | | - |
| 4/3/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 1,391.49 | 1,391.49 | | | | | | | | | | | 1,391.49 |
| 4/3/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 4/3/26 Sweep Activity | Transfer | - | (1,466.49) | 1,466.49 | | | | | | | | | | |
| 4/7/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 225.00 | 225.00 | | | | | | | | | | | 225.00 |
| 4/7/26 Sweep Activity | Transfer | - | (225.00) | 225.00 | | | | | | | | | | |
| 4/10/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 4/10/26 Sweep Activity | Transfer | - | (176.00) | 176.00 | | | | | | | | | | |
| 4/11/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 101.08 | 101.08 | | | | | | | | | | | 101.08 |
| 4/11/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 350.00 | 350.00 | | | | | | | | | | | 350.00 |
| 4/11/26 Sweep Activity | Transfer | - | (451.08) | 451.08 | | | | | | | | | | |
| 4/14/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 3,673.00 | 3,673.00 | | | | | | | | | | | 3,673.00 |
| 4/14/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 367.87 | 367.87 | | | | | | | | | | | 367.87 |
| 4/14/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 4/14/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 260.00 | 260.00 | | | | | | | | | | | 260.00 |
| 4/14/26 Bank Fees | Bank Fees | (1,617.66) | (1,617.66) | | | | | | | | | | (1,617.66) | |
| 4/14/26 Sweep Activity | Transfer | - | 1,215.04 | (1,215.04) | | | | | | | | | | - |
| 4/15/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 241.02 | 241.02 | | | | | | | | | | | 241.02 |
| 4/15/26 Sweep Activity | Transfer | - | (241.02) | 241.02 | | | | | | | | | | |
| 4/16/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 4/16/26 Sweep Activity | Transfer | - | (3,990.87) | 3,990.87 | | | | | | | | | | |
| 4/17/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 4/17/26 Sweep Activity | Transfer | - | (100.00) | 100.00 | | | | | | | | | | |
| 4/20/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.91 | 100.91 | | | | | | | | | | | 100.91 |
| 4/20/26 Sweep Activity | Transfer | - | (100.91) | 100.91 | | | | | | | | | | - |
| 4/21/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 202.40 | 202.40 | | | | | | | | | | | 202.40 |
| 4/21/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 250.00 | 250.00 | | | | | | | | | | | 250.00 |
| 4/21/26 Sweep Activity | Transfer | - | (452.40) | 452.40 | | | | | | | | | | |
| 4/22/22 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 750.03 | 750.03 | | | | | | | | | | | 750.03 |
| 4/22/26 Sweep Activity | Transfer | - | (750.03) | 750.03 | | | | | | | | | | |
| 4/23/24 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 135.00 | 135.00 | | | | | | | | | | | 135.00 |
| 4/23/24 Sweep Activity | Transfer | - | (135.00) | 135.00 | | | | | | | | | | |
| 4/24/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 800.00 | 800.00 | | | | | | | | | | | 800.00 |
| 4/24/26 Sweep Activity | Transfer | - | (800.00) | 800.00 | | | | | | | | | | |
| 4/28/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 4/28/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 277.00 | 277.00 | | | | | | | | | | | 277.00 |
| 4/28/26 Sweep Activity | Transfer | - | (319.62) | 319.62 | | | | | | | | | | |
| 4/30/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 203.85 | 203.85 | | | | | | | | | | | 203.85 |
| 4/30/26 Interest | Interest | 1,958.74 | | 1,958.74 | | | | | | | | | | 1,958.74 |
| 4/30/26 Sweep Activity | Transfer | - | (203.85) | 203.85 | | | | | | | | | | |
| 4/2/26 Transfer | Transfer | - | | | | | | 225,000.00 | (225,000.00) | | | | | - |
| 4/2/26 Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (95,924.71) | | | | | | (95,924.71) | | | | | (95,924.71) | |
| 4/2/26 Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | (45,105.00) | | | | | | (45,105.00) | | | | | (45,105.00) | |
| 4/13/26 Denise Wood | Liquidation Trust - Other Fees | (618.75) | | | | | | (618.75) | | | | | (618.75) | |
| 4/13/26 Kimberley Maser | Liquidation Trust - Other Fees | (4,523.75) | | | | | | (4,523.75) | | | | | (4,523.75) | |
| 4/13/26 Deloitte | Liquidation Trust - Professional Fees | (39,560.00) | | | | | | (39,560.00) | | | | | (39,560.00) | |
| 4/28/26 Transfer | Transfer | - | | | | | | 45,000.00 | (45,000.00) | | | | | - |
| 4/28/26 Transfer | Transfer | - | | | | | | 40,000.00 | (40,000.00) | | | | | - |
| 4/28/26 Simmons Perrine et al | Liquidation Trust - Professional Fees | (4,303.20) | | | | | | (4,303.20) | | | | | (4,303.20) | |
| 4/28/26 Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (24,008.50) | | | | | | (24,008.50) | | | | | (24,008.50) | |
| 4/28/26 Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (11,205.00) | | | | | | (11,205.00) | | | | | (11,205.00) | |
| 4/28/26 The Roby Firm (Retainer) | Liquidation Trust - Professional Fees | (50,000.00) | | | | | | (50,000.00) | | | | | (50,000.00) | |
| 4/28/26 HBM Management Associates LLC | Liquidation Trust - Professional Fees | (34,632.91) | | | | | | (34,632.91) | | | | | (34,632.91) | |
| 4/29/26 Transfer | Transfer | - | | | | | | 175,000.00 | (175,000.00) | | | | | - |
| 4/30/26 Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (71,055.50) | | | | | | (71,055.50) | | | | | (71,055.50) | |
| 4/30/26 Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (104,706.16) | | | | | | (104,706.16) | | | | | (104,706.16) | |
| 4/24/26 Daiken Applied | Preference and Avoidance Action Recoveries | 3,000.00 | | | | | | | | 3,000.00 | | | | 3,000.00 |
| 4/20/26 Cross Medical Labs | Preference and Avoidance Action Recoveries | 17,773.00 | | | | | | | | 17,773.00 | | | | 17,773.00 |
| 4/2/26 Solventum | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | | | 7,500.00 | | | | 7,500.00 |
| 4/10/26 Cassling Diagnostic | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | 7,500.00 | | | | | | 7,500.00 |
| 4/30/26 Interest | Interest | - | | | | | | | | | | | | |
| 4/30/26 Interest | Interest | - | | | | | | | | | | | | |
| 4/30/26 Interest | Interest | 5,125.64 | | | | | | | 5,125.64 | | | | | 5,125.64 |
| 4/30/26 Total | | 5,733,064.81 | (0.00) | 1,904,082.80 | - | (0.00) | 24,916.84 | 31,061.07 | 1,687,922.19 | 55,000.00 | 21,709.42 | 2,008,372.49 | | |
| 4/30/26 | | | | | | | | | | | | | | |
| 5/1/26 Bank Fees | Bank Fees | (946.07) | (946.07) | | | | | | | | | | (946.07) | |
| 5/1/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 144.91 | 144.91 | | | | | | | | | | | 144.91 |
| 5/1/26 Mediacom | Preference and Avoidance Action Recoveries | 22,000.00 | | | | | | | $22,000.00 | | | | | 22,000.00 |
| 5/1/26 Sweep Activity | Transfer | - | 801.16 | (801.16) | | | | | | | | | | |
| 5/4/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 5/4/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 5/4/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 272.20 | 272.20 | | | | | | | | | | | 272.20 |
| 5/4/26 Sweep Activity | Transfer | - | (520.85) | 520.85 | | | | | | | | | | |
| 5/5/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 101.51 | 101.51 | | | | | | | | | | | 101.51 |
| 5/5/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 115.48 | 115.48 | | | | | | | | | | | 115.48 |
| 5/5/26 Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 15,239.12 | 15,239.12 | | | | | | | | | | | 15,239.12 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/26 | Sweep Activity | Transfer | - | (475.48) | 475.48 | | | | | | | | | | - |
| 5/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 179.99 | 179.99 | | | | | | | | | | | 179.99 |
| 5/6/26 | Sweep Activity | Transfer | - | (179.99) | 179.99 | | | | | | | | | | - |
| 5/7/26 | Bank Fees | Bank Fees | (861.11) | (861.11) | | | | | | | | | | (861.11) | |
| 5/7/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 126.00 | 126.00 | | | | | | | | | | | 126.00 |
| 5/7/26 | Sweep Activity | Transfer | - | (14,245.52) | 14,245.52 | | | | | | | | | | - |
| 5/8/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 5/8/26 | Denise Wood | Liquidation Trust - Other Fees | (543.75) | | | | | | (543.75) | | | | | (543.75) | |
| 5/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 113.19 | 113.19 | | | | | | | | | | | 113.19 |
| 5/8/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (83,029.00) | | | | | | (83,029.00) | | | | | (83,029.00) | |
| 5/8/26 | Stark & Stark | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | | 7,500.00 | | | | | 7,500.00 |
| 5/8/26 | Sweep Activity | Transfer | - | (113.19) | 113.19 | | | | | | | | | | - |
| 5/8/26 | Transfer | Transfer | - | | | | | | | 70,000.00 | (70,000.00) | | | | - |
| 5/11/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 5/11/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 5/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 188.60 | 188.60 | | | | | | | | | | | 188.60 |
| 5/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 3,650.00 | | | | | 3,650.00 | | | | | | | 3,650.00 |
| 5/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 12,260.00 | | | | | 12,260.00 | | | | | | | 12,260.00 |
| 5/11/26 | Sweep Activity | Transfer | - | (188.60) | 188.60 | | | | | | | | | | - |
| 5/12/26 | Bank Fees | Bank Fees | (63.61) | | | | | (63.61) | | | | | | (63.61) | |
| 5/12/26 | Bank Fees | Bank Fees | (4.45) | | | | | (4.45) | | | | | | (4.45) | |
| 5/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 5/12/26 | Foundation Bequest | Preference and Avoidance Action Recoveries | 574,466.41 | | | | | | | 574,466.41 | | | | | 574,466.41 |
| 5/12/26 | Sweep Activity | Transfer | - | (42.62) | 42.62 | | | | | | | | | | - |
| 5/13/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (36,054.67) | | | | | | (36,054.67) | | | | | (36,054.67) | |
| 5/13/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (29,858.00) | | | | | | (29,858.00) | | | | | (29,858.00) | |
| 5/13/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (11,204.00) | | | | | | (11,204.00) | | | | | (11,204.00) | |
| 5/13/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (4,303.20) | | | | | | (4,303.20) | | | | | (4,303.20) | |
| 5/13/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (2,391.50) | | | | | | (2,391.50) | | | | | (2,391.50) | |
| 5/13/26 | The Roby Firm | Liquidation Trust - Professional Fees | (43,543.39) | | | | | | (43,543.39) | | | | | (43,543.39) | |
| 5/13/26 | Transfer | Transfer | - | | | | | | | 85,000.00 | (85,000.00) | | | | - |
| 5/13/26 | Transfer | Transfer | - | | | | | | | 43,000.00 | (43,000.00) | | | | - |
| 5/14/26 | Bank Fees | Bank Fees | (1,610.18) | (1,610.18) | | | | | | | | | | (1,610.18) | |
| 5/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 5/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 2,298.63 | 2,298.63 | | | | | | | | | | | 2,298.63 |
| 5/14/26 | Globus | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | | 7,500.00 | | | | | 7,500.00 |
| 5/14/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (1,146.40) | | | | | | (1,146.40) | | | | | (1,146.40) | |
| 5/14/26 | Sweep Activity | Transfer | - | 1,485.18 | (1,485.18) | | | | | | | | | | - |
| 5/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 5/15/26 | Sweep Activity | Transfer | - | (100.00) | 100.00 | | | | | | | | | | - |
| 5/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 125.00 | 125.00 | | | | | | | | | | | 125.00 |
| 5/18/26 | Sweep Activity | Transfer | - | (2,398.63) | 2,398.63 | | | | | | | | | | - |
| 5/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 5/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 347.68 | 347.68 | | | | | | | | | | | 347.68 |
| 5/19/26 | Other Recovery | Preference and Avoidance Action Recoveries | 50,000.00 | | | | | | 50,000.00 | | | | | | 50,000.00 |
| 5/19/26 | Sweep Activity | Transfer | - | (523.68) | 523.68 | | | | | | | | | | - |
| 5/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 200.91 | 200.91 | | | | | | | | | | | 200.91 |
| 5/21/26 | Sweep Activity | Transfer | - | (200.91) | 200.91 | | | | | | | | | | - |
| 5/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 5/22/26 | Sweep Activity | Transfer | - | (50.00) | 50.00 | | | | | | | | | | - |
| 5/26/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 135.00 | 135.00 | | | | | | | | | | | 135.00 |
| 5/26/26 | Sweep Activity | Transfer | - | (135.00) | 135.00 | | | | | | | | | | - |
| 5/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 5/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 260.48 | 260.48 | | | | | | | | | | | 260.48 |
| 5/27/26 | Sweep Activity | Transfer | - | (303.10) | 303.10 | | | | | | | | | | - |
| 5/28/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 611.20 | 611.20 | | | | | | | | | | | 611.20 |
| 5/28/26 | Sweep Activity | Transfer | - | (611.20) | 611.20 | | | | | | | | | | - |
| 5/29/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 446.91 | 446.91 | | | | | | | | | | | 446.91 |
| 5/29/26 | Interest | Interest | 2,044.18 | | 2,044.18 | | | | | | | | | | 2,044.18 |
| 5/29/26 | Johnson & Johnson | Preference and Avoidance Action Recoveries | 20,000.00 | | | | | | | 20,000.00 | | | | | 20,000.00 |
| 5/29/26 | Sweep Activity | Transfer | - | (446.91) | 446.91 | | | | | | | | | | - |
| 5/31/26 | Interest | Interest | 5,365.77 | | | | | | | | 5,365.77 | | | | 5,365.77 |
| **5/31/26 Total** | | | **6,243,623.94** | **(0.00)** | **1,924,376.32** | **-** | **(0.00)** | **40,424.18** | **66,987.16** | **2,126,754.37** | **55,000.00** | **21,709.42** | **2,008,372.49** | | |
| **5/31/26** | | | | | | | | | | | | | | | |
| 6/1/26 | Bank Fees | Bank Fees | (925.36) | (925.36) | | | | | | | | | | (925.36) | |
| 6/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 25.00 | 25.00 | | | | | | | | | | | 25.00 |
| 6/1/26 | Sweep Activity | Transfer | - | 900.36 | (900.36) | | | | | | | | | | - |
| 6/2/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 6/2/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 6/2/26 | Sweep Activity | Transfer | - | (248.65) | 248.65 | | | | | | | | | | - |
| 6/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 475.09 | 475.09 | | | | | | | | | | | 475.09 |
| 6/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 905.00 | 905.00 | | | | | | | | | | | 905.00 |
| 6/3/26 | Other Recovery | Preference and Avoidance Action Recoveries | 33,500.00 | | | | | | | 33,500.00 | | | | | 33,500.00 |
| 6/3/26 | Sweep Activity | Transfer | - | (1,380.09) | 1,380.09 | | | | | | | | | | - |
| 6/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 455.87 | 455.87 | | | | | | | | | | | 455.87 |
| 6/4/26 | Sweep Activity | Transfer | - | (455.87) | 455.87 | | | | | | | | | | - |
| 6/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 1,135.10 | 1,135.10 | | | | | | | | | | | 1,135.10 |
| 6/5/26 | Sweep Activity | Transfer | - | (1,135.10) | 1,135.10 | | | | | | | | | | - |
| 6/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 24.78 | 24.78 | | | | | | | | | | | 24.78 |
| 6/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 126.00 | 126.00 | | | | | | | | | | | 126.00 |
| 6/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 385.22 | | | | | 385.22 | | | | | | | 385.22 |
| 6/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 10,845.09 | 10,845.09 | | | | | | | | | | | 10,845.09 |
| 6/8/26 | Sweep Activity | Transfer | - | (301.00) | 301.00 | | | | | | | | | | - |
| 6/9/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 6/9/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 6/9/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 6/9/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 73.42 | 73.42 | | | | | | | | | | | 73.42 |
| 6/9/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/26 | Sweep Activity | Transfer | - | (73.42) | 73.42 | | | | | | | | | | - |
| 6/10/26 | Bank Fees | Bank Fees | (2,697.94) | (2,697.94) | | | | | | | | | | (2,697.94) | |
| 6/10/26 | Bank Fees | Bank Fees | (60.85) | | | | | (60.85) | | | | | | (60.85) | |
| 6/10/26 | Bank Fees | Bank Fees | (4.26) | | | | | (4.26) | | | | | | (4.26) | |
| 6/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | (100.00) | (100.00) | | | | | | | | | | | (100.00) |
| 6/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 6/10/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (44,109.88) | | | | | | (44,109.88) | | | | | (44,109.88) | |
| 6/10/26 | Kimberley Maser | Liquidation Trust - Other Fees | (1,350.00) | | | | | | (1,350.00) | | | | | (1,350.00) | |
| 6/10/26 | Laura Davis | Liquidation Trust - Other Fees | (840.00) | | | | | | (840.00) | | | | | (840.00) | |
| 6/10/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (28,820.29) | | | | | | (28,820.29) | | | | | (28,820.29) | |
| 6/10/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (6,159.86) | | | | | | (6,159.86) | | | | | (6,159.86) | |
| 6/10/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (12,551.98) | | | | | | (12,551.98) | | | | | (12,551.98) | |
| 6/10/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (10,641.60) | | | | | | (10,641.60) | | | | | (10,641.60) | |
| 6/10/26 | Sweep Activity | Transfer | - | (7,896.93) | 7,896.93 | | | | | | | | | | - |
| 6/10/26 | The Roby Firm | Liquidation Trust - Professional Fees | (48,326.28) | | | | | | (48,326.28) | | | | | (48,326.28) | |
| 6/10/26 | Transfer | Transfer | - | | | | | | 130,000.00 | (130,000.00) | | | | | - |
| 6/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 120.00 | 120.00 | | | | | | | | | | | 120.00 |
| 6/11/26 | Sweep Activity | Transfer | - | (220.00) | 220.00 | | | | | | | | | | - |
| 6/12/26 | Bank Fees | Bank Fees | (1,642.82) | (1,642.82) | | | | | | | | | | (1,642.82) | |
| 6/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 80.00 | 80.00 | | | | | | | | | | | 80.00 |
| 6/12/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (244,172.50) | | | | | | (244,172.50) | | | | | (244,172.50) | |
| 6/12/26 | Intouch | Preference and Avoidance Action Recoveries | 5,400.00 | | | | | | | 5,400.00 | | | | | 5,400.00 |
| 6/12/26 | Sweep Activity | Transfer | - | 1,562.82 | (1,562.82) | | | | | | | | | | - |
| 6/12/26 | Transfer | Transfer | - | | | | | | 225,000.00 | (225,000.00) | | | | | - |
| 6/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 377.66 | 377.66 | | | | | | | | | | | 377.66 |
| 6/15/26 | Sweep Activity | Transfer | - | (477.66) | 477.66 | | | | | | | | | | - |
| 6/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 150.00 | 150.00 | | | | | | | | | | | 150.00 |
| 6/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 6/16/26 | Sweep Activity | Transfer | - | (326.00) | 326.00 | | | | | | | | | | - |
| 6/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 135.82 | 135.82 | | | | | | | | | | | 135.82 |
| 6/17/26 | Sweep Activity | Transfer | - | (135.82) | 135.82 | | | | | | | | | | - |
| 6/18/26 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | (23,308.79) | | | | | | (23,308.79) | | | | | (23,308.79) | |
| 6/18/26 | Janet Reasoner | Oversight Committee Fees | (5,000.00) | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 6/18/26 | Stryker | Preference and Avoidance Action Recoveries | 24,000.00 | | | | | | | 24,000.00 | | | | | 24,000.00 |
| 6/18/26 | Transfer | Transfer | - | | | | | | 20,000.00 | (20,000.00) | | | | | - |
| 6/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 210.00 | 210.00 | | | | | | | | | | | 210.00 |
| 6/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 300.91 | 300.91 | | | | | | | | | | | 300.91 |
| 6/22/26 | Smith & Nephew | Preference and Avoidance Action Recoveries | 20,000.00 | | | | | | 20,000.00 | | | | | | 20,000.00 |
| 6/22/26 | Sweep Activity | Transfer | - | (510.91) | 510.91 | | | | | | | | | | - |
| 6/23/26 | Denise Wood | Liquidation Trust - Other Fees | (562.50) | | | | | | (562.50) | | | | | (562.50) | |
| 6/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 6/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 58.81 | 58.81 | | | | | | | | | | | 58.81 |
| 6/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 247.79 | 247.79 | | | | | | | | | | | 247.79 |
| 6/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 1,257.84 | | | | | 1,257.84 | | | | | | | 1,257.84 |
| 6/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 5,339.68 | 5,339.68 | | | | | | | | | | | 5,339.68 |
| 6/23/26 | Sweep Activity | Transfer | - | (350.41) | 350.41 | | | | | | | | | | - |
| 6/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 235.00 | 235.00 | | | | | | | | | | | 235.00 |
| 6/24/26 | Sweep Activity | Transfer | - | (235.00) | 235.00 | | | | | | | | | | - |
| 6/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 350.00 | 350.00 | | | | | | | | | | | 350.00 |
| 6/25/26 | Sweep Activity | Transfer | - | (5,688.49) | 5,688.49 | | | | | | | | | | - |
| 6/26/26 | Other Recovery | Preference and Avoidance Action Recoveries | 43,000.00 | | | | | | | 43,000.00 | | | | | 43,000.00 |
| 6/30/26 | Affiliated Healthcare Management Group | AR Collection Fees | (4,572.92) | | | | | | (4,572.92) | | | | | (4,572.92) | |
| 6/30/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 6/30/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 6/30/26 | Interest | Interest | 1,995.20 | | 1,995.20 | | | | | | | | | | 1,995.20 |
| 6/30/26 | Interest | Interest | 5,155.44 | | | | | | | 5,155.44 | | | | | 5,155.44 |
| 6/30/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (254,116.83) | | | | | | (254,116.83) | | | | | (254,116.83) | |
| 6/30/26 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | (766.00) | | | | | | (766.00) | | | | | (766.00) | |
| 6/30/26 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | (432.00) | | | | | | (432.00) | | | | | (432.00) | |
| 6/30/26 | Sweep Activity | Transfer | - | (223.65) | 223.65 | | | | | | | | | | - |
| 6/30/26 | Transfer | Transfer | - | | | | | | 250,000.00 | (250,000.00) | | | | | - |
| 6/30/26 | **Total Activity and Liquidation Trust Cash on Hand** | | 5,709,382.32 | (0.00) | 1,943,567.34 | - | (0.00) | 41,667.53 | 26,255.73 | 1,612,809.81 | 55,000.00 | 21,709.42 | 2,008,372.49 | (1,399,223.87) | 7,108,606.19 |

| | | |
|---|---|---|
| US Trustee Fee Rate | | 0.80% |
| 6/30/26 Fees Due Qtr. Ended 6/30/26 | $ | 11,193.79 |