IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**SUCCESSOR TRUSTEE'S FIRST STATUS REPORT re GENERAL UNSECURED NON-PRIORITY CLAIMS** |

COMES NOW Dan R. Childers, Successor Trustee of the Mercy Hospital Liquidation Trust, by and through his Counsel, and respectfully states:

1. The Truste and his professionals have perused and examined the Debtors' Schedule listing various general unsecured non-priority claims ("GUNC") to which the Debtors may be liable, as well as Proofs of Claims that were filed with Epiq [1]. Specifically, an analysis was performed by examining Schedule F, focusing on any claim that was listed as not disputed, not contingent, etc., vis-a-vis claims that were listed as disputed or contingent, as well as an examination of various GUNC filed at Epiq. The Trustee via his professionals have reached out to almost all Claimants who had filed claims with Epiq and who, according to analysis conducted by the Trustee's professionals, might not have valid GUNC as asserted in the Proofs of Claims filed at Epiq. Most (but not all) of the Trustee's objections have been resolved, and many have resulted in Consent Orders.

2. As a result of the efforts of the Trustee's professionals, the Trustee is now able to identify Claimants whose GUNC should be allowed at specific dollar amounts. The Trustee's Report is attached hereto as Exhibits 1 and 2, which are by this reference incorporated herein as a set forth verbatim. The last column on Exhibit 1 displays the amount that the Trustee recommends be allowed as GUNC, listed by the Debtors on

[1] Pursuant to Order(s) entered early in the case, claims were not filed with the Clerk of this Court, but instead with Epiq.

Schedule F as non-contingent and not disputed etc. Exhibit 2 comprises filed Proofs of Claims to which the Trustee and his professionals have agreed as correctly and accurately asserted. The claimants on Exhibits 1 and 2 are not necessarily the entire universe of claimants that will eventually receive non-priority pre-petition unsecured claim treatment. This is so because the Trustee and his professionals are continuing their efforts at examining various claims, AND indeed the Trustee is pursuing litigation that may impact particular claimants. For example, the Trustee may be pursuing 11 U.S.C. §547 or §550 relief against entities that might have filed Proofs of Claim and some of the entities the Trustee is pursuing may eventually have pre-petition unsecured claims against the Trust, by operation of 11 U.S.C. §502(h). Last but not least, additional facts and circumstances hitherto unknown to the Trustee may come to light, and indeed by filing this Motion the Trustee and the Trust specifically reserve and do NOT waive any and all right to seek reconsideration of any allowed claims pursuant to 11 U.S.C. §502(j). Simply put, while this Status Report is by no means the entire universe of allowed (or allowable) GUNC, the Trustee and his professionals reasonably believe the Report captures close to if not more than 90% of allowable GUNC. This Report is being filed so the various GUNC are aware of the status of their claims. And in any event, as indicated *supra*, the Trustee and his professionals specifically reserve and do NOT waive any and all right to seek reconsideration of any allowed or allowable claims pursuant to 11 U.S.C. §502(j). Any entity asserting a GUNC that is NOT listed on Exhibit 1 or 2 and whose Proof of Claim had NOT yet been resolved or whose Proof of Claim is still pending resolution is NOT prejudiced and is NOT bound by this Report. Simply put, this Report deals with GUNC listed on Exhibits 1 and 2, and this Report does NOT address and does NOT resolve any GUNC not listed on Exhibits 1 and 2.

3. The Trustee submits an Order from this Court approving this Status

Report[2] re allowance of GUNC as detailed in the Trustee's Exhibits 1 and 2 attached hereto will enable the Trustee and his professionals and all parties in interest to more efficiently administer the Trust, and will enable an orderly and efficient issuance of dividends eventually.

WHEREFORE, the Trustee respectfully prays this court on such notice and hearing as may it direct, enter an Order approving this Status Report, and granting such other relief as may be just and proper under these premises.

*/s/ Eric W. Lam*

Eric W. Lam, AT0004416
SIMMONS PERRINE PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@sp.law
ATTORNEY FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 20th day of August, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

*/s/ Shannon Miller-Miller*

MHLT/Pldgs/BA 23-00623 – Drafts/mtn to approve claims report.080326.0743.ewl

[2] Pursuant to §3.1(e), (g), and (h) of the Liquidation Trust Agreement, the Trustee and the Trust (subject to Oversight Committee involvement) was empowered to object to claims AND resolve objections without the necessity of Court approval. Indeed, this Report is being filed simply to provide the Court and all interested parties the Trustee's progress, in terms of claim allowance efforts, and also in the interest of maximum transparency.

| Claimant | Epiq Claim # | Epiq Schedule # | Amount Allowed |
|---|---|---|---|
| 3M PFK6856 | | 623000080 | $41,594.45 |
| AACVPR | | 623000140 | $395.00 |
| AAF INTERNATIONAL | | 623000150 | $7,417.72 |
| ABBOTT LABORATORIES, INC. | | 623000160 | $14,786.83 |
| ABBOTT LABORATORIES, INC. | | 623000170 | $9,142.00 |
| ABC DISPOSAL - HOSPITAL | | 623000200 | $4,238.36 |
| ABIOMED | | 623000220 | $25,000.00 |
| ACADEMY OF NUTRITION AND DIETETICS | | 623000250 | $191.00 |
| ACCENDO INSURANCE | | 623000260 | $88.43 |
| ACTION PRODUCTS, INC. | | 623000280 | $739.30 |
| ADVANCED STERILIZATION PRODUCTS SERVICES | | 623000600 | $2,702.10 |
| AERO RENTAL, INC. | | 623000620 | $374.40 |
| AESCULAP, INC. | | 623000630 | $804.18 |
| AETNA HEALTH AND LIFE INSURANCE COMPANY | | 623000640 | $1,166.31 |
| AETNA SENIOR SUPPLEMENTAL INSURANCE | | 623000650 | $941.36 |
| AETNA SENIOR SUPPLEMENTAL INSURANCE | | 623000660 | $44.00 |
| AGILITI SURGICAL EQUIPMENT REPAIR | | 623000710 | $16,272.70 |
| AIRGAS NORTH CENTRAL | | 623000730 | $27,240.27 |
| ALADDIN TEMP-RITE, LLC | | 623000750 | $1,499.10 |
| ALCO SALES AND SUPPLY | | 623000760 | $348.85 |
| ALIMED, INC. | | 623000830 | $670.48 |
| ALLEN MEDICAL SYSTEMS, INC. | | 623000850 | $570.95 |
| ALLERGAN | | 623000870 | $19,324.00 |
| AMERICAN ACADEM OF FAMILY PHY | | 623001050 | $1,140.00 |
| AMERICAN HOSPITAL ASSOCIATION | | 623001120 | $36,096.00 |
| AMERICAN MEDICAL ASSOCIATION | | 623001180 | $9,632.00 |
| AMERICAN MESSAGING | | 623001200 | $1,442.94 |
| AMERICAN REPUBLIC | | 623001210 | $522.48 |
| AMERISOURCEBERGEN | | 623001230 | $1,843.09 |
| ANDERSON, ERIK | | 623001250 | $1,840.47 |
| ANGIODYNAMICS, INC. | | 623001270 | $1,775.00 |
| ANTHEM BLUE CROSS AND BLUE SHIELD | | 623001280 | $67.23 |
| ARGON MEDICAL DEVICES | | 623001330 | $396.00 |
| ARJOHUNTLEIGH | | 623001350 | $329.38 |
| ASAHI INTECC USA, INC. | | 623001400 | $900.00 |
| ASPEN MEDICAL PRODUCTS, INC. | | 623001420 | $2,418.12 |
| ASPEN SURGICAL | | 623001430 | $589.58 |
| AVANOS MEDICAL | | 623001520 | $154.23 |
| AVANTIK | | 623001530 | $1,909.20 |
| AVASURE, LLC | | 623001540 | $3,207.84 |
| AWARDCO | | 623001640 | $14,400.00 |
| BAXTER HEALTHCARE CORP | | 623001670 | $49,247.06 |
| BAXTER HEALTHCARE CORP | | 623001680 | $18,065.30 |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| BDO USA, LLP | | 623001740 | $10,000.00 |
| BEAVER-VISITEC INTERNATIONAL, INC. | | 623001760 | $125.70 |
| BECTON DICKINSON | | 623001810 | $3,476.45 |
| BIMBO BAKERIES USA | | 623001910 | $1,788.60 |
| BIOCOMPOSITES, INC. | | 623001920 | $1,500.00 |
| BIOFIRE DIAGNOSTICS, LLC | | 623001930 | $4,038.51 |
| BIOMERIEUX, INC. | | 623001960 | $64,967.68 |
| BLICKMAN, INC. | | 623001980 | $381.20 |
| BLUESKY CAREPOINT | | 623002070 | $84,050.00 |
| BOEHRINGER LABORATORIES, INC. | | 623002090 | $3,528.00 |
| BOSTON SCIENTIFIC CORPORATION | | 623002100 | $73,076.92 |
| BOTTOMLINE TECHNOLOGIES, INC. | | 623002130 | $516.00 |
| BPEX SECURE CAR TRANSPORT | | 623002140 | $594.00 |
| BRASSLER USA MEDICAL, LLC | | 623002170 | $2,300.00 |
| CADIENT, LLC | | 623002320 | $1,200.00 |
| CANCER DIAGNOSTICS, LLC | | 623002340 | $334.21 |
| CANTEEN REFRESHMENT SERVICES | | 623002350 | $203.48 |
| CARDINAL HEALTH | | 623002370 | $56,115.23 |
| CAREFUSION - RESP | | 623002450 | $156.00 |
| CAREFUSION 2200, INC | | 623002460 | $5,921.45 |
| CARL ZEISS MEDITEC, INC | | 623002570 | $141.58 |
| CAROLON | | 623002580 | $244.00 |
| CARSTENS, INC. | | 623002590 | $811.76 |
| CEC | | 623002850 | $51,302.34 |
| CELL MARQUE CORPORATION | | 623002880 | $375.00 |
| CENTRAL IOWA JUVENILE DETENTION CENTER | | 623002890 | $447.30 |
| CEPHEID | | 623002950 | $16,474.10 |
| CERTIFIED LANGUAGES INTERNATIONAL | | 623003020 | $2,210.65 |
| CHANGE HEALTHCARE | | 623003040 | $55,654.00 |
| CITY OF IOWA CITY | | 623003210 | $18,784.76 |
| CITY TRACTOR | | 623003220 | $203.21 |
| CIVCO MEDICAL SOLUTIONS | | 623003230 | $466.00 |
| COLUMBUS GAZETTE | | 623003350 | $4,658.24 |
| CONMED CORPORATION | | 623003430 | $4,483.76 |
| CONTROL SERVICES, INC | | 623003440 | $1,709.57 |
| COOPER SURGICAL | | 623003610 | $780.38 |
| CORDIS US CORP | | 623003640 | $49.00 |
| CORRIDOR MEDIA GROUP | | 623003680 | $765.00 |
| COVIDIEN SALES, LLC | | 623003700 | $26,171.81 |
| CREST HEALTHCARE SUPPLY | | 623003760 | $185.15 |
| CROSS MEDICAL LABORATORIES, LLP | | 623003770 | $3,030.00 |
| CRYSTAL CLEAR WATER CO | | 623003890 | $121.61 |
| DAVIS BROWN KOEHN SHORS AND ROBERTS | | 623004010 | $7,316.93 |
| DB ACOUSTICS INCORPORATED | | 623004030 | $79.80 |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| DEPUY SYNTHES SALES | | 623004190 | $544,242.81 |
| DEROYAL INDUSTRIES | | 623004250 | $104.05 |
| DES MIONES LABORATORY | | 623004270 | $1,000.00 |
| DEVICOR MEDICAL PRODUCTS, INC. | | 623004290 | $6,964.67 |
| DFI | | 623004300 | $895.88 |
| DIVERSITEK HEALTHCARE INC | | 623004390 | $1,509.30 |
| DRAGER MEDICAL, INC. | | 623004450 | $282.50 |
| ECOLAB, INC. | | 623004550 | $344.96 |
| EDWARDS LIFESCIENCES, LLC | | 623004560 | $4,426.20 |
| ELECTRIC MOTORS | | 623004620 | $339.12 |
| EMERGENCY MEDICAL PRODUCTS | | 623004650 | $2,199.94 |
| EMERGENCY MEDICINE | | 623004660 | $1,296.36 |
| EMSLRC U OF I HOSPITALS AND CLINICS | | 623004680 | $237.00 |
| ENCOMPASS GROUP, LLC | | 623004710 | $1,323.00 |
| EXPERIAN HEALTH, INC. | | 623004850 | $10,083.84 |
| EZPERS | | 623004870 | $900.00 |
| FEDEX | | 623004890 | $363.68 |
| FISHER & PAYKEL HEALTHCARE, INC. | | 623004920 | $1,148.20 |
| FISHER HEALTHCARE | | 623004930 | $13,389.34 |
| FOLLETT | | 623004950 | $792.00 |
| GALLS, INC. | | 623005110 | $5,044.50 |
| GARRATT CALLAHAN, CO. | | 623005140 | $8,593.34 |
| GE MEDICAL SYSTEMS - ULTRASOUND | | 623005270 | $38,229.58 |
| GENERAL WATER TECHNOLOGIES, INC. | | 623005310 | $1,432.96 |
| GERARD ELECTRIC, INC. | | 623005370 | $82,521.10 |
| GETINGE USA | | 623005400 | $12,967.89 |
| GRAINGER | | 623005450 | $6,634.43 |
| GREENWAY | | 623005490 | $1,025.29 |
| GRIFOLS USA, LLC | | 623005500 | $16,589.44 |
| GYRUS ACMI | | 623005530 | $15,641.44 |
| HALO | | 623005660 | $1,000.00 |
| HANDS UP COMMUNICATIONS, INC. | | 623005690 | $1,276.25 |
| HARGERS ACOUST | | 623005700 | $485.00 |
| HARTFORD RETIREE PRODUCT | | 623005740 | $71.80 |
| HAWKEYE FIRE & SAFETY CO | | 623005770 | $998.70 |
| HEALTH ALLIANCE | | 623005830 | $6,287.86 |
| HEALTH ALLIANCE | | 623005840 | $127.20 |
| HEALTHCARE FINANCIAL SERVICES | | 623005940 | $33,975.00 |
| HEALTHMARK INDUSTRIES CO INC | | 623005990 | $222.50 |
| HELMER INC | | 623006020 | $700.29 |
| HOSPERS AND BROTHER PRINTERS | | 623006220 | $10,269.64 |
| HOT SHOTS NUCLEAR MEDICINE | | 623006240 | $59,333.98 |
| HUNTINGTON TECHONOLOGY FINANCE | | 623006270 | $75,728.38 |
| HUPP TOYOTALIFT | | 623006340 | $600.00 |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| HY-VEE - STORE CHARGES - DES MOINES | | 623006360 | $2,991.85 |
| ICARE | | 623006460 | $99.00 |
| ICP MEDICAL | | 623006470 | $560.00 |
| IDEACOM | | 623006480 | $69,871.18 |
| IHEART MEDIA | | 623006520 | $347.82 |
| IMMUCOR INC. | | 623006560 | $3,288.44 |
| INDEED INC | | 623006600 | $10,336.63 |
| INNOMED, INC. | | 623006650 | $1,886.50 |
| INSPIRON LOGISTICS, LLC | | 623006710 | $2,295.00 |
| INSTRUMENTATION | | 623006720 | $237.00 |
| INTEGRA LIFESCIENCES SALES LLC | | 623006730 | $9,489.33 |
| INTERNATIONAL BIOMEDICAL | | 623006760 | $123.82 |
| INTERESTATE ALL BATTERY CENTER | | 623006770 | $10.51 |
| IOWA ASSOCIATION OF RURAL HEALTH CLINICS | | 623006860 | $3,170.00 |
| IOWA DEPARTMENT OF HEALTH | | 623007010 | $4,000.00 |
| IOWA HEART CENTER | | 623007170 | $268,250.00 |
| JACKSON PHYSICIAN SEARCH | | 623007300 | $36,000.00 |
| JOHNSON CONTROLS, INC. | | 623007470 | $3,976.35 |
| JOINT EMERGENCY COMMUNICATIONS SERVICES | | 623007650 | $1,350.00 |
| KARL STORZ ENDOSCOPY-AMERICA INC | | 623007720 | $9,850.70 |
| KENWOOD RECORDS MANAGEMENT, INC. | | 623007760 | $11,764.96 |
| KERSTETTER, COLLIN | | 623003330 | $260.00 |
| KIA MOTORS FINANCE | | 623007820 | $734.63 |
| LABORIE MEDICAL TECHNOLOGIES | | 623007950 | $380.00 |
| LANTHEUS MEDICAL IMAGING | | 623007990 | $18,240.00 |
| LEICA INC. | | 623008030 | $797.25 |
| LENOCH-CILEK HARDWARE | | 623008040 | $2,058.19 |
| LUKON COMPANY | | 623008340 | $526.00 |
| MAILING SERVICES, INC. | | 623008390 | $709.82 |
| MAINE MOLECULAR QUALITY CONTROLS, INC. | | 623008400 | $777.90 |
| MALIGNANT HYPERTHERMIA ASSOCIATION OF TH | | 623008410 | $100.00 |
| MARKET LAB | | 623008480 | $485.00 |
| MARSH USA INC | | 623008510 | $9,750.00 |
| MC ANALYTXS INC | | 623008550 | $10,000.00 |
| MCKESSON MEDICAL SURGICAL | | 623008660 | $24,489.77 |
| MCMASTER-CARR SUPPLY CO | | 623008700 | $93.16 |
| MEDENVISION USA LLC | | 623008780 | $4,125.00 |
| MEDFORMS, INC. | | 623008790 | $607.26 |
| MEDIACOM | | 623008800 | $2,201.53 |
| MEDICO CORP LIFE INSURANCE COMPANY | | 623008880 | $23.45 |
| MEDLINE INDUSTRIES, INC | | 623008960 | $30,520.37 |
| MEDTRONIC USA | | 623008980 | $3,329.92 |
| MERCY CEDAR RAPIDS | | 623009090 | $62,693.07 |
| MERIDIAN | | 623009390 | $1,180.00 |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| MERIT MEDICAL SYSTEMS, INC. | | 623009400 | $2,579.05 |
| MERRY X-RAY SOURCEONE HEALTHCARE, INC. | | 623009410 | $190.85 |
| MICROLINE SURGICAL, INC. | | 623009810 | $3,955.00 |
| MICROTEK MEDICAL, INC. | | 623009890 | $815.28 |
| MID IOWA PETROLE | | 623009900 | $918.40 |
| MIDWEST GROUP B | | 623009960 | $805.04 |
| MISSISSIPPI VALLEY REGIONAL BLOOD CENTER | | 623010040 | $54,430.00 |
| MIZUHO OSI | | 623010070 | $3,185.00 |
| MOTHERS MILK BANK OF IOWA | | 623010120 | $975.00 |
| MUSCATINE MEDICAL ASSOCIATES, INC. | | 623010180 | $57,284.38 |
| NANOSONICS, INC. | | 623010210 | $1,476.00 |
| NATIONAL HEALTH | | 623010230 | $74.72 |
| NATUS MEDICAL, INC. | | 623010250 | $674.15 |
| NBS CALIBRATIONS | | 623010260 | $288.00 |
| NEPHON 503B OUTSOURCING FACILITY | | 623010280 | $412.00 |
| NETSMART TECHNOLOGIES, INC. | | 623010290 | $2,508.00 |
| NETWORK SERVICES COMPANY | | 623010320 | $1,954.76 |
| NEWCOMER SUPPLY | | 623010410 | $139.30 |
| NICHOLS CONTROLS AND SUPPLY | | 623010420 | $2,640.00 |
| NORTH JOHNSON COUNTY | | 623010460 | $18,400.00 |
| NORTHWEST MECHANICAL, INC | | 623010500 | $34,460.01 |
| OASIS FALAFEL | | 623010600 | $498.00 |
| OLYMPUS AMERICA INC. | | 623010710 | $98,267.47 |
| ONE NECK IT SOLUTIONS, LLC | | 623010800 | $23,798.30 |
| ONMEDIA | | 623010860 | $798.00 |
| ORGANOGENESIS, INC. | | 623010920 | $1,275.00 |
| OTIS ELEVATOR COMPANY | | 623010990 | $40,600.42 |
| OUTFITTER SATELLITE, INC. | | 623011050 | $122.84 |
| PALL CORPORATION | | 623011100 | $437.10 |
| PARAMOUNT CVO | | 623011180 | $47,926.00 |
| PARTSSOURCE, LLC | | 623011200 | $91.80 |
| PATTERSON DENTAL SUPPLY INC | | 623011240 | $742.32 |
| PELVIC BINDER INC | | 623011250 | $175.75 |
| PENLON, INC. | | 623011260 | $234.70 |
| PENUMBRA, INC. | | 623011270 | $8,855.00 |
| PEPSIAMERICAS, INC. | | 623011280 | $8,276.98 |
| PERFORMANCE HEALTH SUPPLY, INC. | | 623011300 | $237.03 |
| PERIMED, INC. | | 623011330 | $330.00 |
| PFIZER, INC. | | 623011390 | $1,183.02 |
| PHILIPS LIFELINE | | 623011450 | $5,354.15 |
| POLYMEDCO, INC. | | 623011530 | $1,070.69 |
| PRACTICELINK LTD | | 623011550 | $1,785.00 |
| PRECISION DYNAMICS CORPORATION - PDC | | 623011560 | $2,061.47 |
| PRESS CITIZEN MEDIA | | 623011590 | $2,023.94 |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| PSC DISTRIBUTION, INC. | | 623011740 | $5,323.28 |
| QIAGEN, INC. | | 623011810 | $332.00 |
| QU VA | | 623011820 | $17,971.48 |
| RANDYS CARPET AND INTERIORS | | 623011940 | $717.00 |
| REMEL, INC. | | 623012020 | $127.18 |
| RENOVO SOLUTIONS, LLC | | 623012030 | $206,536.50 |
| RESMED | | 623012090 | $398.00 |
| R-MED, INC. | | 623011910 | $1,108.08 |
| RMS SOLUTIONS | | 623012160 | $6,000.00 |
| ROYAL ARMS MEDICAL | | 623012360 | $417.00 |
| SARSTEDT, INC. | | 623012460 | $278.80 |
| SCANSTAT TECHNOLOGIES | | 623012480 | $600.00 |
| SEACOAST LABORATORY DATA SYSTEMS, INC. | | 623012540 | $5,170.32 |
| SERACARE LIFE SCIENCES, INC. | | 623012610 | $1,228.00 |
| SHARN, INC. | | 623012640 | $142.00 |
| SHELTON, DEHAANE | | 623012670 | $230.00 |
| SHRED-IT USA, INC. | | 623012720 | $813.60 |
| SIEMENS FINANCIAL SERVICES | | 623012730 | $23,840.34 |
| SIEMENS HEALTHCARE DIAGNOSTICS | | 623012820 | $57,211.60 |
| SIGMA-ALDRICH | | 623012880 | $210.00 |
| SILAC INSURANCE | | 623012890 | $46.90 |
| SMART FACILITY SOFTWARE | | 623012910 | $3,000.00 |
| SMITH AND NEPHEW ENDOSCOPY, INC. | | 623012930 | $7,001.16 |
| SMITH AND NEWPHEW, INC. | | 623012940 | $235,260.17 |
| SPECTRANETICS CORP | | 623013070 | $900.00 |
| STANDARD TEXTILE | | 623013200 | $239.76 |
| STATLAB MEDICAL PRODUCTS | | 623013260 | $2,267.60 |
| STAYWELL COMPANY, LLC | | 623013270 | $454.52 |
| STRATEGIC HEALTHCARE PROGRAMS, LLC | | 623013340 | $273.45 |
| STRECK | | 623013400 | $127.31 |
| SUEPPELS FLOWER | | 623013480 | $81.00 |
| SUGAR BOTTOM BAKERY | | 623013490 | $1,395.00 |
| SURGICAL SERVICES, PC | | 623013550 | $4,166.67 |
| SYMMETRY SURGICAL | | 623013610 | $2,046.11 |
| SYNCHRONY SERVICES | | 623013650 | $857.00 |
| SYSCO FOOD SERVICES OF IOWA | | 623013660 | $3,498.36 |
| THE DENTAL BOX, LLC | | 623013780 | $61.03 |
| THE EAT SHOP, LLC | | 623013790 | $797.40 |
| THERMO FISHER SCIENTIFIC (ASHEVILLE), LLC | | 623013810 | $86.60 |
| THRYV BERRY NETWORK | | 623013820 | $262.00 |
| TRANSFER MASTER PRODUCTS, INC. | | 623013910 | $732.40 |
| TREMCO WEATHERPROOFING TECHNOLOGIES, INC. | | 623013930 | $6,219.80 |
| TSI INCORPORATED | | 623014030 | $175.00 |
| UI DIAGNOSTICS LABORATORIES | | 623014060 | $654.00 |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| ULINE | | 623014080 | $26.50 |
| UNITE PRIVATE NETWORKS LLC | | 623014090 | $5,210.40 |
| UNITED HEALTHCARE SERVICES, INC. | | 623014120 | $136.44 |
| UNITED SHOCKWAVE | | 623014130 | $8,200.00 |
| UNIVERSITY OF IOWA | | 623014260 | $49,700.00 |
| URESIL, LLC | | 623014410 | $645.00 |
| VALUED RELATIONSHIPS, LLC | | 623014550 | $5,905.88 |
| VAPOTHERM, INC. | | 623014600 | $9,130.00 |
| VECTOR SURGICAL | | 623014620 | $2,186.56 |
| VERMILLION, INC. | | 623014650 | $404.14 |
| VIZIENT | | 623014680 | $9,050.75 |
| VOCERA COMMUNICATIONS INC | | 623014750 | $8,882.00 |
| VYAIRE | | 623014760 | $156.00 |
| WALSH DOOR AND SECURITY | | 623014870 | $112.23 |
| WATER SHOP, INC. | | 623014950 | $492.25 |
| WB MCCLOUD & CO, INC. | | 623014980 | $751.00 |
| WELCH ALLYN, INC. | | 623015040 | $248.75 |
| ZEPTOMETRIX CORPORATION | | 623015620 | $270.00 |
| ZOLL MEDICAL CORPORATION | | 623015700 | $7,121.40 |
| **TOTAL ALLOWED - SCHEDULE F** | | | $3,560,045.56 |

**EXHIBIT 1**

| Claimant | Epiq Claim # | Epiq Schedule # | Current Status as of Aug 2026 | Amount Allowed |
|---|---|---|---|---|
| AAA MECHANICAL CONTRACTORS INC | 10376 | | NO OBJECTION | $129,646.24 |
| ABBOTT RAPID DX NORTH AMERICA LLC | 10144 | | NO OBJECTION | $689.72 |
| AETNA INC | 10233 | | Objection withdrawn at dkt #2111, allowing GUNC in full | $63,877.80 |
| ALTERA DIGITAL HEALTH INC | 10283 | | Order allowing GUNC claim at dkt #1852 for $6mil. | $6,000,000.00 |
| ALTORFER, INC. | 10135 | | NO OBJECTION | $6,283.68 |
| ALTORFER, INC. | 10121 | 623001010 | NO OBJECTION | $10,218.00 |
| AQUITY SOLUTIONS LLC | 10109 | 623001320 | NO OBJECTION | $18,125.08 |
| ARTHREX, INC. | 10367 | 623001370 | NO OBJECTION | $11,676.10 |
| ASSOCIATES IN MEDICAL PHYSICS, LLC | 10071 | 623001440 | NO OBJECTION | $1,441.29 |
| BAYER HEALTHCARE LLC | 10285 | 623001730 | NO OBJECTION | $20,701.50 |
| BECTON DICKINSON AND COMPANY | 10294 | 623001810 | NO OBJECTION | $9,553.90 |
| BIO-RAD LABORATORIES INC | 10184 | | NO OBJECTION | $21,047.50 |
| BRACCO DIAGNOSTICS INC | 10316 | 623002150 | NO OBJECTION | $19,061.74 |
| BRADFORD CAPITAL HOLDINGS, LP | 10223 | 624001460 | NO OBJECTION | $1,363,131.91 |
| BRUNDAGE MEDICAL GROUP | 10040 | 623002260 | NO OBJECTION | $2,685.00 |
| CAREPRO HEALTH SERVICE | 10185 | 623002540 | NO OBJECTION | $6,296.99 |
| CEGA INNOVATIONS, INC. | 19 | 623002870 | NO OBJECTION | $550.00 |
| COMMUNICATIONS ENGINEERING COMPANY | 10118 | | NO OBJECTION | $8,425.96 |
| COOK MEDICAL | 13 | 623003600 | NO OBJECTION | $28,283.62 |
| COPY SYSTEMS, INC. | 11 | 623003620 | NO OBJECTION | $112.98 |
| CR BARD INC | 10293 | 623003730 | NO OBJECTION | $24,018.95 |
| CRESCENT PARTS & EQUIPMENT | 10015 | | Allow $613.68 amount because de minimus; not cost effective to pursue objection | $613.68 |
| DANS OVERHEAD DOORS & MORE | 10042 | 623003970 | NO OBJECTION | $100.00 |
| DEPUY SYNTHES TRAUMA | 10218 | | Order @ dkt #2097 allowing GUNC in amt $53,827.00 | $53,827.00 |
| DEPUY SYNTHESIS JOINT RECONSTRUCTION, INC. | 10217 | | Order @ dkt #2096 allowing GUNC in amt $315,401.00 | $315,401.00 |
| DIAGNOSTICA STAGO INC | 10048 | 623004320 | NO OBJECTION | $49,695.70 |
| ETHICON INC. | 10219 | | Order @ dkt #2098 allowing GUNC in amt $19,659.00 | $19,659.00 |

**EXHIBIT 2**

| | | | | |
|---|---|---|---|---|
| GASKILL SIGNS, INC. | 20041 | | Order at dkt #1518 disallowed this Admin claim, but allowed an Unsecured claim of $1,314.94. | $1,314.94 |
| GE PRECISION HEALTHCARE LLC | 10281 | | Order allowing claim @ dkt #1930 for $27,000.00 | $27,000.00 |
| INTERLACE HEALTH | 10364 | | NO OBJECTION | $18,113.13 |
| IOWA HOSPITAL ASSOCIATION | 40017 | | This was an Administrative Claim (#40017), and per order at dkt #1558 the court allowed a GUNC for $65k to be paid with other GUNCs | $65,000.00 |
| KALONA DIRECT, LLC | 10073 | 623007690 | NO OBJECTION | $1,737.80 |
| KEGO CORPORATION | 10005 | 623007750 | NO OBJECTION | $1,099.36 |
| LAKES MEDICAL INNOVATIONS | 10014 | 623007980 | NO OBJECTION | $325.00 |
| LIFENET | 10013 | 623008090 | NO OBJECTION | $5,255.07 |
| LIFEPOINT INFORMATICS | 10054 | 623008100 | NO OBJECTION | $19,365.00 |
| LIQUIDAGENTS HEALTHCARE LLC | 10137 | | Objection withdrawn at dkt 2016, allowing claim in full. | $27,762.61 |
| MEDICO-MART INC | 16 | 624001450 | NO OBJECTION | $217,347.73 |
| MIDWEST HEALTHCARE LINEN SERVICE LLC | 10093 | 623009970 | NO OBJECTION | $32,606.04 |
| MIDWEST HEALTHCARE LINEN SERVICE LLC | 10094 | | NO OBJECTION | $9,225.30 |
| NEV'S INK, INC. | 10044 | 623010380 | NO OBJECTION | $614.40 |
| NOVA BIOMEDICAL CORPORATION | 10332 | 623010530 | NO OBJECTION | $4,868.52 |
| NOX MEDICAL, LLC | 10016 | 623010540 | NO OBJECTION | $3,928.07 |
| PAR EXCELLENCE SYSTEMS | 10 | 623011120 | NO OBJECTION | $6,549.03 |
| RADIOLOGIC MEDICAL SERVICES PC | 10289 | | NO OBJECTION | $9,530.00 |
| REMEDIUM SYSTEMS, LLC | 10401 | 623011990 | NO OBJECTION | $13,500.00 |
| ROBERT HALF, INC | 328 | 623012180 | NO OBJECTION | $12,338.72 |
| SAPONARO, CHARLIE | 10055 | 623008850 | NO OBJECTION | $918,400.38 |
| SCRIBEAMERICA LLC | 279 | 624002550 | NO OBJECTION | $27,484.16 |
| STAPLES, INC. | 2 | 623013210 | NO OBJECTION | $12,352.74 |
| STEINDLER ORTHOPEDIC CLINIC PLC | 10041 | 623013280 | NO OBJECTION | $254,719.54 |
| STERIS CORPORATION | 10327 | 623013310 | NO OBJECTION | $22,445.02 |
| STRYKER ENDOSCOPY | 10264 | | Order approving GUNC @ $20,314.22; dkt #2071 | $20,314.22 |

**EXHIBIT 2**

| | | | | |
|---|---|---|---|---|
| STRYKER INSTRUMENTS | 10267 | | Order approving GUNC @ $56,544.34; dkt #2071 | $56,544.34 |
| STRYKER ORTHOPAEDICS | 10269 | | Order approving GUNC @ $9,360.92; dkt #2071 | $9,360.92 |
| SYSTEM ONE INTERNATION, INC. | 10078 | 623013670 | NO OBJECTION | $4,798.60 |
| TELEFLEX, LLC | 1 | 623013710 | NO OBJECTION | $10,576.90 |
| TERUMO MEDICAL CORPORATION | 8 | 623013750 | NO OBJECTION | $33,787.00 |
| TRI-ANIM HEALTH SERVICES, INC | 10011 | 623013970 | NO OBJECTION | $6,580.67 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 364 | | This claim was settled. Orders at dkt #s 1920 & 1921 allow GUNC at $87,120.71. | $87,120.71 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 10086 | | This claim was settled. Orders at dkt #s 1920 & 1921 allow GUNC at $2,361.15. | $2,361.15 |
| UNIVERSITY OF IOWA, THE | 10360 | | Objection withdrawn at dkt #1842, allowing GUNC in full. | $17,970.98 |
| US FOODS INC | 10171 | | Order approving GUNC in full at dkt #1909 | $32,021.20 |
| WIN IT SERVICES, LLC | 139 | 623015340 | NO OBJECTION | $14,091.00 |
| WRIGHT MEDICAL | 10270 | | Order approving GUNC @ $288,780.52; dkt #2071 | $288,780.52 |
| **TOTAL GUNC ALLOWED** | | | | $10,482,315.11 |

**EXHIBIT 2**