IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CERTIFICATE OF SERVICE re CLAIMS STATUS REPORT** |

I, Sydney Fischer, on my oath, do hereby certify and affirm that on the 20th day of August 2026, I sent via United States Post Office Mail the attached Notice to all entities listed on Attachment 1 included below. The names and addresses were derived from Epiq, the site to which claims were submitted by Creditors and Schedule F filed by the Debtors, EXCEPT for approximately three entities the addresses for which were NOT listed on Schedule F, and the addresses for those two entities were obtained via Google search.

Sydney Fischer
Simmons Perrine, PLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF LIQUIDATION TRUSTEE'S STATUS REPORT re GENERAL UNSECURED NON-PRIORITY CLAIMS** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on August 20, 2026 a Status Report re General Unsecured Non-Priority Claims ("GUNC"). A copy of the Report may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that HEARING on the Trustee's Status Report and Motion will be held at 1030am. on Sept. 22, 2026, in the United States Bankruptcy Court, 111 Seventh Avenue SE, Cedar Rapids, IA 52401. At the hearing the Trustee will seek an Order from the Court granting the Trustee's requests for relief. All parties may participate in person at the hearing OR those wishing to listen-in may use the following dial in instructions:

1. Call the toll free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on August 20, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Shannon Miller-Miller*

MHLT/Pldgs/ BA 23-00623 – Drafts/NOBD re GUNC/Status.080326.0743.cwk

**GUNC Creditors Served by US Mail:**

3M PFK6856
PO Box 301557
Dallas, TX 75303-1557

AACVPR
ATTN: 312-321-5146 330 N WABASH AVENUE
SUITE 2000
CHICAGO, IL 60611

AAF INTERNATIONAL
24828 NETWORK PLACE
CHICAGO, IL 60673-1248

ABBOTT LABORATORIES INC
22400 NETWORK PLACE
CHICAGO, IL 60673-1224

ABBOTT LABORATORIES INC
22400 NETWORK PLACE
CHICAGO, IL 60673-1224

ABC DISPOSAL – HOSPITAL
PO BOX 86
HIAWATHA, IA 52233

ABIOMED INC
22 CHERRY HILL DRIVE
DANVERS, MA 01923

ACADEMY OF NUTRITION AND DIETETICS
ATTN: MEMBERSHIP TEAM
120 SOUTH RIVERSIDE PLAZA
SUITE 2190
CHICAGO, IL 60606-6995

ACCENDO INSURANCE
3148 WEST 3500 SOUTH
WEST VALLEY CITY, UT 84119

ACTION PRODUCTS INC
954 SWEENEY DRIVE
HAGERSTOWN, MD 21740-7111

ADVANCED STERILIZATION PRODUCTS SERVICES
PO BOX 74007359
CHICAGO, IL 60674-7359

AERO RENTAL INC
227 KIRKWOOD AVE
IOWA CITY, IA 52240-4720

AESCULAP INC.
PO BOX 780426
PHILADELPHIA, PA 19178-0426

AETNA HEALTH AND LIFE INSURANCE COMPAN
C/O ASSET PROTECTION UNIT INC
PO BOX 30969
AMARILLO, TX 79120

AETNA SENIOR SUPPLEMENTAL INSURANCE
C/O ASSET PROTECTION UNIT INC
PO BOX 30969
AMARILLO, TX 79120

AETNA SENIOR SUPPLEMENTAL INSURANCE
C/O ASSET PROTECTION UNIT INC
PO BOX 30969
AMARILLO, TX 79120

AGILITI SURGICAL EQUIPMENT REPAIR
ATTN: MELISSA X113
PO BOX 856526
MINNEAPOLIS, MN 55485-6526

AIRGAS NORTH CENTRAL
PO BOX 734445
CHICAGO, IL 60673-4445

ALADDIN TEMP-RITE LLC
ATTN: 615-537-3611 PO BOX 8500-3431
PHILADELPHIA, PA 19178-3431

ALCO SALES AND SUPPLY
6851 HIGH GROVE BLVD.
BURR RIDGE, IL 60527

ALIMED INC.
ATTN: A/R
PO BOX 206417
DALLAS, TX 75320

ALLEN MEDICAL SYSTEMS INC.
ATTN: FORMERLY ALLEN MEDICAL
PO BOX 84918
CHICAGO, IL 60689-4918

ALLERGAN
12975 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

AMERICAN ACADEM OF FAMILY PHY
11400 TOMAHAWK CREEK PARKWAY
LEAWOOD, KS 66211

AMERICAN HOSPITAL ASSOCIATION
PO BOX 92247
CHICAGO, IL 60675

AMERICAN MEDICAL ASSOCIATION
PO BOX 74008935
CHICAGO, IL 60674-8935

AMERICAN MESSAGING
PO BOX 5749
CAROL STREAM, IL 60197-5749

AMERICAN REPUBLIC
PO BOX 1
DES MOINES, IA 50306-0001

AMERISOURCEBERGEN
27550 NETWORK PLACE
CHICAGO, IL 60673-1275

ANDERSON, ERIK
PO BOX 176
NEVADA, IA 50201

**ATTACHMENT 1**

ANGIODYNAMICS INC
14 PLAZA DR
LATHAM, NY 12110

ANTHEM BLUE CROSS AND BLUE SHIELD
PO BOX 73651
CLEVELAND, OH 44193-1177

ARGON MEDICAL DEVICES
DEPT 0527
PO BOX 120527
DALLAS, TX 75312-0527

ARJOHUNTLEIGH
ATTN: JAY RICKE PO BOX 640799
PITTSBURGH, PA 15264-0799

ASAHI INTECC USA INC
ATTN: VISA 22 EXECUTIVE PARK
SUITE 110
IRVINE, CA 92614

ASPEN MEDICAL PRODUCTS INC.
PO BOX 848397
LOS ANGELES, CA 90084-8397

ASPEN SURGICAL
6945 SOUTHBELT DR
CALEDONIA, MI 49316

AVANOS MEDICAL
PO BOX 732583
DALLAS, TX 75373-2583

AVANTIK
PO BOX 825337
PHILADELPHIA, PA 19182-5337

AVASURE LLC
PO BOX 30516
DEPARTMENT 30516
LANSING, MI 48909-8016

AWARDCO INC
PO BOX 736712
DALLAS, TX 75373-6712

BAXTER HEALTHCARE CORP
ATTN: CREDIT JP MORGAN CHASE
PO BOX 70564
CHICAGO, IL 60673-0564

BAXTER HEALTHCARE CORP
ATTN: CREDIT JP MORGAN CHASE
PO BOX 70564
CHICAGO, IL 60673-0564

BDO USA LLP
PO BOX 642743
PITTSBURGH, PA 15264-2743

BEAVER-VISITEC INTERNATIONAL INC
PO BOX 842837
BOSTON, MA 02284-2837

BECTON DICKINSON
21588 NETWORK PL
CHICAGO, IL 60673-1215

BIMBO BAKERIES USA
PO BOX 7410027
CHICAGO, IL 60674-5027

BIOCOMPOSITES INC
PO BOX 538618
ATLANTA, GA 30353-8618

BIOFIRE DIAGNOSTICS LLC
PO BOX 581463
SALT LAKE CITY, UT 84158

BIOMERIEUX INC.
ATTN: CHECK MATE, BRIAN ARMSTRONG
ONE BOSTON PLACE
201 WASHINGTON ST, STE 4030
BOSTON. MA 02108

BLICKMAN INC
PO BOX 69281
BALTIMORE, MD 21264-9281

BLUESKY CAREPOINT
ATTN: TIM TEAGUE, CEO AND PRESIDENT
5600 S QUEBEC ST
GREENWOOD VILLAGE, CO 80111

BOEHRINGER LABORATORIES INC
300 THOMS DRIVE
PHOENIXVILLE, PA 19460

BOSTON SCIENTIFIC CORPORATION
ATTN: CHRIS WILLIAMS PO BOX 951653
DALLAS, TX 75395-1653

BOTTOMLINE TECHNOLOGIES INC.
PO BOX 412377
BOSTON, MA 02241-2377

BPEX SECURE CAR TRANSPORT
ATTN: GREG VANDE VOORDE
2717 130 ST
AURORA, IA 50607

BRASSLER USA MEDICAL LLC
1 BRASSELER BLVD
SAVANNAH, GA 31419

CADIENT LLC
PO BOX 746940
ATLANTA, GA 30374-6940

CANCER DIAGNOSTICS INC
116 PAGE POINT CIR
DURHAM, NC 27703-9120

CANTEEN REFRESHMENT SERVICES
A DIVISION OF CANTEEN
PO BOX 417632
BOSTON, MA 02241-7632

**ATTACHMENT 1**

CARDINAL HEALTH
ATTN: 3-1-TECH MEDICAL PRODUCTS AND SERV
PO BOX 70539
CHICAGO, IL 60673-0539

CAREFUSION – RESP
88253 EXPEDITE WAY
CHICAGO, IL 60695-0001

CAREFUSION 2200 INC
ATTN: DAVID
25146 NETWORK PLACE
CHICAGO, IL 60673-1250

CARL ZEISS MEDITEC INC
PO BOX 100372
PASADENA, CA 91189-0372

CAROLON
601 FORUM PARKWAY
RURAL HALL, NC 27045

CARSTENS INC
LBX 95195
141 W JACKSON BLVD SUITE 1000
CHICAGO, IL 60694

CEC
PO BOX 488
HIAWATHA, IA 52233

CELL MARQUE CORPORATION
734271 NETWORK PLACE
CHICAGO, IL 60673-4271

CENTRAL IOWA JUVENILE DETENTION CENTER
2317 RICK COLLINS WAY
ELDORA, IA 50627

CEPHEID
PO BOX 74007537
CHICAGO, IL 60674-7537

CERTIFIED LANGUAGES INTERNATIONAL
PO BOX 743895
LOS ANGELES, CA 90074-3895

CHANGE HEALTHCARE
PO BOX 98347
CHICAGO, IL 60693-8347

CITY OF IOWA CITY
PO BOX 10399
DES MOINES, IA 50306-0399

CITY TRACTOR
645 PENN CT
NORTH LIBERTY, IA 52317

CIVCO MEDICAL SOLUTIONS
ATTN: INFOCIVCO.COM
PO BOX 933598
ATLANTA, GA 31193-3598

COLUMBUS GAZETTE
PO BOX 267
COLUMBUS JUNCTION, IA 52738

CONMED CORPORATION
CHURCH STREET STATION
PO BOX 6814
NEW YORK, NY 10249-6814

CONTROL SERVICES INC
4526 SOUTH 143RD ST
OMAHA, NE 68137

COOPER SURGICAL
75 CORPORATE DR
TRUMBULL, CT 06611

CORDIS US CORP
PO BOX 7410797
CHICAGO, IL 60674-0797

CORRIDOR MEDIA GROUP
2345 LANDON RD
SUITE 100
NORTH LIBERTY, IA 52317

COVIDIEN SALES LLC
ATTN: ED BRATZ
4642 COLLECTION CENTER DR
CHICAGO, IL 60693-0046

CREST HEALTHCARE SUPPLY
PO BOX 727
195 THIRD ST
DASSEL, MN 55325

CROSS MEDICAL LABORATORIES LLP
321 E MARKET STREET
SUITE 102
IOWA CITY, IA 52245

CRYSTAL CLEAR WATER CO
935 NE 240TH STREET
NORTH LIBERTY, IA 52317

DAVIS BROWN KOEHN SHORS AND ROBERTS
215 10th Street Ste 1300
Des Moines, IA 50309

DB ACOUSTICS INCORPORATED
ATTN: 9560-6800
4601 COMMERICAL AVE
MARION, IA 52302

DEPUY SYNTHES SALES INC
ATTN: JONELLE GAUGER
5972 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DEROYAL INDUSTRIES INC.
MSC 30316
PO BOX 415000
NASHVILLE, TN 37241-0316

DES MOINES LABORATORY
PO BOX 679460
DALLAS, TX 75267-9460

**ATTACHMENT 1**

DEVICOR MEDICAL PRODUCTS INC
33075 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0330

DFI
PO BOX 2707
DAVENPORT, IA 52809

DIVERSATEK HEALTHCARE INC
27270 NETWORK PLACE
CHICAGO, IL 60673-1272

DRAGER MEDICAL INC
PO BOX 13369
NEWARK, NJ 07101-3362

ECOLAB INC.
PO BOX 70343
CHICAGO, IL 60673-0343

EDWARDS LIFESCIENCES LLC
ATTN: KATHLEEN STAHL
23146 NETWORK PLACE
CHICAGO, IL 60673-1231

ELECTRIC MOTORS
50 COMMERCIAL CT
IOWA CITY, IA 52246

EMERGENCY MEDICINE
SUBSCRIPTION SERVICE
151 FAIRCHILD AVENUE
SUITE 2
PLANVIEW, NY 11803-9758

EMERGENCY MEDICAL PRODUCTS
25196 NETWORK PLACE
CHICAGO, IL 60673-1251

EMSLRC U OF I HOSPITALS AND
CLINICS
U OF IOWA HOSPTIALS AND CLINIC
EMSLRC S-608 GH-LORI HARTLEY
200 HAWKINS DRIVE
IOWA CITY, IA 52242-1009

ENCOMPASS GROUP LLC
DEPT 40254
PO BOX 2153
BIRMINGHAM, AL 35287-9346

EXPERIAN HEALTH INC
PO BOX 886133
LOS ANGELES, CA 90088-6133

EZPERS
1965 N PLEASANTVIEW CIR
WICHITA, KS 67203

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

FISHER AND PAYKEL HEALTHCARE
INC
DEPT CH 16926
PALATINE, IL 60055-6926

FISHER HEALTHCARE
ATTN 527255
13551 COLLECTION CTR DR
CHICAGO, IL 60693

FOLLETT CORPORATION
PO BOX 782806
PHILADELPHIA, PA 19178-2806

GALLS INC
DBA CARPENTER UNIFORMS
PO BOX 505614
ST LOUIS, MO 63150-5614

GARRATT CALLAHAN CO
50 INGOLD ROAD
BURLINGAME, CA 94010

GE MEDICAL SYSTEMS –
ULTRASOUND
75 REMITTANCE DRIVE-SUITE 1080
CHICAGO, IL 60675-1080

GENERAL WATER TECHNOLGIES
INC
900 NORTH 400 WEST
SUITE 11
NORTH SALT LAKE, UT 84054

GERARD ELECTRIC INC
PO BOX 1301
IOWA CITY, IA 52244

GETINGE USA
PO BOX 775436
CHICAGO, IL 60677-5436

GRAINGER
DEPT 801300559
PO BOX 419267
KANSAS CITY, MO 64141-6267

GREENWAY
ATTN: VISA PO BOX 203658
DALLAS, TX 75320-3658

GRIFOLS USA LLC
PO BOX 741919
ATLANTA, GA 30374-1919

GYRUS ACMI
DEPT 01066
PO BOX 120166
DALLAS, TX 75312-0166

HALO
WEST 35TH STREET
SUITE 2E
NEW YORK, NY 10001

HANDS UP COMMUNICTIONS INC
PO BOX 933
CEDAR RAPIDS, IA 52406-0933

HARGERS ACOUST
2245 STATE ST
ELY, IA 52227

**ATTACHMENT 1**

HARTFORD RETIREE PRODUCT
PO BOX 1928
GRAPEVIEW, TX 76099-1928

HAWKEYE FIRE & SAFETY CO
716 OAKLAND RD NE, STE 404
CEDAR RAPIDS, IA 52402

HEALTH ALLIANCE
PO BOX 6003
URBANA, IL 61803

HEALTH ALLIANCE
PO BOX 6003
URBANA, IL 61803

HEALTHCARE FINANCIAL SERVICES
PO BOX 641419
PITTSBURGH, PA 15264-1419

HEALTHMARK INDUSTRIES CO INC
PO BOX 7410624
CHICAGO, IL 60674-0624

HELMER INC
28689 NETWORK PLACE
CHICAGO, IL 60673-1286

HOSPERS AND BROTHER PRINTERS
709 SOUTH CLINTON STREET
IOWA CITY, IA 52240-4220

HOT SHOTS NUCLEAR MEDICINE
PO BOX 787442
PHILADELPHIA, PA 19178-7442

HUNTINGTON TECHNOLOGY FINANCE
L-3708
COLUMBUS, OH 43260-3708

HUPP TOYOTALIFT
PO BOX 353
CEDAR RAPIDS, IA 52406

HY-VEE - STORE CHARGES - DES MOINES
ATTN: RACHEL STORE CHARGE ACCOUNTING
5820 WESTOWN PKWY
WEST DES MOINES, IA 50266-8223

ICARE
PO BOX 872814
KANSAS CITY, MO 64187-2814

ICP MEDICAL
13720 RIDER TRAIL N
EARTH CITY, MO 63045-1206

IDEACOM
ATTN: JOHN ANDERSON-PRESIDENT
30 W WATER STREET
ST PAUL, MN 55107

IHEART MEDIA
3964 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0039

IMMUCOR INC.
PO BOX 102118
ATLANTA, GA 30368-2118

INDEED INC
PO BOX 660367
MAIL CODE 5160
DALLAS, TX 75266-0367

INNOMED INC
103 ESTUS DR
SAVANNAH, GA 31404

INSPIRON LOGISTICS LLC
1970 N CLEVELAND-MASSILLON RD 526
BATH, OH 44210

INSTRUMENTATION
2990 INDUSTRIAL BLVD
BETHEL PARK, PA 15102

INTEGRA LIFESCIENCES SALES LLC
PO BOX 404129
ATLANTA, GA 30384-4129

INTERNATIONAL BIOMEDICAL
8206 CROSS PARK DR
AUSTIN, TX 78754

INTERSTATE ALL BATTERY CENTER
4704 44TH STREET
ROCK ISLAND, IL 61201

IOWA ASSOCIATION OF RURAL HEALTH CLINICS
9945 HICKMAN ROAD
SUITE103
URBANDALE, IA 50322

IOWA DEPARTMENT OF HEALTH
321 E 12TH ST 6TH FLOOR
DES MOINES, IA 50319

IOWA HEART CENTER
ATTN: ROB GAVORA
DIVISION VP,CHIEF ADMIN OFFICER
5880 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

JACKSON PHYSICIAN SEARCH
PO BOX 745644
ATLANTA, GA 30374-5644

JOHNSON CONTROLS INC.
PO BOX 730068
DALLAS, TX 75373-0068

JOINT EMERGENCY COMMUNICATIONS SERVICES
ATTN: DAVE C WILSON-COORDINATOR
4529 MELROSE AVE
IOWA CITY, IA 52246

**ATTACHMENT 1**

KARL STORZ ENDOSCOPY-AMERICA INC.
ATTN: KIM AUBERT X8251 FILE 53514
LOS ANGELES, CA 90074-3514

KENWOOD RECORDS MANAGEMENT INC
10020 ATLANTIC DR SW
CEDAR RAPIDS, IA 52404-9173

KIA MOTORS FINANCE
PO BOX 660891
DALLAS, TX 75266-0891

LABORIE MEDICAL TECHNOLOGIES
PO BOX 734615
CHICAGO, IL 60673-4615

LANTHEUS MEDICAL IMAGING INC.
PO BOX 735876
DALLAS, TX 75373-5876

LEICA INC.
14008 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

LENOCH-CILEK HARDWARE
BOX 2476
IOWA CITY, IA 52244

LUKON COMPANY
ATTN: NICK CILEK
6052 OTTER CREEK RD
LONE TREE, IA 52755

MAILING SERVICES INC
950 CAPITAL DR SW
CEDAR RAPIDS, IA 52404-9096

MAINE MOLECULAR QUALITY CONTROLS INC
ATTN: ACCTS RECEIVABLE
23 MILL BROOK ROAD
MILL BROOK BUSINESS PARK
SACO. ME 04072

MALIGNANT HYPERTHERMIA ASSOCIATION OF TH
ATTN: 800-986-4287
PO BOX 1069
SHERBURNE, NY 13460-1069

MARKET LAB
PO BOX 844348
BOSTON, MA 02284-4348

MARSH USA INC
PO BOX 846015
DALLAS, TX 75284-6015

MC ANALYTXS INC
3535 BRIARPARK
SUITE 109
HOUSTON, TX 77042

MCKESSON MEDICAL SURGICAL
PO BOX 634404
CINCINNATI, OH 45263-4404

MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO, IL 60680-7690

MEDENVISION USA LLC
1779 KIRBY PKWY 10953
MEMPHIS, TN 38138

MEDFORMS INC
PO BOX 3001
BRENTWOOD, TN 37024-3001

MEDIACOM – NY
PO BOX 5744
CAROL STREAM, IL 60197-5744

MEDICO CORP LIFE INSURANCE COMPANY
PO BOX 310503
DES MOINES, IA 50331-0503

MEDLINE INDUSTRIES INC
ATTN: MICHELLE DEPT
CH 14400
PALATINE, IL 60055-4400

MEDTRONIC USA
ATTN: KIMBERLY CALDERON, MICHAEL B. KEELEY
8200 CORAL SEA STREET NE
MOUNDS VIEW, MN 55112

MERCY CEDAR RAPIDS
ATTN ACCTS REC HEMATOLOGY ONC
701 10TH ST SE, HPCC 3RD FLOOR
CEDAR RAPIDS, IA 52403

MERIDIAN
PO BOX 630224
CINCINNATI, OH 45263

MERIT MEDICAL SYSTEMS INC.
PO BOX 204842
DALLAS, TX 75320

MERRY X-RAY SOURCEONE HEATHCARE INC.
ATTN: CAROL 4909 MURPHY CANYON RD
SUITE 120
SAN DIEGO, CA 92123

MICROLINE SURGICAL INC
PO BOX 392205
PITTSBURGH, PA 15251-9205

MICROTEK MEDICAL INC
ATTN: FILE 4033P
PO BOX 911633
DALLAS, TX 75391-1633

MID IOWA PETROLE
108 W MADISON
MARSHALLTOWN, IA 50158

**ATTACHMENT 1**

MIDWEST GROUP Benefits
1111 Paine Street Ste K
Decorah, IA 52101

MOTHERS MILK BANK OF IOWA
UNIVERSITY OF IOWA LIBERTY SQUARE
ATTN: JEAN M. DRULIS
119 2ND STREET, SUITE 400
CORALVILLE. IA 52241

NATIONAL HEALTH
12021 WHILSHIRE BLVD STE 500
LOS ANGELES, CA 90025

NEPHON 503B OUTSOURCING FACILITY
PO BOX 746455
ATLANTA, GA

NEWCOMER SUPPLY
2505 PARVIEW RD
MIDDLETON, WI 53562

NORTHWEST MECHANICAL INC
PO BOX 2708
DAVENPORT, IA 52809

ONE NECK IT SOLUTIONS LLC
PO BOX 857950
MINNEAPOLIS, MN 55485-7950

OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673-7579

PALL CORPORATION
PO BOX-419501
BOSTON, MA 02241-9501

PELVIC BINDER INC
320 CR 4715
SULPHUR SPRINGS, TX 75482

MISSISSIPPI VALLEY REGIONAL BLOOD CENTER
PO BOX 3655
DAVENPORT, IA 52808

MUSCATINE MEDICAL ASSOCIATES LLC
ATTN: 8003-6788-7116.26
PO BOX 1737
MUSCATINE, IA 52761

NATUS MEDICAL INC
PO BOX 3604
CAROL STREAM, IL 60132-3604

NETSMART TECHNOLOGIES INC
PO BOX 713519
PHILADELPHIA, PA 19171

NICHOLS CONTROLS AND SUPPLY
PO BOX 1437
DES MOINES, IA 50305

OASIS FALAFEL
206 N LINN
IOWA CITY, IA 52245

ONMEDIA ADVERTISING SALES
6300 ROCKWELL DR NE
SUITE B
CEDAR RAPIDS, IA 52402

OUTFITTER SATELLITE INC
2727 OLD ELM HILL PIKE
NASHVILLE, TN 37214

PARTSSOURCE LLC
PO BOX 645186
CINCINNATI, OH 45264-5186

PENLON INC
ATTN: JANE.CHASEPENLON.COM
11515 K-TEL DRIVE
MINNETONKA, MN 55343

MIZUHO OSI
DEPT 16977
PALATINE, IL 60055-6977

NANOSONICS INC
DEPT CH 10899
PALATINE, IL 60055-0899

NBS CALIBRATIONS
NOTHING BUT SOLUTIONS
9150 ISANTI ST NE
BLAINE, MN 55449

NETWORK SERVICES COMPANY
ATTN: RICK JOJNSON
29060 NETWORK PLACE
CHICAGO, IL 60673-1290

NORTH JOHNSON COUNTY
PO BOX 249
SOLON, IA 52333

OLYMPUS AMERICA INC.
ATTN: STEFAN KAUFMANN, JEREMY PITZ
3500 CORPORATE PARKWAY
PO BOX 610
CENTER VALLEY. PA 18034-0610

ORGANOGENESIS INC
ATTN EILEEN CALLUM, ACCOUNTS RECEIVABLE
150 DAN RD
CANTON, MA 02021

PARAMOUNT CVO
1715 1ST AVE SE
SUITE 200
CEDAR RAPIDS, IA 52402-5432

PATTERSON DENTAL SUPPLY INC
ATTN CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS RD
SAINT PAUL, MN 55120

PENUMBRA INC
C/O HEMAR ROUSSO & HEALD
ATTN J ALEXANDRA RHIM
15910 VENTURA BLVD, 12TH FL
ENCINO, CA 91436

ATTACHMENT 1

PEPSIAMERICAS INC.
PO BOX 75948
CHICAGO, IL 60675-5948

PERFORMANCE HEALTH SUPPLY INC
PO BOX 93040
CHICAGO, IL 60673-3040

PERIMED INC
7485 W AZURE DRIVE
SUITE 126
LAS VEGAS, NV 89130

PFIZER INC
PO BOX 417510
BOSTON, MA 02241-7510

PHILIPS LIFELINE
200 DONALD LYNCH BLVD STE 300
MARLBOROUGH, MA 01752-4816

POLYMEDCO INC
CUSTOMER 133078
PO BOX 95816
CHICAGO, IL 60694-5816

PRACTICELINK LTD
415 2ND AVENUE
HINTON, WV 25951

PRECISION DYNAMICS CORPORATION-PDC
PO BOX 71549
CHICAGO, IL 60694-1995

PRESS CITIZEN MEDIA
PO BOX 677362
DALLAS, TX 75267-7362

PSC DISTRIBUTION INC
BOX 1270
72 COMMERCIAL DR
IOWA CITY, IA 52246

QIAGEN INC
PO BOX 5132
CAROL STREAM, IL 60197-5132

QU VA PHARMA INC
DEPT 0142
PO BOX 120142
DALLAS, TX 75312-0142

RANDYS CARPET AND INTERIORS
401 2ND STREET
CORALVILLE, IA 52244

REMEL INC.
BOX 96299
CHICAGO, IL 60693

RENOVO SOLUTIONS LLC
4 EXECUTIVE CIRCLE
SUITE 185
IRVINE, CA 92614

RESMED
PO BOX 100047
ATLANTA, GA 30348-0047

R-MED INC
3465 NAVARRE AVENUE
P.O. BOX 167636
OREGON, OH 43616-7636

RMS SOLUTIONS INC
736 N WESTERN AVE 233
LAKE FOREST, IL 60045

ROYAL ARMS MEDICAL
PO BOX 29265
PARMA, OH 44129

SARSTEDT, INC
1025 ST JAMES CHURCH ROAD
PO BOX 468
NEWTON, NC 28658

SCANSTAT TECHNOLOGIES
PO BOX 791522
BALTIMORE, MD 21279-1522

SEACOAST LABORATORY DATA SYSTEMS INC
PO BOX 75948
DOVER, NH 03821

SERACARE LIFE SCIENCES INC
DEPT CH 16362
PALATINE, IL 60055-6362

SHARN INC
PO BOX 844359
BOSTON, MA 02284-4359

SHELTON, DEHAANE
1231 LINDEN RD, P.O. BOX 146
HARLAN, IA 51537

SHRED-IT USA LLC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

SIEMENS FINANCIAL SERVICES
PO BOX 2083
CAROL STREAM, IL 60132-2083

SIEMENS HEALTHCARE DIAGNOSTICS
PO BOX 121102
DALLAS, TX 75312-1102

SIGMA-ALDRICH
3050 SPRUCE ST
SAINT LOUIS, MO

SILAC INSURANCE
299 S Main St. Ste 1100
Salt Lake City, UT 84111

**ATTACHMENT I**

SMART FACILITY SOFTWARE
2517 LEBANON PIKE STE 302
NASHVILLE, TN 37214

SMITH AND NEPHEW ENDOSCOPY INC.
ATTN: ADRIANA DAVIES, VICE PRESIDENT
7135 GOODLETT FARMS PARKWAY
CORDOVA, TN 38016

SMITH AND NEPHEW INC.
ATTN: ADRIANA DAVIES, VICE PRESIDENT
7135 GOODLETT FARMS PARKWAY
CORDOVA, TN 38016

SPECTRANETICS CORP
DEPT CH 19038
PALATINE, IL 60055-9038

STANDARD TEXTILE
PO BOX 772273
DETROIT, MI 48277-2273

STATLAB MEDICAL PRODUCTS
PO BOX 678056
DALLAS, TX 75267-8056

STAYWELL COMPANY LLC
PO BOX 90477
CHICAGO, IL 60696-0477

STRATEGIC HEALTHCARE PROGRAMS LLC
PO BOX 101019
ATLANTA, GA 30392-1019

STRECK
PO BOX 45625
OMAHA, NE 68145-0625

SUEPPELS FLOWER
1501 MALL DR
IOWA CITY, IA 52240

SUGAR BOTTOM BAKERY LLC
PO BOX 4
SOLON, IA 52333

SURGICAL SERVICES PC
510 E BLOOMINGTON ST
IOWA CITY, IA 52245

SYMMETRY SURGICAL
PO BOX 719159
PHILADELPHIA, PA 19171-9159

SYNCHRONY SERVICES
ATTN: EMPLOYEE ASSISTANCE PROGRAM
438 SOUTHGATE AVENUE
IOWA CITY, IA 52240

SYSCO FOOD SERVICES OF IOWA
ATTN: JEFF PORTER ACCT 553406
ONE SYSCO PLACE
ANKENY, IA 50021

THE DENTAL BOX LLC
PO BOX 66940
ST LOUIS, MO 63166-6940

THE EAT SHOP LLC
120 W MAIN STREET
SOLON, IA 52333

THERMO FISHER SCIENTIFIC (ASHEVILLE) LLC
PO Box 842339
Dallas, TX 75284-2339

THRYV BERRY NETWORK
ATTN ACCOUNTS RECEIVABLE
PO BOX 207184
DALLAS, TX 75320-7184

TRANSFER MASTER PRODUCTS INC
PO BOX 917
POSTVILLE, IA 52162

TREMCO WEATHERPROOFING TECHNOLOGIES INC
PO BOX 931111
CLEVELAND, OH 44193-0511

TSI INCORPORATED
SDS 12-0764
PO BOX 86
MINNEAPOLIS, MN 55486-0764

UI DIAGNOSTIC LABORATORIES
5231 RCP
200 HAWKINS DRIVE
IOWA CITY, IA 52242

ULINE
12575 ULINE DR
PLEASANT PRAIRIE, WI 53158

UNITE PRIVATE NETWORKS LLC
PO BOX 734498
CHICAGO, IL 60673-4498

UNITED HEALTHCARE SERVICES INC
PO BOX 31362
SALT LAKE CITY, UT 84130

UNITED SHOCKWAVE
10600 WEST HIGGINS ROAD
ROSEMONT, IL

UNIVERSITY OF IOWA
ATTN: PAYMENT PROCESSING DEPARTMENT
PO BOX 14409
DES MOINES, IA 50306-3409

URESIL LLC
5418 W TOUHY AVE
SKOKIE, IL 60077

VALUED RELATIONSHIPS INC
ATTN: BILLING FOR LIFE ASSIST
1400 COMMERCE CENTER DR
FRANKLIN, OH 45005

**ATTACHMENT 1**

VAPOTHERM INC
LOCKBOX 933438
4100 W 150TH ST
CLEVELAND, OH 44135

VECTOR SURGICAL
ATTN: ACCOUNTING
20975 SWENSON DRIVE
SUITE 430
WAUKESHA, WI 53186

VERMILLION INC
3257 100TH ST
URBANDALE, IA 50322

VIZIENT
PO BOX 842175
DALLAS, TX 75284-2167

VOCERA COMMUNICATIONS INC
PO BOX 809087
CHICAGO, IL 60680-9087

VYAIRE MEDICAL 211
88253 EXPEDITE WAY
CHICAGO, IL 60695-0001

WALSH DOOR AND SECURITY
2600 DELAWARE AVENUE
DES MOINES, IA 50317

WATER SHOP INC
4995 WATERWAY LANE SW
KALONA, IA 52247

WB MCCLOUD & CO INC
PO BOX 95261
CHICAGO, IL 60694-5261

ZEPTOMETRIX CORPORATION
878 MAIN STREET
BUFFALO, NY 14202

WELCH ALLYN INC
CREDIT DEPARTMENT
4341 STATE STREET ROAD
SKANEATELES FALLS, NY 13153

ZOLL MEDICAL CORPORATION
ATTN: GPO
PO BOX 27028
NEW YORK, NY 10087-7028

**ATTACHMENT 1**

ALLSCRIPTS HEALTHCARE LLC
305 CHURCH AT NORTH HILLS STREET ATTN: DOUGLAS GENTILE
CHIEF MEDICAL OFFICER
RALEIGH, NC 27609

KINAMED INCORPORATED
820 FLYNN ROAD
CAMARILLO, CA 93012-8701

ABBOTT RAPID DX NORTH AMERICA LLC
C/O KOHNER MANN & KAILAS SC
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212

ALTORFER INC
PO BOX 1347
CEDAR RAPIDS, IA 52406

ALTORFER INC
PO BOX 1347
CEDAR RAPIDS, IA 52406-1347

ARTHREX INC
ATTN MEGAN KEICHER
14550 PLANTATION RD
FORT MYERS, FL 33912

ASSOCIATES IN MEDICAL PHYSICS LLC
10219 BRECKSVILLE RD, STE 201
BRECKSVILLE, OH 44141

BECTON DICKINSON AND COMPANY
C/O MCCARTER & ENGLISH
ATTN LISA BONSALL
FOUR GATEWAY CTR, 100 MULBERRY ST
NEWARK, NJ 07102

BRADFORD CAPITAL HOLDINGS, LP
TRANSFEROR: MEDIREVV LLC
C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER
PO BOX 4353
CLIFTON, NJ 07012

BRUNDAGE MEDICAL GROUP
4801 86TH AVE N
PINELLAS PARK, FL 33782

CAREPRO HEALTH SERVICES
402 10TH ST, STE 600
CEDAR RAPIDS, IA 52403

CEGA INNOVATIONS INC
4920 E 57TH ST
SIOUX FALLS, SD 57108

COMMUNICATIONS ENGINEERING COMPANY
ATTN TERRY L GIBSON
2015 GRAND AVE, STE 102
DES MOINES, IA 50312

COOK MEDICAL
1025 W ACUFF RD
BLOOMINGTON, IN 47404

COPY SYSTEMS INC
920 E 21ST ST
DES MOINES, IA 50317

CRESCENT PARTS & EQUIPMENT
5121 MANCHESTER AVE
SAINT LOUIS, MO 63110

DANS OVERHEAD DOORS & MORE
1810 DAN'S DR NW
NORTH LIBERTY, IA 52317

GASKILL SIGNS INC
11 ARBURY DR
IOWA CITY, IA 52246

IOWA HOSPITAL ASSOCIATION
ATTN LEGAL DEPARTMENT
100 E GRAND AVE
DES MOINES, IA 50309

KALONA DIRECT LLC
5195 FARMERS AVE SW
KALONA, IA 52247

KEGO CORPORATION
22600 HALL RD STE 100
CLINTON TWP, MI 48036-1172

LAKES MEDICAL INNOVATIONS
1627 PAMELA LN
MENDOTA HEIGHTS, MN 55118

LIFENET HEALTH
1864 CONCERT DR
VIRGINIA BEACH, VA 23453

MIDWEST HEALTHCARE LINEN SERVICE LLC
1600 E WASHINGTON AVE
DES MOINES, IA 50316-4056

NEV'S INK INC
2500 W SUNSET DR
WAUKESHA, WI 53189

NOVA BIOMEDICAL CORPORATION
ATTN ELENA SULLIVAN
200 PROSPECT ST
WALTHAM, MA 02454

NOX MEDICAL LLC
6485 SHILOH RD, BLD B, STE 500
ALPHARETTA, GA 30005

PAR EXCELLENCE SYSTEMS INC
ATTN MARK CARR, CFO
11500 NORTHLAKE DR, STE 135
CINCINNATI, OH 45249

REMEDIUM SYSTEMS LLC
502 E WASHINGTON ST, STE 2
IOWA CITY, IA 52240

ROBERT HALF INC
ATTN RECOVERY DEPT
PO BOX 5024
SAN RAMON, CA 94583

**ATTACHMENT 1**

SAPONARO, CHARLIE
TRANSFEROR: MEDICAL RECORD ASSOCIATES LL
C/O VORYS SATER, SEYMOUR AND PEASE LLP
52 EAST GRAY STREET
COLUMBUS, OH 43215

STAPLES INC
ATTN TOM RIGGLEMAN
7 TECHNOLOGY CIR
COLUMBIA, SC 29203

SYSTEM ONE INTERNATIONAL INC
7509 YARDLEY WAY
TAMPA, FL 33647

TELEFLEX LLC
3015 CARRINGTON MILL BLVD, #300
MORRISVILLE, NC 27560

TRI-ANIM HEALTH SERVICES INC
5000 TUTTLE CROSSING BLVD
DUBLIN, OH 43016

WIN IT SERVICES LLC
4955 BULLIS FARM RD
EAU CLAIRE, WI 54701

**ATTACHMENT 1**