IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF STATUS REPORT AND MOTION FOR COURT ORDER re PENSION PLAN** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on August 20, 2026 a Status Report and a Motion for Court Order, concerning administration of the Pension Plan. A copy of the Motion may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that HEARING on the Trustee's Status Report and Motion will be held at 10:30am. on Sept. 22, 2026, in the United States Bankruptcy Court, 111 Seventh Avenue SE, Cedar Rapids, IA 52401. At the hearing the Trustee will seek an Order from the Court granting the Trustee's requests for relief. All parties may participate in person at the hearing OR those wishing to listen-in may use the following dial in instructions:

1. Call the toll free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on Aug 20, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system

*/s/ Shannon Miller-Miller*

MHLT/Pldgs/ BA 23-00623 – Drafts/NOBD re PensionTerminationMotion/Status.080526.1523.ewl