IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CERTIFICATE OF SERVICE re CLAIMS STATUS REPORT** |

I, Katie Schramp, on my oath, do hereby certify and affirm that on the 20th day of August 2026, I sent via electronic mail the attached Notice to all entities listed on Attachment 1 below. The email addresses were derived from Epiq, at which various Proofs of Claim were filed, through correspondence regarding claim negotiations regarding this matter, and one that was not available through means other than a due diligence Google search.

Katie Schramp, Paralegal
Simmons Perrine, PLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF LIQUIDATION TRUSTEE'S STATUS REPORT re GENERAL UNSECURED NON-PRIORITY CLAIMS** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on August 20, 2026 a Status Report re General Unsecured Non-Priority Claims ("GUNC"). A copy of the Report may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that HEARING on the Trustee's Status Report and Motion will be held at 1030am. on Sept. 22, 2026, in the United States Bankruptcy Court, 111 Seventh Avenue SE, Cedar Rapids, IA 52401. At the hearing the Trustee will seek an Order from the Court granting the Trustee's requests for relief. All parties may participate in person at the hearing OR those wishing to listen-in may use the following dial in instructions:

1. Call the toll free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

*/s/ Eric W. Lam*
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on August 20, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

*/s/ Shannon Miller-Miller*

**GUNC Creditors Served by Email:**

AAA MECHANICAL CONTRACTORS INC.
tmusser@aaamech.com

AETNA INC.
rwade@mcguirewoods.com
ashipley@mcguirewoods.com

ALTERA DIGITAL HEALTH, INC.
scarrol@manatt.com

AQUITY SOLUTIONS LLC
invoice@aquitysolutions.com
jeannie.keith@aquitysolutions.com

BAYER HEALTHCARE LLC
tina.taylor@bayer.com

BIO-RAD LABORATORIES, INC.
bankruptcy_notices@biorad.com

BRACCO DIAGNOSTICS INC
dawn.davidson@diag.bracco.com

CR BARD INC
lbonsall@mccarter.com

DEPUY SYNTHES TRAUMA
dwdykhouse@pbwt.com

DEPUY SYNTHESIS JOINT RECONSTRUCTION INC
dwdykhouse@pbwt.com

DIAGNOSITCA STAGO, INC.
ar.finance@us.stago.com

ETHICON INC.
dwdykhouse@pbwt.com

GE PRECISION HEALTHCARE LLC
michaelb@dehaan-bach.com
carolr@dehaan-bach.com

INTERLACE HEALTH
hward@interlacehealth.com

LIFEPOINT INFORMATICS
kbigelow@lifepoint.com

LIQUIDAGENTS HEALTHCARE LLC
jsanders@liquidagents.com
michael.brandess@huschblackwell.com

MED NINJAS LLC
hr@medninjas.com

MEDICO-MART INC
jwalsh@medicomart.com

MIDWEST HEALTHCARE LINEN SERVICE LLC
accounting@ecotex-hls.com

PHAM, LINH
pham.linht@gmail.com

RADIOLOGIC MEDICAL SERVICES PC
ccole@rms-radiology.com

SCIBEAMERICA LLC
accounsreceivable@scribeamerica.com

STEINDLER ORTHOPEDIC CLINIC PLC
tgibson@wandrolaw.com

STERIS CORPORATION
janice_morris@steris.com

STRYKER ENDOSCOPY
andersond@millercanfield.com

STRYKER INSTRUMENTS
andersond@millercanfield.com

STRYKER ORTHOPAEDICS
andersond@millercanfield.com

TERUMO MEDICAL CORPORATION
darryl.brooks@terumomedical.com

UNITEDHEALTHCARE INSURANCE COMPANY
priya_muthu@uhc.com
bremondino@goodwin.com
egoldstein@goodwin.com
jwelsh@goodwin.com

THE UNIVERSITY OF IOWA
gay-pelzer@uiowa.edu

US FOODS, INC.
bshaw@cozen.com

WRIGHT MEDICAL
andersond@millercanfield.com

COLLIN KERSTETTER
fitspossible2@gmail.com

MHLT/Pldgs/ BA 23-00623 – Drafts/CertofServ.GUNCExh2NOTICE.081326.0953.ewl

**ATTACHMENT 1**