IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**CERTIFICATE OF SERVICE re STATUS REPORT AND MOTION FOR COURT ORDER re PENSION PLAN** |

I, Andrew Lape, on my oath do hereby certify and affirm that on the 21st day of August, 2026, I sent via United States Post Office mail the attached Notice and accompanying materials to all known pensioners of the Mercy Hospital Pension Plan. The names and addresses of the pensioners are NOT displayed herein, for privacy reasons. The list of names and addresses is available for in camera inspection by the Court, and also for the Office of the United States Trustee upon request.

Andrew Lape

Andrew Lape
Gallagher Benefit Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**NOTICE OF STATUS REPORT AND MOTION FOR COURT ORDER re PENSION PLAN** |

NOTICE IS HEREBY GIVEN that Dan R. Childers, in his sole capacity as Trustee of the Mercy Hospital Liquidation Trust, filed on August 20, 2026 a Status Report and a Motion for Court Order, concerning administration of the Pension Plan. A copy of the Motion may be viewed at the Office of the Clerk of the Bankruptcy Court, or may be obtained from counsel for the Trustee.

NOTICE IS FURTHER GIVEN that HEARING on the Trustee's Status Report and Motion will be held at 10:30am. on Sept. 22, 2026, in the United States Bankruptcy Court, 111 Seventh Avenue SE, Cedar Rapids, IA 52401. At the hearing the Trustee will seek an Order from the Court granting the Trustee's requests for relief. All parties may participate in person at the hearing OR those wishing to listen-in may use the following dial in instructions:

1. Call the toll free number: 1-855-244-8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

*/s/ Eric W. Lam*

Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEYS FOR LIQUIDATION TRUSTEE

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on Aug 25, 2026, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system

*/s/ Shannon Miller-Miller*

MHLT/Pldgs/ BA 23-00623 – Drafts/NOBD re PensionTerminationMotion/Status.080526.1523.ewl

August 21, 2026

***RE: Important Notice Regarding the Mercy Iowa City, Iowa Employees' Defined Benefit Plan ("Pension Plan")***

Dear Plan Participants,

I am writing you today with an update about the future of the Pension Plan and its benefits. Please read this letter and the Frequently Asked Questions carefully as they describe important changes that directly affect you.

As Trustee of the Mercy Hospital Liquidation Trust, one of my tasks is to liquidate or otherwise manage the remaining assets of Mercy Hospital, including the Pension Plan. I have, and continue to have, the support of professional experts with extensive knowledge of this and other pension plans.

## Pension Plan Funding Update

At the time of the Chapter 11 Bankruptcy filing, it was estimated that Mercy Iowa City's Pension Plan was underfunded and had only about 80% of the money it would need to make payments to all participants entitled to benefits in the future. Since then, the Pension Plan received some additional settlement funds from the Liquidation Trust and benefited from strong returns on its investments, and the Plan is now estimated to be approximately 90% funded. In other words, the funding deficit has been halved from 20% to 10%. Although the Pension Plan does not have enough money to pay full benefits to all participants, this is a significant improvement for the Pension Plan and its members.

## Future of the Pension Plan

Taking this significant improvement into account, and armed with the knowledge gained from the industry experts advising the Liquidation Trust, **I have decided to begin the process of winding down the Pension Plan in what is known as a "plan termination." This means that the Pension Plan's benefits will be secured and administered by a highly-rated insurance company** to be selected by the Liquidation Trust. Because of the funding deficit, benefits will be funded following an order of priority according to the terms of the Pension Plan's governing legal documents in effect when the Bankruptcy was filed.

Details of what this means and how the process works are provided in the enclosed Frequently Asked Questions. Please make sure to read them to understand the implications for you specifically.

## Temporary Restriction on New Retirements

As part of this process, **please note that effective immediately:**

- **If you are not already receiving a monthly annuity payment from the Plan, you will be temporarily restricted from beginning the retirement process and starting payments until a future date when the Plan's transition to the insurance company is complete.** This date is expected to be sometime in Q2 2027. After this temporary restriction is lifted, you will work directly with the insurance company to begin the retirement process.
- **However, if you have already started the retirement process with the Service Center before the date of this letter (August 21, 2026), you may continue working with the Service Center to complete the necessary paperwork to start your pension benefit.**

The Service Center cannot make exceptions to this rule. If you were not actively working with the Service Center already, please be patient while the Service Center serves your fellow pensioners who already started the retirement process.

**More Details Are in the Enclosed Frequently Asked Questions**

Please know that I do not make this decision lightly, and it comes after a substantial amount of time and effort was spent determining the best way to move forward.

You will find additional information about this process and how it affects you in the Frequently Asked Questions below. **While all of them are important, Questions #10 and #16 are of particular importance to what you can expect from this process.**

If you still have questions after thoroughly reading the FAQs, then you may contact the Mercy Iowa City Pension Service Center, but note that the Service Center staff do not have any information about the Bankruptcy Proceedings, nor can the staff provide an estimate of the amount you ultimately may receive.

Additionally, you should keep your contact information up to date with the Service Center so that you continue to receive communications throughout this process.

| **Contact information for the Mercy Iowa City Pension Service Center** | |
|---|---|
| Web Portal | https://pensionsoft.ajg.com/MercyIowa |
| Phone | 855-290-3515, 9:00 AM to 5:00 PM CT, M-F (closed holidays) |
| Email | MercyIowa@ajg.com (Please do not send sensitive information by email.) |
| Mail | Mercy Iowa City Pension Service Center<br>PO Box 390038<br>Edina, MN 55439 |
| Fax | 866-510-7220, “Attn: Mercy Iowa City Pension Service Center” |

I thank all who have been supportive of this process and wish everyone the best possible outcome for the future.

Sincerely,

Dan Childers

Dan Childers
Trustee of the Mercy Hospital Liquidation Trust

August 21, 2026

Enclosures

## Frequently Asked Questions about the Upcoming Plan Transition

Below are answers to many of the questions that we anticipate you will have about the upcoming changes and transition to an insurance company.

As a reminder, the Pension Plan has a bankruptcy claim and may be awarded additional funds from the Liquidation Trust.

### 1. Why have I received this notice?

Our records show you are either:

- a participant,
- a beneficiary, or
- an alternate payee under a Qualified Domestic Relations Order applicable to a participant,

in the Mercy Iowa City, Iowa Employees' Defined Benefit Plan (the "Pension Plan") and are entitled to benefits. The Pension Plan is now being "terminated" and the purpose of this notice is to provide information on that process.

### 2. What am I required to do at this time?

We highly recommend you review the enclosed materials to understand the upcoming process and its effect on your individual pension benefit. Please continue to keep the Service Center informed of any changes to your contact information.

### 3. What is a plan termination?

When a pension plan "terminates", it ceases to exist and the benefits it owes its participants are distributed. The Liquidation Trust will select an insurance company to purchase annuity contracts from (an "Annuity Purchase"), and the annuity will follow the terms of the Pension Plan; all options currently available to you in the Pension Plan will be retained without change, except the option to receive a lump sum payment worth less than $25,000 will no longer be available. However, given that the Plan is still underfunded, the Plan cannot afford to purchase a full benefit for every participant. As a result, the *amount* of your benefit may not be 100% of what the Pension Plan would otherwise owe. **The method by which the assets will be allocated to participants is described below in Question #10.**

### 4. Why is the Pension Plan making this change now?

The Plan is underfunded and, with the original sponsoring entity (Mercy Iowa City Hospital) no longer able to make regular periodic contributions to the Plan, the Plan does not have a source of future contributions to make it financially whole. The Pension Plan holds its assets in a trust earmarked specifically for paying benefits and operating expenses, and it invests those assets to earn returns over time. The Plan held a significant portion of those assets in the stock markets, which have yielded strong investment returns in recent years.

As a result of these favorable returns, the Plan's estimated deficit to being "fully funded" is now approximately half of what it was when the Bankruptcy occurred, despite not receiving any material contributions from the Hospital or Liquidation Trust. Specifically, that deficit was reduced from about 20% to about 10% less than full funding.

Transitioning the Pension Plan's benefits to an insurance company at this time will help minimize future operating expenses and maximize the assets available to pay for participants' benefits without taking the risk that the deficit grows larger again.

## 5. How will Pension Plan assets be invested going forward?

After careful consideration of the current circumstances, the decision to transition the Pension Plan to an insurance company, and potential future risks, the Trustee has decided to adjust the Pension Plan's investment strategy to move the money it held in the stock markets and place it in more conservative investments to preserve the Pension Plan's funded status. The goal of this adjustment is to reduce the risk of the Pension Plan's funding deficit from growing any larger, and to avoid exposing the Pension Plan's assets to potential short-term stock market fluctuations until the Annuity Purchase can be completed.

## 6. What does an Annuity Purchase mean for me?

After the Annuity Purchase transaction is complete, the selected insurance company will be legally responsible for providing the pension benefits you are owed, subject to available funding. When an insurance company has been selected, you will be notified and provided a legally binding annuity certificate if applicable. These annuities are backed by the State Guaranty Association operating in your state of residence; **that backing is additional security that you did not previously have as part of the Pension Plan**. Please see the National Organization of Life & Health Insurance Guaranty Associations' website at https://nolhga.com for more information.

*If you are a retiree and are currently receiving a monthly payment from the Pension Plan,* there will be no action required on your part – your payment method (paper check or direct deposit) and tax withholding elections will remain in place unchanged. You will simply begin receiving payments from the insurance company instead of the Pension Plan once the transaction is complete.

*If you have not yet begun receiving monthly payments,* you will need to contact the selected insurance company after the Annuity Purchase is complete and the temporary restriction has been lifted. The annuity benefit will generally be subject to the same rules and have the same payment options as are available under the current Plan provisions, except the option to receive a lump sum payment worth less than $25,000 will no longer be available.

## 7. When will the Annuity Purchase occur?

Following a diligent search for the safest and most efficiently provided annuities available, we expect to select the insurance company and announce the results to you sometime in Q2 2027.

## 8. How will the Liquidation Trust choose an insurance company?

The Trustee, working with expert advisors, will solicit competitive bids from some or all of the insurance companies shown on the enclosed Supplemental Notice of Annuity Information, and carefully consider their responses based on their financial stability, customer service levels, and other factors.

## 9. How will I know which insurer my future pension checks will come from?

Please see the Supplemental Notice of Annuity Information following these FAQs. The Trust intends to select one of the insurance companies listed there. You will be informed which company was chosen, so please keep your contact information up to date with the Mercy Iowa City Pension Service Center.

## 10. In what order will the Pension Plan fund benefits for participants, given that the Plan isn't fully funded?

The Plan must be operated and its benefits distributed according to the terms of the legal plan document. As a result, assets will be allocated to groups of participants (hereafter referred to as "Benefit Classes") in a certain order and equally amongst all participants **within a given Benefit Class**.

Here is how the order of Benefit Classes will work:

A) **Benefit Class A**: Participants who have retired under the Plan and are actively receiving monthly payments before the date of this letter, August 21, 2026 (or began having their retirement processed before August 21, 2026).

   If there are enough Pension Plan assets to purchase annuities for 100% of the benefits owed to everyone in Benefit Class A, then remaining assets will be used to purchase annuities for everyone in Benefit Class B.

B) **Benefit Class B:** Participants who have reached their Normal Retirement Date (that is, participants who are age 65 or older) but did not begin the process of receiving monthly payments before the date of this letter, August 21, 2026.

   If there are enough Pension Plan assets to purchase annuities for 100% of the benefits owed to everyone in Benefit Class B, then remaining assets will be used to purchase annuities for everyone in Benefit Class C.

C) **Benefit Class C:** Participants who have not yet reached their Normal Retirement Date (that is, participants who are younger than age 65) and who have not yet begun receiving monthly payments before the date of this letter, August 21, 2026.

As a hypothetical example, suppose there were enough assets in the trust to purchase annuity contracts for all of Benefit Class A and Benefit Class B, and for 50% of Benefit Class C. This means that everyone in Benefit Classes A and B would receive an annuity contract entitling them to 100% of the monthly amount calculated in the Pension Plan, and everyone in Benefit Class C would receive an annuity contract entitling them to 50% of the monthly amount calculated under the Pension Plan's formula.

Because the Plan is purchasing annuity contracts from an insurance company through a competitive bidding process, the ultimate pricing of those annuities is unknown. That's why it is not possible to know which Benefit Classes will receive benefits, nor the percentage of their benefit each Benefit Class may receive.

Lastly, **it is possible the Plan may receive some additional funds as a result of continuing collection of accounts, liquidation of other assets, and possible litigation recoveries or settlements. If that happens, those assets will be used to provide additional benefits to any Benefit Classes that did not receive 100% of their benefit in the Annuity Purchase.** Please see Question #16 below for more information.

## 11. Why is there a temporary restriction on new retirements?

The Plan must be operated and its benefits distributed according to the legal plan document. That document states that the Benefit Classes are determined as of the date of plan termination, which is the date of this letter (August 21, 2026), which has already passed. To ensure a seamless transition to the insurance company, each Benefit Class must not change until the transition is completed in 2027.

## 12. What if I was planning to begin my pension payments later this year?

You will need to wait until the temporary restriction on new retirements is lifted and the Annuity Purchase transaction is complete in Q2 2027. At that point, you should work directly with the selected insurer to begin your payments. The Mercy Iowa City Pension Service Center is no longer able to begin your pension payments unless you had already begun the retirement process before the date of this letter. If so, you may continue working with the Service Center to start your pension benefit.

The Service Center cannot make exceptions to this rule, so if you were not actively working with the Service Center already, please be patient while the staff serve your fellow pensioners. More information will be provided as soon as it is available.

## 13. What does it mean to have begun the retirement process before the date of this letter?

You will be considered to have begun the retirement process before the date of this letter if Service Center records include a documented request for a benefit commencement package, either by phone or in writing. Your benefit commencement package must be returned before it expires.

If you requested an estimate of your benefit before August 21, 2026 but did not request a benefit commencement package, you **will not** be considered to have begun the retirement process.

## 14. I thought my benefit would be paid to me automatically when I turned age 65. Why aren't I in Benefit Class A?

The Pension Plan requires participants to begin the retirement process by requesting a benefit commencement package from the Service Center; benefits are not paid automatically upon reaching age 65. The Service Center tries to contact participants as they reach age 65, but may not have received a response from you. The only participants who are in Benefit Class A are retirees who started benefit payments before August 21, 2026 and participants who began the retirement process before August 21, 2026.

## 15. Why don't you know how much of my benefit I'll receive?

The Pension Plan's investments, as well as the price of the annuity contracts the Plan is planning to purchase, are subject to market fluctuations. The Plan is also continuing to pay benefits and expenses as scheduled. This means that we cannot guarantee exactly what percentage of their benefit every participant will receive until the final price is known and the Plan commits to purchasing the annuity contracts. Be assured that we will communicate the final amount of your benefit to you as soon as possible once it is known in Q2 2027.

## 16. Is the Pension Plan going to receive any more funding?

As you may be aware, the Liquidation Trust continues to collect and liquidate assets and to pursue litigation, and likely will receive some additional funds as part of that process. While a favorable outcome and receipt of more funding is not guaranteed, if any additional funds *are* received, they will be used to "true up" benefits (to the extent possible) according to the process outlined in Question #10 above. **This means that if your pension benefit is not 100% funded in the Annuity Purchase, any additional funds the Plan receives as a result of this ongoing process will be delivered to the insurance company and used to increase your benefit according to the order described in Question #10.** This is why it is important to keep your contact information updated with the Service Center (and later the insurance company) so that you can be contacted.

## 17. Why do you need my phone number, email and/or mailing address?

These are being requested so we can better communicate with you about your pension benefit and the plan termination process. They will not be used for any purpose aside from pension-related communications for this Plan. Without this information, your home address is the only method available to contact you, and if you move we may not be able to reach you. If you would prefer not to include your phone number and/or email address, please know that communications may be delayed due to factors outside of our control, such as delays caused by the postal service. You may contact the Service Center at 855-290-3515 Monday through Friday, 9:00 AM to 5:00 PM Central Time, or using one of the other methods listed in the cover letter.

## SUPPLEMENTAL NOTICE OF ANNUITY INFORMATION

**IDENTITY OF INSURER(S):**

The Mercy Iowa City, Iowa Employees' Defined Benefit Plan intends to purchase the annuity contracts for providing the Plan's benefits (to the extent possible) from one of the following insurers listed below. If we decide to select a different insurer, we will notify you in writing no later than 45 days before we purchase the annuity.

| | |
|---|---|
| American General Life Insurance Company | 2727-A Allen Parkway, 3-D1, Houston, TX 77019 |
| American National Insurance Company | One Moody Plaza, Galveston, TX 77550 |
| American National Life Insurance Company of New York | 344 Route 9W, Glenmont, NY 12077 |
| American United Life Insurance Company | One American Square, Indianapolis, IN 46282-0001 |
| Athene Annuity & Life Assurance Company of New York | One Blue Hill Plaza, Ste 1672, Pearl River, NY 10965 |
| Athene Annuity & Life Company | 7700 Mills Civic Pkwy, West Des Moines, IA 50266-3862 |
| Aurora Life | 16600 Swingley Ridge Road, Chesterfield, MO 63017-1706 |
| Banner Life Insurance Company | 3275 Bennett Creek Avenue, Frederick, MD 21704 |
| Commonwealth Annuity and Life Insurance Company | 20 Guest Street, Brighton, MA, US 02135 |
| Companion Life Insurance Company | 425 Broadhollow Road, Second Floor, Melville, NY 11747 |
| CMFG Life Insurance Company | 2000 Heritage Way, Waverly, IA 50677 |
| Delaware Life Insurance Company | 10555 Group 1001 Way, Zionsville, IN 46077 |
| Fidelity & Guaranty Life Insurance Company | 801 Grand Ave., Suite 2600, Des Moines, IA 50309 |
| Fidelity & Guaranty Life Insurance Company of New York | 461 5th Ave, 18th Floor, New York, NY 10017 |
| First Allmerica Financial Life Insurance Company | 20 Guest Street, Brighton, MA, US 02135 |
| Massachusetts Mutual Life Insurance Company | 1295 State Street, Springfield, MA 01111 |
| Metropolitan Tower Life Insurance Company | 5601 South 59th Street, Lincoln, NE 68516 |
| Metropolitan Life Insurance Company | 200 Park Avenue, New York, NY 10166-0188 |
| Midland National Life Insurance Company | 8300 Mills Civic Parkway, West Des Moines, IA 50266 |
| Minnesota Life Insurance Company | 400 Robert Street North, St. Paul, MN 55101-2098 |
| Mutual of America Life Insurance Company | 320 Park Avenue, New York, NY 10022 |
| National Integrity Life Insurance Company | 14 Main Street, Ste 100, Greenwich, NY 12834 |
| Nationwide Life and Annuity Insurance Company | One West Nationwide Blvd, Columbus, OH 43215-2220 |
| Nationwide Life Insurance Company | One West Nationwide Blvd, Columbus, OH 43215-2220 |
| New York Life Insurance Company | 51 Madison Avenue, New York, NY 10010 |
| Pacific Life & Annuity Company | 8825 N 23rd Avenue, Suite 100, Phoenix, AZ 85021 |
| Pacific Life Insurance Company | 6750 Mercy Road, Omaha, NE 68106 |
| Principal Life Insurance Company | 711 High Street, Des Moines, IA 50392 |
| RGA Life and Annuity Insurance Company | 16600 Swingley Ridge Road, Chesterfield, MO 63017-1706 |
| RGA Reinsurance Company | 16600 Swingley Ridge Road, Chesterfield, MO 63017-1706 |
| Securian Life Insurance Company | 400 Robert Street North, St. Paul, MN 55101-2098 |
| The Prudential Insurance Company of America | 751 Broad Street, Newark, NJ 07102-3777 |
| United of Omaha Life Insurance Company | 3300 Mutual of Omaha Plaza, Omaha, NE 68175 |
| United States Life Insurance Company in the City of New York | 2727-A Allen Parkway, 3-D1, Houston, TX 77019 |
| Western-Southern Life Assurance Company | 400 Broadway, Cincinnati, OH 45202 |
| William Penn Life Insurance Company of New York | 70 East Sunrise Hwy, Ste 500, Valley Stream, NY 11581 |

**STATE GUARANTY ASSOCIATION COVERAGE:**

Your pension plan may pay you your pension benefit in the form of an annuity purchased from a licensed insurance company. Once the plan purchases an annuity for you, the insurance company will be responsible for paying your benefit.

All states, Puerto Rico and the District of Columbia have "guaranty associations." The purpose of a guaranty association is to protect policyholders, up to specified limits, in the event the insurance company is financially unable to meet its obligations.

If you receive your pension benefits in the form of an annuity and the insurance company becomes unable to pay, a guaranty association may be responsible for all, part, or none of your annuity. Generally, where you live at the time the insurance company is unable to pay determines which guaranty association is responsible. In certain circumstances, other factors, such as where the insurance company is licensed to do business, determine which guaranty association may be responsible.

Each guaranty association has dollar limits on the extent of its coverage. In most states, guaranty association coverage limits are $250,000 for individual annuities with an overall benefit "cap" for an individual life of $300,000, though some states have maximums that are higher. However, state laws vary and can change over time, and different states may calculate the value of annuities differently.

This notice is to help you understand the general nature of the guaranty association protection of the annuity you may receive. It is only a summary. If you need information now or in the event the insurance company fails, a list of the addresses and telephone numbers of guaranty association offices is available on the Pension Benefit Guaranty Corporation's website at www.pbgc.gov/stateguaranty.