UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>Debtors | Chapter 11<br><br>Bankruptcy No. 23-00623<br><br>(Jointly Administered) |

# PROCEEDING MEMO AND ORDER

Date of In-Court Hearing: September 22, 2026
Hearing on: Status Report (Docs. 2134 and 2137)

APPEARANCES:

Attorney Dan R. Childers, Liquidation Trustee
Attorney Eric Lam for Liquidation Trustee Dan Childers
Attorney Roy R. Leaf for Mercy Hospital Liquidation Trust Oversight Committee as designee of the Liquidation Trustee
Attorney Paula Roby for Liquidating Trust Oversight Committee, Pensioner Designee, and Counsel for Liquidating Trustee
Janet Reasoner, Member, Liquidating Trust Oversight Committee
Attorney Christopher J. Jessen for Mercy Health Network, Inc. d/b/a MercyOne

OUTCOME OF PROCEEDING:

A Status Conference was held.

**IT IS ORDERED THAT:**

Counsel for the Liquidating Trustee shall submit a proposed order regarding the Pension Plan for the Court's consideration.

Ordered:
September 22, 2026

Thad J. Collins
Chief Bankruptcy Judge