# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*, n/k/a MHIC,<br><br>Debtors. | Chapter 11 Bankruptcy<br>Case No. 23-00623<br><br>**ORDER re STATUS REPORT AND MOTION FOR COURT APPROVAL** |

The matter before the Court is Successor Trustee Dan Childers' Status Report and Motion for Court Approval (Dkt #2137). Notice of the filing of the Report/Motion was issued to the requisite parties in interest, as confirmed by the Certificate of Service (Dkt #2140). An in-court hearing on the Status Report was held on September 22, 2026. The Trustee and his Counsel provided the Court with updates and other information and background, in addition to the filed materials. No one has lodged any objection. Indeed, several pensioners were present during the Hearing in person as well as via Dial-In, and the Court also received a report from Mary McCarthy, who was one of the pensioners that actively monitored the proceedings in this case since its inception, and who has provided valuable insight and background etc. that enabled the Trustee to function effectively and efficiently. Based on the record made, the Court hereby ORDERS the Successor Trustee's Status Report is approved, and the Successor Trustee is specifically authorized to proceed, as outlined in the Status Report and supplemented by the Successor Trustee during the Hearing.

Entered this 23rd day of September, 2026

Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W Lam AT0004416
Attorney for Successor Trustee

MHLT/Pldgs/BA 23-00623 – Drafts/ORDERrePensionStatusRpt.092226.803p.ewl