UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

In re: Mercy Hospital Iowa City Iowa et. al. §
§
§
Debtor(s) §

Case No. 23-00623

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2024

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust
Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

09/22/2026
Date

Marc Ross
Printed Name of Responsible Party

c/o Shuttleworth & Ingersoll, 235 6th St. SE, Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

**Part 1: Summary of Post-confirmation Transfers**

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $80,375 | $80,375 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $80,375 | $80,375 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ●

If yes, give date Final Decree was entered: ________

If no, give date when the application for Final Decree is anticipated: ________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ● No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 09/22/2026 |
| Title | Date |

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Mercy Hospital Liquidation Trust 23-00623 (TJC)

| Quarterly Operating Reports | 6/24/24-6/30/24 Total Disbursements | | Total |
|---|---|---|---|
| Chapter 11 Disbursements | $ 80,375.48 | $ - | $ 80,375.48 |
| Statutory Rate | 0.80% | 0.80% | 0.80% |
| Quarterly Fees Due | $ 643.00 | $ - | $ 643.00 |

I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

/s/ Marc B. Ross
Financial Advisor to Liquidation Trustee

9/22/26
Date

Mercy Hospital Liquidation Trust
Cash Activity for US Trustee Program Quarterly Report

| Date | Transaction | Category | Check No. | Amount | B: | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Activity | Liquidation Trust or Previously Reported Disbursements | Receipts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/23/24 | Beginning Cash | Beginning Cash | | 34,151,126.22 | | 964.18 | 17,318,672.29 | 13,595.13 | 14,522,178.54 | 2,295,716.08 | - | - | - | - | | | 34,151,126.22 |
| 6/24/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 20,913.55 | | 20,913.55 | | | | | | | | | | | 20,913.55 |
| 6/24/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,209.71 | | | | | | 1,209.71 | | | | | | | 1,209.71 |
| 6/24/24 | Sweep Activity | Transfer | | - | | 72,139.31 | (72,139.31) | | | | | | | | | | - |
| 6/24/24 | Admin Expenses Paid (Pre-09/24/24 Checks Clearing) | Chapter 11 Administrative Expenses | | (143.93) | | | | | | (143.93) | | | | | (143.93) | | |
| 6/24/24 | ToneyKorf Partners | Chapter 11 Professional Fees | | (78,248.97) | | (78,248.97) | | | | | | | | | (78,248.97) | | |
| 6/25/24 | UI Reimbursement | UI Cost Reimbursement - HE TSA | | 737,330.68 | | 737,330.68 | | | | | | | | | | | 737,330.88 |
| 6/25/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 18,042.91 | | 18,042.91 | | | | | | | | | | | 18,642.01 |
| 6/25/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 686.53 | | | | | | 686.53 | | | | | | | 686.53 |
| 6/25/24 | Sweep Activity | Transfer | | - | | (749,308.64) | 749,308.64 | | | | | | | | | | - |
| 6/25/24 | Sedgwick | Self Insurance Payments | | (2,115.30) | | (2,115.30) | | | | | | | | | (2,115.30) | | |
| 6/26/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 19,034.87 | | 19,034.87 | | | | | | | | | | | 19,034.87 |
| 6/26/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,384.47 | | | | | | 3,384.47 | | | | | | | 3,384.47 |
| 6/26/24 | Sweep Activity | Transfer | | - | | (32,895.59) | 32,895.59 | | | | | | | | | | - |
| 6/27/24 | Sedgwick | Estimated Insurance and Patient Self-Pay AR Collections | | 74,207.07 | | 74,207.07 | | | | | | | | | | | 74,207.07 |
| 6/27/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9,169.26 | | 9,169.28 | | | | | | | | | | | 9,169.28 |
| 6/27/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,996.96 | | | | | | 3,996.96 | | | | | | | 3,996.96 |
| 6/27/24 | Sweep Activity | Transfer | | - | | (68,645.49) | 68,645.49 | | | | | | | | | | - |
| 6/27/24 | Admin Expenses Paid (Pre-09/24/24 Checks Clearing) | Chapter 11 Administrative Expenses | | (44.89) | | (44.89) | | | | | | | | | (44.89) | | |
| 6/28/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 8,923.04 | | 8,923.04 | | | | | | | | | | | 8,923.04 |
| 6/28/24 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,228.32 | | | | | | 3,228.32 | | | | | | | 3,228.32 |
| 6/28/24 | Sweep Activity | Transfer | | - | | (5,817.91) | 5,817.91 | | | | | | | | | | - |
| 6/28/24 | Dental | Self Insurance Payments | | (11.21) | | | | | | (11.21) | | | | | (11.21) | | |
| 6/28/24 | Admin Expenses Paid (Pre-06/24/24 Checks Clearing) | Chapter 11 Administrative Expenses | | (3,754.30) | | (3,754.30) | | | | | | | | | (3,754.30) | | |
| 6/30/24 | Interest | Interest | | 28,750.37 | | | 28,750.37 | | | | | | | | | | 28,750.37 |
| 6/30/24 | Interest | Interest | | 52.83 | | | | | 52.83 | | | | | | | | 52.83 |
| 6/30/24 | Total | | | 34,996,338.41 | | 494.00 | 18,151,950.98 | 13,595.13 | 14,522,231.37 | 2,308,066.93 | - | - | - | - | (84,318.60) | - | 35,080,657.01 |
| 6/30/24 | | | | | | | | | | | | | | | | | |
| | Less Activity Reported on Previous Operating Reports | | | | | | | | | | | | | | 3,943.12 | | (3,943.12) |
| | Cash Activity | | | 34,996,338.41 | | 494.00 | 18,151,950.98 | 13,595.13 | 14,522,231.37 | 2,308,066.93 | - | - | - | - | (80,375.48) | - | 35,076,713.89 |
| | US Trustee Fee Rate | | | | | | | | | | | | | | 0.60% | 0.60% | |
| 8/30/24 | Fees Due Qtr. Ended 09/30/24 | | | | | | | | | | | | | | 643.00 | - | |