UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

In re: Mercy Hospital Iowa City Iowa et. al. §
§
§
Debtor(s) §

Case No. 23-00623

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust
Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

Marc Ross
Printed Name of Responsible Party

09/22/2026
Date

c/o Shuttleworth & Ingersoll, 235 6th St. SE , Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

**Part 1: Summary of Post-confirmation Transfers**

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $3,035,338 | $32,917,557 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $3,035,338 | $32,917,557 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered: ________

If no, give date when the application for Final Decree is anticipated: ________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 09/22/2026 |
| Title | Date |

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Mercy Hospital Liquidation Trust 23-00623 (TJC)

| Quarterly Operating Reports | 04/1/25 - 06/30/25 Original Disbursements Reported | Additional Disbursements Reported | Total |
|---|---|---|---|
| Chapter 11 Disbursements | $ 2,298,184.24 | $ 737,153.74 | $ 3,035,337.98 |
| Statutory Rate | 0.80% | 0.80% | 0.80% |
| Quarterly Fees Due | $ 18,385.47 | $ 5,897.23 | $ 24,282.70 |

I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

/s/ Marc B. Ross
Financial Advisor to Liquidation Trustee

9/22/26
Date

Mercy Hospital Liquidation Trust
Cash and Recovery Analysis Worksheet

| Date | Transaction | Category | Check No. | Amount | RJ | US Bank Gen'l Checking AC XX6835 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX3729 | US Bank Other Accounts | MWO Bank AC XX3399 | Flagstar Checking AC XX0323 | Flagstar HHAC AC XX0356 | Flagstar Distribution AC XX0331 | Vestar Distribution AC XX5123 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/25 | Beginning Cash | | | 10,406,557.60 | | (0.00) | 9,413,778.28 | - | (0.00) | 300,337.70 | 55,340.58 | 6,674,812.49 | 1,548.18 | 2,008,340.27 | | | |
| 4/1/25 | Sweep Activity | Transfer | | - | | (422.00) | 422.00 | | | | | | | | | | - |
| 4/1/25 | Bank Fees | Bank Fees | | (1,792.02) | | (1,792.02) | | | | | | | | | | (1,792.02) | |
| 4/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,033.35 | | 1,033.35 | | | | | | | | | | | 1,033.35 |
| 4/1/25 | Kimberley Mason | Liquidation Trust - Other Fees | | (2,205.00) | | | | | | | (2,205.00) | | | | | (2,205.00) | |
| 4/1/25 | Sweep Activity | Transfer | | - | | 758.67 | (758.67) | | | | | | | | | | - |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 433.13 | | 433.13 | | | | | | | | | | | 433.13 |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 432.65 | | 432.65 | | | | | | | | | | | 432.65 |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,321.91 | | 1,321.91 | | | | | | | | | | | 1,321.91 |
| 4/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 582.41 | | | | | | 582.41 | | | | | | | 582.41 |
| 4/2/25 | Sweep Activity | Transfer | | - | | (2,167.89) | 2,167.89 | | | | | | | | | | - |
| 4/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | | 7/25/25 | 18.11 | | 18.11 | | | | | | | | | | | 18.11 |
| 4/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 649.49 | | 649.49 | | | | | | | | | | | 649.49 |
| 4/3/25 | Sweep Activity | Transfer | | - | | (667.60) | 667.60 | | | | | | | | | | - |
| 4/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 593.00 | | 593.00 | | | | | | | | | | | 593.00 |
| 4/4/25 | Sweep Activity | Transfer | | - | | (593.00) | 593.00 | | | | | | | | | | - |
| 4/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 978.81 | | 978.81 | | | | | | | | | | | 978.81 |
| 4/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 662.60 | | 662.60 | | | | | | | | | | | 662.60 |
| 4/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,485.85 | | 1,485.85 | | | | | | | | | | | 1,485.85 |
| 4/7/25 | Kimberley Mason | Liquidation Trust - Other Fees | | (4,940.00) | | | | | | | (4,940.00) | | | | | (4,940.00) | |
| 4/7/25 | Sweep Activity | Transfer | | - | | (1,485.85) | 1,485.85 | | | | | | | | | | - |
| 4/8/25 | Bank Fees | Bank Fees | | (49.56) | | | | | | (49.56) | | | | | | (49.56) | |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 443.58 | | 443.58 | | | | | | | | | | | 443.58 |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 145.90 | | 145.90 | | | | | | | | | | | 145.90 |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 406.00 | | 406.00 | | | | | | | | | | | 406.00 |
| 4/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 148.25 | | | | | | 148.25 | | | | | | | 148.25 |
| 4/8/25 | Sweep Activity | Transfer | | - | | (995.48) | 995.48 | | | | | | | | | | - |
| 4/9/25 | Bank Fees | Bank Fees | | (94.85) | | | | | | (94.85) | | | | | | (94.85) | |
| 4/9/25 | Bank Fees | Bank Fees | | (154.80) | | | | | | (154.80) | | | | | | (154.80) | |
| 4/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,348.07 | | 1,348.07 | | | | | | | | | | | 1,348.07 |
| 4/9/25 | Sweep Activity | Transfer | | - | | (3,189.48) | 3,189.48 | | | | | | | | | | - |
| 4/10/25 | Bank Fees | Bank Fees | | (1.48) | | | | | | (1.48) | | | | | | (1.48) | |
| 4/10/25 | Bank Fees | Bank Fees | | (0.10) | | | | | | (0.10) | | | | | | (0.10) | |
| 4/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 143.24 | | 143.24 | | | | | | | | | | | 143.24 |
| 4/10/25 | Sweep Activity | Transfer | | - | | (143.24) | 143.24 | | | | | | | | | | - |
| 4/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 422.00 | | 422.00 | | | | | | | | | | | 422.00 |
| 4/14/25 | Bank Fees | Bank Fees | | (1,789.98) | | (1,789.98) | | | | | | | | | | (1,789.98) | |
| 4/14/25 | Bank Fees | Bank Fees | | (12.96) | | (12.96) | | | | | | | | | | (12.96) | |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 13,419.61 | | 13,419.61 | | | | | | | | | | | 13,419.61 |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15.00 | | 15.00 | | | | | | | | | | | 15.00 |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 196.51 | | 196.51 | | | | | | | | | | | 196.51 |
| 4/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 197.74 | | 197.74 | | | | | | | | | | | 197.74 |
| 4/14/25 | Laura Dawes | Liquidation Trust - Other Fees | | (2,010.00) | | | | | | | (2,010.00) | | | | | (2,010.00) | |
| 4/14/25 | Sweep Activity | Transfer | | - | | 1,206.09 | (1,206.65) | | | | | | | | | | - |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 428.05 | | 428.05 | | | | | | | | | | | 428.05 |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 263.88 | | 263.88 | | | | | | | | | | | 263.88 |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 4/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,909.40 | | 3,909.40 | | | | | | | | | | | 3,909.40 |
| 4/15/25 | Sweep Activity | Transfer | | - | | (4,728.73) | 4,728.73 | | | | | | | | | | - |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 650.00 | | 650.00 | | | | | | | | | | | 650.00 |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6.45 | | | | | | 6.45 | | | | | | | 6.45 |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 32.16 | | | | | | 32.16 | | | | | | | 32.16 |
| 4/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 44.33 | | | | | | 44.33 | | | | | | | 44.33 |
| 4/16/25 | Sweep Activity | Transfer | | - | | (13,914.61) | 13,914.61 | | | | | | | | | | - |
| 4/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,398.57 | | 1,398.57 | | | | | | | | | | | 1,398.57 |
| 4/17/25 | Sweep Activity | Transfer | | - | | (1,398.57) | 1,398.57 | | | | | | | | | | - |
| 4/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 265.00 | | 265.00 | | | | | | | | | | | 265.00 |
| 4/15/25 | H&M Management Associates LLC | Liquidation Trust - Professional Fees | | (40,603.97) | | | | | | | (40,603.97) | | | | | (40,603.97) | |
| 4/10/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (16,232.50) | | | | | | | (16,232.50) | | | | | (16,232.50) | |
| 4/16/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (36,057.60) | | | | | | | (36,057.60) | | | | | (36,057.60) | |
| 4/15/25 | Simmons Perrine PLC | Liquidation Trust - Professional Fees | | (1,747.20) | | | | | | | (1,747.20) | | | | | (1,747.20) | |
| 4/15/25 | Sweep Activity | Transfer | | - | | 999,735.00 | (999,735.00) | | | | | | | | | | - |
| 4/17/25 | Transfer | Transfer | | - | | (1,000,000.00) | | | | | | 1,000,000.00 | | | | | - |
| 4/19/25 | Transfer | Transfer | | - | | | | | | | 150,000.00 | (150,000.00) | | | | | - |
| 4/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17,367.03 | | 17,367.03 | | | | | | | | | | | 17,367.03 |
| 4/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 56.03 | | 56.03 | | | | | | | | | | | 56.03 |
| 4/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 633.07 | | 633.07 | | | | | | | | | | | 633.07 |
| 4/21/25 | Sweep Activity | Transfer | | - | | (689.10) | 689.10 | | | | | | | | | | - |
| 4/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 331.61 | | 331.61 | | | | | | | | | | | 331.61 |
| 4/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 252.66 | | 252.66 | | | | | | | | | | | 252.66 |
| 4/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 532.10 | | 532.10 | | | | | | | | | | | 532.10 |
| 4/22/25 | Sweep Activity | Transfer | | - | | (1,182.57) | 1,182.57 | | | | | | | | | | - |
| 4/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 435.70 | | 435.70 | | | | | | | | | | | 435.70 |
| 4/23/25 | Sweep Activity | Transfer | | - | | (12,706.13) | 12,706.13 | | | | | | | | | | - |
| 4/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,176.26 | | 1,176.26 | | | | | | | | | | | 1,176.26 |
| 4/24/25 | Sweep Activity | Transfer | | - | | (1,176.26) | 1,176.26 | | | | | | | | | | - |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 654.95 | | 654.95 | | | | | | | | | | | 654.95 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 204.21 | | 204.21 | | | | | | | | | | | 204.21 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 163.07 | | | | | | 163.07 | | | | | | | 163.07 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 563.97 | | | | | | 563.97 | | | | | | | 563.97 |
| 4/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 765.66 | | | | | | 765.66 | | | | | | | 765.66 |
| 4/25/25 | Sweep Activity | Transfer | | | | (204.21) | 204.21 | | | | | | | | | | - |
| 4/28/25 | Denise Visco | AR Collection Fees | | (1,743.75) | | | | | | | (1,743.75) | | | | | (1,743.75) | |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 79.32 | | 79.32 | | | | | | | | | | | 79.32 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 664.73 | | 664.73 | | | | | | | | | | | 664.73 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 44.33 | | | | | | 44.33 | | | | | | | 44.33 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 58.48 | | | | | | 58.48 | | | | | | | 58.48 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 58.16 | | | | | | 58.16 | | | | | | | 58.16 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 72.76 | | | | | | 72.76 | | | | | | | 72.76 |
| 4/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 76.49 | | | | | | 76.49 | | | | | | | 76.49 |

Mercy Hospital Liquidation Trust
Cash and Recovery Analysis Worksheet

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX6636 | US Bank Sweep AC XX4658 | US Bank Payroll AC XX5739 | US Bank Other Accounts | Hills Bank AC XX3599 | Flagstar Checking AC XX0323 | Flagstar MHAC AC XX0358 | Flagstar Distribution AC XX0331 | Vertex Distribution AC XX5125 | | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/25 | Gordts | AR Collection Fees | | (3,359.38) | | (3,359.38) | | | | | | | | | | | (3,359.38) | |
| 4/28/25 | Sweep Activity | Transfer | | - | | 2,335.33 | (2,335.33) | | | | | | | | | | | - |
| 4/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 546.52 | | 546.52 | | | | | | | | | | | | 546.52 |
| 4/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.53 | | 327.53 | | | | | | | | | | | | 327.53 |
| 4/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 132.65 | | 132.65 | | | | | | | | | | | | 132.65 |
| 4/29/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (1,636.00) | | | | | | | (1,636.00) | | | | | | (1,636.00) | |
| 4/29/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (70,066.26) | | | | | | | (70,066.26) | | | | | | (70,066.26) | |
| 4/29/25 | Sweep Activity | Transfer | | - | | (1,811.65) | 1,811.65 | | | | | | | | | | | - |
| 4/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.00 | | 130.00 | | | | | | | | | | | | 130.00 |
| 4/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 136.67 | | | | | | 136.67 | | | | | | | | 136.67 |
| 4/30/25 | Interest | Interest | | 2,739.19 | | | 2,739.19 | | | | | | | | | | | 2,739.19 |
| 4/30/25 | Interest | Interest | | 3,331.38 | | | | | | | | | | 3,331.38 | #### | | | 3,331.38 |
| 4/30/25 | Interest | Interest | | 15,538.60 | | | | | | | | 15,538.60 | | | | | | 15,538.60 |
| 4/30/25 | Sweep Activity | Transfer | | - | | 14,394.41 | (14,394.41) | | | | | | | | | | | - |
| 4/30/25 | US Dept. of the Treasury | US Trustee Fees | | (14,524.41) | | (14,524.41) | | | | | | | | | | | (14,524.41) | |
| 4/30/25 | Total | | | 10,284,445.69 | | (0.00) | 1,480,583.74 | - | (0.00) | 302,824.73 | 67,096.10 | 6,440,351.29 | 1,948.18 | 2,011,641.65 | | | | |
| 4/30/25 | | | | | | | | | | | | | | | | | | |
| 5/1/25 | Bank Fees | Bank Fees | | (1,343.51) | | (1,343.51) | | | | | | | | | | | (1,343.51) | |
| 5/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 687.38 | | 687.38 | | | | | | | | | | | | 687.38 |
| 5/1/25 | Sweep Activity | Transfer | | - | | 456.13 | (456.13) | | | | | | | | | | | - |
| 5/2/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (10,244.27) | | | | | | | (10,244.27) | | | | | | (10,244.27) | |
| 5/2/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (20,041.37) | | | | | | | (20,041.37) | | | | | | (20,041.37) | |
| 5/2/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (30,116.19) | | | | | | | (30,116.19) | | | | | | (30,116.19) | |
| 5/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 176.00 | | 176.00 | | | | | | | | | | | | 176.00 |
| 5/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17.60 | | 17.60 | | | | | | | | | | | | 17.60 |
| 5/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,133.76 | | 1,133.76 | | | | | | | | | | | | 1,133.76 |
| 5/2/25 | Kimberley Maher | Liquidation Trust - Other Fees | | (7,667.50) | | | | | | | (7,667.50) | | | | | | (7,667.50) | |
| 5/2/25 | Sweep Activity | Transfer | | - | | (1,327.36) | 1,327.36 | | | | | | | | | | | - |
| 5/2/25 | Transfer | Transfer | | - | | | | | | | 250,000.00 | (250,000.00) | | | | | | - |
| 5/5/25 | Edward Patrick Maggio/Vanes | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 5/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 19.40 | | 19.40 | | | | | | | | | | | | 19.40 |
| 5/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 108.50 | | 108.50 | | | | | | | | | | | | 108.50 |
| 5/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 166.65 | | | | | | 166.65 | | | | | | | | 166.65 |
| 5/5/25 | Sweep Activity | Transfer | | - | | (127.90) | 127.90 | | | | | | | | | | | - |
| 5/5/25 | Transfer | Transfer | | - | | | | | | (250,000.00) | | 250,000.00 | | | | | | - |
| 5/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 297.53 | | 297.53 | | | | | | | | | | | | 297.53 |
| 5/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.90 | | 57.90 | | | | | | | | | | | | 57.90 |
| 5/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 479.17 | | 479.17 | | | | | | | | | | | | 479.17 |
| 5/6/25 | Sedgwick | Self Insurance Payments | | (8.85) | | (8.85) | | | | | | | | | | (8.85) | | |
| 5/6/25 | Sweep Activity | Transfer | | - | | (825.75) | 825.75 | | | | | | | | | | | - |
| 5/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 230.36 | | 230.36 | | | | | | | | | | | | 230.36 |
| 5/7/25 | Sweep Activity | Transfer | | - | | (230.36) | 230.36 | | | | | | | | | | | - |
| 5/8/25 | Bank Fees | Bank Fees | | (49.95) | | | | | | (49.95) | | | | | | | (49.95) | |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15,491.36 | | 15,491.36 | | | | | | | | | | | | 15,491.36 |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 475.31 | | 475.31 | | | | | | | | | | | | 475.31 |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 706.78 | | 706.78 | | | | | | | | | | | | 706.78 |
| 5/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 230.40 | | | | | | 230.40 | | | | | | | | 230.40 |
| 5/8/25 | Sweep Activity | Transfer | | - | | (4,633.78) | 4,633.78 | | | | | | | | | | | - |
| 5/9/25 | Bank Fees | Bank Fees | | (94.65) | | | | | | (94.65) | | | | | | | (94.65) | |
| 5/9/25 | Bank Fees | Bank Fees | | (154.60) | | | | | | (154.60) | | | | | | | (154.60) | |
| 5/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,602.68 | | 1,602.68 | | | | | | | | | | | | 1,602.68 |
| 5/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 535.97 | | 535.97 | | | | | | | | | | | | 535.97 |
| 5/9/25 | McDermott Will & Emery LLP | Chapter 11 Professional Fees | | 43,078.69 | | | | | | | | 43,078.69 | | | | | | 43,078.69 |
| 5/9/25 | Sweep Activity | Transfer | | - | | (2,136.05) | 2,136.05 | | | | | | | | | | | - |
| 5/12/25 | Bank Fees | Bank Fees | | (3.40) | | | | | | (3.40) | | | | | | | (3.40) | |
| 5/12/25 | Bank Fees | Bank Fees | | (0.24) | | | | | | (0.24) | | | | | | | (0.24) | |
| 5/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 196.51 | | 196.51 | | | | | | | | | | | | 196.51 |
| 5/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,200.00 | | 1,200.00 | | | | | | | | | | | | 1,200.00 |
| 5/12/25 | Sweep Activity | Transfer | | - | | (13,440.18) | 13,440.18 | | | | | | | | | | | - |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.67 | | 550.67 | | | | | | | | | | | | 550.67 |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.66 | | 327.66 | | | | | | | | | | | | 327.66 |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | | 26.40 |
| 5/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,229.05 | | 3,229.05 | | | | | | | | | | | | 3,229.05 |
| 5/13/25 | Sedgwick | Self Insurance Payments | | (6.05) | | (6.05) | | | | | | | | | | (6.05) | | |
| 5/13/25 | Sweep Activity | Transfer | | - | | (4,127.55) | 4,127.55 | | | | | | | | | | | - |
| 5/14/25 | Bank Fees | Bank Fees | | (13.11) | | (13.11) | | | | | | | | | | | (13.11) | |
| 5/14/25 | Bank Fees | Bank Fees | | (1,725.06) | | (1,725.06) | | | | | | | | | | | (1,725.06) | |
| 5/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 379.45 | | 379.45 | | | | | | | | | | | | 379.45 |
| 5/14/25 | Sweep Activity | Transfer | | - | | 1,356.72 | (1,356.72) | | | | | | | | | | | - |
| 5/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,917.69 | | 1,917.69 | | | | | | | | | | | | 1,917.69 |
| 5/15/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (45,399.65) | | | | | | | (45,399.65) | | | | | | (45,399.65) | |
| 5/15/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (26,350.00) | | | | | | | (26,350.00) | | | | | | (26,350.00) | |
| 5/15/25 | Simmons Perrine PLC | Liquidation Trust - Professional Fees | | (722.10) | | | | | | | (722.10) | | | | | | (722.10) | |
| 5/15/25 | Simmons Perrine PLC | Liquidation Trust - Professional Fees | | (38,607.60) | | | | | | | (38,607.60) | | | | | | (38,607.60) | |
| 5/15/25 | Sweep Activity | Transfer | | - | | (1,917.69) | 1,917.69 | | | | | | | | | | | - |
| 5/15/25 | Transfer | Transfer | | - | | | | | | | 200,000.00 | (200,000.00) | | | | | | - |
| 5/15/25 | Transfer | Transfer | | - | | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 5/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,056.71 | | 4,056.71 | | | | | | | | | | | | 4,056.71 |
| 5/16/25 | OBM Funding | Chapter 11 Administrative Expenses - Settlement | | (250,000.00) | | | | | | | (250,000.00) | | | | | (250,000.00) | | |
| 5/16/25 | Sweep Activity | Transfer | | - | | (4,056.71) | 4,056.71 | | | | | | | | | | | - |
| 5/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,422.68 | | 1,422.68 | | | | | | | | | | | | 1,422.68 |
| 5/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 43.70 | | 43.70 | | | | | | | | | | | | 43.70 |
| 5/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,543.55 | | 5,543.56 | | | | | | | | | | | | 5,543.55 |
| 5/19/25 | Lead Unis | Liquidation Trust - Other Fees | | (5,040.00) | | | | | | | (5,040.00) | | | | | | (5,040.00) | |
| 5/19/25 | Siouxland Orthopedic Group | MOB Overage Claims | | (3,000.00) | | | | | | | (3,000.00) | | | | | | (3,000.00) | |
| 5/19/25 | Sweep Activity | Transfer | | - | | (5,564.25) | 5,564.25 | | | | | | | | | | | - |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 351.13 | | 351.13 | | | | | | | | | | | | 351.13 |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 245.57 | | 245.57 | | | | | | | | | | | | 245.57 |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,544.79 | | 2,544.79 | | | | | | | | | | | | 2,544.79 |
| 5/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 560.24 | | | | | | 560.24 | | | | | | | | 560.24 |
| 5/20/25 | Sedgwick | Self Insurance Payments | | (1,692.00) | | (1,692.00) | | | | | | | | | | (1,692.00) | | |

Mercy Hospital Liquidation Trust
Cash and Recovery Analysis Worksheet

| Date | Transaction | Category | Check No. | Amount | E2 | US Bank Genl Checking AC XX6126 | US Bank Sweep AC XX4456 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar HMAC AC XX0358 | Flagstar Distribution AC XX3331 | Veritex Distribution AC XX6126 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/25 | Sweep Activity | Transfer | | - | | (1,449.43) | 1,449.43 | | | | | | | | | | - |
| 5/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,863.56 | | 1,863.56 | | | | | | | | | | | 1,863.56 |
| 5/21/25 | Sweep Activity | Transfer | | - | | (1,260.24) | 3,216.34 | | | | | | | | | | - |
| 5/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 7,772.20 | | 7,772.20 | | | | | | | | | | | 7,772.20 |
| 5/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,207.78 | | 2,207.78 | | | | | | | | | | | 2,207.78 |
| 5/22/25 | Sweep Activity | Transfer | | - | | (2,332.74) | 2,332.78 | | | | | | | | | | - |
| 5/22/25 | Transfer | Transfer | | - | | | | | | | 100,000.00 | (100,000.00) | | | | | - |
| 5/23/25 | Dendo Wood | AR Collection Fees | | (2,350.00) | | | | | | | (2,350.00) | | | | | (2,350.00) | |
| 5/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,148.53 | | 1,148.53 | | | | | | | | | | | 1,148.53 |
| 5/23/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (2,848.50) | | | | | | | (2,848.50) | | | | | (2,848.50) | |
| 5/23/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (174,735.55) | | | | | | | (174,735.55) | | | | | (174,735.55) | |
| 5/23/25 | Sweep Activity | Transfer | | - | | (1,148.53) | 1,148.53 | | | | | | | | | | - |
| 5/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 45.92 | | 45.92 | | | | | | | | | | | 45.92 |
| 5/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,325.51 | | 3,325.51 | | | | | | | | | | | 3,325.51 |
| 5/27/25 | Sweep Activity | Transfer | | - | | (11,018.63) | 11,018.63 | | | | | | | | | | - |
| 5/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 423.33 | | 423.33 | | | | | | | | | | | 423.33 |
| 5/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.63 | | 130.63 | | | | | | | | | | | 130.63 |
| 5/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 552.32 | | 552.32 | | | | | | | | | | | 552.32 |
| 5/28/25 | Sweep Activity | Transfer | | - | | (1,106.28) | 1,106.28 | | | | | | | | | | - |
| 5/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,992.82 | | 2,992.82 | | | | | | | | | | | 2,992.82 |
| 5/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 65.18 | | 65.18 | | | | | | | | | | | 65.18 |
| 5/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,774.26 | | 1,774.26 | | | | | | | | | | | 1,774.26 |
| 5/29/25 | Sweep Activity | Transfer | | - | | (1,943.46) | 1,843.46 | | | | | | | | | | - |
| 5/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,588.61 | | 2,588.61 | | | | | | | | | | | 2,588.61 |
| 5/30/25 | Interest | Interest | | 2,093.52 | | | 2,093.52 | | | | | | | | | | 2,093.52 |
| 5/30/25 | Interest | Interest | | 17,350.96 | | | | | | | | 17,350.96 | | | | | 17,350.96 |
| 5/30/25 | Sweep Activity | Transfer | | - | | 16.16 | (16.16) | | | | | | | | | | - |
| 5/30/25 | US Dept. of the Treasury | US Trustee Fees | | (2,614.97) | | (2,614.97) | | | | | | | | | | (2,614.97) | |
| 5/30/25 | Interest | Interest | | 3,527.26 | | | | | | | | | | 3,527.26 | | | 3,527.26 |
| 5/30/25 | Total | | | 9,790,761.84 | | 2,892.82 | 1,531,541.84 | - | (0.00) | 25,478.76 | 94,950.37 | 6,138,780.94 | 1,948.18 | 2,015,166.91 | | | |
| 5/30/25 | | | | | | | | | | | | | | | | | |
| 6/2/25 | Bank Fees | Bank Fees | | (1,238.53) | | (1,238.53) | | | | | | | | | | (1,238.53) | |
| 6/2/25 | Bank Fees | Bank Fees | | (132.99) | | (132.99) | | | | | | | | | | (132.99) | |
| 6/2/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | | | | | | | | | | (113.29) | |
| 6/2/25 | Bank Fees | Bank Fees | | (113.29) | | (113.29) | | | | | | | | | | (113.29) | |
| 6/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | | | | | | | | | | (107.99) | |
| 6/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | | | | | | | | | | (107.99) | |
| 6/2/25 | Bank Fees | Bank Fees | | (107.99) | | (107.99) | | | | | | | | | | (107.99) | |
| 6/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 182.00 | | 182.00 | | | | | | | | | | | 182.00 |
| 6/2/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 6/2/25 | Sweep Activity | Transfer | | - | | (1,157.75) | 1,152.75 | | | | | | | | | | - |
| 6/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 394.33 | | 394.33 | | | | | | | | | | | 394.33 |
| 6/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 196.90 | | 196.90 | | | | | | | | | | | 196.90 |
| 6/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,963.03 | | 5,963.03 | | | | | | | | | | | 5,963.03 |
| 6/3/25 | Sweep Activity | Transfer | | - | | (6,554.26) | 6,554.26 | | | | | | | | | | - |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 370.52 | | 370.52 | | | | | | | | | | | 370.52 |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 97.31 | | 97.31 | | | | | | | | | | | 97.31 |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 469.97 | | 469.97 | | | | | | | | | | | 469.97 |
| 6/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 674.51 | | | | | | 674.51 | | | | | | | 674.51 |
| 6/4/25 | Sweep Activity | Transfer | | - | | (937.80) | 937.80 | | | | | | | | | | - |
| 6/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 220.00 | | 220.00 | | | | | | | | | | | 220.00 |
| 6/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 72.06 | | | | | | 72.06 | | | | | | | 72.06 |
| 6/5/25 | Sweep Activity | Transfer | | - | | (220.00) | 220.00 | | | | | | | | | | - |
| 6/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,965.31 | | 1,965.31 | | | | | | | | | | | 1,965.31 |
| 6/6/25 | Sweep Activity | Transfer | | - | | (1,965.31) | 1,965.31 | | | | | | | | | | - |
| 6/7/25 | Unda Felons | Estimated Insurance and Patient Self-Pay AR Collections | | (5,704.00) | | | | | | | | | (5,704.00) | | (5,704.00) | | |
| 6/7/25 | United Healthcare | Chapter 11 Administrative Expenses - Settlement | | (40,773.34) | | | | | | | | | (40,773.34) | | (40,773.34) | | |
| 6/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 23.85 | | | | | | 23.85 | | | | | | | 23.85 |
| 6/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 724.73 | | 724.73 | | | | | | | | | | | 724.73 |
| 6/9/25 | Sweep Activity | Transfer | | - | | (724.73) | 724.73 | | | | | | | | | | - |
| 6/10/25 | Bank Fees | Bank Fees | | (75.57) | | | | | | (75.57) | | | | | | (75.57) | |
| 6/10/25 | Bank Fees | Bank Fees | | (5.29) | | | | | | (5.29) | | | | | | (5.29) | |
| 6/10/25 | Bank Fees | Bank Fees | | (49.56) | | | | | | (49.56) | | | | | | (49.56) | |
| 6/10/25 | Bank Fees | Bank Fees | | (94.65) | | | | | | (94.65) | | | | | | (94.65) | |
| 6/10/25 | Bank Fees | Bank Fees | | (214.75) | | | | | | (214.75) | | | | | | (214.75) | |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 14,502.37 | | 14,502.37 | | | | | | | | | | | 14,502.37 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 365.51 | | 365.51 | | | | | | | | | | | 365.51 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 372.38 | | 372.38 | | | | | | | | | | | 372.38 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 71.22 | | 71.22 | | | | | | | | | | | 71.22 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 6/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,008.02 | | 2,008.02 | | | | | | | | | | | 2,008.02 |
| 6/10/25 | Sweep Activity | Transfer | | - | | (5,295.64) | 5,295.64 | | | | | | | | | | - |
| 6/10/25 | Transfer | Transfer | | - | | | | | | | | (50,000.00) | 50,000.00 | | | | - |
| 6/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 224.97 | | 224.97 | | | | | | | | | | | 224.97 |
| 6/11/25 | Sweep Activity | Transfer | | - | | (224.97) | 224.97 | | | | | | | | | | - |
| 6/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 11,639.94 | | 11,639.94 | | | | | | | | | | | 11,639.94 |
| 6/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 654.12 | | 654.12 | | | | | | | | | | | 654.12 |
| 6/12/25 | Kimberley Marsh | Liquidation Trust - Other Fees | | (2,457.50) | | | | | | | (2,457.50) | | | | | (2,457.50) | |
| 6/12/25 | Sweep Activity | Transfer | | - | | (13,172.38) | 13,172.38 | | | | | | | | | | - |
| 6/13/25 | Bank Fees | Bank Fees | | (12.96) | | (12.96) | | | | | | | | | | (12.96) | |
| 6/13/25 | Bank Fees | Bank Fees | | (1,944.35) | | (1,944.35) | | | | | | | | | | (1,944.35) | |
| 6/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,614.81 | | 1,614.81 | | | | | | | | | | | 1,614.81 |
| 6/13/25 | Sweep Activity | Transfer | | - | | 332.50 | (332.50) | | | | | | | | | | - |
| 6/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 169.15 | | 169.15 | | | | | | | | | | | 169.15 |
| 6/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,182.67 | | 2,182.67 | | | | | | | | | | | 2,182.67 |
| 6/16/25 | Sweep Activity | Transfer | | - | | (13,091.76) | 13,091.76 | | | | | | | | | | - |
| 6/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 351.43 | | 351.43 | | | | | | | | | | | 351.43 |
| 6/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 77.00 | | 77.00 | | | | | | | | | | | 77.00 |
| 6/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 690.35 | | 690.35 | | | | | | | | | | | 690.35 |
| 6/17/25 | Laura Davis | Liquidation Trust - Other Fees | | (5,100.00) | | | | | | | (5,100.00) | | | | | (5,100.00) | |
| 6/17/25 | Sweep Activity | Transfer | | - | | (1,118.76) | 1,118.76 | | | | | | | | | | - |

Mercy Hospital Liquidation Trust
Cash and Recovery Analysis Worksheet

| Date | Transaction | Category | Check No. | Amount | B2 | US Bank Gen'l Checking AC XX8656 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9728 | US Bank Other Accounts | Hills Bank AC XX2999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX3558 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/25 | ComputerShare - Class 1 | Class 1 Distributions | | (2,000,000.00) | | | | | | | (2,000,000.00) | | | | (2,000,000.00) | | |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,192.56 | | 5,192.56 | | | | | | | | | | | 5,192.56 |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 453.53 | | 453.53 | | | | | | | | | | | 453.53 |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,543.29 | | 2,543.29 | | | | | | | | | | | 2,543.29 |
| 6/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,477.17 | | 2,477.17 | | | | | | | | | | | 2,477.17 |
| 6/20/25 | Sweep Activity | Transfer | | - | | (5,960.28) | 5,960.28 | | | | | | | | | | - |
| 6/20/25 | Sweep Activity | Transfer | | - | | | | | | | 2,000,000.00 | (2,000,000.00) | | | | | - |
| 6/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 456.71 | | 456.71 | | | | | | | | | | | 456.71 |
| 6/23/25 | Sweep Activity | Transfer | | - | | (456.71) | 456.71 | | | | | | | | | | - |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 8,479.65 | | 8,479.65 | | | | | | | | | | | 8,479.65 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 464.70 | | 464.70 | | | | | | | | | | | 464.70 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 148.23 | | 148.23 | | | | | | | | | | | 148.23 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,617.92 | | 1,617.92 | | | | | | | | | | | 1,617.92 |
| 6/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 49.79 | | | | | | 49.79 | | | | | | | 49.79 |
| 6/24/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (56,650.59) | | | | | | | (56,650.59) | | | | | (56,650.59) | |
| 6/24/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (36,316.36) | | | | | | | (36,316.36) | | | | | (36,316.36) | |
| 6/24/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (3,466.80) | | | | | | | (3,466.80) | | | | | (3,466.80) | |
| 6/24/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (40,633.67) | | | | | | | (40,633.67) | | | | | (40,633.67) | |
| 6/24/25 | Sweep Activity | Transfer | | - | | (6,917.14) | 6,917.14 | | | | | | | | | | - |
| 6/24/25 | Sweep Activity | Transfer | | - | | | | | | | 125,000.00 | (125,000.00) | | | | | - |
| 6/24/25 | Sweep Activity | Transfer | | - | | | | | | | 130,000.00 | (130,000.00) | | | | | - |
| 6/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 191.86 | | 191.86 | | | | | | | | | | | 191.86 |
| 6/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 694.66 | | 694.66 | | | | | | | | | | | 694.66 |
| 6/25/25 | Sweep Activity | Transfer | | - | | (886.52) | 886.52 | | | | | | | | | | - |
| 6/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 415.65 | | 415.65 | | | | | | | | | | | 415.65 |
| 6/26/25 | Sweep Activity | Transfer | | - | | (5,895.70) | 5,895.70 | | | | | | | | | | - |
| 6/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,205.42 | | 1,205.42 | | | | | | | | | | | 1,205.42 |
| 6/27/25 | Sweep Activity | Transfer | | - | | (1,205.42) | 1,205.42 | | | | | | | | | | - |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 288.86 | | 288.86 | | | | | | | | | | | 288.86 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | | 26.40 | | | | | | | | | | | 26.40 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 555.80 | | 555.80 | | | | | | | | | | | 555.80 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 140.00 | | | | | | 140.00 | | | | | | | 140.00 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 422.43 | | | | | | 422.43 | | | | | | | 422.43 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 530.44 | | | | | | 530.44 | | | | | | | 530.44 |
| 6/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 922.76 | | | | | | 922.76 | | | | | | | 922.76 |
| 6/30/25 | Sweep Activity | Transfer | | - | | (555.80) | 555.80 | | | | | | | | | | - |
| 6/30/25 | Interest | Interest | | 2,119.46 | | | 2,119.46 | | | | | | | | | | 2,119.46 |
| 6/30/25 | Interest | Interest | | 17,338.52 | | | | | | | | 17,338.52 | | | | | 17,338.52 |
| 6/30/25 | Interest | Interest | | 3,202.19 | | | | | | | | | | 3,202.19 | | | 3,202.19 |
| 6/30/25 | Total - Liquidation Trust Cash On Hand | | | 7,682,741.37 | | 313.26 | 1,693,274.95 | - | (0.00) | 25,865.21 | 196,326.46 | 3,843,119.46 | 5,470.84 | 2,016,371.10 | (2,296,184.24) | (737,153.74) | 312,821.75 |
| | US Trustee Fee Rate | | | | | | | | | | | | | | 0.80% | 0.80% | |
| 6/30/25 | Fees Due Qtr. Ended 6/30/25 | | | | | | | | | | | | | | 18,355.47 | 5,897.23 | |