UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

In re: Mercy Hospital Iowa City Iowa et. al. §
§
§
Debtor(s) §

Case No. 23-00623

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2025

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust
Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

09/22/2026
Date

Marc Ross
Printed Name of Responsible Party

c/o Shuttleworth & Ingersoll, 235 6th St. SE , Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $2,046,776 | $34,964,333 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,046,776 | $34,964,333 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered: ______

If no, give date when the application for Final Decree is anticipated: ______

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 09/22/2026 |
| Title | Date |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Mercy Hospital Liquidation Trust 23-00623 (TJC)

| Quarterly Operating Reports | 07/01/25 - 09/30/25 | | |
|---|---|---|---|
| | Original Disbursements Reported | Additional Disbursements Reported | Total |
| Chapter 11 Disbursements | $ 921,339.52 | $ 1,125,436.35 | $ 2,046,775.87 |
| Statutory Rate | 0.40% | 1.13% | 0.80% |
| Quarterly Fees Due | $ 3,685.36 | $ 12,688.85 | $ 16,374.21 |

I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

/s/ Marc B. Ross
Financial Advisor to Liquidation Trustee

9/22/26
Date

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gov't Checking AC XXX836 | US Bank Sweep AC XXX658 | US Bank Payroll AC XXX739 | US Bank Other Accounts | [illegible] Bank AC XXX699 | Flagstar Checking AC XXX323 | Flagstar MMAC AC XXX358 | Flagstar Distribution AC XXX331 | Veritex Distribution AC XXX125 | Western Alliance AC XXX980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/25 | Beginning Cash | | | 7,682,741.27 | 213.26 | 1,593,274.95 | - | (0.00) | 25,865.21 | 196,326.45 | 3,843,119.46 | 5,470.84 | 2,018,371.10 | | | | 7,682,741.27 |
| 7/1/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (5,555.32) | | | | | | (5,085.22) | | | | | | (5,555.32) | |
| 7/1/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (8,614.99) | | | | | | (8,614.99) | | | | | | (8,614.99) | |
| 7/1/25 | Affiliated Healthcare Management Group (AR Collections) | AR Collection Fees | | (31,434.85) | | | | | | (31,434.85) | | | | | | (31,434.85) | |
| 7/1/25 | Bank Fees | Bank Fees | | (657.85) | (657.85) | | | | | | | | | | | (657.85) | |
| 7/1/25 | Bank Fees | Bank Fees | | (132.99) | (132.99) | | | | | | | | | | | (132.99) | |
| 7/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 7/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 7/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 7/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 7/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 7/1/25 | Deloitte Tax LLP | Chapter 11 Administrative Expenses | | (9,193.00) | | | | | | (9,193.00) | | | | | (9,193.00) | | |
| 7/1/25 | Deloitte Tax LLP | Chapter 11 Administrative Expenses | | (24,925.00) | | | | | | (24,925.00) | | | | | (24,925.00) | | |
| 7/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,592.00 | 1,592.00 | | | | | | | | | | | | 1,592.00 |
| 7/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 7,507.04 | 7,507.04 | | | | | | | | | | | | 7,507.04 |
| 7/1/25 | Hy Vee | Chapter 11 Administrative Expenses - Settlement | | (1,922.55) | | | | | | (1,922.55) | | | | | (1,922.55) | | |
| 7/1/25 | Sweep Activity | Transfer | | - | (7,657.65) | 7,657.65 | | | | | | | | | | | - |
| 7/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 460.90 | 460.90 | | | | | | | | | | | | 460.90 |
| 7/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 411.38 | 411.38 | | | | | | | | | | | | 411.38 |
| 7/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,667.05 | 1,667.05 | | | | | | | | | | | | 1,667.05 |
| 7/2/25 | Sweep Activity | Transfer | | - | (3,073.49) | 3,073.49 | | | | | | | | | | | - |
| 7/3/25 | Dervan Wood | AR Collection Fees | | (1,893.75) | | | | | | (1,893.75) | | | | | | (1,893.75) | |
| 7/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 331.94 | 331.94 | | | | | | | | | | | | 331.94 |
| 7/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 314.33 | 314.33 | | | | | | | | | | | | 314.33 |
| 7/3/25 | Sweep Activity | Transfer | | - | (646.27) | 646.27 | | | | | | | | | | | - |
| 7/9/25 | Phelan Tucker Law LLP | Liquidation Trust - Other Fees | | (5,211.00) | | | | | | (5,211.00) | | | | | | (5,211.00) | |
| 7/9/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (119,112.22) | | | | | | (119,112.22) | | | | | | (119,112.22) | |
| 7/9/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (3,970.50) | | | | | | (3,970.50) | | | | | | (3,970.50) | |
| 7/9/25 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 7/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 169.00 | 169.00 | | | | | | | | | | | | 169.00 |
| 7/7/25 | Sweep Activity | Transfer | | - | (169.00) | 169.00 | | | | | | | | | | | - |
| 7/8/25 | Sweep Activity | Transfer | | - | (1,299.32) | 1,299.32 | | | | | | | | | | | - |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 223.24 | 223.24 | | | | | | | | | | | | 223.24 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 192.38 | 192.38 | | | | | | | | | | | | 192.38 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 753.70 | 753.70 | | | | | | | | | | | | 753.70 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 10,604.92 | 10,604.92 | | | | | | | | | | | | 10,604.92 |
| 7/7/25 | Bank Fees | Bank Fees | | (4.64) | | | | | (4.64) | | | | | | | (4.64) | |
| 7/3/25 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | | (154.80) | |
| 7/3/25 | Bank Fees | Bank Fees | | (94.93) | | | | | (94.93) | | | | | | | (94.93) | |
| 7/5/25 | Bank Fees | Bank Fees | | (49.93) | | | | | (49.93) | | | | | | | (49.93) | |
| 7/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 0.42 | | | | | 0.42 | | | | | | | | 0.42 |
| 7/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,240.54 | 2,240.54 | | | | | | | | | | | | 2,240.54 |
| 7/8/25 | Sweep Activity | Transfer | | - | (2,240.54) | 2,240.54 | | | | | | | | | | | - |
| 7/14/25 | Edward Patrick Hagghanes | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 7/14/25 | Laura Davis | Liquidation Trust - Other Fees | | (4,550.00) | | | | | | (4,550.00) | | | | | | (4,550.00) | |
| 7/11/25 | Sweep Activity | Transfer | | - | (10,873.92) | 10,873.92 | | | | | | | | | | | - |
| 7/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 460.00 | 460.00 | | | | | | | | | | | | 460.00 |
| 7/11/25 | Sweep Activity | Transfer | | - | (100.00) | 100.00 | | | | | | | | | | | - |
| 7/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 7/14/25 | Sweep Activity | Transfer | | - | (580.47) | 580.47 | | | | | | | | | | | - |
| 7/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 189.16 | 189.16 | | | | | | | | | | | | 189.16 |
| 7/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 611.31 | 611.31 | | | | | | | | | | | | 611.31 |
| 7/17/25 | Transfer | Transfer | | - | | | | | | 250,000.00 | (250,000.00) | | | | | | - |
| 7/17/25 | Day Pitney Martin | Liquidation Trust - Professional Fees | | (37,915.05) | | | | | | (37,915.05) | | | | | | (37,915.05) | |
| 7/17/25 | Day Pitney Martin | Liquidation Trust - Mercy One Professional Fees | | (37,015.05) | | | | | | (37,915.05) | | | | | | (37,015.05) | |
| 7/17/25 | Day Pitney Martin | Liquidation Trust - ICASO Fees | | (15,957.53) | | | | | | (15,957.53) | | | | | | (15,957.53) | |
| 7/21/25 | Simmons Perrine [illegible] | Liquidation Trust - Professional Fees | | (1,954.60) | | | | | | (1,554.50) | | | | | | (1,954.60) | |
| 7/21/25 | Simmons Perrine [illegible] | Liquidation Trust - Professional Fees | | (30,551.92) | | | | | | (35,581.92) | | | | | | (30,551.92) | |
| 7/21/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (31,519.92) | | | | | | (31,519.92) | | | | | | (31,519.92) | |
| 7/21/25 | MBH Management Associates LLC | Liquidation Trust - Professional Fees | | (55,545.07) | | | | | | (55,545.07) | | | | | | (55,545.07) | |
| 7/23/25 | Transfer | Transfer | | - | | | | | | | (45,000.00) | 45,000.00 | | | | | - |
| 7/23/25 | US Foods | Chapter 11 Administrative Expenses - Settlements | | (40,290.97) | | | | | | | | (40,290.97) | | | (40,290.97) | | |
| 7/15/25 | Sweep Activity | Transfer | | - | (73.06) | 73.06 | | | | | | | | | | | - |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6,555.54 | 6,555.54 | | | | | | | | | | | | 6,555.54 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 432.53 | 432.53 | | | | | | | | | | | | 432.53 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 241.25 | 241.25 | | | | | | | | | | | | 241.25 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 26.40 | 26.40 | | | | | | | | | | | | 26.40 |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 612.11 | 612.11 | | | | | | | | | | | | 612.11 |
| 7/15/25 | Bank Fees | Bank Fees | | (13.05) | (13.05) | | | | | | | | | | | (13.05) | |
| 7/15/25 | Bank Fees | Bank Fees | | (1,366.15) | (1,366.15) | | | | | | | | | | | (1,366.15) | |
| 7/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 334.00 | 334.00 | | | | | | | | | | | | 334.00 |
| 7/15/25 | Sweep Activity | Transfer | | - | (334.00) | 334.00 | | | | | | | | | | | - |
| 7/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,097.91 | 1,097.91 | | | | | | | | | | | | 1,097.91 |
| 7/17/25 | Sweep Activity | Transfer | | - | (7,656.75) | 7,656.75 | | | | | | | | | | | - |
| 7/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,469.46 | 1,469.46 | | | | | | | | | | | | 1,469.46 |
| 7/16/25 | Sweep Activity | Transfer | | - | (1,469.46) | 1,469.46 | | | | | | | | | | | - |
| 7/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 86.61 | 86.61 | | | | | | | | | | | | 86.61 |
| 7/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,455.00 | 1,455.00 | | | | | | | | | | | | 1,455.00 |
| 7/21/25 | Sweep Activity | Transfer | | - | (1,541.61) | 1,541.61 | | | | | | | | | | | - |
| 7/22/25 | Sedgwick | Self Insurance Payments | | 5,492.67 | 5,492.67 | | | | | | | | | | | | 5,492.67 |
| 7/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 262.60 | 262.60 | | | | | | | | | | | | 262.60 |
| 7/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.63 | 130.63 | | | | | | | | | | | | 130.63 |
| 7/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,232.39 | 1,232.39 | | | | | | | | | | | | 1,232.39 |
| 7/22/25 | Sweep Activity | Transfer | | - | (7,055.29) | 7,055.29 | | | | | | | | | | | - |
| 7/8/25 | Bank Fees | Bank Fees | | - | | | | | - | | | | | | | | - |
| 7/9/25 | Bank Fees | Bank Fees | | - | | | | | - | | | | | | | | - |
| 7/9/25 | Bank Fees | Bank Fees | | - | | | | | - | | | | | | | | - |
| 7/10/25 | Bank Fees | Bank Fees | | (56.26) | | | | | (56.26) | | | | | | | (56.26) | |
| 7/10/25 | Bank Fees | Bank Fees | | - | | | | | - | | | | | | | | - |
| 7/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,745.10 | 1,745.10 | | | | | | | | | | | | 1,745.10 |
| 7/23/25 | Sweep Activity | Transfer | | - | (1,745.10) | 1,745.10 | | | | | | | | | | | - |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15,376.17 | 15,376.17 | | | | | | | | | | | | 15,376.17 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 298.62 | 298.62 | | | | | | | | | | | | 298.62 |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX8836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5930 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,157.98 | 1,157.98 | | | | | | | | | | | | 1,157.98 |
| 7/24/25 | Sweep Activity | Transfer | | - | (1,417.58) | 1,417.58 | | | | | | | | | | | - |
| 7/25/25 | Sweep Activity | Transfer | | - | (1,753.66) | 1,753.66 | | | | | | | | | | | - |
| 7/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 35.80 | 35.80 | | | | | | | | | | | | 35.80 |
| 7/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 29.10 | 29.10 | | | | | | | | | | | | 29.10 |
| 7/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,600.47 | 1,600.47 | | | | | | | | | | | | 1,600.47 |
| 7/28/25 | Sweep Activity | Transfer | | - | (15,570.37) | 15,570.37 | | | | | | | | | | | - |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,026.94 | 2,026.94 | | | | | | | | | | | | 2,026.94 |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 161.33 | 161.33 | | | | | | | | | | | | 161.33 |
| 7/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 35.80 | 35.80 | | | | | | | | | | | | 35.80 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | 9.70 | | | | | | | | | | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 271.00 | 271.00 | | | | | | | | | | | | 271.00 |
| 7/28/25 | Bank Fees | Bank Fees | | (150.00) | (150.00) | | | | | | | | | | | (150.00) | |
| 7/29/25 | Sweep Activity | Transfer | | - | (1,553.48) | 1,553.48 | | | | | | | | | | | - |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,522.18 | 2,522.18 | | | | | | | | | | | | 2,522.18 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 565.77 | 565.77 | | | | | | | | | | | | 565.77 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 514.52 | 514.52 | | | | | | | | | | | | 514.52 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | 9.70 | | | | | | | | | | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | 9.70 | | | | | | | | | | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 9.70 | 9.70 | | | | | | | | | | | | 9.70 |
| 7/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 424.09 | 424.09 | | | | | | | | | | | | 424.09 |
| 7/30/25 | Sweep Activity | Transfer | | - | 14,277.97 | (14,277.97) | | | | | | | | | | | - |
| 7/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,080.56 | 2,080.56 | | | | | | | | | | | | 2,080.56 |
| 7/30/25 | US Dept. of the Treasury | US Trustee Fees | | (18,355.47) | (18,355.47) | | | | | | | | | | | (18,355.47) | |
| 7/31/25 | Sweep Activity | Transfer | | - | (2,824.20) | 2,824.20 | | | | | | | | | | | - |
| 7/31/25 | Interest | Interest | | 2,285.77 | | 2,285.77 | | | | | | | | | | | 2,285.77 |
| 7/31/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 452.02 | 452.02 | | | | | | | | | | | | 452.02 |
| 7/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 0.54 | | | | | 0.54 | | | | | | | | 0.54 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 758.15 | | | | | 758.15 | | | | | | | | 758.15 |
| 7/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 156.76 | | | | | 156.76 | | | | | | | | 156.76 |
| 7/30/25 | Transfer | Transfer | | - | | | | | | | | | (2,000,000.00) | 2,000,000.00 | | | - |
| 7/31/25 | Interest | Interest | | 191.78 | | | | | | | | | | 191.78 | | | 191.78 |
| 7/31/25 | Interest | Interest | | 12,359.53 | | | | | | | 12,359.53 | | | | | | 12,359.53 |
| 7/31/25 | Interest | Interest | | 3,200.29 | | | | | | | | | 3,200.29 | | | | 3,200.29 |
| 7/22/25 | | | | - | | | | | | | | | | | | | - |
| 7/31/25 | Total | | | 7,210,923.41 | (0.00) | 1,861,481.39 | - | (0.00) | 28,440.48 | 110,565.81 | 3,460,453.99 | 30,179.87 | 21,530.39 | | | | |
| 7/31/25 | | | | | | | | | | | | | | | | | |
| 8/1/25 | Sweep Activity | Transfer | | - | 1,299.44 | (1,299.44) | | | | | | | | | | | - |
| 8/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 359.97 | 359.97 | | | | | | | | | | | | 359.97 |
| 8/1/25 | Bank Fees | Bank Fees | | (102.99) | (102.99) | | | | | | | | | | | (102.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 8/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 8/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 8/1/25 | Bank Fees | Bank Fees | | (876.87) | (876.87) | | | | | | | | | | | (876.87) | |
| 8/4/25 | Sweep Activity | Transfer | | - | (1,388.36) | 1,388.36 | | | | | | | | | | | - |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 130.63 | 130.63 | | | | | | | | | | | | 130.63 |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 127.60 | 127.60 | | | | | | | | | | | | 127.60 |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.13 | 50.13 | | | | | | | | | | | | 50.13 |
| 8/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,050.00 | 1,050.00 | | | | | | | | | | | | 1,050.00 |
| 8/5/25 | Sweep Activity | Transfer | | - | (2,569.13) | 2,569.13 | | | | | | | | | | | - |
| 8/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,121.03 | 4,121.03 | | | | | | | | | | | | 4,121.03 |
| 8/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 125.41 | 125.41 | | | | | | | | | | | | 125.41 |
| 8/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,563.72 | 2,563.72 | | | | | | | | | | | | 2,563.72 |
| 8/6/25 | Sweep Activity | Transfer | | - | (766.73) | 766.73 | | | | | | | | | | | - |
| 8/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 766.73 | 766.73 | | | | | | | | | | | | 766.73 |
| 8/7/25 | Sweep Activity | Transfer | | - | (4,468.60) | 4,468.60 | | | | | | | | | | | - |
| 8/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 367.66 | 367.66 | | | | | | | | | | | | 367.66 |
| 8/8/25 | Sweep Activity | Transfer | | - | (270.40) | 270.40 | | | | | | | | | | | - |
| 8/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 270.40 | 270.40 | | | | | | | | | | | | 270.40 |
| 8/11/25 | Sweep Activity | Transfer | | - | (767.79) | 767.79 | | | | | | | | | | | - |
| 8/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 167.79 | 167.79 | | | | | | | | | | | | 167.79 |
| 8/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 600.00 | 600.00 | | | | | | | | | | | | 600.00 |
| 8/12/25 | Sweep Activity | Transfer | | - | (2,224.33) | 2,224.33 | | | | | | | | | | | - |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 520.18 | 520.18 | | | | | | | | | | | | 520.18 |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.75 | 327.75 | | | | | | | | | | | | 327.75 |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.40 | 25.40 | | | | | | | | | | | | 25.40 |
| 8/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,350.00 | 1,350.00 | | | | | | | | | | | | 1,350.00 |
| 8/13/25 | Sweep Activity | Transfer | | - | (146.00) | 146.00 | | | | | | | | | | | - |
| 8/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 146.00 | 146.00 | | | | | | | | | | | | 146.00 |
| 8/14/25 | Sweep Activity | Transfer | | - | 930.36 | (930.36) | | | | | | | | | | | - |
| 8/14/25 | Bank Fees | Bank Fees | | (13.55) | (13.55) | | | | | | | | | | | (13.55) | |
| 8/14/25 | Bank Fees | Bank Fees | | (1,431.65) | (1,431.65) | | | | | | | | | | | (1,431.65) | |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,192.18 | 4,192.18 | | | | | | | | | | | | 4,192.18 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 103.67 | 103.67 | | | | | | | | | | | | 103.67 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 423.62 | 423.62 | | | | | | | | | | | | 423.62 |
| 8/15/25 | Sweep Activity | Transfer | | - | (1,209.08) | 1,209.08 | | | | | | | | | | | - |
| 8/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 278.57 | 278.57 | | | | | | | | | | | | 278.57 |
| 8/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 930.51 | 930.51 | | | | | | | | | | | | 930.51 |
| 8/18/25 | Sweep Activity | Transfer | | - | (5,507.46) | 5,507.46 | | | | | | | | | | | - |
| 8/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 71.75 | 71.75 | | | | | | | | | | | | 71.75 |
| 8/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,224.86 | 1,224.86 | | | | | | | | | | | | 1,224.86 |
| 8/19/25 | Sweep Activity | Transfer | | - | (2,119.84) | 2,119.84 | | | | | | | | | | | - |
| 8/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 363.86 | 363.86 | | | | | | | | | | | | 363.86 |
| 8/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 174.63 | 174.63 | | | | | | | | | | | | 174.63 |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,575.35 | 1,575.35 | | | | | | | | | | | | 1,575.35 |
| 8/20/25 | Sweep Activity | Transfer | | - | (2,175.00) | 2,175.00 | | | | | | | | | | | - |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,617.08 | 5,617.08 | | | | | | | | | | | | 5,617.08 |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 101.33 | 101.33 | | | | | | | | | | | | 101.33 |
| 8/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,125.00 | 2,125.00 | | | | | | | | | | | | 2,125.00 |
| 8/21/25 | Sweep Activity | Transfer | | - | (315.87) | 315.87 | | | | | | | | | | | - |
| 8/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 299.87 | 299.87 | | | | | | | | | | | | 299.87 |
| 8/22/25 | Sweep Activity | Transfer | | - | (6,035.14) | 6,035.14 | | | | | | | | | | | - |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6636 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0328 | Flagstar HMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5930 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 142.73 | 142.73 | | | | | | | | | | | | 142.73 |
| 8/25/25 | Sweep Activity | Transfer | | - | (732.96) | 732.96 | | | | | | | | | | | - |
| 8/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 55.65 | 55.65 | | | | | | | | | | | | 55.65 |
| 8/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 747.11 | 747.11 | | | | | | | | | | | | 747.11 |
| 8/26/25 | Sweep Activity | Transfer | | - | (1,967.31) | 1,967.31 | | | | | | | | | | | - |
| 8/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 335.12 | 335.12 | | | | | | | | | | | | 335.12 |
| 8/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17.60 | 17.60 | | | | | | | | | | | | 17.60 |
| 8/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,623.44 | 1,623.44 | | | | | | | | | | | | 1,623.44 |
| 8/26/25 | Scopeach | Self Insurance Payments | | (5.65) | (5.65) | | | | | | | | | | | (5.65) | |
| 8/27/25 | Sweep Activity | Transfer | | - | (1,951.07) | 1,951.07 | | | | | | | | | | | - |
| 8/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,951.07 | 1,951.07 | | | | | | | | | | | | 1,951.07 |
| 8/28/25 | Sweep Activity | Transfer | | - | (1,063.13) | 1,063.13 | | | | | | | | | | | - |
| 8/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 13,933.31 | 13,933.31 | | | | | | | | | | | | 13,933.31 |
| 8/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 863.13 | 863.13 | | | | | | | | | | | | 863.13 |
| 8/29/25 | Sweep Activity | Transfer | | - | (1,191.75) | 1,191.75 | | | | | | | | | | | - |
| 8/29/25 | Interest | Interest | | 2,346.01 | | 2,346.01 | | | | | | | | | | | 2,346.01 |
| 8/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,171.76 | 1,171.76 | | | | | | | | | | | | 1,171.76 |
| 8/8/25 | Bank Fees | Bank Fees | | (43.65) | | | | | (43.65) | | | | | | | (43.65) | |
| 8/11/25 | Bank Fees | Bank Fees | | (54.65) | | | | | (54.65) | | | | | | | (54.65) | |
| 8/11/25 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | (94.85) | |
| 8/12/25 | Bank Fees | Bank Fees | | (63.54) | | | | | (63.54) | | | | | | | (63.54) | |
| 8/12/25 | Bank Fees | Bank Fees | | (4.45) | | | | | (4.45) | | | | | | | (4.45) | |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 66.07 | | | | | 66.07 | | | | | | | | 66.07 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 134.48 | | | | | 134.48 | | | | | | | | 134.48 |
| 8/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 147.60 | | | | | 147.60 | | | | | | | | 147.60 |
| 8/25/25 | Miscellaneous | Miscellaneous | 164649 | (10.00) | | | | | (10.00) | | | | | | (10.00) | | |
| 8/26/25 | Miscellaneous | Miscellaneous | 164643 | 10.00 | | | | | 10.00 | | | | | | | | 10.00 |
| 8/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 589.44 | | | | | 589.44 | | | | | | | | 589.44 |
| 8/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 111.61 | | | | | 111.61 | | | | | | | | 111.61 |
| 8/31/25 | Miscellaneous | Miscellaneous | | 0.10 | | | | | 0.10 | | | | | | | | 0.10 |
| 8/31/25 | Interest | Interest | | 2,972.89 | | | | | | | | | | 2,972.89 | | | 2,972.89 |
| 8/5/25 | Transfer | Transfer | | - | | | | | | 650,000.00 | (650,000.00) | | | | | | - |
| 8/5/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (148,602.25) | | | | | | (148,602.25) | | | | | | (148,602.25) | |
| 8/5/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (159.50) | | | | | | (159.50) | | | | | | (159.50) | |
| 8/5/25 | Nyemaster Goode, PC | Liquidation Trust - WC Work | | (85.50) | | | | | | (85.50) | | | | | | (85.50) | |
| 8/5/25 | Principal Financial Group | Class 5 Distribution | | (750,000.00) | | | | | | (750,000.00) | | | | | (750,000.00) | | |
| 8/6/25 | Johnson Controls | MOB Remediation | | (16,629.69) | | | | | | (16,629.69) | | | | | | (16,629.69) | |
| 8/11/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,145.75) | | | | | | (1,145.75) | | | | | | (1,145.75) | |
| 8/18/25 | Transfer | Transfer | | - | | | | | | 150,000.00 | (150,000.00) | | | | | | - |
| 8/18/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (623.00) | | | | | | (623.00) | | | | | | (623.00) | |
| 8/18/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (33,292.25) | | | | | | (33,292.25) | | | | | | (33,292.25) | |
| 8/19/25 | Steindler Orthopedic Clinic | MOB Occupancy Fees | | (1,000.00) | | | | | | (1,000.00) | | | | | | (1,000.00) | |
| 8/18/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (7,402.72) | | | | | | (7,402.72) | | | | | | (7,402.72) | |
| 8/19/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (11,315.53) | | | | | | (11,315.53) | | | | | | (11,315.53) | |
| 8/18/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (31,223.36) | | | | | | (31,223.36) | | | | | | (31,223.36) | |
| 8/18/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (21,575.90) | | | | | | (21,575.90) | | | | | | (21,575.90) | |
| 8/18/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (54,473.60) | | | | | | (54,473.60) | | | | | | (54,473.60) | |
| 8/25/25 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 8/25/25 | Microsoft Corporation | Chapter 11 Administrative Expenses - Settlements | | (95,000.00) | | | | | | (95,000.00) | | | | | (95,000.00) | | |
| 8/19/25 | Laura Davis | Liquidation Trust - Other Fees | | (1,410.00) | | | | | | (1,410.00) | | | | | | (1,410.00) | |
| 8/25/25 | Miscellaneous | Miscellaneous | | 0.40 | | | | | | 0.40 | | | | | | | 0.40 |
| 8/29/25 | Interest | Interest | | 8,043.63 | | | | | | | 8,043.63 | | | | | | 8,043.63 |
| **8/31/25** | **Total** | | | **8,163,994.29** | **10,783.01** | **1,448,707.63** | **-** | **(0.00)** | **27,178.34** | **29,863.26** | **2,369,438.82** | **10,179.37** | **21,586.39** | **2,003,164.87** | | | |
| **8/31/25** | | | | | | | | | | | | | | | | | |
| 9/1/25 | Interest | Interest | | 37.84 | | | | | | | | | 37.84 | | | | 37.84 |
| 9/3/25 | Bank Fees | Bank Fees | | (43.95) | | | | | (43.95) | | | | | | | (43.95) | |
| 9/3/25 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | (94.85) | |
| 9/3/25 | Bank Fees | Bank Fees | | (154.60) | | | | | (154.60) | | | | | | | (154.60) | |
| 9/11/25 | Bank Fees | Bank Fees | | (64.10) | | | | | (64.10) | | | | | | | (64.10) | |
| 9/11/25 | Bank Fees | Bank Fees | | (4.47) | | | | | (4.47) | | | | | | | (4.47) | |
| 9/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 470.29 | | | | | 470.29 | | | | | | | | 470.29 |
| 9/5/25 | Denise Wood | Liquidation Trust - Other Fees | | (1,237.50) | | | | | | (1,237.50) | | | | | | (1,237.50) | |
| 9/5/25 | Kimberley Mears | Liquidation Trust - Other Fees | | (2,230.00) | | | | | | (2,230.00) | | | | | | (2,230.00) | |
| 9/5/25 | Transfer | Transfer | | - | | | | | | 25,000.00 | (25,000.00) | | | | | | - |
| 9/5/25 | Big River Insurance Company | E&O Coverage | | (5,667.34) | | | | | | (5,667.34) | | | | | | (5,667.34) | |
| 9/5/25 | Big River Insurance Company | E&O Coverage | | (10,506.25) | | | | | | (10,506.25) | | | | | | (10,506.25) | |
| 9/5/25 | Big River Insurance Company | E&O Coverage | | (14,042.00) | | | | | | (14,042.00) | | | | | | (14,042.00) | |
| 9/15/25 | Transfer | Transfer | | - | | | | | | 10,000.00 | (10,000.00) | | | | | | - |
| 9/15/25 | Transfer | Transfer | | - | | | | | | 120,000.00 | (120,000.00) | | | | | | - |
| 9/15/25 | Transfer | Transfer | | - | | | | | | 130,000.00 | (130,000.00) | | | | | | - |
| 9/15/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (935.65) | | | | | | (935.65) | | | | | | (935.65) | |
| 9/15/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (14,544.81) | | | | | | (14,544.81) | | | | | | (14,544.81) | |
| 9/15/25 | Airtemp Refrigeration | MOB - Remediation | | (13,704.74) | | | | | | (13,704.74) | | | | | | (13,704.74) | |
| 9/16/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (20,953.51) | | | | | | (20,953.51) | | | | | | (20,953.51) | |
| 9/16/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (20,555.99) | | | | | | (20,555.99) | | | | | | (20,555.99) | |
| 9/16/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (55,722.80) | | | | | | (55,722.80) | | | | | | (55,722.80) | |
| 9/22/25 | Edward Patrick Magalines | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 9/22/25 | Paula Baty | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 9/22/25 | Transfer | Transfer | | - | | | | | | 150,000.00 | (150,000.00) | | | | | | - |
| 9/23/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (151,773.29) | | | | | | (151,773.29) | | | | | | (151,773.29) | |
| 9/25/25 | Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | | (25,742.50) | | | | | | (25,742.50) | | | | | | (25,742.50) | |
| 9/22/25 | Philips North America | Preference and Avoidance Action Recoveries | | 55,000.00 | | | | | | | 55,000.00 | | | | | | 55,000.00 |
| 9/2/25 | Sweep Activity | Transfer | | - | (11,840.55) | 11,840.55 | | | | | | | | | | | |
| 9/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,502.40 | 1,502.40 | | | | | | | | | | | | 1,502.40 |
| 9/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | (1,000.00) | (1,000.00) | Return item | | | | | | | | | | (1,000.00) | |
| 9/2/25 | Bank Fees | Bank Fees | | (761.62) | (761.62) | | | | | | | | | | | (761.62) | |
| 9/2/25 | Bank Fees | Bank Fees | | (132.99) | (132.99) | | | | | | | | | | | (132.99) | |
| 9/2/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 9/2/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 9/2/25 | Bank Fees | Bank Fees | | (107.05) | (107.05) | | | | | | | | | | | (107.05) | |
| 9/2/25 | Bank Fees | Bank Fees | | (107.29) | (107.29) | | | | | | | | | | | (107.29) | |
| 9/2/25 | Bank Fees | Bank Fees | | (107.29) | (107.29) | | | | | | | | | | | (107.29) | |
| 9/3/25 | Sweep Activity | Transfer | | - | (2,541.67) | 2,541.67 | | | | | | | | | | | - |
| 9/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 327.55 | 327.55 | | | | | | | | | | | | 327.55 |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX4838 | US Bank Sweep AC XX4456 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0320 | Flagstar HHAC AC XX0754 | Flagstar Distribution AC XX0331 | Vertex Distribution AC XX3125 | Westlake Alliance AC XX5810 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 269.51 | 269.51 | | | | | | | | | | | | 269.51 |
| 9/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,024.63 | 1,024.63 | | | | | | | | | | | | 1,024.63 |
| 9/4/25 | Sweep Activity | Transfer | | - | (2,076.10) | 2,076.10 | | | | | | | | | | | - |
| 9/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.62 | 57.62 | | | | | | | | | | | | 57.62 |
| 9/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,019.57 | 2,019.57 | | | | | | | | | | | | 2,019.57 |
| 9/5/25 | Sweep Activity | Transfer | | - | (1,701.96) | 1,701.96 | | | | | | | | | | | - |
| 9/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,701.96 | 1,701.96 | | | | | | | | | | | | 1,701.96 |
| 9/5/25 | Sweep Activity | Transfer | | - | (1,943.85) | 1,943.85 | | | | | | | | | | | - |
| 9/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,859.73 | 5,859.73 | | | | | | | | | | | | 5,859.73 |
| 9/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 41.00 | 41.00 | | | | | | | | | | | | 41.00 |
| 9/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,602.85 | 1,602.85 | | | | | | | | | | | | 1,602.85 |
| 9/9/25 | Sweep Activity | Transfer | | - | 155.70 | (155.70) | | | | | | | | | | | - |
| 9/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 930.11 | 930.11 | | | | | | | | | | | | 930.11 |
| 9/9/25 | Sedgwick | Self Insurance Payments | | (1,065.81) | (1,065.81) | | | | | | | | | | | (1,065.81) | |
| 9/10/25 | Sweep Activity | Transfer | | - | (6,510.00) | 6,510.00 | | | | | | | | | | | - |
| 9/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,450.30 | 3,450.30 | | | | | | | | | | | | 3,450.30 |
| 9/11/25 | Sweep Activity | Transfer | | - | (1,061.00) | 1,061.00 | | | | | | | | | | | - |
| 9/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,061.00 | 1,061.00 | | | | | | | | | | | | 1,061.00 |
| 9/12/25 | Sweep Activity | Transfer | | - | (549.00) | 549.00 | | | | | | | | | | | - |
| 9/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 374.00 | 374.00 | | | | | | | | | | | | 374.00 |
| 9/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 175.00 | 175.00 | | | | | | | | | | | | 175.00 |
| 9/15/25 | Sweep Activity | Transfer | | - | 1,557.14 | (1,557.14) | | | | | | | | | | | - |
| 9/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 20.00 | 20.00 | | | | | | | | | | | | 20.00 |
| 9/15/25 | Bank Fees | Bank Fees | | (13.65) | (13.65) | | | | | | | | | | | (13.65) | |
| 9/15/25 | Bank Fees | Bank Fees | | (1,394.05) | (1,394.05) | | | | | | | | | | | (1,394.05) | |
| 9/16/25 | Sweep Activity | Transfer | | - | (228.65) | 228.65 | | | | | | | | | | | - |
| 9/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 328.65 | 328.65 | | | | | | | | | | | | 574.65 |
| 9/17/25 | Sweep Activity | Transfer | | - | (1,657.60) | 1,657.60 | | | | | | | | | | | - |
| 9/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,657.60 | 1,657.60 | | | | | | | | | | | | 1,657.60 |
| 9/18/25 | Sweep Activity | Transfer | | - | (1,049.51) | 1,049.51 | | | | | | | | | | | - |
| 9/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,049.51 | 1,049.51 | | | | | | | | | | | | 1,049.51 |
| 9/19/25 | Sweep Activity | Transfer | | - | (1,370.84) | 1,370.84 | | | | | | | | | | | - |
| 9/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,370.84 | 1,370.84 | | | | | | | | | | | | 1,370.84 |
| 9/22/25 | Sweep Activity | Transfer | | - | (1,359.06) | 1,359.06 | | | | | | | | | | | - |
| 9/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,179.54 | 1,179.54 | | | | | | | | | | | | 1,179.54 |
| 9/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 179.52 | 179.52 | | | | | | | | | | | | 179.52 |
| 9/23/25 | Sweep Activity | Transfer | | - | (4,000.91) | 4,000.91 | | | | | | | | | | | - |
| 9/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,000.91 | 4,000.91 | | | | | | | | | | | | 4,000.91 |
| 9/24/25 | Sweep Activity | Transfer | | - | (577.11) | 577.11 | | | | | | | | | | | - |
| 9/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 577.11 | 577.11 | | | | | | | | | | | | 577.11 |
| 9/25/25 | Sweep Activity | Transfer | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 9/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,188.34 | 3,188.34 | | | | | | | | | | | | 3,188.34 |
| 9/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 205.95 | 205.95 | | | | | | | | | | | | 205.95 |
| 9/26/25 | Sweep Activity | Transfer | | - | (500.00) | 500.00 | | | | | | | | | | | - |
| 9/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 450.00 | 450.00 | | | | | | | | | | | | 450.00 |
| 9/29/25 | Sweep Activity | Transfer | | - | (3,459.29) | 3,459.29 | | | | | | | | | | | - |
| 9/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 9/30/25 | Sweep Activity | Transfer | | - | (1,604.95) | 1,604.95 | | | | | | | | | | | - |
| 9/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,604.90 | 1,604.90 | | | | | | | | | | | | 1,604.90 |
| 9/30/25 | Interest | Interest | | 2,276.71 | | 2,276.71 | | | | | | | | | | | 2,276.71 |
| 9/30/25 | Interest | Interest | | 7,234.23 | | | | | | | 7,234.23 | | | | | | 7,234.23 |
| 9/30/25 | Interest | Interest | | 57.42 | | | | | | | | | 57.42 | | | | 57.42 |
| 9/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 228.88 | | | | | 228.88 | | | | | | | | 228.88 |
| 9/30/25 | Total Activity and Liquidation Trust Cash on Hand | | | 5,920,907.28 | (0.00) | 1,735,474.88 | - | (0.00) | 27,507.29 | 105,306.87 | 1,996,573.06 | 10,179.87 | 31,650.65 | 2,003,164.67 | (921,339.52) | (1,115,435.35) | 7,947,663.15 |
| | US Trustee Fee Rate | | | | | | | | | | | | | | 0.40% | 0.80% | |
| 9/30/25 | Fees Due Qtr. Ended 9/30/25 | | | | | | | | | | | | | | 3,685.35 | 12,652.25 | |