UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

In re: Mercy Hospital Iowa City Iowa et. al. §
§
§
Debtor(s) §

Case No. 23-00623

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2025

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust
Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

09/22/2026
Date

Marc Ross
Printed Name of Responsible Party

c/o Shuttleworth & Ingersoll, 235 6th St. SE , Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $935,885 | $35,900,218 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $935,885 | $35,900,218 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ●

If yes, give date Final Decree was entered: ________

If no, give date when the application for Final Decree is anticipated: ________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ● No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 09/22/2026 |
| Title | Date |

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Mercy Hospital Liquidation Trust 23-00623 (TJC)

| Quarterly Operating Reports | 10/01/25 - 12/31/25 | | |
|---|---|---|---|
| | Original Disbursements Reported | Additional Disbursements Reported | Total |
| Chapter 11 Disbursements | $ 7,370.72 | $ 928,514.05 | $ 935,884.77 |
| Statutory Rate | | 0.38% | 0.40% |
| Quarterly Fees Due | $ 250.00 | $ 3,493.54 | $ 3,743.54 |

I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

/s/ Marc B. Ross
Financial Advisor to Liquidation Trustee

9/22/26
Date

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Cash Checking AC XX4638 | US Bank Sweep AC XX4636 | US Bank Payroll AC XX8729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Vertex Distribution AC XX3336 | Western Alliance AC XX5560 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/25 | Beginning Cash | | | 5,890,965.69 | (0.00) | 3,735,503.29 | - | (0.00) | 27,597.39 | 105,306.87 | 3,996,873.05 | 10,179.87 | 21,650.45 | 2,003,164.67 | | | 5,890,965.69 |
| 10/1/25 | Bank Fees | Bank Fees | | (627.76) | (627.76) | | | | | | | | | | | (627.76) | |
| 10/1/25 | Bank Fees | Bank Fees | | (132.99) | (132.99) | | | | | | | | | | | (132.99) | |
| 10/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 10/1/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 10/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 10/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 10/1/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 10/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 250.00 | 250.00 | | | | | | | | | | | | 250.00 |
| 10/1/25 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (75,000.00) | | | | | | (75,000.00) | | | | | | (75,000.00) | |
| 10/1/25 | Johnson County Tax Collector | MOB - Real Estate Taxes | | (76,505.30) | | | | | | (76,505.30) | | | | | | (76,505.30) | |
| 10/1/25 | Sweep Activity | Transfer | | - | 1,261.30 | (1,261.30) | | | | | | | | | | | - |
| 10/1/25 | Transfer | Transfer | | - | | | | | | | 10,179.87 | (10,179.87) | | | | | - |
| 10/1/25 | Transfer | Transfer | | - | | | | | | | (55,000.00) | 55,000.00 | | | | | - |
| 10/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,973.31 | 1,973.31 | | | | | | | | | | | | 1,973.31 |
| 10/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,062.07 | 3,062.07 | | | | | | | | | | | | 3,062.07 |
| 10/2/25 | Sweep Activity | Transfer | | - | (2,258.31) | 2,258.31 | | | | | | | | | | | - |
| 10/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.61 | 57.61 | | | | | | | | | | | | 57.61 |
| 10/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 605.00 | 605.00 | | | | | | | | | | | | 605.00 |
| 10/3/25 | Sweep Activity | Transfer | | - | (662.61) | 662.61 | | | | | | | | | | | - |
| 10/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 20.40 | 20.40 | | | | | | | | | | | | 20.40 |
| 10/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 48.56 | 48.56 | | | | | | | | | | | | 48.56 |
| 10/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,021.62 | 1,021.62 | | | | | | | | | | | | 1,021.62 |
| 10/4/25 | Interest | Interest | | - | | | | | | | | | | [illegible] | | | - |
| 10/4/25 | Sweep Activity | Transfer | | - | (3,873.75) | 3,873.75 | | | | | | | | | | | - |
| 10/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 378.85 | 378.85 | | | | | | | | | | | | 378.85 |
| 10/7/25 | Sweep Activity | Transfer | | - | (378.85) | 378.85 | | | | | | | | | | | - |
| 10/9/25 | Bank Fees | Bank Fees | | (49.85) | | | | | (49.85) | | | | | | | (49.85) | |
| 10/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.00 | 50.00 | | | | | | | | | | | | 50.00 |
| 10/8/25 | Sweep Activity | Transfer | | - | (50.00) | 50.00 | | | | | | | | | | | - |
| 10/9/25 | Bank Fees | Bank Fees | | (154.60) | | | | | (154.60) | | | | | | | (154.60) | |
| 10/9/25 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | (94.85) | |
| 10/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 356.07 | 356.07 | | | | | | | | | | | | 356.07 |
| 10/9/25 | Sweep Activity | Transfer | | - | (356.07) | 356.07 | | | | | | | | | | | - |
| 10/10/25 | Bank Fees | Bank Fees | | (63.31) | | | | | (63.31) | | | | | | | (63.31) | |
| 10/10/25 | Bank Fees | Bank Fees | | (4.43) | | | | | (4.43) | | | | | | | (4.43) | |
| 10/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 403.00 | 403.00 | | | | | | | | | | | | 403.00 |
| 10/10/25 | Sweep Activity | Transfer | | - | (403.00) | 403.00 | | | | | | | | | | | - |
| 10/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 334.98 | 334.98 | | | | | | | | | | | | 334.98 |
| 10/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 793.38 | 793.38 | | | | | | | | | | | | 793.38 |
| 10/14/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (51,715.47) | | | | | | (51,715.47) | | | | | | (51,715.47) | |
| 10/14/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (23,650.00) | | | | | | (23,650.00) | | | | | | (23,650.00) | |
| 10/14/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (17,169.15) | | | | | | (17,169.15) | | | | | | (17,169.15) | |
| 10/14/25 | Simmons Perrine (LA) | Liquidation Trust - Professional Fees | | (10,250.60) | | | | | | (10,250.60) | | | | | | (10,250.60) | |
| 10/14/25 | Simmons Perrine (LA) | Liquidation Trust - Professional Fees | | (662.60) | | | | | | (662.60) | | | | | | (662.60) | |
| 10/14/25 | Sweep Activity | Transfer | | - | (1,128.36) | 1,128.36 | | | | | | | | | | | - |
| 10/14/25 | Transfer | Transfer | | - | | | | | | 150,000.00 | (150,000.00) | | | | | | - |
| 10/15/25 | Bank Fees | Bank Fees | | (1,035.75) | (1,035.75) | | | | | | | | | | | (1,035.75) | |
| 10/15/25 | Bank Fees | Bank Fees | | (13.20) | (13.20) | | | | | | | | | | | (13.20) | |
| 10/15/25 | Denise Wood | AR Collection Fees | | (681.25) | | | | | | (681.25) | | | | | | (681.25) | |
| 10/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 42.62 | 42.62 | | | | | | | | | | | | 42.62 |
| 10/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 725.00 | 725.00 | | | | | | | | | | | | 725.00 |
| 10/15/25 | Hawkeye Title (LE) | MOB Sale Proceeds | | 1,026,673.11 | | | | | | | 1,026,673.11 | | | | | | 1,026,673.11 |
| 10/15/25 | Sweep Activity | Transfer | | - | 641.33 | (641.33) | | | | | | | | | | | - |
| 10/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,563.00 | 2,563.00 | | | | | | | | | | | | 2,563.00 |
| 10/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,712.52 | 4,712.52 | | | | | | | | | | | | 4,712.52 |
| 10/16/25 | Sweep Activity | Transfer | | - | 4,527.72 | (4,527.72) | | | | | | | | | | | - |
| 10/16/25 | US Trustee Fees Q3 - 2025 | US Trustee Fees | | (7,370.72) | (7,370.72) | | | | | | | | | | (7,370.72) | | |
| 10/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 752.05 | 752.05 | | | | | | | | | | | | 752.05 |
| 10/17/25 | Sweep Activity | Transfer | | - | (752.05) | 752.05 | | | | | | | | | | | - |
| 10/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 124.00 | | | | | 124.00 | | | | | | | | 124.00 |
| 10/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 184.15 | 184.15 | | | | | | | | | | | | 184.15 |
| 10/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 575.40 | 575.40 | | | | | | | | | | | | 575.40 |
| 10/20/25 | Interest | Interest | | 2,715.38 | | | | | | | | | | 2,715.38 | | | 2,715.38 |
| 10/20/25 | Sweep Activity | Transfer | | - | (5,312.07) | 5,312.07 | | | | | | | | | | | - |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | (124.00) | | | | | (124.00) | | | | | | | | (124.00) |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 124.00 | | | | | 124.00 | | | | | | | | 124.00 |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 324.50 | 324.50 | | | | | | | | | | | | 324.50 |
| 10/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 338.05 | 338.05 | | | | | | | | | | | | 338.05 |
| 10/21/25 | Sweep Activity | Transfer | | - | (662.55) | 662.55 | | | | | | | | | | | - |
| 10/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 500.00 | 500.00 | | | | | | | | | | | | 500.00 |
| 10/22/25 | Sweep Activity | Transfer | | - | (500.00) | 500.00 | | | | | | | | | | | - |
| 10/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 205.00 | 205.00 | | | | | | | | | | | | 205.00 |
| 10/23/25 | Sweep Activity | Transfer | | - | (205.00) | 205.00 | | | | | | | | | | | - |
| 10/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 10/24/25 | Sweep Activity | Transfer | | - | (160.00) | 160.00 | | | | | | | | | | | - |
| 10/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 60.00 | 60.00 | | | | | | | | | | | | 60.00 |
| 10/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 115.38 | 115.38 | | | | | | | | | | | | 115.38 |
| 10/27/25 | Sweep Activity | Transfer | | - | (175.38) | 175.38 | | | | | | | | | | | - |
| 10/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.40 | 25.40 | | | | | | | | | | | | 25.40 |
| 10/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 42.62 | 42.62 | | | | | | | | | | | | 42.62 |
| 10/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 76.00 | 76.00 | | | | | | | | | | | | 76.00 |
| 10/28/25 | Sweep Activity | Transfer | | - | (144.02) | 144.02 | | | | | | | | | | | - |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 221.73 | 221.73 | | | | | | | | | | | | 221.73 |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 229.51 | 229.51 | | | | | | | | | | | | 229.51 |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 242.69 | 242.69 | | | | | | | | | | | | 242.69 |
| 10/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.00 | 550.00 | | | | | | | | | | | | 550.00 |
| 10/29/25 | Sweep Activity | Transfer | | - | (1,243.79) | 1,243.79 | | | | | | | | | | | - |
| 10/30/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (15,320.00) | | | | | | (15,320.00) | | | | | | (15,320.00) | |
| 10/30/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (6,871.79) | | | | | | (6,871.79) | | | | | | (6,871.79) | |
| 10/30/25 | Affiliated Healthcare Management Group | AR Collection Fees | | (4,520.05) | | | | | | (4,520.05) | | | | | | (4,520.05) | |
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 93.56 | 93.56 | | | | | | | | | | | | 93.56 |
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 232.41 | | | | | 232.41 | | | | | | | | 232.41 |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Cash Checking AC XX6436 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | HBS Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar HMAC AC XX0358 | Flagstar Distribution AC XX0331 | Vertex Distribution AC XX6125 | Western Alliance AC XX9960 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 244.91 | 244.91 | | | | | | | | | | | | 244.91 |
| 10/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,202.63 | 5,202.63 | | | | | | | | | | | | 5,202.63 |
| 10/30/25 | Sweep Activity | Transfer | | - | (244.91) | 244.91 | | | | | | | | | | | |
| 10/31/25 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | | (102,500.00) | | | | | | (102,500.00) | | | | | | (102,500.00) | |
| 10/31/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 200.00 | 200.00 | | | | | | | | | | | | 200.00 |
| 10/31/25 | Interest | Interest | | 2,259.29 | | 2,259.29 | | | | | | | | | | | 2,259.29 |
| 10/31/25 | Snowden Orthopedic Clinic | MOB Oversight Fees | | (3,500.00) | | | | | | (3,500.00) | | | | | | (3,500.00) | |
| 10/31/25 | Sweep Activity | Transfer | | - | (200.00) | 200.00 | | | | | | | | | | | - |
| 10/31/25 | Transfer | Transfer | | - | | | | | | 225,000.00 | (225,000.00) | | | | | | - |
| 10/31/25 | Interest | Interest | | 7,732.41 | | | | | | | 7,732.41 | | | | | | 7,732.41 |
| **10/31/25** | **Total** | | | **6,566,709.42** | **5,203.39** | **1,759,191.00** | - | (0.00) | **27,495.36** | **28,027.63** | **2,613,258.44** | **55,000.00** | **21,650.65** | **2,005,881.05** | | | |
| **10/31/25** | | | | | | | | | | | | | | | | | |
| 11/2/25 | Interest | Interest | | 33.81 | | | | | | | | | 33.81 | | | | 33.81 |
| 11/3/25 | Bank Fees | Bank Fees | | (529.10) | (529.10) | | | | | | | | | | | (529.10) | |
| 11/3/25 | Bank Fees | Bank Fees | | (132.99) | (132.99) | | | | | | | | | | | (132.99) | |
| 11/3/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 11/3/25 | Bank Fees | Bank Fees | | (113.29) | (113.29) | | | | | | | | | | | (113.29) | |
| 11/3/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 11/3/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 11/3/25 | Bank Fees | Bank Fees | | (107.99) | (107.99) | | | | | | | | | | | (107.99) | |
| 11/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 725.67 | 725.67 | | | | | | | | | | | | 725.67 |
| 11/3/25 | Sweep Activity | Transfer | | - | (4,717.62) | 4,717.62 | | | | | | | | | | | - |
| 11/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 66.00 | 66.00 | | | | | | | | | | | | 66.00 |
| 11/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 865.00 | 865.00 | | | | | | | | | | | | 865.00 |
| 11/4/25 | Sweep Activity | Transfer | | - | (931.00) | 931.00 | | | | | | | | | | | - |
| 11/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 60.38 | 60.38 | | | | | | | | | | | | 60.38 |
| 11/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 269.25 | 269.25 | | | | | | | | | | | | 269.25 |
| 11/5/25 | Sweep Activity | Transfer | | - | (329.63) | 329.63 | | | | | | | | | | | - |
| 11/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 552.35 | 552.35 | | | | | | | | | | | | 552.35 |
| 11/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 11,095.70 | 11,095.70 | | | | | | | | | | | | 11,095.70 |
| 11/6/25 | Sweep Activity | Transfer | | - | (917.35) | 917.35 | | | | | | | | | | | - |
| 11/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 90.00 | 90.00 | | | | | | | | | | | | 90.00 |
| 11/7/25 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | | (57,647.14) | | | | | | (57,647.14) | | | | | | (57,647.14) | |
| 11/7/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (25,396.45) | | | | | | (25,396.45) | | | | | | (25,396.45) | |
| 11/7/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (22,421.50) | | | | | | (22,421.50) | | | | | | (22,421.50) | |
| 11/7/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (15,023.00) | | | | | | (15,023.00) | | | | | | (15,023.00) | |
| 11/7/25 | Simmons Perrine et al | Liquidation Trust - Other Fees | | (5,425.50) | | | | | | (5,425.50) | | | | | | (5,425.50) | |
| 11/7/25 | Sweep Activity | Transfer | | - | (90.00) | 90.00 | | | | | | | | | | | - |
| 11/7/25 | Transfer | Transfer | | - | | | | | | 125,000.00 | (125,000.00) | | | | | | - |
| 11/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 310.25 | 310.25 | | | | | | | | | | | | 310.25 |
| 11/8/25 | Sweep Activity | Transfer | | - | (11,040.95) | 11,040.95 | | | | | | | | | | | - |
| 11/10/25 | Bank Fees | Bank Fees | | (84.95) | | | | | (84.95) | | | | | | | (84.95) | |
| 11/12/25 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | | (154.80) | |
| 11/12/25 | Bank Fees | Bank Fees | | (94.85) | | | | | (94.85) | | | | | | | (94.85) | |
| 11/12/25 | Bank Fees | Bank Fees | | (62.90) | | | | | (62.90) | | | | | | | (62.90) | |
| 11/12/25 | Bank Fees | Bank Fees | | (4.40) | | | | | (4.40) | | | | | | | (4.40) | |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 42.62 | 42.62 | | | | | | | | | | | | 42.62 |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 65.65 | 65.65 | | | | | | | | | | | | 65.65 |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 175.00 | 175.00 | | | | | | | | | | | | 175.00 |
| 11/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 702.00 | 702.00 | | | | | | | | | | | | 702.00 |
| 11/12/25 | Sweep Activity | Transfer | | - | (1,005.27) | 1,005.27 | | | | | | | | | | | - |
| 11/12/25 | Phelan & Tucker | Liquidation Trust - Professional Fees | | 142.50 | | | | | | | 142.50 | | | | | | 142.50 |
| 11/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 450.40 | 450.40 | | | | | | | | | | | | 450.40 |
| 11/13/25 | Sweep Activity | Transfer | | - | (450.40) | 450.40 | | | | | | | | | | | - |
| 11/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 321.74 | 321.74 | | | | | | | | | | | | 321.74 |
| 11/14/25 | Sweep Activity | Transfer | | - | (321.74) | 321.74 | | | | | | | | | | | - |
| 11/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,262.50 | 2,262.50 | | | | | | | | | | | | 2,262.50 |
| 11/18/25 | Sweep Activity | Transfer | | - | (2,262.50) | 2,262.50 | | | | | | | | | | | - |
| 11/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 307.60 | 307.60 | | | | | | | | | | | | 307.60 |
| 11/19/25 | Sweep Activity | Transfer | | - | (307.60) | 307.60 | | | | | | | | | | | - |
| 11/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 57.31 | 57.31 | | | | | | | | | | | | 57.31 |
| 11/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 5,430.64 | 5,430.64 | | | | | | | | | | | | 5,430.64 |
| 11/20/25 | Sweep Activity | Transfer | | - | (82.21) | 82.21 | | | | | | | | | | | - |
| 11/21/25 | Dunn & Wood | AR Collection Fees | | (600.00) | | | | | | (600.00) | | | | | | (600.00) | |
| 11/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.00 | 550.00 | | | | | | | | | | | | 550.00 |
| 11/21/25 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (64,858.25) | | | | | | (64,858.25) | | | | | | (64,858.25) | |
| 11/21/25 | Interest | Interest | | 2,421.44 | | | | | | | | | | 2,421.44 | | | 2,421.44 |
| 11/21/25 | Sweep Activity | Transfer | | - | (550.00) | 550.00 | | | | | | | | | | | - |
| 11/21/25 | Transfer | Transfer | | - | | | | | | 75,000.00 | (75,000.00) | | | | | | - |
| 11/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 175.00 | 175.00 | | | | | | | | | | | | 175.00 |
| 11/24/25 | Sweep Activity | Transfer | | - | (5,540.64) | 5,540.64 | | | | | | | | | | | |
| 11/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 38.64 | 38.64 | | | | | | | | | | | | 38.64 |
| 11/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 86.62 | 86.62 | | | | | | | | | | | | 86.62 |
| 11/25/25 | Sweep Activity | Transfer | | - | (125.26) | 125.26 | | | | | | | | | | | - |
| 11/25/25 | Paramount Credentialing | Preference and Avoidance Action Recoveries | | 19,958.20 | | | | | | | 19,958.20 | | | | | | 19,958.20 |
| 11/26/25 | Dey Pettig Hamer | Liquidation Trust - Mercy One Professional Fees | | (37,150.04) | | | | | | (37,150.04) | | | | | | (37,150.04) | |
| 11/26/25 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | | (3,795.95) | | | | | | (3,795.95) | | | | | | (3,795.95) | |
| 11/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 240.00 | 240.00 | | | | | | | | | | | | 240.00 |
| 11/26/25 | Sweep Activity | Transfer | | - | (240.00) | 240.00 | | | | | | | | | | | - |
| 11/26/25 | Transfer | Transfer | | - | | | | | | 20,000.00 | (20,000.00) | | | | | | |
| 11/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 215.15 | | | | | 215.15 | | | | | | | | 215.15 |
| 11/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 443.67 | 443.67 | | | | | | | | | | | | 443.67 |
| 11/28/25 | Interest | Interest | | 24.96 | | | | | | | | | 24.96 | | | | 24.96 |
| 11/29/25 | Interest | Interest | | 2,043.45 | | 2,043.45 | | | | | | | | | | | 2,043.45 |
| 11/29/25 | Sweep Activity | Transfer | | - | (443.67) | 443.67 | | | | | | | | | | | - |
| 11/29/25 | Interest | Interest | | 7,170.25 | | | | | | | 7,170.25 | | | | | | 7,170.25 |
| **11/30/25** | **Total** | | | **6,329,218.67** | **(0.00)** | **3,781,477.80** | - | (0.00) | **27,310.64** | **14,878.90** | **2,420,539.42** | **55,000.00** | **21,709.42** | **2,008,302.49** | | | |
| **11/30/25** | | | | | | | | | | | | | | | | | |
| 12/1/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/1/25 | Sweep Activity | Transfer | | - | 1,655.92 | (1,655.92) | | | | | | | | | | | - |
| 12/1/25 | Bank Fees | Bank Fees | | (1,655.92) | (1,655.92) | | | | | | | | | | | (1,655.92) | |
| 12/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 529.99 | 529.99 | | | | | | | | | | | | 529.99 |
| 12/2/25 | Sweep Activity | Transfer | | - | (529.99) | 529.99 | | | | | | | | | | | - |
| 12/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 19,928.76 | 19,928.76 | | | | | | | | | | | | 19,928.76 |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX3729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0023 | Flagstar MMAC AC XX0356 | Flagstar Distribution AC XX0335 | Veritex Distribution AC XX5125 | Western Alliance AC XX5560 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/25 | Sweep Activity | Transfer | | - | (842.07) | 842.07 | | | | | | | | | | | - |
| 12/4/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,250.00 | 1,250.00 | | | | | | | | | | | | 1,250.00 |
| 12/4/25 | Sweep Activity | Transfer | | - | (1,250.00) | 1,250.00 | | | | | | | | | | | - |
| 12/5/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 428.00 | 428.00 | | | | | | | | | | | | 428.00 |
| 12/5/25 | Sweep Activity | Transfer | | - | (19,514.66) | 19,514.66 | | | | | | | | | | | - |
| 12/6/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/6/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/7/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/7/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/8/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/8/25 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 12/9/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 710.22 | 710.22 | | | | | | | | | | | | 710.22 |
| 12/9/25 | Sweep Activity | Transfer | | - | (710.22) | 710.22 | | | | | | | | | | | - |
| 12/10/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 248.00 | 248.00 | | | | | | | | | | | | 248.00 |
| 12/10/25 | Sweep Activity | Transfer | | - | (248.00) | 248.00 | | | | | | | | | | | - |
| 12/11/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 324.72 | 324.72 | | | | | | | | | | | | 324.72 |
| 12/11/25 | Sweep Activity | Transfer | | - | (324.72) | 324.72 | | | | | | | | | | | - |
| 12/12/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 500.00 | 500.00 | | | | | | | | | | | | 500.00 |
| 12/12/25 | Bank Fees | Bank Fees | | (11.62) | (11.62) | | | | | | | | | | | (11.62) | |
| 12/12/25 | Bank Fees | Bank Fees | | (1,331.56) | (1,331.56) | | | | | | | | | | | (1,331.56) | |
| 12/12/25 | Sweep Activity | Transfer | | - | 1,043.18 | (1,043.18) | | | | | | | | | | | - |
| 12/13/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/13/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/14/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/14/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/15/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 235.72 | 235.72 | | | | | | | | | | | | 235.72 |
| 12/15/25 | Sweep Activity | Transfer | | - | (235.72) | 235.72 | | | | | | | | | | | - |
| 12/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,158.03 | 2,158.03 | | | | | | | | | | | | 2,158.03 |
| 12/16/25 | Sweep Activity | Transfer | | - | (1,604.36) | 1,604.36 | | | | | | | | | | | - |
| 12/17/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/17/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/18/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,577.16 | 2,577.16 | | | | | | | | | | | | 2,577.16 |
| 12/18/25 | Sweep Activity | Transfer | | - | (2,765.80) | 2,765.80 | | | | | | | | | | | - |
| 12/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 500.00 | 500.00 | | | | | | | | | | | | 500.00 |
| 12/19/25 | Sweep Activity | Transfer | | - | (500.00) | 500.00 | | | | | | | | | | | - |
| 12/20/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/20/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/21/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/21/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/22/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 330.00 | 330.00 | | | | | | | | | | | | 330.00 |
| 12/22/25 | Sweep Activity | Transfer | | - | (330.00) | 330.00 | | | | | | | | | | | - |
| 12/23/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 550.53 | 550.53 | | | | | | | | | | | | 550.53 |
| 12/23/25 | Sweep Activity | Transfer | | - | (550.53) | 550.53 | | | | | | | | | | | - |
| 12/24/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 233.85 | 233.85 | | | | | | | | | | | | 233.85 |
| 12/24/25 | Sweep Activity | Transfer | | - | (233.85) | 559.65 | | | | | | | | | | | - |
| 12/25/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/25/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/26/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/26/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/27/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/27/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/28/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 12/28/25 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 12/29/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 17,590.04 | 17,590.04 | | | | | | | | | | | | 17,590.04 |
| 12/29/25 | Sweep Activity | Transfer | | - | (17,590.04) | 17,590.04 | | | | | | | | | | | - |
| 12/30/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 2,529.75 | 2,529.75 | | | | | | | | | | | | 2,529.75 |
| 12/30/25 | Sweep Activity | Transfer | | - | (1,273.84) | 1,273.84 | | | | | | | | | | | - |
| 12/31/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,344.35 | 1,344.35 | | | | | | | | | | | | 1,344.35 |
| 12/31/25 | Sweep Activity | Transfer | | - | (1,344.35) | 1,344.35 | | | | | | | | | | | - |
| 12/31/25 | Interest | Interest | | 1,905.45 | | 1,905.45 | | | | | | | | | | | 1,905.45 |
| 12/2/25 | Bank Fees | Bank Fees | | (355.80) | | | | | (355.80) | | | | | | | (355.80) | |
| 12/2/25 | Bank Fees | Bank Fees | | (299.65) | | | | | (299.65) | | | | | | | (299.65) | |
| 12/9/25 | Bank Fees | Bank Fees | | (84.95) | | | | | (84.95) | | | | | | | (84.95) | |
| 12/10/25 | Bank Fees | Bank Fees | | (67.81) | | | | | (67.81) | | | | | | | (67.81) | |
| 12/10/25 | Bank Fees | Bank Fees | | (4.40) | | | | | (4.40) | | | | | | | (4.40) | |
| 12/16/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,249.56 | | | | | 1,249.56 | | | | | | | | 1,249.56 |
| 12/19/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 274.13 | | | | | 274.13 | | | | | | | | 274.13 |
| 12/3/25 | Paula Roby | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 12/11/25 | Transfer | Transfer | | - | | | | | | 230,000.00 | (230,000.00) | | | | | | - |
| 12/11/25 | Denise Wood | Liquidation Trust - Other Fees | | (900.00) | | | | | | (900.00) | | | | | | (900.00) | |
| 12/11/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (2,353.00) | | | | | | (2,353.00) | | | | | | (2,353.00) | |
| 12/11/25 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (3,639.15) | | | | | | (3,639.15) | | | | | | (3,639.15) | |
| 12/11/25 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | | (4,541.50) | | | | | | (4,541.50) | | | | | | (4,541.50) | |
| 12/11/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (11,978.40) | | | | | | (11,978.40) | | | | | | (11,978.40) | |
| 12/11/25 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (17,515.87) | | | | | | (17,515.87) | | | | | | (17,515.87) | |
| 12/11/25 | H[illegible] Associates LLC | Liquidation Trust - Professional Fees | | (33,923.11) | | | | | | (33,923.11) | | | | | | (33,923.11) | |
| 12/11/25 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (155,150.01) | | | | | | (155,150.01) | | | | | | (155,150.01) | |
| 12/16/25 | Misc. Income | Preference and Avoidance Action Recoveries | | 1,325.75 | | | | | | | 1,325.75 | | | | | | 1,325.75 |
| 12/22/25 | Wuest | Preference and Avoidance Action Recoveries | | 19,250.00 | | | | | | | 19,250.00 | | | | | | 19,250.00 |
| 12/23/25 | Estate of ...... ... | Recovery of Foundation Funds | | 65,547.11 | | | | | | | 65,547.11 | | | | | | 65,547.11 |
| 12/23/25 | Cenage | Preference and Avoidance Action Recoveries | | 20,000.00 | | | | | | | 20,000.00 | | | | | | 20,000.00 |
| 12/31/25 | Interest | Interest | | 6,525.50 | | | | | | | 6,525.50 | | | | | | 6,525.50 |
| 12/31/25 | Total Activity and Liquidation Trust Cash on Hand | | | 6,259,139.33 | 1,255.92 | 1,811,562.35 | - | (0.00) | 29,014.52 | 9,492.86 | 2,293,190.78 | 55,000.00 | 21,760.42 | 2,038,372.49 | (7,370.72) | (921,534.05) | 7,135,023.10 |
| | US Trustee Fee Rate | | | | | | | | | | | | | | 0.42% | 0.42% | |
| 12/31/25 | Fees Due Qtr. Ended 12/31/25 (Minimum $250) | | | | | | | | | | | | | | 250.00 | 3,833.54 | |