UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

In re: Mercy Hospital Iowa City Iowa et. al. §
§
§
Debtor(s) §

Case No. 23-00623

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2026

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust

Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

09/22/2026
Date

Marc Ross
Printed Name of Responsible Party

c/o Shuttleworth & Ingersoll, 235 6th St. SE , Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $779,689 | $36,679,906 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $779,689 | $36,679,906 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ●

If yes, give date Final Decree was entered: ______

If no, give date when the application for Final Decree is anticipated: ______

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ● No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 09/22/2026 |
| Title | Date |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Mercy Hospital Liquidation Trust 23-00623 (TJC)

| Quarterly Operating Reports | 01/01/26 - 03/31/26 Original Disbursements Reported | Additional Disbursements Reported | Total |
|---|---|---|---|
| Chapter 11 Disbursements | $ 91,984.21 | $ 687,704.64 | $ 779,688.85 |
| Statutory Rate | 0.40% | 0.40% | 0.40% |
| Quarterly Fees Due | $ 367.94 | $ 2,750.82 | $ 3,118.76 |

I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

/s/ Marc B. Ross
Financial Advisor to Liquidation Trustee

9/22/26
Date

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX8835 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9779 | US Bank Other Accounts | Hills Bank AC XX3990 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX3326 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/25 | Beginning Cash | | | 6,259,138.33 | 3,255.91 | 3,831,682.35 | - | (0.00) | 23,034.52 | 9,192.86 | 2,302,190.78 | 55,000.00 | 31,709.42 | 2,008,372.49 | | | 6,259,138.33 |
| 1/2/26 | Johnson and Johnson | Preference and Avoidance Action Recoveries | | 29,000.00 | | | | | | | 29,000.00 | | | | | | 29,000.00 |
| 1/30/26 | Remesion | Preference and Avoidance Action Recoveries | | 13,500.00 | | | | | | | 13,500.00 | | | | | | 13,500.00 |
| 1/30/26 | Interest | Interest | | 6,052.41 | | | | | | | 6,052.41 | | | | | | 6,052.41 |
| 1/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/1/26 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 1/2/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 275.00 | 275.00 | | | | | | | | | | | | 275.00 |
| 1/2/26 | Sweep Activity | Transfer | | - | (475.97) | 475.97 | | | | | | | | | | | - |
| 1/2/25 | Bank Fees | Bank Fees | | (1,054.94) | (1,054.94) | | | | | | | | | | | (1,054.94) | |
| 1/3/25 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/3/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/4/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 309.10 | 309.10 | | | | | | | | | | | | 309.10 |
| 1/5/26 | Sweep Activity | Transfer | | - | (309.10) | 309.10 | | | | | | | | | | | - |
| 1/6/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,604.95 | 1,604.95 | | | | | | | | | | | | 1,604.95 |
| 1/6/26 | Sweep Activity | Transfer | | - | (1,604.95) | 1,604.95 | | | | | | | | | | | - |
| 1/7/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 510.22 | 510.22 | | | | | | | | | | | | 510.22 |
| 1/7/26 | Sweep Activity | Transfer | | - | (510.22) | 510.22 | | | | | | | | | | | - |
| 1/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 15,500.88 | 15,500.88 | | | | | | | | | | | | 15,500.88 |
| 1/8/26 | Sweep Activity | Transfer | | - | (12,433.20) | 12,433.20 | | | | | | | | | | | - |
| 1/9/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,950.73 | 1,950.73 | | | | | | | | | | | | 1,950.73 |
| 1/9/26 | Sweep Activity | Transfer | | - | (1,950.73) | 1,950.73 | | | | | | | | | | | - |
| 1/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/10/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/11/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 400.00 | 400.00 | | | | | | | | | | | | 400.00 |
| 1/12/26 | Sweep Activity | Transfer | | - | (4,877.59) | 4,877.59 | | | | | | | | | | | - |
| 1/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 250.00 | 250.00 | | | | | | | | | | | | 250.00 |
| 1/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/13/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/14/26 | Sweep Activity | Transfer | | - | (250.00) | 250.00 | | | | | | | | | | | - |
| 1/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 250.00 | 250.00 | | | | | | | | | | | | 250.00 |
| 1/15/26 | Sweep Activity | Transfer | | - | (250.00) | 250.00 | | | | | | | | | | | - |
| 1/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 50.00 | 50.00 | | | | | | | | | | | | 50.00 |
| 1/16/26 | Sweep Activity | Transfer | | - | 1,290.92 | (1,290.92) | | | | | | | | | | | - |
| 1/16/26 | Bank Fees | Bank Fees | | (1,320.92) | (1,320.92) | | | | | | | | | | | (1,320.92) | |
| 1/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 225.00 | 225.00 | | | | | | | | | | | | 225.00 |
| 1/17/26 | Sweep Activity | Transfer | | - | (225.00) | 225.00 | | | | | | | | | | | - |
| 1/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/18/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/19/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/20/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 3,053.87 | 3,053.87 | | | | | | | | | | | | 3,053.87 |
| 1/21/26 | Sweep Activity | Transfer | | - | (3,053.87) | 3,053.87 | | | | | | | | | | | - |
| 1/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,976.52 | 1,976.52 | | | | | | | | | | | | 1,976.52 |
| 1/22/26 | Sweep Activity | Transfer | | - | (309.50) | 309.50 | | | | | | | | | | | - |
| 1/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 1/23/26 | Sweep Activity | Transfer | | - | (160.00) | 160.00 | | | | | | | | | | | - |
| 1/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 96.19 | 96.19 | | | | | | | | | | | | 96.19 |
| 1/24/26 | Sweep Activity | Transfer | | - | (1,753.01) | 1,753.01 | | | | | | | | | | | - |
| 1/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/25/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/26/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/26/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.00 | 25.00 | | | | | | | | | | | | 25.00 |
| 1/27/26 | Sweep Activity | Transfer | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 1/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 22.00 | 22.00 | | | | | | | | | | | | 22.00 |
| 1/28/26 | Sweep Activity | Transfer | | - | (22.00) | 22.00 | | | | | | | | | | | - |
| 1/28/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 178.85 | 178.85 | | | | | | | | | | | | 178.85 |
| 1/29/26 | Sweep Activity | Transfer | | - | (178.85) | 178.85 | | | | | | | | | | | - |
| 1/29/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 190.00 | 190.00 | | | | | | | | | | | | 190.00 |
| 1/30/26 | Sweep Activity | Transfer | | - | (190.00) | 190.00 | | | | | | | | | | | - |
| 1/30/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/31/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 1/30/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 1/30/26 | Interest | Interest | | 1,072.91 | | 1,072.91 | | | | | | | | | | | 1,072.91 |
| 1/6/26 | Bank Fees | Bank Fees | | (64.95) | | | | | (64.95) | | | | | | | (64.95) | |
| 1/9/26 | Bank Fees | Bank Fees | | (154.50) | | | | | (154.50) | | | | | | | (154.50) | |
| 1/9/26 | Bank Fees | Bank Fees | | (54.85) | | | | | (54.85) | | | | | | | (54.85) | |
| 1/12/26 | Bank Fees | Bank Fees | | (63.02) | | | | | (63.02) | | | | | | | (63.02) | |
| 1/12/26 | Bank Fees | Bank Fees | | (4.45) | | | | | (4.45) | | | | | | | (4.45) | |
| 1/9/26 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | |
| 1/13/26 | Transfer | Transfer | | - | | | | | | 50,000.00 | (50,000.00) | | | | | | |
| 1/20/26 | Transfer | Transfer | | - | | | | | | 30,000.00 | (30,000.00) | | | | | | - |
| 1/23/26 | Transfer | Transfer | | - | | | | | | 35,000.00 | (35,000.00) | | | | | | - |
| 1/2/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (12,545.95) | | | | | | (12,545.95) | | | | | | (12,545.95) | |
| 1/9/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (21,847.40) | | | | | | (21,847.40) | | | | | | (21,847.40) | |
| 1/9/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - SAF and SAE Fees | | (23,656.82) | | | | | | (23,656.82) | | | | | | (23,656.82) | |
| 1/9/26 | HBH Management Associates LLC | Liquidation Trust - Professional Fees | | (40,919.75) | | | | | | (40,919.75) | | | | | | (40,919.75) | |
| 1/13/26 | Edward Patrick [illegible] | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | (5,000.00) | |
| 1/14/26 | Alan D Hagle & Associates | Liquidation Trust - ICASC Fees | | (25,000.00) | | | | | | (25,000.00) | | | | | | (25,000.00) | |
| 1/21/26 | Denise Wood | Liquidation Trust - Other Fees | | (662.50) | | | | | | (662.50) | | | | | | (662.50) | |
| 1/25/26 | Bank Fees | Bank Fees | | (146.45) | | | | | | (146.45) | | | | | | (146.45) | |
| 1/21/26 | Affiliated Healthcare Management Group | AR Collection Fees | | (12,243.33) | | | | | | (12,243.33) | | | | | | (12,243.33) | |
| 1/29/26 | Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | | (32,157.00) | | | | | | (32,157.00) | | | | | | (32,157.00) | |
| 1/30/26 | Interest | Interest | | - | | | | | | | | | | | | | - |
| 1/30/26 | Interest | Interest | | - | | | | | | | | | | | | | |
| 1/31/26 | Total | | | 6,160,944.84 | (0.00) | 3,852,953.68 | - | (0.00) | 27,612.49 | 50,537.57 | 2,105,743.19 | 55,000.00 | 31,709.42 | 2,058,375.45 | | | |
| 1/31/26 | | | | | | | | | | | | | | | | | - |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Gen'l Checking AC XX5836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Fifth Bank AC XX2990 | Flagstar Checking AC XX0023 | Flagstar MMAC AC XX6158 | Flagstar Distribution AC XX3331 | Veritex Distribution AC XX6135 | Western Alliance AC XX5980 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/2/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 707.91 | 707.91 | | | | | | | | | | | | 707.91 |
| 2/2/26 | Bank Fees | Bank Fees | | (1,057.34) | (1,057.34) | | | | | | | | | | | (1,057.34) | |
| 2/2/26 | Sweep Activity | Transfer | | - | 343.45 | (343.45) | | | | | | | | | | | - |
| 2/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 4,209.21 | 4,209.21 | | | | | | | | | | | | 4,209.21 |
| 2/3/26 | Sweep Activity | Transfer | | - | (1,301.56) | 1,301.56 | | | | | | | | | | | - |
| 2/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 345.82 | 345.82 | | | | | | | | | | | | 345.82 |
| 2/4/26 | Sweep Activity | Transfer | | - | (345.82) | 345.82 | | | | | | | | | | | - |
| 2/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 2/5/26 | Sweep Activity | Transfer | | - | (3,097.65) | 3,097.65 | | | | | | | | | | | - |
| 2/6/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 453.00 | 453.00 | | | | | | | | | | | | 453.00 |
| 2/6/26 | Sweep Activity | Transfer | | - | (453.00) | 453.00 | | | | | | | | | | | - |
| 2/7/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/7/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/8/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/9/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/9/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6,991.75 | 6,991.75 | | | | | | | | | | | | 6,991.75 |
| 2/10/26 | Sweep Activity | Transfer | | - | (760.03) | 760.03 | | | | | | | | | | | - |
| 2/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 2/11/26 | Sweep Activity | Transfer | | - | (100.00) | 100.00 | | | | | | | | | | | - |
| 2/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/12/26 | Sweep Activity | Transfer | | - | (6,211.72) | 6,211.72 | | | | | | | | | | | - |
| 2/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/13/26 | Bank Fees | Bank Fees | | (1,604.02) | (1,604.02) | | | | | | | | | | | (1,604.02) | |
| 2/13/26 | Sweep Activity | Transfer | | - | 1,604.02 | (1,604.02) | | | | | | | | | | | - |
| 2/14/26 | Sweep Activity | Transfer | | - | | | | | | | | | | | | | - |
| 2/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/15/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/15/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/16/26 | Bank Fees | Bank Fees | | - | | | | | | | | | | | | | - |
| 2/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | (20.00) | (20.00) | | | | | | | | | | | (20.00) | |
| 2/17/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,463.58 | 1,463.58 | | | | | | | | | | | | 1,463.58 |
| 2/17/26 | Sweep Activity | Transfer | | - | (1,423.58) | 1,423.58 | | | | | | | | | | | - |
| 2/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 809.53 | 809.53 | | | | | | | | | | | | 809.53 |
| 2/19/26 | Sweep Activity | Transfer | | - | (829.53) | 829.53 | | | | | | | | | | | - |
| 2/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 2/20/26 | Sweep Activity | Transfer | | - | (120.00) | 120.00 | | | | | | | | | | | - |
| 2/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 759.03 | 759.03 | | | | | | | | | | | | 759.03 |
| 2/21/26 | Sweep Activity | Transfer | | - | (759.03) | 759.03 | | | | | | | | | | | - |
| 2/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/22/26 | Sweep Activity | Transfer | | - | | - | | | | | | | | | | | - |
| 2/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | - | | | | | | | | | | | | | - |
| 2/23/26 | Sweep Activity | Transfer | | - | (150.00) | 150.00 | | | | | | | | | | | - |
| 2/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 150.00 | 150.00 | | | | | | | | | | | | 150.00 |
| 2/24/26 | Sweep Activity | Transfer | | - | (22.00) | 22.00 | | | | | | | | | | | - |
| 2/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,522.42 | 1,522.42 | | | | | | | | | | | | 1,522.42 |
| 2/25/26 | Sweep Activity | Transfer | | - | (150.00) | 150.00 | | | | | | | | | | | - |
| 2/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 160.00 | 160.00 | | | | | | | | | | | | 160.00 |
| 2/26/26 | Sweep Activity | Transfer | | - | (1,615.35) | 1,615.35 | | | | | | | | | | | - |
| 2/26/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 115.93 | 115.93 | | | | | | | | | | | | 115.93 |
| 2/27/26 | Sweep Activity | Transfer | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 2/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.00 | 25.00 | | | | | | | | | | | | 25.00 |
| 2/27/26 | Interest | Interest | | 1,591.15 | | 1,591.15 | | | | | | | | | | | 1,591.15 |
| 2/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 590.55 | | | | | 590.55 | | | | | | | | 590.55 |
| 2/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 258.93 | | | | | 258.93 | | | | | | | | 258.93 |
| 2/10/26 | Bank Fees | Bank Fees | | (63.89) | | | | | (63.89) | | | | | | | (63.89) | |
| 2/10/26 | Bank Fees | Bank Fees | | (154.80) | | | | | (154.80) | | | | | | | (154.80) | |
| 2/10/26 | Bank Fees | Bank Fees | | (54.85) | | | | | (54.85) | | | | | | | (54.85) | |
| 2/10/26 | Bank Fees | Bank Fees | | (64.95) | | | | | (64.95) | | | | | | | (64.95) | |
| 2/10/26 | Bank Fees | Bank Fees | | (4.33) | | | | | (4.33) | | | | | | | (4.33) | |
| 2/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 255.61 | | | | | 255.61 | | | | | | | | 255.61 |
| 2/6/25 | Transfer | Transfer | | - | | | | | | 25,000.00 | (25,000.00) | | | | | | - |
| 2/6/25 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 2/16/25 | Transfer | Transfer | | - | | | | | | 230,000.00 | (230,000.00) | | | | | | - |
| 2/6/25 | Kimberley Hosea | Liquidation Trust - Other Fees | | (2,792.50) | | | | | | (2,792.50) | | | | | | (2,792.50) | |
| 2/6/25 | Shuttleworth & Ingersoll PC | Liquidation Trust - Professional Fees | | (15,500.00) | | | | | | (15,500.00) | | | | | | (15,500.00) | |
| 2/6/25 | Shuttleworth & Ingersoll PC | Liquidation Trust - 547 and 548 Fees | | (20,740.00) | | | | | | (20,740.00) | | | | | | (20,740.00) | |
| 2/6/25 | Simmons Perrine PLC | Liquidation Trust - Professional Fees | | (32,627.15) | | | | | | (32,627.15) | | | | | | (32,627.15) | |
| 2/6/26 | HEM Management Associates LLC | Liquidation Trust - Professional Fees | | (38,141.40) | | | | | | (38,141.40) | | | | | | (38,141.40) | |
| 2/6/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | | (49,258.77) | | | | | | (49,258.77) | | | | | | (49,258.77) | |
| 2/18/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (87,830.25) | | | | | | (87,830.25) | | | | | | (87,830.25) | |
| 2/12/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (126,350.50) | | | | | | (126,350.50) | | | | | | (126,350.50) | |
| 2/16/26 | Laura Davis | Liquidation Trust - Other Fees | | (1,575.00) | | | | | | (1,575.00) | | | | | | (1,575.00) | |
| 2/6/26 | Care Initiatives (Hamilton Center English) | Preference and Avoidance Action Recoveries | | 10,000.00 | | | | | | | 10,000.00 | | | | | | 10,000.00 |
| 2/3/26 | Estate of Fern Allison | Recovery of Foundation Funds | | 447,674.20 | | | | | | | 447,674.20 | | | | | | 447,674.20 |
| 2/20/26 | Advanced Business Solutions | Preference and Avoidance Action Recoveries | | 15,000.00 | | | | | | | 15,000.00 | | | | | | 15,000.00 |
| 2/20/26 | Athres | Preference and Avoidance Action Recoveries | | 26,000.00 | | | | | | | 26,000.00 | | | | | | 26,000.00 |
| 2/27/26 | Interest | Interest | | 5,940.71 | | | | | | | 5,940.71 | | | | | | 5,940.71 |
| 2/27/26 | Interest | Interest | | - | | | | | | | | | | | | | - |
| 2/27/26 | Interest | Interest | | - | | | | | | | | | | | | | - |
| **2/28/26** | **Total** | | | **6,297,755.39** | **(0.00)** | **1,878,116.46** | **-** | **(0.00)** | **24,206.96** | **6,691.97** | **2,293,558.12** | **55,020.00** | **21,709.42** | **9,008,372.45** | | | |
| **2/28/26** | | | | | | | | | | | | | | | | | |
| 3/2/26 | Bank Fees | Bank Fees | | (355.42) | (355.42) | | | | | | | | | | | (355.42) | |
| 3/2/26 | Sweep Activity | Transfer | | - | 355.42 | (355.42) | | | | | | | | | | | - |
| 3/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 215.27 | 215.27 | | | | | | | | | | | | 215.27 |
| 3/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 225.00 | 225.00 | | | | | | | | | | | | 225.00 |
| 3/3/26 | Sweep Activity | Transfer | | - | (441.27) | 441.27 | | | | | | | | | | | - |
| 3/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 242.69 | 242.69 | | | | | | | | | | | | 242.69 |
| 3/4/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 234.91 | 234.91 | | | | | | | | | | | | 234.91 |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Check No. | Amount | US Bank Cash Checking AC XX6438 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX6323 | Flagstar HHAC AC XX0354 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX3125 | Western Alliance AC XX5920 | Estate Disbursements | Liquidation Trust Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/26 | Sweep Activity | Transfer | | - | (537.60) | 537.60 | | | | | | | | | | | - |
| 3/5/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 423.06 | 423.06 | | | | | | | | | | | | 423.06 |
| 3/5/26 | Sweep Activity | Transfer | | - | (423.06) | 423.06 | | | | | | | | | | | - |
| 3/6/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 146.00 | 146.00 | | | | | | | | | | | | 146.00 |
| 3/6/26 | Galen | Preference and Avoidance Action Recoveries | | 27,500.00 | | | | | | | 27,500.00 | | | | | | 27,500.00 |
| 3/6/26 | Sweep Activity | Transfer | | - | (146.00) | 146.00 | | | | | | | | | | | - |
| 3/7/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 200.00 | 200.00 | | | | | | | | | | | | 200.00 |
| 3/7/26 | Sweep Activity | Transfer | | - | (200.00) | 200.00 | | | | | | | | | | | - |
| 3/10/26 | Bank Fees | Bank Fees | | (154.60) | | | | | (154.60) | | | | | | | (154.60) | |
| 3/10/26 | Bank Fees | Bank Fees | | (34.55) | | | | | (34.55) | | | | | | | (34.55) | |
| 3/10/26 | Bank Fees | Bank Fees | | (64.95) | | | | | (64.95) | | | | | | | (64.95) | |
| 3/10/26 | Bank Fees | Bank Fees | | (64.55) | | | | | (64.55) | | | | | | | (64.55) | |
| 3/10/26 | Bank Fees | Bank Fees | | (4.52) | | | | | (4.52) | | | | | | | (4.52) | |
| 3/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 56.00 | 56.00 | | | | | | | | | | | | 56.00 |
| 3/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 835.00 | 835.00 | | | | | | | | | | | | 835.00 |
| 3/10/26 | Sweep Activity | Transfer | | - | (835.00) | 835.00 | | | | | | | | | | | - |
| 3/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,225.00 | 1,225.00 | | | | | | | | | | | | 1,225.00 |
| 3/11/26 | Sweep Activity | Transfer | | - | (1,225.00) | 1,225.00 | | | | | | | | | | | - |
| 3/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 490.00 | 490.00 | | | | | | | | | | | | 490.00 |
| 3/12/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 6,662.97 | 6,662.97 | | | | | | | | | | | | 6,662.97 |
| 3/12/26 | HEM Management Associates LLC | Liquidation Trust - Professional Fees | | (24,820.00) | | | | | | (24,820.00) | | | | | | (24,820.00) | |
| 3/12/26 | Paula Roby | Oversight Committee Fees | | (20,000.00) | | | | | | (20,000.00) | | | | | | (20,000.00) | |
| 3/12/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | | (21,760.00) | | | | | | (21,760.00) | | | | | | (21,760.00) | |
| 3/12/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - SAF and SAN Fees | | (13,552.50) | | | | | | (13,552.50) | | | | | | (13,552.50) | |
| 3/12/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (3,725.50) | | | | | | (3,725.50) | | | | | | (3,725.50) | |
| 3/12/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | | (1,014.42) | | | | | | (1,014.42) | | | | | | (1,014.42) | |
| 3/12/26 | Sweep Activity | Transfer | | - | (600.00) | 600.00 | | | | | | | | | | | - |
| 3/12/26 | Transfer | Transfer | | - | | | | | | 70,000.00 | (70,000.00) | | | | | | - |
| 3/12/26 | Transfer | Transfer | | - | | | | | | 30,000.00 | (30,000.00) | | | | | | - |
| 3/13/26 | Bank Fees | Bank Fees | | (1,623.64) | (1,623.64) | | | | | | | | | | | (1,623.64) | |
| 3/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 70.00 | 70.00 | | | | | | | | | | | | 70.00 |
| 3/13/26 | Sweep Activity | Transfer | | - | 1,553.64 | (1,553.64) | | | | | | | | | | | - |
| 3/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 105.00 | 105.00 | | | | | | | | | | | | 105.00 |
| 3/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 153.42 | 153.42 | | | | | | | | | | | | 153.42 |
| 3/16/26 | Sweep Activity | Transfer | | - | (6,921.37) | 6,921.37 | | | | | | | | | | | - |
| 3/17/26 | CHG Companies | Preference and Avoidance Action Recoveries | | 12,973.53 | | | | | | | 12,973.53 | | | | | | 12,973.53 |
| 3/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 218.82 | 218.82 | | | | | | | | | | | | 218.82 |
| 3/17/26 | Sweep Activity | Transfer | | - | (218.82) | 218.82 | | | | | | | | | | | - |
| 3/17/26 | Weatherby Locums | Preference and Avoidance Action Recoveries | | 18,154.54 | | | | | | | 18,154.54 | | | | | | 18,154.54 |
| 3/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 150.00 | 150.00 | | | | | | | | | | | | 150.00 |
| 3/19/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | | (33,933.50) | | | | | | (33,933.50) | | | | | | (33,553.50) | |
| 3/19/26 | Sweep Activity | Transfer | | - | (150.00) | 150.00 | | | | | | | | | | | - |
| 3/19/26 | Transfer | Transfer | | - | | | | | | 50,000.00 | (50,000.00) | | | | | | - |
| 3/19/26 | Vizient | Preference and Avoidance Action Recoveries | | 15,130.38 | | | | | | | 15,130.38 | | | | | | 15,130.38 |
| 3/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 920.17 | 920.17 | | | | | | | | | | | | 920.17 |
| 3/20/26 | Sweep Activity | Transfer | | - | (920.17) | 920.17 | | | | | | | | | | | - |
| 3/24/26 | Department of Justice | US Trustee Fees | | (124.76) | (124.76) | | | | | | | | | | (124.76) | | |
| 3/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,275.99 | 1,275.99 | | | | | | | | | | | | 1,275.99 |
| 3/24/26 | Sweep Activity | Transfer | | - | (1,151.23) | 1,151.23 | | | | | | | | | | | - |
| 3/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.00 | 100.00 | | | | | | | | | | | | 100.00 |
| 3/25/26 | Sweep Activity | Transfer | | - | (100.00) | 100.00 | | | | | | | | | | | - |
| 3/26/26 | Denise Wood | Liquidation Trust - Other Fees | | (1,369.75) | | | | | | (1,369.75) | | | | | | (1,369.75) | |
| 3/26/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 25.00 | 25.00 | | | | | | | | | | | | 25.00 |
| 3/26/26 | Sweep Activity | Transfer | | - | (25.00) | 25.00 | | | | | | | | | | | - |
| 3/26/26 | Transfer | Transfer | | - | | | | | | 100,000.00 | (100,000.00) | | | | | | - |
| 3/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 100.40 | 100.40 | | | | | | | | | | | | 100.40 |
| 3/27/26 | Janet Reasoner | Oversight Committee Fees | | (5,000.00) | | | | | | (5,000.00) | | | | | | | (5,000.00) |
| 3/27/26 | State University of Iowa | TSA Fees | | (93,859.45) | | | | | | (93,859.45) | | | | | (93,859.45) | | |
| 3/27/26 | Sweep Activity | Transfer | | - | (100.40) | 100.40 | | | | | | | | | | | - |
| 3/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 247.07 | 247.07 | | | | | | | | | | | | 247.07 |
| 3/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,292.24 | 1,292.24 | | | | | | | | | | | | 1,292.24 |
| 3/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | | 1,518.00 | 1,518.00 | | | | | | | | | | | | 1,518.00 |
| 3/31/26 | Interest | Interest | | 2,009.26 | | 2,009.26 | | | | | | | | | | | 2,009.26 |
| 3/31/26 | Interest | Interest | | 6,297.00 | | | | | | | 6,297.00 | | | | | | 6,297.00 |
| 3/31/26 | Sweep Activity | Transfer | | - | (1,634.31) | 1,634.31 | | | | | | | | | | | - |
| 3/31/26 | Total Activity and Liquidation Trust Cash on Hand | | | 6,371,415.09 | 1,423.00 | 1,893,273.70 | - | (0.00) | 27,923.31 | 24,204.56 | 2,135,573.55 | 55,000.00 | 21,709.42 | 2,094,373.49 | (93,984.21) | (667,704.64) | 6,951,096.87 |
| | US Trustee Fee Rate | | | | | | | | | | | | | | 0.40% | 0.40% | |
| 3/31/26 | Fees Due Qtr. Ended 3/31/26 (Minimum $250) | | | | | | | | | | | | | | 367.94 | 2,750.82 | |