UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

In re: Mercy Hospital Iowa City Iowa et. al. § Case No. 23-00623
§
§
Debtor(s) §

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2026

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor
◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust
Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

Marc Ross
Printed Name of Responsible Party

09/22/2026
Date

c/o Shuttleworth & Ingersoll, 235 6th St. SE , Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $1,399,224 | $38,079,130 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,399,224 | $38,079,130 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered: ______

If no, give date when the application for Final Decree is anticipated: ______

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 09/22/2026 |
| Title | Date |

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

Mercy Hospital Liquidation Trust 23-00623 (TJC)

Quarterly Operating Reports

| | 04/01/26 - 06/30/26 |
|---|---|
| Chapter 11 Post Confirmation Disbursements | $ 1,399,223.87 |
| Statutory Rate | 0.80% |
| Quarterly Fees Due | $ 11,193.79 |

I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.

/s/ Marc B. Ross 9/22/26

Financial Advisor to Liquidation Trustee Date

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6838 | US Bank Sweep AC XX4650 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5580 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/25 | Beginning Cash | | 6,171,410.02 | 1,423.00 | 1,893,273.70 | - | (0.00) | 27,903.31 | 24,204.55 | 2,130,523.55 | 65,000.00 | 21,709.42 | 2,008,372.49 | - | 6,171,410.02 |
| 4/3/26 | Bank Fees | Bank Fees | (64.95) | | | | | (64.95) | | | | | | (64.95) | |
| 4/5/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 4/9/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 4/10/26 | Bank Fees | Bank Fees | (61.83) | | | | | (61.83) | | | | | | (61.83) | |
| 4/10/26 | Bank Fees | Bank Fees | (4.33) | | | | | (4.33) | | | | | | (4.33) | |
| 4/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 620.29 | | | | | 620.29 | | | | | | | 620.29 |
| 4/15/26 | Department of the Treasury | Income Taxes | (3,206.00) | | | | | (3,206.00) | | | | | | (3,206.00) | |
| 4/1/26 | Bank Fees | Bank Fees | (1,054.78) | (1,054.78) | | | | | | | | | | (1,054.78) | |
| 4/1/26 | Sweep Activity | Transfer | - | 1,054.78 | (1,054.78) | | | | | | | | | | - |
| 4/2/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 294.91 | 294.91 | | | | | | | | | | | 294.91 |
| 4/2/26 | Sweep Activity | Transfer | - | (1,717.91) | 1,717.91 | | | | | | | | | | - |
| 4/3/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 1,391.49 | 1,391.49 | | | | | | | | | | | 1,391.49 |
| 4/3/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 4/3/26 | Sweep Activity | Transfer | - | (1,466.49) | 1,466.49 | | | | | | | | | | - |
| 4/7/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 225.00 | 225.00 | | | | | | | | | | | 225.00 |
| 4/7/26 | Sweep Activity | Transfer | - | (225.00) | 225.00 | | | | | | | | | | - |
| 4/10/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 4/10/26 | Sweep Activity | Transfer | - | (176.00) | 176.00 | | | | | | | | | | - |
| 4/11/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 101.08 | 101.08 | | | | | | | | | | | 101.08 |
| 4/11/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 350.00 | 350.00 | | | | | | | | | | | 350.00 |
| 4/11/26 | Sweep Activity | Transfer | - | (451.08) | 451.08 | | | | | | | | | | - |
| 4/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 3,673.00 | 3,673.00 | | | | | | | | | | | 3,673.00 |
| 4/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 367.87 | 367.87 | | | | | | | | | | | 367.87 |
| 4/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 4/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 260.00 | 260.00 | | | | | | | | | | | 260.00 |
| 4/14/26 | Bank Fees | Bank Fees | (1,617.65) | (1,617.65) | | | | | | | | | | (1,617.65) | |
| 4/14/26 | Sweep Activity | Transfer | - | 1,215.04 | (1,215.04) | | | | | | | | | | |
| 4/15/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 241.02 | 241.02 | | | | | | | | | | | 241.02 |
| 4/15/26 | Sweep Activity | Transfer | - | (241.02) | 241.02 | | | | | | | | | | - |
| 4/16/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 4/16/26 | Sweep Activity | Transfer | - | (3,990.87) | 3,990.87 | | | | | | | | | | - |
| 4/17/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 4/17/26 | Sweep Activity | Transfer | - | (100.00) | 100.00 | | | | | | | | | | - |
| 4/20/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 100.91 | 100.91 | | | | | | | | | | | 100.91 |
| 4/20/26 | Sweep Activity | Transfer | - | (100.91) | 100.91 | | | | | | | | | | - |
| 4/21/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 202.40 | 202.40 | | | | | | | | | | | 202.40 |
| 4/21/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 250.00 | 250.00 | | | | | | | | | | | 250.00 |
| 4/21/26 | Sweep Activity | Transfer | - | (452.40) | 452.40 | | | | | | | | | | - |
| 4/22/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 750.03 | 750.03 | | | | | | | | | | | 750.03 |
| 4/22/26 | Sweep Activity | Transfer | - | (750.03) | 750.03 | | | | | | | | | | - |
| 4/23/24 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 135.00 | 135.00 | | | | | | | | | | | 135.00 |
| 4/23/24 | Sweep Activity | Transfer | - | (135.00) | 135.00 | | | | | | | | | | - |
| 4/24/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 800.00 | 800.00 | | | | | | | | | | | 800.00 |
| 4/24/26 | Sweep Activity | Transfer | - | (800.00) | 800.00 | | | | | | | | | | - |
| 4/28/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 4/28/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 277.00 | 277.00 | | | | | | | | | | | 277.00 |
| 4/28/26 | Sweep Activity | Transfer | - | (319.62) | 319.62 | | | | | | | | | | |
| 4/30/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 203.85 | 203.85 | | | | | | | | | | | 203.85 |
| 4/30/26 | Interest | Interest | 1,958.74 | | 1,958.74 | | | | | | | | | | 1,958.74 |
| 4/30/26 | Sweep Activity | Transfer | - | (203.85) | 203.85 | | | | | | | | | | - |
| 4/2/26 | Transfer | Transfer | - | | | | | | 225,000.00 | (225,000.00) | | | | | |
| 4/2/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (95,924.71) | | | | | | (95,924.71) | | | | | (95,924.71) | |
| 4/2/25 | Day Rettig Martin | Liquidation Trust - Mercy One Professional Fees | (45,105.00) | | | | | | (45,105.00) | | | | | (45,105.00) | |
| 4/13/26 | Denise Wood | Liquidation Trust - Other Fees | (618.75) | | | | | | (618.75) | | | | | (618.75) | |
| 4/13/26 | Kimberley Maner | Liquidation Trust - Other Fees | (4,523.75) | | | | | | (4,523.75) | | | | | (4,523.75) | |
| 4/13/26 | Deloitte | Liquidation Trust - Professional Fees | (39,560.00) | | | | | | (39,560.00) | | | | | (39,560.00) | |
| 4/28/25 | Transfer | Transfer | - | | | | | | 45,000.00 | (45,000.00) | | | | | - |
| 4/26/26 | Transfer | Transfer | - | | | | | | 40,000.00 | (40,000.00) | | | | | - |
| 4/28/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (4,303.70) | | | | | | (4,303.70) | | | | | (4,303.70) | |
| 4/28/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (24,008.50) | | | | | | (24,008.50) | | | | | (24,008.50) | |
| 4/22/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (11,205.00) | | | | | | (11,205.00) | | | | | (11,205.00) | |
| 4/26/26 | The Roby Firm (Retainer) | Liquidation Trust - Professional Fees | (50,000.00) | | | | | | (50,000.00) | | | | | (50,000.00) | |
| 4/22/26 | HEM Management Associates LLC | Liquidation Trust - Professional Fees | (34,632.91) | | | | | | (34,632.91) | | | | | (34,632.91) | |
| 4/29/26 | Transfer | Transfer | - | | | | | | 175,000.00 | (175,000.00) | | | | | |
| 4/30/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (71,055.50) | | | | | | (71,055.50) | | | | | (71,055.50) | |
| 4/30/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (104,706.16) | | | | | | (104,706.16) | | | | | (104,706.16) | |
| 4/24/26 | Daiken Applied | Preference and Avoidance Action Recoveries | 3,000.00 | | | | | | | 3,000.00 | | | | | 3,000.00 |
| 4/20/26 | Cross Medical Labs | Preference and Avoidance Action Recoveries | 17,773.00 | | | | | | | 17,773.00 | | | | | 17,773.00 |
| 4/2/26 | Solventum | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | | 7,500.00 | | | | | 7,500.00 |
| 4/10/26 | Cassling Diagnostic | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | 7,500.00 | | | | | | 7,500.00 |
| 4/30/26 | Interest | Interest | - | | | | | | | | | | | | - |
| 4/30/26 | Interest | Interest | | | | | | | | | | | | | |
| 4/30/26 | Interest | Interest | 5,125.64 | | | | | | | 5,125.64 | | | | | 5,125.64 |
| **4/30/26** | **Total** | | **5,743,664.81** | **(0.00)** | **1,904,682.80** | **-** | **(0.00)** | **24,916.84** | **31,061.07** | **1,687,922.19** | **65,000.00** | **21,709.42** | **2,008,372.49** | | |
| **4/30/26** | | | | | | | | | | | | | | | |
| 5/1/26 | Bank Fees | Bank Fees | (946.07) | (946.07) | | | | | | | | | | (946.07) | |
| 5/1/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 144.91 | 144.91 | | | | | | | | | | | 144.91 |
| 5/1/26 | Mediacom | Preference and Avoidance Action Recoveries | 22,000.00 | | | | | | | 22,000.00 | | | | | 22,000.00 |
| 5/1/26 | Sweep Activity | Transfer | - | 801.16 | (801.16) | | | | | | | | | | - |
| 5/4/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 5/4/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 5/4/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 272.20 | 272.20 | | | | | | | | | | | 272.20 |
| 5/4/26 | Sweep Activity | Transfer | - | (520.85) | 520.85 | | | | | | | | | | - |
| 5/5/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 101.51 | 101.51 | | | | | | | | | | | 101.51 |
| 5/5/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 115.48 | 115.48 | | | | | | | | | | | 115.48 |
| 5/5/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 15,233.12 | 15,233.12 | | | | | | | | | | | 15,233.12 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6838 | US Bank Sweep AC XX4650 | US Bank Payroll AC XX9729 | US Bank Other Accounts | MIBS Bank AC XX3999 | Flagstar Checking AC XX9393 | Flagstar HMAC AC XX0358 | Flagstar Distribution AC XX0331 | Verdex Distribution AC XX5155 | Western Alliance AC XX5880 | Disbursements | Beginning Balance/ Receipts/(Transfers) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/26 | Sweep Activity | Transfer | - | (475.46) | 475.46 | | | | | | | | | | - |
| 5/5/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 179.99 | 179.99 | | | | | | | | | | | 179.99 |
| 5/6/26 | Sweep Activity | Transfer | - | (179.99) | 179.99 | | | | | | | | | | - |
| 5/7/26 | Bank Fees | Bank Fees | (851.11) | (851.11) | | | | | | | | | | (851.11) | |
| 5/7/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 126.00 | 126.00 | | | | | | | | | | | 126.00 |
| 5/7/26 | Sweep Activity | Transfer | - | (14,245.52) | 14,245.52 | | | | | | | | | | - |
| 5/8/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 5/8/26 | Denise Wood | Liquidation Trust - Other Fees | (543.75) | | | | | | (543.75) | | | | | (543.75) | |
| 5/8/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 113.19 | 113.19 | | | | | | | | | | | 113.19 |
| 5/8/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (83,029.00) | | | | | | (83,029.00) | | | | | (83,029.00) | |
| 5/8/26 | Stark & Stark | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | | $7,500.00 | | | | | 7,500.00 |
| 5/8/26 | Sweep Activity | Transfer | - | (113.19) | 113.19 | | | | | | | | | | - |
| 5/8/26 | Transfer | Transfer | - | | | | | | 70,000.00 | (70,000.00) | | | | | - |
| 5/11/26 | Bank Fees | Bank Fees | (154.85) | | | | | (154.85) | | | | | | (154.85) | |
| 5/11/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 5/11/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 188.60 | 188.60 | | | | | | | | | | | 188.60 |
| 5/11/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 3,650.00 | | | | | 3,650.00 | | | | | | | 3,650.00 |
| 5/11/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 12,250.00 | | | | | 12,250.00 | | | | | | | 12,250.00 |
| 5/11/26 | Sweep Activity | Transfer | - | (188.60) | 188.60 | | | | | | | | | | |
| 5/12/26 | Bank Fees | Bank Fees | (63.61) | | | | | (63.61) | | | | | | (63.61) | |
| 5/12/26 | Bank Fees | Bank Fees | (4.45) | | | | | (4.45) | | | | | | (4.45) | |
| 5/12/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 5/12/26 | Foundation Bequest | Preference and Avoidance Action Recoveries | 574,466.41 | | | | | | | $574,466.41 | | | | | 574,466.41 |
| 5/12/26 | Sweep Activity | Transfer | - | (42.62) | 42.62 | | | | | | | | | | |
| 5/13/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (36,054.67) | | | | | | (36,054.67) | | | | | (36,054.67) | |
| 5/13/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (29,858.00) | | | | | | (29,858.00) | | | | | (29,858.00) | |
| 5/13/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (11,204.00) | | | | | | (11,204.00) | | | | | (11,204.00) | |
| 5/13/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (4,303.20) | | | | | | (4,303.20) | | | | | (4,303.20) | |
| 5/13/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (2,391.50) | | | | | | (2,391.50) | | | | | (2,391.50) | |
| 5/13/26 | The Roby Firm | Liquidation Trust - Professional Fees | (43,543.39) | | | | | | (43,543.39) | | | | | (43,543.39) | |
| 5/13/26 | Transfer | Transfer | - | | | | | | 65,000.00 | (65,000.00) | | | | | - |
| 5/13/26 | Transfer | Transfer | - | | | | | | 43,000.00 | (43,000.00) | | | | | |
| 5/14/26 | Bank Fees | Bank Fees | (1,610.18) | (1,610.18) | | | | | | | | | | (1,610.18) | |
| 5/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 5/14/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 2,298.63 | 2,298.63 | | | | | | | | | | | 2,298.63 |
| 5/14/26 | Globus | Preference and Avoidance Action Recoveries | 7,500.00 | | | | | | | $7,500.00 | | | | | 7,500.00 |
| 5/14/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (1,146.40) | | | | | | (1,146.40) | | | | | (1,146.40) | |
| 5/14/26 | Sweep Activity | Transfer | | 1,465.18 | (1,465.18) | | | | | | | | | | - |
| 5/15/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 5/15/26 | Sweep Activity | Transfer | - | (100.00) | 100.00 | | | | | | | | | | - |
| 5/16/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 125.00 | 125.00 | | | | | | | | | | | 125.00 |
| 5/16/26 | Sweep Activity | Transfer | - | (2,356.63) | 2,356.63 | | | | | | | | | | - |
| 5/18/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 5/19/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 347.68 | 347.68 | | | | | | | | | | | 347.68 |
| 5/19/26 | Other Recovery | Preference and Avoidance Action Recoveries | 50,000.00 | | | | | | 50,000.00 | | | | | | 50,000.00 |
| 5/19/26 | Sweep Activity | Transfer | - | (523.68) | 523.68 | | | | | | | | | | - |
| 5/21/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 200.91 | 200.91 | | | | | | | | | | | 200.91 |
| 5/21/26 | Sweep Activity | Transfer | - | (200.91) | 200.91 | | | | | | | | | | - |
| 5/22/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 5/22/26 | Sweep Activity | Transfer | | (50.00) | 50.00 | | | | | | | | | | - |
| 5/26/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 135.00 | 135.00 | | | | | | | | | | | 135.00 |
| 5/26/26 | Sweep Activity | Transfer | - | (135.00) | 135.00 | | | | | | | | | | - |
| 5/27/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 5/27/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 260.48 | 260.48 | | | | | | | | | | | 260.48 |
| 5/27/26 | Sweep Activity | Transfer | - | (303.10) | 303.10 | | | | | | | | | | - |
| 5/28/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 611.20 | 611.20 | | | | | | | | | | | 611.20 |
| 5/28/26 | Sweep Activity | Transfer | - | (611.20) | 611.20 | | | | | | | | | | |
| 5/29/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 446.91 | 446.91 | | | | | | | | | | | 446.91 |
| 5/29/26 | Interest | Interest | 2,044.18 | | 2,044.18 | | | | | | | | | | 2,044.18 |
| 5/29/26 | Johnson & Johnson | Preference and Avoidance Action Recoveries | 20,000.00 | | | | | | | $20,000.00 | | | | | 20,000.00 |
| 5/29/26 | Sweep Activity | Transfer | - | (446.91) | 446.91 | | | | | | | | | | |
| 5/31/26 | Interest | Interest | 5,355.77 | | | | | | | 5,355.77 | | | | | 5,355.77 |
| **5/31/26** | **Total** | | **6,247,623.94** | **(0.00)** | **1,924,376.32** | **-** | **(0.00)** | **40,424.18** | **60,987.16** | **2,126,754.37** | **65,000.00** | **21,709.42** | **2,008,372.48** | | |
| **5/31/26** | | | | | | | | | | | | | | | |
| 6/1/26 | Bank Fees | Bank Fees | (925.35) | (925.35) | | | | | | | | | | (925.35) | |
| 6/1/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 6/1/26 | Sweep Activity | Transfer | - | 900.35 | (900.35) | | | | | | | | | | - |
| 6/2/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 75.00 | 75.00 | | | | | | | | | | | 75.00 |
| 6/2/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 6/2/26 | Sweep Activity | Transfer | | (248.65) | 248.65 | | | | | | | | | | - |
| 6/3/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 475.09 | 475.09 | | | | | | | | | | | 475.09 |
| 6/3/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 905.00 | 905.00 | | | | | | | | | | | 905.00 |
| 6/3/26 | Other Recovery | Preference and Avoidance Action Recoveries | 33,500.00 | | | | | | | $33,500.00 | | | | | 33,500.00 |
| 6/3/26 | Sweep Activity | Transfer | | (1,380.09) | 1,380.09 | | | | | | | | | | - |
| 6/4/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 455.87 | 455.87 | | | | | | | | | | | 455.87 |
| 6/4/26 | Sweep Activity | Transfer | - | (455.87) | 455.87 | | | | | | | | | | - |
| 6/5/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 1,135.10 | 1,135.10 | | | | | | | | | | | 1,135.10 |
| 6/5/26 | Sweep Activity | Transfer | | (1,135.10) | 1,135.10 | | | | | | | | | | |
| 6/8/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 24.78 | 24.78 | | | | | | | | | | | 24.78 |
| 6/8/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 126.00 | 126.00 | | | | | | | | | | | 126.00 |
| 6/8/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 385.22 | | | | | 385.22 | | | | | | | 385.22 |
| 6/8/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 10,845.09 | 10,845.09 | | | | | | | | | | | 10,845.09 |
| 6/8/26 | Sweep Activity | Transfer | | (301.00) | 301.00 | | | | | | | | | | - |
| 6/9/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 6/9/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 6/9/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 6/9/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 73.42 | 73.42 | | | | | | | | | | | 73.42 |
| 6/9/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |

Mercy Hospital Liquidation Trust
Cash Activity Worksheet

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6838 | US Bank Sweep AC XX4658 | US Bank Payroll AC XX9779 | US Bank Other Accounts | Hills Bank AC XX3699 | Flagstar Checking AC XX0323 | Flagstar HMAC AC XX0358 | Flagstar Distribution AC XX0331 | Vertex Distribution AC XX5125 | Western Alliance AC XX6980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/26 | Sweep Activity | Transfer | - | (73.42) | 73.42 | | | | | | | | | | - |
| 6/10/26 | Bank Fees | Bank Fees | (2,697.94) | (2,697.94) | | | | | | | | | | (2,697.94) | |
| 6/10/26 | Bank Fees | Bank Fees | (60.85) | | | | | (60.85) | | | | | | (60.85) | |
| 6/10/26 | Bank Fees | Bank Fees | (4.20) | | | | | (4.20) | | | | | | (4.20) | |
| 6/10/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | (100.00) | (100.00) | | | | | | | | | | | (100.00) |
| 6/10/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 6/10/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (44,109.68) | | | | | | (44,109.68) | | | | | (44,109.68) | |
| 6/10/26 | Kimberley Maser | Liquidation Trust - Other Fees | (1,350.00) | | | | | | (1,350.00) | | | | | (1,350.00) | |
| 6/10/26 | Laura Davis | Liquidation Trust - Other Fees | (840.00) | | | | | | (840.00) | | | | | (840.00) | |
| 6/10/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (28,820.29) | | | | | | (28,820.29) | | | | | (28,820.29) | |
| 6/10/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (6,159.65) | | | | | | (6,159.65) | | | | | (6,159.65) | |
| 6/10/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (12,551.56) | | | | | | (12,551.56) | | | | | (12,551.56) | |
| 6/10/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (10,641.60) | | | | | | (10,641.60) | | | | | (10,641.60) | |
| 6/10/26 | Sweep Activity | Transfer | - | (7,896.93) | 7,896.93 | | | | | | | | | | - |
| 6/10/26 | The Roby Firm | Liquidation Trust - Professional Fees | (48,326.28) | | | | | | (48,326.28) | | | | | (48,326.28) | |
| 6/10/26 | Transfer | Transfer | - | | | | | | 130,000.00 | (130,000.00) | | | | | |
| 6/11/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 120.00 | 120.00 | | | | | | | | | | | 120.00 |
| 6/11/26 | Sweep Activity | Transfer | - | (220.00) | 220.00 | | | | | | | | | | - |
| 6/12/26 | Bank Fees | Bank Fees | (1,642.82) | (1,642.82) | | | | | | | | | | (1,642.82) | |
| 6/12/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 60.00 | 60.00 | | | | | | | | | | | 60.00 |
| 6/12/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (244,172.50) | | | | | | (244,172.50) | | | | | (244,172.50) | |
| 6/12/26 | Intouch | Preference and Avoidance Action Recoveries | 5,400.00 | | | | | | | 55,400.00 | | | | | 5,400.00 |
| 6/12/26 | Sweep Activity | Transfer | - | 1,562.82 | (1,562.82) | | | | | | | | | | |
| 6/12/26 | Transfer | Transfer | - | | | | | | 225,000.00 | (225,000.00) | | | | | |
| 6/15/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 377.66 | 377.66 | | | | | | | | | | | 377.66 |
| 6/15/26 | Sweep Activity | Transfer | | (477.66) | 477.66 | | | | | | | | | | - |
| 6/16/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 150.00 | 150.00 | | | | | | | | | | | 150.00 |
| 6/16/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 6/16/26 | Sweep Activity | Transfer | - | (326.00) | 326.00 | | | | | | | | | | - |
| 6/17/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 135.82 | 135.82 | | | | | | | | | | | 135.82 |
| 6/17/26 | Sweep Activity | Transfer | - | (135.82) | 135.82 | | | | | | | | | | - |
| 6/18/26 | Epiq Corporate Restructuring | Liquidation Trust - Other Fees | (23,358.79) | | | | | | (23,358.79) | | | | | (23,358.79) | |
| 6/18/26 | Janet Reasoner | Oversight Committee Fees | (5,000.00) | | | | | | (5,000.00) | | | | | (5,000.00) | |
| 6/18/26 | Stryker | Preference and Avoidance Action Recoveries | 24,000.00 | | | | | | | $24,000.00 | | | | | 24,000.00 |
| 6/18/26 | Transfer | Transfer | - | | | | | | 20,000.00 | (20,000.00) | | | | | - |
| 6/22/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 210.00 | 210.00 | | | | | | | | | | | 210.00 |
| 6/22/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 300.91 | 300.91 | | | | | | | | | | | 300.91 |
| 6/22/26 | Smith & Nephew | Preference and Avoidance Action Recoveries | 20,000.00 | | | | | | 20,000.00 | | | | | | 20,000.00 |
| 6/22/26 | Sweep Activity | Transfer | | (510.91) | 510.91 | | | | | | | | | | - |
| 6/23/26 | Denise Wood | Liquidation Trust - Other Fees | (562.50) | | | | | | (562.50) | | | | | (562.50) | |
| 6/23/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 6/23/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 58.61 | 58.61 | | | | | | | | | | | 58.61 |
| 6/23/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 247.79 | 247.79 | | | | | | | | | | | 247.79 |
| 6/23/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 1,257.84 | | | | | 1,257.84 | | | | | | | 1,257.84 |
| 6/23/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 5,339.68 | 5,339.68 | | | | | | | | | | | 5,339.68 |
| 6/23/26 | Sweep Activity | Transfer | - | (350.41) | 350.41 | | | | | | | | | | - |
| 6/24/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 235.00 | 235.00 | | | | | | | | | | | 235.00 |
| 6/24/26 | Sweep Activity | Transfer | - | (235.00) | 235.00 | | | | | | | | | | - |
| 6/25/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 350.00 | 350.00 | | | | | | | | | | | 350.00 |
| 6/25/26 | Sweep Activity | Transfer | - | (5,688.46) | 5,688.46 | | | | | | | | | | - |
| 6/26/26 | Other Recovery | Preference and Avoidance Action Recoveries | 43,000.00 | | | | | | | $43,000.00 | | | | | 43,000.00 |
| 6/30/26 | Affiliated Healthcare Management Group | AR Collection Fees | (4,572.92) | | | | | | (4,572.92) | | | | | (4,572.92) | |
| 6/30/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 6/30/26 | Estimated Insurance and Patient Self Pay AR Collections | Estimated Insurance and Patient Self Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 6/30/26 | Interest | Interest | 1,995.20 | | 1,995.20 | | | | | | | | | | 1,995.20 |
| 6/30/26 | Interest | Interest | 5,155.44 | | | | | | | 5,155.44 | | | | | 5,155.44 |
| 6/30/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (254,116.63) | | | | | | (254,116.63) | | | | | (254,116.63) | |
| 6/30/26 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | (765.00) | | | | | | (765.00) | | | | | (765.00) | |
| 6/30/26 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | (432.00) | | | | | | (432.00) | | | | | (432.00) | |
| 6/30/26 | Sweep Activity | Transfer | - | (223.65) | 223.65 | | | | | | | | | | - |
| 6/30/26 | Transfer | Transfer | - | | | | | | 250,000.00 | (250,000.00) | | | | | - |
| 6/30/26 | Total Activity and Liquidation Trust Cash on Hand | | 5,709,312.32 | (0.00) | 3,943,567.34 | - | (0.00) | 41,667.53 | 26,255.73 | 1,812,608.81 | 55,000.00 | 21,703.42 | 2,008,372.45 | (1,399,223.67) | 7,164,606.55 |

| | | |
|---|---|---|
| | US Trustee Fee Rate | 0.80% |
| 6/30/26 | Fees Due Qtr. Ended 6/30/26 | $ 11,193.79 |