ntcexh 1/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa, et al.

Debtor

Chapter 11

Bankruptcy No. 23−00623

Jointly Administered

## NOTICE OF INTENT TO DISPOSE OF EXHIBITS

To:

Nathan M. Bull, Emily C. Keil, Roy Ryan Leaf, Felicia Gerber Perlman, Daniel M. Simon, and Kristina M. Stanger, Attorneys for Debtor
Dan R. Childers, Liquidation Trustee
Samuel Gray, Eric W. Lam, Christopher K. Loftus and Abbe Stensland, Attorneys for Liquidation Trustee
United States Trustee
Paula L. Roby, Attorney for Official Committee of Pensioners, Pensioners Committee
Boris I. Mankovestskiy and Andrew H. Sherman, Attorneys for Official Committee of Unsecured Creditors

**NOTICE IS HEREBY GIVEN:**

1. Exhibits were received in connection with the hearings held August 8, 2023, November 6, 2023, May 16, 2024, June 6, 2024, and October 23, 2024.

2. Pursuant to Local Rule 9070−1, parties or their attorneys, if applicable, may pick up their respective exhibits or exhibit media (flashdrive, cd, dvd, etc.) from the Clerk's Office located at 111 7th Ave SE, Cedar Rapids, Iowa 52401 , on or before October 28, 2026.

3. If the exhibits or the exhibit media are not retrieved from the Clerk's Office, or other arrangement made with the Courtroom Deputy, on or before the date previously specified, the exhibits or exhibit media will be destroyed.

Date: October 14, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

Danielle Cripe

Deputy Clerk