UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Iowa

| | | | |
|---|---|---|---|
| In re: Mercy Hospital Iowa City Iowa et. al. | § | Case No. | 23-00623 |
| | § | | |
| | § | | |
| Debtor(s) | § | ☐ Jointly Administered | |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2026

Petition Date: 08/07/2023

Plan Confirmed Date: 05/14/2024

Plan Effective Date: 06/24/2024

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Mercy Hospital Liquidation Trust
Name of Authorized Party or Entity

/s/ Marc Ross
Signature of Responsible Party

Marc Ross
Printed Name of Responsible Party

10/19/2026
Date

c/o Shuttleworth & Ingersoll, 235 6th St. SE , Cedar Rapids IA 52401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $1,288,471 | $39,367,601 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,288,471 | $39,367,601 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered: ____________

If no, give date when the application for Final Decree is anticipated: ____________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Marc Ross | Marc Ross |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Financial Advisor to Successor Liquidation Trustee | 10/19/2026 |
| Title | Date |

Debtor's Name Mercy Hospital Iowa City Iowa et. al. Case No. 23-00623

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**Mercy Hospital Liquidation Trust** **23-00623 (TJC)**

**Quarterly Operating Reports**

| | **07/01/26 - 09/30/26** |
|---|---|
| **Chapter 11 Post Confirmation Disbursements** | **$ 1,288,470.90** |
| **Statutory Rate** | 0.80% |
| **Quarterly Fees Due** | **$ 10,307.77** |

**I declare under penalty of perjury that the foregoing Quarterly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the Debtors' Estates.**

**/s/ Marc B. Ross** **10/19/26**

**Financial Advisor to Liquidation Trustee** **Date**

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6/30/26** | **Beginning Cash** | | **5,709,382.32** | **(0.00)** | **1,943,567.34** | **-** | **(0.00)** | **41,667.53** | **26,255.73** | **1,612,809.81** | **55,000.00** | **21,709.42** | **2,008,372.49** | **-** | **5,709,382.32** |
| 7/1/26 | Bank Fees | Bank Fees | (970.75) | (970.75) | | | | | | | | | | (970.75) | |
| 7/1/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 300.00 | 300.00 | | | | | | | | | | | 300.00 |
| 7/1/26 | Sweep Activity | Transfer | - | 670.75 | (670.75) | | | | | | | | | | - |
| 7/2/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 7/2/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 319.94 | 319.94 | | | | | | | | | | | 319.94 |
| 7/2/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (54,056.76) | | | | | | (54,056.76) | | | | | (54,056.76) | |
| 7/2/26 | Sweep Activity | Transfer | - | (362.56) | 362.56 | | | | | | | | | | - |
| 7/2/26 | The Roby Firm | Liquidation Trust - Professional Fees | (31,021.50) | | | | | | (31,021.50) | | | | | (31,021.50) | |
| 7/2/26 | Transfer | Transfer | - | | | | | | 100,000.00 | (100,000.00) | | | | | - |
| 7/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 47.53 | 47.53 | | | | | | | | | | | 47.53 |
| 7/3/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 125.00 | 125.00 | | | | | | | | | | | 125.00 |
| 7/3/26 | Sweep Activity | Transfer | - | (172.53) | 172.53 | | | | | | | | | | - |
| 7/8/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 7/8/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 452.00 | 452.00 | | | | | | | | | | | 452.00 |
| 7/8/26 | Sweep Activity | Transfer | - | (452.00) | 452.00 | | | | | | | | | | - |
| 7/8/26 | Gary Housman | Miscellaneous Fees | (810.38) | | | | | | | | (810.38) | | | (810.38) | |
| 7/9/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 7/9/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 7/9/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 150.00 | 150.00 | | | | | | | | | | | 150.00 |
| 7/9/26 | Sweep Activity | Transfer | - | (150.00) | 150.00 | | | | | | | | | | - |
| 7/10/26 | Bank Fees | Bank Fees | (60.57) | | | | | (60.57) | | | | | | (60.57) | |
| 7/10/26 | Bank Fees | Bank Fees | (4.24) | | | | | (4.24) | | | | | | (4.24) | |
| 7/14/26 | Bank Fees | Bank Fees | (1,678.52) | (1,678.52) | | | | | | | | | | (1,678.52) | |
| 7/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 10.00 | 10.00 | | | | | | | | | | | 10.00 |
| 7/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 7/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 2,078.43 | 2,078.43 | | | | | | | | | | | 2,078.43 |
| 7/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 8,980.51 | 8,980.51 | | | | | | | | | | | 8,980.51 |
| 7/14/26 | Sweep Activity | Transfer | - | 1,493.52 | (1,493.52) | | | | | | | | | | - |
| 7/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 382.34 | 382.34 | | | | | | | | | | | 382.34 |
| 7/15/26 | Sweep Activity | Transfer | - | (382.34) | 382.34 | | | | | | | | | | - |
| 7/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 10.18 | | | | | 10.18 | | | | | | | 10.18 |
| 7/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 200.00 | 200.00 | | | | | | | | | | | 200.00 |
| 7/16/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (26,435.00) | | | | | | (26,435.00) | | | | | (26,435.00) | |
| 7/16/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (10,743.44) | | | | | | (10,743.44) | | | | | (10,743.44) | |
| 7/16/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (45,497.10) | | | | | | (45,497.10) | | | | | (45,497.10) | |
| 7/16/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (17,770.80) | | | | | | (17,770.80) | | | | | (17,770.80) | |
| 7/16/26 | Sweep Activity | Transfer | - | (11,183.94) | 11,183.94 | | | | | | | | | | - |
| 7/16/26 | Transfer | Transfer | - | | | | | | 75,000.00 | (75,000.00) | | | | | - |
| 7/17/26 | Elevate PFS | Preference and Avoidance Action Recoveries | 7,000.00 | | | | | | | $7,000.00 | | | | | 7,000.00 |
| 7/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 250.00 | 250.00 | | | | | | | | | | | 250.00 |
| 7/17/26 | Sweep Activity | Transfer | - | (250.00) | 250.00 | | | | | | | | | | - |
| 7/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 196.59 | 196.59 | | | | | | | | | | | 196.59 |
| 7/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 350.00 | 350.00 | | | | | | | | | | | 350.00 |
| 7/20/26 | Sweep Activity | Transfer | - | (546.59) | 546.59 | | | | | | | | | | - |
| 7/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 30.00 | 30.00 | | | | | | | | | | | 30.00 |
| 7/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 97.50 | 97.50 | | | | | | | | | | | 97.50 |
| 7/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 150.00 | 150.00 | | | | | | | | | | | 150.00 |
| 7/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 218.62 | 218.62 | | | | | | | | | | | 218.62 |
| 7/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 1,889.00 | 1,889.00 | | | | | | | | | | | 1,889.00 |
| 7/21/26 | Sweep Activity | Transfer | - | (368.62) | 368.62 | | | | | | | | | | - |
| 7/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 180.00 | 180.00 | | | | | | | | | | | 180.00 |
| 7/22/26 | Lepic-Kroeger Realtors | Liquidation Trust - Mercy One Professional Fees | (6,637.50) | | | | | | (6,637.50) | | | | | (6,637.50) | |
| 7/22/26 | Sweep Activity | Transfer | - | (180.00) | 180.00 | | | | | | | | | | - |
| 7/23/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 135.00 | 135.00 | | | | | | | | | | | 135.00 |
| 7/23/26 | Medirevv | Preference and Avoidance Action Recoveries | 42,327.00 | | | | | | | $42,327.00 | | | | | 42,327.00 |
| 7/23/26 | Sweep Activity | Transfer | - | (2,151.50) | 2,151.50 | | | | | | | | | | - |
| 7/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 1,550.09 | 1,550.09 | | | | | | | | | | | 1,550.09 |
| 7/24/26 | Sweep Activity | Transfer | - | (1,550.09) | 1,550.09 | | | | | | | | | | - |
| 7/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 7/27/26 | Sweep Activity | Transfer | - | (50.00) | 50.00 | | | | | | | | | | - |
| 7/28/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 7/28/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 400.00 | 400.00 | | | | | | | | | | | 400.00 |
| 7/28/26 | Sweep Activity | Transfer | - | (442.62) | 442.62 | | | | | | | | | | - |
| 7/29/26 | Denise Wood | Liquidation Trust - Other Fees | (881.25) | | | | | | (881.25) | | | | | (881.25) | |
| 7/29/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 250.91 | 250.91 | | | | | | | | | | | 250.91 |
| 7/29/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (129,788.00) | | | | | | (129,788.00) | | | | | (129,788.00) | |
| 7/29/26 | Sweep Activity | Transfer | - | (250.91) | 250.91 | | | | | | | | | | - |
| 7/29/26 | Transfer | Transfer | - | | | | | | 130,000.00 | (130,000.00) | | | | | - |
| 7/30/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 7/30/26 | Sweep Activity | Transfer | - | (50.00) | 50.00 | | | | | | | | | | - |
| 7/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 256.97 | | | | | 256.97 | | | | | | | 256.97 |
| 7/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 2,528.43 | 2,528.43 | | | | | | | | | | | 2,528.43 |
| 7/31/26 | Interest | Interest | 2,080.22 | | 2,080.22 | | | | | | | | | | 2,080.22 |
| 7/31/26 | Interest | Interest | 4,090.04 | | | | | | | 4,090.04 | | | | | 4,090.04 |
| 7/31/26 | Sweep Activity | Transfer | - | (50.00) | 50.00 | | | | | | | | | | - |
| **7/31/26** | **Total** | | **5,460,013.45** | **2,478.43** | **1,962,076.99** | **-** | **(0.00)** | **41,535.27** | **8,424.38** | **1,361,226.85** | **54,189.62** | **21,709.42** | **2,008,372.49** | | |
| **7/31/26** | | | | | | | | | | | | | | | - |
| 08/03/26 | Bank Fees | Bank Fees | (953.94) | (953.94) | | | | | | | | | | (953.94) | |
| 08/03/26 | Refund for Patient Over Payment | Miscellaneous Fees | (810.38) | | | | | | | | (810.38) | | | (810.38) | |
| 08/03/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 08/03/26 | Sweep Activity | Transfer | - | 853.94 | (853.94) | | | | | | | | | | - |
| 08/04/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 08/04/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 641.72 | 641.72 | | | | | | | | | | | 641.72 |
| 08/04/26 | Sweep Activity | Transfer | - | (3,293.80) | 3,293.80 | | | | | | | | | | - |
| 08/05/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 102.66 | 102.66 | | | | | | | | | | | 102.66 |
| 08/05/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 270.96 | 270.96 | | | | | | | | | | | 270.96 |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/05/26 | Sweep Activity | Transfer | - | (373.62) | 373.62 | | | | | | | | | | - |
| 08/06/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 822.98 | 822.98 | | | | | | | | | | | 822.98 |
| 08/06/26 | Sweep Activity | Transfer | - | (822.98) | 822.98 | | | | | | | | | | - |
| 08/10/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 08/10/26 | Sweep Activity | Transfer | - | 47,615.56 | (47,615.56) | | | | | | | | | | - |
| 08/10/26 | Department of the Treasury | US Trustee Fees | (47,615.56) | (47,615.56) | | | | | | | | | | (47,615.56) | |
| 08/11/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 08/11/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 08/11/26 | Bank Fees | Bank Fees | (4.16) | | | | | (4.16) | | | | | | (4.16) | |
| 08/11/26 | Bank Fees | Bank Fees | (59.37) | | | | | (59.37) | | | | | | (59.37) | |
| 08/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 08/11/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 830.34 | 830.34 | | | | | | | | | | | 830.34 |
| 08/11/26 | Sweep Activity | Transfer | - | (872.96) | 872.96 | | | | | | | | | | - |
| 08/12/26 | Denise Wood | Liquidation Trust - Other Fees | (693.75) | | | | | | (693.75) | | | | | (693.75) | |
| 08/13/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 150.00 | 150.00 | | | | | | | | | | | 150.00 |
| 08/13/26 | Sweep Activity | Transfer | - | (150.00) | 150.00 | | | | | | | | | | - |
| 08/14/26 | Bank Fees | Bank Fees | (1,638.94) | (1,638.94) | | | | | | | | | | (1,638.94) | |
| 08/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 20.00 | 20.00 | | | | | | | | | | | 20.00 |
| 08/14/26 | Sweep Activity | Transfer | - | 1,618.94 | (1,618.94) | | | | | | | | | | - |
| 08/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 83.23 | 83.23 | | | | | | | | | | | 83.23 |
| 08/17/26 | Sweep Activity | Transfer | - | (83.23) | 83.23 | | | | | | | | | | - |
| 08/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 176.00 | 176.00 | | | | | | | | | | | 176.00 |
| 08/18/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 155.00 | 155.00 | | | | | | | | | | | 155.00 |
| 08/18/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (8,568.40) | | | | | | (8,568.40) | | | | | (8,568.40) | |
| 08/18/26 | The Roby Firm | Liquidation Trust - Professional Fees | (42,840.00) | | | | | | (42,840.00) | | | | | (42,840.00) | |
| 08/18/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (25,585.00) | | | | | | (25,585.00) | | | | | (25,585.00) | |
| 08/18/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (16,684.00) | | | | | | (16,684.00) | | | | | (16,684.00) | |
| 08/18/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (6,944.90) | | | | | | (6,944.90) | | | | | (6,944.90) | |
| 08/18/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (5,190.20) | | | | | | (5,190.20) | | | | | (5,190.20) | |
| 08/18/26 | Sweep Activity | Transfer | - | (331.00) | 331.00 | | | | | | | | | | - |
| 08/18/26 | Transfer | Transfer | - | | | | | | 106,000.00 | (106,000.00) | | | | | - |
| 08/19/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 200.00 | 200.00 | | | | | | | | | | | 200.00 |
| 08/19/26 | Sweep Activity | Transfer | - | (200.00) | 200.00 | | | | | | | | | | - |
| 08/20/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 08/20/26 | Sweep Activity | Transfer | - | (50.00) | 50.00 | | | | | | | | | | - |
| 08/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 112.86 | 112.86 | | | | | | | | | | | 112.86 |
| 08/21/26 | Sweep Activity | Transfer | - | (112.86) | 112.86 | | | | | | | | | | - |
| 08/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 135.00 | 135.00 | | | | | | | | | | | 135.00 |
| 08/24/26 | Sweep Activity | Transfer | - | (135.00) | 135.00 | | | | | | | | | | - |
| 08/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 888.50 | 888.50 | | | | | | | | | | | 888.50 |
| 08/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 40.00 | 40.00 | | | | | | | | | | | 40.00 |
| 08/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 08/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 50.00 | 50.00 | | | | | | | | | | | 50.00 |
| 08/25/26 | Sweep Activity | Transfer | - | (166.12) | 166.12 | | | | | | | | | | - |
| 08/27/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 96.00 | 96.00 | | | | | | | | | | | 96.00 |
| 08/27/26 | Sweep Activity | Transfer | - | (951.00) | 951.00 | | | | | | | | | | - |
| 08/28/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 08/28/26 | Sweep Activity | Transfer | - | (100.00) | 100.00 | | | | | | | | | | - |
| 08/31/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 251.00 | 251.00 | | | | | | | | | | | 251.00 |
| 08/31/26 | Interest Income | Interest Income | 2,060.15 | | 2,060.15 | | | | | | | | | | 2,060.15 |
| 08/31/26 | Interest Income | Interest Income | 3,630.17 | | | | | | | 3,630.17 | | | | | 3,630.17 |
| 08/31/26 | Sweep Activity | Transfer | - | (251.00) | 251.00 | | | | | | | | | | - |
| **8/31/26** | **Total** | | **5,313,315.71** | **(0.00)** | **1,921,942.27** | **-** | **(0.00)** | **41,137.14** | **7,918.13** | **1,258,857.02** | **53,379.24** | **21,709.42** | **2,008,372.49** | | |
| **8/31/26** | | | | | | | | | | | | | | | - |
| 09/01/26 | Bank Fees | Bank Fees | (940.32) | (940.32) | | | | | | | | | | (940.32) | |
| 09/01/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 173.65 | 173.65 | | | | | | | | | | | 173.65 |
| 09/01/26 | Sweep Activity | Transfer | - | 766.67 | (766.67) | | | | | | | | | | - |
| 09/02/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 125.00 | 125.00 | | | | | | | | | | | 125.00 |
| 09/02/26 | Alex D Moglia & Associates | Liquidation Trust - 547 and 548 Fees | (22,747.86) | | | | | | (22,747.86) | | | | | (22,747.86) | |
| 09/02/26 | Sweep Activity | Transfer | - | (125.00) | 125.00 | | | | | | | | | | - |
| 09/02/26 | Transfer | Transfer | - | | | | | | 25,000.00 | (25,000.00) | | | | | - |
| 09/03/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 157.04 | 157.04 | | | | | | | | | | | 157.04 |
| 09/03/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 175.00 | 175.00 | | | | | | | | | | | 175.00 |
| 09/03/26 | Sweep Activity | Transfer | - | (332.04) | 332.04 | | | | | | | | | | - |
| 09/09/26 | Bank Fees | Bank Fees | (154.80) | | | | | (154.80) | | | | | | (154.80) | |
| 09/09/26 | Bank Fees | Bank Fees | (94.85) | | | | | (94.85) | | | | | | (94.85) | |
| 09/09/26 | Bank Fees | Bank Fees | (84.95) | | | | | (84.95) | | | | | | (84.95) | |
| 09/09/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 2,268.43 | 2,268.43 | | | | | | | | | | | 2,268.43 |
| 09/09/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 10.00 | 10.00 | | | | | | | | | | | 10.00 |
| 09/09/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 42.62 | 42.62 | | | | | | | | | | | 42.62 |
| 09/09/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 100.00 | 100.00 | | | | | | | | | | | 100.00 |
| 09/09/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 189.15 | | | | | 189.15 | | | | | | | 189.15 |
| 09/09/26 | Sweep Activity | Transfer | - | (202.62) | 202.62 | | | | | | | | | | - |
| 09/10/26 | Bank Fees | Bank Fees | (4.12) | | | | | (4.12) | | | | | | (4.12) | |
| 09/10/26 | Bank Fees | Bank Fees | (58.80) | | | | | (58.80) | | | | | | (58.80) | |
| 09/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 186.39 | 186.39 | | | | | | | | | | | 186.39 |
| 09/10/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 2.19 | | | | | 2.19 | | | | | | | 2.19 |
| 09/10/26 | Sweep Activity | Transfer | - | (186.39) | 186.39 | | | | | | | | | | - |
| 09/11/26 | Jay S. Geller | Liquidation Trust - Mercy One Professional Fees | (10,579.00) | | | | | | (10,579.00) | | | | | (10,579.00) | |
| 09/11/26 | The Roby Firm | Liquidation Trust - Professional Fees | (44,965.47) | | | | | | (44,965.47) | | | | | (44,965.47) | |
| 09/11/26 | Sweep Activity | Transfer | - | (2,218.43) | 2,218.43 | | | | | | | | | | - |
| 09/11/26 | Transfer | Transfer | - | | | | | | 75,000.00 | (75,000.00) | | | | | - |
| 09/14/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 150.00 | 150.00 | | | | | | | | | | | 150.00 |
| 09/14/26 | Sweep Activity | Transfer | - | (150.00) | 150.00 | | | | | | | | | | - |
| 09/15/26 | Denise Wood | AR Collection Fees | (656.25) | | | | | | (656.25) | | | | | (656.25) | |
| 09/15/26 | Bank Fees | Bank Fees | (1,601.67) | (1,601.67) | | | | | | | | | | (1,601.67) | |
| 09/15/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 721.53 | 721.53 | | | | | | | | | | | 721.53 |
| 09/15/26 | Gibbins Advisors | Liquidation Trust - Mercy One Professional Fees | (271,418.50) | | | | | | (271,418.50) | | | | | (271,418.50) | |

**Mercy Hospital Liquidation Trust**
**Cash Activity Worksheet**

| Date | Transaction | Category | Amount | US Bank Gen'l Checking AC XX6836 | US Bank Sweep AC XX4656 | US Bank Payroll AC XX9729 | US Bank Other Accounts | Hills Bank AC XX3999 | Flagstar Checking AC XX0323 | Flagstar MMAC AC XX0358 | Flagstar Distribution AC XX0331 | Veritex Distribution AC XX5125 | Western Alliance AC XX5980 | Disbursements | Beginning Balance/ Receipts/Transfers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (5,087.70) | | | | | | (5,087.70) | | | | | (5,087.70) | |
| 09/15/26 | Simmons Perrine et al | Liquidation Trust - Professional Fees | (14,917.36) | | | | | | (14,917.36) | | | | | (14,917.36) | |
| 09/15/26 | Sweep Activity | Transfer | - | 880.14 | (880.14) | | | | | | | | | | - |
| 09/15/26 | Transfer | Transfer | - | | | | | | 271,000.00 | (271,000.00) | | | | | - |
| 09/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 465.00 | 465.00 | | | | | | | | | | | 465.00 |
| 09/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 20.00 | 20.00 | | | | | | | | | | | 20.00 |
| 09/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 10.48 | 10.48 | | | | | | | | | | | 10.48 |
| 09/16/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 180.00 | 180.00 | | | | | | | | | | | 180.00 |
| 09/16/26 | Sweep Activity | Transfer | - | (190.48) | 190.48 | | | | | | | | | | - |
| 09/17/26 | Big River Insurance | E&O Coverage | (4,329.81) | | | | | | (4,329.81) | | | | | (4,329.81) | |
| 09/17/26 | Big River Insurance | E&O Coverage | (39,288.09) | | | | | | (39,288.09) | | | | | (39,288.09) | |
| 09/17/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 281.42 | 281.42 | | | | | | | | | | | 281.42 |
| 09/17/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - 547 and 548 Fees | (13,090.50) | | | | | | (13,090.50) | | | | | (13,090.50) | |
| 09/17/26 | Nyemaster Goode, PC | Liquidation Trust - Mercy One Professional Fees | (312,565.71) | | | | | | (312,565.71) | | | | | (312,565.71) | |
| 09/17/26 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | (1,640.00) | | | | | | (1,640.00) | | | | | (1,640.00) | |
| 09/17/26 | Nyemaster Goode, PC | Liquidation Trust - Professional Fees | (2,000.00) | | | | | | (2,000.00) | | | | | (2,000.00) | |
| 09/17/26 | Shuttleworth and Ingersoll PC | Liquidation Trust - Professional Fees | (22,823.10) | | | | | | (22,823.10) | | | | | (22,823.10) | |
| 09/17/26 | HBM Management Associates LLC | Liquidation Trust - Professional Fees | (28,710.00) | | | | | | (28,710.00) | | | | | (28,710.00) | |
| 09/17/26 | Deposit | Preference and Avoidance Action Recoveries | 10,000.00 | | | | | | | 10,000.00 | | | | | 10,000.00 |
| 09/17/26 | Sweep Activity | Transfer | - | (281.42) | 281.42 | | | | | | | | | | - |
| 09/17/26 | Transfer | Transfer | - | | | | | | 110,000.00 | (110,000.00) | | | | | - |
| 09/17/26 | Transfer | Transfer | - | | | | | | 315,000.00 | (315,000.00) | | | | | - |
| 09/18/26 | Organogenesis | Preference and Avoidance Action Recoveries | 13,430.00 | | | | | | | 13,430.00 | | | | | 13,430.00 |
| 09/18/26 | Sweep Activity | Transfer | - | (485.00) | 485.00 | | | | | | | | | | - |
| 09/21/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 101.00 | 101.00 | | | | | | | | | | | 101.00 |
| 09/21/26 | Sweep Activity | Transfer | - | (101.00) | 101.00 | | | | | | | | | | - |
| 09/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 218.62 | 218.62 | | | | | | | | | | | 218.62 |
| 09/22/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 157.00 | 157.00 | | | | | | | | | | | 157.00 |
| 09/22/26 | Sweep Activity | Transfer | - | (375.62) | 375.62 | | | | | | | | | | - |
| 09/23/26 | Affiliated Healthcare Management Group | AR Collection Fees | (6,098.43) | | | | | | (6,098.43) | | | | | (6,098.43) | |
| 09/24/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 185.00 | 185.00 | | | | | | | | | | | 185.00 |
| 09/24/26 | Sweep Activity | Transfer | - | (185.00) | 185.00 | | | | | | | | | | - |
| 09/25/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 130.87 | 130.87 | | | | | | | | | | | 130.87 |
| 09/25/26 | Sweep Activity | Transfer | - | (130.87) | 130.87 | | | | | | | | | | - |
| 09/28/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 270.00 | 270.00 | | | | | | | | | | | 270.00 |
| 09/28/26 | Sweep Activity | Transfer | - | (270.00) | 270.00 | | | | | | | | | | - |
| 09/30/26 | Estimated Insurance and Patient Self-Pay AR Collections | Estimated Insurance and Patient Self-Pay AR Collections | 200.00 | 200.00 | | | | | | | | | | | 200.00 |
| 09/30/26 | Interest Income | Interest Income | 1,985.26 | | 1,985.26 | | | | | | | | | | 1,985.26 |
| 09/30/26 | Interest Income | Interest Income | 2,281.44 | | | | | | | 2,281.44 | | | | | 2,281.44 |
| 09/30/26 | Interest Income | Interest Income | - | | | | | | | | | | | | - |
| 09/30/26 | Interest Income | Interest Income | - | | | | | | | | | | | | - |
| 09/30/26 | Sweep Activity | Transfer | - | (200.00) | 200.00 | | | | | | | | | | - |
| **9/30/26** | **Total** | | **4,543,675.51** | **(0.00)** | **1,927,714.59** | **-** | **(0.00)** | **40,930.96** | **3,000.35** | **488,568.46** | **53,379.24** | **21,709.42** | **2,008,372.49** | | |
| **9/30/26** | | | | | | | | | | | | | | | - |
| **9/30/26** | **Total Activity and Liquidation Trust Cash on Hand** | | **4,543,675.51** | **(0.00)** | **1,927,714.59** | **-** | **(0.00)** | **40,930.96** | **3,000.35** | **488,568.46** | **53,379.24** | **21,709.42** | **2,008,372.49** | **(1,288,470.90)** | **5,832,146.41** |
| | **US Trustee Fee Rate** | | | | | | | | | | | | | **0.80%** | |
| **9/30/26** | **Fees Due Qtr. Ended 9/30/26** | | | | | | | | | | | | | **$ 10,307.77** | |