dspexh 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mercy Hospital, Iowa City, Iowa et al.

Debtor

Chapter 11

Bankruptcy No. 23−00623
Jointly Administered

## STATEMENT OF DISPOSITION OF EXHIBITS

The undersigned deputy clerk hereby states that a Notice of Intent to Dispose of Exhibits (Doc. 2152) was entered on October 14, 2026.

Further, the exhibits listed below were destroyed on October 30, 2026.

Date of Hearing: August 8, 2023
Offeror(s): Debtor
Exhibit: 1

Date of Hearing: November 6, 2023
Offeror(s): Debtor
Exhibits: 14 & 15

Date of Hearing: May 16, 2024
Offeror(s): Debtor
Exhibits: 1−5

Date of Hearing: June 6, 2024
Offeror(s): Debtor
Exhibits: 1−5

Date of Hearing: October 23, 2024
Offeror(s): Debtor, The Official Committee of Pensioners, and The United States Trustee
Exhibits: 1-5, A−K, and UST Exhibit A − UST Exhibit D

Date: October 30, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

Danielle Cripe

Deputy Clerk